1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  MARGOT MENDELSON – 268583
   PRISON LAW OFFICE
3  1917 Fifth Street
   Berkeley, California  94710-1916
4  Telephone:    (510) 280-2621

   MICHAEL W. BIEN – 096891
   JEFFREY L. BORNSTEIN – 099358
   JANE E. KAHN – 112239
   ERNEST GALVAN – 196065
   THOMAS NOLAN – 169692
   LISA ELLS – 243657
   JENNIFER L. STARK – 267062
   KRISTA STONE-MANISTA – 269083
   JESSICA WINTER – 294237
   ROSEN BIEN
   GALVAN & GRUNFELD LLP
   50 Fremont Street, 19th Floor
   San Francisco, California  94105-2235
   Telephone:    (415) 433-6830

   RANJINI ACHARYA – 290877
   K&L GATES LLP
   4 Embarcadero Center, Suite 1200
   San Francisco, California  94111-5994
   Telephone:    (415) 882-8200

   CLAUDIA CENTER – 158255
   AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN
   CALIFORNIA, INC.
   39 Drumm Street
   San Francisco, California  94111-4805
   Telephone:    (415) 621-2493

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. 2:90-CV-00520-KJM-DB <br><br> **DECLARATION OF THOMAS NOLAN IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON THE STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFENDANTS' STAFFING PLAN** <br><br> Judge:  Hon. Kimberly J. Mueller |

[3113340-2]

2:90-CV-00520-KJM-DB

DECL. OF THOMAS NOLAN ISO PLS.' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON THE
STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFS.' STAFFING PLAN

I, Thomas Nolan, declare:

1.     I am an attorney admitted to practice law in California, a member of the bar of this Court, and am Of Counsel at the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the matters set forth herein, and if called as a witness I could competently so testify.  I make this declaration in support of Plaintiffs' Objections to the Special Master's Report on the Status of Mental Health Staffing and the Implementation of Defendants' Staffing Plan ("Plaintiffs' Objections").

2.     Attached hereto as **Exhibit A** is a true and correct copy of a chart prepared by my office, which is also set forth in the body of Plaintiffs' Objections, filed herewith. Exhibit A is a graph showing the growth of the EOP population since January 2014, which sets forth data from every third month from January 2014 through January 2017 for the total EOP population at that time, along with the corresponding psychiatrist staffing rate for each of these time periods.  Exhibit A was prepared by a paralegal at my firm, Dylan Verner-Crist, working under my direction and supervision.  In order to prepare the graph, he started by gathering CDCR psychiatry staffing data for every third month from January 2014 through January 2017.  He drew the data from what is now Enclosure 1b of the *Coleman* Monthly Report, produced each month by the CDCR.  Enclosure 1b is entitled "Mental Institution Vacancy by Classification (Clinical Positions Only)."  True and correct copies of excerpts from monthly report sections 1b that Mr. Verner-Crist used to create Exhibit A are attached hereto as **Exhibit J**.  Using these excerpts from Enclosures 1b of the *Coleman* Monthly Reports, Mr. Verner-Crist then gathered the staffing data required for the graph for each quarter from the report's row titled "Staff Psychiatrist, Correctional and Rehabilitative Services (Safety)" and the columns titled "Established," "Filled," and "Registry."   He then entered these figures into an Excel spreadsheet and used the Addition Function in the Excel software to add the "Filled" and "Registry" figures together to get a total staffing number.  He then then divided this figure by the number of "Established" psychiatrist positions to determine the staffing percentage for that time period.

[3113340-2]

1

2:90-CV-00520-KJM-DB

DECL. OF THOMAS NOLAN ISO PLS.' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON THE STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFS.' STAFFING PLAN

3.      The next step in creating Exhibit A was that Mr. Verner-Crist gathered data for the total CDCR EOP population for every 3rd month from January 2014 through January 2017 from Enclosure 6a to the *Coleman* Monthly Report, which is entitled "Healthcare Placement Oversight Program (HC-POP) Information Report, Summary." On the first page of these reports a total CDCR population is provided for CCCMS, EOP, and PSU class members. True and correct copies of the pages from the Monthly Document Production used by Mr. Verner-Crist are attached hereto as **Exhibit K**. Mr. Verner-Crist summed the EOP and PSU numbers together and entered them into the same spreadsheet discussed above. He then used the graph capabilities of Excel to create a graph of the two trends – highlighting the rapid growth in the EOP population at the same time that the number of psychiatrists working in the CDCR has grown very little. Next, he employed the Chart tools in Excel to graph the psychiatrist staffing rate on the secondary axis. He then used other Excel functions to create data labels, a chart title, to format the lines, and to format the general look of the chart. The "psychiatry staffing rate" data in Exhibit A does not include telepsychiatry positions, because Defendants did not begin to produce monthly data on telepsychiatry until July of 2016.

4.      Attached hereto as **Exhibit B** is a true and correct copy of a table comparing psychiatrist staffing rates for CDCR and Department of State Hospitals ("DSH") psychiatrists at the 3 institutions where defendants have proposed shifting management of the inpatient mental health programs from DSH to CDCR. This chart was prepared by a paralegal at my firm, Dylan Verner-Crist, under my direction and supervision. To create the chart, he gathered the DSH psychiatry staffing rates for the Vacaville Psychiatric Program ("VPP"), which is located at the California Medical Facility ("CMF") in Vacaville, for the Salinas Valley Psychiatric Program ("SVPP"), which is located at Salinas Valley State Prison ("SVSP"), and for DSH-Stockton, located at the California Health Care Facility ("CHCF"), from the Monthly inpatient staffing data for January 2017, produced on March 3, 2017. The report is currently titled "Monthly Staffing Report for DSH Facilities." A true and correct copy of this report is attached hereto as **Exhibit L**.

1  Using this report, Mr. Verner-Crist took the "Total Filled Civil Service Positions,"

2  "Contracted FTE," and "Overtime FTE" data for the category "Psychiatrist" and divided

3  this by the number of "Total Authorized Positions" to get the staffing rate for psychiatrists

4  in the three different DSH facilities located inside CDCR prisons.  He then entered this

5  into an Excel spreadsheet and formatted the spreadsheet as a table.

6      5.      For the CDCR staffing data in Exhibit B, Mr. Verner-Crist gathered CDCR

7  staff psychiatrist staffing rates for January 2017 for the three institutions from different

8  reports in the *Coleman* Monthly Report, due to the fact that CMF does not use any

9  telepsychiatry and is not included on the staffing report that includes telepsychiatry.  For

10  CMF, he gathered the data for psychiatrist staffing rates from Enclosure 1f of the *Coleman*

11  Monthly Reports, a CDCR Staffing Report titled "Mental Health Program Institution

12  Vacancies by Institution."  A true and correct copy of the relevant pages from Enclosure

13  1f, produced on March 8, 2017, is attached hereto as **Exhibit M**.  He then added the

14  "filled" and "registry" column figures from the staff psychiatrist row of the chart for CMF

15  together and divided them by the number of established psychiatrist positions to get the

16  staffing percentage.  To determine the CDCR staffing data in Exhibit B for CHCF and

17  SVSP, he then used Enclosure 1k from the *Coleman* Monthly Report, which is entitled

18  "Mental Health Telepsych Allocated and Filled Positions Report."  A true and correct copy

19  of the page from Enclosure 1k that he used for the chart is attached hereto as **Exhibit N**.

20  For these two prisons, he divided the total number of "Site Psychiatrists filled" over the

21  number of "Site Psychiatrists allocated" to derive the "Line Psychiatrist Staffing" Figure in

22  Exhibit B.  He then divided the "Total Filled" figure by the "Total Allocated" figure for

23  each prison to determine the staff percentage for all staff psychiatrists at those prisons that

24  is set forth in Exhibit B for CHCF and SVSP.  He then added this into the table with the

25  DSH staffing data for the same institutions and reformatted it using Excel.

26      6.      Attached hereto as **Exhibit C** is a true and correct copy of a table listing

27  current minimum and maximum salaries for "staff psychiatrists" and for "physicians and

28  surgeons" in the CDCR.  My paralegal Dylan Verner-Crist obtained this information from

DECL. OF THOMAS NOLAN ISO PLS.' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON THE
STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFS.' STAFFING PLAN

1   job postings on the Calhr.ca.gov website.  Attached hereto as **Exhibit O** is a true and

2   correct copy of one such job listed for each position, downloaded from Calhr.ca.gov on

3   March 29, 2017 and available at www.jobs.ca.gov/Public.JobPosting.  The same

4   information is set forth in the contract between the CDCR and the Union of American

5   Physicians and Doctors ("UAPD") which is attached hereto as **Exhibit G**.  *See* Paragraph

6   11, *infra*.

7          7.      Attached hereto as **Exhibit D** is a true and correct copy of a table listing

8   current vacancy rates for psychiatrists and for physicians and surgeons at each CDCR

9   institution.  A paralegal at my firm, Dylan Verner-Crist, working under my direction and

10  supervision, prepared the Chart in this Exhibit.  In order to prepare the chart, he reviewed

11  three key document sources.  The first document is Enclosure 1f from the *Coleman*

12  Monthly Report from January 2017, produced on March 8, 2017.  This document is

13  entitled "California Department of Corrections and Rehabilitation Staffing Report: Mental

14  Health Program Institution Vacancies-Summary by Classification."  He used the data from

15  this enclosure to gather data on the current vacancy rates for institutions that do not have

16  telepsychiatrists assigned to cover them.  The second document used to create Exhibit D

17  was Enclosure 1k, entitled "California Department of Corrections and Rehabilitation

18  Staffing Report: Mental Health Telepsych Allocated and Filled Positions Report," which is

19  also from the *Coleman* Monthly Report for January 2017.  True and correct copies of the

20  portions of Exhibit 1f and 1k from the January 2017 *Coleman* Monthly Report that were

21  used to create Exhibit D are attached to this report as **Exhibit P**.  A third source of data for

22  Exhibit D was pages 235-251 and 253-270 of Appendix 2 to the Receiver's 34th Tri-

23  annual Report, ECF No. 5563-2, which provides data for staffing rates for the Physician

24  and Surgeon's category at different CDCR prisons.  After gathering the data from these

25  three sources, Mr. Verner-Crist entered the data into an Excel spreadsheet.  He then used

26  this data to calculate the "psychiatrist (line)", "psychiatrist (all)" (that is, including registry

27  and telepsychiatry usage), and "physician and surgeon" staffing rates for each institution,

28

DECL. OF THOMAS NOLAN ISO PLS.' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON THE
STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFS.' STAFFING PLAN

1  and then used the Excel function "Sort" to sort the data by lowest to highest overall

2  psychiatrist staffing rates.

3      8.     Attached hereto as **Exhibit Q** is a true and correct copy of Enclosure 6c,

4  entitled "Weekly EOP/Outpatient Psychiatric Program Report," from the *Coleman*

5  Monthly Report for January 2017, produced on March 8, 2017, which shows that CHCF,

6  SAC, and SVSP all have large and complex mental health programs.  Based on my

7  experiences touring CSP-Sacramento many times in this case, I know that CSP-

8  Sacramento has 3 different MHCB units, and that it has one of the largest clusters of

9  MHCB beds in the state.

10     9.     Attached hereto as **Exhibit E** is a true and correct copy of the most recent

11  Enclosure 1B from the *Coleman* Monthly Report produced each month by Defendants,

12  produced on March 8, 2017, which sets forth the state-wide psychiatrist vacancy rate for

13  the CDCR as of January 2017.

14     10.     Attached hereto as **Exhibit F** is a true and correct copy of a letter and

15  attachments to the letter that Plaintiffs' counsel received from the President of the Union of

16  American Physicians and Dentists, providing information about the recent contract and the

17  results of several surveys the union conducted as part of its routine preparations for

18  contract negotiations.  Under my supervision, my paralegal Dylan Verner-Crist redacted

19  the names of psychiatrists from the survey portions of these materials in order to protect

20  the anonymity of the respondents.

21     11.     Attached hereto as **Exhibit G** is a true and correct copy of the new proposed

22  contract between the Union of Physicians and Surgeons and the CDCR.  The contract is

23  dated February 28, 2017 and was downloaded from the website www.calhr.ca.gov/labor-

24  relations/Pages/Unit-16-Physicians-Dentists-and-Podiatrists.aspx on March 29, 2017.  In

25  addition to the contract itself, true and correct copies of materials from the website

26  summarizing the agreement have also been included in the Exhibit G.

27     12.     Attached hereto as **Exhibit H** are true and correct copies of pages from the

28  website of the Bureau of Labor Statistics providing data on average salaries for

DECL. OF THOMAS NOLAN ISO PLS.' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON THE
STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFS.' STAFFING PLAN

1  Psychiatrists and for Physicians and Surgeons in California as of May 2015.  These pages

2  were downloaded from the website www.bls.gov/oes/current/oes291066.htm#(8) on March

3  29, 2017.

4       13.    Attached hereto as **Exhibit I** is a true and correct copy of pages from

5  Enclosure 10 of the January 2017 *Coleman* Monthly Report produced by defendants on

6  March 8, 2017 showing population breakdowns by level of care (non-MHSDS, CCCMS,

7  and EOP) at CSP-Sacramento, CHCF, and SVSP as of March 1, 2017.  From these

8  population figures, the percentage of the each institution's population that is at the EOP

9  level of care can be calculated.  The data show that EOP class members constitute 37.3%,

10  24.3%, and 18.4% of the total prisoner populations at, respectively, California State Prison

11  – Sacramento ("CSP-SAC"), California Healthcare Facility ("CHCF"), and Salinas Valley

12  State Prison ("SVSP").

13       14.    Psychiatrist staffing shortages can have a profound negative effect on patient

14  care.  For example, Plaintiffs have received at least nine letters and calls since December

15  28, 2016 from class members at Lancaster State Prison ("LAC") complaining about

16  problems that are linked to the severe shortage of psychiatrists there.  LAC currently has a

17  psychiatrist staffing rate of 54% including tele-psychiatrists.  The class members who have

18  written to us report various problems, including waiting weeks to see psychiatrists to re-

19  start psychiatric medications and long delays in obtaining appointments to see

20  psychiatrists.   One class member reported that despite an involuntary medication order

21  under Penal Code 2602 for the period of October 2016 to October 2017, he was taken off

22  his medications when he transferred from Corcoran to CSP-Lancaster in late December

23  2016 and did not begin receiving them again until more than three weeks later on January

24  20, 2017.

25       15.    I participated in a conference call with Plaintiffs' counsel, Defendants, the

26  Special Master, and members of the Special Master's team on Monday afternoon, March

27  27, 2017.  The purpose of the call was to discuss psychiatrist pay and the tentative contract

28  recently made public by the CDCR and the union for CDCR psychiatrists (the UAPD).

DECL. OF THOMAS NOLAN ISO PLS.' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON THE
STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFS.' STAFFING PLAN

16.     During the call defendants made several admissions relevant to the issue of psychiatrist pay and the persistence of psychiatrist staff shortages in the CDCR.  First, defendants confirmed that no additional pay for psychiatrists and no addition compensation-related remedies for the current psychiatrist staffing crisis were being considered by defendants.

17.     Second, while we were on the conference call, Angela Ponciano, the Associate Director of the Statewide Mental Health Program for the CDCR, looked up the most recent Recruitment and Retention Report for CDCR Staff Psychiatrists, covering the months of November 2016 through January 2017, and reported to everyone on the call that six civil service psychiatrists working for the CDCR had left their jobs during that most recent quarter.

18.     Third, the parties discussed whether newly hired psychiatrists going to work for the CDCR were required to start out at the minimum salary.  The Defendants explained during the call that there was a process for approving what is called "Hiring Above Minimum" and that this status can be obtained for new hires.  Based on the conversation during the phone call, Plaintiffs' understanding is that hiring someone above the minimum in the salary range is possible, but not automatic and not easy.  Defendants indicated that special approval from Cal HR needed to be obtained and was by no means automatically granted.  I have served as counsel for the *Coleman* Plaintiffs since approximately 1997.  Based on my conversations with CDCR psychiatrists and other employees over the years working on this case and conversations with Defendants in meetings with the Special Master on staffing issues, I am informed and believe that the Hiring Above Minimum process can be a difficult one and that experienced psychiatrists coming to work for the CDCR from the private sector are not always able to obtain an initial salary that is higher than the posted minimums.

19.     Defendants also mentioned an older CalHR salary survey from 2014 during the conference call.  I have reviewed the survey, which is available online at www.calhr.ca.gov/Documents/2014-California-State-Employee-Total-Comp-Report.pdf

DECL. OF THOMAS NOLAN ISO PLS.' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON THE STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFS.' STAFFING PLAN

1   (last accessed March 30, 2017).  Attached hereto as **Exhibit R** is a true and correct copy of

2   page 71 from the salary survey, where it explains that private sector salary information and

3   federal government salary information is not included in the survey.  In addition, the

4   information in this survey is at least three years old, from March of 2014.  By way of

5   contrast, the data set forth from the Bureau of Labor statistics attached hereto in Exhibit H

6   is from May of 2015 and includes private sector as well as government employees.  On the

7   March 27 conference call, Defendants indicated that they have commissioned a new salary

8   survey, but they provided no detail about when it would be available or why they failed to

9   complete the new survey during the time period of the recent contract negotiations when it

10  would be most needed.

11      20.     In the last few months, the parties have had several conference calls about

12  serious problems with the mental health program at SVSP.  The crisis is in part due to

13  severe staffing shortages there.  Although defendants have indicated recently that they

14  have increased the use of contract psychiatrists there, SVSP only has one full-time on-site

15  staff psychiatrist out of its total of 13 allocated psychiatrist positions.  See Enclosure 1k of

16  the January 2017 *Coleman* Monthly Report, enclosed hereto as Exhibit N.  I am informed

17  and believe that the conference calls between the parties and the Special Master about

18  SVSP problems took place on February 7, 2017 and March 9, 2017.  I have reviewed

19  memoranda from my co-counsel based on notes during these calls.  Defendants reported in

20  those calls that there had been a rash of recent civil service staff psychiatrists from SVSP.

21  Defendants also reported in the call they were limiting the placement of additional

22  prisoners into the EOP units there.

23      21.     I have discussed the 15% pay raise in the UAPD contract for Physicians and

24  Surgeons working at hard-to-hire locations in the CDCR with my co-counsel in *Coleman*

25  at the Prison Law Office.  Based on those conversations, I am informed and believe that

26  the a major factor in the granting of an additional 15% pay increase for hard to hire

27  location doctors was pressure from the Prison Law Office and the *Plata* medical Receiver.

28

[3113340-2]

8                                    2:90-CV-00520-KJM-DB
DECL. OF THOMAS NOLAN ISO PLS.' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON THE
STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFS.' STAFFING PLAN

22. One area where the harm from the psychiatrist staffing shortages is evident is in the unavailability of CDCR staff psychiatrists to participate in key quality assurance efforts, such as the Suicide Prevention and Review Focused Improvement Teams ("SPRFIT") which conduct quality improvement reviews of suicides and suicide prevention efforts at each CDCR prison. Based on my experiences over many years working on this case, my understanding is that as the most senior and highly trained mental health clinicians, the leadership of Psychiatry Staff members is critical to such quality improvement teams. In his January 13, 2016 Report on his re-Audit and update on suicide prevention practices in the CDCR, ECF No 5396, the Special Master's expert Lindsay Hayes noted that overall in the CDCR, the "lack of psychiatric leadership in suicide prevention remains problematic." *See* 1/13/16 Hayes Report, Dkt. 5388, at 25. More specifically, during his re-audit, he reviewed minutes from local SPRFIT committee meetings at each of the 18 prisons he visited as part of the re-audit. *Id.* at 2. He found serious problems at 5 of the 18 visited prisons with the lack of psychiatrist attendance at SPRFIT committee meetings. Specifically, this problem was noted at Salinas Valley State Prison ("SVSP"), Kern Valley State Prison ("KVSP"), California Correctional Institute – Tehachapi ("CCI"), the California Institute for Women ("CIW"), and Pleasant Valley State Prison ("PVSP"). *See* 1/13/16 Hayes Report at 49 (at SVSP, no psychiatry attendance for all three months for which SPRFIT minutes were reviewed), 58 (at KVSP, no psychiatry staff attendance for all three months reviewed), 101 (at CIW, no psychiatry staff attendance for two of the three months reviewed), 116 (at PVSP, no psychiatry staff attendance for all four months reviewed, 120 (at CCI, no psychiatry staff attendants for all three months reviewed).

23. On July 19, 2016, I attended one of the initial staffing workgroup meetings with representatives from defendants, plaintiffs and the Special Master team. At that meeting, Plaintiffs' Counsel asked Defendants about the sudden appearance of high staff psychiatrist vacancies at RJD. Plaintiffs explained that the number of staff psychiatrists at RJD had fallen from 16 positions during the Special Master's 26th Round monitoring visit

DECL. OF THOMAS NOLAN ISO PLS.' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON THE
STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFS.' STAFFING PLAN

1   to RJD, to 7.5 positions at the time of the meeting.  We were told at the meeting that tough

2   working conditions at RJD were exacerbated when a psychiatrist who had worked at RJD

3   had committed suicide and that his death led to a number of other psychiatrists at RJD

4   leaving the institution.

5         24.    On September 15, 2016, I toured the CDCR telepsychiatry office in Elk

6   Grove with Karen Rea, one of the Special Master's Experts.  We were accompanied by

7   Dr. Kaftarian, the CDCR Psychiatrist in charge of the CDCR telepsychiatry program.

8   During this tour, Ms. Rea and I observed a total of three different telepsychiatrists

9   working.  Two of the three telepsychiatrists observed during the tour had previously

10  worked at nearby CDCR institutions.  One had worked at Mule Creek State Prison and

11  another had worked at CHCF-Stockton.  Both institutions are less than an hour drive by car

12  from Elk Grove.  During the visit, we also were given a presentation about telepsychiatry

13  by Dr. Kaftarian.  In this presentation and in defendants' staffing plans, it was made clear

14  that further expansion of the CDCR's telepsychiatry program will require construction at

15  San Quentin and Rancho Cucamonga, which will not be completed until sometime in

16  2018.

17        25.    I have attended work group meetings last fall and other meetings and calls in

18  the last six month with Plaintiffs' Counsel, the Special Master and his team of experts, and

19  Defendants where the "Lift and Shift" proposal to transfer management of the DSH

20  treatment facilities at CMF, SVSP and CHCF from DSH to CDCR was discussed.  In these

21  discussions, Defendants indicated that they believe most DSH clinicians will agree to

22  move over to CDCR employment if the plan goes forward.  The comments in the surveys

23  set forth in Exhibit F hereto strongly suggest that a number of psychiatrists working for

24  DSH do not want to work for CDCR and strongly oppose the "Lift and Shift" process for

25  this reason.  I am informed and believe, based on my review memoranda from my co-

26  counsel based on notes during these calls, that during a call between Defendants, the

27  Special Master and his team, and Plaintiffs' Counsel on March 9, 2017, Defendants

28  admitted that during town hall meetings about the proposed "Lift and Shift" transfer,

DECL. OF THOMAS NOLAN ISO PLS.' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON THE
STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFS.' STAFFING PLAN

1   psychiatrists expressed serious concerns about the change in employment from DSH to

2   CDCR, and some indicated they are considering quitting their jobs if the transfer of

3   management to the CDCR is completed.

4           26.     From my work on this case and from my review of the most recent *Coleman*

5   Monthly Report Inpatient Psychiatric Aging Report, I know that HDSP has a mental health

6   crisis bed unit and that it is a 10 bed unit.  Under my supervision, my paralegal Dylan

7   Verner-Crist searched through the *Coleman* Monthly Reports for the last few years to

8   determine how long HDSP has been without a Chief Psychiatrist or a single staff

9   psychiatrist.  He determined that there has not been a Chief or a Staff Psychiatrist at HDSP

10  since August of 2014.  A true and correct copy of the data he reviewed to make this

11  determination is attached hereto as **Exhibit S**.

12          I declare under penalty of perjury under the laws of the United States and the State

13  of California that the foregoing is true and correct, and that this declaration is executed at

14  San Francisco, California this 30th day of March, 2017.

15

16                                              */s/ Thomas Nolan*
                                                Thomas Nolan

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF THOMAS NOLAN ISO PLS.' OBJECTIONS TO THE SPECIAL MASTER'S REPORT ON THE
STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFS.' STAFFING PLAN

# Exhibit A



**EOP Population versus Psychiatrist Staffing Rate, January 2014 - January 2017**

Exhibit B

| January 2017 | CHCF/Stockton-DSH | SVSP/SVPP | CMF/VPP |
|---|---|---|---|
| DSH Psychiatrist Staffing Rate (Line) | 81.8% | 90.0% | 69.0% |
| DSH Psychiatrist Staffing Rate (All) | 84.8% | 102.1% | 72.4% |
| CDCR Psychiatrist Staffing Rate (Line) | 53.8% | 16.3% | 70.6% |
| CDCR Psychiatrist Staffing Rate (All) | 60.0% | 44.6% | 81.7% |

Exhibit C

| | Staff Psychiatrists | | Physicians and Surgeons | |
|---|---|---|---|---|
| | Board Eligible | Board Certified | Lifetime Board-Certified | Time-Limited Board Certified |
| **Minimum Salary** | $237,864.00 | $244,128.00 | $245,268.00 | $258,204.00 |
| **Maximum Salary** | $285,072.00 | $293,340.00 | $257,532.00 | $271,104.00 |

Exhibit D

| Institution | Psychiatrist Staffing Rate (Line)* | Psychiatrist Staffing Rate (All)* | Physician and Surgeon Staffing Rate** |
|---|---|---|---|
| CCC | 0% | 0% | 67% |
| CVSP/ISP | 0% | 35% | 78% |
| SVSP | 16% | 45% | 71% |
| KVSP | 0% | 47% | 80% |
| SATF | 10% | 53% | 89% |
| SAC | 53% | 53% | 71% |
| LAC | 31% | 54% | 75% |
| CCWF | 64% | 58% | 82% |
| NKSP | 45% | 59% | 60% |
| CHCF | 54% | 60% | 59% |
| CTF | 55% | 61% | 100% |
| PVSP | 33% | 62% | 60% |
| RJD | 39% | 63% | 73% |
| VSP | 25% | 64% | 100% |
| COR | 24% | 66% | 83% |
| HDSP | 0% | 67% | 100% |
| SOL | 57% | 69% | 82% |
| WSP | 30% | 71% | 100% |
| PBSP | 50% | 75% | 57% |
| CCI | 25% | 79% | 100% |
| CMC | 68% | 79% | 85% |
| CMF | 71% | 82% | 73% |
| CIW | 67% | 84% | 100% |
| SQ | 84% | 85% | 88% |
| MCSP | 57% | 86% | 64% |
| CIM | 83% | 88% | 100% |
| CRC | 92% | 92% | 86% |
| ASP | 0% | 98% | 57% |
| CAL | 100% | 100% | 73% |
| CEN | 100% | 100% | 80% |
| FOL | 100% | 100% | 107% |
| SCC | 100% | 100% | 100% |
| DVI | 100% | 122% | 100% |

*Data as of January 2017 (*Coleman* Monthly Report)
** Data as of December 2016 (*Plata* Receiver Tri-Annual Report)
Note: Highlighted Institutions receive a 15% R&R Raise for Physicians and Surgeons

Exhibit E

STATE OF CALIFORNIA -- DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



March 8, 2017

Matthew A. Lopes, Jr. Esquire                              via:  Elise Owens Thorn, Esquire
Office of the Special Master                                       Deputy Attorney General
Pannone Lopes & Devereaux LLC                             Department of Justice
317 Iron Horse Point Way, Suite 301                        1300 "I" Street, Suite 125
Providence, RI  02908                                             P. O. Box 944255
                                                                          Sacramento, CA  94244-2550

RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of January, 2017, data (or as otherwise
noted).  The following is the list of enclosures:

1.  California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
     a. Mental Health Executive Summary.
     b. Mental Institution Vacancy by Classification.
     c. Mental Institution Vacancies Summary by Classification.
     d. Mental Health Month to Month Registry Usage.
     e. Mental Health Six-Month Vacancy Summary.
     f. Mental Health Program Institution Vacancies-Summary by Classification.
     g. Statewide Mental Health Program Compliance Summary Report.
     h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
          Positions and Vacancies.
     i. Mental Health Hiring Progress Report.
     j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
     k. Mental Health Telepsych Allocated and Filled Positions Report.

2.  Reception Center Monthly Reports.
     a. Reception Center Mental Health Screening Report.
     b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
**As Of January - 2017**

| Inst. | Classification | Class Code | SCO DATA | | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | FY 16/17 | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
| SW | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 18.00 | 18.00 | 14.00 | 4.00 | 1.13 | 0.00 | 0.00 | 0.00 | 2.87 | 15.92% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 61.00 | 60.00 | 41.00 | 19.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 32.79% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 35.00 | 35.00 | 30.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 14.29% |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 434.60 | 426.50 | 372.50 | 54.00 | 12.50 | 0.09 | 27.59 | 0.00 | 22.10 | 5.08% |
| | PSYCH-CLINIC CF | 9283 | 865.20 | 817.00 | 667.10 | 149.90 | 23.18 | 0.33 | 37.27 | 0.00 | 137.98 | 15.95% |
| | REC THERAPIST CF | 9286 | 267.40 | 266.50 | 212.00 | 54.50 | 5.95 | 0.00 | 15.47 | 0.00 | 33.98 | 12.71% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 20.80 | 20.00 | 15.00 | 5.00 | 0.00 | 1.00 | 0.00 | 0.00 | 6.80 | 32.69% |
| | SR PSYCH CF/SP | 9287 | 112.40 | 111.50 | 103.00 | 8.50 | 2.00 | 0.00 | 0.00 | 0.00 | 7.40 | 6.58% |
| | SR PSYCH CF/SUP | 9288 | 107.20 | 101.50 | 93.50 | 8.00 | 14.00 | 0.20 | 0.00 | 0.00 | -0.10 | -0.09% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 330.10 | 322.80 | 175.00 | 147.80 | 2.00 | 0.00 | 45.28 | 0.00 | 107.82 | 32.66% |
| | SUP PSYCH S WK I CF | 9291 | 23.80 | 23.00 | 20.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 2.80 | 11.76% |
| | **Statewide Totals** | | **2275.50** | **2201.80** | **1743.10** | **458.70** | **61.77** | **1.62** | **125.61** | **0.00** | **346.64** | **15.23%** |

**Footnotes:**
1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

Report Generated By:

Source: 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Program Support

Exhibit F



**UNION OF AMERICAN PHYSICIANS AND DENTISTS**

AFFILIATED WITH AFSCME, AFL-CIO

FOUNDED 1972

**Oakland Headquarters**
180 Grand Avenue
Suite 1380
Oakland, CA. 94612-3750

(510) 839-0193 *OFFICE*
(510) 763-8756 *FAX*
(800) 622-0909 *TOLL FREE*
uapd@uapd.com *EMAIL*

*www.uapd.com*

STUART A. BUSSEY, M.D., J.D.
*PRESIDENT*

MUBASHIR A. FAROOQI, M.D.
*VICE PRESIDENT*

RONALD H. LEWIS, M.D., F.A.C.P.
*VICE PRESIDENT*

SHAKALPI R. PENDURKAR, D.D.S., M.P.H.
*SECRETARY*

PETER A. STATTI, M.D.
*TREASURER*

ZEGORY A. WILLIAMS
*EXECUTIVE DIRECTOR*

March 20, 2017

Michael Bien
Rosen Bien Galvan & Grunfeld LLP
mbien@rbgg.com

Dear Mr. Bien:

The Union of American Physicians and Dentists (UAPD) represents the civil-service Psychiatrists employed by the California Department of Corrections and Rehabilitation (CDCR). We agree with the overall assessment made by Rosen Bien Galvan & Grunfeld LLP in its January 25, 2017 mailing to *Coleman* Special Master Matthew A. Lopes -- that the State has not done enough to fix a Psychiatrist staffing shortage that has existed for more than twenty years within CDCR. We especially agree that the State's Final Staffing Plan will not "lead to a 'final and full' remedy for this problem without further salary increases for psychiatrists and additional steps." We regret the State was not willing to rectify the problem in this most recent round of bargaining with UAPD. We are providing you with the following information to support the Plaintiff's claims that more must be done to recruit and retain Psychiatrists.

**Attachment 1 CDCR BU16 Psychiatry Vacancy Information:**
**Attachment 1(2) CDCR BU16 All CDCR Vacancy Information - Source Document:**

Attachment 1 is a spreadsheet showing the vacancy rate for Staff Psychiatrists at each CDCR facility as of October 2016. As you will see, the overall vacancy rate for CDCR Psychiatrists was an abysmal 44%. At the time six facilities actually had a 100% vacancy rate for Staff Psychiatrists, meaning that there were none on staff. The Staff Psychiatrist vacancy information in Attachment 1 was taken from a report on CDCR vacancies in every classification, included as Attachment 1(2), that was sent by CalHR's Candace Murch on October 19, 2016.

**Attachment 2 CDCR Psychiatrist Dec 2016 Job Satisfaction Survey:**

In December 2016, UAPD conducted an anonymous job satisfaction survey of State Bargaining Unit members. Attachment 2 contains answers from CDCR Psychiatrists that we have deemed relevant to the Plaintiff's case. Q1 and Q3 establish that the answers come from CDCR and Psychiatrists respectively, and that 64 of them participated in the survey. Q4 demonstrates that almost half of the

respondents have fewer than 6 years with CDCR[1].  Q6 demonstrates that nearly 20% of the respondents are subject to the reduced pension benefits under PEPRA (including a $118,775 cap on pensionable salary)[2], which the comments reveal to be a significant and fast-growing impediment to Recruitment and Retention.  Q8 reveals that more than one-third of CDCR Psychiatrists who completed the survey are "extremely concerned" that "current staffing levels are compromising patient safety at your facility." Q14 gives 36 open-ended comments from CDCR Psychiatrists.   Here are some of what they chose to communicate to their union.

Poor Staffing/High Workload That Undermines Patient Care

- "Staffing levels for Psychiatrists at RJ Donovan have been below minimal standards for over a year now. Those of us remaining are seeing patients who are long overdue for appointments as per the requirements.  It is only a matter of time before an adverse outcome occurs, unless a significant improvement in recruitment occurs." (#15)
- "...the situation at SVSP is at a crisis point." (#21)
- "I'm trying to hold on for my 10 years. I can't recommend other Psychiatrists work here. The system is exceptionally top down. The environment is decidedly non-academic and the aspiration is for 'the minimal constitutionally mandated level of care'." (#31)
- "Employer tries to overwork you..." (#17)
- "...due to inadequate staffing, our present efforts at trying to fill-in leads to poor quality, rushed and uninformed work, and burns out providers..." (#4)

The 2013 PEPRA Pension Cuts Make CDCR Employment Less Attractive

- "Retirement plan changes after 2013 have made working for CDCR much less appealing" (#17)
- "The retirement benefits that drew me to this job turned out to have been destroyed by PEPRA. I was not informed of this or educated about this in any way before accepting the position." (#4)
- "I am a Classic CalPERS employee with 9 years of service credit...or I would already be gone and in the private sector." (#10)

The On-Call Requirement is Onerous and Low-Paid

- "On-call schedule too heavy with dismal compensation" (#11)
- "Call should be paid hourly rate" (#12)
- "Hate call" (#13)
- "I DO NOT WANT TO TAKE CALL" (#23)

---

[1] If needed, UAPD can do an information request about total CDCR Psychiatrist (rather than just survey respondents)  years of service.

[2] If needed, UAPD can do an  information request about the total number of CDCR Psychiatrists (rather than just survey respondents) subject to PEPRA.

**Attachment 3 CDCR Psychiatrist Issues Survey March 2017:**

In March 2017 UAPD conducted a survey of CDCR Psychiatrists to ask them what information they would like to convey to the Plaintiff's attorneys in the *Coleman* Case. The responses are included as Attachment 3. In some cases the doctors responded anonymously, and in some cases they included a name and phone number. The attorneys are free to contact those doctors to ask for their participation in the case. These doctors report that:

Short Staffing Compromises Patient Care

- "Psychiatry understaffing in my work at San Quentin" has led to an increased "risk of harm to patients, physicians, custody and staff." (#4273)
- "I am a Telepsychiatrist at VSP (Valley State Prison) and know from my own patient caseload that the intervals for patient contacts is (sic) not being met according to the Program Guide. Yet somehow, whenever there is a *Coleman* visit, the numbers seemingly look in compliance...These seriously mentally ill patients have quickly decompensated and put pressure on Mental Health Crisis Beds." (#4275)
- "We have been substantially short-staffed with Psychiatrists here at RJD (RJ Donovan State Prison) for a couple of years... it is only a matter of time before an adverse outcome...We are all feeling the effects of burnout and loss of morale." (#4288)

Telepsychiatry Is Not a Solution

- "They hire senile contractors to fill in (at Pelican Bay State Prison), creating more work for myself to fix after they leave. They are on the 4th or 5th different Telepsychiatrist (I've lost count already). ..The ONLY reason I try to hang on is to make it closer to my retirement and then I'm getting out ASAP." (#4282).
- "The Telepsychiatrists and contractors (most of whom have quit) are no substitute for adequate staff." (#4288)

Psychiatrists are Leaving Facilities for Other Work, Including CDCR Telepsychiatry

- "I had worked at CIW inside the institution until an inmate threatened me. We had a rash of suicides, were understaffed at the time, and morale was horrendous. I transferred to telepsychiatry which is a different world... " (#4281)
- "Two out of our three Psychiatrists (at Solano State Prison) are looking for other jobs since the recent bargaining deal was so weak. I will soon be the only State Psychiatrist left. HELP!" (#4279)

**Attachment 4 UAPD Salary Proposal 10.4 (7-19-16)**

The January 25, 2017 letter to Special Master Lopez recounts on page 5 that the State could not share any information about possible plans to increase Psychiatrist salaries with *Coleman* attorneys because the issue was being bargained with UAPD.  UAPD is willing to share with you the records of that bargaining.  *At no point did the State of California offer CDCR Psychiatrists anything more than the General Salary Increases (GSIs) that go to all state doctors, despite an abysmal a 44% vacancy rate among the prison Psychiatrists*.  Attachment 4 is UAPD's initial proposal to the State regarding salaries, from July 19, 2016.  Under 10.4 A, UAPD proposed that all doctors, including CDCR Psychiatrists, would receive 4% General Salary Increases each year for the term of the contract.  UAPD also proposed that any classification at any worksite with more than a 25% vacancy would receive a Recruitment and Retention differential of 5% or greater.  This would have benefitted the vast majority of CDCR Psychiatrists.  The State rejected the proposal.   In order to settle the deal, UAPD had to lower its GSI demand to 2 %, 3%, 2%, and 2% for CDCR Psychiatrists (and all others),  and withdraw the proposal for Recruitment and Retention differentials that would cover Psychiatrists.

In contrast, the State did offer a 15% Recruitment and Retention differential to the Physician and Surgeons (medical doctors) at prisons where the vacancy rate for those classifications was greater than 15%.  They admitted at the table that the Federal Receiver was the driving factor in the State's decision to propose those bonuses to that group of doctors.  It is becoming clear that the State requires court intervention to offer salaries that are sufficient to resolve its problem recruiting doctors

**Attachment 5 CDCR Psychiatrist Response to Lift and Shift:**
**Attachment 5(2) DSH Psychiatrist Response to Lift and Shift :**

In the January 25, 2017 letter to Special Master Lopez, page 3 states that the proposed "Lift and Shift" of Department of State Hospital (DSH) prison-based psychiatric programs over to CDCR is certain to make staffing problems at CDCR worse.  In February 2017, we surveyed UAPD members about the proposed transfer, and they agree.  The Lift and Shift survey answers  from CDCR Psychiatrists are included as Attachment 5, and from DSH Psychiatrists are in Attachment 5(2).  91% of the DSH Psychiatrists and 71% of the CDCR Psychiatrists who answered the survey oppose Lift and Shift (see Q4 in both Attachments).

The open-ended comments from CDCR Psychiatrists (Attachment 5, Q5) are insightful:

- "CDCR HAS NEVER EMPLOYED ENOUGH STAFF TO TAKE CARE OF THER REGULAR NEEDS.  This is an added burden with no relief in sight"  (#5)
- "CDCR has no experience in providing inpatient psychiatric care...The proposed change will result in a disruption to the current care" in prisons. (#1)
- "...going by past experience, it would not come as a surprise if HQ Psychiatry leadership simply 'dumps' the extra workload on the respective institutions, without providing additional

staff/resources. Given the morale at various CDCR institutions, some DSH staff have expressed their intent to leave.."  (#2)

Also informative are the comments from DSH Psychiatrists (Attachment 5(2), Q5), who have an overall negative assessment of working  for CDCR:

- "With CDCR's inability to retain Psychiatrist (sic), we don't want this take over to happen.  If the situation gets bad I am going to leave here for another job." (#4)
- "Staff retention record is poor (inside CDCR) and so puts pressure on those working." (#5)
- "CDCR has a proven record of providing poor healthcare, poor psychiatrist retention, staff burnout, poor management skills." (#9)

In closing, the Union of American Physicians and Dentists is committed to doing everything in its power to resolve the CDCR Psychiatrist staffing crisis now.  Do not hesitate to contact us if more information is required.


Sincerely,

Stuart Bussey, MDJD

Stuart A. Bussey, MD, JD
President, UAPD

BU 16 Job Satisfaction Survey

## Q1 In which department do you work?

Answered: 64    Skipped: 0



| Answer Choices | Responses | |
|---|---|---|
| California Department of Corrections and Rehabilitation (CDCR) | **100.00%** | 64 |
| Department of Developmental Services (DDS) | **0.00%** | 0 |
| Department of Health Care Services (DHCS) | **0.00%** | 0 |
| Department of Public Health (DPH) | **0.00%** | 0 |
| Department of Social Services (DSS) | **0.00%** | 0 |
| Department of State Hospitals (DSH) | **0.00%** | 0 |
| Department of Veterans Affairs (DVA) | **0.00%** | 0 |
| Other (please specify) | **0.00%** | 0 |
| Total | | 64 |

| # | Other (please specify) | Date |
|---|---|---|
| | There are no responses. | |

## Q3 What is your job title?

Answered: 64   Skipped: 0



| Answer Choices | Responses | |
|---|---|---|
| Psychiatrist | **100.00%** | 64 |
| Dentist | **0.00%** | 0 |
| Other (please specify) | **0.00%** | 0 |
| Total Respondents: 64 | | |

| # | Other (please specify) | Date |
|---|---|---|
| | There are no responses. | |

BU 16 Job Satisfaction Survey

## Q4 How long have you worked for the State of California?

**Answered: 64    Skipped: 0**



| Answer Choices | Responses | |
|---|---|---|
| 0-3 Years | **18.75%** | 12 |
| 3-6 Years | **26.56%** | 17 |
| 6-9 Years | **18.75%** | 12 |
| 9-12 Years | **20.31%** | 13 |
| 12-15 Years | **6.25%** | 4 |
| 15-18 Years | **4.69%** | 3 |
| 18-21 Years | **3.13%** | 2 |
| More than 21 Years (Indicate How Many) | **1.56%** | 1 |
| Total | | 64 |

| # | More than 21 Years (Indicate How Many) | Date |
|---|---|---|
| 1 | 23.3 | 11/17/2016 8:34 PM |

5 / 19

BU 16 Job Satisfaction Survey

## Q6 What kind of pension do you have?

Answered: 64    Skipped: 0



| Answer Choices | Responses | |
|---|---|---|
| PEPRA | **18.75%** | 12 |
| Classic (Hired Prior to 2013) | **70.31%** | 45 |
| I Don't Know | **10.94%** | 7 |
| Total | | **64** |

## Q8 How concerned are you that current staffing levels are compromising patient safety at your facility?

Answered: 64    Skipped: 0



| Answer Choices | Responses | |
|---|---|---|
| Extremely concerned | **37.50%** | 24 |
| Moderately concerned | **26.56%** | 17 |
| Slightly concerned | **15.63%** | 10 |
| Neither concerned nor unconcerned | **7.81%** | 5 |
| Slightly unconcerned | **0.00%** | 0 |
| Moderately unconcerned | **7.81%** | 5 |
| Extremely unconcerned | **4.69%** | 3 |
| Total | | 64 |

BU 16 Job Satisfaction Survey

## Q14 Anything else you'd like to tell us?

Answered: 36   Skipped: 28

| # | Responses | Date |
|---|-----------|------|
| 1 | Disorganization of the department, lack of adequate coverage, compromised patient care, worst call reimbursement ever --- | 11/21/2016 1:03 PM |
| 2 | No | 11/20/2016 1:23 PM |
| 3 | Low staffing is affecting the quality of care to patients. | 11/20/2016 9:57 AM |
| 4 | I'm new to the prison over the past 2 years. I've found the prison to be a harsh, stressful and often unsafe environment for patients and unfortunately for providers too. It is a very needy, but rewarding population to work with if resources are adequate The high stress of a chronically unhappy and potentially explosive patient population requires adequate resources, reasonable expectations and a decent work environment, as well as decent compensation for incentive to stay. Due to inadequate staffing, our present efforts at trying to fill in leads to poor quality, rushed and uninformed work and burns out our providers, giving high incentive to look elsewhere for a better work environment. Upper management comes across as powerless to make changes, and we have been told consistently by psychiatrists in management above that they have not say in policies. Inadequate treatment space and work environment are also a major issue. The call reimbursement for psychiatrists who are state employees is ludicrous, and coming documentation requirements are unreasonable. Last of all, the retirement benefits that drew me to this job turned out to have been destroyed by PEPRA. I was not informed of this or educated about this in any way before accepting the position. There is high incentive to look elsewhere for a more reasonable job. | 11/20/2016 9:53 AM |
| 5 | The CDCR population is stressful to work with and the new EHRS adds to the stress. The current managers are unsympathetic and unsupportive. | 11/20/2016 9:00 AM |
| 6 | Do something, please | 11/19/2016 3:50 PM |
| 7 | I would like CCCR Telepsychiatrists not to have mandatory unpaid calls. | 11/19/2016 1:00 PM |
| 8 | Parole outpatient clinic:I find /found custody very sensitive and helpful ( especially Paole agents and their soups) Telepsych: admin keep staff psych in dark and micromanage . Newcomers are promoted who do not have CDCR experience . Therefore difficult to reason with . CDCR approach mental health with medical model which is not suitable for our patient population . supervisors will only contact staff for negetive matters . They will take credit for all positives and want a shining dash board .They are not keen on listening to staffs' suggestions . | 11/19/2016 12:23 PM |
| 9 | I would appreciate the union doing a better job of keeping members informed regarding the negotiation process. Infrequent e-mails with very little actual information are not sufficient. | 11/19/2016 12:12 PM |
| 10 | My experience with CDCR headquarters strongly suggests poor management skills, a frequent willingness to dismiss our feedback, a hidden agenda to exploit us regardless of consequences to our health, a failure to prioritize recruitment and retention, and a fundamental embracement of mendacity. Most of it driven prbably by 1) a directive from higher.up to save money and 2) an inflexible committment to preserve personal power or influence. I served at Sac, was there when it fell apart (something that took years) and witnessed disregard, dismissals of feedback by Headquarters of our leadership over 6+ years. Other facilities have also experienced truama (salinas comes to mind). Headquarters does not learn beacuse there are inflexible forces in or upon them that don't permit it. My opinion. We it not for the benefits, I would leave - I just fortunate to practice at a specific facility where I think I can hang on for maybe 5 years, if I am lucky. But I had no illusions that Headquarters has no plan to ramp up the workload and acquity of our patients overall, over time, and refise to honor our feedback about them and our requests for additional positions to handle the workload and changes we are already seeing to the intensity otherwise of the work. I am a classic CalPers employee with 9 years of service credit (10 coming up in May), or I would already be gone and in the private sector. ... The State says they offer competitive salary and benefits for New employees - but if that is so, exactly why are they not effectively recruiting and hiring new psychiatrists ... And exactly why cannot they keep the ones they have? They need to offer Superior salary and benefits and Try to recruit new people if the Want to get new people. And then they must respect the ones they have and treat them well, to keep them. .... I am certain Headquarters already knows these things ... So. Then why are they taking such a hard line in negotiations that could make working for them Factually competitive ? .... Thank you for working so hard on our behalf ... I admire what you have that upholds your motivation to help is in the face of such disheartening behavior sitting across from you at the negotiating table. Salute | 11/19/2016 10:34 AM |
| 11 | 4-10 schedule should be available to any staff who desires it. Main reason to look for another job. On-call schedule too heavy with dismal compensation. | 11/19/2016 7:44 AM |
| 12 | Call should be paid calls hourly rate and should be centralized with removal of redundant calls in spite of presence of policy and procedure in place. | 11/18/2016 8:14 PM |

17 / 19

| 13 | Hate call | 11/18/2016 5:04 PM |
|---|---|---|
| 14 | No raise in 9+ years is now driving me to look elsewhere for employment as well as "under minimum wage" labor for being on call when coupled with inherent danger of working in prison environment. | 11/18/2016 3:19 PM |
| 15 | Staffing levels for psychiatrists at RJ Donovan have been below minimal standards for over a year now. Those of us remaining are seeing patients who are long overdue for appointments as per the requirements. It is only a matter of time before an adverse outcome occurs, unless a significant improvement in recruitment occurs. RJD is considered a hub for mental health, and so we have a huge population of very ill patients. It is sad that the State has decided to ignore the critical shortage of psychiatrists here. | 11/18/2016 11:32 AM |
| 16 | in the first 18 years i worked here 7 psychiatrists left, in the last 3 years 27 left. | 11/17/2016 8:34 PM |
| 17 | Severe understaffing at prisons. Retirement plan changes after 2013 have made working for CDCR much less appealing. Understaffing means we are exposed to greater liability and inmates are suffering bc of it; there is serious lack of programming for inmates who spend most of time in cells. Employer tries to overwork you and schedule 7 new evals and several follow ups and give you 30 minutes for new Eval which can involve reviewing 10 years of medical records and dealing wth complex issues, dangerousness, etc. plus there is a ton of bullshit trainings to do bc of receivership as if we don't already know how to do a suciide risk assessment. Then if we forget to put in the correct tabe score data points we have to correct them and get verbal education from supervisor. The call is onerous and pay is piss poor. The job has become a cluster. Being supervised by psychologists is inappropriate given that I am a medical doctor; how come the state can't find a psychiatrist who is willing to be my chief psychiatrist at each institution? The mngt don't let us job share; I can't share a full time item with someone and work 10 hours and the other doc works 30 hours. | 11/17/2016 7:18 PM |
| 18 | The EHRS has dramatically increased workload, both during and after hours. | 11/17/2016 6:21 PM |
| 19 | Now that we are getting EHRS they want the on-call physicians to take laptop home and do lots of unnecessary work for virtually no pay! | 11/17/2016 6:02 PM |
| 20 | I'm about to the point to say, FUCK THIS JOB" because it only gets worse year after year, less staff, more work, higher expectations, NO ONE to advocate for the TWO staff psychiatrists left at PBSP (nine years ago there were seven psychiatrists on staff). Call is ridiculous, NOT PAID ENOUGH for the hours of lost sleep. ████████████ | 11/17/2016 4:53 PM |
| 21 | As UAPD recently noted, the situation at SVSP is at a crisis point. I am the only on-site staff psychiatrist left here; when I started here, there were 8 of us! There is an ongoing and persistent culture-clash that has gone on here for many years in which the psychologists constantly attempt to control and micromanage the psychiatrists here to the point where no one wants to work here. | 11/17/2016 4:43 PM |
| 22 | On call compensation is ridiculous. | 11/17/2016 4:24 PM |
| 23 | I DO NOT WANT TO TAKE CALL | 11/17/2016 4:05 PM |
| 24 | Supervisors that take a micromanaging approach have also been causing more and more tension in the workplace and decreases morale amongst all staff. | 11/17/2016 4:05 PM |
| 25 | We are losing psychiatrists and it seems impossible to find replacement for the ones who are retiring and it is likely to severely affect patient care and work condition. | 11/17/2016 3:21 PM |
| 26 | I do have some frustration with the union given the amount of money being paid out each month and lack of progress with contract, working to improve call, compensation, etc. | 11/17/2016 3:19 PM |
| 27 | 1) Salaries need to catch up to other employers like Kaiser, for example. | 11/17/2016 3:06 PM |
| 28 | I dislike having to do surveys. | 11/17/2016 2:04 PM |
| 29 | In a nutshell- Mental Health Department at WSP -RC hierarchy is in reverse order compare to rest of the world in practice of Medicine. | 11/17/2016 1:57 PM |
| 30 | No one told me about Pepra when I joined the state job | 11/17/2016 1:35 PM |
| 31 | Mental health is consistently faced with lack of basic needs to just do our jobs. It is a good day at work if I even have an office to use. If I have a desktop computer and a telephone, it's a great day at work. If I have a printer as well, then life is beautiful. Today I have the luxury of an office with a computer, telephone, AND printer - and I should be jumping for joy. Except that the air conditioning unit is blowing toxic fumes into the building, instead of to the outside. CDCR insists on being the last place in North America where 3rd World conditions exist at work. | 11/17/2016 1:32 PM |
| 32 | I'm trying to hold on for my 10 years. I can't recommend other psychiatrists work here. The system is exceptionally top down. The environment is decidedly non-academic and the aspiration is for "the minimal constitutionally mandated level of care." Systematic attempts to probe how poor a level of care that is... Local management does the best it can given the constraints. | 11/17/2016 1:14 PM |

| 33 | I worked at Napa State for 9 years, and without notice, was forcibly moved to a 1370 program. The workload of the 1370 is unbearable, and due to hostile management at NSH, I was not able to be reassigned to a non1370 unit. Thus, I applied for a lateral transfer to the CDCR. | 11/17/2016 1:05 PM |
|----|----|----|
| 34 | Telepsychiatrists are being used to cover call at facilities they are not assigned to, which is inappropriate. Telepsychiatry managers are micromanaging. | 11/17/2016 1:00 PM |
| 35 | Under Chapter 113, P.L. 1997, the amount of compensation (salary) used to determine member contributions and benefits, for the State-administered pension systems, may not exceed the compensation limitation of section 401(a) (17) of the federal Internal Revenue Code. This compensation (salary) limitation is adjusted annually, based upon cost of living increases. In other words, under the provisions of the Internal Revenue Code, Section 401(a)(17), for the "qualified" defined benefit plans listed below [401(a)(2)], the current federal ceiling on pensionable salary ($270,000 in 2017) applies to the base salaries of members of these pension plans. Salary earned by a member in excess of this amount is not pensionable; that is, it may not be used in determining member contributions and benefits. UAPD lately has focused on PEPRA-affected members. UAPD must also please focus on any members who make over the $270,000 limit (which includes every psychiatrist at Step 5 of their salary range). The state requires that the employees that make $293,000 per year contribute 11% toward reitrement benefits. Then the employee must rely on the state to refund some of that contributed money at the end of the year (because that state should require 11% of $270,000 not $293,000). Please stop focusing only on PEPRA-afftected members, because you see that classic member have some of the same concerns as the PEPRA-affected members. Thanks, ███████████ | 11/17/2016 12:59 PM |
| 36 | I continue to be extremely satisfied with on call and call back compensation. | 11/17/2016 12:51 PM |

**CDCR Psychiatrist Issues : Entry # 4273**

**Your Name**

███████████████

**Your Personal Phone Number**

███████

**Your Department**

- CDCR

**Your Facility**

SQSP MHSDS CHSB

**Psychiatrist understaffing at your facility has a negative impact on which of the following things? Choose all that apply.**

- Patient Care
- Employee Safety
- Public Safety

**Please give specific, detailed examples to support your answers above.**

This document was cut off in my previous effort. I do not know if it was sent. Psychiatry understaffing in my work at San Quentin with increased work load, decreased opportunity to examine & educate critically brain ill patients & shrinking time to document findings, diagnostic issues, management recommendations, tactics, plans & strategies caused such growth of risk of harm to patients, physicians, custody & staff that it forced an unplanned never anticipated 100% industrial disability retirement of at least one physician due to Physician Burnout.

**CDCR Psychiatrist Issues : Entry # 4275**

**Your Name**

Psychiatrist, MD

**Your Department**

- CDCR

**Your Facility**

VSP

**Psychiatrist understaffing at your facility has a negative impact on which of the following things? Choose all that apply.**

- Patient Care
- Cost to Taxpayers

**Please give specific, detailed examples to support your answers above.**

I am a telepsychiatrist at VSP and know from my own patient caseload that the intervals for patient contacts is not being met according to the Program Guide. Yet somehow, whenever there is a Coleman visit, the numbers seemingly look in compliance.

This is detrimental to patient care as these patients are seriously mentally ill and need to be seen at least as often as the Program Guide requires if not more at times.

These seriously mentally ill patients have quickly decompensated and put pressure on Mental Health Crisis Beds. This is a huge misuse of resources. All patients should be maintained at the lowest level of care that is clinically needed.

**CDCR Psychiatrist Issues : Entry # 4276**

**Your Name**

███████████

**Your Personal Phone Number**

██████████

**Your Department**

- CDCR

**Your Facility**

CMC West facility

**Psychiatrist understaffing at your facility has a negative impact on which of the following things? Choose all that apply.**

- Patient Care
- Employee Safety
- Cost to Taxpayers

**Please give specific, detailed examples to support your answers above.**

I work in a gymnasium being used as a clinic adjacent to a construction site which is not staffed for any custody support and severely effects care. This clinic was hastily put together due to understaffing at othe prisons.

**CDCR Psychiatrist Issues : Entry # 4279**

**Your Name**

██████████████

**Your Personal Phone Number**

████████████

**Your Department**

- CDCR

**Your Facility**

Solano State Prison

**Psychiatrist understaffing at your facility has a negative impact on which of the following things? Choose all that apply.**

- Patient Care

**Please give specific, detailed examples to support your answers above.**

We are allocated 7.5 F/T psychiatrists, but have only 3 staff psychiatrists taking call , the rest are half time contractors and telepsychiatrists floating in and out of the pool of workers. No consistency. Some duties only fall on the State psychiatrists who are burned out. Recruiting near impossible since PEPPRA 2003 law and only cost of living increases in the last 5 years. Two out of our three psychiatrists are looking for other jobs since the recent Bargaining deal was so weak. I will soon be the only State psychiatrist left. HELP!!!

**CDCR Psychiatrist Issues : Entry # 4281**

**Your Name**

██████████

**Your Personal Phone Number**

█████████

**Your Department**

- CDCR

**Your Facility**

Telepsychiatry

**Psychiatrist understaffing at your facility has a negative impact on which of the following things? Choose all that apply.**

- Patient Care
- Employee Safety

**Please give specific, detailed examples to support your answers above.**

I had worked at CIW inside the institution until an inmate threatened me. We had a rash of suicides, were understaffed at the time, and morale was horrendous.

I transferred to Telepsychiatry which is a different world from working inside prison where inmates assault staff and threaten you. I see inmates at SVSP which is understaffed and inmates are not always being seen in a timely manner and morale is pretty bad.

I could not believe that CIW did not get the R & R bonus and would recommend striking before agreeing to a contract without R & R for all institutions.

**CDCR Psychiatrist Issues : Entry # 4282**

**Your Name**

██████████

**Your Personal Phone Number**

████████

**Your Department**

- CDCR

**Your Facility**

PBSP

**Psychiatrist understaffing at your facility has a negative impact on which of the following things? Choose all that apply.**

- Patient Care

**Please give specific, detailed examples to support your answers above.**

I would like to know WHY Pelican Bay was not included in the R&R bonus that other facilities received. If there is any facility in the middle of the wilderness, god-forsaken no place it's PBSP. The closet shopping mall to PBSP is the Walmart. I've been a psychiatrist at PBSP for almost ten years, when I started there were five line staff psychiatrists, a senior psychiatrist, and a chief psychiatrist. It wasn't long after I started the psychiatrists were taking off, retiring, finding other facilities further south to work at. In the past three-plus years PBSP went down to finally ONE, ME. They hired █████████ about a year ago, drove him out after six months, again I'm working alone. They hire senile contractors to fill in, creating more work for myself to fix after they leave. They are on the 4th or 5th different tele-psychiatrist (I've lost count already). I'm treated like a sack of dog shit, kicked around, abused, belittled, berated when I disagree with any psychologist (whom have controlled the mental health program for as long as I've been there). The ONLY reason I try to hang on is to make it closer to my retirement and then I'm getting out ASAP. I have a house almost paid off in Eureka and plan to retire there, so my options of moving is not even a consideration for me. But yet, I'm not entitled to a retention? WHY? Let someone else come up here and work for one month, they will understand the reasons.

**CDCR Psychiatrist Issues : Entry # 4284**

**Your Name**

███████████

**Your Personal Phone Number**

███████████

**Your Department**

- CDCR

**Your Facility**

Wasco State prison

**Psychiatrist understaffing at your facility has a negative impact on which of the following things? Choose all that apply.**

- Patient Care
- Employee Safety
- Cost to Taxpayers

**Please give specific, detailed examples to support your answers above.**

2.5/10 position filled for psychiatrist for many years. Collusion with psychologist-tend to undermine recruitment of staff psychiatrist than hiring and promoting use of contract psychiatrist for easy manipulation of contractors by psychologists.Harsh and intimidating environment created for staff psychiatrist deter any potential contractor to convert into staff. Example - exist where contractor convinced to become staff was converted back into contract position after few months in same facility by Chief of mental health, who usually is a psychologist.
Extra load, frequent change of assignment, inadequate and often filthy work space - all plays negatively in hiring and retention of psychiatrist at wsp. These are few examples of what actually have been happening at WSP, mental health department.

**CDCR Psychiatrist Issues : Entry # 4285**

**Your Name**

████████████

**Your Personal Phone Number**

████████████

**Your Department**

- CDCR

**Your Facility**

CHCF

**Psychiatrist understaffing at your facility has a negative impact on which of the following things? Choose all that apply.**

- Patient Care
- Cost to Taxpayers
- Public Safety

**Please give specific, detailed examples to support your answers above.**

The CDCR side of CHCF has been chronically understaffed for several years. As a result, morale among psychiatrists is low and the standards set forth for patient care have not been met.

**CDCR Psychiatrist Issues : Entry # 4288**

**Your Department**

- CDCR

**Your Facility**

RJD

**Psychiatrist understaffing at your facility has a negative impact on which of the following things? Choose all that apply.**

- Patient Care
- Employee Safety
- Cost to Taxpayers
- Public Safety

**Please give specific, detailed examples to support your answers above.**

We have been substantially short-staffed with psychiatrists here at RJD for a couple of years. We are considered a mental health hub, which means that we are sent some of the most difficult mental health patients from around the state. Us remaining psychiatrists have been forced to cover multiple extra duties, such as seeing patients on separate yards, switching to different rotations quickly, having to cover ad-seg and the crisis bed often, and taking more calls. It is only a matter of time before an adverse outcome. We see so many patients that it is impossible to know any of them very well. This creates issues with adequate patient care, and leads to less stable inmate-patients who then pose greater risks to employees and the public. The telepsychiatrists and contractors (most of whom have quit) are no substitute for an adequate staff, but these stopgap measures will continue if the State is allowed to do so. Like myself, the remaining staff psychiatrists are all seriously thinking of other options. The fact that pay outside the prison is now comparable to what we earn here means it is only a matter of time before the shortage here worsens, and the recruitment will continue to remain abysmal. We are all feeling the effects of burnout and loss of morale.

**CDCR Psychiatrist Issues : Entry # 4290**

**Your Department**

- CDCR

**Your Facility**

CHCF

**Psychiatrist understaffing at your facility has a negative impact on which of the following things? Choose all that apply.**

- Patient Care

**Please give specific, detailed examples to support your answers above.**

patients are receiving too little care (not enough care and infrequent care)

psychiatrists are under extreme stress when faced with numerous patients in need (and too few psychiatrist to meet that need)

Date 7/19/16                    Time 10:18

# Union of American Physicians and Dentists Proposal

**The UAPD (BU 16) proposes the following language:**

**10.4    Salaries and Allowances**

A.  Adjusted Pay Ranges

    1.  <u>General Salary Increases</u>

        a.  <u>Effective July 1, 2016, all Bargaining Unit 16 employees shall receive a General Salary Increase (GSI) of four percent (4%).</u>

        b.  <u>Effective July 1, 2017, all Bargaining Unit 16 employees shall receive a General Salary Increase (GSI) of four percent (4%).</u>

        c.  <u>Effective July 1, 2018, all Bargaining Unit 16 employees shall receive a General Salary Increase (GSI) of four percent (4%).</u>

B.  Salary Differential (Recruitment and Retention)

    1. Upon approval by the California Department of Human Resources, a department may provide monthly or annual recruitment and retention differentials to Unit 16 employees. These differentials may be authorized for specific Unit 16 classifications in specific geographic locations or facilities, or may be authorized for the entire department. The department will give UAPD notice when a request is made to the California Department of Human Resources.

    <u>The California Department of Human Resources, shall approve a department to provide monthly or annual recruitment and retention differentials of at least five percent (5%) to Unit 16 employees in work sites that have a vacancy rate of twenty-five percent (25%) or more. These differentials shall be authorized for specific Unit 16 classifications in specific geographic locations or facilities, or may be authorized for the entire department. The department will give UAPD notice when a differential is granted.</u>

2. A less than full-time permanent employee may receive the recruitment and retention differential on a pro-rated basis.

3. Permanent intermittent employees may receive a pro-rated recruitment and retention differential based on hours worked in the pay period.

C. Bilingual Differential Pay

Bilingual Differential Pay applies to those positions designated by the California Department of Human Resources as eligible to receive bilingual pay according to the following standards.

1. Definition of bilingual positions for Bilingual Differential Pay.

   a. A bilingual position for salary differential purposes requires the use of a bilingual skill on a continuing basis averaging ten percent (10%) of the time. Anyone using their bilingual skills ten percent (10%) or more of the time will be eligible whether they are using them in a conversational, interpretation, or translation setting. In order to receive bilingual differential pay, the position/employee must be certified by the using department and approved by the California Department of Human Resources. (Time should be an average of the time spent on bilingual activities during a given fiscal year.)

   b. The position must be in a work setting that requires the use of bilingual skills to meet the needs of the public in either:

      1. A direct public contact position;

      2. A hospital or institutional setting dealing with patient or inmate needs;

      3. A position utilized to perform interpretation, translation or specialized bilingual activities for the department and its clients.

   c. Position(s) must be in a setting where there is a demonstrated client or correspondence flow where bilingual skills are clearly needed.

   d. Where organizationally feasible, departments should ensure that

positions clearly meet the standards by centralizing the bilingual responsibility in as few positions as possible.

e. Actual time spent conversing or interpreting in a second language and closely related activities performed directly in conjunction with the specific bilingual transaction will count toward the ten percent (10%) standards.

2. Rate:

a. An employee meeting the bilingual differential pay criteria during the entire monthly pay period would receive a maximum $100.00 per monthly pay period including holidays.

b. A monthly employee meeting the bilingual differential pay criteria less than the entire pay period would receive differential on a pro-rated basis.

c. A fractional month employee meeting the bilingual differential pay criteria would receive the differential on a pro-rated basis.

d. An employee paid by the hour meeting the bilingual differential pay criteria would receive a differential of $0.58 per hour.

e. An employee paid by the day meeting the bilingual differential pay criteria would receive a differential of $4.61 per day.

3. Employees, regardless of the time base or tenure, who use their bilingual skills more than ten percent (10%) of the time on a continuing basis and are approved by the California Department of Human Resources will receive the bilingual differential pay on a regular basis.

4. Bilingual differential payments will become earnings and subject to contributions to the State Retirement System, OASDI, levies, garnishments, Federal and State taxes.

5. Employees working in positions which qualify for regular bilingual differential pay as authorized by the California Department of Human Resources may receive the appropriate pay during periods of paid time off and absences (e.g., sick leave, vacation, holidays, etc.).

6. Employees will be eligible to receive the bilingual differential payments on the date the California Department of Human Resources approves the departmental pay request. The effective date shall be retroactive to the date of appointment, not to exceed one (1) year, and may be retroactive up to two (2) years, to a position requiring bilingual skills when the appointment documentation has been delayed. The effective date for bilingual pay differential shall coincide with the date qualified employees begin using their bilingual skills on a continuing basis averaging ten percent (10%) of the time, consistent with the other provisions of this section.

7. Bilingual salary payments will be included in the calculation of lump sum vacation, sick leave, and extra hour payments to employees terminating their State service appointment while on bilingual status.

8. Employees will not receive bilingual salary compensation for overtime hours worked, except upon separation from State service, regardless of total hours during the pay period. Agencies may not include bilingual salary compensation when computing overtime rate.

9. Employees receiving regular bilingual differential pay will have their transfer rights determined from the maximum step of the salary range for their class. Incumbents receiving bilingual pay will have the same transfer opportunities that other class incumbents are provided.

10. The bilingual differential pay shall be included in the rate used to calculate temporary disability, industrial disability, and non-industrial disability leave benefits.

## Q1 For which department do you work?

Answered: 7   Skipped: 0



| Answer Choices | Responses | |
|---|---|---|
| CDCR/CCHCS | 100.00% | 7 |
| DSH | 0.00% | 0 |
| Other (please specify) | 0.00% | 0 |
| Total | | 7 |

| # | Other (please specify) | Date |
|---|---|---|
| | There are no responses. | |

## Q2 At which facility do you work?

Answered: 7    Skipped: 0



| Answer Choices | Responses | |
|---|---|---|
| CA. HEALTH CARE FACILITY - STOCKTON (DSH) | **0.00%** | 0 |
| CA. HEALTH CARE FACILITY - STOCKTON (CDCR/CCHCS) | **0.00%** | 0 |
| SALINAS VALLEY PSYCHIATRIC PRO (DSH) | **0.00%** | 0 |
| SALINAS VALLEY STATE PRISON (CDCR/CCHCS) | **14.29%** | 1 |
| VACAVILLE PSYCHIATRIC FACILITY (DSH) | **0.00%** | 0 |
| CA. MEDICAL FACILITY (CDCR/CCHCS) | **14.29%** | 1 |
| Other (please specify) | **71.43%** | 5 |
| **Total** | | **7** |

| # | Other (please specify) | Date |
|---|---|---|
| 1 | Current SCC, Previous DSH Vacaville | 2/2/2017 8:17 AM |
| 2 | EGC - Telepsychiatry | 2/1/2017 8:38 AM |
| 3 | FSP | 1/31/2017 2:00 PM |
| 4 | Wasco State Prison | 1/27/2017 4:00 PM |
| 5 | CORCORAN | 1/20/2017 8:19 AM |

Proposed Transfer of DSH Psychiatric Programs to CDCR

## Q3 What is your job title?

Answered: 7   Skipped: 0



| Answer Choices | Responses | |
|---|---|---|
| Psychiatrist | 100.00% | 7 |
| Physician | 0.00% | 0 |
| Dentist | 0.00% | 0 |
| Total | | 7 |



**Q4 What do you think of the proposed plan to transfer the three jail-based psychiatric programs (Vacaville, Salinas Valley, Stockton) from DSH to CDCR/CCHCS?**

Answered: 7   Skipped: 0



| Answer Choices | Responses | |
|---|---|---|
| I like it | **14.29%** | 1 |
| I don't care | **0.00%** | 0 |
| I don't like it | **71.43%** | 5 |
| I don't know | **14.29%** | 1 |
| Total | | 7 |

**Q5** **What would you like UAPD to know about this?  What are your questions, comments, and/or concerns?**

Answered: 6   Skipped: 1

| # | Responses | Date |
|---|-----------|------|
| 1 | CDCR has no experience in providing inpatient Psychiatric care of the type that DSH has been providing for several decades at these facilities. The proposed change will result in a disruption to the current care and a "relearning" process while CDCR tries to figure out how to provide the necessary care. I had been a part of the opening of the DSH program in Stockton, and witnessed first hand the chaos created by CDCR's attempted involvement in that process (leading to my return to DSH-Vacaville). I fear that the "lift and shift" process will create similar chaos throughout the system of inpatient care available to CDCR inmates, and that it will be the patients who suffer. They have no option to take their business elsewhere and deserve the care that can only be provided through competent, knowledgeable and experienced inpatient providers. | 2/2/2017 8:17 AM |
| 2 | However, going by past experience, it would not come as a surprise if HQ Psychiatry leadership simply 'dumps' the extra workload on the respective institutions, without providing additional staff/resources. Given the morale at various CDCR institutions, some DSH staff have expressed their intent to leave rather than get their employment transferred over to CDCR (example - CHCF Stockton and DSH-Stockton). There appears to be a great deal of emphasis on recruiting new psychiatrists (which is good); however, there is little or no attention being paid to the numbers of psychiatrists leaving institutions (it is unfortunate that CDCR is making little or no effort to ensure better retention). Finally, it appears that hiring of supervisory staff is biased and very 'selective', typically decided even prior to the interviews; the questions for the interview appear vague, unrelated to the position being interviewed for, and appear to simply offer an excuse for interviewing panels to exclude strong (but undesired) candidates; further, it appears that Civil Service time-frames for notification, scheduling of interviews, and feedback to candidates are not being routinely followed. It is also unfortunate that job assignments are changed abruptly, and without discussion, and recruitment commitments are not honored after people are hired, leading to dissatisfaction and mistrust - this is particularly relevant to patient caseload and 'work output expectations'. All of these may need to be clarified, and a commitment in writing obtained from CDCR before the transition takes place, IMHO! | 2/1/2017 8:38 AM |
| 3 | I have worked with both CDCR and DSH - both agencies have their shortcomings but those that can attend CDCR can be devastating. at CDCR, PhD's, Social Workers do not understand the needs of Psychiatrists (we must work under the 'leadership of the mental health program' led largely by psychologists who resent the breadth of our training, our pay and routinely diminish our expressed concerns when it comes to patient care. Further, when conflicts arise between line psychiatrists and certain individual psychiatrists who supervise, there are no meaningful safeguards to abuse of authority. I worded at the Stockton CDCR facility and can attest as to why I left after only about 4 months to go work for DSH. I left DSH about a year later to return to a 'backwater' CDCR facility (where headquarters is not quite so invested in heavy-handed direction) because I could see that CDCR was bound and determined to acquire direct control of the management of mental health services at Stockton from DSH. The plan for that take over is now in place - I would imagine the psychiatrists at Stockton DSH are quite concerned. | 1/31/2017 2:00 PM |
| 4 | Watch for Staffing and transfers for both patients and staffs. | 1/27/2017 4:00 PM |
| 5 | CDCR HAS NEVER EMPLOYED ENOUGH STAFF TO TAKE CARE OF THE REGULAR NEEDS. This is an added burden with no relief in sight.This SHOULD BE BLOCKED UNTIL CDCR is fully staffed and staff can have appropriate time off and days and not be pushed to their limits and have burn outs and injuries etc. | 1/20/2017 8:19 AM |
| 6 | I am a psychiatrist at SVSP and have spoken with psychiatrists at SVSP-DSH; none of us think this is a good idea. The reality is that the morale within the Mental Health Dept. as a whole at SVSP is quite poor and has been for years, and the SVSP-DSH psychiatrists know this. Furthermore, there has been a poor relationship between Psychiatry and the Mental Health Administration, which is mostly composed of psychologists who seem to be persistently and continually attempting to manage/control the psychiatrists. Merging our two programs would only exacerbate these issues. | 1/11/2017 9:06 PM |

## Q1 For which department do you work?

Answered: 22   Skipped: 0



| Answer Choices | Responses | |
|---|---|---|
| CDCR/CCHCS | 0.00% | 0 |
| DSH | 100.00% | 22 |
| Other (please specify) | 0.00% | 0 |
| Total | | 22 |

| # | Other (please specify) | Date |
|---|---|---|
| | There are no responses. | |

## Q2 At which facility do you work?

Answered: 22   Skipped: 0



| Answer Choices | Responses | |
|---|---|---|
| CA. HEALTH CARE FACILITY - STOCKTON (DSH) | **59.09%** | 13 |
| CA. HEALTH CARE FACILITY - STOCKTON (CDCR/CCHCS) | **0.00%** | 0 |
| SALINAS VALLEY PSYCHIATRIC PRO (DSH) | **9.09%** | 2 |
| SALINAS VALLEY STATE PRISON (CDCR/CCHCS) | **0.00%** | 0 |
| VACAVILLE PSYCHIATRIC FACILITY (DSH) | **31.82%** | 7 |
| CA. MEDICAL FACILITY (CDCR/CCHCS) | **0.00%** | 0 |
| Other (please specify) | **0.00%** | 0 |
| Total | | **22** |

| # | Other (please specify) | Date |
|---|---|---|
| | There are no responses. | |

## Q3 What is your job title?

Answered: 22   Skipped: 0



| Answer Choices | Responses | |
|---|---|---|
| Psychiatrist | 100.00% | 22 |
| Physician | 0.00% | 0 |
| Dentist | 0.00% | 0 |
| Total | | 22 |

## Q4 What do you think of the proposed plan to transfer the three jail-based psychiatric programs (Vacaville, Salinas Valley, Stockton) from DSH to CDCR/CCHCS?

Answered: 22   Skipped: 0



| Answer Choices | Responses | |
|---|---|---|
| I like it | **4.55%** | 1 |
| I don't care | **0.00%** | 0 |
| I don't like it | **90.91%** | 20 |
| I don't know | **4.55%** | 1 |
| Total | | **22** |

## Q5 What would you like UAPD to know about this? What are your questions, comments, and/or concerns?

**Answered: 21    Skipped: 1**

| # | Responses | Date |
|---|-----------|------|
| 1 | We frequently admit patients who have been poorly cared for by CDCR. Many of these men are admitted very psychotic and are inadequately medicated (either far too low a dose of medication or on medication combinations that make no sense). The program at DSH, particularly the expertise we are able to obtain via the DSH PRN Psychopharmacology Group is essential in helping these patients' illnesses enter remission. A great concern is that this expertise (from the PRN Group) will disappear should the "lift and shift" happen. This would greatly impact our ability to care for many of these very ill patients. | 2/20/2017 10:34 AM |
| 2 | Retention rates among psychiatrists on CDCR has been very poor at Stockton. This may be due to lots of reasons. Psychiatrists as team leaders on DSH side is one. | 2/6/2017 10:09 AM |
| 3 | Representatives from CDCR and DSH informed all present at a recent town hall meeting here at CMF that seniority and salaries are all subject to negotiation with our respective unions when DSH employees become CDCR employees on July 1 2017. This is very unsettling. | 2/1/2017 9:53 AM |
| 4 | With CDCR's inability to retain psychiatrist, we don't want this take over to happen. If the situation gets bad I am going to leave here for another job. | 1/30/2017 9:37 AM |
| 5 | I gather its not Psychiatrist's friendly, working culture is not conducive and there is blame game. I heard they haven't managed inpatient care before at this scale and so there is lot of apprehension about their management. Staff retention record is poor and so puts pressure on those working. | 1/23/2017 12:14 PM |
| 6 | CCHCS/CDCR have not been able to safely manage Stockton MHCB or the other yards at that facility. Patients at CCHCS/CDCR are not seen in a timely manner and the management (including the chief of mental health and CEO) at that site are clearly not interested in patient care- Only about Coleman audits and presenting a false picture/documents of what is really happening at that facility. The mismanagement by psychology staff at that facility has resulted in a high attrition rate of psychiatrists and short staffing of psychiatrists, whereas at the same facility, DSH is able to maintain high psychiatrist staffing. It is poor patient care to transfer the patients' treatment from DSH staff to CCHCS at the Stockton facility. I left CCHCS/CDCR Stockton to work at DSH Stockton due to this mismanagement and attempts by non-physician staff to direct physician treatment. It is a night and day difference in patient care and the view of patients between CCHCS/CDCR and DSH, and I was glad that I made the transfer. The staff at DSH facilitate thoughtful groups that patients appreciate, are in contact with patients' family in a supportive manner, and have a recovery model view of mental health patients- not the perspective that CCHCS/CDCR Stockton has. If CCHCS/CDCR does take over DSH Stockton, I will certainly resign from the state, and have heard other psychiatrists will as well. As psychiatrists, we have many employment opportunities, and will not collude while CCHCS/CDCR attempts to direct patient care in a negative way. We know that ultimately, as physicians, we are accountable and responsible for patients' care- not CCHCS/CDCR non physician staff. Physicians should thus be leading the treatment at psychiatric units. Unfortunately, it will be the severely mentally ill inmates that suffer. I cannot understand/believe how the Federal Receiver or Coleman would approve of CCHCS/CDCR to take over acute and intermediate care beds at a facility where they have observed such poor patient care and have given such negative reviews of the MHCB. I know the state wants to save money by providing less treatment to inmate patients, but I thought Coleman and the Federal Receiver were set up to make sure patients are receiving at least the minimum required care. I am also writing to my state legislators with the hope that they will not approve of this section of the budget. Part of my responsibility as a psychiatrist is to advocate for the severely mentally ill, especially in circumstances when their treatment and well being is threatened. | 1/13/2017 6:32 AM |
| 7 | Too many administrators in DSH...yet less staff seeing patients. We are being micromanaged by people who has no psycitric training or no how yet they make decisions for us. I think that the state will save money, a lot of money if there's only one administation rather than having too many administrators. | 1/12/2017 12:31 PM |
| 8 | I joined the DSH as it had a very good environment and I am happy and comfortable at my job. CDCR has difficulty retaining their staff and if they take over and make drastic changes, I will consider quitting my job and taking a job some where else. Any help with this matter will be highly appreciated. Thank you. | 1/12/2017 10:27 AM |
| 9 | CDCR has a proven record of providing poor healthcare, poor psychiatrist retention, staff burnout, poor management skills. Now soon to be former DSH institutions with well established programs will be disintegrated. | 1/11/2017 11:10 PM |
| 10 | stop the merger | 1/11/2017 10:48 PM |

| 11 | CDCR runs prisons not hospitals. 1) CDCR let go GACH license & runs institutions on Continuing Treatment Care (CTC) models. 2) CDCR will not meet Coleman standards. DSH is more likely to meet this. DSH Stockton obtained JCAHO accreditation. | 1/11/2017 9:00 PM |
| 12 | It appears in CDCR it's all about looking good on paper vs. actual patient care. Also, there is no autonomy. MD not the team leader. Very punitive approach to mistakes vs learning from the mistakes. | 1/11/2017 8:51 PM |
| 13 | CDCR has continuously demonstrated lack of ability and capacity to provide a comprehensive care for destabilized mentally ill offenders. Even the oversight by Coleman Court did not help much. There are still inmates - patients who require transfers to DSH acute or intermediate level of care because CDCR mental health is unable to take care of these patients. DSH provides therapeutic (not custody setting) treatment which has positive treatment outcomes and usually allows the patients to improve and go back to CDCR. Therefore, DSH psychiatrists are very concerned that custody-oriented treatment setting, despite proving being ineffective, will contribute to inadequate quality or care for already stigmatized patients. | 1/11/2017 8:37 PM |
| 14 | CDCR has continuously demonstrated lack of ability and capacity to provide a comprehensive care for destabilized mentally ill offenders. Even the oversight by Coleman Court did not help much. There are still inmates - patients who require transfers to DSH acute or intermediate level of care because CDCR mental health is unable to take care of these patients. DSH provides therapeutic (not custody oriented as it is at CDCR setting) treatment which has positive treatment outcomes and usually allows the patients to improve and go back to CDCR. Therefore, DSH psychiatrists are very concerned that custody-oriented treatment setting, despite proving being ineffective, will contribute to inadequate quality or care for already stigmatized patients. | 1/11/2017 8:36 PM |
| 15 | This is a misguided attempt to save money, but in the end there will be no savings. The separation between DSH and CDCR currently allows patients to be treated differently at DSH than they can be in CDCR. DSH has a primary mission of treating mental illness while CDCR's mission is being a prison. DSH treats patients that CDCR is unable to treat in their system and now there will be no difference between the 2. Over the long run, there will be no savings, the length of stay will not decrease nor will the waiting list be reduced. There will always be staffing shortages at all 3 facilities. | 1/11/2017 8:18 PM |
| 16 | CDCR/CCHCS has not shown the level of commitment to quality improvement, patient care, and physician education that DSH has displayed. The medical back up for psychiatric patients is available as an on call service, and decision making is often clearly fiscally driven. DSH psychiatrists are not authorized to order patients for off site medical care. In order to avoid responsibility for off site care approval, some of the CDCR physicians insist that the DSH psychiatrist write the order for transfer. Also, CDCR has dragged its feet regarding sharing medical information with DSH clinicians. I fear that COs and psych techs will impart a far less therapeutic environment. I for one, will consider retirement or Napa as an alternative to DSH-Vacaville. Also, our salary has not kept pace with salaries that are commanded in the Bay Area. Recruitment and retention is awful. My case load was driven up 25%, from 30 to 40 intermediate level patients. The referral rate is far broader than before, and we even have a waiting list. I worked for CDCR at CMF's 50-bed MHCB when it opened in 2008. I transferred to DSH-Vacaville 18 months later, when it took a direction I disliked. For example, poor staffing, inadequate continuity of care, limited time with patients. | 1/11/2017 7:12 PM |
| 17 | There May be many psychiatrists leaving D S H, may be too many conflicts between the psychiatrists and psychologists about patient's treatment plans, may be too many restrictions about work place and may lose the current privileges | 1/11/2017 6:57 PM |
| 18 | I want pod to continue. CDCR does not treat their psychiatrists with respect from what multiple other psychiatrists have said from their experience. | 1/11/2017 6:22 PM |
| 19 | I am worried about losing clinical decision-making authority to non-psychiatrists, and am worried about the potential lack of administrative support, especially in disciplinary matters, based on what I have heard from psychiatrists who have CDCR experience. | 1/11/2017 6:18 PM |
| 20 | I plan to leave my current position because of this proposed plan. I know of several other psychiatrists who plan to do the same. This change will be overwhelming bad for our patients and I do not support it. | 1/11/2017 5:58 PM |
| 21 | How is is this transfer going to affect my job in terms of schedule, work load? will I have to move to a different facility? | 1/11/2017 5:08 PM |

Exhibit G

# CALIFORNIA DEPARTMENT OF HUMAN RESOURCES SUMMARY OF COLLECTIVE BARGAINING AGREEMENT FOR BARGAINING UNIT 16

## Exclusive Employee Representative: Union of American Physicians and Dentists

**Number of Employees:** Approximately 1,568 full-time equivalents

## General Provisions:

### I.  Health Benefits

#### *Employer Contribution for Future Retirees*

- Employees first hired on or after April 1, 2017, will receive an employer contribution for retiree health benefits based on an "80/80" formula.  Retirees and their dependents enrolled in a basic health benefit plan will receive an employer contribution equal to 80 percent of the weighted average premium of the four largest basic health benefit plans based on state active employee enrollment.  Retirees and their dependents enrolled in a Medicare health benefit plan will receive an employer contribution equal to 80 percent of the weighted average premium of the four largest Medicare health benefit plans based on state retiree enrollment.

#### *Prefunding of Other Post-Employment Benefits*

- Beginning on July 1, 2013, Bargaining Unit (Unit) 16 members started the process of prefunding their retiree healthcare by contributing 0.5 percent of their base salary.  The state and Unit 16 members will now both prefund retiree healthcare with the goal of reaching 50 percent cost sharing of actuarially determined total normal cost for employer and employees by July 1, 2018.  The state and employees will each make the following contributions:

  1.  Effective July 1, 2017, a total of 1 percent of pensionable compensation.

  2.  Effective July 1, 2018, an additional 0.4 percent for a total of 1.4 percent of pensionable compensation.

#### *Post-Employment Health and Dental Benefit Vesting Schedule*

- All employees first hired on or after April 1, 2017, will be subject to an extended vesting schedule providing 50 percent of the employer contribution upon completion of 15 years of state service, increasing 5 percent for each additional year of service, until the employee is 100 percent vested at 25 years of state service.

1

***Medicare Part B Supplemental Benefit***

- All employees first hired on or after April 1, 2017, will no longer be eligible to use the employer contribution for a retiree health benefit plan for Medicare Part B premiums.

## II.  Retirement Benefits

***Employee Retirement Contributions***

- Effective July 1, 2017, the employee's current retirement contribution rate shall remain in effect up until the time that CalPERS has determined that (1) the total normal cost rate in effect for the 2016-17 fiscal year has increased by 1 percent, and (2) 50 percent of that increased normal cost rate, rounded to the nearest quarter of 1 percent, is greater than the current employee contribution rate.  On July 1 of the fiscal year after CalPERS determines both (1) and (2) above have been met, the employee's retirement contribution rate for state safety, miscellaneous or industrial members shall be adjusted to 50 percent of their respective total normal cost rate rounded to the nearest quarter of one percent. Once the employee contribution rate has been established at 50 percent of the total normal cost, it shall not be adjusted again unless CalPERS determines the total normal cost rate in effect at the time of the last adjustment has increased or decreased by more than 1 percent (Articles 18.1 and 18.4).

## III.  Compensation

***General Salary Increase (GSI)***

- Effective the first day of the pay period following ratification, all Unit 16 represented classifications shall receive a 2 percent (2%) GSI.

- Effective July 1, 2017, all Unit 16 represented classifications shall receive a 3 percent (3%) GSI.

- Effective July 1, 2018, all Unit 16 represented classifications shall receive a 2 percent (2%) GSI.

- Effective July 1, 2019, all Unit 16 represented classifications shall receive a 2 percent (2%) GSI.

***Special Salary Adjustments***

- Effective the first day of the pay period following ratification, the classification of Podiatrist, Correctional Facility will receive a special salary adjustment to match the salaries of the other Podiatrist classifications.

- Effective the first day of the pay period following ratification, Physician and Surgeons employed by the Department of State Hospitals, Department of

2

Developmental Services and the California Department of Veteran's Affairs shall receive a 2 percent (2%) special salary adjustment.

- Effective the first day of the pay period following ratification, Medical, Dental and Podiatrist Consultant, Public Health Officer, and Podiatrist classifications shall receive a 2 percent (2%) special salary adjustment.

- Effective July 1, 2017, Medical, Dental and Podiatrist Consultant, Public Health Officer, and Podiatrist classifications shall receive a 2 percent (2%) special salary adjustment.

### *Pay Differentials*

- Effective the first day of the pay period following ratification, the state shall provide a monthly pay differential of 15 percent (15%) of the employee's monthly base salary for employees who are appointed in the classification of Physician and Surgeon, and employed by the California Department of Corrections and Rehabilitation or California Correctional Health Care Services at Avenal State Prison, California Medical Facility, California State Prison-Corcoran, California State Prison-Sacramento, California State Prison-Los Angeles, Mule Creek State Prison, North Kern State Prison (Delano I), Kern Valley State Prison (Delano II), Pleasant Valley State Prison, RJ Donovan Correctional Facility, Salinas Valley State Prison or the California Substance Abuse Treatment Facility-Corcoran.

- Effective the first day of the pay period following ratification, the state shall provide a monthly pay differential of 15 percent (15%) of the employee's monthly base salary for employees who are appointed in the classification of Physician and Surgeon and employed by California Department of Veteran's Affairs at Chula Vista, Lancaster, West Los Angeles or Yountville, or the Department of Developmental Services at Fairview Developmental Center, Porterville Developmental Center, or Sonoma Developmental Center.

- Effective the first day of the pay period following ratification, the state shall provide a monthly pay differential of 12 percent (12%) of the employee's monthly base salary for employees who are appointed in the classification of Physician and Surgeon, and employed by the Department of State Hospitals (DSH) at Coalinga, Napa, Stockton (California Health Care Facility), Salinas Valley or Vacaville.

- Effective the first day of the pay period following ratification, the state shall provide a monthly pay differential of 7 percent (7%) of the employee's monthly base salary for employees who are appointed in the classification of Physician and Surgeon, and employed by DSH at Atascadero, Metropolitan or Patton.

- All of the pay differentials referenced above will not be considered compensation for purposes of retirement contributions.

UAPD BU16 Summary

## IV.    Miscellaneous

- Establishes a Medical Officer of the Day assignment of four (4) or more hours for the California Correctional Health Care Services (Article 7.8).

- Clarifies that when an employee is called back within four hours of the beginning of their next scheduled shift, they will only receive callback credit for the hours remaining before the beginning of their next scheduled shift (Article 7.9).

- Establishes a Departmental Joint Labor-Management Committee to discuss issues related to on-call/call back, Medical Officer of the Day and physician shortages (Article 7.14).

- Incorporates the Healthy Families Act of 2014 and the Wounded Warriors Transitional Leave Act side letters (Article 9.2).

- Extends the time to use PLP 2010 and PLP 2012 to July 1, 2018, and requires it to be used before any other leave, except sick leave (Article 9.22).

- Prohibits a furlough or a mandatory Personal Leave Program during the first year of the agreement (Article 9.23).

- Effective May 1, 2017, and depending on available departmental funds, permits the cash out of up to 80 hours of leave per year (Article 9.24).

- Effective the pay period fallowing ratification, the lodging reimbursement rate shall increase from $90 to $110 for Marin County, from $125 to $140 for Alameda, San Mateo and Santa Clara Counties, and from $150 to $250 for San Francisco County(Article 10.3).

- Removes the requirement that a new employee must work two years before receiving the full employer health contribution for dependents (Article 11.1).

- Establishes a departmental joint labor-management committee to discuss issues related to Telehealth programs (Article 21).

## V.    Duration

- July 1, 2016 through July 1, 2020

## VI.    Fiscal

- Fiscal Year 2016-17: $5.2 million ($4.8 million General Fund)

- Total Incremental Cost: $66.8 million ($61.0 million General Fund)

- Total Budgetary Cost: $169.1 million ($153.8 million General Fund)

4

UAPD BU16 Summary

**VII.    Agreement**

- The complete Tentative Agreement between the state and UAPD is posted at: Bargaining Unit-16 Contract Page

UAPD BU16 Summary

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**                    Date: 4/21/16 Time: 11:23

## PREAMBLE

This AGREEMENT, hereafter referred to as the Agreement, entered into by the STATE OF CALIFORNIA, hereafter referred to as the State or the State employer, pursuant to Sections 19815.5 and 3517 of the Government Code, and the UNION OF AMERICAN PHYSICIANS AND DENTISTS, hereafter referred to as UAPD, has as its purpose the promotion of harmonious labor relations between the State and UAPD; establishment of an equitable and peaceful procedure for the resolution of differences; and the establishment of rates of pay, hours of work, and other conditions of employment.

The term "Agreement" as used herein means the written agreement provided under Section 3517.5 of the Government Code.

TA'd 11:25 am
4/21/16
Candace Munch
Kelly Dross
Sandy Nachet
[signatures]
4/21/2016
4-21-2014
[signatures]

4/21/16    11:27am

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 4/21/16 Time: 11:28 am

## ARTICLE 1 - RECOGNITION

A. Pursuant to the Public Employment Relations Board Case No.  S-SR-16, the State recognizes UAPD as the exclusive negotiating agent for all employees in Bargaining Unit 16 covering the Physicians, Dentists, and Podiatrists.

B. Pursuant to Government Code Sections 19815.5 and 3517, UAPD recognizes the Director of the California Department of Human Resources or his/her designee as the negotiating representative for the State and shall negotiate exclusively with the Director or his/her designee, except as otherwise specifically spelled out in the Agreement.

C. All official notices to UAPD, for purposes of this Agreement, shall be sent to 180 Grand Avenue, Suite 1380, Oakland, California 94612.

TA'd 4/21/16
11:29 am

_Counter_

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**        Date: 6/30/16   Time: 10:23 AM

### ARTICLE 2 - UNIT ASSIGNMENT AND CLASSIFICATION

A. At such time that the State Personnel Board creates a new civil service class in State employment, the State shall mail a notice to UAPD of the unit assignment, if any, of such class.  UAPD shall have thirty (30) calendar days after mailing of such notice to protest the State's unit assignment.  If UAPD elects to protest, the State shall meet and confer with UAPD in an effort to reach agreement on the unit assignment for the class.  If the parties are unable to reach agreement, the dispute shall be submitted to the PERB for resolution.  If UAPD does not protest the unit assignment within the 30-day notice period, the unit assignment of the new class shall be deemed agreeable to the parties and PERB shall be so advised.

B. The State agrees to notify UAPD of classification proposals that impact employees in Unit 16 prior to their submission to the State Personnel Board.  UAPD agrees to notify the State of classification proposals that UAPD wishes to present to the State Personnel Board.

C. Upon the request of UAPD, the State agrees to meet and discuss classification proposals with the UAPD.

TA'd 2:23pm 7/14/16
Candace Munch

7/14/16
TA 2:23pm
Nereyda Rivera

Date: 5/24/16    Time: 2:06 pm

Union of American Physicians and Dentist Counter Proposal

The UAPD (BU16) proposes the following language:

3.1 Organizational Security

A. The State agrees to deduct and transmit to UAPD all membership dues authorized on a form provided by UAPD. Effective with the beginning of the first pay period following ratification of this agreement by the Legislature and the Union, the State agrees to deduct and transmit to the Union, Fair Share fees from State employees in Unit 16 who do not become members of UAPD.

B. The State and UAPD agree that a system of authorized dues deductions and a system of Fair Share deduction shall be operated in accordance with Government Code Sections 3513(h), 3513(j), 3515, 3515.6, 3515.7, 3515.8, subject to the following provisions:

1. The State and UAPD agree that if a Fair Share rescission election is conducted in Unit 16 pursuant to Government Code Section 3515.7(d), a majority of all employees in those votes cast, rather than the majority of the members of the unit, shall determine whether the Fair Share deductions shall continue. must vote to rescind Fair Share deductions in order for that change to go into effect.

2. An employee in Unit 16 may withdraw from membership in UAPD by sending a signed withdrawal letter to UAPD with a copy to the State Controller within thirty (30) days prior to the expiration date of the Agreement. Union dues deductions shall be cancelled within 45 (forty-five) calendar days of receipt of the notice of cancellation. An employee who so withdraws his or her membership shall be subject to paying Fair Share fees if such a fee is applicable to Unit 16.

3. UAPD agrees to indemnify, defend and hold the State and its agents harmless against any claims made of any nature and against any suit instituted against the State arising from this Article and the deductions arising therefrom.

4. UAPD agrees to annually notify all State employees in Unit 16 who pay Fair Share fees of their right to demand and receive from UAPD a return of part of that fee pursuant to Government Code Section 3515.8.

5. No provision of this Article nor any disputes arising thereunder shall be subject to the grievance and arbitration procedure contained in this Agreement.

TKd 10:46am 6/23/16
Candace Munch
Evalyn Green

6/23/16 TK
10:46 am

Date 8/4/16          Time 10:18AM

## Union of American Physicians and Dentists Counter Proposal

The UAPD (BU 16) proposes the following language:

### 3.2 UAPD Information

A. The UAPD may provide, and the State a department will make available a packet of information at orientation sessions for all new employees in Unit 16, the following:

> 1. The name and office address of the UAPD and the names of UAPD officers and stewards; and

> 2. An informational sheet describing the Union.

B. 3. Upon initial appointment to any Unit 16 position as a probationary or permanent employee, the employee shall be informed by the employer that UAPD is the recognized employee organization for the employee in said classification and present the employee with a copy of the current agreement, as well as an approved packet of information which has been supplied by UAPD.

C. 4. Upon request by UAPD, On a monthly basis, the State shall provide UAPD with an electronic roster bearing the names, home addresses, and identification numbers, agency numbers, department, facility, unit code, class code, class title, salary amount, and membership status of all employees covered by this Agreement where permitted by law.  On a monthly basis, the State shall also provide an electronic entering and leaving list of all BU 16 employees who have separated from state employment or left the bargaining unit.  UAPD agrees to pay any necessary administrative costs incurred by the State Controller for reports.

TA 8/5/16 10:10am
Candace Much

10:10 AM
TA 8/5/16
[signature]

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 4/28/16    Time: 10:15 Am

## 3.3 Stewards' Rights

A. The State recognizes and agrees to deal with the designated stewards of UAPD on all matters pertaining to grievances.

B. A written list of UAPD stewards serving each work location, broken down by department, shall be furnished to the State immediately after their designation, and UAPD shall notify the State promptly of any changes of such officers or stewards.  UAPD stewards shall not be recognized by the State until such lists or changes thereto are received.  There shall be no more than one UAPD steward per twelve (12) Unit 16 employees or major fraction (greater than 1/2) thereof in each work location.  UAPD may have a steward at each CDCR – Division of Juvenile Justice facility.

C. Upon request of an aggrieved employee, a UAPD steward may investigate the grievance, provided the grievance is in his/her regular work location, and assist in its presentation.  He/she shall be allowed reasonable time for the purpose of representing employees in Unit 16 during working hours without loss of compensation, subject to prior notification and approval by his/her immediate supervisor.  Such approval shall not be unreasonably withheld.

TA 1:36pm 4/28/16
Candace Munch

TA 4/28/2016
1:36 pm

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: *4/28/16*   Time:   *10:16 am*

## 3.4 Access to Employees

A. UAPD representatives have access to employees on matters related to the administration of this Agreement.  Access shall not interfere with the work of the employees or with the rights of the clients.  UAPD representatives must notify the department head or designee in advance of the visit.  At the correctional facilities, Patton State Hospital, and Atascadero State Hospital, notice must be given at least 24 hours in advance.

B. The department head or designee may restrict access to certain work sites or areas for reasons of safety, security, patient care or privacy, or other business necessity.  Access shall not be unreasonably withheld.  If access to a particular work site is restricted, the State will provide an alternate site except in case of emergency.

*TA dr*
*4/28/16  1:37pm*
*Candace Munch*

*TA*
*4/28/2016*
*1:37 pm*

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                Date: 4/28/16   Time: 10:16 am

## 3.5 Distribution of Literature

A. In accordance with Section 3.4 of this Article regarding the access to employees, UAPD representatives may distribute official UAPD literature. UAPD agrees that any literature distributed will not be libelous, obscene, defamatory, or of a partisan political nature.

B. UAPD shall hold the State employer harmless from any actions resulting from any materials posted or distributed by the UAPD.

TA d
1:38pm 4/28/16
Caudau Munch

TA
1:38 pm
4/28/2016

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 4/28/16   Time: 10:17 am

## 3.6 Bulletin Boards

UAPD shall be allowed to use bulletin boards designated by the State in an area frequented by bargaining unit employees to post materials related to UAPD business. Any materials posted must be dated and initialed by the UAPD representative responsible for the posting, and a copy of all materials posted must be provided to the facility or office supervisor at the time of posting. UAPD agrees that nothing libelous, obscene, defamatory, or of a partisan political nature shall be posted.

TA'd
1:39 pm 4/28/16
Candace Munoz

TA
1:39 pm
4/28/2016
Nereyda Justice

**Management Counter Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**            Date: 6/30/15    Time: 10:25 AM

## 3.7 Use of State Facilities

The State will permit use of its facilities for UAPD meetings subject to the operating needs of the State.  Requests for use of such State facilities shall be made in advance to the designated State official.  The UAPD agrees to leave such facilities in the condition in which they were found.

TA'ed 8/5/16 3:05 pm
Caucaue Munch

TA  8/5/16
3:05 pm

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 4/28/16   Time: 10:18 am

## 3.8 Fees and Assessments

UAPD may have deducted any monies labeled as dues, initiation fees and assessments.

TM'd
1:40 pm 4/28/16
Candace Munch

TA
1:40 pm
4/28/2016

Date **5/5/16**    Time **10:54 AM**

## Union of American Physicians and Dentists Counter Proposal

### The UAPD (BU 16) proposes the following language:

3.9    Home Addresses

A.    Consistent with the PERB regulation, the State shall provide to UAPD at their request, but not to exceed once a month, the home addresses of all employees covered by this Agreement commencing as soon as is administratively feasible.

B.    Any employee may have his/her home address withheld from UAPD at any time by making such a written request to the State Controller's Office. In order to comply with the employee's wishes, the Union shall always utilize the latest list to be provided by the State Controller's Office and destroy any previous lists.

C.    UAPD shall inform each employee covered by this Agreement, who is not a member of UAPD, of his/her rights to have his/her address withheld from UAPD. Such notification shall be sent to each employee's home address once every 12 months. UAPD shall provide a copy of such notification to the CalHR prior to mailing to State employees.

D.    UAPD agrees that any literature mailed to employees will not be libelous, obscene, defamatory or of a partisan political nature or constitute a solicitation of any product or service that is not a part of a UAPD endorsed benefit program.

E.    UAPD shall take all reasonable steps to ensure the security of the home addresses and shall not disclose or otherwise make available the home addresses to any organization other than UAPD or person other than a UAPD official.

F.    UAPD agrees to indemnify, defend and hold the State and its agents harmless against any claims made of any nature and against any lawsuit instituted against the State arising from this Home Address Article.

G.    UAPD agrees to pay the necessary and reasonable costs incurred by the State Controller's Office to produce the necessary name/home address tape file.

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 4/28/16  Time: 10:20 am

### 3.10 Use of State Equipment

A. Except as provided by this Contract, no employee shall be permitted use of any State machine, equipment, or communication system, including but not limited to computer, photocopier, E-mail, voice mail, fax machine, for Union organizing or other Union purposes.

B. An employee may be permitted reasonable use of State telephones or E-mail for representation activities. This means an employee may be permitted to contact the local Union representative to seek representation or set an appointment regarding filing a grievance or complaint (as defined in Article 6) or matters listed in Section 3.3(A) and (C).

C. Use of State telephones or E-mail for representation purposes shall not:

1. incur additional charges to the State;

2. interfere with the operations of the State;

3. contain language that is libelous, obscene, defamatory, or of a partisan political nature.

D. Any use of State time for activities permitted in this Section shall be subject to prior notification and approval by the employee's immediate supervisor in accordance with Section 3.3(C) of this agreement.

E. E-mail messages are not considered private or secure information and are subject to being monitored by the department.

F. Employees who are UAPD officers or stewards shall be permitted minimal and incidental use of State E-mail to notify members of union meetings and events, as the department permits for other non-State business purposes.

TA'd
1:41 pm 4/28/16
Candace Munoz

TA
1:41 pm
4/28/2016

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**            Date: *4/28/16*  Time: *10:20am*

### 3.11 UAPD Release Time

Subject to operational need, the State will allow a total of one hundred and four (104) hours of release time for UAPD officers and stewards per fiscal year.  No department shall be required to allow an employee more than three (3) workdays of release time per fiscal year.

An employee on release time will continue to earn Sick Leave/Vacation or Annual Leave and Holiday Credits.

UAPD will provide notice to CalHR of the employee name, date, department and number of hours to be used.  Notice will be provided to CalHR no less than three (3) working days prior to the time requested.

*TAd 3:35pm 6/15/16*
*Candace March*
*Evelyn Green*

*6/15/16 TA*
*3:35PM*

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**                    Date:4/21/16 Time: 11:31 am

## ARTICLE 4 - STATE RIGHTS

A. All State rights and functions, except those which are expressly abridged by this Agreement, shall remain vested with the State.

B. The rights of the State shall include, but not be limited to, the right to determine the mission of its constituent departments, commissions and boards; to set standards of service, to maintain the efficiency of State operations; to determine, consistent with Article 7 of the Constitution, the Civil Service Act and Rules pertaining thereto, the procedures and standards of selection for employment and promotion, layoff, assignment, scheduling and training; to determine the methods, means and personnel by which State operations are to be conducted; to take all necessary action to carry out its mission in emergencies; and to exercise complete control and discretion over its organization and technology of performing its work.  The State has the right to make reasonable rules and regulations pertaining to employees consistent with this Agreement.

C. This Agreement is not intended to, nor may be construed to, contravene the spirit or intent of the merit principle in State employment nor to limit the entitlements of State civil service employees provided by Article 7 of the State Constitution or By-laws and rules enacted thereto.

Page 1 of 1   5/24/16 2:12 pm  Candra Munch
Evelyn Guer

TA  5/24/2016
2:12 pm
Xeneyla Rivera

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**

Date: 4/21/16  Time: 11:43 am

## 5.1 Non - Discrimination

A. The State and UAPD agree that neither party will unlawfully discriminate against any employee on the basis of age, sex, race, religion, creed, color, national origin, ancestry, marital status, physical handicap, or sexual orientation, and agree to take such action as necessary to assure that this purpose is achieved.

B. Employees filing complaints of discrimination will be allowed assistance from UAPD staff and/or stewards for the purposes of preparation of a Complaint of Discrimination.  Stewards will be allowed reasonable time off for this purpose without loss of compensation, subject to prior notification and approval by the steward's immediate supervisor.

C. Alleged violations of this Section shall not be grievable under the grievance procedure contained in Article 6 of this Agreement. Complaints alleging discrimination shall be appealed through the State Personnel Board's Discrimination Complaint Procedure.

TA'd 1:23pm 6/30/16
Complete Munch
Evelyn Munn

TA  6/30/16
1:23 pm

**Management Counter Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**                    Date: 6 / 30 / 16  Time:  10:28

### 5.2 Reprisals

The State and UAPD shall not impose or threaten to impose reprisals on employees, to discriminate or threaten to discriminate against employees, or otherwise to interfere with, restrain, or coerce employees because of the exercise of their rights guaranteed by the Ralph C. Dills Act or this Agreement.

TMd 8/5/16 3:06pm
Candau Munch

TA 8/5/16
3:06 pm

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**    Date: 4/21/16 Time: 11:35am

## 5.3 No - Strike Clause

A. During the term of this Agreement, neither UAPD nor its agents or any Bargaining Unit 16 employee, for any reason, will authorize, institute, aid, condone or engage in a work slowdown, work stoppage, strike, or any other interference with the work and statutory functions or obligations of the State.

B. UAPD agrees to notify all of its officers, stewards, representatives, agents, and staff of their obligation and responsibility for maintaining compliance with this Section, including the responsibility to remain at work during any interference which may be caused or initiated by others and to encourage employees violating this Section to return to work.

TA'd 10:43am
2/28/17
Candace Munch

TA
2/28/17  10:43 AM
Margo Swan

Page **1** of 1

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date:          Time: _11:36 am_

## 5.4 No Lockout

No lockout of Unit 16 employees shall be instituted by the State during the term of this Agreement.

*TA'd 11:36 am 4/21/16*
*Candace Munch*

*Kay DuBois*
*Sandra Nuckols*

*Evelyn Brien*
*4/21/2016*

*4-21-16*
*and*
*Mark Mayo*

*Nevyle Tovera*
*11:36 am*

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 4/28/16   Time: 10:21 am

## 6.1 Purpose

A. This grievance procedure shall be used to process and resolve grievances arising under this Agreement and employment-related complaints.

B. The purposes of this procedure are:

   1. To resolve grievances informally at the lowest possible level;

   2. To provide an orderly procedure for reviewing and resolving grievance and complaints promptly.

TA'd
1:42 pm 4/28/16
Candace Munch

TA 1:42pm
4/28/2016

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 4/28/16   Time: 10:22 am

## 6.2 Definitions

A. A grievance is a dispute of one or more employees, or a dispute between the State and UAPD, involving the interpretation, application, or enforcement of the express terms of this Agreement.

B. A complaint is a dispute of one or more employees involving the application or interpretation of a written rule or policy not covered by this Agreement and not under the jurisdiction of the SPB. Complaints shall be processed as far as the department head or designee. If a timely answer to Step 2 is not sent, the UAPD may file a third step appeal.

C. As used in this procedure, the term "immediate supervisor" means the individual identified by the department head.

D. As used in this procedure, the term "party" means UAPD, and employee, or the State.

E. A "UAPD representative" refers to an employee designated as a UAPD steward or a paid staff representative.

TA/d
11:43 pm 4/28/16
Candace Munch

TA
1:43 pm 4/28/2016
Neylda Sudera

Page **1** of **1**

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 4/26/16   Time: 10:23 am

## 6.3 Time Limits

Each party involved in a grievance shall act quickly so that the grievance may be resolved promptly. Every effort should be made to complete action within the time limits contained in the grievance procedure. However, with the mutual consent of the parties, the time limitation for any step may be extended.

TA'd
1:44 pm 4/28/16
Candace Munch

TA
1:44 pm 4/28/16
Nereyda Sade

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**                    Date: 4/28/16 Time: 10:24 am

## 6.4 Waiver of Steps

The parties may mutually agree to waive any step of the grievance procedure.  The parties may consolidate grievances at any level which address similar issues.

TA'd
1:45 pm 4/28/16
Candace Munch

TA
1:45pm  4/28/2016

Date **5/5/2016**   Time **10:56 AM**

# Union of American Physicians and Dentists Counter Proposal

**The UAPD (BU 16) proposes the following language:**

## 6.5   Presentation

At any step of the grievance procedure, the State representative may determine it desirable to hold a grievance conference. If a grievance conference is scheduled, the grievant, UAPD steward and mutually agreed upon witnesses may attend without loss of compensation. The grievant may have a reasonable amount of time to prepare for the presentation. If ~~an employee~~ the grievant or UAPD requested and was not provided a grievance conference at either the first or second level of the procedure, he/she will be provided a grievance conference at the third level if requested. A grievance conference may be held in person, via teleconference or via video conference upon mutual agreement between both the State Representative and the grievant or UAPD.

5/24/2016
1:51pm

m'd 5/24/16 1:51pm
Candace Munch

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: *4/28/16*   Time: *10:27 am*

## 6.6 Informal Discussion

An employee grievance initially shall be discussed with the employee's immediate supervisor. Within seven (7) calendar days, the immediate supervisor shall give his/her decision or response.

TM'd
1:45 pm 4/28/16
Candace Munch

TA
1:45pm 4/28/2016
Nayda Favia

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 4/28/16   Time: 10:28 am

## 6.7 Formal Grievance - Step 1

A. If an informal grievance is not resolved to the satisfaction of the grievant, a formal grievance may be filed no later than:

  1. Twenty-one (21) calendar days after the event or discovery of the event occasioning the grievance; or

  2. Within fourteen (14) calendar days after receipt of the decision rendered in the informal grievance procedure.

B. However, if the informal grievance procedure is not initiated within the period specified in Item (1) above, the period in which to bring the grievance shall not be extended by Item (2) above.

C. A formal grievance shall be initiated in writing on a form provided by the State and shall be filed with a designated supervisor or manager identified by each department head as the first level of appeal.

D. Within twenty-one (21) calendar days after receipt of the formal grievance, the person designated by the department head as the first level of appeal shall respond in writing to the grievance.

E. No contract interpretation or grievance settlement made at this stage of the grievance procedure shall be considered precedential.

TA'd
1:46pm 4/28/16
Candace Munch

TA
1:46pm 4/28/2016
Nereyda Ibarra

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 4/28/16  Time: 10:29 am

## 6.8 Formal Grievance - Step 2

A.  If the grievant is not satisfied with the decision rendered pursuant to Step 1, the grievant may appeal the decision within twenty-one (21) calendar days after receipt to a designated supervisor or manager identified by each department head as the second level of appeal.

B.  Within twenty-one (21) calendar days after receipt of the appealed grievance, the person designated by the department head as the second level of appeal shall respond in writing to the grievance.

C.  No contract interpretation or grievance settlement made at this stage of the grievance procedure shall be considered precedential.

TMO
1:47pm 4/28/16
Caudace Munch

TA
1:47pm 4/28/2016
Nereyda Avera

Page 1 of 1

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**

Date: 4/28/16   Time: 10·30am

## 6.9 Formal Grievance - Step 3

A. If the grievant is not satisfied with the decision rendered at Step 2, the grievant may appeal the decision within twenty-one (21) calendar days after receipt to the Director of the CalHR or designee.

B. Within thirty (30) calendar days after receipt of the appealed grievance, the Director of the CalHR or designee shall respond in writing to the grievance.

TA'd
1:48 pm 4/28/16
Caudao Munch

TA
1:48pm 4/28/2016
Nueyda Shera

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**

Date: 4/28/16   Time: 10:30 am

## 6.10 Response

If the State fails to respond to a grievance within the time limits specified for that step, the grievant shall have the right to appeal to the next step.

Mod
1:49 pm 4/28/16
Condae Munch

TA
1:49 pm 4/28/2016
Nereyda Govea

## Management Rollover Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 6/30/16   Time: 10:30 AM

### 6.11 Formal Grievance - Step 4

A. If the grievance is not resolved at Step 3, UAPD shall have the right to advance the grievance to arbitration within thirty (30) calendar days after receipt of the third-level response.

B. UAPD shall advance the grievance to arbitration by sending a timely request to arbitrate the dispute to the assigned CalHR Labor Relations Officer.

C. CalHR shall have 45 calendar days to review the file prior to commencing the selection of an arbitrator. After the 45 calendar days, the parties shall have 15 calendar days in which to mutually agree upon the selection of the arbitrator. If no agreement is reached on the selection of an arbitrator, either party may submit a request to the State Conciliation and Mediation Service or the Federal Mediation and Conciliation Service to submit to them a panel of five (5) arbitrators from which the State and UAPD shall alternately strike names until one name remains and this person shall be the arbitrator.

   A copy of the request must be copied "cc'd" to the non-requesting party representative.

D. The cost of arbitration shall be borne equally between the parties.

E. An arbitrator may, upon request of UAPD and the State, issue his/her decision, opinion or award orally upon submission of the arbitration. Either party may request that the arbitrator put his/her decision, opinion, or award in writing and that a copy be provided.

F. The arbitrator shall not have the power to add to, subtract from, or modify this Agreement. Only grievances as defined in Section 6.2(A) of this Article shall be subject to arbitration. The award of the arbitrator shall be final and binding upon the parties.

G. Arbitration awards affecting classes of employees shall, be prospectively only from the date of filing of the grievance, if the award requires the payment of State funds.

   Awards finding the State failed to maintain the status quo are not limited to a prospective only remedy.

   A "class of employees" is defined as all employees similarly situated as to the alleged contract violation.

*TA 6/30/16*
*1:24pm*

*TA'd 6/30/16 1:24pm*
*Can Rau Munon*
*Evelyn Brien*

# Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**

Date: 8/4/16    Time: 2:19 pm

## 7.1 Flexible and Alternate Work Hours

A.  Upon written request, a Unit 16 employee may be permitted a flexible or alternate work schedule (i.e., flextime, 4/10/40 or 9/8/80, etc.) as mutually agreed upon by the employee and the Department Head or designee as described in Section 7.6.

B.  A. Requests for flexible or alternate work schedules shall not be unreasonably denied.

C.  B. Any denial of a flexible or alternate work schedule request made under 7.1(A) (B) shall be provided in writing, with justification to the employee, within thirty (30) calendar days of the Unit 16 employee's request.

D.  If management proposes to change the flexible or alternate work schedule of an entire BU16 classification in a worksite/facility, a meet and confer notification will be sent to UAPD thirty (30) days before the proposed change.  The notice will include the specific details for the reason(s) for the proposed change.

Rec'd 4:41 pm 8/12/16
Candace Munch

TA  8/12/16

Kerryla Rivera
4:41pm

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 5/24/16   Time: 1:53 pm

## 7.2 Voluntary Reduced Worktime

A department head or designee may grant a permanent employee's request to work less than full-time, but no less than half-time.  Employees shall receive a proportionate reduction in salary, retirement credits, sick leave accrual, vacation leave accrual, holiday pay, and seniority. Employees shall continue to receive the full State contribution to health and dental plans as provided in Article 11 of this Agreement.

TR'd 6/1/16 1:41 PM
Candace Murch
Evelyn Suen

TA
6/1/16
1:41 pm

Page 1 of 1

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: *5/24/16*   Time: *1:54pm*

### 7.3 Meal Periods

A. Except for employees who are assigned to a straight eight (8) hour shift, full-time employees shall normally be allowed a meal period of not less than thirty (30) minutes nor more than sixty (60) minutes which shall be determined by the employee's supervisor.  Meal periods shall not be counted as part of total hours worked.

B. An arduous duty meal allowance of up to $8.00 will only be provided when an employee is required to work two (2) consecutive hours prior to or two (2) consecutive hours after the regular work shift.  To be eligible for an arduous meal allowance on a holiday or regular day off, employees must work the total number of hours of their regular work shift and work either two consecutive hours prior to or two consecutive hours after the start or end of their regular work shift.

*TA 7/14/16 2:24pm*
*Candace Munch*

*TA    7/14/16*
*2:24 pm*
*[signature]*

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**                 Date: 8/4/16   Time: 2: 26 pm

### 7.4 Rest Periods

An employee is entitled to a rest period on State time not to exceed fifteen (15) minutes during each four (4) hours of their work shift.  A rest period normally shall not be granted during the first or last hour of the work shift.  An employee shall not leave ~~his or her~~ ~~assigned work area~~ the work site without permission from the supervisor.  Rest periods may not be accumulated.

TA 8/5/16 10:11am
Candace Minch

TA 8/5/16
10: 11 Am

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 5/24/16     Time: 1:56 pm

### 7.5 Rest Areas

Unit 16 employees shall be permitted to use existing break rooms or rest areas for rest periods if it does not involve a departmental additional cost; if it does not interfere with departmental business needs; if it does not involve areas restricted for health and safety reasons; or if it does not impact on patient health and safety. The departments shall endeavor to retain existing break rooms or rest areas unless the space becomes necessary for the conduct of State business. Unit 16 employees may identify and request specific alternative locations which allow them to be removed from their daily routine.

TR'd 8/12/16 11:56a
Candace Munch
Evelyn Snow

TA 8/12/16
Nereyda Rivera
11:56 AM

*(canter)*

## Management Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**        Date: *8/12*    Time: *10:44AM*

### 7.6 Hours of Work

A. The parties recognize the professional nature of the work performed by the employees covered by this Agreement. While full time Unit 16 employees will be scheduled to work an average of forty (40) hours per week during 12 consecutive pay periods, the actual daily and weekly work schedule may vary due to time requirements of specific assignments. Inherent in their job is the responsibility and expectation that work weeks of longer duration may be necessary. Workweeks and workdays of a different number of hours may be established by the State in order to meet the varying needs of the State.

These average workweeks shall not include any hours of work performed while on Medical Officer of the Day (MOD) assignments as defined under Section 7.8(A) or On-Call/Call Back Assignment as defined under Section 7.9(A)(1).

B. For purposes of regular pay (salary), the work of Bargaining Unit 16 employees cannot be standardized in relation to a given period of time. As in the past, the State reserves the right to adequately assess the hours worked by Unit 16 employees. No time clock or time keeping device shall be implemented.

C. State employees in Unit 16 are excluded from the FLSA and Unit 16 employees are assigned to work week group "SE" and are salaried, not hourly, workers. Consistent with the professional status of these employees, they are accountable for their work product, and for meeting the objectives of the agency for which they work.

Following is the State's policy for all Unit 16 employees in work week group "SE":
1. Management determines, consistent with the current MOU, the products, services, and standards which must be met by Unit 16 employees.

2. The salary paid to Unit 16 employees is full compensation for all hours worked with the exception of the assignment of MOD responsibilities and on-call responsibilities.

3. Unit 16 employees are not authorized to receive any form of overtime compensation, whether formal or informal.

4. Management can require Unit 16 employees to work specified hours. Subject to prior notification and management concurrence, Unit 16 employees have

*TA'd 10:45a*
*enw    2/28/17*

*2/28/17  TA*
*10:45Am*

the flexibility to alter their daily and weekly work schedules. Unit 16 employees are responsible for keeping management apprised of their schedule and must receive prior approval from management for the use of accrued leave) or absences of any duration.

5. Unit 16 employees shall not be charged paid leave nor docked for absences in less than whole-day increments. Less than full time employees shall be charged time proportionate to their scheduled hours of work. Record keeping for accounting, reimbursements or for documentation relative to other applicable statutes, such as the Family Medical Leave Act, is permitted.

6. Work Week Group E (WWG E) or Work Week Group SE (WWG SE) employees working a non-standard work schedule (e.g., 4/10/40, 9/8/80, etc.) will be charged the number of hours scheduled for the day when they are absent for a whole day.

6. 7. When Unit 16 employees are disciplined, they may be subject to suspension in whole day increments (one day, two days, three days, etc.). They may also be subject to other types of discipline such as a temporary reduction in salary.

7. 8. Any dispute pertaining to this policy may be appealed to the third step of the grievance and arbitration procedure in this contract. The decision at the third step is final and binding on all parties.

**Management Counter Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**

Date: 7/20/16  Time: 3:23pm

#### 7.7 Schedule/Shift Changes

The State will provide ~~no less than fifteen calendar days and will endeavor to provide~~
Unit 16 employees with thirty (30) calendar days advance notice of permanent schedule
or shift changes when <u>such</u> ~~the~~ changes are made at other than the employee's
request. The department head or designee ~~will~~ <u>shall</u> provide the employee with a
reason for the change in writing, at the time the employee is notified of the change.
Changes in schedules or shifts shall not be unreasonable.

TKd 10:46 am
2/28/17
Emplace Monath

TA    2/28/17
10:46 Am

**Management Counter Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: *2/28/17*  Time: *9:37Am*

## 7.8 Assignment And Payment Of Medical Officer Of The Day

A. Medical Officer of the Day (MOD) assignment is defined as a work shift of eight (8) continuous hours or more which is performed in addition to the Unit 16 employees' regularly scheduled workweek.  During a MOD assignment, the employees must be on the facility grounds. At Department's discretion there may be physician surgeons and psychiatrists as MOD on the same shift.

B. Unit 16 employees shall be permitted to exchange MOD assignments with other qualified employees, performing the same type of duties within the same work location provided:

1. The exchange occurs within <u>thirty (30) calendar days</u> ~~the affected employees' regular pay period~~; and

2. The employees shall follow the past practice in making a request to their supervisor(s) or designee normally at least ~~72~~ <u>48</u> hours prior to the exchange; and

3. The supervisor(s) or designee approves the exchange.

~~C.  The State and UAPD recognize the need for differing methods in administering the MOD function because of the variance in each facility's availability of staff and the types of client/patient population to be served. Therefore, upon request of UAPD, the State agrees to meet regarding individual facilities with hands-on-care responsibility to discuss a method to provide this service which will meet each facility's needs. Discussions may include:~~

~~1.  methods of scheduling MOD assignments;~~

~~2.  availability of State cars for on-grounds transportation; and~~

~~3.  availability of adequate quarters.~~

<u>C.</u> ~~D.~~ Monthly MOD schedules shall be posted two (2) weeks prior to the first scheduled assignment.

<u>D.</u> E. The State shall use qualified volunteers for MOD assignments before allowing  1) management's employees in additional appointments or second

*R 10:47on 2/28/17 Cmolace Munch*

*TB 2/28/17 10:47Am*

position for the purpose of MOD assignments; 2) management employees to volunteer; 3) mandatory assignments; 4) contracting out for such assignments. A qualified volunteer must be a Bargaining Unit 16 employee.  MOD assignments shall first be offered to full time and limited term volunteers.

A rotational system for volunteering for MOD assignments shall be established at each facility utilizing MOD. The rotational system shall be established at each facility between UAPD and local management representatives.

E. ~~F.~~ The State shall provide the employee assigned MOD duty an $8.00 meal allowance~~., a $6.00 meal ticket, or in DSH and DDS a facility-prepared meal. Employees not provided a meal ticket or meal may complete a form 262 identifying which dates and times they worked the MOD shift(s) for the meal allowance.  The form 262 shall be submitted within 90 calendar days of the date of the MOD shift.  DSH at CMF will be provided an $8.00 meal allowance.~~

F. ~~G.~~ Compensation for each MOD shift worked shall be in cash or MOD Time Off (MODTO), at the request of the employee and with the approval of the employer, based on the employee's straight time hourly rate.  At no time shall an employee accrue in excess of sixty (60) hours of MODTO.

G. ~~H.~~ Each quarter of the fiscal year, each department shall determine the feasibility of paying cash compensation for accrued MODTO.  Cash buy out of MODTO shall continue to be at the employee's hourly rate. The UAPD and a facility may meet and discuss the application of this option at the facility.

H. ~~I.~~ Upon permanent separation from State service an employee will be allowed to cash out accrued MODTO pursuant to current practice.

I. For the California Correctional Health Care Services (CCHCS), an MOD assignment is defined as four (4) continuous hours or more which is performed in addition to the Unit 16 employees' regularly scheduled workweek.  During a MOD assignment, the employee must be on the facility grounds.  MOD assignments shall be voluntary and cannot be mandated to a Unit 16 employee. Except as outlined in 7.8(I), all other provisions of this article apply to MOD assignments in CCHCS.

TA'd 2/28/17
10:47 am
Candace french

TA 2/28/17

10:47 AM

**Management Counter Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 2/28/17 Time: 9:37AM

### 7.9 On-Call/Call Back Assignment

A. ON-CALL ASSIGNMENT

1. On-call assignment is defined as a work-shift which is performed in addition to the Unit 16 employees' regularly scheduled workweek in which the Unit 16 employee is: (1) available by telephone or electronic paging device at all times; and (2) normally immediately available to return to the facility for any required medical support deemed necessary by the employee. If the State deems it necessary, the State shall issue a Unit 16 employee an electronic paging device during an on-call assignment.

2. Those employees completing an on-call assignment of seven (7) days shall receive eight (8) hours CTO or eight (8) hours compensation at management's discretion for each on-call assignment.

3. Unit 16 employees who complete on-call assignments of less than seven (7) days shall receive pro-rata (1.15 hours per day) CTO or pro-rata pay.

4. On call assignments can apply to physicians, dentist and psychiatrists. At Department discretion there may be a physician surgeon, dentist and psychiatrist POC on the same shift.

5. The State shall use qualified volunteers for on-call assignments. If no qualified volunteers are available assignments can be allowed in the following order: 1) management employees; 2) mandatory assignments; and 3) contractors. A qualified volunteer must be a Unit 16 employee.

6. Commencing with this agreement, employees may accrue up to 480 hours of CTO. All hours in excess of 480 shall be compensated in cash.

B. CALL BACK ASSIGNMENT

1. Unit 16 employees who are required to return to the institution for a work shift in addition to the Unit 16 employees' regularly scheduled workweek shall receive hour for hour credit (CTO) with four (4) hours guaranteed. In addition to the hour for hour credit, and four (4) hours guaranteed, Unit 16

Page 1 of 3

2/28/17 TA
10:48Am

employees shall be compensated for one (1) hour (CTO) for travel time. If funds are available for cash compensation, the State may choose cash instead of CTO. It is at the State's discretion whether cash is paid or CTO is accumulated. Returns to the institution shall be documented.

2. Unit 16 employees called back to an institution, under the provisions of 7.9(A) above, and who then leave and are called back again within the same four (4) hour period, shall only be compensated for additional hours worked beyond the four (4) hour call back guarantee.

3. When a Unit 16 employee is called back to the institution within four (4) hours of the beginning of the employee's next scheduled work shift, call back credit shall only be received for the hours remaining before the beginning of the employee's next scheduled work shift. The employee shall be compensated one (1) hour for travel time in accordance with the provision of 7.9(B) (1) above.

4. ~~3.~~ Unit 16 employees who are on call on a holiday shall receive eight (8) hours CTO or equal compensation at management's discretion.

C. CDCR ROUNDS

On-Call/Call Back for required rounds within the Correctional Treatment Centers will be implemented as follows:

1. In the Department of Corrections and Rehabilitation, Unit 16 employees who are to return to the institution to conduct required rounds shall be compensated pursuant to paragraph B of this section.

2. It is recognized that the State (CDCR) shall set a two-hour window in which Unit 16 employees shall make rounds. The four (4) hour guarantee shall start at the beginning of the two-hour window. Unit 16 employees shall have the discretion of when they will make the rounds during the window period; however, the employee shall notify the on-duty nursing staff of their anticipated arrival time.

3. Unit 16 employees who have returned to the institution to make rounds are also required to see any patients not housed within the CTC which require medical support.

4. Unit 16 employees who have made rounds and who then leave and are called back again within the same four (4) hour period, shall only be compensated for additional hours worked beyond the four (4) hour guarantee.

D. Upon employee request and supervisory approval, following an arduous on-call/call-back the Department will attempt to grant the request for time off in taking into account operational needs. If granted, the employee must use leave credits.

E. Each Department with twenty four (24) hour patient responsibilities that makes "on call" assignments to Unit 16 employees will, upon request, meet at the local level, with a UAPD representative(s) to establish a reserved parking space near the entry of the facility for use by the assigned Unit 16 employee who is "called back" to the facility under this section.

~~F. The parties agree to establish a statewide joint labor-management committee to explore specific issues relating to on-call/call back. The committee shall be established according to the following guidelines:~~

> ~~1. The committee will consist of equal numbers of management representatives selected by California Department of Human Resources and Union representatives selected by the Union.~~

> ~~2. Committee recommendations, if any, will be advisory in nature.~~

> ~~3. Labor/Management Committee meetings shall not be considered contract negotiations and shall not be considered a substitute for the grievance procedure.~~

> ~~4. Employees who participate on this committee will suffer no loss in compensation for attending meetings.~~

F. ~~G.~~ ~~Within ninety (90) days of ratification by both parties, CalHR will issue a Policy Memo to instruct personnel offices on the proper compensation pursuant to Article 7.9.~~ Unit 16 employees who are on-call may be issued and use technologies such as a laptop. The use of such technologies shall be voluntary until such time notice is provided to the union pursuant to Article 17.1.

TA 2/28/17 10:48am
Candace Mmch

2/28/17  TA
10:48 AM

**Management Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 8/4/16    Time: 2:37 pm

## 7.10 Job-Sharing

Job sharing ~~will~~ shall be ~~reasonably~~ considered upon submission of an adequate and comprehensive plan signed by BU16 employees involved in the job-sharing request.

TA 10:12 am 8/5/16
Candace March

TA   8/5/16
Nereyda Tavera
10:12 AM

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**      Date: *5/24/16*   Time: *1:57pm*

### 7.11 Release Time for SPB Hearings

Upon two working days advance notice, the State shall provide reasonable time off
without loss of compensation for a reasonable number of employees to attend hearings
conducted by the California State Personnel Board during the employee's normal work
hours provided that the employee is either: (1) a party to the hearing proceedings, e.g.,
an appellant, or (2) is specifically affected by the results of the hearing and has been
scheduled to appear or testify by the State Personnel Board.

*Rec'd 6/1/16 1:42pm*
*Candace Munch*
*Graham Brian*

TA
*1:42 pm*
*6/1/2016*

Page **1** of **1**

**Management Counter Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 7/20/16    Time: 3:28 pm

**7.12 Telecommute**

A. Upon written request, a Unit 16 employee may be permitted to participate in the telecommute program in those work locations where Unit 16 doctors are not responsible for hands on patient care. Each participating department will be responsible for managing, operating, and adopting a telecommuting policy as established by the Department of General Services.

B. <u>If management changes a BU 16 employee's telecommuting arrangement for reasons other than at the employee's request, management shall provide specific reason(s) for the change to the employee.</u>

TAd 10:13am 8/5/16
Conclave Munch

TA   10:13 AM
8/5/16

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                Date: 5/24/16  Time: 1:58 pm

### 7.13 Additional Appointments

A. The State may permit the appointment of eligible permanent full-time BU 16 employees for additional appointments to fill advertised vacancies; or when management determines additional workload needs. Employees will document the actual hours work pursuant to Section 7.6(C)(5) and compensated at their regular hourly rate.

B. Employees holding a position in addition to other full-time employment with the State shall not receive credits (such as, leave credits, State service) or benefits (such as health or retirement) for service in the additional position pursuant to the applicable government code sections and regulations.

TA'd 10:15am 8/5/16
Candlace March

TA  8/5/16
10:15 AM
Nereyda Rivera

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 2/28/17  Time: 9:38 Am

### 7.14 Departmental Joint Labor-Management Committee (New)

Upon request, the parties agree to establish a quarterly departmental joint labor-management committee to explore specific issues related to on-call/call back, Medical Officer of the Day (MOD) and physician shortages.  The committee shall be established according to the following guidelines:

1. The committee will consist of equal numbers of management representatives selected by the Department and Union representatives selected by the Union.

2. Committee recommendations, if any, will be advisory in nature.

3. Labor/Management Committee meetings shall not be considered contract negotiations and departments are not delegated authority to reach an agreement effecting this contract.

4. Labor/Management Committee meetings shall not be considered a substitute for the grievance procedure.

5. Employees who participate on this committee will suffer no loss in compensation for attending meetings.

TA'd 12:49pm 2/28/17
Cenclau Munch

TA
2/28/17   12:49pm

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**           Date: 6/30/16   Time: 10:41 AM

### 8.1 Holidays

A. All full-time and part time employees shall be entitled to such observed holidays with pay as provided below, in addition to any official State holidays declared by the Governor.

B. Observed holidays shall include January 1st, the third Monday in January, the third Monday in February, March 31, the last Monday in May, July 4th, the first Monday in September, November 11, Thanksgiving Day, the day after Thanksgiving and December 25. The holidays are observed on the actual day they occur with the following exceptions:

   1. When November 11 falls on a Saturday, full-time and part-time employees shall be entitled to the preceding Friday as a holiday with pay.

   2. When a holiday falls on Sunday, full-time and part-time employees shall be entitled to the following Monday as a holiday with pay.

   3. For those employees who work schedules other than Monday through Friday, those holidays listed in Subsection B. above shall be observed on the day on which the holiday occurs. An employee shall receive compensation for only the observed or actual holiday, not both. If the employee is required to work on January 1st, the last Monday in May, July 4th, the first Monday in September, Thanksgiving Day, and/or Christmas, the employee shall be compensated in accordance with paragraph G below.

C. Full-time and part-time employees, upon completion of six (6) months of their initial probationary period in State service, shall be entitled to one (1) personal holiday per fiscal year. The personal holiday shall be credited to each full-time and part-time employee on the first day of July.

D. The department head or designee may require five (5) days advance notice before a personal holiday is taken and may deny use subject to operational needs. When an employee is denied use of a personal holiday, the department head or designee may allow the employee to reschedule the personal holiday; or shall, at the department's discretion allow the employee to either carry the personal holiday to the next fiscal year or, cash out the personal holiday on a straight time (hour for hour) basis.

*[handwritten] rcd 4:43pm con close March*          *[handwritten] 8/2/16 TA  4:43pm*

E. The department head or designee shall make a reasonable effort to grant employees use of personal holiday on the day of their desire subject to operational need.

F. When an observed holiday falls on an employee's regularly scheduled day off, employees shall accrue up to eight (8) hours of holiday credit per said holiday in accordance with Section 8.1(I). An employee shall receive compensation for only the observed or actual holiday, not both.

G. When a permanent full-time employee is required to work on the enumerated holidays the employee shall receive eight hours of holiday credit and one hour Administrative Time Off (ATO) for every two hours worked. These holidays are January 1st, the last Monday in May, July 4th, the first Monday in September, Thanksgiving Day and Christmas.

H. Employees working on a holiday pursuant to Article 7, Section 7.8 (Assignment and Payment of Medical Officer of the Day) of the MOU shall only be compensated under that provision of the MOU and are not entitled to earn any additional holiday credits or earn ATO.

I. Part time employees shall receive holidays in accordance with the following:

### CHART FOR COMPUTING VACATION, SICK LEAVE, ANNUAL LEAVE, AND HOLIDAY CREDITS FOR ALL FRACTIONAL TIME BASE EMPLOYEES

| TIME BASE | HOURS OF MONTHLY VACATION OR ANNUAL OR SICK LEAVE CREDIT PER VACATION GROUP | | | | | | | | | HOURS OF MONTHLY SICK HOLIDAY CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|
| | 7 | 10 | 11 | 12 | 13 | 14 | 16 | 17 | 18 | SL/HOL 8 |
| 9/10 | 6.30 | 9.00 | 9.90 | 10.80 | 11.70 | 12.60 | 14.40 | 15.30 | 16.20 | 7.20 |
| 7/10 | 4.90 | 7.00 | 7.70 | 8.40 | 9.10 | 9.80 | 11.20 | 11.90 | 12.60 | 5.60 |
| 3/10 | 2.10 | 3.00 | 3.30 | 3.60 | 3.90 | 4.20 | 4.80 | 5.10 | 5.40 | 2.40 |
| 1/10 | 0.70 | 1.00 | 1.10 | 1.20 | 1.30 | 1.40 | 1.60 | 1.70 | 1.80 | 0.80 |
| 7/8 | 6.13 | 8.75 | 9.63 | 10.50 | 11.38 | 12.25 | 14.00 | 14.88 | 15.75 | 7.00 |
| 3/4 | 5.25 | 7.50 | 8.25 | 9.00 | 9.75 | 10.50 | 12.00 | 12.75 | 13.50 | 6.00 |
| 5/8 | 4.38 | 6.25 | 6.88 | 7.35 | 8.13 | 8.75 | 10.00 | 10.63 | 11.25 | 5.00 |
| 1/2 | 3.50 | 5.00 | 5.50 | 6.00 | 6.50 | 7.00 | 8.00 | 8.50 | 9.00 | 4.00 |

4:43p 8/12/16
(M

8/12/16   TA
4:43 pm



| TIME BASE | HOURS OF MONTHLY VACATION OR ANNUAL OR SICK LEAVE CREDIT PER VACATION GROUP | | | | | | | | | HOURS OF MONTHLY SICK HOLIDAY CREDIT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/8 | 2.63 | 3.75 | 4.13 | 4.50 | 4.88 | 5.25 | 6.00 | 6.38 | 6.75 | 3.00 |
| 1/4 | 1.75 | 2.50 | 2.75 | 3.00 | 3.25 | 3.50 | 4.00 | 4.25 | 4.50 | 2.00 |
| 1/8 | 0.88 | 1.25 | 1.38 | 1.50 | 1.63 | 1.75 | 2.00 | 2.13 | 2.25 | 1.00 |
| 4/5 | 5.60 | 8.00 | 8.80 | 9.60 | 10.40 | 11.20 | 12.80 | 13.60 | 14.40 | 6.40 |
| 3/5 | 4.20 | 6.00 | 6.60 | 7.20 | 7.80 | 8.40 | 9.60 | 10.20 | 10.80 | 4.80 |
| 2/5 | 2.80 | 4.00 | 4.40 | 4.80 | 5.20 | 5.60 | 6.40 | 6.80 | 7.20 | 3.20 |
| 1/5 | 1.40 | 2.00 | 2.20 | 2.40 | 2.60 | 2.80 | 3.20 | 3.40 | 3.60 | 1.60 |

| ~~Time Base~~ | ~~Hours of Monthly Vacation Credit per Vacation Group~~ | | | | | | | ~~Hours of Monthly Sick Leave and Holiday Credit~~ |
|---|---|---|---|---|---|---|---|---|
| | ~~7~~ | ~~10~~ | ~~11~~ | ~~12~~ | ~~13~~ | ~~14~~ | ~~15~~ | ~~SL/HOLS~~ |
| ~~1/5~~ | ~~1.40~~ | ~~2.00~~ | ~~2.20~~ | ~~2.40~~ | ~~2.60~~ | ~~2.80~~ | ~~3.00~~ | ~~1.60~~ |
| ~~2/5~~ | ~~2.80~~ | ~~4.00~~ | ~~4.40~~ | ~~4.80~~ | ~~5.20~~ | ~~5.60~~ | ~~6.00~~ | ~~3.20~~ |
| ~~3/5~~ | ~~4.20~~ | ~~6.00~~ | ~~6.60~~ | ~~7.20~~ | ~~7.80~~ | ~~8.40~~ | ~~9.00~~ | ~~4.80~~ |
| ~~4/5~~ | ~~5.60~~ | ~~8.00~~ | ~~8.80~~ | ~~9.60~~ | ~~10.40~~ | ~~11.20~~ | ~~12.00~~ | ~~6.40~~ |
| ~~1/8~~ | ~~0.88~~ | ~~1.25~~ | ~~1.38~~ | ~~1.50~~ | ~~1.63~~ | ~~1.75~~ | ~~1.88~~ | ~~1.00~~ |
| ~~1/4~~ | ~~1.75~~ | ~~2.50~~ | ~~2.75~~ | ~~3.00~~ | ~~3.25~~ | ~~3.50~~ | ~~3.75~~ | ~~2.00~~ |
| ~~3/8~~ | ~~2.63~~ | ~~3.75~~ | ~~4.13~~ | ~~4.50~~ | ~~4.88~~ | ~~5.25~~ | ~~5.63~~ | ~~3.00~~ |
| ~~1/2~~ | ~~3.50~~ | ~~5.00~~ | ~~5.50~~ | ~~6.00~~ | ~~6.50~~ | ~~7.00~~ | ~~7.50~~ | ~~4.00~~ |
| ~~5/8~~ | ~~4.38~~ | ~~6.25~~ | ~~6.88~~ | ~~7.50~~ | ~~8.13~~ | ~~8.75~~ | ~~9.38~~ | ~~5.00~~ |
| ~~3/4~~ | ~~5.25~~ | ~~7.50~~ | ~~8.25~~ | ~~9.00~~ | ~~9.75~~ | ~~10.50~~ | ~~11.25~~ | ~~6.00~~ |
| ~~7/8~~ | ~~6.13~~ | ~~8.75~~ | ~~9.63~~ | ~~10.50~~ | ~~11.38~~ | ~~12.25~~ | ~~13.13~~ | ~~7.00~~ |
| ~~1/10~~ | ~~0.70~~ | ~~1.00~~ | ~~1.10~~ | ~~1.20~~ | ~~1.30~~ | ~~1.40~~ | ~~1.50~~ | ~~0.80~~ |
| ~~3/10~~ | ~~2.10~~ | ~~3.00~~ | ~~3.30~~ | ~~3.60~~ | ~~3.90~~ | ~~4.20~~ | ~~4.50~~ | ~~2.40~~ |
| ~~7/10~~ | ~~4.90~~ | ~~7.00~~ | ~~7.70~~ | ~~8.40~~ | ~~9.10~~ | ~~9.80~~ | ~~10.50~~ | ~~5.60~~ |

4:43 pm 8/12/16
CW

8/12/16 TH
4:43pm
JP

| ~~Time Base~~ | ~~Hours of Monthly Vacation Credit per Vacation Group~~ | | | | | | | ~~Hours of Monthly Sick Leave and Holiday Credit~~ |
|---|---|---|---|---|---|---|---|---|
| | ~~7~~ | ~~10~~ | ~~11~~ | ~~12~~ | ~~13~~ | ~~14~~ | ~~15~~ | ~~SL/HOL8~~ |
| ~~9/10~~ | ~~6.30~~ | ~~9.00~~ | ~~9.90~~ | ~~10.80~~ | ~~11.70~~ | ~~12.60~~ | ~~13.50~~ | ~~7.20~~ |

A part time employee can only earn up to a maximum of eight (8) hours holiday credit per holiday, regardless of the number of positions the employee holds within State service.

Permanent Intermittent (PI) employees will be eligible for holiday pay on a pro rata basis, based on hours worked during the pay period for observed holidays specified above in accordance with the following chart. If a PI employee works on the holiday, the employee shall also receive his/her hourly rate of pay for each hour worked.

| **Hours on pay status during pay period** | **Holiday Hours** |
|---|---|
| 0 - 10.9 | 0 |
| 11 - 30.9 | 1 |
| 31 - 50.9 | 2 |
| 51 - 70.9 | 3 |
| 71 - 90.9 | 4 |
| 91 - 110.9 | 5 |
| 111 - 130.9 | 6 |
| 131 - 150.9 | 7 |
| 151 and over | 8 |

J.  For the purpose of computing the number of hours worked, time during which an employee is excused from work because of a holiday, shall be considered as time worked by the employee.

K.  An employee shall be allowed to carry over unused holiday credits or be paid for the unused holiday credits, at the discretion of the department head or designee.

L.  Upon termination from State employment, an employee shall be paid for unused holiday credit.

M.  In the event that traditional, but unofficial holidays (e.g., Mother's Day, Father's Day), or religious holidays (e.g., Easter or Yom Kippur) fall on an employee's

4:43p 8/12/16
Cw

8/12/16 TA
4:43pm

scheduled workday, the employee shall have the option to request the use of annual leave, accrued vacation, holiday credits, personal leave or CTO time, in order to secure the day off. The department head or designee shall make a reasonable effort to grant an employee the day off subject to operational need.

TA 4:43 p 8/12/16
Candace Munch

TA   8/12/16
4:43 pm

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**       Date: 8/4/16   Time: 2:39pm

### 9.1 Vacation Leave

A. Employees shall not be entitled to vacation leave credit for the first six (6) months of service.  On the first day of the monthly pay period following completion of six (6) qualifying monthly pay periods of continuous service, all full-time employees covered by this Section shall receive a one-time vacation bonus of 42 hours of vacation credit.  Thereafter, for each additional qualifying monthly pay period, the employee shall be allowed credit for vacation with pay on the first day of the following monthly pay period as follows:

| | |
|---|---|
| 7 months to 3 years | 7 hours per month |
| 37 months to 10 years | 10 hours per month |
| 121 months to 15 years | 12 hours per month |
| 181 months to 20 years | 13 hours per month |
| 241 months and over | 14 hours per month |

1. An employee who returns to State service after an absence of six (6) months or longer, caused by a permanent separation, shall receive a one-time vacation bonus on the first monthly pay period following completion of six (6) qualifying pay periods of continuous service in accordance with the employee's total State service before and after the absence.

TA 10:16am
8/5/16

TA 8/5/16
10:16 Am

B. An employee who has eleven (11) or more working days of service in a monthly pay period shall receive vacation leave credit set forth in Item a above for that pay period, except that temporary or permanent separations for more than eleven (11) consecutive work days which fall into two (2) consecutive qualifying pay periods shall disqualify the second pay period.

C. Employees working less than full-time accrue vacation in accordance with the existing CalHR rules and the chart in Section 8.1.

D. If an employee does not use all of the vacation that the employee has accrued in a calendar year, the employee may carry over accrued vacation credits to the following calendar year to a maximum of 640 hours. A department head or designee may permit an employee to carry over more than 640 hours of accrued vacation leave hours if an employee was unable to reduce accrued hours because the employee: (1) was required to work as a result of fire, flood, or other extensive emergency; (2) was assigned work of a priority or critical nature over an extended period of time; (3) was absent on full salary for compensable injury; (4) was prevented from taking vacation until December 31 because of sick leave; (5) was on jury duty; or (6) was prevented by the department head or designee from utilizing accrued vacation.

E. Upon termination from State employment, the employee shall be paid for accrued vacation credits for all accrued vacation time.

F. The time when vacations shall be taken by the employee shall be determined by the department head or designee. If an employee's vacation accumulation will exceed the vacation cap in Article 9 at any time during a calendar year, the department head or designee has the right to order the employee to take vacation during the calendar year. An employee shall be allowed to carry over more than 640 hours of accumulated vacation at the end of a calendar year if the employee has approved scheduled vacation which will reduce the employee's accumulation to less than 640 hours. Otherwise the department head or designee may order the employee to take vacation to reduce the number of carry over hours below 640.

G. Vacation requests must be submitted in accordance with departmental policies on this subject. However, when two or more employees on the same shift (if applicable) in a work unit (as defined by each department head or designee) request the same vacation time and approval cannot be given to all employees requesting it, employees shall be granted their preferred vacation period in order of seniority (defined as total months of State service in the same manner as vacation is accumulated). When two or more employees have the same amount

10:16 AM

TA 8/5/16



of State service, department seniority will be used to break the tie.

H. Each department head or designee will ~~make every effort~~ <u>respond in writing</u> to ~~act on~~ vacation requests <u>as quickly as possible but no later than fourteen (14) days from receipt of the request.</u> ~~in a timely manner.~~

I. Vacations will be cancelled only when operational needs require it.


Rec'd 8/5/16  10:16 am
Candace Munch


TA  8/5/16
Nereyda Rivera
10:16 AM

**Management Counter Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 8/4/16   Time: 2:50pm

**9.2 Sick Leave**

  A. Definition:
     1. As used in this Section, "sick leave" means the necessary absence from duty of an employee because of:
     2. Illness or injury, including illness or injury relating to pregnancy;
     3. Exposure to a contagious disease which is determined by a physician to require absence from work;
     4. Dental, eye, and other physical or medical examination or treatment by a licensed practitioner;
     5. Attendance upon the employee's ill or injured mother, father, husband, wife, son, daughter, brother, sister, or any person residing in the immediate household. Such absence shall be limited by the department head or designee to the time reasonably required for such care.

     6. Per the Healthy Workplaces, Healthy Families Act of 2014, an employer shall also provide paid sick days for the following purposes:

       a. To seek medical attention for injuries caused by domestic violence, sexual assault, or stalking.

       b. To obtain services from a domestic violence shelter, program, or rape crisis center as a result of domestic violence, sexual assault, or stalking.

       c. To obtain psychological counseling related to an experience of domestic violence, sexual assault, or stalking.

       d. To participate in safety planning and take other actions to increase safety from future domestic violence, sexual assault, or stalking, including temporary or permanent relocation.

8/5/16 10.17am
CM

TA 10:17 AM
8/5/16

B. Credit for full-time Employment:

On the first day of the monthly pay period following completion of each qualifying pay period of service, each full-time employee in State civil service shall earn eight (8) hours of credit for sick leave with pay. A full-time employee who has eleven (11) or more working days of service in a monthly pay period shall earn full sick leave credit. Absences from state service resulting from a temporary or permanent separation for more than eleven (11) consecutive working days which fall into two (2) consecutive qualifying pay periods shall disqualify the second pay period.

C. Credit for Less Than full-time Employment:
   1. Intermittent Employees. On the first day of the monthly pay period following completion of each period of 160 hours or 20 days of paid employment, each intermittent employee in the State civil service shall be allowed one (1) day of credit for sick leave with pay. The hours or days worked in excess of 160 hours or 20 days in a monthly pay period shall not be counted or accumulated.
   2. Part-time Employees. On the first day of the monthly pay period following completion of each monthly pay period of continuous service, each part-time employee in the State civil service shall be allowed, on a pro-rated basis, the fractional part of one day of credit for sick leave with pay. (Reference chart in 8.1)
   3. Multiple Positions. Under this rule:
      a. An employee holding a position in addition to other full-time employment with the State shall not receive credit for sick leave with pay for service in the additional position.
      b. Where an employee holds two or more less than full-time positions, the time worked in each position shall be combined for purposes of computing credits for sick leave with pay, but such credits shall not exceed full-time employment credit.

D. Sick Leave Usage:
   1. The department head or designee shall approve sick leave only after having ascertained that the absence is for an authorized reason. In cases where an absence is in excess of two (2) consecutive working days, where a pattern of excessive or abusive sick leave usage is observed, or where the State reasonably believes that sick leave has been requested for reasons other than defined in this Section, the employee's supervisor may require substantiating evidence, including, but not limited to, a physician's certificate.

   2. An employee will not be denied the right to use sick leave or be subject to any type of corrective or disciplinary action, or in any manner discriminated against for using or attempting to exercise his/her right to use sick leave based solely on the amount of use.

If the appointing power does not consider the evidence adequate, the request for sick leave shall be disapproved.

E. Sick Leave Accrual:

Unused sick leave shall accrue without limit.

F.  Wounded Warriors Transitional Leave:

In accordance with the Wounded Warriors Transitional Leave Act, Government Code section 19859, in addition to Article 9.2 (Sick Leave), an employee hired on or after January 1, 2016, who is a military veteran with a military service-connected disability rated at 30 percent or more by the United States Department of Veterans Affairs shall be entitled to additional credit for sick leave with pay of up to 96 hours for the purpose of undergoing medical treatment for his or her military service-connected disability.

Credit for sick leave granted under this subdivision shall be credited to a qualifying officer or employee on the first day of employment and shall remain available for use for the following 12 months of employment. Sick leave credited pursuant to this subdivision that is not used during the 12-month period shall not be carried over and shall be forfeited.

Submission of satisfactory proof that sick leave granted under this subdivision is used for treatment of a military service-connected disability may be required.

*TMcl 10:17am 8/5/16*
*Candace Munch*

*TA  8/5/16*
*[signature]*
*10:17 AM*

**Management Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**    Date: 6/30/16    Time: 10:54 AM

## 9.3 Bereavement Leave

A. A department head or designee shall authorize bereavement leave with pay for a permanent or probationary full-time State employees due to the death of their parent, stepparent, spouse, child, stepchild, or death of any person residing in the immediate household of the employee at the time of death. An intervening period of absence for medical reasons shall not be disqualifying when, immediately prior to the absence, the person resided in the household of the employee. Such bereavement leave shall be authorized for up to three eight-hour days (for a total of 24 hours) per occurrence. The employee shall give notice to his/her immediate supervisor as soon as possible and shall, if requested by the employee's supervisor, provide substantiation to support the request upon the employee's return to work.

B. A department head or designee shall authorize bereavement leave with pay for a permanent full-time or probationary full-time employee due to the death of grandchild, grandparent, brother, sister, aunt, uncle, niece, nephew, mother-in-law, father-in-law, daughter-in-law, son-in-law, sister-in-law, or brother-in-law. Such bereavement leave shall be authorized for up to three (3) eight-hour days for a total of (24 hours) in a fiscal year. The employee shall give notice to his/her immediate supervisor as soon as possible and shall, if requested by the employee's supervisor, provide substantiation to support the request.

C. If the death of a person as described above requires the employee to travel over 400 miles one way from his/her home, additional time off with pay shall be granted for two (2) additional days which shall be deducted from accrued sick leave. Should additional leave be necessary, the department head or designee may authorize the use of other existing leave credits or authorized leave without pay.

D. Employees may utilize their annual leave, vacation, CTO, or any other earned leave credits for additional time required in excess of time allowed in A or B above. Sick leave may be utilized for Bereavement Leave in accordance with the Sick Leave provision of this agreement.

E. Fractional time base (part-time) employees will be eligible for bereavement leave on prorated basis, based on the employees' fractional time base.

F. A Permanent Intermittent (PI) employee is entitled to bereavement leave on a pro rata basis for scheduled work days, calculated on the amount of time worked in the pay period.

| Hours Worked During Pay Period | Hours for Each Bereavement Day |
|---|---|
| 0 to 10.9 | 0 |
| 11 to 30.9 | 1 |
| 31 to 50.9 | 2 |
| 51 to 70.9 | 3 |
| 71 to 90.9 | 4 |
| 91 to 110.9 | 5 |
| 111 to 130.9 | 6 |
| 131 to 150.9 | 7 |
| 151 and over | 8 |

TA'd 11:43am 7/20/16
Candace Munch

7/20/16
TA 11:43 AM

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**    Date: *5/24/16*  Time: *1:59pm*

**9.4 Military Leave**

An employee shall be entitled to any military leave provided by Government Code Section 19775 and shall retain all rights and privileges granted by law arising out of the exercise of military leave.  Disagreements under this Section shall be handled under the complaints provision of the grievance procedure of this Agreement.

TA'd 6/1/16 1:43pm
Candace Munch
Evelyn Brum

TA
6/1/16
1:43 pm
Nereyda Rivera.

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 5/24/16   Time: 2:00pm

### 9.5 Jury Duty

A. An employee shall be allowed such time off with pay as is required in connection with mandatory jury duty; provided, however, that payment shall be made for such time off only upon remittance to the State of full jury fees.

B. An employee shall notify his/her supervisor immediately upon receiving notice of jury duty.

C. If an employee uses accrued vacation leave or compensating time off while on jury duty, the employee is not required to remit jury fees.

D. For purposes of this Section, jury fees means fees received for jury duty excluding payment for mileage, parking, meals, or other out-of-pocket expenses.

TAd 6/10/16
10:26 am
Candace Munch
Evelyn Guess

TA 6/10/16
Neyda Rivera
10:26 AM

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**     Date: 5/24/16   Time: 2:00pm

## 9.6 Unpaid Leaves of Absence

A. A department head or designee may grant an unpaid leave of absence for a period not to exceed one (1) year. The employee shall provide substantiation to support the employee's request for an unpaid leave of absence. Such requests shall not be unreasonably denied.

B. Except as otherwise provided in Subsection C below, an unpaid leave of absence shall not be granted to any employee who is accepting some other position in State employment; or who is leaving State employment to enter other outside employment; or does not intend to, nor can reasonably be expected to, return to State employment on or before the expiration of the unpaid leave of absence. A leave so granted shall assure an employee the right to return to his/her former position upon termination of the leave. The term "former position" is defined in Government Code Section 18522.

C. An unpaid leave of absence may be granted for, but not limited to, the following reasons:

    1. Union activity;

    2. For temporary incapacity due to illness or injury;

    3. To be loaned to another governmental agency for performance of a specific assignment;

    4. To seek or accept other employment during a layoff situation or otherwise lessen the impact of an impending layoff;

    5. Education;

    6. Research project.

D. Extensions of an unpaid leave of absence may be requested by the employee and may be granted by the department head or designee.

6/24/16 CM~

E. A leave of absence shall be terminated by the department head or designee: (1) at the expiration of the leave; or (2) prior to the expiration date with written notice at least fifteen (15) workdays prior to the effective date of the revocation. An unpaid leave of absence may be terminated by the employee with the approval of the department head or designee.

F. Educational Leave:

Upon written request, the State may grant up to a one-year non-paid educational leave to a permanent full-time Unit 16 employee. Educational leave shall be for the purpose of attending school, college, or to enter training to meet continuing education requirements for license, obtain a certificate in a specialized area of practice, or improve the quality of the employee's skills. If requested, the employee shall submit substantiation for their request. An education leave shall be terminated by the department head or designee: (1) at the expiration of the leave; or (2) prior to the expiration date with written notice at least fifteen (15) workdays prior to the effective date of the revocation. If the termination of an education leave by the department head or designee causes undue hardship on the employee, the employee may request a reasonable extension of the termination date not to exceed sixty (60) days which will not be unreasonably denied. An education leave may be terminated by the employee with the approval of the department head or designee.

**Management Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                    Date: 6/30/16   Time: 10:57 AM

**9.7 Training Leave**

A. Mandatory Training

   Mandatory Training is training required by the department. The State shall
   reimburse Unit 16 employees for expenses incurred as a result of satisfactorily
   completing training courses required by the department for performance in their
   current job. The department shall authorize time without loss of compensation
   for mandatory training.

B. Professionally related Training

   Professionally related training is training designed to increase an employee's job
   proficiency, and is not otherwise required by the department under mandatory
   training. The department may authorize time without loss of compensation to
   attend in-state and/or out-of-state professionally related training. Time for such
   training under this Article will not be denied without a work-related reason. Time
   off for attending courses off-site will be confined to the time necessary to be
   away from the work site and the employee shall return to work upon completion
   of the course, unless time off has been approved under this section.

C. The State may approve out-of-state expenses and per-diem for professionally
   related training, under this Article. When employees seek travel reimbursement
   of out-of-state travel expenses, authorization must be obtained in advance.

   Pursuant to Government Code Section 3522, all out-of-state claims or expenses
   unrelated to CME (Article 10.13), must be approved by the Department Director
   and/or designee.

D. Approval for reimbursable out-service training may be denied if the same or
   similar accredited training is available through in-service training or if the
   maximum allowable rates are exceeded.

TA 7/20/16
11:46 AM

TA el 11:46 am 7/20/16
Candace Munch

Page 1 of 1

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                    Date: 5/24/16  Time: 2:01 pm

### 9.8 Catastrophic Leave

Upon request of an employee and upon approval of a department director or designee, annual leave, CTO, MODTO, vacation, and/or holiday leave credits may be transferred from one or more employees to another employee, in accordance with departmental policies and under certain conditions listed below. Sick leave credits cannot be transferred under this provision.

A. When the receiving employee faces financial hardship due to injury or the prolonged illness of the employee, employee's spouse or child.

B. The receiving employee has exhausted all leave credits.

C. The donations must be a minimum of eight (8) hours and in whole-hour increments and credited as vacation or annual leave.

D. Transfer of annual leave, vacation, CTO, MODTO and holiday credits shall be allowed across departmental lines in accordance with the policies of the receiving department.

E. The total leave credits received by the employee shall normally not exceed three months; however, if approved by the appointing authority, the total leave credits received may be six month.

F. Donations shall be made on a form to be developed by the State and signed by the donating employee and verified by the donating department. These donations are irrevocable.

G. This section is not subject to the grievance and arbitration article of this Contract.

m d 3:36 pm 6/15/16
Candace Munch
Evelyn Bress

TA
6/15/16
3:36 pm

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**       Date: 8/4/16 Time: 2:48

### 9.9 Annual Leave Program

A. Employees may elect to enroll in the annual leave program to receive annual leave credit in lieu of vacation and sick leave credits. Employees enrolled in the annual leave program may elect to enroll in the vacation and sick leave program at any time except that once an employee elects to enroll in either the annual leave program or vacation and sick leave program, the employee may not elect to enroll in the other program until 24 months has elapsed from date of enrollment.

B. Each full-time employee shall receive credit for annual leave in lieu of the vacation and sick leave credits of this agreement in accordance with the following schedule:

| | |
|---|---|
| 1 month to 3 years | 11 hours per month |
| 37 months to 10 years | 14 hours per month |
| 121 months to 15 years | 16 hours per month |
| 181 months to 20 years | 17 hours per month |
| 241 months and over | 18 hours per month |

~~Part-time and hourly~~ Employees <u>working less than full-time</u> shall accrue ~~proportional~~ annual leave credits in accordance with the applicable CalHR rules and the chart in Article 8.1.

<u>A Permanent Intermittent (PI) employee will be eligible for annual leave credit with pay in accordance with the schedule above, on the first day of the qualifying monthly pay period following completion of each period of one hundred sixty (160) hours of paid employment. The hours in excess of one hundred sixty (160) hours in a qualifying monthly pay period shall not be counted or accumulated. When it is determined that there is a lack of work, a department head or designee may:</u>

a. <u>Pay the PI employee in a lump-sum payment for accumulated annual leave credits; or</u>

b. <u>By mutual agreement, schedule the PI employee for annual leave; or</u>

c. <u>Allow the PI employee to retain his/her annual leave credits; or</u>

d. <u>Effect a combination of a, b, or c, above</u>

Employees shall have the continued use of any sick leave accrued as of the effective date of this Agreement, in accordance with applicable laws, rules or memorandum of understanding. All provisions necessary for the administration of this Section shall be provided by CalHR rule or memorandum of understanding.

TA 8/5/16

8/5/16 TA
10:22 AM

C. A full-time employee who has 11 or more working days of service in a monthly pay period shall earn annual leave credits as set forth in CalHR Rules 599.608 and 599.609.
Absences from State service resulting from a temporary or permanent separation for more than 11 consecutive days which fall into two consecutive qualifying pay periods shall disqualify the second pay period.

D. Employees who work in multiple positions may participate in annual leave provided an election is made while employed in an eligible position subject to these provisions. Annual leave accrual for employees in multiple positions will be computed by combining all positions, as in vacation leave, provided the results do not exceed the amount earnable in full-time employment, and the rate of accrual shall be determined by the schedule which applies to the position or collective bargaining status under which the election was made.

E. If an employee does not use all of the annual leave that the employee has accrued in a calendar year, the employee may carry over accrued annual leave credits to the following calendar year to a maximum of 640 hours. A department head or designee may permit an employee to carry over more than 640 hours of accrued hours because the employee:
   1. was required to work as a result of fire, flood, or other extensive emergency;
   2. was assigned work of a priority or critical nature over an extended period of time;
   3. was absent on full salary for compensable injury;
   4. was prevented from taking annual leave until December 31 because of sick leave; or
   5. was on jury duty.

F. Upon termination from State employment, the employee shall be paid for accrued annual leave credits for all accrued annual leave time.

G. The time when annual leave shall be taken by the employee shall be determined by the department head or designee. If on January 1 of each year an employee's annual leave bank exceeds the cap in Subsection E, the department may order the employee to take annual leave.

H. Annual leave request must be submitted in accordance with departmental policies on this subject. However, when two or more employees on the same shift (if applicable) in a work unit (as defined by each department head or designee) request the same annual leave time and approval cannot be given to all employees requesting it, employees shall be granted their preferred annual leave period in order of State seniority.

I. Each department head or designee will ~~make every effort~~ respond in writing to ~~act on~~ vacation requests as quickly as possible but no later than fourteen (14) days from receipt of the request. ~~in a timely manner.~~

J. Annual leave that is used for purposes of sick leave is subject to the requirements set forth in section 9.2 Sick Leave, of this Agreement.

K. The enhanced non-industrial disability insurance (ENDI) in Section 9.10 applies only to those in the annual leave program described above in this Section.

L. Employees who are currently subject to vacation and sick leave provisions may elect to enroll in the annual leave program at any time after 24 months has

elapsed from date of last enrollment. The effective date of the election shall be the first day of the pay period in which the election is received by the appointing power. Once enrolled in annual leave, an employee shall become entitled to an enhanced NDI benefit (50 percent of gross salary). At the time of an NDI claim, an employee may elect either the 50% NDI benefit rate or a supplementation level of 75% or 100% at gross pay. Once a claim for NDI has been filed and the employee has determined the rate of supplementation, the supplemental rate shall be maintained throughout the disability period.

TA 8/5/16 10:22 am
Candace Munch

TA 8/5/16
10:22AM

**Management Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 6/15/16   Time: 3:39pm

## 9.10 Enhanced Non-Industrial Disability Insurance- Annual Leave

A. This ENDI provision is only applicable to employees participating in the annual leave program referenced in Section 9.9 above.

B. Enhanced Non-Industrial Disability Insurance (ENDI) is a program for State employees who become disabled due to nonwork-related disabilities as defined by Section 2626 of the Unemployment Insurance Code.

C. For periods of disability commencing on or after January 1, 1989, eligible employees shall receive ENDI payments at 50% of their gross salary, payable monthly for a period not exceeding 26 weeks for any one disability benefit period. Employees are not eligible for a second disability benefit due to the same or related cause or condition unless they have returned to their regular time base, and worked for at least ten (10) consecutive workdays. Paid leave shall not be used to cover the ten (10) workdays. Disability payments may be supplemented with annual leave, sick leave or partial payment to provide for up to 100% income replacement. At the time of an ENDI claim, an employee may elect either the 50% ENDI benefit rate or a supplementation level of 75% or 100% at gross pay. Once a claim for ENDI has been filed and the employee has determined the rate of supplementation, the supplemental rate shall be maintained throughout the disability period.

D. The employee shall serve a seven (7) consecutive calendar day waiting period before ENDI payments commence for each disability. Accrued paid leave or CTO leave balances may be used to cover this waiting period. The waiting period may be waived commencing with the first full day of confinement in a hospital, nursing home, or emergency clinic for at least one full day. A full day is defined as a 24-hour period starting at midnight.

E. If the employee elects to use annual leave or sick leave credits prior to receiving ENDI payments, he or she is not required to exhaust the accrued leave balance.

F. Following the start of ENDI payments an employee may at any time switch from ENDI to sick leave or annual leave but may not return to ENDI until that leave is exhausted.

11:57a 8/12/16

TA 8/2/16
11:57AM

G. In accordance with the State's "return to work" policy, an employee who is eligible to receive ENDI benefits and who is medically certified as unable to return to their full- time work during the period of his or her disability, may upon the discretion of his or her appointing power, work those hours (in hour increments) which when combined with the ENDI benefit will not exceed 100% of their regular "full pay". This does not qualify the employee for a new disability period under C. of this article. The appointing power may require an employee to submit to a medical examination by a physician or physicians designated by the Director of the Employment Development Department for the purpose of evaluating the capacity of the employee to perform the work of his or her position.

H. If an employee refuses to return to work in a position offered by the employer under the State's Injured State Worker Assistance Program, ENDI benefits will be terminated effective the date of the offer.

I. Where employment is intermittent or irregular, the payments shall be determined on the basis of the proportionate part of a monthly rate established by the total hours actually employed in the 18 monthly pay periods immediately preceding the pay period in which the disability begins as compared to the regular rate for a full-time employee in the same group or class. An employee will be eligible for ENDI payments on the first day of the monthly pay period following completion of 960 hours of compensated work.

J. All other applicable California Department of Human Resources laws and regulations not superseded by these provisions will remain in effect.

K. Upon approval of ENDI benefits, the State may issue an employee a salary advance if the employee so requests.

L. All appeals of an employee's denial of ENDI benefits shall only follow the procedures in the Unemployment Insurance Code and Title 22. All disputes relating to an employee's denial of benefits are not grievable or arbitrable. This does not change either party's contractual rights which are not related to an individual's denial of benefits.

M. Employees who become covered in the annual leave program while on an ENDI claim shall continue to receive ENDI pay at the old rate for the duration of the claim.

N. Employees who do not elect the annual leave program will receive ENDI benefits in accordance with the current program in Section 9.19 17 and such benefits are limited to $135.00 per week.

TA  8/12/16
11:57 AM

Page 2 of 2

TA' d 11:57a 8/12/16
Can Olson March
Evelyn Guerr

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**                 Date: *5/24/16*    Time: *2:02 pm*

### 9.11 Parental Leave

A. A female permanent employee shall be entitled, upon request, to an unpaid leave of absence for purposes of pregnancy, childbirth, recovery therefrom or care for the newborn child for a period not to exceed one (1) year.  The employee shall provide medical substantiation to support her request for pregnancy leave. The request must include the beginning and ending dates of the leave and must be requested no later than thirty (30) calendar days after the birth of the child.  Any changes to the leave, once approved, are permissive and subject to the approval of the department head or designee.

B. A male spouse or male parent, domestic partner that has been defined and certified with the Secretary of State's office in accordance Family Code Section 297, who is a permanent employee, shall be entitled, upon request, to an unpaid leave of absence for a period not to exceed one (1) year to care for his newborn child.  The employee shall provide medical substantiation to support his request for parental leave.  The request must include the beginning and ending dates of the leave and must be requested no later than thirty (30) calendar days after the birth of the child.  Any changes to the leave, once approved, are permissive and subject to the approval of the department of the department head or designee.

C. If the request for parental leave is made more than thirty (30) calendar days after the birth of the child, a permissive unpaid leave of absence may be considered by the department head or designee.

D. During the period of time employees are on parental leave, they shall be allowed to continue their health, dental, and vision benefits.  The cost of these benefits shall be paid by the employee and the rate that the employee will pay will be the group rate

TA

*TRd*    *6/10/16  10:28am*
*Candace Munch*
*Evelyn Snow*

*6/10/16  10:28AM*
*[signature]*

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**

Date: 5/24/16   Time: 2:02pm

**9.12 Adoption Leave**

A. A department head or designee shall grant a permanent employee's request for an unpaid leave of absence for the adoption of a child for a period not to exceed twelve (12) months. The employee shall provide substantiation to support the employee's request for adoption leave.

B. During the period of time employees are on adoption leave, they shall be allowed to continue their health, dental and vision benefits. The cost of these benefits shall be paid by the employee and the rate that the employee will pay will be the group rate.

Rc'd 6/10/16 10:29am
Candace Munch
Evelyn Bries

6/10/16
TA   10:29 AM
[signature]

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**

Date: 5/24/16  Time: 2:04pm

### 9.13 Catastrophic Leave - Natural Disaster

Upon request of an employee and upon approval of a department director or designee, leave credits (annual leave, CTO, MODTO, vacation, and/or holiday) may be transferred from one or more employees to another employee, in accordance with departmental policies, under the following conditions:

A. Sick leave credits cannot be transferred.

B. When the receiving employee faces financial hardship due to the effect of the natural disaster on the employee's principal residence.

C. The receiving employee has exhausted all leave credits.

D. The donations must be a minimum of eight (8) hours and in whole-hour increments thereafter and credited as vacation or annual leave.

E. Transfer of annual leave, vacation, CTO, MODTO and holiday credits shall be allowed to cross departmental lines in accordance with the policies of the receiving department.

F. The total leave credits received by the employee shall not exceed three months; however, if approved by the appointing authority, the total leave credits received may be six months.

G. Donations shall be made on a form to be developed by the State, signed by the donating employee and verified by the donating department. These donations are irrevocable.

H. This section is not subject to the grievance and arbitration article of this Contract.

TW d 6/30/16 1:25 pm
Candace Munch
Godlyn Green

TA   6/30/16
1:25 pm

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**                    Date: 6/30/16 Time: 10:43 AM

**9.14 Personal Leave**

A.  All Personal Leave accrued by Unit 16 employees under the provisions of the Personal Leave Plan during the 1992-95 and 2003-06 Memorandum of Understanding shall remain in employees' leave balances until such time as it is cashed out at the discretion of the employer, used as paid time by the employee, or until the employee retires or terminates.

B.  Personal Leave shall be requested and used by the employee in the same manner as vacation or annual leave.  Requests to use Personal Leave must be submitted in accordance with Section 9.1, Vacation Leave or Section 9.9, Annual Leave.

C.  At the discretion of the State, all or a portion of unused Personal Leave credits (except for Personal Leave Program 2010) may be cashed out at the employee's salary rate at the time the Personal Leave payment is made. It is understood by both parties that the application of this cash out provision may differ from department to department and from employee to employee.  Upon termination from State employment, the employee shall be paid for unused Personal Leave credits in the same manner as vacation or annual leave.  Cash out or lump sum payment for any Personal Leave credits shall not be considered as "compensation" for purposes of retirement.

D.  If any dispute arises about this Personal Leave section, an employee may file a grievance and the decision reached at Step 3 (CalHR) of the grievance procedure shall be final and not subject to the arbitration clause of this Agreement.

TA'd 11:47am 7/20/16
Candace March

TA 7/20/16
11:47 AM

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**                    Date 6/15/16 Time: 3:41 pm

## 9.15 Enhanced Industrial Disability Leave (EIDL)

A. Employees who lose the ability to work as the result of an injury incurred in the official performance of their duties may be eligible for a financial augmentation to the existing Industrial Disability Leave Benefits. Such injury must have been directly and specifically caused by an assault or in the restraining of an assaultive patient/client/inmate, except that the Department Director may waive these preceding restrictions.  An employee who is determined to be eligible for EIDL shall receive EIDL benefits from the first full day of absence.

B. EIDL will apply only to serious physical injuries and any complications directly related medically and attributable to the assault, or other injury as determined by the department director or designee.  This benefit shall not be applied to presumptive illness, stress-related disabilities, or physical disabilities having mental origins.

C. The final decision as to whether an employee is eligible for, or continues to be eligible for EIDL, shall rest with the department director or designee   The department may periodically review the employee's condition to determine an employee's continued eligibility for EIDL.

D. This Section relating to EIDL is grievable only through the second step of the grievance procedure as the final step of appeal and is not subject to the arbitration procedure of this Agreement.

E. EIDL eligibility and benefits may not exceed 52 weeks (365 calendar days) within two years of the first day of lost time.  The employee's full gross salary is reduced by the amount of federal and state income tax and OASDI or Medicare to establish the "EIDL reduced gross".  The intent of the EIDL program is to maintain, as closely as possible, the disabled employee's monthly take home pay.  The retirement contribution is computed and deducted based on the employee's full gross salary.  The EIDL benefit is subject to miscellaneous payroll deductions.  Additional withholding for taxes, deferred compensation/administrative charge, tax sheltered annuity or Flex-Elect will not be withheld from EIDL payments.  EIDL payments will be reported in accordance with applicable tax law and Internal Revenue Service rules and regulations.

F. EIDL shall continue beyond the physician's statement that the employee's condition is "permanent and stationary" providing the employee has benefits remaining and the employee has initiated the disability retirement process.

G. If the EIDL benefits are to be terminated, the employee shall be notified by letter and be advised as to the status of health, retirement and miscellaneous deductions.

H. All checks issued pursuant to this section from the facility revolving fund shall have an explanation as to the monies received and pay periods covered.

I. A standard Supervisor's Report of Injury shall be submitted to the Health and Safety Officer within 24 hours after a job-related injury.

J. The employer will comply with the notice requirements specified in Labor Code Section 5401. All disputes relating to notice requirements under the Labor Code are not grievable or arbitrable.

K. Claims of EIDL benefits must be filed within one year from the date of the incident causing the injury.

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**

Date 6/15/16 Time: *3:42 pm*

### 9.16 Mentoring Leave

A. Eligible employees may receive up to forty (40) hours of mentoring leave per calendar year to participate in mentoring activities once they have used an equal amount of their personal time for these activities.  Mentoring leave is paid leave time, which may only be used by an employee to mentor.  This leave does not count as time worked for purposes of overtime.  Mentoring leave may not be used for travel to and from the mentoring location.

B. Employees must use an equal number of hours of their personal time (approved annual leave, vacation, personal leave, personal holiday, or CTO during the workday and/or personal time during non-working hours) prior to requesting mentoring leave.  For example, if an employee requests two (2) hours of mentoring leave, he/she must have used two (2) verified hours of his/her personal time prior to receiving  approval for the mentoring leave.  Mentoring leave does not have to be requested in the same week or month as the personal time was used.  It does, however, have to be requested and used before the end of the calendar year.

C. Prior to requesting mentoring leave and in accordance with departmental policy, employees shall provide their supervisor with verification of personal time spent mentoring from the mentoring organization.

D. Requests for approval of vacation, MODTO, CTO, and/or annual leave for mentoring activities are subject to approval requirements in this Contract and in existing departmental policies.  Requests for approval of mentoring leave are subject to operational needs of the State, budgetary limits, and any limitations imposed by law.

E. In order to be eligible for mentoring leave an employee must:

   1. Have a permanent appointment;

   2. Have successfully completed their initial probationary period; and

   3. Have committed to mentor a child or youth through a mentoring organization, that meets the quality assurance standards, for a minimum of one school year.  (Most programs are aligned with the child's normal school year; however, there may be some that are less or more.

6/28/16 1:45pm

> Department management may make exceptions to the one school year commitment based on the mentor program that is selected.)

F.  An employee is not eligible to receive mentoring leave if;

1.  Employee is assigned to a post position in the Department of Corrections and Rehabilitation, Division of Juvenile Justice; or

2.  Employee works in a level of care position in the Departments of Developmental Services, State Hospitals, Education, Veterans' Affairs, Department of Corrections and Rehabilitation and the Division of Juvenile Justice.

G.  Permanent part-time and permanent intermittent employees may receive a pro-rated amount of mentoring leave based upon their time base.  For example, a halftime employee is eligible for twenty (20) hours of mentoring leave per calendar year, whereas an intermittent employee must work a monthly equivalent of 160 hours to earn 3.33 hours of mentoring leave.

H.  Any appeals and/or disputes regarding this section shall be handled in accordance with the Complaint procedure specified in Article 6 of this Contract.

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**                Date: 6/15/16    Time: 3:43 pm

### 9.17 Non-Industrial Disability-Non-Annual Leave

A. Non-Industrial Disability Insurance (NDI) is a program for State employees who become disabled due to nonwork-related disabilities as defined by Section 2626 of the Unemployment Insurance Code.

B. For periods of disability commencing on or after October 1, 1984, eligible employees shall receive NDI payments at 60% of their full pay, not to exceed $135 per week, payable monthly for a period not exceeding 26 weeks for any one disability benefit period. An employee is not eligible for a second disability benefit due to the same or related cause or condition unless they have returned to their regular time base, and work for at least ten (10) consecutive work days. Paid leave shall not be used to cover the ten (10) work days.

C. The employee shall serve a ten (10) consecutive calendar day waiting period before NDI payments commence for each disability.  Accrued vacation or sick leave balances may be used to cover this waiting period.  The waiting period may be waived commencing with the first full day of confinement in a hospital or nursing home.  The definition of hospital and nursing home is the same as defined by Sections 2627.5 and 2627.7 of the Unemployment Insurance Code.

D. If the employee elects to use vacation, annual leave, personal leave or sick leave credits prior to receiving NDI payments, he or she is not required to exhaust the accrued leave balance.

E. Following the start of NDI payments, an employee may, at any time, switch from NDI to sick leave, vacation leave, annual leave, personnel leave, or catastrophic leave but may not return to NDI until that leave is exhausted.

F. In accordance with the State's "return to work" policy, an employee who is eligible to receive NDI benefits and who is medically certified as unable to return to full-time work during the period of his or her disability, may upon the discretion of his or her appointing power to work those hours (in hour increments) which, when combined with the ENDI benefit, will not exceed 100 percent of their regular "full pay".  This does not qualify the employee for a new disability period under B, of this article.  The appointing power may require an employee to

6/23/16 TA
1:46pm

submit to a medical examination by a physician or physicians designated by the Director of the Employment Development Department for the purpose of evaluating the capacity of the employee to perform the work his or her position.

G. If an employee refuses to return to work in a position offered by the employer under the State's Injured State Worker Assistance Program, NDI benefits will be terminated effective the date of the offer.

H. Where employment is intermittent or irregular, the payments shall be determined on the basis of the proportionate part of a monthly rate established by the total hours actually employed in the 18 monthly pay periods immediately preceding the pay period in which the disability begins as compared to the regular rate for a full-time employee in the same group or class. An employee will be eligible for NDI payments on the first day of the monthly pay period following completion of 960 hours of compensated work.

I. All other applicable California Department of Human Resources laws and regulations not superseded by these provisions will remain in effect.

J. Upon approval of NDI benefits, the State may issue an employee a salary advance if the employee so requests.

K. All appeals of a denial of an employee's NDI benefits shall only follow the procedures in the Unemployment Insurance Code and Title 22. All disputes relating to an employee's denial of benefits are not grievable or arbitrable. This does not change either party's contractual rights which are not related to the denial of an individual's benefits.

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 6/15/16    Time: 3:43pm

### 9.18 Transfer of Leave Credits Between Family Members

Upon request of an employee and upon approval of a department director or designee, leave credits (CTO, annual leave, personal leave, vacation, and/or holiday credit) may be transferred between family members (donations may be made by a child, parent, spouse, brother, sister or other person residing in the immediate household) in accordance with departmental policies, under the following conditions:

A. To care for the family member's child, parent, spouse, brother, sister, or other person residing in the immediate household, who has a serious health condition, or a medical leave for the employee's own serious health condition as defined by the Family Medical Leave Act (FMLA), or for a parental leave to care for a newborn or adopted child.

B. The employee shall give notice to his/her immediate supervisor as soon as possible and shall, if requested by the supervisor, provide medical certification from a physician to support this request. The department head or designee shall approve transfer of leave credits only after having ascertained that the leave is for an authorized reason. For family care leave for the employee's child, parent, spouse, brother, sister, or other person residing in the immediate household, who has a serious health condition, this certification need not identify the serious health condition involved, but shall contain all of the following:

   1. the date, if known, on which the serious health condition commenced;

   2. the probable duration of the condition;

   3. an estimate of the amount of time that the health provider believes the employee needs to care for the child, parent, spouse, brother, sister, or other person residing in the immediate household;

   4. a statement that the serious health condition warrants the participation of the employee to provide care during a period of treatment or supervision of the child, parent, spouse, brother, sister, or other person residing in the immediate household.

1:46pm  6/23/16 1:46pm
6/23/16

For the employee's own serious health condition, this certification shall also contain a statement that, due to the serious health condition, the employee is unable to work at all or is unable to perform any one or more of the essential functions of his or her position. Certification shall also be provided for parental or adoption leaves.

C. Sick leave credits cannot be transferred.

D. The receiving employee has exhausted all leave credits.

E. The donations must be a minimum of one (1) hour and in whole increments thereafter.

F. The donating employee must maintain a minimum balance of 80 hours of paid leave time.

G. Transfer of leave credits shall be allowed to cross-departmental lines in accordance with the policies of the receiving department.

H. The donated hours may not exceed three (3) months. However, if approved by the appointing authority, the total leave credits received may be six (6) months.

I. Donations shall be made on a form to be developed by the State, signed by the donating employee, and verified by the donating department. Once transferred, donations will not be returned to the donor.

J. This section is not subject to the grievance and arbitration article of this Contract.

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                    Date: 6/15/16    Time: 3:44pm

## 9.19 Work and Family Participation

A. Family Activity

Subject to operational needs and reasonable notice to the employer, employees shall be permitted to use accrued leave credits (vacation, personal holiday, holiday credits, CTO) for the purpose of attending school or non-school family-related activities such as sports events, recitals, 4-H, etc., in which the employee's child is participating.

Employees who have exhausted available leave credits, may request unpaid leave, unless they are currently subject to attendance restrictions.

However, use of such leave shall not diminish an employee's entitlement under the Family School Partnership Act to, upon reasonable notice to the employer, use up to eight (8) hours per month but not to exceed forty (40) hours per calendar year of accrued leave credits (vacation, personal holiday, holiday credits, CTO) for the purpose of attending school or pre-school related activities in which the employee's child is participating.

Family is defined as the employee's son, daughter, or any child the employee stands in loco parentis (to the child).

Employee leave requests for family activities shall be in accordance with the appropriate departmental procedures.

B. Family Crisis

Subject to operational needs, and upon reasonable notice to the employee's immediate supervisor, employees shall be eligible to use accumulated leave credits for the purpose of dealing with family crisis situations (e.g., divorce counseling, family or parenting conflict management, family care urgent matters and/or emergencies). If the employee has exhausted available leave credits, the employee may request unpaid leave.

Family is defined as the parent, stepparent, spouse, domestic partner that has been certified with the Secretary of State's Office in accordance with Family

Code Section 297, child, grandchild, grandparent, brother, sister, stepchild, or any person residing in the immediate household.

If eligible, any Family Crisis Leave that meets the definition of serious health condition will run concurrently with the Family and Medical Leave Act.

The State shall consider requests from employees to adjust work hours or schedules or consider other flexible arrangements consistent with a department's operational needs and the provisions of this Contract.

Employee requests related to family crisis or domestic violence shall be in accordance with departmental procedures and, except in emergencies, shall be made with reasonable notice to the employee's immediate supervisor.

The State shall maintain the confidentiality of any employee requesting accommodation under this section, but may require substantiation to support the employee's request.

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**

Date: 5/24/16   Time: 2:04pm

### 9.20 Organ or Bone Marrow Donor Leave

The following leave is extended to those employees who become an organ or bone marrow donor:

A. Employees who donate an organ(s) to another person shall be eligible for up to 30 workdays of paid leave (Donor Leave) in any one year period.  Employees who donate bone marrow to another person shall be eligible for up to five work days of paid leave (Donor Leave) in any one year period.

B. The one-year period is the 12-month period measured forward from the date an employee's first leave begins.

C. The one-year period for an organ donor is separate from the one year period for bone marrow donation.

D. An employee must first exhaust all sick leave balance to qualify for Donor Leave.

E. Employees without a sick leave balance, including employees in the annual leave program, are immediately eligible for paid leave (Donor Leave).

F. Employees must provide written verification to the appointing power that a medical necessity exists for the donation.

G. Donor Leave taken for donations is not a break in continuous service, relative to salary adjustments, leave accrual, or seniority normally accrued on paid leave.

H. Employees wishing to become a donor may be required to undergo medical, psychological or other tests.  Absences for such purposes must be requested in advance in the same manner as required to use sick or annual leave.  The time an employee is approved to be absent for such purposes shall be deducted from the employee's accrued leave balance.

I. If the donor employee is temporarily unable to return to work after exhausting Donor Leave, the employee may, subject to medical verification, use any paid or unpaid leave available to the employee until able to return to work.  Such leave may include, but is not limited to, sick, vacation, annual, personal, CTO, Family Medical,

6/10/16
10:30 AM

catastrophic, NDI, and medical leave.

J.  If the donor employee is permanently unable to return to work following the donation, the employee will be separated and paid for any leave balances including but not limited to vacation, annual leave and/or CTO current balances.  The payment for such balances shall be computed by projecting the accumulated time on a calendar basis as though the employee were taking time off.  If during the period of projection, the employee is able to return to work, the employee will have a mandatory right to be reinstated to his/her former position

TNO 6/10/16 10:30am
Caudau munch
Evelyn Imes

6/10/16
TA 10:30 Am

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                 Date: 6/15/16    Time: 8:44 pm

**9.21 Voluntary Personal Leave Program (VPLP)**

A.  Employees participation in the program shall be on a voluntary basis. Each full-time employee participating in the program shall be credited with eight (8) hours of VPLP on the first day of the following monthly pay period for each month in the VPLP.

B.  Each full-time employee participating in the VPLP shall continue to work his/her assigned work schedule and shall have a reduction in pay equal to 4.75%. In exchange, 8 hours of leave will be credited to the employee's VPLP monthly.

C.  Personal leave shall be requested and used by the employee in the same manner as vacation or annual leave. Requests to use personal leave must be submitted in accordance with departmental policies on vacation and annual leave.

D.  An employee may accumulate no more than 240 hours of VPLP. When an employee reaches 240 hours of VPLP or would exceed 240 hours of Personal Leave with further accumulation, he/she shall be removed from the VPLP.

When an employee is removed from the VPLP, he/she may not participate for a minimum of 12 months and he/she is not eligible to re-enroll until his/her balance is reduced to a maximum of 120 hours.

E.  At the discretion of the State, all or a portion of unused Personal Leave credits may be cashed out at the employee's salary rate at the time the Personal Leave payment is made. It is understood by both parties that the application of this cash out provision may differ from department to department and from employee to employee. Upon termination from State employment, the employee shall be paid for unused Personal Leave credits in the same manner as vacation or annual leave. Cash out or lump sum payment for any Personal Leave credits shall not be considered as "compensation" for purposes of retirement.

F.  Participating employees shall be entitled to the same level of State employer contributions for health, vision, dental, flex-elect cash option, and enhanced survivors benefits he or she would have received had they not participated in the VPLP.

TA 4:46p 8/12/16
CW

8/12/16
TA    4:46 pm

G. The VPLP shall not cause a break in State service, a reduction in the employee's accumulation of service credit for the purpose of seniority and retirement, leave accumulation, or a Merit Salary Adjustment.

H. The VPLP shall neither affect the employee's final compensation used in calculation State retirement benefits nor reduce the level of State death or disability benefits the employee would otherwise receive or be entitled to receive nor shall it affect the employee's ability to supplement those benefits with paid leave.

I. Part-time employees shall be subject to the same conditions as stated above, on a pro-rated basis.

J. The Personal Leave Program for intermittent employees shall be pro-rated based upon the number of hours worked in the monthly pay period.

K. The VPLP shall be administered consistent with the existing payroll system and the policies and practices of the State Controller's Office.

L. Employees on EIDL, NDI, IDL or Worker's Compensation for the entire monthly pay period shall be excluded from the VPLP.

M. Continued participation in the program when an employee transfers to another department shall be at the discretion of the new department. If any disputes arise about this VPLP, an employee may file a grievance and the decision reached at the third step shall be final and not subject to the grievance arbitration clause of the Agreement.

TA'd 4:46 P 8/12/16
Candace Munin

8/12/16   TA
Kenyoke Suda
4:46 pm

**Management Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                    Date: 6/30/16    Time: 11:34 AM

## 9.22 Personal Leave Program 2010 and 2012

A. Use of the remaining PLP 2010 and PLP 2012 time is subject to supervisory approval, except that appointing powers shall ensure that all PLP 2010 and PLP 2012 time is scheduled and taken prior to July 1, ~~2016~~ 2018. PLP 2010 and PLP 2012 time shall be requested and used by the employee in the same manner as vacation/annual leave. PLP 2010 and PLP 2012 must be used before any other leave with the exception of sick leave.

Request for use of PLP 2010 and PLP 2012 time must be submitted in accordance with departmental policies on vacation/annual leave. Appointing powers may schedule employees to take PLP 2010 and PLP 2012 time off to meet the intent of this section. The remaining PLP 2010 and PLP 2012 time balances shall not be included in the calculation of vacation/annual leave balances pursuant to Article 9 (Leaves).

B. Time during which an employee is excused from work because of PLP 2010 and PLP 2012 time shall not be considered as "time worked" for purposes of determining the number of hours worked in a work week.

C. PLP 2010 and PLP 2012 time shall have no cash value and may not be cashed out. Employees have until July 1, 2016 to use all PLP 2010 and PLP 2012 time. Any unused PLP 2010 and PLP 2012 time shall be void after July 1, 2016. An employee may not use any kind of paid leave such as sick leave, vacation, or holiday time to avoid a reduction in pay resulting from the PLP 2010 and PLP 2012.

D. The PLP 2010 and PLP 2012 programs shall not adversely affect an employee's service anniversary date, create a break in service, or impact the accrual of vacation or any other leave credits, the payment of health, dental, or vision benefits, or the flex-elect cash option.

E. Compensation for purposes of retirement, death, and disability benefits shall not be affected by the PLP 2010 and PLP 2012 and shall be based on the unchanged salary rate.

F. Service calculation for purposes of retirement allowances for employees participating in the PLP 2010 and PLP 2012 program shall be based on the amount of service that would have been credited based on the unchanged salary rate.

G. The PLP 2010 and PLP 2012 reduction shall not affect transfer determination between state civil service classifications.

TA'd
11:03 am 7/14/16
Candace Monell

7/14/16  11:03 Am
TA

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 8/11/16    Time: 3:18 pm

### 9.23 No Mandated Reduction in Work Hours

~~For the term of this Contract, the State shall not implement a furlough program or mandate a Personal Leave Program.~~

The state shall not implement a furlough program or a mandated Personal Leave Program during the first year of this agreement from July 1, 2016 to June 30, 2017. Any furlough during the second, third or fourth year of the agreement must be authorized pursuant to an act of the Legislature.

Rec'd 10:50am 2/28/17
Candace Munch

2/28/17  TA
10:50 AM

**Management Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:** UAPD                Date: 6/30/16    Time: 11:36 AM

### 9.24 Vacation/Annual Leave Cash Out (NEW)

Employees may be permitted annually to cash out up to eighty (80) hours of accumulated Vacation/Annual Leave as follows:

On or before May 1 of each year, starting in the 2017 calendar year, each department head (Director, Executive Officer, etc.) or designee will advise department employees whether the department has funds available for the purpose of cashing out accumulated Vacation/Annual Leave. In those departments that have funds available, employees will be advised of the number of hours that may be cashed out, not to exceed eighty (80) hours. Employees who wish to cash out Vacation/Annual Leave must submit a written request during the month of May to the individual designated by the Department Director. Departments will issue cash payments for cashed out Vacation/Annual Leave during the month of June.

Med 11:04 am 7/14/16
Conclau Munch

7/14/16  TA
11:04 AM

## Management Counter Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**                    Date: 8/12/16  Time: 11:22 AM

### 10.1 Salary Schedule

A. The salary rates set forth in Attachment A represent for each classification the standard salary rate for full-time employment, unless the schedule specifically indicates otherwise.

B. The California Department of Human Resources (CalHR) will update the salary schedule to ensure supervisory and managerial ranges that apply to U classes will not be included in the salary schedule.

Fwd 4:48p 8/12/16
Candace Munch

TA 8/12/16
Nevyda Govea
4:48 pm

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:** UAPD                Date: 6/15/16    Time: 3:45 pm

### 10.2 Merit Salary Adjustments

Employees shall receive annual merit salary adjustments in accordance with
Government Code Section 19832. An employee shall be notified of the denial of a merit
salary adjustment prior to the employee's salary anniversary date. Notwithstanding
CalHR Rule 599.684, an employee whose merit salary adjustment is denied may appeal
pursuant to Article 6 (Grievance and Arbitration) of this agreement.

TA'd
8/5/16 3:07 pm
Candace Munch

8/5/16    TA
Nereyda Rivera
3:07 pm

Management Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**

Date: _12/22/16_ Time: _10:45 AM_

### 10.3 Business and Travel Expenses

The State agrees to reimburse employees for actual, necessary and appropriate business expenses and travel expenses incurred 50 miles or more from home and headquarters, in accordance with existing CalHR rules and set forth below.  Lodging and/or meals provided by the ~~state~~ State or included in hotel expenses or conference/registration fees or in transportation costs such as airline tickets or otherwise provided shall not be claimed for reimbursement.  ~~Snacks and continental breakfasts such as rolls, juice and coffee are not considered to be meals.~~  Employees who are unable to consume meal(s) provided by the State or included in hotel expenses or conference/registration fees because of time constraints or other considerations such as reasonable accommodation may be reimbursed provided an alternate meal was purchased, in accordance with the rates established in section (A)(1) of this article. Each item of expenses of $25 or more requires a receipt; receipts may be required for items of expense that are less than $25.  When receipts are not required to be submitted with the claim, it is the employee's responsibility to maintain receipts and records of their actual expenses, and make them available for audit upon request by their department, state control agencies and/or the Internal Revenue Service (IRS). Each State agency shall determine the necessity for and method of travel.

A. **Meal/Incidentals:**  Meal expenses for breakfast, lunch and dinner will be reimbursed in the amount of actual expenses up to the agreed upon maximums.  Receipts for meals must be maintained by the employee as substantiation that the amount claimed was not in excess of the amount of the actual expense.  CalHR must comply with current IRS definition of "incidentals". The IRS definition ~~term~~ of "incidentals" includes ~~but is not limited to, expenses for laundry, cleaning and pressing of clothing, and~~ fees and tips ~~for services, such as~~ for porters, ~~and~~ baggage carriers, hotel staff and staff on ships. It does not include expenses for laundry, cleaning and pressing of clothing, taxicab fares, lodging taxes or the costs of telegrams or telephone calls.

TA 10/09
2/28/17 ~~Andrew~~ Mirweh

TA 2/28/17
ᴿᴸ 10:51 Am

1. **Rates:**  Actual meal/incidental expenses incurred will be reimbursed in accordance with the maximum rates and time frame requirements outlined below.

| | |
|---|---|
| Breakfast | Up to $7.00 |
| Lunch | Up to $11.00 |
| Dinner | Up to $23.00 |
| Incidentals | Up to $5.00 |
| Total | Up to $46.00 (every full 24 hours of travel) |

2. **Timeframes:**  For continuous short-term travel of more than 24 hours but less than 31 days, the employee will be reimbursed for actual costs up to the maximum for each meal, incidental, and lodging expense for each complete 24 hours of travel, beginning with the traveler's time of departure and return as follows:

   a. On the fractional day of travel at the beginning of a trip of more than 24 hours:

   | | |
   |---|---|
   | Trip begins at or before 6 am | Breakfast may be claimed |
   | Trip begins at or before 11 am | Lunch may be claimed |
   | Trip begins at or before 5 pm | Dinner may be claimed |

   b. On the fractional day of travel at the end of a trip of more than 24 hours:

   | | |
   |---|---|
   | Trip begins at or before 8 am | Breakfast may be claimed |
   | Trip begins at or before 2 pm | Lunch may be claimed |
   | Trip begins at or before 7 pm | Dinner may be claimed |

If the fractional day includes an overnight stay, receipted lodging may be claimed.

No meal or lodging expenses may be claimed or reimbursed more than once on any given date or during any 24-hour period.

For continuous travel of less than 24 hours, the employee will be reimbursed for actual expenses up to the maximum as follows:

| | |
|---|---|
| Travel begins at or before 6 am and ends at or after 9 am: | Breakfast may be claimed. |
| Travel begins at or before 4 pm and ends at or after 7 pm: | Dinner may be claimed. |
| If the trip extends overnight:  receipted lodging may be claimed. | |
| No lunch or incidentals may be claimed on a trip of less than 24 hours. | |

B. **Lodging:**  All lodging reimbursement requires a receipt from a commercial lodging establishment such as a hotel, motel, bed and breakfast inn, or public campground that caters to the general public.  No lodging will be reimbursed without a valid commercial lodging establishment receipt.

1.Regular State Business Travel:

a. 1. Statewide, in all California locations not listed in b 2. below, for receipted lodging while on travel status to conduct state business, actual lodging up to $90.00 plus applicable taxes and mandatory fees.

b. 2. When employees are required to do conduct State business and obtain lodging in the counties identified below, actual lodging up to the below identified maximums plus applicable taxes and mandatory fees.

| County | Lodging Rate |
|---|---|
| All counties except those listed below | $90 |
| Sacramento, Napa, Riverside | $95 |
| Marin | $110 |
| Los Angeles, Orange, Ventura & Edwards AFB, less excluding the city of Santa Monica | $120 |
| San Diego, Monterey County, Alameda, San Mateo, Santa Clara | $125 |
| Alameda, San Mateo, Santa Clara | $140 |
| San Francisco, City of Santa Monica | $150 |
| San Francisco | $250 |

*TR 2/28/17*
*10:51 AM*

*PR Costa 2/28/17*
*Candace Truman*

2. State Sponsored Conferences or Conventions:

a. For receipted lodging while attending state sponsored conferences and conventions, when the lodging is contracted by the state sponsor for the event, and the appointing authority has granted prior approval for attendance and lodging at the contracted rate and establishment.

b. Statewide, with a lodging receipt:  Actual lodging up to $110 plus applicable taxes.

3. Non-State Sponsored Conferences or Conventions:

a. For receipted lodging while attending Non-State sponsored conferences and conventions, when the lodging is contracted by the sponsor for the event, and the appointing authority has granted prior approval for attendance and lodging at the contracted rate and establishment.

b. Statewide, with the lodging receipt:  Actual lodging when approved in advance by the appointing authority.

Reimbursement of lodging expenses in excess of specified amounts, excluding taxes requires advance written approval from CalHR.  CalHR may delegate approval authority to departmental appointing powers or increase the lodging maximum rate for the geographical area and period of time deemed necessary to meet the needs of the State.  An employee may not claim lodging, meal or incidental expenses within 50 miles of his/her home or headquarters.

C. **Long-term Travel:**  Actual expenses for long term meals and receipted lodging will be reimbursed when the employee incurs expenses in one location comparable to those arising from the use of establishments catering to the long-term visitor. The supervisor must determine prior to the beginning of the assignment if the time away from the home or headquarters area will be more than 30 days, but less than one year.  Long-Term-Assignments (LRA) lasting longer than 1 year may require the long-term reimbursements to be reported as a fringe benefit.

1. **Full Long-term Travel:**  In order to qualify for full long-term travel reimbursement, the employee on long-term field assignment must meet the following criteria:

   • The employee continues to maintain a permanent residence at the primary headquarters, and

   • The permanent residence is occupied by the employee's dependents, or

   • The permanent residence is maintained at a net expense to the employee



exceeding $200 per month.

The employee on full long-term travel who is living at the long-term location may claim either:

a. Reimbursement for actual individual expense, substantiated by receipts, for lodging, water, sewer, gas and electricity, up to a maximum of $1130 per calendar month while on the long-term assignment, and actual expenses up to $10.00 for meals and incidentals, for each period of 12 to 24 hours and up to $5.00 for actual meals and incidentals for each period of less than 12 hours at the long-term location, or

b. Long-term subsistence rates of $24.00 for actual meals and incidentals and $24.00 for receipted lodging for travel of 12 hours up to 24 hours; either $24.00 for actual meals or $24.00 for receipted lodging for travel less than 12 hours when the employee incurs expenses in one location comparable to those arising from the use of establishments catering to the long-term visitor.

2. An employee on long-term field assignment who does not maintain a separate residence in the headquarters area may claim long-term subsistence rates of up to $12.00 for actual meals and incidentals and $12.00 for receipted lodging for travel of 12 hours up to 24 hours at the long-term location; either $12.00 for actual meals or $12.00 for receipted lodging for travel less than 12 hours at the long-term location.

3. Employees, with supervisor's approval, after completing the work shift who remain at the job or LTA location past the Friday twelve (12)-hour clock will receive full per diem for Friday. Those staying overnight shall not receive any additional per diem regardless of the Saturday departure time. An employee returning to the temporary residence on Sunday will receive full per diem. This does not change CalHR policy regarding the per diem clock which starts at the beginning of the work shift on Monday. If the normal workweek is other than as stated above, the same principle applies.

Employees who leave the LTA location are not entitled to the reimbursement of per diem and transportation costs if they stayed overnight elsewhere.

D. **Out-of-State Travel:** For short-term out-of-state travel, State employees will be reimbursed actual lodging, supported by a receipt, and will be reimbursed for actual meal and incidental expenses in accordance with above. Failure to furnish lodging receipts will limit reimbursement to the meal/incidental rate above. Long-term out-of-state travel will be reimbursed in accordance with the provisions of long-term travel above.

*TA 2/28/17*
*10:51 AM*

E. **Out-of-Country Travel:** For short-term out-of-country travel, State employees will be reimbursed actual lodging, substantiated by a receipt, and will be reimbursed actual meals and incidentals up to the maximums published in column B of the Maximum Travel per Diem Allowances for Foreign Areas, Section 925, U.S. Department of State Standardized Regulations and the meal/incidental breakdown in Federal Travel Regulation Chapter 301, Travel Allowances, Appendix B. Long-term out-of-country travel will be reimbursed in accordance with the provisions of long-term travel above, or as determined by CalHR.

Subsistence shall be paid in accordance with procedures prescribed by the CalHR. It is the responsibility of the individual employee to maintain receipts for their actual meal expenses.

F. **Transportation:** Transportation expenses include, but are not limited to airplane, train, bus, and taxi fares, rental cars, parking, mileage reimbursement and tolls that are reasonably and necessarily incurred as a result of conducting State business. Each State agency shall determine the method of and necessity for travel. Transportation will be accomplished and reimbursed in accordance with the best interest of the State considering both direct expense as well as the employee's time. An employee who chooses and is approved to use an alternate method of transportation will be reimbursed only for the method that reflects the best interest of the State. Provided the mode of transportation selected does not conflict with the needs of the agency, the employee may use a more expensive form of transportation and be reimbursed at the amount required for a less expensive mode of travel. Both modes of transportation will be shown on the travel claim.

1. **Mileage Reimbursement:**

   a. When an employee is authorized by his/her appointing authority or designee to operate a privately owned vehicle on State business the employee will be allowed to claim and be reimbursed at the Federal Standard Mileage Rate (FSMR). Mileage reimbursement includes all expenses related to the use, and maintenance of the vehicle, including but not limited to gasoline, up-keep, wear and tear, tires, and all insurance including liability, collision and comprehensive coverage; breakdowns, towing and any repairs, and any additional personal expenses that may be incurred by an individual as a result of mechanical breakdown or collision.

b. When an employee is required to report to an alternative work location, the employee may be reimbursed for the number of miles driven in excess of his/her normal commute.

2. ~~Specialized Vehicles:~~ ~~Employees who must operate a motor vehicle on official State business and who, because of a physical disability, may operate only specially equipped or modified vehicles may claim reimbursement at the Federal Standard Mileage Rate (FSMR), with certification.~~ ~~Supervisors who approve claims pursuant to this Subsection have the responsibility of determining the need for the use of such vehicles.~~

2. **Private Aircraft Mileage:** When an employee is authorized by his/her department, reimbursement for the use of the employee's privately owned aircraft on State business shall be ~~made~~ at the current FSMR rate ~~of 50 cents~~ per statute mile. Pilot qualifications and insurance requirements will be maintained in accordance with CalHR Rule 599.628.~~1~~ and the State Office of Risk and Insurance Management.

3. **Mileage to/from a Common Carrier:** When the employee's use of a privately owned vehicle is authorized for travel to or from a common carrier terminal, and the employee's vehicle is not parked at the terminal during the period of absence, the employee may claim double the number of miles between the terminal and the employee's headquarters or residence, whichever is less, while the employee occupies the vehicle. Exception to whichever is less~~;~~ : if the employee begins travel one hour or more before the employee normally leaves home, or ends travel one hour or more after the end of the work day or travel occurs on a regularly scheduled day off, mileage may be computed from/to his/her residence.

G. **Receipts:** Receipts ~~or vouchers~~ shall be submitted for every item of expense of $25 or more. In addition, receipts are required for every item of transportation and business expense incurred as a result of conducting State business except for actual expenses as follows:

1. Railroad and bus fares of less than $25 when travel is wholly within the State of California.

2. Street car, ferry fares, bridge and road tolls, local rapid transit system, taxi, shuttle or hotel bus fares, and parking fees of $10.00 or less for each continuous period of parking or each separate transportation expense noted in this item.

3. Telephone, ~~telegraph,~~ fax or other business charges ~~related~~ <u>necessary</u> to State business of $5.00 or less.

4. In the absence of a receipt, reimbursement will be limited to the non-receipted amount above.

5. Reimbursement will be claimed only for the actual and necessary expenses noted above. Regardless of the above exceptions, the approving officer may require additional certification and/or explanation in order to determine that an expense was actually and reasonably incurred. In the absence of a satisfactory explanation, the expense shall not be allowed.

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 2/28/17  Time: 9:43am

## 10.4 Salaries and Allowances

A. Adjusted Pay Ranges

1. Effective the first day of the pay period following ratification, all employees in Bargaining Unit 16 shall receive a General Salary Increase (GSI) of 2%

2. Effective July 1, 2017, all employees in Bargaining Unit 16 shall receive a GSI of 3%.

3. Effective July 1, 2018, all employees in Bargaining Unit 16 shall receive a GSI of 2%.

4. Effective July 1, 2019, all employees in Bargaining Unit 16 shall receive a GSI of 2%.

B. Special Salary Adjustments

1. Effective the first day of the pay period following ratification, Podiatrist, Correctional Facility (Class Code 7972) will be given a special salary adjustment, as listed below, to match the salaries of the other two Podiatrist classifications (Class Code 7977 and 7657). This will occur prior to the implementing the GSI in A (1) and the SSA in B (2) and B (3).

| Range | Min | Max |
|-------|--------|--------|
| A | 0.99% | 0.98% |
| B | 0.97% | 0.98% |
| C | 0.98% | 0.99% |
| S | 8.34% | 13.49% |
| T | 8.33% | 13.50% |
| U | 8.34% | 13.49% |
| V | 13.48% | 13.49% |
| W | 13.47% | 13.50% |
| Y | 13.48% | 13.49% |

2. In addition to the GSI, effective the first day of the pay period following ratification, the following classifications in Bargaining Unit 16 will receive a special salary adjustment of 2%.

TH  2/28/17
10:57 am

2/28/17  10:57a

- Physicians and Surgeons employed by the Department of State Hospitals', Developmental Services' and Veterans Affairs' (Class Codes 7551, 7552, 7565, 7651 and 7644).

- Medical, Dental and Podiatric Consultants, Public Health Medical Officers, and Podiatrists in the classifications listed below:

6774   MEDICAL CONSULTANT, OFFICE OF STATEWIDE HEALTH PLANNING AND DEV

7657   PODIATRIST, DEPARTMENTS OF MENTAL HEALTH AND DEVELOPMENTAL SERVICES

7705   PUBLIC HEALTH MEDICAL OFFICER III

7707   PUBLIC HEALTH MEDICAL OFFICER III, RADIOLOGIC HEALTH

7715   PUBLIC HEALTH MEDICAL OFFICER III, MATERNAL AND CHILD HEALTH

7716   PUBLIC HEALTH MEDICAL OFFICER III -EPIDEMIOLOGY-

7722   PUBLIC HEALTH MEDICAL OFFICER II

7784   MEDICAL CONSULTANT I, DEPARTMENT OF SOCIAL SERVICES

7785   MEDICAL CONSULTANT I (PSYCHIATRIST), DEPARTMENT OF SOCIAL SERVICES

7787   MEDICAL CONSULTANT I, DEPARTMENT OF HEALTH SERVICES

7788   MEDICAL CONSULTANT II, DEPARTMENT OF HEALTH SERVICES

7826   MEDICAL CONSULTANT DEPARTMENT OF REHABILITATION

7972   PODIATRIST, CORRECTIONAL FACILITY

7976   PODIATRIC CONSULTANT

7977   PODIATRIST

9747   MEDICAL CONSULTANT (ENFORCEMENT), MEDICAL BOARD OF CALIFORNIA

9748   MEDICAL CONSULTANT (ADVISORY), MEDICAL BOARD OF CALIFORNIA

9749   MEDICAL CONSULTANT (LICENSING), MEDICAL BOARD OF
CALIFORNIA

7840   DENTAL CONSULTANT I, DEPARTMENT OF HEALTH
SERVICES

7842   DENTAL PROGRAM CONSULTANT/DEPARTMENT OF
HEALTH SERVICES

7843   DENTAL CONSULTANT/STATE BOARD OF DENTAL
EXAMINERS

3. Effective July 1, 2017, the following classifications in Bargaining Unit 16
will receive a special salary adjustment of 2%.

- Medical, Dental and Podiatric Consultants, Public Health Medical
Officers, and Podiatrists in the classifications listed below:

6774   MEDICAL CONSULTANT, OFFICE OF STATEWIDE HEALTH
PLANNING AND DEV

7657   PODIATRIST, DEPARTMENTS OF MENTAL HEALTH AND
DEVELOPMENTAL SERVICES

7705   PUBLIC HEALTH MEDICAL OFFICER III

7707   PUBLIC HEALTH MEDICAL OFFICER III, RADIOLOGIC HEALTH

7715   PUBLIC HEALTH MEDICAL OFFICER III, MATERNAL AND
CHILD HEALTH

7716   PUBLIC HEALTH MEDICAL OFFICER III -EPIDEMIOLOGY-

7722   PUBLIC HEALTH MEDICAL OFFICER II

7784   MEDICAL CONSULTANT I, DEPARTMENT OF SOCIAL
SERVICES

7785   MEDICAL CONSULTANT I (PSYCHIATRIST), DEPARTMENT OF
SOCIAL SERVICES

7787   MEDICAL CONSULTANT I, DEPARTMENT OF HEALTH
SERVICES

7788   MEDICAL CONSULTANT II, DEPARTMENT OF HEALTH
SERVICES

7826   MEDICAL CONSULTANT DEPARTMENT OF REHABILITATION

Th 1853 a 2/28/17
Carlara mach))

TA 2/28/17
10:57 AM

| 7972 | PODIATRIST, CORRECTIONAL FACILITY |
| 7976 | PODIATRIC CONSULTANT |
| 7977 | PODIATRIST |
| 9747 | MEDICAL CONSULTANT (ENFORCEMENT), MEDICAL BOARD OF CALIFORNIA |
| 9748 | MEDICAL CONSULTANT (ADVISORY), MEDICAL BOARD OF CALIFORNIA |
| 9749 | MEDICAL CONSULTANT (LICENSING), MEDICAL BOARD OF CALIFORNIA |
| 7840 | DENTAL CONSULTANT I, DEPARTMENT OF HEALTH SERVICES |
| 7842 | DENTAL PROGRAM CONSULTANT/DEPARTMENT OF HEALTH SERVICES |
| 7843 | DENTAL CONSULTANT/STATE BOARD OF DENTAL EXAMINERS |

1. ~~Eligible employees represented by UAPD, shall receive a General Salary Increase (GSI) of 2% effective July 1, 2014, based on the following conditions:~~

   a. ~~Eligible employees means an employee of a recognized collective bargaining unit that has a ratified collective bargaining agreement containing these provisions; and~~

   b. ~~The 2014 increase specified in paragraph 1 of this section is contingent on projected state revenues at the 2014-2015 May Revision to the Governor's Budget being sufficient to fully fund existing statutory and constitutional obligations, existing fiscal policy, and the costs of providing the aforementioned pay increases to all eligible employees. Determination of funding availability relative to the section shall be at the sole discretion of the Director of the Department of Finance. If funding is determined to be insufficient to fund the 2014 pay increase specified in paragraph 1 for all eligible employees statewide, then paragraph 3 of this Section applies.~~

2. ~~If the pay increases specified in paragraph 1 above are provided, then the following shall apply:~~

   a. ~~All employees represented by UAPD shall receive a 2% GSI effective~~

The 8/29/10 10:53a
Con Flax (North)

TA 2/28/17
10:57 AM

July 1, 2015, with the following exceptions in b and c below:

b. Department of State Hospitals', Developmental Services' and Veterans Affairs' Physicians and Surgeons shall receive a 6% GSI effective July 1, 2015.

c. Medical Consultants and Public Health Medical Officers in the following classifications will receive a 3% GSI effective July 1, 2015. For those classifications that have a U designation, only the represented employees are covered by this MOU:

6774    MEDICAL CONSULTANT, OFFICE OF STATEWIDE HEALTH PLANNING AND DEV

7657    PODIATRIST, DEPARTMENTS OF MENTAL HEALTH AND DEVELOPMENTAL SERVICES

7705    PUBLIC HEALTH MEDICAL OFFICER III

7707    PUBLIC HEALTH MEDICAL OFFICER III, RADIOLOGIC HEALTH

7715    PUBLIC HEALTH MEDICAL OFFICER III, MATERNAL AND CHILD HEALTH

7716    PUBLIC HEALTH MEDICAL OFFICER III—EPIDEMIOLOGY

7722    PUBLIC HEALTH MEDICAL OFFICER II

7784    MEDICAL CONSULTANT I, DEPARTMENT OF SOCIAL SERVICES

7785    MEDICAL CONSULTANT I (PSYCHIATRIST), DEPARTMENT OF SOCIAL SERVICES

7787    MEDICAL CONSULTANT I, DEPARTMENT OF HEALTH SERVICES

7788    MEDICAL CONSULTANT II, DEPARTMENT OF HEALTH SERVICES

7826    MEDICAL CONSULTANT DEPARTMENT OF REHABILITATION

7976    PODIATRIC CONSULTANT

7977    PODIATRIST

9747    MEDICAL CONSULTANT (ENFORCEMENT), MEDICAL BOARD OF CALIFORNIA

9748    MEDICAL CONSULTANT (ADVISORY), MEDICAL BOARD OF CALIFORNIA

9749    MEDICAL CONSULTANT (LICENSING), MEDICAL BOARD OF CALIFORNIA

3. If the pay increases specified in Paragraph "1" and "2" above are not provided, then the following shall apply:

a. All employees represented by UAPD shall receive a GSI of 4% effective July 1, 2015, with the following exceptions in b and c below:

b. ~~Department of State Hospitals', Developmental Services', and Veterans Affairs' Physicians and Surgeons shall receive an 8% GSI effective July 1, 2015.~~

c. ~~Medical Consultants and Public Health Medical Officers in the following classifications will receive a 5% GSI effective July 1, 2015. For those classifications that have a U designation, only the represented employees are covered by this MOU:~~

~~6774    MEDICAL CONSULTANT, OFFICE OF STATEWIDE HEALTH PLANNING AND DEV~~

~~7657    PODIATRIST, DEPARTMENTS OF MENTAL HEALTH AND DEVELOPMENTAL SERVICES~~

~~7705    PUBLIC HEALTH MEDICAL OFFICER III~~

~~7707    PUBLIC HEALTH MEDICAL OFFICER III, RADIOLOGIC HEALTH~~

~~7715    PUBLIC HEALTH MEDICAL OFFICER III, MATERNAL AND CHILD HEALTH~~

~~7716    PUBLIC HEALTH MEDICAL OFFICER III -EPIDEMIOLOGY-~~

~~7722    PUBLIC HEALTH MEDICAL OFFICER II~~

~~7784    MEDICAL CONSULTANT I, DEPARTMENT OF SOCIAL SERVICES~~

~~7785    MEDICAL CONSULTANT I (PSYCHIATRIST), DEPARTMENT OF SOCIAL SERVICES~~

~~7787    MEDICAL CONSULTANT I, DEPARTMENT OF HEALTH SERVICES~~

~~7788    MEDICAL CONSULTANT II, DEPARTMENT OF HEALTH SERVICES~~

~~7826    MEDICAL CONSULTANT DEPARTMENT OF REHABILITATION~~

~~7976    PODIATRIC CONSULTANT~~

~~7977    PODIATRIST~~

~~9747    MEDICAL CONSULTANT (ENFORCEMENT), MEDICAL BOARD OF CALIFORNIA~~

~~9748    MEDICAL CONSULTANT (ADVISORY), MEDICAL BOARD OF CALIFORNIA~~

~~9749    MEDICAL CONSULTANT (LICENSING), MEDICAL BOARD OF CALIFORNIA~~

C. Salary Differential (Recruitment and Retention)

1. Upon approval by the California Department of Human Resources, a department may provide monthly or annual recruitment and retention differentials to Unit 16 employees. These differentials may be authorized for specific Unit 16 classifications in specific geographic locations or facilities, or may be authorized for the entire department. The department

will give UAPD notice when a request is made to the California Department of Human Resources.

2. A less than full-time permanent employee may receive the recruitment and retention differential on a pro-rated basis.

3. Permanent intermittent employees may receive a pro-rated recruitment and retention differential based on hours worked in the pay period.

C. Bilingual Differential Pay

Bilingual Differential Pay applies to those positions designated by the California Department of Human Resources as eligible to receive bilingual pay according to the following standards.

1. Definition of bilingual positions for Bilingual Differential Pay.

    a. A bilingual position for salary differential purposes requires the use of a bilingual skill on a continuing basis averaging ten percent (10%) of the time. Anyone using their bilingual skills ten percent (10%) or more of the time will be eligible whether they are using them in a conversational, interpretation, or translation setting. In order to receive bilingual differential pay, the position/employee must be certified by the using department and approved by the California Department of Human Resources. (Time should be an average of the time spent on bilingual activities during a given fiscal year.)

    b. The position must be in a work setting that requires the use of bilingual skills to meet the needs of the public in either:

        1. A direct public contact position;

        2. A hospital or institutional setting dealing with patient or inmate needs;

        3. A position utilized to perform interpretation, translation or specialized bilingual activities for the department and its clients.

    c. Position(s) must be in a setting where there is a demonstrated client or correspondence flow where bilingual skills are clearly needed.

    d. Where organizationally feasible, departments should ensure that positions clearly meet the standards by centralizing the bilingual responsibility in as few positions as possible.

    e. Actual time spent conversing or interpreting in a second language and closely related activities performed directly in conjunction with the specific bilingual transaction will count toward the ten percent (10%) standards.

2. Rate:

    a. An employee meeting the bilingual differential pay criteria during the entire monthly pay period would receive a maximum $100.00 per monthly pay period including holidays.

    b. A monthly employee meeting the bilingual differential pay criteria less than the entire pay period would receive differential on a pro-rated basis.

    c. A fractional month employee meeting the bilingual differential pay criteria would receive the differential on a pro-rated basis.

    d. An employee paid by the hour meeting the bilingual differential pay criteria would receive a differential of $0.58 per hour.

    e. An employee paid by the day meeting the bilingual differential pay criteria would receive a differential of $4.61 per day.

3. Employees, regardless of the time base or tenure, who use their bilingual skills more than ten percent (10%) of the time on a continuing basis and are approved by the California Department of Human Resources, will receive the bilingual differential pay on a regular basis.

4. Bilingual differential payments will become earnings and subject to contributions to the State Retirement System, OASDI, levies, garnishments, Federal and State taxes.

5. Employees working in positions which qualify for regular bilingual differential pay as authorized by the California Department of Human Resources may receive the appropriate pay during periods of paid time off and absences (e.g., sick leave, vacation, holidays, etc.).

6. Employees will be eligible to receive the bilingual differential payments on the date the California Department of Human Resources approves the departmental pay request. The effective date shall be retroactive to the date of appointment, not to exceed one (1) year, and may be retroactive up to two (2) years, to a position requiring bilingual skills when the appointment documentation has been delayed. The effective date for bilingual pay differential shall coincide with the date qualified employees begins using their bilingual skills on a continuing basis averaging ten percent (10%) of the time, consistent with the other provisions of this section.

*TH 1057a 2/28/17*
*Welae Murph*

*TH 2/28/17*
*10:57AM*

7. Bilingual salary payments will be included in the calculation of lump sum vacation, sick leave, and extra hour payments to employees terminating their State service appointment while on bilingual status.

8. Employees will not receive bilingual salary compensation for overtime hours worked, except upon separation from State service, regardless of total hours during the pay period. Agencies may not include bilingual salary compensation when computing overtime rate.

9. Employees receiving regular bilingual differential pay will have their transfer rights determined from the maximum step of the salary range for their class. Incumbents receiving bilingual pay will have the same transfer opportunities that other class incumbents are provided.

10. The bilingual differential pay shall be included in the rate used to calculate temporary disability, industrial disability, and non-industrial disability leave benefits.

## D. Pay Differential

1. Effective the first day of the pay period following ratification, the State shall provide a monthly pay differential of 15% of the employee's monthly base salary for employees who are employed by the California Department of Corrections, California Correctional Health Care Services, California Department of Veteran's Affairs or the Department of Developmental Services, and appointed in the classification of Physician and Surgeon (Class Codes 7551, 7552, 7565, 7644, 7651, 9263,9269) and appointed at one of the locations listed below:

### Locations:

### California Department of Corrections/California Correctional Health Care Services

- Avenal State Prison
- California Medical Facility
- California State Prison-Corcoran
- California State Prison-Sacramento
- California State Prison-Los Angeles
- Mule Creek State Prison
- North Kern State Prison (Delano I)
- Kern Valley State Prison (Delano II)

- Pleasant Valley State Prison
- RJ Donovan Correctional Facility
- Salinas Valley State Prison
- California Substance Abuse Treatment Facility-Corcoran

### California Department of Veterans Affairs (CalVet)

- Chula Vista
- Lancaster
- West Los Angeles
- Yountville

### Department of Developmental Services

- Fairview Developmental Center
- Porterville Developmental Center
- Sonoma Developmental Center

2. Effective the first day of the pay period following ratification, the State shall provide a monthly pay differential of 12% of the employee's monthly base salary for employees who are employed by the Department of State Hospitals, and appointed in the classification of Physician and Surgeon (Class Codes 7551, 7552, 7565, 7644, 7651) and appointed at one of the locations listed below:

### Department of State Hospital (DSH) Locations:

- DSH-Coalinga
- DSH-Napa
- DSH-Stockton (California Health Care Facility)
- DSH-Salinas Valley
- DSH-Vacaville

3. Effective the first day of the pay period following ratification, the State shall provide a monthly pay differential of 7% of the employee's monthly base salary for employees who are employed by the Department of State Hospitals and appointed in the classification of Physician and Surgeon (Class Codes 7551, 7552, 7565, 7644, 7651) and appointed at one of the locations listed below:

### Department of State Hospital (DSH) Locations:

- DSH-Atascadero
- DSH-Metropolitan

- DSH-Patton

4. In order to be eligible for the pay differentials outlined in section D above, employees must have a qualifying pay period.

5. Less than full-time permanent employees shall receive the pay differentials outlined in section D above on a pro-rata basis.

6. Permanent intermittent employees shall receive a pro-rated the pay differentials outlined in section D above based on the hours worked in the pay period.

7. The pay differential payments outlined in section D above shall not be considered as compensation for purposes of retirement contributions.

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 6/15/16   Time: 3:46 pm

### 10.5 Timely Payment of Wages

A. When a permanent full-time employee receives no pay warrant on payday, the State agrees to issue a salary advance, consistent with departmental policy and under the following conditions:

    1. When there are errors or delays in processing the payroll documents and the delay is through no fault of the employee, a salary advance will normally be issued within two (2) work days after payday for an amount close to the actual net pay (gross salary less deductions) in accordance with departmental policy.

    2. When a regular paycheck is late for reasons other than (1) above (e.g., AWOL, late dock), a salary advance of no less than 50% of the employee's actual net pay will normally be issued within five work days after payday. No more than two salary advances per calendar year may be issued under these circumstances.

    3. The difference between the employee's net pay and the salary advance shall not be paid until after receipt of the Controller's warrant for the pay period.

    4. The circumstances listed in (1), (2) and (3) are not applicable in remote areas where difficulties in the payroll process would not allow these timelines to be met. In these areas the State agrees to attempt to expeditiously correct payroll errors and issue salary advances.

B. It will be the responsibility of the employee to make sure voluntary deductions (e.g., credit union deductions, union dues, etc.) are paid.

C. This provision does not apply to those employees who have direct deposit.   This provision does not preclude advances if they are provided for under any other rules or policies where direct deposit is involved.

TA'd 6/30/16 1:26pm
Candace March
Evelyn Green

TA 6/30/16
[signature]
1:26pm

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                    Date: 6/15/16    Time: 3:47 pm

### 10.6 Salary Definitions

As used in this article, terms are defined as follows:

A.  "Salary range" is the range of rates between, and including, the minimum and maximum rate currently authorized for the class;

B.  "Step" for employees compensated on a monthly basis is a 5 percent differential above or below a salary rate rounded to the nearest dollar and for employees compensated on a daily or hourly basis is a 5 percent differential above or below a rate rounded to the nearest dollar and cents amount. One step higher is calculated by multiplying the rate by 1.05 (e.g., $2,300 x 1.05= $2,415). One step lower is calculated by dividing the rate by 1.05 (e.g., $2,415 /1.05= $2,300);

C.  "Rate" for employees compensated on a monthly basis is any one of the full dollar amounts found within the salary range and for employees compensated on a daily or hourly basis is any one of the dollar and cents amounts found within the salary range.

D.  "Range differential" is the difference between the maximum rate of two salary ranges;

E.  "Substantially the same salary range" is a salary range with the maximum salary rate less than two steps higher than or the same as the maximum salary rate of another salary range.

F.  "Higher salary range" is a salary range with the maximum salary rate at least two steps higher than the maximum salary rate of another salary range;

G.  "Lower salary range" is a salary range with the maximum salary rate any amount less than the maximum salary rate of another salary range.

H.  Unless otherwise provided, the lowest salary range currently authorized for the class is used to make salary comparisons between classes except for deep classes. Any rate falling within the salary range for a class may be used to accomplish appropriate step differentials in movement between classes and salary ranges. TA'd 1:27 pm 6/30/16

TA 6/30/16
1:27pm

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 6/15/16   Time: 3:47pm

**10.7 Merit Award**

A. The department may make awards to current or retired State employees who:

1. Propose procedure or ideas which hereafter have been adopted and which will result in eliminating or reducing State expenditures or improving operations; provided, the proposals are placed in effect; or

2. Perform special acts or special services in the public interest; or

3. By their superior accomplishments, make exceptional contributions to the efficiency, economy, or other improvement in the operations of the State government.

B. Awards for superior accomplishments shall be made in accordance with procedures and standards established by the department. Any award made by the department under the provisions of this section may be paid from the appropriation available to the State agency affected by the award.

C. The director may adopt rules and regulations to carry out the provisions of this section, and may appoint merit award boards made up of State officers, employees, or citizens to consider employee proposals, special acts, special services, or superior accomplishments, and to make recommendations to the department as to the merits of the proposals, special acts, special services, or superior accomplishments, and whether or not the proposals, special acts, special services, or superior accomplishments justify an award.

D. Any award granted under the provisions of this section shall be limited to five thousand dollars ($5,000) unless a larger award is approved by concurrent resolution of the Legislature. Any expenditures made or costs incurred heretofore or hereafter by the director for the purposes of this section may be paid from funds available for the support of the department.

TA 1:53pm 6/23/16
Candace Munch
Evelyn Suen

TA 6/23/16 1:53pm

Page 1 of 1

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 8/18/16   Time: 3:49 pm

### 10.8 Overpayments/Payroll Errors

A. When the State determines an overpayment has been made to an employee, it shall notify the employee of the overpayment and afford the employee an opportunity to respond prior to commencing recoupment actions. Thereafter, reimbursement shall be made to the State through one of the following methods mutually agreed to by the employee and the State:

   1. Cash payment or payments.

   2. Installments through payroll deduction to cover at least the same number of pay periods in which the error occurred.

   3. The adjustment of appropriate leave credits or compensating time off, provided that the overpayment involves the accrual or crediting of leave credits (e.g., vacation, annual leave, or holiday) or compensating time off. Absent mutual agreement on a method of reimbursement, the State shall proceed with recoupment in the manner set forth in paragraph (2).

B. When a department determines an underpayment has been made to an employee, it shall notify the employee of the underpayment in writing with an explanation.

C. When a department completes an audit, investigation or review and identifies an overpayment and/or underpayment for a significant number of BU16 employees the department shall notify UAPD in writing at least fifteen (15) days prior to notices being sent out to the affected employees.

TA
11:09 a 2/28/17
Condene Much

TA 2/28/17
11:03 AM
[signature]

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 6/23/16   Time: 10:49 AM

**10.9 Labor-Management Committee on State Payroll System**

   A.  The parties agree to establish a labor-management committee to advise the
       State Controller on planned and anticipated changes to the State's payroll
       system. Topics to be explored include, but are not limited to, accuracy and
       timelines of the issuance of overtime warrants, changes in earnings statements,
       direct deposit of employee pay, and design of and transition to a biweekly pay
       system.

   B.  The committee shall be comprised of an equal number of management
       representatives and labor representatives.  In addition, the California Department
       of Human Resources shall designate a chairperson of the committee.  The Union
       of American Physicians and Dentists may send one representative who shall
       serve without loss of compensation.

TN'd 1:28 pm 6/30/16
Candace Munch
Goelyn Grew

TA 6/30/16
1:28 pm

## Management Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**        Date: 6/23/16   Time: 10:52 AM

### 10.10 Transportation Incentives\Parking Rates

A.   The State and Union agree that the State shall encourage employees to use alternate means of transportation to commute to and from work in order to reduce traffic congestion and improve air quality.

B.   Employees working in areas served by mass transit, including rail, bus, or other commercial transportation licensed for public conveyance shall be eligible for a 75 percent discount on public transit passes sold by State agencies up to a maximum of $65 per month. This shall not be considered compensation for purpose of retirement contributions. The State may establish and implement procedures and eligibility criteria for the administration of this benefit.

C.   The State shall provide $100 per month to each State employee who meets the eligibility criteria and complies with program procedures as developed by the State for principal van pool drivers. This shall not be considered compensation for purposes of retirement contributions. The State may establish and implement procedures and eligibility criteria for the administration of this benefit.

D.   For the term of this agreement, the parties agree that the State may increase parking rates in existing owned, wholly leased or administered lots, in an amount not to exceed $20.00 per month. Every effort shall be made to provide employees 60 days but no less than 30 days notice of a parking rate increase. Rates at new lots owned, wholly leased or administered by the State will be set at a level comparable to existing state lots. The parties agree that such increases will be uniformly applied to all represented employees in a given parking lot. This Article does not apply to parking spaces leased in parking lots owned or administered by private vendors.

E.   Parking fees may be paid with pre-tax dollars.

F.   Notwithstanding any other provision of this Contract, the Union agrees that the State may implement new policies or change existing ones in areas such as transit subsidies, vanpool/carpool incentives, walking/biking incentives, parking, parking fees, hours of work and other actions to meet the goals of transportation

7/25/16
3:07 pm
CMH
pM

7/25/16  +A
3:07 pm

incentives. The State agrees to notice and meet and confer regarding the impact of such new or changed policies.

G.    Parking rates for single occupant vehicles in State-owned or <u>wholly</u> leased or <u>administered</u> lots/structures in congested urban areas except for twenty-four hour facilities in the Department of Corrections and Rehabilitation, Division of Juvenile Justice, Department of Developmental Services, Department of State Hospitals, Department of Education, Special Schools and the Department of Veterans Affairs, shall be raised to fair market value.

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 6/23/16  Time: 10:55 AM

### 10.11 State-Owned Housing Rental and Utility Rates

A. Rent

> Annually, current rental rates for all types of State-owned employee housing, including trailers and/or trailer pads, may be increased by the State with 60 day notice as follows:

> 1. Where employees are currently occupying State-owned housing, the State may raise such rates paid by employees up to 25 percent each year, not to exceed fair market value (FMV).

> 2. Employee rental of State housing shall not ordinarily be a condition of employment. In any instance, when the rental of State housing is made a condition of employment, the State may charge the employee 10 percent less than the regular rate of rent.

> 3. Employees renting State-owned housing occupy them at the discretion of the State employer. If the State decides to vacate a State-owned housing unit currently occupied by a State employee, it shall give the employee a minimum of 30 days advance notice. Once vacated, all rental of State-owned housing must be rented at FMV.

B. Utilities

> Utility charges for all types of State-owned employee housing, including trailers and/or trailer pads, may be increased by the State as follows:

> 1. Where employees are currently paying utility rates to the State, the State may raise such rates up to 8 percent each year.

> 2. Where no utilities are being charged, the State may impose such charges consistent with its costs.

> 3. Where utilities are individually metered to State-owned housing units, the employee shall assume all responsibility for payment of such utility rates, and any increases imposed by the utility company.



4.  If the department determines the housing unit cannot be individually
    metered or if historic considerations, housing design or construction
    render all practical weatherization measures inappropriate or ineffective
    and resulting utility costs would be excessively high, a flat rate utility fee in
    accordance with the normal utility costs of similar size dwellings in the
    area will be paid by the employee.

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                    Date: 6/15/16 Time: 3:49 pm

**10.12 License Renewal Fees**

A. The State agrees to reimburse employees who are required by law to maintain a license as a condition of State employment for the actual cost of license renewal fees. If the employee is working less than full-time, the license fee reimbursement shall be pro-rated.

B. The State agrees to reimburse management required DEA license fees to employees who during the course of their employment prescribe medications. If the employee is working less than full-time, the license fee reimbursement shall be pro-rated.

TA 11:58am 8/12/16
Candace Munch
Evelyn Brun

8/12/16
TA    11:58 AM

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 8/4/16   Time: 3:10 pm

### 10.13 Licensure - Continuing Medical Education

As a condition of employment with the State of California, maintenance of required licensure is the responsibility of the employee. For courses directly related to maintaining licensure, the State shall provide each Unit 16 employee up to 56 hours per fiscal year of Continuing Medical Education (CME) leave and reasonable travel time. CME is defined as including continuing Dental and continuing Podiatric Education. CME courses shall be at the discretion of the employee.

A. It is understood by both the State and UAPD the importance for Unit 16 employees to utilize the 56 hours per fiscal year to attend conferences and courses directly related to maintaining licensure. The State shall not require Unit 16 employees to utilize furlough leave, vacation time, or Personal Leave to attend conferences directly related to maintaining licensure.  The time used for CME leave, regardless of location, shall be considered the same as other paid leave (i.e. vacation, annual leave). CME leave shall not be subject to any other leave cash-out provisions nor shall CME leave be cashed-out at separation or retirement. CME leave shall be carried over to the next fiscal year if the employee is denied or does not have the opportunity to use his/her CME leave during the fiscal year. ~~Employees must request to use CME leave for it to be considered denied.~~ No more than one (1) year of CME may be carried over to the next year and total CME leave carry over may not exceed 112 hours at any time. Employees attending training in order to meet licensure requirements under this Article shall be considered on approved CME leave. Requests for CME leave must be submitted to the supervisor or designee at least ~~one month~~ fourteen (14) workdays prior to the CME training. The department or designee shall approve or deny requests for CME leave within ~~fifteen (15)~~ seven (7) workdays. CME requests shall not be unreasonably denied.

B. The State will issue an annual payment on July 1 of ~~, will approve employee requests for actual cost, but not to exceed~~ $1000 per ~~fiscal~~ year to cover CME costs for tuition and/or registration fees, ~~cost of~~ course related books, and training materials, transportation or mileage expenses, toll and parking fees, lodging and subsistence expenses, and all other related expenses for courses directly related to maintaining licensure.  Employees working less than full-time

2/15/17
10:30 AM

shall be entitled to a pro-rated amount of the $1000, per fiscal year. <u>For employees hired after the July 1 payment, departments will manually process the annual payment of $1,000.</u>

~~When receipts are not required to be submitted with the claim, it is the employee's responsibility to maintain receipts and records of their actual expenses, and make them available for audit upon request by state control agencies and/or the Internal Revenue Service.~~

C.  Travel restrictions outlined in Article 10.3 do not apply to CME related travel. Attending a CME course out-of-state does not require additional approval as outlined in Government Code 3522.

D.  This provision supersedes department policy and any other referenced procedure with regard to the administration of CME.

E.  In addition, the State shall provide to all Unit 16 employees, two - eight hour workdays (16 hours) per fiscal year (without loss of compensation) for activities such as, professional association activities, professional development seminars, etc., to promote professional growth and to enhance professional goals. These activities are at the employees' expense and therefore the choice of professional growth activity is at the employee's discretion. This time shall be requested and approved in the same manner as vacation/annual leave. Such time shall not be accumulated.

1.  <u>Employees working part-time shall earn PDD credit on a pro-rated basis in accordance with the following chart.</u>

| Time Base | PDD hours credited per PDD day |
|-----------|-------------------------------|
| 1/5 | 1.60 |
| 2/5 | 3.20 |
| 3/5 | 4.80 |
| 4/5 | 6.40 |
| 1/8 | 1.00 |
| ¼ | 2.00 |
| 3/8 | 3.00 |
| ½ | 4.00 |
| 5/8 | 5.00 |



| Time Base | PDD hours credited per PDD day |
|:---:|:---:|
| ¾ | 6.00 |
| 7/8 | 7.00 |
| 1/10 | 0.80 |
| 3/10 | 2.40 |
| 7/10 | 5.60 |
| 9/10 | 7.20 |

2. Permanent Intermittent employees will be eligible for PDD on a pro-rated basis, based on the hours worked during the pay period of usage. The pro-ration shall be based on the chart below:

| Hours on pay status during pay period | PDD hours credited per PDD day |
|:---|:---:|
| 0 - 10.9 | 0 |
| 11 - 30.9 | 1 |
| 31 - 50.9 | 2 |
| 51 - 70.9 | 3 |
| 71 - 90.9 | 4 |
| 91 - 110.9 | 5 |
| 111 - 130.9 | 6 |
| 131 - 150.9 | 7 |
| 151      and over | 8 |

PDD credit may be used in one (1) hour increments.

F. ~~Pursuant to 10.13.B above, the State and the Union will meet within 90 calendar days after ratification by both parties in order to streamline the payment of CME by establishing a process in which $1000 would be provided at the beginning of each fiscal year.~~

2/15/2017
10:20 A.M.

## Management Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 5/19/16    Time: 12:01 pm

### 11.1 Health, Dental, and Vision Benefits

A.  Consolidated Benefits (CoBen) Program Description

1.  CoBen Allowance

Effective on the first day of the pay period following ratification of this agreement, the State will continue to pay the contribution rates established on January 1, ~~2013~~ 2016, for the Consolidated Benefits (CoBen) allowance.  The allowance is based on the Health Benefit party codes in a health plan administered or approved by CalPERS.  To be eligible for this contribution, an employee must positively enroll in a health plan administered or approved by CalPERS and/or a dental plan administered or approved by CalHR.

a.  The State shall contribute ~~$544~~ $608 per month for coverage of an eligible employee. (Party code one).

b.  The State shall contribute ~~$1,073~~ $1,202 per month for coverage of an eligible employee plus one dependent. (Party code two).

c.  The State shall contribute ~~$1,402~~ $1,572 per month for coverage of an eligible employee plus two or more dependents. (Party code three).

The employer health benefits contribution for each employee shall be an amount equal to eighty (80%) percent of the weighted average of the Basic health benefit plan premiums for a State active civil service employee enrolled for self-alone, during the benefit year to which the formula is applied, for the four (4) Basic health benefit plans that had the largest State active civil service enrollment, excluding family members, during the previous benefit year.  For each employee with enrolled family members, the employer shall contribute an additional eighty (80%) percent of the weighted average of the additional premiums required for enrollment of those family members, during the benefit year to which the formula is applied, in the four (4) Basic health benefit plans that had the largest State active civil service enrollment, excluding family members, during the previous benefit year.  ~~The Union agrees to support legislation to amend Government Code Section 22871.8 regarding the employer's share of the employee health contribution as described above from 85% to 80%.~~

8/12/16 TM
12:00pm

12:00pm 8/12/16

May 16, 2016

~~When an employee is appointed to a new position or class that results in a change in eligibility for the composite rate, the effective date of the change shall be the first of the month following the date the notification is received by the State Controller's Office if the notice is received by the tenth of the month.~~

*unstrike 6/1/16 1:57pn*

~~2.  Dependent Vesting~~

~~Employees who first become eligible for health benefit enrollment on or after January 1, 2007, shall be subject to a two-year vesting schedule for the employer health contribution for dependents as follows:~~

~~a.  50% of the normal employer dependent portion of the contribution upon initial enrollment;~~

~~b.  75% of the normal employer dependent portion of the contribution upon completion of 12 months of service; and~~

~~c.  100% of the normal employer dependent portion of the contribution upon completion of 24 months of service.~~

~~3.~~ 2.  Enrollment Options

Employees will be permitted to choose a different level of benefit coverage according to their personal needs, and the State's allowance amount will depend on an employee's selection of coverage and number of enrolled dependents.  The State agrees to provide the following CoBen benefits:

a.  If the employee is enrolled in both a health plan administered or approved by CalPERS and a dental plan administered or approved by CalHR, the health benefit enrollment party code will determine the allowance amount.

b.  If the employee declines a health benefit plan which is administered or approved by CalPERS and certifies that he/she has qualifying group health coverage from another source, the employee's dental benefit enrollment party code will determine the amount of the contribution.

c.  If the employee elects not to enroll in a health plan administered or approved by CalPERS and in a dental plan administered or approved by CalHR and certifies that he/she has qualifying group health coverage and dental coverage from other sources the employee will receive $155 in taxable cash per month.  Cash will not be paid in lieu of vision benefits and employees may not disenroll from vision coverage.  Employees do not pay an administrative fee.

12:00p 8/12/16

8/12/16 TA 12:00pm

May 16, 2016

d.  Permanent Intermittent (PI) employees shall only be eligible to participate in the CoBen Cash Option and receive a six-month cash payment for the first control period of each plan year.

e.  If the employee elects not to enroll in a health plan administered or approved by CalPERS and certifies that he/she has qualifying group health coverage from another source, but enrolls in a dental plan administered or approved by CalHR, the employee may receive the difference between the applicable composite contribution and the cost of the dental plan selected and vision benefits, not to exceed $130 per month. (the The State will pay the premium cost of the dental plan and vision plan)  Cash will not be paid in lieu of vision benefits, and employees may not disenroll from vision coverage.  Employees do not pay an administrative fee.

f.  If the monthly cost of any of the State's benefit plans (health, dental and vision) in which an employee elects to enroll exceeds the State's maximum allowance amount as set forth in Subsection A(1)(a). (1) (2) or (3), A.1.a., A.1.b., A.1.c., or A.2., above, the employee shall pay the difference on a pre-tax basis.  If there is money left over after the cost of these benefits is deducted, the remaining amount will be paid to the employee as taxable cash.

B.  Health Benefits Eligibility

1.  Employee Eligibility

For purposes of this section, "eligible employee" shall be defined by the Public Employees' Medical and Hospital Care Act.

2.  Permanent Intermittent (PI) Employees

a.  Initial Eligibility—A permanent intermittent employee will be eligible to enroll in health benefits during each calendar year if the employee has been credited with a minimum of four hundred eighty (480) paid hours in a PI control period.  For purposes of this section, the control periods are January 1 through June 30 and July 1 through December 31 of each calendar year.  An eligible permanent intermittent employee must enroll in a health benefit plan within sixty (60) days from the end of the qualifying control period.

b.  Continuing Eligibility—To continue health benefits, a permanent intermittent employee must be credited with a minimum of four hundred eighty (480) paid hours in a control period or nine hundred sixty (960) paid hours in two (2) consecutive control periods.  TA  8/12/16

12:00 p 8/12/16

12:00pm

BU 16 Page 3 of 5

May 16, 2016

3. Family Member Eligibility

For purposes of this section, "eligible family member" shall be defined by the Public Employees' Medical and Hospital Care Act and includes domestic partners that have been certified with the Secretary of State's office in accordance with AB 26 (Chapter 588, Statutes of 1999).

4. The parties agree to work cooperatively with CalPERS and the health plans to control premium increases.

C. Dental Benefits

1. Contribution

The employer contribution for dental benefits shall be included in the Consolidated Benefits Allowance as specified in Section A(1) A.1. of this article.

2. Employee Eligibility

Employee eligibility for dental benefits will be the same as that prescribed for health benefits under subsection B(1) B.1. and B(2) B.2. of this article.

3. Family Member Eligibility

Family member eligibility for dental benefits is the same as that prescribed for health benefits under subsection B(3) B.3. of this article.

D. Vision Benefit

1. Program Description

The employer agrees to provide a vision benefit to eligible employees and dependents. The employer contribution rates for the vision benefit shall be included in the Consolidated Benefits Allowance as specified in Section A(1) A.1. of this article. The vision benefit provided by the State shall have an employee copayment of $10 for the comprehensive annual eye examination and $25 for materials.

2. Employee Eligibility

Employee eligibility for vision benefits is the same as that prescribed for health benefits under Subsection B(1) B.1. and B(2) B.2. of this article.

3. Family Member Eligibility

Family member eligibility for vision benefits is the same as that prescribed for health benefits under Subsection B(3) B.3. of this article.

12:00 p 8/12/16

12:00pm

TA 8/12/16

May 16, 2016

E. FlexElect Program

1. Program Description

   a. The State agrees to provide a flexible benefits program (FlexElect) under Internal Revenue Code Section 125 and related Sections 105(b), 129, and 213(d). All participants in the FlexElect Program shall be subject to all applicable Federal statutes and rules; and any related administrative provisions adopted by CalHR. The administrative fee paid by ~~the~~ participants will be determined each year by CalHR. ~~the Director of the California Department of Human Resources.~~

   b. Employees who meet the eligibility criteria stated in subsection ~~B(1)~~ B.1. will be eligible to enroll into a Medical Reimbursement Account and/or a Dependent Care Reimbursement Account.

2. Employee Eligibility

   a. All eligible employees must have a permanent appointment with a time base of half time or more and have permanent status, or if a limited term or a temporary authorized (TAU) position, must have mandatory return rights to a permanent position.

   b. Permanent Intermittent (PI) employees shall only participate in the CoBen Cash Option and will be eligible to receive a six (6) month Cash payment for the first control period of each plan year. PI's choosing the CoBen Cash Option will qualify if they meet all of the following criteria:

      1. Must be eligible to enroll in health and/or dental coverage as of January 1 of the Plan Year for which they are enrolling and;

      2. Must have a PI appointment which is effective from January 1 through June 30 of the Plan Year for which they are enrolling and;

      3. Must be paid for at least four hundred eighty (480) hours during the January through June control period for the Plan Year in which they are enrolling and;

      4. Must have completed an enrollment authorization during the FlexElect Open Enrollment Period or as newly eligible.

3. Subsection ~~2(b)~~ 2.b. is not grievable or arbitrable.

TKd 12:00p 8/12/16
Candace munth
Grilyn Jones

8/12/16
TA 12:00pm
[signature]
May 16, 2016

**Management Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 6/30/16   Time: 11:00 AM

### 11.2 Employee Assistance Program (EAP)

A. The State recognizes that alcohol <u>abuse</u>, drug abuse and stress may adversely affect job performance ~~and are treatable conditions~~. As a means of correcting job performance <u>issues</u> ~~problems~~, the State may offer confidential referral to EAP ~~treatment~~ for alcohol, <u>and</u> drug <u>abuse, and concerns relating</u> ~~to and stress related problems such as~~ <u>relating to</u> marital and family, emotional, <u>personal and</u> ~~stress~~, <u>legal matters,</u> financial <u>and credit, and dependent care</u> ~~medical, legal or other personal problems~~. The intent of this Section is to assist an employee's voluntary efforts to treat <u>alcohol abuse and drug abuse</u> ~~alcoholism or a drug related~~ or stress related problem so as to retain or recover his/her value as an employee.

*stress* [handwritten margin note: *The change 11:02 AM*]

B. ~~The State shall arrange for programs to implement Subsection (A) above.~~ <u>Each department director or designee shall designate an EAP Coordinator who shall arrange for programs to implement this section.</u> Employees who are ~~to be~~ referred to an ~~Employee Assistance Program~~ <u>EAP</u> Coordinator will be referred by the appropriate management personnel <u>or may refer themselves on a voluntary basis</u>. An employee <u>using EAP</u> ~~undergoing alcohol, drug, or mental health treatment~~, upon approval, may use ~~accrued sick leave, compensating time off credits and vacation~~ leave credits for such a purpose. Leaves of absence without pay may be granted by the department head or designee ~~upon the recommendation of the Employee Assistance Program Coordinator~~ if all ~~sick~~ leave <u>credits</u>, ~~vacation, and compensating time off~~ have been exhausted, and the employee is not eligible to use Industrial Disability Leave or Non-Industrial Disability Insurance.

C. ~~An employee's treatment for alcoholism, drug or stress related problems shall remain confidential and medical records shall remain separate from other personnel materials.~~ <u>The records concerning an employee's referral and/or treatment shall be kept confidential. No manager, supervisor, department director, or coordinator shall disclose the nature of the employee's treatment or the reason for the employee's leave of absence. Records of such referrals shall not be kept in the employee's personnel file.</u>

[handwritten: Recd 11:05 am 7/14/16   Candace Munch]

[handwritten: 7/14/16  TA   11:05 AM   (signature)]

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**

Date: 6/23/16  Time: 10:56 AM

### 11.3 Long Term Care Insurance Plans

Employees in classes assigned to Bargaining Unit 16 are eligible to enroll in any long term care insurance plan sponsored by the Public Employees' Retirement System.

TR 6/30/16 1:30pm
Candace Munch
Evelyn Green

6/30/16 TA
[signature]
1:30pm

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**

Date: 6/23/16 Time: 10:57 AM

### 11.4 Pre-Tax of Health/Dental Premium Costs

Employees who are enrolled in any health and/or dental plan which requires a portion of
the premium to be paid by the employee, will automatically have their out-of-pocket
premium costs taken out of their paycheck before Federal, State and social security
taxes are deducted.  Employees who choose not to have their out-of-pocket costs pre-
taxed, must make an election not to participate in this benefit.

TA'd 6/30/16 1:31pm
Candace Minch
Jocelyn Greer

6/30/16  TA
1:31pm

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                    Date: 6/23/16    Time: 10:58 AM

**11.5 1959 Survivors' Benefits - Fifth Level**

A. Employees in this unit who are members of the Public Employees' Retirement System (PERS) will be covered under the Fifth Level of the 1959 Survivors' Benefit, which provides a death benefit in the form of a monthly allowance to the eligible survivor in the event of death before retirement. This benefit will be payable to eligible survivors of current employees who are not covered by Social Security and whose death occurs on or after the effective date of the memorandum of understanding for this section.

B. Pursuant to Government Code Section 21581(c), the contribution for employees covered under this new level of benefits will be $2 per month as long as the combined employee and employer cost for this program is $4 per month or less per covered member. If the total cost of this program exceeds $4 per month per member, the employee and employer shall share equally the cost of the program. The rate of contribution for the State will be determined by the PERS board, pursuant to Government Code Section 21581.

C. The survivors' benefits are detailed in the following schedule:

1. A spouse who has care of two or more eligible children, or three or more eligible children not in the care of the spouse:      $1,800

2. A spouse with one eligible child, or two eligible children not in the care of the spouse:                      $1,500

3. One eligible child not in the care of the spouse; or the spouse, who had no eligible children at the time of the employee's death, upon reaching age 60:                      $750

Th'd 1:32 pm 6/30/16
Candace Munch
Evelyn Juan

6/30/16 TA
1:32 pm
_[signature]_

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**

Date 6/23/16 Time: 10:58 AM

### 11.6 Health Promotion Activities

A. The State, in an effort to increase morale and productivity, to reduce absenteeism, injuries and illness, and to contain rising health care cost, encourages departments and employees to participate in health promotion and injury prevention activities.

B. Departments may, based on operational needs, allow employees to participate in State-sponsored on-site health promotion activities.

C. State-sponsored on-site health promotion activities may include but are not limited to the following activities held at the work site:  seminars, demonstrations, exercise or physical fitness classes, educational forums, blood drives, and flu immunizations.

TA'd 6/30/16 1:33pm
Candace Munch
Evelyn Mees

TA
6/30/16  1:33pm

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**

Date: 6/23/16 Time: 10:59 AM

### 11.7 Joint Benefits Advisory Committee

A. The Union shall participate in the Joint Union/Management Benefits Advisory Committee to review benefits and to make recommendations on cost containment. This committee shall meet as necessary. Topics may include, but are not limited to, eligibility, cost containment, number and quality of benefits provided, competitiveness among providers and standardization of benefit design, utilization, promotion and cost, wellness and health promotion. This committee shall be advisory in nature.

B. The Union may appoint a Unit 16 employee to the Committee who shall serve without loss of compensation. All other expenses shall be the responsibility of each party participating on this committee.

C. The California Department of Human Resources will provide necessary staff to support the Committee.

TA/d
6/30/16 1:34pm
Candace Munch
Evelyn Green

6/30/16 TA
1:34pm

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                    Date: 6/23/16  Time: 11:00 AM

### 11.8 Industrial Death or Disability

Industrial death or disability benefits for Unit 16 employees are specified in Government Code section 20047, which reads as follows:

20047 "Industrial" with respect to State miscellaneous members also means death or disability after January 1, 1993, resulting from an injury that is a direct consequence of a violent act perpetrated on his or her person by a patient or client of the State Department of State Hospitals at Patton State Hospital or Atascadero State Hospital, an inmate at the DSH Psychiatric Program at CMF Vacaville or a patient at any other State hospital which is deemed a forensic facility if:

a. The member was performing his or her duties within a treatment ward at the time of the injury, or

b. The member was not within a treatment ward but was acting within the scope of his or her employment at the hospital and is regularly and substantially as part of his or her duties in contact with the patients or clients, and

c. The member at the time of injury was employed in a state bargaining unit for which a Memorandum of Understanding has been agreed to by the State employer and the recognized employee organization to become subject to this section, or

d. The member was either excluded from the definition of State employee in subdivision (c) of Section 3513 or was a non-elected officer or employee of the executive branch of government who was not a member of the civil service.

The provisions of this part providing industrial death and disability benefits to State industrial members shall apply to the miscellaneous members described in this section and to any other State member whose death or disability results from an injury under the conditions prescribed in this section.

Red 11:05 am 7/14/16
Chudae March

11:05 Am  TA
7/14/16

Page 1 of 1

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 5/5/16    Time: 1:22 pm

## 12.1 Adverse Actions

The State Personnel Board shall retain jurisdiction over all adverse actions.

TA 11:06 am 7/14/16
Caudau Munch

TA 7/14/16
11/06 AM
Nereyd Soer

**Management Counter Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 7/20/16   Time: 3:44 pm

### 12.2 Investigations

When a Bargaining Unit 16 employee is the subject of an investigation the employee will be provided a reasonable notice <u>that includes information regarding the nature of the investigation</u>.  However, the Department need not notify the employee of an undercover operation or if the Department is obtaining a search warrant.  If the investigation is not concluded within ninety (90) calendar days from the date the employee is notified of the investigation, the employee and the UAPD will be notified in writing of the anticipated completion date of the investigation.  If the investigation is not completed within the timeframe contained in the notice, the employer will provide the employee and UAPD written updates every ~~ninety (90)~~ <u>sixty (60)</u> calendar days regarding any additional time needed to complete the investigation.  This section does not apply to clinical reviews and administrative inquiries.

For employees of CDCR and CCHCS, this section of the MOU applies to administrative investigations conducted or authorized by the Office of Internal Affairs.

TK'd 8/12/16 4:49p
Con clase Munch

4:49 pm
TA  8/12/16

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                     Date: 8/4/16  Time: 3:21 pm

### 12.3 Progressive Discipline

A. The State will use progressive discipline to ensure that there is a fair and appropriate process for correcting employee performance. Progressive discipline is intended to identify problems with a Unit 16 employee's performance and provide the employee with an opportunity to bring the performance up to standard. The parties recognize that an employee's first time offense may require immediate adverse action and this section is not intended to conflict with any of the procedures set forth for disciplinary actions in Government Code Section 19570 et seq.

B. Letters of Instruction (LOI)/Work Improvement Discussions (WIDs) (as well as counseling memos, informal letters of reprimand, letters of warning, etc.) shall contain a specified expiration date, not to exceed one year if there has been no recurring behavior, upon which the employee may request the removal of the same. Upon request to the appointing authority of his/her designee, they shall be removed and destroyed, unless the employee requests the documents be returned to them for their disposal.

C. LOI/WIDs shall be issued ~~in a timely fashion, generally~~ within thirty (30) days <u>but no more than forty-five (45) days</u> from when the incident occurred or from date of discovery of the incident that forms the basis for the LOI/WID. The employee shall have the right to submit a rebuttal to any LOI/WID. The rebuttal shall be submitted no later than thirty (30) days after issuance of the LOI/WID to the employee.

D. In cases where departmental staff are investigating an employee in a situation which adverse action potentially may follow, and the decision is made to give the employee an LOI/WID, the LOI/WID shall be issued ~~in a timely fashion, generally~~ within thirty (30) days <u>but no more than forty-five (45) from</u> the decision to give the employee an LOI/WID. This will not prevent the parties from negotiating a formal adverse action down to an LOI/WID. *table change* 10:24 AM 8/5/16

E. Any dispute pertaining to this section may be appealed to the third step of the grievance and arbitration procedure in this contract. The decision at the third step is final and binding on all parties. 8/5/16  TA 10:24 AM

Page 1 of 1            TM 8/5/16 10:24am
                       Complete Month

Date _7/13/16_    Time _10:45 AM_

# Union of American Physicians and Dentists Counter Proposal

The UAPD (BU 16) proposes the following language:

## 12.4 Official Personnel File

A. Only one complete official departmental personnel file shall be maintained for each employee at a location identified by each State department head or designee.

B. An employee or his/her representative, if properly authorized by the employee, shall have the right to review and to obtain copies of any material in his/her official personnel file during regular personnel office hours with appropriate prior notice.

C. The official personnel file shall not be moved from the identified location unless approved by the State department head or designee.

D. Where the official personnel file is in a location remote from the employee's work location, arrangements may be made to have a complete copy of the file sent to a location specified in writing by the employee.

E. The State shall maintain the official personnel file as a confidential record which should be available for inspection only to the employee's immediate supervisor or the direct higher line supervision or other persons authorized by the department head or designee.

F. An employee shall be provided, on a timely basis, with a copy of any Performance related material in his/her official personnel file.

G. An employee shall have the right to prepare and have entered into his/her official personnel file his/her written response to any performance-related material which is in his/her official personnel file.

H. Except the performance appraisal report, probationary reports and adverse actions, any negative performance-related material shall be removed from the employee's personnel file and destroyed within one (1) year from the date of entry, if there has been no further documentation of the same or similar behavior. When an employee receives

Page 1 of 2

written documentation of a negative nature, the supervisor shall note in writing the time frame it will remain in the file, if less than one (1) year.

I. An employee shall have the right to request in writing, at any time, the removal of any performance-related material in his/her official personnel file. The State shall provide a written response if such request is denied within fifteen (15) calendar days of the employees' request.

~~*These timeframes are effective upon ratification by both parties.~~ Tasse A 10:46 AM

MO 11:49 am 7/15/16
Enclass Munth
Gvelyn Green

TA 7/15/16
11:49 AM
Nereyda Rivera

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**         Date: 7/15/16   Time: 12:15 pm

### 12.5 Performance Appraisal

A.  The performance appraisal system of each department shall include annual written performance appraisals for permanent employees. Such appraisals shall be completed at least once each 12 calendar months after an employee completes the probationary period for the class in which he/she is serving.

B.  A performance appraisal of a bargaining unit employee shall not be based solely on a numerical rating, statistical analysis, or percentage rating of the employee's professional work.

C.  The State and UAPD encourage periodic informal performance evaluations and conferences between Unit 16 employees and their supervisors to discuss work performance, job satisfaction, and work-related problems. Such conferences shall be held in a private setting.

D.  When a Performance Appraisal Summary results in any "improvement needed", "does not meet standards" or any other non-satisfactory rating, the employee may grieve the evaluation up to the second step of the grievance procedure.

E.  A management peer of the employee's profession shall countersign any Unit 16 employee's rating which indicates "I" or Improvement needed and which involves the employee's licensed professional competency.

Tmd 4:30p 8/12/16
Candace Munch

TA  8/12/16
Nereyda Swera
4:50 pm

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**       **Date:** 7/20/16  **Time:** 3:54pm

### 12.6 Professional Judgment

The parties agree that Unit 16 employees shall not practice, nor shall they be required to practice, in any manner which places their professional license(s) in jeopardy.

Professional judgment issues may be appealed to the third step of the grievance and arbitration procedure in this contract.  <u>Upon request, a grievance conference shall be granted at the second step of the grievance and arbitration procedure in this contract.</u> The decision at the third step is final and binding on all parties.

TR'd 4:52 p 8/12/16
Candace Munch

TA   8/12/16
4:52 pm

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 5/5/16 Time: 1:28 pm

### 12.7 Malpractice Suit(s)

The department shall, whenever possible, consult with the affected bargaining unit employee(s) prior to the settlement of a malpractice suit. (See Attachment B and B-1).

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                    Date: 5/5/16      Time: 1.29pm

## 12.8 Working Conditions

The State shall endeavor to assure that Bargaining Unit 16 employees with direct patient care responsibility shall have adequate resources, and any inadequacy may be a subject of complaint.

Rec'd 10:25am 2/15/17
Candace Munch

TA  2/15/2017
10:25 AM

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**

Date: 7/20/16  Time: 4:10 pm

### 12.9 Office Space

The State agrees to make a reasonable effort to provide enclosed office space to ~~permanent full-time~~ Unit 16 employees who have confidentiality needs. ~~It is understood by b~~Both parties agree that existing office space in institutions, field offices and headquarters locations may be altered where feasible to address confidentiality needs.

When a ~~major~~ move involving a significant number of Unit 16 employees to other than existing space is planned, UAPD shall be notified at least 30-days prior to the move ~~the earliest feasible time~~ and shall be invited to meet and discuss the proposed space plans.

TMD 8/5/16 10:25am
Candace Munch

8/5/16 TA

10:25 AM

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**

Date: 5/5/16    Time: 1:31 pm

### 12.10 Annual Physical

If the initial and annual physical examinations are not provided for by the State, the employee may have the examination done by a physician of his/her own choice without loss of compensation.  However, if the initial and annual physical examinations are made available by the State and the employee prefers his/her own personal physician, then the time spent for this purpose shall be charged to sick leave and the cost of the examination shall be at the expense of the employee.  An employee must have prior approval, for operational reasons, to leave the work site to take a physical examination.

rk'd 10:32 am 6/10/16
Candace Munch
Evelyn Gues

6/10/16
Neupta Silva

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**           Date: 7/15/16    Time: 12:22 pm

### 12.11 Out of Classification Assignments

A. Notwithstanding Government Code Sections 905.2, 19818.8, 19818.16, and 19823, an employee may be required to perform work other than that described in the specification for his/her classification for up to 120 consecutive calendar days during any 12-month period. An employee may be assigned to work out of class for more than 120 consecutive days only with approval of the California Department of Human Resources (CalHR). Out-of-class work is defined as, more than 50 percent of the time, performing the full range of duties and responsibilities allocated to an existing class and not allocated to the class in which the person has a current, legal appointment.

B. If a department head or designee requires an employee to work in a higher classification for more than 15 consecutive calendar days, the employee shall receive the rate of pay the employee would have received if appointed to the higher class for the entire duration of the assignment, not to exceed one year. No employee may be compensated for more than one (1) year of out-of-class work for any one approved out-of-class assignment. For the purpose of this section, a higher classification is one with a salary range maximum that is any amount higher than the salary range maximum of the classification to which the employee is appointed.

C. The State shall not rotate employees in and out of out-of-class assignments for the sole purpose of avoiding payment of an out-of-class differential.

D. If any dispute arises about out-of-class work, out-of-class pay position allocation, or other allegation of performing duties not assigned to an employee's class, an employee may file a grievance, and the decision reached at Step 4 3 (CalHR) of the grievance procedure shall be final and binding. Approved out-of-class grievances shall be compensated retroactively for a period no greater than one (1) year preceding the filing of the grievance.

TN'd 12:02 p 8/12/16
Candace Munch
Evelyn from

TA 8/12/16
Newyer Duein
12:02 pm

**Management Counter Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**

Date 6/30/16 Time: _11:07 AM_

**12.12 Department Reports for Unit 16 Positions**

The departments having employees covered by the Unit 16 Agreement shall provide <u>electronically to</u> the Union <u>a</u> quarterly <u>report</u> ~~whatever is normally available in report form to each department concerning~~ <u>of</u> the unfilled, new and vacant positions in Unit 16. <u>The Department's Office of Labor Relations will provide the reports during the months of January, April, July and October.</u>

TA 2:25pm 7/14/16
Candace Munch

TA  7/14/16
2:25pm
Nereyda Rivera

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**    Date: 7/20/16    Time: 4:15pm

### 13.1 Health and Safety Committees

A. The State shall attempt to provide a safe and healthy work place for State employees. UAPD agrees that it shares responsibility for this effort, as do State employees. <u>Departments agree to comply with occupational safety and health standards and regulations.</u>

B. ~~Recognizing this responsibility,~~ T̶the parties agree that Joint UAPD/Management Health and Safety Committees are appropriate in many areas of State employment. At UAPD's request, each department shall establish at least one Joint UAPD/Management Health and Safety Committee. Additional Joint UAPD/Management Health and Safety Committees may be established as appropriate for the larger departments.

C. Joint UAPD/Management Health and Safety Committees may consist of no more than one representative in the area served by each Joint UAPD/Management Health and Safety Committee. The State may appoint an equal number of State representatives.

D. The Committee shall meet at least quarterly for the purpose of discussing employee health and <u>safety</u> ~~problems~~ <u>concerns for the purpose of</u> ~~and recommending appropriate actions,~~ making recommendations for <u>appropriate actions</u> ~~from time to time~~ on the subjects of safety, safety promotion, ~~and~~ how to encourage employees to be more conscious of safety <u>and the well-being of their own health in the workplace.</u>

E. Employees appointed to serve on the Committee shall serve without loss of compensation.

F. When an employee in good faith believes that he/she is being required to work where a clear and present danger exists, he/she will so notify his/her supervisor. The supervisor will immediately investigate the situation and either direct the employee to temporarily perform some other task or proclaim the situation safe and direct the employee to proceed with his/her assigned duties. If UAPD or the

PT 8/5/16 10:27am
CAU

8/5/16
TA 10:27AM

employee still believes the unsafe condition exists, UAPD or the employee may file a grievance alleging a violation of this Section at Step 2 of the grievance procedure.

G. To the extent permitted by law, all copies of employee occupation injury reports will be furnished to the appropriate Joint UAPD/Management Health and Safety Committee and remain confidential.

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**

Date: 5/12/16  Time: 10:36 am

### 13.2 On-the-Job Injury Reports

Within sixty (60) calendar days after the end of each calendar year, each State department with Bargaining Unit 16 employees will provide the UAPD written reports of on-the-job injuries and illnesses of Unit 16 employees in the department, by facility, during the prior calendar year.

TA'd 12:04p 8/12/16
Candace Munch
Evelyn Mun

8/12/16  TA
12:04 pm

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                    Date: 5/12/16    Time: 10:37am

### 13.3 CDCR Training for Unit 16 Employees

The Department of Corrections and Rehabilitation (CDCR) recognizes the need to provide information necessary for the personal protection of its employees, taking into consideration the various work environments and the inherent risks of various job assignments. Upon request of the UAPD, a local Warden or Health Care Manager (HCM) or designee will meet with the UAPD regarding the safety concerns of the union. The UAPD and CDCR representatives will identify available self-protection training materials. Based on CDCR resources currently available for this purpose, the CDCR and UAPD representatives will develop and implement a safety training program which addresses the UAPD's safety issues.

TA    7/14/16
11:07 AM

TA'd 11:07 am 7/14/16
Candace Munch

**Management Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 5/12/16    Time: 10:38 am

## 13.4 Health and Safety Grievance

All Health and Safety grievances deemed necessary for expedited processing shall first be appealed directly to the second level of the grievance procedure pursuant to the modified time limits set forth below:

A. Health and Safety Grievance - Step 1

 1. If the grievant is not satisfied with the decision rendered by his/her supervisor pursuant to Section 6.6 of this Agreement, the grievant may appeal the decision within fourteen (14) calendar days after receipt of the decision to a designated supervisor or manager identified by each department head as the first level of appeal.

 2. Within five (5) calendar days after receipt of the appealed grievance, the person designated by the department head as the first level of appeal shall respond in writing to the grievance.

 3. Health and Safety Grievance - Step 2

B. Health and Safety Grievance – Step 2

 1. ~~B.~~ If the grievant is not satisfied with the decision rendered pursuant to Step 1, the grievant may appeal the decision within fourteen (14) calendar days of receipt to a designated supervisor or manager identified by each department head as the second level of appeal.

 2. ~~1.~~ Within fourteen (14) calendar days after receipt of the appealed grievance, the person designated by the department head as the second level of appeal shall respond in writing to the grievance.

 3. ~~2.~~ If the grievance is not resolved at Step 2, within thirty (30) calendar days after receipt of the second step response UAPD shall have the right to submit the grievance to arbitration.

C. The selection of the arbitrator shall be in accordance with Section 6.11(C) of this Agreement and the case must be before an arbitrator within twenty (20) calendar days.

Page 1 of 1            TA'd 8/5/16 10:28am
                      Candace Munoz

                                              TA 8/5/16
                                              _[signature]_
                                              10:28 Am

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**        Date: 8/4/16    Time: 3:25 pm

### 14.1 Voluntary Transfers

A.  An employee may request a geographic transfer to a position in the same classification within his/her facility or department.  Requests for transfer shall be made in writing to the facility supervisor or designee and shall remain on file for ~~90~~ thirty (30) days unless withdrawn by the employee.  ~~The employee shall not be entitled to relocation expenses.  The employee shall be advised in writing of the approval or denial of the request within 90 days from the date of the request.~~

desirability  Table change 10:30AM 8/5/16

B.  The parties recognize the ~~desirably~~ of granting a permanent employee a transfer within his/her department and classification to another location.  Employees who have applied for a transfer to a vacant position in their classification shall be considered before hiring a new employee.  In the event this consideration is denied, a written explanation of the denial of the transfer request must be provided to the employee within thirty (30) from the date of the request.

days  8/5/16  10:30AM

C.  The employee shall not be entitled to relocation expenses.

TMd 10:30am 8/5/16
Candace Munch

10:30AM  TA
8/5/16

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative:** UAPD                Date: 8/4/16  Time: 9:33pm

### 14.2 Involuntary Transfers

When an employee is involuntarily transferred, which reasonably requires the employee to permanently change his/her place of residence, the employee shall be given a 60-day written notice of the effective date of the transfer. The notice shall set forth why the employee is being transferred. The 60-day notice may be waived by the employee. ~~Selection of the employee to be transferred shall be made based upon the needs of the State.~~ <u>Involuntary transfers, if imposed, shall be made based upon the employee(s) with the least amount of State service at the state facility, institution or work site.</u> The State shall not make an involuntary transfer requiring a change in residence for the purpose of harassment or reprisal.

TRd 8/5/16 10:32am
Candace Munch

8/5/16  10:32 AM
[signature]
TA

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**                 Date: 8/28/16  Time: 10:38 am

## 14.3 Appeal of Involuntary Transfer

A. An involuntary transfer which reasonably requires an employee to change his/her residence may be grieved under Article 6 only if the employee believes it was made for the purpose of harassing or disciplining the employee.  If the appointing authority or the California Department of Human Resources disapproves the transfer, the employee shall be returned to his or her former position; shall be paid the regular travel allowance for the period of time he/she was away from his/her original headquarters; and his/her moving costs both from and back to the original headquarters shall be paid in accordance with the California Department of Human Resources law and rules.

B. An appeal of an involuntary transfer which does not reasonably require an employee to change his/her residence shall not be subject to the grievance and arbitration procedure.  It shall be subject to the complaint procedure if the employee believes it was made for the purpose of harassing or disciplining the employee.

C. An involuntary transfer which reasonably requires a change in residence shall be initiated by the State only after no qualified volunteers could be obtained from the Bargaining Unit 16 employees in the state facility or institution involved.  Qualified is defined as meeting the necessary skills and abilities, staffing needs and operational needs of the department.      TA

TKd 12:05p 8/12/16
Candace Munch
Gralyn Snow

8/12/16  12:05 pm
Nereyda Rivera

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**           Date: 4/28/16   Time: 10:38 am

## 14.4 Moving and Relocation Expenses

Whenever an employee is reasonably required by the State to change his
or her place of residence, the State shall reimburse the employee for
approved items in accordance with the lodging, meal and incidental rates
and time frames established in Section 10.3 and in accordance with the
existing requirements, time frames and administrative rules and regulations
for reimbursement of relocation expenses that apply to excluded
employees.

TA cl 3:37 pm 6/15/16
Candace Munch
Evelyn Mesro

6/15/16  TA
3:37 pm

Management Rollover Proposal

Bargaining Unit: 16

Exclusive Representative: UAPD                Date: 4/28/16  Time: 10:39am

## 15.1 Layoff and Reemployment

A. APPLICATION.  Whenever it is necessary because of lack of work or funds, or whenever it is advisable in the interest of economy to reduce the number of permanent and/or probationary employees (hereinafter known as "Employees") in any State agency, the State may layoff employees pursuant to this Section.

B. AREA OF LAYOFF.  The department determines the area of layoff, including designated geographical, organizational or functional subdivision of a State agency.

C. ORDER OF LAYOFF.  Employees shall be laid off in order of seniority pursuant to Government Code Sections 19997.2 through 19997.7, and applicable State Personnel Board and CalHR regulations.

D. NOTICE.  The State agrees to forward a copy of the layoff plan to UAPD when approved by CalHR.  Employees compensated on a monthly basis shall be notified thirty (30) calendar days in advance of the effective date of layoff. Where notices are mailed, the thirty (30) calendar-day time period will begin to run on date of mailing of the notice.  The State agrees to notify the Union no later than sixty (60) calendar days prior to the actual date of layoff.  Such notification shall contain: the reason for the proposed layoff; the anticipated classes affected; the number of employees in each class; the estimated number of surplus employees in each class, and the proposed effective date of the layoff.

E. TRANSFER OR DEMOTION IN LIEU OF LAYOFF.  The State may offer affected employees a transfer or a demotion in lieu of layoff to another position deemed appropriate by the department, pursuant to Government Code Sections 19997.8 through 19997.10 and

California Department of Human Resources Rules. If an employee refuses a transfer or demotion, the employee shall be laid off.

F. REDUCING THE ADVERSE AFFECTS OF LAYOFF. Whenever the State determines it necessary to layoff employees, the State and the Union shall meet in good faith to explore alternatives to laying off employees such as, but not limited to, voluntary reduced work time, retraining, early retirement, and unpaid leaves of absence.

G. REEMPLOYMENT. In accordance with Government Code Sections 19997.11 and 19997.12, the State shall establish a reemployment list by class for all employees who are laid off. Such lists shall take precedence over all other types of employment lists for the classes in which employees were laid off. Employees shall be certified from reemployment lists in accordance with Sections 19056 and 19056.5 of the Government Code.

H. STATE SERVICE CREDIT FOR LAYOFF PURPOSES. In determining seniority scores, one point shall be allowed for each qualifying monthly pay period of full-time State service regardless of when such service occurred. A pay period in which a full time employee works eleven (11) or more days will be considered a qualifying pay period except that when an absence from State service resulting from a temporary or permanent separation for more than eleven (11) consecutive working days falls into two consecutive qualifying pay periods, the second pay period shall be disqualified.

I. APPEALS. Any dispute regarding the interpretation or application of any portion of this layoff provision shall be resolved solely through the grievance and arbitration article of this contract.

TAd 11:08am 7/14/16
Candau Munth

TA 11:08AM
7/14/16

Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**                    Date: *4/28/16*  Time:  *10:40 am*

## 15.2 Alternative to Layoff

A. The State may reduce the number of hours an employee works as an alternative to layoff.  No employee shall have his/her hours of work reduced for more than a cumulative total of two months in any calendar year.  Prior to the implementation of this alternative to a layoff, the State will notice and meet and confer with the UAPD on the use of this alternative.

B. Employees who have had their hours of work reduced pursuant to this Section shall receive a proportionate reduction in salary, retirement credits, sick leave accrual, vacation leave accrual, holiday pay and seniority.  Employees shall continue to receive the full State contribution to health and dental plans as provided in Article 11 of this Agreement.

*TA'd 7/14/16 11:09am*
*Counter Propsch*

*TA  11:09 AM*
*7/14/16*

**Management Counter Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**  Date: 7/20/16  Time: 4:20pm

### 16.1 Medical Staff By-Laws

A. Where there is an organized medical staff, there shall be Medical Staff by-laws. In hospitals where there are ten (10) or more full-time Bargaining Unit 16 employees providing direct patient care, they may form an organized medical staff. ~~Division of Juvenile Justice within CDCR currently has no hospitals which are covered by this Provision.~~ In every DSH facility accredited by the Joint Commission, the Organized Medical Staff shall have medical staff by-laws that conform to the Medical Staff standards chapter of the Joint Commission.

B. It is the intent of CDCR, at institutions where there is a DSH psychiatric program, to have one organized medical staff who, under the by-laws can elect their own officers, in accordance with the requirements of Title 22. Both physicians employed by the DSH psychiatric unit and the physicians employed by CDCR shall be members under the by-laws.

This provision is not subject to the grievance and arbitration clause of the contract.

TA'd 12:06p 8/12/16
Candace Munch
Evelyn Swen

8/12/16
TA 12:06pm
Nenyobe Swen

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 5/5/16   Time: 1:32 pm

### 16.2 Peer Review

Peer review shall be a committee of the organized medical staff and its makeup is a prerogative of the medical staff to be determined in the Medical Staff by-laws.

In facilities with medical staffs all questions of professional competence may be referred to peer review for review and recommendation.  Based on the peer review a recommendation for disciplinary action may be made.

TRD 2/28/17  11:05 am
Complete March

2/28/17  TA
11:05 am

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 5/5/16    Time: 1:33pm

### 16.3 Medical Staff/Hospital Management Committees

To facilitate communications and to provide quality client/patient care, hospital management shall, upon written request, meet on a quarterly basis with representatives of the organized medical staff to discuss clinical issues and problems which would result in increasing quality medical care. The intent of these meetings shall be to discuss professional concerns. Participants may submit agenda items in advance of the meeting. During these meetings, hospital management may seek medical staff input on major medical purchases or requisitions and seek the input of Unit 16 employees on health care policy. One UAPD steward and one departmental labor relations officer may attend the meetings of the committees. The State will record and distribute minutes of these meetings. By mutual agreement there can be departmental level meetings between the parties on these items. Participants shall attend without loss of compensation.

TN'd 11:10am 7/14/16
Candace Munch

-TA 11:10 AM
-7/14/16
Nereyda Rivera

Date 8/5/16    Time 2:31pm

## Union of American Physicians and Dentists Counter Proposal

The UAPD (BU 16) proposes the following language:

**16.4 Productivity Criteria Committee**

A. The State employer or designee and UAPD agree to the formation of a Joint Productivity Criteria Committee comprised of the Departments of Health Care Services and Social Services, and UAPD.

B. The purpose of the Committee is to meet semi-annually or as needed to discuss productivity criteria within the Departments of Health Care Services and Social Services. The Committee shall normally include three (3) representatives from UAPD and three (3) representatives from the State; the Union and State representatives will be selected from the respective department(s) whose criteria is under review. Participation can be altered by mutual agreement.

C. It is the intent of the departments to discuss any changes in the current or future productivity criteria with the Committee prior to implementation. The department will give consideration to the ideas, concerns and proposals made by the Union designees. The Union recognizes the department's right to evaluate performance and the method of evaluation.

D. Participation on the Committee shall be subject to the operating needs of the departments without loss of compensation.

TA  3:55pm
8/17/16

E. The Committees meet and discuss items, may include, but are not limited to

1. establishment of productivity criteria;
2. changes in existing productivity criteria;
3. ensuring Unit 16 employees are aware of productivity criteria affecting them <u>and how that criteria was derived</u>.


F. The State will record and distribute, ~~in a timely manner~~ <u>within thirty (30) days</u>, the minutes of the meetings.

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 6/23/16  Time 11:00 AM

### 17.1 Entire Agreement

A. This Agreement sets forth the full and entire understanding of the parties regarding the matters contained herein, and any other prior or existing understanding or agreement by the parties, whether formal or informal, written or oral, regarding any such matters are hereby superseded. It is agreed and understood that each party to this Agreement voluntarily waives its right to negotiate with respect to any matter raised in negotiations or covered in this Agreement. With respect to other matters within the scope of negotiations, negotiations may be required during the term of this Agreement as provided in Item B, of this Section.

B. The parties agree that the provisions of this Section shall apply only to matters which are not covered in this Agreement.

   The parties recognize that during the term of this agreement it may be necessary for the State to make changes in areas within the scope of negotiations. Where the State finds it necessary to make such changes, the State shall notify UAPD of the proposed change prior to its implementation.

C. The parties shall undertake negotiations regarding the impact changes would have on the employees in Unit 16 when all three of the following exists:

   1. Where such changes would affect the working conditions of a significant number of employees in Unit 16;

   2. Where the subject matter of the change is within the scope of representation pursuant to Ralph C. Dills Act;

   3. Where UAPD requests to negotiate with the State.

D. The phrase significant number shall mean:

   1. A majority of Unit 16 employees in the Bargaining Unit, a department, a hospital, an institution, or a facility (Health Services, Social Services and Parole Offices) with five or more Unit 16 employees.

TA 8/12/16 4:55p

TA 8/12/16 4:55pm

2. A majority of the employees within an occupation such as Podiatrists or Physician and Surgeon.

Any agreement resulting from negotiations under this Article shall be executed in writing and shall become an addendum to this Agreement.

If the parties are in disagreement as to whether a proposed change is subject to this Section, such disagreement may be submitted to the grievance procedure for resolution.  In the event negotiations on the proposed change are undertaken, any impasse which rises may be submitted to mediation pursuant to the Section 3518 of Ralph C. Dills Act.

**Management Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**      Date: 4/28/16    Time: 10:41 Am

### 17.2 Supersession

The following enumerated Government Code Sections and all existing rules, regulations, standards, practices, and policies which implement the innumerable Government Code Sections are hereby incorporated into this Agreement. All Government Code Sections which are supersedable are to remain in force. However, if any other provision of this Agreement alters or is in conflict with any of the Government Code Sections enumerated below, the Agreement shall be controlling and supersede said Government Code Sections or parts thereof and any rule, regulation, standard, practice or policy implementing such provisions. The Government Code Sections listed below are cited in Section 3517.6 of the Ralph C. Dills Act.

1. General

19824      Establishes monthly pay periods.

19839      Provides lump sum payment for unused vacation accrued or compensating time off upon separation.

2. Step Increases

19829      Requires CalHR to establish minimum and maximum salaries with intermediate steps.

19832      Establishes annual merit salary adjustments (MSA's) for employees who meet standards of efficiency.

19834      Requires MSA payments to qualifying employees when funds are available.

19835      Provides employees with the right to cumulative adjustments for a period not to exceed two years when MSA's are denied due to lack of funds.

19836      Provides for hiring at above the minimum salary limit in specified instances.

3. Holidays

19853      Establishes legal holidays.

| 19854 | Provides for personal holiday. |

4. Vacations

| 19858.1 | Defines amount earned and methods of accrual by full-time employees. |
| 19856 | Requires CalHR to establish rules regulating vacation accrual for part-time employees and those transferring from one State agency to another. |
| 19856.1 | Requires CalHR to define the effect of absence of 10 days or less on vacation accrual. |
| 19863 | Allows vacation use while on temporary disability (due to work-incurred injury) to augment paycheck. |
| ~~19143~~ 19998.3 | Requires CalHR to establish rules regarding vacation credit when employees have a break in service over six months. |
| 19991.4 | Provides that absence of an employee for a work-incurred compensable injury or disease is considered continuous service for the purpose of the right to vacation. |

5. Sick Leave

| 19859 | Defines amount earned and methods of accrual for full-time and part-time employees. |
| 19861 | Allows CalHR to define the effect on sick leave credits of absences of 10 days or less in any calendar month. |
| 19862 | Permits sick leave to be accumulated. |
| 19862.1 | Allows employees who enter civil service from an exempt position within six months to carry unused sick leave credit. |
| 19863 | Allows sick leave use while on temporary disability (due to work-incurred injury) to augment paycheck. |
| 19864 | Allows the CalHR to provide by rule for sick leave without pay for employees who have used up their sick leave with pay. |
| 19866 | Provides sick leave accumulation for non-civil service employees. |
| 19143 | Requires CalHR to establish rules regarding sick leave credit when |

employees have a break in service over six months.

19991.4    Provides that absence of an employee for a work-incurred compensable injury or disease is considered continuous service for the purpose of the right to sick leave.

6. Paid Leaves of Absence

19991.3    Jury duty.

19991.5    30-day educational leave for the medical staff and medical technicians of the Veterans' Home.

19991.7    Teachers' educational leave and earned credits subject to CalHR rule.

7. Uniforms, Work Clothes, and Safety Equipment

19850    Definitions.

19850.1    Provides for uniform allowances.

19850.3    Requires CalHR to establish procedures to determine need for uniforms and the amount and frequency of uniform allowances.

19850.4    Provides for work clothes for purposes of sanitation or cleanliness to be maintained and owned by the State.

19850.5    Provides for initial issuance of required safety equipment at State expense.

8. Industrial Disability Leave (IDL)

19869    Defines who is covered.

19870    Defines "IDL" and "full pay".

19871    Provides terms of IDL coverage in lieu of workers' compensation temporary disability payment.

19871.1    Provides for continued benefits while on IDL.

19872    Prohibits payment of temporary disability or sick leave pay to employees on IDL.

19873    Inapplicability of retraining and rehabilitation provisions of Labor

Code to employees covered by IDL.

19874      Allows employees to receive Workers' Compensation benefits after exhaustion of IDL benefits.

19875      Requires three-day waiting period, unless hospitalized or disability more than 14 days.

19876      Payments contingent on medical certification and vocational rehabilitation.

19877      Authorizes CalHR to adopt rules governing IDL.

19877.1      Sets effective date.

9.  Non-Industrial Disability Insurance (NDI)

19878      Definitions.

19879      Sets the amount of benefits and duration of payment.

19880      Sets standards and procedures.

19880.1      Allows employee option to exhaust vacation prior to NDI.

19881      Bans NDI coverage if employee is receiving unemployment compensation.

19882      Bans NDI coverage if employee is receiving other cash payment benefits.

19883      Provides for discretionary deductions from benefit check, including employer contributions; employees do not accrue sick leave or vacation credits or service credits for any other purpose.

19884      Filing procedures; determination and payment of benefits.

19885      Authorizes CalHR to establish rules governing NDI.

10. Life Insurance

21600      Establishes group term life insurance benefits.

21604      Provides for Death Benefit from PERS.

21605      Sets Death Benefit at $5,000 plus 50 percent of one year's salary.



11. Health Insurance

| 22870 | Provides for employee and employer contribution. |

22870      Provides for employee and employer contribution.

22871      Sets employer contribution.

12. Workweek

19851      Sets 40-hour workweek and 8-hour day.

19843      Directs the CalHR to establish and adjust workweek groups.

13. Overtime

19844      Directs CalHR to establish rules regarding cash compensation and compensating time off.

19848      Permits the granting of compensating time off in lieu of cash compensation within 12 calendar months after overtime worked.

19849      Requires CalHR to adopt rules governing overtime and the appointing power to administer and enforce them.

19863      Allows use of accumulated compensable overtime while on temporary disability (due to work-incurred injury) to augment paycheck.

14. Callback Time

19849.1      Allows CalHR to set rules and standards for callback time based on prevailing practices and the needs of State service.

15. Deferred Compensation

19993      Allows employees to deduct a portion of their salary to participate in a deferred compensation plan.

16. Relocation Expenses

19841      Provides relocation expenses for involuntary transfer or promotion requiring a change in residence.

17. Travel Expenses

19820      Provides reimbursement of travel expenses for officers and employees of the State on State business.



19822      Provides reimbursement to State for housing, maintenance and other services provided to employees.

## 18. Unpaid Leaves of Absence

19991.1      Allows the appointing power to grant a one-year leave of absence; assures the employee a right of return.

19991.2      Allows the appointing power to grant a two-year leave for service in a technical cooperation program.

19991.3      Jury duty.

19991.4      Provides that absence of an employee for work-incurred compensable injury or disease is considered as continuous service for purposes of salary adjustments, sick leave, vacation or seniority.

19991.6      Provides one year of pregnancy leave or less as required by a permanent female employee.

## 19. Performance Reports

19992      Provides for establishment of performance standards by State agencies.

19992.1      Provides for a system of performance reports and allows CalHR to enforce adherence to appropriate standards.

19992.2      Requires the appointing power to prepare performance reports and show them to the employee.

19992.3      Requires performance reports to be considered in salary increases and decreases, layoffs, transfers, demotions, dismissals and promotional examinations as prescribed by CalHR rule.

19992.4      Allows CalHR to establish rules leading to reduction in class and compensation or dismissal for unsatisfactory service.

## 20. Involuntary Transfers

19841      Provides relocation expenses for involuntary transfer or promotion requiring a change in residence.

19994.1      Authorizes involuntary transfers. Requires 60-day prior written notice when transfer requires change in residence.



19994.2          Allows seniority to be considered when two or more employees are
                 in a class affected by involuntary transfers which require a change in
                 residence.

21. Demotion and Layoff

19143            Requires CalHR to establish rules concerning seniority credits for
                 employees with breaks in service over six months.

19997.2          Provides for subdivisional layoffs in a State agency subject to CalHR
                 approval.  Subdivisional reemployment lists take priority over others.

19997.3          Requires layoffs according to seniority in a class, except for certain
                 classes in which employee efficiency is combined with seniority to
                 determine order of layoff.

19997.8          Allows demotion in lieu of layoff.

19997.9          Provides for salary at maximum step on displacement by another
                 employee's demotion, provided such salary does not exceed salary
                 received when demoted.

19997.10         An employee displaced by an employee with return rights may
                 demote in lieu of layoff.

19997.11         Establishes reemployment lists for laid-off or demoted employees.

19997.12         Guarantees same step of salary range upon recertification after
                 layoff or demotion.

19997.13         Requires 30-day written notice prior to layoff and not more than 60
                 days after seniority computed.

19998            Employees affected by layoff due to management-initiated changes
                 should receive assistance in finding other placement in State
                 service.

19998.1          Demotion and Layoff.

22. Incompatible Activities

19990            Requires each appointment power to determine activities which are
                 incompatible in conflict with or inimical to their employees' duties;
                 provides for identification of and prohibits such activities.

23. Use of State Time



19991        Provides State time for taking civil service examinations including employment interviews for eligibles on employment lists or attending a meeting of CalHR or SPB on certain matters.

24. Training

19995.2      Provides for counseling and training programs for employees whose positions are to be eliminated by automation, technological or management-initiated changes.

19995.3      Provides for Department of Rehabilitation to retrain and refer disabled State employees to positions in State service.

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**

Date: 6/23/16 Time: 11:01 AM

### 17.3 Savings Clause

Should any provision of this Agreement be found unlawful by a court of competent jurisdiction, the remainder of the Agreement shall continue in force.  Upon occurrence of such an event, the parties shall meet and confer as soon as practical to renegotiate the invalidated provision(s).

6/30/16 1:35 pm
Candace Munch
Evelyn Munn

6/30/16 TA
[signature]
1:35 pm

**UAPD Proposal**

**Bargaining Unit: 16**                **Date**:  February 28, 2017          **Time:**  *11:07 am*

**17.4 Duration**

A. <u>The term of the Agreement shall be July 1, 2016 and remain in full force through July 1, 2020.  However, language changes negotiated in this agreement, unless a specific provision provides for a different effective date, shall go into effect upon ratification by both parties.</u>

~~Unless a specific provision provides for a different effective date, the terms of the Agreement shall go into effect July 1, 2013, and remain in full force through July 1, 2016.~~

B. Anything that has a financial impact, <u>unless a different effective date is provided,</u> will be effective the <u>first day of the pay period</u> ~~month~~ following ratification by both parties.

*2/28/17   TA*
*12:37 pm.*

*2/28/17*
*Wed 12:37 pm*
*Candace Mundy*

**Management Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**

Date: 8/18/16   Time: 8:53pm

## 17.5 Continuous Appropriation

The State and UAPD agree to present to the Legislature, <u>as part of the MOU bill</u>, ~~a provision to~~ <u>proposed legislation that</u> appropriates funds to ~~cover the economic term of this agreement through July 1, 2016.  This will~~ maintain employee salaries and benefits in <u>the event a</u> ~~case of an un~~timely budget <u>is not enacted in any fiscal year during the term of the agreement.</u> ~~through July 1, 2016 fiscal year~~.

Rec'd 11:06am 2/28/17
Candace Munch

TA  2/28/17
11:06 AM

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**        Date: 1/24/17  Time: 12:33 pm

**18.1 First Tier A Retirement Formula (2% at age 55) First Tier B Retirement Formula (2% at age 60) and Public Employees' Pension Reform Act (PEPRA) First Tier Retirement Formula (2% at age 62)**

A. First Tier members first employed by the State prior to September 1, 2010 are subject to the First Tier A retirement formula.

B. First Tier retirement members first employed by the State on September 1, 2010 and prior to January 1, 2013 and qualify for membership are subject to the First Tier B retirement formula. The First Tier B retirement formula does not apply to:

  1. Former state employees who return to state employment on or after September 1, 2010;

  2. State employees hired prior to September 1, 2010 who were subject to the Alternate Retirement Program (ARP);

  3. State employees on approved leave of absence prior to September 1, 2010 who return to active employment on or after September 1, 2010;

  4. Persons who are already members or annuitants of the California Public Employees Retirement System <u>as a state employee</u> prior to September 1, 2010; ~~or~~.

  5. ~~Persons excluded from CalPERS membership.~~

  The above categories are subject to the ~~f~~First Tier A retirement formula.

C. Employees who are brought into CalPERS membership for the first time on or after January 1, 2013 and who are not eligible for reciprocity with another California public employer as provided in Government Code Section 7522.02(c) shall be subject to the "PEPRA Retirement Formula." As such, the PEPRA changes to retirement formulas and pensionable compensation caps apply only to new CalPERS members subject to PEPRA as defined under PEPRA.

Th 2/28/17 12:48p
Chelsea North

2/28/17 TA
12:38 pm

D. The table below lists the First Tier age/benefit factors for First Tier A, First Tier B, and PEPRA retirement formulas.

| Age at Retirement | First Tier A Formula (2% at age 55) | First Tier B Formula (2% at age 60) | PEPRA Formula (2% at age 62) |
|---|---|---|---|
| | Employees hired prior to September 1, 2010 | Employees first hired on and after September 1, 2010 and prior to January 1, 2013 | Employees eligible for CalPERS Membership for the first time on and after January 1, 2013 |
| 50 | 1.100 | 1.092 | N/A |
| 51 | 1.280 | 1.156 | N/A |
| 52 | 1.460 | 1.224 | 1.00 |
| 53 | 1.640 | 1.296 | 1.100 |
| 54 | 1.820 | 1.376 | 1.200 |
| 55 | 2.000 | 1.460 | 1.300 |
| 56 | 2.064 | 1.552 | 1.400 |
| 57 | 2.126 | 1.650 | 1.500 |
| 58 | 2.188 | 1.758 | 1.600 |
| 59 | 2.250 | 1.874 | 1.700 |
| 60 | 2.314 | 2.000 | 1.800 |
| 61 | 2.376 | 2.134 | 1.900 |
| 62 | 2.438 | 2.272 | 2.000 |
| 63 | 2.500 | 2.418 | 2.100 |
| 64 | 2.500 | 2.418 | 2.200 |
| 65 | 2.500 | 2.418 | 2.300 |
| 66 | 2.500 | 2.418 | 2.400 |
| 67 | 2.500 | 2.418 | 2.500 |

There are factors for attained quarter ages, such as 52%, that will continue. These retirement quarter age benefit factors will apply for service rendered on and after the effective date of the memorandum of understanding between the State and the Union (1999-2001). The quarter factors will also apply to past service that is credited under the First Tier A, First Tier B and the Modified First Tier.

E. Employee Retirement Contribution

1. As stated in Government Code Section 20677.6, effective September 1, 2010, miscellaneous and industrial members in the First Tier retirement or the Alternate Retirement Plan (ARP) subject to social security shall contribute ten percent (10%) of monthly compensation in excess of $513 for retirement.

Miscellaneous and Industrial members in the First Tier retirement or the ARP not subject to social security shall contribute eleven percent (11%) of monthly compensation in excess of $317 for retirement.

2.  Effective July 1, 2017, the employee contribution rate described in 18.1(E)(1) shall remain in effect up until the time that CalPERS has determined that (a) the total normal cost rate for the 2016-17 fiscal year has increased by 1 percent, and (b) 50 percent of that normal cost rate, rounded to the nearest quarter of 1 percent, is greater than employee contribution rate described in 18.1(E)(1).  On July 1 of the fiscal year after CalPERS determines (a) and (b) above have been met, the employee contribution rate for miscellaneous or industrial members shall be adjusted to 50 percent of the normal cost rate rounded to the nearest quarter of one percent.  Each year thereafter, it shall not be adjusted again on account of a change to the normal cost rate unless CalPERS determines the total normal cost rate increases or decreases by more than 1 percent of payroll above the total normal cost rate in effect at the time the employee contribution rate was last adjusted.

F.  Final Compensation

Final compensation for an employee who is employed by the State for the first time and becomes a member of CalPERS prior to January 1, 2007 is based on the highest average monthly pay rate during twelve (12) consecutive months of employment.

Final compensation for an employee who is employed by the State for the first time and becomes a member of CalPERS on or after January 1, 2007 is based on the highest average monthly pay rate during thirty-six (36) consecutive months of employment.

2/28/17  TH
12:38 pm

At 12:48 p 2/28/17
Candace Minch

Counter

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 6/30/16   Time: 11:11 AM

### 18.2 Second Tier Retirement Plan

UAPD and the State agree to participate in the Second-Tier Retirement Plan as prescribed by law.

A. Second Tier members first employed by the State and subject to CalPERS membership prior to January 1, 2013 are subject to the Pre-PEPRA Second Tier retirement formula.

B. Employees who are brought into CalPERS membership for the first time on or after January 1, 2013 and who are not eligible for reciprocity with another California public employer as provided in Government Code Section 7522.02(c) shall be subject to the "PEPRA Retirement Formula." As such, the PEPRA changes to retirement formulas and pensionable compensation caps apply only to new CalPERS members subject to PEPRA as defined under PEPRA.

C. The table below lists the Second Tier age/benefit factors for the Pre-PEPRA and PEPRA retirement formulas.

| Age at Retirement | Pre-PEPRA Formula (1.25% at age 65) | PEPRA Formula (1.25% at age 67) |
|---|---|---|
| | Employees first hired and subject to CalPERS membership prior to January 1, 2013 | Employees eligible for CalPERS Membership for the first time on and after January 1, 2013 |
| 50 | 0.5000 | N/A |
| 51 | 0.5500 | N/A |
| 52 | 0.6000 | 0.6500 |
| 53 | 0.6500 | 0.6900 |
| 54 | 0.7000 | 0.7300 |
| 55 | 0.7500 | 0.7700 |
| 56 | 0.8000 | 0.8100 |
| 57 | 0.8500 | 0.8500 |
| 58 | 0.9000 | 0.8900 |

TMcI 12:09 p 8/12/16

TA
12:09 pm 8/12/16

| Age at Retirement | Pre-PEPRA Formula (1.25% at age 65) | PEPRA Formula (1.25% at age 67) |
|---|---|---|
| | Employees first hired and subject to CalPERS membership prior to January 1, 2013 | Employees eligible for CalPERS Membership for the first time on and after January 1, 2013 |
| 59 | 0.9500 | 0.9300 |
| 60 | 1.0000 | 0.9700 |
| 61 | 1.0500 | 1.0100 |
| 62 | 1.1000 | 1.0500 |
| 63 | 1.1500 | 1.0900 |
| 64 | 1.2000 | 1.1300 |
| 65 | 1.2500 | 1.1700 |
| 66 | 1.2500 | 1.2100 |
| 67 | 1.2500 | 1.2500 |

As stated in Government Code Section 20683.2, effective July 1, 2013, Second Tier members, including ARP members, shall contribute one and one-half percent (1.5%) of monthly pensionable compensation for retirement, and will increase by 1.5% points annually. The final annual increase in the contribution rate shall be adjusted as appropriate to reach fifty percent (50%) of normal cost.

Counter

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 6/30/16   Time: 11:13 AM

### 18.3 First Tier Eligibility For Employees In Second Tier

Employees who are currently in the Second Tier retirement plan may elect to be covered under the First Tier, as described in CalPERS law.

A. An employee enrolled in the Second Tier may exercise the Tier 1 right of election at any time after January 1, 2000. An employee who makes this election is eligible to purchase past Second Tier service.

B. Employees who purchase their past service will be required to pay the amount of contributions they would have paid had they been First Tier members during the period of service that they are purchasing. As required by CalPERS law, the amount includes interest at 6 percent, annually compounded.

C. New employees who meet the criteria for CalPERS membership will be enrolled in the First Tier plan and will have the right to be moved under the Second Tier plan within 180 days of the date of their enrollment in the First Tier plan.

TR'd 7/14/16 2:27pm
Candace Munch

TA   7/14/16
2:57pm
Nereyda Garcia

# Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative:** UAPD        Date: 2/8/17   Time: 11:07 am

### 18.4 State Safety A Retirement Formula, (2.5% at age 55), State Safety B Retirement Formula (2% at age 55 up to 2.5% at age 60) and Public Employees' Pension Reform Act Retirement Formula (2% at age 57) For Safety Members

A. State Safety members first employed by the State prior to September 1, 2010 are subject to the State Safety A retirement formula.

B. State safety retirement members first employed by the State on or after September 1, 2010 and prior to January 1, 2013, and qualify for CalPERS membership are subject to
the State Safety B Retirement Formula. The State Safety B retirement formula does not apply to:

   1. Former state employees who return to state employment on or after September 1, 2010;

   2. State employees hired prior to September 1, 2010 who were subject to the Alternate Retirement Program (ARP);

   3. State employees on approved leave of absence prior to September 1, 2010 who return to active employment on or after September 1, 2010;

   4. Persons who are already members or annuitants of the California Public Employees Retirement System <u>as a state employee</u> prior to September 1, 2010; ~~or.~~

   5. ~~Persons excluded from CalPERS membership.~~

   The above categories are subject to the State Safety A retirement formula.

C. Employees who are brought into CalPERS membership for the first time on or after January 1, 2013 and who are not eligible for reciprocity with another California public employer as provided in Government Code Section 7522.02(c) shall be subject to the "PEPRA Retirement Formula." As such, the PEPRA changes to retirement formulas and pensionable compensation caps apply only to new CalPERS members subject to PEPRA as defined under PEPRA.

M 2/28/17 12:40p
CMMOh

2/28/17   TA
12:40 pm

D. The table below lists the State Safety age/benefit factors for State Safety A, State Safety B, and PEPRA Safety Formulas.

| Age at Retirement | State Safety A Formula (2.5% at age 55) G.C. 21369.1 | State Safety B Formula (2% at age 55 up to 2.5% at age 60) G.C. 21369.2 | PEPRA State Safety Formula (2% at age 57) G.C. 7522.25(b) |
|---|---|---|---|
| | Employees hired prior to September 1, 2010 | Employees first hired on and after September 1, 2010 and prior to January 1, 2013 | Employees eligible for CalPERS Membership for the first time on and after January 1, 2013 |
| 50 | 1.7000 | 1.426 | 1.426 |
| 51 | 1.8000 | 1.522 | 1.508 |
| 52 | 1.9000 | 1.628 | 1.590 |
| 53 | 2.0000 | 1.742 | 1.672 |
| 54 | 2.2500 | 1.866 | 1.754 |
| 55 and over | 2.5000 | 2.000 | 1.836 |
| 56 | N/A | 2.100 | 1.918 |
| 57 and over | N/A | 2.200 | 2.000 |

E. Employee Contribution

1. As stated in Government Code Section 20677.9, effective September 1, 2010, State Safety members shall contribute eleven percent (11%) of monthly compensation in excess of $317 for retirement.

2. Effective July 1, 2017, the employee contribution rate described in 18.4(E)(1) shall remain in effect up until the time that CalPERS has determined that (a) the total normal cost rate for the 2016-17 fiscal year has increased by 1 percent, and (b) 50 percent of that normal cost rate, rounded to the nearest quarter of 1 percent, is greater than employee contribution rate described in 18.4(E)(1). On July 1 of the fiscal year after CalPERS determines (a) and (b) above have been met, the employee contribution rate for state safety members shall be adjusted to 50 percent of the normal cost rate rounded to the nearest quarter of one percent. Each year thereafter, it shall not be adjusted again on account of a change to the normal cost rate unless CalPERS determines the total normal cost rate increases or decreases by more than 1 percent of payroll above the total normal cost rate in effect at the time the employee contribution rate was last adjusted.

F. Final Compensation

Final compensation for an employee who is employed by the State for the first time and becomes a member of CalPERS prior to January 1, 2007 is based on the highest average monthly pay rate during twelve (12) consecutive months of employment.

Final compensation for an employee who is employed by the State for the first time and becomes a member of CalPERS on or after January 1, 2007 is based on the highest average monthly pay rate during thirty-six (36) consecutive months of employment.

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 6/30/16   Time: 11:14 AM

### 18.5 Alternative Pre-Retirement Death Benefit

A. Employees are eligible to receive an "alternative pre-retirement death benefit" which allows the surviving spouse and dependent children to continue to receive health and dental benefits coverage. The enhanced death benefits is payable to surviving spouses or dependent children who are currently receiving the former death benefit, as would health and dental coverage.

    1. Section 21547 of the Government Code is amended, to read:

        a. 21547. Notwithstanding any other provision of this article requiring attainment of the minimum age for voluntary service retirement to him or her in his or her last employment preceding death, upon the death of a state member on or after January 1, 1993, who is credited with 20 years or more of state service, the surviving spouse, or eligible children if there is no eligible spouse, may receive a monthly allowance in lieu of the basic death benefit. The board shall notify the eligible survivor, as defined in Section 21546, of this alternate death benefit calculate the monthly allowance that shall be payable

            (1) To the member's surviving spouse, an amount equal to what the member would have received if he or she had retired for service at minimum retirement age on the date of death and had elected Option Settlement 2 and Section 21459.

            (2) To the children under age 18 collectively if there is no surviving spouse or the spouse dies before all of the children of the deceased member are age 18, an amount equal to one-half of and derived from the same source as the unmodified allowance the member would have been entitled to receive if he or she had retired for service at minimum retirement age on the date of death. No child shall receive any allowance after marrying or attaining the age of 18. As used in this section, a "surviving child" includes a posthumously born child of the member.

6/30/16
1:36pm
PMc

This section shall only apply to members employed in state bargaining units for which a memorandum of understanding has been agreed to by the state employer and the recognized employee organization to become subject to this section, members who are excluded from the definition of state employees in subdivision (c) of Section 3513, and members employed by the executive branch of government who are not members of the civil service.

(3) For purposes of this section, "state service" means service rendered as a state employee, as defined in Section 19815. This section shall not apply to any contracting agency nor to the employees of any contracting agency.

2. Section 21547.5. For any survivor or child receiving a monthly allowance provided by Section 21547 prior to January 1, 2000, the allowance shall be adjusted as of January 1, 2000, to equal an amount that the survivor would have been entitled to receive if the member's death had occurred on and after January 1, 2000. The adjusted amount would be payable only on and after January 1, 2000.

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 6/30/16 Time: 11:15 AM

### 18.6 Tax Treatment of Employee Retirement Contribution

The purpose of this Article is to implement the provisions contained in Section 414(h)(2) of the Internal Revenue Code concerning the tax treatment of employee retirement contributions paid by the State of California on behalf of employees in the bargaining unit.  Pursuant to Section 414(h)(2) contributions to a pension plan, although designated under the plan as employee contributions, when paid by the employer in lieu of contributions by the employee, under circumstances in which the employee does not have the option of choosing to receive the contributed amounts directly instead of having them paid by the employer, may be excluded from the gross income of the employee until these amounts are distributed or made available to the employee.  Implementation of Section 414(h)(2) is accomplished through a reduction in wages pursuant to the provisions of this Article.

A. Definitions:  Unless the context otherwise requires, the definitions in this Article govern the construction of this Article.

    1. <u>Employees</u>.  The term employees shall mean those employees of the State of California in Bargaining Unit 16 who make employee contributions to the PERS retirement system.

    2. <u>Employee Contributions</u>.  The term employee contributions shall mean those contributions to the PERS retirement system which are deducted from the salary of employees and credited to individual employees' accounts.

    3. <u>Employer</u>. The term employer shall mean the State of California.

    4. <u>Gross Income</u>.  The term gross income shall mean the total compensation paid to employees in Bargaining Unit 16 by the State of California as defined in the Internal Revenue Code and rules and regulations established by the Internal Revenue Code and rules and regulations established by the Internal Revenue Service.

    5. <u>Retirement System</u>. The term retirement system shall mean the PERS retirement system as made applicable to the State of California under the provisions of the Public Employees' Retirement Law (California Government Code Section 20000, et seq.).

TA 6/30/16
1:37 pm

6. <u>Wages</u>. The term wages shall mean the compensation prescribed in this Agreement.

B. Pick Up of Employee Contributions:

1. Pursuant to the provisions of this Agreement, the employer shall make employee contributions on behalf of employees, and such contributions shall be treated as employer contributions in determining tax treatment under the Internal Revenue Code of the United States. Such contributions are being made by the employer in lieu of employee contributions.

2. Employee contributions made under Paragraph A of this Article shall be paid from the same source of funds as used in paying the wages to affected employees.

3. Employee contributions made by the employer under Paragraph A of this Article shall be treated for all purposes other than taxation in the same manner and to the same extent as employee contributions made prior to the effective date of this Agreement.

4. The employee does not have the option to receive the employer contributed amounts paid pursuant to this Agreement directly instead of having them paid to the retirement system.

C. Wage Adjustment:

Notwithstanding any provision in this Agreement on the contrary, the wages of employees shall be reduced by the amount of employee contributions made by the employer pursuant to the provisions hereof.

D. Limitations to Operability:

This Article shall be operative only as long as the State of California pick up of employee retirement contributions continues to be excludable from gross income of the employee under the provisions of the Internal Revenue Code.

E. Non-Arbitrability:

The parties agree that no provisions of this Article shall be deemed to be arbitrable under the grievance and arbitration procedure contained in this Agreement.

THd 6/30/16 1:37 pm
Candace Munch
Gwelyn Sue

6/30/16 TA
1:37 pm
Kenya Store

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**

Date: 6/30/16 Time: 11:17AM

### 18.7 401(k) 457 Deferred Compensation Programs

Employees of Unit 16 may participate in the State of California, Department of Human Resources, 401(k) and/or 457 Deferred Compensation Program.

6/30/16 1:38pm
Candace Murch
Evelyn Suers

6/30/16 TA
1:38pm

## Management Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**        Date: 5/19/16  Time: 11:48 AM

### 18.8 Prefunding of Post-retirement Health Benefits

Pursuant to the recommendation of the Governor's Public Employee Post-Employment Benefits Commission, the parties recognize the importance of beginning to prefund liabilities for retiree health benefits. The State and Union hereby agree to share in the responsibility toward beginning the prefunding of these liabilities for members of Bargaining Unit 16; and, agree that the foregoing concepts will be implemented as a means to begin to offset the future financial liability for health benefits for retired members.

1. Beginning July 1, 2013, employees shall contribute 0.5% of base salary toward prefunding of retiree health benefits.

2. Employee contributions shall be deducted from employee salary on a pre-tax basis.

3. Contributions paid pursuant to this agreement shall not be recoverable under any circumstances to an employee or his/her beneficiary or survivor.

4. The costs of administering payroll deductions and asset management shall be deducted from the contributions and/or account balance.

~~The Governor's Public Employee Post-Employment Benefits Commission made recommendations regarding the need to prefund retiree health care obligations.~~

1. Commencing July 1, 2017, the State and Bargaining Unit 16 will prefund retiree healthcare, with the goal of reaching a fifty (50) percent cost sharing of actuarially determined total normal costs for both employer and employees by July 1, 2018. The amount of employee contributions required to prefund retiree healthcare shall reflect the following percentages of pensionable compensation:

    a. July 1, 2017: A total of 1.0 percent.

    b. July 1, 2018: an increase of 0.4 percent, for a total of 1.4 percent.

The matching employer contribution required to prefund retiree healthcare shall increase by the following percentages of pensionable compensation:

    a. July 1, 2017: A total of 1.0 percent.

    b. July 1, 2018: an increase of 0.4 percent, for a total of 1.4 percent.

2/24/17  TA
12:42 pm

2. Employees Subject to Other Post Employment Benefit (OPEB) Prefunding

All bargaining unit members who are eligible for health benefits must contribute, including permanent intermittent employees. Bargaining unit members whose appointment tenure and/or time base make them ineligible for health benefits, such as: seasonal, temporary, and employees whose time base is less than half-time, do not contribute. The employee prefunding contribution for a permanent intermittent employee shall be based on a ratio comparing their annual scheduled hours of work in comparison to those of a corresponding permanent employee for that position. Bargaining unit members not subject to OPEB prefunding shall begin contributing upon attaining eligibility for health benefits. New hires and employees transferring into Bargaining Unit 16 shall begin contributing immediately, unless they are not subject, as set forth above.

3. Withholding of Contributions

Contributions shall be withheld from employee salary on a pre-tax basis, except for employees receiving disability benefits that require contributions to be withheld post-tax as determined by the State Controller's Office. Positive pay employee contributions shall be taken in arrears, based on the prior month's hours worked. Positive pay employees paid semi-monthly, will have the whole month's contributions withheld from the second warrant during each monthly pay period.

1. Employees with a single hourly appointment shall have contributions withheld only up to the amount that would have been deducted had the employee held a full-time appointment.

2. Employees with an appointment subject to OPEB prefunding and an additional appointment in a bargaining unit not subject to OPEB prefunding, shall have contributions withheld only from the appointment subject to OPEB prefunding.

3. Employees with multiple appointments subject to OPEB prefunding shall have contributions computed by combining all subject appointments, provided the results do not exceed the amount earnable in full-time employment, as follows:

   a. Employees with a full-time appointment and an additional appointment (e.g., hourly), shall have contributions withheld from the full-time appointment only.

   b. Employees with multiple part-time or hourly appointments, shall have contributions withheld from any/all appointments, up to the amount that would have been deducted had the employee held a full-time appointment.

2/28/17  TA
12:42 pm

TA 12:42p 2/28/17
Munch

May 16, 2016

If an employee has multiple hourly appointments, the highest pay rate will be used to compute what the deduction would be if the employee held a full-time appointment at that pay rate.  For employees with a part-time and hourly appointment, the deduction amount will be computed based upon the part-time appointment's pay rate.

4.  Contributions will be deposited in the designated state subaccount for Bargaining Unit 16 of the Annuitant's Health Care Coverage Fund for the purpose of providing retiree health and dental benefits to state annuitants and dependents associated with Bargaining Unit 16.  As defined in Government Code Section 22940, a designated state subaccount is a "separate account maintained within the fund to identify prefunding contributions and assets attributable to a specified state collective bargaining unit or other state entity for the purpose of providing benefits to state annuitants and dependents associated with a specified collective bargaining unit or other state entity."

5.  Contributions paid pursuant to this agreement shall not be recoverable under any circumstances to an employee or his/her beneficiary or survivor.

6.  The costs of administering payroll deductions and asset management shall be deducted from the contributions and/or account balance.

The ~~Union agrees that it will not oppose~~ parties agree to support legislation necessary to ~~initiate~~ facilitate and implement prefunding of retiree health care obligations.

12:48p 2/28/17
TA Candace Munch

2/28/17  TA
12:42 pm
Nixyst Sown

**Management Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 6/30/16    Time: 11:17 AM

~~18.9 CalPERS Legislation~~

~~To help ensure the sustained funding and solvency of the retirement system and payment of future retirement benefits for this bargaining unit, the union agrees that it will not oppose legislation that requires CalPERS use supportable assumptions and data and that those should be evaluated by another party agreeable to CalHR and the union.~~

~~The Governor proposes legislation to: (1) require the CalPERS Chief Actuary to submit a report that in plain language describes (i) the investment return it assumes for projecting contributions and liabilities, (ii) the market value of its assets and how that value differs from its chosen actuarial value for those assets, and (iii) contributions and liabilities based on investment return assumption both lower and higher than the actual investment return assumption; (2) require a third party (to be determined) to evaluate this report and provide its opinion of the report to the Legislature; and (3) require the Legislature to review these reports.~~

TA'd  6/30/16 1:39 pm
Candace Munch
Evelyn Greer

6/30/16  TA
1:39 pm

**Management Counter Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**        Date: *8/12/16*  Time: *11:28 AM*

### 18.10 Public Employees' Pension Reform Act of 2013 (PEPRA)

**A. PEPRA Definition of "Pensionable Compensation"**

Retirement benefits for employees subject to PEPRA are based upon the highest average pensionable compensation during a thirty-six (36) month period. Pensionable compensation shall not exceed the applicable percentage of the contribution and benefit base specified in Title 42 of the United State Code Section 430 (b). The 2013 limits are $113,700 for members subject to Social Security and $136,440 for members not subject to Social Security. The limit shall be adjusted annually based on changes to the Consumer Price Index for all Urban Consumers.

**B. Alternate Retirement Program – New Employees**

Employees first hired on or after July 1, 2013 shall not be subject to the Alternate Retirement Program (ARP). Existing ARP members are required to complete the twenty-four (24) month enrollment period. Upon completion of the twenty-four (24) month period, the employee shall make contributions to CalPERS. ARP members shall continue to be eligible for payout options beginning the first day of the 47th month of employment and ending on the last day of the 49th month of employment following his or her initial ARP hired date.

**C. Equal Sharing of Normal Cost**

As stated in Government Code Sections 7522.30 and 20683.2, equal sharing between the State employer and State employees of the normal cost of the defined benefit plans shall be the standard for all plans and employees. It shall be the standard that all employees pay at least fifty percent (50%) of the normal cost and the State employer shall not pay any of the required employee contributions. "Normal cost" is determined annually by CalPERS.

*TA 12:44 pm 2/28/17*
*Candau Munch*

*2/28/17 TA*
*12:44 pm*

**Management Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 2/28/17  Time: 9:35 AM

### 18.11 (New) Post-retirement Health and Dental Benefits Vesting

A.  The following vesting schedule shall apply to state employees in Bargaining Unit 16 first employed by the State on or after April 1, 2017.

B.  The portion of the employer contribution toward post-retirement health and dental benefits will be based on credited years of service at retirement per the following chart entitled "Health and Dental Benefits Vesting". The minimum number of years of State service at retirement to establish eligibility for any portion of the employee contribution will be fifteen (15) years. This section will apply only to state employees who were under a service retirement.

C.  State employees as defined in A above, who become Bargaining Unit 16 employees after April 1, 2017, shall not receive any portion of the employer's contribution payable for post-retirement health and dental benefits unless those employees are credited with fifteen (15) years of State service as defined by law.

D.  The percentage of employer contribution payable for post-retirement health and dental benefits for an employee subject to this section is based on the member's completed years of credited State service at retirement as shown in the following table:

| Health and Dental Benefits Vesting | |
|---|---|
| **CREDITED YEARS OF SERVICE** | **PERCENT OF EMPLOYER CONTRIBUTION** |
| 15 | 50 |
| 16 | 55 |
| 17 | 60 |
| 18 | 65 |
| 19 | 70 |
| 20 | 75 |
| 21 | 80 |
| 22 | 85 |
| 23 | 90 |
| 24 | 95 |
| 25 or more | 100 |

2/28/17  TA
12:46 pm

TA 2/28/17 12:45p
(MMRh

E. This section shall apply only to state employees who retire for service.

F. Benefits provided an employee by this section shall be applicable to all future State service.

G. For the purposes of this section, State service shall mean service rendered as an employee or officer (employed, appointed or elected) of the State for compensation.

H. The parties agree to support any legislation necessary to incorporate these post-retirement health and dental vesting changes into Government Code Section 22874 and 22958, or any other applicable section of the Government Code.

**Management Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: *2/28/17* Time: *9:36 AM*

### 18.12 (New)  Employer Contribution for Retiree Health Benefits

A.  The employer contribution for each annuitant enrolled in a basic plan shall not exceed eighty (80) percent of the weighted average of the Basic health benefit plan premiums for an employee or annuitant enrolled for self-alone, during the benefit year to which the formula is applied.  For each employee or annuitant with enrolled family members, the employer contribution shall not exceed eighty (80) percent of the weighted average of the additional premiums required for enrollment of those family members, during the benefit year to which the formula is applied.

   1.  "Weighted average of the health benefit plan premiums" as used in this section shall consist of the four (4) Basic health benefit plans that had the largest enrollment of active state employees, excluding family members, during the previous benefit year.

   2.  This section shall apply to all employees and annuitants first hired on or after April 1, 2017.

B.  The employer contribution for an annuitant enrolled in a Medicare Supplemental Plan in accordance with Government Code section 22844 shall not exceed eighty (80) percent of the weighted average of the health benefit plan premiums for an annuitant enrolled in Medicare Supplemental Plan for self-alone, during the benefit year to which the formula is applied.  For each employee or annuitant with enrolled family members, the employer contribution shall not exceed eighty (80) percent of the weighted average of the additional premiums required for enrollment of those family members, during the benefit year to which the formula is applied.

   1.  "Weighted average of the health benefit plan premiums" as used in this section shall consist of the four (4) Medicare Supplemental Plans that had the largest enrollment of state annuitants, excluding family members, during the previous benefit year.

   2.  The employer contribution shall not exceed the amount calculated under this section if the employee or annuitant is eligible for Medicare Part A, with or without cost, and Medicare Part B, regardless of whether the employee or annuitant is actually enrolled in Medicare Part A or Part B.

*TA 12:46p 2/28/17* *munch*          TA 2/28/17 12:46 pm

3. This section shall apply to all employees and annuitants first hired on or after April 1, 2017.

C. State employees and annuitants in Bargaining Unit 16 hired on or after April 1, 2017 shall be ineligible to receive any portion of the employer's contribution for annuitants towards Medicare Part B premiums, as defined in Government Code section 22879.

D. This section does not apply to:

1. State employees previously employed before April 1, 2017, who return to state employment on or after April 1, 2017; and

2. State employees on an approved leave of absence employed before April 1, 2017, who return to active employment on or after April 1, 2017.

E. The parties agree to support any legislation necessary to facilitate and implement this provision.

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**        Date: 6/30/16    Time: 11:19 AM

## ARTICLE 19 - PERMANENT INTERMITTENTS

A. A permanent intermittent position or appointment is a position or appointment in which the employee is to work periodically or for a fluctuating portion of the full-time work schedule.  A permanent intermittent employee may work up to 1,500 hours in any calendar year based upon Government Code Section 19100 et seq. The number of hours and schedule of work shall be determined based upon the operational needs of each department.  The use of the State Personnel Board Rule 277 is one of the many employment alternatives the appointing power may elect to use to fill vacant positions within a competitive selection process.

B. Each department may establish an exclusive pool of permanent intermittent employees based upon operational need.

C. Each department shall provide a permanent intermittent employee with a minimum of 72 hours notice of their work schedule, except when they are called in to fill in for unscheduled absences or for unanticipated operational needs.

D. Upon mutual agreement, a department head or designee may grant a permanent intermittent employee a period of non-availability not to exceed twelve (12) months during which the employee may not be given a waiver. The period of non-availability may be revoked based on operational needs.  An employee on non-available status who files for unemployment insurance benefits shall be immediately removed from such status.

E. A permanent intermittent employee will become eligible for leave credits in the following manner:

1. **Sick Leave:**  A permanent intermittent employee in BU 16 who has completed 160 hours of paid employment will be eligible for up to eight (8) hours of sick leave credit with pay.  The hours in excess of 160 hours in a qualifying monthly pay period shall not be counted or accumulated. On the first day of the qualifying monthly pay period following the completion of each period of paid employment, the permanent intermittent employee shall earn eight (8) hours of credit for sick leave with pay subject to the following provisions:

7/15/16 12:49pm +A 7/5/16
CM                12:49 pm

    a. Sick leave may be requested and taken in fifteen (15) minute increments.

    b. A permanent intermittent employee shall not be removed from scheduled work hours because he/she is on sick leave.

    c. The administration of sick leave for permanent intermittent employees shall be in accordance with Article 9, Section 9.2: Sick Leave.

2. **Vacation/Annual Leave**: A permanent intermittent employee will be eligible for vacation leave credit with pay as defined in Article 9, Section 9.1 or 9.9, on the first day of the following qualifying monthly pay period following completion of 960 hours of compensated work. Thereafter, a permanent intermittent employee will be eligible for vacation leave credit with pay in accordance with the schedule in Article 9, Section 9.1 or 9.9, on the first day of the qualifying monthly pay period following completion of each period of 160 hours of paid employment. The hours in excess of 160 hours in a qualifying monthly pay period shall not be counted or accumulated. When it is determined that there is a lack of work, a department head or designee may:

    a. Pay the permanent intermittent employee in a lump-sum payment for accumulated vacation leave credits; or

    b. By mutual agreement, schedule the permanent intermittent employee for vacation leave; or

    c. Allow the permanent intermittent employee to retain his/her vacation credits; or

    d. Effect a combination of a, b, or c above.

3. **Holidays**: A permanent intermittent employee will be eligible for holiday pay on a pro-rated basis, based on hours worked during the pay period for observed holidays specified in Article 8 of this agreement in accordance with the following chart. If the permanent intermittent employee works on the holiday and has not worked a total of 40 hours in the work week in which the holiday occurs, the employee shall also receive his/her hourly rate of pay for each hour worked.

| Hours on Pay Status During Pay Period | Holiday Compensation in Hours for Each Holiday |
|---|---|
| 0-10.9 | 0 |
| 11-30.9 | 1 |
| 31-50.9 | 2 |

7/15/16 12:49pm TA 7/15/16
12:49pm

| 51-70.9 | 3 |
| 71-90.9 | 4 |
| 91-110.9 | 5 |
| 111-130.9 | 6 |
| 131-150.9 | 7 |
| 151 or over | 8* |

     *Notwithstanding any other provision, an employee can only accrue up to 8 hours of holiday credit per holiday.

4. **Bereavement Leave:** A permanent intermittent employee may only be granted bereavement leave in accordance with Article 9, Section 9.2, if scheduled to work on the day(s) for which the leave is requested and only for the number of hours the employee is scheduled to work on the day or days. A permanent intermittent employee shall not be removed from scheduled work hours because he/she is on bereavement leave.

5. **Jury Duty:** A permanent intermittent employee may only be granted jury duty leave in accordance with Section 9.5 if the employee is scheduled to work on the day(s) in which the service occurs and only for the number of hours the employee is scheduled to work on the day or days. If payment is made for such time off, the employee is required to remit to the State the fee(s) received. A permanent intermittent employee shall not be removed from scheduled work hours because he/she is on jury duty. When night jury duty is required of a permanent intermittent employee, the employee shall be released without loss of compensation for such portion of required time that coincides with the permanent intermittent employee's work schedule. This includes any necessary travel time.

6. **Non-Industrial Disability Leave:** Where employment is intermittent, the payments shall be determined on the basis of the proportionate part of a monthly rate established by the total hours actually employed in the eighteen (18) monthly pay periods immediately preceding the pay period in which the disability begins as compared to the regular rate for a full-time employee in the same group or class. A permanent intermittent employee will be eligible for NDI payments on the first day of the monthly pay period following completion of 960 hours of compensated work.

F. Each department will establish a date by which its permanent intermittent employees shall receive their regular pay.

G. Dental Benefits: A permanent intermittent employee will be eligible for dental benefits during each calendar year if the employee has been credited with a minimum of 480 paid hours in one of two control periods. To continue benefits, a permanent intermittent employee must be credited with a minimum of 480 paid hours in a control period or 960 paid hours in two consecutive control periods.

For the purposes of this section, the control periods are January 1 through June 30 and July 1 through December 31 of each calendar year. An eligible permanent intermittent employee must enroll in a dental benefit plan within sixty (60) days from the end of the qualifying control period. A retired State employee, who maintained dental benefits in retirement and subsequently reinstates as a permanent intermittent employee, may continue enrollment in a dental plan in the first control period of reinstatement to State service; to continue eligibility after the first control period, the employee must meet the eligibility criteria as outlined previously in this paragraph.

H. Health Benefits: A permanent intermittent employee will be eligible for health benefits during each calendar year if the employee has been credited with a minimum of 480 paid hours in one of two control periods. To continue benefits, a permanent intermittent employee must be credited with a minimum of 480 paid hours in a control period or 960 paid hours in two consecutive control periods. For the purposes of this section, the control periods are January 1 through June 30 and July 1 through December 31 of each calendar year. An eligible permanent intermittent employee must enroll in a health benefit plan within sixty (60) days from the end of the qualifying control period. A retired State employee, who maintained health benefits in retirement and subsequently reinstates as a permanent intermittent employee, may continue enrollment in a health plan in the first control period of reinstatement to State service; to continue eligibility after the first control period, the employee must meet the eligibility criteria as outlined previously in this paragraph.

I. Vision Service Plan: A permanent intermittent employee will be eligible for the State's vision services plan during each calendar year if the employee has been credited with a minimum of 480 paid hours in one of two control periods. To continue benefits, a permanent intermittent employee must be credited with a minimum of 480 paid hours in a control period or 960 paid hours in two consecutive control periods. For the purposes of this section, the control periods are January 1 through June 30 and July 1 through December 31 of each calendar year. An eligible permanent intermittent employee must enroll in the vision service plan within sixty (60) days from the end of the qualifying control period.

J. Permanent intermittent employees will be entitled to continuation of health, dental, and vision benefits pursuant to Public Law 99-272, Title X, Consolidated Omnibus Reconciliation Act (COBRA).

K. FlexElect Program: Permanent intermittent employees may only participate in the Pre-Tax Premium and/or the Cash Option for medical and/or dental insurance. Enrollment into the Pre-tax Premium is automatic for permanent intermittent employees who pay out-of-pocket health and/or dental premiums. Permanent intermittent employees choosing the Cash Option must be credited with a minimum of 480 paid hours in the January 1 through June 30 control period. Permanent intermittent employees may receive FlexElect Cash only for

the January through June control period, and are not eligible to receive FlexElect Cash for the July through December control period. However they must remain in the FlexElect Program for the entire plan year unless they experience a valid change in status event.

L. The call-in/scheduling of a permanent intermittent employee and the hours of work an individual permanent intermittent employee may receive shall be applied without prejudice or personal favoritism.

M. A permanent intermittent employee that is offered a permanent full-time or part-time job within a department shall not be denied release from their permanent intermittent employee position by management.

All remaining conditions of employment that relate to the permanent intermittent employee shall be administered in accordance with existing rule and regulations, unless modified by this Contract.

TA  7/15/16 12:49 pm
Condace Munch
Evelyn Green

TA  7/15/16
12:49pm
Neupha Dora

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**

Date: 7/25/16    Time: 3:09pm

### 20.1 Contracting Out

A. The purpose of this section is to guarantee that the State does not incur unnecessary, additional costs by contracting out work appropriately performed at less expense to the State by Unit 16 employees, consistent with the terms of this section. In achieving this purpose the parties do not intend this section to expand the State's ability to contract out for personal services. The parties agree that this section shall not be interpreted or applied in a manner which results in a disruption of services provided by state departments.

B. Except in extremely unusual or urgent, time-limited circumstances, or under other circumstances where contracting out is recognized or required by law, Federal mandate, or court decisions/orders, the State must make every effort to hire, utilize and retain Unit 16 employees before resorting to the use of private contractors. Contracting may also occur for reasons other than cost savings as recognized or required by law, Federal mandate, or court decisions/orders.

C. Departments will provide UAPD's designated representative with copies of Request for Proposals (RFPs) and Invitations for Bid (IFBs) for personal services contracts when released for publication if they call for services found in Unit 16 class specifications.

To the extent that a department is preparing to enter into a contract (or amend a contract) and it does not require an RFP or IFB, the department shall provide UAPD's designated representative with a copy of the Standard Form 215 (or its departmental equivalent) if and when the Form 215 is completed (but no less than five (5) calendar days thereafter) provided the contract is or will be for services found in Unit 16 class specifications. If the Form 215 contains confidential or proprietary information, it shall be redacted as discussed below in Subsection D.

The purpose of this subsection (C) is to provide UAPD with notice and an opportunity to present alternatives which mitigate or avoid the need for contracting out, while still satisfying the needs of the State to provide services. Directors (or their designee) shall therefore meet with UAPD for this purpose, if requested by UAPD.

MCd 4:53p 8/12/16
CM~

4:53pm
8/12/16 TA

D. Upon request of the UAPD each department shall submit copies of any or all personal services contracts that call for services found in Unit 16 class specifications. For each contract, departments shall provide additional documents establishing the number, scope, duration, justification, total costs of all such contracts, and payment of all overhead and administrative costs paid through each contract, provided it does not disclose confidential or proprietary information, in which case it shall be redacted as discussed below. The requested contract and related information shall be provided no more than 21 calendar days following the request by the UAPD, or longer if mutually agreed. This shall include contracts that may otherwise be protected from public disclosure, if they provide for services found in Unit 16 class specifications. However, the State may redact those portions of protected contract(s) that are proprietary, necessary to protect the competitive nature of the bid process, and that which does not pertain to the costing of personnel services found in Unit 16 classes. The goal shall be to protect against disclosure of information which should remain confidential, while at the same time providing the UAPD with sufficient information to determine whether unnecessary, additional costs are being incurred by contracting out work found in Unit 16 class specifications. Costing information provided to the UAPD for protected contracts shall include total personnel costs for personnel services found in Unit 16 classifications plus any overhead charges paid to the contractor for these services, provided such disclosure does not breach confidentiality requirements or include proprietary information.

The UAPD will continue to meet with departments as necessary to examine personal services contracts which have been let, as outlined in Section 20.2.

E. If savings are generated by the termination of personal service contracts under this provision, it is the intent of the State to implement agreements of the UAPD and the department for utilization of said savings. Such agreements may include:

1. Contributing toward position reductions which would otherwise be accomplished by the layoff, salary reduction or displacement of Unit 16 employees;

2. Enabling the employment of Unit 16 employees for services currently performed by contractors;

3. Enabling of the conversion to Unit 16 civil service employment of qualified contract employees who wish to become State employees, as otherwise permitted by law, regulations, provisions of the contracts and resolutions by the State Personnel Board;

4. Providing timely, adequate and necessary recruitment efforts. These efforts may include focused recruitment, publicizing in professional journals, use of the media, job fairs, expedited hiring, expedited

background checks, spot testing authorized by the California Department of Human Resources, State employee registries, and recruitment and retention incentives;

5. Such other purposes as may be mutually agreed upon.

F. Nothing in this section shall be interpreted or applied in such a manner as to interfere with the State or Federal court orders, the authority of the State or Federal courts or the authority of the special masters or receiver.

Date __8/11/16__ Time __11:40__

**Union of American Physicians and Dentists Counter Proposal**

**The UAPD (BU 16) proposes the following language:**

**20.2 Contracting Out Committee (CoCo)**

A. The State and UAPD share a mission to hire, recruit, and retain civil service employees. Financial responsibility is important with respect to unnecessary and expensive contract use which adversely affects UAPD members and California's tax payers. Thus, UAPD, the California Department of Human Resources (CalHR), the Department of Finance, and the Department of General Services agree to maintain a Contracting Out Committee (CoCo).

B. The Contracting Out Committee shall consist of eight (8) standing members. UAPD shall select four (4) representatives and the State shall select four (4) senior level representatives, at least one from each of the aforementioned State Departments. The Co-chairs of CoCo shall be one (1) committee member from UAPD and one (1) senior representative from CalHR. Representatives on either side may be replaced or substituted with adequate notice. CoCo shall meet at least bimonthly or more often as agreed to by the committee. The Co-chairs shall finalize and distribute minutes to all committee members of the previous meeting and the upcoming agenda at least fourteen (14) days in advance of each meeting. Upon mutual agreement subject matter experts may be invited to attend the meetings and contribute to the discussions. Committee members and subject matter experts shall serve without loss of compensation.

C. The Contracting Out Committee will monitor and ensure that the Departments involved with BU-16 hiring and contracting out follow the requirements outlined in Section 20.1 of the UAPD MOU. Minutes of each meeting and an annual report shall be documented and made available upon request to interested parties, including but not limited to the UAPD President and Executive Director, the Governor's office and the Legislature.

D. The Contracting Out Committee will study and make recommendations in a timely manner regarding which contracts may be cancelled or reduced by the State. CoCo will also explore the following objectives ~~including, but not limited to:~~ by December 31, 2017:

1. A public and easily accessible state website where current, accurate and real time contracting out data may be viewed.

2. "In House" Registry of BU-16 employees who would enjoy priority over outside contractors in performing additional work opportunities offered by the State.

3. Sequential and/or cumulative term limits for individuals and other entities

2:09pm 8/11/16

contracting with the state and a buffer time period between state employee status and contractor status.

4. Steady reduction of contractor reimbursement to encourage their applications into vacant civil service positions.

5. Improving the recruitment and retention of civil service employees.

6. Improvement of transparency and stream lining the civil service hiring process.

E. The CalHR officer will ensure that each Department provides the UAPD with the designated contact responsible for providing the UAPD with copies of Request for Proposals (RFPs), Invitations for Bid (IFBs) for personal services contracts, copies of the Standard Form 215 (or its departmental equivalent) and any or all personal services contracts that call for services found in the Bargaining Unit 6 class specifications.

F. Any dispute pertaining to this section may be appealed to the third step of the grievance and arbitration procedure in this contract. The decision at the third step is final and binding on all parties.

## Management Counter Proposal

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**         Date: 8/5/16   Time: 2:56 pm

**Article 21 State Telehealth Programs (NEW)**

A. Tele-health involves the distribution of health-related services via telecommunication technologies which allows for patient/clinician contact and care. It includes, but is not limited to, telemedicine and telepsychiatry.

B. The parties agree, upon request by the union, to establish a departmental joint labor-management committee to explore issues relating to telehealth. The committee shall be established according to the following guidelines:

    1. The committee shall consist of four (4) Union and four (4) departmental representatives, not including the facilitator for the department and union.
    2. Committee recommendations, if any, shall be advisory in nature.
    3. Committee meetings shall not be considered contract negotiations and shall not be considered a substitute for the grievance procedure.
    4. Employees who participate on the committee will suffer no loss in compensation for attending the meeting.

TA 12:48p 2/28/17
Conclan Munch

2/28/17   TA 12:48pm

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 6/30/16    Time: 11:19 AM

### Side Letter 1 - DSS Disability Determination Service Division – Medical Consultant Pay- Per-Case-Plan

The California Department of Human Resources (CalHR), the California Department of Social Services (CDSS) and the Union of American Physicians and Dentists (UAPD) agree to the following bonus plan for compensating Medical Consultant I, Department of Social Services and Medical Consultant I (Psychiatrist), Department of Social Services for processing additional workload.

A.  The plan includes the following features:

    1.  Baseline productivity for full-time Medical Consultants (MC) will be 110 cases reviewed for closure per week (Monday through Sunday).  This is the level beyond which individual MCs would be eligible for bonus pay when the plan is invoked, up to a maximum of 55 cases that are eligible for bonus pay per week.  This 110 case review per week baseline productivity threshold will be pro-rated within a calendar week (Monday through Sunday) for state holidays and special out-of-office work assignments (e.g., teaching at the RFC Academy).  Time off for other leaves such as vacation, sick leave, annual leave, personal holidays, informal time off will not be pro-rated.

    2.  Division management will be able to implement the bonus plan, based on the Division's operational situation.

    The Division may consider invoking the bonus plan due to persistent backlog, despite appropriate actions, as determined by management.

    3.  Plan implementation can be limited to either Medical Consultant I, or Medical Consultant I (Psychiatrist), if conditions warrant.

    4.  The pay per case above baseline when the bonus plan is invoked is $27.00.  An MC may receive bonus case credit and pay only once for each case reviewed.

    5.  For mixed impairment cases that require both a physical MC and psychiatrist or pediatrician MC review, each MC who signs the case will receive full case credit.

    6.  MC participation in the plan will be voluntary.

TA 7/20/16
11:50 am

TA 7/20/16
11:50 am
on
DM

7. Use of the plan is contingent on availability of funding for this purpose.

8. MCs are expected to maintain program requirements with regard to accuracy of case adjudication.

9. Permanent Part-Time MCs may participate in the Bonus Plan. The baseline productivity level will be pro-rated consistent with the Part-Time MC's time base.

10. Permanent intermittent MCs are not subject to this program.

11. The Department will use an automated tracking system, based on computer input by each MC who reviews a case for closure.

12. The Department may terminate this program upon thirty-calendar days written notice to the Union. Both parties agree to meet, if necessary, prior to termination of the program.

13. Medical Consultant Bonus Plan payments issued during the term of this MOU shall be specifically excluded from being reported as pensionable compensation to the CalPERS and therefore will not be considered "compensation" for purposes of calculating retirement benefits.

TA'd 7/20/16 11:50am
Candace Munch

11:50AM
TA 7/20/16

## Management Rollover Proposal

**Bargaining Unit: 16**

**Exclusive Representative:  UAPD**          Date: 6/30/16      Time: 11:20 AM

### Side Letter 2 - Department of Health Care Services Dental Consultant I, II, III and Dental Program Consultant

The Department of Health Care Services will notice UAPD if changes are made to the current reimbursement for the cost of membership in the American Dental Association, the California Dental Association, and the county/district dental association of their choice.

TA'd 11:49 am 7/20/16
Candace Munch

11:49 AM
TA 7/20/16

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**                Date: 5/5/16 Time: 1:28 pm

## Attachment B - Goldsmith Letter

June 23, 1983
Cesar Bacal
Union of American Physicians & Dentists
1730 Franklin Street, Suite 200
Oakland, CA  94612

Dear Mr. Bacal:

In response to your recent inquiry with respect to the manner in which professional negligence actions involving medical personnel are handled by this office, set forth below is a summary of our basic policies as they relate to physician input.

At the outset, it should be noted that in the vast majority of cases, the individual physician is a party (along with the State) in the lawsuit.  In all such cases, the physician has been personally served with the complaint and has expressly requested legal representation by the Office of the Attorney General.  We thus have an attorney-client relationship with the physician defendant.

With respect to settlements of such cases, it is our policy to consult with and fully apprise the individual physician defendant of both the terms of any proposed settlement and the ramifications to the physician, e.g., reporting requirements to BMQA, etc.  This is, of course done prior to the culmination of any settlement.

It should also be emphasized, moreover, that pursuant to the terms of the California Tort Claims  Act, the State is required to pay any damage award for medical malpractice and thus, the individual physician has no personal liability exposure (absent a prayer for punitive damages).

With the respect to those cases in which there is no individual physician named as a defendant, i.e., where the State itself is the only defendant, there is substantially less direct consultation with the physicians who may have been involved in the incident.  In these latter type of cases, while physicians may be witnesses in the proceeding, they are not parties and therefore are not involved in the settlement procedure per se.

We do, of course, fully consult with our State agency clients, including their supervisory  medical staff, in all such cases and we expect that they receive direct input from their staff physicians in evaluating settlement offers.

Please feel free to contact this office if additional information is requested.

Very truly yours,

MARVIN GOLDSMITH Assistant Attorney General

This attachment (letter) is not grievable or arbitrable.

**Management Rollover Proposal**

**Bargaining Unit: 16**

**Exclusive Representative: UAPD**          Date: 5/5/16    Time: 1:28pm

## Attachment B-1 - Clarification of Goldsmith Letter

Subject: Clarification of Goldsmith letter of June 23, 1983 regarding defense of physician defendants where punitive damages are part of the prayer for relief.

1. When a doctor is named as a party to a lawsuit; as a result of any action or omission occurring in the performance of their duties and within the scope of employment, the doctor may request legal representation by the 1. Office of Attorney General. In all such cases where representation takes place the Attorney General has an attorney-client relationship with the doctor defendant.

2. If there is a prayer for punitive damages, the doctor involved has the option of hiring private counsel to defend said doctor on the punitive damage aspect of the case. In the event that the doctor does not wish to hire private counsel, the Attorney General will defend said doctor on all issues involved in the case including the prayer for punitive damages. As regards representation, the Office of the Attorney General will vigorously conduct such representation toward defeating all claim including the prayer for punitive damages.

3. Under the California's Tort Liability Law, the State of California is obligated to pay any judgment against said doctors for compensatory or general damages but is not required to indemnify them for any award of punitive damages. According to Section 3294 of the Civil Code, in order to be awarded punitive damages, the plaintiff must prove that the doctor was guilty of either express or implied malice or oppression.

4. In the event of a judgment for punitive damages, a doctor defendant has the right to file a claim with the State Board of Control seeking indemnification from the State of California for any such liability.

Page 1 of 2

5. Prior to the culmination of any settlement, the attorney representing the individual physician defendant will consult with and freely apprise the doctor defendant of both the terms of any proposed settlement and ramification to the doctor.

6. This attachment is not grievable or arbitrable.

Attachment

**BU 16 ARTICLE 7.9 & 8.1 - Working On-Call on Holiday Compensation**

| NON-PREMIUM HOLIDAY, HOLIDAY FALLS ON REGULAR DAY OFF (Alternate Work Schedule) & ON-CALL | NON-PREMIUM HOLIDAY, REGULAR WORK DAY (Holiday Observed) & ON-CALL | PREMIUM HOLIDAY**, HOLIDAY FALLS ON REGULAR DAY OFF (Alternate Work Schedule) & ON-CALL | PREMIUM HOLIDAY, REGULAR WORK DAY (Holiday Observed) & ON-CALL | CONTRACT SECTION |
|---|---|---|---|---|
| Holiday: 8 hours holiday credit posted to leave balances | Holiday: Compensated in master pay warrant | Holiday: 8 hours holiday credit posted to leave balances | Holiday: Compensated in master pay warrant | 8.1 (F) RDO 8.1 (B) non-RDO |
| On-Call: 1.15 hours of CTO or equal compensation at management discretion daily* | On-Call: 1.15 hours of CTO or equal compensation at management discretion daily* | On-Call: 1.15 hours of CTO or equal compensation at management discretion daily* | On-Call: 1.15 hours of CTO or equal compensation at management discretion daily* | 7.9 (A) (2&3) |
| On-Call on a Holiday: 8 hours CTO or equal compensation management's discretion | On-Call on a Holiday: 8 hours CTO or equal compensation management's discretion | On-Call on a Holiday: 8 hours CTO or equal compensation management's discretion | On-Call on a Holiday: 8 hours CTO or equal compensation management's discretion | 7.9 (B) (3) |
| IF CALLED BACK, CREDIT BELOW APPLIES | | | | |
| 4 hours CTO guaranteed; hourly compensation for time worked beyond 4 hours | 4 hours CTO guaranteed; hourly compensation for time worked beyond 4 hours | 4 hours CTO guaranteed; hourly compensation for time worked beyond 4 hours | 4 hours CTO guaranteed; hourly compensation for time worked beyond 4 hours | 7.9 (B) (1) |
| 1 hour of CTO guaranteed for travel | 1 hour of CTO guaranteed for travel | 1 hour of CTO guaranteed for travel | 1 hour of CTO guaranteed for travel | 7.9 (B) (1) |
| | | 1 hour ATO for every 2 hours worked** | 1 hour ATO for every 2 hours worked** | 8.1 (G) |

*A 7 day assignment = 8 hours of CTO or 8 hours compensation at management's discretion

**Premium Holidays (6) **:**    January 1st, Last Monday in May, July 4th, First Monday in September, Thanksgiving Day, Christmas

**Regular Holidays (5):**    Third Monday in January, Third Monday in February, March 31, November 11, Day after Thanksgiving

~~AS of 9/19/15~~

TA/PL 2/28/17
12:35 pm
Candace Munch

TA 2/28/17
12:35 pm
[signature]

Exhibit H

**U.S. Bureau of Labor Statistics**

## Occupational Employment Statistics

# Occupational Employment and Wages, May 2015

## 29-1066 Psychiatrists

Physicians who diagnose, treat, and help prevent disorders of the mind.

National estimates for this occupation
Industry profile for this occupation
Geographic profile for this occupation

**National estimates for this occupation: Top**

Employment estimate and mean wage estimates for this occupation:

| Employment (1) | Employment RSE (3) | Mean hourly wage | Mean annual wage (2) | Wage RSE (3) |
|---|---|---|---|---|
| 24,060 | 3.7 % | $93.12 | $193,680 | 2.0 % |

Percentile wage estimates for this occupation:

| Percentile | 10% | 25% | 50% (Median) | 75% | 90% |
|---|---|---|---|---|---|
| Hourly Wage | $28.57 | $61.37 | (5) | (5) | (5) |
| Annual Wage (2) | $59,430 | $127,650 | (5) | (5) | (5) |

---

**Industry profile for this occupation: Top**

Industries with the highest published employment and wages for this occupation are provided. For a list of all industries with employment in this occupation, see the Create Customized Tables function.

Industries with the highest levels of employment in this occupation:

| Industry | Employment (1) | Percent of industry employment | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|
| Offices of Physicians | 7,390 | 0.29 | $90.44 | $188,110 |
| Psychiatric and Substance Abuse Hospitals | 3,970 | 1.72 | $91.90 | $191,150 |
| Outpatient Care Centers | 3,420 | 0.46 | $98.76 | $205,410 |
| General Medical and Surgical Hospitals | 3,060 | 0.06 | $89.55 | $186,260 |
| State Government (OES Designation) | 1,040 | 0.05 | $101.35 | $210,810 |

Industries with the highest concentration of employment in this occupation:

| Industry | Employment (1) | Percent of industry employment | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|
| Psychiatric and Substance Abuse Hospitals | 3,970 | 1.72 | $91.90 | $191,150 |
| Outpatient Care Centers | 3,420 | 0.46 | $98.76 | $205,410 |

Case 2:90-cv-00520-KJM-SCR    Document 5590-1    Filed 03/30/17    Page 296 of 546

| | | | |
|---|---|---|---|
| Offices of Physicians | 7,390 | 0.29 | $90.44 | $188,110 |
| Residential Intellectual and Developmental Disability, Mental Health, and Substance Abuse Facilities | 730 | 0.12 | $93.32 | $194,110 |
| Offices of Other Health Practitioners | 730 | 0.09 | $92.15 | $191,660 |

Top paying industries for this occupation:

| Industry | Employment (1) | Percent of industry employment | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|
| Home Health Care Services | 50 | (7) | $111.25 | $231,400 |
| Scientific Research and Development Services | 40 | 0.01 | $106.45 | $221,410 |
| State Government (OES Designation) | 1,040 | 0.05 | $101.35 | $210,810 |
| Outpatient Care Centers | 3,420 | 0.46 | $98.76 | $205,410 |
| Individual and Family Services | 730 | 0.05 | $98.48 | $204,850 |

---

**Geographic profile for this occupation: Top**

States and areas with the highest published employment, location quotients, and wages for this occupation are provided. For a list of all areas with employment in this occupation, see the Create Customized Tables function.

States with the highest employment level in this occupation:

| State | Employment (1) | Employment per thousand jobs | Location quotient (9) | Hourly mean wage | Annual mean wage (2) |
|-------|----------------|------------------------------|-----------------------|------------------|----------------------|
| California | 3,160 | 0.20 | 1.17 | $120.24 | $250,090 |
| New York | 3,110 | 0.35 | 1.98 | $83.19 | $173,040 |
| Ohio | 1,140 | 0.22 | 1.24 | $96.99 | $201,740 |
| Illinois | 1,000 | 0.17 | 0.98 | $73.59 | $153,060 |
| Pennsylvania | 940 | 0.17 | 0.95 | $85.79 | $178,440 |

States with the highest concentration of jobs and location quotients in this occupation:

| State | Employment (1) | Employment per thousand jobs | Location quotient (9) | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|---|
| Rhode Island | 360 | 0.77 | 4.43 | $95.93 | $199,540 |
| Connecticut | 800 | 0.48 | 2.78 | $102.70 | $213,620 |
| Vermont | 120 | 0.39 | 2.23 | $99.29 | $206,520 |
| Maine | 210 | 0.36 | 2.07 | (8) | (8) |
| New York | 3,110 | 0.35 | 1.98 | $83.19 | $173,040 |

Top paying States for this occupation:

| State | Employment (1) | Employment per thousand jobs | Location quotient (9) | Hourly mean wage | Annual mean wage (2) |
|-------|----------------|------------------------------|------------------------|------------------|----------------------|
| California | 3,160 | 0.20 | 1.17 | $120.24 | $250,090 |
| Wyoming | 40 | 0.14 | 0.81 | $115.81 | $240,890 |
| South Dakota | 40 | 0.09 | 0.49 | $115.72 | $240,710 |
| Indiana | 270 | 0.09 | 0.53 | $114.80 | $238,780 |
| Alaska | 40 | 0.12 | 0.70 | $112.56 | $234,130 |

Metropolitan areas with the highest employment level in this occupation:

| Metropolitan area | Employment (1) | Employment per thousand jobs | Location quotient (9) | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|---|
| New York-Jersey City-White Plains, NY-NJ Metropolitan Division | 2,490 | 0.38 | 2.20 | $84.28 | $175,300 |
| Los Angeles-Long Beach-Glendale, CA Metropolitan Division | 1,120 | 0.27 | 1.56 | $133.89 | $278,480 |
| Chicago-Naperville-Arlington Heights, IL Metropolitan Division | 660 | 0.18 | 1.05 | $73.12 | $152,080 |
| Boston-Cambridge-Newton, MA NECTA Division | 540 | 0.31 | 1.75 | $81.85 | $170,250 |
| Washington-Arlington-Alexandria, DC-VA-MD-WV Metropolitan Division | 520 | 0.22 | 1.24 | $88.25 | $183,560 |
| Hartford-West Hartford-East Hartford, CT | 450 | 0.79 | 4.50 | $98.57 | $205,020 |
| Phoenix-Mesa-Scottsdale, AZ | 420 | 0.22 | 1.28 | $81.01 | $168,490 |
| Baltimore-Columbia-Towson, MD | 420 | 0.32 | 1.82 | $89.72 | $186,610 |

| | | | | | |
|---|---|---|---|---|---|
| Nassau County-Suffolk County, NY Metropolitan Division | 360 | 0.28 | 1.62 | $84.90 | $176,590 |
| Philadelphia, PA Metropolitan Division | 320 | 0.36 | 2.07 | $75.48 | $157,000 |

Metropolitan areas with the highest concentration of jobs and location quotients in this occupation:

| Metropolitan area | Employment (1) | Employment per thousand jobs | Location quotient (9) | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|---|
| Staunton-Waynesboro, VA | 70 | 1.41 | 8.07 | $79.26 | $164,860 |
| Hartford-West Hartford-East Hartford, CT | 450 | 0.79 | 4.50 | $98.57 | $205,020 |
| Wichita Falls, TX | 40 | 0.75 | 4.32 | (5) | (5) |
| Bangor, ME | 40 | 0.70 | 4.04 | (8) | (8) |
| Roanoke, VA | 100 | 0.68 | 3.90 | $77.58 | $161,370 |
| Pueblo, CO | 30 | 0.55 | 3.14 | $54.75 | $113,880 |

| | | | | | |
|---|---|---|---|---|---|
| Utica-Rome, NY | 60 | 0.54 | 3.10 | $76.83 | $159,810 |
| Rockford, IL | 80 | 0.52 | 2.97 | $49.86 | $103,700 |
| Vallejo-Fairfield, CA | 60 | 0.51 | 2.91 | (5) | (5) |
| Johnson City, TN | 40 | 0.50 | 2.89 | (8) | (8) |



Top paying metropolitan areas for this occupation:

| Metropolitan area | Employment (1) | Employment per thousand jobs | Location quotient (9) | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|---|
| Wichita Falls, TX | 40 | 0.75 | 4.32 | (5) | (5) |
| Vallejo-Fairfield, CA | 60 | 0.51 | 2.91 | (5) | (5) |
| Oakland-Hayward-Berkeley, CA Metropolitan Division | (8) | (8) | (8) | (5) | (5) |
| Los Angeles-Long Beach-Glendale, CA Metropolitan Division | 1,120 | 0.27 | 1.56 | $133.89 | $278,480 |
| Tucson, AZ | (8) | (8) | (8) | $133.60 | $277,900 |

| | | | | | |
|---|---|---|---|---|---|
| Trenton, NJ | 80 | 0.36 | 2.08 | $129.08 | $268,480 |
| Riverside-San Bernardino-Ontario, CA | 270 | 0.21 | 1.20 | $127.30 | $264,790 |
| Stockton-Lodi, CA | 50 | 0.22 | 1.24 | $126.44 | $262,990 |
| Lexington-Fayette, KY | 50 | 0.19 | 1.11 | $123.44 | $256,750 |
| San Jose-Sunnyvale-Santa Clara, CA | (8) | (8) | (8) | $123.14 | $256,130 |

Nonmetropolitan areas with the highest employment in this occupation:

| Nonmetropolitan area | Employment (1) | Employment per thousand jobs | Location quotient (9) | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|---|
| Southwest Maine nonmetropolitan area | 110 | 0.56 | 3.20 | (8) | (8) |
| Southwest Montana nonmetropolitan area | 80 | 0.63 | 3.60 | $75.65 | $157,360 |
| Southern Vermont nonmetropolitan area | 50 | 0.48 | 2.76 | $134.30 | $279,350 |
| Hill Country Region of Texas nonmetropolitan area | 40 | 0.19 | 1.08 | $104.36 | $217,070 |
| North Texas Region of Texas nonmetropolitan area | 40 | 0.14 | 0.78 | $104.19 | $216,720 |

Nonmetropolitan areas with the highest concentration of jobs and location quotients in this occupation:

| Nonmetropolitan area | Employment (1) | Employment per thousand jobs | Location quotient (9) | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|---|
| Southwest Montana nonmetropolitan area | 80 | 0.63 | 3.60 | $75.65 | $157,360 |
| Southwest Maine nonmetropolitan area | 110 | 0.56 | 3.20 | (8) | (8) |
| Southern Vermont nonmetropolitan area | 50 | 0.48 | 2.76 | $134.30 | $279,350 |
| Southern Ohio non-metropolitan area | 30 | 0.22 | 1.25 | $129.73 | $269,840 |
| Hill Country Region of Texas nonmetropolitan area | 40 | 0.19 | 1.08 | $104.36 | $217,070 |

Top paying nonmetropolitan areas for this occupation:

| Nonmetropolitan area | Employment (1) | Employment per thousand jobs | Location quotient (9) | Hourly mean wage | Annual mean wage (2) |
|---|---|---|---|---|---|
| Southern Vermont nonmetropolitan area | 50 | 0.48 | 2.76 | $134.30 | $279,350 |
| Southern Ohio non-metropolitan area | 30 | 0.22 | 1.25 | $129.73 | $269,840 |
| Southeast Oklahoma nonmetropolitan area | 30 | 0.19 | 1.10 | $113.84 | $236,790 |

Case 2:90-cv-00520-KJM-SCR          Document 5590-1          Filed 03/30/17          Page 304 of 546

| West Texas Region of Texas nonmetropolitan area | 30 | 0.17 | 0.95 | $113.32 | $235,700 |
|---|---|---|---|---|---|
| Central Kentucky nonmetropolitan area | 30 | 0.19 | 1.07 | $106.46 | $221,440 |

About May 2015 National, State, Metropolitan, and Nonmetropolitan Area Occupational Employment and Wage Estimates

These estimates are calculated with data collected from employers in all industry sectors, all metropolitan and nonmetropolitan areas, and all states and the District of Columbia. The top employment and wage figures are provided above. The complete list is available in the downloadable XLS files.

The percentile wage estimate is the value of a wage below which a certain percent of workers fall. The median wage is the 50th percentile wage estimate--50 percent of workers earn less than the median and 50 percent of workers earn more than the median. More about percentile wages.

(1) Estimates for detailed occupations do not sum to the totals because the totals include occupations not shown separately. Estimates do not include self-employed workers.

(2) Annual wages have been calculated by multiplying the hourly mean wage by a "year-round, full-time" hours figure of 2,080 hours;  for those occupations where there is not an hourly wage published, the annual wage has been directly calculated from the reported survey data.

(3) The relative standard error (RSE) is a measure of the reliability of a survey statistic. The smaller the relative standard error, the more precise the estimate.

(5) This wage is equal to or greater than $90.00 per hour or $187,200 per year.

(7) The value is less than .005 percent of industry employment.

(8) Estimate not released.

(9) The location quotient is the ratio of the area concentration of occupational employment to the national average concentration. A location quotient greater than one indicates the occupation has a higher share of employment than average, and a location quotient less than one indicates the occupation is less prevalent in the area than average.

Other OES estimates and related information:

May 2015 National Occupational Employment and Wage Estimates

May 2015 State Occupational Employment and Wage Estimates

May 2015 Metropolitan and Nonmetropolitan Area Occupational Employment and Wage Estimates

May 2015 National Industry-Specific Occupational Employment and Wage Estimates

May 2015 Occupation Profiles

Technical Notes

**Last Modified Date:** March 30, 2016

U.S. Bureau of Labor Statistics | Division of Occupational Employment Statistics, PSB Suite 2135, 2 Massachusetts Avenue, NE Washington, DC 20212-0001

www.bls.gov/OES | Telephone: 1-202-691-6569 | Contact OES

Exhibit I

STATE OF CALIFORNIA -- DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



March 8, 2017

Matthew A. Lopes, Jr. Esquire                          via:  Elise Owens Thorn, Esquire
Office of the Special Master                                  Deputy Attorney General
Pannone Lopes & Devereaux LLC                                Department of Justice
317 Iron Horse Point Way, Suite 301                          1300 "I" Street, Suite 125
Providence, RI  02908                                        P. O. Box 944255
                                                             Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of January, 2017, data (or as otherwise
noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.

2. Reception Center Monthly Reports.
        a. Reception Center Mental Health Screening Report.
        b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report.

Matthew A. Lopes, Jr. Esquire
Page 2

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

6. Population and Census Reports.
   a. Health Care Placement Oversight Program (HCPOP) Information Report, Summary (R-01)
   b. MHSDS Management Information Summary (MIS).
   c. Weekly EOP/Outpatient Psychiatric Program report.

7. Mental Health Crisis Bed (MHCB) Reports.
   a. Monthly Summary of MHCB Use by Institution (entitled "Inpatient Psychiatric Aging Report").
   b. MHCB Wait List.
   c. Transferred and Rescinded MHCB Referrals by Institution and Level of Care report (all subsections).

8. Department of State Hospitals (DSH) Referral Reports.
   a. Referrals for Transfer to DSH. *Not included – data not available at this time. Report is currently being re-coded, with an estimated completion date of March 31, 2017.*
   b. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and PC 2684.

9. Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

KATHERINE TEBROCK, ESQUIRE
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

# MHSDS Inmate Assignment Report

Date : March 1, 2017
Run By: ashley.caluag

**Institution**: California Health Care Facility - Stockton

**Total Population**: 2454

**EOP Population**: 597         **CCCMS Population**: 490         **Non-MHSDS Population**: 1367

### EOP Inmates

| Program Type | Full Time | Part Time | Voluntary | Re-Entry | Total Program Count | % of Population Assigned |
|---|---|---|---|---|---|---|
| Job | 116 | 5 | 0 | 0 | 121 | 20% |
| Vocational Education | 0 | 17 | 0 | 0 | 17 | 3% |
| Voluntary Education | 0 | 0 | 39 | 0 | 39 | 7% |

### CCCMS Inmates

| Program Type | Full Time | Part Time | Voluntary | Re-Entry | Total Program Count | % of Population Assigned |
|---|---|---|---|---|---|---|
| Academic | 0 | 1 | 0 | 0 | 1 | 0% |
| Job | 97 | 19 | 0 | 0 | 116 | 24% |
| Substance Abuse Treatment | 0 | 0 | 0 | 7 | 7 | 1% |
| Vocational Education | 0 | 29 | 0 | 0 | 29 | 6% |
| Voluntary Education | 0 | 0 | 32 | 0 | 32 | 7% |

### Non-MHSDS

| Program Type | Full Time | Part Time | Voluntary | Re-Entry | Total Program Count | % of Population Assigned |
|---|---|---|---|---|---|---|
| Academic | 1 | 0 | 0 | 0 | 1 | 0% |
| Job | 264 | 42 | 0 | 0 | 306 | 22% |
| Substance Abuse Treatment | 0 | 0 | 0 | 12 | 12 | 1% |
| Vocational Education | 0 | 27 | 0 | 0 | 27 | 2% |
| Voluntary Education | 0 | 0 | 85 | 0 | 85 | 6% |

Page **1** of 1

# MHSDS Inmate Assignment Report

Date : March 1, 2017
Run By: ashley.caluag

**Institution**: California State Prison, Sacramento

**Total Population**: 2215

**EOP Population**: 829          **CCCMS Population**: 449          **Non-MHSDS Population**: 937

### EOP Inmates

| Program Type | Full Time | Part Time | Voluntary | Re-Entry | Total Program Count | % of Population Assigned |
|---|---|---|---|---|---|---|
| Academic | 0 | 68 | 186 | 0 | 254 | 31% |
| Job | 147 | 0 | 0 | 0 | 147 | 18% |
| Vocational Education | 0 | 26 | 0 | 0 | 26 | 3% |
| Voluntary Education | 0 | 0 | 0 | 0 | 0 | 0% |

### CCCMS Inmates

| Program Type | Full Time | Part Time | Voluntary | Re-Entry | Total Program Count | % of Population Assigned |
|---|---|---|---|---|---|---|
| Academic | 0 | 62 | 184 | 0 | 246 | 55% |
| Job | 124 | 3 | 0 | 0 | 127 | 28% |
| Substance Abuse Treatment | 0 | 0 | 0 | 10 | 10 | 2% |
| Vocational Education | 24 | 10 | 0 | 0 | 34 | 8% |
| Voluntary Education | 0 | 0 | 0 | 0 | 0 | 0% |

### Non-MHSDS

| Program Type | Full Time | Part Time | Voluntary | Re-Entry | Total Program Count | % of Population Assigned |
|---|---|---|---|---|---|---|
| Academic | 0 | 163 | 334 | 0 | 497 | 53% |
| Job | 376 | 26 | 0 | 0 | 402 | 43% |
| Substance Abuse Treatment | 0 | 0 | 0 | 71 | 71 | 8% |
| Vocational Education | 43 | 19 | 0 | 0 | 62 | 7% |
| Voluntary Education | 0 | 0 | 0 | 0 | 0 | 0% |

# MHSDS Inmate Assignment Report

Date : March 1, 2017
Run By: ashley.caluag

**Institution**: Salinas Valley State Prison

**Total Population**: 3404

**EOP Population**: 625　　　　　**CCCMS Population**: 980　　　　　**Non-MHSDS Population**: 1799

### EOP Inmates

| Program Type | Full Time | Part Time | Voluntary | Re-Entry | Total Program Count | % of Population Assigned |
|---|---|---|---|---|---|---|
| Academic | 0 | 28 | 0 | 0 | 28 | 4% |
| Job | 207 | 4 | 0 | 0 | 211 | 34% |
| Voluntary Education | 0 | 0 | 33 | 0 | 33 | 5% |

### CCCMS Inmates

| Program Type | Full Time | Part Time | Voluntary | Re-Entry | Total Program Count | % of Population Assigned |
|---|---|---|---|---|---|---|
| Academic | 0 | 68 | 0 | 0 | 68 | 7% |
| Job | 416 | 0 | 0 | 0 | 416 | 42% |
| Substance Abuse Treatment | 0 | 0 | 0 | 33 | 33 | 3% |
| Vocational Education | 12 | 10 | 0 | 0 | 22 | 2% |
| Voluntary Education | 0 | 0 | 174 | 0 | 174 | 18% |

### Non-MHSDS

| Program Type | Full Time | Part Time | Voluntary | Re-Entry | Total Program Count | % of Population Assigned |
|---|---|---|---|---|---|---|
| Academic | 0 | 140 | 0 | 0 | 140 | 8% |
| Job | 694 | 0 | 0 | 0 | 694 | 39% |
| Substance Abuse Treatment | 0 | 0 | 0 | 82 | 82 | 5% |
| Vocational Education | 42 | 16 | 0 | 0 | 58 | 3% |
| Voluntary Education | 0 | 0 | 405 | 0 | 405 | 23% |

Page **1** of 1

Exhibit J

January 2014

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 942883
Sacramento, CA 94283-0001



March 3, 2014

Matthew A. Lopes, Jr. Esquire                via: Debbie J. Vorous, Esquire
Office of the Special Master                      Deputy Attorney General
Pannone Lopes & Devereaux LLC                     Department of Justice
317 Iron Horse Point Way, Suite 301               1300 "I" Street, Suite 125
Providence, RI  02908                             P. O. Box 944255
                                                  Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of January, 2014, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions). (Data for California Health Care Facility, Stockton (CHCF), California Institution for Women (CIW), California State Prison, Solano (SOL), generated from the Mental Health Tracking System (MHTS).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
**As Of January - 2014**

| Inst. | Classification | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 19.00 | 19.00 | 14.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 26.32% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 60.00 | 59.00 | 34.00 | 25.00 | 1.00 | 0.64 | 0.00 | 0.00 | 25.64 | 42.74% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | -4.00 | NC |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 373.60 | 373.60 | 296.00 | 77.60 | 1.18 | 0.27 | 16.80 | 0.00 | 59.89 | 16.03% |
| | PSYCH-CLINIC CF | 9283 | 702.30 | 702.80 | 595.00 | 107.80 | 3.00 | 0.14 | 44.29 | 0.00 | 60.15 | 8.56% |
| | REC THERAPIST CF | 9286 | 208.00 | 207.46 | 136.00 | 71.46 | 0.00 | 0.00 | 12.15 | 0.00 | 59.85 | 28.77% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 18.50 | 18.50 | 15.00 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | 18.92% |
| | SR PSYCH CF/SP | 9287 | 84.30 | 82.30 | 67.00 | 15.30 | 0.00 | 0.00 | 0.00 | 0.00 | 17.30 | 20.52% |
| | SR PSYCH CF/SUP | 9288 | 86.50 | 86.50 | 76.00 | 10.50 | 4.00 | 0.00 | 0.00 | 0.00 | 6.50 | 7.51% |
| | SR PSYCHIATRIST CF/SUP | 9271 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 296.60 | 297.15 | 190.00 | 107.15 | 0.00 | 0.00 | 40.97 | 0.00 | 65.63 | 22.13% |
| | SUP PSYCH S WK I CF | 9291 | 22.00 | 22.50 | 19.00 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 13.64% |
| | **Statewide Totals** | | **1871.80** | **1868.81** | **1442.00** | **426.81** | **13.18** | **1.05** | **114.21** | **0.00** | **303.45** | **16.21%** |

Source: 13/14 7A; SCO Reports; MIRS reports; Hire Tracking System
Report Generated By: Program Support

April 2014

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**

P.O. Box 942883
Sacramento, CA94283-0001



June 2, 2014

Matthew A. Lopes, Jr. Esquire                    via: Elise Owens Thorn, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                          Department of Justice
317 Iron Horse Point Way, Suite 301                    1300 "I" Street, Suite 125
Providence, RI  02908                                  P. O. Box 944255
                                                       Sacramento, CA  94244-2550


**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of April, 2014, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions). (Data for California Health Care Facility, Stockton (CHCF), California Institution for Women (CIW), Mule Creek State Prison (MCSP), California State Prison, Sacramento (SAC), California State Prison, Solano (SOL), and Salinas Valley State Prison (SVSP) are now generated from the Mental Health Tracking System (MHTS).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
**As Of April - 2014**

| Inst. | Classification | Class Code | FY 13/14 Authorized Per 7A | SCO DATA Established | Filled | Vacant | ADJUSTMENTS 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
|-------|---------------|------------|---------|-------------|--------|--------|-----|-----|---------------|-------|------------------|----------------|
| **SW** | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 18.00 | 17.00 | 15.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 16.67% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 60.00 | 60.00 | 37.00 | 23.00 | 1.00 | 0.64 | 0.00 | 0.00 | 22.64 | 37.74% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | -3.00 | NC |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 379.50 | 381.50 | 317.25 | 64.25 | 1.00 | 0.59 | 22.21 | 0.00 | 39.63 | 10.44% |
| | PSYCH-CLINIC CF | 9283 | 711.00 | 711.00 | 595.75 | 115.25 | 2.00 | 0.14 | 48.79 | 0.00 | 64.60 | 9.09% |
| | REC THERAPIST CF | 9286 | 208.00 | 208.00 | 141.50 | 66.50 | 0.00 | 0.00 | 10.19 | 0.00 | 56.31 | 27.07% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 19.50 | 18.50 | 17.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 | 12.82% |
| | SR PSYCH CF/SP | 9287 | 90.00 | 86.00 | 70.75 | 15.25 | 0.00 | 0.00 | 0.00 | 0.00 | 19.25 | 21.39% |
| | SR PSYCH CF/SUP | 9288 | 87.50 | 87.50 | 83.00 | 4.50 | 6.00 | 0.45 | 0.00 | 0.00 | -1.05 | -1.19% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 298.10 | 257.60 | 159.50 | 98.10 | 0.00 | 0.00 | 40.59 | 0.00 | 98.01 | 32.88% |
| | SUP PSYCH S WK I CF | 9291 | 22.00 | 22.50 | 20.00 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 9.09% |
| | **Statewide Totals** | | **1893.60** | **1849.60** | **1456.75** | **392.85** | **13.00** | **1.82** | **121.78** | **0.00** | **303.89** | **16.05%** |

**Footnotes:**
1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

Report Generated By:

Source: 13/14 7A; SCO Reports; MIRS reports; Hire Tracking System

Program Support

July 2014

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 942883
Sacramento, CA 94283-0001



September 3, 2014

Matthew A. Lopes, Jr. Esquire                    via: Elise Owens Thorn, Esquire
Office of the Special Master                           Deputy Attorney General
Pannone Lopes & Devereaux LLC                         Department of Justice
317 Iron Horse Point Way, Suite 301                   1300 "I" Street, Suite 125
Providence, RI  02908                                 P. O. Box 944255
                                                      Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of July, 2014, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions). *(Data for Avenal State Prison (ASP), California Health Care Facility, Stockton (CHCF), California Institution for Women (CIW), California Men's Colony (CMC), California State Prison, Corcoran (COR), High Desert State Prison (HDSP) Kern Valley State Prison (KVSP), California State Prison, Los Angeles County (LAC), Mule Creek State Prison (MCSP), Pleasant Valley State Prison (PVSP), California State Prison, Sacramento (SAC), Substance Abuse Treatment Facility (SATF), California State Prison, Solano (SOL), and Salinas Valley State Prison (SVSP) Valley State Prison (VSP) are now generated from the Mental Health Tracking System (MHTS).*
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.

Correctional Health Care Services

Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**

**As Of July - 2014**

| | | FY 14/15 | SCO DATA | | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inst. | Classification | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
| SW | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 18.00 | 18.00 | 16.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 11.11% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 60.00 | 60.00 | 37.00 | 23.00 | 1.00 | 0.00 | 0.00 | 0.00 | 22.00 | 36.67% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | -4.00 | NC |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 379.50 | 382.25 | 321.25 | 61.00 | 0.00 | 0.00 | 18.59 | 0.00 | 39.66 | 10.45% |
| | PSYCH-CLINIC CF | 9283 | 711.00 | 708.30 | 598.80 | 109.50 | 1.68 | 0.00 | 44.28 | 0.00 | 66.24 | 9.32% |
| | REC THERAPIST CF | 9286 | 208.00 | 208.00 | 144.50 | 63.50 | 0.00 | 0.00 | 10.69 | 0.00 | 52.81 | 25.39% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 19.50 | 18.50 | 17.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 | 12.82% |
| | SR PSYCH CF/SP | 9287 | 90.00 | 89.75 | 73.75 | 16.00 | 0.64 | 0.00 | 0.00 | 0.00 | 15.61 | 17.34% |
| | SR PSYCH CF/SUP | 9288 | 87.50 | 87.00 | 78.50 | 8.50 | 1.00 | 0.00 | 0.00 | 0.00 | 8.00 | 9.14% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 298.10 | 298.85 | 181.05 | 117.80 | 0.00 | 0.00 | 35.03 | 0.00 | 82.02 | 27.51% |
| | SUP PSYCH S WK I CF | 9291 | 22.00 | 22.50 | 19.00 | 3.50 | 1.00 | 0.00 | 0.00 | 0.00 | 2.00 | 9.09% |
| | **Statewide Totals** | | **1893.60** | **1893.15** | **1486.85** | **406.30** | **9.32** | **0.00** | **108.59** | **0.00** | **288.84** | **15.25%** |

**Footnotes:**

1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

Thursday, August 28, 2014

Source: 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 1 of 1

2:29:45 PM

Report Generated By:

Program Support

October 2014

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, California  95758



December 2, 2014

Matthew A. Lopes, Jr. Esquire                  via:  Elise Owens Thorn, Esquire
Office of the Special Master                          Deputy Attorney General
Pannone Lopes & Devereaux LLC                        Department of Justice
317 Iron Horse Point Way, Suite 301                  1300 "I" Street, Suite 125
Providence, RI  02908                                P. O. Box 944255
                                                     Sacramento, CA  94244-2550


**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of October, 2014, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Mental Health Tracking System (MHTS) Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions). *(Data for Central California (CCWF), California Institution for Men (CIM), and San Quentin State Prison (SQ) are provided by institutional staff.  Data for all other institutions are generated from MHTS.)*
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurses (RN).  **(No Longer Available)**
13. RC Referrals to Correctional Clinical Case Management System (CCCMS) and EOP Completed Within Timelines Report.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
**As Of October - 2014**

| Inst. | Classification | FY 14/15 Class Code | SCO DATA Authorized Per 7A | Established | Filled | Vacant | ADJUSTMENTS 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SW** | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 18.00 | 18.00 | 15.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 16.67% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 60.00 | 60.00 | 39.00 | 21.00 | 1.00 | 0.00 | 0.00 | 0.00 | 20.00 | 33.33% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | -4.00 | NC |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 405.90 | 389.50 | 333.00 | 56.50 | 0.00 | 0.00 | 17.32 | 0.00 | 55.58 | 13.69% |
| | PSYCH-CLINIC CF | 9283 | 739.00 | 728.00 | 614.55 | 113.45 | 2.55 | 0.00 | 42.72 | 0.00 | 79.18 | 10.72% |
| | REC THERAPIST CF | 9286 | 217.00 | 216.00 | 164.50 | 51.50 | 0.00 | 0.00 | 6.72 | 0.00 | 45.78 | 21.10% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 18.80 | 18.80 | 16.00 | 2.80 | 0.00 | 0.00 | 0.00 | 0.00 | 2.80 | 14.89% |
| | SR PSYCH CF/SP | 9287 | 90.90 | 90.00 | 76.75 | 13.25 | 1.00 | 0.00 | 0.00 | 0.00 | 13.15 | 14.47% |
| | SR PSYCH CF/SUP | 9288 | 92.20 | 90.60 | 81.00 | 9.60 | 1.64 | 1.00 | 0.00 | 0.00 | 10.56 | 11.46% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 307.10 | 302.10 | 198.75 | 103.35 | 0.00 | 0.00 | 46.31 | 0.00 | 62.04 | 20.20% |
| | SUP PSYCH S WK I CF | 9291 | 23.20 | 22.50 | 20.00 | 2.50 | 1.00 | 0.00 | 0.00 | 0.00 | 2.20 | 9.48% |
| | **Statewide Totals** | | **1972.10** | **1935.50** | **1558.55** | **376.95** | **11.18** | **1.00** | **113.07** | **0.00** | **290.30** | **14.72%** |

**Footnotes:**
1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

Source: 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

January 2015

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

March 5, 2015

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                          Department of Justice
317 Iron Horse Point Way, Suite 301                    1300 "I" Street, Suite 125
Providence, RI  02908                                  P. O. Box 944255
                                                       Sacramento, CA  94244-2550


**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of January, 2015, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Mental Health Tracking System (MHTS) Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurses (RN).  **(No Longer Available)**
13. RC Referrals to Correctional Clinical Case Management System (CCCMS) and EOP Completed Within Timelines Report.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
**As Of January - 2015**

| | | FY 14/15 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Inst. | Classification | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
| **SW** | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 18.00 | 18.00 | 16.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 11.11% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 60.00 | 60.00 | 39.00 | 21.00 | 1.00 | 0.57 | 0.00 | 0.00 | 20.57 | 34.29% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00 | 0.00 | -4.00 | NC |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 407.40 | 401.90 | 343.00 | 58.90 | 1.00 | 0.00 | 19.17 | 0.00 | 44.23 | 10.86% |
| | PSYCH-CLINIC CF | 9283 | 719.00 | 725.00 | 645.05 | 79.95 | 6.86 | 0.08 | 37.99 | 0.00 | 29.19 | 4.06% |
| | REC THERAPIST CF | 9286 | 195.50 | 211.00 | 167.50 | 43.50 | 0.67 | 0.00 | 5.35 | 0.00 | 21.98 | 11.24% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 18.60 | 18.80 | 15.00 | 3.80 | 0.00 | 0.00 | 0.00 | 0.00 | 3.60 | 19.35% |
| | SR PSYCH CF/SP | 9287 | 89.40 | 90.90 | 77.75 | 13.15 | 2.00 | 0.00 | 0.00 | 0.00 | 9.65 | 10.79% |
| | SR PSYCH CF/SUP | 9288 | 87.90 | 92.10 | 82.50 | 9.60 | 3.71 | 0.34 | 0.00 | 0.00 | 2.03 | 2.31% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 302.90 | 303.60 | 197.25 | 106.35 | 0.00 | 0.00 | 53.94 | 0.00 | 51.71 | 17.07% |
| | SUP PSYCH S WK I CF | 9291 | 23.70 | 23.70 | 22.00 | 1.70 | 1.00 | 0.00 | 0.00 | 0.00 | 0.70 | 2.95% |
| | **Statewide Totals** | | **1922.40** | **1945.00** | **1605.05** | **339.95** | **20.24** | **1.00** | **116.45** | **0.00** | **181.66** | **9.45%** |

**Footnotes:**
1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

Source: 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

April 2015

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

June 1, 2015

Matthew A. Lopes, Jr. Esquire
Office of the Special Master
Pannone Lopes & Devereaux LLC
317 Iron Horse Point Way, Suite 301
Providence, RI  02908

via: Elise Owens Thorn, Esquire
Deputy Attorney General
Department of Justice
1300 "I" Street, Suite 125
P. O. Box 944255
Sacramento, CA  94244-2550

**RE:** ***COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of April, 2015, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Institution Vacancy by Classification.
   c. Mental Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies-Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report.
   b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
As Of April - 2015

| Inst. | Classification | Class Code | FY 14/15 Authorized Per 7A | SCO DATA Established | SCO DATA Filled | SCO DATA Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
|-------|----------------|-----------|------------------|-------------|--------|--------|------|------|----------|-------|-----------|----------|
| **SW** | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 18.00 | 18.00 | 16.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 11.11% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 60.00 | 60.00 | 38.00 | 22.00 | 1.00 | 0.00 | 0.00 | 0.00 | 21.00 | 35.00% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 0.00 | 25.00 | 0.00 | 25.00 | 4.00 | 0.00 | 0.00 | 0.00 | -4.00 | NC |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 407.40 | 410.90 | 351.75 | 59.15 | 5.36 | 0.00 | 20.36 | 0.00 | 29.93 | 7.35% |
| | PSYCH-CLINIC CF | 9283 | 719.00 | 760.00 | 658.05 | 101.95 | 8.05 | 0.00 | 33.19 | 0.00 | 19.71 | 2.74% |
| | REC THERAPIST CF | 9286 | 195.50 | 237.50 | 176.50 | 61.00 | 1.00 | 0.00 | 6.34 | 0.00 | 11.66 | 5.96% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 18.60 | 19.00 | 14.00 | 5.00 | 1.64 | 0.00 | 0.00 | 0.00 | 2.96 | 15.93% |
| | SR PSYCH CF/SP | 9287 | 89.40 | 93.40 | 72.00 | 21.40 | 2.00 | 0.00 | 0.00 | 0.00 | 15.40 | 17.23% |
| | SR PSYCH CF/SUP | 9288 | 87.90 | 94.50 | 89.50 | 5.00 | 4.90 | 0.00 | 0.00 | 0.00 | -6.50 | -7.40% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 302.90 | 311.80 | 193.25 | 118.55 | 2.00 | 0.00 | 53.78 | 0.00 | 53.87 | 17.78% |
| | SUP PSYCH S WK I CF | 9291 | 23.70 | 23.20 | 20.00 | 3.20 | 1.00 | 0.00 | 0.00 | 0.00 | 2.70 | 11.39% |
| | **Statewide Totals** | | **1922.40** | **2053.30** | **1629.05** | **424.25** | **30.95** | **0.00** | **113.67** | **0.00** | **148.73** | **7.74%** |

**Footnotes:**
1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

Report Generated By:

Source: 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Program Support

July 2015

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, California  95758

September 1, 2015

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                  Department of Justice
317 Iron Horse Point Way, Suite 301              1300 "I" Street, Suite 125
Providence, RI  02908                                     P. O. Box 944255
                                                                     Sacramento, CA  94244-2550

**RE:** *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of July, 2015, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
    (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit
    (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.
5. EOP ASU Hub Trends.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
**As Of July - 2015**

| Inst. | Classification | FY 15/16 Class Code | SCO DATA Authorized Per 7A | Established | Filled | Vacant | ADJUSTMENTS 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
|-------|----------------|---------------------|----------------------------|-------------|--------|--------|------------------|-----|---------------|-------|------------------|----------------|
| SW | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 18.00 | 18.00 | 15.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 16.67% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 60.00 | 60.00 | 36.00 | 24.00 | 1.00 | 0.00 | 0.00 | 0.00 | 23.00 | 38.33% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 22.00 | 25.00 | 0.00 | 25.00 | 4.00 | 0.00 | 0.00 | 0.00 | 18.00 | 81.82% |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 422.50 | 408.90 | 354.00 | 54.90 | 4.86 | 2.00 | 23.43 | 0.00 | 42.21 | 9.99% |
| | PSYCH-CLINIC CF | 9283 | 824.50 | 760.00 | 652.55 | 107.45 | 10.27 | 1.05 | 33.62 | 0.00 | 129.10 | 15.66% |
| | REC THERAPIST CF | 9286 | 245.50 | 237.50 | 174.00 | 63.50 | 1.00 | 0.00 | 10.33 | 0.00 | 60.17 | 24.51% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 20.00 | 19.00 | 14.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.00 | 4.00 | 20.00% |
| | SR PSYCH CF/SP | 9287 | 108.40 | 93.40 | 82.00 | 11.40 | 1.00 | 0.00 | 0.00 | 0.00 | 25.40 | 23.43% |
| | SR PSYCH CF/SUP | 9288 | 100.50 | 96.00 | 92.00 | 4.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.50 | 0.50% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 320.30 | 311.80 | 192.25 | 119.55 | 2.00 | 0.00 | 49.05 | 0.00 | 77.00 | 24.04% |
| | SUP PSYCH S WK I CF | 9291 | 23.00 | 23.20 | 20.00 | 3.20 | 2.00 | 0.00 | 0.00 | 0.00 | 1.00 | 4.35% |
| | **Statewide Totals** | | **2164.70** | **2052.80** | **1631.80** | **421.00** | **36.14** | **3.05** | **116.43** | **0.00** | **383.38** | **17.71%** |

**Footnotes:**
1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

Source: 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

October 2015

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, California  95758



December 2, 2015

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                              Deputy Attorney General
Pannone Lopes & Devereaux LLC                            Department of Justice
317 Iron Horse Point Way, Suite 301                      1300 "I" Street, Suite 125
Providence, RI  02908                                    P. O. Box 944255
                                                         Sacramento, CA  94244-2550


RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of October, 2015, data (or as otherwise
noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Institution Vacancy by Classification.
   c. Mental Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies-Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
      Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report.
   b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
   (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit
   (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
**As Of October - 2015**

| Inst. | Classification | Class Code | FY 15/16 Authorized Per 7A | SCO DATA Established | SCO DATA Filled | SCO DATA Vacant | ADJUSTMENTS 918 | ADJUSTMENTS 920 | ADJUSTMENTS Registry (PY) | ADJUSTMENTS Hires | ADJUSTMENTS Adjusted vacancy | ADJUSTMENTS Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SW** | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 18.00 | 18.00 | 14.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 | 3.00 | 16.67% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 60.00 | 60.00 | 38.00 | 22.00 | 1.00 | 0.00 | 0.00 | 0.00 | 21.00 | 35.00% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 25.00 | 25.00 | 19.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 24.00% |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 422.50 | 421.50 | 363.00 | 58.50 | 2.00 | 0.17 | 20.98 | 0.00 | 36.69 | 8.68% |
| | PSYCH-CLINIC CF | 9283 | 824.50 | 809.50 | 665.30 | 144.20 | 4.05 | 0.91 | 36.74 | 0.00 | 119.32 | 14.47% |
| | REC THERAPIST CF | 9286 | 245.50 | 238.50 | 173.50 | 65.00 | 3.00 | 0.32 | 17.49 | 0.00 | 51.83 | 21.11% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 20.00 | 20.00 | 14.00 | 6.00 | 0.00 | 1.00 | 0.00 | 0.00 | 7.00 | 35.00% |
| | SR PSYCH CF/SP | 9287 | 108.50 | 106.00 | 81.50 | 24.50 | 1.68 | 0.25 | 0.00 | 0.00 | 25.56 | 23.56% |
| | SR PSYCH CF/SUP | 9288 | 100.50 | 97.50 | 93.50 | 4.00 | 7.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 320.30 | 318.30 | 187.75 | 130.55 | 0.00 | 0.08 | 40.14 | 0.00 | 92.49 | 28.88% |
| | SUP PSYCH S WK I CF | 9291 | 23.00 | 23.00 | 21.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 4.35% |
| | **Statewide Totals** | | **2167.80** | **2137.30** | **1670.55** | **466.75** | **20.73** | **2.72** | **115.35** | **0.00** | **363.90** | **16.79%** |

**Footnotes:**
1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

Report Generated By:

Source: 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System

Program Support

January 2016

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



March 4, 2016

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                              Deputy Attorney General
Pannone Lopes & Devereaux LLC                    Department of Justice
317 Iron Horse Point Way, Suite 301              1300 "I" Street, Suite 125
Providence, RI  02908                                    P. O. Box 944255
                                                                        Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of January, 2016, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.  **Data not available for Central California Women's Facility (CCWF) due to Electronic Health Records System (EHRS) conversion.**
    b. Reception Center Transfer Timelines Report.  **Data not available for CCWF due to EHRS conversion.**

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
**As Of January - 2016**

| Inst. | Classification | FY 15/16 Class Code | SCO DATA Authorized Per 7A | Established | Filled | Vacant | ADJUSTMENTS 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
|-------|----------------|------|------|------|------|------|------|------|------|------|------|------|
| SW | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 18.00 | 18.00 | 15.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 2.00 | 11.11% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 61.00 | 60.00 | 37.00 | 23.00 | 1.00 | 0.00 | 0.00 | 0.00 | 23.00 | 37.70% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 35.00 | 25.00 | 19.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 45.71% |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 436.00 | 422.50 | 368.00 | 54.50 | 4.97 | 0.34 | 20.53 | 0.00 | 42.84 | 9.83% |
| | PSYCH-CLINIC CF | 9283 | 855.80 | 824.50 | 681.00 | 143.50 | 10.95 | 0.90 | 35.66 | 0.00 | 129.09 | 15.08% |
| | REC THERAPIST CF | 9286 | 269.40 | 245.50 | 175.00 | 70.50 | 3.00 | 0.32 | 14.52 | 0.00 | 77.20 | 28.66% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 20.80 | 20.00 | 14.00 | 6.00 | 0.00 | 1.00 | 0.00 | 0.00 | 7.80 | 37.50% |
| | SR PSYCH CF/SP | 9287 | 111.40 | 108.50 | 95.00 | 13.50 | 1.00 | 0.57 | 0.00 | 0.00 | 15.97 | 14.34% |
| | SR PSYCH CF/SUP | 9288 | 107.20 | 100.00 | 96.00 | 4.00 | 7.86 | 0.00 | 0.00 | 0.00 | 3.34 | 3.12% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 331.60 | 320.30 | 190.00 | 130.30 | 1.00 | 0.43 | 39.90 | 0.00 | 101.13 | 30.50% |
| | SUP PSYCH S WK I CF | 9291 | 24.40 | 23.00 | 21.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 2.40 | 9.84% |
| | **Statewide Totals** | | **2270.60** | **2167.30** | **1711.00** | **456.30** | **31.78** | **3.56** | **110.61** | **0.00** | **420.77** | **18.53%** |

**Footnotes:**
1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

Wednesday, March 02, 2016

Source: 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 1 of 1

9:18:37 AM

Report Generated By:

Program Support

April 2016

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 588500
Elk Grove, California  95758



June 3, 2016

Matthew A. Lopes, Jr. Esquire                        via: Elise Owens Thorn, Esquire
Office of the Special Master                               Deputy Attorney General
Pannone Lopes & Devereaux LLC                       Department of Justice
317 Iron Horse Point Way, Suite 301                 1300 "I" Street, Suite 125
Providence, RI  02908                                        P. O. Box 944255
                                                                         Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of April 2016, data (or as otherwise
noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
        a. Reception Center Mental Health Screening Report.  **Data not available for
        Central California Women's Facility (CCWF) due to Electronic Health
        Records System (EHRS) conversion.**
        b. Reception Center Transfer Timelines Report.  **Data not available for CCWF
        due to EHRS conversion.**

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report.

4. EOP Inmates Waiting Transfers to PSU.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
**As Of April - 2016**

| Inst. | Classification | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
| SW | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 18.00 | 18.00 | 15.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 2.00 | 11.11% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 61.00 | 60.00 | 40.00 | 20.00 | 1.00 | 0.00 | 0.00 | 0.00 | 20.00 | 32.79% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 35.00 | 35.00 | 19.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0.00 | 16.00 | 45.71% |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 436.00 | 431.00 | 371.75 | 59.25 | 10.00 | 0.10 | 25.23 | 0.00 | 29.12 | 6.68% |
| | PSYCH-CLINIC CF | 9283 | 855.80 | 838.00 | 670.15 | 167.85 | 9.81 | 0.10 | 37.45 | 0.00 | 138.50 | 16.18% |
| | REC THERAPIST CF | 9286 | 269.40 | 262.00 | 183.00 | 79.00 | 5.71 | 0.00 | 17.17 | 0.00 | 63.52 | 23.58% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 20.80 | 20.00 | 15.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.80 | 27.88% |
| | SR PSYCH CF/SP | 9287 | 111.40 | 111.00 | 103.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 7.40 | 6.64% |
| | SR PSYCH CF/SUP | 9288 | 107.20 | 104.50 | 100.50 | 4.00 | 9.71 | 0.00 | 0.00 | 0.00 | -3.01 | -2.81% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 331.60 | 323.80 | 175.25 | 148.55 | 2.00 | 0.00 | 38.92 | 0.00 | 115.43 | 34.81% |
| | SUP PSYCH S WK I CF | 9291 | 24.40 | 23.00 | 21.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 2.40 | 9.84% |
| | **Statewide Totals** | | **2270.60** | **2226.30** | **1713.65** | **512.65** | **41.24** | **0.20** | **118.77** | **0.00** | **397.14** | **17.49%** |

**Footnotes:**
1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

July 2016

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 588500
Elk Grove, California  95758



September 7, 2016

Matthew A. Lopes, Jr. Esquire
Office of the Special Master
Pannone Lopes & Devereaux LLC
317 Iron Horse Point Way, Suite 301
Providence, RI  02908

via: Elise Owens Thorn, Esquire
Deputy Attorney General
Department of Justice
1300 "I" Street, Suite 125
P. O. Box 944255
Sacramento, CA  94244-2550

RE: *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of July, 2016, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
     a. Mental Health Executive Summary.
     b. Mental Institution Vacancy by Classification.
     c. Mental Institution Vacancies Summary by Classification.
     d. Mental Health Month to Month Registry Usage.
     e. Mental Health Six-Month Vacancy Summary.
     f. Mental Health Program Institution Vacancies-Summary by Classification.
     g. Statewide Mental Health Program Compliance Summary Report.
     h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
     i. Mental Health Hiring Progress Report.
     j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
     k. Mental Health Telepsych Allocated and Filled Positions Report.

2. Reception Center Monthly Reports.
     a. Reception Center Mental Health Screening Report.
     b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
**As Of July - 2016**

| Inst. | Classification | FY 16/17 Class Code | SCO DATA Authorized Per 7A | Established | Filled | Vacant | ADJUSTMENTS 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
|-------|----------------|----------|-----------|-------------|--------|--------|-----|-----|----------|-------|----------|---------|
| **SW** | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 18.00 | 18.00 | 13.00 | 5.00 | 1.00 | 0.00 | 0.00 | 0.00 | 4.00 | 22.22% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 61.00 | 60.00 | 40.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 21.00 | 34.43% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 35.00 | 35.00 | 10.00 | 25.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | 71.43% |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 434.60 | 431.00 | 374.50 | 56.50 | 12.00 | 0.09 | 21.99 | 0.00 | 26.20 | 6.03% |
| | PSYCH-CLINIC CF | 9283 | 865.20 | 838.00 | 671.85 | 166.15 | 7.73 | 0.28 | 38.34 | 0.00 | 147.57 | 17.06% |
| | REC THERAPIST CF | 9286 | 267.40 | 262.00 | 190.00 | 72.00 | 6.55 | 0.27 | 19.10 | 0.00 | 52.03 | 19.46% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 20.80 | 20.00 | 15.00 | 5.00 | 1.00 | 0.00 | 0.00 | 0.00 | 5.80 | 27.88% |
| | SR PSYCH CF/SP | 9287 | 112.40 | 111.00 | 100.00 | 11.00 | 1.00 | 0.00 | 0.00 | 0.00 | 11.40 | 10.14% |
| | SR PSYCH CF/SUP | 9288 | 107.20 | 104.50 | 100.50 | 4.00 | 12.00 | 0.00 | 0.00 | 0.00 | -5.30 | -4.94% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 330.10 | 323.80 | 172.50 | 151.30 | 2.00 | 0.05 | 45.93 | 0.00 | 109.72 | 33.24% |
| | SUP PSYCH S WK I CF | 9291 | 23.80 | 23.00 | 21.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.80 | 7.56% |
| | **Statewide Totals** | | **2275.50** | **2226.30** | **1708.35** | **517.95** | **43.27** | **0.69** | **125.36** | **0.00** | **399.21** | **17.54%** |

**Footnotes:**
1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

Monday, August 29, 2016

Source: 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 1 of 1

2:58:03 PM

Report Generated By:

Program Support

October 2016

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

December 9, 2016

Matthew A. Lopes, Jr. Esquire                    via: Elise Owens Thorn, Esquire
Office of the Special Master                          Deputy Attorney General
Pannone Lopes & Devereaux LLC                        Department of Justice
317 Iron Horse Point Way, Suite 301                  1300 "I" Street, Suite 125
Providence, RI  02908                                P. O. Box 944255
                                                     Sacramento, CA  94244-2550

**RE:** *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of October, 2016, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
**As Of October - 2016**

| | | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Inst. | Classification | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
| **SW** | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 18.00 | 18.00 | 14.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 | 3.00 | 16.67% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 61.00 | 60.00 | 38.00 | 22.00 | 0.00 | 0.00 | 0.00 | 0.00 | 23.00 | 37.70% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 35.00 | 35.00 | 31.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 11.43% |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 434.60 | 426.00 | 381.50 | 44.50 | 11.00 | 0.59 | 14.71 | 0.00 | 27.98 | 6.44% |
| | PSYCH-CLINIC CF | 9283 | 865.20 | 817.00 | 670.85 | 146.15 | 21.38 | 0.20 | 30.38 | 0.00 | 142.79 | 16.50% |
| | REC THERAPIST CF | 9286 | 267.40 | 266.50 | 207.00 | 59.50 | 4.00 | 1.00 | 16.38 | 0.00 | 41.02 | 15.34% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 20.80 | 20.00 | 14.00 | 6.00 | 1.00 | 0.62 | 0.00 | 0.00 | 6.42 | 30.86% |
| | SR PSYCH CF/SP | 9287 | 112.40 | 111.50 | 101.00 | 10.50 | 2.00 | 0.00 | 0.00 | 0.00 | 9.40 | 8.36% |
| | SR PSYCH CF/SUP | 9288 | 107.20 | 100.00 | 95.50 | 4.50 | 12.00 | 0.00 | 0.00 | 0.00 | -0.30 | -0.28% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 330.10 | 322.80 | 171.80 | 151.00 | 2.00 | 0.00 | 35.05 | 0.00 | 121.25 | 36.73% |
| | SUP PSYCH S WK I CF | 9291 | 23.80 | 23.00 | 21.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.80 | 7.56% |
| | **Statewide Totals** | | **2275.50** | **2199.80** | **1745.65** | **454.15** | **55.38** | **2.41** | **96.52** | **0.00** | **380.36** | **16.72%** |

**Footnotes:**
1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

Report Generated By:

Source: 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Program Support

January 2017

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



March 8, 2017

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                          Department of Justice
317 Iron Horse Point Way, Suite 301                    1300 "I" Street, Suite 125
Providence, RI  02908                                  P. O. Box 944255
                                                       Sacramento, CA  94244-2550


RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of January, 2017, data (or as otherwise
noted).  The following is the list of enclosures:

1.  California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.

2.  Reception Center Monthly Reports.
        a. Reception Center Mental Health Screening Report.
        b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY CLASSIFICATION (CLINICAL POSITIONS ONLY)**
**As Of January - 2017**

| Inst. | Classification | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **FY 16/17** | **SCO DATA** | | | **ADJUSTMENTS** | | | | | |
| **SW** | | | | | | | | | | | | |
| | CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 18.00 | 18.00 | 14.00 | 4.00 | 1.13 | 0.00 | 0.00 | 0.00 | 2.87 | 15.92% |
| | CHIEF PSYCHOLOGIST/CF | 9859 | 61.00 | 60.00 | 41.00 | 19.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 32.79% |
| | CLINICAL PSYCHOLOGY INTERN | 9851 | 35.00 | 35.00 | 30.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 14.29% |
| | CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 434.60 | 426.50 | 372.50 | 54.00 | 12.50 | 0.09 | 27.59 | 0.00 | 22.10 | 5.08% |
| | PSYCH-CLINIC CF | 9283 | 865.20 | 817.00 | 667.10 | 149.90 | 23.18 | 0.33 | 37.27 | 0.00 | 137.98 | 15.95% |
| | REC THERAPIST CF | 9286 | 267.40 | 266.50 | 212.00 | 54.50 | 5.95 | 0.00 | 15.47 | 0.00 | 33.98 | 12.71% |
| | SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 20.80 | 20.00 | 15.00 | 5.00 | 0.00 | 1.00 | 0.00 | 0.00 | 6.80 | 32.69% |
| | SR PSYCH CF/SP | 9287 | 112.40 | 111.50 | 103.00 | 8.50 | 2.00 | 0.00 | 0.00 | 0.00 | 7.40 | 6.58% |
| | SR PSYCH CF/SUP | 9288 | 107.20 | 101.50 | 93.50 | 8.00 | 14.00 | 0.20 | 0.00 | 0.00 | -0.10 | -0.09% |
| | STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 330.10 | 322.80 | 175.00 | 147.80 | 2.00 | 0.00 | 45.28 | 0.00 | 107.82 | 32.66% |
| | SUP PSYCH S WK I CF | 9291 | 23.80 | 23.00 | 20.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 2.80 | 11.76% |
| | **Statewide Totals** | | **2275.50** | **2201.80** | **1743.10** | **458.70** | **61.77** | **1.62** | **125.61** | **0.00** | **346.64** | **15.23%** |

**Footnotes:**
1. Data reflected in the Hire column is based on an actual hire with a start date occurring within the last 30 days.
2. Adjusted vacancy figures are calculated as factor of "Auth per 7A."
3. SCO = State Controller's Office (Payroll) Report; NC = Not Calculated
4. Data reflected in the Registry Column is a conversion of hours to PY. The formula is based on 173.33 hours per PY.
5. Positions Filled above the authorized PY are reflected as a negative number in the Adjusted Vacancy Column.
6. Establishment of positions in the SCO data is based on the 607 process, therefore the established amount may reflect a lag.
7. 918 = Salary and Wages Other Positions, Blanket Report. Pending hires and hires of staff being paid without an authorized position are sometimes placed in a blanket.
8. 920 = Long Term Sick Position Blanket Report.
9. Classifications can have more than one Class Code.
10. SCO data is approximately 45 days in arrears and does not include employees hired through various registry services or positions paid from the temporary help blanket (9999), unallocated positions.
11. Occasionally, additional new and certain existing employees are paid using 918 blanket numbers. This is an accounting issue, not a reduction in positions.

Source: 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

Exhibit K

January 2014

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 942883
Sacramento, CA94283-0001



March 3, 2014

Matthew A. Lopes, Jr. Esquire                  via: Debbie J. Vorous, Esquire
Office of the Special Master                          Deputy Attorney General
Pannone Lopes & Devereaux LLC                        Department of Justice
317 Iron Horse Point Way, Suite 301                  1300 "I" Street, Suite 125
Providence, RI  02908                                P. O. Box 944255
                                                     Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of January, 2014, data (or as otherwise
noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and
   Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary,
   and Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center
   (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient
   Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including
   admissions). (Data for California Health Care Facility, Stockton (CHCF),
   California Institution for Women (CIW), California State Prison, Solano (SOL),
   generated from the Mental Health Tracking System (MHTS).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH
    Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative
    Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

# Mental Health Population By Institution
Download Date: January 17, 2014

CONFIDENTIAL

## SUMMARY OF OUTPATIENT POPULATION
(ASU, GP, RC and SHU Detail on pages 2-4)

| Institution | CCCMS [1] | | | EOP [2] | | | PSU [2] | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 1099 | 1222 | 111% | | 7 | | | | | 1229 |
| CAC | | | | | | | | | | |
| CAL | | 25 | | | 1 | | | | | 26 |
| CCC | | 2 | | | | | | | | 2 |
| CCI | 1349 | 1155 | 86% | | 6 | | | | | 1161 |
| CCWF | 899 | 1211 | 135% | 64 | 57 | 89% | | | | 1268 |
| CEN | | 41 | | | | | | | | 41 |
| CHCF | | 346 | | | 82 | | | | | 428 |
| CIM | 1299 | 1620 | 125% | | 41 | | | | | 1661 |
| CIW | 499 | 830 | 166% | 85 | 82 | 96% | 20 | 15 | 75% | 927 |
| CMC | 1099 | 777 | 71% | 630 | 667 | 106% | | | | 1444 |
| CMF | 599 | 407 | 68% | 391 | 384 | 98% | | | | 791 |
| COR | 949 | 1282 | 135% | 250 | 264 | 106% | | | | 1546 |
| CRC-M | 848 | 1137 | 134% | | 1 | | | | | 1138 |
| CTF | 845 | 1164 | 138% | | 3 | | | | | 1167 |
| CVSP | | 10 | | | | | | | | 10 |
| DVI | 649 | 485 | 75% | | 16 | | | | | 501 |
| FOL | 599 | 761 | 127% | | 3 | | | | | 764 |
| HDSP | 699 | 1005 | 144% | | 10 | | | | | 1015 |
| ISP | | 16 | | | | | | | | 16 |
| KVSP | 1000 | 1285 | 129% | 96 | 110 | 115% | | | | 1395 |
| LAC | 1149 | 1351 | 118% | 374 | 353 | 94% | | | | 1704 |
| MCSP | 1149 | 1162 | 101% | 560 | 547 | 98% | | | | 1709 |
| NKSP | 799 | 760 | 95% | | 96 | | | | | 856 |
| PBSP | 349 | 121 | 35% | 66 | 59 | 89% | 128 | 12 | 9% | 192 |
| PVSP | 1499 | 1321 | 88% | | 1 | | | | | 1322 |
| RJD | 1199 | 1375 | 115% | 543 | 523 | 96% | | | | 1898 |
| SAC | 849 | 516 | 61% | 448 | 435 | 97% | 384 | 308 | 80% | 1259 |
| SATF | 1199 | 1626 | 136% | 352 | 333 | 95% | | | | 1959 |
| SCC | 499 | 629 | 126% | | | | | | | 629 |
| SOL | 1199 | 1423 | 119% | | 5 | | | | | 1428 |
| SQ | 899 | 1047 | 116% | | 65 | | | | | 1112 |
| SVSP | 999 | 1188 | 119% | 406 | 351 | 86% | | | | 1539 |
| VSP | 849 | 1079 | 127% | 192 | 188 | 98% | | | | 1267 |
| WSP | 1049 | 942 | 90% | | 124 | | | | | 1066 |
| TOTAL | 26118 | 29321 | 112% | 4457 | 4814 | 108% | 532 | 335 | 63% | 34470 |

April 2014

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                        EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**

P.O. Box 942883
Sacramento, CA94283-0001



June 2, 2014

Matthew A. Lopes, Jr. Esquire                          via:  Elise Owens Thorn, Esquire
Office of the Special Master                                  Deputy Attorney General
Pannone Lopes & Devereaux LLC                                Department of Justice
317 Iron Horse Point Way, Suite 301                          1300 "I" Street, Suite 125
Providence, RI  02908                                        P. O. Box 944255
                                                             Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of April, 2014, data (or as otherwise noted).  The following is the list of enclosures:

1.  Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History**.**
2.  MHSDS Hiring Activity Report**.**
3.  Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Length of Stay Report.
4.  Mental Health Telemedicine Monthly Report for all disciplines.
5.  California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6.  Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7.  Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions).  (Data for California Health Care Facility, Stockton (CHCF), California Institution for Women (CIW), Mule Creek State Prison (MCSP), California State Prison, Sacramento (SAC), California State Prison, Solano (SOL), and Salinas Valley State Prison (SVSP) are now generated from the Mental Health Tracking System (MHTS).
8.  Atascadero State Hospital (ASH) Discharges.
9.  Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of State Hospitals (DSH) Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**

# Mental Health Population  By Institution
*Download Date: April 4, 2014*

CONFIDENTIAL

## SUMMARY OF OUTPATIENT POPULATION
### (ASU, GP, RC and SHU Detail on pages 2-4)

| Institution | CCCMS [1] | | | EOP [2] | | | PSU [2] | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 1099 | 1312 | 119% | | 6 | | | | | 1318 |
| CAC | | | | | | | | | | |
| CAL | | 14 | | | | | | | | 14 |
| CCC | | 2 | | | | | | | | 2 |
| CCI | 1349 | 1121 | 83% | | 6 | | | | | 1127 |
| CCWF | 899 | 1309 | 146% | 64 | 55 | 86% | | | | 1364 |
| CEN | | 41 | | | 1 | | | | | 42 |
| CHCF | | 334 | | | 79 | | | | | 413 |
| CIM | 1299 | 1580 | 122% | | 54 | | | | | 1634 |
| CIW | 499 | 800 | 160% | 85 | 77 | 91% | 20 | 12 | 60% | 889 |
| CMC | 1099 | 733 | 67% | 630 | 669 | 106% | | | | 1402 |
| CMF | 599 | 429 | 72% | 391 | 404 | 103% | | | | 833 |
| COR | 949 | 1282 | 135% | 250 | 277 | 111% | | | | 1559 |
| CRC-M | 848 | 1155 | 136% | | 2 | | | | | 1157 |
| CTF | 845 | 1104 | 131% | | 1 | | | | | 1105 |
| CVSP | | 15 | | | 1 | | | | | 16 |
| DVI | 649 | 548 | 84% | | 25 | | | | | 573 |
| FOL | 599 | 740 | 124% | | 8 | | | | | 748 |
| HDSP | 699 | 991 | 142% | | 11 | | | | | 1002 |
| ISP | | 14 | | | | | | | | 14 |
| KVSP | 1000 | 1284 | 128% | 96 | 118 | 123% | | | | 1402 |
| LAC | 1149 | 1277 | 111% | 400 | 382 | 96% | | | | 1659 |
| MCSP | 1149 | 1191 | 104% | 560 | 567 | 101% | | | | 1758 |
| NKSP | 799 | 822 | 103% | | 106 | | | | | 928 |
| PBSP | 349 | 141 | 40% | 66 | 56 | 85% | 128 | 14 | 11% | 211 |
| PVSP | 1499 | 1329 | 89% | | 1 | | | | | 1330 |
| RJD | 1199 | 1381 | 115% | 543 | 535 | 99% | | | | 1916 |
| SAC | 849 | 521 | 61% | 448 | 419 | 94% | 384 | 344 | 90% | 1284 |
| SATF | 1199 | 1712 | 143% | 352 | 368 | 105% | | | | 2080 |
| SCC | 499 | 598 | 120% | | 5 | | | | | 603 |
| SOL | 1199 | 1483 | 124% | | 15 | | | | | 1498 |
| SQ | 899 | 1080 | 120% | | 66 | | | | | 1146 |
| SVSP | 999 | 1138 | 114% | 406 | 379 | 93% | | | | 1517 |
| VSP | 849 | 1164 | 137% | 192 | 199 | 104% | | | | 1363 |
| WSP | 1049 | 1047 | 100% | | 125 | | | | | 1172 |
| **TOTAL** | **26118** | **29692** | **114%** | **4483** | **5017** | **112%** | **532** | **370** | **70%** | **35079** |

July 2014

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 942883
Sacramento, CA 94283-0001



September 3, 2014

Matthew A. Lopes, Jr. Esquire                           via:  Elise Owens Thorn, Esquire
Office of the Special Master                                    Deputy Attorney General
Pannone Lopes & Devereaux LLC                                  Department of Justice
317 Iron Horse Point Way, Suite 301                            1300 "I" Street, Suite 125
Providence, RI  02908                                          P. O. Box 944255
                                                               Sacramento, CA  94244-2550


**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of July, 2014, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions). *(Data for Avenal State Prison (ASP), California Health Care Facility, Stockton (CHCF), California Institution for Women (CIW), California Men's Colony (CMC), California State Prison, Corcoran (COR), High Desert State Prison (HDSP) Kern Valley State Prison (KVSP), California State Prison, Los Angeles County (LAC), Mule Creek State Prison (MCSP), Pleasant Valley State Prison (PVSP), California State Prison, Sacramento (SAC), Substance Abuse Treatment Facility (SATF), California State Prison, Solano (SOL), and Salinas Valley State Prison (SVSP) Valley State Prison (VSP) are now generated from the Mental Health Tracking System (MHTS).*
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.

# Mental Health Population  By Institution
*Download Date: July 3, 2014*

CONFIDENTIAL

## SUMMARY OF OUTPATIENT POPULATION
### (ASU, GP, RC and SHU Detail on pages 2-4)

| Institution | CCCMS [1] | | | EOP [2] | | | PSU [2] | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 1099 | 1420 | 129% | | 5 | | | | | 1425 |
| CAC | | 3 | | | | | | | | 3 |
| CAL | | 25 | | | 3 | | | | | 28 |
| CCC | | 1 | | | | | | | | 1 |
| CCI | 1349 | 1249 | 93% | | 13 | | | | | 1262 |
| CCWF | 899 | 1368 | 152% | 64 | 51 | 80% | | | | 1419 |
| CEN | | 25 | | | 1 | | | | | 26 |
| CHCF | | 335 | | 375 | 69 | 18% | | | | 404 |
| CIM | 1299 | 1623 | 125% | | 42 | | | | | 1665 |
| CIW | 499 | 784 | 157% | 85 | 83 | 98% | 20 | 16 | 80% | 883 |
| CMC | 1099 | 678 | 62% | 630 | 655 | 104% | | | | 1333 |
| CMF | 599 | 448 | 75% | 505 | 447 | 89% | | | | 895 |
| COR | 949 | 1317 | 139% | 250 | 302 | 121% | | | | 1619 |
| CRC-M | 848 | 1134 | 134% | | 1 | | | | | 1135 |
| CTF | 845 | 1267 | 150% | | 1 | | | | | 1268 |
| CVSP | | 21 | | | | | | | | 21 |
| DVI | 649 | 530 | 82% | | 25 | | | | | 555 |
| FOL | 599 | 708 | 118% | | 5 | | | | | 713 |
| FWF | 200 | 19 | 10% | | | | | | | 19 |
| HDSP | 699 | 957 | 137% | | 19 | | | | | 976 |
| ISP | | 32 | | | | | | | | 32 |
| KVSP | 1000 | 1303 | 130% | 96 | 112 | 117% | | | | 1415 |
| LAC | 1149 | 1236 | 108% | 400 | 442 | 111% | | | | 1678 |
| MCSP | 1149 | 1166 | 101% | 560 | 608 | 109% | | | | 1774 |
| NKSP | 799 | 844 | 106% | | 118 | | | | | 962 |
| PBSP | 349 | 166 | 48% | 66 | 60 | 91% | 128 | 20 | 16% | 246 |
| PVSP | 1499 | 1367 | 91% | | 4 | | | | | 1371 |
| RJD | 1199 | 1308 | 109% | 543 | 568 | 105% | | | | 1876 |
| SAC | 849 | 513 | 60% | 448 | 445 | 99% | 384 | 346 | 90% | 1304 |
| SATF | 1199 | 1684 | 140% | 352 | 373 | 106% | | | | 2057 |
| SCC | 499 | 663 | 133% | | 2 | | | | | 665 |
| SOL | 1199 | 1474 | 123% | | 16 | | | | | 1490 |
| SQ | 899 | 1067 | 119% | | 70 | | | | | 1137 |
| SVSP | 999 | 1146 | 115% | 406 | 401 | 99% | | | | 1547 |
| VSP | 849 | 1231 | 145% | 192 | 207 | 108% | | | | 1438 |
| WSP | 1049 | 1081 | 103% | | 141 | | | | | 1222 |
| **TOTAL** | **26318** | **30193** | **115%** | **4972** | **5289** | **106%** | **532** | **382** | **72%** | **35864** |

October 2014

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                      EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, California  95758



December 2, 2014

Matthew A. Lopes, Jr. Esquire                           via:  Elise Owens Thorn, Esquire
Office of the Special Master                                    Deputy Attorney General
Pannone Lopes & Devereaux LLC                           Department of Justice
317 Iron Horse Point Way, Suite 301                      1300 "I" Street, Suite 125
Providence, RI  02908                                          P. O. Box 944255
                                                               Sacramento, CA  94244-2550


**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of October, 2014, data (or as otherwise
noted).  The following is the list of enclosures:

1.  Mental Health Services Delivery System (MHSDS) Staffing Allocation and
    Vacancy History.
2.  MHSDS Hiring Activity Report.
3.  Health Care Placement Oversight Program (HCPOP) Information Report, Summary,
    and Mental Health Tracking System (MHTS) Length of Stay Report.
4.  Mental Health Telemedicine Monthly Report for all disciplines.
5.  California Department of Corrections and Rehabilitation (CDCR) Reception Center
    (RC) Monthly Report.
6.  Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient
    Psychiatric Aging Report.
7.  Referrals for Transfer to the Department of State Hospitals (DSH), (including
    admissions). *(Data for Central California (CCWF), California Institution for Men
    (CIM), and San Quentin State Prison (SQ) are provided by institutional staff.  Data for
    all other institutions are generated from MHTS.*
8.  Atascadero State Hospital (ASH) Discharges.
9.  Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and
    Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurses (RN).  **(No Longer Available)**
13. RC Referrals to Correctional Clinical Case Management System (CCCMS) and EOP
    Completed Within Timelines Report.

# Mental Health Population  By Institution
Download Date: October 24, 2014

CONFIDENTIAL

## SUMMARY OF OUTPATIENT POPULATION
### (ASU, GP, RC and SHU Detail on pages 2-4)

| Institution | CCCMS [1] | | | EOP [2] | | | PSU [2] | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 1099 | 1590 | 145% | | 13 | | | | | 1603 |
| CAC | | 3 | | | | | | | | 3 |
| CAL | | 10 | | | 2 | | | | | 12 |
| CCC | | | | | | | | | | |
| CCI | 1349 | 1216 | 90% | | 11 | | | | | 1227 |
| CCWF | 899 | 1402 | 156% | 64 | 64 | 100% | | | | 1466 |
| CEN | | 11 | | | 2 | | | | | 13 |
| CHCF | | 416 | | 425 | 231 | 54% | | | | 647 |
| CIM | 1299 | 1537 | 118% | | 48 | | | | | 1585 |
| CIW | 499 | 695 | 139% | 85 | 84 | 99% | 20 | 10 | 50% | 789 |
| CMC | 1099 | 715 | 65% | 630 | 620 | 98% | | | | 1335 |
| CMF | 599 | 437 | 73% | 505 | 429 | 85% | | | | 866 |
| COR | 949 | 1336 | 141% | 250 | 326 | 130% | | | | 1662 |
| CRC-M | 848 | 1136 | 134% | | 3 | | | | | 1139 |
| CTF | 845 | 1325 | 157% | | 3 | | | | | 1328 |
| CVSP | | 9 | | | | | | | | 9 |
| DVI | 649 | 561 | 86% | | 19 | | | | | 580 |
| FOL | 599 | 708 | 118% | | 2 | | | | | 710 |
| FWF | 200 | 108 | 54% | | 1 | | | | | 109 |
| HDSP | 699 | 969 | 139% | | 17 | | | | | 986 |
| ISP | | 26 | | | 1 | | | | | 27 |
| KVSP | 1000 | 1254 | 125% | 96 | 117 | 122% | | | | 1371 |
| LAC | 1149 | 1207 | 105% | 400 | 445 | 111% | | | | 1652 |
| MCSP | 1149 | 1108 | 96% | 560 | 610 | 109% | | | | 1718 |
| NKSP | 799 | 991 | 124% | | 105 | | | | | 1096 |
| PBSP | 349 | 176 | 50% | 66 | 63 | 95% | 128 | 18 | 14% | 257 |
| PVSP | 1499 | 1383 | 92% | | 6 | | | | | 1389 |
| RJD | 1199 | 1322 | 110% | 543 | 545 | 100% | | | | 1867 |
| SAC | 849 | 500 | 59% | 448 | 427 | 95% | 384 | 363 | 95% | 1290 |
| SATF | 1199 | 1770 | 148% | 352 | 391 | 111% | | | | 2161 |
| SCC | 499 | 653 | 131% | | 3 | | | | | 656 |
| SOL | 1199 | 1440 | 120% | | 8 | | | | | 1448 |
| SQ | 899 | 1061 | 118% | | 60 | | | | | 1121 |
| SVSP | 999 | 1153 | 115% | 406 | 428 | 105% | | | | 1581 |
| VSP | 849 | 1225 | 144% | 192 | 239 | 124% | | | | 1464 |
| WSP | 1049 | 1103 | 105% | | 140 | | | | | 1243 |
| TOTAL | 26318 | 30556 | 116% | 5022 | 5463 | 109% | 532 | 391 | 73% | 36410 |

January 2015

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

March 5, 2015

Matthew A. Lopes, Jr. Esquire              via: Elise Owens Thorn, Esquire
Office of the Special Master                    Deputy Attorney General
Pannone Lopes & Devereaux LLC                   Department of Justice
317 Iron Horse Point Way, Suite 301             1300 "I" Street, Suite 125
Providence, RI  02908                           P. O. Box 944255
                                                Sacramento, CA  94244-2550


**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of January, 2015, data (or as otherwise
noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and
   Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary,
   and Mental Health Tracking System (MHTS) Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center
   (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient
   Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including
   admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and
    Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurses (RN).  **(No Longer Available)**
13. RC Referrals to Correctional Clinical Case Management System (CCCMS) and EOP
    Completed Within Timelines Report.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative
    Segregated Hub institutions.

# Mental Health Population  By Institution
Download Date: January 9, 2015

CONFIDENTIAL

## SUMMARY OF OUTPATIENT POPULATION
### (ASU, GP, RC and SHU Detail on pages 2-4)

| Institution | CCCMS (1) | | | EOP (2) | | | PSU (2) | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| **ASP** | 1099 | 1473 | 134% | | 11 | | | | | **1484** |
| **CAC** | | 1 | | | | | | | | **1** |
| **CAL** | | 10 | | | | | | | | **10** |
| **CCC** | | 1 | | | | | | | | **1** |
| **CCI** | 1349 | 1146 | 85% | | 6 | | | | | **1152** |
| **CCWF** | 899 | 1299 | 144% | 64 | 75 | 117% | | | | **1374** |
| **CEN** | | 11 | | | | | | | | **11** |
| **CHCF** | | 398 | | 425 | 293 | 69% | | | | **691** |
| **CIM** | 1299 | 1461 | 112% | | 42 | | | | | **1503** |
| **CIW** | 499 | 694 | 139% | 85 | 75 | 88% | 20 | 12 | 60% | **781** |
| **CMC** | 1099 | 711 | 65% | 630 | 608 | 97% | | | | **1319** |
| **CMF** | 599 | 459 | 77% | 505 | 484 | 96% | | | | **943** |
| **COR** | 949 | 1287 | 136% | 250 | 342 | 137% | | | | **1629** |
| **CRC-M** | 848 | 1101 | 130% | | | | | | | **1101** |
| **CTF** | 845 | 1324 | 157% | | | | | | | **1324** |
| **CVSP** | | 11 | | | | | | | | **11** |
| **DVI** | 649 | 524 | 81% | | 21 | | | | | **545** |
| **FOL** | 599 | 704 | 118% | | 2 | | | | | **706** |
| **FWF** | 200 | 147 | 74% | | | | | | | **147** |
| **HDSP** | 699 | 959 | 137% | | 14 | | | | | **973** |
| **ISP** | | 25 | | | | | | | | **25** |
| **KVSP** | 1000 | 1268 | 127% | 96 | 130 | 135% | | | | **1398** |
| **LAC** | 1149 | 1226 | 107% | 400 | 437 | 109% | | | | **1663** |
| **MCSP** | 1149 | 1075 | 94% | 560 | 597 | 107% | | | | **1672** |
| **NKSP** | 799 | 958 | 120% | | 111 | | | | | **1069** |
| **PBSP** | 349 | 176 | 50% | 66 | 64 | 97% | 128 | 10 | 8% | **250** |
| **PVSP** | 1499 | 1364 | 91% | | 1 | | | | | **1365** |
| **RJD** | 1199 | 1388 | 116% | 543 | 573 | 106% | | | | **1961** |
| **SAC** | 849 | 483 | 57% | 514 | 467 | 91% | 384 | 357 | 93% | **1307** |
| **SATF** | 1199 | 1823 | 152% | 352 | 371 | 105% | | | | **2194** |
| **SCC** | 499 | 636 | 127% | | 1 | | | | | **637** |
| **SOL** | 1199 | 1478 | 123% | | 4 | | | | | **1482** |
| **SQ** | 899 | 1072 | 119% | | 55 | | | | | **1127** |
| **SVSP** | 999 | 1137 | 114% | 556 | 489 | 88% | | | | **1626** |
| **VSP** | 849 | 1201 | 141% | 192 | 280 | 146% | | | | **1481** |
| **WSP** | 1049 | 1163 | 111% | | 112 | | | | | **1275** |
| **TOTAL** | **26318** | **30194** | **115%** | **5238** | **5665** | **108%** | **532** | **379** | **71%** | **36238** |

April 2015

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

June 1, 2015

Matthew A. Lopes, Jr. Esquire          via: Elise Owens Thorn, Esquire
Office of the Special Master                 Deputy Attorney General
Pannone Lopes & Devereaux LLC          Department of Justice
317 Iron Horse Point Way, Suite 301        1300 "I" Street, Suite 125
Providence, RI  02908                       P. O. Box 944255
                                            Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of April, 2015, data (or as otherwise
noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Institution Vacancy by Classification.
   c. Mental Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies-Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
      Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report.
   b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
   (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit
   (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

Matthew A. Lopes, Jr. Esquire
Page 2

5. EOP ASU Hub Trends.

6. Population and Census Reports.
    a. Health Care Placement Oversight Program (HCPOP) Information Report, Summary (R-01)
    b. MHSDS Management Information Summary (MIS).
    c. Weekly EOP/Outpatient Psychiatric Program report.

7. Mental Health Crisis Bed (MHCB) Reports.
    a. Monthly Summary of MHCB Use by Institution (entitled "Inpatient Psychiatric Aging Report").
    b. MHCB Wait List.
    c. Transferred and Rescinded MHCB Referrals by Institution and Level of Care report (all subsections).

8. Department of State Hospitals (DSH) Referral Reports.
    a. Referrals for Transfer to DSH.
    b. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and PC 2684.

9. Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.


If you have any questions, please contact me at (916) 691-0296.

Sincerely,

*Laura Ceballos, PhD*
*for:*

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP - MH
Director (A), Division of Health Care Services and
  Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation


Enclosures

cc:  Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
      Linda Holden, Esq., *Coleman* Deputy Special Master

# Mental Health Population  By Institution
### Download Date: April 24, 2015

CONFIDENTIAL

## SUMMARY OF OUTPATIENT POPULATION
### (ASU, GP, RC and SHU Detail on pages 2-4)

| Institution | CCMS [1] | | | EOP [2] | | | PSU [2] | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 1500 | 1299 | 87% | | 6 | | | | | 1305 |
| CAC | | 1 | | | | | | | | 1 |
| CAL | | 5 | | | | | | | | 5 |
| CCC | | | | | | | | | | |
| CCI | 1200 | 1084 | 90% | | 15 | | | | | 1099 |
| CCWF | 1400 | 1236 | 88% | 64 | 73 | 114% | | | | 1309 |
| CEN | | 18 | | | | | | | | 18 |
| CHCF | 400 | 392 | 98% | 425 | 308 | 72% | | | | 700 |
| CIM | 1550 | 1247 | 80% | | 30 | | | | | 1277 |
| CIW | 650 | 669 | 103% | 85 | 89 | 105% | 20 | 6 | 30% | 764 |
| CMC | 700 | 685 | 98% | 630 | 592 | 94% | | | | 1277 |
| CMF | 400 | 484 | 121% | 505 | 477 | 94% | | | | 961 |
| COR | 1400 | 1388 | 99% | 250 | 279 | 112% | | | | 1667 |
| CRC-M | 1100 | 1139 | 104% | | 1 | | | | | 1140 |
| CTF | 1350 | 1431 | 106% | | 2 | | | | | 1433 |
| CVSP | | 19 | | | 1 | | | | | 20 |
| DVI | 550 | 462 | 84% | | 23 | | | | | 485 |
| FOL | 600 | 649 | 108% | | 3 | | | | | 652 |
| FWF | 200 | 134 | 67% | | 1 | | | | | 135 |
| HDSP | 950 | 882 | 93% | | 11 | | | | | 893 |
| ISP | | 24 | | | | | | | | 24 |
| KVSP | 1250 | 1230 | 98% | 96 | 128 | 133% | | | | 1358 |
| LAC | 1200 | 1218 | 102% | 400 | 462 | 116% | | | | 1680 |
| MCSP | 1050 | 1103 | 105% | 560 | 591 | 106% | | | | 1694 |
| NKSP | 900 | 1010 | 112% | | 101 | | | | | 1111 |
| PBSP | 200 | 166 | 83% | 66 | 78 | 118% | 128 | 12 | 9% | 256 |
| PVSP | 1350 | 1247 | 92% | | 4 | | | | | 1251 |
| RJD | 1350 | 1363 | 101% | 543 | 575 | 106% | | | | 1938 |
| SAC | 450 | 509 | 113% | 514 | 487 | 95% | 384 | 373 | 97% | 1369 |
| SATF | 1800 | 1921 | 107% | 352 | 356 | 101% | | | | 2277 |
| SCC | 650 | 604 | 93% | | 2 | | | | | 606 |
| SOL | 1400 | 1363 | 97% | | 14 | | | | | 1377 |
| SQ | 1200 | 1081 | 90% | | 41 | | | | | 1122 |
| SVSP | 1150 | 1178 | 102% | 556 | 558 | 100% | | | | 1736 |
| VSP | 1250 | 1107 | 89% | 372 | 303 | 81% | | | | 1410 |
| WSP | 1150 | 1174 | 102% | | 110 | | | | | 1284 |
| TOTAL | 30300 | 29522 | 97% | 5418 | 5721 | 106% | 532 | 391 | 73% | 35634 |

July 2015

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, California  95758



September 1, 2015

Matthew A. Lopes, Jr. Esquire
Office of the Special Master
Pannone Lopes & Devereaux LLC
317 Iron Horse Point Way, Suite 301
Providence, RI  02908

via: Elise Owens Thorn, Esquire
Deputy Attorney General
Department of Justice
1300 "I" Street, Suite 125
P. O. Box 944255
Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of July, 2015, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Institution Vacancy by Classification.
   c. Mental Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies-Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
       Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report.
   b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
   (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit
   (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.
5. EOP ASU Hub Trends.

Matthew A. Lopes, Jr. Esquire
Page 2

6. Population and Census Reports.
   a. Health Care Placement Oversight Program (HCPOP) Information Report, Summary (R-01)
   b. MHSDS Management Information Summary (MIS).
   c. Weekly EOP/Outpatient Psychiatric Program report.

7. Mental Health Crisis Bed (MHCB) Reports.
   a. Monthly Summary of MHCB Use by Institution (entitled "Inpatient Psychiatric Aging Report").
   b. MHCB Wait List.
   c. Transferred and Rescinded MHCB Referrals by Institution and Level of Care report (all subsections).

8. Department of State Hospitals (DSH) Referral Reports.
   a. Referrals for Transfer to DSH.
   b. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and PC 2684.

9. Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.


If you have any questions, please contact me at (916) 691-0296.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP - MH
Director (A), Division of Health Care Services and
   Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation


Enclosures

cc:   Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
      Linda Holden, Esq., *Coleman* Deputy Special Master
      Jeffrey L. Metzner, M.D., *Coleman* Expert
      Kerry C. Hughes, M.D., *Coleman* Expert

# Mental Health Population  By Institution

*Download Date: July 3, 2015*

CONFIDENTIAL

## SUMMARY OF OUTPATIENT POPULATION

### (ASU, GP, RC and SHU Detail on pages 2-4)

| Institution | CCCMS [1] | | | EOP [2] | | | PSU [2] | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 1500 | 993 | 66% | | 1 | | | | | 994 |
| CAC | | 3 | | | | | | | | 3 |
| CAL | | 13 | | | | | | | | 13 |
| CCC | | | | | | | | | | |
| CCI | 1200 | 1186 | 99% | | 8 | | | | | 1194 |
| CCWF | 1400 | 1103 | 79% | 64 | 59 | 92% | | | | 1162 |
| CEN | | 14 | | | | | | | | 14 |
| CHCF | 400 | 407 | 102% | 425 | 304 | 72% | | | | 711 |
| CIM | 1550 | 1231 | 79% | | 46 | | | | | 1277 |
| CIW | 650 | 697 | 107% | 85 | 85 | 100% | 20 | 10 | 50% | 792 |
| CMC | 700 | 703 | 100% | 552 | 561 | 102% | | | | 1264 |
| CMF | 400 | 537 | 134% | 505 | 520 | 103% | | | | 1057 |
| COR | 1400 | 1398 | 100% | 250 | 350 | 140% | | | | 1748 |
| CRC-M | 1100 | 1127 | 102% | | 3 | | | | | 1130 |
| CTF | 1350 | 1528 | 113% | | 8 | | | | | 1536 |
| CVSP | | 11 | | | | | | | | 11 |
| DVI | 550 | 436 | 79% | | 33 | | | | | 469 |
| FOL | 600 | 570 | 95% | | 5 | | | | | 575 |
| FWF | 200 | 128 | 64% | | | | | | | 128 |
| HDSP | 950 | 858 | 90% | | 5 | | | | | 863 |
| ISP | | 11 | | | | | | | | 11 |
| KVSP | 1250 | 1166 | 93% | 96 | 119 | 124% | | | | 1285 |
| LAC | 1200 | 1173 | 98% | 400 | 428 | 107% | | | | 1601 |
| MCSP | 1050 | 1118 | 106% | 560 | 614 | 110% | | | | 1732 |
| NKSP | 900 | 1170 | 130% | | 64 | | | | | 1234 |
| PBSP | 200 | 182 | 91% | 66 | 89 | 135% | 24 | 14 | 58% | 285 |
| PVSP | 1350 | 936 | 69% | | 2 | | | | | 938 |
| RJD | 1350 | 1334 | 99% | 693 | 648 | 94% | | | | 1982 |
| SAC | 450 | 526 | 117% | 514 | 489 | 95% | 384 | 370 | 96% | 1385 |
| SATF | 1800 | 1921 | 107% | 352 | 355 | 101% | | | | 2276 |
| SCC | 650 | 596 | 92% | | 1 | | | | | 597 |
| SOL | 1400 | 1343 | 96% | | 7 | | | | | 1350 |
| SQ | 1200 | 1010 | 84% | | 50 | | | | | 1060 |
| SVSP | 1150 | 1226 | 107% | 556 | 599 | 108% | | | | 1825 |
| VSP | 1250 | 1167 | 93% | 372 | 310 | 83% | | | | 1477 |
| WSP | 1150 | 1203 | 105% | | 122 | | | | | 1325 |
| **TOTAL** | **30300** | **29025** | **96%** | **5490** | **5885** | **107%** | **428** | **394** | **92%** | **35304** |

October 2015

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California 95758**



December 2, 2015

Matthew A. Lopes, Jr. Esquire                  via:  Elise Owens Thorn, Esquire
Office of the Special Master                          Deputy Attorney General
Pannone Lopes & Devereaux LLC                        Department of Justice
317 Iron Horse Point Way, Suite 301                  1300 "I" Street, Suite 125
Providence, RI  02908                                P. O. Box 944255
                                                     Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of October, 2015, data (or as otherwise
noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
       Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
   (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit
   (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

Matthew A. Lopes, Jr. Esquire
Page 2

6. Population and Census Reports.
    a. Health Care Placement Oversight Program (HCPOP) Information Report, Summary (R-01)
    b. MHSDS Management Information Summary (MIS).
    c. Weekly EOP/Outpatient Psychiatric Program report.

7. Mental Health Crisis Bed (MHCB) Reports.
    a. Monthly Summary of MHCB Use by Institution (entitled "Inpatient Psychiatric Aging Report").
    b. MHCB Wait List.
    c. Transferred and Rescinded MHCB Referrals by Institution and Level of Care report (all subsections).

8. Department of State Hospitals (DSH) Referral Reports.
    a. Referrals for Transfer to DSH.
    b. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and PC 2684.

9. Milestone Credits Report. **Not available. Data will be posted December 4, 2015.**

10. Work Assignments Report. **Not available. Data will be posted December 4, 2015.**

11. Out of Level Housing Report.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP - MH
Director (A), Division of Health Care Services and
  Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:  Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
      Linda Holden, Esq., *Coleman* Deputy Special Master
      Jeffrey L. Metzner, M.D., *Coleman* Expert
      Kerry C. Hughes, M.D., *Coleman* Expert

# Mental Health Population  By Institution
*Download Date: October 2, 2015*

CONFIDENTIAL

## SUMMARY OF OUTPATIENT POPULATION
### (ASU, GP, RC and SHU Detail on pages 2-4)

| Institution | CCCMS [1] | | | EOP [2] | | | PSU [2] | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 850 | 998 | 117% | | 1 | | | | | 999 |
| CAC | | | | | | | | | | |
| CAL | | 17 | | | | | | | | 17 |
| CCC | | | | | | | | | | |
| CCI | 1200 | 1192 | 99% | | 12 | | | | | 1204 |
| CCWF | 1150 | 1023 | 89% | 64 | 61 | 95% | | | | 1084 |
| CEN | | 11 | | | 1 | | | | | 12 |
| CHCF | 400 | 404 | 101% | 425 | 443 | 104% | | | | 847 |
| CIM | 1200 | 1202 | 100% | | 60 | | | | | 1262 |
| CIW | 700 | 698 | 100% | 85 | 88 | 104% | 20 | 12 | 60% | 798 |
| CMC | 1100 | 696 | 63% | 552 | 535 | 97% | | | | 1231 |
| CMF | 400 | 611 | 153% | 505 | 525 | 104% | | | | 1136 |
| COR | 1400 | 1403 | 100% | 250 | 317 | 127% | | | | 1720 |
| CRC-M | 1150 | 1116 | 97% | | 6 | | | | | 1122 |
| CTF | 1500 | 1480 | 99% | | 4 | | | | | 1484 |
| CVSP | | 8 | | | 1 | | | | | 9 |
| DVI | 400 | 464 | 116% | | 28 | | | | | 492 |
| FOL | 500 | 516 | 103% | | 7 | | | | | 523 |
| FWF | 200 | 141 | 71% | | 3 | | | | | 144 |
| HDSP | 900 | 916 | 102% | | 9 | | | | | 925 |
| ISP | | 19 | | | | | | | | 19 |
| KVSP | 1200 | 1137 | 95% | 96 | 139 | 145% | | | | 1276 |
| LAC | 1150 | 1154 | 100% | 400 | 412 | 103% | | | | 1566 |
| MCSP | 1100 | 1098 | 100% | 560 | 605 | 108% | | | | 1703 |
| NKSP | 1050 | 1201 | 114% | | 61 | | | | | 1262 |
| PBSP | 200 | 204 | 102% | 66 | 99 | 150% | 24 | 20 | 83% | 323 |
| PVSP | 900 | 895 | 99% | | 9 | | | | | 904 |
| RJD | 1350 | 1294 | 96% | 693 | 699 | 101% | | | | 1993 |
| SAC | 500 | 510 | 102% | 514 | 480 | 93% | 384 | 367 | 96% | 1357 |
| SATF | 1900 | 1992 | 105% | 352 | 343 | 97% | | | | 2335 |
| SCC | 600 | 546 | 91% | | 1 | | | | | 547 |
| SOL | 1350 | 1257 | 93% | | 2 | | | | | 1259 |
| SQ | 1150 | 897 | 78% | | 47 | | | | | 944 |
| SVSP | 1200 | 1207 | 101% | 556 | 578 | 104% | | | | 1785 |
| VSP | 1150 | 1254 | 109% | 372 | 377 | 101% | | | | 1631 |
| WSP | 1150 | 1163 | 101% | | 99 | | | | | 1262 |
| **TOTAL** | **29000** | **28724** | **99%** | **5490** | **6052** | **110%** | **428** | **399** | **93%** | **35175** |

January 2016



**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

March 4, 2016

Matthew A. Lopes, Jr. Esquire
Office of the Special Master
Pannone Lopes & Devereaux LLC
317 Iron Horse Point Way, Suite 301
Providence, RI  02908

via: Elise Owens Thorn, Esquire
Deputy Attorney General
Department of Justice
1300 "I" Street, Suite 125
P. O. Box 944255
Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of January, 2016, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.  **Data not available for Central California Women's Facility (CCWF) due to Electronic Health Records System (EHRS) conversion.**
    b. Reception Center Transfer Timelines Report.  **Data not available for CCWF due to EHRS conversion.**

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

Matthew A. Lopes, Jr. Esquire
Page 2

5. EOP ASU Hub Trends.

6. Population and Census Reports.
   a. Health Care Placement Oversight Program (HCPOP) Information Report, Summary (R-01)
   b. MHSDS Management Information Summary (MIS).
   c. Weekly EOP/Outpatient Psychiatric Program report.

7. Mental Health Crisis Bed (MHCB) Reports.
   a. Monthly Summary of MHCB Use by Institution (entitled "Inpatient Psychiatric Aging Report").  **Data not available for CCWF, California Institution for Women (CIW), and Folsom State Prison (FOL), due to EHRS conversion.**
   b. MHCB Wait List.
   c. Transferred and Rescinded MHCB Referrals by Institution and Level of Care report (all subsections).

8. Department of State Hospitals (DSH) Referral Reports.
   a. Referrals for Transfer to DSH.  **Data not available for CIW, CCWF, and FOL, due to EHRS conversion.**
   b. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and PC 2684.

9. Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

KATHERINE TEBROCK, ESQUIRE
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:  Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
     Linda Holden, Esq., *Coleman* Deputy Special Master

# Mental Health Population By Institution

*Download Date: January 4, 2016*

CONFIDENTIAL

## SUMMARY OF OUTPATIENT POPULATION

### *(ASU, GP, RC and SHU Detail on pages 2-4)*

| Institution | CCCMS [1] | | | EOP [2] | | | PSU [2] | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 850 | 1082 | 127% | | 4 | | | | | 1086 |
| CAC | | 1 | | | | | | | | 1 |
| CAL | | 5 | | | | | | | | 5 |
| CCC | | | | | | | | | | |
| CCI | 1200 | 1159 | 97% | | 12 | | | | | 1171 |
| CCWF | 1150 | 1009 | 88% | 64 | 73 | 114% | | | | 1082 |
| CEN | | 14 | | | | | | | | 14 |
| CHCF | 400 | 412 | 103% | 425 | 491 | 116% | | | | 903 |
| CIM | 1200 | 1157 | 96% | | 34 | | | | | 1191 |
| CIW | 700 | 706 | 101% | 85 | 87 | 102% | 20 | 15 | 75% | 808 |
| CMC | 1100 | 732 | 67% | 552 | 523 | 95% | | | | 1255 |
| CMF | 400 | 610 | 153% | 505 | 487 | 96% | | | | 1097 |
| COR | 1400 | 1393 | 100% | 250 | 326 | 130% | | | | 1719 |
| CRC-M | 1150 | 1170 | 102% | | 2 | | | | | 1172 |
| CTF | 1500 | 1542 | 103% | | 3 | | | | | 1545 |
| CVSP | | 26 | | | 1 | | | | | 27 |
| DVI | 400 | 511 | 128% | | 25 | | | | | 536 |
| FOL | 500 | 479 | 96% | | 4 | | | | | 483 |
| FWF | 200 | 153 | 77% | | 1 | | | | | 154 |
| HDSP | 900 | 1002 | 111% | | 11 | | | | | 1013 |
| ISP | | 15 | | | | | | | | 15 |
| KVSP | 1200 | 1196 | 100% | 96 | 133 | 139% | | | | 1329 |
| LAC | 1150 | 1122 | 98% | 400 | 387 | 97% | | | | 1509 |
| MCSP | 1100 | 1085 | 99% | 560 | 599 | 107% | | | | 1684 |
| NKSP | 1050 | 974 | 93% | | 71 | | | | | 1045 |
| PBSP | 200 | 195 | 98% | 66 | 97 | 147% | 24 | 12 | 50% | 304 |
| PVSP | 900 | 915 | 102% | | 1 | | | | | 916 |
| RJD | 1350 | 1261 | 93% | 693 | 723 | 104% | | | | 1984 |
| SAC | 500 | 463 | 93% | 514 | 524 | 102% | 384 | 349 | 91% | 1336 |
| SATF | 1900 | 1993 | 105% | 352 | 352 | 100% | | | | 2345 |
| SCC | 600 | 520 | 87% | | 2 | | | | | 522 |
| SOL | 1350 | 1178 | 87% | | 5 | | | | | 1183 |
| SQ | 1150 | 951 | 83% | | 55 | | | | | 1006 |
| SVSP | 1200 | 1136 | 95% | 588 | 660 | 112% | | | | 1796 |
| VSP | 1150 | 1298 | 113% | 372 | 371 | 100% | | | | 1669 |
| WSP | 1150 | 1084 | 94% | | 106 | | | | | 1190 |
| **TOTAL** | **29000** | **28549** | **98%** | **5522** | **6170** | **112%** | **428** | **376** | **88%** | **35095** |

April 2016

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, California 95758



June 3, 2016

Matthew A. Lopes, Jr. Esquire                  via: Elise Owens Thorn, Esquire
Office of the Special Master                          Deputy Attorney General
Pannone Lopes & Devereaux LLC                        Department of Justice
317 Iron Horse Point Way, Suite 301                  1300 "I" Street, Suite 125
Providence, RI 02908                                 P. O. Box 944255
                                                     Sacramento, CA 94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of April 2016, data (or as otherwise noted). The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Institution Vacancy by Classification.
   c. Mental Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies-Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report. **Data not available for Central California Women's Facility (CCWF) due to Electronic Health Records System (EHRS) conversion.**
   b. Reception Center Transfer Timelines Report. **Data not available for CCWF due to EHRS conversion.**

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

Matthew A. Lopes, Jr. Esquire
Page 2

5. EOP ASU Hub Trends.

6. Population and Census Reports.
   a. Health Care Placement Oversight Program (HCPOP) Information Report, Summary (R-01)
   b. MHSDS Management Information Summary (MIS).
   c. Weekly EOP/Outpatient Psychiatric Program report.

7. Mental Health Crisis Bed (MHCB) Reports.
   a. Monthly Summary of MHCB Use by Institution (entitled "Inpatient Psychiatric Aging Report"). **Data not available for CCWF, California Institution for Women (CIW), and Folsom State Prison (FOL), due to EHRS conversion.**
   b. MHCB Wait List.
   c. Transferred and Rescinded MHCB Referrals by Institution and Level of Care report (all subsections).

8. Department of State Hospitals (DSH) Referral Reports.
   a. Referrals for Transfer to DSH.
   b. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and PC 2684.

9. Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

KATHERINE TEBROCK, ESQUIRE
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:   Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
      Jeffrey L. Metzner, M.D., *Coleman* Expert
      Kerry C. Hughes, M.D., *Coleman* Expert

# Mental Health Population  By Institution

*Download Date: April 15, 2016*

CONFIDENTIAL

## SUMMARY OF OUTPATIENT POPULATION

### (ASU, GP, RC and SHU Detail on pages 2-4)

| Institution | CCCMS [1] | | | EOP [2] | | | PSU [2] | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 1100 | 993 | 90% | | | | | | | 993 |
| CAC | | | | | | | | | | |
| CAL | | 8 | | | | | | | | 8 |
| CCC | | 4 | | | | | | | | 4 |
| CCI | 1200 | 1140 | 95% | | 7 | | | | | 1147 |
| CCWF | 1050 | 1044 | 99% | 64 | 83 | 130% | | | | 1127 |
| CEN | | 11 | | | | | | | | 11 |
| CHCF | 400 | 423 | 106% | 425 | 553 | 130% | | | | 976 |
| CIM | 1150 | 1089 | 95% | | 43 | | | | | 1132 |
| CIW | 750 | 655 | 87% | 85 | 86 | 101% | 20 | 9 | 45% | 750 |
| CMC | 700 | 838 | 120% | 552 | 567 | 103% | | | | 1405 |
| CMF | 600 | 629 | 105% | 505 | 537 | 106% | | | | 1166 |
| COR | 1500 | 1399 | 93% | 250 | 323 | 129% | | | | 1722 |
| CRC-M | 1200 | 1252 | 104% | | 2 | | | | | 1254 |
| CTF | 1500 | 1549 | 103% | | 3 | | | | | 1552 |
| CVSP | | 12 | | | 1 | | | | | 13 |
| DVI | 500 | 413 | 83% | | 27 | | | | | 440 |
| FOL | 500 | 513 | 103% | | 4 | | | | | 517 |
| FWF | 150 | 157 | 105% | | 1 | | | | | 158 |
| HDSP | 1100 | 1047 | 95% | | 11 | | | | | 1058 |
| ISP | | 16 | | | 1 | | | | | 17 |
| KVSP | 1200 | 1169 | 97% | 96 | 139 | 145% | | | | 1308 |
| LAC | 1150 | 1131 | 98% | 400 | 434 | 109% | | | | 1565 |
| MCSP | 1100 | 1055 | 96% | 824 | 653 | 79% | | | | 1708 |
| NKSP | 1000 | 1217 | 122% | | 81 | | | | | 1298 |
| PBSP | 250 | 210 | 84% | 66 | 103 | 156% | 24 | 15 | 63% | 328 |
| PVSP | 1000 | 908 | 91% | | 5 | | | | | 913 |
| RJD | 1250 | 1196 | 96% | 693 | 755 | 109% | | | | 1951 |
| SAC | 450 | 467 | 104% | 514 | 526 | 102% | 384 | 324 | 84% | 1317 |
| SATF | 2000 | 1839 | 92% | 352 | 342 | 97% | | | | 2181 |
| SCC | 550 | 516 | 94% | | 1 | | | | | 517 |
| SOL | 1250 | 1172 | 94% | | 8 | | | | | 1180 |
| SQ | 1100 | 996 | 91% | | 68 | | | | | 1064 |
| SVSP | 1250 | 1141 | 91% | 588 | 691 | 118% | | | | 1832 |
| VSP | 1250 | 1344 | 108% | 372 | 392 | 105% | | | | 1736 |
| WSP | 1150 | 1225 | 107% | | 149 | | | | | 1374 |
| TOTAL | 29350 | 28778 | 98% | 5786 | 6596 | 114% | 428 | 348 | 81% | 35722 |

July 2016

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 588500
Elk Grove, California  95758



September 7, 2016

Matthew A. Lopes, Jr. Esquire            via: Elise Owens Thorn, Esquire
Office of the Special Master                   Deputy Attorney General
Pannone Lopes & Devereaux LLC                  Department of Justice
317 Iron Horse Point Way, Suite 301            1300 "I" Street, Suite 125
Providence, RI  02908                          P. O. Box 944255
                                               Sacramento, CA  94244-2550

RE: *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of July, 2016, data (or as otherwise
noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.

2. Reception Center Monthly Reports.
        a. Reception Center Mental Health Screening Report.
        b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report.

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

Matthew A. Lopes, Jr. Esquire
Page 2

6. Population and Census Reports.
    a. Health Care Placement Oversight Program (HCPOP) Information Report, Summary (R-01)
    b. MHSDS Management Information Summary (MIS).
    c. Weekly EOP/Outpatient Psychiatric Program report.

7. Mental Health Crisis Bed (MHCB) Reports.
    a. Monthly Summary of MHCB Use by Institution (entitled "Inpatient Psychiatric Aging Report").
    b. MHCB Wait List.
    c. Transferred and Rescinded MHCB Referrals by Institution and Level of Care report (all subsections).

8. Department of State Hospitals (DSH) Referral Reports.
    a. Referrals for Transfer to DSH.
    b. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and PC 2684.

9. Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

*(signature)*

KATHERINE TEBROCK, ESQUIRE
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:   Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
      Jeffrey L. Metzner, M.D., *Coleman* Expert
      Kerry C. Hughes, M.D., *Coleman* Expert
      Mary Perrien, Ph.D., *Coleman* Expert
      Kathryn A. Burns, M.D., MPH, *Coleman* Expert
      Henry A. Dlugacz, Esq., *Coleman* Expert

# Mental Health Population  By Institution
*Download Date: July 1, 2016*

CONFIDENTIAL

## SUMMARY OF OUTPATIENT POPULATION
### (ASU, GP, RC and SHU Detail on pages 2-4)

| Institution | CCCMS [1] | | | EOP [2] | | | PSU [2] | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 1100 | 997 | 91% | | 1 | | | | | 998 |
| CAC | | | | | | | | | | |
| CAL | | 5 | | | | | | | | 5 |
| CCC | | | | | | | | | | |
| CCI | 1200 | 1216 | 101% | | 15 | | | | | 1231 |
| CCWF | 1050 | 1070 | 102% | 64 | 89 | 139% | | | | 1159 |
| CEN | | 3 | | | | | | | | 3 |
| CHCF | 400 | 425 | 106% | 425 | 579 | 136% | | | | 1004 |
| CIM | 1150 | 1156 | 101% | | 60 | | | | | 1216 |
| CIW | 750 | 637 | 85% | 85 | 97 | 114% | 20 | 13 | 65% | 747 |
| CMC | 700 | 805 | 115% | 552 | 575 | 104% | | | | 1380 |
| CMF | 600 | 612 | 102% | 505 | 555 | 110% | | | | 1167 |
| COR | 1500 | 1289 | 86% | 250 | 341 | 136% | | | | 1630 |
| CRC-M | 1200 | 1201 | 100% | | 2 | | | | | 1203 |
| CTF | 1500 | 1495 | 100% | | 11 | | | | | 1506 |
| CVSP | | 20 | | | 4 | | | | | 24 |
| DVI | 500 | 448 | 90% | | 28 | | | | | 476 |
| FOL | 500 | 528 | 106% | | 10 | | | | | 538 |
| FWF | 150 | 190 | 127% | | 3 | | | | | 193 |
| HDSP | 1100 | 1051 | 96% | | 14 | | | | | 1065 |
| ISP | | 17 | | | 2 | | | | | 19 |
| KVSP | 1200 | 1167 | 97% | 96 | 137 | 143% | | | | 1304 |
| LAC | 1150 | 1151 | 100% | 550 | 433 | 79% | | | | 1584 |
| MCSP | 1100 | 1189 | 108% | 824 | 784 | 95% | | | | 1973 |
| NKSP | 1000 | 1201 | 120% | | 64 | | | | | 1265 |
| PBSP | 250 | 247 | 99% | 66 | 81 | 123% | 24 | 8 | 33% | 336 |
| PVSP | 1000 | 918 | 92% | | 10 | | | | | 928 |
| RJD | 1250 | 1183 | 95% | 693 | 728 | 105% | | | | 1911 |
| SAC | 450 | 484 | 108% | 578 | 575 | 99% | 320 | 288 | 90% | 1347 |
| SATF | 2000 | 1899 | 95% | 352 | 337 | 96% | | | | 2236 |
| SCC | 550 | 478 | 87% | | 5 | | | | | 483 |
| SOL | 1250 | 1190 | 95% | | 4 | | | | | 1194 |
| SQ | 1100 | 1018 | 93% | | 75 | | | | | 1093 |
| SVSP | 1250 | 1109 | 89% | 588 | 689 | 117% | | | | 1798 |
| VSP | 1250 | 1349 | 108% | 372 | 390 | 105% | | | | 1739 |
| WSP | 1150 | 1277 | 111% | | 138 | | | | | 1415 |
| **TOTAL** | **29350** | **29025** | **99%** | **6000** | **6836** | **114%** | **364** | **309** | **85%** | **36170** |

October 2016

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

December 9, 2016

Matthew A. Lopes, Jr. Esquire                    via: Elise Owens Thorn, Esquire
Office of the Special Master                           Deputy Attorney General
Pannone Lopes & Devereaux LLC                         Department of Justice
317 Iron Horse Point Way, Suite 301                   1300 "I" Street, Suite 125
Providence, RI  02908                                 P. O. Box 944255
                                                      Sacramento, CA  94244-2550

RE: *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of October, 2016, data (or as otherwise
noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
     a. Mental Health Executive Summary.
     b. Mental Institution Vacancy by Classification.
     c. Mental Institution Vacancies Summary by Classification.
     d. Mental Health Month to Month Registry Usage.
     e. Mental Health Six-Month Vacancy Summary.
     f. Mental Health Program Institution Vacancies-Summary by Classification.
     g. Statewide Mental Health Program Compliance Summary Report.
     h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
     i. Mental Health Hiring Progress Report.
     j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
     k. Mental Health Telepsych Allocated and Filled Positions Report.

2. Reception Center Monthly Reports.
     a. Reception Center Mental Health Screening Report.
     b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report.

4. EOP Inmates Waiting Transfers to PSU.

Matthew A. Lopes, Jr. Esquire
Page 2

5.  EOP ASU Hub Trends.

6.  Population and Census Reports.
    a. Health Care Placement Oversight Program (HCPOP) Information Report, Summary (R-01)
    b. MHSDS Management Information Summary (MIS). **Data not available at this time.**
    c. Weekly EOP/Outpatient Psychiatric Program report.

7.  Mental Health Crisis Bed (MHCB) Reports.
    a. Monthly Summary of MHCB Use by Institution (entitled "Inpatient Psychiatric Aging Report"). **Data not available at this time.**
    b. MHCB Wait List.
    c. Transferred and Rescinded MHCB Referrals by Institution and Level of Care report (all subsections).

8.  Department of State Hospitals (DSH) Referral Reports.
    a. Referrals for Transfer to DSH.
    b. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and PC 2684.

9.  Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

KATHERINE TEBROCK, ESQUIRE
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:   Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
      Kerry F. Walsh, Esq., *Coleman* Deputy Special Master

# Mental Health Population By Institution
Download Date: October 14, 2016

CONFIDENTIAL

## SUMMARY OF OUTPATIENT POPULATION
### (ASU, GP, RC and SHU Detail on pages 2-4)

| Institution | CCCMS [1] | | | EOP [2] | | | PSU [2] | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 1100 | 956 | 87% | | 4 | | | | | 960 |
| CAC | | 1 | | | | | | | | 1 |
| CAL | | 9 | | | | | | | | 9 |
| CCC | | | | | | | | | | |
| CCI | 1200 | 1484 | 124% | | 1 | | | | | 1485 |
| CCWF | 1050 | 1169 | 111% | 64 | 111 | 173% | | | | 1280 |
| CEN | | 9 | | | | | | | | 9 |
| CHCF | 400 | 493 | 123% | 425 | 607 | 143% | | | | 1100 |
| CIM | 1150 | 1132 | 98% | | 56 | | | | | 1188 |
| CIW | 750 | 652 | 87% | 85 | 99 | 116% | 20 | 7 | 35% | 758 |
| CMC | 700 | 809 | 116% | 552 | 563 | 102% | | | | 1372 |
| CMF | 600 | 602 | 100% | 505 | 541 | 107% | | | | 1143 |
| COR | 1500 | 1183 | 79% | 400 | 401 | 100% | | | | 1584 |
| CRC-M | 1200 | 1133 | 94% | | 2 | | | | | 1135 |
| CTF | 1500 | 1559 | 104% | | 8 | | | | | 1567 |
| CVSP | | 22 | | | | | | | | 22 |
| DVI | 500 | 464 | 93% | | 17 | | | | | 481 |
| FOL | 500 | 465 | 93% | | 3 | | | | | 468 |
| FWF | 150 | 236 | 157% | | | | | | | 236 |
| HDSP | 1100 | 1102 | 100% | | 10 | | | | | 1112 |
| ISP | | 14 | | | | | | | | 14 |
| KVSP | 1200 | 1128 | 94% | 96 | 165 | 172% | | | | 1293 |
| LAC | 1150 | 1082 | 94% | 550 | 417 | 76% | | | | 1499 |
| MCSP | 1100 | 1264 | 115% | 824 | 800 | 97% | | | | 2064 |
| NKSP | 1000 | 1129 | 113% | | 78 | | | | | 1207 |
| PBSP | 250 | 227 | 91% | 66 | 82 | 124% | 24 | 6 | 25% | 315 |
| PVSP | 1000 | 908 | 91% | | 7 | | | | | 915 |
| RJD | 1250 | 1166 | 93% | 693 | 713 | 103% | | | | 1879 |
| SAC | 450 | 445 | 99% | 578 | 602 | 104% | 320 | 268 | 84% | 1315 |
| SATF | 2000 | 2006 | 100% | 352 | 370 | 105% | | | | 2376 |
| SCC | 550 | 521 | 95% | | 4 | | | | | 525 |
| SOL | 1250 | 1315 | 105% | | 7 | | | | | 1322 |
| SQ | 1100 | 967 | 88% | | 57 | | | | | 1024 |
| SVSP | 1250 | 1074 | 86% | 588 | 712 | 121% | | | | 1786 |
| VSP | 1250 | 1403 | 112% | 372 | 391 | 105% | | | | 1794 |
| WSP | 1150 | 1171 | 102% | | 132 | | | | | 1303 |
| TOTAL | 29350 | 29300 | 100% | 6150 | 6960 | 113% | 364 | 281 | 77% | 36541 |

January 2017

STATE OF CALIFORNIA -- DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



March 8, 2017

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                             Deputy Attorney General
Pannone Lopes & Devereaux LLC                           Department of Justice
317 Iron Horse Point Way, Suite 301                     1300 "I" Street, Suite 125
Providence, RI  02908                                   P. O. Box 944255
                                                        Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of January, 2017, data (or as otherwise noted).  The following is the list of enclosures:

1.  California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.

2.  Reception Center Monthly Reports.
        a. Reception Center Mental Health Screening Report.
        b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

Matthew A. Lopes, Jr. Esquire
Page 2

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

6. Population and Census Reports.
   a. Health Care Placement Oversight Program (HCPOP) Information Report, Summary (R-01)
   b. MHSDS Management Information Summary (MIS).
   c. Weekly EOP/Outpatient Psychiatric Program report.

7. Mental Health Crisis Bed (MHCB) Reports.
   a. Monthly Summary of MHCB Use by Institution (entitled "Inpatient Psychiatric Aging Report").
   b. MHCB Wait List.
   c. Transferred and Rescinded MHCB Referrals by Institution and Level of Care report (all subsections).

8. Department of State Hospitals (DSH) Referral Reports.
   a. Referrals for Transfer to DSH. *Not included – data not available at this time. Report is currently being re-coded, with an estimated completion date of March 31, 2017.*
   b. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and PC 2684.

9. Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

*[signature: Katie Tebrock]*

KATHERINE TEBROCK, ESQUIRE
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

# Mental Health Population By Institution
Download Date: January 31, 2017



## SUMMARY OF OUTPATIENT POPULATION
### (ASU, GP, RC and SHU Detail on pages 2-4)

| Institution | CCMS (1) | | | EOP (2) | | | PSU (2) | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 1000 | 982 | 98% | | 1 | | | | | 983 |
| CAC | | 1 | | | | | | | | 1 |
| CAL | | 4 | | | | | | | | 4 |
| CCC | | 4 | | | | | | | | 4 |
| CCI | 1600 | 1626 | 102% | | 1 | | | | | 1627 |
| CCWF | 1250 | 1237 | 99% | 64 | 135 | 211% | | | | 1372 |
| CEN | | 3 | | | 1 | | | | | 4 |
| CHCF | 500 | 488 | 98% | 425 | 602 | 142% | | | | 1090 |
| CIM | 1100 | 1076 | 98% | | 29 | | | | | 1105 |
| CIW | 700 | 728 | 104% | 85 | 83 | 98% | 20 | 6 | 30% | 817 |
| CMC | 800 | 750 | 94% | 552 | 519 | 94% | | | | 1269 |
| CMF | 600 | 578 | 96% | 505 | 552 | 109% | | | | 1130 |
| COR | 1200 | 1175 | 98% | 400 | 404 | 101% | | | | 1579 |
| CRC-M | 1100 | 1126 | 102% | | 1 | | | | | 1127 |
| CTF | 1600 | 1572 | 98% | | 5 | | | | | 1577 |
| CVSP | | 12 | | | 1 | | | | | 13 |
| DVI | 550 | 455 | 83% | | 28 | | | | | 483 |
| FOL | 500 | 457 | 91% | | 2 | | | | | 459 |
| FWF | 150 | 176 | 117% | | 4 | | | | | 180 |
| HDSP | 1100 | 1109 | 101% | | 11 | | | | | 1120 |
| ISP | | 11 | | | 2 | | | | | 13 |
| KVSP | 1100 | 1001 | 91% | 96 | 223 | 232% | | | | 1224 |
| LAC | 1000 | 1032 | 103% | 700 | 613 | 88% | | | | 1645 |
| MCSP | 1300 | 1239 | 95% | 824 | 862 | 105% | | | | 2101 |
| NKSP | 1150 | 1137 | 99% | | 70 | | | | | 1207 |
| PBSP | 200 | 189 | 95% | 66 | 13 | 20% | | | | 202 |
| PVSP | 850 | 816 | 96% | | | | | | | 816 |
| RJD | 1200 | 1262 | 105% | 957 | 783 | 82% | | | | 2045 |
| SAC | 500 | 429 | 86% | 578 | 616 | 107% | 300 | 265 | 88% | 1310 |
| SATF | 1950 | 1997 | 102% | 352 | 420 | 119% | | | | 2417 |
| SCC | 600 | 554 | 92% | | 3 | | | | | 557 |
| SOL | 1300 | 1256 | 97% | | 3 | | | | | 1259 |
| SQ | 1050 | 950 | 90% | | 59 | | | | | 1009 |
| SVSP | 1050 | 990 | 94% | 588 | 634 | 108% | | | | 1624 |
| VSP | 1400 | 1369 | 98% | 372 | 419 | 113% | | | | 1788 |
| WSP | 1150 | 1210 | 105% | | 87 | | | | | 1297 |
| **TOTAL** | **29550** | **29001** | **98%** | **6564** | **7186** | **109%** | **320** | **271** | **85%** | **36458** |

Exhibit L

STATE OF CALIFORNIA — DEPARTMENT OF STATE HOSPITALS                                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
1600 Ninth Street, Room 400
Sacramento, CA  95814



March 3, 2017

Matthew A. Lopes Jr., Partner      via:      Chad Stegeman
Office of the Special Master                 Deputy Attorney General
Pannone, Lopes, Devereaux, & O'Gara LLC      California Department of Justice
1301 Atwood Avenue                           455 Golden Gate Ave., Suite 11000
Johnston, RI 02919                           San Francisco, CA 94102-5500

**RE:  MONTHLY STAFFING REPORT FOR DSH FACILITIES**

DSH is providing the following information on *Coleman* related staffing for DSH facilities.

The enclosed report contains data for *Coleman* related positions: total number of authorized positions for direct care staffing and treatment team staffing; positions filled; over-time, full-time equivalent positions; contracted full-time equivalent positions; and the overall percentage of vacancies for January 2017.

If you have any questions or concerns, please feel free to contact Candius Burgess, Patient Management Unit, at (916) 654-0090.

Sincerely,

*George Maynard*

GEORGE MAYNARD
Deputy Director
Hospital Strategic Planning and Implementation Division
Department of State Hospitals

Enclosures

DEPARTMENT OF STATE HOSPITALS
Direct Care, Medical/Psychiatric, Treatment Team and Administrative Staff
Staff Levels for Coleman Patients
January 1, 2017 through January 31, 2017
Report submitted February 1, 2017

| Department of State Hospitals - Atascadero | Facility Totals as of January 31, 2017 - Average Daily Census - 25 Acute 191 Intermediate | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coleman Related Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
| **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| Psychologist | 5.00 | 52.70 | 57.70 | 56.54 | 0.00 | 0.00 | 56.54 | 1.16 | 2.01% |
| Psychiatrist | 5.00 | 43.20 | 48.20 | 15.78 | 14.89 | 0.00 | 30.67 | 17.53 | 36.37% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 4.00 | 41.00 | 45.00 | 37.30 | 3.00 | 0.00 | 40.30 | 4.70 | 10.44% |
| Rehabilitation Therapist | 4.00 | 50.00 | 54.00 | 46.00 | 0.00 | 0.15 | 46.15 | 7.85 | 14.54% |
| Total, Mental Health Treatment Team Staffing | 18.00 | 186.90 | 204.90 | 155.62 | 17.89 | 0.15 | 173.66 | 31.24 | 15.25% |
| **Direct Care Nursing Staff (5)** | | | | | | | | | |
| Psychiatric Technician | 803.00 | 0.00 | 803.00 | 746.69 | 0.00 | 79.73 | 826.42 | 0.00 | 0.00% |
| Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Registered Nurse | 296.00 | 0.00 | 296.00 | 225.69 | 2.00 | 24.24 | 251.93 | 44.07 | 14.89% |
| Total, Direct Care Nursing Staff | 1099.00 | 0.00 | 1099.00 | 972.38 | 2.00 | 103.97 | 1078.35 | 20.65 | 1.88% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 0.00 | 4.00 | 4.00 | 3.00 | 0.00 | 0.00 | 3.00 | 1.00 | 25.00% |
| Supervising Rehabilitation Therapist | 0.00 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00% |
| Chief Psychologist | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychologist, Supervisor | 0.00 | 9.00 | 9.00 | 6.00 | 0.00 | 0.00 | 6.00 | 3.00 | 33.33% |
| Senior Psychiatrist, Supervisor | 0.00 | 9.00 | 9.00 | 2.00 | 0.00 | 0.00 | 2.00 | 7.00 | 77.78% |
| Senior Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Registered Nurse | 7.00 | 0.00 | 7.00 | 6.00 | 0.00 | 0.00 | 6.00 | 1.00 | 14.29% |
| Unit Supervisor | 35.00 | 0.00 | 35.00 | 32.00 | 0.00 | 0.00 | 32.00 | 3.00 | 8.57% |
| **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | 1160.00 | 213.90 | 1373.90 | 1183.00 | 19.89 | 104.12 | 1307.01 | 66.89 | 4.87% |

(1) Authorized positions are based on the number of positions in the Governor's 2016/17 budget.

(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget. They are established at a point in time based on need of the facilities.

(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.

(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.

(6) Position data is unable to be isolated for *Coleman* patients only for DSH-Atascadero.

*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census

| | ICF Direct Care | ICF Treatment Team (Per Discipline) |
|---|---|---|
| AM Shift | 1 to 8 | 1 to 35 |
| PM Shift | 1 to 8 | - |
| NOC | 1 to 16 | - |

DEPARTMENT OF STATE HOSPITALS
Direct Care, Medical/Dental, Treatment Staff, and Administrative Staff
Staff Levels for Coleman Patients
January 1, 2017 through January 31, 2017
Report submitted February 1, 2017

| Department of State Hospitals - Coalinga | Facility Totals as of January 31, 2017 - Average Daily Census - 48 Intermediate | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coleman Related Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
| **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| Psychologist | 16.00 | 52.20 | 68.20 | 32.66 | 0.00 | 0.00 | 32.66 | 35.54 | 52.11% |
| Psychiatrist | 10.00 | 13.00 | 23.00 | 15.00 | 0.87 | 0.00 | 15.87 | 7.13 | 31.00% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 11.00 | 42.50 | 53.50 | 35.00 | 2.61 | 0.00 | 37.61 | 15.89 | 29.70% |
| Rehabilitation Therapist | 14.00 | 40.00 | 54.00 | 33.00 | 0.00 | 0.28 | 33.28 | 20.72 | 38.37% |
| Total, Mental Health Treatment Team Staffing | 51.00 | 147.70 | 198.70 | 115.66 | 3.48 | 0.28 | 119.42 | 79.28 | 39.90% |
| **Direct Care Nursing Staff (5)** | | | | | | | | | |
| Psychiatric Technician | 807.00 | 0.00 | 807.00 | 717.00 | 0.00 | 142.25 | 859.25 | 0.00 | 0.00% |
| Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Registered Nurse | 233.00 | 0.00 | 233.00 | 209.00 | 0.48 | 29.38 | 238.86 | 0.00 | 0.00% |
| Total, Direct Care Nursing Staff | 1040.00 | 0.00 | 1040.00 | 926.00 | 0.48 | 171.63 | 1098.11 | 0.00 | 0.00% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 0.00 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 0.00 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00% |
| Chief Psychologist | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| Senior Psychologist, Supervisor | 1.00 | 6.20 | 7.20 | 4.00 | 0.00 | 0.00 | 4.00 | 3.20 | 44.44% |
| Senior Psychiatrist, Supervisor | 4.00 | 7.00 | 11.00 | 3.00 | 0.00 | 0.00 | 3.00 | 8.00 | 72.73% |
| Senior Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Registered Nurse | 6.00 | 0.00 | 6.00 | 3.00 | 0.00 | 0.00 | 3.00 | 3.00 | 50.00% |
| Unit Supervisor | 28.00 | 0.00 | 28.00 | 28.00 | 0.00 | 0.00 | 28.00 | 0.00 | 0.00% |
| **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | 1131.00 | 169.90 | 1300.90 | 1088.66 | 3.96 | 171.91 | 1264.53 | 36.37 | 2.80% |

**(1)** Authorized positions are based on the number of positions in the Governor's 2016/17 budget.

**(2)** Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget. They are established at a point in time based on need of the facilities.

**(3)** Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.

**(4)** Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

**(5)** Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.

**(6)** Position data is unable to be isolated for *Coleman* patients only for DSH-Coalinga.

*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census

| | ICF Direct Care | ICF Treatment Team (Per Discipline) |
|---|---|---|
| AM Shift | 1 to 8 | 1 to 35 |
| PM Shift | 1 to 8 | - |
| NOC | 1 to 16 | - |

DEPARTMENT OF STATE HOSPITALS
Direct Care, Mental Health Treatment Team and Administrative Staff
Staff Levels for Coleman Patients
January 1, 2017 through January 31, 2017
Report submitted February 1, 2017

| Department of State Hospitals - Patton | Facility Totals as of January 31, 2017 - Average Daily Census - 0 Intermediate |
|---|---|

There are currently no Coleman patients staying at the Department of State Hospitals (DSH), Patton, due to the activation of the Psychiatric Inpatient Program at the California Institution for Women.

DEPARTMENT OF STATE HOSPITALS
Direct Care, Medical/Surgical, Medical, Psychiatric, and Administrative Staff
Staff Levels for Coleman Patients
January 1, 2017 through January 31, 2017
Report submitted February 1, 2017

| Department of State Hospitals - Salinas Valley | Facility Totals as of January 31, 2017 - Average Daily Census - 167 Intermediate | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coleman Related Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
| **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| Psychologist | 4.00 | 6.00 | 10.00 | 9.29 | 0.00 | 0.00 | 9.29 | 0.71 | 7.10% |
| Psychiatrist | 4.00 | 6.00 | 10.00 | 9.00 | 1.21 | 0.00 | 9.21 | 0.79 | 7.90% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 4.00 | 6.00 | 10.00 | 9.40 | 0.00 | 0.00 | 9.40 | 0.60 | 6.00% |
| Rehabilitation Therapist | 4.00 | 6.00 | 10.00 | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00% |
| Total, Mental Health Treatment Team Staffing | 16.00 | 24.00 | 40.00 | 37.69 | 1.21 | 0.00 | 37.90 | 2.10 | 5.25% |
| **Direct Care Nursing Staff (5)** | | | | | | | | | |
| Psychiatric Technician | 31.00 | 0.00 | 31.00 | 20.00 | 0.00 | 0.90 | 20.90 | 10.10 | 32.58% |
| Medical Technical Assistant | 165.00 | 0.00 | 165.00 | 144.00 | 0.00 | 26.32 | 170.32 | 0.00 | 0.00% |
| Registered Nurse | 50.00 | 0.00 | 50.00 | 34.00 | 0.00 | 5.43 | 39.43 | 10.57 | 21.14% |
| Total, Direct Care Nursing Staff | 246.00 | 0.00 | 246.00 | 198.00 | 0.00 | 32.65 | 230.65 | 15.35 | 6.24% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Chief Psychologist | 1.00 | 1.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Senior Psychologist, Supervisor | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Medical Technical Assistant | 30.00 | 0.00 | 30.00 | 17.50 | 0.00 | 4.29 | 21.79 | 8.21 | 27.37% |
| Supervising Registered Nurse | 19.00 | 3.00 | 22.00 | 14.00 | 0.00 | 0.00 | 14.00 | 8.00 | 36.36% |
| Unit Supervisor | 0.00 | 5.00 | 5.00 | 3.00 | 0.00 | 0.00 | 3.00 | 2.00 | 40.00% |
| **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | 313.00 | 35.00 | 348.00 | 274.19 | 1.21 | 36.94 | 311.34 | 36.66 | 10.53% |

(1) Authorized positions are based on the number of positions in the Governor's 2016/17 budget.

(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget. They are established at a point in time based on need of the facilities.

(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.

(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.

**\*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census**

| | ICF Direct Care | ICF Treatment Team (Per Discipline) |
|---|---|---|
| AM Shift | 1 to 8 | 1 to 35 |
| PM Shift | 1 to 8 | - |
| NOC | 1 to 16 | - |

DEPARTMENT OF STATE HOSPITALS
Direct Care, Medical/Psychiatric, Treatment and Administrative Staff
Staff Levels for Coleman Patients
January 1, 2017 through January 31, 2017
Report submitted February 1, 2017

| Department of State Hospitals - Stockton | Facility Totals as of January 31, 2017 - Average Daily Census - 135 Acute 340 Intermediate | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Coleman Related Classifications** | **Governor's Budget Authorized Positions (1)** | **Governor's Budget/ Departmental Authorized (Blanket) Positions (2)** | **Total Authorized Positions** | **Total Filled Civil Service Positions (3)** | **Contracted FTE (4)** | **Overtime FTE (4)** | **Total Filled FTE** | **Functional Vacancy FTE** | **Functional Vacancy Rate** |
| **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| Psychologist | 31.00 | 0.00 | 31.00 | 29.00 | 0.00 | 0.43 | 29.43 | 1.57 | 5.06% |
| Psychiatrist | 33.00 | 0.00 | 33.00 | 27.00 | 0.00 | 0.97 | 27.97 | 5.03 | 15.24% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 33.00 | 0.00 | 33.00 | 26.00 | 0.64 | 0.00 | 26.64 | 6.36 | 19.27% |
| Rehabilitation Therapist | 32.00 | 0.00 | 32.00 | 28.00 | 0.00 | 0.00 | 28.00 | 4.00 | 12.50% |
| Total, Mental Health Treatment Team Staffing | 129.00 | 0.00 | 129.00 | 110.00 | 0.64 | 1.40 | 112.04 | 16.96 | 13.15% |
| **Direct Care Nursing Staff (5)** | | | | | | | | | |
| Psychiatric Technician | 430.00 | 0.00 | 430.00 | 394.00 | 0.00 | 0.00 | 394.00 | 36.00 | 8.37% |
| Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Registered Nurse | 174.00 | 0.00 | 174.00 | 146.00 | 0.00 | 0.00 | 146.00 | 28.00 | 16.09% |
| Total, Direct Care Nursing Staff | 604.00 | 0.00 | 604.00 | 540.00 | 0.00 | 0.00 | 540.00 | 64.00 | 10.60% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 2.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 3.00 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 2.00 | 1.00 | 33.33% |
| Chief Psychologist | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychologist, Supervisor | 3.00 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 2.00 | 1.00 | 33.33% |
| Senior Psychiatrist, Supervisor | 2.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Senior Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Registered Nurse | 23.00 | 0.00 | 23.00 | 20.00 | 0.00 | 0.00 | 20.00 | 3.00 | 13.04% |
| Unit Supervisor | 18.00 | 0.00 | 18.00 | 17.00 | 0.00 | 0.00 | 17.00 | 1.00 | 5.56% |
| **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | 786.00 | 0.00 | 786.00 | 697.00 | 0.64 | 1.40 | 699.04 | 86.96 | 11.06% |

**(1)** Authorized positions are based on the number of positions in the Governor's 2016/17 budget.

**(2)** Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget.  They are established at a point in time based on need of the facilities.

**(3)** Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.

**(4)** Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

**(5)** Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.

**\*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census**

| | Acute Direct Care and ICF High Custody Direct Care | ICF Treatment Team (Per Discipline) | Acute Treatment Team (Per Discipline) |
|---|---|---|---|
| AM Shift | 1 to 6 | 1 to 35 | 1 to 15 |
| PM Shift | 1 to 6 | - | - |
| NOC | 1 to 12 | - | - |

DEPARTMENT OF STATE HOSPITALS
Direct Care, Medical/Psychiatric, Treatment Team and Administrative Staff
Staff Levels for Coleman Patients
January 1, 2017 through January 31, 2017
Report submitted February 1, 2017

| Department of State Hospitals - Vacaville | Facility Totals as of January 31, 2017 - Average Daily Census - 210 Acute 168 Intermediate | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Coleman Related Classifications** | **Governor's Budget Authorized Positions (1)** | **Governor's Budget/ Departmental Authorized (Blanket) Positions (2)** | **Total Authorized Positions** | **Total Filled Civil Service Positions (3)** | **Contracted FTE (4)** | **Overtime FTE (4)** | **Total Filled FTE** | **Functional Vacancy FTE** | **Functional Vacancy Rate** |
| **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| Psychologist | 6.00 | 25.00 | 31.00 | 28.11 | 1.20 | 0.00 | 29.31 | 1.69 | 5.45% |
| Psychiatrist | 4.00 | 25.00 | 29.00 | 20.00 | 1.00 | 0.00 | 21.00 | 8.00 | 27.59% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 4.00 | 24.00 | 28.00 | 20.41 | 0.00 | 0.00 | 20.41 | 7.59 | 27.11% |
| Rehabilitation Therapist | 5.00 | 23.00 | 28.00 | 24.60 | 0.00 | 0.58 | 25.18 | 2.82 | 10.07% |
| Total, Mental Health Treatment Team Staffing | 19.00 | 97.00 | 116.00 | 93.12 | 2.20 | 0.58 | 95.90 | 20.10 | 17.33% |
| **Direct Care Nursing Staff (5)** | | | | | | | | | |
| Psychiatric Technician | 33.00 | 0.00 | 33.00 | 26.00 | 0.82 | 9.24 | 36.06 | 0.00 | 0.00% |
| Medical Technical Assistant | 219.00 | 0.00 | 219.00 | 177.18 | 0.00 | 48.75 | 225.93 | 0.00 | 0.00% |
| Registered Nurse | 77.00 | 0.00 | 77.00 | 72.00 | 0.00 | 10.72 | 82.72 | 0.00 | 0.00% |
| Total, Direct Care Nursing Staff | 329.00 | 0.00 | 329.00 | 275.18 | 0.82 | 68.71 | 344.71 | 0.00 | 0.00% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 2.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Supervising Rehabilitation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Chief Psychologist | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychologist, Supervisor | 0.00 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 0.00 | 2.00 | 2.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00% |
| Senior Medical Technical Assistant | 11.00 | 30.30 | 41.30 | 26.01 | 0.00 | 2.85 | 28.86 | 12.44 | 30.12% |
| Supervising Registered Nurse | 28.00 | 0.00 | 28.00 | 18.00 | 0.00 | 0.00 | 18.00 | 10.00 | 35.71% |
| Unit Supervisor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | 391.00 | 131.30 | 522.30 | 420.31 | 3.02 | 72.14 | 495.47 | 26.83 | 5.14% |

**(1) Authorized positions are based on the number of positions in the Governor's 2016/17 budget.**

**(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget. They are established at a point in time based on need of the facilities.**

**(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.**

**(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.**

**(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.**

**\*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census**

| | ICF Direct Care | Acute Direct Care and ICF High Custody Direct Care | ICF Treatment Team (Per Discipline) | Acute Treatment Team (Per Discipline) |
|---|---|---|---|---|
| AM Shift | 1 to 8 | 1 to 6 | 1 to 35 | 1 to 15 |
| PM Shift | 1 to 8 | 1 to 6 | - | - |
| NOC | 1 to 16 | 1 to 12 | - | - |

Exhibit M

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION        EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



March 8, 2017

Matthew A. Lopes, Jr. Esquire            via:  Elise Owens Thorn, Esquire
Office of the Special Master                   Deputy Attorney General
Pannone Lopes & Devereaux LLC                  Department of Justice
317 Iron Horse Point Way, Suite 301            1300 "I" Street, Suite 125
Providence, RI  02908                          P. O. Box 944255
                                               Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of January, 2017, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PSYCH-CLINIC CF | 9283 | 53.40 | 46.00 | 39.00 | 7.00 | 0.00 | 0.00 | 2.91 | 0.00 | 11.49 | 21.52% |
| REC THERAPIST CF | 9286 | 25.30 | 22.00 | 18.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.30 | 28.85% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SPECIALIST) | 9759 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| SR PSYCH CF/SP | 9287 | 6.50 | 6.50 | 6.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 7.69% |
| SR PSYCH CF/SUP | 9288 | 6.50 | 6.00 | 5.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.50 | 7.69% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 25.20 | 20.30 | 13.75 | 6.55 | 0.00 | 0.00 | 2.20 | 0.00 | 9.25 | 36.71% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Totals | | 181.90 | 160.80 | 132.25 | 28.55 | 4.13 | 0.00 | 7.09 | 0.00 | 38.43 | 21.12% |

| CMF | | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL PSYCHOLOGY INTERN | 9851 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 15.50 | 16.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0.38 | 0.00 | -0.88 | -5.68% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | -0.50 | -25.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (G) | 1138 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 20.00 | 21.00 | 20.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 39.00 | 40.50 | 35.00 | 5.50 | 0.00 | 0.00 | 3.79 | 0.00 | 0.21 | 0.54% |
| REC THERAPIST CF | 9286 | 21.00 | 21.00 | 18.00 | 3.00 | 0.00 | 0.00 | 0.65 | 0.00 | 2.35 | 11.19% |

Thursday, March 09, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 7 of 23
10:17:05 AM
Report Generated By:
Program Suppo

**SUMMARY BY INSTITUTION BY CLASSIFICATION**

**As Of January - 2017**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 6.00 | 6.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 5.00 | 5.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 20.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 17.00 | 17.00 | 12.00 | 5.00 | 0.00 | 0.00 | 1.89 | 0.00 | 3.11 | 18.29% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **137.50** | **140.50** | **121.00** | **19.50** | **1.50** | **0.00** | **6.71** | **0.00** | **8.29** | **6.03%** |

| COR | FY 16/17 | | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 19.60 | 18.00 | 16.00 | 2.00 | 0.00 | 0.00 | 1.05 | 0.00 | 2.55 | 13.01% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.14 | 0.00 | 0.00 | 1.14 | 37.88% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 18.50 | 18.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 2.70% |
| PSYCH-CLINIC CF | 9283 | 63.90 | 46.50 | 41.00 | 5.50 | 0.00 | 0.00 | 2.10 | 0.00 | 20.80 | 32.55% |
| REC THERAPIST CF | 9286 | 15.00 | 14.50 | 5.00 | 9.50 | 0.00 | 0.00 | 4.14 | 0.00 | 5.86 | 39.07% |
| SR PSYCH CF/SP | 9287 | 5.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 5.50 | 5.50 | 6.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -9.09% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 10.50 | 10.50 | 2.50 | 8.00 | 0.00 | 0.00 | 5.15 | 0.00 | 2.85 | 27.14% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **147.00** | **127.00** | **100.50** | **26.50** | **0.00** | **0.14** | **12.44** | **0.00** | **34.20** | **23.26%** |

| CRC | FY 16/17 | | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |

Thursday, March 09, 2017

Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 8 of 23

10:17:05 AM

Report Generated By:

Program Suppo

Exhibit N

STATE OF CALIFORNIA -- DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



March 8, 2017

Matthew A. Lopes, Jr. Esquire              via:  Elise Owens Thorn, Esquire
Office of the Special Master                      Deputy Attorney General
Pannone Lopes & Devereaux LLC                     Department of Justice
317 Iron Horse Point Way, Suite 301               1300 "I" Street, Suite 125
Providence, RI  02908                             P. O. Box 944255
                                                  Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of January, 2017, data (or as otherwise noted).  The following is the list of enclosures:

1.  California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
         Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.

2.  Reception Center Monthly Reports.
        a. Reception Center Mental Health Screening Report.
        b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

| | Division of Health Care Services<br>Statewide Mental Health Program<br>Allocated and Filled Telepsychiatry Positions - January 2017 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Sites** | **Allocated January 2017** | | | **Filled** | | | | |
| | **Site** | **Telepsych** | **Total** | **Site[1]** | **Registry[2]** | **Telepsych[3]** | **Total** | **Percentage** |
| 1 **CCC** | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0% |
| 2 **CCI/CAC** | 4.0 | 3.0 | 7.0 | 1.0 | 1.7 | 2.8 | 5.5 | 79% |
| 3 **CCWF** | 11.0 | 2.0 | 13.0 | 7.0 | 0.0 | 0.5 | 7.5 | 58% |
| 4 **CHCF** | 21.0 | 3.0 | 24.0 | 11.3 | 1.1 | 2.0 | 14.3 | 60% |
| 5 **CIM** | 12.0 | 0.0 | 12.0 | 10.0 | 0.0 | 0.5 | 10.5 | 88% |
| 6 **CIW** | 9.0 | 1.0 | 10.0 | 6.0 | 0.4 | 2.0 | 8.4 | 84% |
| 7 **COR** | 10.5 | 4.0 | 14.5 | 2.5 | 4.6 | 2.5 | 9.6 | 66% |
| 8 **CTF** | 6.0 | 1.0 | 7.0 | 3.3 | 0.0 | 1.0 | 4.3 | 61% |
| 9 **CVSP/ISP** | 1.0 | 1.0 | 2.0 | 0.0 | 0.0 | 0.7 | 0.7 | 37% |
| 10 **HDSP** | 2.0 | 4.0 | 6.0 | 0.0 | 0.0 | 4.0 | 4.0 | 67% |
| 11 **KVSP** | 9.0 | 0.0 | 9.0 | 0.0 | 3.2 | 1.0 | 4.2 | 47% |
| 12 **LAC** | 13.0 | 3.0 | 16.0 | 4.0 | 1.6 | 3.0 | 8.6 | 54% |
| 13 **MCSP** | 14.0 | 3.0 | 17.0 | 8.0 | 3.7 | 3.0 | 14.7 | 86% |
| 14 **PBSP** | 2.0 | 2.0 | 4.0 | 1.0 | 1.0 | 1.0 | 3.0 | 76% |
| 15 **RJD** | 16.5 | 3.0 | 19.5 | 6.5 | 1.7 | 4.0 | 12.2 | 63% |
| 16 **SAC** | 19.0 | 3.0 | 22.0 | 10.0 | 0.7 | 1.0 | 11.7 | 53% |
| 17 **SATF** | 10.0 | 7.0 | 17.0 | 1.0 | 2.9 | 5.1 | 9.0 | 53% |
| 18 **SVSP** | 8.0 | 5.0 | 13.0 | 1.3 | 0.2 | 4.3 | 5.8 | 44% |
| 19 **VSP** | 8.0 | 3.0 | 11.0 | 2.0 | 2.0 | 3.0 | 7.0 | 63% |
| 20 **WSP** | 10.0 | 0.0 | 10.0 | 3.0 | 3.6 | 0.5 | 7.1 | 71% |
| **TOTAL** | 186.0 | 49.0 | 235.0 | 77.8 | 28.4 | 41.9 | 148.1 | 63% |

**Footnote**

1 Source: January 27, 2017 Mental Health Hire Tracking Executive Summary from CCHCS Human Resources

2 Source: January 27, 2017 Mental Health Hire Tracking Executive Summary from CCHCS Human Resources, December 2016 Registry

3 Source: January 2017 Telepsychiatry Provider list

Exhibit O



California Correctional Health Care Services

JOB ANNOUNCEMENT POSTING

JC-27211 - STAFF PSYCHIATRIST, CORRECTIONAL AND REHAB SERVICES (SAFETY)

Final Filing Date:Until Filled

---

**Equal Opportunity Employer**

The State of California is an equal opportunity employer to all, regardless of age, ancestry, color, disability (mental and physical), exercising the right to family care and medical leave, gender, gender expression, gender identity, genetic information, marital status, medical condition, military or veteran status, national origin, political affiliation, race, religious creed, sex (includes pregnancy, childbirth, breastfeeding and related medical conditions), and sexual orientation.

It is an objective of the State of California to achieve a drug-free work place. Any applicant for state employment will be expected to behave in accordance with this objective because the use of illegal drugs is inconsistent with the law of the State, the rules governing Civil Service, and the special trust placed in public servants.

---

**Position Details**

| | |
|---|---|
| Job Control #: | JC-27211 |
| Position #(s): | 030-220-9758-VAR |
| Classification: | STAFF PSYCHIATRIST, CORRECTIONAL AND REHAB SERVICES (SAFETY)<br>$19,822.00 - $23,756.00 P<br>$20,344.00 - $24,445.00 Q |
| # of Positions: | Multiple |
| Work Location: | San Diego County |
| Job Type: | Permanent, Full Time |

---

**Department Information**

**Staff Psychiatrist**

**$244,128- $293,340 (Board Certified)**
**$237,864 - $285,072 (Board Eligible)**

Are you a dedicated psychiatrist with an interest in correctional and/or forensic psychiatry? Would you like to join a truly collaborative multidisciplinary health care team? A career with the California Department of

Correctional Facilities and the opportunity to provide care to a diverse patient population. Here, you will see and develop treatment plans for cases you won't encounter in any other practice. Plus, with our strong Behavioral Support Team's assistance, you'll be able to devote your time to practicing and honing advanced pharmacological skills.

---

**Job Description and Duties**

---

We currently have opportunities at Richard J. Donovan Correctional Facility, located in San Diego. Here, you'll find a warm climate, urban and suburban housing options, and access to all of the beaches, parks, and cultural activities that make this Southern California city such a desirable destination. Plus, with the positive work/life balance, you'll find with CCHCS, you'll be able to enjoy them all!

In return for your efforts, we offer:

- 40-hour work week with flexible schedules
- Generous paid time off and holiday schedule
- State of California pension that vests in five years
- 401(k) and 457(b) options – tax defer up to $35k per year!
- Paid insurance, license, and DEA renewal
- Visa sponsorship opportunities
- CME annual stipend of $1,000 with paid time off to attend
- $10, 000 Thank You Bonus to professionals newly hired with the State of California

Take the first step in joining this outstanding multidisciplinary team and contact LaTreese Phillips, Recruiter at LaTreese.Phillips@cdcr.ca.gov.

You may also apply online at www.ChangingPrisonHealthCare.org

---

**Application Instructions**

---

Completed applications and all required documents must be received or postmarked by the Final Filing Date in order to be considered.

Final Filing Date: Until Filled

**Who May Apply**

Completed applications and all required documents must be received or postmarked by the Final Filing Date in order to be considered. Individuals who are currently in the classification, eligible for lateral transfer, eligible for reinstatement, eligible for a Training and Development assignment, have SROA and/or Surplus eligibility, or have list eligibility (or are in the process of obtaining list eligibility). SROA and Surplus candidates may attach "surplus letters" to their applications. Applicants must meet any Minimum Qualifications stated in the Classification Specification(s). Applications will be screened and only the most qualified applicants will be selected for an interview.

**How To Apply**

Completed Minimum Qualification Application (MQA) Document (FS 5078) and Filing 03/30/17 required form must be submitted to apply for this Job Posting. A completed copy of the Application Packet listing must be included, when submitting your application in hard copy.

## Address for Mailing Application Packages

You may mail your application and any applicable or required documents to:

> California Correctional Health Care Services
> Attn: LaTreese Phillips
> Centralized Hiring Unit
> PO Box 588500, Personnel D-2
> Elk Grove  CA, 95758

## Required Application Documents

Please submit the following items with your application. Applicants who do not submit the required items timely may not be considered for this job:

- State Examination/Employment Application STD Form 678. All Experience and Education relating to the Minimum Qualifications listed on the Classification Specification should be included to demonstrate how you meet the Minimum Qualifications for the position.
- Resume is optional. It may be included, but is not required.

Applicants requiring reasonable accommodations for the hiring interview process must request the necessary accommodations if scheduled for a hiring interview. The request should be made at the time of contact to schedule the interview. Questions regarding reasonable accommodations may be directed to the EEO contact listed on this job posting.

| Benefits |
| --- |

For information on our benefits, click here

| Contact Information |
| --- |

The Human Resources Contact is available to answer questions regarding the position or application process.

- **Human Resources Contact:**
  LaTreese Phillips
  (916) 691-4818
  LaTreese.Phillips@cdcr.ca.gov

- Please direct requests for Reasonable Accommodations to the interview scheduler at the time the interview is being scheduled. You may direct any additional questions regarding Reasonable Accommodations or Equal Employment Opportunity for this position(s) to the Department's EEO Office.

  **EEO Contact:**
  EEO Coordinator
  (916) 691-6035
  Lisette.Fong@cdcr.ca.gov
- California Relay Service: 1-800-735-2929 (TTY), 1-800-735-2922 (Voice) TTY is a Telecommunications Device for the Deaf, and is reachable only from phones equipped with a TTY Device.



California Correctional Health Care Services

JOB ANNOUNCEMENT POSTING

JC-53208 - PHYSICIAN AND SURGEON, CORRECTIONAL FACILITY (INTERNAL MED/FAMILY PRACTICE)

Final Filing Date: Until Filled

---

### Equal Opportunity Employer

The State of California is an equal opportunity employer to all, regardless of age, ancestry, color, disability (mental and physical), exercising the right to family care and medical leave, gender, gender expression, gender identity, genetic information, marital status, medical condition, military or veteran status, national origin, political affiliation, race, religious creed, sex (includes pregnancy, childbirth, breastfeeding and related medical conditions), and sexual orientation.

It is an objective of the State of California to achieve a drug-free work place. Any applicant for state employment will be expected to behave in accordance with this objective because the use of illegal drugs is inconsistent with the law of the State, the rules governing Civil Service, and the special trust placed in public servants.

---

### Position Details

Job Control Details

| | |
|---|---|
| **Job Control #:** | JC-53208 |
| **Position #(s):** | **030-213-9263-VAR** |
| **Classification:** | **PHYSICIAN AND SURGEON, CORRECTIONAL FACILITY (INTERNAL MED/FAMILY PRACTICE)**<br>**$19,364.00 - $20,333.00 P**<br>**$20,439.00 - $21,461.00 Q** |
| **# of Positions:** | Multiple |
| **Work Location:** | San Diego County |
| **Job Type:** | Permanent, Full Time |

---

### Department Information

**Physician (IM/FP)**

**$258,204 starting annual** (Time-Limited Board Certified)

**$245,268 starting annual** (Lifetime Board Certified)

Are you looking to practice medicine and maintain a positive work/life balance in your career? California Correctional Health Care Services (CCHCS) allows you to focus on providing quality care without the burdens of managing insurance paperwork or maintaining a private practice. Here, in a supportive, collaborative environment, you will deliver primary care to our diverse patient population.

## Job Description and Duties

We currently have opportunities at Richard J. Donovan Correctional Facility, located in San Diego. Here, you'll find a warm climate, urban and suburban housing options, and access to all of the beaches, parks, and cultural activities that make this Southern California city such a desirable destination. Plus, with the positive work/life balance, you'll find with CCHCS, you'll be able to enjoy them all!

Our competitive compensation package includes:

- 40-hour work week

- Retirement that vests in five years

- Paid insurance/license/DEA renewal

- Visa sponsorship opportunities

- Paid CME with paid time off to attend

- And much more

Take the first step in joining this outstanding multidisciplinary team and contact Norman Franklin, Recruiter at (916) 691-6152 or Norman.Franklin@cdcr.ca.gov.

You may also apply online at www.ChangingPrisonHealthCare.org

Thanks!!

## Application Instructions

Dates printed on Mobile Bar Codes, such as the Quick Response (QR) Codes available at the USPS, are not considered Postmark dates for the purpose of determining timely filing of an application.

Final Filing Date: Until Filled

### Who May Apply

Individuals who are currently in the classification, eligible for lateral transfer, eligible for reinstatement, eligible for a Training and Development assignment, have SROA and/or Surplus eligibility, or have list eligibility (or are in the process of obtaining list eligibility). SROA and Surplus candidates may attach "surplus letters" to their applications.

Applications will be screened and only the most qualified applicants will be selected for an interview.

## How To Apply

Completed Examination/Employment Application (STD 678) and applicable or required documents must be submitted to apply for this Job Posting. A completed copy of the Application Package listing must be included, when submitting your application in hard copy.

### Address for Mailing Application Packages

You may submit your application and any applicable or required documents to:

> California Correctional Health Care Services
> Attn: Danny Richardson
> Centralized Hiring Unit
> PO Box 588500, Personnel D-2
> Elk Grove, CA 95758

### Required Application Documents

Please submit the following items with your application. Applicants who do not submit the required items timely may not be considered for this job:

- State Examination/Employment Application STD Form 678. All Experience and Education relating to the Minimum Qualifications listed on the Classification Specification should be included to demonstrate how you meet the Minimum Qualifications for the position.
- Resume is optional. It may be included, but is not required.

Applicants requiring reasonable accommodations for the hiring interview process must request the necessary accommodations if scheduled for a hiring interview. The request should be made at the time of contact to schedule the interview. Questions regarding reasonable accommodations may be directed to the EEO contact listed on this job posting.

## Benefits

For information on our benefits, click here

## Contact Information

The Human Resources Contact is available to answer questions regarding the position or application process.

- **Human Resources Contact:**
  Norman Franklin
  (916) 691-6152
  Norman.Franklin@cdcr.ca.gov

- Please direct requests for Reasonable Accommodations to the interview scheduler at the time the interview is being scheduled. You may direct any additional questions regarding Reasonable Accommodations or Equal Employment Opportunity for this position(s) to the Department's EEO Office.

EEO Contact:

EEO Coordinator
(916) 691-6035
CCHCS_Disability_Management_Unit@cdcr.ca.gov

- California Relay Service: 1-800-735-2929 (TTY), 1-800-735-2922 (Voice) TTY is a Telecommunications Device for the Deaf, and is reachable only from phones equipped with a TTY Device.

Exhibit P

STATE OF CALIFORNIA -- DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



March 8, 2017

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                              Deputy Attorney General
Pannone Lopes & Devereaux LLC                     Department of Justice
317 Iron Horse Point Way, Suite 301                1300 "I" Street, Suite 125
Providence, RI  02908                                     P. O. Box 944255
                                                                   Sacramento, CA  94244-2550


RE: *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of January, 2017, data (or as otherwise
noted).  The following is the list of enclosures:

1.  California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
       Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.

2.  Reception Center Monthly Reports.
        a. Reception Center Mental Health Screening Report.
        b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report.

| Division of Health Care Services<br>Statewide Mental Health Program<br>Allocated and Filled Telepsychiatry Positions - January 2017 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Sites** | **Allocated January 2017** | | | **Filled** | | | | |
| | **Site** | **Telepsych** | **Total** | **Site**[1] | **Registry**[2] | **Telepsych**[3] | **Total** | **Percentage** |
| 1 **CCC** | 0.0 | 1.0 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0% |
| 2 **CCI/CAC** | 4.0 | 3.0 | 7.0 | 1.0 | 1.7 | 2.8 | 5.5 | 79% |
| 3 **CCWF** | 11.0 | 2.0 | 13.0 | 7.0 | 0.0 | 0.5 | 7.5 | 58% |
| 4 **CHCF** | 21.0 | 3.0 | 24.0 | 11.3 | 1.1 | 2.0 | 14.3 | 60% |
| 5 **CIM** | 12.0 | 0.0 | 12.0 | 10.0 | 0.0 | 0.5 | 10.5 | 88% |
| 6 **CIW** | 9.0 | 1.0 | 10.0 | 6.0 | 0.4 | 2.0 | 8.4 | 84% |
| 7 **COR** | 10.5 | 4.0 | 14.5 | 2.5 | 4.6 | 2.5 | 9.6 | 66% |
| 8 **CTF** | 6.0 | 1.0 | 7.0 | 3.3 | 0.0 | 1.0 | 4.3 | 61% |
| 9 **CVSP/ISP** | 1.0 | 1.0 | 2.0 | 0.0 | 0.0 | 0.7 | 0.7 | 37% |
| 10 **HDSP** | 2.0 | 4.0 | 6.0 | 0.0 | 0.0 | 4.0 | 4.0 | 67% |
| 11 **KVSP** | 9.0 | 0.0 | 9.0 | 0.0 | 3.2 | 1.0 | 4.2 | 47% |
| 12 **LAC** | 13.0 | 3.0 | 16.0 | 4.0 | 1.6 | 3.0 | 8.6 | 54% |
| 13 **MCSP** | 14.0 | 3.0 | 17.0 | 8.0 | 3.7 | 3.0 | 14.7 | 86% |
| 14 **PBSP** | 2.0 | 2.0 | 4.0 | 1.0 | 1.0 | 1.0 | 3.0 | 76% |
| 15 **RJD** | 16.5 | 3.0 | 19.5 | 6.5 | 1.7 | 4.0 | 12.2 | 63% |
| 16 **SAC** | 19.0 | 3.0 | 22.0 | 10.0 | 0.7 | 1.0 | 11.7 | 53% |
| 17 **SATF** | 10.0 | 7.0 | 17.0 | 1.0 | 2.9 | 5.1 | 9.0 | 53% |
| 18 **SVSP** | 8.0 | 5.0 | 13.0 | 1.3 | 0.2 | 4.3 | 5.8 | 44% |
| 19 **VSP** | 8.0 | 3.0 | 11.0 | 2.0 | 2.0 | 3.0 | 7.0 | 63% |
| 20 **WSP** | 10.0 | 0.0 | 10.0 | 3.0 | 3.6 | 0.5 | 7.1 | 71% |
| **TOTAL** | 186.0 | 49.0 | 235.0 | 77.8 | 28.4 | 41.9 | 148.1 | 63% |

**Footnote**

1 Source: January 27, 2017 Mental Health Hire Tracking Executive Summary from CCHCS Human Resources

2 Source: January 27, 2017 Mental Health Hire Tracking Executive Summary from CCHCS Human Resources, December 2016 Registry

3 Source:  January 2017 Telepsychiatry Provider list

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| ASP | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 11.00 | 9.50 | 3.00 | 6.50 | 0.00 | 0.09 | 0.00 | 0.00 | 8.09 | 73.50% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 7.50 | 6.50 | 5.50 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 26.67% |
| PSYCH-CLINIC CF | 9283 | 9.00 | 8.00 | 7.00 | 1.00 | 0.00 | 0.00 | 3.54 | 0.00 | -1.54 | -17.11% |
| REC THERAPIST CF | 9286 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.50 | 1.50 | 1.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 33.33% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 5.00 | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 | 4.89 | 0.00 | 0.11 | 2.20% |
| SUP PSYCH S WK I CF | 9291 | 0.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.60 | 100.00% |
| Totals | | 43.60 | 39.50 | 22.50 | 17.00 | 1.00 | 0.09 | 8.43 | 0.00 | 11.76 | 26.96% |
| **CAL** | **FY 16/17** | **SCO DATA** | | | | **ADJUSTMENTS** | | | | | |
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 5.00 | 5.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 20.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Totals | | 12.00 | 12.00 | 11.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 8.33% |

Thursday, March 09, 2017

Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 1 of 23

10:17:05 AM
Report Generated by
Program Suppo

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLINICAL PSYCHOLOGY INTERN | 9851 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 14.00 | 14.00 | 13.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| LEAP CANDIDATE/I C | 4687 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| NURSE PRACTITIONER CF | 9278 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 12.00 | 11.00 | 10.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 16.67% |
| PSYCH-CLINIC CF | 9283 | 25.00 | 25.00 | 24.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 4.00% |
| REC THERAPIST CF | 9286 | 5.50 | 5.50 | 4.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 27.27% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 3.50 | 3.50 | 4.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -14.29% |
| SR PSYCH CF/SUP | 9288 | 3.00 | 3.00 | 2.50 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 16.67% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 10.00 | 9.00 | 7.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 30.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **83.00** | **82.00** | **73.50** | **8.50** | **2.00** | **0.00** | **0.00** | **0.00** | **7.50** | **9.04%** |

| CEN | FY 16/17 | | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 5.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.28 | 0.00 | -0.28 | -5.60% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **12.00** | **12.00** | **12.00** | **0.00** | **0.00** | **0.00** | **0.28** | **0.00** | **-0.28** | **-2.33%** |

| CHCF | FY 16/17 | | SCO DATA | | | ADJUSTMENTS | |
|---|---|---|---|---|---|---|---|

Thursday, March 09, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 3 of 23

10:17:05 AM
Report Generated By:
Program Suppo

Correctional Health Care Services
Mental Health Institution-Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PROGRAM ASST (MENTAL DISABILITIES-SAFETY) | 8102 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| PROGRAM DIRECTOR (MENTAL DISABILITIES-SAFETY) | 8103 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 26.00 | 21.50 | 21.50 | 0.00 | 4.00 | 0.00 | 2.46 | 0.00 | -1.96 | -7.54% |
| REC THERAPIST CF | 9286 | 10.00 | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 2.00 | 200.00% |
| SR PSYCH CF/SP | 9287 | 3.50 | 3.50 | 4.00 | -0.50 | 1.00 | 0.00 | 0.00 | 0.00 | -1.50 | -42.86% |
| SR PSYCH CF/SUP | 9288 | 3.00 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | -1.00 | -33.33% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 9.00 | 8.00 | 6.00 | 2.00 | 0.00 | 0.00 | 0.81 | 0.00 | 2.19 | 24.33% |
| STAFF SER AN (GEN) | 5157 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| TRAINING OFFICER I | 5197 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| **Totals** | | 96.00 | 88.50 | 78.50 | 10.00 | 10.98 | 1.00 | 3.27 | 0.00 | 4.25 | 4.43% |

| CMC | | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 1.13 | 0.00 | 0.00 | 0.00 | -1.13 | -113.37% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL PSYCHOLOGY INTERN | 9851 | 4.00 | 4.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 25.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 19.70 | 19.00 | 16.00 | 3.00 | 0.00 | 0.00 | 1.98 | 0.00 | 1.72 | 8.73% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| MAINT MECH CORR F | 6941 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| OFFICE TECH (G) | 1138 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 26.80 | 23.00 | 20.50 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 6.30 | 23.51% |

Thursday, March 09, 2017

Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 6 of 23

10:17:05 AM

Report Generated By:

Program Suppo

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PSYCH-CLINIC CF | 9283 | 53.40 | 46.00 | 39.00 | 7.00 | 0.00 | 0.00 | 2.91 | 0.00 | 11.49 | 21.52% |
| REC THERAPIST CF | 9286 | 25.30 | 22.00 | 18.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7.30 | 28.85% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SPECIALIST) | 9759 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 100.00% |
| SR PSYCH CF/SP | 9287 | 6.50 | 6.50 | 6.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 7.69% |
| SR PSYCH CF/SUP | 9288 | 6.50 | 6.00 | 5.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.50 | 7.69% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 25.20 | 20.30 | 13.75 | 6.55 | 0.00 | 0.00 | 2.20 | 0.00 | 9.25 | 36.71% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Totals | | 181.90 | 160.80 | 132.25 | 28.55 | 4.13 | 0.00 | 7.09 | 0.00 | 38.43 | 21.12% |

| CMF | | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL PSYCHOLOGY INTERN | 9851 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 15.50 | 16.00 | 16.00 | 0.00 | 0.00 | 0.00 | 0.38 | 0.00 | -0.88 | -5.68% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.00 | -0.50 | -25.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (G) | 1138 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 20.00 | 21.00 | 20.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 39.00 | 40.50 | 35.00 | 5.50 | 0.00 | 0.00 | 3.79 | 0.00 | 0.21 | 0.54% |
| REC THERAPIST CF | 9286 | 21.00 | 21.00 | 18.00 | 3.00 | 0.00 | 0.00 | 0.65 | 0.00 | 2.35 | 11.19% |

Thursday, March 09, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 7 of 23
10:17:05 AM
Report Generated By:
Program Suppo

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 6.00 | 6.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 5.00 | 5.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 20.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 17.00 | 17.00 | 12.00 | 5.00 | 0.00 | 0.00 | 1.89 | 0.00 | 3.11 | 18.29% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **137.50** | **140.50** | **121.00** | **19.50** | **1.50** | **0.00** | **6.71** | **0.00** | **8.29** | **6.03%** |

| COR | | FY 16/17 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 19.60 | 18.00 | 16.00 | 2.00 | 0.00 | 0.00 | 1.05 | 0.00 | 2.55 | 13.01% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.14 | 0.00 | 0.00 | 1.14 | 37.88% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 18.50 | 18.00 | 18.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 2.70% |
| PSYCH-CLINIC CF | 9283 | 63.90 | 46.50 | 41.00 | 5.50 | 0.00 | 0.00 | 2.10 | 0.00 | 20.80 | 32.55% |
| REC THERAPIST CF | 9286 | 15.00 | 14.50 | 5.00 | 9.50 | 0.00 | 0.00 | 4.14 | 0.00 | 5.86 | 39.07% |
| SR PSYCH CF/SP | 9287 | 5.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 5.50 | 5.50 | 6.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -9.09% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 10.50 | 10.50 | 2.50 | 8.00 | 0.00 | 0.00 | 5.15 | 0.00 | 2.85 | 27.14% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **147.00** | **127.00** | **100.50** | **26.50** | **0.00** | **0.14** | **12.44** | **0.00** | **34.20** | **23.26%** |

| CRC | | FY 16/17 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |

Thursday, March 09, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 8 of 23
10:17:05 AM
Report Generated By:
Program Suppo

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 10.00 | 10.00 | 9.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 10.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.22 | 0.00 | 0.00 | 1.22 | 61.21% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 10.00 | 9.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 10.00% |
| REC THERAPIST CF | 9286 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 2.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 6.00 | 6.00 | 5.50 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 8.33% |
| **Totals** | | **44.00** | **42.00** | **37.50** | **4.50** | **3.00** | **0.22** | **0.00** | **0.00** | **3.72** | **8.46%** |

| CTF | | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 12.00 | 12.00 | 11.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 8.33% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 10.00 | 10.00 | 8.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 20.00% |
| PSYCH-CLINIC CF | 9283 | 13.00 | 12.00 | 10.50 | 1.50 | 0.00 | 0.14 | 0.76 | 0.00 | 1.88 | 14.43% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.50 | 1.50 | 1.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 33.33% |

Thursday, March 09, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 9 of 23
10:17:05 AM
Report Generated By:
Program Suppo

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 6.00 | 6.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 50.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **52.50** | **51.50** | **41.50** | **10.00** | **0.00** | **0.14** | **0.76** | **0.00** | **10.38** | **19.76%** |

| **CVSP** | | **FY 16/17** | **SCO DATA** | | | **ADJUSTMENTS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 2.00 | 2.00 | 0.00 | 0.00 | 1.11 | 0.00 | 0.89 | 22.25% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| **Totals** | | **11.00** | **10.00** | **8.00** | **2.00** | **0.00** | **0.00** | **1.11** | **0.00** | **1.89** | **17.18%** |

| **DVI** | | **FY 16/17** | **SCO DATA** | | | **ADJUSTMENTS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 7.00 | 6.50 | 6.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 14.29% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 5.00 | 4.50 | 5.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 14.50 | 12.00 | 10.00 | 2.00 | 2.00 | 0.00 | 0.95 | 0.00 | 1.55 | 10.69% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |

Thursday, March 09, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 10 of 23
10:17:05 AM
Report Generated By:
Program Suppo

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.87 | 0.00 | -0.87 | -21.75% |
| **Totals** | | **39.50** | **36.00** | **33.00** | **3.00** | **2.00** | **0.00** | **1.82** | **0.00** | **2.68** | **6.78%** |

| **FSP** | | **FY 16/17** | **SCO DATA** | | | **ADJUSTMENTS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 6.00 | 6.00 | 1.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 83.33% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 5.00 | 5.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 20.00% |
| PSYCH-CLINIC CF | 9283 | 7.00 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.14 | 0.00 | 1.86 | 26.57% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **29.00** | **29.00** | **17.00** | **12.00** | **0.00** | **0.00** | **0.14** | **0.00** | **11.86** | **40.90%** |

| **HDSP** | | **FY 16/17** | **SCO DATA** | | | **ADJUSTMENTS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 8.00 | 8.00 | 7.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 12.50% |
| PSYCH-CLINIC CF | 9283 | 15.00 | 13.00 | 8.50 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 | 43.33% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |

Thursday, March 09, 2017

Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 11 of 23

10:17:05 AM
Report Generated By:
Program Suppo

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 20.50 | 23.00 | 21.50 | 1.50 | 1.00 | 0.00 | 0.09 | 0.00 | -2.09 | -10.20% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 22.00 | 26.00 | 22.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 45.00 | 50.00 | 37.50 | 12.50 | 0.00 | 0.00 | 1.13 | 0.00 | 6.37 | 14.16% |
| REC THERAPIST CF | 9286 | 19.00 | 25.00 | 22.00 | 3.00 | 0.00 | 0.00 | 0.55 | 0.00 | -3.55 | -18.68% |
| SR PSYCH CF/SP | 9287 | 6.50 | 8.00 | 7.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -7.69% |
| SR PSYCH CF/SUP | 9288 | 7.00 | 7.50 | 8.00 | -0.50 | 1.00 | 0.00 | 0.00 | 0.00 | -2.00 | -28.57% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 13.00 | 15.00 | 7.25 | 7.75 | 0.00 | 0.00 | 4.78 | 0.00 | 0.97 | 7.46% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| **Totals** | | **143.00** | **165.50** | **134.25** | **31.25** | **2.00** | **0.00** | **6.55** | **0.00** | **0.20** | **0.14%** |

| NKSP | | FY 16/17 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 12.00 | 13.00 | 13.00 | 0.00 | 0.50 | 0.00 | 1.06 | 0.00 | -2.56 | -21.33% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE ASST (T) | 1379 | 0.00 | 0.00 | 0.00 | 0.00 | 1.91 | 0.00 | 0.00 | 0.00 | -1.91 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 10.00 | 11.00 | 11.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | -10.00% |
| PSYCH-CLINIC CF | 9283 | 29.00 | 30.00 | 18.00 | 12.00 | 0.00 | 0.00 | 1.35 | 0.00 | 9.65 | 33.28% |
| REC THERAPIST CF | 9286 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |

Thursday, March 09, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 14 of 23
10:17:05 AM
Report Generated By:
Program Suppo

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 10.00 | 11.00 | 5.00 | 6.00 | 0.00 | 0.00 | 1.51 | 0.00 | 3.49 | 34.90% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Totals | 75.00 | 79.00 | 56.00 | 23.00 | 2.41 | 0.00 | 3.92 | 0.00 | 12.67 | 16.89% |

| PBSP | | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 5.00 | 4.00 | 4.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | -1.00 | -20.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 6.00 | 5.00 | 5.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | -1.00 | -16.67% |
| PSYCH-CLINIC CF | 9283 | 16.00 | 14.00 | 11.50 | 2.50 | 0.00 | 0.00 | 0.23 | 0.00 | 4.27 | 26.69% |
| REC THERAPIST CF | 9286 | 5.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 20.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 2.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.39 | 0.00 | 1.61 | 53.67% |
| | Totals | 44.00 | 37.00 | 31.50 | 5.50 | 6.00 | 0.00 | 0.62 | 0.00 | 5.88 | 13.36% |

| PVSP | | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |

Thursday, March 09, 2017

Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 15 of 23

10:17:05 AM

Report Generated By:

Program Suppo

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 11.11% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 7.00 | 6.50 | 6.00 | 0.50 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 13.00 | 12.00 | 7.00 | 5.00 | 0.00 | 0.00 | 0.40 | 0.00 | 5.60 | 43.08% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 4.00 | 6.00 | 2.00 | 4.00 | 0.00 | 0.00 | 1.74 | 0.00 | 0.26 | 6.50% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **46.00** | **44.50** | **32.00** | **12.50** | **2.00** | **0.00** | **2.14** | **0.00** | **9.86** | **21.43%** |

| RJD | | FY 16/17 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL PSYCHOLOGY INTERN | 9851 | 8.00 | 8.00 | 6.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 25.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 22.00 | 22.00 | 21.00 | 1.00 | 5.00 | 0.00 | 1.79 | 0.00 | -5.79 | -26.32% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 3.10 | 3.10 | 2.00 | 1.10 | 0.00 | 0.00 | 0.00 | 0.00 | 1.10 | 35.48% |
| OFFICE SERVICES SUP II (G) | 1150 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |

Thursday, March 09, 2017

Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 16 of 23

10:17:05 AM

Report Generated By:

Program Suppo

Correctional Health Care Services

Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 19.00 | 20.00 | 10.00 | 10.00 | 0.00 | 0.00 | 1.45 | 0.00 | 7.55 | 39.74% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | -100.00% |
| **Totals** | | **211.00** | **208.00** | **166.10** | **41.90** | **1.00** | **0.00** | **12.29** | **0.00** | **31.61** | **14.98%** |

| SATF | | FY 16/17 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 21.00 | 22.00 | 20.00 | 2.00 | 0.00 | 0.00 | 0.52 | 0.00 | 0.48 | 2.29% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| OFFICE SERVICES SUP II (G) | 1150 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 23.00 | 22.00 | 22.00 | 0.00 | 1.77 | 0.00 | 0.00 | 0.00 | -0.77 | -3.36% |
| PSYCH-CLINIC CF | 9283 | 39.00 | 37.00 | 31.25 | 5.75 | 0.00 | 0.00 | 0.59 | 0.00 | 7.16 | 18.36% |
| REC THERAPIST CF | 9286 | 13.00 | 13.00 | 4.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 | 69.23% |
| SR PSYCH CF/SP | 9287 | 6.00 | 5.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 33.33% |
| SR PSYCH CF/SUP | 9288 | 5.00 | 4.50 | 4.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 20.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 9.00 | 9.00 | 1.00 | 8.00 | 0.00 | 0.00 | 3.25 | 0.00 | 4.75 | 52.78% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **127.00** | **123.50** | **95.25** | **28.25** | **1.77** | **0.00** | **4.36** | **0.00** | **25.62** | **20.17%** |

| SCC | | FY 16/17 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 6.50 | 7.00 | 4.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 | 38.46% |

Thursday, March 09, 2017

Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 18 of 23

10:17:05 AM

Report Generated By:

Program Suppo

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 7.00 | 6.00 | 4.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 42.86% |
| REC THERAPIST CF | 9286 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Totals | 27.50 | 27.00 | 21.00 | 6.00 | 1.00 | 0.00 | 0.00 | 0.00 | 5.50 | 20.00% |

| SOL | | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL PSYCHOLOGY INTERN | 9851 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 13.00 | 10.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 23.08% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| LEAP CANDIDATE/I C | 4687 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 9.00 | 8.00 | 5.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 44.44% |
| PSYCH-CLINIC CF | 9283 | 14.00 | 12.00 | 11.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 2.00 | 14.29% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.98 | 0.00 | 0.02 | 2.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | -100.00% |

Thursday, March 09, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 19 of 23
10:17:05 AM
Report Generated By:
Program Suppo

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 6.00 | 7.00 | 4.00 | 3.00 | 0.00 | 0.00 | 0.84 | 0.00 | 1.16 | 19.33% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **56.00** | **52.00** | **41.00** | **11.00** | **2.00** | **0.00** | **1.82** | **0.00** | **11.18** | **19.96%** |

| SQ | | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 1.90 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -0.10 | -5.26% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 4.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 50.00% |
| CLINICAL PSYCHOLOGY INTERN | 9851 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 22.30 | 20.00 | 17.00 | 3.00 | 0.00 | 0.00 | 4.14 | 0.00 | 1.16 | 5.20% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 3.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 66.67% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| NURSE PRACTITIONER CF | 9278 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 2.80 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 28.57% |
| OFFICE TECH (T) | 1139 | 19.30 | 17.00 | 11.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 8.30 | 43.01% |
| PROGRAM ASST (MENTAL DISABILITIES-SAFETY) | 8102 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| PROGRAM DIRECTOR (MENTAL DISABILITIES-SAFETY) | 8103 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| PSYCH-CLINIC CF | 9283 | 26.90 | 27.50 | 26.25 | 1.25 | 0.00 | 0.00 | 1.91 | 0.00 | -1.26 | -4.68% |
| REC THERAPIST CF | 9286 | 9.10 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 1.63 | 0.00 | 2.47 | 27.14% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 3.80 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 21.05% |
| SR PSYCH CF/SP | 9287 | 7.40 | 6.00 | 6.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.40 | 5.41% |
| SR PSYCH CF/SUP | 9288 | 3.20 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.20 | 6.25% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 55.40 | 59.00 | 49.50 | 9.50 | 2.00 | 0.00 | 0.86 | 0.00 | 3.04 | 5.49% |

Thursday, March 09, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 20 of 23
10:17:05 AM
Report Generated By:
Program Suppo

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STAFF SERVICES MANAGER I | 4800 | 0.40 | 0.20 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 | 0.40 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.20 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.20 | 100.00% |
| TRAINING OFFICER I | 5197 | 2.90 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 2.90 | 100.00% |
| Totals | | 174.60 | 162.70 | 136.75 | 25.95 | 4.00 | 0.00 | 8.54 | 0.00 | 25.31 | 14.50% |

| SVSP | | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| ASSOC GOVRL PROGRAM ANALYST | 5393 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 19.00 | 19.00 | 13.00 | 6.00 | 0.00 | 0.00 | 1.97 | 0.00 | 4.03 | 21.21% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH REC TECH I | 1869 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 20.00 | 20.00 | 19.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 5.00% |
| PSYCH-CLINIC CF | 9283 | 43.00 | 40.00 | 22.00 | 18.00 | 0.00 | 0.00 | 2.06 | 0.00 | 18.94 | 44.05% |
| REC THERAPIST CF | 9286 | 19.00 | 19.00 | 14.00 | 5.00 | 0.00 | 0.00 | 0.89 | 0.00 | 4.11 | 21.63% |
| SR PSYCH CF/SP | 9287 | 6.50 | 6.50 | 5.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1.50 | 23.08% |
| SR PSYCH CF/SUP | 9288 | 6.00 | 6.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 9.00 | 9.00 | 1.00 | 8.00 | 0.00 | 0.00 | 0.24 | 0.00 | 7.76 | 86.22% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Totals | | 132.50 | 129.50 | 88.00 | 41.50 | 0.00 | 0.00 | 5.16 | 0.00 | 39.34 | 29.69% |

| VSP | | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL PSYCHOLOGY INTERN | 9851 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |

Thursday, March 09, 2017

Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 21 of 23

10:17:05 AM

Report Generated By:

Program Suppo

Exhibit Q

Case 2:90-cv-00520-KJM-SCR   Document 5590-1   Filed 03/30/17   Page 442 of 546

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



March 8, 2017

Matthew A. Lopes, Jr. Esquire          via:  Elise Owens Thorn, Esquire
Office of the Special Master                 Deputy Attorney General
Pannone Lopes & Devereaux LLC                Department of Justice
317 Iron Horse Point Way, Suite 301          1300 "I" Street, Suite 125
Providence, RI  02908                        P. O. Box 944255
                                             Sacramento, CA  94244-2550


**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of January, 2017, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.

2. Reception Center Monthly Reports.
        a. Reception Center Mental Health Screening Report.
        b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

Matthew A. Lopes, Jr. Esquire
Page 2

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

6. Population and Census Reports.
   a. Health Care Placement Oversight Program (HCPOP) Information Report, Summary (R-01)
   b. MHSDS Management Information Summary (MIS).
   c. Weekly EOP/Outpatient Psychiatric Program report.

7. Mental Health Crisis Bed (MHCB) Reports.
   a. Monthly Summary of MHCB Use by Institution (entitled "Inpatient Psychiatric Aging Report").
   b. MHCB Wait List.
   c. Transferred and Rescinded MHCB Referrals by Institution and Level of Care report (all subsections).

8. Department of State Hospitals (DSH) Referral Reports.
   a. Referrals for Transfer to DSH.  *Not included – data not available at this time. Report is currently being re-coded, with an estimated completion date of March 31, 2017.*
   b. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and PC 2684.

9. Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

KATHERINE TEBROCK, ESQUIRE
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

# ENHANCED OUTPATIENT PROGRAM (EOP)
## INSTITUTION COUNTS AND BUS SEAT REQUESTS - WEEK OF JANUARY 30, 2017

| MALE EOP Institutions | MH Operational Capacity | Program Census (1/30/17) | Current Vacancies | Percent Filled | Total Bus Seats Requested | Total Bus Seats Provided | Number of Bus Seats Requested by Sending Location *(Inter-institution transfers only. Numbers/locations in bold reflect bus seats scheduled for transport this week.)* |
|---|---|---|---|---|---|---|---|
| CHCF II | 375 | 441 | -66 | 118% | 18 | 2 | *1-CMC, 1-NKSPRC,* 3-CIMRC, 2-CMC, 6-CMF, 1-WSPRC, 1-CTF, 3-NKSPRC. |
| RJD II | 264 | 89 | 175 | 34% | 14 | 12 | *9-CMC, 1-CMF, 1-SAC, 1-VSP,* 1-WSPRC, 1-SQRC. |
| SATF SNY II | 352 | 406 | -54 | 115% | 5 | 5 | *1-CIMRC, 2-MCSP, 1-SQRC, 1-SVSP.* |
| VSP SNY II | 372 | 411 | -39 | 110% | 30 | 4 | *1-WSPRC, 1-ISP, 1-MCSP, 1-NKSPRC,* 1-COR, 15-SATF, 10-MCSP. |
| MCSP SNY II | 264 | 176 | 88 | 67% | 1 | 1 | *1-SVSP.* |
| CMC III | 452 | 447 | 5 | 99% | 1 | 1 | *1-MCSP.* |
| CMF III | 447 | 484 | -37 | 108% | 11 | 5 | *1-WSPRC, 1-SAC, 1-SOL, 2-SQRC,* 1-CTF, 4-LAC, 1-RJD. |
| RJD III | 330 | 300 | 30 | 91% | 15 | 10 | *3-CMF, 1-FSP, 2-NKSPRC, 3-SAC, 1-SOL,* 1-CMC, 1-COR, 2-WSPRC, 1-LAC. |
| LAC IV (270) | 450 | 341 | 109 | 76% | 7 | 7 | *1-WSPRC, 1-PBSP, 5-SAC.* |
| MCSP SNY III | 360 | 400 | -40 | 111% | 67 | 6 | *1-CMF, 3-COR, 1-SAC, 1-SATF,* 14-COR, 6-WSPRC, 4-DVIRC, 1-HDSP, 3-KVSP, 1-LAC, 1-NKSPRC, 8-RJD, 7-SATF, 3-SCC, 1-SQRC, 9-SVSP, 3-VSP. |
| SVSP SNY III | 300 | 318 | -18 | 106% | 47 | 1 | *1-SAC,* 1-CEN, 3-CIMRC, 10-COR, 4-WSPRC, 1-DVIRC, 3-KVSP, 1-LAC, 5-MCSP, 4-NKSPRC, 5-RJD, 2-SATF, 6-SQRC, 1-VSP. |
| COR SNY IV (270) | 300 | 247 | 53 | 82% | 3 | 3 | *2-LAC, 1-NKSPRC.* |
| LAC SNY IV (270) | 150 | 156 | -6 | 104% | 14 | 3 | *1-CMF, 1-MCSP, 1-RJD,* 1-CMF, 2-COR, 1-WSPRC, 3-KVSP, 2-MCSP, 1-SATF, 1-SAC. |
| MCSP SNY IV (270) | 150 | 158 | -8 | 105% | 26 | 1 | *1-VSP,* 2-CIMRC, 11-COR, 2-WSPRC, 2-KVSP, 3-LAC, 3-SAC, 2-SATF. |
| RJD SNY IV (270) | 300 | 324 | -24 | 108% | 10 | 5 | *2-COR, 1-WSPRC, 2-MCSP,* 1-KVSP, 2-LAC, 2-MCSP. |
| KVSP SNY IV (180) | 96 | 202 | -106 | 210% | 27 | 4 | *2-RJD, 1-SAC, 1-SVSP,* 2-CMC, 3-CMF, 2-COR, 2-WSPRC, 2-HDSP, 2-LAC, 1-MCSP, 1-NKSPRC, 8-SAC. |
| SVSP SNY IV (180) | 288 | 248 | 40 | 86% | 40 | 2 | *1-CMC, 1-MCSP,* 1-CIMRC, 4-CMC, 1-CMF, 3-COR, 1-KVSP, 5-LAC, 1-MCSP, 3-RJD, 19-SAC. |
| PBSP IV (180) | 66 | 8 | 58 | 12% | 0 | 0 | |
| SAC IV (180) | 514 | 522 | -8 | 102% | 6 | 6 | *1-CMF, 1-PBSP, 1-SQRC, 3-SVSP.* |
| **TOTALS:** | **5830** | **5678** | **152** | **97%** | **342** | **78** | |

| FEMALE EOP | | | | | | | |
|---|---|---|---|---|---|---|---|
| CCWF | 54 | 113 | -59 | 209% | 0 | 0 | |
| CIW | 75 | 79 | -4 | 105% | 0 | 0 | |
| **TOTALS:** | **129** | **192** | **-63** | **149%** | **0** | **0** | |

| PSU | | | *(per 1-30-17 PSU Pending List)* | | | | |
|---|---|---|---|---|---|---|---|
| CIW PSU | 20 | 6 | 14 | 30% | 0 | 0 | |
| SAC PSU | 300 | 269 | 31 | 90% | 12 | 4 | *1-RJD, 1-KVSP, 1-LAC, 1-CMF ,* 6-CMC, 2-COR. |

Exhibit R



**16** Physician, Dentist, and Podiatrist

## Psychiatrists

SOC Code: 29-1066

**Federal Government Definition:** Physicians who diagnose, treat, and help prevent disorders of the mind.

**The State Employs:**

➢ 456 full-time employees in this occupation in eight classifications

➢ This occupation represents 30.8 percent of employees associated with Unit 16

**Median Wage:**

The comparisons on this page use median wages. The OES survey has a median wage cap of $15,600 a month. Although the OES survey indicates the median wage for local government was in excess of this amount, $15,600 was used for this comparison.

Below Average Growth



The number of jobs in this occupation is projected to grow by

**12**%

in California by 2022 according to the EDD

The State's Total Compensation Leads/Lags Each Employer Group By:

Market Average
27.8%

Local Government
27.8%

Private Sector
N/A

Federal Government
N/A

*The Market Average is a weighted average of total compensation for the three employer groups.*

Statewide Monthly Median Total Compensation Comparison for the Psychiatrists Occupation



71

Exhibit S

August 2014

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                              EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



October 2, 2014

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                           Department of Justice
317 Iron Horse Point Way, Suite 301                     1300 "I" Street, Suite 125
Providence, RI  02908                                   P. O. Box 944255
                                                        Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of August, 2014, data (or as otherwise
noted).  The following is the list of enclosures:

1.  Mental Health Services Delivery System (MHSDS) Staffing Allocation and
    Vacancy History**.**
2.  MHSDS Hiring Activity Report**.**
3.  Health Care Placement Oversight Program (HCPOP) Information Report, Summary,
    and Mental Health Tracking System (MHTS) Length of Stay Report.
4.  Mental Health Telemedicine Monthly Report for all disciplines.
5.  California Department of Corrections and Rehabilitation (CDCR) Reception Center
    (RC) Monthly Report.
6.  Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient
    Psychiatric Aging Report.
7.  Referrals for Transfer to the Department of State Hospitals (DSH), (including
    admissions). *(Data for Central California (CCWF), California Institution for Men
    (CIM), California Medical Facility (CMF), Richard J. Donovan Correctional Facility
    (RJD), San Quentin State Prison (SQ), and Wasco State Prison (WSP) are provided by
    institutional staff.  Data for all other institutions are generated from MHTS.*
8.  Atascadero State Hospital (ASH) Discharges.
9.  Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code
    2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurses (RN).  **(No Longer Available)**
13. RC Referrals to Correctional Clinical Case Management System (CCCMS) and EOP
    Completed Within Timelines Report.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of August - 2014**

| | Class Code | Authorized | Filled | 918 | 920 | Hires | Vacant | Registry (PY) | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATION | 9761 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.19 | -1.19 | -59.50% |
| **Totals** | | **40.00** | **35.00** | **0.00** | **0.00** | **0.00** | **5.00** | **2.04** | **2.96** | **7.40%** |

| **FSP** | | **FY 14/15** | | | | | **ADJUSTMENTS** | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized** | **Filled** | **918** | **920** | **Hires** | **Vacant** | **Registry (PY)** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 5.00 | 3.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | 40.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 5.00 | 3.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | 40.00% |
| PSYCH-CLINIC CF | 9283 | 7.00 | 6.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 14.29% |
| REC THERAPIST CF | 9286 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATION | 9761 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 2.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 33.33% |
| **Totals** | | **29.00** | **17.00** | **0.00** | **0.00** | **0.00** | **12.00** | **0.00** | **12.00** | **41.38%** |

| **HDSP** | | **FY 14/15** | | | | | **ADJUSTMENTS** | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized** | **Filled** | **918** | **920** | **Hires** | **Vacant** | **Registry (PY)** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 8.00 | 5.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 3.00 | 37.50% |

Friday, September 26, 2014

Source: FY 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 11 of 24

5:51:47 PM

Report Generated By:

Program Supp

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of August - 2014**

| Abbrev Class Title | Class Code | Authorized | Filled | 918 | 920 | Hires | Vacant | Registry (PY) | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | -1.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 4.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 3.00 | 42.86% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 9.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 3.00 | 25.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | -1.00 | 0.00 | -1.00 | NC |
| **Totals** | | **38.00** | **25.00** | **2.00** | **0.00** | **0.00** | **11.00** | **0.00** | **11.00** | **28.95%** |

| **ISP** | | **FY 14/15** | | | | **ADJUSTMENTS** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized** | **Filled** | **918** | **920** | **Hires** | **Vacant** | **Registry (PY)** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 2.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 33.33% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **10.00** | **8.00** | **0.00** | **0.00** | **0.00** | **2.00** | **0.00** | **2.00** | **20.00%** |

| **KVSP** | | **FY 14/15** | | | | **ADJUSTMENTS** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized** | **Filled** | **918** | **920** | **Hires** | **Vacant** | **Registry (PY)** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 1.00 | 50.00% |

Friday, September 26, 2014

Source: FY 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 12 of 24

5:51:47 PM
Report Generated By:
Program Supp

September 2014

Case 2:90-cv-00520-KJM-SCR   Document 5590-1   Filed 03/30/17   Page 453 of 546

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, California  95758



November 3, 2014

Matthew A. Lopes, Jr. Esquire          via: Elise Owens Thorn, Esquire
Office of the Special Master                  Deputy Attorney General
Pannone Lopes & Devereaux LLC                 Department of Justice
317 Iron Horse Point Way, Suite 301           1300 "I" Street, Suite 125
Providence, RI  02908                         P. O. Box 944255
                                              Sacramento, CA  94244-2550


**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of September, 2014, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Mental Health Tracking System (MHTS) Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions). *(Data for Central California (CCWF), California Institution for Men (CIM), California Medical Facility (CMF), Richard J. Donovan Correctional Facility (RJD), and San Quentin State Prison (SQ) are provided by institutional staff.  Data for all other institutions are generated from MHTS.*
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurses (RN).  **(No Longer Available)**

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of September - 2014**

| HDSP | | FY 14/15 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 8.00 | 8.00 | 5.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 37.50% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 6.50 | 5.00 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 28.57% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 9.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 25.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| | Totals | 38.00 | 37.50 | 25.00 | 12.50 | 2.00 | 0.00 | 0.00 | 0.00 | 11.00 | 28.95% |

Source: FY 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

October 2014

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                        EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 588500
Elk Grove, California  95758



December 2, 2014

Matthew A. Lopes, Jr. Esquire                                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                                               Deputy Attorney General
Pannone Lopes & Devereaux LLC                                  Department of Justice
317 Iron Horse Point Way, Suite 301                           1300 "I" Street, Suite 125
Providence, RI  02908                                               P. O. Box 944255
                                                                            Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of October, 2014, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History**.**
2. MHSDS Hiring Activity Report**.**
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Mental Health Tracking System (MHTS) Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions). *(Data for Central California (CCWF), California Institution for Men (CIM), and San Quentin State Prison (SQ) are provided by institutional staff.  Data for all other institutions are generated from MHTS.)*
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurses (RN).  **(No Longer Available)**
13. RC Referrals to Correctional Clinical Case Management System (CCCMS) and EOP Completed Within Timelines Report.

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of October - 2014**

| HDSP | Class Code | FY 14/15 Authorized Per 7A | SCO DATA Established | SCO DATA Filled | SCO DATA Vacant | ADJUSTMENTS 918 | ADJUSTMENTS 920 | ADJUSTMENTS Registry (PY) | ADJUSTMENTS Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | | | | | | | | | | | |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 8.00 | 8.00 | 7.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 12.50% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 28.57% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 9.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 25.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.64 | 0.00 | 0.00 | 0.00 | -0.64 | -63.64% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| **Totals** | | **38.00** | **38.00** | **26.00** | **12.00** | **2.64** | **0.00** | **0.00** | **0.00** | **9.36** | **24.64%** |

Source: FY 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

November 2014

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



January 5, 2015

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                          Department of Justice
317 Iron Horse Point Way, Suite 301                    1300 "I" Street, Suite 125
Providence, RI  02908                                  P. O. Box 944255
                                                       Sacramento, CA  94244-2550


**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of November, 2014, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Mental Health Tracking System (MHTS) Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions). *(Data for Central California (CCWF), California Institution for Men (CIM), and San Quentin State Prison (SQ) are provided by institutional staff.  Data for all other institutions are generated from MHTS.*
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurses (RN).  **(No Longer Available)**
13. RC Referrals to Correctional Clinical Case Management System (CCCMS) and EOP Completed Within Timelines Report.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of November - 2014**

| HDSP | | FY 14/15 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 28.57% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 9.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 25.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | -100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| | Totals | 38.00 | 38.00 | 27.00 | 11.00 | 3.00 | 0.00 | 0.00 | 0.00 | 8.00 | 21.05% |

Source: FY 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

December 2014

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

February 2, 2015

Matthew A. Lopes, Jr. Esquire             via: Elise Owens Thorn, Esquire
Office of the Special Master                   Deputy Attorney General
Pannone Lopes & Devereaux LLC                  Department of Justice
317 Iron Horse Point Way, Suite 301            1300 "I" Street, Suite 125
Providence, RI  02908                          P. O. Box 944255
                                               Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of December, 2014, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Mental Health Tracking System (MHTS) Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurses (RN).  **(No Longer Available)**
13. RC Referrals to Correctional Clinical Case Management System (CCCMS) and EOP Completed Within Timelines Report.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of December - 2014**

| HDSP | Class Code | FY 14/15 Authorized Per 7A | SCO DATA Established | Filled | Vacant | ADJUSTMENTS 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | | | | | | | | | | | |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 8.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 4.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 42.86% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 9.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 25.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | -100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| **Totals** | | **38.00** | **38.00** | **26.00** | **12.00** | **3.00** | **0.00** | **0.00** | **0.00** | **9.00** | **23.68%** |

Source: FY 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

January 2015

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

March 5, 2015

Matthew A. Lopes, Jr. Esquire            via: Elise Owens Thorn, Esquire
Office of the Special Master                     Deputy Attorney General
Pannone Lopes & Devereaux LLC                    Department of Justice
317 Iron Horse Point Way, Suite 301              1300 "I" Street, Suite 125
Providence, RI  02908                            P. O. Box 944255
                                                 Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of January, 2015, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Mental Health Tracking System (MHTS) Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurses (RN).  **(No Longer Available)**
13. RC Referrals to Correctional Clinical Case Management System (CCCMS) and EOP Completed Within Timelines Report.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.

Correctional Health Care Services
Mental Health Institutional Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2015**

| HDSP | | FY 14/15 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 7.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | -14.29% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 4.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 42.86% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 9.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 25.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | -100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| | Totals | 37.00 | 38.00 | 27.00 | 11.00 | 3.00 | 0.00 | 0.00 | 0.00 | 7.00 | 18.92% |

Source: FY 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

February 2015

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

April 3, 2015

Matthew A. Lopes, Jr. Esquire                        via: Elise Owens Thorn, Esquire
Office of the Special Master                              Deputy Attorney General
Pannone Lopes & Devereaux LLC                            Department of Justice
317 Iron Horse Point Way, Suite 301                      1300 "I" Street, Suite 125
Providence, RI  02908                                    P. O. Box 944255
                                                         Sacramento, CA  94244-2550

**RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of February, 2015, data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary, and Mental Health Tracking System (MHTS) Length of Stay Report.
4. Mental Health Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of State Hospitals (DSH), (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurses (RN).  **(No Longer Available)**
13. RC Referrals to Correctional Clinical Case Management System (CCCMS) and EOP Completed Within Timelines Report.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.
16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of February - 2015**

| HDSP | | FY 14/15 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 7.00 | 8.00 | 8.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | -14.29% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 28.57% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 9.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 25.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | -100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| | Totals | 37.00 | 38.00 | 28.00 | 10.00 | 3.00 | 0.00 | 0.00 | 0.00 | 6.00 | 16.22% |

Source: FY 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

March 2015

(No Cover Letter Provided)

Correctional Health Care Services
Mental Health Institution Vacancies
**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of March - 2015**

| | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 5.00 | 5.00 | 3.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 40.00% |
| PSYCH-CLINIC CF | 9283 | 7.00 | 7.00 | 6.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 14.29% |
| REC THERAPIST CF | 9286 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **30.00** | **28.00** | **18.00** | **10.00** | **0.00** | **0.00** | **0.00** | **0.00** | **12.00** | **40.00%** |
| **HDSP** | | **FY 14/15** | | **SCO DATA** | | | | **ADJUSTMENTS** | | | |
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 7.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | -14.29% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 4.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 42.86% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 9.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 25.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |

Tuesday, May 12, 2015
Source: FY 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 12 of 25
1:50:23 PM
Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies
**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of March - 2015**

| | | | | | | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | -100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| **Totals** | | **37.00** | **39.00** | **26.00** | **13.00** | **3.00** | **0.00** | **0.00** | **0.00** | **8.00** | **21.62%** |

| ISP | | FY 14/15 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 1.28 | 0.00 | -1.28 | -32.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **10.00** | **10.00** | **9.00** | **1.00** | **0.00** | **0.00** | **1.28** | **0.00** | **-0.28** | **-2.80%** |

| KVSP | | FY 14/15 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 13.00 | 13.00 | 12.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 7.69% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 11.00 | 11.00 | 10.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 9.09% |
| PSYCH-CLINIC CF | 9283 | 19.00 | 19.00 | 15.00 | 4.00 | 0.00 | 0.00 | 2.19 | 0.00 | 1.81 | 9.53% |

1:50:23 PM
Tuesday, May 12, 2015
Source: FY 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 13 of 25
Report Generated By:
Program Support

April 2015

Case 2:90-cv-00520-KJM-SCR   Document 5590-1   Filed 03/30/17   Page 475 of 546

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

June 1, 2015

Matthew A. Lopes, Jr. Esquire           via: Elise Owens Thorn, Esquire
Office of the Special Master                   Deputy Attorney General
Pannone Lopes & Devereaux LLC             Department of Justice
317 Iron Horse Point Way, Suite 301         1300 "I" Street, Suite 125
Providence, RI  02908                      P. O. Box 944255
                                           Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of April, 2015, data (or as otherwise
noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
    (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit
    (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

Correctional Health Care Services
Mental Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of April - 2015**

| HDSP | Class Code | FY 14/15 Authorized Per 7A | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 7.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | -14.29% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 0.14 | 0.00 | 0.00 | 0.00 | -0.14 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 4.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 42.86% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 9.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 25.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| **Totals** | | **37.00** | **39.00** | **26.00** | **13.00** | **1.14** | **0.00** | **0.00** | **0.00** | **9.86** | **26.64%** |

Source: FY 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

May 2015

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



July 1, 2015

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                          Department of Justice
317 Iron Horse Point Way, Suite 301                    1300 "I" Street, Suite 125
Providence, RI  02908                                  P. O. Box 944255
                                                       Sacramento, CA  94244-2550


**RE:  *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of May, 2015, data (or as otherwise noted).  The following is the list of enclosures:

1.  California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a.  Mental Health Executive Summary.
    b.  Mental Institution Vacancy by Classification.
    c.  Mental Institution Vacancies Summary by Classification.
    d.  Mental Health Month to Month Registry Usage.
    e.  Mental Health Six-Month Vacancy Summary.
    f.  Mental Health Program Institution Vacancies-Summary by Classification.
    g.  Statewide Mental Health Program Compliance Summary Report.
    h.  Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
    i.  Mental Health Hiring Progress Report.
    j.  Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2.  Reception Center Monthly Reports.
    a.  Reception Center Mental Health Screening Report.
    b.  Reception Center Transfer Timelines Report.

3.  Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

4.  EOP Inmates Waiting Transfers to PSU.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of May - 2015

| | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Totals | | 30.00 | 28.00 | 18.00 | 10.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12.00 | 40.00% |

| HDSP | | FY 14/15 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 7.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | -14.29% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 0.15 | 0.00 | 0.00 | 0.00 | -0.15 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 4.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 42.86% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 8.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 33.33% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| Totals | | 37.00 | 39.00 | 26.00 | 13.00 | 1.15 | 0.00 | 0.00 | 0.00 | 9.85 | 26.62% |

| ISP | | FY 14/15 | | SCO DATA | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 66.67% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |

Thursday, June 25, 2015
Source: FY 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 11 of 22

9:13:18 AM
Report Generated By:
Program Support

June 2015

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



August 4, 2015

Matthew A. Lopes, Jr. Esquire                          via:  Elise Owens Thorn, Esquire
Office of the Special Master                                    Deputy Attorney General
Pannone Lopes & Devereaux LLC                           Department of Justice
317 Iron Horse Point Way, Suite 301                       1300 "I" Street, Suite 125
Providence, RI  02908                                          P. O. Box 944255
                                                                        Sacramento, CA  94244-2550


**RE:** ***COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of June, 2015, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
    (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit
    (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.
5. EOP ASU Hub Trends.

Correctional Health Care Services
Medical/Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**

As Of June - 2015

| HDSP | | FY 14/15 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 7.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1.00 | -14.29% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 28.57% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 8.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 | 33.33% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| **Totals** | | **37.00** | **39.00** | **27.00** | **12.00** | **2.00** | **0.00** | **0.00** | **0.00** | **8.00** | **21.62%** |

| ISP | | FY 14/15 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 66.67% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| **Totals** | | **10.00** | **10.00** | **7.00** | **3.00** | **0.00** | **0.00** | **0.00** | **0.00** | **3.00** | **30.00%** |

Tuesday, July 21, 2015

Source: FY 14/15 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 14 of 29

11:18:52 AM

Report Generated By:

Program Support

July 2015

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



September 1, 2015

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                              Deputy Attorney General
Pannone Lopes & Devereaux LLC                    Department of Justice
317 Iron Horse Point Way, Suite 301                1300 "I" Street, Suite 125
Providence, RI  02908                                    P. O. Box 944255
                                                                   Sacramento, CA  94244-2550

RE: *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of July, 2015, data (or as otherwise
noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
    (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit
    (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.
5. EOP ASU Hub Trends.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of July - 2015**

| HDSP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 6.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 14.29% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 9.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 25.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 1.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Totals | 38.00 | 39.00 | 30.00 | 9.00 | 2.00 | 0.00 | 0.00 | 0.00 | 6.00 | 15.79% |

Source: FY 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

August 2015

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



October 2, 2015

Matthew A. Lopes, Jr. Esquire            via: Elise Owens Thorn, Esquire
Office of the Special Master                   Deputy Attorney General
Pannone Lopes & Devereaux LLC                  Department of Justice
317 Iron Horse Point Way, Suite 301            1300 "I" Street, Suite 125
Providence, RI  02908                          P. O. Box 944255
                                               Sacramento, CA  94244-2550


**RE:** ***COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of August, 2015, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Institution Vacancy by Classification.
   c. Mental Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies-Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
      Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report.
   b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
   (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit
   (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.
5. EOP ASU Hub Trends.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of August - 2015**

| HDSP | Class Code | FY 15/16 Authorized Per 7A | SCO DATA | | | ADJUSTMENTS | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Abbrev Class Title | | | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 6.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 14.29% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 9.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 25.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 1.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Totals | 38.00 | 39.00 | 30.00 | 9.00 | 2.00 | 0.00 | 0.00 | 0.00 | 6.00 | 15.79% |

Source: FY 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

September 2015

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 588500
Elk Grove, California 95758

November 4, 2015

Matthew A. Lopes, Jr. Esquire
Office of the Special Master
Pannone Lopes & Devereaux LLC
317 Iron Horse Point Way, Suite 301
Providence, RI 02908

via: Elise Owens Thorn, Esquire
Deputy Attorney General
Department of Justice
1300 "I" Street, Suite 125
P. O. Box 944255
Sacramento, CA 94244-2550

## RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of September, 2015, data (or as otherwise noted). The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Institution Vacancy by Classification.
   c. Mental Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies-Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report.
   b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

Correctional Health Care Services
Mental Health Institutional Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of September - 2015**

| HDSP | Class Code | FY 15/16 Authorized Per 7A | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | | | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 6.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 14.29% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 8.50 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | 29.17% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 0.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | NC |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 1.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| | **Totals** | **38.00** | **39.00** | **29.50** | **9.50** | **1.00** | **0.00** | **0.00** | **0.00** | **7.50** | **19.74%** |

Source: FY 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System    Report Generated By:
Program Support

October 2015

Case 2:90-cv-00520-KJM-SCR    Document 5590-1    Filed 03/30/17    Page 493 of 546

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, California  95758

December 2, 2015

Matthew A. Lopes, Jr. Esquire              via: Elise Owens Thorn, Esquire
Office of the Special Master                     Deputy Attorney General
Pannone Lopes & Devereaux LLC                    Department of Justice
317 Iron Horse Point Way, Suite 301              1300 "I" Street, Suite 125
Providence, RI  02908                            P. O. Box 944255
                                                 Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of October, 2015, data (or as otherwise
noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
       Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
   (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit
   (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of October - 2015**

| HDSP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 6.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 14.29% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 9.50 | 2.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2.50 | 20.83% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 1.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | **Totals** | **38.00** | **39.00** | **31.50** | **7.50** | **1.00** | **0.00** | **0.00** | **0.00** | **5.50** | **14.47%** |

| ISP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 66.67% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.17 | 0.00 | 0.83 | 20.75% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| | **Totals** | **10.00** | **10.00** | **6.00** | **4.00** | **0.00** | **0.00** | **0.17** | **0.00** | **3.83** | **38.30%** |

Source: FY 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

November 2015



**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, California  95758

January 5, 2016

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                              Deputy Attorney General
Pannone Lopes & Devereaux LLC                            Department of Justice
317 Iron Horse Point Way, Suite 301                      1300 "I" Street, Suite 125
Providence, RI  02908                                    P. O. Box 944255
                                                         Sacramento, CA  94244-2550

RE: *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of November, 2015, data (or as
otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Institution Vacancy by Classification.
   c. Mental Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies-Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
      Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report.  **Data not available due to
   Electronic Health Records System (EHRS) conversion.**
   b. Reception Center Transfer Timelines Report.  **Data not available due to
   EHRS conversion.**

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
   (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
   report.  **Data not available due to EHRS conversion.**

4. EOP Inmates Waiting Transfers to PSU.

Correctional Health Care Services
Mental Health Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of November - 2015**

| HDSP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 11.11% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 6.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 14.29% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 8.50 | 3.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3.50 | 29.17% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 1.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | **Totals** | **38.00** | **39.00** | **29.50** | **9.50** | **1.00** | **0.00** | **0.00** | **0.00** | **7.50** | **19.74%** |

| ISP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 3.00 | 1.00 | 0.00 | 0.00 | 1.04 | 0.00 | -0.04 | -1.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| | **Totals** | **10.00** | **10.00** | **7.00** | **3.00** | **0.00** | **0.00** | **1.04** | **0.00** | **1.96** | **19.60%** |

Source: FY 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System

Report Generated By:

Program Support

December 2015

Case 2:90-cv-00520-KJM-SCR    Document 5590-1    Filed 03/30/17    Page 499 of 546

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, California 95758

February 8, 2016

Matthew A. Lopes, Jr. Esquire              via: Elise Owens Thorn, Esquire
Office of the Special Master                    Deputy Attorney General
Pannone Lopes & Devereaux LLC                   Department of Justice
317 Iron Horse Point Way, Suite 301             1300 "I" Street, Suite 125
Providence, RI 02908                            P. O. Box 944255
                                                Sacramento, CA 94244-2550

RE: *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of December, 2015, data (or as
otherwise noted). The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Institution Vacancy by Classification.
   c. Mental Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies-Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
      Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report. **Data not available for
   California Institution for Women (CIW), Central California Women's
   Facility (CCWF), and Folsom State Prison (FOL), due to Electronic Health
   Records System (EHRS) conversion.**
   b. Reception Center Transfer Timelines Report. **Data not available for CIW,
   CCWF, and FOL, due to EHRS conversion.**

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report. **Data not available for CIW, CCWF, and FOL, due to EHRS conversion.**

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of December - 2015**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.29 | 0.00 | -0.29 | -9.67% |
| **Totals** | | **28.00** | **28.00** | **20.00** | **8.00** | **0.00** | **0.00** | **0.29** | **0.00** | **7.71** | **27.54%** |

| HDSP | FY 15/16 | | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 11.11% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 7.00 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 28.57% |
| PSYCH-CLINIC CF | 9283 | 12.00 | 12.00 | 9.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 25.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **38.00** | **38.00** | **29.00** | **9.00** | **1.00** | **0.00** | **0.00** | **0.00** | **8.00** | **21.05%** |

| ISP | FY 15/16 | | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.49 | 0.00 | 0.51 | 12.75% |

January 2016

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California 95758**



March 4, 2016

Matthew A. Lopes, Jr. Esquire              via: Elise Owens Thorn, Esquire
Office of the Special Master                    Deputy Attorney General
Pannone Lopes & Devereaux LLC               Department of Justice
317 Iron Horse Point Way, Suite 301         1300 "I" Street, Suite 125
Providence, RI  02908                       P. O. Box 944255
                                            Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of January, 2016, data (or as otherwise noted). The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report. **Data not available for Central California Women's Facility (CCWF) due to Electronic Health Records System (EHRS) conversion.**
    b. Reception Center Transfer Timelines Report. **Data not available for CCWF due to EHRS conversion.**

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
As Of January - 2016

| FSP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
|-----|--|----------|----------|--|--|-------------|--|--|--|--|--|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 6.00 | 5.00 | 3.00 | 2.00 | 0.00 | 0.00 | 0.18 | 0.00 | 2.82 | 47.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 5.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 7.00 | 7.00 | 6.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 14.29% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.28 | 0.00 | -0.28 | -9.33% |
| Totals | | 29.00 | 28.00 | 20.00 | 8.00 | 0.00 | 0.00 | 0.46 | 0.00 | 8.54 | 29.45% |

| HDSP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
|------|--|----------|----------|--|--|-------------|--|--|--|--|--|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 11.11% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 8.00 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 37.50% |
| PSYCH-CLINIC CF | 9283 | 15.00 | 12.00 | 9.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 40.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |

Wednesday, March 02, 2016

Source: FY 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 13 of 29

9:23:52 AM
Report Generated By:
Program Suppo

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2016**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **44.00** | **38.00** | **29.00** | **9.00** | **1.00** | **0.00** | **0.00** | **0.00** | **14.00** | **31.82%** |

February 2016

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, California  95758



April 5, 2016

Matthew A. Lopes, Jr. Esquire            via: Elise Owens Thorn, Esquire
Office of the Special Master                  Deputy Attorney General
Pannone Lopes & Devereaux LLC                 Department of Justice
317 Iron Horse Point Way, Suite 301           1300 "I" Street, Suite 125
Providence, RI  02908                         P. O. Box 944255
                                              Sacramento, CA  94244-2550

RE: *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of February, 2016, data (or as
otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Institution Vacancy by Classification.
   c. Mental Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies-Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
       Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report.  **Data not available for
   Central California Women's Facility (CCWF) due to Electronic Health
   Records System (EHRS) conversion.**
   b. Reception Center Transfer Timelines Report.  **Data not available for CCWF
   due to EHRS conversion.**

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report.

4. EOP Inmates Waiting Transfers to PSU.

Correctional Health Care Services
Mental Health Institution Vacancies
SUMMARY BY INSTITUTION BY CLASSIFICATION
As Of February - 2016

| HDSP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 11.11% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 8.00 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 37.50% |
| PSYCH-CLINIC CF | 9283 | 15.00 | 12.00 | 9.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 40.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Totals | | 44.00 | 38.00 | 29.00 | 9.00 | 1.00 | 0.00 | 0.00 | 0.00 | 14.00 | 31.82% |

| ISP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| Totals | | 11.00 | 11.00 | 8.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 27.27% |

Monday, March 28, 2016

Source: FY 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 16 of 32

1:35:32 PM
Report Generated By:
Program Support

March 2016

(No Cover Letter Provided)

Correctional Health Care Services
Mental Health Staffing Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of March - 2016**

| HDSP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 11.11% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 8.00 | 8.00 | 5.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 37.50% |
| PSYCH-CLINIC CF | 9283 | 15.00 | 15.00 | 9.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 40.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | **Totals** | **44.00** | **44.00** | **29.00** | **15.00** | **1.00** | **0.00** | **0.00** | **0.00** | **14.00** | **31.82%** |
| ISP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| | **Totals** | **11.00** | **11.00** | **9.00** | **2.00** | **0.00** | **0.00** | **0.00** | **0.00** | **2.00** | **18.18%** |

Wednesday, April 20, 2016

Source: FY 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 13 of 28

12:32:05 PM

Report Generated By:

Program Supp

April 2016

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, California  95758



June 3, 2016

Matthew A. Lopes, Jr. Esquire          via:  Elise Owens Thorn, Esquire
Office of the Special Master                   Deputy Attorney General
Pannone Lopes & Devereaux LLC                  Department of Justice
317 Iron Horse Point Way, Suite 301            1300 "I" Street, Suite 125
Providence, RI  02908                          P. O. Box 944255
                                               Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of April 2016, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Institution Vacancy by Classification.
   c. Mental Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies-Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report.  **Data not available for Central California Women's Facility (CCWF) due to Electronic Health Records System (EHRS) conversion.**
   b. Reception Center Transfer Timelines Report.  **Data not available for CCWF due to EHRS conversion.**

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**

As Of April - 2016

| HDSP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 11.11% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 8.00 | 8.00 | 7.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 12.50% |
| PSYCH-CLINIC CF | 9283 | 15.00 | 15.00 | 9.50 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 | 36.67% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **44.00** | **44.00** | **32.50** | **11.50** | **1.00** | **0.00** | **0.00** | **0.00** | **10.50** | **23.86%** |

| ISP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| **Totals** | | **11.00** | **11.00** | **9.00** | **2.00** | **0.00** | **0.00** | **0.00** | **0.00** | **2.00** | **18.18%** |

Friday, May 27, 2016
Source: FY 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 14 of 29
11:36:57 AM
Report Generated By:
Program Support

May 2016

(No Cover Letter Provided)

Correctional Health Care Services

Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**

As Of May - 2016

| HDSP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 8.00 | 8.00 | 7.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 12.50% |
| PSYCH-CLINIC CF | 9283 | 15.00 | 15.00 | 9.50 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 | 36.67% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **44.00** | **44.00** | **33.50** | **10.50** | **1.00** | **0.00** | **0.00** | **0.00** | **9.50** | **21.59%** |

| ISP | | FY 15/16 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| **Totals** | | **11.00** | **11.00** | **9.00** | **2.00** | **0.00** | **0.00** | **0.00** | **0.00** | **2.00** | **18.18%** |

Tuesday, June 28, 2016

Source: FY 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 16 of 31

12:36:14 PM

Report Generated By:

Program Support

June 2016

STATE OF CALIFORNIA -- DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 588500
Elk Grove, California 95758



August 4, 2016

Matthew A. Lopes, Jr. Esquire                    via: Elise Owens Thorn, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                    Department of Justice
317 Iron Horse Point Way, Suite 301               1300 "I" Street, Suite 125
Providence, RI 02908                                  P. O. Box 944255
                                                      Sacramento, CA 94244-2550

RE: *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of June, 2016, data (or as otherwise
noted). The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Institution Vacancy by Classification.
   c. Mental Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies-Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
      Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report.
   b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report.

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of June - 2016**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy |
|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 6.00 | 6.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE TECH (T) | 1139 | 5.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PSYCH-CLINIC CF | 9283 | 7.00 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals | | 29.00 | 29.00 | 20.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9.00 |

| HDSP | | FY 15/16 | | SCO DATA | | | | ADJUSTMENTS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 |
| OFFICE TECH (T) | 1139 | 8.00 | 8.00 | 6.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| PSYCH-CLINIC CF | 9283 | 15.00 | 15.00 | 9.50 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 5.50 |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Tuesday, July 26, 2016
Source: FY 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 11 of 46
4:06:34 PM
Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of June - 2016**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Totals | 44.00 | 44.00 | 32.50 | 11.50 | 1.00 | 0.00 | 0.00 | 0.00 | 10.50 |

| **ISP** | | FY 15/16 | | **SCO DATA** | | | | **ADJUSTMENTS** | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| | Totals | 11.00 | 11.00 | 7.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |

| **KVSP** | | FY 15/16 | | **SCO DATA** | | | | **ADJUSTMENTS** | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 13.00 | 13.00 | 13.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE TECH (T) | 1139 | 12.00 | 12.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PSYCH-CLINIC CF | 9283 | 23.00 | 23.00 | 17.00 | 6.00 | 0.00 | 0.00 | 1.05 | 0.00 | 4.95 |
| REC THERAPIST CF | 9286 | 5.00 | 5.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| SR PSYCH CF/SP | 9287 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SR PSYCH CF/SUP | 9288 | 2.50 | 2.50 | 2.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 |

Tuesday, July 26, 2016
Source: FY 15/16 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 12 of 46
4:06:34 PM
Report Generated By:
Program Support

July 2016

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 588500
Elk Grove, California  95758



September 7, 2016

Matthew A. Lopes, Jr. Esquire                via: Elise Owens Thorn, Esquire
Office of the Special Master                      Deputy Attorney General
Pannone Lopes & Devereaux LLC              Department of Justice
317 Iron Horse Point Way, Suite 301          1300 "I" Street, Suite 125
Providence, RI  02908                             P. O. Box 944255
                                                         Sacramento, CA  94244-2550

RE: *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of July, 2016, data (or as otherwise
noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.

2. Reception Center Monthly Reports.
        a. Reception Center Mental Health Screening Report.
        b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report.

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of July - 2016**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy |
|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 6.00 | 6.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE TECH (T) | 1139 | 5.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PSYCH-CLINIC CF | 9283 | 7.00 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.35 | 0.00 | 0.65 |
| **Totals** | | **29.00** | **29.00** | **19.00** | **10.00** | **0.00** | **0.00** | **0.35** | **0.00** | **9.65** |

| HDSP | | FY 16/17 | | SCO DATA | | | | ADJUSTMENTS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 |
| OFFICE TECH (T) | 1139 | 8.00 | 8.00 | 6.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| PSYCH-CLINIC CF | 9283 | 15.00 | 15.00 | 8.50 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Monday, August 29, 2016
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 11 of 46
2:25:52 PM
Report Generated By:
Program Support

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of July - 2016**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Totals | 44.00 | 44.00 | 30.50 | 13.50 | 1.00 | 0.00 | 0.00 | 0.00 | 12.50 |

| **ISP** | | FY 16/17 | | SCO DATA | | | | ADJUSTMENTS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| | Totals | 11.00 | 11.00 | 7.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4.00 |

| **KVSP** | | FY 16/17 | | SCO DATA | | | | ADJUSTMENTS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 13.00 | 13.00 | 12.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE TECH (T) | 1139 | 12.00 | 12.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PSYCH-CLINIC CF | 9283 | 23.00 | 23.00 | 17.00 | 6.00 | 0.00 | 0.00 | 0.87 | 0.00 | 5.13 |
| REC THERAPIST CF | 9286 | 5.00 | 5.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 |
| SR PSYCH CF/SP | 9287 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SR PSYCH CF/SUP | 9288 | 2.50 | 2.50 | 3.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 |

Monday, August 29, 2016

Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 12 of 46

2:25:52 PM

Report Generated By:

Program Support

August 2016

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

October 5, 2016

Matthew A. Lopes, Jr. Esquire                    via: Elise Owens Thorn, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes & Devereaux LLC                          Department of Justice
317 Iron Horse Point Way, Suite 301                    1300 "I" Street, Suite 125
Providence, RI  02908                                  P. O. Box 944255
                                                       Sacramento, CA  94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of August, 2016, data (or as otherwise
noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Institution Vacancy by Classification.
   c. Mental Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies-Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
      Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
   k. Mental Health Telepsych Allocated and Filled Positions Report.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report.
   b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report.

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of August - 2016**

| | Class Code | FY 16/17 Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 6.00 | 6.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 50.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 5.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 7.00 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 28.57% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.58 | 0.00 | 0.42 | 14.00% |
| **Totals** | | **29.00** | **29.00** | **18.00** | **11.00** | **0.00** | **0.00** | **0.58** | **0.00** | **10.42** | **35.93%** |

| HDSP | Class Code | FY 16/17 Authorized Per 7A | SCO DATA Established | Filled | Vacant | 918 | 920 | ADJUSTMENTS Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | | | | | | | | | | | |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 11.11% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 8.00 | 8.00 | 7.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 12.50% |
| PSYCH-CLINIC CF | 9283 | 15.00 | 15.00 | 7.50 | 7.50 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 | 50.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **44.00** | **44.00** | **30.50** | **13.50** | **1.00** | **0.00** | **0.00** | **0.00** | **12.50** | **28.41%** |

Wednesday, October 05, 2016

Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 11 of 22

12:01:48 PM

Report Generated By:

Program Su

September 2016

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California 95758**



November 4, 2016

Matthew A. Lopes, Jr. Esquire        via: Elise Owens Thorn, Esquire
Office of the Special Master                Deputy Attorney General
Pannone Lopes & Devereaux LLC         Department of Justice
317 Iron Horse Point Way, Suite 301      1300 "I" Street, Suite 125
Providence, RI 02908                   P. O. Box 944255
                                 Sacramento, CA 94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of September, 2016, data (or as otherwise noted). The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of September - 2016**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 6.00 | 6.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 50.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 5.00 | 5.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 7.00 | 7.00 | 6.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 14.29% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.46 | 0.00 | 0.54 | 18.00% |
| Totals | | 29.00 | 29.00 | 19.00 | 10.00 | 0.00 | 0.00 | 0.46 | 0.00 | 9.54 | 32.90% |

| HDSP | FY 16/17 | | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 11.11% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 8.00 | 8.00 | 7.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 12.50% |
| PSYCH-CLINIC CF | 9283 | 15.00 | 13.00 | 7.50 | 5.50 | 0.00 | 0.00 | 0.00 | 0.00 | 7.50 | 50.00% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |

Thursday, November 03, 2016

Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 11 of 23

1:34:14 PM

Report Generated By:

Program Sup

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**

**As Of September - 2016**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **44.00** | **42.00** | **30.50** | **11.50** | **1.00** | **0.00** | **0.00** | **0.00** | **12.50** | **28.41%** |

| ISP | | FY 16/17 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 66.67% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 3.00 | 1.00 | 0.00 | 0.09 | 0.00 | 0.00 | 1.09 | 27.27% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| **Totals** | | **11.00** | **11.00** | **6.00** | **5.00** | **0.00** | **0.09** | **0.00** | **0.00** | **5.09** | **46.28%** |

| KVSP | | FY 16/17 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 13.00 | 13.00 | 12.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 7.69% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 12.00 | 12.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 23.00 | 23.00 | 17.00 | 6.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6.00 | 26.09% |
| REC THERAPIST CF | 9286 | 5.00 | 5.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 20.00% |
| SR PSYCH CF/SP | 9287 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 2.50 | 2.50 | 3.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | -0.50 | -20.00% |

October 2016

STATE OF CALIFORNIA -- DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

December 9, 2016

Matthew A. Lopes, Jr. Esquire                    via: Elise Owens Thorn, Esquire
Office of the Special Master                           Deputy Attorney General
Pannone Lopes & Devereaux LLC                         Department of Justice
317 Iron Horse Point Way, Suite 301                   1300 "I" Street, Suite 125
Providence, RI  02908                                 P. O. Box 944255
                                                      Sacramento, CA  94244-2550


**RE:** *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of October, 2016, data (or as otherwise
noted).  The following is the list of enclosures:

1.  California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
       Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.

2.  Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report.

4. EOP Inmates Waiting Transfers to PSU.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of October - 2016**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 6.00 | 6.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 50.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 5.00 | 5.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 20.00% |
| PSYCH-CLINIC CF | 9283 | 7.00 | 7.00 | 6.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 14.29% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.46 | 0.00 | 0.54 | 18.00% |
| **Totals** | | **29.00** | **29.00** | **18.00** | **11.00** | **0.00** | **0.00** | **0.46** | **0.00** | **10.54** | **36.34%** |

| HDSP | FY 16/17 | | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 11.11% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | -1.00 | NC |
| OFFICE TECH (T) | 1139 | 8.00 | 8.00 | 7.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 12.50% |
| PSYCH-CLINIC CF | 9283 | 15.00 | 13.00 | 8.50 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 | 43.33% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |

Wednesday, December 07, 2016

Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System

Page 11 of 23

12:55:25 PM

Report Generated By:

Program S

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of October - 2016**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **44.00** | **42.00** | **31.50** | **10.50** | **1.00** | **0.00** | **0.00** | **0.00** | **11.50** | **26.14%** |

| ISP | | FY 16/17 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 66.67% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| **Totals** | | **11.00** | **11.00** | **7.00** | **4.00** | **0.00** | **0.00** | **0.00** | **0.00** | **4.00** | **36.36%** |

| KVSP | | FY 16/17 | SCO DATA | | | | | ADJUSTMENTS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 13.00 | 12.00 | 11.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 15.38% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 12.00 | 12.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 23.00 | 23.00 | 18.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 21.74% |
| REC THERAPIST CF | 9286 | 5.00 | 5.00 | 3.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 40.00% |
| SR PSYCH CF/SP | 9287 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 2.50 | 2.50 | 2.00 | 0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 | 20.00% |

Wednesday, December 07, 2016
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 12 of 23
12:55:25 PM
Report Generated By:
Program S

November 2016

(No Cover Letter Provided)

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of November - 2016**

| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 5.00 | 4.50 | 5.00 | -0.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 14.50 | 12.00 | 11.00 | 1.00 | 2.00 | 0.00 | 0.77 | 0.00 | 0.73 | 5.03% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 1.04 | 0.00 | -1.04 | -26.00% |
| **Totals** | | **39.50** | **36.00** | **33.00** | **3.00** | **2.00** | **0.00** | **1.81** | **0.00** | **2.69** | **6.81%** |

| FSP | FY 16/17 | SCO DATA | | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 6.00 | 6.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 50.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 5.00 | 5.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 20.00% |
| PSYCH-CLINIC CF | 9283 | 7.00 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 28.57% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.46 | 0.00 | -0.46 | -15.33% |
| **Totals** | | **29.00** | **29.00** | **19.00** | **10.00** | **0.00** | **0.00** | **0.46** | **0.00** | **9.54** | **32.90%** |

| HDSP | FY 16/17 | SCO DATA | | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Abbrev Class Title | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |

Thursday, January 05, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 10 of 22
8:40:02 AM
Report Generated By:
Program Supp

Correctional Health Care Services
Mental Health Institution Vacancies

### SUMMARY BY INSTITUTION BY CLASSIFICATION
#### As Of November - 2016

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 11.11% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 8.00 | 8.00 | 7.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 12.50% |
| PSYCH-CLINIC CF | 9283 | 15.00 | 13.00 | 8.50 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 | 43.33% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **44.00** | **42.00** | **31.50** | **10.50** | **0.00** | **0.00** | **0.00** | **0.00** | **12.50** | **28.41%** |

| ISP | | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| **Totals** | | **11.00** | **11.00** | **8.00** | **3.00** | **0.00** | **0.00** | **0.00** | **0.00** | **3.00** | **27.27%** |

| KVSP | | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 13.00 | 12.00 | 11.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 15.38% |

Thursday, January 05, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 11 of 22
8:40:02 AM
Report Generated By:
Program Supp

December 2016

Case 2:90-cv-00520-KJM-SCR    Document 5590-1    Filed 03/30/17    Page 541 of 546



**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

February 7, 2017

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                             Deputy Attorney General
Pannone Lopes & Devereaux LLC                    Department of Justice
317 Iron Horse Point Way, Suite 301                 1300 "I" Street, Suite 125
Providence, RI  02908                                    P. O. Box 944255
                                                               Sacramento, CA  94244-2550


RE: *COLEMAN* **MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of December 2016, data (or as
otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of December - 2016**

| HDSP | | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|------|------|----------|-------------|--------|--------|------|------|---------------|-------|---------------------|------------------|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 8.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 11.11% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 8.00 | 8.00 | 7.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 12.50% |
| PSYCH-CLINIC CF | 9283 | 15.00 | 13.00 | 8.50 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 | 43.33% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **44.00** | **42.00** | **31.50** | **10.50** | **0.00** | **0.00** | **0.00** | **0.00** | **12.50** | **28.41%** |
| **ISP** | | **FY 16/17** | **SCO DATA** | | | **ADJUSTMENTS** | | | | | |
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| **Totals** | | **11.00** | **11.00** | **8.00** | **3.00** | **0.00** | **0.00** | **0.00** | **0.00** | **3.00** | **27.27%** |

Tuesday, January 31, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 16 of 32
12:47:47 PM
Report Generated By:
Program Supp

January 2017

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



March 8, 2017

Matthew A. Lopes, Jr. Esquire            via:  Elise Owens Thorn, Esquire
Office of the Special Master                     Deputy Attorney General
Pannone Lopes & Devereaux LLC                    Department of Justice
317 Iron Horse Point Way, Suite 301              1300 "I" Street, Suite 125
Providence, RI  02908                            P. O. Box 944255
                                                 Sacramento, CA  94244-2550

RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND
RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF
VACANCIES

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of January, 2017, data (or as otherwise
noted).  The following is the list of enclosures:

1.  California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager
        Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.

2.  Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems
(MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU)
report.

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| | Class Code | Authorized Per 7A | Established | Filled | Vacant | 918 | 920 | Registry (PY) | Hires | Adjusted Vacancy | Percent Vacant |
|---|---|---|---|---|---|---|---|---|---|---|---|
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.87 | 0.00 | -0.87 | -21.75% |
| **Totals** | | **39.50** | **36.00** | **33.00** | **3.00** | **2.00** | **0.00** | **1.82** | **0.00** | **2.68** | **6.78%** |

| **FSP** | | **FY 16/17** | **SCO DATA** | | | **ADJUSTMENTS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 6.00 | 6.00 | 1.00 | 5.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | 83.33% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| OFFICE TECH (T) | 1139 | 5.00 | 5.00 | 4.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 20.00% |
| PSYCH-CLINIC CF | 9283 | 7.00 | 7.00 | 5.00 | 2.00 | 0.00 | 0.00 | 0.14 | 0.00 | 1.86 | 26.57% |
| SENIOR PSYCHIATRIST (SUPERVISOR), CORRECTIONAL AND REHABILITATIVE | 9761 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 3.00 | 3.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **29.00** | **29.00** | **17.00** | **12.00** | **0.00** | **0.00** | **0.14** | **0.00** | **11.86** | **40.90%** |

| **HDSP** | | **FY 16/17** | **SCO DATA** | | | **ADJUSTMENTS** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 9.00 | 9.00 | 9.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 8.00 | 8.00 | 7.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 12.50% |
| PSYCH-CLINIC CF | 9283 | 15.00 | 13.00 | 8.50 | 4.50 | 0.00 | 0.00 | 0.00 | 0.00 | 6.50 | 43.33% |
| REC THERAPIST CF | 9286 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |

Thursday, March 09, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 11 of 23
10:17:05 AM
Report Generated By:
Program Suppo

Correctional Health Care Services
Mental Health Institution Vacancies

**SUMMARY BY INSTITUTION BY CLASSIFICATION**
**As Of January - 2017**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SR PSYCH CF/SP | 9287 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| SR PSYCH CF/SUP | 9288 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 2.00 | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| SUP PSYCH S WK I CF | 9291 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **Totals** | | **44.00** | **42.00** | **32.50** | **9.50** | **0.00** | **0.00** | **0.00** | **0.00** | **11.50** | **26.14%** |

| ISP | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHOLOGIST/CF | 9859 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| PSYCH-CLINIC CF | 9283 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 0.00 | 0.74 | 0.00 | -0.74 | -18.50% |
| STAFF PSYCHIATRIST, CORRECTIONAL AND REHABILITATIVE SERVICES(SAFETY) | 9758 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.26 | 0.00 | 0.74 | 74.00% |
| **Totals** | | **11.00** | **11.00** | **8.00** | **3.00** | **0.00** | **0.00** | **1.00** | **0.00** | **2.00** | **18.18%** |

| KVSP | FY 16/17 | SCO DATA | | | ADJUSTMENTS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Abbrev Class Title** | **Class Code** | **Authorized Per 7A** | **Established** | **Filled** | **Vacant** | **918** | **920** | **Registry (PY)** | **Hires** | **Adjusted Vacancy** | **Percent Vacant** |
| CHIEF PSYCHIATRIST, CORRECTIONAL AND REHABILITITATIVE SERVICES (SAFETY) | 9774 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| CHIEF PSYCHOLOGIST/CF | 9859 | 2.00 | 2.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 50.00% |
| CLINICAL SOCIAL WORKER (HEALTH/CF)-SAFETY | 9872 | 13.00 | 12.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 7.69% |
| CORRECTIONAL HEALTH SERVICES ADMINSTRATOR II, CORRECTIONAL FACILITY | 4912 | 1.00 | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| HEALTH PROGRAM SP I | 8338 | 3.00 | 3.00 | 2.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 33.33% |
| OFFICE SERVICES SUP II (G) | 1150 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| OFFICE TECH (T) | 1139 | 12.00 | 12.00 | 12.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| PSYCH-CLINIC CF | 9283 | 23.00 | 23.00 | 16.00 | 7.00 | 0.00 | 0.00 | 0.48 | 0.00 | 6.52 | 28.35% |
| REC THERAPIST CF | 9286 | 5.00 | 5.00 | 3.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 40.00% |

Thursday, March 09, 2017
Source: FY 16/17 7A; SCO Reports; MIRS reports; Hire Tracking System
Page 12 of 23
10:17:05 AM
Report Generated By:
Program Suppo