XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD STEGEMAN, State Bar No. 225745
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-4921
  Fax:  (916) 324-5205
  E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF MICHAEL GOLDING, M.D. IN SUPPORT OF DEFENDANTS' RESPONSE TO THE SPECIAL MASTER'S REPORT ON THE STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFENDANTS' STAFFING PLAN** |

I, Michael Golding, declare:

1.  I am the Chief Psychiatrist for the California Department of Corrections and Rehabilitation (CDCR).  I have held this position since _December_, 2014. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify.  I make this declaration in support of Defendants' Response to The Special Master's Report on the Status of Mental Health Staffing and the Implementation of Defendants' Staffing Plan.

1

2.  Over the past two months, my research team and I conducted literature searches for studies on the use and efficacy of telepsychiatry.  We were unable to locate any well-controlled studies evaluating telepsychiatry vs. onsite psychiatry within a prison setting.  However, the findings published from studies on telepsychiatry in other settings are informative and corroborate its usefulness in providing mental health treatment to patients who need it.  Studies conducted to date on telepsychiatry are consistent with the idea that in most applications it is as effective as face-to-face or on-site psychiatric treatment.  Attached hereto as Exhibit 1 is a table summarizing the studies we reviewed.

3.  Attached hereto as Exhibit 2 is a study on telepsychiatry published in the *World Journal of Psychiatry* in 2016, which is consistent with the idea that the reliability of clinical assessments and treatment outcomes due to telepsychiatric interventions is comparable to those rendered via face-to-face services.  Significantly, the report's authors "uncovered no published reports" raising concerns related to confidentiality with telepsychiatry, when utilized with appropriate equipment in confidential settings, or demonstrating a limited capacity of the telepsychiatrist to respond to psychiatric emergencies.

4.  The following photograph is representative of the telepsychiatrists' offices and the computer screens used for telepsychiatry appointments:



5. The following photograph is representative of the telepsychiatrist's view of the inmate-patient:



6. The following photograph is representative of the inmate-patient's view of the telepsychiatrist during individual appointments:



7. The following photograph is representative of an Interdisciplinary Treatment Team meeting with participation by a telepsychiatrist, albeit in a larger office than is often utilized:



3

8. There is no evidence from CDCR's use of telepsychiatry or any consistent evidence from other published studies that telepsychiatric services are absolutely contraindicated for treating patients with any level of mental health need.

9. Telepsychiatry may offer important clinical advantages for patients. For instance, telepsychiatry enables patients who are transferred from one institution to another to continue to see the same psychiatrist, despite their transfer. Such continuity of care is welcome by patients and benefits their treatment.

10.     In March, 2017, as part of my review of the quality of the work done by CDCR's telepsychiatrists, I and another psychiatrist performed a chart review of mental health assessments done by telepsychiatrists. An analysis of 32 telepsychiatry notes and 32 on-site psychiatry notes were approximately matched for institution and level of mental health care. The notes' origins were redacted, so that the two reviewing psychiatrists did not know whether the note reviewed was generated via a telepsychiatrist or by an on-site psychiatrist. The notes were graded "A" (or "very good"), "B" ("good"), or "C" (improvement needed). Overall the notes were "good," with both reviewers saying that more than 50 percent of all notes were very good. The results slightly favored the telepsychiatrists, but could not be considered statistically significant given the methodology. Specifically, 82.5 percent of the telepsychiatry notes were considered "very good," compared with 60 percent of the on-site notes. Twenty-five percent of the on-site notes needed improvement, compared with 4.5 percent of the telepsychiatry notes.

I declare that the foregoing is true and correct. Executed in Elk Grove, California on March 30, 2017.

*/s/ Michael Golding*
Michael Golding, M.D.

CF1997CS0003
32822325.doc

4

# Exhibit 1

## Telepsychiatry Articles

| Reference | Theme of Article | Discussion | Results |
|---|---|---|---|
| Brodey et al, 2000. Satisfaction of forensic psychiatry patients with remote telepsychiatric evaluation. Psych Services: Oct 51(10): 1305-7. | Correctional / Patient satisfaction | The level of satisfaction with telepsychiatry evaluations was determined in a sample of 43 forensic psychiatric patient inmates in a large urban jail. A forensic psychiatrist interviewed 20 patients in person, the other 23 remotely via interactive video. Demographic characteristics, physical health status, and psychiatric symptom severity on the Global Severity Index of the Brief Symptom Inventory were comparable in the two groups. | Patient satisfaction with the evaluations was moderately high for patients in both groups, with no significant differences between them. |
| Ermer D.J., 1999. Child and adolescent telepsychiatry clinics. Psych Services Jul 29(7): 409-14 | Child & Adolescent / Patient satisfaction / Physician satisfaction | A telemedicine program was established at UKMC in 1990, due to limited access to medical care, especially medical specialists in rural Kansas. Psychiatry is especially suited for telemedicine because the assessment and treatment relies more on history gathering and observation. By the end of 1998, the child and adolescent telepsychiatry program had served more than 300 children and adolescents in more than 3,000 clinic visits and the program continues to expand. Several children in state custody or in urban areas were also denied care due to lack of resources. | The early clinics bridged several geographic barriers and were found to be successful and well accepted by both patient and physician. The clinics are now well established and successful. Due to the success of the clinics for rural areas, telepsychiatry clinics were developed to provide care to children in state custody or urban areas. |
| Fortney JC, Pyne JM, Edlund MJ, Williams DK, Robinson DE, Mittal D, et al. A randomized trial of telemedicine-based collaborative care for depression. J Gen Intern Med. 2007;22(8):1086-93. | Collaborative Care for Depression | Implementing practice-based collaborative care for depression in smaller primary care clinics presents unique challenges because it is often not feasible to employ on-site psychiatrists. Small VA community-based outpatient clinics with no on-site psychiatrists but with access to telepsychiatrist and PHQ-9 depression severity scores of ≥12 were chosen as participants for this trial. Measures that were tracked included medication adherence, treatment response, remission, health status, health-related quality of life, and treatment satisfaction. | Intervention patients reported larger gains in mental health status and health-related quality of life, and reported higher satisfaction. Collaborative care can be successfully adapted for primary care clinics without on-site psychiatrists using telemedicine technologies. |
| Hilty DM, Ferrer DC, Parish MB, et al. The Effectiveness of telemental health: A 2013 review. Telemed J E Health 2013;19):444-454. | Efficacy / Comparable to in-person | The authors reviewed the published literature to synthesize information on what is and what is not effective related to telemental health. Terms for the search included, but were not limited to, telepsychiatry, effectiveness, mental health, e-health, videoconferencing, telemedicine, cost, access, and international. | Telemental health is effective for diagnosis and assessment across many populations (adult, child, geriatric, and ethnic) and for disorders in many settings (emergency, home health) and appears to be comparable to in-person care. In addition, this review has identified new models of care (i.e., collaborative care, asynchronous, mobile) with equally positive outcomes. Telemental health is effective and increases access to care. Future directions suggest the need for more research on service models, specific disorders, the issues relevant to culture and language, and cost. |
| Hilty DM, Yellowlees PM, Parish MB, et al. Telepsychiatry: Effective, evidence-based and at a tipping point in healthcare delivery. Psych Clin N Amer 2015;38(3):559-592. | | Patient-centered health care questions how to deliver quality, affordable, and timely care in a variety of settings. Telemedicine empowers patients, increases administrative efficiency, and ensures expertise gets to the place it is most needed—the patient. Telepsychiatry or telemental health is effective, well accepted, and comparable to in-person care. | E-models of care offer variety, flexibility, and positive outcomes in most settings, and clinicians are increasingly interested in using technology for care, so much so that telepsychiatry is now being widely introduced around the world. |
| Janca, 2000. Telepsychiatry: an update on technology & implications. Curr Op Psych 13: 591-7. | Cost-effective | Telepsychiatry enables geographically isolated communities to gain access to a range of psychiatric services, and provides support for various types of health professionals who deal with mental health problems in remote and rural parts of the world. | There have been many applications in the delivery of psychiatric care, education and training, and of research into the feasibility, reliability and cost-effectives of telepsychiatry in different parts of the world it's provided. |

| Reference | Topics | Summary | Outcomes |
|---|---|---|---|
| Kessler D, Lewis G, Kaur S, Wiles N, King M, Weich S, et al. Therapist-delivered Internet psychotherapy for depression in primary care: a randomised controlled trial. Lancet. 2009;374(9690):628-34. | Depression<br>CBT | Computerised programs have been developed to improve accessibility to cognitive-behavioural therapy (CBT). This trial investigated the effectiveness of CBT delivered online in real time by a therapist for patients with depression in primary care. In this randomised trial 297 individuals with a score of 14 or more on the Beck depression inventory (BDI) and confirmed diagnosis of depression were recruited from 55 general practices. Randomly selected 149 were assigned to online CBT in addition to usual care and 148 were assigned to usual care from their general practitioner while on an 8-month waiting list for online CBT. | The primary outcome was recovery from depression (BDI score <10) at 4 months. Analysis was by intention to treat. This trial is registered, number ISRCTN 45446578.113 participants in the intervention group and 97 in the control group completed 4-month follow-up. 43 (38%) patients recovered from depression (BDI score <10) in the intervention group versus 23 (24%) in the control group at 4 months (odds ratio 2.39, 95% CI 1·23–4·67, p=0·011), and 46 (42%) versus 26 (26%) at 8 months (2·07, 1·11–3·87, p=0·023). |
| Myers K, vander Stoep A, Zhou C, et al. Effectiveness of a telehealth service delivery model for treating attention-deficit hyperactivity disorder: results of a community-based randomized controlled trial. J Amer Asso Child Adolesc Psychiatry 2015;54(4):263-74. | ADHD<br>Child & Adolescent | The objective was to test the effectiveness of a telehealth service delivery model for the treatment of children with attention-deficit/hyperactivity disorder (ADHD) that provided pharmacological treatment and caregiver behavior training. There were a total of 223 children referred. Children randomized to the experimental telehealth service model received 6 sessions over 22 weeks of combined pharmacotherapy delivered by child psychiatrists through videoconferencing, and caregiver behavior training, provided in person by community therapists who were supervised remotely. Children randomized to the control service model received treatment with their PCPs augmented with a telepsychiatry consultation. | Children in both service models improved. Children assigned to the telehealth service model improved significantly more than children in the augmented primary care arm for VADRS-Caregiver criteria for inattention, hyperactivity, combined ADHD and VADRS-Caregiver role performance, and CIS-P Impairment. For the VADRS-Teacher diagnostic criteria, children in the telehealth service model had significantly more improvement in hyperactivity and combined ADHD. The CATTS trial demonstrated the effectiveness of a telehealth service model to treat ADHD in communities with limited access to specialty mental health services. |
| O'Reilly R, Bishop J, Maddox K, Hutchinson L, Fisman M, Takhar J. Is telepsychiatry equivalent to face-to-face contact? Results from a randomized controlled equivalence trial. Psychiatr Serv. 2007;58(6):836-43. | Clinical outcomes<br>Patient satisfaction<br>Cost effective | It is not known whether clinical outcomes of telepsychiatry are as good as those achieved through face-to-face contact. This study compared a variety of clinical outcomes after psychiatric consultation and, where needed, brief follow-up for outpatients referred to a psychiatric clinic in Canada who were randomly assigned to be examined face to face or by telepsychiatry. A total of 495 patients in Ontario, Canada, referred by their family physician for psychiatric consultation were randomly assigned to be examined face to face (N=254) or by telepsychiatry (N=241). The treating psychiatrists had the option of providing monthly follow-up appointments for up to four months. The study tested the equivalence of the two forms of service delivery on a variety of outcome measures. | Psychiatric consultation and follow-up delivered by telepsychiatry produced clinical outcomes that were equivalent to those achieved when the service was provided face to face. Patients in the two groups expressed similar levels of satisfaction with service. An analysis limited to the cost of providing the clinical service indicated that telepsychiatry was at least 10% less expensive per patient than service provided face to face. |

| Citation | Keywords | Description | Findings |
|---|---|---|---|
| Rabinowitz T, Murphy KM, Amour JL, Ricci MA, Caputo MP, Newhouse PA. Benefits of a telepsychiatry consultation service for rural nursing home residents. Telemedicine journal and e-health : the official journal of the American Telemedicine Association. 2010;16(1):34-40. | | *Psychiatric care for nursing home residents is difficult to obtain, specifically in rural areas and this deficiency may lead to significant morbidity or death. Cost effectiveness was analyzed for 278 telepsychiatry encounters for 106 nursing home residents to estimate potential cost and time savings associated with telepsychiatry compared to in person care.* | *A total of 843.5 hours (105.4 8-hour work days) of travel time was saved compared to in-person consultation for each of the 278 encounters if they had occurred separately. If four resident visits were possible for each trip, the time saved would decrease to 26.4 workdays. Travel distance saved was 43,000 miles; 10,750 miles if four visits per trip occurred. More than $3,700 would be spent on gasoline for 278 separate encounters; decreased to $925 for four visits per roundtrip. Personnel cost savings estimates ranged from $38,739 to $67,477. Physician costs associated with additional travel time ranged from $84,347 to $253,040 for 278 encounters, or from $21,087 to $63,260 for four encounters per visit. The telepsychiatry approach was enthusiastically accepted by virtually all residents, family members, and nursing home personnel, and led to successful patient management. Providing psychiatric care to rural nursing home residents by videoconference is cost effective and appears to be a medically acceptable alternative to face-to-face care. In addition, this approach will allow many nursing homes to provide essential care that would not otherwise be available.* |
| Ruskin PE, Silver-Aylaian M, Kling MA, Reed SA, Bradham DD, Hebel JR, et al. Treatment outcomes in depression: comparison of remote treatment through telepsychiatry to in-person treatment. The American journal of psychiatry. 2004;161(8):1471-6. | | *The primary objective of this study was to compare treatment outcomes of patients with depressive disorders treated remotely by means of telepsychiatry to outcomes of depressed patients treated in person. Secondary objectives were to determine if patients' rates of adherence to and satisfaction with treatment were as high with telepsychiatric as with in-person treatment and to compare costs of telepsychiatric treatment to costs of in-person treatment. 119 depressed veterans were selected at random and some were given treatment by telepsychiatry and some by in person treatment. Patients' treatment outcomes, satisfaction, and adherence and the costs of treatment were compared between the two conditions.* | *Hamilton Depression Rating Scale and Beck Depression Inventory scores improved over the treatment period and did not differ between treatment groups. The two groups were equally adherent to appointments and medication treatment. emote treatment of depression by means of telepsychiatry and in-person treatment of depression have comparable outcomes and equivalent levels of patient adherence, patient satisfaction, and health care cost.* |
| Sharp, IR, et al: The use of videoconferencing with patients with psychosis: a review of the literature. Annals of General Psychiatry 2011 10:14 | Treatment of Psychosis Patient acceptance Quality | *Several factors make the assessment and treatment of psychosis particularly well-suited for VC. For one, as psychotic patients are often hospitalized or of lower socio-economic status, VC allows patients to be connected with specialists without need for travel. Assessment and treatment using VC is also a potential solution for patients with psychosis living in remote or underserved areas where there is a shortage of specialists. The hallmark symptoms of psychotic disorders might lead one to question the feasibility of using VC with this patient population. For example, are scores on symptom severity rating scales and diagnoses obtained remotely by videoconference equivalent to ratings and diagnosis done in person, given the complex nature of the disorder and the importance of nonverbal signs, such as negative symptoms? Are acutely psychotic patients generally willing to be interviewed remotely by videoconference? Does videoconferencing exacerbate delusions, such as delusions of reference?* | *There were no reports of exacerbation of suspiciousness/ paranoia or of patients incorporating any aspects of VC into his or her delusional system. Availability of telepsychiatry consultation for crisis intervention led to a decrease in hospitalizations and no significant adverse effects were reported. Patients and clinicians adjusted well to the VC interaction and one study suggested VC is "a safe, effective, and useful method for the outpatient treatment of chronically mentally ill patients" (Graham, p. 614, 1996). Patients accepted the technology readily and quality of care was not diminished. In studies of clinical outcome, there was no degradation in quality of outcome with the use of VC* |

| Citation | Topic | Summary |
|---|---|---|
| Yellowlees PM, Hilty DM, Mucic D: "Global/World Wide Telehealth: International Perspectives of Telepsychiatry and the Future." in Key Issues in e-Mental Health. Eds Mucic D, Hilty DM, Springer Publishing, pp. 233-250, 2015 | Depression Anxiety | The impact of technology on the doctor-patient relationship as new technologies and clinical processes are applied to patient care were explored. Telemedicine and internet-enabled clinical systems are already widely available and are impacting the doctor-patient relationship and will increasingly do this more in the future. |
| Yellowlees P, Burke MM, Marks SL, Hilty DM, Shore JH: "Emergency Telepsychiatry" Journal of Telemedicine and Telecare. 2008; 14: 277-281 | Telepsychiatry in emergency situations | Telepsychiatry can be used in two types of psychiatric emergencies: one-time clinical events and public health situations associated with mass disaster. Telemedicine is becoming a part of routine emergency medical response planning. |
| Leonard S: "The Successes and Challenges of Developing a Prison Telepsychiatry Service" Journal of Telemedicine and Telecare. 2004; 10 (S1): 69-71 | Prison Telepsychiatry | The population within a prison is typical not the same as that of the general population. Generally, there is a disproportionately high incidence of mental health problems and drug misuse within the prison population. There is a significant number of challenges prison health care faces that is not experienced by other health care organizations. The prison service has long been subject to criticism for not providing suitable standard of health care to prisoners and one strategy to improve this has been telepsychiatry. |
| Deitsch SE, Frueh BC, Santos AB: "Telepsychiatry for Post-Traumatic Stress Disorder" Journal of Telemedicine and Telecare. 2000; 6: 184-186 | Telepsychiatry for PTSD and reducing travel | This study was done with 4 male combat veterans with PTSD, they had been attending group therapy which took place 200 km away from their home. Ideally they were to attend once a week and had been attending for 7 years. Attendance was variable, no patient was able to attend every week. Like chronic disease management, effective mental health care usually requires regularly provided services. The distance between patient and provider becomes a significant barrier to effective care. |
| Zaylor C, Whitten P, Kingsley C: "Telemedicine Services to a County Jail" Journal of Telemedicine and Telecare. 2000; 6 (S1): 93-95 | Telepsychiatry in County or Local Jails | Local and county jails rarely offer telepsychiatry services to their inmates. A telepsychiatry pilot project was established between Kansas University Medical Center and Lyon County Jail. 264 telepsychiatry consultations occurred with only 1 inmate refusing. Approximately one-third of all inmates were seen for psychiatric consultation within one week of their incarceration and 68% were seen within one month of incarceration. |
| Maiertisch KP, Smith TL, Hessinger JD, Ahearn EP, Eickhoff JC, Zhao Q: Comparison of Videoconference and in person therapy for PTSD "Randomized Controlled Equivalence Trial Comparing Videoconference and in Person Delivery of Cognitive Processing Therapy for PTSD" Journal of Telemedicine and Telecare. 2016; 22 (4): 238-243 | Comparison of Videoconference and in person therapy for PTSD | This study highlighted research and clinical challenges in providing services to the newest veteran generation in general as well as unique challenges with VTC. One complicating factor to the statistical power of this study was a treatment dropout rate twice the original estimate. Factors that could have influenced this high dropout rate are explored. |

Additional summary text (Yellowlees 2015): Online MH encounters are as effective as face-to-face therapy for disorders such as depression and anxiety. As time goes on clinical processes will likely change, models of care will be added and better application of new technologies to the underserved, and have even newer technologies.

Additional summary text (Yellowlees 2008): Telepsychiatry has potential to reduce emergency room overcrowding, provide care in rural areas where it is much needed, improve access to care in the event of a natural or man made disaster.

Additional summary text (Leonard 2004): Despite some initial challenges, a telepsychiatry service was successfully established between a medium-secure unit in Fareham, Hampshire, and a category B training prison on the Isle of Wight. A low-cost, Pc based videoconferencing system was used, connected by ISDN lines at 128 kbit/s. A valuable lesson that was learnt was the importance of having the support of key individuals in a prison setting.

Additional summary text (Deitsch 2000): After familiarization with the equipment and being reassured of their privacy, the remaining portion of the session (45 min) was very much like the normal, face-to-face sessions. All the group members demonstrated a willingness to discuss very personal, sensitive and painful issues with the group. They addressed and responded to the remotely located group leader as usual, and appeared to forget about the technology as the session progressed. Feedback was unanimous regarding the high interest in telepsychiatry if it would prevent a weekly 2 hour drive.

Additional summary text (Zaylor 2000): Among lessons learned during the first year of service were: the monthly demand for consultations was five times greater than projected; moderately to severely ill inmates with a broad range of psychiatric illness can be seen and treated effectively using videoconferencing; and the technology was accepted by the jail personnel and the inmates alike and integrated into the jail's routine in terms of the delivery of psychiatric care.

Additional summary text (Maiertisch 2016): A trend was observed which suggested that CPT over VTC may be equivalent to the treatment delivered in person, as suggested by previous studies. Regardless of treatment, veterans who received the intervention in both conditions reported significant decreases on post-treatment measures.

| Citation | Category | Summary |
|---|---|---|
| Bolton AJ, Dorstyn DS: "Telepsychology for Posttraumatic Stress Disorder: A Systematic Review" Journal of Telemedicine and Telecare. 2015; 21 (5): 254-267 | Telepsychiatry for PTSD | The effectiveness of psychological services provided remotely, telepsychology, for the management of Posttraumatic Stress Disorder (PTSD) was evaluated. Eleven studies ( n = 472 participants) were identified from electronic database searches. Study quality was assessed, with studies characterized by small and underpowered samples. Effect sizes and associated confidence intervals (CIs) were calculated to determine the direction and magnitude of treatment change. Short-term treatment gains were reported for internet and video-based interventions. This included significant medium to large improvements (d range = 0.66-3.22) in cognitive and behavioral symptoms of depression, generalized anxiety and posttraumatic stress. | The equivalence of telepsychology and face-to-face psychotherapy could not be determined, with few comparative studies available. Both treatment gains and deterioration were noted 1 to 6 months following treatment cessation, although this was based on limited follow-up data. Further larger scale and longitudinal research will help to ascertain the minimum requirements for the management and treatment of PTSD in a technology-supported environment. |
| Porcari CE, Amdur RL, Koch EI, Richard DCS, Favorite T, Martis B, Liberzon I: "Assessment of Post-Traumatic Stress Disorder in Veterans by Videoconferencing and by Face-To-Face Methods" Journal of Telemedicine and Telecare. 2009; 15: 89-94 | Telepsychiatry for PTSD | Videoconferencing and face-to-face (FTF) assessments for veterans seeking a mental health evaluation for post-traumatic stress disorder (PTSD) were compared. The clinician administered PTSD scale (CAPS) interview was used in 20 male veterans. | It was found that there are significant correlations between the CAPS administered FTF and by videoconferencing on all three subscales, as well as on the total severity score. The confidence intervals for the CAPS scores reflected statistical equivalence between administration FTF and by videoconferencing. Overall, the results of the present study support the use of videoconferencing in the assessment of PTSD. |
| Salmoiraghi A, Hussain S: "A Systematic Review of the Use of Telepsychiatry in Acute Settings" Journal of Psychiatric Practice. 2015; 21 (5):389-93 | Telepsychiatry in Acute Tx Settings | A review of 23 papers occurred.  The literature was gathered from Medline, Embase, and PsycInfo. Key words were: acute telepsychiatry, teleconsultation, teleconferencing, telemedicine, emergency telepsychiatry, and e-mental health. | The main results are (1) that patients have a positive attitude toward the technology and show a high level of satisfaction with telepsychiatry, (2) that the use of telepsychiatry is correlated with decreased admissions to psychiatric inpatient units, (3) that the quality of clinical interaction in telepsychiatry is similar to that in face-to-face care, and (4) that telepsychiatry seems to be cost effective. The use of telepsychiatry seems to be a viable and relatively inexpensive option for use in places where access to emergency services is difficult. |
| "A Telepsychiatry Solution for Rural Eastern Texas" Psychiatric Services. 2011; 62(11) | Telepsychiatry for Emergencies | In December 2008 the Burke Center in rural eastern Texas began offering psychiatric emergency services to a population of 370,000 and over 11,000 sq miles.  This is only possible with telepsychiatry.  After nearly three years, telemedicine has been proven to work in an emergency treatment setting with no significant shortcomings and no "sentinel events." | Prompt access to psychiatric care via telemedicine 24/7 has proven very efficacious. Such prompt psychiatric service is rarely seen in most inpatient treatment programs. Telepsychiatry is a viable solution to many locales around the country that face shortages in psychiatrists, particularly a federally recognized medical and psychiatric shortage area such as the Burke Center region. |
| Saurman E, Johnston J, Hindman J, Kirby S, Lyle D: "A Transferable Telepsychiatry Model for Improving Access to Emergency Mental Health Care" Journal of Telemedicine and Telecare. 2014; 20 (7): 391-399 | Improving Access to Emergency Mental Health Care | The Mental Health Emergency Care-Rural Access Program (MHEC) aims to improve access to specialist emergency mental health care in rural and remote communities in New South Wales. It provides a range of services including emergency telephone triage and video assessment. The present report provides a detailed description of the structure and function of the MHEC model, and identifies matters concerning adaptation and transferability. Structure: the MHEC can be contacted 24 hours/day, every day of the year; no caller is refused assistance. Function: the MHEC provides information services, clinical services and other program activities. Adaptation of the model and implementation elsewhere (transferability) should be informed by local needs, existing practices and the components of access. | The program has already attracted the attention of two other regions in Australia interested in implementing emergency telepsychiatry programs. The MHEC model is practical solution for improving access to specialist emergency mental health care in underserved areas. |
| Behavioral Activation and Therapeutic Exposure for Posttraumatic Stress Disorder: A Noninferiority Trial of Treatment Delivered in Person Versus Home-Based Telehealth | Telepsychiatry for PTSD | | |

# Exhibit 2

# *World Journal of* *Psychiatry*

Submit a Manuscript: http://www.wjgnet.com/esps/
Help Desk: http://www.wjgnet.com/esps/helpdesk.aspx
DOI: 10.5498/wjp.v6.i2.269

*World J Psychiatr* 2016 June 22; 6(2): 269-282
ISSN 2220-3206 (online)
© 2016 Baishideng Publishing Group Inc. All rights reserved.

*SYSTEMATIC REVIEWS*

# Review of key telepsychiatry outcomes

Sam Hubley, Sarah B Lynch, Christopher Schneck, Marshall Thomas, Jay Shore

Sam Hubley, Christopher Schneck, Marshall Thomas, Jay Shore, Helen and Arthur E Johnson Depression Center, Department of Family Medicine, Aurora, CO 80045, United States

Sarah B Lynch, Department of Clinical Health Psychology, University of Colorado Denver, Denver, CO 80217-3364, United States

Author contributions: All authors conceived the manuscript and collaborated on the design of the review.

Conflict-of-interest statement: The authors have no conflicts of interest to disclose.

Data sharing statement: As this was a review of published data there were no participants to be approached for informed consent for data sharing. No additional data are available.

Open-Access: This article is an open-access article which was selected by an in-house editor and fully peer-reviewed by external reviewers. It is distributed in accordance with the Creative Commons Attribution Non Commercial (CC BY-NC 4.0) license, which permits others to distribute, remix, adapt, build upon this work non-commercially, and license their derivative works on different terms, provided the original work is properly cited and the use is non-commercial. See: http://creativecommons.org/licenses/by-nc/4.0/

Correspondence to: Sam Hubley, Assistant Professor, Helen and Arthur E Johnson Depression Center, Department of Family Medicine, 13199 E. Montview Blvd, Suite 330, Aurora, CO 80045, United States. samuel.hubley@ucdenver.edu
Telephone: +1-303-724882
Fax: +1-303-7244698

Received: October 28, 2015
Peer-review started: November 3, 2015
First decision: December 4, 2015
Revised: January 27, 2016
Accepted: March 14, 2016
Article in press: March 15, 2016
Published online: June 22, 2016

## Abstract

**AIM:** To conduct a review of the telepsychiatry literature.

**METHODS:** We conducted a systematic search of the literature on telepsychiatry using the search terms, "telepsychiatry", "telemental health", "telecare", "telemedicine", "e-health", and "videoconferencing". To meet criteria for inclusion, studies had to: (1) be published in a peer-reviewed journal after the year 2000; (2) be written in English; (3) use videoconferencing technology for the provision of mental health assessment or treatment services; and (4) use an adequately-powered randomized controlled trial design in the case of treatment outcome studies. Out of 1976 studies identified by searches in PubMed (Medline database), Ovid medline, PsychInfo, Embase, and EBSCO PSYCH, 452 met inclusion criteria. Studies that met all inclusion criteria were organized into one of six categories: (1) satisfaction; (2) reliability; (3) treatment outcomes; (4) implementation outcomes; (5) cost effectiveness; and (6) and legal issues. All disagreements were resolved by reassessing study characteristics and discussion.

**RESULTS:** Overall, patients and providers are generally satisfied with telepsychiatry services. Providers, however, tend to express more concerns about the potentially adverse effects of telepsychiatry on therapeutic rapport. Patients are less likely to endorse such concerns about impaired rapport with their provider. Although few studies appropriately employ non-inferiority designs, the evidence taken together suggests that telepsychiatry is comparable to face-to-face services in terms of reliability of clinical assessments and treatment outcomes. When non-inferiority designs were appropriately used, telepsychiatry performed as well as, if not better than face-to-face delivery of mental health services. Studies using both rudimentary and more sophisticated methods for evaluating cost-effectiveness indicate that telepsychiatry is not more expensive than face-to-face delivery of mental health services and that telepsychiatry is actually more cost-effective in the majority of studies reviewed. Notwithstanding legal concerns about loss of confidentiality and limited capacity to respond to psychiatric emergencies, we uncovered no published reports of these adverse events

Hubley S *et al*. Telepsychiatry review

in the use of telepsychiatry.

**CONCLUSION:** A large evidence base supports telepsychiatry as a delivery method for mental health services. Future studies will inform optimal approaches to implementing and sustaining telepsychiatry services.

**Key words:** Telepsychiatry; Telemental health; Videoconferencing; Treatment access; Implementation

© The Author(s) 2016. Published by Baishideng Publishing Group Inc. All rights reserved.

**Core tip:** Telepsychiatry represents a highly promising approach to reducing the treatment gap by making it easier for patients, especially those in isolated contexts, to access expert mental health care. There is a robust evidence base for the use of telepsychiatry as a delivery method for mental health services. Given sufficient empirical justification for telepsychiatry in routine clinical settings, future research studies should focus on clarifying best practices for implementing and sustaining telepsychiatry services.

Hubley S, Lynch SB, Schneck C, Thomas M, Shore J. Review of key telepsychiatry outcomes. *World J Psychiatr* 2016; 6(2): 269-282 Available from: URL: http://www.wjgnet.com/2220-3206/full/v6/i2/269.htm DOI: http://dx.doi.org/10.5498/wjp.v6.i2.269

# INTRODUCTION

Innovative approaches to delivering mental health services are urgently needed to increase access to evidence-based care. Telepsychiatry, which in its contemporary use refers to the delivery of mental health services *via* video-based conferencing, has great potential to address mental health disparities by extending the reach of mental health care to those living in rural areas or to those who otherwise have limited access to care. Rapid changes in technology and the medical landscape have undoubtedly accelerated the growth and reach of telepsychiatry. The enthusiasm for the delivery of mental health services *via* telepsychiatry is evident in its adoption in large health care organizations such as the United States Department of Veterans Affairs[1] and establishment of national practice guidelines[2].

Prior reviews have focused on different domains of the evidence based for telepsychiatry[3,4]. We sought to build on prior reviews by systematically reviewing and critically summarizing the evidence base for telepsychiatry. For the purposes of this review, telepsychiatry is defined as the provision of mental health services by a mental health professional *via* videoconferencing technology.

# MATERIALS AND METHODS

We conducted a review of the telepsychiatry literature in PubMed (Medline database), Ovid medline, PsychInfo, Embase, and EBSCO PSYCH. We used the keywords, "telepsychiatry", "telemental health", "telecare", "telemedicine", "e-health", and "videoconferencing". To meet criteria for inclusion, studies had to: (1) be published in a peer-reviewed journal after the year 2000; (2) be written in English; (3) use videoconferencing technology for the provision of mental health assessment or treatment services; and (4) use an adequately-powered randomized controlled trial (RCT) design in the case of treatment outcome studies. Additionally, we searched reference lists of included studies to identify additional publications not captured by our literature search. The last search was conducted in June 2015.

The first two authors (Sam Hubley and Sarah B Lynch) reviewed all abstracts to identify eligible studies. Studies that met all inclusion criteria were organized into one of six categories: (1) satisfaction; (2) reliability; (3) treatment outcomes; (4) implementation outcomes; (5) cost effectiveness; and (6) legal issues. All disagreements were resolved by reassessing study characteristics and discussion. When consensus was not reached between the first two authors, the last author (Jay Shore) made the final decision.

# RESULTS

We identified a total of 1668 full-text articles based on our literature search and excluded 1534 based on the inclusion criteria (Figure 1). Of the remaining 134, 86 reported on satisfaction with telepsychiatry, 38 evaluated reliability of clinical assessments conducted *via* telepsychiatry, 32 were RCTs, 43 reported on implementation outcomes, 29 estimated cost-effectiveness, and 23 evaluated legal issues associated with telepsychiatry mental health services. Note that some studies reported on more than one outcome ($n$ = 117) and were thus included in each relevant section.

## Satisfaction

Adequate patient and provider satisfaction is a prerequisite for wide scale implementation of telepsychiatry. This is especially true in light of the emphasis on patients' experience of care as a key component of the Triple Aim Framework[5], by which many healthcare innovations are evaluated. There is a substantial body of literature focusing on patient and provider satisfaction with telepsychiatry. Studies employed a range of descriptive, qualitative, experimental, and mixed-methods designs to assess satisfaction outcomes.

**Patient satisfaction:** The majority of studies summarize patients' responses to quantitative self-report questionnaires with descriptive statistics and report high satisfaction with telepsychiatry services. The Client Satisfaction Questionnaire[6] is a commonly used measure in these studies and consists of 8 items rated on a 5-point Likert scale. Many investigators also developed their own satisfaction measures that



**Figure 1  Preferred Reporting Items for Systematic Reviews and Meta-Analyses flow diagram.**

consist of similar items rated on a Likert-scale. Of the 31 studies reviewed, 23 concluded that patients rated their experience with telepsychiatry services as "good" to "excellent"[7-28], while the remaining 7 studies reported mixed reactions among participants[29-38]. For example, Hilty *et al*[33] reported generally high satisfaction among outpatients seeking specialty mental health care but satisfaction scores were statistically higher for rural patients compared to suburban patients. Studies that used qualitative (*n* = 6) qualitative methods to better understand patients' experiences with telepsychiatry services suggest a less uniform pattern of findings compared to results from studies using quantitative methods only[10,21,26,34,37,39,40]. Participants' responses to individual interviews and focus groups follow themes characterized by both positive and negative reactions to telepsychiatry. Prominent positive themes include ease of use and decreased burden of transportation to and from appointments; whereas prominent negative themes include privacy concerns, challenging to establish patient-doctor relationship, and technical challenges. Finally, some studies (*n* = 7) used an experimental design to assess patient satisfaction[10,21,26,36,41-43]. In a study that compared reactions of 48 outpatients randomized to telepsychiatry or face-to-face (FTF) psychiatric consultation, telepsychiatry patients reported comfort in disclosing the same information they would disclose in FTF consultation but reported slightly lower levels of satisfaction regarding feeling supported and encouraged than did FTF patients[36].

**Provider satisfaction:** Based on 11 studies that use qualitative self-report methods, providers tend to have mixed reactions to telepsychiatry[25,33,34,44-52]. Some studies have shown that adult and child psychiatrists reported adequate to high satisfaction with telepsychiatry[53] and one study demonstrated that mental health providers prefer telepsychiatry over telephone-based consultation[51]. Allied providers such as primary care providers (PCPs)[49] and emergency room providers[25,44] have also expressed satisfaction with telepsychiatry. Other studies have yielded mixed results as rural PCPs are more satisfied with telepsychiatry than are PCPs based in suburban locations[33], providers perceive patients to be less satisfied with telepsychiatry services than actual patient report[41] and provider concerns that their lack of experience delivering telepsychiatry may result in lower levels of care[54]. Finally, some investigators have documented negative reactions to telepsychiatry as providers are resistant to use telepsychiatry[55] and concern that perceived technological challenges associated with telepsychiatry may hinder doctor-patient interactions[56].

Qualitative interviews yield similarly mixed results as some allied health providers report satisfaction with telepsychiatry services[44], while others[45,46] express concerns about the potential adverse impacts of telepsychiatry on the therapeutic alliance and cited barriers

Hubley S *et al*. Telepsychiatry review

such as difficulties incorporating telepsychiatry into their practice, including difficulty accessing trainings for telepsychiatry, and lack of resources. Experimental studies have confirmed the finding that providers are not uniformly satisfied with telepsychiatry services, based in large part about concerns over therapeutic rapport. For example, in an RCT comparing cognitive behavioral therapy (CBT) for bulimia nervosa delivered FTF and *via* telepsychiatry, patients and psychotherapists completed ratings of the therapeutic alliance[57]. Results showed that psychotherapists generally reported lower alliance scores with telepsychiatry participants than FTF participants whereas there no differences between alliance scores among FTF and telepsychiatry partici-pants' own evaluations of the therapeutic alliance.

**Summary of patient and provider satisfaction:** The evidence to date on patient and provider satisfaction is generally positive as most studies demonstrate that providers and patients find telepsychiatry acceptable. In general, (1) patients tend to report higher satisfaction than providers, and this appears to be especially true among parents seeking services for their children; (2) patients acknowledge potential changes to the therapeutic alliance inherent in providing services remotely but are less concerned than providers; (3) allied health professionals (*e.g.,* PCPs and ED providers) report high satisfaction with telepsychiatry provided the technology works well and does not majorly interfere with workflows; and (4) study design appears to influence outcome as studies that used purely descriptive methods tend to report more positive outcomes than studies using qualitative and experimental methods.

*Reliability*

The reliability of assessments conducted *via* telepsy-chiatry compared to assessments conducted *via* the gold-standard of FTF interviews is a key area of research. The primary variables of interest are inter-rater reliability and inter-method reliability. Inter-rater reliability refers to the degree of agreement between two raters assessing the same patient with the same assessment tools, whereas inter-method reliability refers to the degree of agreement between one rater using one assessment tool with two different methods (*i.e.,* telepsychiatry *vs* FTF). This area of research represents a hybrid between inter-rater and inter-method reliability.

Several statistical approaches are used to quantify the degree of agreement between two different ratings. Most relevant to evaluating reliability in telepsychiatry assessments are the kappa statistic, correlation coefficients, and the intra-class correlation coefficient (ICC). The kappa statistic assesses agreement on categorical outcomes (*i.e.,* whether or not a patient receives a diagnosis of bipolar disorder) and Pearson's r is a correlation coefficient that assesses agreement on continuous outcomes such as total scores on the

Hamilton Depression Rating Scale (HAMD)[58]. Finally, the ICCs is a more sophisticated version of Pearson's r because it accounts for variance in assessments due to true between-subject variability in addition to variance due to disagreement between the raters.

We identified 21 studies that evaluated reliability of clinical assessments conducted *via* telepsychiatry. Two studies compared the accuracy of diagnoses made using the SCID[59,60], two studies evaluated reliability of child assessments[42,61], four studies evaluated reliability of neuropsychological assessments[62-65], and three studies evaluated reliability of measures of depressive symptom severity[66-68]. The remaining studies evaluated a range of targets such as alcohol use severity[69], diagnostic accuracy[70-72], competency to stand trial[73], psychosis[26], and adult autism[21]. The majority of studies report moderate to high level of agreement between raters using telepsychiatry and FTF regardless of instrument, provider, or setting type.

Several authors used clever study designs to evaluate reliability at a more nuanced level. For example, two studies assessed reliability estimates between telepsychiatry conducted with varying levels of bandwidth to determine if connection quality impacted reliability. One report observed ICCs greater than 0.95 across all conditions of varying bandwidth quality among two psychiatrists rating eight psychiatric outpatients and nine health controls using the BPRS[74]. On the other hand, Yoshino *et al*[75] observed statistically significantly lower ICC scores in the narrow bandwidth condition compared to the broad bandwidth in for BPRS scores. In a rigorous comparison of inter-rater reliability that reduced artificial inflation of reliability estimates by requiring interviewers to generate their own clarifying questions and probes, Kobak *et al*[66-68] observed very high reliability estimates between four psychiatrists at three different locations using the HAMD *via* telepsychiatry or FTF[67]. And although diagnostic assessments *via* telepsychiatry appear to be reliable even when using interpreters[60], there are mixed results of the reliability of telepsychiatry assessments when visual information is required. For example, Jones *et al*[76] found that raters assessing a geriatric population on a psychiatric inpatient unit achieved lower reliability on the observational items based on participants' behavior than the subjective items based on participants' self-report. This difference in Kappa scores was statistically significant for assessments conducted *via* telepsychiatry, but not for assessments conducted FTF[76]. Conversely, Amarendran *et al*[62] found that assessment of abnormal movements among patients with at least 10 years of antipsychotic medication exposure was not significantly less reliable when using telepsychiatry compared to FTF.

**Summary of reliability estimates in telepsychiatry:** The studies included in this review suggest that, in general, assessments made *via* telepsychiatry are com-parable to FTF assessments in terms of reliability. No studies provided strong evidence that telepsychiatry

assessments are significantly less reliable than FTF assessments. Studies that have not reported uniformly high reliability estimates for telepsychiatry assessments represent important caveats. First, adequate reliability may be contingent on bandwidth quality as the quality of observations required for a given assessment decreases as video and audio quality deteriorate. Second, the use of interpreters does not appear to reduce the reliability of telepsychiatry assessments but more studies that attempt to replicate this finding are needed. Third, assessments that require objective observations (*i.e.,* the Brief Psychiatric Rating Scale) may be more difficult to conduct *via* telepsychiatry.

### Treatment outcomes

The crucial question in telepsychiatry research is whether or not mental health interventions delivered *via* telepsychiatry can achieve similar outcomes compared to interventions delivered FTF. We identified 13 RCTs that evaluated treatment outcomes for mental health interventions delivered *via* telepsychiatry (Table 1). Seven studies targeted depression[77-83], two targeted symptoms of PTSD[11,84,85], two targeted ADHD[86], one targeted bulimia nervosa[87], and two targeted common psychiatric disorders presented in an outpatient medical and mental health settings.

**Telepsychiatry compared to usual care:** RCTs are required to determine if telepsychiatry interventions are comparable to FTF interventions in terms of outperforming usual care. Of the seven studies that made this comparison, six studies compared psychotropic medication management *via* telepsychiatry to FTF delivery of usual care[78-81,83,88]. One study included delivery of psychotherapy *via* telepsychiatry[11]. Four studies demonstrated superiority of telepsychiatry over FTF usual care[11,78,79,86], while telepsychiatry failed to achieve superior outcomes in three studies[77,80,81]. Fortney *et al*[11] revealed that although cognitive processing therapy (CPT) for PTSD was available in both the collaborative care delivered *via* telepsychiatry and FTF, participants randomized to telepsychiatry were 18 times more likely to initiate CPT and suggested that long travel distances discouraged weekly psychotherapy.

**Telepsychiatry compared to FTF:** A second and distinct question is whether or not mental health services delivered *via* telepsychiatry generate outcomes that are equivalent to FTF services. Of the seven studies making this comparison[82-85,88-90], only Mitchell *et al*[87] - who evaluated CBT for Bulimia Nervosa - found FTF to be superior to telepsychiatry. It is important to note that this finding held despite a high attrition rate of over 33% in both arms that reduced statistical power. The remaining six studies[81-83,88,90,91] reported that telepsychiatry was equivalent to FTF but only three conducted a non-inferiority trial that was explicitly designed to determine equivalency between telepsychiatry and FTF[84,85,89].

**Summary:** Overall, mental health interventions delivered *via* telepsychiatry and FTF resulted in similar treatment outcomes. To summarize: (1) telepsychiatry appears to be better than usual care, except possibly in the case of depression treatment in primary care where telepsychiatry has failed to show superior treatment outcomes to usual care in multiple studies; (2) There were no differences in the patterns of findings for the delivery of pharmacotherapy or psychotherapy delivered *via* telepsychiatry; (3) With the exception of one study, current data suggest telepsychiatry interventions produce outcomes that are statistically equivalent to outcomes produced by FTF interventions; and (4) The treatment outcome data on telepsychiatry is strongest for the treatment of depression, whereas the compelling data for psychiatric disorders other than depression is strongest in publications that focus on program descriptions and retrospective single cohort designs.

### Implementation

There are two primary approaches to developing frameworks that guide the implementation of telepsychiatry. First, "purist" approaches use a comprehensive review of theory, basic science, and expert consensus to develop theoretically- and empirically-derived implementation frameworks (CFIR, RE-AIM, PRISM). Second, "pragmatic" approaches emerge from a practical need to organize implementation efforts for a given type of intervention or intervention delivery method for a defined population (*i.e.,* pharmacotherapy *via* telepsychiatry for primary care patients with mental illness). For the scope of this review, pragmatic approaches such as the "Lexicon of Assessment and Outcome Measures for Telemental Health" are most appropriate[92]. This lexicon, derived by consensus from 26 established telepsychiatry experts, contains 36 implementation variables to consider. We review access, utilization, and the impact on clinical skill and workflows as particularly relevant variables in the implementation of telepsychiatry services.

Studies from the implementation of telepsychiatry in the VA provide data documenting the power of telepsychiatry to reach great numbers of people. Since 2003, the VA has documented nearly 500000 telepsychiatry encounters[93]. In an assessment of telepsychiatry services for over 100000 patients between 2006 and 2010, researchers found that hospitalization utilization decreased by approximately 25%[94]. However, patients in other settings do not always use telepsychiatry services, even when they are freely available. For example, in the Fortney *et al*[79] trial reviewed above in which free psychotherapy was available *via* telepsychiatry, Deen *et al*[30] demonstrated 76% of patients reported that psychotherapy was acceptable, 38% scheduled a telepsychiatry psychotherapy session, 17% attended a session and 8% attended at least 8 session. Out of a range of possible patient sociodemographic and clinical factors, perceptions depression would remit on its own and low treatment efficacy predicted treatment utilization. On the other hand,

Hubley S *et al*. Telepsychiatry review

**Table 1 Review of telepsychiatry randomized controlled trials**

| Ref. | Participants | | | Target disorder | Interventions | | | Attrition | Results |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | *n* | Recruitment source | Mean age (SD) | | Conditions | Duration (# of visits) | Provider | | Findings |
| Nelson *et al*[84] | 38 | Urban schools | 10.3 (2.0) | Childhood depression | CBT TP<br>CBT FTF | 8<br>8 | dnr<br>dnr | 26%<br>26% | Child Depression Inventory scores reduced from 14.36 (SD = 9.85) at baseline to 6.71 (SD = 4.78) at post-treatment for CBT TP and from 13.57 (SD = 8.75) to 11.64 (SD = 4.78) for CBT FTF [Wilks' L (1, 26) = 0.83; $Eta^2$ = 0.17] |
| Ruskin *et al*[85] | 119 | VA outpatient mental health clinics | 49.6 (12.8) | Depression | Pharmacotherapy TP<br>Pharmacotherapy FTF | 8<br>8 | Psychiatrist<br>Psychiatrist | 27%<br>30% | Mean scores not reported. Differences between response rates according to the Hamilton Rating Scale for Depression for TP (49%) and FTF (43%) were not statistically significant ($\chi^2$ = 0.4, P > 0.05) |
| Fortney *et al*[76] | 395 | VA community-based outpatient clinics | 59.2 (12.2) | Depression | Stepped collaborative care TP<br>Usual care in primary care setting | Flexible number of visits up to 12 mo<br>Flexible number of visits up to 12 mo | On-site PCP + Off-site psychiatrist, care manager, PharmD<br>PCP | 10%<br>9% | At 12 mo, TP participants had greater odds of qualifying for remission than usual care participants (OR = 2.4, P = 0.04) but were not more likely to qualify for treatment response (OR = 1.4, P = 0.18) using the Hopkins Symptom Checklist |
| Hilty *et al*[86] | 94 | Rural primary care clinics | 46 | Depression | Psychiatric consultation TP; PCP training, disease management modules<br>Disease management modules, usual care in primary care setting | 5 with psychiatrist, 5 with PCP<br>5 with PCP | Psychiatrist, PCP<br>PCP | dnr<br>dnr | Mean scores not reported. Differences between response rates according to the Beck Depression Inventory-13 for TP (42%) and augmented usual care (42%) were equivalent and not analyzed with odds ratios. Similarly, response rates according to the Hopkins Symptom Checklist-90 for TP (53%) and augmented usual care (42%) were not analyzed with odds ratios |
| Chong *et al*[77] | 167 | Community health center | 43.0 (12.0) | Depression | Pharmacotherapy *via* TP + integrated primary care<br>Integrated primary care | 7 with psychiatrist, no limit on other visits<br>No limit | Psychiatrist, PCP, mental health specialist<br>PCP, mental health specialist | 13.8%<br>10.3% | Patient Health Questionnaire-9 scores reduced from 17.3 (SD = 4.9) at baseline to 6.8 (SD = 6.0) at post-treatment for TP and from 18.3 (SD = 4.5) to 4.7 (SD = 5.1) for FTF (F =1.1, P > 0.05. $Eta^2$ = 0.17) |
| Moreno *et al*[80] | 167 | Community health center | 43.2 (11.9) | Depression | Pharmacotherapy *via* TP + integrated primary care<br>Integrated primary care | 7 with psychiatrist, no limit on other visits<br>No limit | Psychiatrist, PCP, mental health specialist<br>PCP, mental health specialist | dnr<br>dnr | Patient Health Questionnaire-9 scores reduced from 17.6 (SD = 7.6) at baseline to 5.1 (SD = 6.8) at post-treatment for TP and from 18.4 (SD = 4.9) to 4.5 (SD = 5.3) for FTF (t =2.30, P < 0.05. $Eta^2$ =0.11) |
| Fortney *et al*[78] | 364 | Federally qualified health centers | 47.2 (12.6) | Depression | Enhanced collaborative care TP<br>Collaborative care in primary care setting | Flexible number of visits in 12 mo<br>Flexible number of visits in 12 mo | On-site PCP + Off-site psychiatrist, care manager, behavioral health, PharmD<br>PCP, care manager | 23%<br>19% | At 12 mo, TP participants had greater odds of qualifying for remission than usual care participants (25.8% *vs* 9.9%; OR = 3.2, P < 0.001) and were more likely to qualify for treatment response (47.7% *vs* 21.9%; OR=3.3, P < 0.001) using the Hopkins Symptom Checklist-20 |

| Ref | N | Setting | Age, mean (SD) | Disorder | Intervention | Number of visits | Provider | % | Results |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Fortney *et al*[101] | 265 | VA community-based outpatient clinics | 52.2 (13.8) | PTSD | Enhanced collaborative care TP | Flexible number of visits in 12 mo | On-site PCP + Off-site psychiatrist, care manager, psychologist, PharmD | 16% | At 12 mo, Posttraumatic Diagnostic Scale scores decreased 4.17 (SD = 9.8) for TP and 1.32 (SD = 8.8) for FTF (t = 2.30, P < 0.05; Cohen's d = 0.31) |
| | | | | | Collaborative care in primary care setting | Flexible number of visits in 12 mo | PCP, care manager, social worker | 11% | |
| Morland *et al*[94] | 125 | VA clinical sites and VA Vet Centers | 54.7 (9.6) | PTSD | Group CBT TP | 12 | Clinical psychologist | 10% | In a non-inferiority trial, State-Trait Anger Expression scores reduced from 56.7 (SD = 12.0) to 46.6 (SD = 12.2) in TP and from 55.0 (SD = 10.3) at baseline to 46.6 (SD = 12.2) at post-treatment for FTF. Using CIs and a priori cut-offs, criteria for non-inferiority met (Cohen d = 0.44 in favor of CBT TP) |
| | | | | | Group CBT FTF | 12 | Clinical psychologist | 11% | |
| Morland *et al*[95] | 125 | VA clinical sites and VA Vet Centers | 55.3 (12.5) | PTSD | CPT-C TP | 12 | Clinical psychologist or master's level social worker | 18% | In a non-inferiority trial, Clinician-Administered PTSD Scale scores reduced from 72.0 (SD = 14.6) to 55.6 (SD = 18.8) in CPT-C TP and from 68.9 (SD = 13.0) at baseline to 58.7 (SD = 21.0) at post-treatment for CPT-C FTF. Using CIs and a priori cut-offs, criteria for non-inferiority met (Cohen d = 0.27 in favor of CBT TP) |
| | | | | | CPT-C FTF | 12 | Clinical psychologist or master's level social worker | 14% | |
| Myers *et al*[96] | 233 | Primary care | 9.2 (2) | ADHD | Pharmacotherapy *via* TP + caregiver training | 6 | Psychiatrist, master's level therapist | 13% | At 12 mo, TP participants had greater odds of no longer meeting diagnostic criteria for ADHD-inattentive subtype according to Vanderbilt ADHD Rating Scale at post-treatment (12% *vs* 26% OR = 0.149, P < 0.001) |
| | | | | | Psychiatric consultation with PCP + caregiver training | 1 | Psychiatrist, PCP | 5% | |
| Mitchell *et al*[97] | 128 | Patient panels of rural physicians and therapists | 29.0 (10.7) | Bulimia nervosa | Psychiatric consultation CBT TP | 20 | Clinical psychologist | 34% | At post-treatment, abstinence from binge-eating episodes, purging episodes, and combined episodes ranged from 27%-50% for TP CBT and 29%-50% for FTF CBT with non-significant trend in favor of FTF. TP participants reported significantly more binge episodes (M = 6.2, SD = 12.3) than FTF participants (M = 3.7, SD = 11.2) at post-treatment (F = 6.76; P < 0.05) |
| | | | | | CBT FTF | 20 | Clinical psychologist | 41% | |
| De Las Cuevas *et al*[98] | 140 | Community mental health center | Adults | Psychiatric disorders | Pharmacotherapy, CBT TP | 8 | Psychiatrist | 6% | Differences between improvement rates according to the Clinical Global Impressions scale for TP (67.2%) and FTF (62.5%) were not statistically significant (P > 0.05) |
| | | | | | Pharmacotherapy, CBT FTF | 8 | Psychiatrist | 7% | |
| O'Reilly *et al*[99] | 495 | Rural hospital and primary care clinics | Adults | Psychiatric disorders | Psychiatric consultation TP | Flexible number of visits in 4 mo | Psychiatrist | 7% | In a non-inferiority trial, 22% of TP participants and 20% of FTF participants returned to functional status at post-treatment according to the Brief Symptom Inventory. Using CIs and a priori cut-offs, criteria for non-inferiority met |
| | | | | | Psychiatric consultation FTF | Flexible number of visits in 4 mo | Psychiatrist | 3% | |

ADHD: Attention deficit hyperactivity disorder; CBT FTF: Cognitive behavioral therapy delivered face to face; CBT TP: Cognitive behavioral therapy delivered *via* telepsychiatry; CPT-C: Cognitive processing therapy-cognitive version only; dnr: Did not report; PCP: Primary care provider; PTSD: Post-traumatic stress disorder.

there is some evidence that telepsychiatry may be more efficient that FTF. In a clinic that compared utilization data for 7523 telepsychiatry appointments and 115148 FTF appointments, patients kept more telepsychiatry appointments than FTF appointments (92% telepsychiatry *vs* 87% FTF). Also, patients were less likely to cancel telepsychiatry appointments (3.5% *vs* 4.8%) and were significantly less likely to be no-shows (4.2% *vs* 7.8%)[95]. Finally, it appears that telepsychiatry delivered in primary care does not increase PCP or mental health provider burden[96]. Hilty *et al*[97] demonstrated successful uptake of skills among PCPs treating anxiety and depression following consultations with telepsychiatrists. In this study, PCPs' ability to appropriately dose medications for depression and anxiety improved from 47% to 64% (*P* < 0.001).

*Cost-effectiveness*
The cost of telepsychiatry is widely debated and discussed. Several methods to estimate the cost of telepsychiatry compared to FTF mental health services in traditional clinic settings as well as specialty environments (*e.g.,* emergency departments) exist in the literature. One of the simplest assessments of cost data compares the collection of direct and indirect costs associated with patient encounters in telepsychiatry and FTF psychiatry visits. Studies that assessed the cost effectiveness of telepsychiatry have evaluated the direct costs of provider time[98], medical supplies[96], technology[53], and reimbursement[99]. Measurement of indirect costs include resources that facilitate patient encounters, such as clinic space[9], administrative support[96], and transportation[53,100-103]. Other studies compare healthcare utilization, such as visits to the emergency department[101] or primary care encounters[96] as a proxy measure of cost associated with telepsychiatry of FTF treatment. Return on investment (ROI) is another approach to calculating cost comparisons between telepsychiatry and FTF consolations. Simply stated, ROI is a cost-benefit ratio that assesses the cost of the service relative to an outcome measure, such as quality adjusted life years (*e.g.,* QALY) or disability adjusted life years (*e.g.,* DALY). Typically, QALY and DALY are measured by taking the difference between number of days symptom free days and days with clinical symptoms over a set period (12-18 mo). That difference is then divided by 365 d to create a range of time spent fully symptomatic to symptom-free.

**Assessment of direct and indirect costs:** Several studies (*n* = 18) compared the direct or indirect costs associated with providing telepsychiatry services. The majority of these studies (*n* = 13) found that telepsychiatry was associated with less direct and indirect costs than FTF services. A handful of studies utilized expenses associated with patient travel time as a cost outcome measure and found telepsychiatry reduced costs associated with travel compared to

FTF[53,99,102,104-107]. The literature reviewed suggests that telepsychiatry may have greater up-front costs associated with service delivery when compared to FTF; however, there appears to be "tipping points" at which telepsychiatry begins to eclipse the cost-effectiveness of FTF interventions. Several studies identified the number of consultations at which telepsychiatry became more cost effective than FTF, with the number of consultations delivered ranging from 131[99] to 249[98,100] to 379[103]. For example, Butler *et al*[98] found that the cost savings of telepsychiatry occur after the health center or provider delivers 249 consultations. In more rural settings, the costs saving effects of telepsychiatry for the provider and patient could be established in as little as 6 consultation sessions[102]. Of note, two studies found that telepsychiatry was more expensive than FTF[108,109]. Pyne *et al*[109] hypothesized that telepsychiatry may prompt patients to seek additional specialty care because the telepsychiatry intervention delivered promotes a more integrated approach to care than traditional FTF delivery. Modai *et al*[108] suggested that telepsychiatry leaded to more hospitalizations than FTF; however, it should be noted that Modai *et al*[108] study was limited by a small sample size (*n* = 49). When excluding hospitalization from the analysis, Modai *et al*[108] found telepsychiatry was associated with decreased travel costs when compared to FTF.

**Return on investment:** A smaller number of studies (*n* = 4) utilized ROI methodology to determine cost effectiveness of telepsychiatry compared to FTF. Three of these studies utilized the QALY as an outcome measure[109-111] and the remaining study utilized the DALY as an outcome measure[112]. Results using these more sophisticated methods to evaluate cost-effectiveness found telepsychiatry to be more cost effective than FTF in underserved primary care populations[111], management of pain and depression in cancer populations[110], and in depressed populations[112]. However, Pyne *et al*[109] found that telepsychiatry was not cost effective compared to FTF in treating depression in rural primary care settings; while telepsychiatry was effective in treating depression in rural populations, there were greater costs associated with the delivery of services and greater utilization of outpatient services among patients receiving telepsychiatry compared to FTF consultations.

**Summary:** The evidence to date on the cost effectiveness of telepsychiatry is generally positive as most studies demonstrate that telepsychiatry reduces direct and indirect costs and increases quality of life adjusted years when compared to FTF. For example, in one study the authors estimated that utilizing telepsychiatry to deliver 16 sessions of CBT for over 20 wk could save a clinic approximately $2025 per patient compared to FTF services[104]. In general, (1) telepsychiatry reduces costs associated with patient travel; (2) there are likely more upfront costs associated with telepsychiatry but

the costs are recovered after 6-379 sessions depending in the population being served; (3) cost effectiveness of telepsychiatry may differ depending on setting (*e.g.,* rural or urban). Significant differences emerged specific to operationalizing cost effectiveness and the method of assessing cost effectiveness. It appears that studies that utilized a simple approach to cost effectiveness by comparing direct and indirect costs had similar cost saving findings, whereas the handful of studies that utilized a more sophisticated approach suggest telepsychiatry is more cost-effective than FTF.

### Legal issues

Despite the promise of telepsychiatry to reduce barriers associated with accessing mental health services and increase access to services, legal issues specific to telepsychiatry remain an extant and significant barrier. We identified two primary themes concerning legal issues associated with providing mental health services *via* telepsychiatry - licensing regulations and risks to patient confidentiality.

Several publications highlighted the legal challenges that telepsychiatry presents concerning provider licensure. Telepsychiatry increases providers' catchment area such that patients living outside of the state where a provider is licensed to practice may request their services *via* telepsychiatry. However, each state has its own licensing boards that establish practice jurisdictions for providers licensed in the state, and some have specific regulations related to telepsychiatry[113]. As the field progresses, the topic of licensure jurisdictions within the United States will continue to be discussed on the National level[114]. Until a resolution is reached, telepsychiatry providers must have separate licenses for each state in which they provide services and are advised to be familiar with state-specific regulations. For example, Shore *et al*[115] suggests that a priori arrangements should be made with local law enforcement and social services that are responsible for initiating involuntary commitments.

Patient confidentiality is also a debated topic specific to telepsychiatry. Baker *et al*[116] outlined several considerations for patient confidentiality when utilizing telepsychiatry: Verification of the patient's identity, establishing and ensuring privacy on both the provider and patient's location, disruption of technology, involving others in treatment, and storage of information collected or recorded during the telepsychiatry consultation. Several studies encourage telepsychiatry providers to go above and beyond normal methods of informing patients about limits of confidentiality such that they are aware of possible privacy breaches that are less likely to occur in traditional FTF consultations[116-119].

## DISCUSSION

There is a large evidence base for the use of tele-psychiatry as a delivery method for mental health services. Contemporary healthcare innovations such

as telepsychiatry are commonly evaluated according to the Triple Aim Framework which addresses patient satisfaction, care quality, and cost effectiveness[5]. We reviewed 569 studies that focus on Triple Aim domains and the evidence indicates that patients are satisfied, telepsychiatry is comparable to FTF delivery of mental health interventions, and telepsychiatry can be a cost-effective approach to increasing access to mental health care.

A socioeconomically and clinically diverse patient and provider population has reported on their experience with telepsychiatry. Their responses to self-report questionnaires, qualitative interviews, and mixed-methods assessments suggest that they are comfortable using this technology, appreciate the practical benefit of avoiding travel, and are less concerned than providers about potential adverse impacts of telepsychiatry on the therapeutic alliance. In terms of care quality, the evidence reviewed suggest that telepsychiatry is comparable to FTF in the reliability of assessment and effective treatment of a range of behavioral and mental health disorders. Importantly, a small number of high quality studies have used non-inferiority designs to demonstrate statistically equivalence in treatment outcomes between telepsychiatry and FTF.

The remaining literature we reviewed focus on practical factors related to the implementation of telepsychiatry such as adaptability of telepsychiatry to routine care settings, cost-effectiveness, and legal issues. Several program descriptions discuss the actual usage of telepsychiatry services in routine clinical settings. Although it is not a foregone conclusion that patients will use telepsychiatry services, even when they are freely available, telepsychiatry is comparable to FTF in terms of service utilization patterns and can help allied health providers develop clinical skill in treating mental illnesses. Using both face-valid and sophisticated approaches to evaluating cost-effectiveness, telepsychiatry can be as cost-effective as FTF services and more studies are needed to determine how cost-effectiveness is affected by rurality, patient sociodemographic and clinical characteristics, provider type, and organizational characteristics. Notwithstanding legal concerns about loss of confidentiality and limited capacity to respond to psychiatric emergencies, we uncovered no published reports of these adverse events in the use of telepsychiatry.

### Limitations and future directions

Despite many strengths evident in the evidence base for telepsychiatry, there are important limitations to consider. First, it is important to acknowledge the limitations inherent in assessing consumer attitudes with healthcare services. As reported over a decade earlier[119] there are several factors that continue to limit the quality and generalizability of research on patient satisfaction with telepsychiatry services such as: (1) over-reliance on self-report methodologies; (2) selection biases that over-represent patients amenable

to telepsychiatry; (3) insufficient sample sizes; and (4) omission direct comparison of preferences for telepsychiatry *vs* FTF. Quantitative designs that rely solely on participant self-report are sufficient for demonstrating minimum standards of acceptability, but to obtain a more nuanced understanding of reactions to telepsychiatry, mixed-methods and experimental designs are strongly recommended. In light of the consistent finding that patients are satisfied with telepsychiatry services, we recommend that future studies focus less on assessing satisfaction, and more on clarifying the actual effects of telepsychiatry on therapeutic rapport. For instance, comparing ratings of therapeutic rapport by blind assessors listening to audio recordings of telepsychiatry and FTF mental health services would provide a more objective test of the notion that telepsychiatry impairs rapport. A more thorough understanding of reactions to telepsychiatry, especially as they pertain to provider skepticism based on the assumption that telepsychiatry impairs rapport and intervention quality, has the potential to increase acceptability and uptake of telepsychiatry services.

Second, although the studies reviewed suggest that telepsychiatry is a reliable method for assessment of mental health constructs, it is inappropriate to interpret a null hypothesis without using a non-inferiority design. In this case it is particularly problematic because there is a consistent pattern of higher kappa statistics for FTF assessments than for telepsychiatry assessments, and some authors interpret a lack of statistically significant differences between assessment modality as equivalence in their reliability. To claim that assessments conducted *via* telepsychiatry are as reliable as assessments conducted FTF, researchers must use study designs that either explicitly test for equivalency, or are adequately powered to detect clinically significant differences between the reliability of telepsychiatry and FTF assessments. We recommend that future studies shift focus from establishing equivalent reliability between telepsychiatry and FTF assessments to identifying which types of assessments are most amenable to the telepsychiatry modality, which types of assessments are most difficult to administer *via* telepsychiatry, and which types of adaptations help improve the accuracy, efficiency, and consumer experience of telepsychiatry assessments.

Third, we did not perform an intensive quality appraisal of the treatment outcome studies reviewed. Even rigorously designed and executed RCTs are subject to several sources of biases such as selection bias, performance bias, attrition bias, and reporting bias. Furthermore, several studies claim equivalency between telepsychiatry and FTF with using non-inferiority designs. However, we do not recommend more equivalency studies; rather, it is clear that telepsychiatry is comparable to FTF and the field now needs more research focusing on factors that increase telepsychiatry adoption, moderators to determine for which patients

in which settings telepsychiatry is most effective, and strategies for integrating telepsychiatry services within the broach context of healthcare service delivery.

Finally, assessing costs associated with the delivery of telepsychiatry is an important, yet often overlooked, factor when evaluating telepsychiatry outcomes. There is room for improvement in cost evaluations of telepsychiatry in order to generate high-quality generalizable findings. Only four of the studies reviewed used sophisticated methods of cost effectiveness. Additionally, cost effectiveness has only been evaluated in a narrow range of patient populations. Future research would benefit from using methodologies that incorporate DALYs or QALYs to examine cost-effectiveness among diverse psychiatric populations, as there is evidence to suggest that telepsychiatry may be more economical than FTF with patients with specific demographic characteristics (*e.g.,* patients seeking services in primary care *vs* specialty mental health, rural *vs* urban patients).

The gap between the need for mental health treatment and availability of mental health providers has prompted national and international organizations such as the National Institute of Mental Health (NIMH; 2013) and the World Health Organization (WHO; 2013) to prioritize the development and evaluation of novel service delivery methods. Telepsychiatry represents a highly promising approach to reducing the treatment gap by making it easier for patients, especially those in isolated contexts, to access expert mental health care. Just as the NIMH and WHO have shifted emphasis from efficacy to effectiveness testing, it also time for telepsychiatry researchers to focus less on pure outcome studies to document patient acceptability and high care quality, and more on studies that inform evidence-based approaches to implementing and sustaining telepsychiatry services.

## COMMENTS

### Background
Innovative approaches to delivering mental health services are urgently needed to increase access to evidence-based care. Telepsychiatry, which in its contemporary use refers to the delivery of mental health services *via* video-based conferencing, has great potential to address mental health disparities by extending the reach of mental health care to those living in rural areas or to those who otherwise have limited access to care.

### Research frontiers
For many years, an important question for telepsychiatry researchers was, "Is telepsychiatry a *via* ble delivery method for mental health services relative to face-to-face delivery"? As experts in mental health service delivery have shifted emphasis from efficacy to effectiveness testing, so too is it time for telepsychiatry researchers to focus less on pure outcome studies to document patient acceptability and high care quality, and more on studies that inform evidence-based approaches to implementing and sustaining telepsychiatry services.

### Innovations and breakthroughs
Telepsychiatry represents a highly promising approach to reducing the treatment gap by making it easier for patients, especially those in isolated contexts, to access expert mental health care.



Hubley S *et al*. Telepsychiatry review

### Applications

This review suggests that telepsychiatry is a *via*ble and cost-effective method to increase access to mental health services.

### Terminology

Telepsychiatry, in its contemporary use, refers to the delivery of mental health services *via* video-based conferencing.

### Peer-review

In this review, the authors have provided a comprehensive commentary on the state of the research for key outcomes in telepsychiatry.

## REFERENCES

1    **United States Department of Veterans Affairs**. Native Domain Telemental Health Services (Edited by Office of Health Reserach. Washington DC, 2015). Available from: URL: http://www.ruralhealth.va.gov/native/programs/telemental-services.asp

2    **Yellowlees P**, Chapman M, Fielke K. Telehealth: Anywhere, anytime, achievements and aspirations. *Australian and New Zealand Journal of Psychiatry* 2013; **47**: 19-20

3    **Monnier J**, Knapp RG, Frueh BC. Recent advances in telepsychiatry: an updated review. *Psychiatr Serv* 2003; **54**: 1604-1609 [PMID: 14645799 DOI: 10.1176/appi.ps.54.12.1604]

4    **Hilty DM**, Ferrer D, Parish MB, Johnston B, Callahan EJ, Yellowlees PM. The effectivenss of telemental health: a 2013 review. *Telemed J E Health* 2013; **19**: 444-454 [PMID: 23697504]

5    **Berwick DM**, Nolan TW, Whittington J. The triple aim: care, health, and cost. *Health Aff* (Millwood) 2008; **27**: 759-769 [PMID: 18474969 DOI: 10.1377/hlthaff.27.3.759]

6    **Larsen DL**, Attkisson CC, Hargreaves WA, Nguyen TD. Assessment of client/patient satisfaction: development of a general scale. *Eval Program Plann* 1979; **2**: 197-207 [PMID: 10245370 DOI: 10.1016/0149-7189(79)90094-6]

7    **Bose** U, McLaren P, Riley A, Mohammedali A. The use of telepsychiatry in the brief counselling of non-psychotic patients from an inner-London general practice. *J Telemed Telecare* 2001; **7** Suppl 1: 8-10 [PMID: 11576473 DOI: 10.1177/1357633X010070S103]

8    **D'Souza R**. A pilot study of an educational service for rural mental health practitioners in South Australia using telemedicine. *J Telemed Telecare* 2000; **6** Suppl 1: S187-189 [DOI: 10.1258/1357633001934627]

9    **De Las Cuevas C**, Artiles J, De la Fuente J, Serrano P. Telepsychiatry in the Canary Islands: user acceptance and satisfaction. *J Telemed Telecare* 2003; **9**: 221-224 [PMID: 12952693 DOI: 10.1258/135763303322225553]

10   **Dobscha SK**, Corson K, Solodky J, Gerrity MS. Use of videoconferencing for depression research: enrollment, retention, and patient satisfaction. *Telemed J E Health* 2005; **11**: 84-89 [PMID: 15785225 DOI: 10.1089/tmj.2005.11.84]

11   **Fortney JC**, Pyne JM, Kimbrell TA, Hudson TJ, Robinson DE, Schneider R, Moore WM, Custer PJ, Grubbs KM, Schnurr PP. Telemedicine-based collaborative care for posttraumatic stress disorder: a randomized clinical trial. *JAMA Psychiatry* 2015; **72**: 58-67 [PMID: 25409287 DOI: 10.1001/jamapsychiatry.2014.1575]

12   **Frueh BC**, Henderson S, Myrick H. Telehealth service delivery for persons with alcoholism. *J Telemed Telecare* 2005; **11**: 372-375 [PMID: 16238840 DOI: 10.1258/135763305774472060]

13   **Holden D**, Dew E. Telemedicine in a rural gero-psychiatric inpatient unit: comparison of perception/satisfaction to onsite psychiatric care. *Telemed J E Health* 2008; **14**: 381-384 [PMID: 18570569 DOI: 10.1089/tmj.2007.0054]

14   **Kennedy C**, Yellowlees P. A community-based approach to evaluation of health outcomes and costs for telepsychiatry in a rural population: preliminary results. *J Telemed Telecare* 2000; **6** Suppl 1: S155-S157 [PMID: 10794004 DOI: 10.1258/1357633001934492]

15   **Manning TR**, Goetz ET, Street RL. Signal delay effects on rapport in telepsychiatry. *CyberPsychology & Behavior* 2000; **3**: 119-127 [DOI: 10.1037/e705372011-019]

16   **McCarty CA**, Vander Stoep A, Violette H, Myers K. Interventions developed for psychiatric and behavioral treatment in the children's adhd telemental health treatment study. *Journal of Child and Family Studies* 2014; **24**: 1735-1743 [DOI: 10.1007/s10826-014-9977-5]

17   **Mucic D**. Transcultural telepsychiatry and its impact on patient satisfaction. *J Telemed Telecare* 2010; **16**: 237-242 [PMID: 20423935]

18   **Mucic D**. Experiences from the first international telepsychiatry service in Europe: Patient satisfaction survey. *European Psychiatry* 2010; **25**: 25 [DOI: 10.1016/S0924-9338(10)71680-1]

19   **Rohland BM**. Telepsychiatry in the heartland: if we build it, will they come? *Community Ment Health J* 2001; **37**: 449-459 [PMID: 11419521]

20   **Santa Ana EJ**, Stallings DL, Rounsaville BJ, Martino S. Development of an in-home telehealth program for outpatient veterans with substance use disorders. *Psychol Serv* 2013; **10**: 304-314 [PMID: 23937090 DOI: 10.1037/a0026511]

21   **Schutte JL**, McCue MP, Parmanto B, McGonigle J, Handen B, Lewis A. Usability and reliability of a remotely administered adult autism assessment, the Autism Diagnostic Observation Schedule (ADOS) Module 4. *Telemedicine and e-Health* 2015; **21**: 176-184 [DOI: 10.1089/tmj.2014.0011]

22   **Shore JH**, Brooks E, Novins D. In-home monitoring for American Indian Veterans with posttraumatic stress disorder. *Telemedicine and e-Health* 2008; **14**: 77

23   **Simpson S**. The provision of a telepsychology service to Shetland: client and therapist satisfaction and the ability to develop a therapeutic alliance. *J Telemed Telecare* 2001; **7** Suppl 1: 34-36 [PMID: 11576484 DOI: 10.1177/1357633X010070S114]

24   **Simpson S**, Knox J, Mitchell D, Ferguson J, Brebner J, Brebner E. A multidisciplinary approach to the treatment of eating disorders via videoconferencing in north-east Scotland. *J Telemed Telecare* 2003; **9** Suppl 1: S37-S38 [PMID: 12952717 DOI: 10.1258/135763303322196286]

25   **Sorvaniemi M**, Ojanen E, Santamäki O. Telepsychiatry in emergency consultations: a follow-up study of sixty patients. *Telemed J E Health* 2005; **11**: 439-441 [PMID: 16149889 DOI: 10.1089/tmj.2005.11.439]

26   **Stain HJ**, Payne K, Thienel R, Michie P, Carr V, Kelly B. The feasibility of videoconferencing for neuropsychological assessments of rural youth experiencing early psychosis. *J Telemed Telecare* 2011; **17**: 328-331 [DOI: 10.1258/jtt.2011.101015]

27   **Werner P**. Willingness to use telemedicine for psychiatric care. *Telemed J E Health* 2004; **10**: 286-293 [PMID: 15650523 DOI: 10.1089/tmj.2004.10.286]

28   **Williams A**, Larocca R, Chang T, Trinh NH, Fava M, Kvedar J, Yeung A. Web-based depression screening and psychiatric consultation for college students: a feasibility and acceptability study. *Int J Telemed Appl* 2014; **2014**: 580786 [DOI: 10.1155/2014/580786]

29   **Brodey BB**, Claypoole KH, Motto J, Arias RG, Goss R. Satisfaction of forensic psychiatric patients with remote telepsychiatric evaluation. *Psychiatr Serv* 2000; **51**: 1305-1307 [PMID: 11013332 DOI: 10.1178/appi.ps.51.10.1305]

30   **Deen TL**, Fortney JC, Schroeder G. Patient acceptance of and initiation and engagement in telepsychotherapy in primary care. *Psychiatr Serv* 2013; **64**: 380-384 [PMID: 23370530 DOI: 10.1176/appi.ps.201200198]

31   **Gawdzik N**, Kachnic J, Wojtuszek M, Wutke J, Krysta K. Knowledge about telepsychiatry among patients in Poland. *European Psychiatry* 2015; **30**: 315 [DOI: 10.1016/S0924-9338]

32   **George S**, Hamilton A, Baker RS. How Do Low-Income Urban African Americans and Latinos Feel about Telemedicine? A Diffusion of Innovation Analysis. *Int J Telemed Appl* 2012; **2012**: 715194 [PMID: 22997511 DOI: 10.1155/2012/715194]

33   **Hilty DM**, Nesbitt TS, Kuenneth CA, Cruz GM, Hales RE. Rural versus suburban primary care needs, utilization, and satisfaction with telepsychiatric consultation. *J Rural Health* 2007; **23**: 163-165 [PMID: 17397373 DOI: 10.1111/j.1748-0361.2007.00084.x]

34   **May C**, Gask L, Ellis N, Atkinson T, Mair F, Smith C, Pidd S,



Hubley S *et al*. Telepsychiatry review

Esmail A. Telepsychiatry evaluation in the north-west of England: preliminary results of a qualitative study. *J Telemed Telecare* 2000; **6** Suppl 1: S20-S22 [PMID: 10793961 DOI: 10.1258/1357633001934618]

35 **Tucker W**, Olfson M, Simring S, Goodman W, Bienenfeld S. A pilot survey of inmate preferences for on-site, visiting consultant, and telemedicine psychiatric services. *CNS Spectr* 2006; **11**: 783-787 [PMID: 17008821]

36 **Urness D**, Wass M, Gordon A, Tian E, Bulger T. Client acceptability and quality of life--telepsychiatry compared to in-person consultation. *J Telemed Telecare* 2006; **12**: 251-254 [PMID: 16848938 DOI: 10.1258/135763306777889028]

37 **Wagnild G**, Leenknecht C, Zauher J. Psychiatrists' satisfaction with telepsychiatry. *Telemed J E Health* 2006; **12**: 546-551 [PMID: 17042708 DOI: 10.1089/tmj.2006.12.546]

38 **Ye J**, Shim R, Lukaszewski T, Yun K, Kim SH, Ruth G. Telepsychiatry services for Korean immigrants. *Telemed J E Health* 2012; **18**: 797-802 [PMID: 23234426 DOI: 10.1089/tmj.2012.0041]

39 **May C**, Gask L, Atkinson T, Ellis N, Mair F, Esmail A. Resisting and promoting new technologies in clinical practice: the case of telepsychiatry. *Soc Sci Med* 2001; **52**: 1889-1901 [PMID: 11352414 DOI: 10.1016/S0277-9536(00)00305-1]

40 **Tucker WM**, Segal G, Hyler SE. Psychiatric telemedicine for rural New York. *J Psychiatr Pract* 2001; **7**: 279-281 [PMID: 15990537 DOI: 10.1097/00131746-200107000-00011]

41 **Shore JH**, Brooks E, Savin D, Orton H, Grigsby J, Manson SM. Acceptability of telepsychiatry in American Indians. *Telemed J E Health* 2008; **14**: 461-466 [PMID: 18578681 DOI: 10.1089/tmj.2007.0077]

42 **Elford R**, White H, Bowering R, Ghandi A, Maddiggan B, St John K, House M, Harnett J, West R, Battcock A. A randomized, controlled trial of child psychiatric assessments conducted using videoconferencing. *J Telemed Telecare* 2000; **6**: 73-82 [PMID: 10824374 DOI: 10.1258/1357633001935086]

43 **Greenwood J**, Chamberlain C, Parker G. Evaluation of a rural telepsychiatry service. *Australas Psychiatry* 2004; **12**: 268-272 [PMID: 15715789 DOI: 10.1111/j.1039-8562.2004.02097.x]

44 **Saurman E**, Kirby SE, Lyle D. No longer 'flying blind': how access has changed emergency mental health care in rural and remote emergency departments, a qualitative study. *BMC Health Serv Res* 2015; **15**: 156 [PMID: 25889260 DOI: 10.1186/s12913-015-0839-7]

45 **Pangka KR**, Chandrasena R, Wijeratne N, Mann M. Exploring the views of emergency department staff on the use of videoconferencing for mental health emergencies in southwestern Ontario. *Stud Health Technol Inform* 2015; **209**: 114-120 [PMID: 25980713 DOI: 10.3233/978-1-61499-505-0-114]

46 **Sinclair C**, Holloway K, Riley G, Auret K. Online mental health resources in rural Australia: clinician perceptions of acceptability. *J Med Internet Res* 2013; **15**: e193 [PMID: 24007949 DOI: 10.2196/jmir.2772]

47 **Alexander J**, Lattanzio A. Utility of telepsychiatry for Aboriginal Australians. *Aust N Z J Psychiatry* 2009; **43**: 1185 [PMID: 20001419 DOI: 10.3109/00048670903279911]

48 **Dzara K**, Sarver J, Bennett JI, Basnet P. Resident and medical student viewpoints on their participation in a telepsychiatry rotation. *Acad Psychiatry* 2013; **37**: 214-216 [PMID: 23632939 DOI: 10.1176/appi.ap.12050101]

49 **Hilty DM**, Yellowlees PM, Nesbitt TS. Evolution of telepsychiatry to rural sites: changes over time in types of referral and in primary care providers' knowledge, skills and satisfaction. *Gen Hosp Psychiatry* 2006; **28**: 367-373 [PMID: 16950370 DOI: 10.1016/j.genhosppsych.2006.05.009]

50 **Kopel H**, Nunn K, Dossetor D. Evaluating satisfaction with a child and adolescent psychological telemedicine outreach service. *J Telemed Telecare* 2001; **7** Suppl 2: 35-40 [PMID: 11747654 DOI: 10.1258/1357633011937074]

51 **Mitchell SA**, MacLaren AT, Morton M, Carachi R. Professional opinions of the use of telemedicine in child & amp; adolescent psychiatry. *Scott Med J* 2009; **54**: 13-16 [PMID: 19725276 DOI: 10.1258/rsmsmj.54.3.13]

52 **Pesämaa L**, Ebeling H, Kuusimäki ML, Winblad I, Isohanni M, Moilanen I. Videoconferencing in child and adolescent psychiatry in Finland--an inadequately exploited resource. *J Telemed Telecare* 2007; **13**: 125-129 [PMID: 17519053 DOI: 10.1258/135763307780677631]

53 **Elford DR**, White H, St John K, Maddigan B, Ghandi M, Bowering R. A prospective satisfaction study and cost analysis of a pilot child telepsychiatry service in Newfoundland. *J Telemed Telecare* 2001; **7**: 73-81 [PMID: 11331044 DOI: 10.1258/1357633011936192]

54 **Wynn R**, Bergvik S, Pettersen G, Fossum S. Clinicians' experiences with videoconferencing in psychiatry. *Stud Health Technol Inform* 2012; **180**: 1218-1220 [PMID: 22874406 DOI: 10.1016/S0924-9338(09)71229-5]

55 **Grealish A**, Hunter A, Glaze R, Potter L. Telemedicine in a child and adolescent mental health service: participants' acceptance and utilization. *J Telemed Telecare* 2005; **11** Suppl 1: 53-55 [PMID: 16035994 DOI: 10.1258/1357633054461921]

56 **Gibson K**, O'Donnell S, Coulson H, Kakepetum-Schultz T. Mental health professionals' perspectives of telemental health with remote and rural First Nations communities. *J Telemed Telecare* 2011; **17**: 263-267 [PMID: 21824967 DOI: 10.1258/jtt.2011.101011]

57 **Ertelt TW**, Crosby RD, Marino JM, Mitchell JE, Lancaster K, Crow SJ. Therapeutic factors affecting the cognitive behavioral treatment of bulimia nervosa via telemedicine versus face-to-face delivery. *Int J Eat Disord* 2011; **44**: 687-691 [PMID: 22072405 DOI: 10.1002/eat.20874]

58 **Hamilton M**. A rating scale for depression. *J Neurol Neurosurg Psychiatry* 1960; **23**: 56-62 [PMID: 14399272 DOI: 10.1007/978-3-642-70486-4_14]

59 **Shore JH**, Savin D, Orton H, Beals J, Manson SM. Diagnostic reliability of telepsychiatry in American Indian veterans. *Am J Psychiatry* 2007; **164**: 115-118 [PMID: 17202552 DOI: 10.1176/appi.ajp.164.1.115]

60 **Yellowlees PM**, Odor A, Iosif AM, Parish MB, Nafiz N, Patrice K, Xiong G, McCaron R, Sanchez R, Ochoa E, Hilty D. Transcultural psychiatry made simple--asynchronous telepsychiatry as an approach to providing culturally relevant care. *Telemed J E Health* 2013; **19**: 259-264 [PMID: 23451812 DOI: 10.1089/tmj.2012.0077]

61 **Yellowlees PM**, Hilty DM, Marks SL, Neufeld J, Bourgeois JA. A retrospective analysis of a child and adolescent eMental Health program. *J Am Acad Child Adolesc Psychiatry* 2008; **47**: 103-107 [PMID: 18174831 DOI: 10.1097/chi.0b013e31815a56a7]

62 **Amarendran V**, George A, Gersappe V, Krishnaswamy S, Warren C. The reliability of telepsychiatry for a neuropsychiatric assessment. *Telemed J E Health* 2011; **17**: 223-225 [PMID: 21443440 DOI: 10.1089/tmj.2010.0144]

63 **Turner TH**, Horner MD, Vankirk KK, Myrick H, Tuerk PW. A pilot trial of neuropsychological evaluations conducted via telemedicine in the Veterans Health Administration. *Telemed J E Health* 2012; **18**: 662-667 [PMID: 23050802 DOI: 10.1089/tmj.2011.0272]

64 **Timpano F**, Pirrotta F, Bonanno L, Marino S, Marra A, Bramanti P, Lanzafame P. Videoconference-based mini mental state examination: a validation study. *Telemed J E Health* 2013; **19**: 931-937 [PMID: 24073900 DOI: 10.1089/tmj.2013.0035]

65 **Munro Cullum C**, Hynan LS, Grosch M, Parikh M, Weiner MF. Teleneuropsychology: evidence for video teleconference-based neuropsychological assessment. *J Int Neuropsychol Soc* 2014; **20**: 1028-1033 [PMID: 25343269 DOI: 10.1017/S1355617714000873]

66 **Kobak KA**, Williams JB, Jeglic E, Salvucci D, Sharp IR. Face-to-face versus remote administration of the Montgomery-Asberg Depression Rating Scale using videoconference and telephone. *Depress Anxiety* 2008; **25**: 913-919 [PMID: 17941100 DOI: 10.1002/da.20392]

67 **Kobak KA**, Williams JB, Engelhardt N. A comparison of face-to-face and remote assessment of inter-rater reliability on the Hamilton Depression Rating Scale via videoconferencing.



*Psychiatry Res* 2008; **158**: 99-103 [PMID: 17961715 DOI: 10.1016/j.psychres.2007.06.025]

68   **Kobak KA**. A comparison of face-to-face and videoconference administration of the Hamilton Depression Rating Scale. *J Telemed Telecare* 2004; **10**: 231-235 [PMID: 15273034 DOI: 10.1258/1357633041424368]

69   **Kirkwood KT**, Peck DF, Bennie L. The consistency of neuropsychological assessments performed via telecommunication and face to face. *J Telemed Telecare* 2000; **6**: 147-151 [PMID: 10912332 DOI: 10.1258/1357633001935239]

70   **Singh SP**, Arya D, Peters T. Accuracy of telepsychiatric assessment of new routine outpatient referrals. *BMC Psychiatry* 2007; **7**: 55 [PMID: 17919329 DOI: 10.1186/1471-244X-7-55]

71   **Malhotra S**, Chakrabarti S, Shah R, Gupta A, Mehta A, Nithya B, Kumar V, Sharma M. Development of a novel diagnostic system for a telepsychiatric application: a pilot validation study. *BMC Res Notes* 2014; **7**: 508 [PMID: 25106438 DOI: 10.1186/1756-0500-7-508]

72   **Seidel RW**, Kilgus MD. Agreement between telepsychiatry assessment and face-to-face assessment for Emergency Department psychiatry patients. *J Telemed Telecare* 2014; **20**: 59-62 [PMID: 24414395 DOI: 10.1177/1357633X13519902]

73   **Manguno-Mire GM**, Thompson JW, Shore JH, Croy CD, Artecona JF, Pickering JW. The use of telemedicine to evaluate competency to stand trial: a preliminary randomized controlled study. *J Am Acad Psychiatry Law* 2007; **35**: 481-489 [PMID: 18086740 DOI: 10.1093/annonc/mdt079.1]

74   **Matsuura S**, Hosaka T, Yukiyama T, Ogushi Y, Okada Y, Haruki Y, Nakamura M. Application of telepsychiatry: a preliminary study. *Psychiatry Clin Neurosci* 2000; **54**: 55-58 [PMID: 15558880 DOI: 10.1046/j.1440-1819.2000.00637.x]

75   **Yoshino A**, Shigemura J, Kobayashi Y, Nomura S, Shishikura K, Den R, Wakisaka H, Kamata S, Ashida H. Telepsychiatry: assessment of televideo psychiatric interview reliability with present- and next-generation internet infrastructures. *Acta Psychiatr Scand* 2001; **104**: 223-226 [PMID: 11531660 DOI: 10.1034/j.1600-0447.2001.00236.x]

76   **Jones BN**, Johnston D, Reboussin B, McCall WV. Reliability of telepsychiatry assessments: subjective versus observational ratings. *J Geriatr Psychiatry Neurol* 2001; **14**: 66-71 [PMID: 11419569 DOI: 10.1177/089198870101400204]

77   **Chong J**, Moreno F. Feasibility and acceptability of clinic-based telepsychiatry for low-income Hispanic primary care patients. *Telemed J E Health* 2012; **18**: 297-304 [PMID: 22424078 DOI: 10.1089/tmj.2011.0126]

78   **Fortney JC**, Pyne JM, Edlund MJ, Williams DK, Robinson DE, Mittal D, Henderson KL. A randomized trial of telemedicine-based collaborative care for depression. *J Gen Intern Med* 2007; **22**: 1086-1093 [PMID: 17492326 DOI: 10.1016/s0084-3970(08)79147-3]

79   **Fortney JC**, Pyne JM, Mouden SB, Mittal D, Hudson TJ, Schroeder GW, Williams DK, Bynum CA, Mattox R, Rost KM. Practice-based versus telemedicine-based collaborative care for depression in rural federally qualified health centers: a pragmatic randomized comparative effectiveness trial. *Am J Psychiatry* 2013; **170**: 414-425 [PMID: 23429924 DOI: 10.1176/appi.ajp.2012.12050696]

80   **Hilty DM**, Marks S, Wegelin J, Callahan EJ, Nesbitt TS. A randomized, controlled trial of disease management modules, including telepsychiatric care, for depression in rural primary care. *Psychiatry* (Edgmont) 2007; **4**: 58-65 [PMID: 20805900 DOI: 10.1186/1471-2458-7-253]

81   **Moreno FA**, Chong J, Dumbauld J, Humke M, Byreddy S. Use of standard Webcam and Internet equipment for telepsychiatry treatment of depression among underserved Hispanics. *Psychiatr Serv* 2012; **63**: 1213-1217 [PMID: 23026854 DOI: 10.1176/appi.ps.201100274]

82   **Nelson EL**, Barnard M, Cain S. Treating childhood depression over videoconferencing. *Telemed J E Health* 2003; **9**: 49-55 [PMID: 12699607 DOI: 10.1089/153056203763317648]

83   **Ruskin PE**, Silver-Aylaian M, Kling MA, Reed SA, Bradham DD, Hebel JR, Barrett D, Knowles F, Hauser P. Treatment outcomes in depression: comparison of remote treatment through telepsychiatry to in-person treatment. *Am J Psychiatry* 2004; **161**: 1471-1476 [PMID: 15285975 DOI: 10.1016/s008403970(08)70117-8]

84   **Morland LA**, Greene CJ, Rosen CS, Foy D, Reilly P, Shore J, He Q, Frueh BC. Telemedicine for anger management therapy in a rural population of combat veterans with posttraumatic stress disorder: a randomized noninferiority trial. *J Clin Psychiatry* 2010; **71**: 855-863 [PMID: 20122374 DOI: 10.4088/JCP.09m05604blu]

85   **Morland LA**, Mackintosh MA, Greene CJ, Rosen CS, Chard KM, Resick P, Frueh BC. Cognitive processing therapy for posttraumatic stress disorder delivered to rural veterans via telemental health: a randomized noninferiority clinical trial. *J Clin Psychiatry* 2014; **75**: 470-476 [PMID: 24922484 DOI: 10.4088/JCP.13m08842]

86   **Myers K**, Vander Stoep A, Zhou C, McCarty CA, Katon W. Effectiveness of a telehealth service delivery model for treating attention-deficit/hyperactivity disorder: a community-based randomized controlled trial. *J Am Acad Child Adolesc Psychiatry* 2015; **54**: 263-274 [PMID: 25791143 DOI: 10.1016/j.jaac.2015.01.009]

87   **Mitchell JE**, Crosby RD, Wonderlich SA, Crow S, Lancaster K, Simonich H, Swan-Kremeier L, Lysne C, Myers TC. A randomized trial comparing the efficacy of cognitive-behavioral therapy for bulimia nervosa delivered via telemedicine versus face-to-face. *Behav Res Ther* 2008; **46**: 581-592 [PMID: 18374304 DOI: 10.3410/f.1104678.560745]

88   **De Las Cuevas C**, Arredondo MT, Cabrera MF, Sulzenbacher H, Meise U. Randomized clinical trial of telepsychiatry through videoconference versus face-to-face conventional psychiatric treatment. *Telemed J E Health* 2006; **12**: 341-350 [PMID: 16796502 DOI: 10.1089/tmj.2006.12.341]

89   **O'Reilly R**, Bishop J, Maddox K, Hutchinson L, Fisman M, Takhar J. Is telepsychiatry equivalent to face-to-face psychiatry? Results from a randomized controlled equivalence trial. *Psychiatr Serv* 2007; **58**: 836-843 [PMID: 17535945 DOI: 10.1176/ps.2007.58.6.836]

90   **Mohr DC**, Carmody T, Erickson L, Jin L, Leader J. Telephone-administered cognitive behavioral therapy for veterans served by community-based outpatient clinics. *J Consult Clin Psychol* 2011; **79**: 261-265 [PMID: 21299274 DOI: 10.1037/a0022395]

91   **Nelson EL**. Cognitive behavioral therapy for childhood depression: A comparison of face-to-face and interactive televideo settings. *The Sciences and Engineering* 2004; **65**: 1558

92   **Shore J**, Kaufmann LJ, Brooks E, Bair B, Dailey N, Richardson WJ, Floyd J, Lowe J, Nagamoto H, Phares R, Manson S. Review of American Indian veteran telemental health. *Telemed J E Health* 2012; **18**: 87-94 [PMID: 22283396 DOI: 10.1089/tmj.2011.0057]

93   **U.S. Department of Veterans Affairs**. Telemental Health (TMH): Change in Acute Psychiatric Hospital Admissions and Hospital Days, 2012. Available from: URL: http//www.hsrd.research.va.gov/for_researchers/cyber_seminars/archives/869-notes.pdf

94   **Godleski L**, Darkins A, Peters J. Outcomes of 98,609 U.S. Department of Veterans Affairs patients enrolled in telemental health services, 2006-2010. *Psychiatr Serv* 2012; **63**: 383-385 [PMID: 22476305 DOI: 10.1016/j.ypsy.2012.07.063]

95   **Leigh H**, Cruz H, Mallios R. Telepsychiatry appointments in a continuing care setting: kept, cancelled and no-shows. *J Telemed Telecare* 2009; **15**: 286-289 [PMID: 19720765 DOI: 10.1258/jtt.2009.090305]

96   **Fortney JC**, Maciejewski ML, Tripathi SP, Deen TL, Pyne JM. A budget impact analysis of telemedicine-based collaborative care for depression. *Med Care* 2011; **49**: 872-880 [PMID: 21623240 DOI: 10.1097/mlr.0b013e31821d2b35]

97   **Hilty DM**, Yellowlees PM, Cobb HC, Bourgeois JA, Neufeld JD, Nesbitt TS. Models of telepsychiatric consultation--liaison service to rural primary care. *Psychosomatics* 2006; **47**: 152-157 [PMID: 16508028]

98   **Butler TN**, Yellowlees P. Cost analysis of store-and-forward telepsychiatry as a consultation model for primary care. *Telemed J E Health* 2012; **18**: 74-77 [PMID: 22085113 DOI: 10.1089/tmj.2011.0086]



Hubley S *et al*. Telepsychiatry review

99    **Smith AC**, Armfield NR, Croll J, Gray LC. A review of Medicare expenditure in Australia for psychiatric consultations delivered in person and via videoconference. *J Telemed Telecare* 2012; **18**: 169-171 [PMID: 22362827 DOI: 10.1258/jtt.2012.SFT111]

100    **D'Souza R**. Telemedicine for intensive support of psychiatric inpatients admitted to local hospitals. *J Telemed Telecare* 2000; **6** Suppl 1: S26-S28 [PMID: 10793963 DOI: 10.1258/1357633001934834]

101    **Jong M**. Managing suicides via videoconferencing in a remote northern community in Canada. *Int J Circumpolar Health* 2004; **63**: 422-428 [PMID: 15709317 DOI: 10.3402/ijch.v63i4.17759]

102    **Harley J**. Economic evaluation of a tertiary telepsychiatry service to an island. *J Telemed Telecare* 2006; **12**: 354-357 [PMID: 17059652 DOI: 10.1258/135763306778682378]

103    **Smith AC**, Scuffham P, Wootton R. The costs and potential savings of a novel telepaediatric service in Queensland. *BMC Health Serv Res* 2007; **7**: 35 [PMID: 17331259 DOI: 10.1186/1472-6963-7-35]

104    **Crow SJ**, Mitchell JE, Crosby RD, Swanson SA, Wonderlich S, Lancaster K. The cost effectiveness of cognitive behavioral therapy for bulimia nervosa delivered via telemedicine versus face-to-face. *Behav Res Ther* 2009; **47**: 451-453 [PMID: 19356743 DOI: 10.1016/j.brat.2009.02.006]

105    **Grady BJ**. A comparative cost analysis of an integrated military telemental health-care service. *Telemed J E Health* 2002; **8**: 293-300 [PMID: 12419023 DOI: 10.1089/15305620260353180]

106    **Spaulding R**, Belz N, DeLurgio S, Williams AR. Cost savings of telemedicine utilization for child psychiatry in a rural Kansas community. *Telemed J E Health* 2010; **16**: 867-871 [PMID: 20925567 DOI: 10.1089/tmj.2010.0054]

107    **Whitacre BE**, Hartman PS, Boggs SA, Schott V. A community perspective on quantifying the economic impact of teleradiology and telepsychiatry. *J Rural Health* 2009; **25**: 194-197 [PMID: 19785586 DOI: 10.1111/j.1748-0361.2009.00217.x]

108    **Modai I**, Jabarin M, Kurs R, Barak P, Hanan I, Kitain L. Cost effectiveness, safety, and satisfaction with video telepsychiatry versus face-to-face care in ambulatory settings. *Telemed J E Health* 2006; **12**: 515-520 [PMID: 17042703 DOI: 10.1089/tmj.2006.12.515]

109    **Pyne JM**, Fortney JC, Tripathi SP, Maciejewski ML, Edlund MJ, Williams DK. Cost-effectiveness analysis of a rural telemedicine collaborative care intervention for depression. *Archives of General Psychiatry* 2010; **67**: 812-821 [DOI: 10.1001/archgenpsychiatry.2010.82]

110    **Choi Yoo SJ**, Nyman JA, Cheville AL, Kroenke K. Cost effectiveness of telecare management for pain and depression in patients with cancer: results from a randomized trial. *Gen Hosp Psychiatry* 2014; **36**: 599-606 [PMID: 25130518 DOI: 10.1016/j.genhosppsych.2014.07.004]

111    **Pyne JM**, Fortney JC, Mouden S, Lu L, Hudson TJ, Mittal D. Cost-effectiveness of on-site versus off-site collaborative care for depression in rural FQHCs. *Psychiatr Serv* 2015; **66**: 491-499 [PMID: 25686811 DOI: 10.1176/appi.ps.201400186]

112    **Lokkerbol J**, Adema D, Cuijpers P, Reynolds CF, Schulz R, Weehuizen R, Smit F. Improving the cost-effectiveness of a healthcare system for depressive disorders by implementing telemedicine: a health economic modeling study. *Am J Geriatr Psychiatry* 2014; **22**: 253-262 [PMID: 23759290 DOI: 10.1016/j.jagp.2013.01.058]

113    **American Psychiatric Association**. Telepsychology 50-State Review. 2013

114    **Ferrer DC**, Yellowlees PM. Telepsychiatry: licensing and professional boundary concerns. *Virtual Mentor* 2012; **14**: 477-482 [PMID: 23351263 DOI: 10.1001/virtualmentor.2012.14.6.pfor1-1206]

115    **Shore JH**, Bloom JD, Manson SM, Whitener RJ. Telepsychiatry with rural American Indians: issues in civil commitments. *Behav Sci Law* 2008; **26**: 287-300 [PMID: 18548514 DOI: 10.1002/bsl.813]

116    **Baker DC**, Bufka LF. Preparing for the telehealth world: Navigating legal, regulatory, reimbursement, and ethical issues in an electronic age. *Professional Psychology: Research and Practice* 2011; **42**: 405-411 [DOI: 10.1037/a0025037]

117    **Gunter TD**, Srinivasaraghavan J, Terry NP. Misinformed regulation of electronic medicine is unfair to responsible telepsychiatry. *J Am Acad Psychiatry Law* 2003; **31**: 10-14 [PMID: 12817838 DOI: 10.2139/ssrn.2346980]

118    **Jefee-Bahloul H**. Telemental health in the middle East: overcoming the barriers. *Front Public Health* 2014; **2**: 86 [PMID: 25101255 DOI: 10.3389/fpubh.2014.00086]

119    **Williams TL**, May CR, Esmail A. Limitations of patient satisfaction studies in telehealthcare: a systematic review of the literature. *Telemed J E Health* 2001; **7**: 293-316 [PMID: 11886667 DOI: 10.1089/15305620152814700]

**P- Reviewer**: Bee PE, Grof P, Hyler SE    **S- Editor**: Qiu S
**L- Editor**: A    **E- Editor**: Wu HL





Published by **Baishideng Publishing Group Inc**
8226 Regency Drive, Pleasanton, CA 94588, USA
Telephone: +1-925-223-8242
Fax: +1-925-223-8243
E-mail: bpgoffice@wjgnet.com
Help Desk: http://www.wjgnet.com/esps/helpdesk.aspx
http://www.wjgnet.com



© 2016 Baishideng Publishing Group Inc. All rights reserved.