XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD STEGEMAN, State Bar No. 225745
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants
California Department of Corrections and
Rehabilitation - General*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DECLARATION OF KATHERINE TEBROCK IN SUPPORT OF DEFENDANTS' RESPONSE TO THE SPECIAL MASTER'S REPORT ON THE STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFENDANTS' STAFFING PLAN** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Katherine Tebrock, declare:

1. I am the Deputy Director of the California Department of Corrections and Rehabilitation's (CDCR) statewide Mental Health Services Delivery System. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Response to The Special Master's

1

Report on the Status of Mental Health Staffing and the Implementation of Defendants' Staffing Plan.

2. I was appointed as Deputy Director of the Statewide Mental Health Program in November 2015. I am familiar with the numerous and complex policies and procedures that govern the prison mental health care delivery system at the institutional level and have visited and evaluated the prisons with mental health care programs. I am also responsible for and supervise the mental health system's headquarters and regional teams, and am familiar with *Coleman* mandates. I previously served as Chief Deputy General Counsel of Policy with CDCR's Office of Legal Affairs, where my duties included management and oversight of the health care legal team, including the *Coleman* class action litigation.

3. Telepsychiatry is a proven clinical tool that ensures adequate and appropriate mental health services for the *Coleman* class. Telepsychiatry is especially helpful in locations where on-site staff have been difficult to recruit or in places where staffing levels were recently adjusted and CDCR has not yet filled the newly allocated positions.

4. In 2016, CDCR issued a memorandum setting forth its policy to review inmates at the Correctional Clinical Case Management System level of care. Attached hereto as Exhibit 1 is a table which sets forth the results of that review. Of the 2,128 inmates reviewed, 415 were removed from the Correctional Clinical Case Management System to the General Population. This review was a thoughtful and considered approach to determining whether patients were placed at the correct clinical level of care. There is no reason to expect a different result for the inmates at the Enhanced Outpatient Program level of care. The Program Guide already describes objective criteria to review and potentially discharge patients from the Enhanced Outpatient Program, and CDCR does not propose to deviate from that criteria.

5. CDCR has committed to address the concerns raised in the Special Master's Staffing Report related to the Enhanced Outpatient Program review memorandum. The revised memorandum takes into account the current policy to assess inmates' appropriate level of care, both to higher and lower levels. The newly refined memo was provided to the Special Master and

2

Decl. of K. Tebrock in Supp. Defs.' Response to the Staffing Report  (2:90-cv-00520 KJM-DB (PC))

Plaintiffs' counsel on March 29, 2017.  Defendants look forward to discussing and implementing the review, working with the Special Master and the Plaintiffs' counsel.

6. The following tables provide the number of completed psychiatrist contacts per appointment based on the data entered in the Electronic Health record System and the Mental Health Tracking System for 2015 and 2016:

**Monthly Psychiatry to Patient Contact**

|  | Total Appointments 2015 | Total Appointments 2016 |
|---|---|---|
| **January** | 25,828 | 24,005 |
| **February** | 24,219 | 24,207 |
| **March** | 26,720 | 25,619 |
| **April** | 27,002 | 23,457 |
| **May** | 25,225 | 23,986 |
| **June** | 25,947 | 24,406 |
| **July** | 27,060 | 22,392 |
| **August** | 26,063 | 21,049 |
| **September** | 24,958 | 22,425 |
| **October** | 26,268 | 22,782 |
| **November** | 22,133 | 21,514 |
| **December** | 24,501 | 22,035 |
| **TOTAL** | **305,924** | **277,877** |

7. In 2015 CDCR provided 305,924 psychiatry appointments to Coleman class members. In 2016 CDCR provided 277,877 psychiatry appointments to Coleman class members.  The appointment data does not include the thousands of hours psychiatrists participated in Interdisciplinary Treatment Team meetings and spent seeing patients at unscheduled appointments, such as informal cell-front exchanges and inquiries into mental health during medical examinations, and virtually every other instance in which CDCR personnel inquire into an inmate's well-being.

8. CDCR's recent data on treatment provided to Coleman class members shows that in many cases, despite an institution's staffing vacancy rate, inmates are provided quality treatment at very high compliance rates.  Exhibit 2 attached hereto sets forth the psychiatry staffing levels by institution for the period August 1, 2016 through January 31, 2017, as well as the compliance percentages from the Mental Health Performance Report for timely psychiatry contacts, psychiatrist continuity of care, and the Medication Administration Process Improvement Project.

3

9. CDCR provides mental health care to approximately 38,000 inmates spread across 34 institutions. CDCR staffs approximately 6,900 Enhanced Outpatient Program beds, 450 Mental Health Crisis Beds, and 85 inpatient acute or intermediate care beds, in addition to providing care for approximately 29,000 Correctional Clinical Case Management System inmates. To provide this care, CDCR was allocated $396,641,000.00 in fiscal year 2016/2017 to provide mental health care, an increase of $20,063,000.000 from the 2015/2016 budget.

10. To provide care, CDCR employs 1,668.49, psychologists, social workers, psychiatrists, and supervisors. CDCR clinicians routinely provide timely care to inmates. In fact, over the past year, 95% of primary clinician contacts, those made by a psychologist or social worker, were made timely. 90% of psychiatrist clinical contacts were made timely. And 98% of treatment team meetings were held timely.

11. Attached hereto as Exhibit 3 is a table presenting the monthly vacancy rates for psychiatrists, psychologists and social workers by institution for 2014, 2015, and 2016. The data is based on the Coleman Monthly Vacancy Report Mental Health Institution Vacancies by Institution by Classification provided monthly to the Special Master and Plaintiffs.

12. To ensure medication monitoring for its patients, CDCR uses a detailed monitoring tool titled "Medication Administration Process Improvement Process." This tool facilitates necessary and appropriate systemic monitoring of medication management, including blood levels, for the following types of medication: (1) Antipsychotics; (2) Clozapine; (3) Mood Stabilizers, including Carbamazepine, Depakote, and Lithium; and (4) Antidepressants. CDCR clinicians generally maintain high levels of compliance, with most institutions achieving compliance above the ninety-fifth percentile. CDCR's systemic, statewide compliance with its medication-administration measures totals ninety-six percent over the past twelve months.

13. As of February 2017, CDCR employs 42.5 telepsychiatrists who provide services to inmates at the following seventeen institutions: California Correctional Institution, Central California Women's Facility, California Health Care Facility, California Institution for Men, California Institution for Women, California State Prison, Corcoran, California Treatment Facility, High Desert State Prison, Kern Valley State Prison, California State Prison, Los Angeles

4

1  County, Mule Creek State Prison, Pelican Bay State Prison, R.J. Donovan Correctional Facility,

2  Substance Abuse Treatment Facility, Salinas Valley State Prison, Valley State Prison, and Wasco

3  State Prison.

4      14. CDCR's bed plan adds more Enhanced Outpatient Program beds at existing

5  Enhanced Outpatient Program institutions while closing one small program at Pelican Bay State

6  Prison.

7      15. High Desert currently houses approximately 1,100 Correctional Clinical Case

8  Management System inmates. Inmates at High Desert receive services from on-site psychology,

9  licensed clinical social workers, and telepsychiatrists. High Desert operates a ten-bed Mental

10  Health Crisis Bed unit in which patients receive services from a combination of on-site and

11  telehealth providers.

12      16. There has not been a suicide at High Desert since 2014 and there are no known

13  negative patient outcomes attributable to the telepsychiatry services provided at High Desert.

14      17. Closing High Desert to mentally ill inmates will require CDCR to place the mentally

15  ill High Desert population at other institutions. Further clustering of high-acuity patients may

16  negatively impact care, particularly at prisons with more complex missions, and negatively

17  impact staff.

18      I declare under penalty of perjury under the laws of the United States of America that the

19  foregoing is true and correct. Executed in Elk Grove, California on March 30, 2017.

*/s/ Katherine Tebrock*
KATHERINE TEBROCK
Deputy Director, Statewide Mental Health Program
*(original signature retained by attorney)*

# Exhibit 1

| TOTAL BY REGION | GP | CCCMS | EOP | MHCB | ICF | Paroled | Deceased | TOTAL |
|---|---|---|---|---|---|---|---|---|
| REGION 1 | 130 | 367 | 2 | 1 | 0 | 28 | 0 | 528 |
| REGION 2 | 64 | 468 | 2 | 0 | 0 | 32 | 0 | 566 |
| REGION 3 | 184 | 504 | 1 | 0 | 1 | 47 | 1 | 738 |
| REGION 4 | 37 | 201 | 2 | 0 | 0 | 56 | 0 | 296 |
| TOTAL (ALL) | 415 | 1540 | 7 | 1 | 1 | 163 | 1 | 2,128 |
| Percentage | 20% | 72% | 0% | 0% | 0% | 8% | 0% | 100% |



Summary of CCCMS Patients [Not on Meds] Reviewed for Appropriateness
Length of Stay > 90 Days

| | GP | CCCMS | EOP | MHCB | ICF | Paroled | Deceased |
|---|---|---|---|---|---|---|---|
| MHI (Percentage) | 20% | 72% | 0% | 0% | 0% | 8% | 0% |

POST REVIEW MHI STATUS

# Exhibit 2

Mental Health Staff Psychiatrist Staffing vs Compliance
2/23/2017

| SITES | Total Allocated January 2017 | Total Filled January 2017* | Precent Vacant January 2017** | Timely Psychiarty Contacts[1] (Access to Care Banner) 8/1/2016-1/31/2017*** | Psychiatrist Continuity of Care[2] (Quality of Care Banner) 8/1/2016-1/31/2017*** | MAPIP[3] (QM Dashboard-Pop Health Management) 8/1/2016-1/31/2017*** | MH Mission |
|---|---|---|---|---|---|---|---|
| ASP | 5.0 | 3.6 | 71% | 100% | N/A | 100% | CCCMS |
| CCI | 7.0 | 4.5 | 65% | 91% | N/A | 93% | CCCMS |
| CCWF | 12.0 | 7.5 | 63% | 97% | 99% | 92% | FEMALE |
| CHCF | 24.0 | 17.4 | 73% | 72% | 88% | 92% | MHCB/EOP/CCCMS |
| CIM | 12.0 | 10.5 | 88% | 99% | N/A | 95% | RC/CCCMS |
| CIW | 9.0 | 8.4 | 93% | 97% | 75% | 98% | FEMALE |
| CMC | 19.3 | 15.5 | 80% | 99% | 97% | 98% | MHCB/EOP/CCCMS |
| CMF | 17.0 | 13.7 | 81% | 99% | 89% | 97% | MHCB/EOP/CCCMS |
| COR | 14.5 | 9.6 | 66% | 84% | 58% | 98% | MHCB/EOP/CCCMS |
| CRC | 6.0 | 5.5 | 92% | 93% | N/A | 99% | CCCMS |
| CTF | 7.0 | 4.3 | 61% | 92% | N/A | 95% | CCCMS |
| DVI | 4.5 | 5.1 | 113% | 100% | N/A | 99% | RC/CCCMS |
| FSP | 3.0 | 3.4 | 112% | 97% | N/A | 96% | CCCMS |
| HDSP | 6.0 | 4.0 | 67% | 99% | N/A | 94% | CCCMS |
| KVSP | 9.0 | 4.2 | 47% | 88% | 59% | 95% | EOP/CCCMS |
| LAC | 13.0 | 8.6 | 66% | 86% | 55% | 89% | EOP/CCCMS |
| MCSP | 17.0 | 14.7 | 86% | 87% | 84% | 90% | EOP/CCCMS |
| NKSP | 11.0 | 7.0 | 64% | 98% | N/A | 93% | RC/CCCMS |
| PBSP | 4.0 | 3.0 | 76% | 86% | N/A | 92% | CCCMS |
| PVSP | 5.0 | 4.0 | 81% | 98% | N/A | 100% | CCCMS |
| RJD | 16.0 | 12.2 | 76% | 78% | 73% | 96% | EOP/CCCMS |
| SAC | 22.0 | 11.7 | 53% | 66% | 81% | 89% | MHCB/EOP/CCCMS |
| SATF | 17.0 | 9.0 | 53% | 95% | 93% | 96% | MHCB/EOP/CCCMS |
| SCC | 3.0 | 3.0 | 100% | 100% | N/A | 96% | CCCMS |
| SOL | 7.5 | 4.0 | 53% | 84% | N/A | 92% | CCCMS |
| SQ | 9.0 | 13.3 | 148% | 99% | 98% | 96% | RC/CCCMS |
| SVSP | 13.0 | 5.8 | 45% | 78% | 90% | 90% | EOP/CCCMS |
| VSP | 11.0 | 7.0 | 63% | 73% | 81% | 99% | EOP/CCCMS |
| WSP | 10.0 | 7.1 | 71% | 98% | N/A | 78% | RC/CCCMS |

**Footnote**

1  Percentage of patient-weeks during which patients were up-to-date on their required psychiatry contacts.

2  Percentage of psychiatrist contacts seen by the most frequent provider.
All psychiatry contacts seen in person during the 5 months before the start of the reporting period through the end of the reporting period (6 months total) for any patient who has been EOP in the same housing program at the same institution, without interruption, for the past six months.

3  Percentages in this column represent the average compliance for MAPIP Measures 1A-1G. These percentages do not capture MAPIP Measure 1A-1G that are baseline, 3 months or triggered by medication dose changes.

\* Includes registry

\*\* Percentage compliance < 90% highlighted in red

\*\*\* Percentage compliance > 90% highlighted in green

# Exhibit 3

**Vacancy Rates by Institution With Registry**
**Psychiatrists[1]**

| Institutions[2] | EOP[3] | 2014 Monthly Average | | | 2015 Monthly Average | | | 2016 Monthly Average | | | 3-Year Average |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Authorized Positions | Adjusted Vacancy[4] | Vacancy Rate | Authorized Positions | Adjusted Vacancy[4] | Vacancy Rate | Authorized Positions | Adjusted Vacancy[4] | Vacancy Rate | |
| Avenal State Prison | | 6.0 | 3.2 | 54% | 5.5 | 2.3 | 41% | 6.0 | 3.0 | 51% | 49% |
| CA Correctional Center | | 0.0 | 0.0 | NC | 0.0 | 0.0 | NC | 0.0 | 0.0 | NC | NC |
| CA Correctional Institution | | 6.0 | 2.3 | 39% | 5.5 | 1.9 | 34% | 4.5 | 2.9 | 64% | 45% |
| CA Health Care Facility | X | 25.5 | 14.3 | 56% | 26.0 | 10.9 | 42% | 27.0 | 14.4 | 53% | 50% |
| CA Institution for Men | | 14.4 | 1.8 | 12% | 14.0 | 2.0 | 14% | 12.0 | 0.0 | 0% | 9% |
| CA Institution for Women | X | 11.0 | 0.6 | 5% | 11.5 | 4.1 | 36% | 11.0 | 4.5 | 41% | 27% |
| CA Medical Facility | X | 16.8 | 3.3 | 19% | 17.6 | 2.6 | 15% | 19.0 | 3.2 | 17% | 17% |
| CA Men's Colony | X | 22.3 | 0.6 | 3% | 22.1 | 1.6 | 7% | 27.7 | 6.1 | 22% | 11% |
| CA State Prison - Corcoran | X | 11.4 | 3.4 | 30% | 11.3 | 2.0 | 18% | 12.3 | 4.5 | 37% | 28% |
| CA State Prison - Los Angeles | X | 13.2 | 1.1 | 8% | 13.0 | 1.5 | 12% | 14.0 | 6.9 | 50% | 23% |
| CA State Prison - Sacramento | X | 22.6 | 1.3 | 6% | 21.5 | 5.7 | 26% | 21.0 | 7.5 | 36% | 23% |
| CA State Prison - San Quentin[5] | | 53.7 | 19.3 | 36% | 59.5 | 14.0 | 23% | 60.2 | 9.4 | 16% | 25% |
| CA State Prison - Solano | | 6.8 | 0.3 | 4% | 7.0 | 0.7 | 10% | 7.0 | 1.2 | 16% | 10% |
| Calipatria State Prison | | 1.0 | 0.0 | 0% | 1.0 | 0.0 | 0% | 1.0 | 0.0 | 0% | 0% |
| Centinela State Prison | | 1.0 | 0.0 | 0% | 1.0 | 0.0 | 0% | 1.0 | 0.0 | 0% | 0% |
| Central CA Women's Facility | X | 10.4 | 2.9 | 28% | 11.3 | 3.4 | 30% | 11.0 | 3.0 | 28% | 29% |
| Chuckawalla Valley State Prison | | 1.0 | 0.0 | 0% | 1.0 | 0.0 | 0% | 1.0 | 0.6 | 58% | 19% |
| Correctional Training Facility | | 5.2 | 1.2 | 23% | 6.0 | 2.0 | 33% | 7.0 | 2.9 | 42% | 33% |
| Deuel Vocational Institution | | 3.3 | -0.7 | -21% | 3.5 | -0.5 | -16% | 5.0 | -0.2 | -4% | -14% |
| Folsom State Prison | | 4.0 | 0.9 | 23% | 4.0 | -0.1 | -2% | 4.0 | 0.1 | 2% | 8% |
| High Desert State Prison | | 3.3 | 2.7 | 80% | 2.2 | 2.2 | 100% | 2.0 | 2.0 | 100% | 93% |
| Ironwood State Prison | | 1.0 | 0.0 | 0% | 1.0 | 0.6 | 58% | 1.0 | 1.0 | 100% | 53% |
| Kern Valley State Prison | X | 9.4 | 1.5 | 16% | 10.0 | 3.5 | 35% | 10.0 | 5.4 | 54% | 35% |
| Mule Creek State Prison | X | 12.0 | 3.3 | 27% | 12.8 | 1.1 | 9% | 14.0 | 2.0 | 14% | 17% |
| North Kern State Prison | | 10.8 | 0.8 | 7% | 11.0 | -0.2 | -1% | 11.0 | 1.8 | 17% | 7% |
| Pelican Bay State Prison | | 3.0 | 1.1 | 37% | 3.0 | 1.3 | 44% | 4.0 | 2.2 | 55% | 45% |
| Pleasant Valley State Prison | | 7.2 | 2.6 | 36% | 6.0 | 2.3 | 39% | 5.0 | 0.3 | 6% | 27% |
| Rehabilitation Center | | 5.2 | 0.9 | 18% | 5.5 | 0.9 | 17% | 7.0 | 2.3 | 33% | 22% |
| Richard J Donovan | | 16.0 | 0.1 | 0% | 17.5 | 1.0 | 6% | 18.0 | 8.4 | 47% | 18% |
| Salinas Valley State Prison | X | 6.3 | 0.4 | 6% | 8.5 | 3.4 | 39% | 10.5 | 7.4 | 70% | 39% |
| Sierra Conservation Center | X | 4.0 | 1.0 | 25% | 4.0 | 1.0 | 25% | 4.0 | 0.7 | 17% | 22% |
| Substance Abuse Treatment Facility | X | 8.6 | 3.7 | 43% | 9.0 | 3.6 | 40% | 10.0 | 5.1 | 51% | 44% |
| Valley State Prison | X | 7.3 | 2.3 | 32% | 8.0 | 4.1 | 51% | 10.0 | 7.2 | 72% | 52% |
| Wasco State Prison | | 9.4 | 2.6 | 28% | 9.5 | -0.5 | -6% | 12.0 | 4.4 | 37% | 20% |
| **Total** | **14** | **339.1** | **78.8** | **23%** | **350.1** | **78.3** | **22%** | **370.2** | **120.1** | **32%** | **26%** |

[1] Classifications: Staff Psychiatrist, Senior Psychiatrist (Supervisor), and Chief Psychiatrist.
[2] Does not include California City.
[3] As of February 2017.
[4] Vacancy rates are adjusted to exclude employees on long-term sick leave and include position equivalents for temporary blanket positions and registry usage.
[5] San Quentin position and vacancy figures include all statewide telepsychiatry staff.

Data Source: Coleman Monthly Vacancy Report "Mental Health Institution Vacancies by Institution by Classification".

## Vacancy Rates by Institution With Registry Psychologists[1]

| Institutions[2] | EOP[3] | 2014 Monthly Average | | | 2015 Monthly Average | | | 2016 Monthly Average | | | 3-Year Average |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Authorized Positions | Adjusted Vacancy[4] | Vacancy Rate | Authorized Positions | Adjusted Vacancy[4] | Vacancy Rate | Authorized Positions | Adjusted Vacancy[4] | Vacancy Rate | |
| Avenal State Prison | | 16.2 | 2.2 | 13% | 15.0 | -0.1 | -1% | 15.0 | -0.7 | -5% | 3% |
| CA Correctional Center | | 5.0 | 0.8 | 15% | 5.0 | -0.1 | -2% | 5.0 | 0.1 | 2% | 5% |
| CA Correctional Institution | | 20.0 | 2.7 | 14% | 20.8 | 4.2 | 20% | 24.3 | 5.2 | 21% | 18% |
| CA Health Care Facility | X | 46.2 | 8.5 | 18% | 53.5 | 6.3 | 12% | 62.0 | 16.9 | 27% | 19% |
| CA Institution for Men | | 37.8 | 2.0 | 5% | 38.4 | 1.3 | 3% | 35.5 | -0.7 | -2% | 2% |
| CA Institution for Women | X | 24.4 | 2.1 | 9% | 28.8 | 1.9 | 6% | 36.5 | -2.6 | -7% | 3% |
| CA Medical Facility | X | 44.7 | 2.4 | 5% | 47.5 | 2.4 | 5% | 54.0 | 4.1 | 8% | 6% |
| CA Men's Colony | X | 58.9 | 3.2 | 5% | 64.2 | 8.0 | 12% | 72.4 | 12.3 | 17% | 12% |
| CA State Prison - Corcoran | X | 41.9 | 6.6 | 16% | 53.8 | 10.2 | 19% | 75.7 | 18.3 | 24% | 20% |
| CA State Prison - Los Angeles | X | 44.3 | 4.8 | 11% | 47.5 | 4.6 | 10% | 55.0 | -0.5 | -1% | 7% |
| CA State Prison - Sacramento | X | 75.5 | 4.8 | 6% | 82.4 | 5.6 | 7% | 95.0 | 16.0 | 17% | 10% |
| CA State Prison - San Quentin | | 44.7 | 1.0 | 2% | 44.8 | -1.7 | -4% | 45.5 | 3.5 | 8% | 2% |
| CA State Prison - Solano | | 19.8 | 1.0 | 5% | 20.5 | 2.0 | 10% | 21.0 | 1.9 | 9% | 8% |
| Calipatria State Prison | | 7.1 | 0.6 | 9% | 6.5 | 0.3 | 4% | 6.0 | 0.1 | 1% | 5% |
| Centinela State Prison | | 6.0 | 0.1 | 2% | 6.0 | 0.4 | 6% | 6.0 | -0.1 | -1% | 2% |
| Central CA Women's Facility | X | 29.3 | 5.5 | 19% | 32.0 | 4.4 | 14% | 35.5 | 3.3 | 9% | 14% |
| Chuckawalla Valley State Prison | | 5.0 | 2.5 | 50% | 5.0 | 1.1 | 23% | 5.0 | 0.8 | 16% | 30% |
| Correctional Training Facility | | 15.2 | 2.1 | 14% | 17.0 | 0.2 | 1% | 18.5 | 2.1 | 11% | 9% |
| Deuel Vocational Institution | | 20.3 | 0.7 | 4% | 20.3 | 1.9 | 10% | 19.3 | 1.1 | 6% | 6% |
| Folsom State Prison | | 11.8 | 4.8 | 41% | 12.0 | 5.0 | 42% | 12.0 | 4.7 | 39% | 40% |
| High Desert State Prison | | 17.0 | 4.6 | 27% | 17.0 | 4.1 | 24% | 20.0 | 7.3 | 36% | 29% |
| Ironwood State Prison | | 5.0 | 0.7 | 15% | 5.0 | -0.2 | -4% | 5.0 | 0.4 | 8% | 6% |
| Kern Valley State Prison | | 24.6 | 5.5 | 23% | 28.0 | 5.5 | 20% | 30.5 | 7.4 | 24% | 22% |
| Mule Creek State Prison | X | 46.3 | 6.0 | 13% | 51.2 | 2.8 | 6% | 60.5 | 8.3 | 14% | 11% |
| North Kern State Prison | X | 34.0 | 4.5 | 13% | 34.5 | 4.9 | 14% | 35.0 | 8.2 | 24% | 17% |
| Pelican Bay State Prison | | 17.1 | 0.4 | 3% | 18.0 | 1.7 | 10% | 22.0 | 3.3 | 15% | 9% |
| Pleasant Valley State Prison | | 21.3 | 3.9 | 18% | 19.5 | 4.9 | 25% | 19.0 | 7.3 | 38% | 27% |
| Rehabilitation Center | | 13.0 | 1.5 | 12% | 13.5 | 2.5 | 19% | 16.0 | 3.1 | 19% | 16% |
| Richard J Donovan | X | 53.4 | -1.5 | -3% | 61.6 | -3.1 | -5% | 73.0 | 1.0 | 1% | -2% |
| Salinas Valley State Prison | X | 42.3 | 3.4 | 8% | 48.0 | 3.4 | 7% | 57.5 | 13.5 | 23% | 13% |
| Sierra Conservation Center | | 11.0 | 2.0 | 18% | 11.5 | 3.4 | 29% | 11.0 | 2.6 | 23% | 24% |
| Substance Abuse Treatment Facility | X | 43.9 | 8.0 | 18% | 47.5 | 12.9 | 27% | 51.5 | 11.0 | 21% | 22% |
| Valley State Prison | X | 21.4 | 3.3 | 16% | 27.2 | 5.1 | 19% | 35.5 | 9.3 | 26% | 20% |
| Wasco State Prison | | 35.1 | 6.8 | 20% | 37.0 | 8.1 | 22% | 40.0 | 6.9 | 17% | 20% |
| **Total** | **14** | **959.2** | **107.9** | **11%** | **1,040.2** | **114.1** | **11%** | **1,175.6** | **175.3** | **15%** | **12%** |

[1] Classifications: Psychologist, Senior Psychologist (Specialist), Senior Psychologist (Supervisor), Clinical Psychology Intern, and Chief Psychologist.
[2] Does not include California City.
[3] As of February 2017.
[4] Vacancy rates are adjusted to exclude employees on long-term sick leave and include position equivalents for temporary blanket positions and registry usage.

Data Source: Coleman Monthly Vacancy Report "Mental Health Institution Vacancies by Institution by Classification".

# Vacancy Rates by Institution With Registry
## Social Workers[1]

| Institutions[2] | EOP[3] | 2014 Monthly Average | | | 2015 Monthly Average | | | 2016 Monthly Average | | | 3-Year Average |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Authorized Positions | Adjusted Vacancy[4] | Vacancy Rate | Authorized Positions | Adjusted Vacancy[4] | Vacancy Rate | Authorized Positions | Adjusted Vacancy[4] | Vacancy Rate | |
| Avenal State Prison | | 8.3 | 1.7 | 21% | 10.4 | 4.4 | 42% | 12.4 | 7.0 | 56% | 40% |
| CA Correctional Center | | 1.0 | 0.8 | 83% | 1.0 | -0.1 | -8% | 1.0 | 0.0 | 0% | 25% |
| CA Correctional Institution | | 13.6 | 1.3 | 10% | 14.8 | 1.3 | 8% | 16.0 | 1.5 | 9% | 9% |
| CA Health Care Facility | X | 12.2 | 0.1 | 1% | 13.0 | 0.1 | 1% | 14.0 | -1.3 | -9% | -2% |
| CA Institution for Men | | 18.8 | 2.0 | 11% | 20.0 | 2.3 | 11% | 20.0 | 0.3 | 1% | 8% |
| CA Institution for Women | X | 14.8 | 2.0 | 13% | 15.0 | 1.7 | 11% | 16.5 | 1.4 | 9% | 11% |
| CA Medical Facility | X | 20.5 | -1.1 | -5% | 20.5 | 0.5 | 2% | 16.5 | -2.5 | -15% | -6% |
| CA Men's Colony | X | 21.3 | 1.4 | 7% | 21.0 | 1.0 | 5% | 20.7 | 0.9 | 4% | 5% |
| CA State Prison - Corcoran | X | 19.3 | 1.2 | 6% | 21.7 | -1.5 | -7% | 21.8 | 1.5 | 7% | 2% |
| CA State Prison - Los Angeles | X | 18.7 | 3.3 | 17% | 21.0 | 7.6 | 36% | 20.0 | 1.9 | 10% | 21% |
| CA State Prison - Sacramento | X | 30.0 | 0.2 | 1% | 31.5 | 0.7 | 2% | 31.0 | 1.2 | 4% | 2% |
| CA State Prison - San Quentin | | 19.9 | 4.5 | 23% | 20.3 | 0.9 | 4% | 23.5 | 5.2 | 22% | 16% |
| CA State Prison - Solano | | 13.0 | 3.2 | 25% | 14.0 | 2.0 | 14% | 14.0 | 2.0 | 15% | 18% |
| Calipatria State Prison | | 1.0 | 0.0 | 0% | 1.0 | 0.0 | 0% | 1.0 | 0.0 | 0% | 0% |
| Centinela State Prison | | 1.0 | 0.1 | 8% | 1.0 | 0.0 | 0% | 1.0 | 0.0 | 0% | 3% |
| Central CA Women's Facility | X | 13.3 | 1.7 | 13% | 14.5 | 2.8 | 20% | 15.0 | 2.2 | 15% | 16% |
| Chuckawalla Valley State Prison | | 0.3 | 0.3 | 100% | 0.0 | 0.0 | NC | 1.0 | 0.5 | 50% | 75% |
| Correctional Training Facility | | 9.7 | 1.9 | 20% | 11.8 | 3.3 | 28% | 13.0 | 3.1 | 24% | 24% |
| Deuel Vocational Institution | | 6.3 | 0.5 | 8% | 7.0 | 0.4 | 6% | 7.0 | 1.5 | 21% | 12% |
| Folsom State Prison | | 5.0 | 2.2 | 43% | 5.0 | 2.0 | 39% | 6.0 | 3.0 | 49% | 44% |
| High Desert State Prison | | 8.0 | 1.5 | 19% | 8.5 | -0.8 | -9% | 10.0 | 0.8 | 8% | 6% |
| Ironwood State Prison | | 0.3 | 0.3 | 100% | 0.0 | 0.0 | NC | 1.0 | 1.0 | 100% | 100% |
| Kern Valley State Prison | X | 13.4 | 0.5 | 3% | 14.0 | 0.5 | 4% | 14.0 | 0.7 | 5% | 4% |
| Mule Creek State Prison | X | 19.0 | 0.2 | 1% | 19.0 | -2.4 | -13% | 21.5 | -3.9 | -18% | -10% |
| North Kern State Prison | | 11.8 | 1.6 | 14% | 13.0 | 0.9 | 7% | 13.0 | -0.8 | -6% | 5% |
| Pelican Bay State Prison | | 4.2 | 1.6 | 38% | 4.5 | -0.2 | -4% | 5.0 | 0.0 | 0% | 11% |
| Pleasant Valley State Prison | | 10.2 | 3.5 | 35% | 10.0 | 1.0 | 10% | 10.0 | 0.8 | 8% | 17% |
| Rehabilitation Center | | 7.6 | 3.0 | 40% | 9.5 | 2.8 | 29% | 10.0 | 1.8 | 18% | 29% |
| Richard J Donovan | | 22.8 | 0.1 | 0% | 23.0 | -1.7 | -7% | 23.0 | -3.8 | -17% | -8% |
| Salinas Valley State Prison | X | 17.8 | 2.0 | 11% | 18.8 | 2.8 | 15% | 20.0 | 3.3 | 17% | 14% |
| Sierra Conservation Center | | 4.8 | 1.7 | 34% | 5.5 | 0.8 | 15% | 6.5 | 1.6 | 24% | 25% |
| Substance Abuse Treatment Facility | X | 19.8 | 3.4 | 17% | 20.5 | 3.3 | 16% | 22.0 | 0.6 | 3% | 12% |
| Valley State Prison | X | 11.3 | 0.8 | 7% | 13.5 | 0.5 | 4% | 17.0 | 2.5 | 15% | 8% |
| Wasco State Prison | | 12.5 | 2.4 | 20% | 14.0 | 1.0 | 7% | 15.0 | -1.0 | -6% | 7% |
| **Total** | **14** | **411.4** | **49.8** | **12%** | **438.2** | **37.9** | **9%** | **459.4** | **32.9** | **7%** | **9%** |

[1] Classifications: Supervising Psychiatric Social Worker I and Clinical Social Worker.
[2] Does not include California City.
[3] As of February 2017.
[4] Vacancy rates are adjusted to exclude employees on long-term sick leave and include position equivalents for temporary blanket positions and registry usage.

Data Source: Coleman Monthly Vacancy Report "Mental Health Institution Vacancies by Institution by Classification".