XAVIER BECERRA
Attorney General of California
ATTORNEY GENERAL
WILLIAM C. KWONG
ACTING SENIOR ASSISTANT ATTORNEY GENERAL
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD STEGEMAN, State Bar No. 225745
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DECLARATION OF BRANDON PRICE IN SUPPORT OF DEFENDANTS' RESPONSE TO THE SPECIAL MASTER'S REPORT ON THE STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFENDANTS' STAFFING PLAN** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Brandon Price, declare as follows:

1. I am the Executive Director for the Department of State Hospitals-Coalinga (DSH-Coalinga). I have held that position since December 2016. From August 1, 2012 through December 16, 2016, I held the position as the Hospital Administrator for DSH-Coalinga. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Response to The

1

Special Master's Report on the Status of Mental Health Staffing and the Implementation of Defendants' Staffing Plan.

2. Through my positions as Hospital Administrator and Executive Director for DSH-Coalinga, I have personal knowledge regarding the use of telehealth to provide psychiatric care to patients at DSH-Coalinga and DSH's telehealth services policy. Attached hereto as Exhibit 1 is a true and correct copy of the DSH Policy Directive for Telehealth Services – Psychiatry.

3. DSH has provided inpatient psychiatric care using telehealth services at DSH-Coalinga since as early as February 2015.

4. DSH currently has one assigned telepsychiatrist with a case load of 15-17 *Coleman* patients who provides the full spectrum of psychiatric care, including but not limited to, participation in Treatment Team Meetings, one-on-one treatment sessions with their client, prescribing psychotropic medications, and ordering enhanced observation.

5. DSH-Coalinga has not received any negative feedback or outcomes as a result of its use of telepsychiatry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on March 30, 2017.

>    */s/ Brandon Price*
>    BRANDON PRICE
>    Executive Director
>    Department of State Hospitals-Coalinga
>    (original signature retained by attorney)

CF1997CS0003
32820669.doc

2

Decl. of Brandon Price in Supp. of Defs.' Response to Staffing Report (2:90-cv-00520 KJM-DB (PC))

# Exhibit 1

State of California – Health and Human Services Agency                                       Department of State Hospitals

# POLICY DIRECTIVE

| NUMBER | 3502 |
|---|---|
| TITLE | Telehealth Services – Psychiatry |
| EFFECTIVE DATE | May 26, 2016 |
| SUPERSEDES | AL 2016-15 |

**Policy Statement**   N/A

**Background**

The American Psychiatric Association (APA) issued a *Position Statement on The Ethical Use of Telemedicine 1995* in which the APA "supports the use of Telemedicine as a legitimate component of a mental health delivery system to the extent that these services facilitate or complement traditional clinical care in a cost or time effective manner."

Whenever possible, DSH seeks to employ psychiatrists who can deliver in-person psychiatric evaluation and care to patients in all facilities. The use of telepsychiatry is restricted to only when in-person psychiatric care is not available, and only as long as necessary. DSH will not use telepsychiatry in lieu of in-person psychiatrists for any reason other than a lack of availability of in-person psychiatrists.

<u>Services Available</u>
A variety of telehealth-psychiatric services are available including, but not limited to:

Routine psychiatric services

- Admission psychiatric evaluations;

- Diagnostic evaluations and consultations;

- Medication reviews – regular routine reviews and medication problems;

- Treatment planning;

- Psychiatric emergencies.

The Telehealth-Psychiatry Office is staffed with psychiatrists and a coordinator, as needed, and is located at the hospital providing telehealth-psychiatric services. This office has easy access to a printer and a scanner. At the receiving facility, a Telehealth Coordinator will manage appointments, document sharing, and informed consent.

| | |
|---|---|
| **Purpose** | This Policy Directive establishes the policy for providing mental health services, via telehealth, at Department of State Hospitals (DSH) facilities when on-site staff is insufficient to meet the clinical need. The goal of telehealth services is to address the ongoing hardship created by staff vacancies.<br><br>Failure of a health care provider to comply with Business and Professions Code section 2290.5 shall constitute unprofessional conduct. |
| **Responsibility** | Executive Sponsor:  Deputy Director of Clinical Operations<br><br>Process Owner:  Assistant Deputy Director of Clinical Operations |
| **Authority/ References** | - Telehealth Advancement Act of 2011 (Business & Professions Code, § 2290.5.)<br>- Joint Commission PC<br>- Title 22 of the California Code of Regulations<br>- 42 CFR parts 482.12, 482.22 (2014) & 485.616 (2011)<br>- Welfare and Institutions Code sections 14132.72, 14132.725 |
| **Definitions** | N/A |
| **Method** | <u>Standards of Care</u><br>Services delivered by psychiatrists providing telehealth-psychiatry services shall comply with the standards of care in the community and as established by DSH facilities. |

State of California – Health and Human Services Agency                              Department of State Hospitals

**POLICY DIRECTIVE**

The telepsychiatrist's duties to patients at the DSH transmitting facility are functionally the same as those of psychiatrists in the receiving facility. The telepsychiatrist may function as a team leader in a multi-disciplinary treatment team. The telepsychiatrist is responsible for making definitive diagnoses and treatment decisions, including psychiatric and general medical treatment. The telepsychiatrist is also responsible for preparing or assisting in the preparation of legal documents, as well as ongoing patient and staff education.

The telepsychiatrist shall adhere to the generally accepted principles and methods of psychiatry and general medicine, as well as current developments and advances in the field of psychiatry, psychiatric hospital organization and procedures. The telepsychiatrist should be familiar with the principles and application of psychiatric social work, clinical psychology, physical therapy, and various rehabilitation therapies, and all other ancillary medical services to deliver appropriate psychiatric care as the primary treating physician. This includes the ordering and interpretation of laboratory analyses.

The telepsychiatrist may assume care for a cohort of patients as the primary treating physician. During regular business hours, the telepsychiatrist may respond to calls from staff regarding urgent and emergent psychiatric issues or confirm coverage. The telepsychiatrist may provide consultation and assessment in every aspect of care except for direct physical examination.

<u>Participation in Treatment Planning Teams</u>
When assuming care for a cohort of patients, the telepsychiatrist will participate in the receiving hospital's Treatment Planning Teams (TxP), whenever possible. The receiving hospital may be required to modify their TxP schedule to allow the telepsychiatrist to participate in the TxP conferences.

<u>Required Clinical Information</u>
At a minimum, the following information shall be provided to the telepsychiatrist prior to the patient visit:

- Last quarterly and subsequent monthly treatment plan,

- Interdisciplinary progress notes for the past 30 days,

- Physicians orders for the last 90 days,

- Physicians progress notes for the last 90 days,

- Latest laboratory results for the past 6 months,

- Current medication profile – a listing of all current medications, psychiatric as well as medical, and

- Current AIMS form.

The telepsychiatrist may request additional information that is uploaded by the receiving hospital's Telemedicine Coordinator.  Should any information be revised after documents have been uploaded and prior to the appointment, the new information shall also be provided prior to the appointment.

Informing the Patient
In all telepsychiatric services, it is the responsibility of the receiving institution to inform the patient prior to the visit about telepsychiatric services.  Depending on the mental health status of the patient, staff may need to provide additional verbal supports to ensure that the patient is comfortable with telepsychiatry.  All parties in both locations shall be introduced before the visit begins.

Prior to any telepsychiatric service, the patient shall provide verbal or written consent.  The consent shall be documented.  When possible, a DSH Telepsychiatry Consent Form shall be signed by the patient and include, but not be limited to, the following:

- telepsychiatry involves the transmission of electronic communication of personal medical information,

- the telepsychiatrist is located in another DSH facility,

- all services provided are confidential,

- the visit is not being taped,

- the telepsychiatrist can provide the same services as an on-site psychiatrist,

- as with any medical procedure, there are potential risks associated with telepsychiatry which include, but may not be limited to:

  - delays in medical evaluation and treatment due to any deficiencies or failure of the equipment;

  - in very rare instances, security protocols could fail, causing a breach of privacy of personal medical information.

Attached is a sample DSH Telepsychiatry consent form. The telepsychiatrist shall also briefly cover these points with the patient prior to the beginning of the clinical service. While the patient is being informed, the camera should be focused out on the entire room so the patient can see the offsite room at the host DSH facility. When the clinical visit begins, the camera should then focus on the clinician.

Patients on repeat telepsychiatry visits shall have a brief re-orientation prior to the beginning of the visit. New patient consent is not required unless there is a change of medical condition or a change in medication.

Documentation of Telemedicine Consultation
Following telepsychiatry, the telepsychiatrist or coordinator shall scan and upload copies of all physicians order forms, progress notes, and any recommendations to the receiving hospital. These copies should be filed in the patient's chart as part of the patient's permanent medical record.

The Telehealth Coordinator at the receiving hospital is responsible for reviewing the uploaded information to ensure that all materials have been received. The Telehealth Coordinator is responsible for notifying the treating psychiatrist of anything that is missing.

Backup Plan
There shall be a backup plan in place for the provision of telehealth-psychiatric services. The plan should include calling the patient via telephone and attempting to trouble shoot the issue together. It may also include referring the patient to another provider, or completing the encounter by voice only. These plans shall be communicated to the patient prior to the commencement of the encounter, and it should be included in the general emergency management

protocol.

| | |
|---|---|
| **Roles and Responsibilities** | N/A |
| **Contact** | N/A |
| **Signature/ Approval** | *Original signed by Director*<br>Pamela Ahlin, Director |
| **Attachment** | DSH 9203 – Consent to Telepsychiatry Consultation |