XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD STEGEMAN, State Bar No. 225745
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF JEFF MACOMBER IN SUPPORT OF DEFENDANTS' RESPONSE TO THE SPECIAL MASTER'S REPORT ON THE STATUS OF MENTAL HEALTH STAFFING AND THE IMPLEMENTATION OF DEFENDANTS' STAFFING PLAN** |

I, Jeff Macomber, declare:

1. I am the Deputy Director of the Division of Adult Institutions for the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Response to The Special Master's Report on the Status of Mental Health Staffing and the Implementation of Defendants' Staffing Plan.

2. I am responsible for oversight of CDCR's bed management as well as the Custody Mental Health Compliance team. I am familiar with the numerous and complex policies and

1

procedures that govern the prison mental health care delivery system at the institutional level and have visited and evaluated prisons with mental health care programs. I also served as Warden at an institution with a large mental health program.

3. The Staffing Report recommends clustering of mentally ill inmates at fewer institutions. Conversations with the Special Master have clarified the recommendation as requesting the CDCR remove all mentally ill inmates from High Desert State Prison. Banning the placement of mentally ill inmates at High Desert State Prison would have serious negative effects on CDCR's ability to manage its population.

4. CDCR is continually challenged in finding appropriate and safe housing locations for inmates with a variety of limiting case factors. Prohibiting the placement of whole classes of inmates will exacerbate the problem.

5. For example, if an inmate is in the Mental Health Services Delivery System, is high-risk–medical inmate, requires a special needs yard, and has a high security level, there are but a few institutions where such an inmate can be safely placed. Should that same inmate encounter a safety issue at that institution, CDCR must find another institution to house the inmate. Removing even one institution from the limited pool of potential housing locations for these types of inmates unnecessarily restricts CDCR's ability to manage its inmate population.

6. CDCR already clusters its mental health population in various ways. Inmates requiring mental health services at desert institutions are promptly moved to other prisons, and CDCR's bed plan spreads out the Enhanced Outpatient Program beds across thirteen dedicated male institutions.

7. Prohibiting the placement of mentally ill inmates at High Desert State Prison undercuts CDCR's ability to place inmates in appropriate and safe beds while also increasing population pressures on other institutions that would have to absorb the 1,100 Correctional Clinical Case Management System inmates currently housed at High Desert State Prison.

/ / /

/ / /

/ / /

Decl. of Jeff Macomber in Supp. Defs.' Response to the Staffing Report (2:90-cv-00520 KJM-DB (PC))

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on March 30, 2017.

                                                   */s/ Jeff Macomber*
                                                   JEFF MACOMBER
                                                   Deputy Director, Division of Adult Institutions

                                                   *(original signature retained by attorney)*

32821310.doc

3

Decl. of Jeff Macomber in Supp. Defs.' Response to the Staffing Report  (2:90-cv-00520 KJM-DB (PC))