XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DECLARATION OF PAM AHLIN IN SUPPORT OF DEFENDANTS' RESPONSE TO THE MARCH 24, 2017 ORDER TO SHOW CAUSE** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

1

Decl. of P. Ahlin in Supp. of Defs.' Response to 3/24/17 OSC (2:90-cv-00520 KJM-DB (PC))

I, Pam Ahlin, declare:

1. I am the Director of the Department of State Hospitals (DSH). I have personal knowledge of the facts stated in this declaration and if called upon to testify to those facts, could and would do so competently. I make this declaration in support of Defendants' Response to the March 24, 2017 Order to Show Cause.

2. On or about March 6, 2017, the majority of the high-custody Intermediate Care Facility beds on C-5 at DSH-Salinas Valley that were redlined due to the severe weather were reopened. As the roof repairs were concluded, and associated water damage was mitigated, redlined cells were brought online and available for inmate-patient admissions. DSH began filling those beds shortly thereafter. A small number of cells required further repairs due to electrical and plumbing damage. As of April 7, 2017, only three of the cells are redlined. DSH does not anticipate these repairs will impact DSH's admission plan to fill all beds on C-5.

3. On or about the first week of April 2017, beds on C-6 at DSH-Salinas Valley that were redlined due to the severe weather began re-opening. Similar to the redlined beds on C-5, as the roof repairs were concluded, and associated water damage was mitigated, redlined cells were brought online. In anticipation of these beds coming online, DSH posted Acceptance Transfer Chronos on March 30, 2017, and prepared additional staff time to increase the admission process at DSH-Salinas Valley. As a result, by April 7, 2017, DSH admitted 11 inmate-patients, and will admit a minimum of 16 patients to the remaining beds each week until all beds are filled. DSH anticipates being in full compliance with Program Guide timelines for high-custody Intermediate Care Facility patients by April 22, 2017. As of April 7, 2017, seven cells needed additional repairs and remain redlined. I anticipate the repairs will be completed in the next two weeks. DSH does not anticipate these repairs will impact DSH's admission plan to fill all beds on C-6.

4. DSH is currently in compliance with Program Guide timelines for acute and low-custody Intermediate Care Facility admissions.

5. On March 23, 2017, Special Master expert Jeffrey Metzner summarized the Office of the Special Master's findings from the 2017 monitoring tour of DSH-Atascadero, and reported:

2

Decl. of P. Ahlin in Supp. of Defs.' Response to 3/24/17 OSC (2:90-cv-00520 KJM-DB (PC))

- During the review period, DSH admitted forty Intermediate Care Facility inmates to DSH-Atascadero from both acute and intermediate care programs as a result of the Least Restrictive Housing process.

- During the review period, 82 percent of the *Coleman* class beds were filled. Generally there are two to four inmate-patients on the waitlist. Capacity was not at 100 percent due to the utilization management process which resulted in faster discharges and fewer referrals.

6. DSH's successful use of the housing review and utilization management policies from the 2015 Memorandum of Understanding has resulted in an increase in inmate-patient discharges (whether to a lower level of care or back to CDCR) and in faster processing of discharge packets. Pursuant to the 2015 Memorandum of Understanding, discharge packets should be completed within five business days. The implementation of the housing review and utilization management policies has resulted in identifying inmate-patients who could be transferred from an acute or high custody intermediate care facility bed to a low custody dorm bed, opening up additional high custody beds and moving patients to their least restrictive environment. Since at least December 2015, each DSH facility has tracked discharges locally and reported to the Patient Management Unit to ensure policies and procedures of the 2015 Memorandum of Understanding remain effective.

7. DSH and CDCR continue to have a process to ensure timely admission of referrals to California Institution for Women or DSH-Patton, when needed. When CDCR is unable to admit a female to its psychiatric inpatient program at the California Institution for Women immediately upon referral, it will refer the inmate-patient to the inpatient programs at the California Institution for Women and DSH-Patton, and the inmate-patient will be admitted to the California Institution for Women unless the wait time for a bed is more than thirty days from the date of referral, in which case the inmate-patient will be admitted to DSH-Patton before the thirty-day period is set to expire. The process supports an individualized clinical assessment that takes into consideration continuity of care by keeping the inmate-patients at their home institutions whenever possible.

8. Program and executive leadership at each psychiatric inpatient program continue the daily oversight of clinician efforts to identify patients eligible for discharge or step down to a

3

lower level of care or less restrictive housing. This oversight includes coordination of transfers, tracking of discharge/transfer documentation and ongoing status updates to DSH-Sacramento leadership.

9. As mentioned at the last Court hearing, DSH invites the Court to tour DSH-Atascadero and one of the psychiatric facilities to observe the differences between the programs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on April 7, 2017.

/s/ Pam Ahlin_____
PAM AHLIN
Director, Department of State Hospitals

(*original signature retained by attorney*)

4

Decl. of P. Ahlin in Supp. of Defs.' Response to 3/24/17 OSC (2:90-cv-00520 KJM-DB (PC))