XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHAD A. STEGEMAN, State Bar No. 225745
CHRISTINE M. CICCOTTI, State Bar No. 238695
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DECLARATION OF KATHERINE TEBROCK IN SUPPORT OF DEFENDANTS' RESPONSE TO THE MARCH 24, 2017 ORDER TO SHOW CAUSE** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Katherine Tebrock, declare:

1. I am the Deputy Director of the California Department of Corrections and Rehabilitation's (CDCR) statewide Mental Health Services Delivery System. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Response to the March 24, 2017 order to show cause.

1

2. I was appointed as Deputy Director of the Statewide Mental Health Program in November 2015. I am familiar with the numerous and complex policies and procedures that govern the prison mental health care delivery system at the institutional level and have visited and evaluated the prisons with mental health care programs. I am also responsible for and supervise the mental health system's headquarters and regional teams, and am familiar with *Coleman* mandates. I previously served as Chief Deputy General Counsel of Policy with CDCR's Office of Legal Affairs, where my duties included management and oversight of the health care legal team, including the *Coleman* class action litigation.

3. As of April 3, 2017, the following number of inmate-patients were waiting beyond Program Guide timelines for transfer to acute or intermediate care:

| | |
|---|---|
| Acute Psychiatric Program: | Two waiting beyond ten days |
| High Custody Intermediate Care Facility: | Eighteen waiting beyond thirty days |
| Low Custody Intermediate Care Facility: | Two waiting beyond thirty days |

As of April 7, 2017, thirteen inmates are waiting beyond twenty-four hours for crisis bed admission.

4. In late 2017, CDCR has plans to complete accessibility retrofits on the Mental Health Crisis Bed units at California State Prison, Sacramento, based on requirements from the federal court in *Armstrong v. Brown*. This construction will require the temporary deactivation of crisis beds in those units.

5. CDCR has developed and implemented the following initiatives to ensure that Mental Health Crisis Beds are being appropriately utilized: First, CDCR has activated a dialectical behavior therapy program at California Medical Facility. This is an evidence based and effective program aimed at patients who regularly and repeatedly require inpatient treatment. The program is focused on reducing the patients' need for inpatient care. Second, CDCR has launched trainings aimed at clinical evaluations and treatment skills, case formulation, triaging patients referred for crisis care, and improving the interdisciplinary treatment teams to ensure treatment goals are identified and tracked. Third, CDCR has created Crisis Intervention Teams that provide after-hours services to reduce the demand for after-hours inpatient referrals. The teams are currently at California Institution for Women and Salinas Valley State Prison. Fourth, CDCR is

2

Decl. K. Tebrock in Supp. of Defs.' Response to March 24, 2017 OSC (2:90-cv-00520 KJM DB (PC)

evaluating crisis bed readmissions to develop a process to reduce the frequency of readmissions. Fifth, CDCR has identified best practices at local institutions to apply statewide, e.g. staffing clinicians on site after hours to triage potential crises, a behavior incentive program, and a pain management program. Finally, CDCR is using utilization management to improve performance within the crisis beds.

6. CDCR has undertaken a project to cluster Mental Health Crisis Bed units within three geographical regions in California. The purpose of this project is to reduce crisis bed readmission rates, a heavy driver of all crisis bed admissions, while also reducing the destabilization to a patient by transporting him or her long distances to reach an available crisis bed. By keeping an inmate at his or her home institution, he or she will be treated by clinicians who are familiar to the inmate. This familiarity improves treatment and reduces readmissions. By reducing readmissions, overall demand for crisis beds statewide will drop substantially. If this project is allowed to succeed, it could reap substantial benefits by eventually reducing demand, wait time, and transportation time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Elk Grove, California on April 7, 2017.

/s/ Katherine Tebrock_____

KATHERINE TEBROCK
Deputy Director, Statewide Mental Health Program

*(original signature retained by attorney)*

3

Decl. K. Tebrock in Supp. of Defs.' Response to March 24, 2017 OSC (2:90-cv-00520 KJM DB (PC)