1   XAVIER BECERRA
    Attorney General of California
2   WILLIAM C. KWONG
    Acting Senior Assistant Attorney General
3   JAY C. RUSSELL
    DANIELLE F. O'BANNON
4   Supervising Deputy Attorneys General
    MANEESH SHARMA, State Bar No. 280084
5   Deputy Attorney General
     455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5553
7    Fax:  (415) 703-1234
     E-mail:  maneesh.sharma@doj.ca.gov
8   *Attorneys for Defendants*

Hanson Bridgett LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:   (415) 777-3200
 Fax:  (415) 541-9366
 E-mail: pmello@hansonbridgett.com

9

10              IN THE UNITED STATES DISTRICT COURTS

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12          AND THE NORTHERN DISTRICT OF CALIFORNIA

13    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

14       PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

15  | **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB |

16  Plaintiffs,     **THREE-JUDGE COURT**

17  v.

18  **EDMUND G. BROWN JR., et al.,**

19
    Defendants.
20

21  **MARCIANO PLATA, et al.,**        C01-1351 TEH

22  Plaintiffs,     **THREE-JUDGE COURT**

23  v.

24                                      **DEFENDANTS' APRIL 2017 STATUS
                                        REPORT IN RESPONSE TO FEBRUARY
25  **EDMUND G. BROWN JR., et al.,**    10, 2014 ORDER**

                  Defendants.
26

27

28

1    The State submits this status report on the current in-state and out-of-state adult prison

2    populations and the measures being taken to comply with the Court's February 10, 2014 Order

3    Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013

4    Deadline (February 10, 2014 Order).  Exhibit A sets forth the current design bed capacity,

5    population, and population as a percentage of design bed capacity for each state prison and for all

6    state prisons combined.  Exhibit B sets forth the status of the measures Defendants have

7    implemented as required by the February 10, 2014 Order.  (ECF 2766/5060 at ¶¶ 4-5.)

8        In 2016, CDCR activated 2,376 infill beds and corresponding administrative and health

9    care support facilities at Mule Creek State Prison and Richard J. Donovan Correctional Facility.

10   (*See* Ex. B.)  The parties are currently engaged in the Court-ordered meet-and-confer process to

11   reach an agreement on how such capacity should be counted for purposes of determining

12   compliance with the Court's population reduction order.  (*Id.*)  As of April 12, 2017, 114,854

13   inmates were housed in the State's 34 adult institutions and 4,173 inmates were housed in out-of-

14   state facilities.[1]  (Ex. A.)  The State's prison population is approximately 135.0% of design

15   capacity if the 2,376 infill beds are counted at 137.5%, and approximately 136.0% of design

16   capacity if the 2,376 infill beds are counted at 100%.  (Ex. A.)

17

18   Dated:  April 17, 2017                                 XAVIER BECERRA
                                                            Attorney General of California
19
                                                            By:  */s/ Maneesh Sharma*
20                                                               MANEESH SHARMA
                                                                 Deputy Attorney General
21                                                               *Attorneys for Defendants*

22   Dated:  April 17, 2017                                 HANSON BRIDGETT LLP

23                                                          By:  */s/ Paul B. Mello*
                                                                 PAUL B. MELLO
24                                                               *Attorneys for Defendants*

25

26

27   [1] The data in Exhibit A is taken from CDCR's April 12, 2017 weekly population report, available
     on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/
28   Offender_Information_Services_Branch/Population_Reports.html.

1