XAVIER BECERRA
ATTORNEY GENERAL
WILLIAM C. KWONG
ACTING SENIOR ASSISTANT ATTORNEY GENERAL
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD STEGEMAN, State Bar No. 225745
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-4921
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' CENSUS AND WAITLISTS REPORTS FOR INPATIENT MENTAL HEALTH CARE** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On October 13, 2015, the Court ordered Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) to begin filing, on a monthly basis, three templates that capture data concerning patient census and waitlists for inpatient mental health care. (ECF No. 5367.) Defendants have done so since that time.

On June 24, 2016, the Court approved and ordered a stipulation by the parties modifying its October 13, 2015 order and the templates for the monthly inpatient reports. (ECF No. 5458.)

1

1   On November 10, 2016, the parties appeared before the Court for a status conference to
2   address access to inpatient care for *Coleman* class members.  During the conference, the Court
3   indicated that it was very difficult to merge the various inpatient care reports, was concerned that
4   the monthly reporting did not give the Court the information it needed, and suggested a better
5   dashboard may assist the Court in reconciling the reports on these topics.  (Transcript of
6   Proceedings at 33:4-13, *Coleman v. Brown*, No. 2:90-cv-00520 (Nov. 10, 2016).)

7   On December 20, 2016, the Court entered an order requesting "the assistance of the Special
8   Master in determining possible alternative formats for the reports that may be more helpful in
9   identifying and highlighting information the court needs in order to enforce compliance with the
10  remedial plan and other remedial orders."  (ECF No. 5537.)  Under direction from the Special
11  Master, Defendants submitted to the Special Master and Plaintiffs revised templates that capture
12  data concerning patient census and waitlists for inpatient mental health care, including CDCR's
13  Mental Health Crisis Bed units.  Under the direction of the Special Master, the parties have met
14  and conferred regarding Defendants' proposed revised templates.

15  Attached is a letter from Defendants CDCR and DSH enclosing their monthly inpatient
16  reports for March 2017, using the revised templates, as follows: (1) the "DSH *Coleman* Patient
17  Census and Waitlist Report," attached as Exhibit A; (2) the "CDCR Psychiatric Inpatient
18  Programs (PIP) *Coleman* Patient Census and Waitlist Report," attached as Exhibit B; (3) the
19  "CDCR  Mental Health Crisis Bed Patient Census and Waitlist Report," attached as Exhibit C;
20  and (4) a modified version of the current Census report, attached as Exhibit D.  The Special
21  Master and Plaintiffs have approved Defendants' proposed revised templates.

22  On March 15, 2017, Defendants requested leave of Court to replace the current monthly
23  inpatient waitlist and trends report with the reports identified above as Exhibits A through D, to
24  ensure that the parties can identify patients waiting beyond Program Guide timeframes for
25  transfer from CDCR to DSH inpatient care.  (ECF No. 5577.)  The Court has not ruled on
26  Defendants' proposed revised templates.  Defendants respectfully request that the Court,
27  following review of the revised templates populated with the monthly inpatient data for March
28

2017, modify its June 24, 2016 order with respect to Defendants' monthly filing of inpatient reports.

Dated: April 17, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



April 17, 2017

Danielle F. O'Bannon
Elise Owens Thorn
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: DEFENDANTS' MONTHLY CENSUS, WAITLISTS AND TREND REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

Under the Court's October 13, 2015 Order and the June 24, 2016 order modifying it (ECF Nos. 5367 and 5458), the California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) submit information on patient census and waitlists for inpatient mental health care.

The DSH *Coleman* Patient Census and Waitlist Report, attached as Exhibit A, is based on data from the DSH Bed Utilization Management report. The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report, the CDCR Mental Health Crisis Bed Patient Census and Waitlist Report, and Defendants' Psychiatric Inpatient Programs Census Report are based on data from CDCR's tracking software, the Referrals to Inpatient Programs Application (RIPA) and attached as Exhibits B, C, and D, respectively. All of the reports reflect data collected daily at a single point in time and, as a result, should not be used for purposes outside of the reports.

Sincerely,

*/s/ Katherine Tebrock*                         */s/ Pam Ahlin*

KATHERINE TEBROCK                          PAM AHLIN
Deputy Director                                    Director
Statewide Mental Health Program        Department of State Hospitals

# Exhibit A

State of California
**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

EDMUND G. BROWN JR., Governor

## DSH CDCR Patient Census and Waitlist Report
Data as of: 3/27/2017

### Acute Care Patients

| DSH Facility - Acute | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | |
| | | | | | | | | CDCR Direct[4] | DSH Internal[5] |
| Atascadero[6] | - | 6 | 0 | 0 | 0 | 0 | | | |
| Stockton | 154 | 117 | 11 | 1 | 10 | 15 | | | |
| Vacaville | 218 | 198 | 7 | 2 | 0 | 11 | | | |
| **Total** | **372** | **321** | **18** | **3** | **10** | **26** | **11** | **22** | **0** | **Total Patients Awaiting Admission** | **33** | **(Includes 1 Waiting >10 Days)** |

### Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | |
| | | | | | | | | CDCR Direct[4] | DSH Internal[5] |
| Atascadero[6] | 256 | 207 | 1 | 0 | 0 | 42 | | | |
| Coalinga | 50 | 50 | 0 | 0 | 0 | 0 | | | |
| **Total** | **306** | **257** | **1** | **0** | **0** | **42** | **1** | **1** | **1** | **Total Patients Awaiting Admission** | **3** | **(Includes 0 Waiting >30 Days)** |

### Intermediate Care Low Custody - Unlocked Dorms - Female

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | |
| | | | | | | | | CDCR Direct[4] | DSH Internal[5] |
| Patton[7] | 30 | 0 | 0 | 0 | 0 | 30 | | | |
| **Total** | **30** | **0** | **0** | **0** | **0** | **30** | **0** | **0** | **0** | **Total Patients Awaiting Admission** | **0** | |

### Intermediate Care Low Custody - Locked Dorms

| DSH Facility - Locked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | |
| | | | | | | | | CDCR Direct[4] | DSH Internal[5] |
| Vacaville | 84 | 65 | 1 | 0 | 0 | 18 | | | |
| **Total** | **84** | **65** | **1** | **0** | **0** | **18** | **2** | **3** | **0** | **Total Patients Awaiting Admission** | **5** | **(Includes 0 Waiting >30 Days)** |

### Intermediate Care High Custody

| DSH Facility - High Custody | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | |
| | | | | | | | | CDCR Direct[4] | DSH Internal[5] |
| Salinas Valley Multiperson Cells | 44 | 31 | 0 | 0 | 0 | 13 | | | |
| Salinas Valley Single Cells | 202 | 156 | 7 | 39 | 0 | 0 | | | |
| Stockton Single Cells | 360 | 353 | 7 | 0 | 0 | 0 | | | |
| Vacaville Single Cells | 94 | 92 | 2 | 0 | 0 | 0 | | | |
| **Total** | **700** | **632** | **16** | **39** | **0** | **13** | **11** | **71** | **10** | **Total Patients Awaiting Admission** | **92** | **(Includes 31 Waiting >30 Days)** |

[1] Beds on hold are assigned for internal patient movement (e.g., transfers to LRH, level of care transfers) and patients waiting to transfer to DSH.

[2] Redlined beds are temporarily unavailable due to repairs. Currently, Units C5 and C6 at DSH-Salinas Valley have numerous beds redlined due to water intrusion in patient rooms caused by extensive rain and roof damage. Repairs are currently underway and these numbers are subject to change.

[3] Medical isolation rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use. CHCF is converting 16 medical isolation rooms to single cell rooms at DSH-STK. The construction is scheduled to begin on May 26, 2017 (the original construction delayed due to necessary structural design revisions). Due to redlined cells at DSH-Salinas Valley, DSH-Stockton has implemented emergency measures to utilize the 24 ICF medical isolation rooms for inpatient treatment. Subject to change based on completion of repairs to DSH-Salinas Valley units.

[4] Includes CDCR patients that are waiting for transfer to DSH for inpatient treatment.

[5] Includes CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfers).

[6] Bed capacity of 256 beds at DSH-A is counted in the Intermediate Care Low Custody - Unlocked Dorms bed capacity. Patients in the DSH-A census are sometimes treated in the Acute Care program at DSH-A (i.e., within the 256 beds), and therefore those patients are counted separately in the Acute Care census.

[7] Beds at DSH-P are for female patients only. There is currently no waitlist for DSH-P.

# Exhibit B

# CDCR Psychiatric Inpatient Programs (PIP)
## *Coleman* Patient Census and Waitlist Report as of
## March 27, 2017

| CDCR Female Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 45 | 0 | 0 | 0 | 1 | 3 | 4 | 1 | 0 |
| **Total** | **45** | **45** | **0** | **0** | **0** | **1** | **3** | **4** | **1** | **0** |

| CDCR Male Condemned Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 40 | 37 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **40** | **37** | **0** | **0** | **3** | **0** | **0** | **0** | **0** | **0** |

# Exhibit C

# CDCR Mental Health Crisis Bed
## *Coleman* Patient Census and Waitlist Report as of
## March 27, 2017

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 427 | 364 | 19 | 44 | 40 | 29 | 13 |
| Female Programs | 22 | 18 | 0 | 4 | 11 | 1 | 10 |
| Totals | 449 | 382 | 19 | 48 | 51 | 30 | 23 |

# Exhibit D

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 03/27/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| DSH-Vacaville | 218 | No Score: | 4 |
| | | Level I: | 7 |
| | | Level II: | 54 |
| | | Level III: | 34 |
| | | Level IV | 100 |
| | | **Total Census:** | **199** |
| DSH-Stockton | 154 | No Score: | 14 |
| | | Level I: | 6 |
| | | Level II: | 18 |
| | | Level III: | 23 |
| | | Level IV | 56 |
| | | **Total Census:** | **117** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 3 |
| | | Level III: | 1 |
| | | Level IV | 1 |
| | | **Total Census:** | **6** |
| **Totals for Male Acute** | **372** | | **322** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| DSH-Stockton | 360 | No Score: | 31 |
| | | Level I: | 8 |
| | | Level II: | 59 |
| | | Level III: | 47 |
| | | Level IV | 206 |
| | | **Total Census:** | **351** |
| | | *Total out of LRH:* | *154* |
| DSH-Vacaville | 94 | No Score: | 2 |
| | | Level I: | 6 |
| | | Level II: | 20 |
| | | Level III: | 23 |
| | | Level IV | 41 |
| | | **Total Census:** | **92** |
| | | *Total out of LRH:* | *57* |

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 03/27/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| DSH-Salinas Valley | 202 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 19 |
| | | Level III: | 28 |
| | | Level IV | 99 |
| | | PC 1370: | 7 |
| | | WIC 7301: | 3 |
| | | **Total Census:** | **156** |
| | | *Total out of LRH:* | *98* |
| DSH-Salinas valley Multi-person cells | 44 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 1 |
| | | Level III: | 11 |
| | | Level IV | 17 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **31** |
| | | *Total out of LRH:* | *6* |
| **Totals for Male ICF High Custody** | **700** | | **630** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| DSH-Vacaville Dorms | 84 | No Score: | 4 |
| | | Level I: | 2 |
| | | Level II: | 21 |
| | | Level III: | 16 |
| | | Level IV | 21 |
| | | **Total Census:** | **64** |
| | | *Total out of LRH:* | *10* |
| DSH-Atascadero | 256 | No Score: | 1 |
| | | Level I: | 12 |
| | | Level II: | 123 |
| | | Level III: | 39 |
| | | Level IV | 32 |
| | | **Total Census:** | **207** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 26 |
| | | Level III: | 16 |
| | | Level IV | 7 |
| | | **Total Census:** | **50** |
| **Totals for Male ICF Low Custody** | **390** | | **321** |

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 03/27/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Condemned Program** | | | |
| San Quentin-PIP | 40 | Total Census: | 37 |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | Total Census: | 0 |
| California Institution for Women-PIP | 45 | No Score: | 2 |
| | | Level I: | 0 |
| | | Level II: | 11 |
| | | Level III: | 5 |
| | | Level IV | 27 |
| | | Total Census: | 45 |
| **Totals for Female ICF/Acute** | **75** | | **45** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1577** | | **1355** |

- **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV.  Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above.  Patients with "no score" have not completed Reception Center processing.  PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral.  WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.
- **Male Acute Care Programs:** Acute beds at DSH-Vacaville and DSH-Stockton are single cell.  Thus, custody level and least restrictive housing categories do not apply.
- **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity.  The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.
- **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR.  The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for DSH-Salinas Valley Multi-person Cells.
- **Female Programs:** Female inpatient programs are not designated as high or low custody, and custody levels are not a consideration in placement.