**MHCB PLACEMENTS BY INSTITUTION AND PRIOR LEVEL OF CARE**  
**FEBRUARY 2017**

ATTACHMENT 2A

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition |
|---|---|---|---|---|---|---|
| WSP-RC | WSP | 02/23/2017 08:42:00 PM | 02/24/2017 12:12:08 PM | CCCMS | Internally Admitted | 15.50 |
| WSP-RC | CHCF | 02/06/2017 08:06:00 AM | 02/06/2017 07:50:00 PM | EOP | Transferred | 11.73 |
| WSP-RC | CHCF | 02/07/2017 08:54:00 PM | 02/08/2017 06:28:00 PM | EOP | Transferred | 21.57 |
| WSP-RC | CHCF | 02/07/2017 12:39:00 PM | 02/07/2017 07:18:39 PM | EOP | Transferred | 6.66 |
| WSP-RC | CHCF | 02/12/2017 07:50:00 PM | 02/13/2017 07:24:29 PM | EOP | Transferred | 23.57 |
| WSP-RC | CHCF | 02/27/2017 02:49:00 PM | 02/27/2017 06:23:00 PM | EOP | Transferred | 3.57 |
| WSP-RC | CHCF | 02/27/2017 02:49:00 PM | 02/28/2017 02:12:00 PM | EOP | Transferred | 23.38 |
| WSP-RC | CHCF | 02/27/2017 07:39:00 PM | 02/28/2017 08:59:00 PM | EOP | Transferred | 25.33 |
| WSP-RC | CHCF | 02/27/2017 12:03:00 PM | 02/27/2017 04:14:50 PM | EOP | Transferred | 4.20 |
| WSP-RC | LAC | 02/03/2017 07:09:00 PM | 02/04/2017 04:25:23 PM | EOP | Transferred | 21.27 |
| WSP-RC | NKSP | 02/16/2017 09:32:00 PM | 02/17/2017 03:50:00 PM | EOP | Transferred | 18.30 |
| WSP-RC | WSP | 02/03/2017 02:11:00 PM | 02/03/2017 03:23:00 PM | EOP | Internally Admitted | 1.20 |
| WSP-RC | WSP | 02/03/2017 12:54:00 PM | 02/03/2017 03:23:00 PM | EOP | Internally Admitted | 2.48 |
| WSP-RC | WSP | 02/08/2017 05:20:00 PM | 02/09/2017 01:18:35 PM | EOP | Internally Admitted | 19.98 |
| WSP-RC | WSP | 02/14/2017 02:05:00 PM | 02/14/2017 04:52:00 PM | EOP | Internally Admitted | 2.78 |
| WSP-RC | WSP | 02/07/2017 05:28:00 PM | 02/08/2017 12:54:03 PM | GP/OP | Internally Admitted | 19.43 |
| **WSP-RC Average** | | | | | | **14.53** |

| SUMMARY OF PLACEMENTS | | | |
|---|---|---|---|
| Time Frames | Total Placements | Average Hours to Disposition | Range for Hours to Disposition |
| Combined | 671 | 21.82 | |
| < or = 24 hours | 507 | 12.40 | |
| > 24 hrs < or = 48 hrs | 124 | 33.92 | 0.02-217.72 |
| > 48 hrs < or = 72 hrs | 15 | 56.52 | |
| > 72 hours | 25 | 132.10 | |