XAVIER BECERRA  
Attorney General of California  
WILLIAM C. KWONG  
Acting Senior Assistant Attorney General  
JAY C. RUSSELL  
DANIELLE F. O'BANNON  
Supervising Deputy Attorneys General  
MANEESH SHARMA, State Bar No. 280084  
Deputy Attorney General  
  455 Golden Gate Avenue, Suite 11000  
  San Francisco, CA 94102-7004  
  Telephone: (415) 703-5553  
  Fax: (415) 703-1234  
  E-mail: maneesh.sharma@doj.ca.gov  
*Attorneys for Defendants*

Hanson Bridgett LLP  
PAUL B. MELLO, State Bar No. 179755  
SAMANTHA D. WOLFF, State Bar No. 240280  
  425 Market Street, 26th Floor  
  San Francisco, California 94105  
  Telephone: (415) 777-3200  
  Fax: (415) 541-9366  
  E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>　　　　　　　　　Defendants. | C01-1351 TEH<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' MAY 2017 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report on the current in-state and out-of-state adult prison populations and the measures being taken to comply with the Court's February 10, 2014 Order Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013 Deadline (February 10, 2014 Order). Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined. Exhibit B sets forth the status of the measures Defendants have implemented as required by the February 10, 2014 Order. (ECF 2766/5060 at ¶¶ 4-5.)

In 2016, CDCR activated 2,376 infill beds and corresponding administrative and health care support facilities at Mule Creek State Prison and Richard J. Donovan Correctional Facility. (*See* Ex. B.) The parties are currently engaged in the Court-ordered meet-and-confer process to reach an agreement on how such capacity should be counted for purposes of determining compliance with the Court's population reduction order. (*Id.*) As of May 10, 2017, 114,893 inmates were housed in the State's 34 adult institutions and 4,272 inmates were housed in out-of-state facilities.[1] (Ex. A.) The State's prison population is approximately 135.0% of design capacity if the 2,376 infill beds are counted at 137.5%, and approximately 136.0% of design capacity if the 2,376 infill beds are counted at 100%. (Ex. A.)

Dated: May 15, 2017

XAVIER BECERRA
Attorney General of California

By: */s/ Maneesh Sharma*
   MANEESH SHARMA
   Deputy Attorney General
   *Attorneys for Defendants*

Dated: May 15, 2017

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
   PAUL B. MELLO
   *Attorneys for Defendants*

---

[1] The data in Exhibit A is taken from CDCR's May 10, 2017 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html.