1  XAVIER BECERRA
   ATTORNEY GENERAL
2  WILLIAM C. KWONG
   ACTING SENIOR ASSISTANT ATTORNEY GENERAL
3  DANIELLE F. O'BANNON
   JAY C. RUSSELL
4  Supervising Deputy Attorneys General
   ELISE OWENS THORN, State Bar No. 145931
5  CHRISTINE M. CICCOTTI, State Bar No. 238695
   CHAD A. STEGEMAN, State Bar No. 225745
6  Deputy Attorneys General
     1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone:  (916) 324-4921
     Fax:  (916) 324-5205
9    E-mail:  Elise.Thorn@doj.ca.gov
   *Attorneys for Defendants*

10

11            IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13            SACRAMENTO DIVISION

14

| | |
|---|---|
| 15 | |
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| 16 | |
| Plaintiffs, | **DEFENDANTS' CENSUS AND** |
| 17 | **WAITLISTS REPORTS FOR** |
| **v.** | **INPATIENT MENTAL HEALTH CARE** |
| 18 | |
| 19 **EDMUND G. BROWN JR., et al.,** | |
| 20 Defendants. | |

21

22        On October 13, 2015, the Court ordered Defendants California Department of Corrections

23   and Rehabilitation (CDCR) and Department of State Hospitals (DSH) to begin filing, on a

24   monthly basis, three templates that capture data concerning patient census and waitlists for

25   inpatient mental health care.  (ECF No. 5367.)  Defendants have filed monthly census and

26   waitlists reports for inpatient mental health care since that time.

27        The templates for the monthly census and waitlists reports have been modified twice since

28   the October 13, 2015 order.  The first modification occurred on June 24, 2016, when the Court

approved and ordered a stipulation by the parties modifying the initial templates for the monthly inpatient reports. (ECF No. 5458.) The second modification occurred on April 19, 2017, when the Court approved the monthly census and inpatient waitlists report templates submitted to the Court on March 15, 2017 (ECF No. 5577), subject to further modifications. (ECF No. 5610.) Specifically, the Court ordered Defendants to include in the monthly report (1) the total number of inmate-patients, if any, who waited beyond Program Guide timelines for transfer to an acute inpatient mental health care program; (2) the total number of inmate-inpatients, if any, who waited beyond Program Guide timelines for transfer to an Intermediate Care Facility mental health care program; (3) the number of days each inmate-patient waited beyond Program Guide timelines; and (4) the total number of inmate-patient wait days for the month (category (1) plus category (2) plus category (3)). (ECF No. 5610 at 10.) While Defendants include this information as specifically directed by the Court's Order, the data the Court requests pertains to referrals prior to the final May 15, 2017 date designated for compliance (*id.* at 13 ¶ 1), and before the addendum to the Program Guide regarding transfer timeline exclusions is submitted to the Court on or before, June 2, 2017. (*Id.* at 13-14 ¶ 2.) Defendants clarify that the data reported in this report is for the April 1 through April 30 time period, which precedes the May 16, 2017 date when the Court indicated contempt sanctions will begin to accrue. (*Id.* at 10 and 14 ¶ 5.) And it does not reflect the fact there are currently no inmates waiting beyond Program Guide timelines for transfer to inpatient mental health care beds.

A letter from Defendants CDCR and DSH is attached enclosing the following census and inpatient reports, as modified under the April 19, 2017 order: (1) the DSH *Coleman* Patient Census and Waitlist Report (Exhibit A); (2) the CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report (Exhibit B); (3) the CDCR  Mental Health Crisis Bed Patient Census and Waitlist Report (Exhibit C); (4) the current Psychiatric Inpatient Programs Census Report (Exhibit D); (5) the DSH Inpatient Programs Timelines Compliance Report (Exhibit E); and (6) CDCR's Inpatient Programs Timelines Compliance Report (Exhibit F).

1

2

Dated:  May 15, 2017                           Respectfully submitted,

3                                              XAVIER BECERRA
                                               Attorney General of California
                                               DANIELLE F. O'BANNON
4                                              Supervising Deputy Attorney General

5                                              */s/ Elise Owens Thorn*
                                               ELISE OWENS THORN
6                                              Deputy Attorney General
                                               *Attorneys for Defendants*

7
   CF1997CS0003
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Census and  Waitlists Reports for Inpatient Mental Health Care  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



May 15, 2017

Danielle F. O'Bannon
Elise Owens Thorn
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' MONTHLY CENSUS AND WAITLISTS REPORTS FOR
       INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) submit their monthly information on patient census and waitlists for inpatient mental health care.

The DSH *Coleman* Patient Census and Waitlist Report, attached as Exhibit A, is based on data from the DSH Bed Utilization Management report. The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report (Exhibit B), the CDCR Mental Health Crisis Bed Patient Census and Waitlist Report (Exhibit C), and the Defendants' Psychiatric Inpatient Programs Census Report (Exhibit D), are based on data from CDCR's tracking software, the Referrals to Inpatient Programs Application (RIPA). DSH's Psychiatric Inpatient Timelines Compliance Report is attached as Exhibit E, and is based on data from the DSH Bed Utilization Management report. CDCR's Psychiatric Inpatient Timelines Compliance Report is attached as Exhibit F, and is based on data from RIPA. The reports attached as Exhibits A through D reflect data collected daily at a single point in time and, as a result, should not be used for purposes outside of the reports. The reports attached as Exhibits E and F include data for all referrals for the month of April 2017, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.

Sincerely,

*/s/ Katherine Tebrock*                              */s/ Pam Ahlin*

KATHERINE TEBROCK                                    PAM AHLIN
Deputy Director                                      Director
Statewide Mental Health Program                      Department of State Hospitals

# Exhibit A

State of California

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 North Street, Room 420
Sacramento, CA 95814

EDMUND G. BROWN JR., Governor

## DSH CDCR Patient Census and Waitlist Report

Data as of: 4/24/2017

### Acute Care Patients

| DSH Facility - Acute | Bed Capacity | Census | Beds on Hold[1] | Beds Redfined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist[11] Accepted Referrals[8] CDCR Direct[4] | DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Atascadero[6] | - | 0 | 0 | 0 | 0 | 0 | | | | |
| Stockton | 154 | 122 | 4 | 1 | 10 | 17 | | | | |
| Vacaville | 218 | 198 | 6 | 0 | 0 | 14 | | | | |
| Total | 372 | 320 | 10 | 1 | 10 | 31 | 8 | 15 | 0 | 23 |

(Includes 0 Waiting >10 Days)

### Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redfined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals CDCR Direct[4] | DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Atascadero[7] | 256 | 199 | 0 | 0 | 0 | 57 | | | | |
| Coalinga | 50 | 45 | 0 | 0 | 0 | 5 | | | | |
| Total | 306 | 244 | 0 | 0 | 0 | 62 | 1 | 6 | 3 | 10 |

(Includes 0 Waiting >30 Days)

### Intermediate Care Low Custody - Unlocked Dorms - Female

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redfined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals CDCR Direct[4] | DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Patton | 30 | 0 | 0 | 0 | 0 | 30 | | | | |
| Total | 30 | 0 | 0 | 0 | 0 | 30 | 0 | 0 | 0 | 0 |

(Includes 0 Waiting >30 Days)

### Intermediate Care Low Custody - Locked Dorms

| DSH Facility - Locked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redfined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals[10] CDCR Direct[4] | DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Vacaville | 84 | 61 | 3 | 0 | 0 | 20 | | | | |
| Total | 84 | 61 | 3 | 0 | 0 | 20 | 5 | 2 | 2 | 9 |

(Includes 0 Waiting >30 Days)

### Intermediate Care High Custody

| DSH Facility - High Custody | Bed Capacity | Census | Beds on Hold[1] | Beds Redfined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals[9] CDCR Direct[4] | DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Salinas Valley Multiperson Cells | 44 | 34 | 0 | 0 | 0 | 10 | | | | |
| Salinas Valley Single Cells | 202 | 185 | 13 | 4 | 0 | 0 | | | | |
| Stockton Single Cells | 360 | 358 | 2 | 0 | 0 | 0 | | | | |
| Vacaville Single Cells | 94 | 91 | 3 | 0 | 0 | 0 | | | | |
| Total | 700 | 668 | 18 | 4 | 0 | 10 | 6 | 28 | 25 | 59 |

(Includes 0 Waiting >30 Days)

[1] Beds on hold are assigned for internal patient movement (e.g., transfers to LRH, level of care transfers) and patients waiting to transfer to DSH.

[2] Redfined beds are temporarily unavailable due to repairs. Currently, Units C5 and C6 at DSH-Salinas Valley have numerous beds redfined due to water intrusion in patient rooms caused by extensive rain and roof damage. Repairs are currently underway and these numbers are subject to change.

[3] Medical isolation rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use. CHCF is converting 16 medical isolation rooms to single cell rooms at DSH-STK. The construction is scheduled to begin on May 26, 2017 (the original construction delayed due to necessary structural design revisions). Due to redfined cells at DSH-Salinas Valley, DSH-Stockton has implemented emergency measures to utilize the 24 ICF medical isolation rooms for inpatient treatment. Subject to change based on completion of repairs to DSH-Salinas Valley units.

[4] Includes CDCR patients that are waiting for transfer to DSH for inpatient treatment.

[5] Includes CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfers).

[6] Of the 199 patients currently residing at DSH-A, 0 are in the Acute program.

[7] Beds at DSH-P are for female patients only.

[8] Acute Accepted Referrals include 4 patients currently on CDCR hold.

[9] High Custody Accepted Referrals include 1 patient currently on CDCR hold.

[10] Locked Dorm Accepted Referrals include 2 patients currently on CDCR hold.

[11] Acute waitlist currently includes 1 pending referral and 1 accepted referral for female patients to DSH-P.

# Exhibit B

## CDCR Psychiatric Inpatient Programs (PIP)
### *Coleman* Patient Census and Waitlist Report as of
### April 24, 2017

| CDCR Female Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 43 | 0 | 0 | 2 | 0 | 4 | 4 | 0 | 0 |
| Total | 45 | 43 | 0 | 0 | 2 | 0 | 4 | 4 | 0 | 0 |

| CDCR Male Condemned Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 40 | 37 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |
| Total | 40 | 37 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |

# Exhibit C

**CDCR Mental Health Crisis Bed**

***Coleman* Patient Census and Waitlist Report as of**

**April 24, 2017**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 427 | 321 | 10 | 96 | 31 | 24 | 13 |
| Female Programs | 22 | 14 | 0 | 8 | 11 | 4 | 7 |
| Totals | 449 | 335 | 10 | 104 | 42 | 28 | 20 |

# Exhibit D

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 04/24/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| DSH-Vacaville | 218 | No Score: | 7 |
| | | Level I: | 7 |
| | | Level II: | 52 |
| | | Level III: | 44 |
| | | Level IV | 88 |
| | | **Total Census:** | **198** |
| DSH-Stockton | 154 | No Score: | 17 |
| | | Level I: | 5 |
| | | Level II: | 20 |
| | | Level III: | 24 |
| | | Level IV | 56 |
| | | **Total Census:** | **122** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| **Totals for Male Acute** | **372** | | **320** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| DSH-Stockton | 360 | No Score: | 28 |
| | | Level I: | 10 |
| | | Level II: | 67 |
| | | Level III: | 58 |
| | | Level IV | 195 |
| | | **Total Census:** | **358** |
| | | *Total out of LRH:* | *161* |
| DSH-Vacaville | 94 | No Score: | 3 |
| | | Level I: | 5 |
| | | Level II: | 20 |
| | | Level III: | 22 |
| | | Level IV | 41 |
| | | **Total Census:** | **91** |
| | | *Total out of LRH:* | *60* |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 04/24/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| DSH-Salinas Valley | 202 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 27 |
| | | Level III: | 41 |
| | | Level IV | 108 |
| | | PC 1370: | 7 |
| | | WIC 7301: | 2 |
| | | **Total Census:** | **187** |
| | | *Total out of LRH:* | *129* |
| DSH-Salinas valley Multi-person cells | 44 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 1 |
| | | Level III: | 13 |
| | | Level IV | 18 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **33** |
| | | *Total out of LRH:* | *3* |
| **Totals for Male ICF High Custody** | **700** | | **669** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| DSH-Vacaville Dorms | 84 | No Score: | 3 |
| | | Level I: | 2 |
| | | Level II: | 20 |
| | | Level III: | 16 |
| | | Level IV | 20 |
| | | **Total Census:** | **61** |
| | | *Total out of LRH:* | *9* |
| DSH-Atascadero | 256 | No Score: | 1 |
| | | Level I: | 12 |
| | | Level II: | 116 |
| | | Level III: | 38 |
| | | Level IV | 32 |
| | | **Total Census:** | **199** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 24 |
| | | Level III: | 11 |
| | | Level IV | 9 |
| | | **Total Census:** | **45** |
| **Totals for Male ICF Low Custody** | **390** | | **305** |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 04/24/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Condemned Program** | | | |
| San Quentin-PIP | 40 | **Total Census:** | **37** |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I | 0 |
| | | Level II | 0 |
| | | Level III | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| California Institution for Women-PIP | 45 | No Score: | 1 |
| | | Level I | 1 |
| | | Level II | 14 |
| | | Level III | 4 |
| | | Level IV | 23 |
| | | **Total Census:** | **43** |
| **Totals for Female ICF/Acute** | **75** | | **43** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1577** | | **1374** |

❖ **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Programs:** Acute beds at DSH-Vacaville and DSH-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for DSH-Salinas Valley Multi-person Cells.

❖ **Female Programs:** Female inpatient programs are not designated as high or low custody, and custody levels are not a consideration in placement.

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

# Exhibit E

State of California

EDMUND G. BROWN JR., Governor

# DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

## DSH Psychiatric Inpatient Timelines Compliance Report

### Patients Admitted April 1 through April 30, 2017 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[4] | Days Waited Outside Program Guide Timelines[5] |
|---|---|---|
| Intermediate Care Admissions | 35 | 445 |
| Acute Care Admissions | 14 | 49 |
| **Subtotal** | **49** | **494** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 1 | 8 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 7 | 103 |
| Exceptions to Program Guide Timelines - Salinas Valley Redlined Cells[3] | 41 | 383 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH level of care transfers).

[3]Units C5 and C6 at DSH-Salinas Valley had numerous beds redlined due to water intrusion in patient rooms caused by extensive rain and roof damage, which significantly impacted the timelines in April 2017. These beds are back online as of April 17, 2017.

[4]For intermediate patient care, includes patients admitted in April 2017 who waited greater than 30 days from the DSH referral received date. For acute patient care, includes patients admitted in April 2017 who waited greater than 10 days from the DSH referral received date.

[5]For intermediate patient care, includes the total number of days patients admitted in April 2017 waited beyond 30 days from the DSH referral received date. For Acute patient care, includes the total number of days patients admitted in April 2017 waited beyond 10 days from the DSH referral received date.

Source: BUMMs

1 of 2

State of California
**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

EDMUND G. BROWN JR., *Governor*

## DSH Psychiatric Inpatient Timelines Compliance Report
### Patients Admitted April 1 through April 30, 2017 Who Waited Beyond Program Guide Timelines

**Patients Admitted to Intermediate Care**

| Reference No. | Name | CDCR # | CDCR Direct/ DSH Internal | Number of Days Waited Beyond Program Guide Timelines |
|---|---|---|---|---|
| 1 | | | Internal | 16[2] |
| 2 | | | Direct | 5[3] |
| 3 | | | Direct | 43[3] |
| 4 | | | Direct | 13[3] |
| 5 | | | Internal | 3[2] |
| 6 | | | Internal | 25[2] |
| 7 | | | Internal | 3[2] |
| 8 | | | Internal | 10[2] |
| 9 | | | Direct | 11[3] |
| 10 | | | Direct | 13[3] |
| 11 | | | Direct | 12[3] |
| 12 | | | Direct | 11[3] |
| 13 | | | Direct | 5[3] |
| 14 | | | Direct | 4[3] |
| 15 | | | Internal | 43[2] |
| 16 | | | Direct | 5[3] |
| 17 | | | Internal | 3[2] |
| 18 | | | Direct | 17[3] |
| 19 | | | Direct | 18[3] |
| 20 | | | Direct | 10[3] |
| 21 | | | Direct | 14[3] |
| 22 | | | Direct | 11[3] |
| 23 | | | Direct | 2[3] |
| 24 | | | Direct | 17[3] |
| 24 | | | Direct | 24[3] |
| 26 | | | Direct | 14[3] |
| 27 | | | Direct | 8[3] |
| 28 | | | Direct | 4[3] |

**Patients Admitted to Intermediate Care (Cont'd)**

| Reference No. | Name | CDCR # | CDCR Direct/ DSH Internal | Number of Days Waited Beyond Program Guide Timelines |
|---|---|---|---|---|
| 29 | | | Direct | 6[3] |
| 30 | | | Direct | 6[3] |
| 31 | | | Direct | 12[3] |
| 32 | | | Direct | 7[3] |
| 33 | | | Direct | 5[3] |
| 34 | | | Direct | 21[3] |
| 35 | | | Direct | 24[3] |
| | Total Number of ICF Patients Waiting Over 30 Days | 35 | Total Number of Days ALL ICF Patients | 445 |

**Patients Admitted to Acute Care**

| Reference No. | Name | CDCR # | CDCR Direct/ DSH Internal | Number of Days Waited Beyond Program Guide Timelines |
|---|---|---|---|---|
| 36 | | | Direct | 2[3*] |
| 37 | | | Direct | 9[3*] |
| 38 | | | Direct | 1[3*] |
| 39 | | | Direct | 2[3*] |
| 40 | | | Direct | 1[3*] |
| 41 | | | Direct | 1[3*] |
| 42 | | | Direct | 5[3*] |
| 43 | | | Direct | 8[3*] |
| 44 | | | Direct | 5[3*] |
| 45 | | | Direct | 1[3*] |
| 46 | | | Direct | 5[3*] |
| 47 | | | Direct | 5[3*] |
| 48 | | | Direct | 1[3*] |
| 49 | | | Direct | 3[3*] |
| | Total Number of Acute Patients Waiting Over 10 Days | 14 | Total Number of Days All Acute Patients | 49 |

[1] Exception to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2] Exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfers).

[3] Units C5 and C6 at DSH-Salinas Valley had numerous beds redlined due to water intrusion in patient rooms caused by extensive rain and roof damage, which significantly impacted the timelines in April 2017.  These beds are back

[3*] Acute Admissions were delayed due to lack of intermediate beds available for level of care transfers to redlined beds at DSH-Salinas Valley.

# Exhibit F

## CDCR INPATIENT PROGRAM REFERRALS:
## COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN APRIL 2017

| Referral ID | CDCR Number | Last Name | Referral Type | Referring Institution | Referring Level of Care | SOV Referral Date | Date Referral Rec'd by MHI (RU) | Date Referral Sent to PIP (Program Guide Timeframe) | PIP Decision | DON/PIP Decision Date (NCPOP Time Starts) | PIP LOC | LRH | HCPOP LRH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | SOV Acceptance Transfer Chrono Date (72-Hour Transfer Time Starts) | Inpatient Program Admitted | Inpatient Prog. Admit Date/Time | Days from Referral to Admission Timeframes? | Within Program Guide Timeframes? | Days from Program Guide Timeframes | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | APP | CCWF | MHCB | 04/21/2017 | 04/21/2017 | 04/21/2017 | Accept | 04/24/2017 | APP | Female | 04/24/2017 | Female APP: CIW | 04/24/2017 14:01:00 | 04/21/2017 11:33:00 | Female APP CIW | 04/24/2017 13:28 | 11 | N | 1 | Admitted |
| 2 | | | APP | CCWF | MHCB | 04/06/2017 | 04/21/2017 | 04/21/2017 | Accept | 04/21/2017 | APP | Female | 04/13/2017 | Female APP: CIW | 04/13/2017 15:54:00 | 04/21/2017 11:34:00 | Female APP CIW | 04/24/2017 13:28 | 13 | N | 3 | Admitted |
| | | | | | | | | | | | | | | | | | | TOTAL | | | 4 | |