UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | No. 2:90-cv-0520 LKK DB P<br><br><br>ORDER |

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of March 2017. The bill from the Special Master for March 2017 totals $536,197.38. On April 14, 2017, the court ordered partial payment of $350,000.00 for those services pending further deposits into the interest-bearing account from which payment is made. On May 5, 2017, defendants deposited additional funds into that account. Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. The Clerk of the Court is directed to pay to

　　　　　　　　Matthew A. Lopes, Jr., Esq.
　　　　　　　　Special Master
　　　　　　　　Pannone Lopes Devereaux & O'Gara LLC
　　　　　　　　Northwoods Office Park, Suite 215N
　　　　　　　　1301 Atwood Avenue
　　　　　　　　Johnston, RI 02919

1

the amount of $186,197.38 to complete payment of the attached statement and

    2. A copy of this order shall be served on the financial department of this court.

Dated: May 15, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole17.marsupp

| | | |
|---|---|---|
| 1 | **RALPH COLEMAN, et al.,** : | |
| | Plaintiffs, : | |
| 2 | : | **No. Civ. S-90-0520 LKK JFM P** |
| | v. : | |
| 3 | : | |
| | **EDMUND G. BROWN, JR., et al.** : | |
| 4 | Defendants. : | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through March 31, 2017.

Matthew A. Lopes, Jr., Special Master
    Services                     $13,598.00
    Disbursements        $19,077.32

        Total amount due             $32,675.32

Mohamedu F. Jones, J.D., Deputy Special Master
    Services                     $50,573.00
    Disbursements        $0.00

        Total amount due             $50,573.00

Kerry F. Walsh, J.D.
    Services                     $19,900.00
    Disbursements        $0.00

        Total amount due             $19,900.00

Kristina M. Hector, J.D.
    Services                     $38,704.50
    Disbursements        $0.00

        Total amount due             $38,704.50

Steven W. Raffa, J.D.
    Services                     $45,442.50
    Disbursements        $0.00

        Total amount due             $45,442.50

Sarah O. Clifton, J.D.
    Services                     $42,629.00
    Disbursements        $0.00

        Total amount due             $42,629.00

| | | | |
|---|---|---|---|
| 1 | Regina M. Costa, MSW., J.D. | | |
| 2 | Services | $45,872.00 | |
| | Disbursements | $0.00 | |
| 3 | Total amount due | | $45,872.00 |
| 4 | Kerry C. Hughes, M.D. | | |
| 5 | Services | $42,954.00 | |
| 6 | Disbursements | $2,282.05 | |
| 7 | Total amount due | | $45,236.05 |
| 8 | Jeffrey L. Metzner, M.D. | | |
| | Services | $22,101.00 | |
| 9 | Disbursements | $3,238.09 | |
| 10 | Total amount due | | $25,339.09 |
| 11 | Mary Perrien, Ph.D. | | |
| 12 | Services | $14,913.00 | |
| | Disbursements | $1,207.09 | |
| 13 | | | |
| 14 | Total amount due | | $16,120.09 |
| 15 | Patricia M. Williams, J.D. | | |
| | Services | $31,223.50 | |
| 16 | Disbursements | $3,493.35 | |
| 17 | Total amount due | | $34,716.85 |
| 18 | | | |
| 19 | Henry A. Dlugacz, MSW, J.D. | | |
| | Services | $19,214.00 | |
| 20 | Disbursements | $1,596.23 | |
| 21 | Total amount due | | $20,810.23 |
| 22 | Lindsay M. Hayes | | |
| 23 | Services | $5,875.00 | |
| | Disbursements | $0.00 | |
| 24 | Total amount due | | $ 5,875.00 |
| 25 | | | |
| 26 | Timothy A. Rougeux | | |
| | Services | $12,925.00 | |
| 27 | Disbursements | $0.00 | |
| 28 | Total amount due | | $12,925.00 |

| | | | |
|---|---|---|---|
| Cynthia A. Radavsky, M.Ed | | | |
| Services | $10,526.94 | | |
| Disbursements | $649.32 | | |
| Total amount due | | $11,176.26 | |

Cynthia A. Radavsky, M.Ed
    Services                      $10,526.94
    Disbursements           $649.32

        Total amount due               $11,176.26

Roderick Q. Hickman
    Services                      $14,405.50
    Disbursements           $0.00

        Total amount due               $14,405.50

Maria Masotta, Psy.D.
    Services                      $37,122.00
    Disbursements           $5,136.22

        Total amount due               $42,258.22

Karen Rea PHN, MSN, FNP
    Services                      $29,628.31
    Disbursements           $1,510.46

        Total amount due               $31,138.77

Barbara Seldin, PH.D
    Services                      $400.00
    Disbursements           $0.00

        Total amount due               $ 400.00

**TOTAL AMOUNT TO BE REIMBURSED**                **$536,197.38**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master