UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
     Plaintiff

   v.                               **CASE NO. 2:90–CV–00520–KJM–DB**

**JOHN S. ZIL, ET AL.,**
     Defendant

   You are hereby notified that a Notice of Appeal was filed on **May 19, 2017** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

May 22, 2017

                          **MARIANNE MATHERLY**
                          **CLERK OF COURT**

              **by:** /s/ R. Henshaw
                   Deputy Clerk