UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:	CLERK, U.S. COURT OF APPEALS

FROM:	CLERK, U.S. DISTRICT COURT

SUBJECT:	NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:90−CV−00520−KJM−DB** |
| USDC Judge: | **DISTRICT JUDGE KIMBERLY J. MUELLER** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **RALPH COLEMAN vs. JOHN S. ZIL** |
| Type: | **CIVIL** |
| Complaint Filed: | **4/23/1990** |
| Appealed Order/Judgment Filed: | **4/19/2017** |
| Court Reporter Information: | **Michelle Babbitt** |

FEE INFORMATION

**Fee Status: Not Paid − Billed**

Information prepared by: /s/ **R. Henshaw , Deputy Clerk**