**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

**OFFICE OF THE CLERK**
**501 "I" Street**
**Sacramento, CA 95814**

**BILL FOR FEES DUE**

To:   **Edmund G. Brown, Jr.**

RE:  **RALPH COLEMAN vs.  JOHN S. ZIL**

   **USDC:       2:90–CV–00520–KJM–DB**

   A Notice of Appeal has been filed in the above–referenced case without the appropriate

fee paid.   You are hereby notified that the filing fee of $505.00 is due immediately.

**MARIANNE MATHERLY**
**CLERK OF COURT**

By:  /s/  **R. Henshaw**
   Deputy Clerk