DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNIFER L. STARK – 267062
KRISTA STONE-MANISTA – 269083
JESSICA WINTER – 294237
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830

RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

Plaintiffs,

v.

EDMUND G. BROWN, JR., et al.,

Defendants.

Case No. 2:90-CV-00520-KJM-DB

**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE PROGRAM GUIDE ADDENDUM RE MENTAL HEALTH CRISIS BED EXCEPTIONS**

Judge: Hon. Kimberly J. Mueller

**STIPULATION AND REQUEST**

On April 19, 2017, this Court issued an order directing the parties and Special Master to convene a "workgroup to focus on outstanding issues related to compliance with the Program Guide timeline for transfer to mental health crisis beds." ECF No. 5610 at 14:25-27. As part of that workgroup, the Court directed the parties to develop and file,

within 45 days from the date of that Order, "an addendum to the Program Guide that identifies exclusions, if any, to the Program Guide timeline for transfer to mental health crisis bed care." *Id.* at 15:8-11. The Court's order also requires the parties to file a joint report regarding the outcomes of the workgroup by July 28, 2017, in advance of a hearing on mental health crisis bed issues set for August 29, 2017. *Id.* at 15:1-7.

The parties have conferred and agree that additional time is necessary for the workgroup to prepare the addendum to the Program Guide regarding mental health crisis bed transfers. The parties therefore propose to file the mental health crisis bed Program Guide addendum together with the workgroup joint report, on July 28, 2017, rather than on June 2, 2017, as is currently required by the Court's order. The parties have also conferred with the Special Master, and he has agreed to this stipulated extension of time.

The parties, in agreement with the Special Master, therefore jointly request that the deadline for the parties to file the addendum regarding "exclusions, in any, to the Program Guide timeline for transfer to mental health crisis bed care" (ECF No. 5610 at 15:8-11) be moved to July 28, 2017.

DATED: May 26, 2017

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Krista Stone-Manista*
Krista Stone-Manista

Attorneys for Plaintiffs

DATED: May 26, 2017

XAVIER BECERRA, ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

By: */s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General

Attorneys for Defendants

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: ____________, 2017

______________________________

Kimberly J. Mueller
United States District Judge

3 Case No. 2:90-CV-00520-KJM-DB

STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE PROGRAM GUIDE ADDENDUM RE MENTAL HEALTH CRISIS BED EXCEPTIONS

[3135779.3]