FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
180 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 399-3840
Facsimile:  (415) 399-3838
martin@dfdlaw.com

Attorneys for Receiver
J. Clark Kelso

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br>    *Plaintiffs*,<br>        v.<br>EDMUND G. BROWN, JR., et al.,<br>    *Defendants*. | Case No. C01-1351-TEH |
| RALPH COLEMAN, et al.,<br>    *Plaintiffs*,<br>        v.<br>EDMUND G. BROWN, JR., et al.,<br>    *Defendants*. | Case No. CIV-S-90-0520-KJM-DB |
| JOHN ARMSTRONG, et al.,<br>    *Plaintiffs*,<br>        v.<br>EDMUND G. BROWN, JR., et al.,<br>    *Defendants*. | Case No. C94-2307-CW |

## NOTICE OF FILING OF RECEIVER'S THIRTY-FIFTH TRI-ANNUAL REPORT

///

///

///

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1    PLEASE TAKE NOTICE that the Receiver in *Plata, et al. v. Brown, Jr., et al.*, Case No.

2  C01-1351-THE; *Coleman, et al. v. Brown, Jr., et al.* Case No. CIV-S-90-0520-KJM-DB; and

3  *Armstrong, et al. v. Brown, Jr., et al.* Case No. C94-2307-CW has filed herewith his Thirty-Fifth

4  Tri-Annual Report.

5

6  Dated:  June 1, 2017                    FUTTERMAN DUPREE DODD CROLEY
                                           MAIER LLP
7

8                                          By:_____/s/ Martin H. Dodd_____
                                                   Martin H. Dodd
9                                                  Attorneys for Receiver J. Clark Kelso

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

NOTICE OF FILING OF RECEIVER'S THIRTY-FIFTH TRI-ANNUAL REPORT
U.S.D.C. N. DIST. CASE NO. C01-1351-THE, C94-2307-CW;  E. DIST. CASE NO. CIV-S-90-0520-KJM-DB



# Achieving a Constitutional Level of Medical Care in California's Prisons

## Thirty-fifth Tri-Annual Report of the Federal Receiver For January 1 – April 30, 2017

**June 1, 2017**

# California Correctional Health Care Receivership

**Vision:**

As soon as practicable, provide constitutionally adequate medical care to patients of the California Department of Corrections and Rehabilitation within a delivery system the State can successfully manage and sustain.

**Mission:**

Reduce avoidable morbidity and mortality and protect public health by providing patients timely access to safe, effective and efficient medical care, and integrate the delivery of medical care with mental health, dental and disability programs.

# Table of Contents

Page

1.    **Executive Summary and Reporting Requirements**…..……………………………………    1

    A.    Reporting Requirements and Reporting Format……………………………………    1

    B.    Progress during this Reporting Period………………………………………………    2

    C.    Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented by Institutions or Individuals…………………………………………    6

2.    **Status and Progress Concerning Remaining Statewide Gaps**……………………………    11

    A.    Availability and Usability of Health Information (Electronic Health Records System Implementation)……………………………………………    11

    B.    Scheduling and Access to Care……………………………………………………    12

    C.    Care Management……………………………………………………    15

    D.    Health Care Infrastructure at Facilities………………………………………    18

3.    **Quality Assurance and Continuous Improvement Program**……………………………    20

4.    **Receiver's Delegation of Authority**………………………………………………………    28

5.    **Other Matters Deemed Appropriate for Judicial Review**………………………………    31

    A.    California Health Care Facility – Level of Care Delivered………………………    31

    B.    Statewide Medical Staff Recruitment and Retention…………………………    31

    C.    Coordination with Other Lawsuits………………………………………………    38

    D.    Master Contract Waiver Reporting……………………………………………    39

    E.    Consultant Staff Engaged by the Receiver…………………………………    39

    F.    Accounting of Expenditures………………………………………………………    39

        1. Expenses ………………………………………………………………    39

        2. Revenues ………………………………………………………………    39

## Section 1: Executive Summary and Reporting Requirement

### A.   Reporting Requirements and Reporting Format

This is the thirty-fifth report filed by the Receivership, and the twenty-ninth submitted by Receiver J. Clark Kelso.

The Order Appointing Receiver (Appointing Order) filed February 14, 2006, calls for the Receiver to file status reports with the *Plata* Court concerning the following issues:

1.  All tasks and metrics contained in the Turnaround Plan of Action (Plan) and subsequent reports, with degree of completion and date of anticipated completion of each task and metric.
2.  Particular problems being faced by the Receiver, including any specific obstacles presented by institutions or individuals.
3.  Particular success achieved by the Receiver.
4.  An accounting of expenditures for the reporting period.
5.  Other matters deemed appropriate for judicial review.

(Reference pages 2–3 of the Appointing Order at http://www.cphcs.ca.gov/docs/court/PlataOrderAppointingReceiver0206.pdf)

Judge Thelton Henderson issued an order on March 27, 2014, entitled Order Re: Receiver's Tri-Annual Report wherein he directs the Receiver to discuss in each Tri-Annual Report the level of care being delivered at California Health Care Facility (CHCF); difficulties with recruiting and retaining medical staff statewide; sustainability of the reforms the Receiver has achieved and plans to achieve; updates on the development of an independent system for evaluating the quality of care; and the degree, if any, to which custodial interference with the delivery of care remains a problem.

The Receiver filed a report on March 10, 2015, entitled Receiver's Special Report: Improvements in the Quality of California's Prison Medical Care System wherein he outlined the significant progress in improving the delivery of medical care in California's prisons and also the remaining significant gaps and failures that must still be addressed.  The identified gaps are availability and usability of health information; scheduling and access to care; care management; and health care infrastructure at facilities.

In an effort to streamline the Tri-Annual Report format, the Receiver will report on all items ordered by Judge Thelton Henderson, with the exception of updates to completed tasks and metrics contained in the Plan.  Previous reports contained status updates for completed Plan items; these updates have been removed, unless the Court or the Receiver determines a particular item requires discussion in the Tri-Annual Report.

To assist the reader, this Report provides two forms of supporting data:

- *Appendices*: This Report references documents in the Appendices of this Report.

- *Website References*: Website references are provided whenever possible.

In support of the coordination efforts by the three federal courts responsible for the major health care class actions pending against California Department of Corrections and Rehabilitation (CDCR), the Receiver files the Tri-Annual Report in three different federal court class action cases: *Armstrong, Coleman, and Plata*.  An overview of the Receiver's enhanced reporting responsibilities related to these cases and to other *Plata* orders filed after the Appointing Order can be found in the Receiver's Eleventh Tri-Annual Report on pages 15 and 16. (http://www.cphcs.ca.gov/receiver_othr_per_reps.aspx)

Court coordination activities include: facilities and construction; telemedicine and information technology; pharmacy; recruitment and hiring; credentialing and privileging; and space coordination.

## B.  Progress during this Reporting Period

Progress towards improving the quality of health care in California's prisons continues for the reporting period of January 1 through April 30, 2017, and includes the following:

Electronic Health Records System
Electronic Health Records System (EHRS) was successfully implemented at High Desert State Prison (HDSP), California Men's Colony (CMC), and Chuckawalla Valley State Prison (CVSP) in January 2017; Avenal State Prison (ASP) and California State Prison, Centinela (CEN) in February 2017; San Quentin State Prison (SQ), Deuel Vocational Institution (DVI), and Ironwood State Prison (ISP) in March 2017; and Valley State Prison (VSP) and Kern Valley State Prison (KVSP) in April 2017.  Planning activities continue for the implementation of the remaining institutions. Statewide implementation of the EHRS is estimated to be completed by October 2017.

Office of the Inspector General – Cycle 4
The Office of the Inspector General's (OIG's) Cycle 4 Medical Inspections commenced during the week of January 26, 2015, and completed during this reporting period.  As of this reporting period, medical inspections have been conducted at all 35 institutions.  Final reports were received for the following institutions: Substance Abuse Treatment Facility (SATF); Pleasant Valley State Prison (PVSP); Richard J. Donovan Correctional Facility (RJD); Central California Women's Facility (CCWF); California State Prison, Sacramento (SAC); and CHCF. This completes the OIG Cycle 4 Medical Inspection process.  A total of 22 institutions received either adequate or proficient evaluations.

As of the filing of this report, the Receiver delegated to CDCR authority for the medical operations at SQ on January 25, 2017; California Institution for Women (CIW) on March 10, 2017; and KVSP on May 3, 2017.  Institution performance continues to be monitored to ensure sustainability. Meet-and-confer meetings have been scheduled with the parties during the next reporting

period to discuss the potential delegation of CMC, California City Correctional Facility (CAC), DVI, PVSP, and SATF.

<u>Office of the Inspector General – Cycle 5</u>
As of this reporting period, the OIG has issued job start letters for the Cycle 5 Medical Inspections at Wasco State Prison (WSP), California State Prison, Solano (SOL), California State Prison, Los Angeles County (LAC), Corcoran State Prison (COR), California Correctional Center (CCC), California Rehabilitation Center (CRC), North Kern State Prison (NKSP), Salinas Valley State Prison, (SVSP), RJD, SATF, Folsom State Prison (FSP), California Correctional Institution (CCI) and KVSP. The OIG has not yet issued any final reports for Cycle 5 inspections.

*<u>Armstrong</u>*
Health Care staff at designated institutions continues to make incremental steps toward compliance with the *Armstrong* Remedial Plan and subsequent court orders.  Monthly Sign Language Interpreter (SLI) audits completed by Corrections Services of all health care encounters for patients requiring SLI show a long-term trend toward increased compliance.  The availability of on-demand 24 hours per day, 365 days per year Video Remote Interpreter services have been expanded to include provisioning for all 35 institutions.  Refer to Table 1: Overall SLI Compliance Rate since August 2015.



Table 1: Overall SLI Compliance Rate since August 2015

Corrections Services staff are an active participant with CDCR and plaintiffs' counsel in testing newly crafted components of the new joint *Armstrong* audit tool.  Several additional audit sections will be tested in May 2017.  These "trial implementations" of the new audit instrument will culminate in a test of the entire instrument which has been scheduled in July 2017 at VSP.

Logging and tracking of new allegations of non-compliance have shown a slight decrease during the reporting period.  Identifying and documenting the primary method of communication continues to drive Disability Placement Program (DPP) non-compliance.  Refer to Table 2: New Allegations Introduced to DPP Log since January 2015.



Table 2: New Allegations Introduced to DPP Log since January 2015

Progress related to other initiatives to improve compliance include the following:

- Automation of the DPP Allegation of Non-Compliance Log for Division of Adult Institutions (DAI), Division of Adult Parole Operations, and California Correctional Health Care Services (CCHCS);
- Recent improved collaboration between health care and custody in the process of responding to *Armstrong* Monitoring Tour findings and site training for Reasonable Accommodation Panel processes;
- Ongoing participation by Corrections Services staff in conjunction with DAI, CDCR Office of Audits and Court Compliance, CDCR Office of Legal Affairs, and plaintiffs' counsel in Joint Monitoring Audit trial implementations;
- Effective Communication Training via the Learning Management System; and

- Negotiations with plaintiffs' counsel to modify some requirements within the *Armstrong* Accountability process which will focus attention and resources on the most significant allegations of noncompliance, and appreciably reduce the workload of clinical supervisors.

In February 2017, the Health Care Class Action Liaison (HCCAL) joined the EHRS implementation team in providing training to field staff and to serve as subject matter experts on *Armstrong* compliance matters.  HCCAL provides training to the medical providers, who in turn become their institution's trainers, on subjects pertaining to Durable Medical Equipment and DPP verification and accommodations within the EHRS.  Additionally, training is provided to support staff in cutover activities that must be accomplished prior to the scheduled implementation date with EHRS.

Health Care Appeals Pilot
The Health Care Appeals Pilot (Pilot) was filed with the Secretary of State on September 1, 2015, and implemented at three institutions: CCWF, SATF, and SOL.  The Pilot incorporated two main changes: elimination of one institutional level of review and the implementation of a Registered Nurse (RN) to conduct clinical triage and facilitate early face-to-face clinical intervention when necessary.

Clinical intervention has made patient access to care more efficient by allowing patients to ask questions during the interview process and receive patient education regarding their existing plan of care, medications, and future appointments.  In addition, the early identification of urgent/emergent issues makes certain that patients are seen by the appropriate discipline regardless of how the appeal itself is processed.

The Inmate Correspondence and Appeals Branch is preparing for statewide implementation of the Pilot, pending budget approval.

Joint Commission
CCHCS continues to pursue Joint Commission accreditation through a phased, multi-year roll-out.

During this reporting period, CCHCS contracted with Joint Commission Resources (JCR) to assess the first two institutions designated for accreditation, FSP and CIW, and provide recommendations to assist the facilities to prepare for Joint Commission accreditation. Conducted by experts in the Ambulatory Care, Behavioral Health Care, and Nursing Care Center standards, the gap analysis was a week-long evaluation, encompassing document review, patient and system tracers, observation of operations, physical plant inspection, and interviews with staff.  Both institutions were evaluated in April 2017.

The gap analysis had two primary purposes:
1. Help CCHCS identify and prioritize areas where current practice is out of alignment with Joint Commission standards.
2. Clarify how Joint Commission standards apply to the CCHCS system.

To prepare for the gap analysis, CCHCS convened the Statewide Joint Commission Steering Committee, the entity that will meet regularly to oversee the Joint Commission project. On April 10, 2017, CCHCS held a "kick off" meeting to formally launch the project, with CIW and FSP leadership teams, headquarters and regional executives, and national Program Directors from the Joint Commission in attendance.

CCHCS staff are currently reviewing gap analysis findings with the JCR and creating action plans to support institutions in their quest to become accreditation-ready. Both institutions are expected to apply for survey in fall of 2018.

## C. Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented by Institutions or Individuals

In-State Contracting for Community Correctional Facilities
The total Modified Community Correctional Facility (MCCF) patient population as of April 30, 2017, was 4,046 or 95.92 percent of the budgeted capacity of 4,218.

During the months of January through April 2017, CCHCS conducted three in-state Health Care Monitoring Audits: one each at Delano, Golden State, and Taft MCCF. All three audit reports are pending finalization and potential rebuttal. Based upon preliminary results, there is still room for improvement relative to consistent performance, staffing, and access to care areas of concern. Delano MCCF continues to struggle in reaching adequate performance thresholds.

Delano MCCF encountered provider coverage issues during this review period. The absence of a Primary Care Provider (PCP) forced CDCR to close Delano MCCF to intake. Additionally, from March 21 through April 16, 2017, patients were sent to NKSP hub for their emergent and urgent health care needs due to the absence of a PCP at Delano MCCF. Approximately 13 patients were moved to alternate locations ensuring access for their chronic health care needs. After several attempts to credential prospective PCPs, Delano MCCF was able to utilize a previously credentialed physician until a permanent PCP is secured.

On March 14, 2017, Desert View MCCF clinical staff diagnosed a case of Varicella (chicken pox). The Public Health unit was notified and interventions were undertaken to prevent an outbreak. A total of four cases of Varicella were reported. Desert View MCCF was temporarily closed to any movement and reopened to intake on April 17, 2017.

Out-of-State Contract Facilities
The total Tallahatchie County Correctional Facility's (TCCF) patient population as of April 30, 2017, was 1,272, down from 2,151 on December 31, 2016. It is anticipated that TCCF will be closed on or before October 2017. The implementation of Proposition 57 is anticipated to reduce the CDCR inmate population statewide, which may open beds for the returning out-of-state inmates.

Based on the CDCR's Weekly Population Count report, dated April 28, 2017, La Palma Correctional Center (LPCC) patient population was 2,985, with a budgeted capacity of 3,020. During the month of January 2017, CCHCS conducted an onsite audit at the LPCC resulting in a score of 83.7 percent and an overall rating of *adequate*.  LPCC is currently proceeding through a rebuttal process wherein the final score may be adjusted.  LPCC continues to struggle correcting previously identified critical issues from past audits.  Medication management continues to be a major issue of concern identified within critical issues over the last two audits.  The failure to correct past deficiencies raises concerns regarding LPCC medical management's ability to resolve issues timely.

Transportation Vehicles

In October 2012, the responsibility of providing an adequate health care transport vehicle fleet was delegated to CDCR.  Over the past four and half years, CCHCS has continued to work collaboratively with CDCR to assist in establishing a cohesive procurement plan that addresses the replacement of an aging vehicle fleet along with the procurement of additional transport vehicles required to meet the access to care needs of the patient population.

During the last reporting period, it was reported that CDCR had established a governance body that included staff from both CDCR and CCHCS that would address CCHCS and CDCR concerns and procurement issues for the overall vehicle fleet.  During this reporting period, the governance body instituted sub-groups to establish a comprehensive statewide vehicle inventory and a priority vehicle replacement list based upon developed criteria and implemented groups to develop Budget Change Proposals (BCP) requesting additional base funding for Fiscal Year (FY) 2017–18 and ongoing for the procurement of additional replacement vehicles. CDCR is taking some beneficial steps forward in their overall management and accountability of the vehicle fleet.  At the same time, it is concerning that much of the work is repetitive.  For example, as reported in the 26th Tri-Annual Report, CDCR surveyed all institutions to establish a comprehensive vehicle inventory to develop a priority vehicle replacement list, based upon the Office of Business Services (OBS) developed criteria.

CDCR has not yet addressed the issue surfacing at a number of institutions regarding the need for additional vehicles.  The previous documented assessments and priority rankings strictly deal with a one for one replacement.  Because of a shortage in available transport vehicles (both Americans with Disabilities Act [ADA] and regular passenger vans), several institutions are utilizing ambulance vendor services to transport patients to and from regular scheduled medical appointments within the community.  With the patient population aging, the number of community medical appointments continues to escalate.  CDCR is in the process of developing a Fleet BCP to address the need for additional transportation vehicles, and CCHCS looks forward to reviewing the analysis regarding any additional vehicles requested, as the number of vehicles must increase in order to provide timely access to care.

In the previous Tri-Annual Reports, CCHCS reported that CDCR had submitted procurement orders for 201 Health Care Access vehicles utilizing FY 2015–16 funds.  CDCR has reported that 197 of the purchased vehicles have been received and 79 have been placed into service.

Refer to Table 3: FY 2015–16 Vehicle Requisition, which provides a status on the progress toward placing health care vehicles in service.

| Table 3: FY 2015–16 Vehicle Requisition | | | | | |
|---|---|---|---|---|---|
| Vehicle Type | # Ordered | # Received | # In-Service | Projected Dates | Comments |
| Transportation Vans | 143 | 143 | 30 | Completing 8-10 vans per week | All vans are at the CalPIA facility at Solano in queue for security modification installs. |
| Para-Transit Bus | 4 | 0 | 0 | October-December 2017 | Delay with vendor bid/purchase process. |
| Sedans | 6 | 6 | 6 | | All vehicles are in service. |
| SUV Transport Vehicle | 39 | 39 | 34 | October-December 2017 | The remaining 5 vehicles are pending security/radio installation. |
| Emergency Response Vehicles | 4 | 4 | 4 | | |
| Electric Carts | 5 | 5 | 5 | | |
| Total | 201 | 197 | 79 | | |

For FY 2016–17, CDCR submitted procurement orders for 112 Health Care Access vehicles utilizing 2016–17 funds.  CDCR reports that 110 of those assets have been received and 16 have been placed in service.  In addition, during this reporting period, CDCR received the ADA bus designated for RJD's "In Fill" project.  Refer to Table 4:  FY 2016–17 Vehicle Requisition, which provides a status on the progress toward placing health care vehicles in services.

| Table 4:  FY 2016–17 Vehicle Requisition | | | | | |
|---|---|---|---|---|---|
| Vehicle Type | # Ordered | # Received | # In-Service | Projected Dates | Comments |
| Transportation  Vans | 75 | 74 | 1 | Projected in-service date: July-December 2017 | |
| Para-Transit Bus | 1 | 0 | 0 | Projected in-service date:  July-December 2017 | |
| SUV Transport Vehicle | 34 | 34 | 13 | July-September 2017 | Pending security/radio installation |
| Emergency Response Vehicles | 2 | 2 | 2 | | |
| Total | 112 | 110 | 16 | | |

As reported in the 34th Tri-Annual Report, CDCR's OBS had failed to initiate a procurement order for 35 additional ADA transport vehicles to replace a deteriorating ADA fleet.  During the previous Tri-Annual Report, OBS was actively exploring steps that could be taken to identify the necessary resources to compensate for the oversight.  At the direction of the CDCR Secretary's office, $525 thousand dollars was made available to procure and retrofit nine additional vehicles (ADA/Transport).   The additional nine vehicles brought the total vehicle requisitions for FY 2016–17 to 121.  Refer to Table 5:  FY 2016–17 Added Vehicle Requisition, which provides a status on the progress toward placing health care vehicles in service.

| Table 5: FY 2016 −17 Added Vehicle Requisition | | | | | |
|---|---|---|---|---|---|
| Vehicle Type | # Ordered | # Received | # In-Service | Projected Dates | Comments |
| Transportation Vans | 8 | 0 | 0 | Projected in-service date: July-December 2017 | Additional purchase to offset the unpurchased additional vehicles, as reported in the 34th Tri-Annual Report.  Five vehicles are going to be converted to ADA equipped vans. |
| 10 Passenger Electric Cart | 1 | 0 | 0 | Projected in-service date: July-December 2017 | Additional purchase to offset the unpurchased additional vehicles, as reported in the 34th Tri-Annual Report. |
| **Total** | 9 | 0 | 0 | | |

For FY 2015–17, CDCR has procured a total of 322 Health Care Access vehicles, 307 assets have been received by CDCR and 95 have been placed into service.  The total number of vehicles placed into service is very low, and CDCR's DAI staff have been working diligently with CalPIA to develop standardized security modifications for each vehicle type.  Those efforts have been completed, and production and placing these vehicles into service is expected to increase.

CDCR's DAI continues to assess the impact of Proposition 109 (Realignment) and its impact upon the patient population's health care requirements, which have a direct correlation with required vehicles to ensure access to care.  During April 2017, DAI staff began redirecting existing resources to accommodate the realignment of the patient population.  DAI is assessing the number of vehicles, proper type of vehicles (ADA/Transport) to ensure all institutions have the resources required to ensure access to care.  This process is ongoing and will be reported in an upcoming Tri-Annual Report.

DAI's staff have provided excellent assistance to CCHCS by identifying available resources and redirecting those resources to institutions that have unexpectedly found themselves without vehicles to meet their daily health care requirements.

## Section 2: Status and Progress Concerning Remaining Statewide Gaps

As reported in the Receiver's Special Report: Improvements in the Quality of California's Prison Medical Care System, and as cited in Judge Thelton Henderson's Order Modifying Receivership Transition Plan, the following statewide gaps remain: availability and usability of health information, scheduling and access to care, care management, and health care infrastructure at facilities. The following are updates on each of the remaining gaps:

### A. Availability and Usability of Health Information

As reported in previous Tri-Annual Reports, Cerner Corporation was selected to provide a commercial "off-the-shelf" EHRS for CCHCS. This system is providing CCHCS and CDCR demonstrable and sustained benefits to patient safety, quality and efficiency of care, and staff efficiencies and satisfaction. The EHRS project is part of a larger organizational transformation project entitled ECHOS – Electronic Correctional Healthcare Organization Solution. The project is presently in the statewide deployment phase. As of the filing of this report, EHRS has been implemented at 23 institutions. Refer to Table 6: EHRS Rollout.

*Table 6. EHRS Rollout*

| Event | Go Live Date | Institutions |
|-------|-------------|--------------|
| Pilot | 10/27/2015 | CIW, CCWF, FSP/FWF |
| Rollout 1 | 8/23/2016 | SOL |
| Rollout 2 | 9/20/2016 | PBSP, CTF |
| Rollout 3 | 10/18/2016 | CAC, CRC |
| Rollout 4 | 11/15/2016 | CCC, SCC, CCI |
| Rollout 5 | 1/10/2017 | HDSP, CMC, CVSP |
| Rollout 6 | 2/7/2017 | ASP, CEN |
| Rollout 7 | 3/7/2017 | SQ, DVI, ISP |
| Rollout 8 | 4/4/2017 | VSP, KVSP |
| Rollout 9 | 5/9/2017 | SAC, PVSP |
| Rollout 10 | 6/6/2017 | NKSP, CAL |
| Rollout 11 | 7/11/2017 | CHCF |
| Rollout 12 | 8/15/2017 | SATF, CIM |
| Rollout 13 | 9/12/2017 | CMF, SVSP |

| Event | Go Live Date | Institutions |
|-------|--------------|--------------|
| Rollout 14 | 10/10/2017 | WSP, RJD |
| Rollout 15 | 10/31/2017 | MCSP, LAC, COR |

Planning activities continue for the implementation of the remaining institutions. Statewide implementation of the EHRS is estimated to be completed by October 2017.

Overall, the EHRS project is on track and meeting scheduled milestones and activities as CCHCS and CDCR continues to implement remaining EHRS functionality and complete statewide implementation of the EHRS.

**B. Scheduling and Access to Care**

Scheduling Process Improvement Phase 3
The Scheduling Process Improvement (SPI) initiative is targeted to address practices in the scheduling system to improve and sustain overall patient access to care. In the EHRS, most institutions see a decline in productivity, which impacts access to care. While some institutions are able to adopt the new system and recover, other institutions continue to struggle to meet scheduling timeframes. Refer to Table 7: March 2017 Dashboard– Scheduling and Access to Care for only EHRS Institutions.

*Table 7: March 2017 Dashboard – Scheduling and Access to Care for only EHRS Institutions*



| Scheduling & Access to Care | SW | CAC | CCC | CCI | CCWF | CIW | CRC | CTF | FSP | PBSP | SCC | SOL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medical Services | 84% | 93% | 81% | 63% | 73% | 89% | 90% | 96% | 98% | 79% | 75% | 80% |
| RN FTF Triage 1 Day | 96% | 100% | 97% | 94% | 97% | 97% | 100% | 99% | 99% | 99% | 98% | 95% |
| PCP Urgent Referrals 1 Day | 87% | 100% | 81% | 50% | - | 83% | 85% | 100% | 100% | 0% | 50% | 100% |
| PCP Routine Referrals 14 Days | 78% | 75% | 73% | 45% | 16% | 92% | 100% | 99% | 98% | 100% | 100% | 63% |
| Chronic Care as Ordered | 74% | 93% | 57% | 56% | 26% | 93% | 99% | 99% | 99% | 100% | 54% | 68% |
| High Priority Specialty 14 Days | 71% | 100% | 92% | 35% | 89% | 80% | 72% | 90% | 100% | 47% | 50% | 64% |
| Routine Specialty 90 Days | 87% | 93% | 92% | 84% | 76% | 91% | 73% | 91% | 91% | 90% | 92% | 68% |
| Return from HLOC 5 Days | 85% | 80% | 73% | 48% | 88% | 94% | 100% | 96% | 94% | 100% | 43% | 88% |
| Laboratory Services as Ordered | 92% | 98% | 88% | 95% | 93% | 78% | 97% | 91% | 99% | 100% | 86% | 85% |
| Radiology Services as Ordered | 91% | 99% | 76% | 63% | 99% | 91% | 81% | 99% | 97% | 78% | 100% | 93% |

In an effort to address the specific challenges posed during initial EHRS implementation, CCHCS established SPI Phase 3, designed to improve scheduling in the EHRS environment, with a focus on utilization of the Medical Scheduling Registry (MSR), Scheduling Diagnostic Report and other

resources to manage orders and appointments. At this time, there is a strong association between high levels of MSR usage and low PCP appointment backlog. The analysis found that institutions that accessed the MSR more often during the first quarter of 2017 averaged:

- 10 percent higher performance in Medical Access.
- Completed 80 percent more PCP appointments per 1,000 patients.
- Completed 170 percent more RN appointments per 1,000 patients.

During this reporting period, CCHCS completed the package of SPI 3 tools and resources, and tested the new training program at SOL.

The next phase of SPI 3 involves dissemination broadly to CDCR institutions. Regional and headquarters staff will receive Training for Trainers training and will provide instruction and ongoing technical support to institutions.

<u>Complete Care Model – Performance Monitoring</u>

The Complete Care Model (CCM) is the patient-centered health care delivery model adopted by CCHCS. On a quarterly basis, Regional QM Teams conduct onsite assessments to monitor the progress of CCM implementation at each institution. The assessments focus on key CCM principles implemented during collaborative learning sessions, including Care Team Infrastructure, Population Health Management Working Sessions, and Scheduling and Access to Care. The following are key findings from the January 2017 CCM assessment results:

- Current statewide performance is 89 percent. The statewide goal is 90 percent.
- Over 60 percent of assessment measures are at or above the statewide goal.
- Performance declined in all Population Health Management Working Session measures.

Refer to Table 8: Complete Care Model Assessment, Statewide Results – 1st Quarter 2017, which provides a comparison between the October 2016 and January 2017 statewide CCM assessment results.

*Table 8: Complete Care Model Assessment, Statewide Results – 1st Quarter 2017*

| CCM ASSESSMENT MEASURES | | OCT 2016 | JAN 2017 |
|---|---|---|---|
| **Care Team Infrastructure** | Positions filled: RN, PCP, OT | 96% | 97% |
| | Same patient panel: RN, PCP | 95% | 99% |
| | Back-ups in place: RN, PCP, OT | 97% | 92% |
| | Total work hours overlap: PCP, RN, CUSTODY | 94% | 97% |
| | Care Team co-located | 64% | 70% |
| | Automated huddle report used | 99% | 99% |
| | All huddle topics covered | 85% | 92% |
| | Action items documented | 90% | 90% |
| **Population Health Management Working Sessions** | Performance trends reviewed | 92% | 81% |
| | Patient-level data reviewed | 98% | 86% |
| | New and transfer patients reviewed | 92% | 81% |
| | Actions taken to improve care | 80% | 68% |
| | Actions tracked | 95% | 87% |

| CCM ASSESSMENT MEASURES | | OCT 2016 | JAN 2017 |
|---|---|---|---|
| **Scheduling and Access to Care** | Percent of hours per week for open access | 85% | 98% |
| | Designated time slots for open access | 85% | 100% |
| | Appointment times vary per patient needs | 74% | 91% |
| | Patient's preferences considered | 83% | 78% |
| | No show process: custody escorted | 96% | 98% |
| | PCP closes out appointments | 73% | 70% |
| | Ensure patients are seen during lockdown | 100% | 100% |
| | CEO approval for clinic schedule changes | 86% | 94% |
| | Scheduling superusers have access to make changes | 95% | 96% |
| | Scheduling staff attendance verified | 83% | 89% |
| | Review management reports | 100% | 98% |
| | Review Scheduling Diagnostic Report | 91% | 97% |
| | Ensure accuracy of scheduling system data | 94% | 98% |
| | Schedulers provided desk procedure | 97% | 100% |
| | Written process for making changes in MedSATS | 80% | 81% |

<u>Complete Care Model – CIM Panel Realignment Project</u>

During this reporting period, the Complete Care Oversight Team (CCOT) commissioned a project to explore strategies for primary care medical teams to work more collaboratively with Mental Health and Dental clinicians utilizing already existing forums such as the daily huddle. California Institution for Men (CIM) has volunteered to serve as a test site for this project. A multidisciplinary workgroup that includes program leaders from Dental, Medical, Mental Health, Nursing, and QM developed a plan with CIM executives to increase collaboration across all disciplines in the management of a patient panel. Early milestones in the action plan included 1) developing a communication strategy to orient health care staff about the project, 2) realigning patient panels such that the primary care team, dentist, psychiatrist and mental health primary clinician all share the same panel of patients, and 3) integrating Dental and Mental Health into the daily huddle.

To support this initiative, existing tools were redesigned to incorporate dental and mental health information, such as the Daily Huddle Report and Observation Tool. The updated Huddle Report now includes daily appointments for Dental and Mental Health along with additional alerts and prompts to engage all participants to share information that may be beneficial to others on the team. Prior to rollout, CIM executives convened Medical, Mental Health and Dental staff from each yard to orient them to the realignment strategy, huddle expectations and where to find associated tools to support this initiative. At the beginning of April 2017, CIM patient panel were realigned and integrated daily huddles were implemented.

The workgroup continues to meet with CIM leaders to discuss progress and brainstorm ways to address barriers and refine decision support tools. On a monthly basis, CIM executives will be provided with a performance report on huddle participation and a panel analysis that depicts overlap between patient panels and providers from all disciplines. Using scheduling data to

evaluate panel alignment, CIM had 7 of 15 care teams with over 50 percent panel alignment before implementation, which improved to 11 of 15 care teams by the end of April 2017.

**C. Care Management**

In summer 2014, CCHCS established the Population Management Care Coordination (PMCC) Committee with two main objectives: create a nursing focused care coordination model and improve health care transfers.  This effort continues to be the main focus as CCHCS moves towards the full statewide implementation of the EHRS by the end of 2017.

Care Coordination Subgroup
Care coordination is the deliberate organization of patient care activities, defined by the goals listed below:
- Organize and schedule activities within a complex organization.
- Facilitate the appropriate delivery of health care services within and across systems.
- Maintain continuity of care.
- Manage by the exchange of information.
- Create and implement a collaborative and team approach.

In summer 2014, the Care Coordination subgroup of the PMCC Committee established the Patient Acuity Tool, adopted from North Carolina Assessment, for use in licensed inpatient units (e.g., Correctional Treatment Centers [CTCs]) to ensure appropriate staffing based on patient acuity level.  This tool has been integrated with the Patient Risk Stratification Tool for Population Management to make it more comprehensive and was tested at CHCF in October 2015 and November 2015.  Development of policy and training for the use of this tool is delayed while the focus is placed on implementing the CCM and the EHRS, and is expected to resume late 2017.

In 2016, the Nursing Services Branch (NSB), CCOT and Quality Management Support Unit (QMSU) collaborated to deliver training and education on collaboratives integral to the success of the CCM and EHRS implementation.  Access to Care and Scheduling training sessions were mandated for all institutional Executive teams and QMSU teams.  This training was designed to extend the knowledge, skills, and abilities of the primary care team to build on the Patient Centered Home Model of care.  Also in 2016, CCOT recognized that some institutions continued to struggle with the implementation of the original CCM collaborative.  QM with regional executive teams developed and presented additional foundational collaborative training to support development of QM infrastructure.

Each of the learning collaboratives was followed by an ongoing series of institutional visits by the regional QMSU, with support from headquarters.  The visits included facilitation, coaching, and mentoring of institutional huddles and population management teams to ensure that the CCM process becomes an integral part of the institutions' health care culture.  Currently, headquarters QM, and regional QMSUs are developing a wide variety of measurement tools to ensure that

core CCM tenets become embedded in institutional practice and measure the effects of the CCM on patient care outcomes.

The Care Coordination subgroup continues to work with all involved stakeholders to update a wide variety of Inmate Medical Services Policies and Procedures (IMSP&P) to ensure that the CCM is fully integrated into the CCHCS health care delivery model and philosophy.  Examples of this effort include the following initiatives:

- Updating the Inmate Tuberculosis (TB) Surveillance program based on the latest guidance from the Centers for Disease Control and Prevention.  The updated Inmate TB Surveillance program is designed to leverage the CCM philosophy with the primary care team as the patient's primary care manager and using Public Health as a specialty care resource rather than the PCP.
- Updating the Emergency Response procedures with the inclusion of intranasal naloxone in the RN Urgent/Emergent Protocols.  NSB developed a training for each classification and each institution has developed a process through which intranasal naloxone is available at the scene of each emergency medical response thus ensuring a rapid response for each potential overdose incident.
- Interdisciplinary teams of mental health, nursing and custody staff have collaborated to develop a series of trainings for both health care and custody staff on a variety of topics across the care teams spectrum, including the following:
  - Five-day follow-up process for Mental Health Crisis Bed (MHCB) discharges to ensure that patients are monitored after hours, weekends, and holidays when clinicians are not present at the institution.
  - An interdisciplinary team of mental health and nursing staff developed training for RN staff at the institutional level to integrate the Mental Health RN into Care Management through participation in mental health care management activities such as the Integrated Dual Disorder Treatment and attending morning huddles.
  - Development and initial implementation of the Medication Assisted Treatment for Substance Abuse Disorders Pilot Program within CDCR, beginning at CIM.
  - Development of the Crisis Intervention Team (nursing, mental health, and custody staff) to provide early, multidisciplinary intervention for patients who may have non-mental health issues rather than automatically admitting the patient to a MHCB.  The program was tested at SVSP and is now being introduced to CIW to refine the program further.

With the core policies and procedures for CCM completed and the statewide training and implementation underway, PMCC has transitioned to CCOT with a focus on implementation, operations, and monitoring of CCM.  CCOT is working to ensure that the CCM philosophy and care delivery model is maintained and is reflected in all new policies and procedures in development.  This will ensure that fully integrated, multidisciplinary model of care is developed within CCHCS as the transition of responsibility back to CDCR progresses forward.  Late in 2016, CCOT began to explore methods to integrate Medical, Mental Health and Dental services within CDCR using the CCM as an inclusive patient-centered health care system.

CCHCS has identified clinical executive leadership and clinical supervision vacancies as contributing factors to the sustainability of CCM. In response to this, CCHCS headquarters supported institutions such as California Men's Colony (CMC), SAC, SOL, SQ, and SVSP with additional resources to address this gap. CCHCS also identified several institutions that continued to struggle with implementing standardized processes required for the success of CCM. In these cases, Nurse Consultant, Program Review; Physician; and/or QMSU staff were dispatched to review, retrain, and revise processes that would support CCM and the new delivery model. CCHCS' Professional Education Unit and QMSU both provided extensive training to the staff who will be assisting the institutional care teams in order to accomplish this task.

Integral to Nursing Care Management, the Care Coordination subgroup is also:

- Establishing Patient Service Plans which is a tool used for patient management. This tool is the basis for Population Risk Stratification, which will standardize terminology and guide resource utilization in the management of entire patient populations.
- Developing Nursing Care Management policy and procedure, Reference Manual and Operational Guide. Training on Care Management of Complex Care Patients was integrated into the learning sessions for the CCM in 2016, and will be further developed and delivered in the next series of collaboratives offered in 2017.
- Further developing and expanding the role of nursing as partners on the Primary Care Team to provide planned, proactive patient care as health coaches, health educators and chronic care managers. In working towards this goal, standardized duty statements for all level of care nursing positions were developed in conjunction with CCHCS' Human Resources. The standardized duty statements were issued to the institutions in December 2016. These duty statements define and support the roles of the nursing staff as the Nursing Care Coordination/Management core policies and procedures are developed and implemented during 2017.

Transfer Subgroup

In fall 2014, the Transfer subgroup of the PMCC Committee bolstered the medical hold process, in which clinicians have the ability to hold patients at their institution until they are medically safe to be transferred to another institution. This ability prevents inappropriate transfers that could cause health care concerns for the patients. The ability to place a medical hold on a patient is now available electronically on the Medical Classification Chrono (MCC) application. This application automatically transfers the MCC 128-C3 information to the Strategic Offender Management System (SOMS) simultaneously. Custody staff refers to the medical hold attribute in the MCC 128-C3 and places a transfer hold as required. The subgroup has completed statewide education to both clinical and custody staff. During this reporting period, CCHCS has provisioned RN staff statewide with the ability to place a temporary medical hold on a patient to prevent inappropriate and unsafe transfers.

The Health Care Transfer policy and procedure has been updated to reflect the above changes, and training and education on the new process was completed in 2015. During this reporting period, CCOT work collaboratively with regional teams and headquarters to streamline Reception

Center processes and processes related to patient movement which resulted in the test of the Reception Center Process in early 2017. This work will serve to further standardize the transfer process by utilizing new tools such as an automated Patient Summary sheet, a transfer check-list and the EHRS as it is implemented statewide. CCOT continues to work on improving the transfer process within CDCR through the review of processes as more institutions become active within the ECHOS/EHRS system. To ensure that our processes remain current and reflective of the needs of our patients and institutions, CCOT has formed the Transfer Process and the Reception Center workgroups to update current policies as areas for improvement are continually identified through the Quality Improvement Process. The Transfer subgroup continues to work with all stakeholders as the EHRS is implemented statewide to discover best practices and lessons learned during the transition period. The goal of this process is to integrate best practices and fully leverage the ability to improve patient "handoff's" gained through the implementation of the EHRS.

**D.  Health Care Infrastructure at Facilities**

Clinical facility upgrades through the Health Care Facility Improvement Program (HCFIP) are progressing. During this reporting period, construction of the new Administrative Segregation Unit (ASU) Primary Care and ASU–Enhanced Outpatient Program (EOP) Mental Health Clinic at RJD was completed in January and the first patient was seen on March 6, 2017. Construction was completed for the New Medication Distribution Building at CMF in March 2017, and in April 2017 construction concluded for the HCFIP Medication Distribution Room Additions in the EOP Housing Units at RJD. Activation of these two projects is in progress.

As for the Statewide Medication Distribution projects, construction activities are complete at 11 institutions and in progress at the remaining 11 institutions. During this reporting period, construction at Sierra Conservation Center (SCC) was completed and activated in March 2017. The construction was completed at KVSP in January 2017 and activation is expected to be completed during the next reporting period after a small project receives State Fire Marshal approval and is completed. In March 2017 construction was completed at ASP and activation is in progress.

Schedule delays continue to occur due to funding issues as well as onsite construction and fire alarm/existing infrastructure delays; availability of construction materials; weather and resulting impacts on site conditions. While these factors have been known, they are not always reflected in revisions to the project schedules. These inaccuracies have on occasion, complicated if not obscured stakeholder understanding of anticipated project completion.

An issue currently at DVI is that the cost of contract changes for work currently underway exceeded the contingency level of the project. Consequently, the commencement of work on subsequent phases of subprojects not currently under construction was temporarily suspended. CDCR received approval of an augmentation request from the Department of Finance on May 9, 2017, and will resume construction on the suspended subprojects. This situation may not be unique to DVI, and CDCR is currently reviewing the project schedules and values of future

work at NKSP, SCC, and WSP to determine if construction schedules need to be adjusted (similar to DVI) until additional contract authority is approved through similar augmentations.

Correctional Training Facility (CTF) experienced quality control issues in the medication distribution rooms in the Facility A clinic.  The medication distribution windows that were installed differ from the approved design and negatively impact visibility between health care staff and the patient.  CCHCS rejected the windows.  A decision was made to install the unaccepted windows and finish construction but not activate the medication distribution space until acceptable windows have been installed in order to complete the building and obtain State Fire Marshal approval for occupancy of the clinic.  At the time of this report, a completion date for installing acceptable windows and activating the space has not been confirmed.  Construction of the medication distribution rooms at CTF, Facility C, and DVI has been completed but not activated since communication between nurses and patients was hindered due to excessive noise where they were built.  After several months of coordinated efforts between CDCR and CCHCS, the problem has been resolved.  A solution was tested and found effective.  Speaker ports have been installed at both CTF and DVI and activation has been initiated at CTF.  Fire shutter doors must be installed at DVI before activation can begin.  A solid completion date has not been projected for DVI at the time of this report.

The revised schedules now reflect completion of all Statewide Medication Distribution and HCFIP project construction in September 2019.

## Section 3: Quality Assurance and Continuous Improvement Program

CCHCS Statewide Performance Improvement Plan 2016–2018 Revisions

On a biannual basis, the CCHCS Statewide Performance Improvement Plan (PIP) is updated to reflect the top priorities of our organization, serving as a roadmap for continuous improvement for the ensuing two-year period.  Because the PIP is a living document, it is periodically updated to account for new or changing high priority initiatives, court mandates, and community health care standards, such as the Healthcare Effectiveness Data and Information Set (HEDIS).

As of this reporting period, five PIP objectives were refined to align with HEDIS or to clarify/increase performance expectations.  Refer to Table 9: Modifications to the CCHCS Statewide Performance Improvement Plan 2016–2018. Appendix 1, Performance Improvement Plan 2016–2018, contains the updated PIP in its entirety.  These changes have been applied to the Dashboard and any associated patient registries or decision support tools.

*Table 9:  Modifications to the CCHCS Statewide Performance Improvement Plan 2016–2018*

| Previous Performance Objective | Revised Performance Objective |
|---|---|
| By December 31, 2016, 90% or more of eligible patients will be offered a colon cancer screening as recommended by the US Preventive Task Force. | By December 31, 2016, 75% or more of eligible patients will have received or completed a colon cancer screening as recommended by the US Preventive Task Force. |
| By December 31, 2016, 90% or more of eligible female patients will be offered a mammogram and cervical cancer screening as recommended by the US Preventive Task Force. | By December 31, 2016, 75% or more of eligible female patients will have received or completed a mammogram and cervical cancer screening as recommended by the US Preventive Task Force. |
| By December 31, 2018, 60% of all prescriptions will be filled by Central Fill Pharmacy. | By December 31, 2018, 75% of all prescriptions will be filled by Central Fill Pharmacy. |
| By June 30, 2017, 95% of medical equipment will be available within 5 calendar days from ordering. | By June 30, 2017, 95% of medical equipment will be available within the timeframe ordered by the physician. |
| By December 31, 2016, 95% or more of possible non-compliant incidents related to effective communication are processed timely. | By December 31, 2016, 95% of encounters that require a Sign Language Interpreter (SLI) will have a SLI available and properly documented. |

Process Improvement Initiatives – Lean Six Sigma
*Lean Six Sigma Green Belt Certification*
During this reporting period, CCHCS concluded its first wave of Lean Six Sigma (L6S) Green Belt (GB) certification training. The QM Lean Office held a graduation ceremony to commemorate the 18 CCHCS staff who successfully completed their GB projects. Two GB projects in Wave 1 were recently highlighted on Lifeline:

- **Folsom State Prison Women's Facility (FWF), improve timely access to care** – Targeted training was provided to custody staff and schedulers, and a new process was implemented to streamline the receipt and processing of patient requests for health care services (CDCR Form 7362). The institution saw an increased level of communication between care teams, and patients were more informed about their appointments. This improvement project had a positive impact on overall scheduling compliance at FWF.
- **CIM, improve Durable Medical Equipment documentation** – CIM standardized CDCR Form 7536 to add details that led to overall processing efficiencies. Following implementation of the automated Form 7536, the inaccurate documentation rate of Durable Medical Equipment receipts fell from 40 percent to 3 percent, which decreased waste associated with reordering unnecessary medical equipment.

L6S Wave 2 training, which began in January 2017, will conclude in May 2017, and CCHCS began taking applications in April 2017, the third of five total training waves.

*Lean Six Sigma Statewide Projects*
Master Black Belt experts completed their assessments of statewide quality issues and began working with CCHCS staff to develop and test improvements in three areas.

- **Goods Procurement**
  Statewide goal: 90 percent of Purchase Orders will be completed within three business days.
  The first set of interventions addressing the goods procurement process resulted in an average decrease of 6.6 business days per purchase order. CCHCS Acquisitions Management Services has since applied Lean principles and techniques to several other areas of the procurement process.
- **Service Contracts**
  Statewide goal: 90 percent of Service Contracts fully executed in less than 40 business days.
  The Contract Services Unit implemented changes to their existing process, such as establishing an Initial Statement of Work meeting between the Service Contracts liaisons and the Program requesting a contract. The Unit also developed a guidebook for the solicitation process, Learning Management System modules, standardized forms, and revised related policies and procedures.
- **Hiring Process**
  Statewide goal: 95 percent of vacancies will be filled within 45 calendar days.
  The hiring process was analyzed resulting in streamlined processing and development of a Manager's Guide to the Hiring Cycle. CCHCS' Human Resources is also involved in a

project to automate 40+ manually generated reports including replacement of the Personnel Data and Position Management System, automating the applicant tracking system, and automating the notification and collection of Probationary Reports and Annual Performance Appraisals.  Interventions completed thus far have led to a decrease in the organization's average hiring time from 112 calendar days to 65 calendar days.

<u>Performance Evaluation and Improvement Tools – Quality Management/Patient Safety Assessments</u>

During this reporting period, each institution was assessed to measure the development and sustainability of their QM systems, including patient safety (PS) elements.   Institution performance was measured against standards in statewide policy that set core infrastructure and processes required for a fully developed QM system at the institutional level *(IMSP&P Volume 3, Chapters 1.1, 1.3, 7.1, and 7.6).*  The assessment helps CCHCS measure performance associated with a key 2016–2018 PIP objective:

*"By December 31, 2017, each institution will have implemented the Complete Care Model infrastructure by achieving 90 percent or better on both Delivery System and Management System components in all assessment categories."*

The QM/PS assessment evaluates important program functions in six areas:

- **Leadership and Culture** – Leaders cultivate a culture of mutual support and continuous improvement, and demonstrate effective communication to staff at all levels of the institution.
- **Quality Management Committees** – The local Quality committee structure is in place, well organized and documented.
- **Performance Improvement Work Plan (PIWP)** – An institution-wide plan identifies improvement priorities, is updated as priorities change, and is reported to appropriate oversight bodies.
- **Improvement Projects** – Institution quality committees launch time-limited improvement projects to address priorities; teams include staff from multiple disciplines; and recognized improvement models or techniques and best practices are used for improvement.
- **Performance Evaluation** – Regular system surveillance is conducted using accurate, complete and reliable data; basic principles of data analysis and methods are statistically sound; and data is presented in formats that inform decision-making.
- **QMSU** – The QMSU model is fully implemented; team members receive and deliver quality improvement training; collaborate on improvement projects; and support local quality committees.

A few different data collection methods were used for the QM/PS assessment including interviews with the leadership team, improvement teams and the QMSU; review of local Quality Management Committee, improvement project and PIWP documentation; and a staff survey to understand perceptions of leadership and culture.

The January 2017 QM/PS assessment results serve as baseline data, providing the organization with guidance to areas of the management system that have opportunities for improvement. In general, institutions across the state struggle most with providing adequate oversight of improvement projects, appropriate documentation of committees and improvement work, and effective problem analysis and presentation of performance data. Refer to Table 10: January 2017 QM/PS Assessment Statewide Results.

*Table 10:  January 2017 QM/PS Assessment Statewide Results*

| Leadership and Culture | QM Committees | PIWP | Improvement Projects | Performance Evaluation | QMSU | Statewide Average |
|---|---|---|---|---|---|---|
| 79% | 36% | 85% | 76% | 44% | 93% | 69% |

To address these and other areas, four major activities will occur before the end of 2017:
- Regional Executive and QM teams will deliver QM/PS assessment results and help each institution create an action plan for follow-up during the month of May 2017.
- The QM Section at headquarters will collaborate with Regional teams to provide targeted statewide trainings on 1) committee documentation and 2) preparing information for decision makers.
- CCHCS will continue to roll-out statewide initiatives to teach staff problem analysis skills, such as the Lean White Belt Certification Program, and will build new training modules to introduce classic problem analysis and improvement techniques.
- Reassess institutions during the fourth quarter of 2017.

Performance Evaluation and Improvement Tools – Dashboard 5.0
The Health Care Services Dashboard 5.0, released in March 2017, now includes new performance measures, modified measurement methodologies, more comprehensive data sources and increased reporting functionality.

A few Dashboard measures were added or modified in the CCHCS Statewide Performance Improvement Plan to align with court mandates and HEDIS standards.  Refer to Table 11: Health Care Services Dashboard 5.0 – New or Modified Performance Measures.  To evaluate the new measures, the Dashboard utilizes additional data sources including CDCR Business Information System, procurement data, and institution specific programming data.

*Table 11: Health Care Services Dashboard 5.0 – New or Modified Performance Measures*

| Dashboard Domain | New | Modified | New Measure or Change to Existing Measure |
|---|---|---|---|
| Care Management | X | | 90% or more of Enhanced Outpatient Program patients and patients requiring Mental Health Crisis Bed admissions will have Treatment Plans consistent with documentation requirements. |
| | X | | 90% or more of inmate patients discharged/released from a Mental Health Crisis Bed for suicide precaution/watch will have documentation by the Primary Clinician in the receiving program indicating reason for admission and review of and implementation of discharge plan during the first encounter post discharge. |
| | X | | 90% or more of all Suicide Risk Evaluations will meet all audit criteria. |
| Population Health Management | | X | Diabetes Care – Statin added |
| | X | X | Women's Care – Combines Breast Cancer Screening *(existing)* with Cervical Cancer Screening *(new)* |
| Scheduling and Access To Care | X | | Sign Language Interpreter Provided |
| Medication Management | | X | Dental Stock – Split out from Dental measure |
| | X | | 90% of all eligible prescriptions will be filled by Central Fill Pharmacy. |
| Availability of Health Information | X | | EHRS Timely Documentation |
| Resource Management | X | | Availability of Medical Equipment |
| Complete Care Model Infrastructure | X | | Each institution will have implemented the Complete Care Model infrastructure by achieving 90% or better on Delivery System components in all assessment categories. For example, Care Teams, Population Health and Scheduling. |
| Staffing | | X | Functional Vacancies with New Staffing Categories |
| | X | | Average Time to Hire |
| Major Costs per Inmate per Month | X | | Additional Staffing Categories added |

The Dashboard 5.0 now provides a report view that depicts the performance of each care team within an institution. Care team level data can be accessed through the "Institution Dashboard" view, which includes statewide, institution and care team scores for a given month. This new reporting function helps institution leaders and care team managers analyze performance for individual patient panels, and informs improvement strategies targeting the specific needs of each care team.

With the previous addition of EHRS data and the timeliness of most data sources, Dashboard 5.0 now has the ability to report performance in near real-time. The real-time data feature is available for a majority of benchmarked measures that report EHRS and non-EHRS information.

Data for the current month is re-calculated every evening, allowing staff to analyze performance on a real-time basis to quickly identify and resolve performance issues.

<u>Performance Evaluation and Improvement Tools – EHRS Adoption Report</u>
At the time this report is filed, 23 of 35 institutions have adopted the EHRS since its implementation in October 2015. As anticipated with any information system of this scale, implementation has had broad and far reaching impacts on business operations, policies, and procedures.

During this reporting period, CCHCS released an EHRS Adoption Report designed to help institutions understand how EHRS implementation has affected their performance in six primary Dashboard domains: 1) Scheduling and Access to Care, 2) Population Health Management, 3) Care Management, 4) Medication Management, 5) Health Information Management, and 6) Workload.

Generally, the EHRS Adoption Report mimics the measurement criteria from the Dashboard but includes additional measurements which EHRS implementation has been known to impact. Specifically, medical, dental and mental health backlog and appointment volumes were added to the Scheduling and Access to Care domain; and a new domain called "Other Trends" provides data for other areas of concern such as admissions to a higher level of care, utilization of services, timeframes to complete EHRS documentation and unsigned documentation. The report is intended to help Institutions understand how EHRS implementation impacted performance at initial roll-out and over time. With this information in an easily accessible format, institutions will be able to prioritize performance and address performance problems. EHRS and program experts at the regional and headquarters levels can also use this information to identify and target institutions that need additional technical support and training on the new workflows within the EHRS. Refer to Table 12: Sample EHRS Adoption Report.

*Table 12:  Sample EHRS Adoption Report*



<u>Patient Safety Priority – Electronic Health Care Incident Reporting System (eHCIR)</u>
The CCHCS PS Policy requires a structure and process for all health care staff to report health care incidents, which may include near misses, unusual occurrences, medication errors and adverse/sentinel events. To meet the policy requirement, an initial system was developed and implemented in 2013 using paper-based reporting. Since its implementation, the volume of health care incidents reported annually has continued to rise, resulting in the need to increase

efficiencies to ensure system integrity and sustainability.  Refer to Table 13: Volume of Health Care Incident Reports Statewide by Year.

| Table 13: Volume of Health Care Incident Reports Statewide by Year | | | |
|---|---|---|---|
| 121 | 3,385 | 6,504 | 7,876 |
| 2013 | 2014 | 2015 | 2016 |

By the end of 2016, redesign of the reporting system was a top PS priority, which prompted the eHCIR project.  The project leveraged advances in technology and other industry best practices, and included a communication strategy to educate all staff about the new system.  The first phase of the eHCIR project, which was completed and implemented statewide in April 2017, provides a streamlined user interface for web-based health care incident reporting.  It is also used to meet reporting requirements found in other policies.    For example, medication errors are now reported using the eHCIR.

The new eHCIR improves health care incident reporting by:
- Providing a single web-based location for staff to report any health care incident, including medication errors;
- Requiring less information be entered by staff;
- Incorporating user-friendly functions, such as intelligent text look-up for patient demographics, medication names and more;
- Continuing the option for staff to attach supporting documents to provide additional details about an incident.

The eHCIR has entered its second phase of development, which will provide enhanced reporting functionality, near real-time summary reports to support local patient safety surveillance, the ability to provide information directly from the health record, and additional user-friendly fields in the web-based reporting form.

Patient Safety Priority – Heat Meds Custody Report
Patients who are prescribed heat alert medications and experience prolonged exposure to heat are at a higher risk for heatstroke and other related illnesses.  CCHCS policy requires identification and monitoring of patients on these types of high-risk medications.  Health care and custody staff review a list of patients prescribed heat alert medications once a week and are expected to take action as needed to ensure the health and safety of these patients when temperatures rise.

In early 2017, the Statewide Patient Safety Committee identified a patient safety concern due to the frequency of patient transfers that suggested a need for a daily, rather than weekly, distribution of the heat alert medication patient list.  To address this concern, IMSP&P Volume 9, Chapter 34, Heat Alert Medications Procedure, is currently being revised to ensure staff have daily access to an automated Heat Meds Custody Report.  Additionally, on an annual basis, the CDCR and CCHCS prepares and distributes a Heat Plan that institutions must activate from May through October.  The 2017 Heat Plan, which was released in April 2017, includes an

announcement for the availability of the Heat Meds Custody Report.  The new report provides custody and health care staff access to real-time patient information to identify patients on heat alert medications and ensures that any new patients at the institution who have an active heat alert prescription are identified immediately.  CCHCS worked with CDCR institution leaders to ensure that the appropriate custody staff were provisioned with access to this report prior to the May 1 Heat Plan implementation date and also disseminated additional resources such as instructions on how to locate the report and how to request access for custody staff who were not provisioned previously.

## Section 4: Receiver's Delegation of Authority

Receivership Transition Plan

As of the filing of this report, the Receiver delegated to CDCR authority for the medical operations at SQ on January 25, 2017; CIW on March 10, 2017; and KVSP on May 3, 2017.  This brings the total number of institutions for which CDCR now has responsibility to 12, which represents one-third of the total number of institutions.

Access Quality Report

CCHCS' Field Operations staff continue to receive the required monthly Access Quality Report (AQR) data from institutions and publish the monthly statewide AQR.  Refer to Appendix 2, for the Executive Summary and Health Care Access Quality Report for December 2016 through March 2017.  Of note, for March 2017 the number of ducats (scheduled appointments) and add-on appointments as reported for all 35 institutions was 584,436.  This is the highest number recorded since the implementation of the AQR version 2.0 in August 2014.  Refer to Table 14 for a two year trend of the total monthly number of Ducats and Add-On Appointments for all 35 institutions.

*Table 14: Total Number of Ducats and Add-on Appointments*



Field Operations staff are working with Enterprise Information Systems, CDCR, and Information Technology Services Division, CCHCS to automate 1) the Custody Tracking Sheets used by Health Care Access Unit (HCAU) officers, and 2) the creation of each institution's monthly AQR as well as the statewide AQR.  An add-on application titled HCA was developed and is now located in the SOMS portal.  Currently, the HCAU officers are tasked with tracking and documenting on paper patients arriving and departing health care clinics.  Soon the officers will access a screen containing all health care appointments and record the data electronically.  The application stores this information in a database and easily generates the monthly reports.  Currently, the HCA application will be implemented on a trial basis for the month of May 2017 at SOL, and the month of June 2017 at CMC.  A statewide implementation plan will be developed following the trial implementation.

Custody Access to Care Success Rate

During this reporting period, a statewide AQR was published for the months of December 2016 through March 2017. The average custody *Access to Care Success Rate* for this period was 99.50 percent, above the Receiver's benchmark of 99 percent. This represents an increase of 1.18 percentage points as compared to the last reporting period which included data from August through November 2016.

Refer to Table 15 for a summary, by month, of the number of institutions failing to attain the 99 percent benchmark established in the delegation. The primary reason an institution fell below the benchmark, at the affected institutions, is attributed to an increase in the number of ducats not completed due to a modified program which resulted in the cancellation and rescheduling of health care appointments.

***Table 15: Institutions Failing to Attain the 99.00%***
***Standard for the Custody Access to Care Success Rate***



| Dec-16 | Jan-17 | Feb-17 | Mar-17 |
|---|---|---|---|
| CCWF 98.78% | | | |
| CHCF 97.97% | | | |
| COR 98.78% | CCWF 97.12% | | |
| FSP 98.82% | CHCF 98.89% | | CCC 97.30% |
| LAC 98.69% | CIW 98.10% | CMF 98.57% | CMC 98.36% |
| MCSP 98.45% | COR 97.94% | SAC 97.82% | COR 98.74% |
| VSP 97.47% | HDSP 96.73% | VSP 97.28% | LAC 98.26% |

For institutions failing to attain the benchmark, 19 Corrective Action Plans were required.

In April 2017, Corrections Services requested that DAI review the allocation of HCAU positions specifically associated with hospital guarding and medical transportation to determine if adjustments need to be made between institutions. In discussions with DAI, the review of HCAU positions will occur in the fall of 2017 and will encompass two phases. The first phase will only entail the request from Corrections Services as indicated above. In the second phase, DAI will assess all of the HCAU positions in relation to institutions' missions, physical plant, and access to care data. DAI has requested that Corrections Services be involved in this process from its initiation, rather than at its conclusion. Corrections Services will be a part of this review process through its duration and will report on progress in future Tri-Annual Reports.

Operations Monitoring Audits

During the reporting period, Field Operations staff conducted 15 HCAU Operations Monitoring Audits (OMA): one Round IV Six-Month Limited Review was conducted at CCI; one Round IV re-audit conducted at CHCF and one Round V Limited Review at CTF for failure to meet designated thresholds in one or all of the audit components; and 12 Round V Annual Audits were

conducted at designated institutions. Eleven of the 15 aforementioned audit reports have been published, the four remaining reports are currently being finalized for publication.

In an effort to elevate and provide focused attention to the critical nature of the ongoing deficiencies identified by CCHCS during the audit process, CCHCS is referring those institutions with the ongoing deficiencies (critical issues) directly to the institution's respective CDCR DAI Associate Director and CCHCS Regional Health Care Executive for review. There has been a table added to the OMA reports indicating systemic critical issues the institutions still face. Utilizing this philosophy of heightened accountability and transparency, it is incumbent upon CDCR's DAI Associate Director and the CCHCS Regional Health Care Executives to provide sufficient oversight and leadership in order to achieve sustained resolution of critical issues. During this reporting period, nine of the eleven aforementioned audits published were referred for CDCR DAI and CCHCS for a division level of review.

Corrections Services staff completed pre-delegation site reviews at two institutions during the reporting period which included CAC and PVSP. In response to these on-site review findings, the information was presented to each respective Warden and Chief Executive Officer at the conclusion of each site review.

## Section 5: Other Matters Deemed Appropriate for Judicial Review

### A.  California Health Care Facility – Level of Care Delivered

CHCF's health care leadership remains focused on ensuring the delivery of quality health care services to its patient population.  During the reporting period, CHCF remained open to intake for Enhanced Outpatient Program, Special Outpatient Program, and Department of State Hospitals admissions, as well as intake to its medical CTC and Outpatient Housing Units.  CHCF was currently at 77 percent capacity (2,356 current population; 3060 capacity).  Of the 41 provider positions at CHCF, 22 are currently filled as follows:
- Physician and Surgeon (P&S): 34 positions, 16 filled, 18 vacant
- Nurse Practitioners: 3 positions, 3 filled
- Physician Assistants (PA): 4 positions, 3 filled

### B.  Statewide Medical Staff Recruitment and Retention

As of April 30, 2017, 87 percent of the nursing positions have been filled statewide (this percentage is an average of four State nursing classifications).  More specifically, 57 percent of institutions (20 institutions) have filled 90 percent or higher of their RN positions.  This represents an increase from the previous Tri-Annual Report.  For institutions with less than 90 percent staffing rates, 37 percent (13 institutions) have filled between 80 and 89 percent of their RN positions.  Consequently, 6 percent (2 institutions) have filled less than 80 percent of their RN positions.  The goal of filling 90 percent or higher of the Licensed Vocational Nurse (LVN) positions has been achieved at 57 percent of institutions (20 institutions), which is a slight increase from the previous Tri-Annual Report.  Whereas, 20 percent (7 institutions) have filled between 80 and 89 percent of their LVN positions.  At this time, 23 percent of institutions (8 institutions) have filled fewer than 80 percent of their LVN positions.

The nursing candidate pipeline continues to be strong.  CCHCS is continuing with focused recruiting efforts including establishing partnerships to create candidate pipelines with community colleges, geographically-focused advertisement, and attending job fairs. Additionally, CCHCS has extended our presence  to professional conferences.

The examination for the Medical Assistant (MA) classification was released on March 17, 2017. As of the filing of this report, recruitment efforts consisting of collaboration with vocational trade schools to recruit new MA graduates and digital advertising efforts have generated over 2,800 interested candidates.  Five hundred candidates successfully passed the examination, ensuring a ready candidate pool for institutions.

During this reporting period, hiring-related initiatives for the nursing program continued wherein a variety of online job postings were the focus of hiring activities.  Nursing vacancies are posted on multiple websites, including www.ChangingPrisonHealthCare.org, www.Nurse.com, www.AllNurses.com, and www.nursingworld.org.  Each job posting typically represents multiple

vacancies at an institution.  CCHCS staff continues to monitor vacancy reports and job postings to ensure that vacancies are accurately represented in all job postings.

Working in support of the medical program and its hiring initiatives, P&S recruitment efforts maintained a heavy statewide presence with specific concentration on "hard to fill" institutions during this reporting period.  As one component of ensuring clinical care, CCHCS has expanded its P&S recruitment focus to more accurately reflect the Complete Care Model.  As such, in April 2017, Workforce Development launched a robust digital media campaign focused on Advanced Practice Practitioners.  However, due to the timing of these new advertising efforts, fill rates in this report will not reflect recent recruitment efforts.  As such, there has been no significant change in fill rates as of the last report.  Overall, 31 percent of institutions (11 institutions) have achieved the goal of filling 90 percent or higher of their PCP positions.  This represents a combination of P&S, Nurse Practitioner (NP), and PA classifications.  Of these 11 institutions, 6 are 100 percent filled.  However, 23 percent (8 institutions) have filled between 80 and 89 percent of their PCP positions, and 46 percent (16 institutions) have filled less than 80 percent of their PCP positions.  This represents a slight increase in the number of institutions reporting less than 80 percent fill.

As an additional component to address this trend, Human Resources moved forward with implementing a statewide plan for additional appointments, which allows clinicians in the P&S classification currently employed with the State of California to work additional positions at institutions beyond their current primary assignment.  As of the date of this report, three physicians have been hired for these additional appointments, providing relief at CMF, SVSP, and ASP.

A more accurate reflection of current recruitment efforts is best established by reviewing current candidate pipeline data for the PCP positions.  Refer to Table 16: Current Statewide Hiring Status for P&S and NP/PA, for the last week of April 2017:

*Table 16: Current Statewide Hiring Status for P&S and NP/PA*

| Institution | Pre/Post Interview Process by Institution | | Tentative Offers Accepted | | Formal Offers Accepted – Not Started | |
|---|---|---|---|---|---|---|
| | P&S | NP/PA | P&S | NP/PA | P&S | NP/PA |
| ASP | 0 | 0 | 0 | 0 | 0 | 0 |
| CAC | 0 | 0 | 0 | 0 | 0 | 0 |
| CAL | 1 | 1 | 0 | 0 | 0 | 0 |
| CCC | 1 | 0 | 0 | 0 | 0 | 0 |
| CCI | 0 | 0 | 1 | 0 | 0 | 0 |
| CCWF | 0 | 0 | 1 | 0 | 0 | 0 |
| CEN | 1 | 2 | 1 | 0 | 0 | 0 |
| CHCF | 3 | 0 | 3 | 0 | 0 | 0 |
| CIM | 0 | 0 | 0 | 0 | 0 | 0 |
| CIW | 0 | 0 | 0 | 0 | 0 | 0 |

| Institution | Pre/Post Interview Process by Institution | | Tentative Offers Accepted | | Formal Offers Accepted – Not Started | |
|---|---|---|---|---|---|---|
| | P&S | NP/PA | P&S | NP/PA | P&S | NP/PA |
| CMC | 0 | 0 | 0 | 0 | 0 | 0 |
| CMF | 2 | 4 | 0 | 0 | 0 | 0 |
| COR | 0 | 0 | 0 | 0 | 0 | 0 |
| CRC | 0 | 0 | 0 | 0 | 0 | 0 |
| CTF | 0 | 0 | 0 | 0 | 0 | 0 |
| CVSP | 0 | 1 | 0 | 0 | 0 | 0 |
| DVI | 0 | 0 | 0 | 0 | 0 | 0 |
| FSP | 0 | 0 | 0 | 0 | 0 | 0 |
| HDSP | 0 | 0 | 0 | 0 | 0 | 0 |
| ISP | 1 | 1 | 0 | 0 | 0 | 0 |
| KVSP | 0 | 0 | 0 | 0 | 0 | 0 |
| LAC | 1 | 3 | 0 | 0 | 0 | 0 |
| MCSP | 4 | 0 | 1 | 0 | 0 | 0 |
| NKSP | 0 | 0 | 0 | 0 | 0 | 0 |
| PBSP | 0 | 0 | 0 | 0 | 0 | 0 |
| PVSP | 0 | 0 | 1 | 0 | 0 | 0 |
| Regional | 6 | 8 | 0 | 0 | 0 | 0 |
| RJD | 0 | 0 | 4 | 0 | 0 | 0 |
| SAC | 2 | 0 | 0 | 0 | 0 | 0 |
| SATF | 0 | 1 | 0 | 0 | 0 | 0 |
| SCC | 0 | 0 | 0 | 0 | 0 | 0 |
| SOL | 1 | 0 | 0 | 0 | 0 | 0 |
| SQ | 4 | 0 | 0 | 0 | 0 | 0 |
| SVSP | 4 | 1 | 0 | 0 | 0 | 0 |
| Telemedicine | 6 | 27 | 3 | 1 | 0 | 0 |
| VSP | 0 | 2 | 0 | 1 | 0 | 0 |
| WSP | 0 | 0 | 0 | 0 | 0 | 0 |
| Grand Total: | 37 | 51 | 15 | 2 | 0 | 0 |

As depicted above, the Telemedicine program continues to represent our highest amount of candidate interest. Institutions that are classified as "hard to fill" continue to be, with ASP, COR, NKSP, and KVSP having no interested candidates. To address this trend, CCHCS has worked with the appropriate control agencies and Bargaining Unit 19 to obtain a 15 percent pay differential for the P&S positions at 12 institutions: ASP, CMF, COR, SAC, LAC, Mule Creek State Prison (MCSP), NKSP, KVSP, PVSP, RJD, SVSP, and SATF. This pay differential is currently being advertised and will be available effective July 1, 2017.

As a result of these efforts, CCHCS hired 10 PCPs during this reporting period. However, in that same time period, CCHCS had 21 PCPs leave their positions. Of these 21, seven left the

department for another employer, seven retired, and one is on a temporary leave of absence. Refer to Table 17: Types of PCP Separations, for a complete accounting of separations.

*Table 17: Types of PCP Separations*

| Separation Type | Count |
|---|---|
| Resignation | 7 |
| Promotion | 5 |
| Death | 1 |
| Leave of Absence | 1 |
| Retirement | 7 |
| Grand Total: | 21 |

This data, in conjunction with the numbers reflected in Table 16 showing a robust hiring pipeline, indicates that while CCHCS has improved its ability to recruit and hire PCPs, retention continues to impact our ability to maintain fill rates.

Workforce Development is continuing with various recruitment strategies to support CCHCS hiring. Job postings for P&S, NP, and PA vacancies continue to be placed online at the CCHCS' recruitment website and other online job boards, and staff continue to recruit at medical conferences. CCHCS' present and future recruitment efforts for nursing and PCP classifications include the following:

Centralized Hiring Efforts – Workforce Development continued with its centralized hiring program designed to quickly and efficiently fill P&S positions by ushering candidates through the recruiting and hiring process with a principal point of contact from initial application through first date of hire. As of April 4, 2017, the program expanded to include NP and PA. This allows the program to more efficiently recruit and hire for vacant positions at multiple levels simultaneously. Since the date of the last report, the Centralized Hiring Program has conducted 43 interviews of new P&S and NP/PA candidates and hired nine P&S and one NP candidate into State service, with an additional 16 P&S and two NP offers of employment pending final offer. Refer to Table 18: Recruitment Source of Tentative Offers and Hires, for the recruitment sources for the Centralized Hiring Program's P&S and NP/PA candidates.

*Table 18: Recruitment Source of Tentative Offers and Hires*

| Recruitment Source | Candidates with Tentative Offers | | Hired Candidates | |
|---|---|---|---|---|
| | P&S | NP/PA | P&S | NP/PA |
| Advertising | 14 | 2 | 7 | 1 |
| Conference | 1 | 0 | 1 | 0 |
| Referral | 1 | 0 | 1 | 0 |
| Grand Total: | 16 | 2 | 9 | 1 |

<u>Digital Recruitment Marketing</u> – In addition to traditional print advertising and attendance at professional conferences, Workforce Development has increased CCHCS' digital exposure through the use of web banners, job postings, and a solid presence on social media.  In addition to CCHCS' continued presence on Indeed and PracticeLink, Workforce Development has updated the CCHCS Careers Facebook Page and created posts throughout this reporting period to promote CCHCS' presence at professional conferences and recognize clinical staff on health care recognition days.  A CCHCS Career Page on LinkedIn has also been developed and promotes vacancies and general information about working at CCHCS.

These efforts have not only increased CCHCS' brand awareness and promotion of correctional medicine as a viable career opportunity, they resulted in an increase in candidates.  During this reporting period, Workforce Development received 49 P&S candidates and 52 NP and PA candidates from Indeed; seven P&S candidates and one PA candidate from LinkedIn; and 14 P&S candidates from PracticeLink.

<u>Recruitment of Medical Residents</u> – In conjunction with current P&S recruiting efforts, and to proactively provide a pathway for new physicians to view correctional medicine as a viable career option, Workforce Development continues to place targeted print and digital advertisements to recruit medical residents.  Workforce Development will be exhibiting in June 2017 at CareerMD Career Fairs in Sacramento and Fresno.  Attendees at these events are generally younger and include both medical school students and residents.  Additionally, both event locations should draw populations from the University of California, Davis; University of California, San Francisco; and California State University, Fresno.

Of the two residents who were engaged with CCHCS as of the date of the last Tri-Annual Report, one is currently in the hiring process with CHCF, while the other has withdrawn from consideration.  An additional resident recently entered the candidate pipeline and is interviewing in May 2017 at SQ.

<u>Visa Sponsorship Program</u> – The Visa Sponsorship program provides opportunities for CCHCS to recruit and hire international clinicians who have been trained in the United States and wish to remain and practice in this country.  CCHCS is a cap exempt employer, which allows the department to sponsor H-1B nonimmigrant visas year round.  This provides targeted recruitment opportunities to hire clinicians working for other United States employers and clinician-students who are in the United States completing their education.  Additionally, CCHCS also sponsors J-1 Waivers, TN, National Interest Waivers, and petitions leading to permanent resident status.

Currently, CCHCS sponsors 14 employees in the Visa Sponsorship process at five different institutions.  Refer to Charts 1 and 2 for a break out by classification and location.  The process is typically dominated by mental health classifications due to the national shortage of mental health care providers.  The one P&S that CCHCS sponsors is servicing SATF.  However, to continue and expand this program within the confines limited by the federal system, CCHCS includes language promoting Visa Sponsorship in all advertising for the P&S and NP/PA classifications and targeted recruitment of medical residents.

*Chart 1. Visa Sponsorship by Classifications*



*Chart 2. Visa Sponsorship by Institutions*



<u>Professional Conferences</u> – Workforce Development continues to identify professional health care conferences where CCHCS can have a presence either in-person with an exhibitor booth or remotely through sponsorships and other promotional opportunities.  During this reporting period, Workforce Development attended two California-based 2017 conferences for the P&S classification, one out-of-state P&S conference, and one out-of-state conference for correctional health care professionals.  From these conferences, we engaged with 40 physicians and one nurse

practitioner interested in joining CCHCS. These leads were then sent to the Centralized Hiring Program for follow-up. Workforce Development will be attending three California-based P&S conferences during the summer of 2017. Our continuing presence at these conferences allows CCHCS to increase name recognition and brand awareness among both attendees and the health care community. Furthermore, recruitment opportunities at these events are more personal, allowing CCHCS to speak directly to potential candidates.

<u>Educational Programs Within Our Institutions</u> – As of this reporting period, CCHCS has 61 active educational rotation programs within 16 locations (15 institutions and Central Fill Pharmacy). Workforce Development is working directly with the medical program to develop and implement statewide standards for our health care student rotations in order to improve ease of access to institutional clinics and improve consistency for students and institutional leadership. This will then be used as the model for other programs moving forward. As a component of this, Workforce Development is developing processes to maintain contact with these students as they continue with their education and convert them to employees upon graduation and obtaining appropriate licensure. Refer to Table 19: Location of Education Programs for Medical and Nursing Programs, which depicts the 13 medical and nursing educational rotation programs and where they are located.

*Table 19: Location of Education Programs for Medical and Nursing Programs*

| Medical Program | Location | Number of Programs |
|---|---|---|
| Physician and Surgeon | | 8 |
| | CIM | 1 |
| | CIW | 1 |
| | CRC | 1 |
| | LAC | 1 |
| | MCSP | 1 |
| | RJD | 2 |
| | SQ | 1 |
| Nurse Practitioner | | 2 |
| | SQ | 1 |
| | RJD | 1 |
| Total | | 10 |
| Nursing Program | Location | Number of Programs |
| Supervising Registered Nurse | | 1 |
| | KCSP | 1 |
| Registered Nurse | | 1 |
| | RJD | 1 |
| Total | | 2 |
| Grand Total: | | 12 |

Exit Survey – The CCHCS exit survey was implemented statewide on May 2, 2017.  The survey measures organizational issues most commonly recognized to influence job satisfaction.  The process was expanded to include an exit interview.  This will allow complete engagement with staff as they leave CCHCS to begin to determine the reasons why turnover continues to be a primary concern for maintaining fill rates within CCHCS in addition to positive aspects of working for CCHCS.  The quantitative assessment of these factors will better position CCHCS to address organizational issues and will inform future recruitment messaging.

Military Outreach – In an effort to promote CCHCS as an employer of choice to current military health care professionals and those working or seeking employment with federal agencies, including the Department of Veterans Affairs, Workforce Development has expanded their recruitment advertising to this audience.  These efforts include print and digital presence via AMSUS – The Society of Federal Health Professionals' bi-monthly journal *Military Medicine*, Military Officers Association of America's monthly journal *Military Officer*, and the official journal of the Uniformed Services Academy of Family Physicians *Uniformed Family Physician*.  Additionally, CCHCS will be exhibiting at AMSUS' annual meeting in Baltimore, Maryland, November 26 – 29, 2017.  This event draws over 1,000 attendees comprised of federal, public, and private sector health care professionals.  Future efforts will include leveraging the military relationships that many of CCHCS' current physicians have with their respective branches of service.

Correctional Medicine Fellowship Program – After careful review, CCHCS has opted to not move forward with this effort.  The medical program is currently focusing its efforts on educational outreach to medical, nurse practitioner, and physician assistant students.

These combined efforts (e.g., Visa Sponsorship Program, outreach advertisement, educational programs, and centralized hiring) will help ensure that CCHCS has a consistent pipeline of quality physician candidates to fill vacancies as they arise and enhance CCHCS' image as a competitive employer of choice.

For additional details related to vacancies and retention, refer to the Human Resources Recruitment and Retention Reports for January through April 2017.  These reports are included as Appendix 3.  Included at the beginning of each Human Resources Recruitment and Retention Report are maps which summarize the following information by institution:  Executive Leadership Filled Percentage and Turnover Rate, Clinical and Nursing Management Filled and Turnover Rate, PCPs Filled Percentage and Turnover Rate, Nursing Filled Percentage and Turnover Rate, and Pharmacy Filled Percentage and Turnover Rate.

## C.  Coordination with Other Lawsuits

Meetings between the three federal courts, *Plata, Coleman,* and *Armstrong* (Coordination Group) class actions have occurred periodically.  A Coordination Group meeting was held on February 15, 2017.

**D. Master Contract Waiver Reporting**

On June 4, 2007, the Court approved the Receiver's Application for a more streamlined, substitute contracting process in lieu of State laws that normally govern State contracts. The substitute contracting process applies to specified project areas identified in the June 4, 2007, Order and in addition to those project areas identified in supplemental orders issued since that date. The approved project areas, the substitute bidding procedures, and the Receiver's corresponding reporting obligations are summarized in the Receiver's Seventh Quarterly Report and are fully articulated in the Court's Orders, and therefore, the Receiver will not reiterate those details here.

During the reporting period, the Receiver has not used the substitute contracting process for any solicitations relating to services to assist the Office of the Receiver in the development and delivery of constitutional care within CDCR and its prisons.

**E. Consultant Staff Engaged by the Receiver**

The Receiver engaged attorney Stephen Stwora-Hail with the law firm of Cohen Durrett, LLP in a sole source contract to provide legal services and counsel for leases, construction contracts and related matters pertaining to leased buildings during this reporting period. Mr. Stwora-Hail provided the same services under a prior Receiver contract, but had changed law firms. To ensure continuity of services from the same attorney given his subject matter expertise on these leases and contracts, a new contract was executed with the attorney's new firm.

**F. Accounting of Expenditures**

   **1. Expenses**
   The total net operating and capital expenses of the Office of the Receiver for the four month period from January through April 2017 were $489,307 and $0.00, respectively. A balance sheet and statement of activity and brief discussion and analysis is attached as Appendix 4.

   **2. Revenues**
   For the months of January through April 2017, the Receiver requested transfers of $400,000 from the State to the California Prison Health Care Receivership Corporation (CPR) to replenish the operating fund of the office of the Receiver. Total year-to-date funding for the FY 2016–17 to CPR from the State of California is $1,025,000.

   All funds were received in a timely manner.