# TABLE OF APPENDICES

1    Performance Improvement Plan 2016-2018

2    Executive Summary & Health Care Access Quality Reports – December 2016 through March 2017

3    Human Resources Recruitment and Retention Reports – January through April 2017

4    CPR Financial Statements – January through April 2017