XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **STIPULATION REGARDING ADDENDUM TO PROGRAM GUIDE REGARDING TRANSFER TIMEFRAMES** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

The parties, with the concurrence of the Special Master, stipulate as follows:

On April 19, 2017, the Court entered an order directing the parties to "meet and confer under the supervision of the Special Master to develop an addendum to the Program Guide that identifies circumstances under which time after an inmate-patient is referred to inpatient mental health care should be excluded from Program Guide timelines for transfer to such care and timelines for completion of the referral process when such circumstances are present." (ECF No.

1

5610.)  The Court further directed the parties to complete and submit the addendum to the Court for review and final approval within forty-five days.  (*Id.*)

The parties have met and conferred and, under the supervision of the Special Master, stipulate as follows:

1.  The Mental Health Services Delivery System 2009 Program Guide sets forth transfer timeframes for admission to inpatient facilities.  The Program Guide requires that inmates be admitted to an acute-care program within ten days of referral and an intermediate-care program within thirty days of referral.  (Program Guide at 12-1-16.)  On occasion, transfer timeframes cannot be met due to circumstances outside Defendants' control.

2.  The parties agree, based on recommendations from the Special Master, that the following three categories warrant exceptions to the Program Guide transfer timeframes for inpatient mental health care: (1) an inmate-patient is physically unavailable for transfer to a psychiatric inpatient program (acute and intermediate care facility) due to being ordered to appear in state or federal courts, necessitating transfer either out of the institution or to an institution nearest the court; (2) an inmate has a medical issue that cannot be treated at a psychiatric inpatient program and that is more urgent than his or her need for inpatient mental health treatment, which then causes a delay in the transfer to an inpatient bed; and (3) circumstances outside of Defendants' control, and other than the preceding-enumerated exceptions, which cause a delay in transfer to a psychiatric inpatient program beyond the Program Guide timelines.

3.  Tracking and Reporting of Exceptions to Inpatient Transfer Timeframes.  Defendants track inmate-transfers to inpatient beds on a daily basis and collaborate between mental health, custody, Health Care Placement Oversight Program, and DSH in order to ensure expeditious patient movement.  Defendants shall develop tracking for all patients who exceed timeframes and will, by the fifteenth of each month, report admissions and exception activity for the previous calendar month.  The monthly report shall include inmate-specific details to support reported exceptions to the Program Guide transfer timeframes.  Defendants will provide a template for this reporting to the Special Master and Plaintiffs for comment prior to finalizing it.

2

Stipulation and [Prop. Order] Re Addendum to Program Guide Transfer Timeframes (2:90-cv-00520 KJM-DB (PC))

4. For the following five months, from June through October, the parties shall meet and confer in a monthly telephone conference, under the supervision of the Special Master, to review the exceptions to the inpatient transfer timeframes reported for the prior month. In advance of each monthly call, Defendants shall provide the Special Master and Plaintiffs, in writing, individualized detail explaining the circumstances of the claimed exceptions to the extent that such detail is not provided in Defendants' monthly filing. The purpose of the monthly call is to (a) review Defendants' application of the individual inmate exceptions and refine the precise contours of the above-enumerated three exceptions; and (b) develop timelines for the completion of the referral process following resolution of the reason for the delay in transfers to inpatient care. No fines shall accrue for inmates who qualify for one of the above-enumerated exceptions. At the end of the five-month period, the parties shall jointly propose language for an addendum to the Program Guide consistent with the Court's April 19, 2017 Order at 13-14, including timelines for completion of the referral process when the relevant exceptions are present.

IT IS SO STIPULATED.

Dated: June 5, 2017

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

*/s/ Lisa Ells*
LISA ELLS
*Attorney for Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: _____, 2017.

_____
KIMBERLY J. MUELLER
Judge, United States District Court

3

Stipulation and [Prop. Order] Re Addendum to Program Guide Transfer Timeframes (2:90-cv-00520 KJM-DB (PC))