| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>JANE E. KAHN – 112239<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>JENNIFER L. STARK – 267062<br>KRISTA STONE-MANISTA – 269083<br>JESSICA WINTER – 294237<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>50 Fremont Street, 19th Floor<br>San Francisco, California 94105-2235<br>Telephone: (415) 433-6830 |
| RANJINI ACHARYA – 290877<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California 94111-4805<br>Telephone: (415) 621-2493 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE PROGRAM GUIDE ADDENDUM RE MENTAL HEALTH CRISIS BED EXCEPTIONS; ORDER THEREON**<br><br>Judge: Hon. Kimberly J. Mueller |

### STIPULATION AND REQUEST

On April 19, 2017, this Court issued an order directing the parties and Special Master to convene a "workgroup to focus on outstanding issues related to compliance with the Program Guide timeline for transfer to mental health crisis beds." ECF No. 5610 at 14:25-27. As part of that workgroup, the Court directed the parties to develop and file,

Case No. 2:90-CV-00520-KJM-DB
STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE PROGRAM GUIDE ADDENDUM RE
MENTAL HEALTH CRISIS BED EXCEPTIONS; ORDER THEREON

[3135779.3]

within 45 days from the date of that Order, "an addendum to the Program Guide that identifies exclusions, if any, to the Program Guide timeline for transfer to mental health crisis bed care." *Id.* at 15:8-11. The Court's order also requires the parties to file a joint report regarding the outcomes of the workgroup by July 28, 2017, in advance of a hearing on mental health crisis bed issues set for August 29, 2017. *Id.* at 15:1-7.

The parties have conferred and agree that additional time is necessary for the workgroup to prepare the addendum to the Program Guide regarding mental health crisis bed transfers. The parties therefore propose to file the mental health crisis bed Program Guide addendum together with the workgroup joint report, on July 28, 2017, rather than on June 2, 2017, as is currently required by the Court's order. The parties have also conferred with the Special Master, and he has agreed to this stipulated extension of time.

The parties, in agreement with the Special Master, therefore jointly request that the deadline for the parties to file the addendum regarding "exclusions, in any, to the Program Guide timeline for transfer to mental health crisis bed care" (ECF No. 5610 at 15:8-11) be moved to July 28, 2017.

DATED: May 26, 2017         ROSEN BIEN GALVAN & GRUNFELD LLP

                            By: */s/ Krista Stone-Manista*
                                Krista Stone-Manista

                            Attorneys for Plaintiffs


DATED: May 26, 2017         XAVIER BECERRA, ATTORNEY GENERAL
                            FOR THE STATE OF CALIFORNIA

                            By: */s/ Elise Owens Thorn*
                                Elise Owens Thorn
                                Deputy Attorney General

                            Attorneys for Defendants

2   Case No. 2:90-CV-00520-KJM-DB
STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE PROGRAM GUIDE ADDENDUM RE
MENTAL HEALTH CRISIS BED EXCEPTIONS; ORDER THEREON

[3135779.3]

**ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: June 8, 2017
*nunc pro tunc* June 2, 2017.

_____
UNITED STATES DISTRICT JUDGE

3  Case No. 2:90-CV-00520-KJM-DB
STIPULATED REQUEST FOR EXTENSION OF TIME TO FILE PROGRAM GUIDE ADDENDUM RE MENTAL HEALTH CRISIS BED EXCEPTIONS; ORDER THEREON

[3135779.3]