MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, Nineteenth Floor
San Francisco, California 94105-7104
Telephone: (415) 433-6830

RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. 2:90-cv-00520-KJM-DB <br><br> **STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2017** <br><br> Judge: Hon. Deborah Barnes |

[3138090.2]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the First Quarter of 2017 to Defendants via overnight delivery on April 28, 2017. The parties completed their meet and confer process on June 7, 2017. The parties have resolved all disputes regarding fees and costs for the First Quarter of 2017, with an agreement to reduce claimed amounts to a total of $542,933.79 calculated at a rate of $219 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

        THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $542,933.79 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from June 1, 2017 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

        IT IS SO STIPULATED.

DATED: June 7, 2017　　　　　　　　　*/s/ Elise Thorn*
　　　　　　　　　　　　　　　　　　　Elise Thorn
　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants


DATED: June 7, 2017　　　　　　　　　*/s/ Lisa Ells*
　　　　　　　　　　　　　　　　　　　Lisa Ells
　　　　　　　　　　　　　　　　　　　ROSEN BIEN GALVAN & GRUNFELD LLP
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs


        IT IS SO ORDERED.

Dated: June 8, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE