1  XAVIER BECERRA
   ATTORNEY GENERAL
2  WILLIAM C. KWONG
   ACTING SENIOR ASSISTANT ATTORNEY GENERAL
3  DANIELLE F. O'BANNON
   JAY C. RUSSELL
4  Supervising Deputy Attorneys General
   ELISE OWENS THORN, State Bar No. 145931
5  CHRISTINE M. CICCOTTI, State Bar No. 238695
   CHAD A. STEGEMAN, State Bar No. 225745
6  TYLER V. HEATH, State Bar No. 271478
   Deputy Attorneys General
7    1300 I Street, Suite 125
     P.O. Box 944255
8    Sacramento, CA 94244-2550
     Telephone: (916) 324-4921
9    Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
10 *Attorneys for Defendants*

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE EASTERN DISTRICT OF CALIFORNIA

13                   SACRAMENTO DIVISION

14

15

16 | **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |

17 |                    Plaintiffs, | **DEFENDANTS' CENSUS AND** |
                                      **WAITLIST REPORTS FOR INPATIENT**
18 |         **v.**                | **MENTAL HEALTH CARE** |

19 | **EDMUND G. BROWN JR., et al.,** |

20 |                    Defendants. |

21

22

23        On October 13, 2015, the Court ordered Defendants California Department of Corrections

and Rehabilitation (CDCR) and Department of State Hospitals (DSH) to begin filing, on a
24

25 monthly basis, three templates that capture data concerning patient census and waitlists for

inpatient mental health care. (ECF No. 5367.) Defendants have filed monthly census and
26

waitlists reports for inpatient mental health care since that time.
27

28

                                        1

1   The templates for the monthly census and waitlists reports have been modified twice since

2   the October 13, 2015 order.  The first modification occurred on June 24, 2016, when the Court

3   approved and ordered a stipulation by the parties modifying the initial templates for the monthly

4   inpatient reports.  (ECF No. 5458.)  The second modification occurred on April 19, 2017, when

5   the Court approved the monthly census and inpatient waitlists report templates submitted to the

6   Court on March 15, 2017 (ECF No. 5577), subject to further modifications.  (ECF No. 5610.)

7   Specifically, the Court ordered Defendants to include in the monthly report (1) the total number

8   of inmate-patients, if any, who waited beyond Program Guide timelines for transfer to an acute

9   inpatient mental health care program; (2) the total number of inmate-inpatients, if any, who

10  waited beyond Program Guide timelines for transfer to an Intermediate Care Facility mental

11  health care program; (3) the number of days each inmate-patient waited beyond Program Guide

12  timelines; and (4) the total number of inmate-patient wait days for the month (category (1) plus

13  category (2) plus category (3)).  (ECF No. 5610 at 10.)  While Defendants include this

14  information as specifically directed by the Court's Order, the data the Court requests pertains to

15  referrals prior to the final May 15, 2017 date designated for compliance.  (*Id.* at 13 ¶ 1.)

16  Defendants clarify that the data reported in this report is for the May 1 through May 31 time-

17  period, a portion of which precedes the May 16, 2017 date when the Court indicated contempt

18  sanctions will begin to accrue.  (*Id.* at 10 and 14 ¶ 5.)

19      A letter from Defendants CDCR and DSH is attached enclosing the following census and

20  inpatient reports, as modified under the April 19, 2017 order:  (1) the DSH *Coleman* Patient

21  Census and Waitlist Report (Exhibit A); (2) the CDCR Psychiatric Inpatient Programs (PIP)

22  *Coleman* Patient Census and Waitlist Report (Exhibit B); (3) the CDCR  Mental Health Crisis

23  Bed Patient Census and Waitlist Report (Exhibit C); (4) the current Psychiatric Inpatient

24  Programs Census Report (Exhibit D); (5) the DSH Inpatient Programs Timelines Compliance

25  Report (Exhibit E); and (6) CDCR's Inpatient Programs Timelines Compliance Report (Exhibit

26  F).[1]

---

27  [1] On June 13, 2017, under the stipulation and order entered on June 8, 2017, Defendants
28  provided the templates for reporting the inmates transferred beyond Program Guide timeframes

(continued…)

1

2

Dated:  June 15, 2017

Respectfully submitted,

3

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

_____
(…continued)
and the data supporting any claimed exceptions.

3

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                      EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



June 15, 2017

Danielle F. O'Bannon
Elise Owens Thorn
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' MONTHLY CENSUS AND WAITLISTS REPORTS FOR
        INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) submit their monthly information on patient census and waitlists for inpatient mental health care.

The DSH *Coleman* Patient Census and Waitlist Report, attached as Exhibit A, is based on data from the DSH Bed Utilization Management report. The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report (Exhibit B), the CDCR Mental Health Crisis Bed Patient Census and Waitlist Report (Exhibit C), and the Defendants' Psychiatric Inpatient Programs Census Report (Exhibit D), are based on data from CDCR's tracking software, the Referrals to Inpatient Programs Application (RIPA). DSH's Psychiatric Inpatient Timelines Compliance Report is attached as Exhibit E, and is based on data from the DSH Bed Utilization Management report. CDCR's Psychiatric Inpatient Timelines Compliance Report is attached as Exhibit F, and is based on data from RIPA. The reports attached as Exhibits A through D reflect data collected daily at a single point in time and, as a result, should not be used for purposes outside of the reports. The reports attached as Exhibits E and F are compliance reports from DSH and CDCR, both of which include requested compliance data for all referrals to inpatient care for the month of May 2017, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16. Because CDCR and DSH use different reporting systems, the same referral data is presented in different formats. By way of comparison, inmate-specific details for the transfer timeframe exceptions are provided in the comment section of the CDCR compliance report. By agreement between the parties and the Special Master, CDCR and DSH will work to reconcile the reporting formats and will discuss the reported exceptions in detail in meetings to be scheduled with the Special Master over the next five months.

Sincerely,

*/s/ Katherine Tebrock*                                            */s/ Pam Ahlin*

KATHERINE TEBROCK                                             PAM AHLIN
Deputy Director                                                      Director
Statewide Mental Health Program                        Department of State Hospitals

# Exhibit A

State of California

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 North Street, Room 420
Sacramento, CA 95814

EDMUND G. BROWN JR., Governor

# DSH CDCR Patient Census and Waitlist Report
Data as of: 5/22/2017

## Acute Care Patients

| DSH Facility - Acute | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist — Referrals Pending Review | Accepted Referrals[8] — CDCR Direct[4] | Accepted Referrals[8] — DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Atascadero[6] | - | 0 | 0 | 0 | 0 | 0 | | | | |
| Stockton | 154 | 135 | 4 | 5 | 10 | 0 | | | | |
| Vacaville | 218 | 191 | 27 | 0 | 0 | 0 | | | | |
| **Total** | **372** | **326** | **31** | **5** | **10** | **0** | **11** | **37** | **0** | **48** (Includes 3 Waiting >10 Days) |

## Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist — Referrals Pending Review | Accepted Referrals — CDCR Direct[4] | Accepted Referrals — DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Atascadero[6] | 256 | 179 | 0 | 0 | 0 | 77 | | | | |
| Coalinga | 50 | 44 | 1 | 0 | 0 | 5 | | | | |
| **Total** | **306** | **223** | **1** | **0** | **0** | **82** | **1** | **5** | **0** | **6** (Includes 0 Waiting >30 Days) |

## Intermediate Care Low Custody - Unlocked Dorms - Female

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist — Referrals Pending Review | Accepted Referrals — CDCR Direct[4] | Accepted Referrals — DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Patton[7] | 30 | 0 | 0 | 0 | 0 | 30 | | | | |
| **Total** | **30** | **0** | **0** | **0** | **0** | **30** | **0** | **0** | **0** | **0** (Includes 0 Waiting >30 Days) |

## Intermediate Care Low Custody - Locked Dorms

| DSH Facility - Locked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist — Referrals Pending Review | Accepted Referrals — CDCR Direct[4] | Accepted Referrals — DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Vacaville | 84 | 59 | 0 | 0 | 0 | 25 | | | | |
| **Total** | **84** | **59** | **0** | **0** | **0** | **25** | **0** | **0** | **3** | **3** (Includes 0 Waiting >30 Days) |

## Intermediate Care High Custody

| DSH Facility - High Custody | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist — Referrals Pending Review | High Custody Accepted Referrals[9] — CDCR Direct[4] | High Custody Accepted Referrals[9] — DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Salinas Valley Multiperson Cells | 44 | 30 | 0 | 0 | 0 | 14 | | | | |
| Salinas Valley Single Cells | 202 | 189 | 11 | 2 | 0 | 0 | | | | |
| Stockton Single Cells | 360 | 348 | 1 | 7 | 4 | 0 | | | | |
| Vacaville Single Cells | 94 | 94 | 0 | 0 | 0 | 0 | | | | |
| **Total** | **700** | **661** | **12** | **9** | **4** | **14** | **2** | **24** | **7** | **33** (Includes 0 Waiting >30 Days) |

[1] Beds on hold are assigned for internal patient movement (e.g., transfers to LRH, level of care transfers) and patients waiting to transfer to DSH.
[2] Redlined beds are temporarily unavailable due to repairs.
[3] Medical isolation rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.
[4] Includes CDCR patients that are waiting for transfer to DSH for inpatient treatment.
[5] Includes CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfers).
[6] Of the 179 patients currently residing at DSH-A, 0 are in the Acute program.
[7] Beds at DSH-P are for female patients only. There is currently no waitlist for DSH-P.
[8] Acute Accepted Referrals include 1 patient currently on CDCR hold.
[9] High Custody Accepted Referrals include 1 patient currently on CDCR hold.

Source: BUMMs

# Exhibit B

**CDCR Psychiatric Inpatient Programs (PIP)**
*Coleman* **Patient Census and Waitlist Report as of**
**May 22, 2017**

| CDCR Female Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 40 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| Total | 45 | 40 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 |

| CDCR Male Condemned Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 40 | 36 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 |
| Total | 40 | 36 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 |

# Exhibit C

**CDCR Mental Health Crisis Bed**
*Coleman* **Patient Census and Waitlist Report as of**
**May 22, 2017**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 427 | 367 | 5 | 55 | 32 | 25 | 17 |
| Female Programs | 22 | 16 | 0 | 6 | 13 | 2 | 10 |
| Totals | 449 | 383 | 5 | 61 | 45 | 27 | 27 |

CCHCS, Health Care Placement Oversight Program

# Exhibit D

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 05/22/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| DSH-Vacaville | 218 | No Score: | 10 |
| | | Level I: | 11 |
| | | Level II: | 40 |
| | | Level III: | 34 |
| | | Level IV | 93 |
| | | **Total Census:** | **188** |
| DSH-Stockton | 154 | No Score: | 15 |
| | | Level I: | 5 |
| | | Level II: | 25 |
| | | Level III: | 22 |
| | | Level IV | 68 |
| | | **Total Census:** | **135** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| **Totals for Male Acute** | **372** | | **323** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| DSH-Stockton | 360 | No Score: | 28 |
| | | Level I: | 11 |
| | | Level II: | 65 |
| | | Level III: | 62 |
| | | Level IV | 182 |
| | | **Total Census:** | **348** |
| | | *Total out of LRH:* | *164* |
| DSH-Vacaville | 94 | No Score: | 1 |
| | | Level I: | 5 |
| | | Level II: | 20 |
| | | Level III: | 22 |
| | | Level IV | 46 |
| | | **Total Census:** | **94** |
| | | *Total out of LRH:* | *64* |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 05/22/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| DSH-Salinas Valley | 202 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 29 |
| | | Level III: | 43 |
| | | Level IV | 110 |
| | | PC 1370: | 5 |
| | | WIC 7301: | 2 |
| | | **Total Census:** | **190** |
| | | *Total out of LRH:* | *137* |
| DSH-Salinas valley Multi-person cells | 44 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 2 |
| | | Level III: | 11 |
| | | Level IV | 15 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **30** |
| | | *Total out of LRH:* | *7* |
| **Totals for Male ICF High Custody** | **700** | | **662** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| DSH-Vacaville Dorms | 84 | No Score: | 2 |
| | | Level I: | 3 |
| | | Level II: | 17 |
| | | Level III: | 15 |
| | | Level IV | 19 |
| | | **Total Census:** | **56** |
| | | *Total out of LRH:* | *10* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 10 |
| | | Level II: | 102 |
| | | Level III: | 37 |
| | | Level IV | 30 |
| | | **Total Census:** | **179** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 23 |
| | | Level III: | 11 |
| | | Level IV | 8 |
| | | **Total Census:** | **44** |
| **Totals for Male ICF Low Custody** | **390** | | **279** |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 05/22/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Condemned Program** | | | |
| San Quentin-PIP | 40 | **Total Census:** | **36** |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| California Institution for Women-PIP | 45 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 15 |
| | | Level III: | 4 |
| | | Level IV | 19 |
| | | **Total Census:** | **40** |
| **Totals for Female ICF/Acute** | **75** | | **40** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1577** | | **1340** |

❖ **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Programs:** Acute beds at DSH-Vacaville and DSH-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for DSH-Salinas Valley Multi-person Cells.

❖ **Female Programs:** Female inpatient programs are not designated as high or low custody, and custody levels are not a consideration in placement.

# Exhibit E

State of California

EDMUND G. BROWN JR., Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

## DSH Psychiatric Inpatient Timelines Compliance Report
### Patients Admitted May 1 through May 31, 2017 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[4] | Days Waited Outside Program Guide Timelines[5] |
|---|---|---|
| Intermediate Care Admissions | 6 | 34 |
| Acute Care Admissions | 16 | 169 |
| **Subtotal** | **22** | **203** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 10 | 152 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 4 | 32 |
| Exceptions to Program Guide Timelines - Patient Was Admitted Prior to May 16[3] | 3 | 7 |
| **Total Excluding Exceptions to Program Guide Timelines** | **5** | **12** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfer).

[3]Includes exceptions to the Program Guide timelines for days waited outside program guide timelines that occurred prior to May 16, 2017.

[4]For intermediate patient care, includes patients admitted in May 2017 who waited greater than 30 days from the DSH referral received date.    For acute patient care, includes patients admitted in May 2017 who waited greater than 10 days from the DSH referral received date.

[5]For intermediate patient care, includes the total number of days patients admitted in May 2017 waited beyond 30 days from the DSH referral received date.    For Acute patient care, includes the total number of days patients admitted May 2017 waited beyond 10 days from the DSH referral received date.

Source: BUMMs



EDMUND G. BROWN JR., Governor

State of California

# DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

## DSH Psychiatric Inpatient Timelines Compliance Report
Patients Admitted May 1 through May 31, 2017 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Number of Days Waited Beyond Program Guide Timelines | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason |
|---|---|---|---|---|---|---|
| | | Internal | 8 | 8 | 0 | Internal Referral |
| | | Internal | 12 | 12 | 0 | Internal Referral |
| | | Direct | 1 | 1 | 0 | Medical Hold |
| | | Internal | 5 | 5 | 0 | Internal Referral |
| | | Internal | 7 | 7 | 0 | Internal Referral |
| | | Direct | 1 | 0 | 1 | Internal Referral |
| **Total Number of Patients Waiting Over 30 Days** | **6** | **Total Number of Days All Patients** | **34** | **33** | **1** | |

*Patients Admitted to Acute Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Number of Days Waited Beyond Program Guide Timelines | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|
| | | Direct | 1 | 0 | 1 | |
| | | Direct | 11 | 11 | 0 | Medical Hold[1] |
| | | Direct | 4 | 4 | 0 | Days Occurred Prior to May 16 |
| | | Direct | 2 | 0 | 2 | |
| | | Direct | 2 | 2 | 0 | Days Occurred Prior to May 16 |
| | | Direct | 4 | 0 | 4 | |
| | | Direct | 9 | 9 | 0 | Medical Hold |
| | | Direct | 9 | 9 | 0 | Medical Hold |
| | | Direct | 1 | 1 | 0 | Days Occurred Prior to May 16 |
| | | Direct | 26 | 26 | 0 | Medical Hold[1] |
| | | Direct | 37 | 37 | 0 | Medical Hold[1] |
| | | Direct | 7 | 7 | 0 | Medical Hold[1] |
| | | Direct | 25 | 25 | 0 | Medical Hold[1] |
| | | Direct | 2 | 2 | 0 | Medical Hold[1] |
| | | Direct | 25 | 25 | 0 | Medical Hold[1] |
| | | Direct | 4 | 0 | 4 | |
| **Total Number of Patients Waiting Over 10 Days** | **16** | **Total Number of Days All Patients** | **169** | **158** | **11** | |

[1] These referrals were counted as exceptions due to medical holds. In addition, the days waited outside program guide timelines for these referrals occurred prior to May 16, 2017.

Source: BUMMs

# Exhibit F

**CDCR INPATIENT PROGRAM REFERRALS:**
**COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS**
**ADMITTED OR CLOSED IN MAY 2017[1]**

| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [2] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole | Exceptions to Program Guide Timeframes [3] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
|---|---|---|---|---|---|---|---|
| Intermediate (ICF) | 74 | 65 | 3 | 6 | 2 | 1 | 1 |
| Acute (APP) | 146 | 130 | 15 | 1 | 11 | 4 | 11 |
| TOTALS | 220 | 195 | 18 | 7 | 13 | 5 | 12 |

[1] These numbers only reflect new ICF or APP referrals from CDCR IDTTs. These numbers do not include pending step-downs/internal transfers that are already receiving treatment in an inpatient program.

[2] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the referral is sent to the inpatient program (which is deemed the same day of receipt by the inpatient program).

[3] Exceptions to the Program Guide timeframes in this report include those referred that are on out-to-court status, out-to-hospital status, and/or on medical holds, as well as those that were admitted prior to May 16, 2017.

Data Source: Referrals to Inpatient Programs Application (RIPA)

CCHCS, Health Care Placement Oversight Program

## DETAIL OF APP REFERRALS OUT OF COMPLIANCE

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | IDTT Referral Date | Referral Received Date by MH IRU | Date Referral Sent to DSH/PIP (Program Guide Timeframe Start) | DSH/PIP Decision | DSH/PIP Decision Date (HCPOP Time Starts) | DSH/PIP LOC Determination | HCPOP LOC Determination | HCPOP LBH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Days from Referral to DSH/PIP and Admission | Within Program Guide Timeframes? | Referral Status | Days over Program Guide Timeframe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | SVSP | (redacted) | (redacted) | MHCB | 05/10/2017 | 05/12/2017 | 05/12/2017 | Accept | 05/15/2017 | APP | Acute / preliminary Multi Person Cell | 05/15/2017 | APP-VPP | 05/15/2017 14:37:00 | 05/16/2017 09:03:00 | APP-VPP | 05/23/2017 15:29:00 | | 11 | N | Admitted | 1 |
| APP | CIM | (redacted) | (redacted) | MHCB | 05/10/2017 | 05/11/2017 | 05/11/2017 | Accept | 05/12/2017 | APP | Acute / preliminary Single Cell | 05/12/2017 | APP-VPP | 05/12/2017 15:38:00 | 05/15/2017 15:16:00 | APP-VPP | 05/23/2017 15:38:00 | | 12 | N | Admitted | 2 |
| APP | CHCF | (redacted) | (redacted) | MHCB | 04/27/2017 | 05/05/2017 | 05/09/2017 | Accept | 05/10/2017 | APP | Acute / preliminary Multi Person Cell | 05/10/2017 | APP-VPP | 05/10/2017 15:00:00 | 05/17/2017 16:10:00 | APP-VPP | 05/23/2017 15:46:00 | | 14 | N | Admitted | 4 |
| APP | CHCF | (redacted) | (redacted) | MHCB | 05/05/2017 | 05/09/2017 | 05/09/2017 | Accept | 05/10/2017 | APP | Acute / preliminary Single Cell | 05/10/2017 | APP-VPP | 05/10/2017 09:59:00 | 05/17/2017 16:08:00 | APP-VPP | 05/23/2017 15:29:00 | 5/23/17 CHCF MH notified C&IR office at ATC | 14 | N | Admitted | 4 |
| APP | COR | (redacted) | (redacted) | MHCB | 04/27/2017 | 05/08/2017 | 05/09/2017 | Accept | 05/02/2017 | APP | Acute / preliminary Multi Person Cell | 05/02/2017 | APP-VPP | 05/02/2017 13:27:00 | 05/04/2017 17:03:00 | APP-VPP | 05/09/2017 14:32:00 | Admitted prior to 5/16/17. | 11 | N | Admitted | 1 |
| APP | CIM | (redacted) | (redacted) | MHCB | 04/24/2017 | 04/26/2017 | 04/26/2017 | Accept | 04/26/2017 | APP | Acute / preliminary Unlocked Dorms | 04/27/2017 | APP-CHCF | 04/27/2017 10:01:00 | 05/03/2017 16:37:00 | APP-CHCF | 05/08/2017 11:58:00 | Admitted prior to 5/16/17. | 12 | N | Admitted | 2 |
| APP | SAC | (redacted) | (redacted) | MHCB | 04/13/2017 | 04/17/2017 | 04/17/2017 | Accept | 04/17/2017 | APP | Acute / preliminary Unlocked Dorms | 04/18/2017 | APP-VPP | 04/18/2017 08:17:00 | 04/27/2017 15:55:00 | APP-CHCF | 05/01/2017 14:41:00 | Admitted prior to 5/16/17. | 14 | N | Admitted | 4 |
| APP | SAC | (redacted) | (redacted) | MHCB | 04/06/2017 | 04/10/2017 | 04/10/2017 | Accept | 04/11/2017 | APP | Acute / preliminary Single Cell | 04/11/2017 | APP-VPP | 04/11/2017 14:14:00 | 04/26/2017 14:28:00 | APP-VPP | 05/01/2017 12:28:00 | 4/13/17 ATC for 4:15 PM deleted due to I/P DTM/Medical hold status. OTH 4/17/17 | 21 | N | Admitted | 11 |
| APP | CHCF | (redacted) | (redacted) | MHCB | 04/20/2017 | 04/21/2017 | 04/24/2017 | Accept | 04/24/2017 | APP | | 05/05/2017 | APP-VPP | 05/05/2017 13:59:00 | 05/25/2017 13:43:00 | APP-VPP | 05/30/2017 14:44:00 | 5/12/17 RF ADD - medically cleared for transfer. 5/8/17 ATC posted at 3:08 PM cancelled due to I/P DTM status on 5/8/17. 5/5/17 RFADD posted for XR AND next KUB | 36 | N | Admitted | 26 |
| APP | SAC | (redacted) | (redacted) | MHCB | 05/02/2017 | 05/03/2017 | 05/03/2017 | Accept | 05/05/2017 | APP | Acute / preliminary Multi Person Cell | 05/05/2017 | APP-VPP | 05/05/2017 14:36:00 | 05/17/2017 15:11:00 | APP-VPP | 05/22/2017 14:58:00 | 5/17/17 RFADD results from 5/11/17 CT scan | 19 | N | Admitted | 9 |
| APP | SAC | (redacted) | (redacted) | MHCB | 05/01/2017 | 05/03/2017 | 05/03/2017 | Accept | 05/17/2017 | APP | Acute / preliminary Multi Person Cell | 05/18/2017 | APP-VPP | 05/18/2017 08:26:00 | 05/18/2017 15:25:00 | APP-VPP | 05/22/2017 13:03:00 | 5/18/17 RFADD latest KUB results. 5/18/17 Out on TRO. 4/27/17 DSH indicating updated clinical documentation, hospitalization documents, and medical clearance are still needed. Referring institution stated requested information was uploaded on 4/15/17 | 19 | N | Admitted | 9 |
| APP | LAC | (redacted) | (redacted) | MHCB | 04/07/2017 | 04/14/2017 | 04/14/2017 | Accept | 04/27/2017 | APP | Acute / preliminary Multi Person Cell | 04/28/2017 | APP-CHCF | 04/28/2017 08:23:00 | 04/28/2017 15:00:00 | APP-CHCF | 05/01/2017 12:58:00 | 4/25/17 Referring institution emails 5/8/17 Medical Hold; RFADD posted for Outpatient Specialty Services (cystoscopy). 5/4/17 notification of RFDD addendum uploaded into SP. 5/3/17 I/P medical procedure. 4/14/17 ATC canceled due to I/P medical condition of urinary catheter removed on 4/17/17 and | 17 | N | Admitted | 7 |
| APP | CIM | (redacted) | (redacted) | MHCB | 04/06/2017 | 04/10/2017 | 04/11/2017 | Accept | 04/12/2017 | APP | Acute / preliminary Unlocked Dorms | 04/13/2017 08:39:00, 05/11/2017 | APP-VPP, APP-CHCF | 04/13/2017 08:39:00, 05/11/2017 | 05/12/2017 16:16:00 | APP-VPP | 05/16/2017 16:38:00 | removed on 4/17/17 and | 35 | N | Admitted | 25 |
| APP | CMC | (redacted) | (redacted) | MHCB | 03/27/2017 | 03/29/2017 | 03/29/2017 | Accept | 05/02/2017 | APP | Acute / preliminary Unlocked Dorms | 05/02/2017 | APP-VPP | 05/02/2017 11:38:00 | 05/02/2017 12:43:00 | APP-VPP | 05/03/2017 12:23:00 | Medical Hold OTH 4/24/17; OTH 4/25/17 | 35 | N | Admitted | 25 |
| APP | CHCF | (redacted) | (redacted) | MHCB | 03/15/2017 | 03/21/2017 | 03/24/2017 | Accept | 04/26/2017 | APP | Acute / preliminary Multi Person Cell | 04/26/2017 | APP-CHCF | 04/26/2017 13:04:00 | 05/09/2017 17:16:00 | APP-CHCF | 05/10/2017 10:55:00 | Medical hold OTH 4/24/17; OTH 4/25/17 5/4/17 RFADD - physician's order stating medically clear to be discharged. | 47 | N | Admitted | 37 |

Data Source: Referrals to Inpatient Programs Application (RIPA)

CCHCS, Health Care Placement Oversight Program

DETAIL OF ICF REFERRALS OUTSIDE OF COMPLIANCE

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | IDTT Referral Date | Referral Received Date by NW IRU | Date Referral Sent to DSH/PIP (Program Guide Timeframes Start) | DSH/PIP Decision | DSH/PIP Decision Date (HCPOP Time Starts) | DSH/PIP LOC Determination | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/PIP and Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | SAC | | | EOP-GP | 04/19/2017 | 04/24/2017 | 04/24/2017 | Accept | 04/25/2017 | ICF | Multi Person Cell, Multi Person Cell | 04/26/2017, 05/25/2017 | ICF-High: SVPP (Multi), ICF-High: CHCF | 04/26/2017 08:32:00, 05/25/2017 11:59:00 | 05/25/2017 12:35:00 | ICF-High: CHCF | 05/25/2017 20:42:00 | DF form posted on 4/25/17 for ICF/Unlocked Dorm has been changed to ICF/Single Cell per the new uploaded DF on 5/25/17. 5/25/17 RFADD; new ATC submitted. 5/24/17 MH hold removed. 5/18/17 Mental health hold now planned to be lifted by 5/20/17. 5/11/17 DF for APP posted in SP but rescinded due to mental health hold. 5/4/17 RFADD physician orders posted in SJP. DSH coordinator requested referral changed from ICF to APP. 5/3/17 IP was sent for a crisis call and was determined to have decompensated. | Admitted | 31 | N | 1 |
| ICF | NKSP | | | EOP-RC | 04/20/2017 | 04/25/2017 | 04/25/2017 | Accept | 04/27/2017 | ICF | Locked Dorms | 04/28/2017 | ICF-High: CHCF | 04/28/2017 10:06:00 | 05/25/2017 13:22:00 | ICF-High: CHCF | 05/26/2017 12:25:00 | 5/17/17 RFADD posted - Comprehensive Accommodation Chrono and Disability Placement Program Verification. OTH: 5/12/17; 5/10/17; 5/6/17; 5/2/17; 4/21/17; 4/14/17 | Admitted | 31 | N | 1 |
| ICF | SVSP | | | EOP-SNY | 03/16/2017 | 03/22/2017 | 03/22/2017 | Accept, Accept | 03/27/2017, 05/18/2017 | ICF, APP | Unlocked Dorms, Acute / preliminary Unlocked Dorms | 03/28/2017, 05/18/2017 | ICF-Dorms: VPP, APP: VPP | 03/28/2017 10:14:00, 05/18/2017 14:34:00 | 05/22/2017 15:50:00 | APP: VPP | 05/22/2017 16:12:00 | 4/9/17 OTH - outside to hospital for mid chest pain. | Admitted | 64 | N | 34 |