Shawna L. Ballard (SBN 155188)
sballard@mckoolsmith.com
Stephanie M. Adams Ryan (SBN 289548)
sadamsryan@mckoolsmith.com
Kate M. Falkenstien (SBN 313753)
kfalkenstien@mckoolsmith.com
McKool Smith, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone: (650) 394-1384
Facsimile: (650) 394-1422

*Attorneys for Plaintiff Jorge Andrade Rico*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANDRADE RICO )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFREY BEARD, et al., )<br>)<br>Defendants. )<br>) | Case No. 2:17-cv-01402-CKD<br><br>**NOTICE OF RELATED CASES** |

Plaintiff Jorge Andrade Rico files this Notice of Related Cases pursuant to Local Rule 123(b). This case is related to *Coleman v. Brown*, No. Civ. S-90-0520 KJM DAD PC; *Matthews v. Holland*, No. 1:14-cv-01959-SKO (PC); and *Murillo v. Holland*, No. 1:15-cv-00266-JLT (PC).

This case relates to *Coleman* because the defendants, in their motion to dismiss, rely on an order issued in *Coleman* as justification for the use of the Guard One system and to argue that qualified immunity applies to Rico's damages claim. Defendants have also argued that another judge cannot issue Rico's requested injunctive relief because comity must be given to the *Coleman* order. In response, Judge Breyer, from the Northern District of California, transferred this case to this district on the grounds that Judge Mueller issued the *Coleman* order. *See* Order of Transfer, July 6, 2017 (ECF 51).

Rico challenges the assertion that the *Coleman* order in question extends beyond the class of mentally ill patients before the *Coleman* court, and, to the extent the order does apply to Rico, he challenges the constitutionality of both the order and the manner in which it was implemented.  But although Rico argues that the *Coleman* order is not dispositive in this case, he believes judicial effort would be saved and the goal of judicial comity furthered by allowing Judge Mueller to interpret the *Coleman* order and adjudicate his constitutional arguments related to the order.  Although the question of Guard One's constitutionality under the Eighth Amendment has not been litigated in *Coleman*, given Judge Mueller's familiarity with the scope and purpose of the order that defendants put at issue and the policies underlying the order, Rico believes that reassignment to Judge Mueller would best conserve judicial resources.

This case also may be related to *Matthews* and *Murillo*.  Like this case, *Matthews* and *Murillo* are suits filed by inmates alleging that the Guard One monitoring system violates their Eighth Amendment rights not to be subject to sleep deprivation.  Pursuant to Rule 123(b), Rico notifies the court of the overlap in factual and legal issues in these cases for the court's consideration.

| | | |
|---|---|---|
| 1 | DATED: July 11, 2017 | Respectfully submitted, |
| 2 | | MCKOOL SMITH P.C. |
| 4 | | By: /s/ Stephanie Adams Ryan |
| 6 | | Shawna L. Ballard (SBN 155188) |
| | | sballard@mckoolsmith.com |
| 7 | | Stephanie M. Adams Ryan (SBN 289548) |
| | | sadamsryan@mckoolsmith.com |
| 8 | | Kate M. Falkenstien (SBN 313753) |
| | | kfalkenstien@mckoolsmith.com |
| 9 | | MCKOOL SMITH, P.C. |
| | | 255 Shoreline Drive, Suite 510 |
| 10 | | Redwood Shores, California 94065 |
| 11 | | Telephone:  (650) 394-1400 |
| | | Facsimile:   (650) 394-1422 |
| 13 | | *Attorneys for Plaintiff Jorge Andrade Rico* |

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will automatically provide email notification of such filing to counsel of record.

Dated: July 11, 2017                                                    */s/ Stephanie Adams Ryan*
                                                                                       Stephanie Adams Ryan