XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD STEGEMAN, State Bar No. 225745
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5553
  Fax:  (415) 703-1234
  E-mail:  Chad.Stegeman@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB |
| Plaintiffs, | **NOTICE OF DEFENDANT DEPARTMENT OF STATE HOSPITALS' REQUEST TO SEAL DOCUMENTS** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

1

## INTRODUCTION

On May 23, 2007, this Court ordered Defendant Department of State Hospitals (DSH) to file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care.  The report must include a complete list of all class members currently waiting for transfer to any level of DSH hospital care.  Such identifying patient information is sensitive, private, confidential, and subject to a protective order entered in this action on January 12, 2007.  (Protective Order, ECF No. 2109.)

## NOTICE

Notice is hereby given under Local Rule 141(b) that Defendant Department of State Hospitals is filing a document in compliance with the Court's May 23, 2007 Order under seal and shall file the document via email with the Court and serve copies upon the parties.

Dated:  July 17, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

*/s/ Chad A. Stegeman*
CHAD A. STEGEMAN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

# CERTIFICATE OF SERVICE

Case Name:  *Coleman v. Brown, et al.,*          No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on July 17, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF DEFENDANT DEPARTMENT OF STATE HOSPITALS' REQUEST TO SEAL DOCUMENTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 17, 2017, at San Francisco, California.

|  G. Garcia  |  */s/ G. Garcia* |
|:---:|:---:|
| Declarant | Signature |

CF1997CS0003
21002428.doc