XAVIER BECERRA
ATTORNEY GENERAL
WILLIAM C. KWONG
ACTING SENIOR ASSISTANT ATTORNEY GENERAL
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 324-4921
  Fax:  (916) 324-5205
  E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' CENSUS AND WAITLIST REPORTS FOR INPATIENT MENTAL HEALTH CARE** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On October 13, 2015, the Court ordered Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) to begin filing, on a monthly basis, three templates that capture data concerning patient census and waitlists for inpatient mental health care.  (ECF No. 5367.)  Defendants have filed monthly census and waitlists reports for inpatient mental health care since that time.

1

1        The templates for the monthly census and waitlists reports have been modified twice since

2   the October 13, 2015 order.  The first modification occurred on June 24, 2016, when the Court

3   approved and ordered a stipulation by the parties modifying the initial templates for the monthly

4   inpatient reports.  (ECF No. 5458.)  The second modification occurred on April 19, 2017, when

5   the Court approved the monthly census and inpatient waitlists report templates submitted to the

6   Court on March 15, 2017 (ECF No. 5577), subject to further modifications.  (ECF No. 5610.)

7   Specifically, the Court ordered Defendants to include in the monthly report (1) the total number

8   of inmate-patients, if any, who waited beyond Program Guide timelines for transfer to an acute

9   inpatient mental health care program; (2) the total number of inmate-inpatients, if any, who

10  waited beyond Program Guide timelines for transfer to an Intermediate Care Facility mental

11  health care program; (3) the number of days each inmate-patient waited beyond Program Guide

12  timelines; and (4) the total number of inmate-patient wait days for the month (category (1) plus

13  category (2) plus category (3)).  (ECF No. 5610 at 10.)

14       A letter from Defendants CDCR and DSH is attached enclosing the following census and

15  inpatient reports, as modified under the April 19, 2017 order:  (1) the DSH *Coleman* Patient

16  Census and Waitlist Report (Exhibit A); (2) the CDCR Psychiatric Inpatient Programs (PIP)

17  *Coleman* Patient Census and Waitlist Report (Exhibit B); (3) the CDCR Mental Health Crisis Bed

18  Patient Census and Waitlist Report (Exhibit C); (4) the current Psychiatric Inpatient Programs

19  Census Report (Exhibit D); and (5) CDCR's Inpatient Programs Timelines Compliance Report

20  (Exhibit E).

21       On June 13, 2017, under the stipulation and order entered on June 8, 2017 (ECF No. 5631),

22  Defendants provided the templates for reporting the inmates transferred beyond Program Guide

23  timeframes and the currently available data supporting any claimed exceptions.  Also under the

24  June 8, 2017 stipulation and order, the parties continue to analyze and discuss Defendants'

25  claimed exceptions to the Program Guide timeframes.

26       The compliance report attached as Exhibit E shows that 49 inmate patients were transferred

27  to inpatient care beyond the Program Guide transfer timeframes, equaling a total of 128 days

28  beyond Program Guide transfer timeframes.  In addition, one DSH inmate-patient was internally

2

Defs.' Census and Waitlists Reports for Inpatient Mental Health Care  (2:90-cv-00520 KJM-DB (PC))

1    transferred from intermediate to acute care three days past Program Guide transfer timeframes.

2    While Defendants have been tracking inmate-patient referrals, the numbers reported this past

3    month were unanticipated and warrant immediate action.  Defendants have taken immediate steps

4    to change the method of internally tracking and reporting inpatient referrals and are working

5    diligently to resolve issues that arose during this reporting period that may have contributed to

6    delays in admitting inmates to inpatient care.  Those efforts are detailed in the attached letter.

7    Defendants continue to closely monitor the inpatient referral process both system-wide and

8    individually.  And Defendants expect to see greater efficiencies in the inpatient referral process

9    now that CDCR is assuming responsibility to provide inpatient mental health care within its

10   prisons.

11   Dated:  July 17, 2017                                Respectfully submitted,

12                                                         XAVIER BECERRA
                                                          Attorney General of California
13                                                        DANIELLE F. O'BANNON
                                                          Supervising Deputy Attorney General
14
                                                          /s/ Elise Owens Thorn
15
                                                          ELISE OWENS THORN
16                                                        Deputy Attorney General
                                                          Attorneys for Defendants
17
     CF1997CS0003
18

19

20

21

22

23

24

25

26

27

28

Defs.' Census and Waitlists Reports for Inpatient Mental Health Care  (2:90-cv-00520 KJM-DB (PC))

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



July 17, 2017

Danielle F. O'Bannon
Elise Owens Thorn
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' MONTHLY CENSUS AND WAITLISTS REPORTS FOR
       INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) submit their monthly information on patient census and waitlists for inpatient mental health care.

The DSH *Coleman* Patient Census and Waitlist Report, attached as Exhibit A, is based on data from the DSH Bed Utilization Management report. The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report (Exhibit B), the CDCR Mental Health Crisis Bed Patient Census and Waitlist Report (Exhibit C), and the Defendants' Psychiatric Inpatient Programs Census Report (Exhibit D), are based on data from CDCR's tracking software, the Referrals to Inpatient Programs Application (RIPA). The reports attached as Exhibits A through D reflect data collected daily at a single point in time and should not be used for purposes outside of the reports.

CDCR's Psychiatric Inpatient Timelines Compliance Report is attached as Exhibit E, and is based on data from RIPA. The compliance report includes data for all referrals to inpatient care for the month of June 2017 for any inmate-patient who waited beyond the timeframes specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16. As shown by the compliance report, 49 inmate patients transferred to inpatient care beyond the Program Guide transfer timeframes for a total of 128 days beyond Program Guide transfer timeframes. In addition, DSH had one internal transfer from Intermediate Care Facility level of care to Acute level of care 3 days beyond the Program Guide transfer timeframes.

The number of inmate-patients who have waited beyond Program Guide timeframes for transfer to inpatient care was unanticipated and warrants immediate action. Defendants are developing an automated real time report to better monitor the number of patients approaching transfer timeframes. The automated report will help to assess issues in timely placing inmates into inpatient beds. The report should be operational by mid-August 2017. CDCR is also conducting daily reviews of inpatient referral timelines, including the total days the inmate-patients have been waiting for transfer, to help avoid untimely transfers. Finally, CDCR has initiated regular weekly meetings with Psychiatric Inpatient Program Executive Directors to discuss barriers to timely admissions and to develop strategies to resolve those issues.

Sincerely,

*/s/ Katherine Tebrock*                                    */s/ Pam Ahlin*

KATHERINE TEBROCK                          PAM AHLIN
Deputy Director                                       Director
Statewide Mental Health Program           Department of State Hospitals

# Exhibit A

State of California
**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 North Street Room 420
Sacramento, CA 95814

EDMUND G. BROWN JR., Governor

## DSH CDCR Patient Census and Waitlist Report
Data as of: 6/26/2017

**Acute Care Patients**

| DSH Facility - Acute | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Accepted Referrals CDCR Direct[4] | Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Atascadero[6] | - | 5 | 0 | 0 | 0 | 0 | | | | |
| Stockton | 154 | 136 | 6 | 4 | 8 | 0 | | | | |
| Vacaville | 218 | 210 | 8 | 0 | 0 | 0 | | | | |
| Total | 372 | 351 | 14 | 4 | 8 | 0 | 16 | 35 | 0 | 51 (Includes 13 Waiting > 90 Days) |

**Intermediate Care Low Custody - Unlocked Dorms**

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Accepted Referrals CDCR Direct[4] | Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Atascadero[6] | 256 | 166 | 0 | 0 | 0 | 85 | | | | |
| Coalinga | 50 | 49 | 1 | 0 | 0 | 0 | | | | |
| Total | 306 | 215 | 1 | 0 | 0 | 85 | 1 | 1 | 0 | 2 (Includes 0 Waiting >30 Days) |

**Intermediate Care Low Custody - Unlocked Dorms - Female**

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Accepted Referrals CDCR Direct[4] | Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Patton[7] | 30 | 1 | 0 | 0 | 0 | 29 | | | | |
| Total | 30 | 1 | 0 | 0 | 0 | 29 | 0 | 0 | 0 | 0 (Includes 0 Waiting >30 Days) |

**Intermediate Care Low Custody - Locked Dorms**

| DSH Facility - Locked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Accepted Referrals CDCR Direct[4] | Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Vacaville | 84 | 54 | 1 | 0 | 0 | 29 | | | | |
| Total | 84 | 54 | 1 | 0 | 0 | 29 | 0 | 3 | 0 | 3 (Includes 0 Waiting >30 Days) |

**Intermediate Care High Custody**

| DSH Facility - High Custody | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Accepted Referrals CDCR Direct[4] | Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Salinas Valley Multiperson Cells | 44 | 25 | 0 | 0 | 0 | 19 | | | | |
| Salinas Valley Single Cells | 202 | 195 | 6 | 1 | 0 | 0 | | | | |
| Stockton Single Cells | 360 | 331 | 5 | 2 | 22 | 0 | | | | |
| Vacaville Single Cells | 94 | 85 | 8 | 1 | 0 | 0 | | | | |
| Total | 700 | 636 | 19 | 4 | 22 | 19 | 7 | 24 | 50 | 81 (Includes 9 Waiting >30 Days) |

[1] Beds on hold are assigned for internal patient movement (e.g., transfers to LRH, level of care transfers) and patients waiting to transfer to DSH.
[2] Redlined beds are temporarily unavailable due to repairs.
[3] Medical Isolation rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.
[4] Includes CDCR patients that are waiting for transfer to DSH for inpatient treatment.
[5] Includes CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfers).
[6] Of the ITI patients currently residing at DSH-A, 5 are in the Acute program.
[7] Beds at DSH-P are for female patients only. There is currently no waitlist for DSH-P.
[8] Acute Accepted Referrals include 2 patients currently on CDCR hold.

Source: BUMs

# Exhibit B

**CDCR Psychiatric Inpatient Programs (PIP)**
*Coleman* **Patient Census and Waitlist Report as of**
**June 26, 2017**

| CDCR Female Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 44 | 0 | 0 | 1 | 1 | 2 | 3 | 0 | 0 |
| **Total** | **45** | **44** | **0** | **0** | **1** | **1** | **2** | **3** | **0** | **0** |

| CDCR Male Condemned Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 40 | 35 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **40** | **35** | **0** | **0** | **5** | **0** | **0** | **0** | **0** | **0** |

# Exhibit C

**CDCR Mental Health Crisis Bed**

*Coleman* **Patient Census and Waitlist Report as of**

**June 26, 2017**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 427 | 393 | 5 | 29 | 48 | 22 | 13 |
| Female Programs | 22 | 16 | 0 | 6 | 11 | 2 | 4 |
| Totals | 449 | 409 | 5 | 35 | 59 | 24 | 17 |

# Exhibit D

Monday, 6/26/2017

Time: 04:30 PM

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 06/26/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| DSH-Vacaville | 218 | No Score: | 12 |
| | | Level I: | 14 |
| | | Level II: | 55 |
| | | Level III: | 36 |
| | | Level IV | 93 |
| | | **Total Census:** | **210** |
| DSH-Stockton | 154 | No Score: | 19 |
| | | Level I: | 6 |
| | | Level II: | 25 |
| | | Level III: | 20 |
| | | Level IV | 66 |
| | | **Total Census:** | **136** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 3 |
| | | Level III: | 1 |
| | | Level IV | 0 |
| | | **Total Census:** | **5** |
| **Totals for Male Acute** | **372** | | **351** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| DSH-Stockton | 360 | No Score: | 21 |
| | | Level I: | 14 |
| | | Level II: | 61 |
| | | Level III: | 58 |
| | | Level IV | 176 |
| | | **Total Census:** | **330** |
| | | *Total out of LRH:* | *167* |
| DSH-Vacaville | 94 | No Score: | 1 |
| | | Level I: | 2 |
| | | Level II: | 18 |
| | | Level III: | 20 |
| | | Level IV | 43 |
| | | **Total Census:** | **84** |
| | | *Total out of LRH:* | *56* |
| DSH-Vacaville Multi-person cells | 70 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| | | Total out of LRH: | 0 |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

Monday, 6/26/2017

Time: 04:30 PM

### PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 06/26/2017

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| DSH-Salinas Valley | 202 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 28 |
| | | Level III: | 43 |
| | | Level IV | 115 |
| | | PC 1370: | 4 |
| | | WIC 7301: | 3 |
| | | **Total Census:** | **195** |
| | | *Total out of LRH:* | *144* |
| DSH-Salinas valley Multi-person cells | 44 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 2 |
| | | Level III: | 6 |
| | | Level IV | 15 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | **Total Census** | **25** |
| | | *Total out of LRH:* | *6* |
| **Totals for Male ICF High Custody** | **770** | | **634** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| DSH-Vacaville Dorms | 84 | No Score: | 1 |
| | | Level I: | 2 |
| | | Level II: | 15 |
| | | Level III: | 16 |
| | | Level IV | 20 |
| | | **Total Census:** | **54** |
| | | *Total out of LRH:* | |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 9 |
| | | Level II: | 94 |
| | | Level III: | 36 |
| | | Level IV | 27 |
| | | **Total Census:** | **166** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 4 |
| | | Level II: | 23 |
| | | Level III: | 12 |
| | | Level IV | 10 |
| | | **Total Census:** | **49** |
| **Totals for Male ICF Low Custody** | **390** | | **269** |

Monday, 6/26/2017

Time: 04:30 PM

### PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 06/26/2017

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Condemned Program** | | | |
| San Quentin-PIP | 40 | Total Census: | **35** |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 1 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **1** |
| California Institution for Women-PIP | 45 | No Score: | 3 |
| | | Level I: | 1 |
| | | Level II: | 15 |
| | | Level III: | 5 |
| | | Level IV | 20 |
| | | **Total Census:** | **44** |
| **Totals for Female ICF/Acute** | **75** | | **45** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1647** | | **1334** |

- ❖ **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.
- ❖ **Male Acute Care Programs:** Acute beds at DSH-Vacaville and DSH-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.
- ❖ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.
- ❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for DSH-Salinas Valley Multi-person Cells.

# Exhibit E

## CDCR INPATIENT PROGRAM REFERRALS:
## COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN JUNE 2017[1]

| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes[2] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole | Exceptions to Program Guide Timeframes[3] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
|---|---|---|---|---|---|---|---|
| Intermediate (ICF) | 88 | 82 | 3 | 3 | 1 | 2 | 3 |
| Acute (APP) | 133 | 72 | 57 | 4 | 10 | 47 | 125 |
| TOTALS | 221 | 154 | 60 | 7 | 11 | 49 | 128 |

[1] These numbers only reflect new ICF or APP referrals from CDCR IDTTs. These numbers do not include pending step-downs/internal transfers that are already receiving treatment in an inpatient program.

[2] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the referral is sent to the inpatient program (which is deemed the same day of receipt by the inpatient program).

[3] Exceptions to the Program Guide timeframes in this report include those referred that are on out-to-court status, out-to-hospital status, and/or on medical or Vitek holds.

Data Source: Referrals to Inpatient Programs Application (RIPA)    CCHCS, Health Care Placement Oversight Program

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | UDT Referral Date | Referral Received Date by MH IRU | Date Referral Sent to DSH/PIP (Program Guide Timeframes Start) | DSH/PIP Decision | DSH/PIP Decision Date (HCPOP Time Starts) | DSH/PIP LOC Determination | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/PIP and Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | SVSP | | | MHCB | 06/12/2017 | 06/14/2017 | 06/14/2017 | | | APP | Acute / preliminary Multi Person Cell, Acute / preliminary Multi Person Cell | 06/16/2017, 06/23/2017 | APP - VPP, APP - CHCF | 06/16/2017 14:41:00, 06/23/2017 11:06:00 | 06/27/2017 16:26:00 | APP - CHCF | 06/30/2017 16:50:00 | DSH requested DSr for ATC to post 6/26 Per DSH, 6/23- identified for STK, new endorsement requested/ received - PMU requested ATC to post today. re-endorsed to stk 6/23 Pending Bed Availability as of 6/21 | Admitted | 16 | N | |
| APP | LAC | | | MHCB | 06/06/2017 | 06/08/2017 | 06/08/2017 | | | APP | Acute / preliminary Multi Person Cell | 06/09/2017 | APP - VPP | 06/09/2017 18:07:00 | 06/21/2017 14:26:00 | APP - CHCF | 06/23/2017 15:44:00 | Per DSH, 6/20- identified for VAC, ATC is expected to post 6/21 DSH started re will get next available bed at DSH-V 6/20 LAC followed up on status 6/20 Pending Bed Availability 6/15 LAC followed 6/8 | Admitted | 15 | N | |
| APP | SATF | | ■ | MHCB | 06/12/2017 | 06/14/2017 | 06/14/2017 | Accept | 06/09/2017 | APP | Acute / preliminary Unlocked Dorms | 06/16/2017 | APP - VPP | 06/16/2017 15:00:00 | 06/23/2017 15:40:00 | APP - VPP | 06/29/2017 15:32:00 | Per DSH, 6/23- ATC posted today by DSH-V. 6/22/17 Re-endorsement request to DSH-STK acute. Pending Bed Availability as of 6/21 Re-Endorsed 6/27. EX uploaded and approved 6/26 | Admitted | 15 | N | |
| APP | SATF | | | MHCB | 06/09/2017 | 06/16/2017 | 06/12/2017 | Accept | 06/19/2017 | APP | Acute / preliminary Single Cell | 06/19/2017, 06/27/2017 | APP - VPP, APP - CHCF | 06/19/2017 16:16:00, 06/27/2017 12:20:00 | 06/27/2017 16:27:00 | APP - CHCF | 06/30/2017 15:22:00 | 6/26/17 IRU informs DSH of expedite request posted in SP. Pending Bed Availability as of 6/23. Vitek held 6/23. | Admitted | 14 | N | |
| APP | CMC | | | MHCB | 06/07/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/12/2017 | APP | Acute / preliminary Unlocked Dorms, Acute / preliminary Unlocked Dorms | 06/12/2017, 06/20/2017 | APP - VPP, APP - CHCF | 06/12/2017 15:24:00, 06/20/2017 09:11:00 | 06/20/2017 13:29:00 | APP - CHCF | 06/22/2017 15:14:00 | Per DSH, ATC posted 6/20, but IRU did not rec email notice until 6/21 6/19- identified for STK, new endorsement received 6/20- ATC to post today or tomorrow. re-endorsed 6/20 Originally endorsed to VPP-APP - On 6/19, request to re-endorse to CHCF | Admitted | 14 | N | |
| APP | LAC | | | MHCB | 06/05/2017 | 06/07/2017 | 06/07/2017 | Accept | 06/07/2017 | APP | Acute / preliminary Locked Dorms | 06/08/2017 | APP - CHCF | 06/08/2017 10:41:00 | 06/19/2017 13:59:00 | APP - CHCF | 06/21/2017 14:58:00 | 6/15/17 DSH coordinator indicated RFADD posted. Included was a written note I/P not dorm suitable anymore. | Admitted | 14 | N | |
| APP | WSP | | ■ | MHCB | 06/07/2017 | 06/09/2017 | 06/09/2017 | Accept | 06/12/2017 | APP | Acute / preliminary Single Cell | 06/12/2017 | APP - CHCF | 06/12/2017 15:57:00 | 06/21/2017 14:27:00 | APP - VPP | 06/23/2017 20:16:00 | 6/9/17 RFADD: treatment plan addendum indicating I/P not suitable for dorm housing. | Admitted | 14 | N | |
| APP | WSP | | | MHCB | 05/31/2017 | 06/01/2017 | 06/01/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Single Cell, Acute / preliminary Single Cell | 06/06/2017, 06/12/2017 | APP - VPP, APP - CHCF | 06/06/2017 08:24:00, 06/12/2017 12:39:00 | 06/12/2017 15:48:00 | APP - CHCF | 06/15/2017 13:11:00 | 6/21/17 - PMU requested reendorsement. 6/20/17 MCSP indicates I/P will be transported today. 6/28/17 DSH requested update on transport. 6/23/17 DSH indicated ATC for I/P may be posted on 6/26/17 6/22/17 DSH coordinator requesting bed status for I/P. I/P engaging in self harm and remains suitable | Admitted | 14 | N | |
| APP | MCSP | | | MHCB | 06/13/2017 | 06/15/2017 | 06/15/2017 | Accept | 06/19/2017 | APP | Acute / preliminary Unlocked Dorms | 06/19/2017 | APP - CHCF | 06/19/2017 15:33:00 | 06/26/2017 16:57:00 | APP - CHCF | 06/29/2017 12:40:00 | 6/16/17 DRU notified DSH of approved, expedited request | Admitted | 14 | N | |
| APP | SATF | | ■ | MHCB | 06/05/2017 | 06/07/2017 | 06/07/2017 | Accept | 06/08/2017 | APP | Acute / preliminary Unlocked Dorms | 06/08/2017 | APP - CHCF | 06/08/2017 15:08:00 | 06/19/2017 10:18:00 | APP - CHCF | 06/21/2017 14:54:00 | 6/19/17 DSH coordinator indicated I/P needed 1:1 nursing assistance for transfer. 6/19/17 CW PIP rescinded rejection to accept I/P for APP. 6/15/17 FSH rejected referral due to I/P being unstable for APP | Admitted | 14 | N | |
| APP | CCWF | | ■ | MHCB | 06/08/2017 | | 06/12/2017 | Reject, Reject, Accept | 06/13/2017, 06/15/2017, 06/19/2017 | APP | Female | 06/19/2017 | Female APP - CIW | 06/19/2017 13:38:00 | 06/22/2017 12:20:00 | Female APP- CIW | 06/26/2017 13:04:00 | 6/14/17 Referral was sent to FSH for cons | Admitted | 14 | N | |
| APP | WSP | | | MHCB | 06/12/2017 | 06/14/2017 | 06/14/2017 | Accept | 06/15/2017 | APP | Acute / preliminary Locked Dorms, / preliminary Locked Dorms | 06/16/2017, 06/23/2017 | APP - VPP, APP - CHCF | 06/16/2017 10:11:00, 06/23/2017 09:28:00 | 06/27/2017 11:38:00 | APP - CHCF | 06/28/2017 10:50:00 | 6/23/17 Re-endorsement request to DSH-STK acute. | Admitted | 14 | N | |

Data Source: RIPA

CCHCS, Health Care Placement Oversight Program

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | UDT Referral Date | Referral Received Date by MH (RU) | Date Referral Sent to DSH/PIP (Program Guide Timeframes Start) | DSH/PIP Decision | DSH/PIP Decision Date (HCPOP Time Starts) | DSH/PIP LOC Determination | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance Transfer Chrono Printed Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/PIP and Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | SATF | | | MHCB | 06/12/2017 | 06/15/2017 | 06/15/2017 | Accept | 06/09/2017 | APP | Acute / preliminary Unlocked Dorms | 06/19/2017 | APP-VPP | 06/19/2017 14:38:00 | 06/26/2017 17:13:00 | APP-VPP | 06/29/2017 15:14:00 | 6/12/17 RFADD: clarification of housing recommendation | Admitted | 14 | N | |
| APP | SVSP | | WARM | MHCB | 05/31/2017 | 06/02/2017 | 06/02/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Single Cell | 06/05/2017 | APP-VPP | 06/05/2017 16:02:00 | 06/13/2017 15:26:00 | APP-VPP | 06/16/2017 12:42:00 | 6/12/17 DSH emailed indicating there was a decomp in DSH-V acute so an ATC could not be issued for I/P. SVSP posted DS 6/12 | Admitted | 14 | N | |
| APP | CMC | | | MHCB | 05/18/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/09/2017 | APP | Acute / preliminary Locked Dorms, Acute / preliminary Locked Dorms | 06/09/2017, 06/20/2017 | APP-VPP, APP-CHCF | 06/09/2017 15:52:00, 06/20/2017 09:47:00 | 06/22/2017 11:57:00 | APP-CHCF | 06/22/2017 11:57:00 | Originally endorsed to VPP-APP. On 6/19, received request to re-endorse to CHCF. ATC posted 6/20, but no email notice. 6/19- Identified for STR. ATC to post today or tomorrow. Requested DS 6/16 | Admitted | 14 | N | |
| APP | CHCF | | | MHCB | 06/07/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/09/2017 | APP | Acute / preliminary Single Cell | 06/09/2017 | APP-CHCF | 06/09/2017 16:11:00 | 06/20/2017 13:34:00 | APP-CHCF | 06/21/2017 09:29:20 | | Admitted | 13 | N | |
| APP | CIM | | | MHCB | 05/31/2017 | 06/02/2017 | 06/02/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Single Cell | 06/05/2017 | APP-VPP | 06/05/2017 15:38:00 | 06/12/2017 15:23:00 | APP-VPP | 06/15/2017 16:00:00 | Pending Bed Availability 6/15 | Admitted | 13 | N | |
| APP | LAC | | | MHCB | 06/01/2017 | 06/02/2017 | 06/02/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Unlocked Dorms | 06/07/2017 | APP-VPP | 06/07/2017 08:47:00 | 06/12/2017 15:27:00 | APP-VPP | 06/15/2017 16:11:00 | 6/12/17 LAC DSH coordinator asked for a transport update; PMU responded that an ATC will be posted in the current week. LAC posted RFADD 6/5 | Admitted | 13 | N | |
| APP | CHCF | | | MHCB | 06/14/2017 | 06/14/2017 | 06/14/2017 | Accept | 06/16/2017 | APP | Acute / preliminary Unlocked Dorms | 06/16/2017 | APP-CHCF | 06/16/2017 14:28:00 | 06/26/2017 15:10:00 | APP-CHCF | 06/27/2017 12:44:00 | Per DSH, 6/20- identified for STN, 6/21- new endorsement received, ATC expected to post today or tomorrow 6/21 | Admitted | 13 | N | |
| APP | CIM | | | MHCB | 06/14/2017 | 06/16/2017 | 06/16/2017 | Accept | 06/19/2017 | APP | Acute / preliminary Unlocked Dorms | 06/19/2017 | APP-VPP | 06/19/2017 15:38:00 | 06/26/2017 17:14:00 | APP-VPP | 06/29/2017 16:11:00 | | Admitted | 13 | N | |
| APP | SATF | | | MHCB | 05/31/2017 | 06/02/2017 | 06/02/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Unlocked Dorms | 06/05/2017 | APP-VPP | 06/05/2017 15:48:00 | 06/12/2017 15:21:00 | APP-VPP | 06/15/2017 15:42:00 | | Admitted | 13 | N | |
| APP | SAC | | | MHCB | 06/01/2017 | 06/06/2017 | 06/06/2017 | Accept | 06/07/2017 | APP | Acute / preliminary Multi Person Cell | 06/07/2017 | APP-VPP | 06/07/2017 15:44:00 | 06/14/2017 15:09:00 | APP-VPP | 06/16/2017 11:14:00 | | Admitted | 13 | N | |
| APP | SAC | | | MHCB | 06/05/2017 | 06/06/2017 | 06/06/2017 | Accept | 06/07/2017 | APP | Acute / preliminary Single Cell | 06/07/2017 | APP-VPP | 06/07/2017 15:17:00 | 06/14/2017 15:09:00 | APP-VPP | 06/19/2017 11:28:00 | | Admitted | 13 | N | |
| APP | SATF | | | MHCB | 05/30/2017 | 06/06/2017 | 06/06/2017 | Accept | 06/07/2017 | APP | Acute / preliminary Multi Person Cell | 06/07/2017 | APP-CHCF | 06/07/2017 12:57:00 | 06/16/2017 11:06:00 | APP-CHCF | 06/19/2017 18:10:00 | | Admitted | 13 | N | |
| APP | CMC | | | MHCB | 06/07/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/12/2017 | APP | Acute / preliminary Multi Person Cell | 06/19/2017 | APP-VPP | 06/19/2017 15:23:00 | 06/20/2017 13:28:00 | APP-VPP | 06/28/2017 11:53:00 | | Admitted | 13 | N | |
| APP | CHCF | | | MHCB | 05/25/2017 | 06/15/2017 | 05/31/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Locked Dorms | 06/07/2017 | APP-CHCF | 06/07/2017 15:55:00 | 06/20/2017 13:28:00 | APP-CHCF | 06/21/2017 11:33:00 | | Admitted | 13 | N | |
| APP | CMC | | | MHCB | 06/07/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/15/2017 | APP | Acute / preliminary Single Cell | 06/19/2017 | APP-VPP | 06/19/2017 14:12:00 | 06/26/2017 17:15:00 | APP-VPP | 06/28/2017 11:46:00 | | Admitted | 13 | N | |
| APP | CMF | | | MHCB | 06/12/2017 | 06/13/2017 | 06/13/2017 | Accept | 06/15/2017 | APP | Acute / preliminary Single Cell | 06/16/2017 | APP-VPP | 06/16/2017 09:50:00 | 06/23/2017 15:41:00 | APP-VPP | 06/26/2017 13:01:00 | 6/8/17 RFADD: patient a potential DTF if housed with a cell mate. | Admitted | 13 | N | |
| APP | CCWF | | | MHCB | 06/08/2017 | 06/09/2017 | 06/09/2017 | Accept, Accept, Accept | 06/12/2017, 06/14/2017, 06/30/2017 | APP, APP | Female, Female | 06/12/2017, 06/15/2017 | Female APP-CIW_female, APP-PSH | 06/12/2017 15:12:00 | 06/19/2017 14:05:00 | Female APP-PSH, APP-CIW | 06/19/2017 10:43:00 | 6/9/17 PMU is recircling the 6/12/17 ATC. 6/19/17 CCWF inquiry to DSH regarding bed status and MCC 6/14/17: PSH I/P posted because CIW PIP is at full capacity 6/12/17: Pt was accepted to CIW PIP 6/12/17 Sent to PSH | Admitted | 12 | N | |
| APP | CHCF | | IRS | MHCB | 05/30/2017 | 06/09/2017 | 06/05/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Multi Person Cell | 06/06/2017 | APP-CHCF | 06/06/2017 13:07:00 | 06/14/2017 16:35:00 | APP-CHCF | 06/16/2017 14:16:00 | | Admitted | 12 | N | |
| APP | CMC | | | MHCB | 05/25/2017 | 06/05/2017 | 05/31/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Multi Person Cell | 06/05/2017, 06/14/2017 | APP-CHCF, APP-VPP | 06/05/2017 15:25:00 | 06/07/2017 15:30:00 | APP-CHCF | 06/12/2017 09:14:00 | 6/14/17 PSH I/P posted because CIW PIP is at full capacity 6/12/17 12:00:00, 06/15/2017 14:30:00 07/03/2017 16:08:00 | Admitted | 12 | N | |
| APP | CMC | | | MHCB | 05/25/2017 | 06/05/2017 | 06/05/2017 | Accept | 05/24/2017 | APP | Acute / preliminary Multi Person Cell | 06/05/2017 14:43:00, 06/14/2017 09:00:00 | APP-VPP | 05/24/2017 14:56:00 | 05/30/2017 15:45:00 | APP-VPP | 06/16/2017 11:34:00 | 6/24/17 Re-endorsed to DSH-V | Admitted | 11 | N | |
| APP | RJD | | | MHCB | 05/22/2017 | 05/22/2017 | 05/22/2017 | Accept | 05/24/2017 | APP | Acute / preliminary Single Cell | 05/24/2017 | APP-VPP | 05/24/2017 14:56:00 | 05/30/2017 15:45:00 | APP-VPP | 06/02/2017 15:08:00 | | Admitted | 11 | N | |
| APP | CMC | T79250 | CORRALES | MHCB | 05/22/2017 | 05/25/2017 | 05/25/2017 | Accept | 05/30/2017 | APP | Acute / preliminary Multi Person Cell | 05/31/2017 | APP-VPP | 05/31/2017 09:52:00 | 06/02/2017 14:43:00 | APP-VPP | 06/05/2017 15:42:00 | | Admitted | 11 | N | |

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | UDT Referral Date | Referral Received Date by MH IRU | Date Referral Sent to DSH/PIP (Program Guide Timeframes Start) | DSH/PIP Decision | DSH/PIP Decision Date (HCPOP Time Starts) | DSH/PIP LOC Determination | HCPOP UIH Determination | HCPOP UIH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/PIP and Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | NKSP | ▮ | ▮ | MHCB | 06/01/2017 | 06/05/2017 | 06/05/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Locked Dorms | 06/05/2017 | | 06/05/2017 14:28:00 | 06/14/2017 16:13:00 | APP- CHCF | 06/16/2017 10:04:00 | 6/6/17 PC 2602 hearing (Petition for Involuntary Medication And Request) | Admitted | 11 | N | N |
| APP | KVSP | ▮ | ▮ | MHCB | 06/05/2017 | 06/06/2017 | 06/12/2017 | Accept | 06/14/2017 | APP | Acute / preliminary Single Cell | 06/14/2017 | | 06/14/2017 14:54:00 | 06/22/2017 14:34:00 | APP- VPP | 06/23/2017 14:43:00 | | Admitted | 11 | N | N |
| APP | COR | ▮ | ▮ | MHCB | 06/08/2017 | 06/08/2017 | 06/12/2017 | Accept | 06/13/2017 | APP | Acute / preliminary Multi Person Cell, Acute / preliminary Single Cell | 06/14/2017, 06/22/2017 | APP- VPP, APP- CHCF | 06/14/2017 10:17:00, 06/22/2017 14:50:00 | 06/22/2017 16:35:00 | APP- CHCF | 06/23/2017 16:32:00 | 6/22/17 DSH requested re-endorsement from APP- VPP to APP- CHCF. | Admitted | 11 | N | N |
| APP | CMC | ▮ | ▮ | MHCB | 05/31/2017 | 06/01/2017 | 06/01/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Multi Person Cell | 06/05/2017 | APP- CHCF | 06/05/2017 13:48:00 | 06/09/2017 14:19:00 | APP- CHCF | 06/12/2017 13:48:00 | | Admitted | 11 | N | N |
| APP | CMC | ▮ | ▮ | MHCB | 05/31/2017 | 06/01/2017 | 06/01/2017 | Accept | 06/05/2017 | ICF | Multi Person Cell | 06/05/2017 | APP- CHCF | 06/05/2017 15:19:00 | 06/09/2017 14:19:00 | APP- CHCF | 06/12/2017 13:48:00 | | Admitted | 11 | N | N |
| APP | COR | ▮ | ▮ | MHCB | 06/14/2017 | 06/14/2017 | 06/19/2017 | Accept | 06/20/2017 | APP | Acute / preliminary Locked Dorms | 06/20/2017 | APP- CHCF | 06/20/2017 13:43:00 | 06/28/2017 15:31:00 | APP- CHCF | 06/30/2017 16:42:00 | | Admitted | 11 | N | N |
| APP | RJD | ▮ | ▮ | MHCB | 05/19/2017 | 05/22/2017 | 05/22/2017 | Accept | 05/24/2017 | APP | Acute / preliminary Single Cell | 05/24/2017 | APP- VPP | 05/24/2017 14:42:00 | 05/30/2017 14:52:00 | APP- VPP | 06/02/2017 15:57:00 | | Admitted | 11 | N | N |
| APP | RJD | ▮ | ▮ | MHCB | 06/16/2017 | 06/19/2017 | 06/19/2017 | Accept | 06/20/2017 | APP | Acute / preliminary Single Cell, Acute / preliminary | 06/20/2017 | APP- CHCF | 06/20/2017 14:08:00 | 06/28/2017 15:32:00 | APP- CHCF | 06/30/2017 16:10:00 | | Admitted | 11 | N | N |
| APP | RJD | ▮ | ▮ | MHCB | 06/09/2017 | 06/12/2017 | 06/12/2017 | Accept | 06/13/2017 | APP | Acute / preliminary Multi Person Cell, Acute / preliminary | 06/14/2017, 06/20/2017 | APP- VPP, APP- CHCF | 06/14/2017 08:45:00, 06/20/2017 10:29:00 | 06/22/2017 14:08:00 | APP- CHCF | 06/23/2017 14:24:00 | | Admitted | 11 | N | N |
| APP | SAC | ▮ | ▮ | MHCB | 06/08/2017 | 06/12/2017 | 06/12/2017 | Accept | 06/14/2017 | APP | Acute / preliminary Single Cell, Acute / preliminary Locked Dorms | 06/14/2017, 06/21/2017 | APP- VPP, APP- CHCF | 06/14/2017 11:14:00, 06/21/2017 09:28:00 | 06/22/2017 14:18:00 | APP- VPP | 06/23/2017 17:52:00 | | Admitted | 11 | N | N |
| APP | CHCF | ▮ | ▮ | MHCB | 06/15/2017 | 06/19/2017 | 06/19/2017 | Accept | 06/20/2017 | APP | Acute / preliminary Single Cell | 06/20/2017 | APP- CHCF | 06/20/2017 15:44:00 | 06/28/2017 15:28:00 | APP- CHCF | 06/30/2017 12:47:00 | | Admitted | 11 | N | N |
| APP | CMC | ▮ | ▮ | MHCB | 06/08/2017 | 06/12/2017 | 06/12/2017 | Accept | 06/14/2017 | APP | Acute / preliminary Locked Dorms | 06/14/2017, 06/21/2017 | APP- VPP, APP- CHCF | 06/14/2017 09:41:00, 06/21/2017 09:48:00 | 06/22/2017 14:20:00 | APP- CHCF | 06/23/2017 10:44:00 | 6/20/17 DSH requested re-endorsement from APP- VPP to APP- CHCF. 6/21/17 Per email from DSH SAC PMU UP medical hold status will be removed. Medical hold expired 6/18/17 6/22/17 RFADD Inpatient Progress note posted in SP 6/17/17 Clinically accepted but medically deferred. DSH specified med docs required for reconsile | Admitted | 11 | N | N |
| APP | SAC | ▮ | ▮ | MHCB | 05/18/2017 | 05/25/2017 | 05/25/2017 | Accept | 05/30/2017 | APP | Acute / preliminary Single Cell | 06/01/2017 | APP- VPP | 06/01/2017 14:37:00 | 06/27/2017 08:56:00 | APP- VPP | 06/29/2017 12:54:00 | UP is Clinically Accepted but Medically reconsile | Admitted | 35 | N | N |
| APP | SATF | ▮ | ▮ | MHCB | 06/01/2017 | 06/06/2017 | 06/06/2017 | Accept | 06/06/2017 | APP | Acute / preliminary Single Cell | 06/07/2017 | | 06/07/2017 07:26:00 | 06/26/2017 17:13:00 | APP- VPP | 06/29/2017 15:33:00 | Deferred | Admitted | 23 | N | N |
| APP | CMC | ▮ | ▮ | MHCB | 05/24/2017 | 05/25/2017 | 05/25/2017 | Accept | 05/30/2017 | APP | Acute / preliminary Single Cell | 05/31/2017 | APP- CHCF | 05/31/2017 08:37:00 | 06/13/2017 15:21:00 | APP- CHCF | 06/16/2017 13:13:00 | 6/12/17 medical clearance doc uploaded to SP 6/6/17 UP medically cleared to transfer. 6/8/17 Specialty appt report still pending; ATC dated 6/11/17 @3:05 PM cancelled by CHCF ADU. 6/6/17 Medical hold updated; awaiting specialty appt report to clear UP fo | Admitted | 22 | N | N |
| APP | RJD | ▮ | ▮ | MHCB | 05/25/2017 | 05/30/2017 | 05/30/2017 | Accept | 06/09/2017 | APP | Acute / preliminary Multi Person Cell | 06/09/2017 | APP- VPP | 06/09/2017 18:41:00 | 06/19/2017 14:52:00 | APP- VPP | 06/20/2017 10:43:00 | 6/9/17 Wait, treatment team delaying Vitek decision to evaluate changing referral to ICF and rescind APP referral. 5/31/17 DRU email indicate Vitek scheduled 6/8/17 RFADD medical clearance 6/17/17 RFADD physician orders 5/31/17 temporary medical hold as a result of a retained FB | Admitted | 21 | N | N |
| APP | SVSP | ▮ | ▮ | MHCB | 05/30/2017 | 06/01/2017 | 06/01/2017 | Accept | 06/08/2017 | APP | Acute / preliminary Locked Dorms, Acute / preliminary Locked Dorms | 06/09/2017, 06/20/2017 | APP- VPP, APP- CHCF | 06/09/2017 13:09:00, 06/20/2017 08:21:00 | 06/20/2017 13:30:00 | APP- CHCF | 06/22/2017 15:12:00 | *Originally endorsed to VPP but on 6/19- request to re-endorse to CHCF | Admitted | 21 | N | N |

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | UDT Referral Date | Referral Received Date by MH IRU | Date Referral Sent to DSH/PIP (Program Guide Timeframes Start) | DSH/PIP Decision | DSH/PIP Decision Date (HCPOP Time Starts) | DSH/PIP LOC Determination | HCPOP UH Determination | HCPOP UH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/PIP and Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | CHCF | ■ | ■ | MHCB | 06/08/2017 | 06/09/2017 | 06/09/2017 | Accept | 06/16/2017 | APP | Acute / preliminary Multi Person Cell | 06/16/2017 | APP-CHCF | 06/17/2017 07:20:00 | 06/20/2017 11:31:00 | APP- CHCF | 06/20/2017 13:55:00 | 6/20/17 the referral was formally accepted, with new DF posted. 6/16/17 DF stated accepted but medically deferred. 6/27/17 CHCF DSH coordinator indicates I/P scheduled for urology appt. next week; will request expedite for the appt. 6/21/17 VPP ASU still | Admitted | 20 | N | |
| APP | CMF | ■ | ■ | MHCB | 05/23/2017 | 05/25/2017 | 05/25/2017 | Accept | 05/26/2017 | APP | Acute / preliminary Multi Person Cell, Acute / preliminary Multi Person Cell | 05/26/2017, 06/06/2017 | APP- VPP, APP- CHCF | 05/26/2017 17:58:00, 06/06/2017 09:44:00 | 06/07/2017 13:57:00 | APP- CHCF | 06/09/2017 23:00 | OTC: 6/23/17; 6/21/17; 6/16/17 6/21/7: Higher Level of Care Coordinator is requesting that the APP be delayed until information can be obtained to either validate/invalidate his report that there is an investigation or alternatively consider placement at 6/15/17 RFADJ-PC 2602 docs posted in SP. Petition for Order Authorizing Involuntary Administration of Psychiatric Medication. 6/5/17 Medical hold placed for PC2602. initiation after DSH referral | Admitted | 15 | N | |
| APP | SAC | ■ | ■ | MHCB | 06/01/2017 | 06/07/2017 | 06/07/2017 | Accept | 06/08/2017 | APP | Acute / preliminary Single Cell | 06/09/2017 | APP-VPP | 06/09/2017 13:24:00 | 06/19/2017 14:50:00 | APP-VPP | 06/21/2017 11:14:00 | | Admitted | 14 | N | |
| APP | CIM | ■ | ■ | MHCB | 06/08/2017 | 06/12/2017 | 06/12/2017 | Accept | 06/14/2017 | APP | Acute / preliminary Locked Dorms | 06/14/2017 | APP-VPP | 06/14/2017 13:21:00 | 06/23/2017 14:41:00 | APP-VPP | 06/23/2017 14:41:00 | OY4 6/24/17 6/21/17 DSH requesting info if medical-to-medical contact was made. 6/22/17 ATC dated 6/21/17 canceled; DSH requesting hospital report, medical clearance, and info why patient was sent to hospital; CIM responded with reason for outside hospita 6/21/17: I/P returned from OTC. | Admitted | 11 | N | |
| APP | CCWF | ■ | ■ | MHCB | 05/25/2017 | 05/25/2017 | 05/25/2017 | Accept | 05/26/2017 | APP | Female | 05/26/2017 | Female APP-CIW | 05/26/2017 17:23:00 | 06/02/2017 09:46:00 | Female APP-CIW | 06/05/2017 13:37:00 | 6/2/17: I/P Movement on hold, due to OTC on 6/1/17, ATC 5/26/2017 cancel pending court proceedings. | Admitted | 11 | N | |

Total Days Out of Compliance

Data Source: RIPA    CCHCS, Health Care Placement Oversight Program

CCHCS, Health Care Placement Oversight Program

# DETAIL OF ICF REFERRALS OUT OF COMPLIANCE

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | IDTT Referral Date | Referral Received Date by MH IRU | Date Referral Sent to DSH/PIP (Program Guide Timeframe Start) | DSH/PIP Decision | DSH/PIP Decision Date (HCPOP Time Starts) | DSH/PIP LOC Determination | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/PIP and Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | CMF | ■ | ■ | MHCB | 05/22/2017 | 05/25/2017 | 05/25/2017 | Accept, Accept | 05/30/2017, 06/22/2017 | ICF, ICF | Multi Person Cell, Multi Person Cell | 05/30/2017, 06/23/2017 | ICF-High: SVPP (Multi), ICF-High: VPP (Single) | 05/30/2017 10:53:00, 06/23/2017 09:45:00 | 06/23/2017 14:21:00 | ICF-High: VPP (Single) | 06/26/2017 10:32:00 | 5/30 DF cancelled for Unlocked Dorm. | Admitted | 32 | N | 2 |
| ICF | VSP | ■ | ■ | EOP-RC | 05/11/2017 | 05/19/2017 | 05/19/2017 | Accept, Accept | 05/22/2017, 06/05/2017 | ICF, APP | Multi Person Cell, Acute / preliminary Multi Person Cell, Acute / preliminary Multi Person Cell | 05/23/2017, 06/06/2017, 06/14/2017 | ICF-High: SVPP (Multi), APP-CHCF, APP- VPP | 05/23/2017 11:38:00, 06/06/2017 11:28:00, 06/14/2017 09:29:00 | 06/14/2017 15:11:00 | APP- VPP | 06/19/2017 12:25:00 | 6/5/17 Prior 5/22/2017 DF changed to APP upon review of the I/P current issues 6/2/17 READD - MHCB multiple admissions along with compensating symptoms resulted in referral being recommended to change to Acute. | Admitted | 31 | N | 1 |
| ICF | SVSP | ■ | ■ | EOP-SNY | 04/27/2017 | 05/02/2017 | 05/02/2017 | Accept | 05/05/2017 | ICF | Single Cell | 05/08/2017 | ICF-High: SVPP (Single) | 05/08/2017 11:46:00 | 06/02/2017 13:51:00 | ICF-High: SVPP (Single) | 06/05/2017 15:25:00 | 5/26/17 PMU requested transfer update; SVJP MH responded I/P withdrew consent, refused transportation, and is now pending VITEK. ATC 6/2/17 replaced the prior 5/22/17 ATC. (I/P Vitek hearing complete and I/P ready to proceed. Per DSH PMU - Medical Hold from 5/25-6/2/17 | Admitted | 34 | N | 4 |

Total Days Out of Compliance: 3