XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorneys General
KEVIN A. VOTH, State Bar No. 257227
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-1624
  Fax:  (415) 703-5843
  E-mail:  Kevin.Voth@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB |
| Plaintiffs, | **NOTICE OF ASSOCIATION OF COUNSEL** |
| v. | |
| **EDMUND G. BROWN, JR., et al.,** | Judge:  The Honorable Kimberly J. Mueller |
| Defendants. | Action Filed:  Aug. 23, 1990 |

**TO THE CLERK OF THE COURT AND ALL PARTIES HEREIN:**

PLEASE TAKE NOTICE that Defendants request that the Court add the following person as Deputy Attorney General to the case as follows:

Kevin A. Voth, State Bar No. 257227
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-1624
Fax:  (415) 703-5843
E-mail:  Kevin.Voth@doj.ca.gov

1

Not. Assoc. Counsel  (2:90-cv-00520 KJM DB)

1     Please add Kevin A. Voth to the Court's service list.

2   Dated: July 20, 2017                                         Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
MISHA D. IGRA
Supervising Deputy Attorneys General

*/s/ Kevin A. Voth*
KEVIN A. VOTH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

Not. Assoc. Counsel (2:90-cv-00520 KJM DB)