# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          Case No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on July 20, 2017, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

**JOINT STATEMENT ON JURIDSDICTION FOLLOWING APPEAL OF APRIL 19, 2017 ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 20, 2017, at San Francisco, California.

|  M. Xiang  |  s/ M. Xiang  |
|---|---|
| Declarant | Signature |

CF1997CS0003
41800055.doc