UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On July 27, 2017, the parties filed a stipulation and proposed order requesting an extension of certain deadlines set in the court's April 19, 2017 order, ECF No. 5610. Specifically, the parties request an extension of the deadline to file an addendum to the Program Guide identifying exclusions, if any, to the Program Guide timelines for transfer to mental health crisis bed care, from July 28, 2017 to January 31, 2018; an extension of time to file the joint report required by paragraph 8 of the April 19, 2017 order, from July 28, 2017 to August 29, 2017; and a thirty-day continuance of the status conference/evidentiary hearing set for August 29, 2017. *See* ECF No. 5653 at 4-5. By minute order filed July 28, 2017, to provide the parties with certainty in the short term, the court approved the requested extension while indicating a short order would follow. ECF No. 5654.

The stipulation of the parties provides adequate detail to support the requested extension of the deadline for filing the report required by paragraph 8 of the April 19, 2017 order and the requested continuance of the status conference/evidentiary hearing and the approval of those requests is confirmed.

The stipulation of the parties does not, however, provide an adequate explanation for seeking a delay of six months to finalize and submit for approval the Program Guide addendum identifying exclusions, if any, to Program Guide timelines for transfer to mental health crisis bed care. If there is an adequate explanation for the request that has not been fully described in the stipulation filed July 27, 2017, the court will grant the parties a period of seven days in which to file a supplemental stipulation clarifying the basis for this part of their request or modifying the request to shorten the period of delay. *Cf*. ECF No. 5631 (stipulation and order governing addendum to Program Guide identifying exceptions to transfer timelines to inpatient care).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within seven days from the date of this order, the parties shall file a supplemental stipulation clarifying the basis for their request to continue until January 31, 2018 the deadline for completing and submitting for review and approval an addendum to the Program Guide that identifies exceptions to the Program Guide timeline for transfers to mental health crisis beds. This paragraph notwithstanding, the parties shall continue to meet and confer weekly, either in-person or through teleconferences, under the guidance of the Special Master, consistent with the purposes described in the stipulation.

2. Given the parties' ongoing efforts to identify and resolve the remaining issues related to delayed transfers to mental health crisis beds, including matters the parties may be able to narrow or resolve on their own as well as refining any disputes that may remain for resolution by the court, the hearing scheduled for August 29, 2017 is CONTINUED to September 29, 2017 at 10:00 a.m. in Courtroom # 3.

3. The deadline for filing of the joint report required by paragraph 8 on page 15 of the court's April 19, 2017 order, ECF No. 5610, is CONTINUED to August 29, 2017. That

report shall also describe the progress of the workgroup discussions that will be ongoing in accordance with the stipulation and paragraph 1 of this order.

DATED: August 1, 2017.

_____
UNITED STATES DISTRICT JUDGE