1  XAVIER BECERRA
   Attorney General of California
2  WILLIAM C. KWONG
   Acting Senior Assistant Attorney General
3  DANIELLE F. O'BANNON
   JAY C. RUSSELL
4  Supervising Deputy Attorneys General
   ELISE OWENS THORN, State Bar No. 145931
5  CHRISTINE M. CICCOTTI, State Bar No. 238695
   CHAD A. STEGEMAN, State Bar No. 225745
6  TYLER V. HEATH, State Bar No. 271478
   Deputy Attorneys General
7   1300 I Street, Suite 125
    P.O. Box 944255
8   Sacramento, CA 94244-2550
    Telephone:  (916) 324-4921
9   Fax:  (916) 324-5205
    E-mail:  Elise.Thorn@doj.ca.gov
10 *Attorneys for Defendants*

11        IN THE UNITED STATES DISTRICT COURT

12        FOR THE EASTERN DISTRICT OF CALIFORNIA

13              SACRAMENTO DIVISION

14

15

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **PARTIES' SUPPLEMENTAL STIPULATION AMENDING THE REQUEST TO EXTEND THE DEADLINE TO FILE AN ADDENDUM TO THE PROGRAM GUIDE REGARDING MENTAL HEALTH CRISIS BED TIMELINE EXCEPTIONS AND TO CONTINUE THE AUGUST 29, 2017 EVIDENTIARY HEARING AND RELATED DEADLINES** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

23        On July 27, 2017, the parties filed a stipulation and proposed order requesting an extension

24  of the deadlines set in the Court's April 19, 2017 order, ECF No. 5610.  (ECF No. 5653.)  On

25  August 1, 2017, the Court extended the deadline for the parties' joint report and continued the

26  August 29, 2017 hearing.  (ECF No. 5656.)  With respect to the parties' request to continue the

27  deadline to file an addendum to the Program Guide identifying exceptions, if any, to the Program

28  Guide timelines for transfer to Mental Health Crisis Bed care until January 31, 2018, the Court

1

1  ordered the parties to file a supplemental stipulation clarifying the basis for the request.  (*Id.* at 2.)

2       Upon receipt of the Court's August 1, 2017 order, the parties conferred and agree that a

3  shorter period of time should be sufficient to discuss the scope and contours of the categories for

4  the addendum to the Program Guide.  As contemplated by the Court's August 1 order, the parties

5  hereby modify their July 27 request for a six-month extension to now request a four-month

6  extension up to and including November 30, 2017, to allow them time to work toward an

7  agreement on the exceptions and complete an addendum to the Program Guide using Defendants'

8  real-time crisis bed data in the context of the weekly workgroups described in the July 27

9  stipulation.  This request is in line with the Court's June 8, 2017 order approving the parties'

10  request to extend the time for the parties to complete and submit a joint proposal for an addendum

11  to the Program Guide that identifies exceptions to the Program Guide timeline for transfers to

12  acute and intermediate levels of care.  (ECF No. 5631.)

13       After receiving the order, Plaintiffs' counsel identified a conflict with the September 29,

14  2017 hearing date (Yom Kippur begins that evening), and the parties request the Court reschedule

15  the hearing date.

16       Accordingly, the parties stipulate as follows:

17       1.  The parties shall continue to meet and confer weekly, either in-person or through

18  teleconferences, under the guidance of the Special Master, to (a) review and discuss data

19  presented by Defendants regarding potential obstacles to compliance with the 24-hour transfer

20  timeframe; (b) review Defendants' application of the individual inmate exceptions and to refine

21  the precise contours of the three (or more) enumerated exceptions to the 24-hour timeframe; and

22  (c) develop solutions to address issues related to referral, treatment, and discharge of inmate-

23  patients to Mental Health Crisis Bed level of care.  As part of the process for developing the

24  addendum, the parties will also develop, with the guidance of the Special Master, a process to

25  exchange written materials, including individual patient-level data, to discuss on a monthly basis

26  any Mental Health Crisis Bed transfer that may qualify for an exception to the Program Guide

27  timelines.

28  / / /

2

2.     No later than November 30, 2017, the parties will complete and submit an addendum to the Program Guide that identifies exceptions to the Program Guide timeline for transfers to Mental Health Crisis Beds for review and final approval.

3.     The parties request that the Court reschedule the September 29, 2017 hearing.  For the Court's convenience, the parties have confirmed they are available on the following dates close to September 29:  September 25, 26, 27, and 28, 2017.  If the Court is amenable to rescheduling the September 29 hearing but the dates listed by the parties are not convenient, the parties request a phone conference with the Court to set a new date for the hearing.

IT IS SO STIPULATED.

Dated:  August 8, 2017

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

*/s/ Lisa Ells*
LISA ELLS
*Attorney for Plaintiffs*

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: _____, 2017.

_____
KIMBERLY J. MUELLER

Judge, United States District Court

3

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**         No.    **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on <u>August 8, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

PARTIES' SUPPLEMENTAL STIPULATION AMENDING THE REQUEST TO EXTEND THE DEADLINE TO FILE AN ADDENDUM TO THE PROGRAM GUIDE REGARDING MENTAL HEALTH CRISIS BED TIMELINE EXCEPTIONS AND TO CONTINUE THE AUGUST 29, 2017 EVIDENTIARY HEARING AND RELATED DEADLINES

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 8, 2017</u>, at Sacramento, California.

|                    |                     |
|--------------------|---------------------|
| T. Farster         | */s/ T. Farster*    |
| Declarant          | Signature           |

CF1997CS0003
32997105.doc