1   Xavier Becerra
    Attorney General
2   William C. Kwong
    Acting Senior Assistant Attorney General
3   Danielle F. O'Bannon
    Jay C. Russell
4   Supervising Deputy Attorneys General
    Elise Owens Thorn, State Bar No. 145931
5   Christine M. Ciccotti, State Bar No. 238695
    Chad A. Stegeman, State Bar No. 225745
6   Tyler V. Heath, State Bar No. 271478
    Deputy Attorneys General
7    1300 I Street, Suite 125
     P.O. Box 944255
8    Sacramento, CA 94244-2550
     Telephone: (916) 324-4921
9    Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
10  *Attorneys for Defendants*

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13                            SACRAMENTO DIVISION

14

15

16  **RALPH COLEMAN, et al.,**                2:90-cv-00520 KJM-DB (PC)

17                            Plaintiffs,    **DEFENDANTS' CORRECTED CENSUS
                                             AND WAITLIST REPORTS FOR**
18            v.                             **INPATIENT MENTAL HEALTH CARE**

19  **EDMUND G. BROWN JR., et al.,**

20                            Defendants.

21

22

23          On October 13, 2015, the Court ordered Defendants California Department of Corrections

24  and Rehabilitation (CDCR) and Department of State Hospitals (DSH) to begin filing, on a

25  monthly basis, three templates that capture data concerning patient census and waitlists for

26  inpatient mental health care. (ECF No. 5367.) Defendants have filed monthly census and

27  waitlists reports for inpatient mental health care since that time.

28

                                              1

The templates for the monthly census and waitlists reports have been modified twice since the October 13, 2015 order.  The first modification occurred on June 24, 2016, when the Court approved and ordered a stipulation by the parties modifying the initial templates for the monthly inpatient reports.  (ECF No. 5458.)  The second modification occurred on April 19, 2017, when the Court approved the monthly census and inpatient waitlists report templates submitted to the Court on March 15, 2017 (ECF No. 5577), subject to further modifications.  (ECF No. 5610.)  Specifically, the Court ordered Defendants to include in the monthly report (1) the total number of inmate-patients, if any, who waited beyond Program Guide timelines for transfer to an acute inpatient mental health care program; (2) the total number of inmate-inpatients, if any, who waited beyond Program Guide timelines for transfer to an Intermediate Care Facility mental health care program; (3) the number of days each inmate-patient waited beyond Program Guide timelines; and (4) the total number of inmate-patient wait days for the month (category (1) plus category (2) plus category (3)).  (ECF No. 5610 at 10.)

A letter from Defendants CDCR and DSH is attached enclosing the following census and inpatient reports, as modified under the April 19, 2017 order:  (1) the DSH *Coleman* Patient Census and Waitlist Report (Exhibit A); (2) the CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report (Exhibit B); (3) the CDCR Mental Health Crisis Bed Patient Census and Waitlist Report (Exhibit C); (4) the current Psychiatric Inpatient Programs Census Report (Exhibit D); and (5) CDCR's Inpatient Programs Timelines Compliance Report (Exhibit E).

On June 13, 2017, under the stipulation and order entered on June 8, 2017 (ECF No. 5631), Defendants provided the templates for reporting the inmates transferred beyond Program Guide timeframes and the currently available data supporting any claimed exceptions.  Also under the June 8, 2017 stipulation and order, the parties continue to analyze and discuss Defendants' claimed exceptions to the Program Guide timeframes.

The compliance report attached as Exhibit E shows that 49 inmate patients were transferred to inpatient care beyond the Program Guide transfer timeframes, equaling a total of 128 days beyond Program Guide transfer timeframes.  In addition, one DSH inmate-patient was internally

2

1    transferred from intermediate to acute care three days past Program Guide transfer timeframes.

2    While Defendants have been tracking inmate-patient referrals, the numbers reported this past

3    month were unanticipated and warrant immediate action. Defendants have taken immediate steps

4    to change the method of internally tracking and reporting inpatient referrals and are working

5    diligently to resolve issues that arose during this reporting period that may have contributed to

6    delays in admitting inmates to inpatient care. Those efforts are detailed in the attached letter.

7    Defendants continue to closely monitor the inpatient referral process both system-wide and

8    individually. And Defendants expect to see greater efficiencies in the inpatient referral process

9    now that CDCR is assuming responsibility to provide inpatient mental health care within its

10    prisons.

11    Dated: August 8, 2017                 Respectfully submitted,

12                                      XAVIER BECERRA
                                     Attorney General of California

13                                    DANIELLE F. O'BANNON
                                     Supervising Deputy Attorney General

14

15                                      */s/ Elise Owens Thorn*

16                                      ELISE OWENS THORN
                                     Deputy Attorney General

17                                      *Attorneys for Defendants*

    CF1997CS0003

18

19

20

21

22

23

24

25

26

27

28

Defs.' Corrected Census and Waitlists Reports for Inpatient Mental Health Care  (2:90-cv-00520 KJM-DB (PC))

1   XAVIER BECERRA
    Attorney General of California
2   WILLIAM C. KWONG
    Acting Senior Assistant Attorney General
3   DANIELLE F. O'BANNON
    JAY C. RUSSELL
4   Supervising Deputy Attorneys General
    ELISE OWENS THORN, State Bar No. 145931
5   CHRISTINE M. CICCOTTI, State Bar No. 238695
    CHAD A. STEGEMAN, State Bar No. 225745
6   TYLER V. HEATH, State Bar No. 271478
    Deputy Attorneys General
7    1300 I Street, Suite 125
     P.O. Box 944255
8    Sacramento, CA 94244-2550
     Telephone: (916) 324-4921
9    Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
10  *Attorneys for Defendants*

11                  IN THE UNITED STATES DISTRICT COURT

12                 FOR THE EASTERN DISTRICT OF CALIFORNIA

13                          SACRAMENTO DIVISION

14

15

16  **RALPH COLEMAN, et al.,**              2:90-cv-00520 KJM-DB (PC)

17                         Plaintiffs,      **DEFENDANTS' NOTICE OF FILING
                                            CORRECTED PLEADING AND NOTICE**
18        v.                                **OF ERRATA FOR DEFENDANTS'
                                            CENSUS AND WAITLIST REPORTS**
19  **EDMUND G. BROWN JR., et al.,**        **FOR INPATIENT MENTAL HEALTH
                                            CARE (ECF NO. 5647)**
20                         Defendants.

21

22

23        PLEASE TAKE NOTICE that Defendants are filing concurrently with this notice a

24  corrected version of Defendants' Census and Waitlist Reports for Inpatient Mental Health Care,

25  replacing the document filed at ECF 5647.

26        The correction to Defendants' Census and Waitlist Reports for Inpatient Mental Health

27  Care is limited to replacement of Exhibit E, which has been amended to enlarge the margins so

28  that the ECF header does not obstruct information on pages two through six of the exhibit.

                                            1

1    Dated:  August 7, 2017                    Respectfully submitted,

2                                              XAVIER BECERRA
                                              Attorney General of California
3                                              DANIELLE F. O'BANNON
                                              Supervising Deputy Attorney General
4
                                              */s/ ELISE OWENS THORN*
5

6                                              ELISE OWENS THORN
                                              Deputy Attorney General
7                                              *Attorneys for Defendants*

8    CF1997CS0003
     Notice of Filing Corrected Pleading.doc
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defs.' Not. of Filing Corr. Pldg. & Not. of Errata for Defs.' Census and Waitlist Rpts.  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



July 17, 2017

Danielle F. O'Bannon
Elise Owens Thorn
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     DEFENDANTS' MONTHLY CENSUS AND WAITLISTS REPORTS FOR
          INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) submit their monthly information on patient census and waitlists for inpatient mental health care.

The DSH *Coleman* Patient Census and Waitlist Report, attached as Exhibit A, is based on data from the DSH Bed Utilization Management report.  The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report (Exhibit B), the CDCR Mental Health Crisis Bed Patient Census and Waitlist Report (Exhibit C), and the Defendants' Psychiatric Inpatient Programs Census Report (Exhibit D), are based on data from CDCR's tracking software, the Referrals to Inpatient Programs Application (RIPA).  The reports attached as Exhibits A through D reflect data collected daily at a single point in time and should not be used for purposes outside of the reports.

CDCR's Psychiatric Inpatient Timelines Compliance Report is attached as Exhibit E, and is based on data from RIPA.  The compliance report includes data for all referrals to inpatient care for the month of June 2017 for any inmate-patient who waited beyond the timeframes specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.  As shown by the compliance report, 49 inmate patients transferred to inpatient care beyond the Program Guide transfer timeframes for a total of 128 days beyond Program Guide transfer timeframes.  In addition, DSH had one internal transfer from Intermediate Care Facility level of care to Acute level of care 3 days beyond the Program Guide transfer timeframes.

The number of inmate-patients who have waited beyond Program Guide timeframes for transfer to inpatient care was unanticipated and warrants immediate action.  Defendants are developing an automated real time report to better monitor the number of patients approaching transfer timeframes.  The automated report will help to assess issues in timely placing inmates into inpatient beds.  The report should be operational by mid-August 2017.  CDCR is also conducting daily reviews of inpatient referral timelines, including the total days the inmate-patients have been waiting for transfer, to help avoid untimely transfers.  Finally, CDCR has  initiated regular weekly meetings with Psychiatric Inpatient Program Executive Directors to discuss barriers to timely admissions and to develop strategies to resolve those issues.

Sincerely,

*/s/ Katherine Tebrock*                              */s/ Pam Ahlin*

KATHERINE TEBROCK                          PAM AHLIN
Deputy Director                                       Director
Statewide Mental Health Program            Department of State Hospitals

# Exhibit A

State of California
**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 North Street Room 420
Sacramento, CA 95814

EDMUND G. BROWN JR. Governor

## DSH CDCR Patient Census and Waitlist Report
Data as of: 6/26/2017

### Acute Care Patients

| DSH Facility - Acute | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist — Accepted Referrals CDCR Direct[4] | Waitlist — Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Atascadero[6] | - | 5 | 0 | 0 | 0 | 0 | | | | |
| Stockton | 154 | 136 | 6 | 4 | 8 | 0 | | | | |
| Vacaville | 218 | 210 | 8 | 0 | 0 | 0 | | | | |
| Total | 372 | 351 | 14 | 4 | 8 | 0 | 16 | 35 | 0 | 51 (Includes 13 Waiting > 90 Days) |

### Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist — Accepted Referrals CDCR Direct[4] | Waitlist — Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Atascadero[6] | 256 | 166 | 0 | 0 | 0 | 85 | | | | |
| Coalinga | 50 | 49 | 1 | 0 | 0 | 0 | | | | |
| Total | 306 | 215 | 1 | 0 | 0 | 85 | 1 | 0 | 0 | 2 (Includes 0 Waiting >30 Days) |

### Intermediate Care Low Custody - Unlocked Dorms - Female

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist — Accepted Referrals CDCR Direct[4] | Waitlist — Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Patton[7] | 30 | 1 | 0 | 0 | 0 | 29 | | | | |
| Total | 30 | 1 | 0 | 0 | 0 | 29 | 0 | 0 | 0 | 0 (Includes 0 Waiting >30 Days) |

### Intermediate Care Low Custody - Locked Dorms

| DSH Facility - Locked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist — Accepted Referrals CDCR Direct[4] | Waitlist — Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Vacaville | 84 | 54 | 1 | 0 | 0 | 29 | | | | |
| Total | 84 | 54 | 1 | 0 | 0 | 29 | 0 | 3 | 0 | 3 (Includes 0 Waiting >30 Days) |

### Intermediate Care High Custody

| DSH Facility - High Custody | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist — Accepted Referrals CDCR Direct[4] | Waitlist — Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Salinas Valley Multipurpose Cells | 44 | 25 | 0 | 0 | 0 | 19 | | | | |
| Salinas Valley Single Cells | 202 | 195 | 6 | 1 | 0 | 0 | | | | |
| Stockton Single Cells | 360 | 331 | 5 | 2 | 22 | 0 | | | | |
| Vacaville Single Cells | 94 | 85 | 8 | 1 | 0 | 0 | | | | |
| Total | 700 | 636 | 19 | 4 | 22 | 19 | 7 | 24 | 50 | 81 (Includes 9 Waiting >30 Days) |

[1] Beds on hold are assigned for internal patient movement (e.g., transfers to LRH, level of care transfers) and patients waiting to transfer to DSH.
[2] Redlined beds are temporarily unavailable due to repairs.
[3] Medical isolation rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.
[4] Includes CDCR patients that are waiting for transfer to DSH for inpatient treatment.
[5] Includes CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfers).
[6] Of the ITI patients currently residing at DSH-A, 5 are in the Acute program.
[7] Beds at DSH-P are for female patients only. There is currently no waitlist for DSH-P.
[8] Acute Accepted Referrals include 2 patients currently on CDCR hold.

Source: BUMMs

# Exhibit B

**CDCR Psychiatric Inpatient Programs (PIP)**
*Coleman* **Patient Census and Waitlist Report as of**
**June 26, 2017**

| CDCR Female Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 44 | 0 | 0 | 1 | 1 | 2 | 3 | 0 | 0 |
| **Total** | **45** | **44** | **0** | **0** | **1** | **1** | **2** | **3** | **0** | **0** |

| CDCR Male Condemned Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 40 | 35 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **40** | **35** | **0** | **0** | **5** | **0** | **0** | **0** | **0** | **0** |

# Exhibit C

**CDCR Mental Health Crisis Bed**
*Coleman* **Patient Census and Waitlist Report as of**
**June 26, 2017**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 427 | 393 | 5 | 29 | 48 | 22 | 13 |
| Female Programs | 22 | 16 | 0 | 6 | 11 | 2 | 4 |
| Totals | 449 | 409 | 5 | 35 | 59 | 24 | 17 |

Data Source: HEART

CCHCS, Health Care Placement Oversight Program

# Exhibit D

Monday, 6/26/2017

Time: 04:30 PM

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 06/26/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| DSH-Vacaville | 218 | No Score: | 12 |
| | | Level I: | 14 |
| | | Level II: | 55 |
| | | Level III: | 36 |
| | | Level IV | 93 |
| | | **Total Census:** | **210** |
| DSH-Stockton | 154 | No Score: | 19 |
| | | Level I: | 6 |
| | | Level II: | 25 |
| | | Level III: | 20 |
| | | Level IV | 66 |
| | | **Total Census:** | **136** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 3 |
| | | Level III: | 1 |
| | | Level IV | 0 |
| | | **Total Census:** | **5** |
| **Totals for Male Acute** | **372** | | **351** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| DSH-Stockton | 360 | No Score: | 21 |
| | | Level I: | 14 |
| | | Level II: | 61 |
| | | Level III: | 58 |
| | | Level IV | 176 |
| | | **Total Census:** | **330** |
| | | *Total out of LRH:* | *167* |
| DSH-Vacaville | 94 | No Score: | 1 |
| | | Level I: | 2 |
| | | Level II: | 18 |
| | | Level III: | 20 |
| | | Level IV | 43 |
| | | **Total Census:** | **84** |
| | | *Total out of LRH:* | *56* |
| DSH-Vacaville Multi-person cells | 70 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| | | Total out of LRH: | 0 |

Monday, 6/26/2017

Time: 04:30 PM

### PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 06/26/2017

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| DSH-Salinas Valley | 202 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 28 |
| | | Level III: | 43 |
| | | Level IV | 115 |
| | | PC 1370: | 4 |
| | | WIC 7301: | 3 |
| | | **Total Census:** | **195** |
| | | *Total out of LRH:* | *144* |
| DSH-Salinas valley Multi-person cells | 44 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 2 |
| | | Level III: | 6 |
| | | Level IV | 15 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **25** |
| | | *Total out of LRH:* | *6* |
| **Totals for Male ICF High Custody** | **770** | | **634** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| DSH-Vacaville Dorms | 84 | No Score: | 1 |
| | | Level I: | 2 |
| | | Level II: | 15 |
| | | Level III: | 16 |
| | | Level IV | 20 |
| | | **Total Census:** | **54** |
| | | *Total out of LRH:* | *9* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 9 |
| | | Level II: | 94 |
| | | Level III: | 36 |
| | | Level IV | 27 |
| | | **Total Census:** | **166** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 4 |
| | | Level II: | 23 |
| | | Level III: | 12 |
| | | Level IV | 10 |
| | | **Total Census:** | **49** |
| **Totals for Male ICF Low Custody** | **390** | | **269** |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

Monday, 6/26/2017

Time: 04:30 PM

### PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 06/26/2017

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Condemned Program** | | | |
| San Quentin-PIP | 40 | Total Census: | **35** |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 1 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **1** |
| California Institution for Women-PIP | 45 | No Score: | 3 |
| | | Level I: | 1 |
| | | Level II: | 15 |
| | | Level III: | 5 |
| | | Level IV | 20 |
| | | **Total Census:** | **44** |
| **Totals for Female ICF/Acute** | **75** | | **45** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1647** | | **1334** |

❖ **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Programs:** Acute beds at DSH-Vacaville and DSH-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for DSH-Salinas Valley Multi-person Cells.

**Exhibit E**

**CDCR INPATIENT PROGRAM REFERRALS:**
**COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS**
**ADMITTED OR CLOSED IN JUNE 2017[1]**

| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [2] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole | Exceptions to Program Guide Timeframes [3] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
|---|---|---|---|---|---|---|---|
| Intermediate (ICF) | 88 | 82 | 3 | 3 | 1 | 2 | 3 |
| Acute (APP) | 133 | 72 | 57 | 4 | 10 | 47 | 125 |
| TOTALS | 221 | 154 | 60 | 7 | 11 | 49 | 128 |

[1] These numbers only reflect new ICF or APP referrals from CDCR IDTTs. These numbers do not include pending step-downs/internal transfers that are already receiving treatment in an inpatient program.

[2] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the referral is sent to the inpatient program (which is deemed the same day of receipt by the inpatient program).

[3] Exceptions to the Program Guide timeframes in this report include those referred that are an out-to-court status, out-to-hospital status, and/or on medical or Vitek holds.

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | DTT Referral Date | Referral Received Date by SMI IRU | Date Referral Sent to DSH/PIP (Program Guide Timeframe Start) | DSH/PIP Decision | DSH/PIP Decision Date (DSH/PIP Time Starts) | DSH/PIP LOC Determination | HCPOP SMI Determination | HCPOP SMI Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance/Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/PIP Field Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | SVSP | ▮ | ▮ | MHCB | 06/12/2017 | 06/14/2017 | 06/14/2017 | Accept | 06/14/2017 | APP | Acute / preliminary Multi Person Cell, Multi Person Cell | 06/16/2017, 06/23/2017 | APP VPP, APP CHCF | 06/16/2017 14 41 00, 06/23/2017 11 06 00 | 06/27/2017 16 26 00 | APP CHCF | 06/29/2017 16 50 00 | DSH requested DS for ATC to post 6/26 Per DSH, 6/23-identified for STK, new endorsement requested/ received-PMU requested ATC to post today - re-endorsed to stk 6/23 Pending Bed Availability as of 6/23. | | 16 | N | 6 |
| APP | LAC | ▮ | ▮ | MHCB | 06/06/2017 | 06/06/2017 | 06/08/2017 | Accept | 06/09/2017 | APP | Acute / preliminary Multi Person Cell | 06/09/2017 | APP VPP | 06/09/2017 18 07 00 | 06/21/2017 14 26 00 | APP VPP | 06/23/2017 14 26 00 | Per DSH, 6/20- identified for VAC, ATC is expected to post 6/21 DSH stated he will get next available bed at DSH 6 6/20 LAC followed up on status 6/20 Pending Bed Availability 6/25 LAC posted RFADS 6/9 DSH requested EOE confirm no FBs 6/9 | Admitted | 15 | N | 5 |
| APP | SATF | ▮ | ▮ | MHCB | 06/12/2017 | 06/12/2017 | 06/14/2017 | Accept | 06/14/2017 | APP | Acute / preliminary Multi Person Cell | 06/16/2017 | APP VPP | 06/16/2017 15 00 00 | 06/23/2017 15 40 00 | APP VPP | 06/29/2017 15 32 00 | Per DSH, 6/23- ATC posted today by DSH-V. 6/22/17 Re-endorsement request to DSH-STK acute. Pending Bed Availability as of 6/21 | Admitted | 15 | N | 5 |
| APP | SATF | ▮ | ▮ | MHCB | 06/09/2017 | 06/16/2017 | 06/16/2017 | Accept | 06/16/2017 | APP | Acute / preliminary Unlocked Dorms, Acute / preliminary Single Cell | 06/19/2017, 06/27/2017 | APP VPP, APP CHCF | 06/19/2017 16 16 00, 06/27/2017 12 20 00 | 06/27/2017 15 27 00 | APP CHCF | 06/30/2017 15 29 00 | Re-Endorsed 6/27. DS uploaded and approved 6/26 6/26/17 IRU informs DSH of expedite request posted on 6/9 Pending Bed Availability as of 6/23. Vtex held 6/21 | Admitted | 14 | N | 4 |
| APP | CMC | ▮ | ▮ | MHCB | 06/07/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/08/2017 | APP | Acute / preliminary Unlocked Dorms, Acute / preliminary Unlocked Dorms | 06/12/2017, 06/20/2017 | APP VPP, APP CHCF | 06/12/2017 15 24 00, 06/20/2017 09 11 00 | 06/20/2017 13 29 00 | APP CHCF | 06/22/2017 15 14 00 | Per DSH, ATC posted 6/20, but IRU did not rec. email notice until 6/21 6/19- identified for STK, new endorsement received 6/20- ATC to post today or tomorrow. re-endorsed 6/21 Originally endorsed to VPP-APP. On 6/19, request to re-endorse to CHCF | Admitted | 14 | N | 4 |
| APP | LAC | ▮ | ▮ | MHCB | 06/05/2017 | 06/07/2017 | 06/07/2017 | Accept | 06/07/2017 | APP | Acute / preliminary Locked Dorms | 06/08/2017 | APP CHCF | 06/08/2017 16 41 00 | 06/19/2017 13 59 00 | APP CHCF | 06/21/2017 14 58 00 | 6/15/17 DSH coordinator indicated RFADD posted. Included was a written note I/P not suitable for dorm housing. | Admitted | 14 | N | 4 |
| APP | WSP | ▮ | ▮ | MHCB | 06/07/2017 | 06/09/2017 | 06/09/2017 | Accept | 06/12/2017 | APP | Acute / preliminary Single Cell | 06/12/2017 | APP CHCF | 06/12/2017 12 40 00 | 06/21/2017 14 27 00 | APP VPP | 06/23/2017 10 16 00 | 6/21/17 CDW coordinator indicated RFADD 6/13/17 CDW rejected inmate plan addendum indicating I/P not suitable for dorm housing. | Admitted | 14 | N | 4 |
| APP | WSP | ▮ | ▮ | MHCB | 05/31/2017 | 06/01/2017 | 06/01/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Single Cell, Acute / preliminary Single Cell | 06/06/2017, 06/12/2017 | APP VPP, APP CHCF | 06/06/2017 08 24 00, 06/12/2017 13 59 00 | 06/12/2017 15 48 00 | APP CHCF | 06/15/2017 13 13 00 | 6/12/17- PMU requested reendorsement. 6/29/17 MCSP indicates I/P will be transported today. 6/26/17 DSH requested update on transport. 6/23/17 DSH indicated ATC for I/P may be posted on 6/26/17 6/22/17 DSH coordinator requesting bed status for I/P . I/P engaging in self harm and remains suicidal | Admitted | 14 | N | 4 |
| APP | MCSP | ▮ | ▮ | MHCB | 06/13/2017 | 06/15/2017 | 06/15/2017 | Accept | 06/19/2017 | APP | Acute / preliminary Unlocked Dorms | 06/19/2017 | APP CHCF | 06/19/2017 15 33 00 | 06/26/2017 15 57 00 | APP CHCF | 06/26/2017 12 40 00 | 6/23/17 DSH indicated DSH of approved, expedited request | Admitted | 14 | N | 4 |
| APP | SATF | ▮ | ▮ | MHCB | 06/05/2017 | 06/07/2017 | 06/07/2017 | Reject, Reject, Accept | 06/01/2017, 06/01/2017, 06/19/2017 | APP | Female CIW | 06/08/2017 | Female APP CIW | 06/08/2017 15 08 00 | 06/19/2017 10 18 00 | Female APP CIW | 06/22/2017 12 00 00 | 6/23/17 CIW coordinator indicated I/P needed 1:1 nursing assistance for transfer. 6/20/17 CIW PIP rescinded rejection to accept I/P for APP. 6/15/17 PIP rejected referral due to I/P being unstable for dorm setting | Admitted | 14 | N | 4 |
| APP | CCWF | ▮ | ▮ | MHCB | 06/08/2017 | 06/12/2017 | 06/12/2017 | Accept | 06/19/2017 | APP | Female Acute / preliminary Locked Dorms / preliminary Locked Dorms | 06/19/2017 | Female APP CIW | 06/19/2017 13 38 00 | 06/22/2017 12 00 00 | Female APP CIW | 06/26/2017 13 04 00 | 6/14/17 Referral was sent to PSH for cons | Admitted | 14 | N | 4 |
| APP | WSP | ▮ | ▮ | MHCB | 06/12/2017 | 06/14/2017 | 06/14/2017 | Accept | 06/14/2017 | APP | Acute / preliminary Locked Dorms | 06/16/2017, 06/23/2017 | APP VPP, APP CHCF | 06/16/2017 10 11 00, 06/23/2017 09 38 00 | 06/27/2017 13 38 00 | APP CHCF | 06/28/2017 10 50 00 | 6/23/17 Re-endorsement request to DSH-STK acute. | Admitted | 14 | N | 4 |

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | DTT Referral Date | Referral Received Date by SMH (IRU) | Date Referral Sent to DSH/PIP (Program Guide Timeframe Start) | DSH/PIP Decision | DSH/PIP Decision Date (DSH/PIP Time Starts) | DSH/PIP LOC Determination | HCPOP IMH Determination | HCPOP IMH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/PIP yard Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | SATF | ▮ | ▮ | MHCB | 06/12/2017 | 06/15/2017 | | | | APP | | | APP VPP | 06/19/2017 14 18 00 | 06/26/2017 17 13 00 | APP VPP | 06/29/2017 15 14 00 | 6/21/17 RFAOD clarification of housing recommendation. | Admitted | 14 | N | 4 |
| APP | SVSP | ▮ | ▮ | MHCB | 05/31/2017 | 06/02/2017 | | | | APP | | | APP VPP | 06/05/2017 16 02 00 | 06/13/2017 15 26 00 | APP VPP | 06/16/2017 12 42 00 | 6/12/17 DSH emailed indicating there was a decomp in DSH-V acute so an ATC could not be issued for I/P. SVSP posted 05 6/12 | Admitted | 14 | N | 4 |
| APP | CMC | ▮ | ▮ | MHCB | 05/16/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/09/2017 | APP | Acute / preliminary Locked Dorms, Acute / preliminary Locked Dorms | 06/09/2017, 06/22/2017 | APP VPP, APP VPP | 06/20/2017 15 13 00 | 06/22/2017 11 57 00 | APP CHCF | 06/22/2017 11 57 00 | Originally endorsed to VPP-APP. On 6/19, received request to re-endorse to CHCF. ATC posted 6/20, but no email notice 6/21 6/19- identified for STR- ATC to post today or tomorrow. Requested 05 6/16 | Admitted | 14 | N | 4 |
| APP | CHCF | ▮ | ▮ | MHCB | 06/07/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/09/2017 | APP | Acute / preliminary Single Cell | 06/09/2017 | APP CHCF | 06/09/2017 16 11 00 | 06/21/2017 09 29 20 | APP CHCF | 06/21/2017 13 34 00 | APP CHCF | 06/21/2017 16 00 00 | Pending Bed Availability 6/15 | Admitted | 13 | N | 3 |
| APP | CIM | ▮ | ▮ | MHCB | 05/31/2017 | 06/02/2017 | 06/02/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Single Cell | 06/05/2017 | APP CHCF | 06/05/2017 15 38 00 | 06/12/2017 15 23 00 | APP VPP | 06/15/2017 16 00 00 | | Admitted | 13 | N | 3 |
| APP | LAC | ▮ | ▮ | MHCB | 06/01/2017 | 06/02/2017 | 06/02/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Unlocked Dorms | 06/07/2017 | APP VPP | 06/07/2017 08 47 00 | 06/12/2017 15 27 00 | APP VPP | 06/12/2017 16 11 00 | 6/12/17 LAC DSH coordinator asked for a transport update. PMU responded that an ATC will be posted in the current week. Per DSH, 6/20- identified for STR. 6/21- new endorsement received, ATC expected to post today or tomorrow 6/21 LAC posted RFAOD 6/5 | Admitted | 13 | N | 3 |
| APP | CHCF | ▮ | ▮ | MHCB | 06/14/2017 | 06/14/2017 | 06/14/2017 | Accept | 06/16/2017 | APP | Acute / preliminary Unlocked Dorms | 06/16/2017 | APP CHCF | 06/16/2017 14 28 00 | 06/26/2017 15 10 00 | APP CHCF | 06/27/2017 12 44 00 | APP CHCF | 06/27/2017 16 11 00 | | Admitted | 13 | N | 3 |
| APP | CIM | ▮ | ▮ | MHCB | 06/14/2017 | 06/16/2017 | 06/16/2017 | Accept | 06/19/2017 | APP | Acute / preliminary Unlocked Dorms | 06/19/2017 | APP VPP | 06/19/2017 15 38 00 | 06/26/2017 17 14 00 | APP VPP | 06/29/2017 17 16 00 | APP VPP | 06/29/2017 16 11 00 | | Admitted | 13 | N | 3 |
| APP | SATF | ▮ | ▮ | MHCB | 05/31/2017 | 06/02/2017 | 06/02/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Locked Dorms | 06/05/2017 | APP VPP | 06/05/2017 16 48 00 | 06/12/2017 15 21 00 | APP VPP | 06/15/2017 15 42 00 | APP VPP | 06/15/2017 15 42 00 | | Admitted | 13 | N | 3 |
| APP | SAC | ▮ | ▮ | MHCB | 06/01/2017 | 06/06/2017 | 06/06/2017 | Accept | 06/07/2017 | APP | Acute / preliminary Multi Person Cell | 06/07/2017 | APP VPP | 06/07/2017 14 47 00 | 06/14/2017 15 09 00 | APP VPP | 06/19/2017 11 48 00 | APP VPP | 06/19/2017 11 48 00 | | Admitted | 13 | N | 3 |
| APP | SAC | ▮ | ▮ | MHCB | 06/05/2017 | 06/06/2017 | 06/06/2017 | Accept | 06/07/2017 | APP | Acute / preliminary Single Cell | 06/07/2017 | APP VPP | 06/07/2017 15 17 00 | 06/14/2017 15 09 00 | APP VPP | 06/19/2017 11 28 00 | APP VPP | 06/19/2017 11 28 00 | | Admitted | 13 | N | 3 |
| APP | SATF | ▮ | ▮ | MHCB | 05/30/2017 | 06/06/2017 | 06/06/2017 | Accept | 06/07/2017 | APP | Acute / preliminary Multi Person Cell | 06/07/2017 | APP VPP | 06/07/2017 12 57 00 | 06/16/2017 11 06 00 | APP CHCF | 06/19/2017 18 10 00 | APP CHCF | 06/19/2017 18 10 00 | | Admitted | 13 | N | 3 |
| APP | CMC | ▮ | ▮ | MHCB | 06/14/2017 | 06/15/2017 | 06/15/2017 | Accept | 06/19/2017 | APP | Acute / preliminary Multi Person Cell | 06/19/2017 | APP VPP | 06/19/2017 14 26 00 | 06/26/2017 17 15 00 | APP VPP | 06/28/2017 11 53 00 | APP VPP | 06/28/2017 11 53 00 | | Admitted | 13 | N | 3 |
| APP | CHCF | ▮ | ▮ | MHCB | 06/07/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/09/2017 | APP | Acute / preliminary Single Cell | 06/09/2017 | APP CHCF | 06/09/2017 11 59 00 | 06/20/2017 13 28 00 | APP CHCF | 06/21/2017 11 33 00 | APP CHCF | 06/21/2017 11 33 00 | | Admitted | 13 | N | 3 |
| APP | CMC | ▮ | ▮ | MHCB | 06/14/2017 | 06/15/2017 | 06/15/2017 | Accept | 06/19/2017 | APP | Acute / preliminary Unlocked Dorms | 06/19/2017 | APP VPP | 06/19/2017 14 12 00 | 06/26/2017 17 15 00 | APP VPP | 06/28/2017 11 46 00 | APP VPP | 06/28/2017 11 46 00 | | Admitted | 13 | N | 3 |
| APP | CMF | ▮ | ▮ | MHCB | 06/12/2017 | 06/13/2017 | 06/13/2017 | Accept | 06/15/2017 | APP | Acute / preliminary Single Cell | 06/16/2017 | APP VPP | 06/16/2017 09 50 00 | 06/23/2017 15 41 00 | APP VPP | 06/26/2017 13 01 00 | APP VPP | 06/26/2017 13 01 00 | | Admitted | 13 | N | 3 |
| APP | CHCF | ▮ | ▮ | MHCB | 06/07/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/12/2017 | APP | Acute / preliminary Multi Person Cell | 06/12/2017 | APP CHCF | 06/12/2017 15 12 00 | 06/19/2017 14 05 00 | APP CHCF | 06/20/2017 10 43 00 | APP CHCF | 06/20/2017 10 43 00 | 6/8/17 RFAOD patient a potential DTF if housed with a cell mate. | Admitted | 12 | N | 2 |
| APP | SAC | ▮ | ▮ | MHCB | 05/25/2017 | 05/31/2017 | 05/31/2017 | Accept | 06/01/2017 | APP | Acute / preliminary Multi Person Cell | 06/01/2017 | APP VPP | 06/01/2017 15 15 00 | 06/07/2017 15 30 00 | APP VPP | 06/12/2017 09 14 00 | APP VPP | 06/12/2017 09 14 00 | PMU is rescinding the 6/1/17 ATC. 6/19/17 CCWF inquiry to DSH regarding bed status and ADC. 6/14/17 PSH OP posted because CIW PIP is at full capacity 6/12/17 PSH accepted to CIW PIP 6/12/17 Sent to PSH | Admitted | 12 | N | 2 |
| APP | CCWF | ▮ | ▮ | MHCB | 06/08/2017 | 06/09/2017 | | Accept, Accept, Accept | 06/12/2017, 06/14/2017, 06/08/2017 | APP, APP, APP | Female, Female | 06/12/2017, 06/15/2017 | Female APP, CIW, Female, APP PSH | 06/12/2017 14 04 00, 06/15/2017 14 00 00 | 06/19/2017 14 37 00, 07/03/2017 00 00 00 | Female APP, CIW, Female, APP CIW | 06/21/2017 12 00 00, 07/03/2017 16 08 00 | | Admitted | 12 | N | 2 |
| APP | CHCF | ▮ | ▮ | MHCB | 05/30/2017 | 06/09/2017 | 06/09/2017 | Accept | 06/09/2017 | APP | Acute / preliminary Multi Person Cell, Acute / preliminary Multi Person Cell | 06/05/2017, 06/14/2017 | APP CHCF, APP VPP | 06/05/2017 14 03 00, 06/14/2017 09 00 00 | 06/14/2017 15 06 00 | APP VPP | 06/14/2017 11 34 00 | APP VPP | 06/14/2017 11 34 00 | 6/14/17 Re-endorsed to DSH-V | Admitted | 11 | N | 1 |
| APP | RJD | ▮ | ▮ | MHCB | 05/22/2017 | 05/22/2017 | 05/22/2017 | Accept | 05/24/2017 | APP | Acute / preliminary Multi Person Cell | 05/24/2017 | APP VPP | 05/24/2017 14 56 00 | 05/30/2017 15 45 00 | APP VPP | 06/02/2017 15 08 00 | APP VPP | 06/02/2017 15 08 00 | | Admitted | 11 | N | 1 |
| APP | CMC | ▮ | ▮ | MHCB | 05/24/2017 | 05/25/2017 | 05/25/2017 | Accept | 05/30/2017 | APP | Acute / preliminary Multi Person Cell | 05/31/2017 | APP VPP | 05/31/2017 09 52 00 | 06/02/2017 14 43 00 | APP VPP | 06/05/2017 15 42 00 | APP VPP | 06/05/2017 15 42 00 | | Admitted | 11 | N | 1 |

Data Source: RIPA

CDHCS, Health Care Placement Oversight Program

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | DOT Referral Date | Referral Received Date by MH IRU | Date Referral Sent to DSH/PIP (Program Guide Timeframe Start) | DSH/PIP Decision | DSH/PIP Decision Date (DSH/PIP Time Starts) | DSH/PIP LOC Determination | HCPOP IBH Determination | HCPOP IBH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/PIP and Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | NKSP | ▮ | ▮ | MHCB | 06/01/2017 | 06/05/2017 | 06/05/2017 | | 06/05/2017 | APP | Acute / preliminary Locked Dorms | 06/05/2017 | APP CHCF | 06/05/2017 14 28 00 | 06/14/2017 14 13 00 | APP CHCF | 06/16/2017 10 04 00 | 6/6/17 FC 2602 hearing (Petition for Involuntary Medication And Request) | Admitted | 11 | N | 1 |
| APP | KVSP | ▮ | ▮ | MHCB | 06/05/2017 | 06/06/2017 | 06/12/2017 | Accept | 06/14/2017 | APP | Acute / preliminary Single Cell | 06/14/2017 | APP VPP | 06/14/2017 14 54 00 | 06/22/2017 14 34 00 | APP CHCF | 06/23/2017 14 43 00 | | Admitted | 11 | N | 1 |
| APP | COR | ▮ | ▮ | MHCB | 06/08/2017 | 06/12/2017 | 06/12/2017 | Accept | 06/13/2017 | APP | Acute / preliminary Multi Person Cell | 06/14/2017, 06/22/2017 | APP VPP, APP CHCF | 06/14/2017 10 17 00, 06/22/2017 14 50 00 | 06/22/2017 14 34 00 | APP CHCF | 06/23/2017 16 32 00 | 6/22/17 DSH requested re-endorsement from APP VPP to APP CHCF | Admitted | 11 | N | 1 |
| APP | CMC | ▮ | ▮ | MHCB | 05/31/2017 | 06/01/2017 | 06/01/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Multi Person Cell | 06/05/2017 | APP CHCF | 06/05/2017 15 59 00 | 06/09/2017 14 19 00 | APP CHCF | 06/12/2017 13 49 00 | | Admitted | 11 | N | 1 |
| APP | CMC | ▮ | ▮ | MHCB | 05/31/2017 | 06/01/2017 | 06/01/2017 | Accept | 06/05/2017 | ICF | Acute / preliminary Single Cell | 06/05/2017 | APP CHCF | 06/05/2017 13 43 00 | 06/09/2017 14 19 00 | APP CHCF | 06/12/2017 13 48 00 | | Admitted | 11 | N | 1 |
| APP | COR | ▮ | ▮ | MHCB | 06/14/2017 | 06/19/2017 | 06/19/2017 | Accept | 06/20/2017 | APP | Acute / preliminary Locked Dorms | 06/20/2017 | APP CHCF | 06/20/2017 13 43 00 | 06/28/2017 13 31 00 | APP CHCF | 06/30/2017 18 42 00 | | Admitted | 11 | N | 1 |
| APP | RJD | ▮ | ▮ | MHCB | 05/19/2017 | 05/22/2017 | 05/22/2017 | Accept | 05/24/2017 | APP | Acute / preliminary Single Cell | 05/24/2017 | APP CHCF | 05/24/2017 14 42 00 | 05/30/2017 14 52 00 | APP CHCF | 06/02/2017 15 57 00 | | Admitted | 11 | N | 1 |
| APP | RJD | ▮ | ▮ | MHCB | 06/16/2017 | 06/19/2017 | 06/19/2017 | Accept | 06/20/2017 | APP | Acute / preliminary Multi Person Cell | 06/20/2017 | APP CHCF | 06/20/2017 14 08 00 | 06/28/2017 15 32 00 | APP CHCF | 06/30/2017 16 10 00 | | Admitted | 11 | N | 1 |
| APP | RJD | ▮ | ▮ | MHCB | 06/09/2017 | 06/12/2017 | 06/12/2017 | Accept | 06/13/2017 | APP | Acute / preliminary Multi Person Cell | 06/14/2017, 06/20/2017 | APP VPP, APP CHCF | 06/14/2017 08 45 00, 06/20/2017 10 29 00 | 06/22/2017 14 08 00 | APP CHCF | 06/23/2017 14 24 00 | | Admitted | 11 | N | 1 |
| APP | SAC | ▮ | ▮ | MHCB | 06/08/2017 | 06/12/2017 | 06/12/2017 | Accept | 06/14/2017 | APP | Acute / preliminary Single Cell, Acute / preliminary Single Cell | 06/14/2017, 06/21/2017 | APP VPP, APP CHCF | 06/14/2017 11 14 00, 06/21/2017 09 38 00 | 06/22/2017 14 18 00 | APP CHCF | 06/23/2017 17 52 00 | 6/20/17 DSH requested re-endorsement from APP VPP to APP CHCF | Admitted | 11 | N | 1 |
| APP | CHCF | ▮ | ▮ | MHCB | 06/15/2017 | 06/19/2017 | 06/19/2017 | Accept | 06/20/2017 | APP | Acute / preliminary Single Cell | 06/20/2017 | APP CHCF | 06/20/2017 14 44 00 | 06/28/2017 15 28 00 | APP CHCF | 06/30/2017 12 47 00 | | Admitted | 11 | N | 1 |
| APP | CMC | ▮ | ▮ | MHCB | 06/08/2017 | 06/12/2017 | 06/12/2017 | Accept | 06/14/2017 | APP | Acute / preliminary Locked Dorms, Acute / preliminary Locked Dorms | 06/14/2017, 06/21/2017 | APP VPP, APP CHCF | 06/14/2017 09 41 00, 06/21/2017 09 48 00 | 06/22/2017 14 20 00 | APP CHCF | 06/22/2017 10 44 00 | 6/20/17 DSH requested re-endorsement from APP VPP to APP CHCF  6/21/17 Per email from DSH SAC PMU I/P medical hold status will be removed. Medical hold expired 6/18/17  6/21/17 RFADD Inpatient Progress note posted in SP  6/21/17 Clinically accepted but medically deferred. DSH specified med docs required for reconsider | Admitted | 11 | N | 1 |
| APP | SAC | ▮ | ▮ | MHCB | 05/19/2017 | 05/25/2017 | 05/25/2017 | Accept | 06/01/2017 | APP | Acute / preliminary Single Cell | 06/01/2017 | APP VPP | 06/01/2017 14 37 00 | 06/27/2017 14 56 00 | APP VPP | 06/29/2017 15 35 00 | 6/29/17 Clinically Accepted but Medically Deferred | Admitted | 35 | N | 25 |
| APP | SATF | ▮ | ▮ | MHCB | 06/01/2017 | 06/06/2017 | 06/06/2017 | Accept | 06/07/2017 | APP | Acute / preliminary Single Cell | 06/07/2017 | APP CHCF | 06/07/2017 07 26 00 | 06/26/2017 17 13 00 | APP VPP | 06/29/2017 13 00 00 | Referred | Admitted | 23 | N | 13 |
| APP | RJD | ▮ | ▮ | MHCB | 05/24/2017 | 05/25/2017 | 05/25/2017 | Accept | 05/30/2017 | APP | Acute / preliminary Single Cell | 05/31/2017 | APP CHCF | 05/31/2017 08 37 00 | 06/13/2017 21 00 00 | APP CHCF | 06/16/2017 13 13 00 | 6/12/17 medical clearance doc uploaded to SP  6/9/17 I/P medically cleared to transfer.  6/8/17 Specialty appt report still pending; ATC dated 6/1/17 @3 05 PM cancelled by CHCF ADU.  6/6/17 Medical hold updated; awaiting Specialty appt report to clear I/P fo.  6/6/17 Vitals hearing results  6/6/17 Vitals; treatment team delaying Vitals decision to evaluate changing referral to ICF and rescind APP referral. | Admitted | 22 | N | 12 |
| APP | CMF | ▮ | ▮ | MHCB | 05/25/2017 | 05/30/2017 | 05/30/2017 | Accept | 05/30/2017 | APP | Acute / preliminary Single Cell | 06/09/2017 | APP VPP | 06/09/2017 08 41 00 | 06/19/2017 14 52 00 | APP CHCF | 06/20/2017 10 43 00 | 5/31/17 DRU email intake Vitals scheduled 6/5/17  6/8/17 RFADD medical clearance  6/17/17 RFADD physician orders | Admitted | 21 | N | 11 |
| APP | SVSP | ▮ | ▮ | MHCB | 05/30/2017 | 06/01/2017 | 06/01/2017 | Accept | 06/08/2017 | APP | Acute / preliminary Locked Dorms, Acute / preliminary Locked Dorms | 06/08/2017, 06/20/2017 | APP VPP, APP CHCF | 06/08/2017 13 09 00, 06/20/2017 08 21 00 | 06/20/2017 13 90 00 | APP CHCF | 06/22/2017 15 12 00 | 5/31/17 temporary medical hold as a result of a retained I/B  *Originally endorsed to VPP APP but on 6/19- request to re-endorse to CHCF | Admitted | 21 | N | 11 |

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | DOT Referral Date | Referral Received Date by MH/ IMU | Date Referral Sent to DSH/PIP (Program Guide Timeframe Start) | DSH/PIP Decision | DSH/PIP Decision Date (DSH/PIP Program Guide Time Starts) | DSH/PIP LOC Determination | HCPOP LMH Determination | HCPOP LMH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance/Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/PIP (excl Admission) | Within Program Guide Timeframes? | Days over Program Guide Timeframe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | CHCF | ■ | ■ | MHCB | 06/08/2017 | 06/09/2017 | 06/09/2017 | Accept | 06/16/2017 | APP | Acute / preliminary Multi Person Cell | 06/17/2017 | APP CHCF | 06/17/2017 07 20 00 | 06/29/2017 11 31 00 | APP CHCF | 06/29/2017 13 55 00 | 6/29/17 the referral was formally accepted, with new SP posted. 6/16/17 SP stated accepted but medically deferred. 6/27/17 CHCF DSH coordinator indicates I/P scheduled for urology appt. next week; will request expedite for the appt. 6/22/17 VPP AQU still | Admitted | 20 | N | 10 |
| APP | CMF | ■ | ■ | MHCB | 05/23/2017 | 05/25/2017 | 05/25/2017 | Accept | 05/26/2017 | APP | Acute / preliminary Multi Person Cell; Acute / preliminary Multi Person Cell | 05/26/2017, 06/06/2017 | APP VPP, APP CHCF | 05/26/2017 17 58 00, 06/06/2017 09 44 00 | 06/07/2017 13 57 00 | APP CHCF | 06/09/2017 12 23 00 | OTC: 6/23/17; 6/21/17; 6/14/17 6/2/17: higher level of care coordinator is requesting that the APP be delayed until information can be obtained to either validate/invalidate his report that there is an investigation or alternatively consider placement at | Admitted | 15 | N | 5 |
| APP | SAC | ■ | ■ | MHCB | 06/01/2017 | 06/07/2017 | 06/07/2017 | Accept | 06/08/2017 | APP | Acute / preliminary Single Cell | 06/09/2017 | APP VPP | 06/09/2017 13 24 00 | 06/19/2017 14 50 00 | APP VPP | 06/21/2017 11 14 00 | 6/15/17 RFADD PC 3902 docs posted in SP. Petition for Order Authorizing Involuntary Administration of Psychiatric Medication. 6/5/17 Medical hold placed for PC3902 initiation after DSH referral | Admitted | 14 | N | 4 |
| APP | CIM | ■ | ■ | MHCB | 06/08/2017 | 06/12/2017 | 06/12/2017 | Accept | 06/14/2017 | APP | Acute / preliminary Locked Doors | 06/14/2017 | APP VPP | 06/14/2017 13 21 00 | 06/23/2017 14 41 00 | APP VPP | 06/23/2017 14 41 00 | OTH 6/24/17 6/22/17 DSH requesting info if medical-to-medical contact was made. 6/22/17 ATC dated 6/21/17 canceled, DSH requesting hospital report, medical clearance, and info why patient was sent to hospital, CRM responded with reason for outside hospita | Admitted | 11 | N | 1 |
| APP | CCWF | ■ | ■ | MHCB | 05/25/2017 | 05/25/2017 | 05/25/2017 | Accept | 05/26/2017 | APP | Female | 05/26/2017 | Female APP CIW | 05/26/2017 17 23 00 | 04/02/2017 09 46 00 | Female APP CIW | 04/05/2017 13 37 00 | 6/2/17 I/P returned from OTC I/P Movement on hold, due to OTC on 6/1/17, ATC I/P cancel pending court proceedings. | Admitted | 11 | N | 1 |

Total Days Out of Compliance    125

DETAIL OF ICF REFERRALS OUT OF COMPLIANCE

| Referral Type | Referring Institution | CDCR Number | Last Name | First Name | Referring UDC | IDTT Referral Date | Referral Received Date by IMHRU | Date Referral Sent to DSH/PIP (Program Guide Timeframe Start) | DSH/PIP Decision | DSH/PIP Decision Date (ICF/ICP Time Start) | DSH/PIP UDC Determination | ICF/ICP SAH Determination | ICF/ICP SAH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/PIP and Final Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | CMF | | | | MHCB | 05/22/2017 | 05/25/2017 | 05/25/2017 | Accept, Accept | 05/30/2017, 06/22/2017 | ICF, ICF | Multi Person Cell, Multi Person Cell | 05/30/2017, 06/21/2017 | ICF-High, SVPP (Multi), ICF-High, VPP (Single) | 05/30/2017 10:53:00, 06/23/2017 09:45:00 | 06/21/2017 14:21:00 | ICF-High, VPP (Single) | 06/26/2017 10:32:00 | 5/30 DT cancelled for Unlocked Dorm. | Admitted | 32 | N | 2 |
| ICF | WSP | | | | EOP-AC | 05/11/2017 | 05/19/2017 | 05/19/2017 | Accept, Accept | 05/21/2017, 06/05/2017 | ICF, APP | Multi Person Cell Acute / preliminary, Multi Person Cell Acute / preliminary, Multi Person Cell | 05/21/2017, 06/06/2017, 06/14/2017 | ICF-High, SVPP (Multi), APP CHCF, APP VPP | 05/21/2017 11:18:00, 06/06/2017 11:28:00, 06/14/2017 09:29:00 | 06/14/2017 15:11:00 | APP VPP | 06/15/2017 12:05:00 | 6/6/17 Prior 5/22/2017 DT changed to APP upon review of the I/P current issues. 6/2/17 RFADO - MMCB multiple admissions along with compensating symptoms resulted in referral being recommended to change to Acute. | Admitted | 31 | N | 1 |
| ICF | SVSP | | | | EOP-SNY | 04/27/2017 | 05/02/2017 | 05/02/2017 | Accept | 05/05/2017 | ICF | Single Cell | 05/08/2017 | ICF-High, SVPP (Single) | 05/08/2017 11:46:00 | 06/02/2017 13:51:00 | ICF-High, SVPP (Single) | 06/05/2017 15:25:00 | 5/26/17 PMU requested transfer update; SVPP MH responded to I/P withdraw consent; refused transportation, and is now pending VITEX. ATC 6/2/17 replaced the prior 5/22/17 ATC; I/P Visit hearing complete and I/P ready to proceed. Per DSH PA61 - Medical Hold from 5/25-6/2/17 | Admitted | 34 | N | 4 |

Total Days Out of Compliance    7

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          No.    **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on <u>August 9, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

DEFENDANTS' CORRECTED CENSUS AND WAITLIST REPORTS FOR INPATIENT MENTAL HEALTH CARE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 9, 2017</u>, at Sacramento, California.

|  |  |
|---|---|
| T. Farster | */s/ T. Farster* |
| Declarant | Signature |

CF1997CS0003
32999848.doc