XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-4921
 Fax:  (916) 324-5205
 E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF FILING CORRECTED PLEADING AND NOTICE OF ERRATA FOR DEFENDANTS' CENSUS AND WAITLIST REPORTS FOR INPATIENT MENTAL HEALTH CARE (ECF NO. 5647)** |

PLEASE TAKE NOTICE that Defendants are filing concurrently with this notice a corrected version of Defendants' Census and Waitlist Reports for Inpatient Mental Health Care, replacing the document filed at ECF 5647.

The correction to Defendants' Census and Waitlist Reports for Inpatient Mental Health Care is limited to replacement of Exhibit E, which has been amended to enlarge the margins so that the ECF header does not obstruct information on pages two through six of the exhibit.

1

1   Dated:  August 7, 2017           Respectfully submitted,

2                              XAVIER BECERRA
                             Attorney General of California
3                              DANIELLE F. O'BANNON
                             Supervising Deputy Attorney General

4

5                              */s/ ELISE OWENS THORN*

6                              ELISE OWENS THORN
                             Deputy Attorney General
7                              *Attorneys for Defendants*

8 CF1997CS0003
Notice of Filing Corrected Pleading.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defs.' Not. of Filing Corr. Pldg. & Not. of Errata for Defs.' Census and Waitlist Rpts.  (2:90-cv-00520 KJM-DB (PC))

1   XAVIER BECERRA
    ATTORNEY GENERAL
2   WILLIAM C. KWONG
    ACTING SENIOR ASSISTANT ATTORNEY GENERAL
3   DANIELLE F. O'BANNON
    JAY C. RUSSELL
4   Supervising Deputy Attorneys General
    ELISE OWENS THORN, State Bar No. 145931
5   CHRISTINE M. CICCOTTI, State Bar No. 238695
    CHAD A. STEGEMAN, State Bar No. 225745
6   TYLER V. HEATH, State Bar No. 271478
    Deputy Attorneys General
7     1300 I Street, Suite 125
      P.O. Box 944255
8     Sacramento, CA 94244-2550
      Telephone:  (916) 324-4921
9     Fax:  (916) 324-5205
      E-mail:  Elise.Thorn@doj.ca.gov
10  *Attorneys for Defendants*

11                    IN THE UNITED STATES DISTRICT COURT

12                   FOR THE EASTERN DISTRICT OF CALIFORNIA

13                            SACRAMENTO DIVISION

14

15

16  **RALPH COLEMAN, et al.,**                  2:90-cv-00520 KJM-DB (PC)

17                            Plaintiffs,        **DEFENDANTS' CORRECTED CENSUS**
                                                 **AND WAITLIST REPORTS FOR**
18         **v.**                                **INPATIENT MENTAL HEALTH CARE**

19
    **EDMUND G. BROWN JR., et al.,**
20
                              Defendants.
21

22

23         On October 13, 2015, the Court ordered Defendants California Department of Corrections

24  and Rehabilitation (CDCR) and Department of State Hospitals (DSH) to begin filing, on a

25  monthly basis, three templates that capture data concerning patient census and waitlists for

26  inpatient mental health care.  (ECF No. 5367.)  Defendants have filed monthly census and

27  waitlists reports for inpatient mental health care since that time.

28

                                            1

1    The templates for the monthly census and waitlists reports have been modified twice since

2    the October 13, 2015 order.  The first modification occurred on June 24, 2016, when the Court

3    approved and ordered a stipulation by the parties modifying the initial templates for the monthly

4    inpatient reports.  (ECF No. 5458.)  The second modification occurred on April 19, 2017, when

5    the Court approved the monthly census and inpatient waitlists report templates submitted to the

6    Court on March 15, 2017 (ECF No. 5577), subject to further modifications.  (ECF No. 5610.)

7    Specifically, the Court ordered Defendants to include in the monthly report (1) the total number

8    of inmate-patients, if any, who waited beyond Program Guide timelines for transfer to an acute

9    inpatient mental health care program; (2) the total number of inmate-inpatients, if any, who

10    waited beyond Program Guide timelines for transfer to an Intermediate Care Facility mental

11    health care program; (3) the number of days each inmate-patient waited beyond Program Guide

12    timelines; and (4) the total number of inmate-patient wait days for the month (category (1) plus

13    category (2) plus category (3)).  (ECF No. 5610 at 10.)

14    A letter from Defendants CDCR and DSH is attached enclosing the following census and

15    inpatient reports, as modified under the April 19, 2017 order:  (1) the DSH *Coleman* Patient

16    Census and Waitlist Report (Exhibit A); (2) the CDCR Psychiatric Inpatient Programs (PIP)

17    *Coleman* Patient Census and Waitlist Report (Exhibit B); (3) the CDCR Mental Health Crisis Bed

18    Patient Census and Waitlist Report (Exhibit C); (4) the current Psychiatric Inpatient Programs

19    Census Report (Exhibit D); and (5) CDCR's Inpatient Programs Timelines Compliance Report

20    (Exhibit E).

21    On June 13, 2017, under the stipulation and order entered on June 8, 2017 (ECF No. 5631),

22    Defendants provided the templates for reporting the inmates transferred beyond Program Guide

23    timeframes and the currently available data supporting any claimed exceptions.  Also under the

24    June 8, 2017 stipulation and order, the parties continue to analyze and discuss Defendants'

25    claimed exceptions to the Program Guide timeframes.

26    The compliance report attached as Exhibit E shows that 49 inmate patients were transferred

27    to inpatient care beyond the Program Guide transfer timeframes, equaling a total of 128 days

28    beyond Program Guide transfer timeframes.  In addition, one DSH inmate-patient was internally

2

transferred from intermediate to acute care three days past Program Guide transfer timeframes.

While Defendants have been tracking inmate-patient referrals, the numbers reported this past

month were unanticipated and warrant immediate action.  Defendants have taken immediate steps

to change the method of internally tracking and reporting inpatient referrals and are working

diligently to resolve issues that arose during this reporting period that may have contributed to

delays in admitting inmates to inpatient care.  Those efforts are detailed in the attached letter.

Defendants continue to closely monitor the inpatient referral process both system-wide and

individually.  And Defendants expect to see greater efficiencies in the inpatient referral process

now that CDCR is assuming responsibility to provide inpatient mental health care within its

prisons.

Dated:  August 8, 2017                    Respectfully submitted,

                                          XAVIER BECERRA
                                          Attorney General of California
                                          DANIELLE F. O'BANNON
                                          Supervising Deputy Attorney General

                                          */s/ Elise Owens Thorn*

                                          ELISE OWENS THORN
                                          Deputy Attorney General
                                          *Attorneys for Defendants*

CF1997CS0003

3

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



July 17, 2017

Danielle F. O'Bannon
Elise Owens Thorn
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' MONTHLY CENSUS AND WAITLISTS REPORTS FOR
       INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) and the California
Department of State Hospitals (DSH) submit their monthly information on patient census and
waitlists for inpatient mental health care.

The DSH *Coleman* Patient Census and Waitlist Report, attached as Exhibit A, is based on data
from the DSH Bed Utilization Management report. The CDCR Psychiatric Inpatient Programs
(PIP) *Coleman* Patient Census and Waitlist Report (Exhibit B), the CDCR Mental Health Crisis
Bed Patient Census and Waitlist Report (Exhibit C), and the Defendants' Psychiatric Inpatient
Programs Census Report (Exhibit D), are based on data from CDCR's tracking software, the
Referrals to Inpatient Programs Application (RIPA). The reports attached as Exhibits A through
D reflect data collected daily at a single point in time and should not be used for purposes outside
of the reports.

CDCR's Psychiatric Inpatient Timelines Compliance Report is attached as Exhibit E, and is
based on data from RIPA. The compliance report includes data for all referrals to inpatient care
for the month of June 2017 for any inmate-patient who waited beyond the timeframes specified
in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16. As
shown by the compliance report, 49 inmate patients transferred to inpatient care beyond the
Program Guide transfer timeframes for a total of 128 days beyond Program Guide transfer
timeframes. In addition, DSH had one internal transfer from Intermediate Care Facility level of
care to Acute level of care 3 days beyond the Program Guide transfer timeframes.

The number of inmate-patients who have waited beyond Program Guide timeframes for transfer
to inpatient care was unanticipated and warrants immediate action. Defendants are developing
an automated real time report to better monitor the number of patients approaching transfer
timeframes. The automated report will help to assess issues in timely placing inmates into
inpatient beds. The report should be operational by mid-August 2017. CDCR is also conducting
daily reviews of inpatient referral timelines, including the total days the inmate-patients have
been waiting for transfer, to help avoid untimely transfers. Finally, CDCR has  initiated regular
weekly meetings with Psychiatric Inpatient Program Executive Directors to discuss barriers to
timely admissions and to develop strategies to resolve those issues.

Sincerely,

*/s/ Katherine Tebrock*                              */s/ Pam Ahlin*

KATHERINE TEBROCK                          PAM AHLIN
Deputy Director                                       Director
Statewide Mental Health Program          Department of State Hospitals

# Exhibit A

State of California
**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 North Street Room 420
Sacramento, CA 95814

EDMUND G. BROWN JR., Governor

## DSH CDCR Patient Census and Waitlist Report
### Data as of: 6/26/2017

**Acute Care Patients**

| DSH Facility - Acute | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Accepted Referrals CDCR Direct[4] | Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Atascadero[6] | - | 5 | 0 | 0 | 0 | 0 | | | | |
| Stockton | 154 | 136 | 6 | 4 | 8 | 0 | | | | |
| Vacaville | 218 | 210 | 8 | 0 | 0 | 0 | | | | |
| **Total** | **372** | **351** | **14** | **4** | **8** | **0** | **16** | **35** | **0** | **51** |

(Includes 13 Waiting >90 Days)

**Intermediate Care Low Custody - Unlocked Dorms**

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Accepted Referrals CDCR Direct[4] | Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Atascadero[6] | 256 | 166 | 0 | 0 | 0 | 85 | | | | |
| Coalinga | 50 | 49 | 1 | 0 | 0 | 0 | | | | |
| **Total** | **306** | **215** | **1** | **0** | **0** | **85** | **1** | **1** | **0** | **2** |

(Includes 0 Waiting >30 Days)

**Intermediate Care Low Custody - Unlocked Dorms - Female**

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Accepted Referrals CDCR Direct[4] | Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Patton[7] | 30 | 1 | 0 | 0 | 0 | 29 | | | | |
| **Total** | **30** | **1** | **0** | **0** | **0** | **29** | **0** | **0** | **0** | **0** |

(Includes 0 Waiting >30 Days)

**Intermediate Care Low Custody - Locked Dorms**

| DSH Facility - Locked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Accepted Referrals CDCR Direct[4] | Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Vacaville | 84 | 54 | 1 | 0 | 0 | 29 | | | | |
| **Total** | **84** | **54** | **1** | **0** | **0** | **29** | **0** | **3** | **0** | **3** |

(Includes 0 Waiting >30 Days)

**Intermediate Care High Custody**

| DSH Facility - High Custody | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Accepted Referrals CDCR Direct[4] | Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Salinas Valley Multiperson Cells | 44 | 25 | 0 | 0 | 0 | 19 | | | | |
| Salinas Valley Single Cells | 202 | 195 | 6 | 1 | 0 | 0 | | | | |
| Stockton Single Cells | 360 | 331 | 5 | 2 | 22 | 0 | | | | |
| Vacaville Single Cells | 94 | 85 | 8 | 1 | 0 | 0 | | | | |
| **Total** | **700** | **636** | **19** | **4** | **22** | **19** | **7** | **24** | **50** | **81** |

(Includes 9 Waiting >30 Days)

[1]Beds on hold are assigned for internal patient movement (e.g., transfers to LRH, level of care transfers) and patients waiting to transfer to DSH.
[2]Redlined beds are temporarily unavailable due to repairs.
[3]Medical isolation rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.
[4]Includes CDCR patients that are waiting for transfer to DSH for inpatient treatment.
[5]Includes CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfers).
[6]Of the TTI patients currently residing at DSH-A, 5 are in the Acute program.
[7]Beds at DSH-P are for female patients only. There is currently no waitlist for DSH-P.
[8]Acute Accepted Referrals include 2 patients currently on CDCR hold.

Source: BUMMs

# Exhibit B

**CDCR Psychiatric Inpatient Programs (PIP)**
*Coleman* **Patient Census and Waitlist Report as of**
**June 26, 2017**

| CDCR Female Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 44 | 0 | 0 | 1 | 1 | 2 | 3 | 0 | 0 |
| **Total** | **45** | **44** | **0** | **0** | **1** | **1** | **2** | **3** | **0** | **0** |

| CDCR Male Condemned Psychiatric Inpatient Program | Bed Capacity | Census | Beds on Hold | Beds Redlined | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 40 | 35 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **40** | **35** | **0** | **0** | **5** | **0** | **0** | **0** | **0** | **0** |

# Exhibit C

**CDCR Mental Health Crisis Bed**
*Coleman* **Patient Census and Waitlist Report as of**
**June 26, 2017**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 427 | 393 | 5 | 29 | 48 | 22 | 13 |
| Female Programs | 22 | 16 | 0 | 6 | 11 | 2 | 4 |
| Totals | 449 | 409 | 5 | 35 | 59 | 24 | 17 |

# Exhibit D

Monday, 6/26/2017

Time: 04:30 PM

### PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 06/26/2017

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| DSH-Vacaville | 218 | No Score: | 12 |
| | | Level I: | 14 |
| | | Level II: | 55 |
| | | Level III: | 36 |
| | | Level IV | 93 |
| | | **Total Census:** | **210** |
| DSH-Stockton | 154 | No Score: | 19 |
| | | Level I: | 6 |
| | | Level II: | 25 |
| | | Level III: | 20 |
| | | Level IV | 66 |
| | | **Total Census:** | **136** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 3 |
| | | Level III: | 1 |
| | | Level IV | 0 |
| | | **Total Census:** | **5** |
| **Totals for Male Acute** | **372** | | **351** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| DSH-Stockton | 360 | No Score: | 21 |
| | | Level I: | 14 |
| | | Level II: | 61 |
| | | Level III: | 58 |
| | | Level IV | 176 |
| | | **Total Census:** | **330** |
| | | *Total out of LRH:* | *167* |
| DSH-Vacaville | 94 | No Score: | 1 |
| | | Level I: | 2 |
| | | Level II: | 18 |
| | | Level III: | 20 |
| | | Level IV | 43 |
| | | **Total Census:** | **84** |
| | | *Total out of LRH:* | *56* |
| DSH-Vacaville Multi-person cells | 70 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| | | Total out of LRH: | 0 |

Monday, 6/26/2017

Time: 04:30 PM

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 06/26/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| DSH-Salinas Valley | 202 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 28 |
| | | Level III: | 43 |
| | | Level IV | 115 |
| | | PC 1370: | 4 |
| | | WIC 7301: | 3 |
| | | **Total Census:** | **195** |
| | | *Total out of LRH:* | *144* |
| DSH-Salinas valley Multi-person cells | 44 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 2 |
| | | Level III: | 6 |
| | | Level IV | 15 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | **Total Census** | **25** |
| | | *Total out of LRH:* | *6* |
| **Totals for Male ICF High Custody** | **770** | | **634** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| DSH-Vacaville Dorms | 84 | No Score: | 1 |
| | | Level I: | 2 |
| | | Level II: | 15 |
| | | Level III: | 16 |
| | | Level IV | 20 |
| | | **Total Census:** | **54** |
| | | *Total out of LRH:* | *9* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 9 |
| | | Level II: | 94 |
| | | Level III: | 36 |
| | | Level IV | 27 |
| | | **Total Census:** | **166** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 4 |
| | | Level II: | 23 |
| | | Level III: | 12 |
| | | Level IV | 10 |
| | | **Total Census:** | **49** |
| **Totals for Male ICF Low Custody** | **390** | | **269** |

Monday, 6/26/2017

Time: 04:30 PM

### PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 06/26/2017

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Condemned Program** | | | |
| San Quentin-PIP | 40 | Total Census: | **35** |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 1 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **1** |
| California Institution for Women-PIP | 45 | No Score: | 3 |
| | | Level I: | 1 |
| | | Level II: | 15 |
| | | Level III: | 5 |
| | | Level IV | 20 |
| | | **Total Census:** | **44** |
| **Totals for Female ICF/Acute** | **75** | | **45** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1647** | | **1334** |

❖ **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Programs:** Acute beds at DSH-Vacaville and DSH-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for DSH-Salinas Valley Multi-person Cells.

# Exhibit E

**CDCR INPATIENT PROGRAM REFERRALS:**
**COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN JUNE 2017[1]**

| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [2] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole | Exceptions to Program Guide Timeframes [3] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
|---|---|---|---|---|---|---|---|
| Intermediate (ICF) | 88 | 82 | 3 | 3 | 1 | 2 | 3 |
| Acute (APP) | 133 | 72 | 57 | 4 | 10 | 47 | 125 |
| TOTALS | 221 | 154 | 60 | 7 | 11 | 49 | 128 |

[1] These numbers only reflect new ICF or APP referrals from CDCR IDTTs. These numbers do not include pending step-downs/internal transfers that are already receiving treatment in an inpatient program.
[2] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the referral is sent to the inpatient program (which is deemed the same day of receipt by the inpatient program).
[3] Exceptions to the Program Guide timeframes in this report include those referred that are an out-to-court status, out-to-hospital status, and/or on medical or Vitek holds.

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | DOTT Referral Date | Referral Received Date by MH IRU | Date Referral Sent to DSH/PIP (Program Guide Timeframe Start) | DSH/PIP Decision | DSH/PIP Decision Date (DSH/PIP Time Starts) | DSH/PIP LOC Determination | HCPOP Determination | HCPOP IMH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance/Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/PIP Yard Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | SVSP | ■ | ■ | MHCB | 06/12/2017 | 06/14/2017 | 06/14/2017 | Accept | 06/16/2017 | APP | Acute / preliminary Multi Person Cell, Multi Person Cell | 06/16/2017, 06/23/2017 | APP VPP, APP CHCF | 06/16/2017 34 41 00, 06/23/2017 11 06 00 | 06/27/2017 16 26 00 | APP CHCF | 06/29/2017 16 50 00 | DSH requested DS for ATC to post 6/26... | Admitted | 16 | N | 6 |
| APP | LAC | ■ | ■ | MHCB | 06/06/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/09/2017 | APP | Acute / preliminary Multi Person Cell | 06/09/2017 | APP VPP | 06/09/2017 18 07 00 | 06/21/2017 14 26 00 | APP VPP | 06/23/2017 15 44 00 | ... | Admitted | 15 | N | 5 |
| APP | SATF | ■ | ■ | MHCB | 06/12/2017 | 06/14/2017 | 06/14/2017 | Accept | 06/16/2017 | APP | Acute / preliminary Unlocked Dorms | 06/16/2017 | APP VPP | 06/16/2017 15 00 00 | 06/23/2017 15 40 00 | APP VPP | 06/29/2017 15 32 00 | ... | Admitted | 15 | N | 5 |
| APP | SATF | ■ | ■ | MHCB | 06/09/2017 | 06/16/2017 | 06/16/2017 | Accept | 06/19/2017 | APP | Acute / preliminary Single Cell | 06/19/2017, 06/27/2017 | APP VPP, APP CHCF | 06/19/2017 16 00, 06/27/2017 12 20 00 | 06/27/2017 16 27 00 | APP CHCF | 06/29/2017 15 29 00 | Vities held 6/11... | Admitted | 14 | N | 4 |
| APP | CMC | ■ | ■ | MHCB | 06/07/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/12/2017 | APP | Acute / preliminary Unlocked Dorms | 06/12/2017, 06/20/2017 | APP CHCF | 06/12/2017 15 24 00, 06/20/2017 09 11 00 | 06/20/2017 13 29 00 | APP CHCF | 06/22/2017 15 14 00 | ... | Admitted | 14 | N | 4 |
| APP | LAC | ■ | ■ | MHCB | 06/05/2017 | 06/07/2017 | 06/07/2017 | Accept | 06/08/2017 | APP | Acute / preliminary Locked Dorms | 06/08/2017 | APP CHCF | 06/08/2017 12 41 00 | 06/19/2017 13 59 00 | APP CHCF | 06/21/2017 14 58 00 | ... | Admitted | 14 | N | 4 |
| APP | WSP | ■ | ■ | MHCB | 06/07/2017 | 06/09/2017 | 06/09/2017 | Accept | 06/12/2017 | APP | Acute / preliminary Single Cell | 06/12/2017 | APP VPP, APP CHCF | 06/12/2017 15 57 00 | 06/21/2017 14 27 00 | APP VPP | 06/23/2017 10 16 00 | ... | Admitted | 14 | N | 4 |
| APP | WSP | ■ | ■ | MHCB | 05/31/2017 | 06/01/2017 | 06/01/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Single Cell, Acute / preliminary Single Cell | 06/06/2017, 06/12/2017 | APP VPP, APP CHCF | 06/06/2017 08 24 00, 06/12/2017 12 39 00 | 06/12/2017 15 48 00 | APP CHCF | 06/15/2017 13 13 00 | ... | Admitted | 14 | N | 4 |
| APP | MCSP | ■ | ■ | MHCB | 06/13/2017 | 06/15/2017 | 06/15/2017 | Accept | 06/19/2017 | APP | Acute / preliminary Unlocked Dorms | 06/19/2017 | APP CHCF | 06/19/2017 15 33 00 | 06/26/2017 15 33 00 | APP CHCF | 06/28/2017 12 40 00 | ... | Admitted | 14 | N | 4 |
| APP | SATF | ■ | ■ | MHCB | 06/05/2017 | 06/07/2017 | 06/07/2017 | Accept | 06/08/2017 | APP | Acute / preliminary Unlocked Dorms | 06/08/2017 | APP CHCF | 06/08/2017 15 08 00 | 06/19/2017 10 18 00 | APP CHCF | 06/21/2017 14 54 00 | expedited request... | Admitted | 14 | N | 4 |
| APP | CCWF | ■ | ■ | MHCB | 06/08/2017 | 06/12/2017 | 06/13/2017, 06/15/2017, 06/19/2017 | Reject, Reject, Accept | 06/19/2017 | APP | Female | 06/19/2017 | Female APP CIW | 06/19/2017 13 38 00 | 06/22/2017 12 20 00 | Female APP CIW | 06/26/2017 13 04 00 | ... | Admitted | 14 | N | 4 |
| APP | WSP | ■ | ■ | MHCB | 06/12/2017 | 06/14/2017 | 06/14/2017 | Accept | 06/13/2017 | APP | Acute / preliminary Locked Dorms, Acute / preliminary Locked Dorms | 06/16/2017, 06/23/2017 | APP VPP, APP CHCF | 06/16/2017 10 11 00, 06/23/2017 09 38 00 | 06/27/2017 11 38 00 | APP CHCF | 06/28/2017 10 50 00 | ... | Admitted | 14 | N | 4 |

Data Source: RIPA    CDHCS, Health Care Placement Oversight Program

2

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | DTT Referral Date | Referral Received Date by MH IRU | Date Referral Sent to DSH/PIP (Program Guide Timeframe Start) | DSH/PIP Decision | DSH/PIP Decision Date (HCPOP Time Starts) | DSH/PIP LOC Determination | HCPOP IRH Determination | HCPOP IRH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/PIP Paid Admission | Within Program Guide Timeframes? | Days over Program Guide Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | SATF | ███ | ███ | MHCB | 06/12/2017 | 06/15/2017 | | | | | Acute / preliminary Unlocked Dorms | 06/19/2017 | | APP VPP | 06/19/2017 14 18 00 | 06/26/2017 13 13 00 | APP VPP | 06/26/2017 15 14 00 | 6/21/17 RFADD clarification of housing recommendation. | Admitted | 14 | N | 4 |
| APP | SVGP | ███ | ███ | MHCB | 05/31/2017 | 06/02/2017 | | | | | Acute / preliminary Single Cell | 06/05/2017 | | APP VPP | 06/05/2017 16 02 00 | 06/13/2017 15 26 00 | APP VPP | 06/16/2017 12 42 00 | 6/12/17 DSH emailed indicating there was a decomp in DSH-V acute so an ATC could not be issued for I/P.  SVOP posted 05 6/12 | Admitted | 14 | N | 4 |
| APP | CMC | ███ | ███ | MHCB | 05/18/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/09/2017 | APP | Acute / preliminary Locked Dorms, Acute / preliminary Locked Dorms | | APP VPP, APP VPP | 06/09/2017 15 52 00, 06/02/2017 07 00 00 | 06/20/2017 15 33 00 | APP CHCF | 06/22/2017 11 57 00 | Originally endorsed to VPP-APP.  On 6/19, request reported to re-endorse to CHCF.  ATC posted 6/20, but no email notice 6/21.  6/19- identified for STR- ATC to post today or tomorrow.  Requested D5 6/19. | Admitted | 14 | N | 4 |
| APP | CHCF | ███ | ███ | MHCB | 06/07/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/09/2017 | APP CHCF | Acute / preliminary Single Cell | 06/09/2017 | APP CHCF | 06/09/2017 16 11 00 | 06/20/2017 16 11 00 | APP CHCF | 06/21/2017 09 29 20 | Pending Bed Availability 6/15 | Admitted | 13 | N | 3 |
| APP | CIM | ███ | ███ | MHCB | 05/31/2017 | 06/02/2017 | 06/02/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Single Cell | 06/05/2017 | APP VPP | 06/05/2017 18 58 00 | 06/12/2017 15 23 00 | APP VPP | 06/15/2017 16 00 00 | Pending Bed Availability 6/15 | Admitted | 13 | N | 3 |
| APP | LAC | ███ | ███ | MHCB | 06/01/2017 | 06/02/2017 | 06/02/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Unlocked Dorms | 06/07/2017 | APP VPP | 06/07/2017 08 47 00 | 06/12/2017 15 27 00 | APP VPP | 06/15/2017 16 11 00 | 6/21/17 LAC DSH coordinator asked for a transport update. PMU responded that an ATC will be posted in the current week.  LAC posted RFADD 6/5 | Admitted | 13 | N | 3 |
| APP | CHCF | ███ | ███ | MHCB | 06/14/2017 | 06/14/2017 | 06/14/2017 | Accept | 06/16/2017 | APP CHCF | Acute / preliminary Single Cell | 06/16/2017 | APP CHCF | 06/16/2017 14 28 00 | 06/26/2017 15 10 00 | APP CHCF | 06/27/2017 12 44 00 | Per DSH, 6/20- identified for STR, 6/21- new endorsement received, ATC expected to post today or tomorrow 6/21 | Admitted | 13 | N | 3 |
| APP | CIM | ███ | ███ | MHCB | 06/14/2017 | 06/16/2017 | 06/16/2017 | Accept | 06/19/2017 | APP | Acute / preliminary Unlocked Dorms | 06/19/2017 | APP VPP | 06/19/2017 15 08 00 | 06/26/2017 17 14 00 | APP VPP | 06/29/2017 16 11 00 | | Admitted | 13 | N | 3 |
| APP | SATF | ███ | ███ | MHCB | 05/31/2017 | 06/02/2017 | 06/02/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Unlocked Dorms | 06/05/2017 | APP VPP | 06/05/2017 16 48 00 | 06/12/2017 15 21 00 | APP VPP | 06/15/2017 15 42 00 | | Admitted | 13 | N | 3 |
| APP | SAC | ███ | ███ | MHCB | 06/01/2017 | 06/06/2017 | 06/06/2017 | Accept | 06/07/2017 | APP | Acute / preliminary Multi Person Cell | 06/07/2017 | APP VPP | 06/07/2017 14 47 00 | 06/14/2017 15 09 00 | APP VPP | 06/19/2017 11 48 00 | | Admitted | 13 | N | 3 |
| APP | SAC | ███ | ███ | MHCB | 06/05/2017 | 06/06/2017 | 06/06/2017 | Accept | 06/07/2017 | APP | Acute / preliminary Multi Person Cell | 06/07/2017 | APP VPP | 06/07/2017 12 57 00 | 06/14/2017 15 09 00 | APP VPP | 06/19/2017 11 28 00 | | Admitted | 13 | N | 3 |
| APP | SATF | ███ | ███ | MHCB | 05/30/2017 | 06/06/2017 | 06/06/2017 | Accept | 06/07/2017 | APP | Acute / preliminary Multi Person Cell | 06/07/2017 | APP VPP | 06/07/2017 12 57 00 | 06/16/2017 11 06 00 | APP CHCF | 06/19/2017 18 10 00 | | Admitted | 13 | N | 3 |
| APP | CMC | ███ | ███ | MHCB | 06/14/2017 | 06/15/2017 | 06/15/2017 | Accept | 06/19/2017 | APP | Acute / preliminary Multi Person Cell | 06/19/2017 | APP VPP | 06/19/2017 17 15 00 | 06/26/2017 17 15 00 | APP VPP | 06/28/2017 11 53 00 | | Admitted | 13 | N | 3 |
| APP | CHCF | ███ | ███ | MHCB | 06/07/2017 | 06/08/2017 | 06/09/2017 | Accept | 06/09/2017 | APP CHCF | Acute / preliminary Locked Dorms | 06/09/2017 | APP CHCF | 06/09/2017 11 59 00 | 06/20/2017 13 28 00 | APP CHCF | 06/21/2017 11 33 00 | | Admitted | 13 | N | 3 |
| APP | CMC | ███ | ███ | MHCB | 06/14/2017 | 06/12/2017 | 06/13/2017 | Accept | 06/15/2017 | APP | Acute / preliminary Single Cell | 06/19/2017 | APP VPP | 06/19/2017 14 12 00 | 06/26/2017 17 15 00 | APP VPP | 06/28/2017 11 46 00 | | Admitted | 13 | N | 3 |
| APP | CMF | ███ | ███ | MHCB | 06/12/2017 | 06/13/2017 | 06/13/2017 | Accept | 06/15/2017 | APP | Acute / preliminary Single Cell | 06/16/2017 | APP VPP | 06/16/2017 07 50 00 | 06/23/2017 15 41 00 | APP VPP | 06/26/2017 13 01 00 | | Admitted | 13 | N | 3 |
| APP | CHCF | ███ | ███ | MHCB | 06/07/2017 | 06/08/2017 | 06/08/2017 | Accept | 06/12/2017 | APP | Acute / preliminary Multi Person Cell | 06/12/2017 | APP CHCF | 06/12/2017 15 12 00 | 06/19/2017 14 05 00 | APP CHCF | 06/20/2017 10 43 00 | 6/8/17 RFADD patient a potential DTF if housed with a cell mate. | Admitted | 12 | N | 2 |
| APP | SAC | ███ | ███ | MHCB | 05/25/2017 | 05/31/2017 | 06/01/2017 | Accept | 06/01/2017 | APP | Acute / preliminary Multi Person Cell | 06/01/2017 | APP VPP | 06/01/2017 15 55 00 | 06/07/2017 15 30 00 | APP VPP | 06/12/2017 09 14 00 | PMU is rescinding the 6/2/17 ATC. | Admitted | 12 | N | 2 |
| APP | CCWF | ███ | ███ | MHCB | 06/08/2017 | 06/09/2017 | Accept, Accept, Accept | 06/12/2017, 06/14/2017, 06/09/2017 | APP, APP, APP | 06/12/2017, 06/14/2017, 06/09/2017 | Female, Female, Acute / preliminary Multi Person Cell, Acute / preliminary Multi Person Cell | 06/05/2017, 06/14/2017 | Female APP CIW, Female APP PSH | 06/12/2017 14 01 00, 06/15/2017 14 30 00 | 06/14/2017 14 37 00, 07/03/2017 00 00 00 | Female APP CIW | 06/21/2017 12 00 00, 07/03/2017 16 08 00 | 6/19/17 CCWF inquiry to DSH regarding bed status and ADD; 6/14/17 PSH DF posted because CIW PIP is at full capacity | Admitted | 12 | N | 2 |
| APP | CHCF | ███ | ███ | MHCB | 05/30/2017 | 06/05/2017 | 06/05/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Single Cell | 06/06/2017 | APP VPP | 06/06/2017 13 07 00 | 06/14/2017 14 35 00 | APP CHCF | 06/14/2017 14 16 00 | 6/21/17 Sent to PSH | Admitted | 12 | N | 1 |
| APP | CMC | ███ | ███ | MHCB | 05/25/2017 | 06/05/2017 | 06/05/2017 | Accept | 06/05/2017 | APP | Acute / preliminary Multi Person Cell, Acute / preliminary Multi Person Cell | 06/05/2017 | APP CHCF, APP VPP | 06/05/2017 14 03 00, 06/14/2017 09 00 00 | 06/14/2017 15 06 00 | APP VPP | 06/16/2017 11 34 00 | 6/14/17 Re-endorsed to DSH-V | Admitted | 11 | N | 1 |
| APP | RJD | ███ | ███ | MHCB | 05/22/2017 | 05/22/2017 | 05/24/2017 | Accept | 05/24/2017 | APP | Acute / preliminary Multi Person Cell | 05/24/2017 | APP VPP | 05/24/2017 14 56 00 | 05/30/2017 15 45 00 | APP VPP | 06/02/2017 15 08 00 | | Admitted | 11 | N | 1 |
| APP | CMC | ███ | ███ | MHCB | 05/24/2017 | 05/25/2017 | 05/30/2017 | Accept | 05/30/2017 | APP | Acute / preliminary Multi Person Cell | 05/31/2017 | APP VPP | 05/31/2017 09 52 00 | 06/02/2017 14 43 00 | APP VPP | 06/05/2017 15 42 00 | | Admitted | 11 | N | 1 |

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | DTT Referral Date | Referral Received Date by MH IRU | Date Referral Sent to DSH/PIP (Program Guide Timeframe Start) | DSH/PIP Decision | DSH/PIP Decision Date (DSH/PIP Time Starts) | DSH/PIP LOC Determination | HCPOP 30H Determination Date | HCPOP Endorsement Location | HCPOP 30H Determination | HCPOP Endorsement Date | Acceptance Transfer Chrono Printed Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/PIP yard Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | NKSP | ■ | ■ | MHCB | 06/01/2017 | 06/05/2017 | 06/05/2017 | Accept | 06/05/2017 | APP | 06/05/2017 | APP CHCF | Acute / preliminary Locked Dorms | 06/05/2017 14 28 00 | 06/14/2017 14 23 00 | APP CHCF | 06/14/2017 10 04 00 | 6/6/17 FC 2602 hearing (Petition for Involuntary Medication And Request) | Admitted | 11 | N | 1 |
| APP | KVSP | ■ | ■ | MHCB | 06/05/2017 | 06/06/2017 | 06/12/2017 | Accept | 06/14/2017 | APP | 06/14/2017 | APP VPP | Acute / preliminary Single Cell | 06/14/2017 14 54 00 | 06/22/2017 14 34 00 | APP VPP | 06/23/2017 14 43 00 | | Admitted | 11 | N | 1 |
| APP | COR | ■ | ■ | MHCB | 06/08/2017 | 06/12/2017 | 06/12/2017 | Accept | 06/13/2017 | APP | 06/14/2017, 06/22/2017 | APP VPP, APP CHCF | Acute / preliminary Multi Person Cell | 06/14/2017 10 17 00, 06/22/2017 14 50 00 | 06/22/2017 14 34 00 | APP CHCF | 06/22/2017 16 35 00 | 6/22/17 DSH requested re-endorsement from APP VPP to APP CHCF | Admitted | 11 | N | 1 |
| APP | CMC | ■ | ■ | MHCB | 05/31/2017 | 06/01/2017 | 06/01/2017 | Accept | 06/05/2017 | APP | 06/05/2017 | APP CHCF | Acute / preliminary Multi Person Cell | 06/05/2017 15 59 00 | 06/09/2017 14 19 00 | APP CHCF | 06/12/2017 13 49 00 | | Admitted | 11 | N | 1 |
| APP | CMC | ■ | ■ | MHCB | 05/31/2017 | 06/01/2017 | 06/05/2017 | Accept | 06/05/2017 | ICF | 06/05/2017 | APP CHCF | Acute / preliminary Single Cell | 06/05/2017 15 59 00 | 06/09/2017 14 19 00 | APP CHCF | 06/12/2017 13 48 00 | | Admitted | 11 | N | 1 |
| APP | COR | ■ | ■ | MHCB | 06/14/2017 | 06/19/2017 | 06/19/2017 | Accept | 06/20/2017 | APP | 06/20/2017 | APP CHCF | Acute / preliminary Locked Dorms | 06/20/2017 13 43 00 | 06/28/2017 13 31 00 | APP CHCF | 06/29/2017 13 48 00 | | Admitted | 11 | N | 1 |
| APP | RJD | ■ | ■ | MHCB | 05/19/2017 | 05/22/2017 | 05/22/2017 | Accept | 05/24/2017 | APP | 05/24/2017 | APP CHCF | Acute / preliminary Single Cell | 05/24/2017 14 42 00 | 05/30/2017 14 52 00 | APP CHCF | 06/02/2017 15 57 00 | | Admitted | 11 | N | 1 |
| APP | RJD | ■ | ■ | MHCB | 06/16/2017 | 06/19/2017 | 06/20/2017 | Accept | 06/20/2017 | APP | 06/20/2017 | APP CHCF | Acute / preliminary Multi Person Cell | 06/20/2017 14 08 00 | 06/28/2017 15 32 00 | APP CHCF | 06/06/2017 16 10 00 | | Admitted | 11 | N | 1 |
| APP | RJD | ■ | ■ | MHCB | 06/09/2017 | 06/12/2017 | 06/13/2017 | Accept | 06/13/2017 | APP | 06/14/2017, 06/20/2017 | APP VPP, APP CHCF | Acute / preliminary Single Cell, Acute / preliminary Single Cell | 06/14/2017 11 14 00, 06/20/2017 10 29 00 | 06/22/2017 14 08 00 | APP CHCF | 06/23/2017 14 24 00 | | Admitted | 11 | N | 1 |
| APP | SAC | ■ | ■ | MHCB | 06/08/2017 | 06/12/2017 | 06/12/2017 | Accept | 06/14/2017 | APP | 06/14/2017, 06/21/2017 | APP VPP, APP CHCF | Acute / preliminary Single Cell | 06/14/2017 11 14 00, 06/21/2017 09 38 00 | 06/22/2017 14 18 00 | APP CHCF | 06/23/2017 17 52 00 | | Admitted | 11 | N | 1 |
| APP | CHCF | ■ | ■ | MHCB | 06/15/2017 | 06/19/2017 | 06/19/2017 | Accept | 06/20/2017 | APP | 06/20/2017 | APP CHCF | Single Cell | 06/20/2017 14 44 00 | 06/28/2017 15 28 00 | APP CHCF | 06/30/2017 12 47 00 | | Admitted | 11 | N | 1 |
| APP | CMC | ■ | ■ | MHCB | 06/08/2017 | 06/12/2017 | 06/12/2017 | Accept | 06/14/2017 | APP | 06/14/2017, 06/21/2017 | APP VPP, APP CHCF | Acute / preliminary Locked Dorms, / preliminary Locked Dorms | 06/14/2017 09 41 00, 06/21/2017 09 48 00 | 06/22/2017 14 20 00 | APP CHCF | 06/22/2017 10 44 00 | 6/20/17 DSH requested re-endorsement from APP VPP to APP CHCF. 6/21/17 Per email from DSH SAC PMU I/P medical hold status will be removed. Medical hold expired 6/18/17. 6/21/17 RFADD Inpatient Progress note posted in SP. 6/21/17 Clinically accepted but medically deferred. DSH specified med docs required for reconsider. | Admitted | 11 | N | 1 |
| APP | SAC | ■ | ■ | MHCB | 05/19/2017 | 05/25/2017 | 05/25/2017 | Accept | 06/01/2017 | APP | 06/01/2017 | APP VPP | Acute / preliminary Single Cell | 06/01/2017 14 37 00 | 06/27/2017 14 56 00 | APP VPP | 06/29/2017 13 54 00 | RFA clinically Accepted but Medically deferred | Admitted | 35 | N | 25 |
| APP | SATF | ■ | ■ | MHCB | 06/01/2017 | 06/06/2017 | 06/06/2017 | Accept | 06/06/2017 | APP | 06/07/2017 | APP CHCF | Acute / preliminary Single Cell | 06/07/2017 07 26 00 | 06/26/2017 17 13 00 | APP VPP | 06/29/2017 15 33 00 | Deferred. 6/12/17 medical clearance doc uploaded to SP. 6/9/17 I/P medically cleared to transfer. 6/8/17 Specialist appt report still pending; ATC denied 6/12/17 @3 05 PM cancelled by CHCF ADU. 6/16/17 Medical hold updated; awaiting specialty appt report to clear I/P fb. 6/6/17 Vitals hearing results. 6/6/17 Vitals; treatment team delaying Vitals decision to evaluate changing referral to ICF and rescind APP referral. 5/31/17 DRU email indicate Vitals scheduled | Admitted | 23 | N | 13 |
| APP | RJD | ■ | ■ | MHCB | 05/24/2017 | 05/25/2017 | 05/30/2017 | Accept | 05/30/2017 | APP | 05/31/2017 | APP CHCF | Acute / preliminary Single Cell | 05/31/2017 08 37 00 | 06/13/2017 15 21 00 | APP CHCF | 06/16/2017 13 13 00 | | Admitted | 22 | N | 12 |
| APP | CMF | ■ | ■ | MHCB | 05/25/2017 | 05/30/2017 | 05/30/2017 | Accept | 05/30/2017 | APP | 06/09/2017 | APP VPP | Acute / preliminary Single Cell | 06/09/2017 08 41 00 | 06/19/2017 14 52 00 | APP CHCF | 06/20/2017 10 43 00 | 6/19/17 RFADD medical clearance. 6/17/17 RFADD physician orders. 5/31/17 temporary medical hold as a result of 6/19- request to re-endorse to CHCF | Admitted | 21 | N | 11 |
| APP | SVSP | ■ | ■ | MHCB | 05/30/2017 | 06/01/2017 | 06/08/2017 | Accept | 06/08/2017 | APP | 06/09/2017, 06/20/2017 | APP VPP, APP CHCF | Acute / preliminary Locked Dorms, / preliminary Locked Dorms | 06/09/2017 11 09 00, 06/20/2017 08 21 00 | 06/20/2017 13 30 00 | APP CHCF | 06/22/2017 15 12 00 | | Admitted | 21 | N | 11 |

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring LOC | DDT Referral Date | Referral Received Date by MH IRU | Date Referral Sent to DSH/IPP (Program Guide Timeframes Start) | DSH/IPP Decision | DSH/IPP Decision Date (DSH/IPP UOC Time Starts) | DSH/IPP UOC Determination | HCPOP 1MH Determination | HCPOP 1MH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance/Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to DSH/IPP past Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | CHCF | ▉ | ▉ | MHCB | 06/08/2017 | 06/09/2017 | 06/09/2017 | Accept | 06/16/2017 | APP | Acute / preliminary Multi Person Cell | 06/17/2017 | APP CHCF | 06/17/2017 07 20 00 | 06/29/2017 13 31 00 | APP CHCF | 06/29/2017 13 55 00 | 6/29/17 the referral was formally accepted, with new SP posted. 6/16/17 SP stated accepted but medically deferred. 6/27/17 CHCF DSH coordinator indicates I/P scheduled for urology appt. next week, will request expedite for the appt. 6/22/17 VPP ADU still | Admitted | 20 | N | 10 |
| APP | CMF | ▉ | ▉ | MHCB | 05/23/2017 | 05/25/2017 | 05/25/2017 | Accept | 05/25/2017 | APP | Acute / preliminary Multi Person Cell, Acute / preliminary Multi Person Cell | 05/26/2017, 06/06/2017 | APP VPP, APP CHCF | 05/26/2017 17 58 00, 06/06/2017 09 44 00 | 06/07/2017 13 57 00 | APP CHCF | 06/09/2017 12 23 00 | 6/22/17 VPP ADU still OTC. 6/23/17, 6/21/17, 6/14/17 6/2/17 Higher Level of Care coordinator is requesting that the APP be delayed until information can be obtained to either validate/invalidate his report that there is an investigation or alternatively consider placement at | Admitted | 15 | N | 5 |
| APP | SAC | ▉ | ▉ | MHCB | 06/01/2017 | 06/07/2017 | 06/07/2017 | Accept | 06/08/2017 | APP | Acute / preliminary Single Cell | 06/09/2017 | APP VPP | 06/09/2017 13 24 00 | 06/19/2017 14 50 00 | APP VPP | 06/21/2017 11 14 00 | 6/13/17 BFADD PC 2602 docs posted in SP. Petition for Order Authorizing Involuntary Administration of Psychiatric Medication. 6/5/17 Medical hold placed for PC2602 initiation after DSH referral | Admitted | 14 | N | 4 |
| APP | CIM | ▉ | ▉ | MHCB | 06/08/2017 | 06/12/2017 | 06/12/2017 | Accept | 06/14/2017 | APP | Acute / preliminary Locked Doors | 06/14/2017 | APP VPP | 06/14/2017 13 21 00 | 06/23/2017 14 41 00 | APP VPP | 06/23/2017 14 41 00 | OTH 6/24/17 6/22/17 DSH requesting info if medical-to-medical contact was made. 6/22/17 ATC dated 6/21/17 canceled, DSH requesting hospital report, medical clearance, and info why patient was sent to hospital. CRM responded with reason for outside hospita | Admitted | 11 | N | 1 |
| APP | CCWF | ▉ | ▉ | MHCB | 05/25/2017 | 05/25/2017 | 05/25/2017 | Accept | 05/26/2017 | APP | Female | 05/26/2017 | Female APP CIW | 05/26/2017 17 23 00 | 04/02/2017 09 46 00 | Female APP CIW | 04/05/2017 13 37 00 | 6/2/17 I/P returned from OTC I/P Abscondment on hold, due to OTC on 6/1/17, ATC 6/2/17 cancel pending court proceedings. | Admitted | 11 | N | 1 |

Total Days Out of Compliance: 125

## DETAIL OF ICF REFERRALS OUT OF COMPLIANCE

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring UDC | IDTT Referral Date | Referral Received Date by MHIRU | Date Referral Sent to DSH/PIP (Program Guide Timeframes Start) | DSH/PIP Decision | DSH/PIP Decision Date (DSH/PIP Time Starts) | DSH/PIP UDC Determination | HCPOP SMH Determination | HCPOP SMH Determination Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Acceptance Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Reviewer Comments | Referral Status | Days from Referral to DSH/PIP and Final Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | CMF | ▉ | ▉ | MHCB | 05/22/2017 | 05/25/2017 | 05/25/2017 | Accept, Accept | 05/30/2017, 06/22/2017 | ICF, ICF | Multi Person Cell, Multi Person Cell | 05/30/2017, 06/21/2017 | ICF-High, SVPP (Multi), ICF-High VPP (Single) | 05/30/2017 10:53:00, 06/23/2017 09:45:00 | 06/23/2017 14:21:00 | ICF-High, VPP (Single) | 06/26/2017 10:32:00 | 5/30 DF cancelled for Unlocked Dorm. | Admitted | 32 | N | 2 |
| ICF | WSP | ▉ | ▉ | EOP-AC | 05/11/2017 | 05/19/2017 | 05/19/2017 | Accept, Accept | 05/22/2017, 06/05/2017 | ICF, APP | Multi Person Cell, Acute / preliminary Multi Person Cell, Acute / preliminary Multi Person Cell | 05/22/2017, 06/06/2017, 06/14/2017 | ICF-High, SVPP (Multi), APP, CHCF, APP, VPP | 05/22/2017 11:38:00, 06/06/2017 11:28:00, 06/14/2017 09:39:00 | 06/14/2017 15:11:00 | APP, VPP | 06/15/2017 12:05:00 | 6/6/17 Prior 5/22/2017 DF changed to APP upon review of the I/P current issues. 6/2/17 READO - MHCB multiple admissions along with compensating symptoms resulted in referral being recommended to change to Acute. | Admitted | 31 | N | 1 |
| ICF | SVPP | ▉ | ▉ | EOP-SNY | 04/27/2017 | 05/02/2017 | 05/02/2017 | Accept | 05/05/2017 | ICF | Single Cell | 05/08/2017 | ICF-High, SVPP (Single) | 05/08/2017 11:46:00 | 06/01/2017 13:51:00 | ICF-High, SVPP (Single) | 06/05/2017 15:25:00 | 5/26/17 PMU requested transfer update; SVP MH responded I/P withdrew consent; refused transportation and is now pending VITEL ATC 6/1/17 replaced the prior 5/22/17 ATC; I/P Visit hearing complete and I/P ready to proceed. Per DSH PA61 - Medical Hold from 5/25-6/2/17 | Admitted | 34 | N | 4 |

Total Days Out of Compliance: 7

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**        No.    **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on <u>August 9, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

DEFENDANTS' CORRECTED CENSUS AND WAITLIST REPORTS FOR INPATIENT MENTAL HEALTH CARE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 9, 2017</u>, at Sacramento, California.

|  |  |
|---|---|
| T. Farster | */s/ T. Farster* |
| Declarant | Signature |

CF1997CS0003
32999848.doc