ORDER DESIGNATING UNITED STATES DISTRICT COURT
COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., *et al.*, <br><br> Defendants. | Case No. 2:90-cv-00520 <br><br> Eastern District of California |
| MARCIANO PLATA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., *et al.*, <br><br> Defendants. | Case No. 3:01-cv-01351 <br><br> Northern District of California |

Due to the Honorable Thelton Henderson taking inactive status, I hereby designate and assign the Honorable Jon S. Tigar, District Judge for the Northern District of California, to take the place of Judge Henderson as of August 14, 2017, on this three-judge court. The three judge court will now consist of Circuit Judge

Stephen Reinhardt, Eastern District Judge Kimberly Mueller, and Northern District Judge Jon Tigar.

Dated: August 14, 2017

_____
Sidney R. Thomas
Chief Judge

cc: Circuit Judge Stephen Reinhardt
     District Judge Kimberly Mueller
     Chief District Judge Phyllis Hamilton
     Chief District Judge Lawrence O'Neill
     Elizabeth Smith, Circuit Executive
     Susan Soong, Clerk, Northern District of California
     Marianne Matherly, Clerk, Eastern District of California