XAVIER BECERRA
ATTORNEY GENERAL
WILLIAM C. KWONG
ACTING SENIOR ASSISTANT ATTORNEY GENERAL
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-4921
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' CENSUS AND WAITLIST REPORTS FOR INPATIENT MENTAL HEALTH CARE** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On October 13, 2015, the Court ordered Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) to begin filing, on a monthly basis, three templates that capture data concerning patient census and waitlists for inpatient mental health care. (ECF No. 5367.) Defendants have filed monthly census and waitlists reports for inpatient mental health care since that time.

1

1    The templates for the monthly census and waitlists reports have been modified twice since

2    the October 13, 2015 order.  The first modification occurred on June 24, 2016, when the Court

3    approved and ordered a stipulation by the parties modifying the initial templates for the monthly

4    inpatient reports.  (ECF No. 5458.)  The second modification occurred on April 19, 2017, when

5    the Court approved the monthly census and inpatient waitlists report templates submitted to the

6    Court on March 15, 2017 (ECF No. 5577), subject to further modifications.  (ECF No. 5610.)

7    Specifically, the Court ordered Defendants to include in the monthly report (1) the total number

8    of inmate-patients, if any, who waited beyond Program Guide timelines for transfer to an acute

9    inpatient mental health care program; (2) the total number of inmate-inpatients, if any, who

10    waited beyond Program Guide timelines for transfer to an Intermediate Care Facility mental

11    health care program; (3) the number of days each inmate-patient waited beyond Program Guide

12    timelines; and (4) the total number of inmate-patient wait days for the month (category (1) plus

13    category (2) plus category (3)).  (ECF No. 5610 at 10.)

14        A letter from Defendants CDCR and DSH is attached enclosing the following census and

15    inpatient reports, as modified under the April 19, 2017 order:  (1) DSH *Coleman* Patient Census

16    and Waitlist Report (Exhibit A); (2) CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient

17    Census and Waitlist Report (Exhibit B); (3) CDCR Mental Health Crisis Bed Patient Census and

18    Waitlist Report (Exhibit C); (4) Psychiatric Inpatient Programs Census Report (Exhibit D); (5)

19    CDCR Inpatient Programs Timelines Compliance Report (Exhibit E); and (6) DSH Psychiatric

20    Inpatient Timelines Compliance Report (Exhibit F).

21        On June 13, 2017, under the stipulation and order entered on June 8, 2017 (ECF No. 5631),

22    Defendants provided the templates for reporting the inmates transferred beyond Program Guide

23    timeframes and the currently available data supporting any claimed exceptions.  Also under the

24    June 8, 2017 stipulation and order, the parties continue to analyze and discuss Defendants'

25    claimed exceptions to the Program Guide timeframes.

26        Inpatient referrals to DSH programs continue to increase.  The census report attached as

27    Exhibit A provides the census as of July 31, 2017, for DSH-Atascadero at 178 and for DSH-

28

Patton at 5.  The census for those programs as of August 15, 2017, is 201 for DSH-Atascadero with 9 beds on hold and 10 at DSH-Patton.

Defendants' compliance reports also show marked improvement from last month.  CDCR reports 41 patients out of compliance, down from 60 for the month of June.  (Exhibit E.) Approximately eighty-five percent of patients referred for inpatient mental health care were timely transferred, or transferred consistent with exceptions to the Program Guide timeframes. The CDCR compliance report attached as Exhibit E shows that in July, 41 inmate patients were transferred to inpatient care beyond the Program Guide transfer timeframes.  All but one of the inpatient referrals transferred outside of Program Guide timeframes were referrals to acute care. Of those 41, 7 transfers qualify for an exception from the Program Guide transfer timeframes for a net of 92 days out of compliance.  And of the 34 inpatient transfers that exceeded timelines without an exception, approximately forty percent exceeded the Program Guide timeframes by just one day.  The DSH compliance report attached as Exhibit F shows that there were no DSH inmate-patients transferred between levels of care at DSH-Atascadero, DSH-Coalinga, and DSH-Patton.

Defendants continue to focus on efforts to improve the timely movement of inmate-patients to inpatient beds.  CDCR has changed the method of internally tracking and reporting inpatient referrals to resolve issues that have been identified over the past several months that may have contributed to delays in admitting inmates to inpatient care.  Those efforts are detailed in the attached letter.  Defendants expect to continue to gain efficiencies in the inpatient referral process now that CDCR is assuming responsibility to provide inpatient mental health care within its prisons.

1

2

Dated:  August 15, 2017                          Respectfully submitted,

3
XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
4
Supervising Deputy Attorney General

5                                                /s/ Elise Owens Thorn

6
ELISE OWENS THORN
Deputy Attorney General
7                                                *Attorneys for Defendants*

8        CF1997CS0003

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Defs.' Census and Waitlists Reports for Inpatient Mental Health Care  (2:90-cv-00520 KJM-DB (PC))

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



August 15, 2017

Danielle F. O'Bannon
Elise Owens Thorn
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' MONTHLY CENSUS AND WAITLISTS REPORTS FOR
       INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) submit their monthly information on patient census and waitlists for inpatient mental health care.

The DSH *Coleman* Patient Census and Waitlist Report, attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, attached as Exhibit F, are based on data from the DSH Bed Utilization Management report.  The following is the current census for the DSH inpatient units as of August 15, 2017: 201 for DSH-Atascadero with 9 beds on hold; 48 for DSH-Coalinga with 1 bed on hold; and 10 for DSH-Patton.

The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report (Exhibit B), the CDCR Mental Health Crisis Bed Patient Census and Waitlist Report (Exhibit C), Defendants' Psychiatric Inpatient Programs Census Report (Exhibit D), and CDCR's Psychiatric Inpatient Timelines Compliance Report is (Exhibit F), have, to date, been generated using data from CDCR's tracking software, the Referrals to Inpatient Programs Application (RIPA).  CDCR changed its inpatient referral process to shorten the time allotted to staff to process referrals.  Those changes required CDCR to change the RIPA software to capture the improved referral process for CDCR's new psychiatric inpatient programs.  The reports for July are based on data manually tracked and entered for the month of July, 2017 by CDCR's Inpatient Referral Unit.  The changes to RIPA are expected to be completed in September 2017, and reporting functions fully operational.  Once reporting is resumed using RIPA, all reported referral numbers will be validated and the reports will be updated where necessary.

The reports attached as Exhibits A through D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of the reports.  The reports attached as Exhibits E and F are compliance reports from DSH and CDCR, both of which include requested compliance data for all referrals to inpatient care for the month of August 2017, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.

As described in last months' filing, CDCR continues to communicate with weekly with Psychiatric Inpatient Program Executive Directors to discuss barriers to timely admissions and to develop strategies to resolve those issues.  CDCR also continues to develop an automated real time report to better monitor the number of patients approaching transfer timeframes.  The automated report

August 15, 2017
Page Two

will help to assess issues in timely placing inmates into inpatient beds. CDCR is also conducting daily reviews of inpatient referral timelines, including the total days the inmate-patients have been waiting for transfer, to help avoid untimely transfers. Defendants are reporting all of the foregoing efforts in detail in weekly workgroups with the Special Master and Plaintiffs.


Sincerely,

*/s/ Katherine Tebrock*                                         */s/ Pam Ahlin*

KATHERINE TEBROCK                                     PAM AHLIN
Deputy Director                                                     Director
Statewide Mental Health Program                        Department of State Hospitals

# Exhibit A

State of California
**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

EDMUND G. BROWN JR., Governor



# DSH CDCR Patient Census and Waitlist Report

Data as of: 7/31/17

### Acute Care Patients

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist Referrals Pending Review | Accepted Referrals CDCR Direct[4] | Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| Total | - | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | (Includes 0 Waiting >10 Days) |

### Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist Referrals Pending Review | Accepted Referrals CDCR Direct[4] | Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Atascadero | 256 | 178 | 2 | 0 | 0 | 76 | | | | |
| Coalinga | 50 | 48 | 1 | 0 | 0 | 1 | | | | |
| Total | 306 | 226 | 3 | 0 | 0 | 77 | 5 | 4 | 0 | 9 (Includes 0 Waiting >30 Days) |

### Intermediate Care Low Custody - Unlocked Dorms - Female

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist Referrals Pending Review | Accepted Referrals CDCR Direct[4] | Accepted Referrals DSH Internal[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Patton[6] | 30 | 5 | 2 | 0 | 0 | 23 | 4 | 2 | 0 | 6 |
| Total | 30 | 5 | 2 | 0 | 0 | 23 | 4 | 2 | 0 | (Includes 0 Waiting >30 Days) |

[1] Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH.
[2] Redlined beds are temporarily unavailable due to repairs.
[3] Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.
[4] Includes CDCR patients that are waiting for transfer to DSH for inpatient treatment.
[5] Includes CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.
[6] Beds at DSH-P are for female patients only.

Source: BUMMs

# Exhibit B

CDCR Psychiatric Inpatient Programs
*Coleman* Patient Census and Waitlist Report
as of August 11, 2017

| *Acute Care Programs* | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Stockton PIP | 142 | 138 | 1 | 3 | 5 | 0 | | | | |
| Vacaville PIP | 218 | 203 | 0 | 0 | 0 | 15 | | | | |
| CIW PIP | 45 | 43 | 0 | 0 | 0 | 2 | | | | |
| Total | 405 | 384 | 1 | 3 | 5 | 17 | 81 | 6 | 87 | 24 |

| *Intermediate Care Programs* | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| Vacaville PIP | 244 | 176 | 1 | 3 | 0 | 64 | | | | |
| Salinas Valley PIP | 264 | 224 | 0 | 2 | 0 | 38 | | | | |
| Stockton PIP | 332 | 311 | 0 | 4 | 16 | 1 | | | | |
| Total | 840 | 711 | 1 | 9 | 16 | 103 | 15 | 8 | 23 | 0 |
| CIW PIP | 45 | 43 | 0 | 0 | 0 | 2 | 2 | 0 | 2 | 0 |
| Total | 45 | 43 | 0 | 0 | 0 | 2 | 2 | 0 | 2 | 0 |
| SQ PIP | 41 | 35 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| Total | 41 | 35 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 |
| **Grand Totals** | 1331 | 1173 | 2 | 12 | 21 | 128 | 98 | 14 | 112 | 24 |

*Data source: SOMS and Inpatient Referral Unit*

[1] Beds on hold are assigned for internal patient movement (e.g., transfers to LRH, level of care transfers) and patients waiting to transfer to inpatient programs.

[2] Redlined beds are temporarily unavailable due to repairs.

[3] Medical Isolation rooms are required for licensing and physically differ from the other housing cell in the program, i.e., have showers or restricted sightlines into the cell, and are deemed innapropriate for everyday use.

# Exhibit C

**CDCR Mental Health Crisis Bed**

*Coleman* **Patient Census and Waitlist Report as of**

**July 31, 2017**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 427 | 397 | 10 | 20 | 41 | 24 | 25 |
| Female Programs | 22 | 16 | 0 | 6 | 13 | 0 | 10 |
| Totals | 449 | 413 | 10 | 26 | 54 | 24 | 35 |

# Exhibit D

## PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 07/31/2017

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 218 | No Score: | 7 |
| | | Level I: | 12 |
| | | Level II: | 60 |
| | | Level III: | 36 |
| | | Level IV | 93 |
| | | **Total Census:** | **208** |
| PIP-Stockton | 154 | No Score: | 13 |
| | | Level I: | 6 |
| | | Level II: | 30 |
| | | Level III: | 20 |
| | | Level IV | 72 |
| | | **Total Census:** | **141** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| **Totals for Male Acute** | **372** | | **349** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 360 | No Score: | 7 |
| | | Level I: | 19 |
| | | Level II: | 59 |
| | | Level III: | 64 |
| | | Level IV | 175 |
| | | **Total Census:** | **324** |
| | | *Total out of LRH:* | *183* |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 07/31/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Vacaville | 94 | No Score: | 3 |
| | | Level I: | 3 |
| | | Level II: | 16 |
| | | Level III: | 18 |
| | | Level IV | 47 |
| | | **Total Census:** | **87** |
| | | *Total out of LRH:* | *54* |
| PIP-Vacaville Multi-person cells | 70 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 5 |
| | | Level III: | 8 |
| | | Level IV | 20 |
| | | **Total Census:** | **35** |
| | | Total out of LRH: | 9 |
| PIP-Salinas Valley | 202 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 28 |
| | | Level III: | 41 |
| | | Level IV | 117 |
| | | PC 1370: | 5 |
| | | WIC 7301: | 3 |
| | | **Total Census:** | **196** |
| | | *Total out of LRH:* | *135* |
| PIP-Salinas valley Multi-person cells | 44 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 3 |
| | | Level III: | 6 |
| | | Level IV | 17 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **28** |
| | | *Total out of LRH:* | *7* |
| **Totals for Male ICF High Custody** | **770** | | **670** |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 07/31/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 1 |
| | | Level I: | 5 |
| | | Level II: | 13 |
| | | Level III: | 18 |
| | | Level IV | 20 |
| | | **Total Census:** | **57** |
| | | *Total out of LRH:* | *5* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 11 |
| | | Level II: | 99 |
| | | Level III: | 36 |
| | | Level IV | 32 |
| | | **Total Census:** | **178** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 3 |
| | | Level II: | 20 |
| | | Level III: | 13 |
| | | Level IV | 12 |
| | | **Total Census:** | **48** |
| **Totals for Male ICF Low Custody** | **390** | | **283** |
| **Male Condemned Program** | | | |
| PIP-San Quentin | 40 | Total Census: | **34** |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 4 |
| | | Level III: | 1 |
| | | Level IV | 0 |
| | | **Total Census:** | **5** |
| PIP-California Institution for Women | 45 | No Score: | 5 |
| | | Level I: | 0 |
| | | Level II: | 9 |
| | | Level III: | 5 |
| | | Level IV | 25 |
| | | **Total Census:** | **44** |
| **Totals for Female ICF/Acute** | **75** | | **49** |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 07/31/2017**

| Facility | Bed Capacity | Beds Occupied |
|---|---|---|
| **Total Inpatient Program Capacity and Census - Male and Female** | | |
| **GRAND TOTALS** | **1647** | **1385** |

- ❖ **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.
- ❖ **Male Acute Care Programs:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.
- ❖ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.
- ❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

# Exhibit E

**CDCR INPATIENT PROGRAM REFERRALS:**
**COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS**
**ADMITTED OR CLOSED IN JULY 2017**

| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole | Exceptions to Program Guide Timeframes | Number of Referrals Out of Compliance | Total Days Out of Compliance |
|---|---|---|---|---|---|---|---|
| Intermediate(ICF) | 87 | 80 | 2 | 5 | 1 | 1 | 5 |
| Acute(APP) | 145 | 105 | 39 | 1 | 6 | 33 | 87 |
| Totals | 232 | 185 | 41 | 6 | 7 | 34 | 92 |

## Referrals Over Timelines Without Exceptions

| CDCR# | LAST NAME-FIRST INITIAL | Ref CDCR Facility | APP/ICF | Complete referral received (DSH or CDCR IRU) | Program Admit Date | Number Days over Program Guide Timelines |
|---|---|---|---|---|---|---|
| | | SVSP | APP | 6/15/17 14:20 | 7/3/17 15:17 | 8 |
| | | CMC | APP | 6/19/17 10:30 | 7/7/17 9:23 | 8 |
| | | SATF | APP | 6/20/17 10:50 | 7/7/17 14:31 | 7 |
| | | CHCF | APP | 6/16/17 12:46 | 7/3/17 0:00 | 7 |
| | | CMF | APP | 6/23/17 12:29 | 7/7/17 12:53 | 4 |
| | | SVSP | APP | 6/27/17 14:47 | 7/11/17 14:42 | 4 |
| | | LAC | APP | 6/30/17 9:29 | 7/14/17 15:26 | 4 |
| | | SVSP | APP | 6/20/17 13:49 | 7/3/17 15:18 | 3 |
| | | CIM | APP | 6/23/17 7:50 | 7/6/17 13:33 | 3 |
| | | SVSP | APP | 6/23/17 14:16 | 7/6/17 18:02 | 3 |
| | | SAC | APP | 6/27/17 11:51 | 7/10/17 12:34 | 3 |
| | | SATF | APP | 6/29/17 12:37 | 7/12/17 16:45 | 3 |
| | | CHCF | APP | 6/23/17 7:54 | 7/6/17 13:20 | 3 |
| | | CIM | APP | 6/30/17 12:25 | 7/13/17 15:22 | 3 |
| | | CIM | APP | 6/21/17 14:44 | 7/3/17 18:04 | 2 |
| | | SATF | APP | 6/28/17 10:05 | 7/10/17 15:14 | 2 |
| | | SATF | APP | 6/28/17 13:15 | 7/10/17 15:14 | 2 |
| | | RJD | APP | 6/29/17 14:55 | 7/11/17 16:20 | 2 |
| | | MCSP | APP | 6/29/17 14:36 | 7/11/17 17:59 | 2 |
| | | NKSP | APP | 6/22/17 15:16 | 7/3/17 12:47 | 1 |
| | | CIM | APP | 6/26/17 14:20 | 7/7/17 22:52 | 1 |
| | | CMF | APP | 6/26/17 15:41 | 7/7/17 10:41 | 1 |
| | | LAC | APP | 6/26/17 14:19 | 7/7/17 14:47 | 1 |
| | | PVSP | APP | 6/26/17 15:34 | 7/7/17 12:09 | 1 |
| | | RJD | APP | 6/26/17 11:34 | 7/7/17 14:23 | 1 |
| | | CMC | APP | 6/29/17 11:38 | 7/10/17 12:07 | 1 |
| | | CMC | APP | 6/29/17 15:00 | 7/10/17 16:53 | 1 |
| | | CHCF | APP | 6/29/17 14:53 | 7/10/17 10:42 | 1 |
| | | CMC | APP | 6/30/17 14:26 | 7/11/17 16:31 | 1 |
| | | SAC | APP | 7/3/17 15:21 | 7/14/17 18:36 | 1 |
| | | SAC | APP | 7/3/17 15:30 | 7/14/17 18:49 | 1 |
| | | CMF | APP | 7/3/17 14:08 | 7/14/17 10:29 | 1 |
| | | PVSP | APP | 7/7/17 15:10 | 7/18/17 0:00 | 1 |
| | | CIM | ICF | 6/15/17 10:09 | 7/20/17 0:00 | 5 |

Data Source: Headquarters Inpatient Referral Unit Daily Log

## Referrals Over Timelines With Exceptions

| CDCR# | LAST NAME-FIRST INITIAL | Ref CDCR Facility | APP/ICF | Notes | Complete referral received (DSH or CDCR IRU) | Program Admit Date | Number Days over Program Guide Timelines |
|---|---|---|---|---|---|---|---|
| | COR | | APP | SAT 7/29 : Transferred to CMF<br>FRI 7/28 : Accepted, re-endorsed and ATC posted<br>FRI 7/28 - expedite uploaded and approved. fwd to HCPOP and CMF-PIP<br>FRI 7/28 : Returned from OTH. COR uploaded progress note stating IP can be transported to DSH<br>THURS 7/27 : Per COR, still at hospital and not ready for discharge<br>TUES 7/25 : Per HQ UM: Admitted with retained multiple FB's. Has had two prior exploratory laparotomy's. Post op exp. Lap, Dr left wound open and will look again today before closing. IM continues to be out to hospital at this time ., anticipated discharge date: unknown at this point<br>MON 7/24 : value at post IP is still OTH.<br>MON 7/24 : VPP followed up on status. According to SOMS, IP is currently at Mercy Hospital since 7/17/2017. Please provide hospital discharge report/recommendations and medical clearance once available.<br>MON 7/24: HQ UM nurses sent f/u email to CNE re: status of risk stratification<br>TUES 7/18 : IHQ UM: Out to hospital for FB removal. Needs risk stratification (Igbinosa), Place on Med Hold. F/U in 7 days . Current Location: community hospital for FB removal since 7/17. Nursing will put on med hold.<br>MON 7/10: VPP-medical reviewed the referral packet and the recent KUB results. Possibility of perforation and radiation exposure noted and recommending surgery to remove the FBs prior to being admitted to CMF-PIP.<br>THURS 7/6: COR posted update: IP is medically cleared for transfer and currently asymptomatic, but not free of FB. VPP-ADU noted psychiatrist reviewed documents and requested discussion with the primary care physician.<br>WED 7/5: HCPOP recommended ATC to post., per VPP documentation notes that rest of the foreign bodies possibly in the small intestine and "he needs serial abdominal x-rays to follow up on the FB. Further information re patient safety to travel required. Most current abdominal x-rays requested. COR responded that X-ray was completed and will post when ready.<br>FRI 6/30: IRU followed up on status with PMU.<br>THURS 6/29 : COR posted med clearance RFADD<br>THURS 6/29 : ATC canceled<br>WED 6/28: IRU followed up on status.<br>TUES 6/27: returned to COR<br>MON 6/26: VPP-ADU noted ATC canceled due to IP out to hospital, IP sent to SJCH, and in need of hospital discharge report/recommendations and medical clearance.<br>FRI 6/23 - IP is currently out to hospital starting on 6/23. IRU f/u with PMU on status . PMU noted ATC posted.<br>THURS 6/22: HCPOP noted Endorsement is pending.<br>WED 6/21: Pending Bed Availability, ATC is expected to post 6/21<br>TUES 6/20: IRU follow up on status with PMU. PMU responded that ATC should post 6/21<br>MON 6/19: IRU follow up on status with PMU.<br>WED 6/14: DF posted by PMU. DS posted by COR. HCPOP endorsed to CMF-APP.<br>MON 6/12: RF Rec'd, IRU review, sent to PMU. | 6/12/17 10:29 | 7/29/17 0:00 | 37 |
| | CMF-SVSP | | APP | FRI 7/28: Admitted.<br>WED 7/26: IP is expected to be transported to CMF on 7/28<br>WED 7/26: IP has completed his court hearing in Monterey County. His next hearings is scheduled for 8/23 , per SVSP. IP's OTC will only be a day visit.<br>TUES 7/25: SVSP asked about transfer process after IP has completed DTC. On hold until 1026 competency evaluation on 7/26<br>THURS 7/13: VPP-ADU assigned bed / cell Q120, posted a DF and requested a DS be posted. SVSP posted RFADD regarding upcoming evaluation and court order placement. VPP-ADU posted DF and inquired regarding status of patient. HCPOP endorsed IP to VPP. Clarification given as IP is to stay at SVSP until PCU026 is completed on 7/26. Out To Court hold placed.<br>WED 7/12: HCPOP sent new LRH.<br>MON 7/10: HCPOP sent LRH. Patient is ordered by Monterey County Court to have the IM housed at SVSP in order to be evaluated by a Dr. He also has a hearing scheduled in Monterey County for Wednesday (7/26/2017), SVSP Transportation will pick-up IM Fejeran MAR2864 at CMF on Wednesday (7/12/2017) for travel to SVSP. HCPOP rescinded LRH due to need for completion of court ordered eval prior to placement.<br>WED 7/5: RF Rec'd, IRU review, Sent to HCPOP. | 7/5/17 15:47 | 7/28/17 0:00 | 13 |
| | SAC | | APP | MON 7/17: Admitted<br>FRI 7/14: ATC rec'd, transport scheduled for 7/17.<br>THURS 7/13: IRU followed up on Discharge summary<br>WED 7/12: DF posted<br>WED 7/12: DSH requested Discharge summary<br>WED 7/5: SAC posted 7/5 Vitek results<br>WED 7/5: IP rescinded consent and vitek will be scheduled<br>THURS 6/29: SAC replied with patient details<br>WED 6/28: DSH requested EEG results<br>TUES 6/27: Referral received | 6/27/17 15:26 | 7/17/17 11:04 | 10 |

Data Source: Headquarters Inpatient Referral Unit Daily Log

| | | | Notes | | | |
|---|---|---|---|---|---|---|
| | CMF | APP | WED 7/19: Admitted; HCPOP request to CHCF to research staff separation alert to determine if the alert is still active and if the patient can be housed in a unit separated from the staff member.<br>TUES 7/18: Request sent to HCPOP to re-endorse patient to CHCF-PIP.<br>TUES 7/18: Place on medical hold. Risk stratification needed. Revisit in 7 days Possible GI Foreign Body. Needs risk eval. Refusing to go to CMF PIP.<br>MH: send med request to endorse to CHCF. Shama to send. Revisit on 7/24 days after risk stratification.<br>TUES 7/18: Vitek held and results posted to SharePoint.<br>MON 7/17: CMF posted med clearance for transfer<br>THURS 7/13: refused his medical x-rays, reporting that the will only consent to Stockton DSH. Vitek scheduled for 7/18/17<br>WED 7/12: PER CMF PIP. DF pending FB status<br>TUES 7/11: Endorsement received; CMF stated they are working with medical to determine if IP currently has FB<br>MON 7/10: LBH Determined<br>MON 7/3: Completed RF received | 7/3/17 13:50 | 7/19/17 0:00 | 6 |
| | CMC | APP | FRI 7/7: Admitted into program<br>WED 7/5: CMC uploaded Vitek results; ATC Posted<br>MON 7/3: Vitek held<br>FRI 6/30: IP rescinded consent and will have vitek<br>WED 6/28: CMC posted RFADD regarding hunger strike; DF and Endorsement received<br>TUES 6/27: DSH requested IPs current status due to hunger strike<br>THURS 6/22: Completed RF received | 6/22/17 13:44 | 7/7/17 9:29 | 5 |
| | CMC | ICF | FRI 7/14: Admitted into program<br>THURS 7/13: New ATC posted<br>TUES 7/11: Vitek results posted<br>MON 7/10: Vitek held<br>THURS 7/6: IP rescinded consent<br>WED 7/5: Original ATC issued<br>THURS 6/15: DF and Endorsement received<br>TUES 6/13: Completed referral received | 6/13/17 11:15 | 7/14/17 11:36 | 1 |
| | CMC | APP | MON 7/31 Admitted<br>FRI 7/28 - VPP requested med info/progress note<br>FRI 7/28 - Per CMC med hold has been removed<br>THURS 7/27 - endorsed to VPP<br>MON 7/24/17: All parties agree care may be managed in PIP HCPOP to ascertain approp. placement for coordination of care activities<br>Tues 7/18/17: On HCV therapy. On Medical Hold. Revisit Sept. 14Med hold 12 week course of therapy for Hep C.<br>Wed 7/19 IRU confirmed MED HOLD with HCPOP<br>Fri July 14: Referral Received<br>Thurs July 13: MED HOLD confirmed from CMC | 7/14/2017 15:46 | 7/31/2017 0:00 | 7 |

# Exhibit F

State of California

EDMUND G. BROWN JR., Governor

# DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

## DSH Psychiatric Inpatient Timelines Compliance Report

### Patients Admitted July 1 through July 31, 2017 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| Acute Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1] Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2] Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfer).

[3] For intermediate patient care, includes patients admitted in July 2017 who waited greater than 30 days from the DSH referral received date. For acute patient care, includes patients admitted in July 2017 who waited greater than 10 days from the DSH referral received date.

[4] For intermediate patient care, includes the total number of days patients admitted in July 2017 waited beyond 30 days from the DSH referral received date. For Acute patient care, includes the total number of days patients admitted in July 2017 waited beyond 10 days from the DSH referral received date.

1 of 2

Source: BUMMs



State of California
EDMUND G. BROWN JR., Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

## DSH Psychiatric Inpatient Timelines Compliance Report
### Patients Admitted July 1 through July 31, 2017 Who Waited Beyond Program Guide Timelines

**Patients Admitted to Intermediate Care**

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - |
| Total Number of Patients Waiting Over 30 Days | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - |

**Patients Admitted to Acute Care**

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - |
| Total Number of Patients Waiting Over 10 Days | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - |

2 of 2

Source: BUMMs