1  XAVIER BECERRA
   Attorney General of California
2  WILLIAM C. KWONG
   Acting Senior Assistant Attorney General
3  DANIELLE F. O'BANNON
   JAY C. RUSSELL
4  Supervising Deputy Attorneys General
   ELISE OWENS THORN, State Bar No. 145931
5  CHRISTINE M. CICCOTTI, State Bar No. 238695
   CHAD A. STEGEMAN, State Bar No. 225745
6  TYLER V. HEATH, State Bar No. 271478
   Deputy Attorneys General
7    1300 I Street, Suite 125
     P.O. Box 944255
8    Sacramento, CA 94244-2550
     Telephone: (916) 210-7318
9    Fax: (916) 324-5205
     E-mail: Elise.Thorn@doj.ca.gov
10 *Attorneys for Defendants*

11                  IN THE UNITED STATES DISTRICT COURT

12                 FOR THE EASTERN DISTRICT OF CALIFORNIA

13                          SACRAMENTO DIVISION

14

15

16 | **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |

17 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER ON DEFENDANTS' PLAN TO REVIEW THE ENHANCED OUTPATIENT PROGRAM POPULATION** |

18 | v. | |

19 | **EDMUND G. BROWN JR., et al.,** | |

20 | Defendants. | |

21

22    On February 6, 2017, the *Coleman* Special Master submitted his report on Defendants'

23 2017 Staffing Plan (2017 Staffing Plan). (ECF No. 5564 at 38-71.) In his report, the Special

24 Master recommended that the Court reject Defendants' utilization-management plan to review its

25 Enhanced Outpatient Program (EOP) inmates for appropriateness to continue in that level of care

26 "[u]ntil such time as more information has been provided and the parties have had the opportunity

27 to thoroughly vet the memo . . . to fully explore all options to ensure that all EOP inmates are

28 being treated at the appropriate level of care." (ECF No. 5564 at 22.)

1

1    CDCR provided the Special Master and Plaintiffs' counsel a revised version of the

2    Enhanced Outpatient Review memorandum (Memorandum) on March 29, 2017.  (ECF 5591 at 8.)

3    On April 21, 2017, Plaintiffs provided written comments to Defendants on the revised

4    Memorandum.  On April 26, 2017, the parties met and conferred under the supervision of the

5    Special Master to refine the parameters of the review, including further revisions to the

6    Memorandum.  On May 26, 2017, Defendants provided the Special Master and Plaintiffs with

7    further revisions to the Memorandum along with a form to guide clinicians in their reviews and

8    data collection.  Plaintiffs provided feedback to Defendants and discussed the revised

9    Memorandum at an All Parties meeting on June 6, 2017.  On June 12, 2017, Defendants provided

10   the Special Master and Plaintiffs a final revised draft of the Memorandum that incorporated the

11   Special Master and Plaintiffs' input, which was then finalized for distribution to all CDCR

12   institutions on June 26, 2017.  Exhibit A is a copy of the final distributed Memorandum.

13   CDCR implemented the EOP review on July 6, 2017, beginning at Mule Creek State

14   Prison.  The Special Master's team monitored the review process and Plaintiffs' counsel observed

15   the process.  The process included orientation and training for local clinical supervisors and staff

16   clinicians in the use of a case-review tool.  Staff then utilized the tool to review each patient at the

17   Interdisciplinary Treatment Team meetings.  CDCR completed its reviews at Mule Creek State

18   Prison on July 27, 2017.  Following this pilot, Defendants revised the data-collection form to

19   improve it for future use.

20   Now that Defendants have refined and implemented a pilot run of the review process, the

21   parties, with the concurrence of the Special Master, stipulate as follows:

22   1. The Defendants developed a supplemental utilization-management plan for EOP inmates

23   that addressed the Special Master's concerns as articulated in his Staffing Report, and the parties

24   are informed and believe that the Special Master no longer recommends that the Court reject

25   Defendants' proposed EOP review.

26   2. Based on the above-described process, CDCR shall proceed to implement its EOP

27   review under the June 26, 2017 Enhanced Outpatient Program Review Memorandum.

28   / / /

2

1     3.  The parties will continue to meet and confer on the review process under the supervision

2 of the Special Master, including developing a schedule to complete the EOP reviews.

3 IT IS SO STIPULATED.

4 Dated:  August 22, 2017

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

7                       /s/ Christine M. Ciccotti
CHRISTINE M. CICCOTTI
Deputy Attorney General
*Attorneys for Defendants*

/s/ Lisa Ells
LISA ELLS
*Attorney for Plaintiffs*

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, IT IS SO ORDERED.

DATED: _____, 2017.

_____
KIMBERLY J. MUELLER

Judge, United States District Court

CF1997CS0003
33013705_2.doc

3

# EXHIBIT A



# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



# MEMORANDUM

| | |
|---|---|
| **Date:** | June 26, 2017 |
| **To:** | MCSP Chief Executive Officer |
| | MCSP Chief of Mental Health |
| **From:** | KATHERINE TEBROCK, ESQ. *Kate Tebrock* |
| | Deputy Director |
| | Statewide Mental Health Program |
| **Subject:** | **ENHANCED OUTPATIENT PROGRAM REVIEW** |

A fundamental goal of our Mental Health Services Delivery System is to place the right patient in the right bed, ensuring that all patients receive the proper level of care in light of their clinical needs. The purpose of this memorandum is to inform the leadership of Mule Creek State Prison of the steps being taken to most effectively address the treatment needs of patients at the EOP level of care. The California Department of Corrections and Rehabilitation (CDCR) Mental Health Program is committed to ensuring that our patients receive appropriate care in the least restrictive clinical and custodial environment. In order to do this effectively, the Department must follow the criteria set forth by the Mental Health Services Delivery System (MHSDS) Program Guide.

In order to apply our clinical resources appropriately, we need to understand the composition of our current EOP population. Various sources of data are being analyzed to help us recognize trends and patterns in the clinical nature of EOP patients, including their diagnoses, level of functioning, length of stay, and post-discharge outcomes. Additional data sources are needed to provide further information, and to guide efforts to refine our delivery of care.

Toward this end, we are initiating a focused review of patients at the EOP level of care, beginning at MCSP. These reviews will involve Headquarters and Regional staff organized into an EOP Support Team, who will work with your local clinical teams. The reviews are intended to serve several purposes. One is to clearly understand how the treatment criteria of the Program Guide are currently applied to EOP patients. Another is to identify patients who present clinical and/or non-clinical needs that may not be most effectively addressed within the EOP treatment context. Once empirically-based subgroups of patients with differing needs have been identified, additional treatment or management options can be developed to more effectively address these needs. The purpose of this review is not to increase or reduce the size of the EOP population. A patient's level of care should only change when it is clinically appropriate, with proper planning and preparation.

---

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA 95758

# MEMORANDUM

The focused review of EOP caseloads shall begin across the EOP units at MCSP. Members of the Headquarters and Regional EOP Support Team will meet with the Chief of Mental Health and local clinical supervisors to review a one page case review tool based on the Program Guide Treatment Criteria for EOP. Orientation and training in the use of this tool will be provided to line clinicians by members of the Support Team. Clinicians will then utilize this tool to review all patients on their caseload, resulting in a case formulation that explains the patient's condition and current treatment plan in relation to the need for EOP level of care. These reviews will be completed at the time of each patient's regularly scheduled IDTT meetings by the Primary Clinician, with input from other IDTT members. The results of each week's case reviews will be discussed with the clinician's supervisor as part of a quality assurance and professional development process.

The review shall ensure that patients are appropriately placed at the EOP level of care and each patient has an appropriate treatment plan. Patients needing a higher level of care will be referred for such, following established procedures. Patients who are ready for the Correctional Clinical Case Management System (CCCMS) level of care will be prepared for this transition and brought to IDTT for discharge to a lower level of care.

The Chief of Mental Health shall ensure reviews of all patients at the EOP level of care, as of the date of the training of line staff, are completed within 90 calendar days and provide the results of the data collection to the Mental Health Regional Administrator upon completion. The data shall include:

1. A list of all EOP patients housed at their program at the time of this memorandum, noting which patients were reviewed.
2. If there were EOP patients not reviewed, a list of those patient names and CDCR numbers and an explanation regarding the reason the review could not be completed is also required.
3. For all patients reviewed, the completed one page case review tool will be entered electronically by the Primary Clinician. The PC will also copy and paste the case formulation from the treatment plan, explaining the need for EOP level of care, into the data collection form.
4. A list of patients whose clinical and/or non-clinical needs cannot effectively be addressed through mental health services at the EOP level of care. The types and numbers of such patient shall be reported. The categories for tabulating such patients shall be developed and applied in consultation with designated members of the Headquarters and Regional EOP Support Team during the early stages of the review process.

# MEMORANDUM

Your active support of this important initiative is crucial to our collective success. If you have questions or require additional information related to this memorandum, you may contact the Mental Health Policy Unit by email:  CDCR MHPolicyUnit@CDCR.


cc:  Brittany Brizendine, PsyD, MBA
     Angela Ponciano
     Amy Eargle, Ph.D.
     Laura Ceballos, Ph.D.
     Michael Golding, M.D.
     Edward Kaftarian, M.D.
     John Rekart, Ph.D.
     James Vess, Ph.D.
     Jennifer Johnson
     Regional Mental Health Administrators
     Regional Health Care Executives

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 588500
Elk Grove, CA 95758

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on <u>August 22, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

STIPULATION AND [PROPOSED] ORDER ON DEFENDANTS' PLAN TO REVIEW THE ENHANCED OUTPATIENT PROGRAM POPULATION

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 22, 2017</u>, at Sacramento, California.

|  |  |
|---|---|
| T. Farster | */s/ T. Farster* |
| Declarant | Signature |

CF1997CS0003
33015480.doc