MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
50 Fremont Street, Nineteenth Floor
San Francisco, California 94105-7104
Telephone: (415) 433-6830

RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-cv-00520-KJM-DB |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2017** |
| v. | |
| EDMUND G. BROWN, JR., et al., | Judge: Hon. Deborah Barnes |
| Defendants. | |

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Second Quarter of 2017 to Defendants via overnight delivery on August 1, 2017.  The parties completed their meet and confer process on September 8, 2017.  The parties have resolved all disputes regarding fees and costs for the Second Quarter of 2017, with an agreement to reduce claimed amounts to a total of $556,397.10 calculated at a rate of $219 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $556,397.10 plus interest is due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from September 2, 2017 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED:  September 8, 2017

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED:  September 8, 2017

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED:  _____, 2017


_____
Deborah Barnes
United States Magistrate Judge

**Coleman v. Brown**
**Second Quarter of 2017**
**April 1, 2017 through June 30, 2017**
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $545,112.90 | $531,485.11 | $12,903.57 |
| **Fees on Fees, 489-5** | $5,012.30 | $4,886.99 | $48.40 |
| **Appeal, 489-18** | $6,000.60 | $5,850.58 | $1,222.45 |
| **Totals** | $556,125.80 | $542,222.68 | $14,174.42 |

**Claimed Total:**     $570,300.22

**Settled Total:**     $556,397.10

3169432

**Coleman v. Brown**
**Second Quarter of 2017**
**April 1, 2017 through June 30, 2017**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|------|-------------|--------------|------|----------------|----------------|
| Arturo Del Rio | 18.00 | 0.00 | $219.00 | $0.00 | $0.00 |
| Charlotte J. Landes | 244.60 | 243.20 | $219.00 | $53,260.80 | $51,929.28 |
| Dylan Verner-Crist | 318.50 | 314.20 | $219.00 | $68,809.80 | $67,089.56 |
| Ernest Galvan | 13.40 | 13.40 | $219.00 | $2,934.60 | $2,861.24 |
| F. Gail LaPurja | 153.50 | 151.20 | $219.00 | $33,112.80 | $32,284.98 |
| Gay C. Grunfeld | 0.10 | 0.00 | $219.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 211.50 | 198.50 | $219.00 | $43,471.50 | $42,384.71 |
| Jennifer L. Stark | 108.70 | 107.20 | $219.00 | $23,476.80 | $22,889.88 |
| Jenny S. Yelin | 77.20 | 77.20 | $219.00 | $16,906.80 | $16,484.13 |
| Jessica L. Winter | 94.30 | 94.30 | $219.00 | $20,651.70 | $20,135.41 |
| Katherine C. Hamilton | 57.70 | 52.70 | $219.00 | $11,541.30 | $11,252.77 |
| Krista Stone-Manista | 198.80 | 196.40 | $219.00 | $43,011.60 | $41,936.31 |
| Linda H. Woo | 213.50 | 211.70 | $219.00 | $46,362.30 | $45,203.24 |
| Lisa A. Ells | 221.50 | 220.20 | $219.00 | $48,223.80 | $47,018.21 |
| Michael S. Nunez | 81.70 | 72.40 | $219.00 | $15,855.60 | $15,459.21 |
| Michael W. Bien | 139.50 | 138.10 | $219.00 | $30,243.90 | $29,487.80 |
| Nathalie C. Welch | 78.80 | 78.80 | $219.00 | $17,257.20 | $16,825.77 |
| Sarah J. Essner | 58.40 | 45.50 | $219.00 | $9,964.50 | $9,715.39 |
| Thomas Nolan | 119.90 | 119.90 | $219.00 | $26,258.10 | $25,601.65 |
| **Total** | **2409.60** | **2334.90** | | **$511,343.10** | **$498,559.54** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|------|-------------|--------------|------|----------------|----------------|
| Alison Hardy | 3.90 | 3.90 | $219.00 | $854.10 | $832.75 |
| Donald Specter | 7.30 | 7.30 | $219.00 | $1,598.70 | $1,558.73 |
| Ehsan Sadeghi | 5.20 | 5.20 | $219.00 | $1,138.80 | $1,110.33 |
| Isaac Dalke | 11.80 | 11.80 | $219.00 | $2,584.20 | $2,519.60 |
| Joseph E. Bear | 1.00 | 1.00 | $219.00 | $219.00 | $213.53 |
| Laura Graham | 0.60 | 0.60 | $219.00 | $131.40 | $128.12 |
| Margot Mendelson | 18.90 | 18.90 | $219.00 | $4,139.10 | $4,035.62 |
| Meg O'Neill | 51.10 | 51.10 | $219.00 | $11,190.90 | $10,911.13 |
| Megan Lynch | 1.00 | 1.00 | $219.00 | $219.00 | $213.53 |
| Sara Norman | 1.70 | 1.70 | $219.00 | $372.30 | $362.99 |
| Sarah Hopkins | 2.10 | 2.10 | $219.00 | $459.90 | $448.40 |
| Steven Fama | 42.00 | 42.00 | $219.00 | $9,198.00 | $8,968.05 |
| **Total** | **146.60** | **146.60** | | **$32,105.40** | **$31,302.78** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|------|-------------|--------------|------|----------------|----------------|
| Claudia Center | 7.60 | 7.60 | $219.00 | $1,664.40 | $1,622.79 |
| **Total** | | | | **$1,664.40** | **$1,622.79** |

**GRAND TOTAL**                                                              **$545,112.90** **$531,485.11**

3169432

**Coleman v. Brown**
**Second Quarter of 2017**
**April 1, 2017 through June 30, 2017**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $3,162.80 | $3,162.80 |
| Outside Copying | $4,210.90 | $4,210.90 |
| Transcription | $420.00 | $420.00 |
| Telephone | $10.00 | $10.00 |
| Postage and Delivery | $1,422.17 | $1,422.17 |
| Westlaw/Lexis/PACER | $403.97 | $403.97 |
| Travel | $1,551.47 | $1,551.47 |
| **Total** | | **$11,181.31** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $1,110.80 | $1,110.80 |
| Postage | $504.93 | $504.93 |
| Translation Service | $20.28 | $20.28 |
| Travel | $86.25 | $86.25 |
| **Total** | | **$1,722.26** |

**Grand Total**                                        **$12,903.57**

**Coleman v. Brown**
**Second Quarter of 2017**
**April 1, 2017 through June 30, 2017**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ernest Galvan | 0.50 | 0.00 | $219.00 | $0.00 | $0.00 |
| F. Gail LaPurja | 0.20 | 0.00 | $219.00 | $0.00 | $0.00 |
| Linda Woo | 4.00 | 4.00 | $219.00 | $876.00 | $854.10 |
| Lisa Ells | 17.20 | 17.20 | $219.00 | $3,766.80 | $3,672.63 |
| Michael W. Bien | 0.30 | 0.00 | $219.00 | $0.00 | $0.00 |
| **Total** | **0.30** | **0.00** | | **$4,642.80** | **$4,526.73** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.30 | 1.30 | $200.00 | $260.00 | $253.50 |
| **Total** | **1.30** | **1.30** | | **$260.00** | **$253.50** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 0.50 | 0.50 | $219.00 | $109.50 | $106.76 |
| **Total** | **0.50** | **0.50** | | **$109.50** | **$106.76** |

**GRAND TOTAL**                                    **$5,012.30  $4,886.99**

3169432

**Coleman v. Brown**
**Second Quarter of 2017**
**April 1, 2017 through June 30, 2017**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Pacer Charges | $3.00 | $3.00 |
| Postage and Delivery | $45.40 | $45.40 |
| **Total** | | **$48.40** |

**GRAND TOTAL**              **$48.40**

3169432

**Coleman v. Brown**
**Second Quarter of 2017**
**April 1, 2017 through June 30, 2017**
Fees on Appeal of 4/19/17 Order, 489-18

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| F. Gail LaPurja | 3.30 | 2.50 | $219.00 | $547.50 | $533.81 |
| Jessica L. Winter | 20.20 | 20.10 | $219.00 | $4,401.90 | $4,291.85 |
| Lisa A. Ells | 4.90 | 4.80 | $219.00 | $1,051.20 | $1,024.92 |
| **Total** | **28.40** | **27.40** | | **$6,000.60** | **$5,850.58** |

**GRAND TOTAL**                                       **$6,000.60  $5,850.58**

3169432

**Coleman v. Brown**
**Second Quarter of 2017**
**April 1, 2017 through June 30, 2017**
Costs on Appeal of 4/19/17 Order, 489-18

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Westlaw/Lexis/Pacer | $1,222.45 | $1,222.45 |
| **Total** | | **$1,222.45** |

**GRAND TOTAL**                    **$1,222.45**