| | |
|---|---|
| Dated: September 11, 2017<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN BIEN GALVAN &<br>GRUNFELD LLP<br>50 Fremont Street, Nineteenth Floor<br>San Francisco, California 94105-7104<br>Telephone: (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 |
| RANJINI ACHARYA – 290877<br>K&L GATES LLP<br>4 Embarcadero Center, Suite 1200<br>San Francisco, California 94111-5994<br>Telephone: (415) 882-8200 | CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>DISABILITY RIGHTS PROGRAM<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: (415) 343-0770 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2017**<br><br>Judge: Hon. Deborah Barnes |

[3169452.1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Second Quarter of 2017 to Defendants via overnight delivery on August 1, 2017. The parties completed their meet and confer process on September 8, 2017. The parties have resolved all disputes regarding fees and costs for the Second Quarter of 2017, with an agreement to reduce claimed amounts to a total of $556,397.10 calculated at a rate of $219 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $556,397.10 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from September 2, 2017 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: September 8, 2017

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: September 8, 2017

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: September 11, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE