IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | Case No. 2:90-cv-0520 KJM DB P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,[1]<br><br>    Plaintiff,<br><br>    v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>    Defendants. | Case No. 01-cv-01351-JST<br><br>**THREE-JUDGE COURT**<br><br>**ORDER RE: STATUS OF INTERVENORS** |

Before trial in this matter, the court granted motions to intervene by various counties, legislators, district attorneys, sheriffs, sheriff-coroners, county probation officers, and one city chief of corrections. ECF Nos. 817/2376, 857/2427.[2] The court subsequently granted stipulations to dismiss several intervenors with prejudice. ECF No. 2121/3536, 2131/3550, 2302/3808.

---

[1] The parties in the individual *Plata v. Brown* case have agreed that Marciano Plata should be terminated as an individual plaintiff. Given the long history of this litigation and the general familiarity with the *Plata* case name, the *Plata* court has decided not to change the case caption.

[2] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Brown*, No. 01-cv-01351-JST (N.D. Cal.), and *Coleman v. Brown*, No. 2:90-cv-0520 KJM DB P (E.D. Cal.). This court includes the docket number of *Plata* first, then *Coleman*.

1  To ensure that the docket for this case is accurate, counsel for all remaining intervenors shall consult with their clients to determine (a) whether the individuals or entities listed on the court docket sheets wish to continue as intervenors in this case and (b) if so, whether any substitutions need to be made pursuant to Federal Rule of Civil Procedure 25(d). Intervenors who wish to remain in this case shall file a notice of intention to remain an intervenor on or before **October 12, 2017**. Any intervenor who does not timely file such notice will be terminated from this case with prejudice. *See Atchison, Topeka & Santa Fe Ry. Co. v. Hercules Inc.*, 146 F.3d 1071, 1074 (9th Cir. 1998) ("[D]istrict courts have inherent power to control their dockets [unless] its exercise would nullify the procedural choices reserved to parties under the federal rules.").

**IT IS SO ORDERED.**

Dated: September 12, 2017

STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: September 12, 2017

KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: September 12, 2017

JON S. TIGAR
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA