1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  MARGOT MENDELSON – 268583
   PRISON LAW OFFICE
3  1917 Fifth Street
   Berkeley, California  94710-1916
4  Telephone:   (510) 280-2621

1  MICHAEL W. BIEN – 096891
   JEFFREY L. BORNSTEIN – 099358
2  JANE E. KAHN – 112239
   ERNEST GALVAN – 196065
3  THOMAS NOLAN – 169692
   LISA ELLS – 243657
4  KRISTA STONE-MANISTA – 269083
   JENNY S. YELIN – 273601
5  MICHAEL S. NUNEZ – 280535
   JESSICA WINTER – 294237
6  ROSEN BIEN
   GALVAN & GRUNFELD LLP
7  50 Fremont Street, 19th Floor
   San Francisco, California  94105-2235
8  Telephone:   (415) 433-6830

9  RANJINI ACHARYA – 290877
   K&L GATES LLP
10 4 Embarcadero Center, Suite 1200
   San Francisco, California  94111-5994
11 Telephone:   (415) 882-8200

9  CLAUDIA CENTER – 158255
   AMERICAN CIVIL LIBERTIES UNION
10 FOUNDATION OF NORTHERN
   CALIFORNIA, INC.
11 39 Drumm Street
   San Francisco, California  94111-4805
12 Telephone:   (415) 621-2493

13 Attorneys for Plaintiffs
14

15              UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17

18 RALPH COLEMAN, et al.,                Case No. 2:90-CV-00520-KJM-DB

19              Plaintiffs,              **DECLARATION OF KRISTA STONE-
                                         MANISTA IN SUPPORT OF
20        v.                             PLAINTIFFS' OPENING BRIEF RE:
                                         OBSTACLES TO TIMELY ACCESS
21 EDMUND G. BROWN, JR., et al.,         TO MENTAL HEALTH CRISIS BEDS**

22              Defendants.              Judge:  Hon. Kimberly J. Mueller
                                         Date:   September 28, 2017
23                                       Time:   10:00 a.m.
                                         Crtrm.: 3, 15th Floor
24

25

26

27

28

Case No. 2:90-CV-00520-KJM-DB

DECLARATION OF KRISTA STONE-MANISTA IN SUPPORT OF PLAINTIFFS' OPENING BRIEF RE:
OBSTACLES TO TIMELY ACCESS TO MENTAL HEALTH CRISIS BEDS

I, Krista Stone-Manista, do hereby declare as follows:

1.    I am an attorney admitted to practice law in California and an associate in the law firm Rosen Bien Galvan & Grunfeld, LLP, Plaintiffs' counsel in this case.  I have personal knowledge of the matters set forth herein and if called as a witness, I could competently so testify.  I make this declaration in support of Plaintiffs' Opening Brief re: Obstacles to Timely Access to Mental Health Crisis Beds.

2.    I reviewed contemporaneous notes taken by other personnel at my office from an April 2012  bed planning meeting in April 2012, at which the parties and Special Master Team discussed the fact that multiple CDCR institutions were once again using alternative housing settings to hold patients in crisis, rather than referring them to receive treatment in licenses crisis bed facilities.  In response, the parties and Special Master Team agreed that Defendants would issue a policy memorandum reinforcing and clarifying their longstanding policy expressly prohibiting the use of alternative housing for evaluation or short-term treatment.  A true and correct copy of that memorandum, which was issued on May 16, 2012, is attached hereto as **Exhibit A**.  The May 16, 2012 memo incorporates by reference a similar memo from September 6, 2005.

3.    On October 15, 2015, Defendants issued CDCR Policy 12.05.301, in which Defendants once again reaffirmed their policy not to use alternative housing for evaluation or short-term treatment, but rather to use alternative housing only on a short-term basis after a referral to an MHCB has been made, if at all.  A true and correct copy of the October 15, 2015 memo is attached hereto as **Exhibit B**.

4.    I attended a tour of Salinas Valley State Prison ("SVSP") from June 7, 2016 through June 9, 2016, during which Defendants were conducting an initial implementation of their Continuous Quality Improvement ("CQI") tool and process.  During the tour, I took extensive contemporaneous notes, which I have reviewed in preparing this declaration.  I also prepared a contemporaneous memorandum for my co-counsel during the tour, which I have reviewed in preparing this declaration.  The Special Master's suicide prevention expert, Lindsay Hayes, was conducting his review at SVSP simultaneously

DECLARATION OF KRISTA STONE-MANISTA IN SUPPORT OF PLAINTIFFS' OPENING BRIEF RE:
OBSTACLES TO TIMELY ACCESS TO MENTAL HEALTH CRISIS BEDS

[3170662.1]

1    with the CQI tours.  On June 8, I attended a meeting with headquarters and SVSP

2    institution staff, Mr. Hayes, and representatives from the Special Master's team to discuss

3    a crisis in the use of alternative housing at SVSP that had been observed during the tour

4    and by Mr. Hayes during his review.   Specifically, as Mr. Hayes recently reported to the

5    Court, he found 18 prisoners on alternative housing status as of June 8, who were being

6    held in scattered locations throughout the prison, including in "holding cages in the visiting

7    room and gymnasium," many of which did not offer access to beds or showers.  *See*

8    Special Master's Report re Second Re-Audit and Update of Suicide Prevention Practices,

9    Sept. 7, 2017, ECF No. 5672, at 8-9.  Mr.  Hayes also found that patients on suicide watch

10   were not adequately monitored, and that patients in alternative housing were not

11   appropriately rounded by mental health staff.  *Id.*  Dr. Elaine Force, the CDCR Regional

12   Administrator who was leading the headquarters CQI review team, noted during the June 8

13   meeting that it was "impossible" for Salinas Valley to track accurately the many patients

14   housed in the various alternative housing placements.  Dr. Caitlin Chinn, a Senior

15   Psychologist Specialist who was part of the CQI team, stated that, as a result, required

16   mental health rounding of these patients was not being conducted in accordance with

17   policy.  SVSP's Chief of Mental Health, Dr. Darin Stowell, stated that the institution had

18   been working on the problem for some time, although apparently without notifying or

19   involving headquarters.  Statements made by Dr. Amy Eargle, who is a senior mental

20   health administrator for the entire CDCR mental health program, and by other

21   headquarters staff including Dr. Force and Dr. Chinn, clearly indicated that the staff from

22   headquarters found the crisis to be a grave emergency in need of an immediate remedy,

23   and that headquarters had not been aware of SVSP's pervasive use of various ad-hoc and

24   untenable alternative housing placements prior to arriving for the tour.

25        5.      My notes from the tour also confirm my recollection that patients in a group

26   interview that I observed on June 7 reported that the holding cells used as alternative

27   housing in the TTA (the triage area located outside of the MHCB unit) were "like an

28   icebox."  These patients stated the temperature in those holding cells, combined with the

DECLARATION OF KRISTA STONE-MANISTA IN SUPPORT OF PLAINTIFFS' OPENING BRIEF RE:
OBSTACLES TO TIMELY ACCESS TO MENTAL HEALTH CRISIS BEDS

1  length of time that patients understood they would have to wait in the freezing conditions

2  before transferring to a mental health crisis bed, was a significant disincentive to reporting

3  suicidal ideation.  The patients in the June 7, 2016 group I observed also stated that they

4  were motivated to retract their reports of suicidal ideation, even if they were still

5  experiencing it, due to the extreme temperatures and harsh conditions of the holding cells.

6  On June 8, I visited the holding cells together with Defendants and representatives from

7  the Special Master's team, and confirmed that the vent in the cell was in fact sending very

8  cold air directly on to the bench by the door where patients were to sit.  Staff in the MHCB

9  unit informed us that work orders had been put in to remedy this issue, but that there had

10  been no apparent progress since approximately December 2015 or January 2016, i.e., at

11  least six months.

12        6.     The suicide rates for 2015 and 2016 were 18.6 and 21.8 deaths per 100,000

13  inmates, respectively.  As of September 12, 2017, the 2017 suicide rate is projected to be

14  19.7 deaths per 100,000 inmates.  These rates were calculated by Dylan Verner-Crist, a

15  paralegal employed at my firm working under my direction and supervision, using the

16  methodology employed by the Special Master's experts in their "Report on Suicides

17  Completed in the California Department of Corrections and Rehabilitation, January 1,

18  2014 – December 31, 2014."  *See* Dkt. 5428 at 1-6.  In their report, the Special Master's

19  experts give the CDCR suicide rates for the years 1999 through 2014, calculated by

20  multiplying the number of suicides for the given year by 100,000 and then dividing this

21  number by the total in-custody population as of June 30 of that same year.  *See id.* at

22  2.  Following this methodology, Mr. Verner-Crist used the total in-custody population

23  figures reported in CDCR's Monthly Total Population Reports, *available at*

24  http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Month

25  ly/Monthly_Tpop1a_Archive.html.  Attached hereto as **Exhibit C** are true and correct

26  copies of the population reports used in these calculations.  The total in-custody population

27  as of June 30 was 128,898 inmates in 2015, 128,641 inmates in 2016, and 131,260 inmates

28  in 2017.

Case No. 2:90-CV-00520-KJM-DB

DECLARATION OF KRISTA STONE-MANISTA IN SUPPORT OF PLAINTIFFS' OPENING BRIEF RE:
OBSTACLES TO TIMELY ACCESS TO MENTAL HEALTH CRISIS BEDS

[3170662.1]

7.      To calculate the number of CDCR suicides per year, Mr. Verner-Crist used CDCR's Suicide Death Notifications, which Defendants regularly provide to Plaintiffs' Counsel.  To obtain the projected suicide rate for 2017, Mr. Verner-Crist first divided the number of suicides by (254), the number of days that have elapsed in 2017.  He then multiplied the resulting number by 365, to find the projected rate of suicides for 2017.

8.      The average nationwide suicide rate for state prisoners from 2001 to 2014 was roughly 15 deaths per 100,000 inmates and 20 deaths per 100,000 inmates in 2014, according to the US Department of Justice Bureau of Justice Statistics December 2016 Report entitled "Mortality in State Prisons, 2001-2014 – Statistical Tables."  The most recent year for which the Bureau has published data on suicide rates in the United States is 2014.  Attached hereto as **Exhibit D** is a true and correct copy of the Bureau of Justice Statistics report, *available at* https://www.bjs.gov/index.cfm?ty=pbdetail&iid=5865.  Although this report gives suicide rates through only 2014, these past average national rates remain an important comparator to CDCR's current Suicide Rate, for, as Suicide Prevention Expert Lindsay Hayes noted in his recently-filed Second Re-Audit and Update of Suicide Prevention Practices in the Prisons of the California Department of Corrections and Rehabilitation, "[s]uicide rates are most meaningful when viewed over a sustained period of time."  *See* ECF No. 5672 at 21.

9.      From July 2016 to June 2017, 39% of patients referred for MHCB care were held in alternative housing for longer than 24 hours after their referral, before either being transferred for crisis care or returned to their original housing unit.  Further, 20.2% of referred patients waited for over 48 hours in alternative housing and 10.6% waited for over 72 hours.  The average time spent in alternative housing for an inmate referred to an MHCB was 32.2 hours.  These figures were calculated by Mr. Verner-Crist, who used Enclosure 7c, Attachments 2a and 2b (entitled "MHCB Placements by Institution and Prior Level of Care" and "Rescinded MHCB Referrals by Institution and Prior Level of Care", respectively) of the *Coleman* Monthly Reports to find these figures.  For the Court's reference, a true and correct copy of the most recent of these reports that is available to

DECLARATION OF KRISTA STONE-MANISTA IN SUPPORT OF PLAINTIFFS' OPENING BRIEF RE:
OBSTACLES TO TIMELY ACCESS TO MENTAL HEALTH CRISIS BEDS

[3170662.1]

1   Plaintiffs (June 2017) is attached hereto as **Exhibit E**.  This report was provided to

2   Plaintiffs on August 11, 2017.  The respective reports for December 2016 and January

3   2017 can be found at ECF No. 5594, Exs. A and D, and the reports for July 2016 and

4   August 2016 can be found at ECF No. 5504, Ex. D, 357-428 for July 2016 and August

5   2016.[1]  In order to produce the above statistics from these reports, Mr. Verner-Crist

6   converted the reports to Excel spreadsheets and then used the "Filter" function to obtain

7   lists of inmates with "Hours to Disposition" times greater than 24 hours, 48 hours, and 72

8   hours.  He then used the "Subtotal" function to obtain the number of inmates within each

9   grouping for each month, and then summed each month together in order to obtain the total

10  numbers for the whole 12-month period.  After doing so, he then calculated the percentage

11  of inmate over each timeframe, using the same methodology to obtain the total number of

12  MHCB referrals for this 12-month period.  Lastly, he used the "Subtotal" function to find

13  the average wait time for all MHCB referrals from a total compiled list of the referrals

14  from this period.

15          10.     On June 23, 2017, Defendants provided Plaintiffs and the Special Master

16  Team the first iteration of their proposal to change their use of alternative housing, as

17  described above.  In that proposal, Defendants also stated that they had been and would

18  continue to measure the 24-hour timeframe for transfers to external MHCBs from the point

19  at which a patient was referred until the point at which the patient was placed in a transport

20  vehicle, not when the patient actually made it to a crisis bed.  A true and correct copy of

21  Defendants' proposal, as transmitted to Plaintiffs' counsel, is attached hereto as **Exhibit F**.

22  In their proposal, Defendants stated that they "already track their compliance with the

23  timeframes in this manner and have reported this data for years."

24          11.     Several institutions have MHCB rescission rates that are far higher than the

25  _____

26  [1] Copies of the reports from the remaining months between July 2016 and June 2017 have
    been omitted as they are extremely voluminous, but can be provided to the Court on
27  request.

28

DECLARATION OF KRISTA STONE-MANISTA IN SUPPORT OF PLAINTIFFS' OPENING BRIEF RE:
OBSTACLES TO TIMELY ACCESS TO MENTAL HEALTH CRISIS BEDS

[3170662.1]

1  CDCR-wide average.  For instance, for the 12-month period of July 2016 – June 2017,

2  CCWF rescinded 77.0% of its MHCB referrals, the CCWF Reception Center rescinded

3  75.9%, NKSP rescinded 61.1%, SAC rescinded 65.9%, MCSP rescinded 51.0%, and LAC

4  rescinded 50.7%.  In comparison, the CDCR-wide rescission rate for this period was

5  38.6%.  These rescission rates were calculated by Mr. Verner-Crist, who used the monthly

6  Reports such as the June 2017 report attached hereto as **Exhibit E** and the methodology

7  described in Paragraph 9, *supra,* in order to render these reports analyzable.  Once he

8  converted the Reports to Excel files, he then used the "Filter" function to sort MHCB

9  placement and rescission data by institution.  He then entered this data into another Excel

10  spreadsheet and tabulated said data, in order to find the rescission rates for each institution.

11       12.     On August 17, 2017, the California State Auditor released a report titled

12  "California Department of Corrections and Rehabilitation:  It Must Increase Its Efforts to

13  Prevent and Respond to Inmate Suicides," Report No. 2016-131.  A true and correct copy

14  of this report, downloaded from the California State Auditor's website at

15  http://www.auditor.ca.gov/pdfs/reports/2016-131.pdf, is attached hereto as **Exhibit G**.

16       I declare under penalty of perjury under the laws of the United States and the State

17  of California that the foregoing is true and correct, and that this declaration is executed at

18  San Francisco, California this 13th day of September, 2017

19

20                                             */s/ Krista Stone-Manista*
                                               Krista Stone-Manista
21

22

23

24

25

26

27

28

DECLARATION OF KRISTA STONE-MANISTA IN SUPPORT OF PLAINTIFFS' OPENING BRIEF RE:
OBSTACLES TO TIMELY ACCESS TO MENTAL HEALTH CRISIS BEDS

[3170662.1]

Exhibit A

 

# CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

## MEMORANDUM

| Date | | MAY 1 6 2012 |
|---|---|---|
| To | : | Chief Executive Officers |
| | | Chiefs of Mental Health |
| From | : | Timothy G. Belavich, Ph.D., MSHCA, CCHP, |
| | | Deputy Director (A) |
| | | Statewide Mental Health Program, |
| | | Division of Correctional Health Care Services |
| Subject | : | Use of Alternative Housing |

The purpose of this memorandum is to ensure staff follows current Mental Health Services Delivery System (MHSDS) Program Guide, 2009 Revision, requirements and policy memorandums related the use of alternative housing. Current practice at many institutions has been to utilize alternative housing for an evaluation period and/or provide short term treatment. This practice is not consistent with current policy.

Effective immediately:

- Inmate-patients shall not be placed in alternative housing until an evaluation by a qualified mental health clinician has been completed and it is documented that the inmate requires a referral to the Mental Health Crisis Bed (MHCB). The clinician's order shall read "Refer to Mental Health Crisis Bed for admission evaluation." Because of licensing requirements, "Only licensed clinicians with admitting privileges at the receiving MHCB program can write the actual "admission" order and this is performed at the actual time of admission..." (See attached September 6, 2005, memorandum entitled *Standardization of Mental Health Crisis Bed Admission Procedures*).

  When a face to face evaluation is not possible and a referral for admission to the MHCB is documented that results in placement into an alternative housing cell, the referral can be rescinded once a face to face evaluation is conducted and it is determined the inmate-patient does not require placement into the MHCB. The rescission and subsequent movement out of alternate housing and back to the inmate-patient's previous housing must occur within 24 hours of placement.

- Appropriate housing of inmate-patients pending transfer shall meet MHSDS Program Guide, 2009 Revision, requirements (p. 12-5-5). Housing shall be

# MEMORANDUM

determined in the following order of preferred locations:

1. Inpatient beds
2. Outpatient Housing Unit

The following locations are considered alternative housing:

3. Outpatient Housing Unit overflow cells
4. Large holding cells with toilets
5. Large holding cells without toilets
6. Triage and Treatment Area or other clinic physical exam room
7. Other unit-housing where constant visibility can be maintained
8. Holding cells within the licensed bed area of the Correctional Treatment Center

   - Only inmate-patients who have been referred to the MHCB shall be placed in alternative housing.

   - Although alternative housing locations are listed in the MHSDS Program Guide, 2009 Revision, as appropriate placements, the use of them shall be minimal. It is expected these locations will be used only as a last alternative and only when MHCB beds are not immediately available.

• All inmate-patients placed in alternative housing shall be transferred to the MHCB as soon as possible and placement shall not exceed 24 hours. "The Health Care Placement Oversight Program (HCPOP) may be contacted seven days a week to assist in locating a vacant MHCB bed." (MHSDS Program Guide, 2009 Revision, p. 12-5-4).

• A designated institution mental health staff member shall track alternative housing placement in accordance with the attached February 4, 2010, policy memorandum entitled *Implementation of Alternative/Temporary Housing Logs.*

   - All electronic logs shall be e-mailed by a designated mental health staff member weekly to the Utilization Management (UM) mailbox at CDCR DCHCS DMH Referral Updates@cdcr.ca.gov.

   - The electronic log must be received in the UM mailbox by close of business every Friday.

   - Each log shall include only those inmates placed in alternative housing for the week in which the log is submitted (logs shall not include inmates placed in alternative housing the week prior – no running logs).

CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**

P.O. Box 942883
Sacramento, CA 94283-0001

# MEMORANDUM

- Electronic logs shall include all inmate-patients placed in alternative housing beginning Friday and include all placements through close of business Thursday of the following week (Friday – Thursday record of placements).

Mandatory training for Chiefs of Mental Health or their designees was held on Wednesday, May 16, 2012, at 3:00 pm. Details regarding this training were sent to all Chiefs of Mental Health via email on May 3, 2012.

If you have any questions regarding these requirements you may contact Laura Ceballos, Ph.D. Chief of Quality Management, Statewide Mental Health Program, at (916) 691-0308.

Attachments

cc:    Judy Burleson
       Nathan Stanley
       Laura Ceballos, Ph.D.
       Steve Clavere, Ph.D.
       Tia Araminta, Ph.D.
       Richard Kendall, Ph.D.
       Lucinda McGill, R.N.
       Rick Johnson

State of California                                    California Department of Corrections and Rehabilitation

# Memorandum

Date     :    February 4, 2010

To       :    Wardens
              Health Care Managers/Chief Executive Officers
              Chiefs of Mental Health
              Directors of Nursing

Subject  :    Implementation of Alternative / Temporary Housing Logs

On October 7, 2008, the *Coleman* court ordered the California Department of Corrections
and Rehabilitation (CDCR) to:

> ...implement and maintain institutional electronic and manual tracking logs for
> inmates who have been placed into alternative housing pending Mental Health
> Crisis Bed (MHCB) transfers, and the dates, times, and places of return to regular
> housing for inmates not transferred to an MHCB. The tracking logs should also
> indicate the specific levels of clinical monitoring that were required (suicide watch,
> suicide precaution, or psychiatric observation), and the clinical monitoring that
> occurred. When an inmate is referred to an MHCB for treatment of a suicidal
> behavior, and the referral is rescinded or the inmate-patient is not admitted to an
> MHCB, the inmate shall receive follow-up treatment including daily contact for
> five (5) consecutive days following his or her return to regular housing. Quality
> management for implementation of discharge planning, required when an inmate is
> discharged from an MHCB, shall be implemented for these inmates.

Based upon this court-ordered requirement, each institution will establish a Local Operating
Procedure (LOP) and a quality assurance system to ensure the established LOP pertaining to
the Alternative / Temporary Housing Logs are properly followed.

Accompanying this memorandum is a draft of the Alternative / Temporary Housing Log.
This log is in the process of being approved as an official CDCR form and will be available
on the Prison Industry Authority website by May 1, 2010. Beginning May 1, 2010, all
institutions shall implement this procedure. Within 30 days of receipt of this memorandum,
each institution will submit a copy of the institution's LOP pertaining to the Alternative /
Temporary Housing Log to Captain James "Tom" Lyons via e-mail to
James.Lyons@cdcr.ca.gov or faxed to (916) 323-2886, attention Captain James "Tom"
Lyons, Division of Adult Institutions.

The tracking of an inmate-patient placed in temporary/alternative housing shall be initiated
any time an inmate-patient cannot be returned to normal housing based upon clinical
placement on Psychiatric Observation, Suicide Precaution, or Suicide Watch. This log will
be used to track the location of the inmate any time s/he is housed in alternative/temporary
housing.

Wardens
Health Care Managers
Directors of Nursing
Chiefs of Mental Health

Implementation of Alternative / Temporary Housing Logs
Page 2

The following processes shall be included in the LOP developed by each institution:

1. When a mental health practitioner is not on site to conduct an evaluation and a determination is made that the inmate-patient requires clinical monitoring, the triage treatment and assessment (TTA) nurse shall call Central Control, notify custody staff that the inmate requires temporary housing, and provide information regarding the level of clinical monitoring required (suicide watch, suicide precaution, psychiatric evaluation). Documentation in the Alternative / Temporary Housing Log (attached) will be initiated by Central Control staff.

2. When a mental health practitioner is on site, the practitioner shall call Central Control, notify custody staff that the inmate requires temporary housing, and provide information regarding the level of clinical monitoring required (suicide watch, suicide precaution, psychiatric evaluation). Documentation in the Alternative / Temporary Housing Log (attached) will be initiated by Central Control staff.

3. Central Control staff shall fax the Alternative / Temporary Housing Log to the Mental Health Crisis Bed unit (MHCB) daily by 9:00 AM and when inmate-patients on the log are moved.

4. In institutions without a MHCB, the Alternative / Temporary Housing Log shall be faxed by the Central Control staff to the Outpatient Housing Unit (OHU), Mental Health Outpatient Housing Unit (MOHU), or designated mental health office daily by 9:00AM and when inmate-patients on the log are moved.

5. The treating mental health practitioner will utilize the faxed Alternative / Temporary Housing Log to ensure all inmates awaiting assessment for, or placement into, a MHCB receive treatment and receive the appropriate level of clinical monitoring.

6. The treating mental health practitioner will notate clinical monitoring and indicate any change in level of clinical monitoring (suicide watch, suicide precaution, psychiatric observation) in the inmate-patient's 114A when the inmate-patient is seen by the clinician and at least daily. The treating clinician will also verbally notify the on duty custody officer where the inmate is housed of any change in monitoring.

7. When the inmate-patient returns to regular housing, Central Control staff shall immediately complete the Alternative / Temporary Housing Log and fax it to either the Mental Health Crisis Bed Unit or the Outpatient Housing Unit (according to which type of treatment facility is at the institution, as indicated above). The mental health practitioner will initiate a five day clinical follow-up consistent with the institution's current procedure for initiating five day follow-ups. The 114A shall be forwarded to Records for placement in the inmate's Central File, the log shall be

Wardens
Health Care Managers
Directors of Nursing
Chiefs of Mental Health

Implementation of Alternative / Temporary Housing Logs
Page 3

    completed and forwarded to a mental health designee who will enter the information into an electronic database.

8. When an inmate-patient is admitted to the MHCB, Central Control custody staff shall immediately complete the Alternative / Temporary Housing Log, the 114A shall be forwarded to Records for placement in the inmate's Central File, and the Alternative / Temporary Housing Log shall be completed and forwarded to a mental health designee, who will enter the information into an electronic database.

9. Institutions will develop a quality assurance system to ensure logs are filled out completely and regularly.

If you have any questions or need any additional information regarding the Alternative / Temporary Housing Log, you may contact Captain Lyons at (916) 324-5487 or via e-mail at James.Lyons@cdcr.ca.gov.


MARION CHIURAZZI, PSY.D.
Director (A)
Statewide Mental Health Program

GEORGE V. GIURBINO
Director
Division of Adult Institutions


KAREN REA, PHN, MSN, FNP
Chief Nurse Executive
Correctional Healthcare Nursing

Attachments

cc: Associate Wardens of Health Care
    Associate Directors, DAI
    Regional Administrators, Division of Correctional Health Care Services (DCHCS)
    Regional Directors of Nursing, California Prison Health Care Receivership
    Sharon Aungst, Chief Deputy Secretary, DCHCS
    George Giurbino, Director, DAI
    M. Jackson Kahle, Ph.D., Deputy Director (A), Mental Health Clinical Practices, DCHCS

Wardens
Health Care Managers
Directors of Nursing
Chiefs of Mental Health

Implementation of Alternative / Temporary Housing Logs
Page 4

James Scaramozzino, Ph.D., Deputy Director (A), Mental Health Clinical Programs, DCHCS
Laura Ceballos, Ph.D. Chief Psychologist, Quality Management, Mental Health Program, DCHCS
Catherine Knox, Assistant Statewide Chief Nursing Executive, DCHCS
Thomas Gaines, AGPA, Wasco State Prison

| Inmate Name | CDCR # | Location and cell type* | DATE/TIME of placement | Clinical monitoring ordered** | DATE/TIME of transfer from temporary housing | New Housing Location |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## INSTRUCTIONS

Central Control Staff shall log all entries for inmates placed in alternative/temporary housing pending Mental Health Care and Services. A new entry shall be documented when an inmate's cell location is changed.

* Cell type shall be designated as zz, wet cell, etc.

** Indicate either psychiatric observation, suicide precaution, or suicide watch

Procedure: See Institution LOP

Authority: October 7, 2008 Coleman Court Order Document 3072

DEPARTMENT OF CORRECTIONS AND REHAB̶        TION

STATE          ̶ALIFORNIA
ALTERNATE / TEMPORARY HOUSING LOG
CDCR 7476 (NEW, 03/10)

## ALTERNATE / TEMPORARY HOUSING LOG

| | Inmate Name | CDC # | Location and Cell Type * | DATE/TIME of Placement | Clinical Monitoring Ordered ** | DATE/TIME of Transfer from Temporary Housing | New Housing Location |
|---|---|---|---|---|---|---|---|
| 1. | | | | | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 10. | | | | | | | |
| 11. | | | | | | | |
| 12. | | | | | | | |
| 13. | | | | | | | |
| 14. | | | | | | | |
| 15. | | | | | | | |
| 16. | | | | | | | |
| 17. | | | | | | | |
| 18. | | | | | | | |
| 19. | | | | | | | |

## INSTRUCTIONS

Central Control shall maintain all entries for inmates placed in alternative/temporary housing pending Mental Health Care and Services.  A new entry shall be documented when an inmate's cell location is changed.
* Cell type shall be designated as zz, wet cell, etc.
** Indicate either psychiatric observation, suicide precaution, or suicide watch.

Procedure:  See Institution LOP

Authority:  October 7, 2008 Coleman Court Order Document 3072

State of California                                                  Department of Corrections and Rehabilitation

# Memorandum

Date  :  September 6, 2005

To   :  Wardens
        Health Care Managers
        Chiefs, Mental Health Program

| DCHCS Memo Number : 05-0009 |
| --- |

**Reason For Transmittal**

[ ]  State Law Change
[ ]  Policy Change
[ ]  Court Order or Settlement Agreement
[x]  Clarification Request
[ ]  Other _____

**Supersedes:**
Memorandum dated July 21, 2005

Subject: **STANDARDIZATION OF MENTAL HEALTH CRISIS BED ADMISSION PROCEDURES**

The California Department of Corrections and Rehabilitation (CDCR) Division of Correctional Health Care Services (DCHCS) is committed to the development of a bed management strategy which will increase the quantity of available Mental Health Crisis Beds (MHCB) and decrease waiting lists for this level-of-care. In the interim, inmate-patients in need of a MHCB must be housed in the safest and most humane settings possible utilizing existing physical plant options.

This memorandum addresses three issues relevant to inmate-patients waiting for a MHCB:

1. Holding environment pending transfer or placement.
2. Mattress, blanket, and gown issuance,
3. Five-Day follow-ups for suicidality,

<u>Holding Environment Pending Placement or Transfer to MHCB</u>

When an inmate-patient is determined to need a MHCB and there are no available beds in the sending institution, the steps outlined in the attached memorandum from September 16, 2003, shall be followed pending placement/transfer. After a brief assessment of medical and mental health factors, inmate-patients currently housed in the Correctional Treatment Center (CTC) shall be thoroughly assessed for appropriateness to discharge. In addition, if appropriate, medical inpatients shall be considered for placement in the community hospital.

On occasion, some inmate-patients cannot be placed into a MHCB within the policy requirement of 24-hours due to a lack of available beds. To best manage such situations, each institution shall develop a local operating procedure (LOP) regarding the housing and care of inmate-patients waiting for a MHCB to codify their actual operating process. Physical plant options and specific mental health program missions at each institution necessitate

Wardens
Health Care Managers
Chiefs, Mental Health Program
Page 2

individualization of each LOP. However, each individualized LOP shall incorporate the following standardized procedures:

- When an inmate-patient is identified as needing a MHCB, the referring clinician's order shall read "Refer to Mental Health Crisis Bed for admission evaluation." Only licensed clinicians with admitting privileges at the receiving MHCB program can write the actual "admission" order and this is performed at the actual time of admission to a vacant bed.

- The LOP may require a 128C chrono be generated in addition to the clinician's order to notify custody staff.

- Until transferred to a MHCB the inmate-patient shall be observed and monitored, or if clinically indicated, placed under constant direct observation for suicide watch. Nursing shall also be available to administer medication and to provide nursing checks as clinically indicated and ordered. The LOP shall indicate procedures for administration of medication and for daily contact by a mental health clinician.

- Appropriate housing of inmate-patients pending MHCB transfer shall be determined by the sending institution and in the following order of preferred locations:

  1. Inpatient Beds.
  2. Outpatient Housing Unit.
  3. Outpatient Housing Unit overflow cells.
  4. Large holding cells with water/toilets including, but not limited to, "ZZ cells," "Wet cells," and/or "Clinic cells." Many CTC buildings have holding cells located outside of the entrance to the licensed bed area. These are typically located in the Specialty Care Clinic area. These cells are permissible for temporary housing pending transfer without violating licensing restrictions of the licensed bed area of the CTC building.
  5. Large holding cells without water/toilets such as "Contraband Cells" (Not in a CTC licensed area.)
  6. Triage and Treatment Area or other clinic physical examining room
  7. Other unit-housing where complete and constant visibility can be maintained
  8. When none of the above are available, small holding cells (not in a CTC licensed bed area) that are designed for the inmate-patient to sit or stand may be used for up to four hours by which time consideration of a rotation to one of the above listed options shall have been considered and the outcome of such consideration documented. Inmate-patients shall be retained in sit/stand cells only with approval of the watch commander and notification of clinical staff on-call.

Wardens
Health Care Managers
Chiefs, Mental Health Program
Page 3

     9.  Holding cells within the licensed bed area of the CTC building (notification to Department of Health Services of an unusual occurrence is required).

- The Health Care Placement Unit (HCPU) shall be contacted directly by telephone regarding all inmate-patients pending transfer to a MHCB in accordance with the September 16, 2003 memorandum (attached). If the goal is to place the inmate-patient at the same institution's MHCB without requiring transport, the HCPU shall be contacted when a bed is not immediately available. The information relayed to HCPU shall include the inmate-patient's name, CDC number, prior level of care, identification of the time that the determination for a MHCB was made, reason for MHCB placement, current institution, and type and location of temporary housing.

- The HCPU shall be notified whenever a MHCB becomes available. For those institutions with a CTC and MHCB program, HCPU may prioritize an inter-institution transfer of an inmate-patient (based on clinical or temporary housing priority) into a MHCB over internal admissions.

- When an inmate-patient verbalizes suicidal ideation without other signs and symptoms of increased risk of suicide, the mental health clinician is responsible for evaluating any contributing environmental stressors, including the completion of a Suicide Risk Assessment form, and communicating with custody staff and supervisors regarding any potentially solvable custody issues. Resolution of related environmental issues is preferable to placement of an inmate-patient who is not genuinely at risk of suicide into a MHCB.

- The primary clinician and the assigned psychiatrist shall assess the inmate-patient and provide appropriate mental health services. When appropriate, the mental health clinicians shall provide therapeutic intervention focused on ways the inmate-patient may get perceived non-medical needs met without requiring MHCB placement. After regular work hours, the psychiatrist on-call is encouraged to conduct a face-to-face clinical assessment prior to admitting the inmate-patient to a MHCB. After work hours when the psychiatrist on-call chooses not to admit a suicidal inmate-patient to MHCB, a face-to-face clinical assessment is required.

- When involuntary/emergency medication is administered, all available documentation related to the decision to medicate, including but not limited to, danger to self, others, and/or grave disability, shall be forwarded to the treating clinicians in the MHCB.

- For inmate-patients discharged from a MHCB back to another sending institution or new institution, the LOP may allow for placement into alternate housing pending transfer, with appropriate mental health follow-up.

Wardens
Health Care Managers
Chiefs, Mental Health Program
Page 4

- Upon discharge, the clinician from the treating MHCB will call the Chief Psychiatrist, Chief of Mental Health, or designee at the institution to which the inmate-patient will return or be sent (See attached contact list.)  If the contact person is not available, the MHCB clinician will leave the following information with a mental health supervisor for the contact person (or Health Care Manager if there is no mental health supervisor available):

    o   Name and CDCR number of inmate-patient.
    o   Contact information for the discharging clinician, including pager number.
    o   Discharge diagnosis.
    o   Follow-up requirements (i.e. daily contact required for suicide follow-up).

- The Discharge Summary, Suicide Risk Assessment, and Doctor's orders shall be faxed to the designated fax number.  (See attached contact numbers at each institution.)

<u>Mattress, Blanket and Gown Issuance</u>

All inmate-patients who are deemed to need a MHCB because of suicidal ideation, threats or attempts, and who are housed in one of the above environments pending transfer to a MHCB, shall be issued a no-tear mattress, no-tear blanket, and a no-tear gown/smock, unless otherwise ordered in writing by the clinician. If the inmate-patient subsequently attempts to use any or all of these items to harm his or herself, the clinician may then order that one or more of these items be removed. However, it is important to stress that unless otherwise contraindicated, the inmate-patient shall be issued the above items since the inmate-patient's dignity and comfort must always be preserved to every extent possible while maintaining safety and security.

<u>"Five-Day" Clinical Follow-Up Plans and Custody Wellness Checks</u>

Inmate-patients who were determined to need a MHCB for suicidal precautions or watch, and who were held, pending transfer, in one of the above housing environments, but who subsequently are deemed to no longer be at risk of suicide and, therefore, are released back to their regular housing cell, shall receive appropriate clinical and custodial follow-up per existing policy and procedures (i.e. 5-day follow up procedures).

Wardens
Health Care Managers
Chiefs, Mental Health Program
Page 5


For questions, please contact Shama Chaiken, Ph.D., Chief Psychologist, DCHCS, at (916) 445-4114.


RENEE KANAN, M.D.
Director (A)
Division of Correctional Health Care Services

JOHN DOVEY
Director
Division of Adult Institutions

Attachments

cc: J. S. Woodford
    Associate Directors, Division of Adult Institutions
    Yulanda Mynhier
    Regional Administrators, DCHCS
    Lisa Tillman
    Kathleen Keeshen
    Timothy Fishback, M.D.
    Shama Chaiken, Ph.D.
    Margaret McAloon, Ph.D.
    Andrew Swanson, M.D.
    Irma Petrey

Exhibit B

| VOLUME 12: MENTAL HEALTH SERVICES | Effective Date: | 10/15/2015 |
|---|---|---|
| CHAPTER 05: PROVISION OF CARE, TREATMENT, OR SERVICES | Revision Date(s): | 2/18/2015, 4/9/2015 |
| | Supersedes: | . |
| POLICY 12.05.301: HOUSING OF PATIENTS PENDING MENTAL HEALTH CRISIS BED TRANSFER | Attachments: | Yes☐ No☒ |
| | Directors Approval: | |

| **12.05.301** | Housing of Patients Pending Mental Health Crisis Bed (MHCB) Transfer |
|---|---|
| **Policy** | Patients pending MHCB transfer shall be housed following the order of preferred locations as listed below. Alternative housing shall only be used for patients referred to a MHCB. |
| **Order of Preferred Locations** | Housing of patients pending transfer to an MHCB shall be determined based on the needs of the patient and bed availability in the following order of preferred locations: |

1. Correctional Treatment Center (CTC) licensed medical beds
2. Outpatient Housing Unit (OHU)
3. OHU overflow cells
4. Large holding cells with toilets
5. Large holding cells without toilets
6. Triage and Treatment Area (TTA) or other clinic physical exam room
7. Other unit-housing where complete and constant visibility can be maintained
8. CTC holding cells

The following locations are considered alternative housing pending transfer to an MHCB and shall be logged/tracked as such:

- CTC licensed medical beds
- OHU beds and overflow cells
- Large holding cells with toilets
- Large holding cells without toilets
- TTA or other clinic physical exam room
- Other unit-housing where complete and constant visibility can be maintained
- CTC holding cells

**Discussion**    The Mental Health Services Delivery System Program Guide (2009 Revision) clearly lists the order of priority for housing patients awaiting transfer to an MHCB. This policy serves as a clarification and shall be considered the current directive. A licensed inpatient bed is the preferred location for housing patients pending transfer to an MHCB.

Staff shall ensure that patients housed in alternative housing have reasonable access to water and toilets.   While in alternative housing pending transfer, patients shall be provided at minimum, with a safety (no-tear) mattress, safety (no-tear) blanket, and safety (no-tear) smock.  Only when a patient attempts to use any or all of the issued items to harm him or herself, may a clinician order that one or more of the items be removed.

Use of licensed medical CTC beds for MHCB overflow shall be considered alternative housing. OHU beds are considered alternative housing when a patient, pending MHCB placement, is temporarily placed within them. Patients shall not be placed in the OHU or CTC beds for mental health issues unless a referral to the MHCB has been made. The alternative housing requirements as set forth in this policy shall be followed when patients are placed into these beds.

Utilizing holding cells within the licensed bed area of the CTC for housing patients shall be logged on the *Alternative/Temporary Housing Log.*

Small holding cells that are designed for the patient to sit or stand shall be used as infrequently as possible and only as a last option for temporarily housing patients in crisis. These placements are not considered alternative housing, and use of these cells shall be documented on the custody log for small holding cells. Patients shall be transferred out of these cells as soon as possible and their placement is **never to exceed four hours**.

**Compliance Indicators**

1. Prior to placement in alternative housing, the patient receives continuous and direct visual observation while pending a mental health evaluation. Once placed, all patients in alternative housing shall remain on continuous direct visual observation until the patient is transferred to an MHCB.

2. Prior to placement in alternative housing, patients shall have a referral to an MHCB.

3. Alternative housing length of stay shall not exceed 24 hours.

4. Alternative housing placements shall be tracked in the *Alternative/ Temporary Housing Log.*

5. When determining alternative housing placement, the order of preferred locations (as listed) is followed.

6. Patient has reasonable access to water and toilets.

7. Patients are provided, at minimum, a safety (no-tear) mattress, safety (no-tear) blanket, and safety (no-tear) smock.

8. Health Care Placement Oversight Program is contacted immediately when a patient is referred to an MHCB and before being placed in alternative housing.

**Action required**

The following action is required for your institution to be in compliance with the new policy.

| If your institution … | then … |
|---|---|
| has a local operating procedure (LOP) | amend the current LOP within 30 days of the effective date. Ensure the LOP is reviewed annually. |
| does not have an LOP | develop one within 30 days of the effective date that meets the new policy requirements. Ensure the LOP is reviewed annually. |

**References**

*Coleman* v. *Brown* (E.D. Cal. Oct. 7, 2008, No. CIV S-90-0520 LKK JFM P)

Division of Correctional Health Care Services. (2009 Revision). *Mental Health Services Delivery System Program Guide.* Mental Health Crisis Bed, Chapter 5

**Questions**

If you have any questions or need any additional information related to this Policy, you may contact the policy unit via e-mail at: CDCR MHPolicyUnit@cdcr.

Exhibit C

Data Analysis Unit                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                State of California
Offender Information Services Branch                                         July 1, 2015


                              MONTHLY REPORT OF POPULATION
                               AS OF MIDNIGHT June 30, 2015


_____
                                  TOTAL CDCR POPULATION
_____

|  |  FELON/ | CIVIL |  | CHANGE SINCE 06/30/14 | | DESIGN | PERCENT | STAFFED |
|  | OTHER #1 | ADDICT | TOTAL | NO. | PCT. | CAPACITY | OCCUPIED | CAPACITY |
|---|---|---|---|---|---|---|---|---|
| A.  TOTAL IN-CUSTODY | 128,898 | 2 | 128,900 | -6,584 | -4.8 | | | |
| | | | | | | | | |
| I.  IN-STATE | 121,465 | 2 | 121,467 | -5,237 | -4.1 | | | |
|    (MEN, Subtotal) | 115,833 | 2 | 115,835 | -4,653 | -3.8 | | | |
|    (WOMEN, Subtotal) | 5,632 | | 5,632 | -584 | -9.3 | | | |
| | | | | | | | | |
|  1. INSTITUTIONS/CAMPS | 114,991 | 2 | 114,993 | -5,362 | -4.4 | 87,287 | 131.7 | 127,513 |
|     INSTITUTIONS | 111,246 | 2 | 111,248 | -4,892 | -4.2 | 82,707 | 134.5 | 123,173 |
|     CAMPS(CCC, CIW & SCC) | 3,745 | | 3,745 | -470 | -11.1 | 4,580 | 81.8 | 4,340 |
| | | | | | | | | |
|  2. IN-STATE CONTRACT BEDS | 6,266 | | 6,266 | +169 | +2.7 | | | |
|     CCF PRIVATE | 1,927 | | 1,927 | -155 | -7.4 | | | |
|     CCF PUBLIC | 1,743 | | 1,743 | -23 | -1.3 | | | |
|     PRISONER MOTHER PGM | 19 | | 19 | +3 | +18.7 | | | |
|     CALIFORNIA CITY CF | 2,351 | | 2,351 | +158 | +7.2 | | | |
|     FCRF(MCFARLAND) | 226 | | 226 | | | | | |
| | | | | | | | | |
|  3. DSH STATE HOSPITALS* | 208 | | 208 | -44 | -17.4 | | | |
| | | | | | | | | |
| II. OUT OF STATE(COCF) | 7,433 | | 7,433 | -1,347 | -15.3 | | | |
|     ARIZONA | 3,255 | | 3,255 | -317 | -8.8 | | | |
|     MISSISSIPPI | 2,591 | | 2,591 | -83 | -3.1 | | | |
|     OKLAHOMA | 1,587 | | 1,587 | -947 | -37.3 | | | |
| | | | | | | | | |
| B. PAROLE | 45,468 | 5 | 45,473 | +841 | +1.8 | | | |
|     COMMUNITY SUP(Active) | 43,145 | 5 | 43,150 | +724 | +1.7 | | | |
|     COOP CASES  (Active) #3 | 2,323 | | 2,323 | +250 | +12.0 | | | |
| | | | | | | | | |
| C. NON-CDC JURISDICTION #4 | 1,055 | | 1,055 | +165 | +18.5 | | | |
|     OTHER STATE/FED. INST. | 620 | | 620 | +132 | +27.0 | | | |
|     OUT OF STATE PAROLE | 278 | | 278 | +19 | +7.3 | | | |
|     OUT OF STATE PAL | 16 | | 16 | +5 | +45.4 | | | |
|     CYA-W&IC 1731.5(c) | | | | | | | | |
|       INSTITUTIONS #5 | 141 | | 141 | +9 | +6.8 | | | |
| | | | | | | | | |
| D. OTHER POPULATIONS #6 | 7,163 | | 7,163 | +586 | +8.9 | | | |
|     INMATES | | | | | | | | |
|       OUT-TO-COURT, etc. | 1,167 | | 1,167 | -50 | -4.1 | | | |
|       ESCAPED | 198 | | 198 | -5 | -2.4 | | | |
|     PAROLEES (PAL/RAL) | 5,798 | | 5,798 | +641 | +12.4 | | | |
| | | | | | | | | |
| TOTAL CDCR POPULATION | 182,584 | 7 | 182,591 | -4,992 | -2.6 | | | |


_____
CHANGE FROM LAST MONTH
   A. TOTAL IN-CUSTODY         -585        0       -585
        (MEN, Subtotal)        -525        0       -525
        (WOMEN, Subtotal)       -60                 -60
   B. PAROLE                    +12       +1        +13
   D.  PAROLEES (PAL/RAL)        +4                  +3
_____

This report contains the latest available reliable population figures from SOMS.  They have been
carefully audited, but are preliminary, and therefore subject to revision.

*Excludes DSH beds within a CDCR institution.

Report #: SOMS-TPOP-1.  Questions: (916) 322-4255.

MONTHLY INSTITUTION/CAMPS POPULATION DETAIL                    MIDNIGHT June 30, 2015

| INSTITUTIONS/CAMPS | FELON/ OTHER | CIVIL ADDICT | TOTAL | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|
| **MALE** | | | | | | |
| ASP  (Avenal SP) | 2,708 | | 2,708 | 2,920 | 92.7 | 4,702 |
| CAL  (Calipatria SP) | 3,763 | | 3,763 | 2,308 | 163.0 | 3,883 |
| CCC  (CA Correctional Center) | 4,078 | 1 | 4,079 | 3,883 | 105.0 | 4,872 |
| CCI  (CA Correctional Institution) | 3,971 | | 3,971 | 2,783 | 142.7 | 4,414 |
| CEN  (Centinela SP) | 3,478 | | 3,478 | 2,308 | 150.7 | 3,433 |
| CHCF (CA Health Care Fac - Stockton) | 1,973 | | 1,973 | 2,951 | 66.9 | 2,951 |
| CIM  (CA Institution for Men) | 3,864 | | 3,864 | 2,976 | 129.8 | 4,728 |
| CMC  (CA Men's Colony) | 3,791 | 1 | 3,792 | 3,838 | 98.8 | 4,668 |
| CMF  (CA Medical Fac) | 2,261 | | 2,261 | 2,361 | 95.8 | 2,756 |
| COR  (CA SP, Corcoran) | 4,409 | | 4,409 | 3,116 | 141.5 | 4,445 |
| CRC  (CA Rehabilitation Center) | 2,407 | | 2,407 | 2,491 | 96.6 | 3,487 |
| CTF  (Correctional Training Fac) | 5,132 | | 5,132 | 3,312 | 155.0 | 5,231 |
| CVSP (Chuckawalla Valley SP) | 2,269 | | 2,269 | 1,738 | 130.6 | 2,641 |
| DVI  (Deuel Vocational Institution) | 2,118 | | 2,118 | 1,681 | 126.0 | 2,586 |
| FOL  (Folsom SP) | 2,379 | | 2,379 | 2,066 | 115.2 | 2,895 |
| HDSP (High Desert SP) | 3,311 | | 3,311 | 2,324 | 142.5 | 3,461 |
| ISP  (Ironwood SP) | 3,419 | | 3,419 | 2,200 | 155.4 | 3,175 |
| KVSP (Kern Valley SP) | 3,630 | | 3,630 | 2,448 | 148.3 | 3,910 |
| LAC  (CA SP, Los Angeles County) | 3,484 | | 3,484 | 2,300 | 151.5 | 3,600 |
| MCSP (Mule Creek SP) | 2,932 | | 2,932 | 1,700 | 172.5 | 2,807 |
| NKSP (North Kern SP) | 4,384 | | 4,384 | 2,694 | 162.7 | 4,529 |
| PBSP (Pelican Bay SP) | 2,739 | | 2,739 | 2,380 | 115.1 | 3,032 |
| PVSP (Pleasant Valley SP) | 2,245 | | 2,245 | 2,308 | 97.3 | 3,533 |
| RJD  (RJ Donovan Correctional Fac) | 3,132 | | 3,132 | 2,200 | 142.4 | 3,305 |
| SAC  (CA SP, Sacramento) | 2,302 | | 2,302 | 1,828 | 125.9 | 2,312 |
| SATF (CA Substance Abuse Treat Fac) | 5,565 | | 5,565 | 3,424 | 162.5 | 5,449 |
| SCC  (Sierra Conservation Center) | 4,325 | | 4,325 | 3,836 | 112.7 | 4,774 |
| SOL  (CA SP, Solano) | 3,862 | | 3,862 | 2,610 | 148.0 | 3,890 |
| SQ   (San Quentin SP) | 3,705 | | 3,705 | 3,082 | 120.2 | 4,006 |
| SVSP (Salinas Valley SP) | 3,677 | | 3,677 | 2,452 | 150.0 | 3,657 |
| VSP  (Valley SP) | 3,376 | | 3,376 | 1,980 | 170.5 | 3,346 |
| WSP  (Wasco SP) | 4,920 | | 4,920 | 2,984 | 164.9 | 4,997 |
| **MALE TOTAL:** | 109,609 | 2 | 109,611 | 83,482 | 131.3 | 121,475 |
| **FEMALE** | | | | | | |
| CCWF (Central CA Women's Fac) | 3,076 | | 3,076 | 2,004 | 153.5 | 3,513 |
| CIW  (CA Institution for Women) | 1,838 | | 1,838 | 1,398 | 131.5 | 2,042 |
| FOL  (Folsom SP) | 468 | | 468 | 403 | 116.1 | 483 |
| **FEMALE TOTAL:** | 5,382 | | 5,382 | 3,805 | 141.4 | 6,038 |
| **INSTITUTIONS/CAMPS TOTAL:** | 114,991 | 2 | 114,993 | 87,287 | 131.7 | 127,513 |

Data Analysis Unit                                      Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                State of California
Offender Information Services Branch                                        July 1, 2015

MONTHLY REPORT OF POPULATION
NOTES
AS OF MIDNIGHT June 30, 2015

#1  Felon/Other counts are safekeepers, federal cases and inmates from
    other states, felons, county diagnostic cases and Youth Authority
    wards.

#3  Cooperative Cases are parolees from other states being supervised in
    California.

#4  Non-CDC Jurisdiction are California cases being confined in or paroled
    to other states or jurisdictions.

#5  Welfare and Institution Code (W&IC) 1731.5(c) covers persons under the
    the age of 21 who were committed to CDCR, had
    their sentence amended, and were incarcerated at the California
    Youth Authority for housing and program participation.

#6  Other Population includes inmates temporarily out-to-court, inmates in
    hospitals, escapees, and parole and outpatient absconders.

Data Analysis Unit                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                      State of California
Offender Information Services Branch                                                 July 1, 2016


MONTHLY REPORT OF POPULATION
AS OF MIDNIGHT June 30, 2016

---

TOTAL CDCR POPULATION

| | FELON/ OTHER #1 | CIVIL ADDICT | TOTAL | CHANGE SINCE 06/30/15 NO. | PCT. | **DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|---|---|
| A. TOTAL IN-CUSTODY/CRPP SUP | 128,641 | 2 | 128,643 | -257 | -0.1 | | | |
| I.  IN-STATE | 123,784 | 2 | 123,786 | +2,319 | +1.9 | | | |
| (MEN, Subtotal) | 118,015 | 2 | 118,017 | +2,182 | +1.8 | | | |
| (WOMEN, Subtotal) | 5,769 | | 5,769 | +137 | +2.4 | | | |
| 1. INSTITUTIONS/CAMPS | 117,228 | 2 | 117,230 | +2,237 | +1.9 | 88,971 | 131.8 | 129,154 |
| INSTITUTIONS | 113,588 | 2 | 113,590 | +2,342 | +2.1 | 84,291 | 134.8 | 124,814 |
| CAMPS(CCC, CIW & SCC) | 3,640 | | 3,640 | -105 | -2.8 | 4,680 | 77.8 | 4,340 |
| 2. IN-STATE CONTRACT BEDS | 5,777 | | 5,777 | -489 | -7.8 | | | |
| CCF PRIVATE | 1,991 | | 1,991 | +64 | +3.3 | | | |
| CCF PUBLIC | 1,732 | | 1,732 | -11 | -0.6 | | | |
| PRISONER MOTHER PGM | 24 | | 24 | +5 | +26.3 | | | |
| CALIFORNIA CITY CF | 1,803 | | 1,803 | -548 | -23.3 | | | |
| FCRF(MCFARLAND) | 227 | | 227 | +1 | +0.4 | | | |
| 3. DSH STATE HOSPITALS* | 274 | | 274 | +66 | +31.7 | | | |
| 4. CRPP SUPERVISION | 505 | | 505 | | | | | |
| ACP | 40 | | 40 | | | | | |
| CCTRP | 273 | | 273 | | | | | |
| MCRP | 167 | | 167 | | | | | |
| MEDICAL PAROLE | 25 | | 25 | | | | | |
| II. OUT OF STATE(COCF) | 4,857 | | 4,857 | -2,576 | -34.6 | | | |
| ARIZONA | 2,675 | | 2,675 | -580 | -17.8 | | | |
| MISSISSIPPI | 2,182 | | 2,182 | -409 | -15.7 | | | |
| B. PAROLE | 43,810 | 4 | 43,814 | -1,659 | -3.6 | | | |
| COMMUNITY SUP(Active) | 41,779 | 4 | 41,783 | -1,367 | -3.1 | | | |
| COOP CASES  (Active) #3 | 2,031 | | 2,031 | -292 | -12.5 | | | |
| C. NON-CDC JURISDICTION #4 | 1,007 | | 1,007 | -48 | -4.5 | | | |
| OTHER STATE/FED. INST. | 347 | | 347 | -273 | -44.0 | | | |
| OUT OF STATE PAROLE | 498 | | 498 | +220 | +79.1 | | | |
| OUT OF STATE PAL | 20 | | 20 | +4 | +25.0 | | | |
| CYA-W&IC 1731.5(c) | | | | | | | | |
| INSTITUTIONS #5 | 142 | | 142 | +1 | +0.7 | | | |
| D. OTHER POPULATIONS #6 | 6,550 | 1 | 6,551 | -612 | -8.5 | | | |
| INMATES | | | | | | | | |
| OUT-TO-COURT, etc. | 1,162 | | 1,162 | -5 | -0.4 | | | |
| ESCAPED | 197 | | 197 | -1 | -0.5 | | | |
| PAROLEES (PAL/RAL) | 5,191 | 1 | 5,192 | -606 | -10.4 | | | |
| TOTAL CDCR POPULATION | 180,008 | 7 | 180,015 | -2,576 | -1.4 | | | |

---

CHANGE FROM LAST MONTH
| | | | | | |
|---|---|---|---|---|---|
| A. TOTAL IN-CUSTODY | +341 | +1 | +342 | | |
| (MEN, Subtotal) | +287 | +1 | +288 | | |
| (WOMEN, Subtotal) | +54 | | +54 | | |
| B. PAROLE | -94 | -1 | -95 | | |
| D. PAROLEES (PAL/RAL) | +41 | | +42 | | |

This report contains the latest available reliable population figures from SOMS.  They have been
carefully audited, but are preliminary, and therefore subject to revision.

*Excludes DSH beds within a CDCR institution.

**CDCR has added 1,584 beds and corresponding administrative and health care support facilities at
Mule Creek State Prison—792 beds on February 22, 2016 and an additional 792 beds on March 28, 2016.
The parties in the Three-Judge Court proceeding are currently engaged in the court-ordered meet-and-
confer process to reach an agreement on how such capacity should be counted.

Report #: SOMS-TPOP-1.  Questions: (916) 322-4255.

MONTHLY INSTITUTION/CAMPS POPULATION DETAIL                          MIDNIGHT June 30, 2016

| INSTITUTIONS/CAMPS | FELON/ OTHER | CIVIL ADDICT | TOTAL | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|
| **MALE** | | | | | | |
| ASP  (Avenal SP) | 3,236 | | 3,236 | 2,920 | 110.8 | 4,727 |
| CAL  (Calipatria SP) | 3,777 | | 3,777 | 2,308 | 163.6 | 3,883 |
| CCC  (CA Correctional Center) | 3,799 | | 3,799 | 3,883 | 97.8 | 4,872 |
| CCI  (CA Correctional Institution) | 3,150 | | 3,150 | 2,783 | 113.2 | 4,410 |
| CEN  (Centinela SP) | 3,579 | | 3,579 | 2,308 | 155.1 | 3,433 |
| CHCF (CA Health Care Fac - Stockton) | 2,230 | | 2,230 | 2,951 | 75.6 | 2,951 |
| CIM  (CA Institution for Men) | 3,640 | | 3,640 | 2,976 | 122.3 | 4,728 |
| CMC  (CA Men's Colony) | 4,117 | 1 | 4,118 | 3,838 | 107.3 | 4,668 |
| CMF  (CA Medical Fac) | 2,588 | | 2,588 | 2,361 | 109.6 | 2,774 |
| COR  (CA SP, Corcoran) | 3,607 | | 3,607 | 3,116 | 115.8 | 4,445 |
| CRC  (CA Rehabilitation Center) | 3,165 | | 3,165 | 2,491 | 127.1 | 3,487 |
| CTF  (Correctional Training Fac) | 5,042 | | 5,042 | 3,312 | 152.2 | 5,231 |
| CVSP (Chuckawalla Valley SP) | 2,349 | | 2,349 | 1,738 | 135.2 | 2,641 |
| DVI  (Deuel Vocational Institution) | 2,341 | | 2,341 | 1,681 | 139.3 | 2,580 |
| FOL  (Folsom SP) | 2,588 | | 2,588 | 2,066 | 125.3 | 2,895 |
| HDSP (High Desert SP) | 3,701 | | 3,701 | 2,324 | 159.3 | 3,461 |
| ISP  (Ironwood SP) | 3,246 | | 3,246 | 2,200 | 147.5 | 3,200 |
| KVSP (Kern Valley SP) | 3,960 | | 3,960 | 2,448 | 161.8 | 3,910 |
| LAC  (CA SP, Los Angeles County) | 3,529 | | 3,529 | 2,300 | 153.4 | 3,575 |
| MCSP (Mule Creek SP) | 3,408 | | 3,408 | 3,284 | 103.8 | 4,391 |
| NKSP (North Kern SP) | 4,235 | | 4,235 | 2,694 | 157.2 | 4,529 |
| PBSP (Pelican Bay SP) | 2,274 | | 2,274 | 2,380 | 95.5 | 3,048 |
| PVSP (Pleasant Valley SP) | 3,219 | | 3,219 | 2,308 | 139.5 | 3,533 |
| RJD  (RJ Donovan Correctional Fac) | 3,078 | | 3,078 | 2,200 | 139.9 | 3,305 |
| SAC  (CA SP, Sacramento) | 2,387 | | 2,387 | 1,828 | 130.6 | 2,312 |
| SATF (CA Substance Abuse Treat Fac) | 5,274 | 1 | 5,275 | 3,424 | 154.1 | 5,495 |
| SCC  (Sierra Conservation Center) | 4,344 | | 4,344 | 3,936 | 110.4 | 4,774 |
| SOL  (CA SP, Solano) | 3,845 | | 3,845 | 2,610 | 147.3 | 3,890 |
| SQ   (San Quentin SP) | 4,108 | | 4,108 | 3,082 | 133.3 | 3,956 |
| SVSP (Salinas Valley SP) | 3,711 | | 3,711 | 2,452 | 151.3 | 3,657 |
| VSP  (Valley SP) | 3,394 | | 3,394 | 1,980 | 171.4 | 3,358 |
| WSP  (Wasco SP) | 5,105 | | 5,105 | 2,984 | 171.1 | 4,997 |
| MALE TOTAL: | 112,026 | 2 | 112,028 | 85,166 | 131.5 | 123,116 |
| **FEMALE** | | | | | | |
| CCWF (Central CA Women's Fac) | 2,814 | | 2,814 | 2,004 | 140.4 | 3,513 |
| CIW  (CA Institution for Women) | 1,882 | | 1,882 | 1,398 | 134.6 | 2,042 |
| FOL  (Folsom SP) | 506 | | 506 | 403 | 125.6 | 483 |
| FEMALE TOTAL: | 5,202 | | 5,202 | 3,805 | 136.7 | 6,038 |
| INSTITUTIONS/CAMPS TOTAL: | 117,228 | 2 | 117,230 | 88,971 | 131.8 | 129,154 |

Data Analysis Unit                                          Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                          State of California
Offender Information Services Branch                                                     July 1, 2016

MONTHLY REPORT OF POPULATION
NOTES
AS OF MIDNIGHT June 30, 2016

#1  Felon/Other counts are safekeepers, federal cases and inmates from
    other states, felons, county diagnostic cases and Youth Authority
    wards.

#3  Cooperative Cases are parolees from other states being supervised in
    California.

#4  Non-CDC Jurisdiction are California cases being confined in or paroled
    to other states or jurisdictions.

#5  Welfare and Institution Code (W&IC) 1731.5(c) covers persons under the
    age of 21 who were committed to CDCR, had their sentence amended,
    and were incarcerated at the California Youth Authority for housing
    and program participation.

#6  Other Population includes inmates temporarily out-to-court, inmates in
    hospitals, escapees, and parole and outpatient absconders.

Data Analysis Unit                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                              State of California
Offender Information Services Branch                                      July 1, 2017

MONTHLY REPORT OF POPULATION
AS OF MIDNIGHT June 30, 2017

TOTAL CDCR POPULATION

| | FELON/ OTHER #1 | CIVIL ADDICT | TOTAL | CHANGE SINCE 06/30/16 NO. | PCT. | **DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|---|---|
| A. TOTAL IN-CUSTODY/CRPP SUP | 131,260 | ___ | 131,260 | +2,617 | +2.0 | | | |
| I.  IN-STATE | 126,848 | ___ | 126,848 | +3,062 | +2.4 | | | |
|     (MEN, Subtotal) | 120,877 | | 120,877 | +2,860 | +2.4 | | | |
|     (WOMEN, Subtotal) | 5,971 | | 5,971 | +202 | +3.5 | | | |
|   1. INSTITUTIONS/CAMPS | 119,108 | ___ | 119,108 | +1,878 | +1.6 | 89,763 | 132.7 | 121,425 |
|      INSTITUTIONS | 115,317 | | 115,317 | +1,727 | +1.5 | 85,083 | 135.5 | 117,091 |
|      CAMPS(CCC, CIW & SCC) | 3,791 | | 3,791 | +151 | +4.1 | 4,680 | 81.0 | 4,334 |
|   2. IN-STATE CONTRACT BEDS | 6,528 | ___ | 6,528 | +751 | +12.9 | | | |
|      CCF PRIVATE | 2,060 | | 2,060 | +69 | +3.4 | | | |
|      CCF PUBLIC | 1,780 | | 1,780 | +48 | +2.7 | | | |
|      PRISONER MOTHER PGM | 20 | | 20 | -4 | -16.6 | | | |
|      CALIFORNIA CITY CF | 2,393 | | 2,393 | +590 | +32.7 | | | |
|      FCRF(MCFARLAND) | 275 | | 275 | +48 | +21.1 | | | |
|   3. DSH STATE HOSPITALS* | 223 | | 223 | -51 | -18.6 | | | |
|   4. CRPP SUPERVISION | 989 | ___ | 989 | +484 | +95.8 | | | |
|      ACP | 174 | | 174 | +134 | +335.0 | | | |
|      CCTRP | 313 | | 313 | +40 | +14.6 | | | |
|      MCRP | 476 | | 476 | +309 | +185.0 | | | |
|      MEDICAL PAROLE | 26 | | 26 | +1 | +4.0 | | | |
| II. OUT OF STATE(COCF) | 4,412 | ___ | 4,412 | -445 | -9.1 | | | |
|      ARIZONA | 3,140 | | 3,140 | +465 | +17.3 | | | |
|      MISSISSIPPI | 1,272 | | 1,272 | -910 | -41.7 | | | |
| B. PAROLE | 45,261 | ___ | 45,261 | +1,447 | +3.3 | | | |
|    COMMUNITY SUP(Active) | 43,308 | | 43,308 | +1,525 | +3.6 | | | |
|    COOP CASES  (Active) #3 | 1,953 | | 1,953 | -78 | -3.8 | | | |
| C. NON-CDC JURISDICTION #4 | 1,019 | ___ | 1,019 | +12 | +1.1 | | | |
|    OTHER STATE/FED. INST. | 337 | | 337 | -10 | -2.8 | | | |
|    OUT OF STATE PAROLE | 570 | | 570 | +72 | +14.4 | | | |
|    OUT OF STATE PAL | 18 | | 18 | -2 | -10.0 | | | |
|    CYA-W&IC 1731.5(c) | | | | | | | | |
|      INSTITUTIONS #5 | 94 | | 94 | -48 | -33.8 | | | |
| D. OTHER POPULATIONS #6 | 5,321 | ___ | 5,321 | -1,230 | -18.7 | | | |
|    INMATES | | | | | | | | |
|      OUT-TO-COURT, etc. | 1,096 | | 1,096 | -66 | -5.6 | | | |
|      ESCAPED | 196 | | 196 | -1 | -0.5 | | | |
|    PAROLEES (PAL/RAL) | 4,029 | | 4,029 | -1,163 | -22.3 | | | |
| TOTAL CDCR POPULATION | 182,861 | ___ | 182,861 | +2,846 | +1.5 | | | |

CHANGE FROM LAST MONTH
| | | |
|---|---|---|
| A. TOTAL IN-CUSTODY | +562 | +561 |
|    (MEN, Subtotal) | +514 | +513 |
|    (WOMEN, Subtotal) | +48 | +48 |
| B. PAROLE | -275 | -275 |
| D. PAROLEES (PAL/RAL) | +199 | +198 |

This report contains the latest available reliable population figures from SOMS.  They have been carefully audited, but are preliminary, and therefore subject to revision.

*Excludes DSH beds within a CDCR institution.

**CDCR has added 1,584 beds and corresponding administrative and health care support facilities at Mule Creek State Prison—792 beds on February 22, 2016 and an additional 792 beds on March 28, 2016. On December 12, 2016 an additional 792 beds were added to the RJ Donovan Correctional Facility.  The parties in the Three-Judge Court proceeding are currently engaged in the court-ordered meet-and-confer process to reach an agreement on how such capacity should be counted.

Report #: SOMS-TPOP-1.

MONTHLY INSTITUTION/CAMPS POPULATION DETAIL                                      MIDNIGHT June 30, 2017

| INSTITUTIONS/CAMPS | FELON/ OTHER | CIVIL ADDICT | TOTAL | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|
| **MALE** | | | | | | |
| ASP  (Avenal SP) | 3,724 | | 3,724 | 2,920 | 127.5 | 4,370 |
| CAL  (Calipatria SP) | 3,823 | | 3,823 | 2,308 | 165.6 | 3,333 |
| CCC  (CA Correctional Center) | 4,122 | | 4,122 | 3,883 | 106.2 | 4,667 |
| CCI  (CA Correctional Institution) | 3,806 | | 3,806 | 2,783 | 136.8 | 4,120 |
| CEN  (Centinela SP) | 3,557 | | 3,557 | 2,308 | 154.1 | 3,333 |
| CHCF (CA Health Care Fac - Stockton) | 2,414 | | 2,414 | 2,951 | 81.8 | 2,951 |
| CIM  (CA Institution for Men) | 3,642 | | 3,642 | 2,976 | 122.4 | 4,186 |
| CMC  (CA Men's Colony) | 4,020 | | 4,020 | 3,838 | 104.7 | 4,401 |
| CMF  (CA Medical Fac) | 2,518 | | 2,518 | 2,361 | 106.6 | 2,789 |
| COR  (CA SP, Corcoran) | 3,069 | | 3,069 | 3,116 | 98.5 | 4,264 |
| CRC  (CA Rehabilitation Center) | 2,664 | | 2,664 | 2,491 | 106.9 | 3,210 |
| CTF  (Correctional Training Fac) | 5,078 | | 5,078 | 3,312 | 153.3 | 4,887 |
| CVSP (Chuckawalla Valley SP) | 2,789 | | 2,789 | 1,738 | 160.5 | 2,478 |
| DVI  (Deuel Vocational Institution) | 2,400 | | 2,400 | 1,681 | 142.8 | 2,353 |
| FOL  (Folsom SP) | 2,645 | | 2,645 | 2,066 | 128.0 | 2,895 |
| HDSP (High Desert SP) | 3,729 | | 3,729 | 2,324 | 160.5 | 3,361 |
| ISP  (Ironwood SP) | 3,075 | | 3,075 | 2,200 | 139.8 | 3,200 |
| KVSP (Kern Valley SP) | 3,661 | | 3,661 | 2,448 | 149.6 | 3,458 |
| LAC  (CA SP, Los Angeles County) | 3,379 | | 3,379 | 2,300 | 146.9 | 3,300 |
| MCSP (Mule Creek SP) | 3,626 | | 3,626 | 3,284 | 110.4 | 4,001 |
| NKSP (North Kern SP) | 4,654 | | 4,654 | 2,694 | 172.8 | 3,911 |
| PBSP (Pelican Bay SP) | 2,047 | | 2,047 | 2,380 | 86.0 | 2,530 |
| PVSP (Pleasant Valley SP) | 3,087 | | 3,087 | 2,308 | 133.8 | 3,333 |
| RJD  (RJ Donovan Correctional Fac) | 3,840 | | 3,840 | 2,992 | 128.3 | 3,942 |
| SAC  (CA SP, Sacramento) | 2,305 | | 2,305 | 1,828 | 126.1 | 2,393 |
| SATF (CA Substance Abuse Treat Fac) | 5,650 | | 5,650 | 3,424 | 165.0 | 5,111 |
| SCC  (Sierra Conservation Center) | 4,219 | | 4,219 | 3,936 | 107.2 | 4,660 |
| SOL  (CA SP, Solano) | 3,879 | | 3,879 | 2,610 | 148.6 | 3,882 |
| SQ   (San Quentin SP) | 4,004 | | 4,004 | 3,082 | 129.9 | 4,038 |
| SVSP (Salinas Valley SP) | 3,592 | | 3,592 | 2,452 | 146.5 | 3,409 |
| VSP  (Valley SP) | 3,557 | | 3,557 | 1,980 | 179.6 | 2,954 |
| WSP  (Wasco SP) | 5,237 | | 5,237 | 2,984 | 175.5 | 4,351 |
| **MALE TOTAL:** | 113,812 | | 113,812 | 85,958 | 132.4 | 116,071 |
| **FEMALE** | | | | | | |
| CCWF (Central CA Women's Fac) | 2,957 | | 2,957 | 2,004 | 147.6 | 2,966 |
| CIW  (CA Institution for Women) | 1,894 | | 1,894 | 1,398 | 135.5 | 1,858 |
| FOL  (Folsom SP) | 445 | | 445 | 403 | 110.4 | 530 |
| **FEMALE TOTAL:** | 5,296 | | 5,296 | 3,805 | 139.2 | 5,354 |
| **INSTITUTIONS/CAMPS TOTAL:** | 119,108 | | 119,108 | 89,763 | 132.7 | 121,425 |

Data Analysis Unit                                    Department of Corrections and Rehabilitation
Estimates and Statistical Analysis Section                                   State of California
Offender Information Services Branch                                              July 1, 2017

MONTHLY REPORT OF POPULATION
NOTES
AS OF MIDNIGHT June 30, 2017

#1  Felon/Other counts are safekeepers, federal cases and inmates from
    other states, felons, county diagnostic cases and Youth Authority
    wards.

#3  Cooperative Cases are parolees from other states being supervised in
    California.

#4  Non-CDC Jurisdiction are California cases being confined in or paroled
    to other states or jurisdictions.

#5  Welfare and Institution Code (W&IC) 1731.5(c) covers persons under the
    age of 21 who were committed to CDCR, had their sentence amended,
    and were incarcerated at the California Youth Authority for housing
    and program participation.

#6  Other Population includes inmates temporarily out-to-court, inmates in
    hospitals, escapees, and parole and outpatient absconders.

Exhibit D

U.S. Department of Justice
Office of Justice Programs
*Bureau of Justice Statistics*

December 2016, NCJ 250150

# Mortality in State Prisons, 2001-2014 - Statistical Tables

Margaret E. Noonan, *BJS Statistician*

Bureau of Justice Statistics • **Statistical Tables**

In 2014, there were 3,927 inmate deaths in state (3,483) and federal (444) prisons, up slightly from 3,879 in 2013. This is the largest number of inmate deaths reported in state and federal prisons since the Deaths in Custody Reporting Program (DCRP) began collecting data in 2001.

Between 2001 and 2014, there were 50,785 inmate deaths in state and federal prisons in the United States (**figure 1**). The number of deaths in state prison was stable between 2013 and 2014 but increased by 11% in federal prisons. Deaths in state prisons declined in both California (down 13%) and Texas (down 7%) between 2013 and 2014. Together, these states accounted for a fifth of the state prison population and a fifth of state prisoner deaths in 2014.[1]

While males continued to account for the majority (96%) of state prisoner deaths in 2014, the number of female deaths increased 9%. More than half of state prisoners who died in 2014 were non-Hispanic whites (55%), while nearly a third (32%) were non-Hispanic blacks and around a tenth (11%) were Hispanics. More than half (59%) of state prisoners who died were age 55 or older.

Illness remained the most common cause of death in state prisons, accounting for 87% of deaths in 2014. From 2013 to 2014, the number of deaths among state prisoners due to illness declined 2%, from 3,082 to 3,031 deaths. AIDS-related deaths increased 23% during the period and respiratory disease deaths increased 20%. The number of suicides in state prisons increased by 30% from 2013 to 2014. This increase followed a 6% decrease from 2012 to 2013. Suicides represented 7% of all deaths in state prisons in 2014, the largest percentage of deaths due to suicide since 2001.



**FIGURE 1**

**Number of state and federal prisoner deaths, 2001–2014**

Number of deaths

a Includes deaths due to illnesses, such as heart disease, cancer, liver disease, and AIDS-related deaths.

b Includes deaths due to external factors and causes, such as suicide, homicide, and accidental deaths.

Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2014.

Data in this report were developed from the Bureau of Justice Statistics' (BJS) DCRP, an annual data collection of inmate deaths in local jails and state prisons. The DCRP is the only national statistical collection that obtains comprehensive information about deaths in adult correctional facilities. This report covers deaths that occurred in state prisons between 2001 and 2014. It includes information on cause of death, selected decedent characteristics, and prisoner mortality rates by state. Federal data presented in this report are based on aggregate counts from the Bureau of Prisons.

Unless otherwise stated, findings pertain to state prisons only. Data on mortality in local jails are located in a separate report (*Mortality in Local Jails, 2000-2014 - Statistical Tables*, NCJ 250169, BJS web, December 2016).

---

[1] Carson, E. A. & Mulako-Wangoto, J. Count of total custody population (including private prisons). *Corrections Statistical Analysis Tool – Prisoners.* Bureau of Justice Statistics, www.bjs.gov.



# Highlights

## Inmate death in state and federal prisons

- Between 2001 and 2014, there were 50,785 prisoner deaths in state and federal prisons. The majority (45,640) of prisoner deaths occurred in state prisons **(table 1)**.

- The state prisoner average annual mortality rate (256 per 100,000 state prisoners) was 14% higher than the federal prisoner mortality rate (225 per 100,000 federal prisoners) between 2001 and 2014.

## Cause of death

- The number of suicides in state prisons increased 30% between 2013 and 2014 (from 192 to 249 deaths). Liver disease deaths, the third most common cause of death, declined 12% between 2013 and 2014 (from 354 to 313 deaths) **(table 2)**.

- Illness-related deaths accounted for 87% of all deaths in state prisons in 2014, with cancer (30%) and heart disease (26%) accounting for more than half **(table 3)**.

- Between 2005 and 2014, the percentage of illness-related state prisoner deaths was stable, ranging between 87% and 90% annually.

- The overall mortality rate for state prisoners was stable from 2013 to 2014, from 273 to 275 per 100,000 in 2014 **(table 4)**.

## Decedent characteristics

- More female state prisoners died in 2014 (154) than in any year since 2008 (163) **(table 6)**.

- The majority of state prisoners who died in 2014 were persons age 55 or older (59%), followed by prisoners ages 45 to 54 (24%) **(table 7)**.

- In 2014, males accounted for nearly all (96%) state prisoner deaths and non-Hispanic whites made up more than half (55%) of state prisoners deaths.

- For cancer, heart disease, and liver disease, the mortality rate for male state prisoners was twice the rate for females.

- Female and male state prisoners died from drug-alcohol intoxication at nearly equal rates between 2001 and 2014.

## Deaths reported by state

- Texas (409), Florida (346), and California (317) had the highest number of deaths in state prisons in 2014 **(table 11)**.

- In 2014, the prisoner death rate by state varied from no deaths per 100,000 to 631 deaths per 100,000 state prisoners. The median state-level mortality rate among prisoners was 267 per 100,000 state prisoners **(table 12)**.

- Twenty-seven states accounted for 90% of all deaths in state prison from 2001 through 2014 (45,640). Texas (5,804) and California (5,102) accounted for about a quarter of all deaths in state prison between 2001 and 2014 **(table 13)**.

- Overall mortality rates and mortality rates by state and by cause of death may not be directly compared between states due to differences in age, sex, race or Hispanic origin, and other decedent characteristics **(table 14)**.

- The number of state prisoners age 55 or older increased 12%, from an estimated 58,900 prisoners in 2005 to 125,000 prisoners in 2014 **(appendix table 1)**.

## Moving averages and population trends by prisoner mortality

- The mortality rate of state prisoners for illness-related deaths increased to 238 per 100,000 state prisoners in 2014, up from 235 per 100,000 in 2013 **(appendix table 2)**.

- The cancer mortality rate increased each year between 2008 (63 per 100,000 state prisoners) and 2014 (82 per 100,000) **(appendix table 3)**.

- The heart disease mortality rate among state prisoners increased between 2010 (63 per 100,000 state prisoners) and 2014 (68 per 100,000) **(appendix table 4)**.

# List of tables

**TABLE 1.** Number of state and federal prison inmate deaths, by cause of death, 2001–2014

**TABLE 2.** Number of state and federal prisoner deaths, by cause of death, 2001 and 2005–2014

**TABLE 3.** Percent of state prisoner deaths, by cause of death, 2001 and 2005–2014

**TABLE 4.** Mortality rate per 100,000 state prisoners, by cause of death, 2001 and 2005–2014

**TABLE 5.** Mortality rate per 100,000 federal prisoners, by select cause of death, 2001 and 2005–2014

**TABLE 6.** Number of state prisoner deaths, by selected decedent characteristics, 2001 and 2005–2014

**TABLE 7.** Percent of state prisoner deaths, by selected decedent characteristics, 2001 and 2005–2014

**TABLE 8.** Mortality rate per 100,000 state prisoners, by selected decedent characteristics, 2001 and 2005–2014

**TABLE 9.** Number of state prisoner deaths, by cause and selected decedent characteristics, 2001–2014

**TABLE 10.** Average annual mortality rate per 100,000 state prisoners, by cause of death and selected decedent characteristics, 2001–2014

**TABLE 11.** Number of state and federal prisoner deaths, by jurisdiction, 2001 and 2005–2014

**TABLE 12.** Mortality rate per 100,000 state and federal prisoners, by jurisdiction, 2001 and 2005–2014

**TABLE 13.** Number of state and federal prisoner deaths, by cause and jurisdiction, 2001–2014

**TABLE 14.** Average annual mortality rate per 100,000 state and federal prisoners, by cause of death and location, 2001–2014

**TABLE 15.** Preliminary count of the number of deaths in state prisons, 2015

# List of appendix tables

**APPENDIX TABLE 1.** Estimated number of state and federal prisoners in custody, by selected inmate characteristics, 2001 and 2005–2014

**APPENDIX TABLE 2.** Illness mortality rate per 100,000 state prison inmates, by selected characteristics, 2003 and 2005–2014

**APPENDIX TABLE 3.** Cancer mortality rate per 100,000 state prison inmates, by selected characteristics, 2003 and 2005–2014

**APPENDIX TABLE 4.** Heart disease mortality rate per 100,000 state prison inmates, by selected characteristics, 2003 and 2005–2014

**APPENDIX TABLE 5.** Liver disease mortality rate per 100,000 state prison inmates, by selected characteristics, 2003 and 2005–2014

**APPENDIX TABLE 6.** Respiratory disease mortality rate per 100,000 state prison inmates, by selected characteristics, 2003 and 2005–2014

**APPENDIX TABLE 7.** Mortality rate for all other illnesses per 100,000 state prison inmates, by selected characteristics, 2003 and 2005–2014

**APPENDIX TABLE 8.** Mortality rate for unnatural deaths per 100,000 state prison inmates, by selected characteristics, 2003 and 2005–2014

**TABLE 1**
**Number of state and federal prison inmate deaths, by cause of death, 2001–2014**

| | State prisoners | | | Federal prisoners[a] | | |
|---|---|---|---|---|---|---|
| Cause of death | Number | Percent | Mortality rate per 100,000 | Number | Percent | Mortality rate per 100,000 |
| All causes | 45,640 | 100% | 256 | 5,145 | 100% | 225 |
| Illness | 40,407 | 89% | 227 | 4,543 | 88% | 199 |
| Cancer | 12,269 | 27 | 69 | … | … | … |
| Heart disease | 11,685 | 26 | 66 | … | … | … |
| Liver disease | 4,378 | 10 | 25 | … | … | … |
| AIDS-related | 1,797 | 4 | 10 | 159 | 3 | 7 |
| Respiratory disease | 2,853 | 6 | 16 | … | … | … |
| All other illnesses[b] | 7,425 | 16 | 42 | … | … | … |
| Suicide | 2,826 | 6% | 16 | 222 | 4% | 10 |
| Drug/alcohol intoxication | 595 | 1% | 3 | … | … | … |
| Accident[c] | 450 | 1% | 3 | 51 | 1% | 2 |
| Homicide[d] | 845 | 2% | 5 | 130 | 3% | 6 |
| Other/unknown | 303 | 1% | 2 | 0 | 0% | 0 |
| Missing | 214 | 0.5% | 1 | 37 | 1% | 2 |

Note: Data may have been revised from previously published statistics. Mortality rates are based on a 1-day inmate custody count. See *Methodology* for details on custody counts, cause of death, illnesses, and homicides.
…Not available.
[a]Cause of death data for federal prisoners were not available for all causes. Excludes deaths in private facilities.
[b]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.
[c]Intoxication deaths of federal prisoners is included in the accidental death count.
[d]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2014.

**TABLE 2**
**Number of state and federal prisoner deaths, by cause of death, 2001 and 2005–2014**

| Cause of death | 2001 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 3,170 | 3,556 | 3,561 | 3,757 | 3,849 | 3,793 | 3,621 | 3,740 | 3,707 | 3,879 | 3,927 |
| Federal[a] | 303 | 388 | 328 | 368 | 399 | 376 | 387 | 387 | 350 | 400 | 444 |
| State | 2,869 | 3,168 | 3,233 | 3,389 | 3,450 | 3,417 | 3,234 | 3,353 | 3,357 | 3,479 | 3,483 |
| Illness | 2,567 | 2,817 | 2,830 | 2,980 | 3,034 | 3,028 | 2,870 | 2,982 | 2,959 | 3,082 | 3,031 |
| Cancer | 691 | 805 | 806 | 772 | 905 | 974 | 927 | 1,028 | 1,024 | 1,066 | 1,046 |
| Heart disease | 743 | 835 | 854 | 840 | 846 | 844 | 831 | 856 | 804 | 897 | 890 |
| Liver disease | 307 | 318 | 303 | 316 | 317 | 333 | 288 | 339 | 304 | 354 | 313 |
| Respiratory disease | 147 | 213 | 196 | 207 | 254 | 200 | 211 | 205 | 223 | 198 | 238 |
| AIDS-related | 275 | 156 | 132 | 120 | 99 | 98 | 73 | 57 | 74 | 52 | 64 |
| All other illnesses[b] | 404 | 490 | 539 | 725 | 613 | 579 | 540 | 497 | 530 | 515 | 480 |
| Suicide | 168 | 213 | 219 | 215 | 197 | 202 | 215 | 185 | 205 | 192 | 249 |
| Drug/alcohol intoxication | 35 | 37 | 56 | 41 | 58 | 50 | 40 | 58 | 33 | 56 | 49 |
| Accident | 22 | 28 | 32 | 28 | 26 | 32 | 32 | 38 | 50 | 34 | 39 |
| Homicide[c] | 39 | 56 | 55 | 57 | 40 | 54 | 70 | 70 | 85 | 90 | 83 |
| Other/unknown | 0 | 17 | 41 | 16 | 95 | 16 | 4 | 11 | 14 | 18 | 10 |
| Missing | 38 | 0 | 0 | 52 | 0 | 35 | 3 | 9 | 11 | 7 | 22 |

Note: Data may have been revised from previously published statistics. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). See *Methodology* for details on illnesses and homicides. For findings for data years 2002 through 2004, see the Deaths in Custody Reporting Program page on the BJS website.
[a]Federal deaths are submitted as an aggregate count by the Bureau of Prisons. Counts presented are total counts. Excludes deaths in private facilities.
[b]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.
[c]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001 and 2005–2014; and Federal Bureau of Prisons, 2001 and 2005–2014.

**TABLE 3**
**Percent of state prisoner deaths, by cause of death, 2001 and 2005–2014**

| Cause of death | 2001 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| All causes | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Illness | 89.5% | 88.9% | 87.5% | 87.9% | 87.9% | 88.6% | 88.7% | 88.9% | 88.1% | 88.6% | 87.0% |
| Cancer | 24.1 | 25.4 | 24.9 | 22.8 | 26.2 | 28.5 | 28.7 | 30.7 | 30.5 | 30.6 | 30.0 |
| Heart disease | 25.9 | 26.4 | 26.4 | 24.8 | 24.5 | 24.7 | 25.7 | 25.5 | 23.9 | 25.8 | 25.6 |
| Liver disease | 10.7 | 10.0 | 9.4 | 9.3 | 9.2 | 9.7 | 8.9 | 10.1 | 9.1 | 10.2 | 9.0 |
| Respiratory disease | 5.1 | 6.7 | 6.1 | 6.1 | 7.4 | 5.9 | 6.5 | 6.1 | 6.6 | 5.7 | 6.8 |
| AIDS-related | 9.6 | 4.9 | 4.1 | 3.5 | 2.9 | 2.9 | 2.3 | 1.7 | 2.2 | 1.5 | 1.8 |
| All other illnesses[a] | 14.1 | 15.5 | 16.7 | 21.4 | 17.8 | 16.9 | 16.7 | 14.8 | 15.8 | 14.8 | 13.8 |
| Suicide | 5.9% | 6.7% | 6.8% | 6.3% | 5.7% | 5.9% | 6.6% | 5.5% | 6.1% | 5.5% | 7.1% |
| Drug/alcohol intoxication | 1.2% | 1.2% | 1.7% | 1.2% | 1.7% | 1.5% | 1.2% | 1.7% | 1.0% | 1.6% | 1.4% |
| Accident | 0.8% | 0.9% | 1.0% | 0.8% | 0.8% | 0.9% | 1.0% | 1.1% | 1.5% | 1.0% | 1.1% |
| Homicide[b] | 1.4% | 1.8% | 1.7% | 1.7% | 1.2% | 1.6% | 2.2% | 2.1% | 2.5% | 2.6% | 2.4% |
| Other/unknown | 0.0% | 0.5% | 1.3% | 0.5% | 2.8% | 0.5% | 0.1% | 0.3% | 0.4% | 0.5% | 0.3% |
| Missing | 1.3% | 0.0% | 0.0% | 1.5% | 0.0% | 1.0% | 0.3% | 0.3% | 0.3% | 0.2% | 0.6% |

Note: Data may have been revised from previously published statistics. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). See *Methodology* for details on illnesses and homicides. For findings for data years 2002 through 2004, see the Deaths in Custody Reporting Program page on the BJS website.
[a]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.
[b]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001 and 2005–2014.

**TABLE 4**
**Mortality rate per 100,000 state prisoners, by cause of death, 2001 and 2005–2014**

| Cause of death | 2001 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| All causes | 242 | 253 | 249 | 256 | 260 | 258 | 245 | 260 | 265 | 273 | 275 |
| Illness | 216 | 225 | 218 | 225 | 229 | 228 | 217 | 231 | 234 | 242 | 240 |
| Cancer | 58 | 64 | 62 | 58 | 68 | 73 | 70 | 80 | 81 | 84 | 83 |
| Heart disease | 63 | 67 | 66 | 64 | 64 | 64 | 63 | 66 | 63 | 70 | 70 |
| Liver disease | 26 | 25 | 23 | 24 | 24 | 25 | 22 | 26 | 24 | 28 | 25 |
| Respiratory disease | 12 | 17 | 15 | 16 | 19 | 15 | 16 | 16 | 18 | 16 | 19 |
| AIDS-related | 23 | 12 | 10 | 9 | 7 | 7 | 6 | 4 | 6 | 4 | 5 |
| All other illnesses[a] | 34 | 39 | 42 | 55 | 46 | 44 | 41 | 39 | 42 | 40 | 38 |
| Suicide | 14 | 17 | 17 | 16 | 15 | 15 | 16 | 14 | 16 | 15 | 20 |
| Drug/alcohol intoxication | 3 | 3 | 4 | 3 | 4 | 4 | 3 | 4 | 3 | 4 | 4 |
| Accident | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 3 | 4 | 3 | 3 |
| Homicide[b] | 3 | 4 | 4 | 4 | 3 | 4 | 5 | 5 | 7 | 7 | 7 |
| Other/unknown | 0 | 1 | 3 | 1 | 7 | 1 | --! | 1! | 1 | 1 | 1 |
| Missing | 3 | 0 | 0 | 4 | 0 | 3 | --! | 1! | 1! | 1 | 2 |

Note: Data may have been revised from previously published statistics. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). Mortality rates are based on a 1-day inmate custody count. See *Methodology* for details on custody counts, rates, illnesses, and homicides. For findings for data years 2002 through 2004, see the Deaths in Custody Reporting Program page on the BJS website.
--Less than 0.5.
! Interpret with caution. Too few cases to provide a reliable rate.
[a]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.
[b]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001 and 2005–2014; National Prisoner Statistics, 2001 and 2005–2014.

**TABLE 5**
**Mortality rate per 100,000 federal prisoners, by select cause of death, 2001 and 2005–2014**

| Cause of death | 2001 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 221 | 244 | 201 | 222 | 241 | 220 | 224 | 220 | 198 | 230 | 262 |
| Illness | 180 | 205 | 180 | 189 | 209 | 194 | 199 | 201 | 179 | 211 | 238 |
| AIDS-related | 16 | 17 | 7 | 6 | 8 | 4 | 4 | 2 | 3 | 2 | 0 |
| Suicide | 13 | 8 | 7 | 11 | 13 | 12 | 6 ! | 10 | 11 | 8 | 14 |
| Accident* | 4 ! | 4 ! | 1 ! | -- ! | 4 ! | 3 ! | 1 ! | 1 ! | 2 ! | 2 ! | 1 ! |
| Homicide | 6 ! | 9 ! | 5 ! | 7 ! | 8 ! | 4 ! | 10 ! | 5 ! | 3 ! | 7 ! | 8 ! |
| Other/unknown | -- ! | -- ! | -- ! | 9 ! | 1 ! | 4 ! | 3 ! | 1 ! | 1 ! | 1 ! | -- ! |

Note: Federal deaths are submitted as aggregate counts by the Bureau of Prisons, with limited details regarding cause of death. Mortality rates are based on a 1-day inmate custody count. Excludes deaths in private facilities.
--Less than 0.5.
! Interpret with caution. Too few cases to provide a reliable rate.
*Includes deaths due to drug and alcohol intoxication.
Source: Federal Bureau of Prisons, 2001 and 2005–2014.

**TABLE 6**
**Number of state prisoner deaths, by selected decedent characteristics, 2001 and 2005–2014**

| Characteristic | 2001 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2,869 | 3,168 | 3,233 | 3,389 | 3,450 | 3,417 | 3,234 | 3,353 | 3,357 | 3,479 | 3,483 |
| **Sex** | | | | | | | | | | | |
| Male | 2,769 | 3,025 | 3,103 | 3,252 | 3,287 | 3,267 | 3,117 | 3,210 | 3,244 | 3,338 | 3,329 |
| Female | 100 | 143 | 130 | 137 | 163 | 150 | 117 | 143 | 113 | 141 | 154 |
| **Race/Hispanic origin** | | | | | | | | | | | |
| White[a] | 1,340 | 1,623 | 1,627 | 1,718 | 1,821 | 1,774 | 1,680 | 1,912 | 1,789 | 1,902 | 1,920 |
| Black/African American[a] | 1,161 | 1,162 | 1,148 | 1,225 | 1,157 | 1,199 | 1,122 | 1,039 | 1,113 | 1,104 | 1,108 |
| Hispanic/Latino[b] | 322 | 324 | 404 | 383 | 399 | 372 | 359 | 329 | 379 | 402 | 368 |
| Other[a,c] | 46 | 54 | 50 | 54 | 73 | 58 | 61 | 61 | 70 | 70 | 87 |
| **Age** | | | | | | | | | | | |
| 17 or younger | 2 | 1 | 1 | 1 | 3 | 0 | 3 | 2 | 0 | 0 | 2 |
| 18–24 | 86 | 78 | 60 | 68 | 67 | 69 | 69 | 50 | 69 | 68 | 56 |
| 25–34 | 256 | 243 | 250 | 226 | 222 | 210 | 217 | 201 | 190 | 219 | 220 |
| 35–44 | 656 | 599 | 561 | 513 | 468 | 467 | 382 | 397 | 360 | 334 | 333 |
| 45–54 | 893 | 1,009 | 1,061 | 1,031 | 1,063 | 1,039 | 957 | 930 | 876 | 857 | 820 |
| 55 or older | 971 | 1,238 | 1,300 | 1,550 | 1,627 | 1,631 | 1,606 | 1,770 | 1,862 | 1,966 | 2,044 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). For findings for data years 2002 through 2004, see the Deaths in Custody Reporting Program page on the BJS website.
[a]Excludes persons of Hispanic or Latino origin.
[b]In 2013, the Deaths in Custody Reporting Program separated Hispanic origin from race. Comparisons with previous years should not be made. See *Methodology*.
[c]Includes American Indians or Alaska Natives; Asians, Native Hawaiians, or Other Pacific Islanders; and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001 and 2005–2014.

**TABLE 7**

**Percent of state prisoner deaths, by selected decedent characteristics, 2001 and 2005–2014**

| Characteristic | 2001 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| **Sex** | | | | | | | | | | | |
| Male | 96.5% | 95.5% | 96.0% | 96.0% | 95.3% | 95.6% | 96.4% | 95.7% | 96.6% | 95.9% | 95.6% |
| Female | 3.5 | 4.5 | 4.0 | 4.0 | 4.7 | 4.4 | 3.6 | 4.3 | 3.4 | 4.1 | 4.4 |
| **Race/Hispanic origin** | | | | | | | | | | | |
| White[a] | 46.7% | 51.3% | 50.4% | 50.8% | 52.8% | 52.1% | 52.1% | 57.2% | 53.4% | 54.7% | 55.1% |
| Black/African American[a] | 40.5 | 36.7 | 35.6 | 36.2 | 33.5 | 35.2 | 34.8 | 31.1 | 33.2 | 31.7 | 31.8 |
| Hispanic/Latino[b] | 11.2 | 10.2 | 12.5 | 11.3 | 11.6 | 10.9 | 11.1 | 9.8 | 11.3 | 11.6 | 10.6 |
| Other[a,c] | 1.6 | 1.7 | 1.5 | 1.6 | 2.1 | 1.7 | 1.9 | 1.8 | 2.1 | 2.0 | 2.5 |
| **Age** | | | | | | | | | | | |
| 17 or younger | 0.1% | -- | -- | -- | 0.1% | 0.0% | 0.1% | 0.1% | 0.0% | 0.0% | 0.1% |
| 18–24 | 3.0 | 2.5% | 1.9% | 2.0% | 1.9 | 2.0 | 2.1 | 1.5 | 2.1 | 2.0 | 1.6 |
| 25–34 | 8.9 | 7.7 | 7.7 | 6.7 | 6.4 | 6.1 | 6.7 | 6.0 | 5.7 | 6.4 | 6.3 |
| 35–44 | 22.9 | 18.9 | 17.4 | 15.1 | 13.6 | 13.7 | 11.8 | 11.9 | 10.7 | 9.7 | 9.6 |
| 45–54 | 31.2 | 31.8 | 32.8 | 30.4 | 30.8 | 30.4 | 29.6 | 27.8 | 26.1 | 24.9 | 23.6 |
| 55 or older | 33.9 | 39.1 | 40.2 | 45.7 | 47.2 | 47.7 | 49.7 | 52.8 | 55.5 | 57.1 | 58.8 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. Excludes executions; for executions data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). For findings for data years 2002 through 2004, see the Deaths in Custody Reporting Program page on the BJS website.
--Less than 0.05%.
[a]Excludes persons of Hispanic or Latino origin.
[b]In 2013, the Deaths in Custody Reporting Program separated Hispanic origin from race. Comparisons with previous years should not be made. See *Methodology*.
[c]Includes American Indians or Alaska Natives; Asians, Native Hawaiians, or Other Pacific Islanders; and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001 and 2005–2014.

**TABLE 8**

**Mortality rate per 100,000 state prisoners, by selected decedent characteristics, 2001 and 2005–2014**

| Characteristic | 2001 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 242 | 253 | 249 | 256 | 260 | 258 | 245 | 260 | 265 | 273 | 275 |
| **Sex** | | | | | | | | | | | |
| Male | 249 | 260 | 257 | 265 | 267 | 265 | 254 | 267 | 275 | 281 | 284 |
| Female | 129 | 164 | 141 | 145 | 172 | 160 | 127 | 160 | 131 | 159 | 171 |
| **Race/Hispanic origin** | | | | | | | | | | | |
| White[a] | 315 | 351 | 343 | 358 | 375 | 367 | 350 | 431 | 407 | 424 | 429 |
| Black/African American[a] | 219 | 225 | 219 | 231 | 216 | 225 | 213 | 211 | 231 | 228 | 234 |
| Hispanic/Latino[b] | 201 | 177 | 213 | 195 | 213 | 195 | 184 | 120 | 142 | 153 | 141 |
| Other[a,c] | 168 | 171 | 148 | 156 | 211 | 161 | 171 | 75 | 89 | 89 | 108 |
| **Age** | | | | | | | | | | | |
| 17 or younger | 70 ! | 40 ! | 36 ! | 38 ! | 122 ! | 0 | 127 ! | 87 ! | 0 | 0 | 71 ! |
| 18–24 | 39 | 35 | 26 | 29 | 35 | 36 | 36 | 26 | 37 | 39 | 34 |
| 25–34 | 63 | 58 | 58 | 51 | 51 | 48 | 51 | 47 | 46 | 53 | 54 |
| 35–44 | 181 | 161 | 146 | 131 | 120 | 119 | 112 | 121 | 113 | 104 | 104 |
| 45–54 | 583 | 559 | 572 | 543 | 458 | 448 | 374 | 383 | 364 | 350 | 342 |
| 55 or older | 2,029 | 2,103 | 2,154 | 2,500 | 2,500 | 2,091 | 2,097 | 1,528 | 1,770 | 1,711 | 1,640 | 1,635 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. See *Methodology* for details. Mortality rates are based on a 1-day inmate custody count. See *Methodology* for details. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). For findings for data years 2002 through 2004, see the Deaths in Custody Reporting Program page on the BJS website.
! Interpret with caution. Too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin.
[b]In 2013, the Deaths in Custody Reporting Program separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives; Asians, Native Hawaiians, or Other Pacific Islanders; and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001 and 2005–2014; National Prisoner Statistics, 2001 and 2005–2014; and Survey of Inmates in State Correctional Facilities, 2004.

**TABLE 9**
**Number of state prisoner deaths, by cause and selected decedent characteristics, 2001–2014**

| Characteristic | All causes | Cancer | Heart disease | Liver disease | Respiratory disease | AIDS-related | All other[a] | Suicide | Drug/alcohol intoxication | Accident | Homicide[b] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 45,640 | 12,269 | 11,685 | 4,378 | 2,853 | 1,797 | 7,425 | 2,826 | 595 | 450 | 845 |
| **Sex** | | | | | | | | | | | |
| Male | 43,562 | 11,814 | 11,291 | 4,230 | 2,708 | 1,706 | 7,010 | 2,675 | 564 | 435 | 841 |
| Female | 1,862 | 455 | 394 | 148 | 145 | 91 | 415 | 150 | 31 | 15 | 4 |
| **Race/Hispanic origin** | | | | | | | | | | | |
| White[c] | 23,556 | 6,738 | 6,193 | 2,407 | 1,606 | 393 | 3,427 | 1,670 | 335 | 252 | 384 |
| Black/African American[c] | 15,955 | 4,307 | 4,378 | 995 | 943 | 1,192 | 2,926 | 570 | 105 | 129 | 293 |
| Hispanic/Latino[d] | 5,006 | 1,008 | 930 | 861 | 264 | 194 | 936 | 457 | 128 | 55 | 144 |
| Other[c,e] | 830 | 193 | 171 | 106 | 36 | 17 | 122 | 119 | 27 | 13 | 22 |
| **Age** | | | | | | | | | | | |
| 17 or younger | 20 | 2 | 2 | 1 | 1 | 0 | 1 | 11 | 0 | 1 | 1 |
| 18–24 | 933 | 61 | 116 | 9 | 58 | 18 | 121 | 371 | 38 | 33 | 98 |
| 25–34 | 3,212 | 289 | 547 | 77 | 180 | 226 | 445 | 916 | 167 | 80 | 239 |
| 35–44 | 6,977 | 1,171 | 1,643 | 566 | 339 | 721 | 1,134 | 797 | 206 | 110 | 225 |
| 45–54 | 13,333 | 3,631 | 3,121 | 2,052 | 646 | 616 | 2,258 | 518 | 142 | 104 | 165 |
| 55 or older | 20,900 | 7,103 | 6,243 | 1,665 | 1,626 | 216 | 3,458 | 210 | 42 | 122 | 116 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. See *Methodology* for details on rates, illnesses, Hispanic origin, homicides, and probation or parole violations.

[a]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes of death, as well as unspecified illnesses.

[b]Excludes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.

[c]Excludes persons of Hispanic or Latino origin.

[d]In 2013, the Deaths in Custody Reporting Program separated Hispanic origin from race. Comparisons with previous years should not be made.

[e]Includes American Indians or Alaska Natives; Asians, Native Hawaiians, or Other Pacific Islanders; and persons identifying two or more races.

Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2014.

**TABLE 10**
**Average annual mortality rate per 100,000 state prisoners, by cause of death and selected decedent characteristics, 2001–2014**

| Characteristic | All causes | Illness | | | | | All other[a] | Suicide | Drug/alcohol intoxication | Accident | Homicide[b] |
| | | Cancer | Heart disease | Liver disease | Respiratory disease | AIDS-related | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 256 | 69 | 66 | 25 | 16 | 10 | 42 | 16 | 3 | 3 | 5 |
| **Sex** | | | | | | | | | | | |
| Male | 263 | 71 | 68 | 26 | 16 | 10 | 42 | 16 | 4 | 3 | 5 |
| Female | 151 | 37 | 32 | 12 | 12 | 7 | 34 | 12 | 3 | 1 | … |
| **Race/Hispanic origin** | | | | | | | | | | | |
| White[c] | 367 | 105 | 97 | 38 | 25 | 6 | 53 | 26 | 7 | 4 | 6 |
| Black/African American[c] | 222 | 60 | 61 | 14 | 13 | 17 | 41 | 8 | 2 | 2 | 4 |
| Hispanic/Latino[d] | 174 | 35 | 32 | 30 | 9 | 7 | 32 | 16 | 5 | 2 | 5 |
| Other[c,e] | 129 | 30 | 27 | 16 | 6 | 3 | 19 | 19 | 5 | 2 | 3 |
| **Age** | | | | | | | | | | | |
| 17 or younger | 51 | 5 ! | 5 ! | 3 ! | 3 ! | 0 | 3 ! | 28 ! | 0 | 3 ! | 3 ! |
| 18–24 | 33 | 2 | 4 | -- | 2 | 1 | 4 | 13 | 2 | 1 | 3 |
| 25–34 | 55 | 5 | 9 | 1 | 3 | 4 | 8 | 16 | 4 | 1 | 4 |
| 35–44 | 139 | 23 | 33 | 11 | 7 | 14 | 23 | 16 | 5 | 2 | 4 |
| 45–54 | 457 | 125 | 107 | 70 | 22 | 21 | 77 | 18 | 6 | 4 | 6 |
| 55 or older | 1879 | 639 | 561 | 150 | 146 | 19 | 311 | 19 | 4 | 11 | 10 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. Mortality rates are based on a 1-day inmate custody count. See *Methodology* for details on custody counts, rates, illnesses, homicides, and Hispanic origin.
…Not available.
--Less than 0.5.
! Interpret with caution. Too few cases to provide a reliable rate.
[a]Includes other specified illnesses (such as cerebrovascular disease, influenza, and other nonleading natural causes of death) and unspecified illnesses.
[b]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.
[c]Excludes persons of Hispanic or Latino origin.
[d]In 2013, the Deaths in Custody Reporting Program separated Hispanic origin from race. Comparisons with previous years should not be made.
[e]Includes American Indians or Alaska Natives; Asians, Native Hawaiians, or Other Pacific Islanders; and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2014; National Inmate Survey, 2007–2009, and 2011–2012; and National Prisoner Statistics, 2001–2014.

**TABLE 11**
**Number of state and federal prisoner deaths, by jurisdiction, 2001 and 2005–2014**

| Jurisdiction | 2001 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Federal** | 303 | 388 | 328 | 368 | 399 | 376 | 387 | 387 | 350 | 400 | 444 |
| **States**[a] | 2,869 | 3,168 | 3,233 | 3,389 | 3,450 | 3,417 | 3,234 | 3,353 | 3,357 | 3,479 | 3,483 |
| Alabama | 87 | 66 | 61 | 54 | 75 | 80 | 66 | 104 | 86 | 107 | 102 |
| Alaska[b] | 8 | 4 | 6 | 10 | 14 | 7 | 13 | 12 | 11 | 8 | 12 |
| Arizona | 64 | 78 | 72 | 61 | 77 | 85 | 85 | 86 | 87 | 95 | 99 |
| Arkansas | 42 | 38 | 37 | 46 | 41 | 50 | 54 | 50 | 43 | 56 | 57 |
| California | 287 | 366 | 424 | 395 | 369 | 395 | 414 | 388 | 368 | 366 | 317 |
| Colorado | 42 | 54 | 31 | 42 | 38 | 49 | 48 | 37 | 48 | 40 | 35 |
| Connecticut[b] | 30 | 40 | 25 | 27 | 32 | 29 | 21 | 19 | 24 | 20 | 24 |
| Delaware[b] | 16 | 19 | 13 | 15 | 15 | 12 | 23 | 15 | 10 | 14 | 18 |
| Florida | 182 | 244 | 261 | 249 | 291 | 278 | 275 | 297 | 324 | 305 | 346 |
| Georgia | 93 | 122 | 103 | 143 | 128 | 125 | 112 | 123 | 103 | 122 | 120 |
| Hawaii[b] | 7 | 8 | 5 | 13 | 14 | 11 | 12 | 6 | 12 | 14 | 8 |
| Idaho | 17 | 13 | 18 | 14 | 18 | 13 | 13 | 13 | 9 | 10 | 23 |
| Illinois | 86 | 72 | 94 | 104 | 71 | 75 | 94 | 97 | 85 | 78 | 88 |
| Indiana | 46 | 45 | 70 | 54 | 70 | 91 | 69 | 74 | 59 | 66 | 70 |
| Iowa | 9 | 19 | 12 | 17 | 21 | 14 | 13 | 12 | 20 | 16 | 15 |
| Kansas | 21 | 19 | 16 | 20 | 24 | 20 | 22 | 25 | 17 | 28 | 21 |
| Kentucky | 36 | 43 | 46 | 46 | 68 | 57 | 42 | 60 | 55 | 40 | 44 |
| Louisiana | 71 | 89 | 72 | 82 | 117 | 108 | 100 | 108 | 116 | 118 | 118 |
| Maine | 6 | 0 | 6 | 1 | 2 | 4 | 3 | 5 | 2 | 3 | 7 |
| Maryland | 70 | 57 | 61 | 57 | 69 | 56 | 40 | 41 | 46 | 58 | 43 |
| Massachusetts | 29 | 37 | 39 | 39 | 29 | 29 | 39 | 33 | 42 | 39 | 45 |
| Michigan | 114 | 140 | 138 | 117 | 99 | 148 | 93 | 119 | 124 | 124 | 121 |
| Minnesota | 13 | 13 | 9 | 13 | 17 | 12 | 16 | 19 | 14 | 20 | 14 |
| Mississippi | 36 | 61 | 58 | 77 | 54 | 52 | 52 | 47 | 41 | 68 | 50 |
| Missouri | 57 | 68 | 66 | 78 | 87 | 81 | 88 | 74 | 71 | 92 | 97 |
| Montana | 6 | 12 | 5 | 5 | 9 | 3 | 2 | 6 | 11 | 7 | 19 |
| Nebraska | 7 | 8 | 8 | 12 | 6 | 11 | 12 | 17 | 11 | 16 | 13 |
| Nevada | 27 | 28 | 23 | 39 | 35 | 35 | 41 | 34 | 37 | 35 | 44 |
| New Hampshire | 2 | 8 | 6 | 6 | 5 | 9 | 4 | 10 | 5 | 8 | 5 |
| New Jersey | 69 | 60 | 70 | 60 | 66 | 58 | 56 | 66 | 48 | 46 | 50 |
| New Mexico | 11 | 18 | 13 | 22 | 29 | 21 | 16 | 16 | 14 | 17 | 24 |
| New York | 175 | 170 | 131 | 148 | 133 | 142 | 124 | 117 | 115 | 142 | 123 |
| North Carolina | 66 | 69 | 90 | 99 | 117 | 86 | 87 | 71 | 79 | 81 | 94 |
| North Dakota | 3 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | 3 | 1 | 0 |
| Ohio | 115 | 121 | 106 | 123 | 101 | 120 | 116 | 111 | 126 | 124 | 111 |
| Oklahoma | 51 | 74 | 80 | 98 | 88 | 79 | 60 | 85 | 79 | 87 | 107 |
| Oregon | 24 | 37 | 40 | 36 | 31 | 34 | 39 | 40 | 26 | 30 | 31 |
| Pennsylvania | 122 | 149 | 124 | 150 | 145 | 165 | 141 | 157 | 157 | 157 | 145 |
| Rhode Island[b] | 3 | 2 | 8 | 9 | 6 | 7 | 7 | 10 | 6 | 4 | 7 |
| South Carolina | 69 | 75 | 65 | 72 | 83 | 49 | 70 | 55 | 58 | 66 | 66 |
| South Dakota | 4 | 4 | 4 | 8 | 6 | 4 | 8 | 11 | 9 | 6 | 7 |
| Tennessee | 51 | 76 | 84 | 73 | 74 | 69 | 74 | 59 | 84 | 82 | 83 |
| Texas | 408 | 351 | 443 | 435 | 469 | 426 | 375 | 417 | 462 | 438 | 409 |
| Utah | 5 | 8 | 7 | 7 | 11 | 17 | 13 | 12 | 15 | 23 | 23 |
| Vermont[b] | 3 | 6 | 7 | 1 | 3 | 3 | 5 | 0 | 2 | 8 | 6 |
| Virginia | 71 | 84 | 78 | 103 | 86 | 87 | 94 | 99 | 86 | 82 | 90 |
| Washington | 29 | 45 | 36 | 39 | 35 | 44 | 35 | 21 | 33 | 39 | 38 |
| West Virginia | 17 | 10 | 13 | 19 | 19 | 18 | 20 | 23 | 24 | 26 | 24 |
| Wisconsin | 48 | 29 | 45 | 43 | 44 | 42 | 25 | 48 | 46 | 43 | 58 |
| Wyoming | 5 | 8 | 3 | 8 | 9 | 7 | 2 | 3 | 4 | 4 | 12 |

Note: Data may have been revised from previously published statistics. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). For findings for data years 2002 through 2004, see the Deaths in Custody Reporting Program on the BJS website.

[a]Includes nine prisoner deaths reported by the District of Columbia in 2001. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the Federal Bureau of Prisons.

[b]Prisons and jails form one integrated system. Data include total jail and prison population.

Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001 and 2005–2014; National Prisoner Statistics, 2001 and 2005–2014; and Federal Bureau of Prisons, 2001 and 2005–2014.

**TABLE 12**
**Mortality rate per 100,000 state and federal prisoners, by jurisdiction, 2001 and 2005–2014**

| Jurisdiction | 2001 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Federal** | 220 | 244 | 201 | 222 | 241 | 220 | 224 | 220 | 198 | 230 | 262 |
| **States**[a] | 242 | 253 | 249 | 256 | 260 | 258 | 245 | 260 | 265 | 273 | 275 |
| Alabama | 352 | 271 | 253 | 214 | 296 | 294 | 241 | 388 | 321 | 399 | 390 |
| Alaska[b] | 175! | 83! | 119! | 194! | 280 | 128! | 242 | 193 | 174! | 157! | 230 |
| Arizona | 231 | 234 | 201 | 162 | 195 | 210 | 212 | 215 | 217 | 232 | 235 |
| Arkansas | 366 | 305 | 288 | 347 | 312 | 375 | 380 | 355 | 306 | 392 | 374 |
| California | 183 | 218 | 246 | 230 | 216 | 234 | 254 | 263 | 277 | 272 | 236 |
| Colorado | 243 | 256 | 141 | 185 | 164 | 216 | 211 | 169 | 236 | 198 | 171 |
| Connecticut[b] | 171 | 223 | 132 | 139 | 161 | 153 | 113 | 106 | 140 | 115 | 143 |
| Delaware[b] | 234 | 280 | 185 | 211 | 216 | 182 | 361 | 229 | 149! | 206 | 267 |
| Florida | 251 | 282 | 289 | 262 | 291 | 274 | 269 | 294 | 325 | 302 | 343 |
| Georgia | 202 | 250 | 195 | 264 | 243 | 233 | 212 | 233 | 187 | 227 | 228 |
| Hawaii[b] | 137! | 139! | 91! | 238 | 257 | 227! | 227 | 110! | 227 | 271 | 148! |
| Idaho | 323 | 208 | 270 | 198 | 256 | 181 | 180 | 174 | 117! | 139! | 307 |
| Illinois | 194 | 160 | 208 | 230 | 156 | 166 | 194 | 200 | 172 | 160 | 182 |
| Indiana | 234 | 198 | 281 | 215 | 265 | 340 | 253 | 270 | 210 | 232 | 249 |
| Iowa | 113! | 217 | 136 | 196 | 241 | 157 | 137 | 132 | 229 | 184 | 170 |
| Kansas | 245 | 209 | 181 | 229 | 281 | 231 | 243 | 268 | 179 | 291 | 218 |
| Kentucky | 336 | 289 | 295 | 299 | 446 | 380 | 290 | 429 | 423 | 329 | 363 |
| Louisiana | 361 | 459 | 346 | 401 | 561 | 543 | 526 | 573 | 624 | 628 | 631 |
| Maine | 358! | 0 | 288! | 47! | 98! | 193! | 154! | 253! | 101! | 145! | 318! |
| Maryland | 295 | 253 | 269 | 246 | 298 | 254 | 175 | 178 | 211 | 267 | 202 |
| Massachusetts | 284 | 358 | 362 | 352 | 260 | 260 | 349 | 288 | 377 | 367 | 431 |
| Michigan | 233 | 283 | 268 | 233 | 203 | 325 | 211 | 277 | 284 | 284 | 279 |
| Minnesota | 203 | 149 | 102! | 141 | 188 | 126 | 170 | 204 | 149 | 213 | 146 |
| Mississippi | 238 | 379 | 354 | 441 | 302 | 302 | 316 | 305 | 260 | 436 | 383 |
| Missouri | 199 | 224 | 219 | 262 | 289 | 265 | 288 | 239 | 228 | 292 | 304 |
| Montana | 215! | 425 | 170! | 172! | 309! | 97! | 64! | 192! | 355! | 224! | 609 |
| Nebraska | 179! | 182! | 182! | 273 | 134! | 245! | 260 | 365 | 233! | 319 | 249 |
| Nevada | 274 | 240 | 180 | 293 | 272 | 278 | 336 | 280 | 294 | 274 | 347 |
| New Hampshire | 83! | 330! | 224! | 217! | 175! | 309! | 153! | 413! | 195! | 281! | 184! |
| New Jersey | 265 | 234 | 274 | 237 | 266 | 241 | 229 | 279 | 208 | 207 | 234 |
| New Mexico | 194! | 274 | 196 | 342 | 459 | 319 | 240 | 239 | 211 | 251 | 345 |
| New York | 259 | 270 | 206 | 236 | 221 | 243 | 220 | 212 | 213 | 266 | 235 |
| North Carolina | 205 | 188 | 239 | 259 | 293 | 214 | 215 | 179 | 211 | 218 | 252 |
| North Dakota | 276! | 76! | 75! | 0 | 0 | 0 | 71! | 72! | 212! | 64! | 0 |
| Ohio | 256 | 268 | 219 | 247 | 198 | 236 | 224 | 218 | 248 | 240 | 215 |
| Oklahoma | 235 | 323 | 350 | 412 | 372 | 328 | 248 | 358 | 324 | 343 | 404 |
| Oregon | 219 | 287 | 303 | 269 | 229 | 248 | 281 | 291 | 184 | 205 | 214 |
| Pennsylvania | 324 | 355 | 282 | 329 | 298 | 327 | 293 | 316 | 313 | 314 | 295 |
| Rhode Island[b] | 89! | 59! | 215! | 240! | 160! | 205! | 222! | 330! | 197! | 126! | 223! |
| South Carolina | 318 | 334 | 283 | 305 | 350 | 207 | 304 | 246 | 265 | 306 | 315 |
| South Dakota | 143! | 120! | 121! | 244! | 179! | 118! | 236! | 309! | 250! | 166! | 200! |
| Tennessee | 292 | 394 | 435 | 379 | 382 | 346 | 369 | 298 | 424 | 395 | 399 |
| Texas | 275 | 223 | 279 | 274 | 295 | 269 | 234 | 261 | 298 | 282 | 265 |
| Utah | 121! | 158! | 139! | 136! | 214! | 324 | 239 | 227 | 283 | 427 | 433 |
| Vermont[b] | 214! | 289! | 316! | 47! | 142! | 135! | 241! | 0 | 98! | 385! | 303! |
| Virginia | 226 | 273 | 253 | 312 | 264 | 281 | 295 | 324 | 289 | 273 | 300 |
| Washington | 190 | 268 | 214 | 231 | 204 | 255 | 206 | 123 | 195 | 220 | 221 |
| West Virginia | 500 | 248! | 298 | 387 | 388 | 356 | 394 | 447 | 450 | 456 | 409 |
| Wisconsin | 231 | 132 | 199 | 188 | 197 | 189 | 113 | 214 | 205 | 192 | 257 |
| Wyoming | 336! | 382! | 147! | 415! | 528! | 402! | 96! | 139! | 183! | 175! | 507! |

Note: Data may have been revised from previously published statistics. Mortality rates are based on a 1-day inmate custody count. See *Methodology* for details. Mortality rates are not directly comparable between states because rates are not adjusted. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). For findings for data years 2002 through 2004, see the Deaths in Custody Reporting Program page on the BJS website.

! Interpret with caution. Too few cases to provide a reliable rate.

[a]Includes nine prisoner deaths reported by the District of Columbia in 2001. As of December 31, 2001, sentenced felons from the District of Columbia were the responsibility of the Federal Bureau of Prisons.

[b]Prisons and jails form one integrated system. Data include total jail and prison population.

Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001 and 2005–2014; National Prisoner Statistics, 2001 and 2005–2014; and Federal Bureau of Prisons, 2001 and 2005–2014.

## TABLE 13
**Number of state and federal prisoner deaths, by cause and jurisdiction, 2001–2014**

| | | | | Illness | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jurisdiction | All causes | Cancer | Heart disease | Liver disease | Respiratory disease | AIDS-related | All other illnesses[a] | Suicide | Drug/alcohol intoxication | Accident | Homicide[b] |
| **Federal** | 5,145 | … | … | … | … | 159 | 4,543 | 222 | … | 51 | 130 |
| **States**[c] | 45,426 | 12,269 | 11,685 | 4,378 | 2,853 | 1,797 | 7,425 | 2,826 | 595 | 450 | 845 |
| Alabama | 1112 | 306 | 269 | 111 | 71 | 36 | 219 | 20 | 3 | 13 | 21 |
| Alaska[d] | 129 | 22 | 27 | 16 | 2 | 1 | 19 | 22 | 8 | 8 | 3 |
| Arizona | 1109 | 289 | 257 | 148 | 65 | 31 | 149 | 88 | 39 | 6 | 32 |
| Arkansas | 618 | 169 | 211 | 52 | 33 | 24 | 71 | 32 | 1 | 10 | 11 |
| California | 5,102 | 1,217 | 864 | 555 | 374 | 115 | 1,070 | 448 | 192 | 41 | 191 |
| Colorado | 601 | 122 | 114 | 110 | 43 | 1 | 104 | 53 | 21 | 13 | 20 |
| Connecticut[d] | 390 | 52 | 92 | 62 | 22 | 11 | 79 | 60 | 2 | 6 | 4 |
| Delaware[d] | 210 | 49 | 49 | 21 | 11 | 19 | 28 | 25 | 4 | 0 | 2 |
| Florida | 3,667 | 1118 | 774 | 304 | 240 | 283 | 707 | 101 | 13 | 37 | 76 |
| Georgia | 1,611 | 426 | 541 | 99 | 117 | 77 | 197 | 71 | 1 | 13 | 53 |
| Hawaii[d] | 138 | 38 | 24 | 17 | 6 | 4 | 19 | 22 | 3 | 1 | 4 |
| Idaho | 193 | 50 | 53 | 17 | 10 | 2 | 25 | 26 | 2 | 4 | 2 |
| Illinois | 1,191 | 366 | 335 | 62 | 62 | 63 | 162 | 102 | 9 | 12 | 15 |
| Indiana | 873 | 226 | 235 | 77 | 58 | 19 | 133 | 57 | 28 | 13 | 23 |
| Iowa | 207 | 71 | 43 | 11 | 19 | 5 | 27 | 25 | 1 | 1 | 1 |
| Kansas | 317 | 101 | 80 | 36 | 17 | 1 | 51 | 18 | 2 | 7 | 3 |
| Kentucky | 664 | 204 | 209 | 53 | 34 | 25 | 112 | 17 | 2 | 4 | 2 |
| Louisiana | 1,306 | 431 | 373 | 110 | 55 | 98 | 175 | 26 | 2 | 10 | 5 |
| Maine | 52 | 14 | 14 | 5 | 4 | 1 | 6 | 3 | 1 | 0 | 4 |
| Maryland | 813 | 173 | 188 | 66 | 32 | 101 | 92 | 64 | 48 | 6 | 37 |
| Massachusetts | 471 | 119 | 123 | 50 | 26 | 10 | 70 | 47 | 10 | 8 | 3 |
| Michigan | 1,706 | 571 | 537 | 147 | 85 | 39 | 158 | 108 | 17 | 23 | 16 |
| Minnesota | 194 | 56 | 37 | 29 | 8 | 1 | 36 | 22 | 3 | 1 | 1 |
| Mississippi | 726 | 192 | 285 | 39 | 37 | 23 | 93 | 30 | 3 | 9 | 13 |
| Missouri | 1,065 | 311 | 295 | 123 | 59 | 22 | 172 | 52 | 6 | 5 | 18 |
| Montana | 114 | 31 | 20 | 17 | 7 | 0 | 19 | 14 | 3 | 1 | 2 |
| Nebraska | 134 | 30 | 33 | 20 | 7 | 3 | 15 | 13 | 4 | 2 | 1 |
| Nevada | 418 | 89 | 106 | 32 | 14 | 9 | 117 | 28 | 3 | 2 | 7 |
| New Hampshire | 89 | 35 | 18 | 10 | 3 | 2 | 6 | 11 | 4 | 0 | 0 |
| New Jersey | 807 | 194 | 238 | 54 | 48 | 83 | 113 | 46 | 9 | 7 | 10 |
| New Mexico | 243 | 62 | 45 | 48 | 16 | 3 | 31 | 21 | 6 | 1 | 10 |
| New York | 2,052 | 566 | 533 | 179 | 92 | 213 | 200 | 178 | 26 | 24 | 20 |
| North Carolina | 1164 | 387 | 298 | 100 | 78 | 62 | 165 | 37 | 4 | 18 | 13 |
| North Dakota | 14 | 3 | 4 | 2 | 0 | 0 | 3 | 1 | 1 | 0 | 0 |
| Ohio | 1,602 | 529 | 451 | 94 | 125 | 31 | 237 | 89 | 10 | 7 | 25 |
| Oklahoma | 1071 | 264 | 275 | 123 | 66 | 27 | 148 | 62 | 21 | 25 | 43 |
| Oregon | 460 | 136 | 98 | 77 | 18 | 5 | 65 | 30 | 11 | 7 | 8 |
| Pennsylvania | 2,035 | 563 | 575 | 208 | 121 | 34 | 399 | 103 | 6 | 10 | 14 |
| Rhode Island[d] | 90 | 18 | 23 | 1 | 2 | 4 | 8 | 21 | 5 | 3 | 1 |
| South Carolina | 885 | 191 | 337 | 54 | 46 | 34 | 154 | 40 | 1 | 3 | 24 |
| South Dakota | 98 | 17 | 29 | 16 | 7 | 1 | 8 | 13 | 1 | 3 | 3 |
| Tennessee | 1034 | 262 | 303 | 118 | 56 | 37 | 157 | 42 | 18 | 10 | 25 |
| Texas | 5,804 | 1331 | 1,494 | 629 | 481 | 154 | 1,214 | 357 | 17 | 52 | 56 |
| Utah | 171 | 34 | 40 | 14 | 6 | 0 | 32 | 31 | 3 | 3 | 4 |
| Vermont[d] | 52 | 11 | 11 | 9 | 1 | 3 | 7 | 7 | 3 | 0 | 0 |
| Virginia | 1,204 | 405 | 329 | 121 | 65 | 52 | 156 | 42 | 3 | 4 | 10 |
| Washington | 491 | 142 | 114 | 61 | 34 | 9 | 78 | 31 | 3 | 9 | 7 |
| West Virginia | 249 | 72 | 94 | 18 | 12 | 6 | 37 | 5 | 1 | 2 | 2 |
| Wisconsin | 599 | 192 | 162 | 42 | 51 | 11 | 69 | 60 | 7 | 5 | 0 |
| Wyoming | 72 | 12 | 24 | 10 | 6 | 1 | 11 | 5 | 2 | 1 | 0 |

Note: Data may have been revised from previously published statistics. Detail may not sum to total due to missing data. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). See *Methodology* for details on illnesses and homicides.

…Not available.

[a]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes and unspecified illness among state prisoners. Includes natural and illness-related deaths that the Bureau of Prisons could not provide details on federal prisoners.

[b]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.

[c]Includes nine prisoner deaths reported by the District of Columbia in 2001. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the Federal Bureau of Prisons.

[d]Prisons and jails form one integrated system. Data include total jail and prison population.

Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2014; National Prisoner Statistics, 2001–2006; and Federal Bureau of Prisons, 2007–2014.

**TABLE 14**
**Average annual mortality rate per 100,000 state and federal prisoners, by cause of death and jurisdiction, 2001–2014**

| Jurisdiction | All causes | Illness | | | | | | Suicide | Drug/alcohol intoxication | Accident | Homicide[b] |
| | | Cancer | Heart disease | Liver disease | Respiratory disease | AIDS-related | All other illnesses[a] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Federal** | 225 | … | … | … | … | 7 | 199 | 10 | … | 2 | 6 |
| **States**[c] | 255 | 69 | 66 | 25 | 16 | 10 | 42 | 16 | 3 | 3 | 5 |
| Alabama | 306 | 84 | 74 | 31 | 20 | 10 | 60 | 6 | 1! | 4 | 6 |
| Alaska[d] | 180 | 31 | 38 | 22 | 3! | 1! | 27 | 31 | 11! | 11! | 4! |
| Arizona | 217 | 57 | 50 | 29 | 13 | 6 | 29 | 17 | 8 | 1! | 6 |
| Arkansas | 334 | 91 | 114 | 28 | 18 | 13 | 38 | 17 | 1! | 5! | 6! |
| California | 231 | 55 | 39 | 25 | 17 | 5 | 48 | 20 | 9 | 2 | 9 |
| Colorado | 206 | 42 | 39 | 38 | 15 | --! | 36 | 18 | 7 | 4 | 7 |
| Connecticut[d] | 153 | 20 | 36 | 24 | 9 | 4 | 31 | 24 | 1! | 2! | 2! |
| Delaware[d] | 222 | 52 | 52 | 22 | 12! | 20! | 30 | 26 | 4! | 0 | 2! |
| Florida | 285 | 87 | 60 | 24 | 19 | 22 | 55 | 8 | 1 | 3 | 6 |
| Georgia | 223 | 59 | 75 | 14 | 16 | 11 | 27 | 10 | --! | 2 | 7 |
| Hawaii[d] | 184 | 51 | 32 | 23 | 8! | 5! | 25 | 29 | 4! | 1! | 5! |
| Idaho | 207 | 54 | 57 | 18 | 11! | 2! | 27 | 28 | 2! | 4! | 2! |
| Illinois | 185 | 57 | 52 | 10 | 10 | 10 | 25 | 16 | 1! | 2! | 2 |
| Indiana | 250 | 65 | 67 | 22 | 17 | 5 | 38 | 16 | 8 | 4 | 7 |
| Iowa | 169 | 58 | 35 | 9! | 16 | 4 | 22 | 20 | 1! | 1! | 1! |
| Kansas | 250 | 80 | 63 | 28 | 13 | 1 | 40 | 14 | 2! | 6! | 2! |
| Kentucky | 351 | 108 | 110 | 28 | 18 | 13 | 59 | 9 | 1! | 2! | 1! |
| Louisiana | 477 | 157 | 136 | 40 | 20 | 36 | 64 | 9 | 1! | 4! | 2! |
| Maine | 186 | 50 | 50 | 18! | 14! | 4! | 21! | 11! | 4! | 0 | 14! |
| Maryland | 255 | 54 | 59 | 21 | 10 | 32 | 29 | 20 | 15 | 2! | 12 |
| Massachusetts | 316 | 80 | 83 | 34 | 17 | 7 | 47 | 32 | 7! | 5! | 2! |
| Michigan | 258 | 86 | 81 | 22 | 13 | 6 | 24 | 16 | 3 | 3 | 2 |
| Minnesota | 160 | 46 | 31 | 24 | 7! | 1! | 30 | 18 | 2! | 1! | 1! |
| Mississippi | 324 | 86 | 127 | 17 | 17 | 10 | 42 | 13 | 1! | 4! | 6! |
| Missouri | 250 | 73 | 69 | 29 | 14 | 5 | 40 | 12 | 1! | 1! | 4 |
| Montana | 273 | 74 | 48 | 41 | 17! | 0 | 46 | 34 | 7! | 2! | 5! |
| Nebraska | 214 | 48 | 53 | 32 | 11! | 5! | 24 | 21 | 6! | 3! | 2! |
| Nevada | 250 | 53 | 63 | 19 | 8 | 5 | 70 | 17 | 2! | 1! | 4! |
| New Hampshire | 243 | 96 | 49 | 27! | 8! | 5! | 16! | 30! | 11! | 0 | 0 |
| New Jersey | 235 | 56 | 69 | 16 | 14 | 24 | 33 | 13 | 3! | 2! | 3! |
| New Mexico | 268 | 68 | 50 | 53 | 18 | 3 | 34 | 23 | 7! | 1! | 11! |
| New York | 243 | 67 | 63 | 21 | 11 | 25 | 24 | 21 | 3 | 3 | 2 |
| North Carolina | 224 | 75 | 57 | 19 | 15 | 12 | 32 | 7 | 1! | 3 | 3 |
| North Dakota | 75 | 16! | 21! | 11! | 0 | 0 | 16! | 5! | 5! | 0 | 0 |
| Ohio | 235 | 78 | 66 | 14 | 18 | 5 | 35 | 13 | 1! | 1! | 4 |
| Oklahoma | 324 | 80 | 83 | 37 | 20 | 8 | 45 | 19 | 6 | 8 | 13 |
| Oregon | 249 | 74 | 53 | 42 | 10 | 3 | 35 | 16 | 6! | 4! | 4! |
| Pennsylvania | 320 | 88 | 90 | 33 | 19 | 5 | 63 | 16 | 1! | 2! | 2 |
| Rhode Island[d] | 191 | 38 | 49 | 2! | 4! | 8! | 17! | 45 | 11! | 6! | 2! |
| South Carolina | 280 | 80 | 107 | 17 | 15 | 11 | 49 | 13 | --! | 1! | 8 |
| South Dakota | 212 | 37 | 63 | 35 | 15! | 2! | 17! | 28 | 2! | 6! | 6! |
| Tennessee | 379 | 96 | 111 | 43 | 21 | 14 | 58 | 15 | 7 | 4! | 9 |
| Texas | 265 | 61 | 68 | 29 | 22 | 7 | 55 | 16 | 1 | 2 | 3 |
| Utah | 244 | 48 | 57 | 20 | 9! | 0 | 46 | 44 | 4! | 4! | 6! |
| Vermont[d] | 191 | 40! | 40! | 33! | 4! | 11! | 26! | 26! | 11! | 0 | 0 |
| Virginia | 277 | 93 | 76 | 28 | 15 | 12 | 36 | 10 | 1! | 1! | 2! |
| Washington | 209 | 60 | 48 | 26 | 14 | 4 | 33 | 13 | 1! | 4! | 3! |
| West Virginia | 382 | 111 | 144 | 28 | 18 | 9! | 57 | 8! | 2! | 3! | 3! |
| Wisconsin | 193 | 62 | 52 | 14 | 16 | 4 | 22 | 19 | 2! | 2! | 0 |
| Wyoming | 265 | 44! | 88 | 37! | 22! | 4! | 21! | 4! | 4! | 1! | 0 |

Note: Data may have been revised from previously published statistics. Mortality rates are based on a 1-day inmate custody count. See *Methodology* for details. Mortality rates presented are not adjusted. Detail may not sum to total due to missing data. Excludes executions; for execution data, see *Capital Punishment, 2013 - Statistical Tables* (NCJ 248448, BJS web, December 2014). See *Methodology* for details on rates, illnesses, and homicides.
--Less than 0.5.
…Not available.
! Interpret with caution. Too few cases to provide a reliable rate.
[a]Includes other specified illnesses, such as cerebrovascular disease, influenza, and other nonleading natural causes and unspecified illness among state prisoners. Includes natural and illness related deaths that the Bureau of Prisons could not provide details on federal prisoners.
[b]Includes homicides committed by other inmates, incidental to the staff use of force, and resulting from assaults sustained prior to incarceration.
[c]Includes nine prisoner deaths reported by the District of Columbia in 2001. As of December 30, 2001, sentenced felons from the District of Columbia were the responsibility of the Federal Bureau of Prisons.
[d]Prisons and jails form one integrated system. Data include total jail and prison population.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2014; National Prisoner Statistics, 2001–2014; and Federal Bureau of Prisons, 2001–2014.

# Preliminary count of state prisoner deaths, 2015

As of October 2016, data for collection year 2015 is being processed and finalized. The response rate for collection year 2015 was 97% as of July 2016, with 49 of 50 states submitting 3,290 state prisoner death records (**table 15**). Finalization of the data files, which includes data cleaning and processing cause of death information, will continue into 2017. Full details on mortality of state prisoners in 2015 will be published in 2017.

**TABLE 15**

**Preliminary count of the number of deaths in state prisons, 2015**

| Cause of death | Number | Percent* |
|---|---|---|
| Total | 3,260 | 100% |
| Illness | 2,680 | 82.2 |
| AIDS-related | 36 | 1.1 |
| Accident | 93 | 2.9 |
| Suicide | 172 | 5.3 |
| Homicide | 70 | 2.1 |
| Other cause | 18 | 0.6 |
| Missing | 191 | 5.9 |

Note: Represents a 97% response rate. As of July 2016, 49 of the 50 state departments of corrections had reported to the Deaths in Custody Reporting Program.

*Calculated on the total number of records reported.

Source: The Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2015.

# Methodology

### Data collection coverage

The Deaths in Custody Reporting Program (DCRP) is an annual Bureau of Justice Statistics (BJS) data collection that obtains national, state, and incident-level data on persons who died while in the physical custody of the 50 state departments of corrections or the approximately 2,800 local adult jail jurisdictions nationwide. This methodology pertains to the prison portion of the DCRP collection only. See *Mortality in Local Jails, 2000–2014 - Statistical Tables* (NCJ 250169, BJS, December 2016) for data and the methodology on deaths occurring in local jails.

The DCRP began in 2000 in response to the Death in Custody Reporting Act of 2000 (P.L. 106-297) and is the only national statistical collection that obtains comprehensive information about deaths in adult correctional facilities. Starting in 2001 and annually thereafter, BJS has collected DCRP data directly from state prison systems, maintaining a 100% response rate. BJS uses this data to track national trends in the number and cause (or manner) of death occurring in state prisons.

Mortality data measured by the DCRP include the location and type of facility where the inmate died, decedent characteristics (such as age, sex, race or Hispanic origin), date of admission, conviction status, and admission offense. The DCRP also collects data about circumstances surrounding the death, including the cause, time, and location where the death occurred, and information on whether an autopsy was conducted and the availability of autopsy results to the respondent. Data on executions are excluded from this report but are accessible on the BJS website (see *Capital Punishment in the United States, 2013,* NCJ 248448, BJS web, December 2014). Statistics presented in this report are current as of September 26, 2016. For more information on mortality in correctional settings, see *Assessing Inmate Cause of Death: Deaths in Custody Reporting Program and National Death Index* (NCJ 249568, BJS web, April 2016), *Mortality in Local Jails, 2000–2007* (NCJ 222988, BJS web, July 2010); *Medical Causes of Death in State Prisons, 2001–2004* (NCJ 216340, BJS web, January 2007); and *Suicide and Homicide in State Prisons and Local Jails* (NCJ 210036, BJS web, August 2005).

The DCRP state prison data collection instruments are administered annually to state departments of corrections. Respondents provide an aggregate count of the number of deaths that occurred during the referenced calendar year (NPS-4), as well as individual death forms (NPS-4A). The prison survey instruments are available on the BJS website at www.bjs.gov. State prison respondents can submit individual records on decedents at any time during a collection cycle through a BJS web-based collection system.

### Determining eligibility for reporting to the DCRP

In the DCRP, custody refers to the physical holding of an inmate in a facility or to the period during which a correctional authority maintains a chain of custody over an inmate. A death that occurs when an inmate is not in the custody of a correctional authority is considered beyond the scope of the DCRP. Out-of-scope deaths include inmates on escape status or under the supervision of community corrections, such as on probation, parole, or home-electronic monitoring. For state prisons responding to the survey, inmates in physical custody include those held in any private prison facility under contract to the responding state's department of corrections or in any of their state-operated facilities, including halfway houses, prison camps or farms, training or treatment centers, and prison hospitals.

BJS instructs state prison officials to exclude deaths of inmates who were transferred to local jails while still serving a prison term because the DCRP obtains information about such deaths through the jail reports.

### Identifying and excluding duplicate records

Duplicate and out-of-scope records are excluded from the analysis. Duplicate death records may occur in the DCRP due to overlapping correctional populations and overlapping duties within correctional facilities. For example, a state prison system may report the death of an inmate who was transferred to a local jail while serving a prison sentence. The death is considered part of the count of the correctional facility that had custody of the inmate at the time of death (in this case, the jail), and the duplicate record (in this case, from the prison facility) is deleted.

To identify duplicate death records, BJS reconciles the aggregate summary counts of deaths occurring during a calendar year with the number of individual death records obtained from a reporting prison system. When discrepancies are identified, BJS contacts reporting prison systems for clarification.

### Cause-of-death information

DCRP respondents are instructed to report death information as determined by autopsy or other official medical death investigation. For this collection, intoxication deaths, accidents, suicides, and homicides are considered discrete causes of death. Although there is a distinction between manner and cause of death from a medico-legal standpoint, no such distinction is made in the DCRP. When reporting a death due to illness, accident, suicide, intoxication, or homicide, BJS requests that respondents describe the events surrounding these deaths.

Clinical data specialists convert illness-related death text entries into standard medical codes from the World Health Organization's International Statistical Classification of Diseases and Related Health Problems, Tenth Revision (ICD-10).

Homicides include all types of intentional homicide and involuntary manslaughter as ruled by a medical examiner or pathologist at autopsy. For example, an inmate may die of positional asphyxia (suffocation caused by body position) while being removed from a cell. A legal-intervention homicide committed while the inmate is trying to escape is included in the homicide count. Homicides also encompass cases that are ruled a homicide at autopsy when events that led to the death occurred prior to incarceration, such as an inmate previously shot in the community who later died from complications of the gunshot wound while in custody.

**Other BJS sources of correctional mortality data**

BJS collects other data reported to the DCRP on prisoner mortality. These other collections include—

- Capital punishment, which provides data on legal executions. Additional details on executions are available on the BJS website.

- The National Prisoner Statistics (NPS) program collected counts of deaths by cause of death, including deaths due to execution, illness, AIDS (and AIDS-related causes, such as HIV), suicide, accident, homicide, and other causes. Detailed death counts were dropped in 2007. The NPS currently collects a total count of deaths, because it is a type of prison release. After 2006, the Federal Bureau of Prisons submitted counts of deaths by cause of death to the DCRP, but discontinued submitting counts to the NPS. Additional details of the NPS are available on the BJS website.

**Reported statistics**

Mortality data shown in statistical tables include the number of deaths and mortality rates by year, cause of death, selected decedent characteristics, and the state where the death occurred.

Mortality rates are calculated per 100,000 inmates, with the denominators providing estimates of the number of person-years of exposure in custody in institutional corrections. Until 2010, the mortality rate for state prisons was calculated as the number of deaths per year divided by the midyear state prison population in custody multiplied by 100,000. Starting in 2011, the rate was calculated using yearend custody counts because BJS shifted the reference period for its prison collections to December 31. For more information on the NPS, see the BJS website.

Denominators allow for annual mortality rates, which are calculated separately by group or by characteristic. The National Center for Health Statistics (NCHS) calculates crude mortality rates as the number of events for a period, (e.g., a year), divided by the population estimate at the midpoint of the period. For general population mortality statistics, the NCHS employs the midyear population as an approximation of the average population exposed to risk of death during any given year.[2]

The crude mortality rates reported in the DCRP annual statistical tables are not directly comparable to the crude mortality rates of the non-incarcerated general population, because the composition of the general population (age, sex, and race or Hispanic origin) differs from the population in state prisons and federal prisons.

**Preliminary 2015 numbers**

The 2015 number of death is preliminary as of August 1, 2016. At that time, 49 of the 50 state departments of correction had reported both a summary count of deaths and provided the corresponding individual death records. As of August 1, 2016, one state had submitted a summary count of deaths, but was still finalizing the individual death records. BJS does not consider a submission complete until the summary count and the individual death records have both been submitted and the summary and individual death counts match. The 2015 DCRP prison file is currently being finalized and is scheduled to be delivered to BJS in the final quarter of 2016. Final data for 2015 is scheduled to be published in 2017.

**Estimating inmate population characteristics to calculate mortality rates by demographic subgroups**

BJS estimated the demographic distribution of the state prison population using the NPS and National Corrections Reporting Program (NCRP) collections. For more information on the methodology for obtaining state prisoner population estimates by age, sex, and race or Hispanic origin, see *Prisoners in 2014* (NCJ 248955, BJS web, September 2015).

Prior to using the NPS and NCRP to estimate demographic distributions, reports of mortality rates for state prison inmates used demographic distributions derived from BJS's 2004 Survey of Inmates in State and Federal Correctional Facilities (SISFCF). As a result, the state prison mortality rates shown in these tables may differ from rates published prior to 2008. A comparison between the two sources showed very little differences in the rates. In most instances, the rates either matched or nearly matched. They differed in only three instances: Hispanics in 2001, females in 2002, and inmates age 55 or older in 2002. In each case, the rates

---

[2]See Siegal, J. & Swanson, D. (2004). *The Methods and Materials of Demography*, Second Edition. San Diego, CA: Elsevier Academic Press, 269.

calculated using population data from the NCRP and NPS were slightly higher (by less than 1%) than those using population data from the SISFCF.

**Moving averages**

Moving averages were used to smooth short-term irregularities and to estimate long-term trends. For example, moving averages were computed to examine data trends for certain causes of death in prisons while smoothing short-term fluctuations. The data were cut into several 2-year overlapping periods spanning 11 years of prison data.

The moving averages in this report describe some changes in cause-specific mortality rates over time, such as whether the overall decline in the AIDS-related mortality rate was steady or the increase of suicides in jails was recent. Moving averages were not computed for all causes of death in custody because the resultant rates would have been unstable and therefore statistically meaningless due to small cell sizes.

**Random error and suppression**

The DCRP data on deaths in state prisons are not subject to sampling error because it is a full enumeration of deaths. However, according to Brillinger and NCHS, mortality data from a complete enumeration may be subject to random error, because "the number of deaths that actually occurred may be considered as one of a large series of possible results that could have arisen under the same set of

circumstances"—or, death occurs at random.[3,4] The random variation can be large when the number of deaths is small. Therefore, caution is warranted when interpreting statistics based on small numbers of deaths. According to NCHS standards, mortality rates based on fewer than 100 deaths per year should be interpreted with caution.

Continuing to use the NCHS and Brillinger methods, BJS quantified random variation by assuming that the appropriate underlying probability distribution for the number of deaths is a Poisson distribution. This provides a computationally simple and reasonable approach for estimating variances in mortality statistics when the probability of dying is low. BJS calculated variances based on the assumption of a Poisson process. From these variances, BJS calculated relative random error estimates, which are comparable to relative standard error since the relative random error is the ratio of random error derived from the Poisson variance, to the number of deaths. Following NCHS practice, when the relative random error exceeded 30%, BJS flags estimated mortality rates with a "!" symbol due to the instability of the rate (interpret with caution, there are too few sample cases to provide a reliable rate).

---

[3] See Brillinger, D.R. (1986). The Natural Variability of Vital Rates and Associated Statistics. *Biometrics*, 42: 693–734.

[4] See Xu, J, et al. (2010). Deaths: Final Data for 2007. *National Vital Statistics Report*, 58(19). Retrieved from http://www.cdc.gov/nchs/data/nvsr/nvsr58/nvsr58_19.pdf.

**APPENDIX TABLE 1**
**Estimated number of state and federal prisoners in custody, by selected inmate characteristics, 2001 and 2005–2014**

| Characteristic | 2001 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 1,324,900 | 1,411,700 | 1,460,300 | 1,487,700 | 1,492,300 | 1,497,500 | 1,493,700 | 1,466,400 | 1,443,500 | 1,448,500 | 1,433,800 |
| **State** | 1,187,800 | 1,252,400 | 1,297,200 | 1,321,700 | 1,327,000 | 1,326,500 | 1,320,600 | 1,290,200 | 1,267,000 | 1,274,700 | 1,264,300 |
| Sex | | | | | | | | | | | |
| Male | 1,110,400 | 1,165,300 | 1,205,100 | 1,227,200 | 1,232,100 | 1,232,500 | 1,228,400 | 1,201,100 | 1,180,600 | 1,185,800 | 1,174,100 |
| Female | 77,400 | 87,100 | 92,200 | 94,500 | 94,900 | 94,000 | 92,200 | 89,100 | 86,400 | 88,900 | 90,200 |
| Race/Hispanic origin | | | | | | | | | | | |
| White[a] | 425,100 | 462,800 | 475,000 | 479,700 | 485,800 | 482,900 | 480,400 | 443,800 | 439,700 | 448,800 | 447,400 |
| Black/African American[a] | 530,900 | 517,500 | 523,300 | 531,100 | 536,900 | 532,600 | 528,000 | 491,400 | 481,700 | 483,200 | 474,500 |
| Hispanic/Latino[b] | 160,600 | 183,200 | 189,900 | 196,100 | 187,000 | 191,200 | 195,000 | 274,200 | 266,900 | 263,600 | 261,800 |
| Other[a,c] | 27,400 | 31,600 | 33,700 | 34,600 | 34,600 | 36,100 | 35,600 | 80,800 | 78,800 | 79,100 | 80,600 |
| Age | | | | | | | | | | | |
| 17 or younger | 2,900 | 2,500 | 2,800 | 2,600 | 2,500 | 2,500 | 2,400 | 2,300 | 2,400 | 5,600 | 2,800 |
| 18–24 | 217,800 | 220,400 | 227,500 | 232,200 | 189,100 | 189,100 | 189,500 | 193,100 | 185,200 | 172,400 | 166,100 |
| 25–34 | 403,200 | 418,300 | 429,500 | 440,600 | 434,000 | 433,800 | 427,800 | 424,200 | 412,400 | 410,600 | 410,300 |
| 35–44 | 362,950 | 372,000 | 384,500 | 391,800 | 391,500 | 391,400 | 339,900 | 327,800 | 317,300 | 321,700 | 320,100 |
| 45–54 | 153,100 | 180,400 | 185,600 | 190,000 | 232,100 | 232,000 | 255,900 | 242,800 | 240,900 | 244,600 | 240,000 |
| 55 or older | 47,900 | 58,900 | 60,400 | 62,000 | 77,800 | 77,800 | 105,100 | 100,000 | 108,900 | 119,900 | 125,000 |
| **Federal** | 137,100 | 159,300 | 163,100 | 166,000 | 165,300 | 171,000 | 173,100 | 176,200 | 176,500 | 173,800 | 169,500 |

Note: Data rounded to the nearest 100. Data may have been revised from previously published statistics. Data are from the prisoners at midyear series for 2001 and 2005 to 2010 and from the prisoners at yearend series for 2011 to 2014.
[a]Excludes persons of Hispanic or Latino origin.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made. See *Methodology*.
[c]Includes American Indians or Alaska Natives; Asians, Native Hawaiians, or Other Pacific Islanders; and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001 and 2005–2014; National Prisoner Statistics, 2001 and 2005–2014; Federal Bureau of Prisons, 2001 and 2005–2014; and Survey of Inmates in State Correctional Facilities, 2004.

**APPENDIX TABLE 2**
**Illness mortality rate per 100,000 state prison inmates, by selected characteristics, 2003 and 2005–2014**

| Characteristic | 2003 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 222 | 227 | 222 | 223 | 224 | 227 | 225 | 226 | 227 | 235 | 238 |
| Sex | | | | | | | | | | | |
| Male | 228 | 233 | 229 | 230 | 231 | 234 | 232 | 233 | 235 | 243 | 246 |
| Female | 129 | 143 | 136 | 133 | 135 | 142 | 136 | 131 | 121 | 132 | 133 |
| Race/Hispanic origin | | | | | | | | | | | |
| White[a] | 290 | 305 | 302 | 306 | 312 | 320 | 319 | 336 | 349 | 372 | 369 |
| Black/African American[a] | 206 | 212 | 207 | 206 | 202 | 204 | 199 | 200 | 199 | 204 | 209 |
| Hispanic/Latino[b] | 166 | 150 | 157 | 161 | 174 | 170 | 166 | 134 | 121 | 115 | 119 |
| Other[a,c] | 113 | 133 | 134 | 121 | 135 | 141 | 140 | 89 | 75 | 66 | 76 |
| Age | | | | | | | | | | | |
| 17 or younger | 12 ! | 13 ! | 13 ! | 13 ! | 25 ! | 13 ! | 41 ! | 42 ! | 43 ! | 10 ! | 9 ! |
| 18–24 | 13 | 13 | 13 | 11 | 13 | 15 | 16 | 15 | 14 | 14 | 14 |
| 25–34 | 39 | 38 | 35 | 32 | 29 | 26 | 26 | 25 | 24 | 24 | 24 |
| 35–44 | 156 | 143 | 128 | 115 | 104 | 97 | 91 | 89 | 85 | 81 | 75 |
| 45–54 | 535 | 518 | 519 | 513 | 474 | 435 | 387 | 365 | 340 | 332 | 316 |
| 55 or older | 1,970 | 2,017 | 2,050 | 2,184 | 2,146 | 2,124 | 1,800 | 1,717 | 1,614 | 1,646 | 1,599 |

Note: Based on 3-year rolling averages centered on the most recent year. Mortality rates are based on a 1-day inmate custody count. See *Methodology* for details on custody counts, mortality rates, and Hispanic origin.
! Interpret with caution. Too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives; Asians, Native Hawaiians, or Other Pacific Islanders; and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2014; National Prisoner Statistics, 2001–2014; and Survey of Inmates in State Correctional Facilities, 2004.

**APPENDIX TABLE 3**
**Cancer mortality rate per 100,000 state prison inmates, by selected characteristics, 2003 and 2005–2014**

| Characteristic | 2003 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 60 | 63 | 62 | 62 | 63 | 67 | 71 | 74 | 77 | 81 | 82 |
| **Sex** | | | | | | | | | | | |
| Male | 63 | 65 | 64 | 64 | 65 | 69 | 73 | 76 | 79 | 84 | 85 |
| Female | 26 | 33 | 34 | 31 | 33 | 35 | 39 | 47 | 44 | 45 | 43 |
| **Race/Hispanic origin** | | | | | | | | | | | |
| White[a] | 88 | 92 | 88 | 92 | 95 | 103 | 107 | 117 | 123 | 134 | 131 |
| Black/African American[a] | 51 | 56 | 56 | 55 | 55 | 57 | 60 | 63 | 66 | 70 | 74 |
| Hispanic/Latino[b] | 36 | 33 | 37 | 32 | 33 | 33 | 41 | 37 | 35 | 32 | 34 |
| Other[a,c] | 32 | 37 | 43 | 37 | 42 | 39 | 49 | 29 | 25 | 19 | 22 |
| **Age** | | | | | | | | | | | |
| 17 or younger | 0 | 0 | 0 | 0 | 13 ! | 13 ! | 14 ! | 14 ! | 14 ! | 10 ! | 0 |
| 18–24 | 2 ! | 2 | 1 ! | 1 ! | 1 ! | 2 ! | 3 | 4 | 4 | 3 | 2 |
| 25–34 | 5 | 6 | 5 | 5 | 4 | 4 | 4 | 5 | 5 | 6 | 5 |
| 35–44 | 29 | 29 | 26 | 22 | 20 | 18 | 20 | 20 | 21 | 22 | 22 |
| 45–54 | 142 | 136 | 137 | 140 | 129 | 126 | 119 | 118 | 110 | 114 | 111 |
| 55 or older | 688 | 700 | 695 | 707 | 697 | 710 | 633 | 626 | 594 | 602 | 575 |

Note: Based on 3-year rolling averages centered on the most recent year. Mortality rates are based on a 1-day inmate custody count. See *Methodology* for details on custody counts, mortality rates, and Hispanic origin.
! Interpret with caution. Too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives; Asians, Native Hawaiians, or Other Pacific Islanders; and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2014; National Prisoner Statistics, 2001–2014; and Survey of Inmates in State Correctional Facilities, 2004.

**APPENDIX TABLE 4**
**Heart disease mortality rate per 100,000 state prison inmates, by selected characteristics, 2003 and 2005–2014**

| Characteristic | 2003 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 65 | 67 | 67 | 65 | 64 | 64 | 63 | 64 | 64 | 67 | 68 |
| **Sex** | | | | | | | | | | | |
| Male | 67 | 69 | 69 | 68 | 67 | 66 | 66 | 67 | 67 | 69 | 71 |
| Female | 35 | 34 | 31 | 32 | 32 | 36 | 29 | 29 | 27 | 31 | 31 |
| **Race/Hispanic origin** | | | | | | | | | | | |
| White[a] | 92 | 94 | 97 | 92 | 91 | 90 | 91 | 96 | 98 | 105 | 106 |
| Black/African American[a] | 59 | 62 | 61 | 62 | 59 | 59 | 59 | 61 | 62 | 63 | 64 |
| Hispanic/Latino[b] | 36 | 33 | 35 | 38 | 43 | 42 | 40 | 31 | 25 | 23 | 23 |
| Other[a,c] | 24 | 38 | 32 | 31 | 34 | 37 | 31 | 18 | 18 | 19 | 26 |
| **Age** | | | | | | | | | | | |
| 17 or younger | 0 | 0 | 0 | 0 | 0 | 0 | 14 ! | 14 ! | 14 ! | 0 | 9 ! |
| 18–24 | 3 | 4 | 5 | 4 | 4 | 4 | 4 | 4 | 3 | 5 | 5 |
| 25–34 | 11 | 12 | 12 | 10 | 8 | 8 | 8 | 8 | 7 | 7 | 8 |
| 35–44 | 41 | 41 | 37 | 33 | 29 | 28 | 29 | 31 | 30 | 28 | 25 |
| 45–54 | 139 | 134 | 135 | 132 | 121 | 107 | 95 | 90 | 85 | 81 | 78 |
| 55 or older | 676 | 647 | 661 | 697 | 665 | 632 | 529 | 502 | 464 | 477 | 466 |

Note: Based on 3-year rolling averages centered on the most recent year. Mortality rates are based on a 1-day inmate custody count. See *Methodology* for details on custody counts, mortality rates, and Hispanic origin.
! Interpret with caution. Too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives; Asians, Native Hawaiians, or Other Pacific Islanders; and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2014; National Prisoner Statistics, 2001–2014; and Survey of Inmates in State Correctional Facilities, 2004.

**APPENDIX TABLE 5**
**Liver disease mortality rate per 100,000 state prison inmates, by selected characteristics, 2003 and 2005–2014**

| Characteristic | 2003 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 25 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 26 | 26 |
| **Sex** | | | | | | | | | | | |
| Male | 26 | 25 | 25 | 25 | 25 | 25 | 25 | 26 | 25 | 27 | 26 |
| Female | 13 | 14 | 13 | 12 | 10 | 10 | 10 | 9 | 9 | 13 | 14 |
| **Race/Hispanic origin** | | | | | | | | | | | |
| White[a] | 35 | 35 | 35 | 35 | 35 | 36 | 37 | 39 | 40 | 43 | 42 |
| Black/African American[a] | 14 | 14 | 14 | 14 | 13 | 14 | 13 | 14 | 13 | 15 | 13 |
| Hispanic/Latino[b] | 39 | 32 | 31 | 35 | 35 | 34 | 30 | 24 | 22 | 23 | 25 |
| Other[a,c] | 24 | 24 | 26 | 26 | 22 | 24 | 18 | 14 | 10 | 10 | 10 ! |
| **Age** | | | | | | | | | | | |
| 17 or younger | 0 | 0 | 0 | 0 | 0 | 0 | 14 ! | 14 ! | 14 ! | 0 | 0 |
| 18–24 | 0 | 0 | -- ! | -- | -- | 1 ! | 1 ! | 1 ! | -- | -- | -- |
| 25–34 | 2 | 1 | 1 | 1 | 1 ! | 1 | 1 | 1 | 1 | 1 ! | 1 ! |
| 35–44 | 20 | 14 | 12 | 11 | 10 | 10 | 8 | 9 | 7 | 7 | 5 |
| 45–54 | 94 | 90 | 91 | 89 | 79 | 73 | 63 | 58 | 52 | 52 | 48 |
| 55 or older | 128 | 141 | 145 | 167 | 164 | 164 | 140 | 148 | 145 | 163 | 156 |

Note: Based on 3-year rolling averages centered on the most recent year. Mortality rates are based on a 1-day inmate custody count. See *Methodology* for details on custody counts, mortality rates, and Hispanic origin.
--Less than 0.5.
! Interpret with caution. Too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives; Asians, Native Hawaiians, or Other Pacific Islanders; and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2014; National Prisoner Statistics, 2001–2014; and Survey of Inmates in State Correctional Facilities, 2004.

**APPENDIX TABLE 6**
**Respiratory disease mortality rate per 100,000 state prison inmates, by selected characteristics, 2003 and 2005–2014**

| Characteristic | 2003 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 14 | 16 | 16 | 16 | 17 | 17 | 17 | 16 | 16 | 16 | 17 |
| **Sex** | | | | | | | | | | | |
| Male | 14 | 17 | 16 | 16 | 17 | 17 | 17 | 16 | 17 | 17 | 18 |
| Female | 9 | 14 | 16 | 15 | 16 | 14 | 12 | 10 | 7 | 10 | 9 |
| **Race/Hispanic origin** | | | | | | | | | | | |
| White[a] | 20 | 24 | 23 | 24 | 26 | 26 | 25 | 26 | 29 | 29 | 29 |
| Black/African American[a] | 12 | 15 | 15 | 14 | 14 | 13 | 14 | 12 | 12 | 11 | 13 |
| Hispanic/Latino[b] | 9 | 8 | 9 | 9 | 11 | 12 | 13 | 9 | 8 | 7 | 8 |
| Other[a,c] | 12 ! | 6 ! | 5 ! | 3 ! | 4 ! | 3 ! | 4 ! | 3 ! | 5 ! | 5 | 6 |
| **Age** | | | | | | | | | | | |
| 17 or younger | 0 | 0 | 13 ! | 13 ! | 13 ! | 0 | 0 | 0 | 0 | 0 | 0 |
| 18–24 | 2 | 2 ! | 3 | 2 | 3 | 2 | 2 | 1 ! | 2 ! | 2 ! | 2 ! |
| 25–34 | 3 | 4 | 3 | 3 | 3 | 3 | 3 | 2 | 3 | 3 | 3 |
| 35–44 | 8 | 9 | 9 | 8 | 7 | 7 | 7 | 6 | 4 | 4 | 4 |
| 45–54 | 26 | 28 | 28 | 26 | 26 | 24 | 21 | 20 | 19 | 17 | 16 |
| 55 or older | 151 | 175 | 168 | 175 | 175 | 170 | 150 | 130 | 132 | 126 | 130 |

Note: Based on 3-year rolling averages centered on the most recent year. Mortality rates are based on a 1-day inmate custody count. See *Methodology* for details on custody counts, mortality rates, and Hispanic origin.
! Interpret with caution. Too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives; Asians, Native Hawaiians, or Other Pacific Islanders; and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2014; National Prisoner Statistics, 2001–2014; and Survey of Inmates in State Correctional Facilities, 2004.

**APPENDIX TABLE 7**
**Mortality rate for all other illnesses per 100,000 state prison inmates, by selected characteristics, 2003 and 2005–2014**

| Characteristic | 2003 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 37 | 42 | 42 | 45 | 48 | 48 | 44 | 41 | 40 | 40 | 40 |
| **Sex** | | | | | | | | | | | |
| Male | 37 | 43 | 43 | 46 | 49 | 49 | 44 | 42 | 41 | 41 | 41 |
| Female | 32 | 38 | 34 | 34 | 35 | 38 | 38 | 32 | 31 | 30 | 32 |
| **Race/Hispanic origin** | | | | | | | | | | | |
| White[a] | 44 | 52 | 52 | 57 | 60 | 60 | 55 | 54 | 55 | 56 | 56 |
| Black/African American[a] | 38 | 42 | 42 | 44 | 46 | 47 | 42 | 40 | 38 | 37 | 37 |
| Hispanic/Latino[b] | 27 | 34 | 38 | 40 | 45 | 43 | 39 | 30 | 29 | 27 | 28 |
| Other[a,c] | 15 | 21 | 24 | 23 | 32 | 35 | 35 | 23 | 15 | 11 | 11 |
| **Age** | | | | | | | | | | | |
| 17 or younger | 12 ! | 13 ! | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18–24 | 5 | 4 | 3 | 3 | 4 | 5 | 5 | 4 | 5 | 4 | 4 |
| 25–34 | 9 | 9 | 9 | 9 | 9 | 9 | 8 | 7 | 6 | 6 | 5 |
| 35–44 | 26 | 29 | 27 | 28 | 27 | 25 | 20 | 18 | 17 | 16 | 14 |
| 45–54 | 89 | 101 | 101 | 100 | 96 | 86 | 73 | 65 | 63 | 57 | 54 |
| 55 or older | 297 | 333 | 350 | 412 | 421 | 423 | 328 | 295 | 264 | 263 | 256 |

Note: Based on 3-year rolling averages centered on the most recent year. Mortality rates are based on a 1-day inmate custody count. See *Methodology* for details on custody counts, mortality rates, and Hispanic origin.
! Interpret with caution. Too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives; Asians, Native Hawaiians, or Other Pacific Islanders; and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2014; National Prisoner Statistics, 2001–2014; and Survey of Inmates in State Correctional Facilities, 2004.

**APPENDIX TABLE 8**
**Mortality rate for unnatural deaths per 100,000 state prison inmates, by selected characteristics, 2003 and 2005–2014**

| Characteristic | 2003 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total** | 23 | 25 | 26 | 27 | 26 | 25 | 26 | 27 | 28 | 29 | 31 |
| **Sex** | | | | | | | | | | | |
| Male | 24 | 26 | 27 | 28 | 27 | 26 | 26 | 27 | 29 | 29 | 31 |
| Female | 13 | 14 | 16 | 14 | 15 | 14 | 16 | 17 | 18 | 17 | 20 |
| **Race/Hispanic origin** | | | | | | | | | | | |
| White[a] | 35 | 38 | 39 | 41 | 40 | 40 | 40 | 42 | 44 | 46 | 49 |
| Black/African American[a] | 14 | 14 | 14 | 15 | 15 | 14 | 15 | 15 | 17 | 17 | 19 |
| Hispanic/Latino[b] | 27 | 29 | 34 | 32 | 31 | 27 | 29 | 25 | 24 | 23 | 25 |
| Other[a,c] | 38 | 40 | 38 | 35 | 35 | 31 | 38 | 28 | 24 | 18 | 19 |
| **Age** | | | | | | | | | | | |
| 17 or younger | 60 ! | 54 ! | 26 ! | 25 ! | 38 ! | 40 ! | 41 ! | 28 ! | 28 ! | 10 ! | 9 ! |
| 18–24 | 18 | 20 | 20 | 18 | 16 | 18 | 20 | 18 | 19 | 19 | 22 |
| 25–34 | 24 | 23 | 23 | 23 | 24 | 23 | 23 | 23 | 23 | 24 | 26 |
| 35–44 | 23 | 26 | 29 | 28 | 26 | 24 | 24 | 27 | 30 | 31 | 30 |
| 45–54 | 26 | 30 | 33 | 37 | 35 | 33 | 31 | 32 | 32 | 32 | 34 |
| 55 or older | 32 | 37 | 42 | 46 | 48 | 44 | 41 | 42 | 47 | 49 | 53 |

Note: Unnatural deaths include suicides, homicides, accidents, and those due to drug or alcohol intoxication. Based on 3-year rolling averages centered on the most recent year. Mortality rates are based on a 1-day inmate custody count. See *Methodology* for details on custody counts, mortality rates, and Hispanic origin.
! Interpret with caution. Too few cases to provide a reliable rate.
[a]Excludes persons of Hispanic or Latino origin.
[b]In 2013, the survey separated Hispanic origin from race. Comparisons with previous years should not be made.
[c]Includes American Indians or Alaska Natives; Asians, Native Hawaiians, or Other Pacific Islanders; and persons identifying two or more races.
Source: Bureau of Justice Statistics, Deaths in Custody Reporting Program, 2001–2014; National Prisoner Statistics, 2001–2014; and Survey of Inmates in State Correctional Facilities, 2004.



The Bureau of Justice Statistics of the U.S. Department of Justice is the principal federal agency responsible for measuring crime, criminal victimization, criminal offenders, victims of crime, correlates of crime, and the operation of criminal and civil justice systems at the federal, state, tribal, and local levels. BJS collects, analyzes, and disseminates reliable and valid statistics on crime and justice systems in the United States, supports improvements to state and local criminal justice information systems, and participates with national and international organizations to develop and recommend national standards for justice statistics. Jeri M. Mulrow is acting director.

This report was written by Margaret Noonan. Zhen Zeng verified the report.

Monika Potemra and Brigitte Coulton edited the report. Tina Dorsey and Barbara Quinn produced the report.

December 2016, NCJ 250150



NCJ250150

**Office of Justice Programs**
**Building Solutions • Supporting Communities • Advancing Justice**
**www.ojp.usdoj.gov**

Exhibit E

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, California 95758



August 11, 2017

Matthew A. Lopes, Jr. Esquire                via:  Elise Owens Thorn, Esquire
Office of the Special Master                        Deputy Attorney General
Pannone Lopes Devereaux & O'Gara LLC                Department of Justice
Northwoods Office Park                              1300 I Street, Suite 125
1301 Atwood Avenue, Suite 215 N                     P.O. Box 944255
Johnston, RI 02919                                  Sacramento, CA 94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of June, 2017, data (or as otherwise noted). The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Institution Vacancy by Classification.
   c. Mental Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies-Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
   k. Mental Health Telepsych Allocated and Filled Positions Report.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report.
   b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

4. EOP Inmates Waiting Transfers to PSU.

Matthew A. Lopes, Jr. Esquire
Page 2


5. EOP ASU Hub Trends.

6. Population and Census Reports.
    a. Health Care Placement Oversight Program (HCPOP) Information Report, Summary (R-01)
    b. MHSDS Management Information Summary (MIS).
    c. Weekly EOP/Outpatient Psychiatric Program report.

7. Mental Health Crisis Bed (MHCB) Reports.
    a. Monthly Summary of MHCB Use by Institution (entitled "Inpatient Psychiatric Aging Report").
    b. MHCB Wait List.
    c. Transferred and Rescinded MHCB Referrals by Institution and Level of Care report (all subsections).

8. Department of State Hospitals (DSH) Referral Reports.
    a. Referrals for Transfer to DSH.
    b. DSH Monthly Report of CDCR Patients in DSH Hospitals -- Summary and PC 2684.

9. Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

*[signature: Kati Tebrock]*

KATHERINE TEBROCK, ESQUIRE
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation


Enclosures


cc:   Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
      Kerry F. Walsh, Esq., *Coleman* Deputy Special Master
      Jeffrey L. Metzner, M.D., *Coleman* Expert

Matthew A. Lopes, Jr. Esquire
Page 3

Kerry C. Hughes, M.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Patricia Williams, Esq., *Coleman* Monitor
Patrick McKinney, Esq., Office of Legal Affairs, CDCR
Nicholas Weber, Esq, Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Steve Fama, Esq., Prison Law Office
Brittany Brizendine, Psy.D, Assistant Deputy Director (Acting), Statewide Mental
    Health Program, Division of Healthcare Services (DHCS)
Angela Ponciano, Associate Director, Statewide Mental Health Program, DHCS
Laura Ceballos, Ph.D., Chief of Quality Management and Field Operations, Statewide
    Mental Health Program, DHCS
John Rekart, Ph.D., Chief, Quality Management, Statewide Mental Health Program,
    DHCS
Teresa Owens, Health Program Specialist I, Quality Management, Statewide Mental
    Health Program, DHCS

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| ASP | CHCF | 06/23/2017 02:32:00 PM | 06/23/2017 07:42:34 PM | CCCMS | Transferred | 5.18 | |
| ASP | CMC | 06/22/2017 07:14:00 PM | 06/23/2017 02:26:00 PM | CCCMS | Transferred | 19.20 | |
| ASP | CMC | 06/29/2017 03:31:00 PM | 06/29/2017 07:34:00 PM | CCCMS | Transferred | 4.05 | |
| ASP | PVSP | 06/17/2017 01:54:00 PM | 06/17/2017 05:55:52 PM | CCCMS | Transferred | 4.03 | |
| ASP | CHCF | 06/21/2017 01:40:00 AM | 06/21/2017 08:17:11 PM | GP/OP | Transferred | 18.62 | |
| ASP Average | | | | | | 10.22 | |
| CAC | CHCF | 06/26/2017 03:14:00 PM | 06/27/2017 06:26:00 PM | GP/OP | Transferred | 27.20 | 3.20 |
| CAC | KVSP | 06/13/2017 11:23:00 AM | 06/13/2017 02:01:34 PM | GP/OP | Transferred | 2.64 | |
| CAC Average | | | | | | 14.92 | |
| CAL | CIM | 06/13/2017 03:59:00 PM | 06/14/2017 12:08:00 PM | CCCMS | Transferred | 20.15 | |
| CAL | LAC | 06/29/2017 04:36:00 PM | 06/30/2017 01:01:38 PM | CCCMS | Transferred | 20.43 | |
| CAL | CIM | 06/07/2017 08:42:00 PM | 06/09/2017 03:05:35 PM | GP/OP | Transferred | 42.39 | 18.39 |
| CAL Average | | | | | | 27.66 | |
| CCC | HDSP | 06/27/2017 12:02:00 PM | 06/28/2017 01:21:21 PM | CCCMS | Transferred | 25.32 | 1.32 |
| CCC Average | | | | | | 25.32 | |
| CCI | CHCF | 06/01/2017 05:17:00 PM | 06/02/2017 04:46:36 PM | CCCMS | Transferred | 23.49 | |
| CCI | CHCF | 06/01/2017 07:19:00 PM | 06/02/2017 04:48:54 PM | CCCMS | Transferred | 21.50 | |
| CCI | CHCF | 06/05/2017 11:49:00 AM | 06/06/2017 09:12:26 AM | CCCMS | Transferred | 21.39 | |
| CCI | CHCF | 06/06/2017 02:30:00 PM | 06/07/2017 12:45:05 PM | CCCMS | Transferred | 22.25 | |
| CCI | CHCF | 06/07/2017 03:45:00 PM | 06/08/2017 09:26:00 AM | CCCMS | Transferred | 17.68 | |
| CCI | CHCF | 06/08/2017 03:25:00 PM | 06/09/2017 09:55:00 AM | CCCMS | Transferred | 18.50 | |
| CCI | CHCF | 06/12/2017 01:12:00 PM | 06/13/2017 02:38:57 PM | CCCMS | Transferred | 25.45 | 1.45 |
| CCI | CHCF | 06/16/2017 10:41:00 AM | 06/16/2017 01:41:00 PM | CCCMS | Transferred | 3.00 | |
| CCI | CHCF | 06/20/2017 02:44:00 PM | 06/21/2017 02:40:00 PM | CCCMS | Transferred | 23.93 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| CCI | CHCF | 06/20/2017 02:44:00 PM | 06/21/2017 02:41:14 PM | CCCMS | Transferred | 23.95 | |
| CCI | CHCF | 06/24/2017 11:03:00 AM | 06/25/2017 07:22:36 AM | CCCMS | Transferred | 20.33 | |
| CCI | CHCF | 06/26/2017 01:05:00 PM | 06/27/2017 06:25:01 PM | CCCMS | Transferred | 29.33 | 5.33 |
| CCI | CHCF | 06/26/2017 05:39:00 PM | 06/28/2017 03:57:45 PM | CCCMS | Transferred | 46.31 | 22.31 |
| CCI | CHCF | 06/27/2017 11:29:00 AM | 06/28/2017 03:56:34 PM | CCCMS | Transferred | 28.46 | 4.46 |
| CCI | CHCF | 06/28/2017 10:22:00 AM | 06/29/2017 04:58:00 AM | CCCMS | Transferred | 18.60 | |
| CCI | CMC | 06/04/2017 07:41:00 PM | 06/05/2017 03:52:14 PM | CCCMS | Transferred | 20.19 | |
| CCI | CMC | 06/05/2017 11:43:00 PM | 06/06/2017 04:18:40 PM | CCCMS | Transferred | 16.59 | |
| CCI | CMC | 06/05/2017 11:58:00 PM | 06/06/2017 04:20:12 PM | CCCMS | Transferred | 16.37 | |
| CCI | CMC | 06/06/2017 11:53:00 PM | 06/07/2017 03:20:00 PM | CCCMS | Transferred | 15.45 | |
| CCI | CMC | 06/07/2017 07:23:00 PM | 06/08/2017 05:46:00 PM | CCCMS | Transferred | 22.38 | |
| CCI | CMC | 06/08/2017 04:25:00 PM | 06/09/2017 04:07:28 PM | CCCMS | Transferred | 23.71 | |
| CCI | CMC | 06/08/2017 05:57:00 PM | 06/09/2017 04:06:30 PM | CCCMS | Transferred | 22.16 | |
| CCI | CMC | 06/11/2017 10:21:00 PM | 06/13/2017 01:33:35 PM | CCCMS | Transferred | 39.21 | 15.21 |
| CCI | CMC | 06/13/2017 03:51:00 PM | 06/14/2017 01:37:21 PM | CCCMS | Transferred | 21.77 | |
| CCI | CMC | 06/14/2017 09:18:00 PM | 06/15/2017 02:17:25 PM | CCCMS | Transferred | 16.99 | |
| CCI | CMC | 06/22/2017 04:23:00 PM | 06/23/2017 04:11:36 PM | CCCMS | Transferred | 23.81 | |
| CCI | CMC | 06/24/2017 09:15:00 PM | 06/25/2017 02:47:34 PM | CCCMS | Transferred | 17.54 | |
| CCI | CMC | 06/24/2017 09:20:00 PM | 06/25/2017 02:49:12 PM | CCCMS | Transferred | 17.49 | |
| CCI | CMC | 06/24/2017 09:57:00 AM | 06/24/2017 06:09:14 PM | CCCMS | Transferred | 8.20 | |
| CCI | CMC | 06/29/2017 05:41:00 PM | 06/30/2017 01:45:48 PM | CCCMS | Transferred | 20.08 | |
| CCI | KVSP | 06/13/2017 11:40:00 PM | 06/14/2017 03:06:18 PM | CCCMS | Transferred | 15.44 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| CCI | KVSP | 06/16/2017 09:24:00 PM | 06/17/2017 04:52:51 PM | CCCMS | Transferred | 19.48 | |
| CCI | PVSP | 06/02/2017 04:21:00 PM | 06/03/2017 03:33:35 PM | CCCMS | Transferred | 23.21 | |
| CCI | PVSP | 06/02/2017 04:21:00 PM | 06/03/2017 03:34:23 PM | CCCMS | Transferred | 23.22 | |
| CCI | CHCF | 06/01/2017 09:23:00 AM | 06/01/2017 03:13:40 PM | EOP | Transferred | 5.84 | |
| CCI | CHCF | 06/30/2017 04:28:00 PM | 07/01/2017 02:54:45 PM | EOP | Transferred | 22.45 | |
| CCI | CMC | 06/22/2017 04:45:00 PM | 06/23/2017 04:27:39 PM | EOP | Transferred | 23.71 | |
| CCI | CMC | 06/22/2017 11:14:00 PM | 06/23/2017 04:12:00 PM | EOP | Transferred | 16.97 | |
| CCI | KVSP | 06/15/2017 03:19:00 PM | 06/16/2017 12:31:49 PM | EOP | Transferred | 21.21 | |
| CCI | CHCF | 06/01/2017 09:52:00 PM | 06/02/2017 04:49:52 PM | GP/OP | Transferred | 18.96 | |
| CCI | CHCF | 06/02/2017 10:34:00 AM | 06/02/2017 04:48:01 PM | GP/OP | Transferred | 6.23 | |
| CCI | CHCF | 06/07/2017 11:36:00 AM | 06/08/2017 09:26:00 AM | GP/OP | Transferred | 21.83 | |
| CCI | CHCF | 06/12/2017 05:25:00 PM | 06/13/2017 02:40:14 PM | GP/OP | Transferred | 21.25 | |
| CCI | CMC | 06/05/2017 11:49:00 PM | 06/06/2017 04:09:51 PM | GP/OP | Transferred | 16.35 | |
| CCI | CMC | 06/07/2017 12:00:00 AM | 06/07/2017 04:25:15 PM | GP/OP | Transferred | 16.42 | |
| CCI | PVSP | 06/02/2017 04:57:00 PM | 06/03/2017 03:31:56 PM | GP/OP | Transferred | 22.58 | |
| CCI | PVSP | 06/25/2017 08:37:00 PM | 06/26/2017 04:09:35 PM | GP/OP | Transferred | 19.54 | |
| **CCI Average** | | | | | | **20.44** | |
| CCWF | CCWF | 06/08/2017 05:20:00 PM | 06/12/2017 02:58:00 PM | CCCMS | Internally Admitted | 93.63 | 69.63 |
| CCWF | CCWF | 06/25/2017 04:25:00 PM | 06/26/2017 07:01:52 PM | CCCMS | Internally Admitted | 26.61 | 2.61 |
| CCWF | CCWF | 06/25/2017 04:25:00 PM | 06/27/2017 04:18:03 PM | CCCMS | Internally Admitted | 47.88 | 23.88 |
| CCWF | CCWF | 06/26/2017 12:20:00 AM | 06/29/2017 05:43:43 PM | CCCMS | Internally Admitted | 89.40 | 65.40 |
| CCWF | CCWF | 06/30/2017 06:21:00 AM | 07/06/2017 03:48:00 PM | CCCMS | Internally Admitted | 153.45 | 129.45 |
| CCWF | CCWF | 06/01/2017 12:42:00 AM | 06/06/2017 11:29:00 PM | EOP | Internally Admitted | 142.78 | 118.78 |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| CCWF | CCWF | 06/12/2017 10:57:00 PM | 06/19/2017 08:02:23 PM | EOP | Internally Admitted | 165.09 | 141.09 |
| CCWF | CCWF | 06/27/2017 03:58:00 AM | 07/03/2017 05:48:00 PM | EOP | Internally Admitted | 157.83 | 133.83 |
| CCWF | CCWF | 06/16/2017 04:53:00 PM | 06/19/2017 06:01:15 PM | GP/OP | Internally Admitted | 73.14 | 49.14 |
| CCWF Average | | | | | | 105.53 | |
| CCWF-RC | CCWF | 06/01/2017 03:02:00 PM | 06/12/2017 02:27:00 PM | CCCMS | Internally Admitted | 263.42 | 239.42 |
| CCWF-RC | CCWF | 06/17/2017 05:31:00 PM | 06/21/2017 02:18:18 PM | CCCMS | Internally Admitted | 92.79 | 68.79 |
| CCWF-RC | CCWF | 06/24/2017 06:23:00 PM | 06/26/2017 07:01:52 PM | CCCMS | Internally Admitted | 48.65 | 24.65 |
| CCWF-RC | CCWF | 06/27/2017 06:16:00 AM | 07/03/2017 01:37:00 PM | CCCMS | Internally Admitted | 151.35 | 127.35 |
| CCWF-RC | CCWF | 06/28/2017 12:56:00 PM | 07/06/2017 03:48:00 PM | GP/OP | Internally Admitted | 194.87 | 170.87 |
| CCWF-RC Average | | | | | | 150.22 | |
| CEN | CIM | 06/01/2017 10:19:00 AM | 06/02/2017 01:26:57 PM | GP/OP | Transferred | 27.13 | 3.13 |
| CEN | CIM | 06/27/2017 12:22:00 PM | 06/29/2017 02:00:00 PM | GP/OP | Transferred | 49.63 | 25.63 |
| CEN | CIM | 06/28/2017 02:46:00 AM | 06/30/2017 03:23:51 PM | GP/OP | Transferred | 60.63 | 36.63 |
| CEN | CIM | 06/28/2017 10:51:00 AM | 06/29/2017 02:00:00 PM | GP/OP | Transferred | 27.15 | 3.15 |
| CEN Average | | | | | | 41.14 | |
| CHCF | CHCF | 06/01/2017 06:48:00 PM | 06/02/2017 05:14:57 PM | CCCMS | Internally Admitted | 22.45 | |
| CHCF | CHCF | 06/22/2017 11:49:00 PM | 06/23/2017 06:57:29 PM | CCCMS | Internally Admitted | 19.14 | |
| CHCF | CHCF | 06/30/2017 11:34:00 PM | 07/01/2017 06:58:35 PM | CCCMS | Internally Admitted | 19.41 | |
| CHCF | CHCF | 06/02/2017 02:32:00 PM | 06/02/2017 05:49:23 PM | EOP | Internally Admitted | 3.29 | |
| CHCF | CHCF | 06/05/2017 04:45:00 PM | 06/06/2017 04:04:00 PM | EOP | Internally Admitted | 23.32 | |
| CHCF | CHCF | 06/05/2017 04:59:00 PM | 06/06/2017 04:04:00 PM | EOP | Internally Admitted | 23.08 | |
| CHCF | CHCF | 06/07/2017 03:46:00 PM | 06/07/2017 07:16:35 PM | EOP | Internally Admitted | 3.51 | |
| CHCF | CHCF | 06/10/2017 03:03:00 PM | 06/10/2017 09:03:21 PM | EOP | Internally Admitted | 6.01 | |
| CHCF | CHCF | 06/10/2017 07:21:00 PM | 06/11/2017 06:10:45 PM | EOP | Internally Admitted | 22.83 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| CHCF | CHCF | 06/10/2017 08:19:00 PM | 06/11/2017 06:10:00 PM | EOP | Internally Admitted | 21.85 | |
| CHCF | CHCF | 06/11/2017 01:25:00 PM | 06/11/2017 07:42:00 PM | EOP | Internally Admitted | 6.28 | |
| CHCF | CHCF | 06/11/2017 04:57:00 PM | 06/12/2017 03:41:00 PM | EOP | Internally Admitted | 22.73 | |
| CHCF | CHCF | 06/11/2017 09:16:00 PM | 06/12/2017 12:51:00 PM | EOP | Internally Admitted | 15.58 | |
| CHCF | CHCF | 06/12/2017 03:16:00 AM | 06/12/2017 12:51:00 PM | EOP | Internally Admitted | 9.58 | |
| CHCF | CHCF | 06/14/2017 10:31:00 AM | 06/14/2017 04:20:44 PM | EOP | Internally Admitted | 5.83 | |
| CHCF | CHCF | 06/15/2017 01:07:00 PM | 06/15/2017 06:54:56 PM | EOP | Internally Admitted | 5.80 | |
| CHCF | CHCF | 06/15/2017 01:19:00 PM | 06/15/2017 06:56:38 PM | EOP | Internally Admitted | 5.63 | |
| CHCF | CHCF | 06/16/2017 02:41:00 PM | 06/16/2017 06:25:15 PM | EOP | Internally Admitted | 3.74 | |
| CHCF | CHCF | 06/17/2017 01:52:00 PM | 06/17/2017 06:36:08 PM | EOP | Internally Admitted | 4.74 | |
| CHCF | CHCF | 06/17/2017 03:15:00 PM | 06/17/2017 04:18:34 PM | EOP | Internally Admitted | 1.06 | |
| CHCF | CHCF | 06/17/2017 08:11:00 PM | 06/18/2017 01:18:00 PM | EOP | Internally Admitted | 17.12 | |
| CHCF | CHCF | 06/17/2017 10:34:00 AM | 06/17/2017 04:40:00 PM | EOP | Internally Admitted | 6.10 | |
| CHCF | CHCF | 06/22/2017 05:17:00 PM | 06/23/2017 08:25:39 PM | EOP | Internally Admitted | 27.14 | 3.14 |
| CHCF | CHCF | 06/22/2017 05:18:00 PM | 06/23/2017 05:57:00 PM | EOP | Internally Admitted | 24.65 | 0.65 |
| CHCF | CHCF | 06/22/2017 10:00:00 AM | 06/22/2017 04:49:03 PM | EOP | Internally Admitted | 6.82 | |
| CHCF | CHCF | 06/23/2017 06:53:00 PM | 06/24/2017 02:25:16 PM | EOP | Internally Admitted | 19.54 | |
| CHCF | CHCF | 06/25/2017 06:26:00 PM | 06/26/2017 04:21:00 PM | EOP | Internally Admitted | 21.92 | |
| CHCF | CHCF | 06/25/2017 06:29:00 PM | 06/26/2017 04:25:23 PM | EOP | Internally Admitted | 21.94 | |
| CHCF | CHCF | 06/26/2017 01:59:00 PM | 06/26/2017 06:03:31 PM | EOP | Internally Admitted | 4.08 | |
| CHCF | CHCF | 06/27/2017 11:33:00 PM | 06/28/2017 06:43:47 PM | EOP | Internally Admitted | 19.18 | |
| CHCF | CHCF | 06/29/2017 01:00:00 PM | 06/29/2017 05:02:13 PM | EOP | Internally Admitted | 4.04 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| CHCF | CHCF | 06/29/2017 04:17:00 PM | 06/30/2017 04:42:28 PM | EOP | Internally Admitted | 24.42 | 0.42 |
| CHCF | CHCF | 06/29/2017 04:22:00 PM | 06/30/2017 04:39:10 PM | EOP | Internally Admitted | 24.29 | 0.29 |
| CHCF | CHCF | 06/29/2017 09:45:00 AM | 06/30/2017 03:37:48 PM | EOP | Internally Admitted | 5.88 | |
| CHCF | CHCF | 06/29/2017 09:45:00 AM | 06/30/2017 02:58:12 PM | EOP | Internally Admitted | 29.22 | 5.22 |
| **CHCF Average** | | | | | | **14.35** | |
| CIM | CIM | 06/22/2017 07:55:00 AM | 06/23/2017 02:07:26 PM | APP | Internally Admitted | 30.21 | 6.21 |
| CIM | CIM | 06/10/2017 01:44:00 PM | 06/13/2017 10:33:00 AM | CCCMS | Internally Admitted | 68.82 | 44.82 |
| CIM | CIM | 06/18/2017 02:58:00 PM | 06/21/2017 11:48:07 AM | CCCMS | Internally Admitted | 68.84 | 44.84 |
| CIM | CIM | 06/29/2017 07:47:00 AM | 06/30/2017 04:54:38 PM | CCCMS | Internally Admitted | 21.13 | |
| CIM | KVSP | 06/03/2017 01:20:00 PM | 06/07/2017 02:24:33 PM | CCCMS | Transferred | 97.08 | 73.08 |
| CIM | KVSP | 06/28/2017 07:47:00 AM | 06/30/2017 02:28:54 PM | CCCMS | Transferred | 54.70 | 30.70 |
| CIM | RJD | 06/03/2017 01:45:00 AM | 06/05/2017 10:14:41 PM | CCCMS | Transferred | 68.49 | 44.49 |
| CIM | CIM | 06/26/2017 11:08:00 PM | 06/27/2017 06:02:29 PM | EOP | Internally Admitted | 18.91 | |
| CIM | KVSP | 06/08/2017 09:03:00 AM | 06/10/2017 01:07:00 PM | EOP | Transferred | 52.07 | 28.07 |
| CIM | LAC | 06/18/2017 09:43:00 AM | 06/18/2017 07:20:43 PM | EOP | Transferred | 9.63 | |
| CIM | KVSP | 06/03/2017 10:26:00 AM | 06/07/2017 02:21:12 PM | GP/OP | Transferred | 99.92 | 75.92 |
| CIM | WSP | 06/20/2017 10:01:00 PM | 06/22/2017 05:24:46 PM | GP/OP | Transferred | 43.40 | 19.40 |
| **CIM Average** | | | | | | **52.77** | |
| CIM-RC | CIM | 06/16/2017 10:21:00 AM | 06/16/2017 03:31:49 PM | CCCMS | Internally Admitted | 5.18 | |
| CIM-RC | CIM | 06/21/2017 01:00:00 AM | 06/23/2017 12:38:05 PM | CCCMS | Internally Admitted | 59.63 | 35.63 |
| CIM-RC | NKSP | 06/29/2017 12:41:00 AM | 06/29/2017 07:01:12 PM | CCCMS | Transferred | 18.34 | |
| CIM-RC | WSP | 06/08/2017 12:45:00 PM | 06/09/2017 05:41:22 AM | CCCMS | Transferred | 16.94 | |
| CIM-RC | CIM | 06/02/2017 10:24:00 AM | 06/03/2017 10:28:00 AM | EOP | Internally Admitted | 24.07 | 0.07 |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| CIM-RC | CIM | 06/10/2017 06:56:00 AM | 06/12/2017 02:11:00 PM | EOP | Internally Admitted | 55.25 | 31.25 |
| CIM-RC | CIM | 06/14/2017 10:00:00 PM | 06/15/2017 11:19:01 AM | EOP | Internally Admitted | 13.32 | |
| CIM-RC | CIM | 06/05/2017 12:18:00 PM | 06/07/2017 12:04:47 PM | GP/OP | Internally Admitted | 47.78 | 23.78 |
| CIM-RC | CIM | 06/26/2017 01:45:00 PM | 06/27/2017 03:37:23 PM | GP/OP | Internally Admitted | 25.87 | 1.87 |
| CIM-RC | CIM | 06/26/2017 02:25:00 PM | 06/27/2017 06:02:29 PM | GP/OP | Internally Admitted | 27.62 | 3.62 |
| CIM-RC | KVSP | 06/06/2017 02:29:00 PM | 06/07/2017 02:22:50 PM | GP/OP | Transferred | 23.90 | |
| **CIM-RC Average** | | | | | | **28.90** | |
| CIW | CIW | 06/01/2017 02:16:00 PM | 06/01/2017 06:01:00 PM | CCCMS | Internally Admitted | 3.75 | |
| CIW | CIW | 06/10/2017 04:22:00 PM | 06/10/2017 08:21:03 PM | CCCMS | Internally Admitted | 3.98 | |
| CIW | CIW | 06/11/2017 11:04:00 AM | 06/12/2017 05:46:00 PM | CCCMS | Internally Admitted | 30.70 | 6.70 |
| CIW | CIW | 06/16/2017 12:32:00 PM | 06/16/2017 03:55:00 PM | CCCMS | Internally Admitted | 3.38 | |
| CIW | CIW | 06/22/2017 04:08:00 PM | 06/22/2017 05:57:18 PM | CCCMS | Internally Admitted | 1.82 | |
| CIW | CIW | 06/23/2017 09:27:00 AM | 06/23/2017 11:53:57 AM | CCCMS | Internally Admitted | 2.45 | |
| CIW | CIW | 06/24/2017 08:04:00 PM | 06/26/2017 08:39:33 PM | CCCMS | Internally Admitted | 48.59 | 24.59 |
| CIW | CIW | 06/25/2017 08:42:00 PM | 06/26/2017 08:39:33 PM | CCCMS | Internally Admitted | 23.96 | |
| CIW | CIW | 06/25/2017 10:31:00 AM | 06/26/2017 08:39:33 PM | CCCMS | Internally Admitted | 34.14 | 10.14 |
| CIW | CIW | 06/02/2017 08:03:00 PM | 06/02/2017 08:59:50 PM | EOP | Internally Admitted | 0.95 | |
| CIW | CIW | 06/03/2017 08:44:00 PM | 06/03/2017 09:22:00 PM | EOP | Internally Admitted | 0.63 | |
| CIW | CIW | 06/08/2017 08:51:00 PM | 06/08/2017 09:22:00 PM | EOP | Internally Admitted | 0.52 | |
| CIW | CIW | 06/09/2017 08:20:00 PM | 06/10/2017 02:18:52 AM | EOP | Internally Admitted | 5.98 | |
| CIW | CIW | 06/11/2017 08:14:00 PM | 06/12/2017 05:39:00 PM | EOP | Internally Admitted | 21.42 | |
| CIW | CIW | 06/15/2017 11:37:00 AM | 06/15/2017 01:04:10 PM | EOP | Internally Admitted | 1.45 | |
| CIW | CIW | 06/17/2017 05:24:00 PM | 06/17/2017 09:39:00 PM | EOP | Internally Admitted | 4.25 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| CIW | CIW | 06/17/2017 05:27:00 PM | 06/19/2017 05:54:10 PM | EOP | Internally Admitted | 48.45 | 24.45 |
| CIW | CIW | 06/18/2017 05:01:00 PM | 06/20/2017 05:03:00 PM | EOP | Internally Admitted | 48.03 | 24.03 |
| CIW | CIW | 06/26/2017 09:07:00 PM | 06/27/2017 06:49:38 PM | EOP | Internally Admitted | 21.71 | |
| CIW | CIW | 06/26/2017 10:49:00 PM | 06/27/2017 06:49:38 PM | EOP | Internally Admitted | 20.01 | |
| CIW | CIW | 06/27/2017 03:31:00 PM | 06/27/2017 06:49:00 PM | EOP | Internally Admitted | 3.30 | |
| CIW | CIW | 06/28/2017 08:58:00 PM | 06/30/2017 01:39:00 PM | EOP | Internally Admitted | 40.68 | 16.68 |
| CIW | CIW | 06/29/2017 07:24:00 PM | 06/30/2017 09:45:05 AM | EOP | Internally Admitted | 14.35 | |
| CIW | CIW | 06/30/2017 08:53:00 AM | 07/01/2017 03:56:00 PM | EOP | Internally Admitted | 31.05 | 7.05 |
| CIW | CIW | 06/30/2017 12:49:00 PM | 07/03/2017 05:27:00 PM | EOP | Internally Admitted | 76.63 | 52.63 |
| CIW | CIW | 06/30/2017 12:59:00 PM | 07/04/2017 08:42:00 AM | EOP | Internally Admitted | 91.72 | 67.72 |
| CIW | CIW | 06/07/2017 06:49:00 PM | 06/07/2017 08:13:11 PM | GP/OP | Internally Admitted | 1.40 | |
| CIW | CIW | 06/09/2017 06:27:00 PM | 06/09/2017 07:16:07 PM | GP/OP | Internally Admitted | 0.82 | |
| CIW | CIW | 06/10/2017 10:44:00 AM | 06/10/2017 01:45:59 PM | GP/OP | Internally Admitted | 3.03 | |
| CIW | CIW | 06/21/2017 10:13:00 AM | 06/21/2017 12:56:00 PM | ICF | Internally Admitted | 2.72 | |
| **CIW Average** | | | | | | **19.73** | |
| CMC | CHCF | 06/21/2017 02:48:00 PM | 06/22/2017 10:44:08 AM | CCCMS | Transferred | 19.94 | |
| CMC | CMC | 06/01/2017 11:10:00 AM | 06/01/2017 03:46:32 PM | CCCMS | Internally Admitted | 4.61 | |
| CMC | CMC | 06/07/2017 02:20:00 PM | 06/07/2017 03:48:05 PM | CCCMS | Internally Admitted | 1.47 | |
| CMC | CMC | 06/08/2017 04:48:00 PM | 06/09/2017 12:19:41 PM | CCCMS | Internally Admitted | 19.53 | |
| CMC | CMC | 06/08/2017 11:07:00 AM | 06/08/2017 01:04:32 PM | CCCMS | Internally Admitted | 1.96 | |
| CMC | CMC | 06/10/2017 07:57:00 AM | 06/10/2017 11:08:51 AM | CCCMS | Internally Admitted | 3.20 | |
| CMC | CMC | 06/14/2017 01:32:00 PM | 06/14/2017 04:04:41 PM | CCCMS | Internally Admitted | 2.54 | |
| CMC | CMC | 06/15/2017 06:29:00 PM | 06/16/2017 10:45:47 AM | CCCMS | Internally Admitted | 16.28 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| CMC | CMC | 06/20/2017 09:02:00 PM | 06/21/2017 12:29:14 PM | CCCMS | Internally Admitted | 15.45 | |
| CMC | CMC | 06/22/2017 05:00:00 PM | 06/23/2017 01:06:02 PM | CCCMS | Internally Admitted | 20.10 | |
| CMC | CMC | 06/22/2017 10:38:00 AM | 06/22/2017 11:33:15 AM | CCCMS | Internally Admitted | 0.92 | |
| CMC | CHCF | 06/01/2017 08:32:00 PM | 06/02/2017 04:05:51 PM | EOP | Transferred | 19.56 | |
| CMC | CHCF | 06/02/2017 09:49:00 AM | 06/02/2017 04:04:31 PM | EOP | Transferred | 6.26 | |
| CMC | CHCF | 06/02/2017 12:30:00 PM | 06/02/2017 06:02:31 PM | EOP | Transferred | 5.54 | |
| CMC | CHCF | 06/02/2017 12:59:00 PM | 06/02/2017 06:03:09 PM | EOP | Transferred | 5.07 | |
| CMC | CHCF | 06/21/2017 02:27:00 PM | 06/22/2017 10:41:00 AM | EOP | Transferred | 20.23 | |
| CMC | CHCF | 06/21/2017 08:48:00 AM | 06/22/2017 06:46:49 AM | EOP | Transferred | 21.98 | |
| CMC | CHCF | 06/26/2017 11:12:00 AM | 06/27/2017 07:15:43 PM | EOP | Transferred | 32.06 | 8.06 |
| CMC | CMC | 06/01/2017 06:06:00 PM | 06/02/2017 12:45:11 PM | EOP | Internally Admitted | 18.65 | |
| CMC | CMC | 06/01/2017 06:06:00 PM | 06/02/2017 12:45:11 PM | EOP | Internally Admitted | 18.65 | |
| CMC | CMC | 06/01/2017 12:50:00 PM | 06/01/2017 04:08:47 PM | EOP | Internally Admitted | 3.31 | |
| CMC | CMC | 06/02/2017 04:17:00 PM | 06/03/2017 07:35:00 AM | EOP | Internally Admitted | 15.30 | |
| CMC | CMC | 06/04/2017 09:23:00 PM | 06/05/2017 12:47:49 PM | EOP | Internally Admitted | 15.41 | |
| CMC | CMC | 06/05/2017 04:39:00 PM | 06/06/2017 01:10:00 PM | EOP | Internally Admitted | 20.52 | |
| CMC | CMC | 06/05/2017 10:09:00 AM | 06/05/2017 12:20:44 PM | EOP | Internally Admitted | 2.20 | |
| CMC | CMC | 06/06/2017 03:14:00 PM | 06/06/2017 06:08:45 PM | EOP | Internally Admitted | 2.91 | |
| CMC | CMC | 06/06/2017 09:28:00 AM | 06/06/2017 01:10:00 PM | EOP | Internally Admitted | 3.70 | |
| CMC | CMC | 06/06/2017 11:30:00 AM | 06/06/2017 01:10:57 PM | EOP | Internally Admitted | 1.68 | |
| CMC | CMC | 06/07/2017 08:23:00 AM | 06/07/2017 11:55:00 AM | EOP | Internally Admitted | 3.53 | |
| CMC | CMC | 06/08/2017 09:24:00 AM | 06/08/2017 11:33:16 AM | EOP | Internally Admitted | 2.15 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| CMC | CMC | 06/09/2017 01:32:00 PM | 06/09/2017 02:42:12 PM | EOP | Internally Admitted | 1.17 | |
| CMC | CMC | 06/10/2017 09:45:00 AM | 06/10/2017 11:36:00 AM | EOP | Internally Admitted | 1.85 | |
| CMC | CMC | 06/12/2017 12:57:00 PM | 06/12/2017 03:20:00 PM | EOP | Internally Admitted | 2.38 | |
| CMC | CMC | 06/15/2017 01:33:00 AM | 06/15/2017 10:59:54 AM | EOP | Internally Admitted | 9.45 | |
| CMC | CMC | 06/15/2017 05:14:00 AM | 06/15/2017 10:59:54 AM | EOP | Internally Admitted | 5.76 | |
| CMC | CMC | 06/16/2017 06:24:00 AM | 06/16/2017 10:45:47 AM | EOP | Internally Admitted | 4.36 | |
| CMC | CMC | 06/16/2017 10:08:00 AM | 06/16/2017 11:46:50 AM | EOP | Internally Admitted | 1.65 | |
| CMC | CMC | 06/17/2017 02:31:00 PM | 06/17/2017 07:37:53 PM | EOP | Internally Admitted | 5.11 | |
| CMC | CMC | 06/17/2017 08:52:00 PM | 06/18/2017 01:16:29 PM | EOP | Internally Admitted | 16.41 | |
| CMC | CMC | 06/18/2017 06:34:00 PM | 06/19/2017 12:49:25 PM | EOP | Internally Admitted | 18.26 | |
| CMC | CMC | 06/19/2017 03:17:00 PM | 06/20/2017 02:13:42 PM | EOP | Internally Admitted | 22.95 | |
| CMC | CMC | 06/21/2017 01:42:00 PM | 06/21/2017 05:51:57 PM | EOP | Internally Admitted | 4.17 | |
| CMC | CMC | 06/21/2017 07:33:00 PM | 06/22/2017 12:20:42 PM | EOP | Internally Admitted | 16.80 | |
| CMC | CMC | 06/23/2017 11:14:00 AM | 06/23/2017 12:43:38 PM | EOP | Internally Admitted | 1.49 | |
| CMC | CMC | 06/26/2017 09:11:00 PM | 06/28/2017 12:57:00 PM | EOP | Internally Admitted | 39.77 | 15.77 |
| CMC | CMC | 06/26/2017 10:30:00 AM | 06/27/2017 03:32:19 PM | EOP | Internally Admitted | 29.04 | 5.04 |
| CMC | CMC | 06/26/2017 10:41:00 AM | 06/27/2017 03:32:19 PM | EOP | Internally Admitted | 28.86 | 4.86 |
| CMC | CMC | 06/27/2017 01:58:00 PM | 06/28/2017 02:34:00 PM | EOP | Internally Admitted | 24.60 | 0.60 |
| CMC | CMC | 06/27/2017 03:38:00 PM | 06/28/2017 12:57:38 PM | EOP | Internally Admitted | 21.33 | |
| CMC | CMC | 06/27/2017 07:41:00 PM | 06/28/2017 02:34:42 PM | EOP | Internally Admitted | 18.89 | |
| CMC | CMC | 06/29/2017 04:11:00 PM | 06/30/2017 12:36:54 PM | EOP | Internally Admitted | 20.43 | |
| CMC | CMC | 06/30/2017 03:33:00 PM | 06/30/2017 06:16:12 PM | EOP | Internally Admitted | 2.72 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| CMC | CMC | 06/30/2017 05:46:00 PM | 07/01/2017 11:28:38 AM | EOP | Internally Admitted | 17.71 | |
| CMC | CMC | 06/30/2017 10:30:00 AM | 06/30/2017 12:36:54 PM | EOP | Internally Admitted | 2.12 | |
| CMC | CMF | 06/13/2017 06:59:00 AM | 06/13/2017 04:05:03 PM | EOP | Transferred | 9.10 | |
| CMC | CMF | 06/13/2017 10:18:00 AM | 06/13/2017 04:04:26 PM | EOP | Transferred | 5.77 | |
| CMC | CMF | 06/13/2017 10:21:00 AM | 06/13/2017 04:02:54 PM | EOP | Transferred | 5.70 | |
| CMC | CMF | 06/13/2017 11:27:00 AM | 06/13/2017 04:03:54 PM | EOP | Transferred | 4.62 | |
| CMC | CMC | 06/02/2017 07:54:00 AM | 06/02/2017 01:18:00 PM | MHCB | Internally Admitted | 5.40 | |
| **CMC Average** | | | | | | **11.40** | |
| CMF | CMF | 06/02/2017 02:27:00 PM | 06/02/2017 04:07:50 PM | APP | Internally Admitted | 1.68 | |
| CMF | CMF | 06/08/2017 12:10:00 PM | 06/08/2017 03:09:00 PM | APP | Internally Admitted | 2.98 | |
| CMF | CMF | 06/30/2017 04:57:00 AM | 06/30/2017 12:37:38 PM | APP | Internally Admitted | 7.68 | |
| CMF | CMF | 06/02/2017 04:59:00 AM | 06/02/2017 04:07:50 PM | CCCMS | Internally Admitted | 11.15 | |
| CMF | CMF | 06/07/2017 02:54:00 PM | 06/07/2017 05:58:11 PM | CCCMS | Internally Admitted | 3.07 | |
| CMF | CMF | 06/08/2017 02:51:00 PM | 06/08/2017 06:50:30 PM | CCCMS | Internally Admitted | 3.99 | |
| CMF | CMF | 06/24/2017 11:25:00 AM | 06/24/2017 12:29:31 PM | CCCMS | Internally Admitted | 1.08 | |
| CMF | CMF | 06/29/2017 10:25:00 AM | 06/29/2017 02:52:42 PM | CCCMS | Internally Admitted | 4.46 | |
| CMF | CMF | 06/05/2017 04:58:00 AM | 06/05/2017 12:55:04 PM | EOP | Internally Admitted | 7.95 | |
| CMF | CMF | 06/07/2017 02:30:00 PM | 06/07/2017 05:24:12 PM | EOP | Internally Admitted | 2.90 | |
| CMF | CMF | 06/08/2017 01:53:00 PM | 06/09/2017 12:38:01 PM | EOP | Internally Admitted | 22.75 | |
| CMF | CMF | 06/09/2017 02:12:00 PM | 06/09/2017 06:13:42 PM | EOP | Internally Admitted | 4.03 | |
| CMF | CMF | 06/09/2017 05:03:00 AM | 06/09/2017 12:38:01 PM | EOP | Internally Admitted | 7.58 | |
| CMF | CMF | 06/10/2017 10:14:00 AM | 06/10/2017 02:32:33 PM | EOP | Internally Admitted | 4.31 | |
| CMF | CMF | 06/12/2017 01:38:00 PM | 06/12/2017 03:33:00 PM | EOP | Internally Admitted | 1.92 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| CMF | CMF | 06/13/2017 02:18:00 PM | 06/13/2017 05:40:00 PM | EOP | Internally Admitted | 3.37 | |
| CMF | CMF | 06/13/2017 04:54:00 PM | 06/14/2017 02:41:36 PM | EOP | Internally Admitted | 21.79 | |
| CMF | CMF | 06/13/2017 04:58:00 AM | 06/13/2017 11:41:00 AM | EOP | Internally Admitted | 6.72 | |
| CMF | CMF | 06/16/2017 11:14:00 AM | 06/16/2017 03:37:12 PM | EOP | Internally Admitted | 4.39 | |
| CMF | CMF | 06/16/2017 11:52:00 AM | 06/16/2017 03:37:28 PM | EOP | Internally Admitted | 3.76 | |
| CMF | CMF | 06/18/2017 04:04:00 PM | 06/19/2017 12:49:56 PM | EOP | Internally Admitted | 20.77 | |
| CMF | CMF | 06/19/2017 05:02:00 PM | 06/19/2017 06:02:39 PM | EOP | Internally Admitted | 13.01 | |
| CMF | CMF | 06/19/2017 10:58:00 AM | 06/19/2017 12:33:35 PM | EOP | Internally Admitted | 1.59 | |
| CMF | CMF | 06/19/2017 12:51:00 PM | 06/19/2017 06:02:16 PM | EOP | Internally Admitted | 5.19 | |
| CMF | CMF | 06/20/2017 01:35:00 PM | 06/20/2017 03:24:28 PM | EOP | Internally Admitted | 1.82 | |
| CMF | CMF | 06/20/2017 04:10:00 PM | 06/21/2017 02:41:38 PM | EOP | Internally Admitted | 22.53 | |
| CMF | CMF | 06/20/2017 05:02:00 AM | 06/20/2017 02:11:42 PM | EOP | Internally Admitted | 9.16 | |
| CMF | CMF | 06/20/2017 10:48:00 AM | 06/20/2017 02:11:42 PM | EOP | Internally Admitted | 3.40 | |
| CMF | CMF | 06/20/2017 11:28:00 AM | 06/20/2017 03:24:28 PM | EOP | Internally Admitted | 3.94 | |
| CMF | CMF | 06/21/2017 05:03:00 AM | 06/21/2017 02:41:51 PM | EOP | Internally Admitted | 9.65 | |
| CMF | CMF | 06/21/2017 08:36:00 AM | 06/21/2017 02:43:31 PM | EOP | Internally Admitted | 6.13 | |
| CMF | CMF | 06/22/2017 04:54:00 PM | 06/23/2017 03:22:22 PM | EOP | Internally Admitted | 22.47 | |
| CMF | CMF | 06/23/2017 02:06:00 PM | 06/23/2017 06:10:34 PM | EOP | Internally Admitted | 4.08 | |
| CMF | CMF | 06/23/2017 02:06:00 PM | 06/23/2017 10:19:52 PM | EOP | Internally Admitted | 8.23 | |
| CMF | CMF | 06/24/2017 11:26:00 AM | 06/24/2017 12:29:31 PM | EOP | Internally Admitted | 1.06 | |
| CMF | CMF | 06/25/2017 10:23:00 AM | 06/26/2017 03:32:46 PM | EOP | Internally Admitted | 29.16 | 5.16 |
| CMF | CMF | 06/28/2017 03:51:00 PM | 06/29/2017 04:18:04 PM | EOP | Internally Admitted | 24.45 | 0.45 |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| CMF | CMF | 06/28/2017 10:19:00 AM | 06/28/2017 02:58:29 PM | EOP | Internally Admitted | 4.66 | |
| **CMF Average** | | | | | | **8.39** | |
| COR | CHCF | 06/09/2017 11:04:00 AM | 06/09/2017 08:58:00 PM | CCCMS | Transferred | 9.90 | |
| COR | CHCF | 06/18/2017 07:54:00 PM | 06/20/2017 08:43:00 PM | CCCMS | Transferred | 48.82 | 24.82 |
| COR | CHCF | 06/19/2017 02:19:00 PM | 06/21/2017 01:40:00 PM | CCCMS | Transferred | 47.35 | 23.35 |
| COR | CHCF | 06/21/2017 02:16:00 AM | 06/21/2017 08:35:30 PM | CCCMS | Transferred | 18.32 | |
| COR | CHCF | 06/21/2017 11:00:00 PM | 06/23/2017 11:52:00 AM | CCCMS | Transferred | 36.87 | 12.87 |
| COR | COR | 06/02/2017 01:55:00 PM | 06/02/2017 03:32:47 PM | CCCMS | Internally Admitted | 1.63 | |
| COR | COR | 06/02/2017 07:16:00 PM | 06/03/2017 03:36:15 PM | CCCMS | Internally Admitted | 20.34 | |
| COR | COR | 06/05/2017 12:30:00 PM | 06/05/2017 06:42:08 PM | CCCMS | Internally Admitted | 6.20 | |
| COR | COR | 06/15/2017 11:46:00 AM | 06/15/2017 03:49:50 PM | CCCMS | Internally Admitted | 4.06 | |
| COR | COR | 06/17/2017 03:53:00 PM | 06/17/2017 06:58:00 PM | CCCMS | Internally Admitted | 3.08 | |
| COR | COR | 06/21/2017 02:57:00 PM | 06/21/2017 07:55:02 PM | CCCMS | Internally Admitted | 4.97 | |
| COR | COR | 06/30/2017 11:59:00 AM | 06/30/2017 03:50:01 PM | CCCMS | Internally Admitted | 3.85 | |
| COR | CHCF | 06/06/2017 03:03:00 PM | 06/06/2017 08:12:00 PM | EOP | Transferred | 5.15 | |
| COR | CHCF | 06/06/2017 12:39:00 PM | 06/06/2017 08:12:00 PM | EOP | Transferred | 7.55 | |
| COR | CHCF | 06/08/2017 02:42:00 PM | 06/08/2017 06:17:00 PM | EOP | Transferred | 3.58 | |
| COR | CHCF | 06/08/2017 07:09:00 PM | 06/09/2017 08:58:00 PM | EOP | Transferred | 25.82 | 1.82 |
| COR | CHCF | 06/08/2017 07:09:00 PM | 06/09/2017 08:58:00 PM | EOP | Transferred | 25.82 | 1.82 |
| COR | CHCF | 06/09/2017 02:07:00 PM | 06/09/2017 08:58:00 PM | EOP | Transferred | 6.85 | |
| COR | CHCF | 06/09/2017 02:21:00 PM | 06/10/2017 09:50:00 PM | EOP | Transferred | 31.48 | 7.48 |
| COR | CHCF | 06/09/2017 09:53:00 PM | 06/10/2017 08:48:00 PM | EOP | Transferred | 22.92 | |
| COR | CHCF | 06/09/2017 12:12:00 PM | 06/09/2017 08:58:00 PM | EOP | Transferred | 8.77 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| COR | CHCF | 06/10/2017 12:52:00 AM | 06/10/2017 09:50:00 PM | EOP | Transferred | 20.97 | |
| COR | CHCF | 06/11/2017 02:46:00 PM | 06/11/2017 10:57:00 PM | EOP | Transferred | 8.18 | |
| COR | CHCF | 06/13/2017 12:26:00 AM | 06/13/2017 09:50:00 PM | EOP | Transferred | 21.40 | |
| COR | CHCF | 06/14/2017 11:35:00 PM | 06/16/2017 02:38:43 PM | EOP | Transferred | 39.06 | 15.06 |
| COR | CHCF | 06/19/2017 01:59:00 PM | 06/20/2017 08:43:00 PM | EOP | Transferred | 30.73 | 6.73 |
| COR | CHCF | 06/19/2017 02:19:00 PM | 06/20/2017 08:43:00 PM | EOP | Transferred | 30.40 | 6.40 |
| COR | CHCF | 06/19/2017 02:21:00 AM | 06/20/2017 08:43:00 PM | EOP | Transferred | 42.37 | 18.37 |
| COR | CHCF | 06/19/2017 02:21:00 AM | 06/20/2017 08:43:00 PM | EOP | Transferred | 42.37 | 18.37 |
| COR | CHCF | 06/19/2017 03:05:00 PM | 06/21/2017 01:40:00 PM | EOP | Transferred | 46.58 | 22.58 |
| COR | CHCF | 06/19/2017 10:48:00 AM | 06/20/2017 08:43:00 PM | EOP | Transferred | 33.92 | 9.92 |
| COR | CHCF | 06/20/2017 02:49:00 PM | 06/21/2017 08:35:18 PM | EOP | Transferred | 29.77 | 5.77 |
| COR | CHCF | 06/20/2017 05:23:00 PM | 06/21/2017 08:35:46 PM | EOP | Transferred | 27.21 | 3.21 |
| COR | CHCF | 06/20/2017 08:36:00 PM | 06/21/2017 08:35:52 PM | EOP | Transferred | 24.00 | |
| COR | CHCF | 06/21/2017 11:00:00 PM | 06/23/2017 11:52:00 AM | EOP | Transferred | 36.87 | 12.87 |
| COR | CHCF | 06/22/2017 06:56:00 AM | 06/23/2017 11:52:00 AM | EOP | Transferred | 28.93 | 4.93 |
| COR | CHCF | 06/24/2017 05:15:00 PM | 06/25/2017 07:41:00 PM | EOP | Transferred | 26.43 | 2.43 |
| COR | CHCF | 06/29/2017 03:14:00 PM | 06/29/2017 07:40:00 PM | EOP | Transferred | 4.43 | |
| COR | CMC | 06/23/2017 03:35:00 PM | 06/24/2017 08:39:16 PM | EOP | Transferred | 29.07 | 5.07 |
| COR | CMC | 06/23/2017 09:25:00 PM | 06/24/2017 08:39:17 PM | EOP | Transferred | 23.24 | |
| COR | CMF | 06/27/2017 07:20:00 PM | 06/28/2017 07:02:00 PM | EOP | Transferred | 23.70 | |
| COR | CMF | 06/27/2017 07:38:00 PM | 06/29/2017 12:40:00 PM | EOP | Transferred | 41.03 | 17.03 |
| COR | COR | 06/01/2017 01:14:00 AM | 06/01/2017 07:34:37 PM | EOP | Internally Admitted | 18.34 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| COR | COR | 06/01/2017 06:21:00 PM | 06/02/2017 01:45:26 PM | EOP | Internally Admitted | 19.41 | |
| COR | COR | 06/02/2017 07:05:00 PM | 06/03/2017 01:05:00 PM | EOP | Internally Admitted | 18.00 | |
| COR | COR | 06/03/2017 05:29:00 PM | 06/04/2017 04:22:00 PM | EOP | Internally Admitted | 22.88 | |
| COR | COR | 06/03/2017 09:23:00 AM | 06/03/2017 03:36:15 PM | EOP | Internally Admitted | 6.22 | |
| COR | COR | 06/03/2017 09:49:00 AM | 06/03/2017 03:36:15 PM | EOP | Internally Admitted | 5.79 | |
| COR | COR | 06/03/2017 12:21:00 PM | 06/03/2017 03:00:56 PM | EOP | Internally Admitted | 2.67 | |
| COR | COR | 06/05/2017 04:24:00 PM | 06/06/2017 06:11:00 PM | EOP | Internally Admitted | 25.78 | 1.78 |
| COR | COR | 06/06/2017 03:50:00 PM | 06/07/2017 07:45:00 PM | EOP | Internally Admitted | 27.92 | 3.92 |
| COR | COR | 06/07/2017 04:11:00 PM | 06/08/2017 03:48:02 PM | EOP | Internally Admitted | 23.62 | |
| COR | COR | 06/08/2017 10:59:00 AM | 06/08/2017 06:52:47 PM | EOP | Internally Admitted | 7.90 | |
| COR | COR | 06/08/2017 12:23:00 PM | 06/08/2017 07:36:02 PM | EOP | Internally Admitted | 7.22 | |
| COR | COR | 06/09/2017 07:20:00 PM | 06/10/2017 07:19:42 PM | EOP | Internally Admitted | 24.00 | |
| COR | COR | 06/09/2017 07:20:00 PM | 06/10/2017 07:57:15 PM | EOP | Internally Admitted | 24.62 | 0.62 |
| COR | COR | 06/09/2017 09:14:00 AM | 06/09/2017 11:52:39 AM | EOP | Internally Admitted | 2.64 | |
| COR | COR | 06/10/2017 04:43:00 PM | 06/11/2017 08:13:53 PM | EOP | Internally Admitted | 27.51 | 3.51 |
| COR | COR | 06/14/2017 07:56:00 PM | 06/15/2017 03:49:50 PM | EOP | Internally Admitted | 19.90 | |
| COR | COR | 06/15/2017 04:46:00 PM | 06/16/2017 03:35:08 PM | EOP | Internally Admitted | 22.82 | |
| COR | COR | 06/16/2017 01:41:00 PM | 06/16/2017 05:29:00 PM | EOP | Internally Admitted | 3.80 | |
| COR | COR | 06/16/2017 12:51:00 PM | 06/16/2017 05:29:49 PM | EOP | Internally Admitted | 4.65 | |
| COR | COR | 06/18/2017 01:24:00 PM | 06/19/2017 10:49:00 AM | EOP | Internally Admitted | 21.42 | |
| COR | COR | 06/19/2017 03:05:00 PM | 06/20/2017 06:20:32 PM | EOP | Internally Admitted | 27.26 | 3.26 |
| COR | COR | 06/20/2017 10:23:00 AM | 06/21/2017 07:55:00 PM | EOP | Internally Admitted | 33.53 | 9.53 |

HCPOP 7/17/2017

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| COR | COR | 06/21/2017 04:04:00 PM | 06/22/2017 01:38:00 PM | EOP | Internally Admitted | 21.57 | |
| COR | COR | 06/21/2017 07:20:00 PM | 06/22/2017 01:38:05 PM | EOP | Internally Admitted | 18.30 | |
| COR | COR | 06/21/2017 07:20:00 PM | 06/22/2017 03:46:30 PM | EOP | Internally Admitted | 20.44 | |
| COR | COR | 06/22/2017 02:42:00 PM | 06/24/2017 06:58:27 PM | EOP | Internally Admitted | 52.27 | 28.27 |
| COR | COR | 06/22/2017 12:00:00 PM | 06/22/2017 01:38:05 PM | EOP | Internally Admitted | 1.63 | |
| COR | COR | 06/22/2017 12:51:00 PM | 06/22/2017 08:41:13 PM | EOP | Internally Admitted | 7.84 | |
| COR | COR | 06/23/2017 02:16:00 PM | 06/23/2017 05:52:52 PM | EOP | Internally Admitted | 3.61 | |
| COR | COR | 06/25/2017 01:26:00 PM | 06/26/2017 07:27:33 PM | EOP | Internally Admitted | 30.03 | 6.03 |
| COR | COR | 06/25/2017 08:08:00 PM | 06/26/2017 07:27:33 PM | EOP | Internally Admitted | 23.33 | |
| COR | COR | 06/25/2017 10:28:00 PM | 06/27/2017 03:15:41 PM | EOP | Internally Admitted | 40.79 | 16.79 |
| COR | COR | 06/25/2017 10:56:00 AM | 06/26/2017 05:18:33 PM | EOP | Internally Admitted | 30.38 | 6.38 |
| COR | COR | 06/26/2017 09:05:00 PM | 06/27/2017 04:04:22 PM | EOP | Internally Admitted | 18.99 | |
| COR | COR | 06/27/2017 12:05:00 AM | 06/28/2017 06:33:03 PM | EOP | Internally Admitted | 42.47 | 18.47 |
| COR | COR | 06/28/2017 12:52:00 PM | 06/29/2017 03:14:00 PM | EOP | Internally Admitted | 26.37 | 2.37 |
| COR | COR | 06/30/2017 05:08:00 PM | 07/01/2017 04:00:18 PM | EOP | Internally Admitted | 22.87 | |
| COR | COR | 06/30/2017 12:01:00 PM | 06/30/2017 10:59:13 PM | EOP | Internally Admitted | 10.97 | |
| COR | SATF | 06/25/2017 05:46:00 PM | 06/27/2017 11:03:06 AM | EOP | Transferred | 41.28 | 17.28 |
| COR | SATF | 06/26/2017 09:05:00 AM | 06/28/2017 02:26:00 AM | EOP | Transferred | 41.35 | 17.35 |
| COR | SOL | 06/27/2017 11:55:00 AM | 06/28/2017 07:02:00 PM | EOP | Transferred | 31.12 | 7.12 |
| COR | CHCF | 06/05/2017 07:59:00 PM | 06/06/2017 08:12:00 PM | GP/OP | Transferred | 24.22 | 0.22 |
| COR | CHCF | 06/05/2017 08:13:00 PM | 06/07/2017 09:35:00 AM | GP/OP | Transferred | 37.37 | 13.37 |
| COR | CHCF | 06/11/2017 12:40:00 AM | 06/11/2017 10:35:00 PM | GP/OP | Transferred | 21.92 | |

HCPOP 7/17/2017

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| COR | COR | 06/13/2017 02:18:00 PM | 06/14/2017 04:03:00 PM | GP/OP | Internally Admitted | 25.75 | 1.75 |
| COR | COR | 06/14/2017 03:46:00 PM | 06/14/2017 08:25:00 PM | GP/OP | Internally Admitted | 4.65 | |
| COR | COR | 06/28/2017 10:34:00 AM | 06/29/2017 04:13:53 PM | GP/OP | Internally Admitted | 29.66 | 5.66 |
| COR | COR | 06/30/2017 01:30:00 PM | 06/30/2017 06:36:00 PM | GP/OP | Internally Admitted | 5.10 | |
| COR | COR | 06/02/2017 02:47:00 PM | 06/02/2017 02:48:00 PM | MHCB | Internally Admitted | 0.02 | |
| COR | COR | 06/04/2017 01:55:00 AM | 06/04/2017 04:22:00 PM | MHCB | Internally Admitted | 14.45 | |
| COR | COR | 06/22/2017 08:30:00 AM | 06/22/2017 03:19:00 PM | MHCB | Internally Admitted | 6.82 | |
| COR Average | | | | | | 21.36 | |
| CRC | CIM | 06/16/2017 08:38:00 AM | 06/16/2017 01:01:00 PM | CCCMS | Transferred | 4.38 | |
| CRC | CMC | 06/10/2017 04:35:00 PM | 06/13/2017 02:35:48 PM | CCCMS | Transferred | 70.01 | 46.01 |
| CRC | KVSP | 06/05/2017 08:50:00 AM | 06/05/2017 04:20:27 PM | CCCMS | Transferred | 7.51 | |
| CRC | LAC | 06/02/2017 01:07:00 PM | 06/03/2017 03:35:18 PM | CCCMS | Transferred | 26.47 | 2.47 |
| CRC Average | | | | | | 27.09 | |
| CTF | CHCF | 06/01/2017 09:24:00 AM | 06/01/2017 04:31:51 PM | CCCMS | Transferred | 7.13 | |
| CTF | CHCF | 06/15/2017 12:27:00 PM | 06/15/2017 06:19:00 PM | CCCMS | Transferred | 5.87 | |
| CTF | CHCF | 06/23/2017 12:21:00 PM | 06/24/2017 11:13:59 AM | CCCMS | Transferred | 22.88 | |
| CTF | CHCF | 06/28/2017 01:45:00 PM | 06/29/2017 04:04:13 PM | CCCMS | Transferred | 26.32 | 2.32 |
| CTF | CHCF | 06/29/2017 08:24:00 PM | 06/30/2017 05:49:51 PM | CCCMS | Transferred | 21.43 | |
| CTF | SVSP | 06/15/2017 10:45:00 AM | 06/15/2017 03:34:13 PM | CCCMS | Transferred | 4.82 | |
| CTF | CHCF | 06/05/2017 11:09:00 AM | 06/05/2017 06:14:00 PM | EOP | Transferred | 7.08 | |
| CTF | CHCF | 06/07/2017 10:16:00 PM | 06/08/2017 04:54:48 PM | EOP | Transferred | 18.65 | |
| CTF | CHCF | 06/19/2017 09:37:00 AM | 06/20/2017 04:31:00 PM | EOP | Transferred | 30.90 | 6.90 |
| CTF | CHCF | 06/09/2017 10:12:00 AM | 06/09/2017 06:24:08 PM | GP/OP | Transferred | 8.20 | |
| CTF Average | | | | | | 15.33 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| DVI | CHCF | 06/01/2017 03:22:00 PM | 06/02/2017 03:32:49 PM | CCCMS | Transferred | 24.18 | 0.18 |
| DVI | CHCF | 06/05/2017 08:40:00 PM | 06/06/2017 04:08:23 PM | CCCMS | Transferred | 19.47 | |
| DVI | CHCF | 06/07/2017 03:48:00 PM | 06/08/2017 11:53:55 AM | CCCMS | Transferred | 20.10 | |
| DVI | CHCF | 06/12/2017 05:03:00 PM | 06/13/2017 05:49:35 PM | CCCMS | Transferred | 24.78 | 0.78 |
| DVI | CHCF | 06/15/2017 06:23:00 PM | 06/16/2017 04:18:05 PM | CCCMS | Transferred | 21.92 | |
| DVI | CHCF | 06/21/2017 05:44:00 PM | 06/22/2017 05:48:11 PM | CCCMS | Transferred | 24.07 | 0.07 |
| DVI | CHCF | 06/23/2017 08:32:00 AM | 06/23/2017 03:25:00 PM | CCCMS | Transferred | 6.88 | |
| DVI | CHCF | 06/23/2017 11:27:00 AM | 06/23/2017 05:52:00 PM | CCCMS | Transferred | 6.42 | |
| DVI | CHCF | 06/05/2017 06:36:00 PM | 06/06/2017 04:05:26 PM | EOP | Transferred | 21.49 | |
| DVI | CHCF | 06/18/2017 09:48:00 PM | 06/19/2017 04:20:24 PM | EOP | Transferred | 18.54 | |
| DVI | MCSP | 06/21/2017 10:47:00 AM | 06/21/2017 04:30:08 PM | EOP | Transferred | 5.72 | |
| DVI | SOL | 06/20/2017 03:59:00 AM | 06/20/2017 03:16:20 PM | EOP | Transferred | 11.29 | |
| DVI | CHCF | 06/06/2017 08:46:00 PM | 06/07/2017 03:52:27 PM | GP/OP | Transferred | 19.11 | |
| DVI | CHCF | 06/23/2017 10:43:00 PM | 06/24/2017 05:53:00 PM | GP/OP | Transferred | 19.17 | |
| DVI | CMF | 06/27/2017 06:02:00 PM | 06/28/2017 03:52:22 PM | GP/OP | Transferred | 21.84 | |
| DVI Average | | | | | | 17.67 | |
| DVI-RC | CHCF | 06/01/2017 04:03:00 PM | 06/02/2017 03:34:01 PM | CCCMS | Transferred | 23.52 | |
| DVI-RC | CHCF | 06/07/2017 05:44:00 PM | 06/08/2017 01:13:42 PM | CCCMS | Transferred | 19.50 | |
| DVI-RC | CHCF | 06/15/2017 12:40:00 PM | 06/15/2017 05:10:26 PM | CCCMS | Transferred | 4.51 | |
| DVI-RC | CHCF | 06/16/2017 01:55:00 PM | 06/16/2017 07:16:00 PM | CCCMS | Transferred | 5.35 | |
| DVI-RC | CHCF | 06/16/2017 10:50:00 AM | 06/16/2017 07:15:04 PM | CCCMS | Transferred | 8.42 | |
| DVI-RC | CHCF | 06/17/2017 04:21:00 PM | 06/18/2017 07:03:45 PM | CCCMS | Transferred | 26.71 | 2.71 |
| DVI-RC | CHCF | 06/30/2017 11:45:00 AM | 06/30/2017 05:32:36 PM | CCCMS | Transferred | 5.79 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| DVI-RC | CHCF | 06/15/2017 04:04:00 PM | 06/16/2017 04:19:38 PM | EOP | Transferred | 24.26 | 0.26 |
| DVI-RC | CHCF | 06/17/2017 05:55:00 PM | 06/18/2017 07:05:13 PM | GP/OP | Transferred | 25.17 | 1.17 |
| DVI-RC | CHCF | 06/18/2017 03:24:00 PM | 06/19/2017 04:21:10 PM | GP/OP | Transferred | 24.95 | 0.95 |
| DVI-RC | CHCF | 06/22/2017 09:19:00 AM | 06/22/2017 05:48:52 PM | GP/OP | Transferred | 8.50 | |
| DVI-RC | CHCF | 06/02/2017 09:50:00 PM | 06/03/2017 05:40:01 PM | MHCB | Transferred | 19.83 | |
| DVI-RC | MCSP | 06/21/2017 11:20:00 AM | 06/21/2017 04:28:41 PM | MHCB | Transferred | 5.14 | |
| DVI-RC Average | | | | | | 15.51 | |
| FOL | CHCF | 06/29/2017 01:56:00 PM | 06/29/2017 05:39:00 PM | CCCMS | Transferred | 3.72 | |
| FOL | CMF | 06/09/2017 03:55:00 AM | 06/09/2017 08:29:06 PM | GP/OP | Transferred | 16.57 | |
| FOL Average | | | | | | 10.15 | |
| HDSP | HDSP | 06/03/2017 02:19:00 PM | 06/03/2017 04:36:05 PM | CCCMS | Internally Admitted | 2.28 | |
| HDSP | HDSP | 06/05/2017 08:34:00 PM | 06/06/2017 11:48:33 AM | CCCMS | Internally Admitted | 15.24 | |
| HDSP | HDSP | 06/06/2017 02:58:00 PM | 06/06/2017 03:35:41 PM | CCCMS | Internally Admitted | 0.63 | |
| HDSP | HDSP | 06/06/2017 08:22:00 AM | 06/06/2017 11:48:33 AM | CCCMS | Internally Admitted | 3.44 | |
| HDSP | HDSP | 06/13/2017 01:59:00 PM | 06/13/2017 03:41:00 PM | CCCMS | Internally Admitted | 1.70 | |
| HDSP | HDSP | 06/14/2017 01:42:00 PM | 06/15/2017 08:23:32 AM | CCCMS | Internally Admitted | 18.69 | |
| HDSP | HDSP | 06/15/2017 10:41:00 AM | 06/15/2017 03:02:15 PM | CCCMS | Internally Admitted | 4.35 | |
| HDSP | HDSP | 06/17/2017 12:18:00 PM | 06/17/2017 04:59:00 PM | CCCMS | Internally Admitted | 4.68 | |
| HDSP | HDSP | 06/21/2017 09:01:00 PM | 06/22/2017 10:03:53 AM | CCCMS | Internally Admitted | 13.05 | |
| HDSP | HDSP | 06/29/2017 08:14:00 AM | 06/29/2017 02:18:13 PM | CCCMS | Internally Admitted | 6.07 | |
| HDSP | HDSP | 06/30/2017 11:26:00 PM | 07/01/2017 01:08:03 PM | CCCMS | Internally Admitted | 13.70 | |
| HDSP | HDSP | 06/06/2017 01:19:00 PM | 06/06/2017 03:35:41 PM | EOP | Internally Admitted | 2.28 | |
| HDSP | HDSP | 06/13/2017 11:46:00 AM | 06/13/2017 03:41:00 PM | EOP | Internally Admitted | 3.92 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| HDSP | HDSP | 06/03/2017 02:19:00 PM | 06/03/2017 04:36:05 PM | GP/OP | Internally Admitted | 2.28 | |
| HDSP | HDSP | 06/09/2017 11:12:00 PM | 06/10/2017 02:47:00 PM | GP/OP | Internally Admitted | 15.58 | |
| HDSP | HDSP | 06/13/2017 08:02:00 PM | 06/14/2017 11:08:38 AM | GP/OP | Internally Admitted | 15.11 | |
| HDSP | HDSP | 06/13/2017 11:46:00 AM | 06/13/2017 01:00:31 PM | GP/OP | Internally Admitted | 1.24 | |
| **HDSP Average** | | | | | | **7.31** | |
| ISP | LAC | 06/07/2017 05:26:00 PM | 06/09/2017 03:00:51 PM | CCCMS | Transferred | 45.58 | 21.58 |
| **ISP Average** | | | | | | **45.58** | |
| KVSP | CHCF | 06/06/2017 04:34:00 PM | 06/07/2017 03:15:00 PM | CCCMS | Transferred | 22.68 | |
| KVSP | CMC | 06/23/2017 10:13:00 PM | 06/24/2017 03:35:57 PM | CCCMS | Transferred | 17.38 | |
| KVSP | CMC | 06/24/2017 04:07:00 AM | 06/24/2017 03:35:13 PM | CCCMS | Transferred | 11.47 | |
| KVSP | CMC | 06/24/2017 04:07:00 AM | 06/24/2017 03:37:34 PM | CCCMS | Transferred | 11.51 | |
| KVSP | CMC | 06/30/2017 05:50:00 AM | 06/30/2017 04:03:21 PM | CCCMS | Transferred | 10.22 | |
| KVSP | KVSP | 06/02/2017 12:00:00 PM | 06/03/2017 11:46:58 AM | CCCMS | Internally Admitted | 23.78 | |
| KVSP | KVSP | 06/13/2017 01:04:00 PM | 06/13/2017 03:52:00 PM | CCCMS | Internally Admitted | 14.80 | |
| KVSP | KVSP | 06/13/2017 01:04:00 PM | 06/13/2017 04:30:00 PM | CCCMS | Internally Admitted | 15.43 | |
| KVSP | KVSP | 06/20/2017 02:50:00 PM | 06/21/2017 06:44:59 PM | CCCMS | Internally Admitted | 27.92 | 3.92 |
| KVSP | KVSP | 06/23/2017 10:13:00 PM | 06/24/2017 01:44:00 PM | CCCMS | Internally Admitted | 15.52 | |
| KVSP | KVSP | 06/25/2017 06:47:00 AM | 06/26/2017 06:41:25 PM | CCCMS | Internally Admitted | 35.91 | 11.91 |
| KVSP | KVSP | 06/25/2017 06:47:00 AM | 06/26/2017 08:51:04 PM | CCCMS | Internally Admitted | 38.07 | 14.07 |
| KVSP | KVSP | 06/28/2017 07:10:00 AM | 06/28/2017 03:05:57 PM | CCCMS | Internally Admitted | 7.93 | |
| KVSP | NKSP | 06/01/2017 11:33:00 PM | 06/02/2017 06:24:30 PM | CCCMS | Transferred | 18.86 | |
| KVSP | SATF | 06/25/2017 11:31:00 PM | 06/27/2017 03:35:00 PM | CCCMS | Transferred | 40.07 | 16.07 |
| KVSP | KVSP | 06/01/2017 02:44:00 AM | 06/01/2017 03:53:58 PM | EOP | Internally Admitted | 13.17 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| KVSP | KVSP | 06/10/2017 08:13:00 AM | 06/10/2017 01:31:32 PM | EOP | Internally Admitted | 5.31 | |
| KVSP | KVSP | 06/22/2017 10:08:00 AM | 06/22/2017 12:02:30 PM | EOP | Internally Admitted | 1.91 | |
| KVSP | KVSP | 06/25/2017 11:31:00 PM | 06/27/2017 12:22:44 PM | EOP | Internally Admitted | 36.86 | 12.86 |
| KVSP | KVSP | 06/28/2017 09:59:00 AM | 06/28/2017 03:59:17 PM | EOP | Internally Admitted | 6.00 | |
| KVSP | SATF | 06/25/2017 11:31:00 PM | 06/27/2017 03:35:00 PM | EOP | Transferred | 40.07 | 16.07 |
| KVSP | KVSP | 06/02/2017 01:03:00 PM | 06/03/2017 11:46:58 AM | GP/OP | Internally Admitted | 22.73 | |
| KVSP | KVSP | 06/23/2017 11:17:00 AM | 06/23/2017 03:24:16 PM | GP/OP | Internally Admitted | 4.12 | |
| KVSP Average | | | | | | 19.21 | |
| LAC | CIM | 06/24/2017 04:31:00 PM | 06/26/2017 03:46:50 PM | CCCMS | Transferred | 47.26 | 23.26 |
| LAC | LAC | 06/16/2017 02:41:00 PM | 06/16/2017 03:17:51 PM | CCCMS | Internally Admitted | 0.61 | |
| LAC | LAC | 06/18/2017 02:50:00 PM | 06/18/2017 08:40:57 PM | CCCMS | Internally Admitted | 5.85 | |
| LAC | LAC | 06/20/2017 12:38:00 AM | 06/21/2017 12:36:52 PM | CCCMS | Internally Admitted | 35.98 | 11.98 |
| LAC | NKSP | 06/26/2017 07:14:00 AM | 06/27/2017 05:29:51 PM | CCCMS | Transferred | 34.26 | 10.26 |
| LAC | WSP | 06/20/2017 01:15:00 PM | 06/23/2017 02:06:12 PM | CCCMS | Transferred | 72.85 | 48.85 |
| LAC | KVSP | 06/04/2017 08:04:00 PM | 06/06/2017 03:17:31 PM | EOP | Transferred | 43.23 | 19.23 |
| LAC | KVSP | 06/08/2017 08:26:00 PM | 06/10/2017 01:00:00 PM | EOP | Transferred | 40.58 | 16.58 |
| LAC | KVSP | 06/21/2017 11:23:00 PM | 06/23/2017 07:04:24 PM | EOP | Transferred | 43.69 | 19.69 |
| LAC | KVSP | 06/23/2017 08:19:00 PM | 06/25/2017 03:58:40 PM | EOP | Transferred | 43.66 | 19.66 |
| LAC | KVSP | 06/24/2017 04:05:00 PM | 06/25/2017 03:57:56 PM | EOP | Transferred | 23.88 | |
| LAC | LAC | 06/01/2017 04:35:00 PM | 06/02/2017 01:20:43 PM | EOP | Internally Admitted | 20.76 | |
| LAC | LAC | 06/02/2017 02:59:00 PM | 06/03/2017 03:19:37 PM | EOP | Internally Admitted | 24.34 | 0.34 |
| LAC | LAC | 06/09/2017 07:24:00 PM | 06/10/2017 01:06:16 PM | EOP | Internally Admitted | 17.70 | |
| LAC | LAC | 06/12/2017 04:24:00 PM | 06/14/2017 11:30:10 AM | EOP | Internally Admitted | 43.10 | 19.10 |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| LAC | LAC | 06/14/2017 05:50:00 PM | 06/15/2017 01:15:13 PM | EOP | Internally Admitted | 19.42 | |
| LAC | LAC | 06/15/2017 01:51:00 PM | 06/15/2017 03:16:36 PM | EOP | Internally Admitted | 1.43 | |
| LAC | LAC | 06/15/2017 03:15:00 PM | 06/15/2017 05:53:32 PM | EOP | Internally Admitted | 2.64 | |
| LAC | LAC | 06/15/2017 09:36:00 AM | 06/15/2017 01:15:13 PM | EOP | Internally Admitted | 3.65 | |
| LAC | LAC | 06/19/2017 07:52:00 PM | 06/21/2017 01:16:30 PM | EOP | Internally Admitted | 41.41 | 17.41 |
| LAC | LAC | 06/21/2017 06:01:00 AM | 06/23/2017 01:43:23 PM | EOP | Internally Admitted | 55.71 | 31.71 |
| LAC | LAC | 06/22/2017 08:55:00 PM | 06/24/2017 01:05:04 PM | EOP | Internally Admitted | 40.17 | 16.17 |
| LAC | LAC | 06/29/2017 02:59:00 PM | 06/30/2017 01:06:10 PM | EOP | Internally Admitted | 22.12 | |
| LAC | LAC | 06/29/2017 11:40:00 PM | 06/30/2017 05:39:13 PM | EOP | Internally Admitted | 17.99 | |
| LAC | NKSP | 06/02/2017 03:22:00 PM | 06/03/2017 06:24:16 PM | EOP | Transferred | 27.04 | 3.04 |
| LAC | NKSP | 06/06/2017 08:55:00 PM | 06/07/2017 06:12:46 PM | EOP | Transferred | 21.30 | |
| LAC | NKSP | 06/08/2017 01:04:00 PM | 06/08/2017 04:28:38 PM | EOP | Transferred | 3.41 | |
| LAC | NKSP | 06/08/2017 01:33:00 AM | 06/08/2017 04:29:34 PM | EOP | Transferred | 14.94 | |
| LAC | RJD | 06/18/2017 07:47:00 PM | 06/20/2017 01:11:37 PM | EOP | Transferred | 41.41 | 17.41 |
| LAC | SAC | 06/02/2017 02:17:00 AM | 06/02/2017 05:29:02 PM | EOP | Transferred | 15.20 | |
| LAC | WSP | 06/21/2017 02:28:00 AM | 06/23/2017 03:34:40 PM | EOP | Transferred | 61.11 | 37.11 |
| **LAC Average** | | | | | | **28.60** | |
| MCSP | MCSP | 06/21/2017 07:56:00 PM | 06/22/2017 03:08:09 PM | CCCMS | Internally Admitted | 19.20 | |
| MCSP | SAC | 06/29/2017 09:43:00 AM | 06/29/2017 04:21:00 PM | CCCMS | Transferred | 6.63 | |
| MCSP | CMF | 06/09/2017 02:35:00 PM | 06/09/2017 06:26:03 PM | EOP | Transferred | 3.85 | |
| MCSP | CMF | 06/09/2017 03:05:00 PM | 06/10/2017 03:15:00 PM | EOP | Transferred | 24.17 | 0.17 |
| MCSP | CMF | 06/23/2017 08:45:00 AM | 06/23/2017 05:42:00 PM | EOP | Transferred | 8.95 | |
| MCSP | CMF | 06/23/2017 09:04:00 PM | 06/24/2017 05:38:12 PM | EOP | Transferred | 20.57 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| MCSP | CMF | 06/23/2017 11:44:00 AM | 06/23/2017 05:40:00 PM | EOP | Transferred | 5.93 | |
| MCSP | CMF | 06/23/2017 11:51:00 AM | 06/23/2017 05:41:18 PM | EOP | Transferred | 5.84 | |
| MCSP | CMF | 06/24/2017 05:25:00 AM | 06/24/2017 08:34:46 PM | EOP | Transferred | 15.16 | |
| MCSP | CMF | 06/24/2017 11:06:00 AM | 06/25/2017 12:15:06 AM | EOP | Transferred | 13.15 | |
| MCSP | CMF | 06/25/2017 11:25:00 PM | 06/26/2017 06:36:48 PM | EOP | Transferred | 19.20 | |
| MCSP | HDSP | 06/24/2017 03:00:00 PM | 06/25/2017 04:31:50 PM | EOP | Transferred | 25.53 | 1.53 |
| MCSP | HDSP | 06/28/2017 01:05:00 PM | 06/29/2017 02:16:18 PM | EOP | Transferred | 25.19 | 1.19 |
| MCSP | HDSP | 06/28/2017 02:10:00 PM | 06/29/2017 02:16:00 PM | EOP | Transferred | 24.10 | 0.10 |
| MCSP | MCSP | 06/01/2017 04:02:00 AM | 06/01/2017 03:28:53 PM | EOP | Internally Admitted | 11.45 | |
| MCSP | MCSP | 06/02/2017 01:37:00 PM | 06/02/2017 02:59:29 PM | EOP | Internally Admitted | 1.37 | |
| MCSP | MCSP | 06/03/2017 01:38:00 AM | 06/03/2017 12:31:51 PM | EOP | Internally Admitted | 10.90 | |
| MCSP | MCSP | 06/03/2017 12:33:00 PM | 06/03/2017 02:21:32 PM | EOP | Internally Admitted | 1.81 | |
| MCSP | MCSP | 06/07/2017 01:08:00 PM | 06/07/2017 06:05:16 PM | EOP | Internally Admitted | 4.95 | |
| MCSP | MCSP | 06/08/2017 01:58:00 PM | 06/08/2017 03:34:28 PM | EOP | Internally Admitted | 1.61 | |
| MCSP | MCSP | 06/09/2017 01:29:00 PM | 06/09/2017 03:53:44 PM | EOP | Internally Admitted | 2.41 | |
| MCSP | MCSP | 06/12/2017 02:22:00 PM | 06/12/2017 05:00:58 PM | EOP | Internally Admitted | 2.65 | |
| MCSP | MCSP | 06/12/2017 07:06:00 PM | 06/13/2017 12:39:00 PM | EOP | Internally Admitted | 17.55 | |
| MCSP | MCSP | 06/14/2017 05:31:00 PM | 06/15/2017 11:18:12 AM | EOP | Internally Admitted | 17.79 | |
| MCSP | MCSP | 06/15/2017 11:20:00 AM | 06/15/2017 02:15:08 PM | EOP | Internally Admitted | 2.92 | |
| MCSP | MCSP | 06/20/2017 10:03:00 AM | 06/20/2017 03:32:55 PM | EOP | Internally Admitted | 5.50 | |
| MCSP | MCSP | 06/22/2017 09:22:00 AM | 06/22/2017 03:08:09 PM | EOP | Internally Admitted | 5.77 | |
| MCSP | MCSP | 06/25/2017 02:49:00 PM | 06/26/2017 07:06:00 PM | EOP | Internally Admitted | 28.28 | 4.28 |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| MCSP | MCSP | 06/27/2017 11:22:00 AM | 06/27/2017 02:39:16 PM | EOP | Internally Admitted | 3.29 | |
| MCSP | MCSP | 06/28/2017 03:52:00 PM | 06/29/2017 10:32:34 AM | EOP | Internally Admitted | 18.68 | |
| MCSP | MCSP | 06/28/2017 08:36:00 AM | 06/28/2017 03:51:31 PM | EOP | Internally Admitted | 7.26 | |
| MCSP | MCSP | 06/30/2017 09:39:00 PM | 07/01/2017 03:17:40 PM | EOP | Internally Admitted | 17.64 | |
| MCSP | MCSP | 06/30/2017 09:39:00 PM | 07/01/2017 03:17:40 PM | EOP | Internally Admitted | 17.64 | |
| MCSP | PBSP | 06/24/2017 06:07:00 PM | 06/25/2017 09:20:20 PM | EOP | Transferred | 27.22 | 3.22 |
| MCSP | PBSP | 06/25/2017 11:28:00 AM | 06/25/2017 09:21:29 PM | EOP | Transferred | 9.89 | |
| MCSP | SAC | 06/28/2017 11:23:00 AM | 06/28/2017 05:45:18 PM | EOP | Transferred | 6.37 | |
| MCSP | SOL | 06/13/2017 12:21:00 PM | 06/13/2017 05:31:15 PM | EOP | Transferred | 5.17 | |
| MCSP | SOL | 06/22/2017 02:21:00 PM | 06/22/2017 09:13:04 PM | EOP | Transferred | 6.87 | |
| **MCSP Average** | | | | | | **11.91** | |
| NKSP | CMF | 06/18/2017 09:12:00 PM | 06/21/2017 06:00:00 PM | CCCMS | Transferred | 68.80 | 44.80 |
| NKSP | NKSP | 06/15/2017 04:26:00 PM | 06/16/2017 01:21:39 PM | CCCMS | Internally Admitted | 20.93 | |
| NKSP | NKSP | 06/20/2017 12:27:00 PM | 06/21/2017 02:05:00 PM | CCCMS | Internally Admitted | 25.63 | 1.63 |
| NKSP | NKSP | 06/17/2017 08:28:00 PM | 06/18/2017 12:54:26 PM | EOP | Internally Admitted | 16.44 | |
| NKSP | NKSP | 06/20/2017 09:29:00 PM | 06/20/2017 09:55:00 PM | EOP | Internally Admitted | 0.43 | |
| **NKSP Average** | | | | | | **26.45** | |
| NKSP-RC | CHCF | 06/22/2017 10:32:00 AM | 06/22/2017 03:48:00 PM | CCCMS | Transferred | 5.27 | |
| NKSP-RC | CHCF | 06/07/2017 02:33:00 PM | 06/07/2017 07:16:00 PM | GP/OP | Transferred | 4.72 | |
| NKSP-RC | KVSP | 06/03/2017 03:40:00 PM | 06/04/2017 05:46:00 PM | GP/OP | Transferred | 26.10 | 2.10 |
| NKSP-RC | KVSP | 06/13/2017 03:03:00 AM | 06/14/2017 11:48:50 AM | GP/OP | Transferred | 32.76 | 8.76 |
| NKSP-RC | NKSP | 06/14/2017 09:09:00 AM | 06/14/2017 12:13:27 PM | GP/OP | Internally Admitted | 3.07 | |
| NKSP-RC | SATF | 06/11/2017 09:09:00 AM | 06/11/2017 04:59:57 PM | GP/OP | Transferred | 7.85 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| NKSP-RC | CHCF | 06/26/2017 11:48:00 AM | 06/27/2017 06:33:00 PM | MHCB | Transferred | 30.75 | 6.75 |
| **NKSP-RC Average** | | | | | | **15.79** | |
| PBSP | PBSP | 06/01/2017 07:19:00 PM | 06/02/2017 02:07:00 PM | CCCMS | Internally Admitted | 18.80 | |
| PBSP | PBSP | 06/08/2017 07:20:00 PM | 06/09/2017 11:17:51 AM | CCCMS | Internally Admitted | 15.96 | |
| PBSP | PBSP | 06/11/2017 08:12:00 AM | 06/11/2017 09:08:54 AM | CCCMS | Internally Admitted | 0.95 | |
| PBSP | PBSP | 06/14/2017 02:42:00 PM | 06/14/2017 04:22:45 PM | CCCMS | Internally Admitted | 1.68 | |
| PBSP | PBSP | 06/15/2017 04:18:00 PM | 06/16/2017 09:17:33 AM | CCCMS | Internally Admitted | 16.99 | |
| PBSP | PBSP | 06/19/2017 02:16:00 PM | 06/19/2017 02:51:35 PM | CCCMS | Internally Admitted | 0.59 | |
| PBSP | PBSP | 06/22/2017 02:24:00 PM | 06/22/2017 03:39:13 PM | CCCMS | Internally Admitted | 1.25 | |
| PBSP | PBSP | 06/22/2017 04:46:00 AM | 06/22/2017 10:43:52 AM | CCCMS | Internally Admitted | 5.96 | |
| PBSP | PBSP | 06/22/2017 11:36:00 AM | 06/22/2017 12:36:04 PM | CCCMS | Internally Admitted | 1.00 | |
| PBSP | PBSP | 06/22/2017 12:50:00 PM | 06/22/2017 02:28:07 PM | CCCMS | Internally Admitted | 1.64 | |
| PBSP | PBSP | 06/25/2017 02:25:00 PM | 06/25/2017 03:02:13 PM | CCCMS | Internally Admitted | 0.62 | |
| **PBSP Average** | | | | | | **5.95** | |
| PVSP | PVSP | 06/01/2017 07:45:00 AM | 06/01/2017 02:50:14 PM | CCCMS | Internally Admitted | 7.09 | |
| PVSP | PVSP | 06/05/2017 04:10:00 PM | 06/06/2017 10:06:25 AM | CCCMS | Internally Admitted | 17.94 | |
| PVSP | PVSP | 06/15/2017 09:24:00 AM | 06/15/2017 02:16:54 PM | EOP | Internally Admitted | 4.88 | |
| PVSP | PVSP | 06/16/2017 10:05:00 AM | 06/16/2017 11:19:00 AM | EOP | Internally Admitted | 1.23 | |
| PVSP | PVSP | 06/11/2017 05:19:00 PM | 06/12/2017 04:29:00 PM | MHCB | Internally Admitted | 23.17 | |
| **PVSP Average** | | | | | | **10.86** | |
| RJD | CIM | 06/01/2017 11:22:00 AM | 06/02/2017 02:47:00 PM | CCCMS | Transferred | 27.42 | 3.42 |
| RJD | CIM | 06/05/2017 11:40:00 AM | 06/08/2017 02:21:00 PM | CCCMS | Transferred | 74.68 | 50.68 |
| RJD | LAC | 06/03/2017 08:20:00 PM | 06/07/2017 09:30:43 AM | CCCMS | Transferred | 85.18 | 61.18 |
| RJD | LAC | 06/20/2017 10:13:00 AM | 06/23/2017 01:04:12 PM | CCCMS | Transferred | 74.85 | 50.85 |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| RJD | LAC | 06/21/2017 11:05:00 PM | 06/25/2017 06:46:39 AM | CCCMS | Transferred | 79.69 | 55.69 |
| RJD | RJD | 06/02/2017 08:36:00 AM | 06/02/2017 06:42:33 PM | CCCMS | Internally Admitted | 10.11 | |
| RJD | RJD | 06/10/2017 12:21:00 PM | 06/12/2017 08:53:35 PM | CCCMS | Internally Admitted | 56.54 | 32.54 |
| RJD | RJD | 06/16/2017 08:11:00 AM | 06/16/2017 03:37:07 PM | CCCMS | Internally Admitted | 7.44 | |
| RJD | RJD | 06/19/2017 03:40:00 PM | 06/21/2017 04:10:46 PM | CCCMS | Internally Admitted | 48.51 | 24.51 |
| RJD | RJD | 06/26/2017 10:20:00 PM | 06/27/2017 03:59:00 PM | CCCMS | Internally Admitted | 17.65 | |
| RJD | RJD | 06/28/2017 10:55:00 AM | 06/30/2017 12:03:46 PM | CCCMS | Internally Admitted | 49.15 | 25.15 |
| RJD | CIM | 06/01/2017 04:12:00 PM | 06/02/2017 02:47:00 PM | EOP | Transferred | 22.58 | |
| RJD | CIM | 06/01/2017 07:18:00 AM | 06/02/2017 02:47:00 PM | EOP | Transferred | 31.48 | 7.48 |
| RJD | CIM | 06/05/2017 03:11:00 PM | 06/08/2017 02:22:26 PM | EOP | Transferred | 71.19 | 47.19 |
| RJD | CIM | 06/05/2017 11:40:00 AM | 06/08/2017 03:33:40 PM | EOP | Transferred | 75.89 | 51.89 |
| RJD | CIM | 06/06/2017 10:59:00 AM | 06/08/2017 02:24:15 PM | EOP | Transferred | 51.42 | 27.42 |
| RJD | CIM | 06/14/2017 01:29:00 PM | 06/14/2017 03:08:00 PM | EOP | Transferred | 1.65 | |
| RJD | CIM | 06/16/2017 11:54:00 AM | 06/17/2017 08:42:58 AM | EOP | Transferred | 20.82 | |
| RJD | CIM | 06/19/2017 11:23:00 PM | 06/21/2017 03:33:00 PM | EOP | Transferred | 40.17 | 16.17 |
| RJD | CIM | 06/27/2017 01:37:00 PM | 06/29/2017 02:29:00 PM | EOP | Transferred | 48.87 | 24.87 |
| RJD | CIM | 06/27/2017 01:37:00 PM | 06/29/2017 02:29:00 PM | EOP | Transferred | 48.87 | 24.87 |
| RJD | CMC | 06/01/2017 03:08:00 PM | 06/03/2017 07:27:34 AM | EOP | Transferred | 40.33 | 16.33 |
| RJD | CMC | 06/09/2017 03:47:00 PM | 06/12/2017 01:53:00 PM | EOP | Transferred | 70.10 | 46.10 |
| RJD | CMC | 06/09/2017 04:35:00 PM | 06/12/2017 01:54:27 PM | EOP | Transferred | 69.32 | 45.32 |
| RJD | CMC | 06/09/2017 07:20:00 AM | 06/12/2017 01:51:34 PM | EOP | Transferred | 78.53 | 54.53 |
| RJD | CMC | 06/09/2017 08:19:00 PM | 06/12/2017 01:52:11 PM | EOP | Transferred | 65.55 | 41.55 |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| RJD | CMC | 06/11/2017 08:40:00 AM | 06/14/2017 04:52:53 AM | EOP | Transferred | 68.21 | 44.21 |
| RJD | CMC | 06/11/2017 11:05:00 AM | 06/14/2017 04:50:00 AM | EOP | Transferred | 65.75 | 41.75 |
| RJD | CMC | 06/12/2017 07:34:00 AM | 06/14/2017 04:52:03 AM | EOP | Transferred | 45.30 | 21.30 |
| RJD | CMC | 06/25/2017 07:48:00 AM | 06/28/2017 02:43:26 PM | EOP | Transferred | 78.92 | 54.92 |
| RJD | LAC | 06/02/2017 05:59:00 PM | 06/05/2017 10:56:15 AM | EOP | Transferred | 64.95 | 40.95 |
| RJD | LAC | 06/07/2017 02:44:00 PM | 06/09/2017 02:06:45 PM | EOP | Transferred | 47.38 | 23.38 |
| RJD | LAC | 06/07/2017 03:24:00 PM | 06/09/2017 02:07:35 PM | EOP | Transferred | 46.73 | 22.73 |
| RJD | LAC | 06/07/2017 05:55:00 PM | 06/09/2017 02:03:04 PM | EOP | Transferred | 44.13 | 20.13 |
| RJD | LAC | 06/07/2017 08:32:00 AM | 06/09/2017 02:05:35 PM | EOP | Transferred | 53.56 | 29.56 |
| RJD | LAC | 06/17/2017 01:02:00 PM | 06/18/2017 07:08:18 AM | EOP | Transferred | 18.11 | |
| RJD | LAC | 06/20/2017 08:48:00 AM | 06/22/2017 07:13:01 AM | EOP | Transferred | 46.42 | 22.42 |
| RJD | LAC | 06/20/2017 10:48:00 PM | 06/23/2017 01:03:33 PM | EOP | Transferred | 62.26 | 38.26 |
| RJD | LAC | 06/21/2017 04:59:00 PM | 06/25/2017 06:44:48 AM | EOP | Transferred | 85.76 | 61.76 |
| RJD | LAC | 06/22/2017 07:02:00 AM | 06/25/2017 11:33:20 AM | EOP | Transferred | 76.52 | 52.52 |
| RJD | LAC | 06/29/2017 02:58:00 PM | 06/30/2017 02:09:41 PM | EOP | Transferred | 23.19 | |
| RJD | LAC | 06/30/2017 05:49:00 PM | 07/02/2017 07:39:00 AM | EOP | Transferred | 37.83 | 13.83 |
| RJD | LAC | 06/30/2017 10:34:00 AM | 07/02/2017 06:39:09 AM | EOP | Transferred | 44.09 | 20.09 |
| RJD | NKSP | 06/25/2017 07:48:00 AM | 06/29/2017 04:38:16 AM | EOP | Transferred | 92.84 | 68.84 |
| RJD | NKSP | 06/26/2017 02:08:00 PM | 06/29/2017 02:29:00 PM | EOP | Transferred | 72.35 | 48.35 |
| RJD | PVSP | 06/24/2017 08:09:00 AM | 06/28/2017 02:28:00 PM | EOP | Transferred | 90.32 | 66.32 |
| RJD | RJD | 06/02/2017 05:59:00 PM | 06/03/2017 02:27:20 PM | EOP | Internally Admitted | 20.47 | |
| RJD | RJD | 06/02/2017 05:59:00 PM | 06/03/2017 02:27:20 PM | EOP | Internally Admitted | 20.47 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| RJD | RJD | 06/05/2017 07:39:00 AM | 06/07/2017 07:48:55 PM | EOP | Internally Admitted | 60.17 | 36.17 |
| RJD | RJD | 06/05/2017 10:36:00 AM | 06/08/2017 02:31:08 PM | EOP | Internally Admitted | 75.92 | 51.92 |
| RJD | RJD | 06/08/2017 11:50:00 AM | 06/09/2017 02:19:01 PM | EOP | Internally Admitted | 26.48 | 2.48 |
| RJD | RJD | 06/12/2017 11:47:00 AM | 06/12/2017 04:07:00 PM | EOP | Internally Admitted | 4.33 | |
| RJD | RJD | 06/14/2017 03:54:00 PM | 06/14/2017 07:47:54 PM | EOP | Internally Admitted | 3.90 | |
| RJD | RJD | 06/14/2017 11:26:00 AM | 06/14/2017 03:26:50 PM | EOP | Internally Admitted | 4.01 | |
| RJD | RJD | 06/16/2017 03:58:00 PM | 06/17/2017 07:02:00 PM | EOP | Internally Admitted | 27.07 | 3.07 |
| RJD | RJD | 06/16/2017 08:11:00 AM | 06/16/2017 03:37:07 PM | EOP | Internally Admitted | 7.44 | |
| RJD | RJD | 06/17/2017 01:02:00 PM | 06/18/2017 05:17:09 PM | EOP | Internally Admitted | 28.25 | 4.25 |
| RJD | RJD | 06/21/2017 10:36:00 AM | 06/23/2017 01:42:20 PM | EOP | Internally Admitted | 51.11 | 27.11 |
| RJD | RJD | 06/22/2017 12:28:00 PM | 06/23/2017 11:00:57 AM | EOP | Internally Admitted | 22.55 | |
| RJD | RJD | 06/23/2017 07:09:00 AM | 06/27/2017 03:10:25 PM | EOP | Internally Admitted | 104.02 | 80.02 |
| RJD | RJD | 06/26/2017 10:20:00 PM | 06/29/2017 11:58:27 AM | EOP | Internally Admitted | 61.64 | 37.64 |
| RJD | RJD | 06/28/2017 07:48:00 AM | 06/30/2017 03:14:43 PM | EOP | Internally Admitted | 55.45 | 31.45 |
| RJD | SAC | 06/12/2017 11:02:00 PM | 06/14/2017 04:53:42 AM | EOP | Transferred | 29.86 | 5.86 |
| RJD | SATF | 06/10/2017 10:40:00 AM | 06/12/2017 01:55:07 PM | EOP | Transferred | 51.25 | 27.25 |
| RJD | WSP | 06/05/2017 03:49:00 PM | 06/09/2017 06:36:14 AM | EOP | Transferred | 86.79 | 62.79 |
| RJD | CIM | 06/04/2017 11:01:00 AM | 06/07/2017 11:48:03 AM | GP/OP | Transferred | 72.78 | 48.78 |
| RJD | SAC | 06/06/2017 12:05:00 PM | 06/08/2017 06:56:00 AM | MHCB | Transferred | 42.85 | 18.85 |
| **RJD Average** | | | | | | **49.10** | |
| SAC | SAC | 06/01/2017 09:44:00 AM | 06/01/2017 07:22:28 PM | CCCMS | Internally Admitted | 9.64 | |
| SAC | SAC | 06/03/2017 01:18:00 PM | 06/03/2017 03:38:00 PM | CCCMS | Internally Admitted | 2.33 | |
| SAC | SAC | 06/03/2017 01:18:00 PM | 06/03/2017 05:47:23 PM | CCCMS | Internally Admitted | 4.49 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| SAC | SAC | 06/06/2017 01:40:00 PM | 06/06/2017 04:11:04 PM | CCCMS | Internally Admitted | 2.52 | |
| SAC | SAC | 06/13/2017 02:54:00 PM | 06/13/2017 03:06:00 PM | CCCMS | Internally Admitted | 0.20 | |
| SAC | SAC | 06/14/2017 09:37:00 AM | 06/14/2017 06:10:10 PM | CCCMS | Internally Admitted | 8.55 | |
| SAC | SAC | 06/20/2017 01:42:00 PM | 06/20/2017 05:10:00 PM | CCCMS | Internally Admitted | 3.47 | |
| SAC | SAC | 06/22/2017 09:56:00 AM | 06/22/2017 03:23:26 PM | CCCMS | Internally Admitted | 5.46 | |
| SAC | SAC | 06/23/2017 10:51:00 AM | 06/23/2017 02:34:34 PM | CCCMS | Internally Admitted | 3.73 | |
| SAC | SAC | 06/28/2017 01:35:00 PM | 06/28/2017 05:59:00 PM | CCCMS | Internally Admitted | 4.40 | |
| SAC | SAC | 06/29/2017 12:27:00 AM | 06/29/2017 06:45:42 PM | CCCMS | Internally Admitted | 18.31 | |
| SAC | CMC | 06/19/2017 01:06:00 PM | 06/19/2017 01:06:00 PM | EOP | Transferred | 0.00 | |
| SAC | CMF | 06/02/2017 01:40:00 PM | 06/03/2017 02:31:00 PM | EOP | Transferred | 24.85 | 0.85 |
| SAC | CMF | 06/26/2017 12:44:00 PM | 06/28/2017 10:57:00 AM | EOP | Transferred | 46.22 | 22.22 |
| SAC | SAC | 06/01/2017 12:02:00 AM | 06/01/2017 06:53:07 PM | EOP | Internally Admitted | 18.85 | |
| SAC | SAC | 06/01/2017 12:02:00 AM | 06/01/2017 07:16:32 PM | EOP | Internally Admitted | 19.24 | |
| SAC | SAC | 06/02/2017 10:45:00 AM | 06/02/2017 03:48:15 PM | EOP | Internally Admitted | 5.05 | |
| SAC | SAC | 06/02/2017 10:48:00 AM | 06/03/2017 09:32:48 AM | EOP | Internally Admitted | 22.75 | |
| SAC | SAC | 06/06/2017 01:28:00 PM | 06/06/2017 08:52:23 PM | EOP | Internally Admitted | 7.41 | |
| SAC | SAC | 06/06/2017 09:48:00 AM | 06/06/2017 01:03:28 PM | EOP | Internally Admitted | 3.26 | |
| SAC | SAC | 06/07/2017 10:07:00 AM | 06/07/2017 03:32:11 PM | EOP | Internally Admitted | 5.42 | |
| SAC | SAC | 06/08/2017 02:19:00 AM | 06/08/2017 03:54:16 PM | EOP | Internally Admitted | 13.59 | |
| SAC | SAC | 06/09/2017 01:55:00 PM | 06/09/2017 03:26:00 PM | EOP | Internally Admitted | 1.52 | |
| SAC | SAC | 06/10/2017 04:36:00 PM | 06/11/2017 12:45:28 PM | EOP | Internally Admitted | 20.16 | |
| SAC | SAC | 06/12/2017 10:09:00 AM | 06/12/2017 12:51:00 PM | EOP | Internally Admitted | 2.70 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| SAC | SAC | 06/12/2017 12:48:00 PM | 06/13/2017 01:00:00 PM | EOP | Internally Admitted | 24.20 | 0.20 |
| SAC | SAC | 06/14/2017 07:54:00 AM | 06/14/2017 06:10:10 PM | EOP | Internally Admitted | 10.27 | |
| SAC | SAC | 06/14/2017 12:41:00 PM | 06/14/2017 07:08:55 PM | EOP | Internally Admitted | 6.47 | |
| SAC | SAC | 06/15/2017 08:07:00 AM | 06/15/2017 12:00:00 PM | EOP | Internally Admitted | 3.88 | |
| SAC | SAC | 06/15/2017 12:40:00 AM | 06/15/2017 07:03:13 PM | EOP | Internally Admitted | 18.39 | |
| SAC | SAC | 06/17/2017 12:16:00 AM | 06/17/2017 01:13:17 PM | EOP | Internally Admitted | 12.95 | |
| SAC | SAC | 06/18/2017 07:20:00 AM | 06/18/2017 01:54:00 PM | EOP | Internally Admitted | 6.57 | |
| SAC | SAC | 06/19/2017 01:27:00 PM | 06/19/2017 05:18:19 PM | EOP | Internally Admitted | 3.86 | |
| SAC | SAC | 06/19/2017 01:28:00 PM | 06/19/2017 05:29:54 PM | EOP | Internally Admitted | 4.03 | |
| SAC | SAC | 06/19/2017 01:41:00 AM | 06/19/2017 03:39:09 PM | EOP | Internally Admitted | 13.97 | |
| SAC | SAC | 06/19/2017 02:47:00 PM | 06/20/2017 01:02:00 PM | EOP | Internally Admitted | 22.25 | |
| SAC | SAC | 06/19/2017 09:35:00 AM | 06/19/2017 03:54:47 PM | EOP | Internally Admitted | 6.33 | |
| SAC | SAC | 06/19/2017 10:55:00 PM | 06/20/2017 02:43:55 PM | EOP | Internally Admitted | 15.82 | |
| SAC | SAC | 06/20/2017 01:49:00 PM | 06/20/2017 06:44:08 PM | EOP | Internally Admitted | 4.92 | |
| SAC | SAC | 06/20/2017 09:08:00 PM | 06/21/2017 06:11:41 PM | EOP | Internally Admitted | 21.06 | |
| SAC | SAC | 06/21/2017 01:40:00 PM | 06/22/2017 11:20:01 AM | EOP | Internally Admitted | 21.67 | |
| SAC | SAC | 06/21/2017 09:42:00 AM | 06/21/2017 07:12:08 PM | EOP | Internally Admitted | 9.50 | |
| SAC | SAC | 06/22/2017 03:01:00 PM | 06/22/2017 07:49:37 PM | EOP | Internally Admitted | 4.81 | |
| SAC | SAC | 06/22/2017 12:07:00 PM | 06/23/2017 06:08:10 PM | EOP | Internally Admitted | 30.02 | 6.02 |
| SAC | SAC | 06/23/2017 11:28:00 AM | 06/24/2017 09:17:45 PM | EOP | Internally Admitted | 33.83 | 9.83 |
| SAC | SAC | 06/25/2017 12:56:00 AM | 06/25/2017 11:09:53 PM | EOP | Internally Admitted | 22.23 | |
| SAC | SAC | 06/27/2017 11:09:00 AM | 06/27/2017 07:14:20 PM | EOP | Internally Admitted | 8.09 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| SAC | SAC | 06/27/2017 12:41:00 AM | 06/27/2017 06:45:29 PM | EOP | Internally Admitted | 18.07 | |
| SAC | SAC | 06/28/2017 08:22:00 PM | 06/29/2017 03:55:13 PM | EOP | Internally Admitted | 19.55 | |
| SAC | SAC | 06/28/2017 11:35:00 AM | 06/28/2017 05:59:21 PM | EOP | Internally Admitted | 6.41 | |
| SAC | SAC | 06/28/2017 12:25:00 AM | 06/28/2017 06:42:35 PM | EOP | Internally Admitted | 18.29 | |
| SAC | SOL | 06/23/2017 02:11:00 PM | 06/25/2017 06:17:05 PM | EOP | Transferred | 52.10 | 28.10 |
| SAC | SOL | 06/29/2017 11:46:00 PM | 07/01/2017 11:19:37 AM | EOP | Transferred | 35.56 | 11.56 |
| SAC Average | | | | | | 13.38 | |
| SATF | CHCF | 06/19/2017 11:41:00 AM | 06/20/2017 06:05:00 PM | CCCMS | Transferred | 30.40 | 6.40 |
| SATF | CHCF | 06/20/2017 04:16:00 AM | 06/21/2017 03:44:00 PM | CCCMS | Transferred | 35.47 | 11.47 |
| SATF | CHCF | 06/30/2017 01:39:00 PM | 06/30/2017 09:23:00 PM | CCCMS | Transferred | 7.73 | |
| SATF | CMC | 06/27/2017 01:56:00 PM | 06/28/2017 08:36:00 PM | CCCMS | Transferred | 30.67 | 6.67 |
| SATF | CMC | 06/27/2017 01:56:00 PM | 06/28/2017 08:36:00 PM | CCCMS | Transferred | 30.67 | 6.67 |
| SATF | SATF | 06/01/2017 04:24:00 PM | 06/02/2017 01:05:28 PM | CCCMS | Internally Admitted | 20.69 | |
| SATF | SATF | 06/01/2017 08:41:00 AM | 06/01/2017 06:30:05 PM | CCCMS | Internally Admitted | 9.82 | |
| SATF | SATF | 06/04/2017 04:09:00 PM | 06/04/2017 09:18:00 PM | CCCMS | Internally Admitted | 5.15 | |
| SATF | SATF | 06/05/2017 06:42:00 PM | 06/06/2017 12:29:51 PM | CCCMS | Internally Admitted | 17.80 | |
| SATF | SATF | 06/12/2017 11:40:00 AM | 06/12/2017 04:48:00 PM | CCCMS | Internally Admitted | 5.13 | |
| SATF | SATF | 06/15/2017 08:07:00 PM | 06/16/2017 03:59:07 PM | CCCMS | Internally Admitted | 19.87 | |
| SATF | SATF | 06/28/2017 02:10:00 PM | 06/29/2017 01:32:21 PM | CCCMS | Internally Admitted | 23.37 | |
| SATF | SATF | 06/28/2017 10:33:00 AM | 06/29/2017 07:28:55 PM | CCCMS | Internally Admitted | 32.93 | 8.93 |
| SATF | SATF | 06/30/2017 04:23:00 AM | 06/30/2017 04:05:03 PM | CCCMS | Internally Admitted | 11.70 | |
| SATF | CHCF | 06/12/2017 03:42:00 PM | 06/13/2017 06:50:00 PM | EOP | Transferred | 27.13 | 3.13 |
| SATF | CHCF | 06/12/2017 10:52:00 PM | 06/13/2017 06:50:00 PM | EOP | Transferred | 19.97 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| SATF | CHCF | 06/19/2017 04:09:00 PM | 06/21/2017 03:44:00 PM | EOP | Transferred | 47.58 | 23.58 |
| SATF | CHCF | 06/21/2017 07:51:00 PM | 06/22/2017 02:31:00 PM | EOP | Transferred | 18.67 | |
| SATF | CHCF | 06/24/2017 05:40:00 PM | 06/25/2017 06:05:00 PM | EOP | Transferred | 24.42 | 0.42 |
| SATF | CHCF | 06/28/2017 04:27:00 PM | 06/29/2017 03:43:00 PM | EOP | Transferred | 23.27 | |
| SATF | CHCF | 06/28/2017 08:24:00 PM | 06/29/2017 03:43:00 PM | EOP | Transferred | 19.32 | |
| SATF | CHCF | 06/30/2017 01:39:00 PM | 06/30/2017 09:23:00 PM | EOP | Transferred | 7.73 | |
| SATF | CHCF | 06/30/2017 11:37:00 AM | 06/30/2017 04:51:00 PM | EOP | Transferred | 5.23 | |
| SATF | CHCF | 06/30/2017 11:37:00 AM | 06/30/2017 04:51:00 PM | EOP | Transferred | 5.23 | |
| SATF | CMC | 06/18/2017 08:41:00 PM | 06/19/2017 07:26:00 PM | EOP | Transferred | 22.75 | |
| SATF | CMC | 06/22/2017 10:30:00 PM | 06/23/2017 02:22:00 PM | EOP | Transferred | 15.87 | |
| SATF | CMC | 06/27/2017 09:43:00 PM | 06/28/2017 08:36:00 PM | EOP | Transferred | 22.88 | |
| SATF | CMC | 06/30/2017 12:29:00 PM | 06/30/2017 04:51:00 PM | EOP | Transferred | 4.37 | |
| SATF | CMF | 06/27/2017 02:20:00 PM | 06/28/2017 09:13:00 PM | EOP | Transferred | 30.88 | 6.88 |
| SATF | CMF | 06/27/2017 02:20:00 PM | 06/28/2017 09:13:00 PM | EOP | Transferred | 30.88 | 6.88 |
| SATF | COR | 06/01/2017 02:45:00 PM | 06/02/2017 03:00:00 PM | EOP | Transferred | 24.25 | 0.25 |
| SATF | COR | 06/18/2017 09:34:00 AM | 06/18/2017 06:30:00 PM | EOP | Transferred | 8.93 | |
| SATF | COR | 06/18/2017 09:34:00 AM | 06/18/2017 06:30:00 PM | EOP | Transferred | 8.93 | |
| SATF | KVSP | 06/13/2017 01:21:00 PM | 06/13/2017 07:30:00 PM | EOP | Transferred | 6.15 | |
| SATF | KVSP | 06/17/2017 09:19:00 AM | 06/17/2017 02:23:00 PM | EOP | Transferred | 5.07 | |
| SATF | SATF | 06/02/2017 01:54:00 PM | 06/02/2017 04:12:17 PM | EOP | Internally Admitted | 2.30 | |
| SATF | SATF | 06/05/2017 08:04:00 PM | 06/06/2017 12:29:51 PM | EOP | Internally Admitted | 16.43 | |
| SATF | SATF | 06/07/2017 12:11:00 PM | 06/07/2017 03:54:36 PM | EOP | Internally Admitted | 3.73 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| SATF | SATF | 06/07/2017 12:50:00 AM | 06/07/2017 01:25:35 PM | EOP | Internally Admitted | 12.59 | |
| SATF | SATF | 06/08/2017 12:57:00 PM | 06/08/2017 03:32:27 PM | EOP | Internally Admitted | 2.59 | |
| SATF | SATF | 06/09/2017 02:05:00 PM | 06/09/2017 05:45:19 PM | EOP | Internally Admitted | 3.67 | |
| SATF | SATF | 06/11/2017 11:38:00 AM | 06/11/2017 12:44:26 PM | EOP | Internally Admitted | 1.11 | |
| SATF | SATF | 06/14/2017 08:47:00 PM | 06/15/2017 01:08:23 PM | EOP | Internally Admitted | 16.36 | |
| SATF | SATF | 06/15/2017 04:38:00 PM | 06/16/2017 12:41:00 PM | EOP | Internally Admitted | 20.05 | |
| SATF | SATF | 06/15/2017 08:07:00 PM | 06/16/2017 12:41:47 PM | EOP | Internally Admitted | 16.58 | |
| SATF | SATF | 06/16/2017 04:15:00 PM | 06/17/2017 01:52:37 PM | EOP | Internally Admitted | 21.63 | |
| SATF | SATF | 06/16/2017 08:04:00 PM | 06/17/2017 01:52:37 PM | EOP | Internally Admitted | 17.81 | |
| SATF | SATF | 06/19/2017 09:26:00 PM | 06/21/2017 01:50:00 PM | EOP | Internally Admitted | 40.40 | 16.40 |
| SATF | SATF | 06/20/2017 10:51:00 AM | 06/21/2017 12:29:08 PM | EOP | Internally Admitted | 25.64 | 1.64 |
| SATF | SATF | 06/26/2017 11:05:00 AM | 06/27/2017 01:34:00 PM | EOP | Internally Admitted | 26.48 | 2.48 |
| SATF | SATF | 06/29/2017 08:15:00 AM | 06/29/2017 01:32:21 PM | EOP | Internally Admitted | 5.29 | |
| SATF | SATF | 06/30/2017 04:23:00 AM | 06/30/2017 04:05:03 PM | EOP | Internally Admitted | 11.70 | |
| SATF | SATF | 06/14/2017 11:45:00 AM | 06/14/2017 01:33:00 PM | GP/OP | Internally Admitted | 1.80 | |
| SATF Average | | | | | | 17.11 | |
| SCC | CMF | 06/14/2017 11:49:00 AM | 06/14/2017 05:17:42 PM | CCCMS | Transferred | 5.48 | |
| SCC | PVSP | 06/27/2017 02:04:00 PM | 06/28/2017 02:08:17 PM | GP/OP | Transferred | 24.07 | 0.07 |
| SCC Average | | | | | | 14.78 | |
| SOL | SOL | 06/19/2017 12:53:00 PM | 06/19/2017 01:38:27 PM | CCCMS | Internally Admitted | 0.76 | |
| SOL | SOL | 06/24/2017 02:10:00 PM | 06/24/2017 04:36:10 PM | CCCMS | Internally Admitted | 2.44 | |
| SOL | SOL | 06/29/2017 09:55:00 AM | 06/29/2017 01:06:27 PM | GP/OP | Internally Admitted | 3.19 | |
| SOL Average | | | | | | 2.13 | |
| SQ | CMF | 06/07/2017 10:34:00 AM | 06/07/2017 01:46:39 PM | CCCMS | Transferred | 3.21 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| SQ | CMF | 06/29/2017 07:24:00 PM | 06/30/2017 02:10:00 PM | CCCMS | Transferred | 18.77 | |
| SQ | CMF | 06/04/2017 11:01:00 PM | 06/05/2017 02:25:14 PM | EOP | Transferred | 15.40 | |
| SQ | CMF | 06/29/2017 10:03:00 AM | 06/29/2017 03:02:32 PM | EOP | Transferred | 4.99 | |
| SQ | SOL | 06/13/2017 12:58:00 PM | 06/13/2017 03:39:25 PM | EOP | Transferred | 2.69 | |
| SQ | CMF | 06/04/2017 06:22:00 PM | 06/05/2017 02:27:09 PM | GP/OP | Transferred | 20.09 | |
| SQ Average | | | | | | 10.86 | |
| SQ-RC | CMF | 06/09/2017 08:40:00 PM | 06/10/2017 04:44:55 PM | CCCMS | Transferred | 20.08 | |
| SQ-RC | CMF | 06/08/2017 12:23:00 PM | 06/08/2017 03:54:00 PM | EOP | Transferred | 3.52 | |
| SQ-RC | CMF | 06/29/2017 07:31:00 AM | 06/29/2017 03:00:50 PM | EOP | Transferred | 7.50 | |
| SQ-RC | SOL | 06/16/2017 11:48:00 AM | 06/16/2017 05:01:00 PM | EOP | Transferred | 5.22 | |
| SQ-RC | SOL | 06/16/2017 12:24:00 PM | 06/16/2017 05:00:00 PM | EOP | Transferred | 4.60 | |
| SQ-RC | SAC | 06/29/2017 10:42:00 AM | 06/29/2017 02:59:14 PM | GP/OP | Transferred | 4.29 | |
| SQ-RC Average | | | | | | 7.54 | |
| SVSP | CHCF | 06/07/2017 05:24:00 PM | 06/09/2017 12:38:00 PM | CCCMS | Transferred | 43.23 | 19.23 |
| SVSP | CHCF | 06/12/2017 05:41:00 PM | 06/13/2017 02:17:56 PM | CCCMS | Transferred | 20.62 | |
| SVSP | CHCF | 06/18/2017 03:58:00 PM | 06/19/2017 01:05:19 PM | CCCMS | Transferred | 21.12 | |
| SVSP | CHCF | 06/29/2017 01:41:00 PM | 06/30/2017 08:18:21 AM | CCCMS | Transferred | 18.62 | |
| SVSP | CMC | 06/23/2017 12:29:00 PM | 06/24/2017 07:46:50 AM | CCCMS | Transferred | 19.30 | |
| SVSP | CMF | 06/11/2017 10:41:00 PM | 06/12/2017 05:20:35 PM | CCCMS | Transferred | 18.66 | |
| SVSP | SVSP | 06/02/2017 07:40:00 PM | 06/03/2017 04:26:59 PM | CCCMS | Internally Admitted | 20.78 | |
| SVSP | SVSP | 06/16/2017 11:53:00 PM | 06/17/2017 05:12:27 PM | CCCMS | Internally Admitted | 17.32 | |
| SVSP | SVSP | 06/23/2017 01:32:00 AM | 06/23/2017 03:29:17 PM | CCCMS | Internally Admitted | 13.95 | |
| SVSP | CHCF | 06/07/2017 07:12:00 PM | 06/09/2017 12:38:00 PM | EOP | Transferred | 41.43 | 17.43 |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| SVSP | CHCF | 06/18/2017 02:05:00 PM | 06/19/2017 01:05:48 PM | EOP | Transferred | 23.01 | |
| SVSP | CHCF | 06/23/2017 10:53:00 AM | 06/23/2017 02:30:59 PM | EOP | Transferred | 3.63 | |
| SVSP | CHCF | 06/24/2017 05:07:00 PM | 06/25/2017 05:50:05 PM | EOP | Transferred | 24.72 | 0.72 |
| SVSP | CHCF | 06/25/2017 11:37:00 AM | 06/26/2017 03:20:34 PM | EOP | Transferred | 27.73 | 3.73 |
| SVSP | CHCF | 06/29/2017 02:28:00 PM | 06/30/2017 08:18:28 AM | EOP | Transferred | 17.84 | |
| SVSP | CHCF | 06/29/2017 12:01:00 PM | 06/30/2017 09:11:46 AM | EOP | Transferred | 21.18 | |
| SVSP | CHCF | 06/30/2017 02:13:00 PM | 07/02/2017 03:15:00 PM | EOP | Transferred | 49.03 | 25.03 |
| SVSP | CMC | 06/18/2017 06:59:00 PM | 06/19/2017 12:57:48 PM | EOP | Transferred | 17.98 | |
| SVSP | CMC | 06/29/2017 05:38:00 PM | 06/30/2017 05:30:29 PM | EOP | Transferred | 23.87 | |
| SVSP | CMF | 06/27/2017 10:41:00 PM | 06/28/2017 03:15:10 PM | EOP | Transferred | 16.57 | |
| SVSP | SOL | 06/13/2017 11:11:00 AM | 06/13/2017 05:33:52 PM | EOP | Transferred | 6.38 | |
| SVSP | SOL | 06/13/2017 11:44:00 AM | 06/13/2017 05:33:20 PM | EOP | Transferred | 5.82 | |
| SVSP | SVSP | 06/02/2017 04:39:00 PM | 06/02/2017 05:56:00 PM | EOP | Internally Admitted | 1.28 | |
| SVSP | SVSP | 06/05/2017 06:16:00 PM | 06/06/2017 04:15:19 PM | EOP | Internally Admitted | 21.99 | |
| SVSP | SVSP | 06/05/2017 06:16:00 PM | 06/06/2017 04:15:19 PM | EOP | Internally Admitted | 21.99 | |
| SVSP | SVSP | 06/05/2017 10:25:00 PM | 06/06/2017 04:15:19 PM | EOP | Internally Admitted | 17.84 | |
| SVSP | SVSP | 06/08/2017 06:33:00 PM | 06/09/2017 01:16:59 PM | EOP | Internally Admitted | 18.73 | |
| SVSP | SVSP | 06/10/2017 12:16:00 PM | 06/10/2017 04:37:00 PM | EOP | Internally Admitted | 4.35 | |
| SVSP | SVSP | 06/12/2017 04:52:00 PM | 06/14/2017 11:18:42 AM | EOP | Internally Admitted | 42.45 | 18.45 |
| SVSP | SVSP | 06/16/2017 04:58:00 PM | 06/17/2017 04:24:34 PM | EOP | Internally Admitted | 23.44 | |
| SVSP | SVSP | 06/16/2017 11:53:00 PM | 06/17/2017 05:12:00 PM | EOP | Internally Admitted | 17.32 | |
| SVSP | SVSP | 06/17/2017 04:07:00 AM | 06/17/2017 12:54:31 PM | EOP | Internally Admitted | 8.79 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| SVSP | SVSP | 06/24/2017 09:48:00 AM | 06/24/2017 04:19:59 PM | EOP | Internally Admitted | 6.53 | |
| SVSP | SVSP | 06/26/2017 06:09:00 PM | 06/27/2017 07:20:45 PM | EOP | Internally Admitted | 25.20 | 1.20 |
| SVSP | SVSP | 06/30/2017 12:08:00 PM | 06/30/2017 02:04:20 PM | EOP | Internally Admitted | 1.94 | |
| SVSP | CHCF | 06/06/2017 03:31:00 PM | 06/07/2017 02:46:09 PM | GP/OP | Transferred | 23.25 | |
| SVSP | CMF | 06/19/2017 11:52:00 PM | 06/21/2017 12:35:00 PM | GP/OP | Transferred | 36.72 | 12.72 |
| **SVSP Average** | | | | | | **20.12** | |
| VSP | CHCF | 06/01/2017 10:46:00 AM | 06/01/2017 04:25:46 PM | CCCMS | Transferred | 5.66 | |
| VSP | CHCF | 06/10/2017 02:37:00 PM | 06/11/2017 07:22:46 AM | CCCMS | Transferred | 16.76 | |
| VSP | CHCF | 06/13/2017 03:33:00 PM | 06/14/2017 02:33:00 PM | CCCMS | Transferred | 23.00 | |
| VSP | CHCF | 06/14/2017 09:04:00 PM | 06/15/2017 01:47:00 PM | CCCMS | Transferred | 16.72 | |
| VSP | CHCF | 06/16/2017 10:50:00 AM | 06/16/2017 02:47:00 PM | CCCMS | Transferred | 3.95 | |
| VSP | CHCF | 06/17/2017 05:49:00 PM | 06/18/2017 04:17:55 PM | CCCMS | Transferred | 22.48 | |
| VSP | CHCF | 06/25/2017 04:45:00 PM | 06/26/2017 03:24:45 PM | CCCMS | Transferred | 22.66 | |
| VSP | CMF | 06/19/2017 02:26:00 PM | 06/20/2017 03:16:00 PM | CCCMS | Transferred | 24.83 | 0.83 |
| VSP | CMF | 06/20/2017 09:50:00 AM | 06/21/2017 01:29:53 PM | CCCMS | Transferred | 27.66 | 3.66 |
| VSP | CHCF | 06/03/2017 11:25:00 AM | 06/04/2017 07:15:47 AM | EOP | Transferred | 19.85 | |
| VSP | CHCF | 06/04/2017 03:25:00 PM | 06/05/2017 11:15:52 AM | EOP | Transferred | 19.85 | |
| VSP | CHCF | 06/05/2017 01:31:00 PM | 06/06/2017 09:28:00 AM | EOP | Transferred | 19.95 | |
| VSP | CHCF | 06/08/2017 10:04:00 PM | 06/09/2017 03:50:00 PM | EOP | Transferred | 17.77 | |
| VSP | CHCF | 06/09/2017 03:49:00 PM | 06/09/2017 07:00:04 PM | EOP | Transferred | 3.18 | |
| VSP | CHCF | 06/10/2017 01:40:00 PM | 06/11/2017 07:22:21 AM | EOP | Transferred | 17.71 | |
| VSP | CHCF | 06/11/2017 12:15:00 PM | 06/12/2017 10:07:41 AM | EOP | Transferred | 21.88 | |
| VSP | CHCF | 06/12/2017 03:57:00 PM | 06/13/2017 01:55:00 PM | EOP | Transferred | 21.97 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| VSP | CHCF | 06/13/2017 09:39:00 PM | 06/14/2017 02:33:00 PM | EOP | Transferred | 16.90 | |
| VSP | CHCF | 06/15/2017 11:41:00 PM | 06/16/2017 01:27:11 PM | EOP | Transferred | 13.77 | |
| VSP | CHCF | 06/16/2017 10:50:00 AM | 06/16/2017 01:41:10 PM | EOP | Transferred | 2.85 | |
| VSP | CHCF | 06/18/2017 09:54:00 AM | 06/18/2017 04:17:39 PM | EOP | Transferred | 6.39 | |
| VSP | CHCF | 06/21/2017 12:08:00 PM | 06/22/2017 08:22:05 AM | EOP | Transferred | 20.23 | |
| VSP | CHCF | 06/23/2017 01:09:00 PM | 06/23/2017 05:30:00 PM | EOP | Transferred | 4.35 | |
| VSP | CHCF | 06/23/2017 06:32:00 PM | 06/24/2017 03:51:22 PM | EOP | Transferred | 21.32 | |
| VSP | CHCF | 06/25/2017 08:56:00 PM | 06/27/2017 01:10:00 PM | EOP | Transferred | 40.23 | 16.23 |
| VSP | CHCF | 06/27/2017 04:44:00 PM | 06/28/2017 03:07:00 PM | EOP | Transferred | 22.38 | |
| VSP | CMF | 06/19/2017 04:49:00 PM | 06/21/2017 01:51:55 PM | EOP | Transferred | 45.05 | 21.05 |
| VSP | CMF | 06/20/2017 09:16:00 AM | 06/21/2017 01:31:46 PM | EOP | Transferred | 28.26 | 4.26 |
| VSP | CMF | 06/28/2017 10:33:00 AM | 06/28/2017 04:28:11 PM | EOP | Transferred | 5.92 | |
| VSP | PVSP | 06/25/2017 02:05:00 PM | 06/26/2017 10:26:24 AM | EOP | Transferred | 20.36 | |
| VSP | CHCF | 06/30/2017 01:39:00 AM | 06/30/2017 01:58:00 PM | GP/OP | Transferred | 12.32 | |
| **VSP Average** | | | | | | **18.26** | |
| WSP | CHCF | 06/09/2017 04:26:00 PM | 06/10/2017 07:02:00 PM | CCCMS | Transferred | 26.60 | 2.60 |
| WSP | SAC | 06/07/2017 02:47:00 PM | 06/07/2017 07:50:19 PM | CCCMS | Transferred | 5.06 | |
| WSP | CHCF | 06/06/2017 01:45:00 PM | 06/06/2017 07:54:31 PM | EOP | Transferred | 6.16 | |
| WSP | CHCF | 06/09/2017 09:16:00 PM | 06/10/2017 07:02:04 PM | EOP | Transferred | 21.77 | |
| WSP | CHCF | 06/19/2017 04:56:00 PM | 06/21/2017 06:14:59 PM | EOP | Transferred | 49.32 | 25.32 |
| WSP | CMC | 06/08/2017 06:20:00 PM | 06/09/2017 04:54:11 PM | EOP | Transferred | 22.57 | |
| WSP | CMC | 06/22/2017 04:06:00 PM | 06/23/2017 11:45:00 AM | EOP | Transferred | 19.65 | |
| WSP | NKSP | 06/16/2017 07:15:00 PM | 06/17/2017 05:43:21 PM | EOP | Transferred | 22.47 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| WSP | WSP | 06/03/2017 08:15:00 PM | 06/04/2017 12:46:48 PM | EOP | Internally Admitted | 16.53 | |
| WSP | WSP | 06/26/2017 03:37:00 PM | 06/28/2017 07:11:27 PM | EOP | Internally Admitted | 51.57 | 27.57 |
| WSP | WSP | 06/29/2017 06:30:00 PM | 06/30/2017 03:38:49 PM | EOP | Internally Admitted | 21.15 | |
| **WSP Average** | | | | | | **23.90** | |
| WSP-RC | CHCF | 06/09/2017 11:24:00 AM | 06/09/2017 07:47:00 PM | CCCMS | Transferred | 8.38 | |
| WSP-RC | CHCF | 06/10/2017 06:26:00 AM | 06/10/2017 07:02:04 PM | CCCMS | Transferred | 12.60 | |
| WSP-RC | CHCF | 06/24/2017 02:11:00 PM | 06/24/2017 07:11:37 PM | CCCMS | Transferred | 5.01 | |
| WSP-RC | CHCF | 06/25/2017 05:56:00 PM | 06/26/2017 04:57:50 PM | CCCMS | Transferred | 23.03 | |
| WSP-RC | KVSP | 06/16/2017 07:08:00 PM | 06/17/2017 05:43:19 PM | CCCMS | Transferred | 22.59 | |
| WSP-RC | PVSP | 06/27/2017 11:51:00 AM | 06/28/2017 05:43:28 PM | CCCMS | Transferred | 29.87 | 5.87 |
| WSP-RC | WSP | 06/10/2017 06:43:00 PM | 06/12/2017 04:13:00 PM | CCCMS | Internally Admitted | 45.50 | 21.50 |
| WSP-RC | WSP | 06/15/2017 06:12:00 PM | 06/16/2017 06:32:39 PM | CCCMS | Internally Admitted | 24.34 | 0.34 |
| WSP-RC | WSP | 06/26/2017 09:32:00 AM | 06/27/2017 06:15:22 PM | CCCMS | Internally Admitted | 32.72 | 8.72 |
| WSP-RC | CHCF | 06/07/2017 12:23:00 PM | 06/07/2017 07:51:00 PM | EOP | Transferred | 7.47 | |
| WSP-RC | CHCF | 06/09/2017 12:35:00 PM | 06/09/2017 07:47:25 PM | EOP | Transferred | 7.21 | |
| WSP-RC | CHCF | 06/13/2017 03:19:00 PM | 06/14/2017 03:46:56 PM | EOP | Transferred | 24.47 | 0.47 |
| WSP-RC | CHCF | 06/17/2017 09:33:00 PM | 06/18/2017 07:17:00 PM | EOP | Transferred | 21.73 | |
| WSP-RC | CHCF | 06/20/2017 02:26:00 PM | 06/21/2017 06:41:00 PM | EOP | Transferred | 28.25 | 4.25 |
| WSP-RC | CHCF | 06/20/2017 07:43:00 PM | 06/21/2017 06:14:00 PM | EOP | Transferred | 22.52 | |
| WSP-RC | CHCF | 06/24/2017 10:12:00 PM | 06/25/2017 07:26:00 PM | EOP | Transferred | 21.23 | |
| WSP-RC | CMC | 06/18/2017 07:53:00 PM | 06/19/2017 06:13:00 PM | EOP | Transferred | 22.33 | |
| WSP-RC | CMC | 06/28/2017 09:56:00 PM | 06/29/2017 03:21:27 PM | EOP | Transferred | 17.42 | |
| WSP-RC | COR | 06/18/2017 09:44:00 AM | 06/18/2017 05:00:00 PM | EOP | Transferred | 7.27 | |

| Referring Institution | Receiving Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Referral Disposition | Hours to Disposition | Time Over 24 Hours |
|---|---|---|---|---|---|---|---|
| WSP-RC | COR | 06/18/2017 09:44:00 AM | 06/18/2017 05:00:00 PM | EOP | Transferred | 7.27 | |
| WSP-RC | NKSP | 06/16/2017 09:09:00 PM | 06/17/2017 05:43:24 PM | EOP | Transferred | 20.57 | |
| WSP-RC | SATF | 06/25/2017 05:26:00 PM | 06/26/2017 04:35:00 PM | EOP | Transferred | 23.15 | |
| WSP-RC | SATF | 06/25/2017 05:26:00 PM | 06/26/2017 04:35:33 PM | EOP | Transferred | 23.16 | |
| WSP-RC | WSP | 06/30/2017 05:11:00 PM | 07/01/2017 06:25:34 PM | EOP | Internally Admitted | 25.24 | 1.24 |
| WSP-RC | CHCF | 06/20/2017 08:56:00 PM | 06/21/2017 06:40:58 PM | GP/OP | Transferred | 21.75 | |
| WSP-RC | CMC | 06/14/2017 11:50:00 AM | 06/14/2017 06:29:00 PM | GP/OP | Transferred | 6.65 | |
| WSP-RC | WSP | 06/29/2017 07:28:00 PM | 06/30/2017 03:38:49 PM | GP/OP | Internally Admitted | 20.18 | |
| WSP-RC Average | | | | | | 19.70 | |
| Grand Average | | | | | | 21.94 | |

| SUMMARY OF PLACEMENTS | | | |
|---|---|---|---|
| Time Frames | Total Placements | Average Hours to Disposition | Range for Hours to Disposition |
| Combined | 833 | 21.94 | |
| < or = 24 hours | 590 | 11.87 | |
| > 24 hrs < or = 48 hrs | 168 | 32.68 | 0.00-263.42 |
| > 48 hrs < or = 72 hrs | 43 | 57.31 | |
| > 72 hours | 32 | 103.78 | |

HCPOP 7/17/2017

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE — ATTACHMENT 2B

JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| ASP | 06/12/2017 09:54:00 PM | 06/13/2017 10:55:00 AM | MHCB | Returned to Housing | 13.02 |
| **ASP Average** | | | | | **13.02** |
| CCWF | 06/01/2017 09:57:00 PM | 06/03/2017 01:04:00 PM | CCCMS | Returned to Housing | 39.12 |
| CCWF | 06/01/2017 11:02:00 PM | 06/03/2017 01:11:00 PM | CCCMS | Returned to Housing | 38.15 |
| CCWF | 06/04/2017 06:47:00 PM | 06/05/2017 12:18:00 PM | CCCMS | Returned to Housing | 17.52 |
| CCWF | 06/05/2017 09:00:00 PM | 06/06/2017 02:09:00 PM | CCCMS | Returned to Housing | 17.15 |
| CCWF | 06/06/2017 11:28:00 PM | 06/07/2017 12:20:00 PM | CCCMS | Returned to Housing | 12.87 |
| CCWF | 06/07/2017 05:00:00 PM | 06/08/2017 12:06:00 PM | CCCMS | Returned to Housing | 19.10 |
| CCWF | 06/10/2017 04:04:00 PM | 06/11/2017 09:09:00 AM | CCCMS | Returned to Housing | 17.08 |
| CCWF | 06/11/2017 04:28:00 PM | 06/16/2017 02:12:00 PM | CCCMS | Returned to Housing | 117.73 |
| CCWF | 06/11/2017 06:57:00 PM | 06/13/2017 11:26:00 AM | CCCMS | Returned to Housing | 40.48 |
| CCWF | 06/11/2017 09:36:00 PM | 06/12/2017 03:19:00 PM | CCCMS | Returned to Housing | 17.72 |
| CCWF | 06/12/2017 03:04:00 PM | 06/14/2017 01:53:00 PM | CCCMS | Returned to Housing | 46.82 |
| CCWF | 06/14/2017 01:18:00 PM | 06/17/2017 09:35:00 AM | CCCMS | Returned to Housing | 68.28 |
| CCWF | 06/14/2017 01:26:00 AM | 06/14/2017 01:53:00 PM | CCCMS | Returned to Housing | 12.45 |
| CCWF | 06/14/2017 04:51:00 PM | 06/17/2017 09:35:00 AM | CCCMS | Returned to Housing | 64.73 |
| CCWF | 06/15/2017 06:31:00 PM | 06/16/2017 02:12:00 PM | CCCMS | Returned to Housing | 19.68 |
| CCWF | 06/17/2017 05:31:00 PM | 06/18/2017 12:28:00 PM | CCCMS | Returned to Housing | 18.95 |
| CCWF | 06/17/2017 09:53:00 PM | 06/18/2017 12:27:00 PM | CCCMS | Returned to Housing | 14.57 |
| CCWF | 06/18/2017 10:51:00 PM | 06/19/2017 01:47:00 PM | CCCMS | Returned to Housing | 14.93 |
| CCWF | 06/19/2017 05:32:00 AM | 06/21/2017 03:34:00 PM | CCCMS | Returned to Housing | 58.03 |
| CCWF | 06/19/2017 08:01:00 PM | 06/21/2017 03:34:00 PM | CCCMS | Returned to Housing | 43.55 |

HCPOP 7/14/2017

RESCINDED MHCB REFERRAL BY INSTITUTION AND PRIOR LEVEL OF CARE ATTACHMENT 2B
JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| CCWF | 06/21/2017 09:12:00 PM | 06/24/2017 01:16:00 PM | CCCMS | Returned to Housing | 64.07 |
| CCWF | 06/23/2017 06:23:00 PM | 06/24/2017 01:16:00 PM | CCCMS | Returned to Housing | 18.88 |
| CCWF | 06/23/2017 12:59:00 AM | 06/23/2017 10:51:00 AM | CCCMS | Returned to Housing | 9.87 |
| CCWF | 06/24/2017 03:48:00 AM | 06/26/2017 11:26:00 AM | CCCMS | Returned to Housing | 55.63 |
| CCWF | 06/24/2017 06:23:00 PM | 06/25/2017 01:12:00 PM | CCCMS | Returned to Housing | 18.82 |
| CCWF | 06/25/2017 04:25:00 PM | 06/26/2017 11:40:00 AM | CCCMS | Returned to Housing | 19.25 |
| CCWF | 06/25/2017 07:36:00 PM | 06/26/2017 02:39:00 PM | CCCMS | Returned to Housing | 19.05 |
| CCWF | 06/27/2017 03:35:00 PM | 06/29/2017 11:16:00 AM | CCCMS | Returned to Housing | 43.68 |
| CCWF | 06/27/2017 06:16:00 AM | 06/29/2017 11:16:00 AM | CCCMS | Returned to Housing | 53.00 |
| CCWF | 06/28/2017 09:50:00 PM | 06/29/2017 11:16:00 AM | CCCMS | Returned to Housing | 13.43 |
| CCWF | 06/29/2017 03:39:00 AM | 06/29/2017 11:16:00 AM | CCCMS | Returned to Housing | 7.62 |
| CCWF | 06/01/2017 09:57:00 PM | 06/03/2017 01:04:00 PM | EOP | Returned to Housing | 39.12 |
| CCWF | 06/08/2017 02:45:00 AM | 06/08/2017 12:06:00 PM | EOP | Returned to Housing | 9.35 |
| CCWF | 06/08/2017 10:32:00 PM | 06/12/2017 03:28:00 PM | EOP | Returned to Housing | 88.93 |
| CCWF | 06/10/2017 11:46:00 PM | 06/11/2017 09:09:00 AM | EOP | Returned to Housing | 9.38 |
| CCWF | 06/11/2017 08:02:00 PM | 06/12/2017 03:19:00 PM | EOP | Returned to Housing | 19.28 |
| CCWF | 06/13/2017 04:25:00 PM | 06/16/2017 02:12:00 PM | EOP | Returned to Housing | 69.78 |
| CCWF | 06/14/2017 01:18:00 PM | 06/15/2017 12:32:00 PM | EOP | Returned to Housing | 23.23 |
| CCWF | 06/17/2017 07:18:00 PM | 06/24/2017 01:16:00 PM | EOP | Returned to Housing | 161.97 |
| CCWF | 06/19/2017 05:50:00 PM | 06/24/2017 01:16:00 PM | EOP | Returned to Housing | 115.43 |
| CCWF | 06/19/2017 10:27:00 PM | 06/20/2017 01:38:00 PM | EOP | Returned to Housing | 15.18 |
| CCWF | 06/20/2017 05:31:00 PM | 06/21/2017 03:34:00 PM | EOP | Returned to Housing | 22.05 |

HCPOP 7/14/2017

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE   ATTACHMENT 2B
JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| CCWF | 06/20/2017 06:43:00 PM | 06/21/2017 03:34:00 PM | EOP | Returned to Housing | 20.85 |
| CCWF | 06/23/2017 04:31:00 PM | 06/24/2017 01:16:00 PM | EOP | Returned to Housing | 20.75 |
| CCWF | 06/25/2017 09:35:00 PM | 06/26/2017 11:40:00 AM | EOP | Returned to Housing | 14.08 |
| CCWF | 06/28/2017 04:09:00 PM | 07/01/2017 11:38:00 AM | EOP | Returned to Housing | 67.48 |
| CCWF | 06/29/2017 10:48:00 PM | 07/07/2017 08:48:00 AM | EOP | Requires Higher LOC | 178.00 |
| CCWF | 06/02/2017 06:40:00 PM | 06/03/2017 01:04:00 PM | GP/OP | Returned to Housing | 18.40 |
| CCWF | 06/06/2017 11:28:00 PM | 06/08/2017 12:50:00 PM | GP/OP | Returned to Housing | 37.37 |
| CCWF | 06/07/2017 10:34:00 PM | 06/08/2017 12:06:00 PM | GP/OP | Returned to Housing | 13.53 |
| CCWF | 06/20/2017 11:16:00 PM | 06/23/2017 10:51:00 AM | GP/OP | Returned to Housing | 59.58 |
| CCWF | 06/21/2017 09:54:00 PM | 06/23/2017 10:51:00 AM | GP/OP | Returned to Housing | 36.95 |
| CCWF | 06/23/2017 12:59:00 AM | 06/23/2017 10:51:00 AM | GP/OP | Returned to Housing | 9.87 |
| CCWF | 06/25/2017 11:09:00 PM | 06/27/2017 11:46:00 AM | GP/OP | Returned to Housing | 36.62 |
| CCWF | 06/28/2017 05:53:00 PM | 07/01/2017 11:38:00 AM | GP/OP | Returned to Housing | 65.75 |
| **CCWF Average** | | | | | **39.55** |
| CCWF-RC | 06/07/2017 10:34:00 PM | 06/10/2017 01:08:00 PM | CCCMS | Returned to Housing | 62.57 |
| CCWF-RC | 06/09/2017 04:35:00 PM | 06/10/2017 01:08:00 PM | CCCMS | Returned to Housing | 20.55 |
| CCWF-RC | 06/10/2017 03:59:00 AM | 06/17/2017 09:35:00 AM | CCCMS | Returned to Housing | 173.60 |
| CCWF-RC | 06/10/2017 07:42:00 PM | 06/11/2017 09:09:00 AM | CCCMS | Returned to Housing | 13.45 |
| CCWF-RC | 06/18/2017 08:57:00 PM | 06/19/2017 01:47:00 PM | CCCMS | Returned to Housing | 16.83 |
| CCWF-RC | 06/19/2017 03:03:00 PM | 06/21/2017 03:34:00 PM | CCCMS | Returned to Housing | 48.52 |
| CCWF-RC | 06/19/2017 08:01:00 PM | 06/24/2017 01:16:00 PM | CCCMS | Returned to Housing | 113.25 |
| CCWF-RC | 06/20/2017 02:36:00 AM | 06/24/2017 01:16:00 PM | CCCMS | Returned to Housing | 106.67 |

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| CCWF-RC | 06/21/2017 05:15:00 PM | 06/25/2017 01:12:00 PM | CCCMS | Returned to Housing | 91.95 |
| CCWF-RC | 06/26/2017 12:47:00 AM | 07/01/2017 11:38:00 AM | CCCMS | Returned to Housing | 130.85 |
| CCWF-RC | 06/27/2017 06:16:00 AM | 06/30/2017 08:56:00 PM | CCCMS | Returned to Housing | 86.67 |
| CCWF-RC | 06/29/2017 04:07:00 PM | 07/01/2017 11:38:00 AM | CCCMS | Returned to Housing | 43.52 |
| CCWF-RC | 06/26/2017 02:02:00 PM | 07/01/2017 11:38:00 AM | EOP | Returned to Housing | 117.60 |
| CCWF-RC | 06/28/2017 05:54:00 PM | 07/01/2017 11:38:00 AM | EOP | Returned to Housing | 65.73 |
| CCWF-RC | 06/18/2017 09:34:00 AM | 06/21/2017 03:34:00 PM | GP/OP | Returned to Housing | 78.00 |
| CCWF-RC | 06/22/2017 09:35:00 PM | 06/24/2017 01:16:00 PM | GP/OP | Returned to Housing | 39.68 |
| **CCWF-RC Average** | | | | | **75.59** |
| CHCF | 06/03/2017 09:14:00 PM | 06/04/2017 09:09:00 AM | EOP | Returned to Housing | 11.92 |
| CHCF | 06/04/2017 07:26:00 PM | 06/05/2017 09:20:00 AM | EOP | Returned to Housing | 13.90 |
| CHCF | 06/04/2017 08:59:00 PM | 06/05/2017 09:24:00 AM | EOP | Returned to Housing | 12.42 |
| CHCF | 06/09/2017 06:05:00 PM | 06/10/2017 12:00:00 PM | EOP | Returned to Housing | 17.92 |
| CHCF | 06/09/2017 09:05:00 PM | 06/10/2017 12:00:00 PM | EOP | Returned to Housing | 14.92 |
| CHCF | 06/09/2017 09:07:00 PM | 06/10/2017 12:00:00 PM | EOP | Returned to Housing | 14.88 |
| CHCF | 06/11/2017 10:07:00 PM | 06/12/2017 09:23:00 AM | EOP | Returned to Housing | 11.27 |
| CHCF | 06/13/2017 05:24:00 PM | 06/14/2017 08:08:00 AM | EOP | Returned to Housing | 14.73 |
| CHCF | 06/17/2017 08:44:00 PM | 06/18/2017 10:38:00 AM | EOP | Returned to Housing | 13.90 |
| CHCF | 06/18/2017 10:54:00 PM | 06/19/2017 09:03:00 AM | EOP | Returned to Housing | 10.15 |
| CHCF | 06/21/2017 02:09:00 PM | 06/21/2017 02:36:00 PM | EOP | Returned to Housing | 0.45 |
| CHCF | 06/24/2017 04:26:00 PM | 06/25/2017 12:31:00 PM | EOP | Returned to Housing | 20.08 |
| CHCF | 06/24/2017 04:57:00 PM | 06/25/2017 12:31:00 PM | EOP | Returned to Housing | 19.57 |

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE    ATTACHMENT 2B

JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| CHCF | 06/24/2017 09:51:00 AM | 06/24/2017 11:16:00 AM | EOP | Returned to Housing | 1.42 |
| CHCF | 06/25/2017 05:24:00 AM | 06/25/2017 12:31:00 PM | EOP | Returned to Housing | 7.12 |
| CHCF | 06/26/2017 06:23:00 PM | 06/27/2017 10:44:00 AM | EOP | Returned to Housing | 16.35 |
| CHCF | 06/27/2017 04:17:00 PM | 06/28/2017 01:50:00 PM | EOP | Returned to Housing | 21.55 |
| CHCF | 06/28/2017 11:40:00 PM | 06/29/2017 10:41:00 AM | EOP | Returned to Housing | 11.02 |
| CHCF | 06/30/2017 05:10:00 PM | 07/01/2017 10:43:00 AM | MHCB | Returned to Housing | 17.55 |
| **CHCF Average** | | | | | **13.22** |
| CIM | 06/14/2017 12:35:00 AM | 06/14/2017 09:55:00 AM | EOP | Returned to Housing | 9.33 |
| **CIM Average** | | | | | **9.33** |
| CIW | 06/25/2017 10:31:00 AM | 06/27/2017 03:22:00 PM | CCCMS | Returned to Housing | 52.85 |
| CIW | 06/28/2017 05:54:00 PM | 07/01/2017 10:21:00 AM | CCCMS | Returned to Housing | 64.45 |
| **CIW Average** | | | | | **58.65** |
| CMC | 06/11/2017 09:09:00 PM | 06/12/2017 10:07:00 AM | CCCMS | Returned to Housing | 12.97 |
| CMC | 06/22/2017 04:40:00 PM | 06/23/2017 11:22:00 AM | CCCMS | Returned to Housing | 18.70 |
| CMC | 06/01/2017 06:06:00 PM | 06/02/2017 10:07:00 AM | EOP | Returned to Housing | 16.02 |
| CMC | 06/05/2017 07:09:00 AM | 06/05/2017 09:11:00 AM | EOP | Returned to Housing | 2.03 |
| CMC | 06/11/2017 06:17:00 PM | 06/12/2017 10:07:00 AM | EOP | Returned to Housing | 15.83 |
| CMC | 06/13/2017 09:37:00 PM | 06/14/2017 10:46:00 AM | EOP | Returned to Housing | 13.15 |
| CMC | 06/19/2017 11:28:00 AM | 06/20/2017 09:10:00 AM | EOP | Returned to Housing | 21.70 |
| CMC | 06/21/2017 09:41:00 PM | 06/22/2017 10:10:00 AM | EOP | Returned to Housing | 12.48 |
| CMC | 06/24/2017 09:16:00 PM | 06/25/2017 09:01:00 AM | EOP | Returned to Housing | 11.75 |
| CMC | 06/27/2017 01:42:00 PM | 06/27/2017 02:46:00 PM | EOP | Returned to Housing | 1.07 |
| CMC | 06/28/2017 11:28:00 AM | 06/29/2017 10:31:00 AM | EOP | Returned to Housing | 23.05 |

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE    ATTACHMENT 2B

JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| CMC | 06/06/2017 06:58:00 AM | 06/06/2017 10:39:00 AM | GP/OP | Returned to Housing | 3.68 |
| CMC | 06/15/2017 02:40:00 PM | 06/17/2017 12:30:00 PM | GP/OP | Returned to Housing | 45.83 |
| CMC | 06/19/2017 01:32:00 PM | 06/20/2017 09:10:00 AM | ICF | Returned to Housing | 19.63 |
| **CMC Average** | | | | | **15.56** |
| CMF | 06/09/2017 05:03:00 AM | 06/09/2017 10:19:00 AM | EOP | Returned to Housing | 5.27 |
| CMF | 06/12/2017 04:58:00 AM | 06/12/2017 11:07:00 AM | EOP | Returned to Housing | 6.15 |
| CMF | 06/13/2017 04:58:00 AM | 06/13/2017 08:31:00 AM | EOP | Returned to Housing | 3.55 |
| CMF | 06/08/2017 04:55:00 AM | 06/08/2017 12:10:00 PM | GP/OP | Returned to Housing | 7.25 |
| **CMF Average** | | | | | **5.56** |
| COR | 06/02/2017 03:19:00 AM | 06/02/2017 09:49:00 AM | CCCMS | Returned to Housing | 6.50 |
| COR | 06/02/2017 12:58:00 AM | 06/02/2017 10:33:00 AM | CCCMS | Returned to Housing | 9.58 |
| COR | 06/03/2017 05:29:00 PM | 06/04/2017 09:53:00 AM | CCCMS | Returned to Housing | 16.40 |
| COR | 06/07/2017 09:10:00 PM | 06/08/2017 10:16:00 AM | CCCMS | Returned to Housing | 13.10 |
| COR | 06/11/2017 12:15:00 PM | 06/12/2017 10:12:00 AM | CCCMS | Returned to Housing | 21.95 |
| COR | 06/12/2017 02:54:00 AM | 06/12/2017 11:37:00 AM | CCCMS | Returned to Housing | 8.72 |
| COR | 06/14/2017 09:18:00 PM | 06/15/2017 09:21:00 AM | CCCMS | Returned to Housing | 12.05 |
| COR | 06/16/2017 08:19:00 PM | 06/17/2017 09:32:00 AM | CCCMS | Returned to Housing | 13.22 |
| COR | 06/21/2017 09:30:00 PM | 06/22/2017 10:30:00 AM | CCCMS | Returned to Housing | 13.00 |
| COR | 06/25/2017 12:45:00 AM | 06/25/2017 10:15:00 AM | CCCMS | Returned to Housing | 9.50 |
| COR | 06/28/2017 02:43:00 PM | 06/30/2017 10:34:00 AM | CCCMS | Returned to Housing | 43.85 |
| COR | 06/28/2017 03:29:00 PM | 06/29/2017 08:59:00 AM | CCCMS | Returned to Housing | 17.50 |
| COR | 06/02/2017 06:10:00 PM | 06/03/2017 09:51:00 AM | EOP | Returned to Housing | 15.68 |

HCPOP 7/14/2017

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE    ATTACHMENT 2B

JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| COR | 06/02/2017 12:58:00 AM | 06/02/2017 10:33:00 AM | EOP | Returned to Housing | 9.58 |
| COR | 06/03/2017 07:22:00 PM | 06/04/2017 09:21:00 AM | EOP | Returned to Housing | 13.98 |
| COR | 06/05/2017 07:56:00 PM | 06/06/2017 09:54:00 AM | EOP | Returned to Housing | 13.97 |
| COR | 06/09/2017 07:20:00 PM | 06/10/2017 10:35:00 AM | EOP | Not Medically Cleared | 15.25 |
| COR | 06/12/2017 08:23:00 PM | 06/13/2017 10:18:00 AM | EOP | Returned to Housing | 13.92 |
| COR | 06/13/2017 09:24:00 PM | 06/14/2017 09:43:00 AM | EOP | Returned to Housing | 12.32 |
| COR | 06/13/2017 12:26:00 AM | 06/13/2017 10:18:00 AM | EOP | Returned to Housing | 9.87 |
| COR | 06/14/2017 01:13:00 AM | 06/14/2017 09:43:00 AM | EOP | Returned to Housing | 8.50 |
| COR | 06/14/2017 08:33:00 PM | 06/15/2017 10:01:00 AM | EOP | Returned to Housing | 13.47 |
| COR | 06/14/2017 11:35:00 PM | 06/15/2017 11:31:00 AM | EOP | Returned to Housing | 11.93 |
| COR | 06/15/2017 09:09:00 PM | 06/16/2017 03:42:00 PM | EOP | Returned to Housing | 18.55 |
| COR | 06/15/2017 09:09:00 PM | 06/16/2017 09:29:00 AM | EOP | Returned to Housing | 12.33 |
| COR | 06/16/2017 04:00:00 AM | 06/16/2017 09:28:00 AM | EOP | Returned to Housing | 5.47 |
| COR | 06/16/2017 05:45:00 PM | 06/17/2017 09:32:00 AM | EOP | Returned to Housing | 15.78 |
| COR | 06/19/2017 02:21:00 AM | 06/19/2017 09:20:00 AM | EOP | Returned to Housing | 6.98 |
| COR | 06/20/2017 07:45:00 PM | 06/21/2017 09:39:00 AM | EOP | Returned to Housing | 13.90 |
| COR | 06/20/2017 09:08:00 PM | 06/21/2017 09:55:00 AM | EOP | Returned to Housing | 12.78 |
| COR | 06/21/2017 07:20:00 PM | 06/22/2017 10:24:00 AM | EOP | Returned to Housing | 15.07 |
| COR | 06/21/2017 08:02:00 PM | 06/22/2017 10:13:00 AM | EOP | Returned to Housing | 14.18 |
| COR | 06/22/2017 04:58:00 PM | 06/23/2017 10:31:00 AM | EOP | Returned to Housing | 17.55 |
| COR | 06/22/2017 06:05:00 PM | 06/23/2017 10:31:00 AM | EOP | Returned to Housing | 16.43 |
| COR | 06/23/2017 07:43:00 PM | 06/24/2017 10:01:00 AM | EOP | Returned to Housing | 14.30 |

HCPOP 7/14/2017

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE    ATTACHMENT 2B
JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| COR | 06/24/2017 02:22:00 AM | 06/24/2017 09:45:00 AM | EOP | Returned to Housing | 7.38 |
| COR | 06/24/2017 06:34:00 PM | 06/25/2017 11:12:00 AM | EOP | Returned to Housing | 16.63 |
| COR | 06/25/2017 09:32:00 PM | 06/26/2017 11:33:00 AM | EOP | Returned to Housing | 14.02 |
| COR | 06/26/2017 08:35:00 AM | 06/26/2017 11:33:00 AM | EOP | Returned to Housing | 2.97 |
| COR | 06/26/2017 09:05:00 PM | 06/27/2017 09:07:00 AM | EOP | Returned to Housing | 12.03 |
| COR | 06/27/2017 09:11:00 PM | 06/28/2017 06:36:00 AM | EOP | Returned to Housing | 9.42 |
| COR | 06/27/2017 12:05:00 AM | 06/27/2017 09:23:00 AM | EOP | Returned to Housing | 9.30 |
| COR | 06/29/2017 03:26:00 AM | 06/29/2017 09:22:00 AM | EOP | Returned to Housing | 5.93 |
| COR | 06/29/2017 03:26:00 AM | 06/29/2017 09:38:00 AM | EOP | Returned to Housing | 6.20 |
| COR | 06/29/2017 03:26:00 AM | 06/29/2017 10:08:00 AM | EOP | Returned to Housing | 6.70 |
| COR | 06/30/2017 04:57:00 PM | 07/01/2017 10:11:00 AM | EOP | Returned to Housing | 17.23 |
| COR | 06/30/2017 05:54:00 AM | 06/30/2017 08:12:00 AM | EOP | Returned to Housing | 2.30 |
| COR | 06/01/2017 08:40:00 PM | 06/02/2017 09:39:00 AM | GP/OP | Returned to Housing | 12.98 |
| COR | 06/12/2017 02:54:00 AM | 06/12/2017 12:41:00 PM | GP/OP | Returned to Housing | 9.78 |
| COR | 06/13/2017 12:44:00 AM | 06/13/2017 10:18:00 AM | GP/OP | Returned to Housing | 9.57 |
| COR | 06/18/2017 10:37:00 PM | 06/19/2017 11:24:00 AM | GP/OP | Returned to Housing | 12.78 |
| COR | 06/25/2017 04:03:00 AM | 06/25/2017 10:38:00 AM | GP/OP | Returned to Housing | 6.58 |
| COR | 06/16/2017 07:40:00 PM | 06/17/2017 09:32:00 AM | MHCB | Returned to Housing | 13.87 |
| COR | 06/22/2017 06:30:00 PM | 06/23/2017 10:31:00 AM | MHCB | Returned to Housing | 16.02 |
| **COR Average** | | | | | **12.57** |
| CVSP | 06/13/2017 03:29:00 PM | 06/14/2017 12:04:00 PM | MHCB | Returned to Housing | 20.58 |
| **CVSP Average** | | | | | **20.58** |

HCPOP 7/14/2017

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE   ATTACHMENT 2B
JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| DVI | 06/10/2017 06:56:00 PM | 06/11/2017 12:05:00 PM | CCCMS | Returned to Housing | 17.15 |
| **DVI Average** | | | | | **17.15** |
| DVI-RC | 06/09/2017 08:36:00 PM | 06/10/2017 11:56:00 AM | CCCMS | Returned to Housing | 15.33 |
| DVI-RC | 06/11/2017 06:56:00 PM | 06/12/2017 10:59:00 AM | CCCMS | Returned to Housing | 16.05 |
| DVI-RC | 06/17/2017 04:16:00 PM | 06/18/2017 02:30:00 PM | CCCMS | Returned to Housing | 22.23 |
| DVI-RC | 06/13/2017 08:02:00 PM | 06/14/2017 08:32:00 AM | EOP | Returned to Housing | 12.50 |
| **DVI-RC Average** | | | | | **16.53** |
| FWF | 06/05/2017 01:50:00 PM | 06/07/2017 12:20:00 PM | CCCMS | Returned to Housing | 46.50 |
| FWF | 06/20/2017 02:33:00 PM | 06/21/2017 03:34:00 PM | CCCMS | Returned to Housing | 25.02 |
| FWF | 06/08/2017 10:13:00 PM | 06/12/2017 03:28:00 PM | GP/OP | Returned to Housing | 89.25 |
| **FWF Average** | | | | | **53.59** |
| ISP | 06/08/2017 11:43:00 AM | 06/09/2017 09:30:00 AM | CCCMS | Returned to Housing | 21.78 |
| ISP | 06/25/2017 11:00:00 AM | 06/25/2017 11:00:00 AM | GP/OP | Returned to Housing | 0.00 |
| **ISP Average** | | | | | **10.89** |
| KVSP | 06/01/2017 11:33:00 PM | 06/02/2017 09:39:00 AM | CCCMS | Returned to Housing | 10.10 |
| KVSP | 06/08/2017 02:55:00 AM | 06/08/2017 10:36:00 AM | CCCMS | Returned to Housing | 7.68 |
| KVSP | 06/08/2017 02:55:00 AM | 06/08/2017 10:36:00 AM | CCCMS | Returned to Housing | 7.68 |
| KVSP | 06/08/2017 04:36:00 PM | 06/09/2017 10:24:00 AM | CCCMS | Returned to Housing | 17.80 |
| KVSP | 06/09/2017 09:59:00 PM | 06/10/2017 09:41:00 AM | CCCMS | Returned to Housing | 11.70 |
| KVSP | 06/13/2017 01:04:00 AM | 06/13/2017 10:36:00 AM | CCCMS | Returned to Housing | 9.53 |
| KVSP | 06/13/2017 01:04:00 AM | 06/13/2017 10:36:00 AM | CCCMS | Returned to Housing | 9.53 |
| KVSP | 06/13/2017 01:04:00 AM | 06/13/2017 10:36:00 AM | CCCMS | Returned to Housing | 9.53 |
| KVSP | 06/16/2017 09:53:00 AM | 06/16/2017 11:23:00 AM | CCCMS | Returned to Housing | 1.50 |

HCPOP 7/14/2017

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE    ATTACHMENT 2B
JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| KVSP | 06/16/2017 10:36:00 PM | 06/17/2017 09:55:00 AM | CCCMS | Returned to Housing | 11.32 |
| KVSP | 06/19/2017 05:04:00 PM | 06/20/2017 10:40:00 AM | CCCMS | Returned to Housing | 17.60 |
| KVSP | 06/19/2017 09:14:00 PM | 06/20/2017 09:14:00 AM | CCCMS | Returned to Housing | 12.00 |
| KVSP | 06/21/2017 06:25:00 AM | 06/21/2017 10:19:00 AM | CCCMS | Returned to Housing | 3.90 |
| KVSP | 06/22/2017 10:08:00 AM | 06/22/2017 10:36:00 AM | CCCMS | Returned to Housing | 0.47 |
| KVSP | 06/27/2017 01:13:00 AM | 06/27/2017 10:19:00 AM | CCCMS | Returned to Housing | 9.10 |
| KVSP | 06/27/2017 09:57:00 PM | 06/28/2017 10:16:00 AM | CCCMS | Returned to Housing | 12.32 |
| KVSP | 06/01/2017 02:44:00 AM | 06/01/2017 11:21:00 AM | EOP | Returned to Housing | 8.62 |
| KVSP | 06/06/2017 10:05:00 PM | 06/07/2017 10:22:00 AM | EOP | Returned to Housing | 12.28 |
| KVSP | 06/09/2017 09:59:00 PM | 06/10/2017 12:39:00 PM | EOP | Returned to Housing | 14.67 |
| KVSP | 06/13/2017 01:04:00 AM | 06/13/2017 11:29:00 AM | EOP | Returned to Housing | 10.42 |
| KVSP | 06/15/2017 10:24:00 PM | 06/16/2017 08:39:00 AM | EOP | Returned to Housing | 10.25 |
| KVSP | 06/18/2017 11:29:00 PM | 06/19/2017 09:59:00 AM | EOP | Returned to Housing | 10.50 |
| KVSP | 06/18/2017 11:29:00 PM | 06/19/2017 09:59:00 AM | EOP | Returned to Housing | 10.50 |
| KVSP | 06/18/2017 12:35:00 AM | 06/18/2017 10:54:00 AM | EOP | Returned to Housing | 10.32 |
| KVSP | 06/20/2017 02:50:00 PM | 06/21/2017 09:48:00 AM | EOP | Returned to Housing | 18.97 |
| KVSP | 06/21/2017 06:25:00 AM | 06/21/2017 11:30:00 AM | EOP | Returned to Housing | 5.08 |
| KVSP | 06/23/2017 10:13:00 PM | 06/24/2017 10:05:00 AM | EOP | Returned to Housing | 11.87 |
| KVSP | 06/27/2017 01:13:00 AM | 06/27/2017 11:01:00 AM | EOP | Returned to Housing | 9.80 |
| KVSP | 06/27/2017 01:13:00 AM | 06/27/2017 11:01:00 AM | EOP | Returned to Housing | 9.80 |
| KVSP | 06/29/2017 06:07:00 AM | 06/29/2017 10:07:00 AM | EOP | Returned to Housing | 4.00 |
| KVSP | 06/09/2017 01:37:00 AM | 06/09/2017 10:24:00 AM | GP/OP | Returned to Housing | 8.78 |

HCPOP 7/14/2017

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE — ATTACHMENT 2B
JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| KVSP | 06/09/2017 09:59:00 PM | 06/10/2017 10:15:00 AM | GP/OP | Returned to Housing | 12.27 |
| KVSP | 06/18/2017 12:35:00 AM | 06/18/2017 10:54:00 AM | GP/OP | Returned to Housing | 10.32 |
| KVSP | 06/19/2017 03:06:00 PM | 06/20/2017 10:40:00 AM | GP/OP | Returned to Housing | 19.57 |
| KVSP | 06/19/2017 09:50:00 AM | 06/20/2017 12:04:00 PM | GP/OP | Returned to Housing | 26.23 |
| KVSP | 06/19/2017 09:50:00 AM | 06/20/2017 12:43:00 PM | GP/OP | Returned to Housing | 26.88 |
| KVSP | 06/23/2017 04:06:00 AM | 06/23/2017 09:44:00 AM | GP/OP | Returned to Housing | 5.63 |
| KVSP | 06/30/2017 08:01:00 PM | 07/01/2017 10:04:00 AM | GP/OP | Returned to Housing | 14.05 |
| **KVSP Average** | | | | | **11.12** |
| LAC | 06/26/2017 06:52:00 PM | 06/28/2017 10:43:00 AM | APP | Returned to Housing | 39.85 |
| LAC | 06/05/2017 09:20:00 PM | 06/06/2017 08:18:00 AM | CCCMS | Returned to Housing | 10.97 |
| LAC | 06/10/2017 03:32:00 PM | 06/11/2017 09:20:00 AM | CCCMS | Returned to Housing | 17.80 |
| LAC | 06/10/2017 08:39:00 PM | 06/11/2017 09:20:00 AM | CCCMS | Returned to Housing | 12.68 |
| LAC | 06/12/2017 07:02:00 PM | 06/13/2017 08:53:00 AM | CCCMS | Returned to Housing | 13.85 |
| LAC | 06/13/2017 11:55:00 PM | 06/14/2017 08:41:00 AM | CCCMS | Returned to Housing | 8.77 |
| LAC | 06/16/2017 09:15:00 PM | 06/17/2017 10:26:00 AM | CCCMS | Returned to Housing | 13.18 |
| LAC | 06/21/2017 08:25:00 PM | 06/23/2017 09:12:00 AM | CCCMS | Returned to Housing | 36.78 |
| LAC | 06/22/2017 08:55:00 PM | 06/23/2017 09:12:00 AM | CCCMS | Returned to Housing | 12.28 |
| LAC | 06/22/2017 10:32:00 PM | 06/24/2017 10:25:00 AM | CCCMS | Returned to Housing | 35.88 |
| LAC | 06/23/2017 12:07:00 AM | 06/23/2017 09:12:00 AM | CCCMS | Returned to Housing | 9.08 |
| LAC | 06/25/2017 03:51:00 AM | 06/25/2017 09:02:00 AM | CCCMS | Returned to Housing | 5.18 |
| LAC | 06/25/2017 07:03:00 PM | 06/26/2017 09:19:00 AM | CCCMS | Returned to Housing | 14.27 |
| LAC | 06/26/2017 07:02:00 PM | 06/27/2017 09:22:00 AM | CCCMS | Returned to Housing | 14.33 |

HCPOP 7/14/2017

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE    ATTACHMENT 2B

JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| LAC | 06/27/2017 02:51:00 AM | 06/27/2017 09:22:00 AM | CCCMS | Returned to Housing | 6.52 |
| LAC | 06/28/2017 12:35:00 AM | 06/28/2017 09:36:00 AM | CCCMS | Returned to Housing | 9.02 |
| LAC | 06/02/2017 06:49:00 PM | 06/03/2017 10:29:00 AM | EOP | Returned to Housing | 15.67 |
| LAC | 06/03/2017 03:22:00 AM | 06/03/2017 10:29:00 AM | EOP | Returned to Housing | 7.12 |
| LAC | 06/03/2017 12:39:00 PM | 06/05/2017 09:57:00 AM | EOP | Returned to Housing | 45.30 |
| LAC | 06/04/2017 06:10:00 AM | 06/06/2017 11:09:00 AM | EOP | Returned to Housing | 52.98 |
| LAC | 06/05/2017 09:02:00 AM | 06/06/2017 08:35:00 AM | EOP | Returned to Housing | 23.55 |
| LAC | 06/05/2017 09:20:00 PM | 06/07/2017 08:21:00 AM | EOP | Returned to Housing | 35.02 |
| LAC | 06/06/2017 07:43:00 PM | 06/07/2017 08:42:00 AM | EOP | Returned to Housing | 12.98 |
| LAC | 06/06/2017 09:42:00 PM | 06/07/2017 09:05:00 AM | EOP | Returned to Housing | 11.38 |
| LAC | 06/08/2017 08:13:00 PM | 06/10/2017 10:40:00 AM | EOP | Returned to Housing | 38.45 |
| LAC | 06/11/2017 03:52:00 PM | 06/12/2017 08:17:00 AM | EOP | Returned to Housing | 16.42 |
| LAC | 06/11/2017 03:52:00 PM | 06/12/2017 08:17:00 AM | EOP | Returned to Housing | 16.42 |
| LAC | 06/12/2017 07:02:00 PM | 06/13/2017 08:53:00 AM | EOP | Returned to Housing | 13.85 |
| LAC | 06/12/2017 08:49:00 PM | 06/13/2017 08:53:00 AM | EOP | Returned to Housing | 12.07 |
| LAC | 06/13/2017 09:19:00 PM | 06/14/2017 08:00:00 AM | EOP | Returned to Housing | 10.68 |
| LAC | 06/15/2017 06:37:00 PM | 06/16/2017 09:49:00 AM | EOP | Returned to Housing | 15.20 |
| LAC | 06/16/2017 05:12:00 PM | 06/17/2017 10:26:00 AM | EOP | Returned to Housing | 17.23 |
| LAC | 06/16/2017 12:28:00 AM | 06/16/2017 09:01:00 AM | EOP | Returned to Housing | 8.55 |
| LAC | 06/18/2017 12:13:00 AM | 06/18/2017 08:03:00 AM | EOP | Returned to Housing | 7.83 |
| LAC | 06/19/2017 03:16:00 PM | 06/20/2017 09:14:00 AM | EOP | Returned to Housing | 17.97 |
| LAC | 06/19/2017 10:18:00 PM | 06/21/2017 09:35:00 AM | EOP | Not Medically Cleared | 35.28 |

HCPOP 7/14/2017

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE     ATTACHMENT 2B
JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| LAC | 06/20/2017 11:36:00 PM | 06/21/2017 09:35:00 AM | EOP | Returned to Housing | 9.98 |
| LAC | 06/20/2017 12:38:00 PM | 06/20/2017 12:41:00 PM | EOP | Returned to Housing | 0.05 |
| LAC | 06/21/2017 02:55:00 PM | 06/22/2017 08:36:00 AM | EOP | Returned to Housing | 17.68 |
| LAC | 06/22/2017 09:47:00 PM | 06/23/2017 09:12:00 AM | EOP | Returned to Housing | 11.42 |
| LAC | 06/23/2017 08:19:00 PM | 06/24/2017 10:25:00 AM | EOP | Returned to Housing | 14.10 |
| LAC | 06/23/2017 11:18:00 PM | 06/24/2017 10:25:00 AM | EOP | Returned to Housing | 11.12 |
| LAC | 06/23/2017 12:07:00 AM | 06/23/2017 09:12:00 AM | EOP | Returned to Housing | 9.08 |
| LAC | 06/29/2017 05:27:00 PM | 06/30/2017 08:53:00 AM | EOP | Returned to Housing | 15.43 |
| LAC | 06/29/2017 07:39:00 PM | 06/30/2017 08:53:00 AM | EOP | Returned to Housing | 13.23 |
| LAC | 06/30/2017 06:57:00 PM | 07/01/2017 02:54:00 PM | EOP | Not Medically Cleared | 19.95 |
| LAC | 06/30/2017 08:42:00 PM | 07/01/2017 09:47:00 AM | EOP | Returned to Housing | 13.08 |
| LAC | 06/30/2017 09:44:00 PM | 07/01/2017 02:54:00 PM | EOP | Not Medically Cleared | 17.17 |
| LAC | 06/02/2017 03:22:00 PM | 06/03/2017 10:29:00 AM | GP/OP | Returned to Housing | 19.12 |
| LAC | 06/12/2017 05:36:00 PM | 06/13/2017 07:46:00 AM | ICF | Returned to Housing | 14.17 |
| **LAC Average** | | | | | **17.20** |
| MCSP | 06/05/2017 05:52:00 PM | 06/06/2017 09:44:00 AM | CCCMS | Returned to Housing | 15.87 |
| MCSP | 06/17/2017 08:46:00 PM | 06/18/2017 10:18:00 AM | CCCMS | Returned to Housing | 13.53 |
| MCSP | 06/18/2017 01:02:00 AM | 06/18/2017 10:19:00 AM | CCCMS | Returned to Housing | 9.28 |
| MCSP | 06/19/2017 09:35:00 PM | 06/20/2017 11:48:00 AM | CCCMS | Returned to Housing | 14.22 |
| MCSP | 06/19/2017 12:16:00 PM | 06/19/2017 01:08:00 PM | CCCMS | Not Medically Cleared | 0.87 |
| MCSP | 06/01/2017 04:02:00 AM | 06/01/2017 09:20:00 AM | EOP | Returned to Housing | 5.30 |
| MCSP | 06/01/2017 11:22:00 PM | 06/02/2017 11:41:00 AM | EOP | Returned to Housing | 12.32 |

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE   ATTACHMENT 2B

JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| MCSP | 06/03/2017 03:23:00 PM | 06/03/2017 04:42:00 PM | EOP | Returned to Housing | 1.32 |
| MCSP | 06/04/2017 01:15:00 AM | 06/04/2017 07:44:00 AM | EOP | Returned to Housing | 6.48 |
| MCSP | 06/05/2017 02:31:00 AM | 06/05/2017 09:19:00 AM | EOP | Returned to Housing | 6.80 |
| MCSP | 06/07/2017 04:56:00 AM | 06/07/2017 08:44:00 AM | EOP | Returned to Housing | 3.80 |
| MCSP | 06/09/2017 04:30:00 AM | 06/09/2017 09:14:00 AM | EOP | Returned to Housing | 4.73 |
| MCSP | 06/10/2017 03:52:00 PM | 06/11/2017 08:27:00 AM | EOP | Returned to Housing | 16.58 |
| MCSP | 06/11/2017 06:41:00 PM | 06/12/2017 08:12:00 AM | EOP | Returned to Housing | 13.52 |
| MCSP | 06/12/2017 09:25:00 PM | 06/13/2017 10:10:00 AM | EOP | Returned to Housing | 12.75 |
| MCSP | 06/13/2017 06:55:00 PM | 06/14/2017 08:48:00 AM | EOP | Returned to Housing | 13.88 |
| MCSP | 06/13/2017 12:49:00 AM | 06/13/2017 10:10:00 AM | EOP | Returned to Housing | 9.35 |
| MCSP | 06/17/2017 02:57:00 PM | 06/18/2017 10:16:00 AM | EOP | Returned to Housing | 19.32 |
| MCSP | 06/17/2017 08:46:00 PM | 06/18/2017 10:17:00 AM | EOP | Returned to Housing | 13.52 |
| MCSP | 06/17/2017 08:46:00 PM | 06/18/2017 10:17:00 AM | EOP | Returned to Housing | 13.52 |
| MCSP | 06/17/2017 10:13:00 PM | 06/18/2017 10:19:00 AM | EOP | Returned to Housing | 12.10 |
| MCSP | 06/18/2017 06:48:00 PM | 06/19/2017 09:03:00 AM | EOP | Returned to Housing | 14.25 |
| MCSP | 06/18/2017 06:48:00 PM | 06/19/2017 09:03:00 AM | EOP | Returned to Housing | 14.25 |
| MCSP | 06/19/2017 03:28:00 PM | 06/19/2017 03:54:00 PM | EOP | Returned to Housing | 0.43 |
| MCSP | 06/19/2017 10:44:00 PM | 06/20/2017 11:48:00 AM | EOP | Returned to Housing | 13.07 |
| MCSP | 06/20/2017 10:47:00 PM | 06/21/2017 09:25:00 AM | EOP | Returned to Housing | 10.63 |
| MCSP | 06/20/2017 10:47:00 PM | 06/21/2017 09:25:00 AM | EOP | Returned to Housing | 10.63 |
| MCSP | 06/20/2017 10:47:00 PM | 06/21/2017 09:25:00 AM | EOP | Returned to Housing | 10.63 |
| MCSP | 06/20/2017 11:02:00 AM | 06/20/2017 01:27:00 PM | EOP | Returned to Housing | 2.42 |

HCPOP 7/14/2017

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE   ATTACHMENT 2B
JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| MCSP | 06/22/2017 04:35:00 AM | 06/22/2017 09:02:00 AM | EOP | Returned to Housing | 4.45 |
| MCSP | 06/22/2017 04:35:00 AM | 06/22/2017 09:02:00 AM | EOP | Returned to Housing | 4.45 |
| MCSP | 06/22/2017 07:57:00 PM | 06/23/2017 08:43:00 AM | EOP | Returned to Housing | 12.77 |
| MCSP | 06/22/2017 10:10:00 PM | 06/23/2017 08:43:00 AM | EOP | Returned to Housing | 10.55 |
| MCSP | 06/23/2017 09:04:00 PM | 06/24/2017 09:29:00 AM | EOP | Returned to Housing | 12.42 |
| MCSP | 06/24/2017 03:00:00 PM | 06/25/2017 09:49:00 AM | EOP | Returned to Housing | 18.82 |
| MCSP | 06/24/2017 07:41:00 PM | 06/25/2017 09:49:00 AM | EOP | Returned to Housing | 14.13 |
| MCSP | 06/24/2017 09:28:00 PM | 06/25/2017 09:49:00 AM | EOP | Returned to Housing | 12.35 |
| MCSP | 06/25/2017 11:25:00 PM | 06/26/2017 09:14:00 AM | EOP | Returned to Housing | 9.82 |
| MCSP | 06/26/2017 10:06:00 PM | 06/27/2017 09:27:00 AM | EOP | Returned to Housing | 11.35 |
| MCSP | 06/26/2017 10:06:00 PM | 06/27/2017 09:27:00 AM | EOP | Returned to Housing | 11.35 |
| MCSP | 06/27/2017 03:19:00 PM | 06/28/2017 07:32:00 AM | EOP | Returned to Housing | 16.22 |
| MCSP | 06/28/2017 08:58:00 PM | 06/29/2017 09:26:00 AM | EOP | Returned to Housing | 12.47 |
| MCSP | 06/28/2017 12:42:00 PM | 06/28/2017 12:46:00 PM | EOP | Returned to Housing | 0.07 |
| MCSP | 06/29/2017 08:19:00 PM | 06/30/2017 09:16:00 AM | EOP | Returned to Housing | 12.95 |
| MCSP | 06/29/2017 08:19:00 PM | 06/30/2017 09:16:00 AM | EOP | Returned to Housing | 12.95 |
| MCSP | 06/29/2017 08:19:00 PM | 06/30/2017 09:16:00 AM | EOP | Returned to Housing | 12.95 |
| MCSP | 06/30/2017 09:00:00 PM | 06/30/2017 09:08:00 PM | EOP | Returned to Housing | 0.13 |
| MCSP | 06/30/2017 09:00:00 PM | 07/01/2017 09:24:00 AM | EOP | Returned to Housing | 12.40 |
| MCSP | 06/30/2017 09:39:00 PM | 07/01/2017 09:24:00 AM | EOP | Returned to Housing | 11.75 |
| MCSP | 06/21/2017 04:10:00 AM | 06/21/2017 09:25:00 AM | GP/OP | Returned to Housing | 5.25 |
| **MCSP Average** | | | | | **10.30** |

HCPOP 7/14/2017

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE – ATTACHMENT 2B

JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| NKSP | 06/22/2017 04:11:00 PM | 06/23/2017 10:14:00 AM | CCCMS | Returned to Housing | 18.05 |
| NKSP | 06/02/2017 09:23:00 PM | 06/03/2017 09:25:00 AM | EOP | Returned to Housing | 12.03 |
| NKSP | 06/05/2017 09:32:00 PM | 06/06/2017 11:34:00 AM | EOP | Returned to Housing | 14.03 |
| NKSP | 06/07/2017 10:10:00 PM | 06/08/2017 10:42:00 AM | EOP | Returned to Housing | 12.53 |
| NKSP | 06/08/2017 05:00:00 PM | 06/09/2017 09:31:00 AM | EOP | Returned to Housing | 16.52 |
| NKSP | 06/15/2017 06:41:00 PM | 06/16/2017 12:10:00 PM | EOP | Returned to Housing | 17.48 |
| NKSP | 06/16/2017 06:34:00 PM | 06/17/2017 10:32:00 AM | EOP | Returned to Housing | 15.97 |
| NKSP | 06/23/2017 06:40:00 PM | 06/24/2017 12:24:00 PM | EOP | Returned to Housing | 17.73 |
| NKSP | 06/29/2017 08:08:00 PM | 06/30/2017 09:37:00 AM | EOP | Returned to Housing | 13.48 |
| NKSP | 06/21/2017 09:56:00 PM | 06/22/2017 10:45:00 AM | GP/OP | Returned to Housing | 12.82 |
| NKSP | 06/23/2017 07:39:00 PM | 06/24/2017 12:35:00 PM | GP/OP | Returned to Housing | 16.93 |
| NKSP | 06/27/2017 08:12:00 PM | 06/28/2017 10:54:00 AM | GP/OP | Returned to Housing | 14.70 |
| **NKSP Average** | | | | | **15.19** |
| NKSP-RC | 06/01/2017 04:16:00 PM | 06/02/2017 09:27:00 AM | CCCMS | Returned to Housing | 17.18 |
| NKSP-RC | 06/02/2017 09:54:00 PM | 06/03/2017 09:25:00 AM | CCCMS | Returned to Housing | 11.52 |
| NKSP-RC | 06/03/2017 05:57:00 PM | 06/04/2017 09:44:00 AM | CCCMS | Returned to Housing | 15.78 |
| NKSP-RC | 06/05/2017 10:17:00 PM | 06/06/2017 09:26:00 AM | CCCMS | Returned to Housing | 11.15 |
| NKSP-RC | 06/06/2017 07:43:00 PM | 06/07/2017 09:56:00 AM | CCCMS | Returned to Housing | 14.22 |
| NKSP-RC | 06/15/2017 12:49:00 AM | 06/15/2017 09:09:00 AM | CCCMS | Returned to Housing | 8.33 |
| NKSP-RC | 06/20/2017 03:41:00 PM | 06/21/2017 10:53:00 AM | CCCMS | Returned to Housing | 19.20 |
| NKSP-RC | 06/23/2017 09:36:00 PM | 06/24/2017 01:49:00 PM | CCCMS | Returned to Housing | 16.22 |
| NKSP-RC | 06/24/2017 06:36:00 PM | 06/25/2017 10:53:00 AM | CCCMS | Returned to Housing | 16.28 |

HCPOP 7/14/2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| NKSP-RC | 06/24/2017 10:57:00 PM | 06/25/2017 11:42:00 AM | CCCMS | Returned to Housing | 12.75 |
| NKSP-RC | 06/25/2017 08:11:00 PM | 06/26/2017 03:15:00 PM | CCCMS | Returned to Housing | 19.07 |
| NKSP-RC | 06/26/2017 04:46:00 PM | 06/27/2017 11:31:00 AM | CCCMS | Returned to Housing | 18.75 |
| NKSP-RC | 06/26/2017 06:07:00 PM | 06/27/2017 11:31:00 AM | CCCMS | Returned to Housing | 17.40 |
| NKSP-RC | 06/30/2017 02:09:00 AM | 06/30/2017 10:24:00 AM | CCCMS | Returned to Housing | 8.25 |
| NKSP-RC | 06/15/2017 08:50:00 PM | 06/16/2017 10:50:00 AM | EOP | Returned to Housing | 14.00 |
| NKSP-RC | 06/19/2017 04:24:00 PM | 06/20/2017 10:49:00 AM | EOP | Returned to Housing | 18.42 |
| NKSP-RC | 06/19/2017 04:27:00 PM | 06/20/2017 09:30:00 AM | EOP | Returned to Housing | 17.05 |
| NKSP-RC | 06/19/2017 07:54:00 PM | 06/20/2017 11:03:00 AM | EOP | Returned to Housing | 15.15 |
| NKSP-RC | 06/20/2017 04:20:00 PM | 06/21/2017 09:29:00 AM | EOP | Returned to Housing | 17.15 |
| NKSP-RC | 06/21/2017 07:24:00 PM | 06/22/2017 10:45:00 AM | EOP | Returned to Housing | 15.35 |
| NKSP-RC | 06/23/2017 05:16:00 PM | 06/24/2017 11:10:00 AM | EOP | Returned to Housing | 17.90 |
| NKSP-RC | 06/27/2017 06:53:00 PM | 06/28/2017 10:54:00 AM | EOP | Returned to Housing | 16.02 |
| NKSP-RC | 06/05/2017 05:32:00 PM | 06/06/2017 10:42:00 AM | GP/OP | Returned to Housing | 17.17 |
| NKSP-RC | 06/12/2017 02:39:00 AM | 06/12/2017 09:57:00 AM | GP/OP | Returned to Housing | 7.30 |
| NKSP-RC | 06/22/2017 05:20:00 PM | 06/23/2017 09:03:00 AM | GP/OP | Returned to Housing | 15.72 |
| NKSP-RC | 06/23/2017 06:25:00 PM | 06/24/2017 10:01:00 AM | GP/OP | Returned to Housing | 15.60 |
| NKSP-RC | 06/25/2017 05:57:00 AM | 06/25/2017 11:42:00 AM | GP/OP | Returned to Housing | 5.75 |
| NKSP-RC | 06/28/2017 07:52:00 PM | 06/29/2017 08:32:00 AM | GP/OP | Returned to Housing | 12.67 |
| NKSP-RC | 06/28/2017 12:32:00 AM | 06/28/2017 10:54:00 AM | GP/OP | Returned to Housing | 10.37 |
| NKSP-RC | 06/29/2017 07:34:00 PM | 06/30/2017 12:11:00 PM | GP/OP | Returned to Housing | 16.62 |
| NKSP-RC | 06/13/2017 06:12:00 PM | 06/14/2017 09:38:00 AM | ICF | Returned to Housing | 15.43 |

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE   ATTACHMENT 2B

JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| NKSP-RC | 06/11/2017 10:30:00 PM | 06/12/2017 12:23:00 PM | MHCB | Returned to Housing | 13.88 |
| NKSP-RC | 06/17/2017 06:14:00 PM | 06/18/2017 10:21:00 AM | MHCB | Returned to Housing | 16.12 |
| NKSP-RC | 06/18/2017 02:47:00 PM | 06/21/2017 08:48:00 AM | MHCB | Returned to Housing | 66.02 |
| NKSP-RC | 06/26/2017 03:51:00 PM | 06/27/2017 11:31:00 AM | MHCB | Returned to Housing | 19.67 |
| **NKSP-RC Average** | | | | | **16.27** |
| PBSP | 06/12/2017 11:15:00 AM | 06/14/2017 01:30:00 PM | MHCB | Returned to Housing | 50.25 |
| **PBSP Average** | | | | | **50.25** |
| RJD | 06/21/2017 07:43:00 AM | 06/21/2017 12:00:00 PM | CCCMS | Returned to Housing | 4.28 |
| RJD | 06/05/2017 02:50:00 PM | 06/08/2017 11:47:00 PM | EOP | Returned to Housing | 68.95 |
| RJD | 06/06/2017 03:20:00 PM | 06/06/2017 03:46:00 PM | EOP | Requires Higher LOC | 0.43 |
| RJD | 06/10/2017 07:00:00 PM | 06/12/2017 01:15:00 PM | EOP | Returned to Housing | 42.25 |
| RJD | 06/17/2017 04:52:00 PM | 06/18/2017 11:25:00 AM | EOP | Returned to Housing | 18.55 |
| RJD | 06/17/2017 08:12:00 AM | 06/17/2017 09:28:00 AM | EOP | Returned to Housing | 1.27 |
| RJD | 06/20/2017 10:21:00 AM | 06/20/2017 04:19:00 PM | EOP | Not Medically Cleared | 5.97 |
| RJD | 06/20/2017 10:50:00 PM | 06/21/2017 12:02:00 PM | EOP | Not Medically Cleared | 13.20 |
| RJD | 06/22/2017 10:01:00 PM | 06/24/2017 10:34:00 AM | EOP | Returned to Housing | 36.55 |
| RJD | 06/22/2017 10:49:00 AM | 06/26/2017 04:55:00 PM | EOP | Returned to Housing | 102.10 |
| RJD | 06/24/2017 11:05:00 AM | 06/26/2017 03:15:00 PM | EOP | Not Medically Cleared | 52.17 |
| RJD | 06/27/2017 08:53:00 AM | 06/29/2017 10:58:00 AM | EOP | Returned to Housing | 50.08 |
| RJD | 06/29/2017 09:48:00 PM | 06/30/2017 02:16:00 PM | EOP | Not Medically Cleared | 16.47 |
| RJD | 06/30/2017 01:39:00 PM | 06/30/2017 04:10:00 PM | EOP | Requires Higher LOC | 2.52 |
| RJD | 06/30/2017 08:23:00 AM | 06/30/2017 02:16:00 PM | EOP | Not Medically Cleared | 5.88 |
| **RJD Average** | | | | | **28.04** |

HCPOP 7/14/2017

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE ATTACHMENT 2B

JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| SAC | 06/12/2017 12:20:00 AM | 06/12/2017 01:12:00 PM | CCCMS | Returned to Housing | 12.87 |
| SAC | 06/15/2017 12:40:00 AM | 06/15/2017 08:04:00 AM | CCCMS | Returned to Housing | 7.40 |
| SAC | 06/17/2017 02:45:00 PM | 06/18/2017 06:13:00 AM | CCCMS | Returned to Housing | 15.47 |
| SAC | 06/20/2017 09:08:00 PM | 06/21/2017 11:25:00 AM | CCCMS | Returned to Housing | 14.28 |
| SAC | 06/26/2017 11:31:00 AM | 06/28/2017 08:43:00 AM | CCCMS | Returned to Housing | 45.20 |
| SAC | 06/01/2017 11:59:00 PM | 06/02/2017 07:48:00 AM | EOP | Returned to Housing | 7.82 |
| SAC | 06/03/2017 01:18:00 PM | 06/05/2017 12:50:00 PM | EOP | Returned to Housing | 47.53 |
| SAC | 06/04/2017 12:31:00 AM | 06/04/2017 08:15:00 AM | EOP | Returned to Housing | 7.73 |
| SAC | 06/05/2017 12:13:00 AM | 06/05/2017 06:52:00 AM | EOP | Returned to Housing | 6.65 |
| SAC | 06/05/2017 12:13:00 AM | 06/05/2017 06:52:00 AM | EOP | Returned to Housing | 6.65 |
| SAC | 06/07/2017 12:16:00 AM | 06/07/2017 09:44:00 AM | EOP | Returned to Housing | 9.47 |
| SAC | 06/07/2017 12:16:00 AM | 06/07/2017 09:44:00 AM | EOP | Returned to Housing | 9.47 |
| SAC | 06/08/2017 10:34:00 PM | 06/09/2017 08:49:00 AM | EOP | Returned to Housing | 10.25 |
| SAC | 06/10/2017 08:53:00 AM | 06/11/2017 08:27:00 AM | EOP | Returned to Housing | 23.57 |
| SAC | 06/12/2017 08:15:00 AM | 06/12/2017 01:12:00 PM | EOP | Returned to Housing | 4.95 |
| SAC | 06/12/2017 12:20:00 AM | 06/13/2017 09:34:00 AM | EOP | Returned to Housing | 33.23 |
| SAC | 06/15/2017 12:40:00 AM | 06/15/2017 09:11:00 AM | EOP | Returned to Housing | 8.52 |
| SAC | 06/19/2017 01:41:00 AM | 06/19/2017 10:53:00 AM | EOP | Returned to Housing | 9.20 |
| SAC | 06/19/2017 01:41:00 AM | 06/19/2017 12:50:00 PM | EOP | Returned to Housing | 11.15 |
| SAC | 06/19/2017 10:55:00 PM | 06/20/2017 11:48:00 AM | EOP | Returned to Housing | 12.88 |
| SAC | 06/23/2017 05:51:00 AM | 06/23/2017 07:48:00 AM | EOP | Returned to Housing | 1.95 |
| SAC | 06/25/2017 12:56:00 AM | 06/25/2017 04:03:00 PM | EOP | Returned to Housing | 15.12 |

HCPOP 7/14/2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| SAC | 06/25/2017 12:56:00 AM | 06/25/2017 04:03:00 PM | EOP | Returned to Housing | 15.12 |
| SAC | 06/25/2017 12:56:00 AM | 06/25/2017 04:03:00 PM | EOP | Returned to Housing | 15.12 |
| SAC | 06/25/2017 12:56:00 AM | 06/25/2017 04:03:00 PM | EOP | Returned to Housing | 15.12 |
| SAC | 06/25/2017 12:56:00 AM | 06/26/2017 12:33:00 PM | EOP | Returned to Housing | 35.62 |
| SAC | 06/26/2017 12:57:00 AM | 06/26/2017 10:18:00 AM | EOP | Returned to Housing | 9.35 |
| SAC | 06/26/2017 12:57:00 AM | 06/26/2017 12:59:00 PM | EOP | Returned to Housing | 12.03 |
| SAC | 06/26/2017 12:57:00 AM | 06/27/2017 11:18:00 AM | EOP | Returned to Housing | 34.35 |
| SAC | 06/27/2017 12:41:00 AM | 06/27/2017 09:42:00 AM | EOP | Returned to Housing | 9.02 |
| SAC | 06/27/2017 12:41:00 AM | 06/27/2017 09:42:00 AM | EOP | Returned to Housing | 9.02 |
| SAC | 06/27/2017 12:41:00 AM | 06/27/2017 12:37:00 PM | EOP | Returned to Housing | 11.93 |
| **SAC Average** | | | | | **15.25** |
| SATF | 06/06/2017 06:41:00 PM | 06/07/2017 09:05:00 AM | CCCMS | Returned to Housing | 14.40 |
| SATF | 06/06/2017 07:45:00 AM | 06/06/2017 10:24:00 AM | CCCMS | Returned to Housing | 2.65 |
| SATF | 06/11/2017 10:11:00 PM | 06/12/2017 08:33:00 AM | CCCMS | Returned to Housing | 10.37 |
| SATF | 06/18/2017 08:41:00 PM | 06/19/2017 10:22:00 AM | CCCMS | Returned to Housing | 13.68 |
| SATF | 06/23/2017 08:28:00 PM | 06/26/2017 01:33:00 PM | CCCMS | Returned to Housing | 65.08 |
| SATF | 06/27/2017 04:15:00 AM | 06/27/2017 11:16:00 AM | CCCMS | Returned to Housing | 7.02 |
| SATF | 06/29/2017 11:40:00 PM | 06/30/2017 11:55:00 AM | CCCMS | Returned to Housing | 12.25 |
| SATF | 06/05/2017 09:51:00 PM | 06/06/2017 08:33:00 AM | EOP | Returned to Housing | 10.70 |
| SATF | 06/07/2017 08:18:00 PM | 06/08/2017 08:43:00 AM | EOP | Returned to Housing | 12.42 |
| SATF | 06/08/2017 02:55:00 AM | 06/08/2017 10:38:00 AM | EOP | Returned to Housing | 7.72 |
| SATF | 06/08/2017 10:07:00 PM | 06/09/2017 02:03:00 PM | EOP | Returned to Housing | 15.93 |

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| SATF | 06/15/2017 05:26:00 PM | 06/16/2017 10:10:00 AM | EOP | Returned to Housing | 16.73 |
| SATF | 06/20/2017 09:06:00 PM | 06/21/2017 09:13:00 AM | EOP | Returned to Housing | 12.12 |
| SATF | 06/22/2017 10:30:00 PM | 06/23/2017 11:14:00 AM | EOP | Returned to Housing | 12.73 |
| SATF | 06/23/2017 06:32:00 PM | 06/26/2017 01:33:00 PM | EOP | Returned to Housing | 67.02 |
| SATF | 06/24/2017 12:36:00 PM | 06/26/2017 01:33:00 PM | EOP | Returned to Housing | 48.95 |
| SATF | 06/25/2017 09:12:00 PM | 06/26/2017 07:56:00 AM | EOP | Returned to Housing | 10.73 |
| SATF | 06/27/2017 12:11:00 AM | 06/27/2017 09:49:00 AM | EOP | Returned to Housing | 9.63 |
| SATF | 06/21/2017 10:49:00 PM | 06/22/2017 09:34:00 AM | GP/OP | Returned to Housing | 10.75 |
| SATF | 06/27/2017 12:11:00 AM | 06/27/2017 09:49:00 AM | GP/OP | Returned to Housing | 9.63 |
| SATF | 06/01/2017 07:17:00 PM | 06/02/2017 09:51:00 AM | ICF | Returned to Housing | 14.57 |
| **SATF Average** | | | | | **18.34** |
| SOL | 06/15/2017 09:59:00 PM | 06/16/2017 11:54:00 AM | CCCMS | Returned to Housing | 13.92 |
| **SOL Average** | | | | | **13.92** |
| SQ | 06/08/2017 09:06:00 PM | 06/09/2017 08:51:00 AM | EOP | Returned to Housing | 11.75 |
| SQ | 06/09/2017 09:01:00 AM | 06/12/2017 11:39:00 AM | EOP | Returned to Housing | 74.63 |
| **SQ Average** | | | | | **43.19** |
| SQ-RC | 06/13/2017 09:08:00 PM | 06/14/2017 10:49:00 AM | CCCMS | Returned to Housing | 13.68 |
| SQ-RC | 06/02/2017 08:39:00 PM | 06/03/2017 10:16:00 AM | EOP | Returned to Housing | 13.62 |
| SQ-RC | 06/27/2017 12:26:00 AM | 06/27/2017 01:19:00 PM | EOP | Returned to Housing | 12.88 |
| SQ-RC | 06/19/2017 01:26:00 AM | 06/19/2017 09:18:00 AM | GP/OP | Returned to Housing | 7.87 |
| **SQ-RC Average** | | | | | **12.01** |
| SVSP | 06/10/2017 12:51:00 AM | 06/10/2017 11:26:00 AM | CCCMS | Returned to Housing | 10.58 |
| SVSP | 06/23/2017 07:31:00 PM | 06/24/2017 11:46:00 AM | CCCMS | Returned to Housing | 16.25 |

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE - ATTACHMENT 2B

JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| SVSP | 06/03/2017 08:17:00 PM | 06/05/2017 12:57:00 PM | EOP | Returned to Housing | 40.67 |
| SVSP | 06/03/2017 10:55:00 AM | 06/04/2017 10:17:00 AM | EOP | Not Medically Cleared | 23.37 |
| SVSP | 06/10/2017 12:51:00 AM | 06/10/2017 11:58:00 AM | EOP | Returned to Housing | 11.12 |
| SVSP | 06/14/2017 11:26:00 PM | 06/15/2017 08:57:00 AM | EOP | Returned to Housing | 9.52 |
| SVSP | 06/17/2017 02:52:00 PM | 06/18/2017 03:06:00 PM | EOP | Not Medically Cleared | 24.23 |
| SVSP | 06/18/2017 11:05:00 AM | 06/19/2017 09:44:00 AM | EOP | Returned to Housing | 22.65 |
| SVSP | 06/20/2017 07:32:00 PM | 06/21/2017 10:54:00 AM | EOP | Not Medically Cleared | 15.37 |
| SVSP | 06/22/2017 08:31:00 AM | 06/22/2017 10:59:00 AM | EOP | Not Medically Cleared | 2.47 |
| SVSP | 06/26/2017 02:10:00 AM | 06/27/2017 10:23:00 AM | EOP | Returned to Housing | 32.22 |
| SVSP | 06/06/2017 04:29:00 AM | 06/06/2017 08:21:00 AM | GP/OP | Returned to Housing | 3.87 |
| SVSP | 06/06/2017 07:09:00 PM | 06/07/2017 09:00:00 AM | GP/OP | Returned to Housing | 13.85 |
| SVSP | 06/17/2017 02:52:00 PM | 06/17/2017 03:28:00 PM | GP/OP | Returned to Housing | 0.60 |
| SVSP | 06/21/2017 02:03:00 AM | 06/21/2017 04:11:00 AM | GP/OP | Returned to Housing | 14.13 |
| SVSP | 06/11/2017 05:53:00 PM | 06/12/2017 08:38:00 AM | MHCB | Returned to Housing | 14.75 |
| **SVSP Average** | | | | | **15.98** |
| VSP | 06/20/2017 09:34:00 PM | 06/21/2017 09:39:00 AM | CCCMS | Returned to Housing | 12.08 |
| VSP | 06/28/2017 08:33:00 PM | 06/29/2017 10:16:00 AM | CCCMS | Returned to Housing | 13.72 |
| VSP | 06/29/2017 07:27:00 PM | 06/30/2017 09:57:00 AM | CCCMS | Returned to Housing | 14.50 |
| VSP | 06/05/2017 06:59:00 PM | 06/06/2017 09:18:00 AM | EOP | Returned to Housing | 14.32 |
| VSP | 06/16/2017 10:34:00 PM | 06/17/2017 09:12:00 AM | EOP | Returned to Housing | 10.63 |
| VSP | 06/20/2017 02:23:00 PM | 06/21/2017 09:39:00 AM | EOP | Returned to Housing | 19.27 |
| VSP | 06/20/2017 03:45:00 PM | 06/21/2017 09:15:00 AM | EOP | Returned to Housing | 17.50 |

HCPOP 7/14/2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| VSP | 06/22/2017 09:17:00 PM | 06/23/2017 10:22:00 AM | EOP | Returned to Housing | 13.08 |
| VSP | 06/24/2017 06:44:00 PM | 06/25/2017 01:39:00 PM | EOP | Returned to Housing | 18.92 |
| VSP | 06/01/2017 08:27:00 AM | 06/01/2017 10:05:00 AM | GP/OP | Returned to Housing | 1.63 |
| **VSP Average** | | | | | **13.57** |
| WSP | 06/25/2017 02:38:00 PM | 06/26/2017 11:00:00 AM | CCCMS | Returned to Housing | 20.37 |
| WSP | 06/16/2017 07:08:00 PM | 06/17/2017 11:06:00 AM | EOP | Returned to Housing | 15.97 |
| WSP | 06/27/2017 12:52:00 PM | 06/28/2017 12:12:00 PM | EOP | Returned to Housing | 23.33 |
| WSP | 06/28/2017 07:13:00 PM | 06/29/2017 10:59:00 AM | EOP | Returned to Housing | 15.77 |
| WSP | 06/01/2017 09:11:00 PM | 06/02/2017 10:21:00 AM | GP/OP | Returned to Housing | 13.17 |
| **WSP Average** | | | | | **17.72** |
| WSP-RC | 06/01/2017 10:00:00 PM | 06/02/2017 09:12:00 AM | CCCMS | Returned to Housing | 11.20 |
| WSP-RC | 06/03/2017 05:36:00 PM | 06/04/2017 09:12:00 AM | CCCMS | Returned to Housing | 15.60 |
| WSP-RC | 06/05/2017 05:38:00 PM | 06/06/2017 08:58:00 AM | CCCMS | Returned to Housing | 15.33 |
| WSP-RC | 06/10/2017 08:24:00 PM | 06/11/2017 10:34:00 AM | CCCMS | Returned to Housing | 14.17 |
| WSP-RC | 06/11/2017 07:38:00 PM | 06/12/2017 09:13:00 AM | CCCMS | Returned to Housing | 13.58 |
| WSP-RC | 06/13/2017 05:14:00 PM | 06/14/2017 10:22:00 AM | CCCMS | Returned to Housing | 17.13 |
| WSP-RC | 06/16/2017 11:19:00 PM | 06/17/2017 11:06:00 AM | CCCMS | Returned to Housing | 11.78 |
| WSP-RC | 06/23/2017 07:20:00 PM | 06/24/2017 08:21:00 AM | CCCMS | Returned to Housing | 13.02 |
| WSP-RC | 06/23/2017 09:29:00 PM | 06/24/2017 08:21:00 AM | CCCMS | Returned to Housing | 10.87 |
| WSP-RC | 06/24/2017 03:24:00 PM | 06/25/2017 10:22:00 AM | CCCMS | Returned to Housing | 18.97 |
| WSP-RC | 06/04/2017 09:27:00 PM | 06/05/2017 11:03:00 AM | EOP | Returned to Housing | 13.60 |
| WSP-RC | 06/17/2017 06:31:00 PM | 06/18/2017 09:19:00 AM | EOP | Returned to Housing | 14.80 |

RESCINDED MHCB REFERRALS BY INSTITUTION AND PRIOR LEVEL OF CARE    ATTACHMENT 2B
JUNE 2017

| Referring Institution | Date and Time of Referral | Date and Time of Disposition | Prior LOC | Rescind Reason | Hours to Disposition |
|---|---|---|---|---|---|
| WSP-RC | 06/20/2017 05:54:00 PM | 06/21/2017 10:56:00 AM | EOP | Returned to Housing | 17.03 |
| WSP-RC | 06/22/2017 06:33:00 PM | 06/23/2017 09:41:00 AM | EOP | Returned to Housing | 15.13 |
| WSP-RC | 06/04/2017 07:16:00 PM | 06/05/2017 11:03:00 AM | GP/OP | Returned to Housing | 15.78 |
| WSP-RC | 06/07/2017 08:38:00 PM | 06/08/2017 08:48:00 AM | GP/OP | Returned to Housing | 12.17 |
| WSP-RC | 06/09/2017 05:30:00 PM | 06/10/2017 10:48:00 AM | GP/OP | Returned to Housing | 17.30 |
| WSP-RC | 06/19/2017 04:56:00 PM | 06/20/2017 11:47:00 AM | GP/OP | Returned to Housing | 18.85 |
| WSP-RC | 06/19/2017 05:03:00 PM | 06/20/2017 11:47:00 AM | GP/OP | Returned to Housing | 18.73 |
| WSP-RC | 06/23/2017 07:47:00 PM | 06/24/2017 10:02:00 AM | GP/OP | Returned to Housing | 14.25 |
| WSP-RC | 06/23/2017 08:02:00 PM | 06/24/2017 09:05:00 AM | GP/OP | Returned to Housing | 13.05 |
| WSP-RC | 06/23/2017 08:37:00 PM | 06/24/2017 09:33:00 AM | GP/OP | Returned to Housing | 12.93 |
| WSP-RC | 06/24/2017 07:52:00 PM | 06/25/2017 11:02:00 AM | GP/OP | Returned to Housing | 15.17 |
| WSP-RC Average | | | | | 14.80 |
| Grand Average | | | | | 20.01 |

| SUMMARY OF RESCINDED REFERRALS | | | |
|---|---|---|---|
| Time Frames | Total Rescinds | Average Hours to Disposition | Range for Hours to Disposition |
| Combined | 492 | 20.01 | |
| < or = 24 hours | 417 | 12.56 | |
| > 24 hrs < or = 48 hrs | 35 | 38.22 | 0.00-178.00 |
| > 48 hrs < or = 72 hrs | 24 | 60.08 | |
| > 72 hours | 16 | 114.16 | |

Exhibit F

**From:** Weber, Nicholas@CDCR
**Sent:** Friday, June 23, 2017 7:23:03 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Michael W. Bien; Steve Fama; Lisa Ells; Krista Stone-Manista; Jessica Winter; Kristina Hector; Jonelie Navarro; Kerry Walsh; Matt Lopes; Mohamedu Jones; Steve Raffa; Regina Costa; Sarah O. Clifton
**Cc:** Elise Thorn; Chad Stegeman (Chad.Stegeman@doj.ca.gov); Tebrock, Katherine@CDCR; Thomas Gilevich; Patrick McKinney; Danielle OBannon; Tyler Heath (Tyler.Heath@doj.ca.gov)
**Subject:** Coleman - Defendants' Plan for Referrals and Transfers to Mental Health Crisis Beds

All,

Please find attached Defendants' Plan for Referrals and Transfers to Mental Health Crisis Beds for our discussion on Monday, June 26, 2017.

Please let me know if you have any questions.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243
Office (916) 323-3202

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

Defendants' Plan for Referrals and Transfers to Mental Health Crisis Beds

Defendants' ability to meet crisis bed transfer timeframes have been impacted by several factors including the increase in the Enhanced Outpatient Program (EOP) population.    In 2012, CDCR had an adequate number of crisis beds to meet the need but, since that time, the EOP population has increased from approximately 3900 to approximately 6800 inmates.  Inmates in the EOP account for approximately 64% of all crisis bed referrals.  Crisis bed referrals are also impacted by a high frequency of rescissions, which result in part from clinicians not having adequate time to complete a needs assessment.[1]  Defendants are addressing the long-term need for more crisis beds through the recent approval to build 100 new crisis beds in southern California.

In the meantime, and to ensure that patients in need of inpatient crisis care reach a crisis bed expeditiously, Defendants propose two policy modifications aimed at ensuring appropriate referrals are made by affording clinicians adequate time to assess their patients.  Additionally, Defendants propose three exceptions to transfer timeframes consistent with those already proposed for transfers to acute and intermediate care.  These policy changes, along with the recently approved construction of 100 additional crisis beds, will ensure that Defendants have an adequate number of beds to treat patients who are truly in need of crisis bed care.

1.  Referrals Should Only Be Made After a Complete Clinical Evaluation and, when Necessary, Placement and Evaluation in Alternative Housing.

The Program Guide requires that, when crisis bed care is clinically necessary, the "inmate-patient shall be transferred within 24 hours of referral."  (Program Guide 12-5-4.)  The policy recognizes that "[n]ot all crises require admission to the MHCB.  Crisis episodes for some inmate-patients may be handled on an outpatient basis."  (*Id.* at 12-5-1.)  Consistent with the

---

[1] On average, thirty to forty percent of all referrals are rescinded before the inmate transfers to a crisis bed.

Program Guide, a "referral" is made when a clinician completes a needs assessment and decides that a crisis bed referral is appropriate. To permit adequate time for the clinician to conduct the needs assessment and conclude that the crisis cannot be handled on an outpatient basis, Defendants propose that clinicians be permitted to place inmates in alternative housing and complete the assessment within forty-eight hours. During this evaluation period, all inmates in alternative housing will be provided one-on-one observation as well as a suicide resistant bed. The expectation remains that all necessary crisis bed referrals shall be made expeditiously. As soon as a clinician determines crisis bed placement is warranted, an on-site referral will be made and the inmate will transfer to a crisis bed consistent with Section 2 of this proposal.

Current policy does not allow placement of an inmate in alternative housing absent a referral to a crisis bed. (See Policy re: Housing of Patients Pending Mental Health Crisis Bed Transfer, October 15, 2015.) This policy results in premature referrals, particularly when the consultation is conducted after hours by an on-call clinician who must make a quick referral decision based on discussion with other staff by telephone, but no direct interaction with the inmate. Defendants' rescission rate indicates that clinicians need more time to properly evaluate an inmate before referring to a crisis bed.

Defendants' proposal avoids unnecessary referrals and affords CDCR's clinicians appropriate time to properly evaluate the patient's need for crisis bed care. It also promotes better clinical decision-making and inmate care, and will end the practice of rushing through the referral process just to meet timeframe mandates regardless of the inmate's true need for crisis bed care. Giving clinicians more time to do a complete needs assessment before referring an inmate to a crisis bed will also reduce the number of unnecessary completed referrals, freeing up more beds for inmates truly in need of crisis bed care. This modification will enable CDCR to

better manage the demand for crisis bed placements, and reduce administrative time wasted on unnecessary and inappropriate crisis-bed referrals. The modification would also allow CDCR to prioritize inmates who require transfers.

2.    <u>Completion of Transfer</u>

The Program Guide recognizes a distinction between crisis-bed transfers within a single institution and transfers between different institutions. For instance, in Chapter One at 12-1-16, the Program Guide states that CDCR has twenty-four hours to transfer an inmate referred to a crisis bed. (See also 12-3-13, noting a transfer of a CCCMS inmate must be "accomplished" within twenty-four hours.) However, Chapter Five states that "[i]f the referring institution does not have a MHCB or there are no MHCB beds [sic] available where the inmate-patient is currently housed, the inmate-patient shall be transferred to a designated MHCB institution . . . within 24 hours of referral" and "*[i]n most cases*, movement from an institution to a MHCB shall be completed by institutional staff via special transport within 24 hours." (12-5-3 and 12-5-4, emphasis added.)

 Defendants propose that when an inmate is transferred to a crisis bed in the same institution where the inmate is housed, placement in the crisis bed must occur within twenty-four hours of referral by a mental health clinician. But when an inmate is transferred to a crisis bed at a different institution, placement on special transport to that institution must occur within twenty-four hours of referral. This proposal recognizes that transportation between institutions is subject to a variety of delays outside of Defendants' control, such as traffic conditions, weather conditions, and unexpected breakdowns. And these types of delays are further exacerbated when an inmate must be transferred a long distance to an institution outside a crisis-bed cluster zone.

June 23, 2017

Defendants already track their compliance with the timeframes in this manner and have reported this data for years.

3. <u>Exceptions to Mental Health Crisis Bed Transfer Timeframes</u>

Consistent with timeframe exceptions proposed for transfers to acute and intermediate beds, Defendants propose the following three exceptions for transfers to crisis beds.

a. Out to Court

In the unlikely event that an inmate must go out to court while pending a crisis bed transfer, a transfer exceeding twenty-four hours will not be considered a violation of policy. Upon return from court, the inmate will be reevaluated and promptly transferred to a crisis bed if clinically indicated.

b. Medical Issues

The Program Guide speaks specifically to medical clearance of inmates referred to crisis bed. The Program Guide states that "[t]he transferring psychiatrist, psychologist, or Chief of Mental Health shall determine whether the inmate-patient is 'medically cleared' to transfer [to a Mental Health Crisis Bed]. State law provides that, before a patient may be transferred to a health facility, the patient must be sufficiently stabilized to be safely transported." (Program Guide at 12-5-4.) Thus, if an inmate is not medically stable, a transfer exceeding twenty-four hours will not be considered a violation of policy provided that the inmate in need of crisis bed care is transferred promptly once the medical issue is resolved.

c. Other

Other issues may occur that prevent an inmate from transferring within twenty-four hours. Examples include patient refusal, issues of institutional security, unusual or extreme acts of

nature, or urgent and necessary construction impacting bed availability.  Defendants will evaluate "other" exceptions on a case-by-case basis.

June 23, 2017

Exhibit G

*California*
State Auditor

August 2017















# California Department of Corrections and Rehabilitation

It Must Increase Its Efforts to Prevent and Respond to Inmate Suicides

Report 2016-131



COMMITMENT
INTEGRITY
LEADERSHIP



**CALIFORNIA STATE AUDITOR**
621 Capitol Mall, Suite 1200 | Sacramento | CA | 95814



**916.445.0255** | TTY **916.445.0033**



For complaints of state employee misconduct,
contact us through the **Whistleblower Hotline**:
**1.800.952.5665**

*Don't want to miss any of our reports? Subscribe to our email list at* **auditor.ca.gov**

*For questions regarding the contents of this report, please contact* Margarita Fernández, Chief of Public Affairs, *at* 916.445.0255

This report is also available online at www.auditor.ca.gov | Alternate format reports available upon request | Permission is granted to reproduce reports



**Elaine M. Howle** State Auditor
**Doug Cordiner** Chief Deputy

August 17, 2017                                                                                    2016-131

The Governor of California
President pro Tempore of the Senate
Speaker of the Assembly
State Capitol
Sacramento, California  95814

Dear Governor and Legislative Leaders:

As requested by the Joint Legislative Audit Committee, the California State Auditor presents this audit report concerning the California Department of Corrections and Rehabilitation's (Corrections) policies, procedures, and practices for suicide prevention and reduction, with a particular emphasis on the recently elevated suicide rate at the California Institution for Women. Although female inmates account for about 4 percent of Corrections' total inmate population, they accounted for 11 percent of inmate suicides from 2014 through 2016. This report concludes that Corrections should provide increased oversight and leadership to ensure that prisons follow its policies related to suicide prevention and response.

We identified significant weaknesses in prisons' suicide prevention and response practices at the four prisons we reviewed. Specifically, we found that the prisons failed to complete some required evaluations to assess inmates' risk for suicide and those that the prisons did complete were often inadequate. The inadequacies included leaving sections of the risk evaluations blank, failing to appropriately justify the determinations of risk, failing to develop adequate plans for treatment to reduce the inmates' risk, and relying on inconsistent information about inmates to determine risk. Also, the prisons we reviewed did not properly monitor inmates who were at risk of committing suicide. For example, we found that staff were not staggering behavior checks or conducting checks in the required 15-minute intervals. Finally, we found that some staff members at the prisons we visited had not completed required trainings related to suicide prevention and response. These conditions may have contributed to elevated suicide and attempted suicide rates at California prisons.

Corrections also lacks assurance that prisons are implementing its policies to address serious issues. For many years, a court-appointed special master, working with Corrections to address inmate mental health care, identified many of the same issues we discuss in this report. In 2013 Corrections began developing an audit process to review prisons' compliance with its policies and procedures, including those it issued in response to the special master's reports; however, that process is still in development. In addition, Corrections could provide additional leadership to prisons regarding the communication of best practices related to suicide prevention efforts. Finally, Corrections' policies require it to complete a thorough review of a prison's compliance with policies and procedures following an inmate's suicide, but Corrections does not complete such reviews for suicide attempts. This hinders Corrections' ability to identify problems with a prison's compliance with crucial policies and procedures until after an inmate dies.

Respectfully submitted,

*Elaine M. Howle*

ELAINE M. HOWLE, CPA
State Auditor

Case 2:90-cv-00520-KJM-SCR    Document 5678    Filed 09/13/17    Page 138 of 215

## Selected Abbreviations Used in This Report

| | |
|---|---|
| CCWF | Central California Women's Facility |
| CIW | California Institution for Women |
| Corrections | California Department of Corrections and Rehabilitation |
| health care division | Corrections' Division of Health Care Services |
| RJD | Richard J. Donovan Correctional Facility |
| SAC | California State Prison, Sacramento |
| VSPW | Valley State Prison for Women |

# Contents

Summary                                                                    1

Introduction                                                               7

**Chapter 1**
Prisons Have Not Followed Corrections' Policies When
Responding to Inmates Who Have Attempted or Are at
Risk of Attempting Suicide                                                17

Recommendations                                                           37

**Chapter 2**
A Number of Factors Have Likely Contributed to High Rates
of Inmate Suicides and Suicide Attempts at CIW                            39

Recommendations                                                           49

**Chapter 3**
To Reduce Inmate Suicides and Attempts, Corrections Must
Strengthen Its Oversight and Demonstrate Greater Leadership               51

Recommendations                                                           63

**Appendix A**
Rates of Inmate Suicides and Suicide Attempts in State Prisons
From 2012 Through 2016                                                     67

**Appendix B**
Scope and Methodology                                                      71

**Response to the Audit**
California Department of Corrections and Rehabilitation                    75

Blank page inserted for reproduction purposes only.

# Summary

## Results in Brief

Despite the fact that the rates of inmate suicide in California's prisons has been higher on average than those of all U.S. state prisons for several years, the California Department of Corrections and Rehabilitation (Corrections) has failed to provide the leadership and oversight necessary to ensure that its prisons follow its policies related to inmate suicide prevention and response. Corrections is responsible for providing mental health services to its inmates who are unable to function within the usual correctional environment because of mental illness. However, from 2005 through 2013, the average suicide rate in Corrections' prisons was 22 per 100,000 inmates—substantially higher than the average rate of 15.66 per 100,000 in U.S. state prisons during the same period. Further, in recent years, the rates of female inmates who committed suicide while in Corrections' prisons have soared: from 2014 through 2016, female inmates made up only about 4 percent of Corrections' total inmate population, yet they accounted for about 11 percent of its inmate suicides. These statistics, combined with the significant deficiencies we identified when we reviewed suicide prevention and response practices at four prisons, raise questions regarding Corrections' leadership on this critical issue.

When we reviewed the California Institution for Women (CIW); California State Prison, Sacramento (SAC); Central California Women's Facility (CCWF); and Richard J. Donovan Correctional Facility (RJD), one area in which we identified significant weaknesses was the four prisons' evaluations of inmates' suicide risk. Specifically, for various reasons, including when inmates attempt suicide, express suicidal thoughts, or engage in self-harm, Corrections' policy requires that prison mental health staff (mental health staff) complete suicide risk evaluations (risk evaluations) to assess an inmate's risk for suicide. These risk evaluations are critical to successful suicide prevention because they help mental health staff identify inmates who are likely to attempt suicide and the treatments needed to prevent them from doing so. Nonetheless, over the past several years, court-appointed mental health experts have repeatedly notified Corrections of problems related to its risk evaluations. Further, when we examined risk evaluations for the 36 of 40 inmates we reviewed who required them, we found that the prisons failed to complete at least one required risk evaluation for 10 of the inmates and completed inadequate risk evaluations for 26 of the inmates. The inadequacies we noted included leaving sections of the risk evaluations blank, failing to appropriately justify the determinations of risk, failing to develop adequate plans for treatment to reduce the inmates' risk, and relying on inconsistent or incomplete information about the inmates to determine risk.

### Audit Highlights . . .

Our audit of Corrections' policies and practices for inmate suicide prevention and response highlight the following:

» The average suicide rate in Corrections' prisons was substantially higher than the average of U.S. state prisons.

» The rates of female inmates who committed suicide while in Corrections' prisons have soared in recent years.

» We found significant weaknesses in compliance with suicide prevention and response policies when we reviewed 40 files on inmates who committed or attempted suicide at four prisons.

• Prisons failed to complete or completed inadequate risk evaluations for many of those inmates who required them.

• Prisons did not complete or created inadequate treatment plans for some inmates—plans did not always specify medication dosage and frequency, treatment methods, provider information, or follow-up upon discharge.

• Prisons did not properly monitor inmates who were at risk of committing suicide.

» Although Corrections has known about many of the issues related to suicide prevention and response policies and practices that we found for a number of years, it has not fully implemented processes to address the issues that have been raised.

» Corrections could take a more proactive leadership role in identifying programs or best practices and reviewing a prison's practices following an inmate's suicide attempt.

In 2013 Corrections established a risk evaluation training, as well as a mentoring program to assess, every two years, whether mental health staff adequately completed risk evaluations and to provide training as needed. Corrections enhanced the mentoring program in 2016 by requiring prisons to audit mental health staff's risk evaluations twice each year and to have these staff undergo mentoring if they failed the audit; however, the results of our review demonstrate that this program has not resolved the problems. The failure may be due in part to Corrections allowing mental health staff to improperly complete significant sections of the risk evaluations and still pass Corrections' audit. According to Corrections' clinical support chief, Corrections does not expect perfection from its mental health staff. She also stated that despite their training, some mental health staff still do not know how to complete risk evaluations, and that others may rush when completing them because of their heavy workloads. Although Corrections has taken some steps to address these issues, the fact that the problems with the risk evaluations have continued shows that Corrections must increase its oversight.

Similarly, the prisons we reviewed failed to complete required treatment plans for some inmates and created inadequate treatment plans for others. Treatment plans are crucial to suicide prevention: based on the inmates' needs, they set goals for the inmates' treatment and determine the specific treatment methods mental health staff will use. State regulations and Corrections' policy require that prisons complete a plan for initial treatment (initial treatment plan) within 24 hours of an inmate's admission to a mental health crisis bed (crisis bed) and a more comprehensive plan within 72 hours of admission (72-hour treatment plan). Initial treatment plans are important because they prescribe treatment for the first few days of an inmate's crisis-bed stay. Nonetheless, when we reviewed the files of 26 inmates who required them, we found that CIW, CCWF, and RJD did not complete initial treatment plans for some inmates. Further, 25 inmates also required 72-hour treatment plans, but one prison did not complete such plans for two inmates. Finally, all 23 of the remaining 72-hour treatment plans we reviewed failed to meet the requirements outlined in state regulations. The most common problems we identified were that the plans did not specify medication dosage and frequency, treatment methods, the providers responsible for the treatments, or the follow-up treatments for the inmates who were discharged.

The four prisons also did not properly monitor inmates who were at risk of committing suicide. Corrections' policies require prisons to conduct staggered behavior checks at intervals not to exceed every 15 minutes of inmates who are at high risk of self-injury but not in immediate danger. However, when we reviewed records for 25 such inmates, we found that the prisons exceeded 15-minute

intervals for checks on 17 inmates, did not stagger checks for 19 inmates, and appeared to have prefilled or preprinted the forms documenting checks for eight inmates. Corrections said that a new electronic health record system that it is currently implementing systemwide will reduce some of these issues, as will a planned audit process that will include automated monitoring of these checks. Nevertheless, we still found problems with staff not staggering checks or conducting checks that exceeded intervals of 15 minutes at two prisons that implemented the new system, bringing into question whether it will fully resolve the problems we identified.

Taken as a whole, the types of compliance issues we identified at the four prisons we reviewed may have contributed to Corrections' continuing high suicide rates relative to those of prison systems in other states. In addition, a number of specific factors may have contributed to elevated suicide and suicide attempt rates among Corrections' female inmates. As we mention previously, the rate of suicide among female inmates has increased dramatically since 2014. This increase is especially pronounced at CIW, where six of the seven suicides by female inmates from 2014 through 2016 occurred. Officials at Corrections and CIW identified a number of reasons why the suicide rate at CIW may have increased during this period, including domestic violence in interpersonal relationships, drug involvement, and drug trafficking. Officials at CIW further cited a change in prison culture resulting from the conversion of Valley State Prison for Women to a men's institution and the subsequent transfer of high-security-level inmates to CIW.

In addition, we found that some staff members at CIW and the other prisons we visited had not completed required trainings related to suicide prevention and response. Corrections' policies require prison staff to participate in specific trainings on issues such as preventing suicide, assessing inmates' suicide risk, and developing treatment plans. However, when we reviewed records for 20 staff members at CIW, we found that the prison could not provide evidence that the staff members attended all required trainings. For example, the prison could not demonstrate that four of the 20 staff members attended annual required suicide prevention training in 2016. Further, Corrections' officials reported that not all staff members at the other three prisons received required trainings in 2016. Corrections' clinical support chief was unable to explain why these staff members had not participated in trainings as required. Instead, she stated that Corrections relies on the prisons' in-service training units to address clinical training noncompliance issues.

The ongoing nature of many of the problems we identified at the four prisons we reviewed is particularly troubling. A court-appointed special master has overseen many aspects of Corrections' provision

Case 2:90-cv-00520-KJM-SCR    Document 5678    Filed 09/13/17    Page 144 of 215

of mental health care since 1995. Since at least 1999, the special master has identified many of the same problems we found in our audit. In January 2015, the special master filed a report that was an audit of suicide prevention practices in each of the 35 prisons, which contained 32 recommendations. Corrections responded to the majority of these recommendations through the adoption of new policies, improvements to its facilities, changes to its trainings, and other actions. However, Corrections has not yet fully ensured prisons' compliance with changes resulting from the recommendations. According to Corrections, it began developing an audit process in 2013 to audit prisons' compliance with policies and procedures, but it has not yet completed that process nearly five years later, explaining that it continues to work on finalizing it with the special master. Absent such monitoring, Corrections lacks assurance that the prisons are addressing the serious problems the special master has identified.

Further, Corrections could take a more proactive leadership role in identifying programs and best practices that may help in preventing inmate suicide. For example, we identified best practices at one of the prisons we visited that we believe could benefit certain inmates at other prisons. Although Corrections recently conducted a suicide prevention summit with the chiefs of mental health and other prison leadership, at which it discussed best practices related to prisons' suicide prevention efforts, its documentation and dissemination of innovative programs and best practices related to suicide prevention has generally been limited. Similarly, Corrections has not conducted thorough reviews of the circumstances surrounding suicide attempts. Pursuant to its policies, the death of an inmate by suicide initiates an intensive review process in which Corrections identifies any problems with the prison's compliance with policies and procedures. It then issues a report containing recommendations to address those problems. However, Corrections requires no such review for suicide attempts. Corrections' clinical support chief explained that Corrections plans to implement a process for each prison to review a selection of its incidents of inmate self-harm; however, we question whether such reviews will be sufficiently impartial and critical. Without a thorough and unbiased review of the factors contributing to inmate suicide attempts, Corrections is hindered in its ability to identify potential problems with a prison's suicide prevention and response practices until after an inmate dies.

**Selected Recommendations**

*Legislature*

To provide additional accountability for Corrections' efforts to respond to and prevent inmate suicides and attempted suicides, the Legislature should require that Corrections report to it in April 2018 and annually thereafter on the following issues:

- Its progress toward meeting its goals related to the completion of suicide risk evaluations in a sufficient manner.

- Its progress toward meeting its goals related to the completion of 72-hour treatment plans in a sufficient manner.

- The status of its efforts to ensure that all staff receive training related to suicide prevention and response.

- Its progress in implementing the recommendations made by the special master regarding inmate suicides and attempts. Corrections should also include in its report to the Legislature the results of any audits it conducts as part of its planned audit process to measure the success of changes it implements as a result of these recommendations.

- Its progress in identifying and implementing mental health programs at the prisons that may ameliorate risk factors associated with suicide.

*Corrections*

Corrections should immediately require mental health staff to score 100 percent on risk evaluation audits in order to pass. If a staff member does not pass, Corrections should require the prison to follow its current policies by reviewing additional risk evaluations to determine whether the staff member needs to undergo additional mentoring.

To ensure that prison staff conduct required checks of inmates on suicide precaution in a timely manner, Corrections should implement its automated process to monitor these checks in its electronic health record system by October 2017.

To address the unique circumstances that may increase its female inmates' rates of suicide and suicide attempts, Corrections should continue to explore programs that could address the suicide risk factors for female inmates.

To ensure that all prison staff receive required training related to suicide prevention and response, Corrections should immediately implement a process for identifying prisons where staff are not attending required trainings and for working with the prisons to solve the issues preventing attendance.

To ensure that prisons comply with its policies related to suicide prevention and response, Corrections should continue to develop its audit process and implement it at all prisons by February 2018. The process should include, but not be limited to, audits of the quality of prisons' risk evaluations and treatment plans.

To ensure that all its prisons provide inmates with effective mental health care, Corrections should continue to take a role in coordinating and disseminating best practices related to mental health treatment by conducting a best practices summit at least annually. The summits should focus on all aspects of suicide prevention and response, including programs that seek to improve inmate mental health and treatment of and response to suicide attempts. Corrections should document and disseminate this information among the prisons, assist prisons in implementing the best practices through training and communication when needed, and monitor and report publicly on the successes and challenges of adopted practices.

In an effort to prevent future inmate suicide attempts, Corrections should implement its plan to review attempts with the same level of scrutiny that it uses during its suicide reviews. Corrections should require each prison to identify for review at least one suicide attempt per year that occurred at that prison. To ensure that the reviews include critical and unbiased feedback, Corrections should either conduct these reviews itself or require the prisons to review each other. These reviews should start in September 2017 and follow the same timelines as the suicide reviews, with the timeline beginning once the team identifies a suicide attempt for review.

## Agency Comments

Corrections stated it would address the specific recommendations in a corrective action plan within the timelines outlined in the report. We look forward to Corrections' 60-day response to our recommendations.

# Introduction

**Background**

The California Department of Corrections and Rehabilitation (Corrections) is responsible for protecting the public by safely and securely supervising adult and juvenile offenders, providing effective rehabilitation and treatment, and integrating offenders successfully into the community. It operates two adult women's prisons and 33 adult men's prisons across the State.[1] According to a report Corrections issued in 2017, 123,540 male inmates and 5,876 female inmates were incarcerated within its facilities as of December 31, 2016. Figure 1 on the following page shows the locations of Corrections' prisons and highlights the four prisons we selected for review during the course of our audit work.

Corrections is responsible for the provision of mental health care to all of its inmates, including receiving, evaluating, housing, treating, and referring those inmates who are unable to appropriately function within the constraints of the usual correctional environment because of mental illnesses. Its Division of Health Care Services (health care division) provides mental health services through its Mental Health Services Delivery System (mental health system), the mission of which is "to provide inmates with an appropriate level of treatment and to promote individual functioning within the clinically least restrictive environment consistent with the safety and security needs of both [the inmates and prisons]." Corrections employs numerous individuals, such as psychiatrists, psychologists, social workers, and nurses, to provide mental health services to inmates (mental health staff). Prison staff may refer inmates to the prison's mental health program, or inmates may submit requests for services to the prison's mental health staff for their approval.

Despite the mental health services that Corrections provides, the rate at which its inmates commit suicide has generally been higher than the rates in most other states. Table 1 on page 9 shows the number of attempted suicides and suicides from 2012 through 2016 at the four prisons we reviewed, and Appendix A presents these data for all the State's prisons. According to a 2016 report by a mental health expert appointed by a U.S. district court, the average suicide rate in Corrections was 22 per 100,000 inmates from 2005 through 2013, significantly higher than the average rate of 15.66 per 100,000 inmates in U.S. state prisons during the same period. Although Corrections' 2014 inmate suicide rate of 16.97 per 100,000 inmates was lower than the 2014 rate of 20 per 100,000 inmates for all U.S. state prisons, Corrections' inmate suicide rates have been higher on average than those of U.S. state prisons since 1999.

---

[1]  Corrections houses women within other facilities, including some medical facilities and a small facility at Folsom State Prison. In addition, Valley State Prison housed women before Corrections converted it to a men's facility in 2013.

**Figure 1**
**Map of Adult Correctional Institutions and the Four Prisons We Visited**



The suicide rate of Corrections' male inmates remained relatively static from 2012 through 2016; however, the suicide rate of its female inmates increased. In 2012 female inmates accounted for about 5 percent of Corrections' inmate population and for 4 percent of its suicides. However, although female inmates made up about 4 percent of Corrections' inmate population from 2014 through 2016, they accounted for about 11 percent of the suicides. Almost all of the suicides during this period occurred at the California Institution for Women (CIW). In fact, concern about CIW's high suicide rate was the impetus for this audit.

**Table 1**
**Suicides and Suicide Attempts at the Four Prisons We Visited, From 2012 Through 2016**

| | WOMEN'S PRISONS | | MEN'S PRISONS | |
| --- | --- | --- | --- | --- |
| | CENTRAL CALIFORNIA WOMEN'S FACILITY (CCWF) | CIW | RICHARD J. DONOVAN CORRECTIONAL FACILITY (RJD) | CALIFORNIA STATE PRISON, SACRAMENTO (SAC) |
| **2012** | | | | |
| Population* | 2,931 | 1,642 | 3,539 | 2,698 |
| Suicides | 0 | 1 | 0 | 1 |
| Attempts | 5 | 13 | 28 | 22 |
| **2013** | | | | |
| Suicides† | 0 | 1 | 3 | 1 |
| Population* | 3,531 | 2,082 | 3,364 | 2,246 |
| Attempts | 8 | 15 | 33 | 32 |
| **2014** | | | | |
| Population* | 3,648 | 2,005 | 3,070 | 2,218 |
| Suicides | 0 | 2 | 1 | 2 |
| Attempts | 6 | 15 | 22 | 11 |
| **2015** | | | | |
| Population* | 3,002 | 1,882 | 3,096 | 2,237 |
| Suicides† | 0 | 2 | 2 | 3 |
| Attempts | 11 | 34 | 51 | 12 |
| **2016** | | | | |
| Population* | 2,865 | 1,863 | 3,094 | 2,327 |
| Suicides† | 1 | 2 | 0 | 3 |
| Attempts | 25 | 24 | 59 | 8 |
| **Totals** | | | | |
| **Population*** | 3,195 | 1,895 | 3,233 | 2,345 |
| **Suicides†** | 1 | 8 | 6 | 10 |
| **Attempts** | 55 | 101 | 193 | 85 |

Sources: California State Auditor's analysis of Corrections' COMPSTAT metrics from 2012 through 2016, and the average daily population for each prison as reported by Corrections.

\* *Population* is based on Corrections' average daily population. The total represents the average of the five years' populations.

† The numbers we present here reflect our amendments to Corrections' COMPSTAT data. As we discuss in Chapter 3, our review of various records from individual prisons revealed that COMPSTAT has consistently underreported the number of suicides in California prisons. We have therefore adjusted the number of suicides in 2013, 2015, and 2016 to include three suicides that we identified at CIW, RJD, and SAC; however, we caution that these numbers may still not be accurate.

**Court-Ordered Oversight of Corrections' Mental Health Services**

As Figure 2 shows, federal courts have monitored Corrections' delivery of mental health services to its inmates for over two decades, as a result of a decision on a lawsuit that began in 1990—*Coleman v. Brown* (*Coleman*).[2] This federal class action lawsuit alleged that Corrections failed to provide constitutionally adequate mental health care to mentally ill inmates. The court identified that Corrections had failed to provide timely access to necessary care, which exacerbated inmates' suffering and illnesses. In addition the court found that Corrections had an inadequate screening system for mental illnesses, deficient medical recordkeeping, improper administration of medication, and insufficient staffing. In December 1995, the court in *Coleman* appointed a special master to oversee and work with Corrections to address the constitutional violations, monitor implementation of court-ordered remedial plans, and submit reports on Corrections' progress in implementing improvements. Over the next decade, the special master submitted 15 reports to the court, which noted that although Corrections had made some progress, it still had not met its constitutional obligation to provide inmates with adequate mental health care during that time. Further, the special master's fifteenth report in January 2006 indicated a reversal in Corrections' progress. Specifically, this report noted systemwide increases in staffing vacancy rates and rates of inmate suicide.

In April 2001, another class action lawsuit, *Plata v. Brown* (*Plata*), alleged constitutional violations in Corrections' delivery of medical care to inmates that resulted in unnecessary pain, injury, and death.[3] These violations included delays in or failure to provide access to medical care, untimely responses to medical emergencies, and the interference of custodial staff with the provision of medical care. After the plaintiffs filed the lawsuit, they and Corrections agreed that Corrections would implement certain policies and procedures to improve its delivery of medical care, which the court entered as an order in 2002. However, in 2005 the federal court determined that Corrections had yet to ensure that its medical system met constitutional standards. As a result, the court appointed a receiver in February 2006 to provide leadership and executive management of Corrections' medical health care delivery system. This receivership is still in place.

---

[2]  When this case was filed, it was called *Coleman v. Wilson*.

[3]  When this case was filed, it was called *Plata v. Davis*.

**Figure 2**
**Timeline of Court-Ordered Oversight of Corrections**



**April 1990**
*Coleman*, a class action lawsuit, is filed, alleging constitutional violations due to lack of adequate mental health care.

1990

1995

**September 1995**
Court rules in favor of plaintiff, stating Corrections' delivery of mental health care violated the Constitution.

**December 1995**
Court ordered a special master to develop a plan to address constitutional violations and monitor Corrections' implementation of the plan.

2001

**April 2001**
*Plata*, a class action lawsuit, is filed, alleging constitutional violations in Corrections' delivery of medical care to its inmates.

**January 2006**
Special master files reports, noting a reversal in Corrections' progress of its remedial efforts.

2006

**February 2006**
Court appoints receiver to provide leadership and executive management of Corrections' medical health care delivery system.

**August 2009**
Court finds that Corrections' prison population reached a high of more than 170,000 inmates in October 2006. Court orders Corrections to reduce its prison population to 137.5 percent of capacity.

2009

2013

**November 2013**
Suicide expert begins his audit on Corrections' prisons.

**January 2015**
Suicide expert files his completed audit on suicide prevention practices at Corrections' prisons, which results in 32 recommendations.

2015

2016

**January 2016**
Suicide expert completes a follow-up audit on prisons' implementation of the recommendations.

**August 2016**
The Joint Legislative Audit Committee approves a request for the State Auditor to conduct an audit of Corrections' suicide prevention policies due to concerns related to the number of suicides at CIW.

SPECIAL MASTER OVERSEES CORRECTIONS' MENTAL HEALTH CARE DELIVERY (*Coleman*)

FEDERAL RECEIVERSHIP OVERSEES CORRECTIONS' MEDICAL CARE DELIVERY (*Plata*)

Sources:  Reports from the special master's suicide expert in 2015 and 2016, court documents, and minutes of the California State Legislature's Joint Legislative Audit Committee.

In 2007 the courts in *Coleman* and *Plata* recommended that both cases be assigned to a three-judge panel to address prison overcrowding. In August 2009, the three-judge panel noted that in 2006—the same year that the *Coleman* special master's report noted a reversal in Corrections' delivery of mental health services and the court in *Plata* appointed the receiver—California's prison population reached a historic high of more than 170,000 inmates. This historic high led to unprecedented overcrowding of California's prisons. The three-judge panel found overcrowding to be the primary cause of many of the issues relating to inadequate mental health and medical care in California's prisons. Therefore, the three-judge panel ordered Corrections to develop a plan to reduce its prison population, which at that time was at about 190 percent of capacity, to 137.5 percent of capacity. In 2011 the Legislature passed various laws that realigned the criminal justice system, which reduced overcrowding by allowing for inmates who were not convicted of serious or violent crimes, or felonies requiring registration as a sex offender, to serve their sentences in county jails instead of state prisons.

Although these efforts resulted in the reduction of Corrections' inmate population, a March 2013 *Coleman* special master's report identified continuing inadequacies in Corrections' delivery of mental health services. The special master had repeatedly identified many of these inadequacies in earlier reports, such as Corrections' failure to enforce its own policies regarding the delivery of mental health services and the prisons' failure to provide adequate emergency responses to suicides. In response to the report, the court in *Coleman* ordered Corrections to establish a suicide prevention and management workgroup consisting of members of Corrections' clinical, custody, and administrative staff; experts appointed by the special master; and others. The workgroup engaged a nationally recognized suicide prevention expert (suicide expert) to conduct a review of the suicide prevention practices at each of Corrections' prisons. In January 2015, the suicide expert filed his report, which contained 32 recommendations to Corrections. The suicide expert issued an update to this report in January 2016, in which he evaluated Corrections' progress in implementing the recommendations through a review of 18 prisons. We discuss the suicide expert's report and update in Chapter 3.

**Suicide Prevention and Response**

As we mention earlier, the goal of Corrections' mental health system is to provide appropriate levels of mental health treatment to seriously mentally ill inmates in the least restrictive environment. As presented in Figure 3, Corrections provides escalating levels of mental health care to inmates, up to and including referrals to Department of State Hospitals' facilities if Corrections cannot meet inmates' mental health needs.

**Figure 3**
**Levels of Care in Corrections' Mental Health System**



**4 Inpatient Care**
Provides care at Department of State Hospitals' facilities for inmates whose conditions cannot be successfully treated in the outpatient setting or in short-term mental health crisis-bed (crisis bed) stays. Corrections provides this level of care for female inmates in the Psychiatric Inpatient Program at CIW.

**3 Crisis Beds**
Provides care to inmates with marked impairment and dysfunction requiring 24-hour nursing care, inmates who present a danger to others as a consequence of serious mental disorders, and inmates who present a danger to themselves for any reason.

**2 Enhanced Outpatient Program**
Provides care to inmates with mental disorders who would benefit from the structure of a therapeutic environment that is less restrictive than an inpatient setting and who do not require continuous nursing care. The program is located in a designated living unit at each prison.

**1 Correctional Clinical Case Management System**
Provides care to inmates whose conditions are relatively stable and whose symptoms are controlled or are in partial remission as a result of treatment.

Sources:  Corrections' 2009 *Mental Health Program Guide* (program guide) and *2014 Annual Accomplishments* report.
Note:  Not all institutions contain all levels of care.

Case 2:90-cv-00520-KJM-SCR    Document 5678    Filed 09/13/17    Page 154 of 215

---

**Terms Related to Inmate Suicide**

**Suicidal ideation:** Thoughts of suicide or death. Such thoughts may be either specific or vague and may include the desire to be dead.

**Suicidal intent:** The intention to deliberately end one's life.

**Self-harm without intent:** An act of purposeful self-harm without suicidal intent.

**Suicide attempt:** An act of purposeful self-harm with the intent to die.

**Suicide:** An act of purposeful self-harm that causes or leads to one's own death.

Sources: Corrections' 2009 program guide and suicide risk evaluation training documents.

---

A primary component of Corrections' mental health system is crisis intervention, which is treatment for rapid-onset or worsening symptoms of mental illness in inmates. Such symptoms may include thoughts of suicide. Corrections has identified factors that can lead inmates to experience mental health crises while in prison, including the loss of an existing support system outside of prison, the restrictions of incarceration, and fears of being unable to cope with the outside world upon release. Corrections' policy states that staff must refer inmates who are dangers to themselves to crisis beds, an inpatient treatment setting for inmates who have acute symptoms of serious mental disorders or are suffering from significant or life-threatening disabilities. If no crisis beds are available at a prison, staff must place an inmate in a temporary housing location in the prison—known as *alternative housing*—pending admission to a crisis bed. Under these circumstances, policy requires prisons to transfer an inmate to a crisis bed at another prison if the other prison can provide the same level of custody and security.

Corrections' policies outline specific steps prison staff must take when they become aware of inmates' suicidal ideation, suicidal intent, or self-harm, which the text box defines. If prison staff become aware of any of these conditions, Corrections' policy requires that they place inmates under observation until mental health staff can conduct a suicide risk evaluation (risk evaluation). As we discuss in Chapter 1, mental health staff use these evaluations to determine inmates' risk of suicide and to make specific recommendations regarding the level of care required.

Corrections also has a policy that prison staff must follow when staff discover inmates who are attempting suicide. When responding to a suicide attempt in progress, Corrections' policy requires prison staff to sound an alarm to summon additional personnel, respond appropriately when blood is present, neutralize any significant security threats to themselves or others, and initiate life-saving measures consistent with training. When medical personnel arrive, they take over responsibility for the medical treatment and life-saving measures.

Following the admission of inmates to crisis beds as a result of suicide attempts, ideation, or self-harm, prison staff must complete various steps in order to provide treatment. Figure 4 provides a summary of these steps. For example, while inmates are in crisis beds, prison staff must keep them under observation. Depending on whether inmates are in immediate danger, staff must either

maintain continuous visual contact with them or perform checks at staggered intervals not exceeding once every 15 minutes. Further, while inmates are in crisis beds, prison staff must complete treatment plans. According to Corrections' policies, crisis-bed stays are supposed to last for up to 10 days, although inmates may stay longer with the approval of a prison's chief of mental health.

**Figure 4**
**Corrections' Process for Inmates' Admission to and Discharge From Crisis Beds**



Sources:  Corrections' 2009 program guide and related policy memos.

Corrections has taken certain actions to ensure that the prisons comply with its policies and to identify additional ways to prevent inmate deaths due to suicide. For example, Corrections has established its own Suicide Prevention and Response Focused Improvement Team (suicide prevention team) and established suicide prevention teams at each prison. The purpose of these teams is to provide staff with training and guidance with regard to suicide prevention, response, reporting, and review. The suicide prevention teams at each prison are also responsible for monitoring and tracking all self-harm incidents, suicide attempts, and deaths, as well as reviewing the prison's policies to ensure consistency with Corrections' policies. According to Corrections' policies, these teams must be composed of certain prison staff representing multiple disciplines, such as the chief psychologist and chief psychiatrist, and must meet once per month.

Case 2:90-cv-00520-KJM-SCR     Document 5678     Filed 09/13/17     Page 156 of 215

In addition, following each suicide, Corrections completes a review of the prison's compliance with policies and procedures, including examining the history of the inmate's mental health care while incarcerated and the prison's emergency response to the suicide. It describes the results of its review in a report (suicide report) that it provides to the prison. When warranted, Corrections makes recommendations to the prison to improve the quality of care and ensure compliance with its policies and procedures.

# Chapter 1

## PRISONS HAVE NOT FOLLOWED CORRECTIONS' POLICIES WHEN RESPONDING TO INMATES WHO HAVE ATTEMPTED OR ARE AT RISK OF ATTEMPTING SUICIDE

The four prisons we reviewed failed to consistently follow Corrections' policies for responding to, treating, and observing inmates who had attempted or were at risk of attempting suicide. For example, we found many instances in which prisons either did not perform or did not adequately complete required risk evaluations, even though mental health staff use these critical documents to determine the treatment inmates should receive. In addition, we identified numerous instances in which prisons did not include necessary information in inmates' treatment plans, potentially affecting the nature and timeliness of the care the inmates received. In fact, Corrections' reviews of inmate suicides and its own audits of the quality of both risk evaluations and treatment plans have found that prisons did not complete these documents to its required standards. Further, the four prisons may have placed inmates at risk of death by insufficiently monitoring them following suicide attempts, and some prisons failed to respond to suicide attempts in accordance with Corrections' policies.

### The Prisons We Reviewed Did Not Properly Evaluate Some Inmates' Suicide Risk

Risk evaluations are critical to successful suicide prevention because they help prisons identify inmates who are likely to attempt suicide and determine the treatments needed to prevent them from doing so. The proper completion of a risk evaluation can therefore be the difference between life or death for an inmate. Corrections' policies require that mental health staff complete risk evaluations under a number of circumstances, including when inmates have initial face-to-face evaluations for suicidal thoughts, threats, attempts, or self-harm, as well as before their discharge from crisis beds. When completing risk evaluations, mental health staff are to examine inmates' mental status and determine the presence or absence of chronic and acute risk factors for suicide. The text box includes examples of such risk factors. They must also review any protective factors that may mitigate inmates' risk of suicide, such as religious beliefs, family support, and participation

---

**Examples of Inmate Suicide Risk Factors**

Chronic risk factors

- History of suicide attempts
- History of emotional, physical, or sexual abuse
- Chronic pain problem
- Long or life sentence
- History of depressive or psychotic disorders
- History of certain mental illnesses
- History of substance abuse

Acute risk factors

- Suicidal thoughts
- Recent trauma
- Recent bad news
- Agitation or anger
- Hopelessness or helplessness
- Increasing interpersonal isolation
- Single cell placement

Sources: Corrections' 2009 program guide and suicide risk evaluation form.

Case 2:90-cv-00520-KJM-SCR    Document 5678    Filed 09/13/17    Page 158 of 215

in group activities. Finally, mental health staff must document whether inmates are at high, moderate, or low risk for suicide and make specific recommendations regarding the appropriate level of care. Mental health staff must also address how the treatment plan will be implemented and any required follow-up procedures.

*Despite the critical role risk evaluations serve, all four prisons we reviewed failed to complete at least one required risk evaluation.*

Despite the critical role risk evaluations serve, all four prisons we reviewed failed to complete at least one required risk evaluation. Specifically, for a selection of 40 inmates who attempted or committed suicide from 2014 through 2016, we reviewed the risk evaluations the prisons conducted just before or immediately following the suicide attempt or suicide, and the suicide reports Corrections completed following the suicides. We identified that the prisons should have completed risk evaluations for 36 of these 40 inmates. However, as Table 2 shows, 10 of the 36 inmates were missing at least one required risk evaluation. Although the four prisons offered a number of reasons for the missing risk evaluations, they generally agreed that they had failed to comply with Corrections' policies. For example, the chief of mental health of CCWF stated that risk evaluations are not always necessary for inmates discharged to a higher level of care because the receiving institutions will complete them on admission. However, she acknowledged that Corrections' policies require prisons to complete risk evaluations under these circumstances, and Corrections' clinical support chief affirmed that conducting risk evaluations on discharge to a higher level of care is helpful for continuity of care.

In addition to failing to complete certain risk evaluations, the four prisons completed inadequate risk evaluations for 26 of the 36 inmates we reviewed. Each of these 26 inmates received at least one inadequate risk evaluation, and 13 received more than one. The types of problems we identified varied. For example, mental health staff left blank sections of the risk evaluations for 10 inmates, including sections detailing their consideration of some risk factors and identifying whether the inmates had a desire or plan to die. These blank spaces suggest that the mental health staff may not have considered all relevant information when determining the likelihood of the inmates attempting suicide, which could have caused them to underestimate the inmates' suicide risk level.

Further, for 18 of the 36 inmates, mental health staff did not adequately justify their determinations of the inmates' suicide risk levels. Specifically, either they did not incorporate risk factors when justifying their determinations or they simply listed inmates' risk factors without considering their behaviors or symptoms. In some cases, mental health staff noted the presence of several risk factors and warning signs of imminent suicide risk, yet they still concluded that inmates were at low acute risk, which refers to short-term

fluctuations in inmates' risk of attempting suicide, without adequately documenting the rationale for their determinations. For example, one mental health staff member at SAC indicated that an inmate was at low acute risk for suicide, despite noting that he demonstrated five of the 10 warning signs of imminent suicide risk. The mental health staff member did not include any of these warning signs in the justification of risk, but rather noted that the inmate denied a desire to commit suicide. However, the mental health staff member also indicated that the inmate stated that talking about his suicidal ideation was difficult because he had no intention of ever going to a crisis bed. The inadequate justification for this inmate's risk determination suggests that the mental health staff member may not have considered all risk factors and therefore may have incorrectly estimated the inmate's risk of suicide—a problem that we found repeatedly in the risk evaluations we reviewed.

**Table 2**
**The Four Prisons We Reviewed Completed Inadequate Risk Evaluations**

| PRISON | NUMBER OF INMATES REVIEWED WHO REQUIRED ONE OR MORE RISK EVALUATIONS | NUMBER OF INMATES MISSING AT LEAST ONE REQUIRED RISK EVALUATION | NUMBER OF INMATES WITH ONE OR MORE INADEQUATE RISK EVALUATIONS |
|---|---|---|---|
| CCWF | 9 | 7 | 7 |
| CIW | 8 | 1 | 4 |
| RJD | 9 | 1 | 6 |
| SAC | 10 | 1 | 9 |
| Totals | 36 | 10 | 26 |

| PRISON | SPECIFIC PROBLEMS WITH THE RISK EVALUATIONS* (BY NUMBER OF INMATES) | | | |
|---|---|---|---|---|
| | SECTIONS IN RISK EVALUATION WERE BLANK | JUSTIFICATION OF RISK DETERMINATION WAS INCOMPLETE† | TREATMENT PLAN TO REDUCE RISK WAS MISSING OR INCOMPLETE† | STAFF USED INCONSISTENT OR INCOMPLETE INFORMATION ABOUT THE INMATE TO DETERMINE SUICIDE RISK |
| CCWF | 5 | 5 | 3 | 2 |
| CIW | 2 | 2 | 2 | 1 |
| RJD | 0 | 4 | 5 | 3 |
| SAC | 3 | 7 | 8 | 4 |
| Totals | 10 | 18 | 18 | 10 |

Sources: California State Auditor's review and analysis of health records for 10 inmates at each of the four prisons, Corrections' 2009 program guide, and other Corrections' policies.

* We present the number of inmates who had risk evaluations with the problem listed. Some inmates had multiple inadequate risk evaluations, and some had risk evaluations that had more than one of the problems listed.

† We determined whether the justifications and risk reduction plans in the risk evaluations were complete based on whether they contained all required elements named in Corrections' suicide risk evaluation audits and mentoring documents.

Case 2:90-cv-00520-KJM-SCR    Document 5678    Filed 09/13/17    Page 160 of 215

The four prisons also failed to develop adequate plans for treatment within the risk evaluations for half of the inmates we reviewed. When completing risk evaluations, mental health staff must document treatments targeting modifiable risk factors, such as feelings of agitation, anger, or hopelessness. These treatments should be as specific as possible, leaving little room for misinterpretation or confusion. However, mental health staff failed to document such specific treatments in the risk evaluations for 18 of the 36 inmates we reviewed. For example, CIW's risk evaluation for an inmate that had just attempted suicide indicated that she demonstrated seven acute risk factors, including depression and agitation or anger. However, the mental health staff member did not prescribe treatment, noting only that the inmate should be observed and should continue her current medication. Prisons are not likely to be able to prevent inmates from attempting suicide without addressing the factors that increase their risk of doing so.

*Prisons are not likely to be able to prevent inmates from attempting suicide without addressing the factors that increase their risk of doing so.*

Further, for 10 of the inmates we reviewed, mental health staff completed risk evaluations based on inconsistent or incomplete information. For example, according to the suicide report Corrections completed following one inmate's suicide at SAC, mental health staff had completed for the inmate three different risk evaluations, which stated that he had certain protective factors in place to reduce his risk of suicide, including family support and good coping skills. However, a review of other documents in the inmate's file showed that he did not have these protective factors. Corrections stated in the suicide report that similarities among the three risk evaluations suggest that mental health staff copied the risk and protective factors from previous evaluations, resulting in an inaccurate picture of the inmate's mental health. Similarly, another one of Corrections' suicide reports stated that the final risk evaluation CIW completed before an inmate's suicide failed to note that she had a history of suicide attempts—a critical determinant of future suicide risk. According to the suicide report, the mental health staff member appeared to accept the inmate's denial of any prior suicide attempts and did not review the suicide attempt history documented in a previous risk evaluation.

Corrections offered some reasons for the prisons' failure to complete adequate risk evaluations. Specifically, its clinical support chief explained that mental health staff have heavy caseloads, which the four prisons we reviewed generally also indicated is a contributing factor. The clinical support chief stated that if prison management has not set clear expectations that suicide risk evaluations should be prioritized, mental health staff may rush to complete risk evaluations. She said prison management should help mental health staff by redirecting their workloads to allow

them to devote the necessary attention to complete adequate risk evaluations. She also stated that, despite existing training, mental health staff are still unsure of how to complete risk evaluations.

Despite its ability to point to reasons for deficiencies in risk evaluations, our review demonstrates that Corrections has not adequately addressed those factors, jeopardizing its ability to prevent inmate suicide attempts. In fact, for years mental health experts on suicide have called on Corrections to address many of the same problems we identified in our review. For example, a 2013 special master's report stated that for half of the suicide cases in 2011, prisons either did not complete risk evaluations or concluded that inmates had a low or "no appreciable" risk of suicide without adequate consideration of risk factors, past history, or medical records. Clinical experts that the special master engaged noted similar problems with risk evaluations each year through 2014, when they concluded that the prisons had either failed to conduct or had inadequately completed risk evaluations in almost 70 percent of the suicide cases that occurred that year. Further, beginning in November 2013 and continuing through July 2014, the suicide expert reviewed each prison's suicide prevention practices and found that mental health staff often did not complete required risk evaluations and that the quality of risk evaluations was frequently problematic. Specifically, the suicide expert's review of hundreds of risk evaluations found that many contained risk factors and protective factors that did not align with the mental health staff's assessments of the inmates' risk levels.

*For years mental health experts on suicide have called on Corrections to address many of the same problems we identified in our review.*

Although Corrections has taken actions in response to these findings, those actions have not resulted in significant change. For example, in 2013 Corrections issued policies requiring mental health staff to attend a seven-hour training and, every two years, undergo a mentoring program that focuses on administering risk evaluations. The mentoring program involves trained mentors observing mental health staff conducting one or more risk evaluations, assessing their skills, and when needed, providing training on the proper techniques for completing risk evaluations. However, as the reports cited demonstrate, neither the training nor the mentoring program ensured that mental health staff adequately completed risk evaluations. The suicide expert noted that mental health staff were required to complete only two risk evaluations under the supervision of a mentor and that they received no additional critiques until they had to undergo the mentoring program two years later. Based on his recommendations, Corrections modified its policy in early 2016 to, among other things, require that prisons audit risk evaluations for each mental health staff member twice each year, and to require that those who failed the audit repeat the mentoring program.

Case 2:90-cv-00520-KJM-SCR    Document 5678    Filed 09/13/17    Page 162 of 215

Although we agree that this change was necessary to improve oversight of risk evaluations, room for further improvement in both the policy and its implementation remains. Specifically, Corrections' risk evaluation audits permit a degree of failure. Figure 5 shows the process prisons use when completing the audits to determine whether mental health staff members need additional mentoring. During the audit, program supervisors review seven items—which Table 3 lists—that must be in a risk evaluation. Corrections' policy requires that mental health staff correctly complete six of the seven items to pass the audit.

**Figure 5**
**Corrections' Process for Determining Whether Mental Health Staff Require Additional Mentoring on Completing Risk Evaluations**



Sources: Corrections' health care division's March 15, 2016, memorandum revising its risk evaluation mentoring program and Corrections' instructions for completing the risk evaluation audit.

However, as a result, a mental health staff member could fail to complete an important section in a risk evaluation, such as detailing the inmate's history of suicide attempts or describing the risk reduction plan, and still pass. Corrections' clinical support chief said that Corrections does not require that mental health staff obtain 100 percent because it does not expect perfection and because if too many failed the audit, it would not have enough mentors to complete the necessary mentoring. She also identified all but one item in the audit—the identification of sources of information— as critical. Nevertheless, listing the sources of information is important to ensure that mental health staff are considering all critical sources of information when evaluating an inmate's risk factors. In response to our concerns, Corrections' clinical support chief explained that Corrections could make passing certain items within the audit mandatory. However, because of the importance of each section of the risk evaluation, we believe requiring mental health staff to adequately complete all sections is essential for reducing the risk of inmate suicide.

**Table 3**
**Items of a Risk Evaluation and Corrections' Corresponding Audit Criteria**

| RISK EVALUATION ITEM | RISK EVALUATION AUDIT CRITERIA | |
|---|---|---|
| | AUDIT ITEM | DESCRIPTION |
| Check boxes indicating the presence or absence of chronic and acute suicide risk factors. | 1 | Are all risk factor boxes checked? |
| Check boxes indicating the presence or absence of protective factors that mitigate suicide risk. | 2 | Are all protective factor boxes checked? |
| Check box indicating whether inmate has a history of suicide attempts. | 3 | Is the item complete? |
| Include details of previous suicide attempts. | 4 | If the inmate has a history of suicide attempts, did the staff member detail those attempts? |
| Include the sources of information used to complete the risk evaluation, such as inmate interview, staff interview, or mental health file review. | 5 | Did the staff member document the sources of information used? |
| Describe the justification of risk determination. | 6 | Are both chronic and acute risk levels checked and justified in the narrative, citing the presence or absence of identified risk factors, protective factors, and warning signs? |
| Describe the safety/risk reduction plan. | 7 | Did the staff member incorporate the identified modifiable risk factors, protective factors, and warning signs into a risk reduction plan? |

Sources:  Corrections' risk evaluation form and its risk evaluation audit criteria.

Case 2:90-cv-00520-KJM-SCR     Document 5678     Filed 09/13/17     Page 164 of 215

Corrections has similarly set the bar too low for the percentage of prisons' risk evaluations that must pass the risk evaluation audit—90 percent—yet it has still struggled to meet its own standards. According to Corrections' mental health administrator for quality management and inpatient facilities (quality administrator), the prisons report to Corrections the percentage of mental health staff members who passed the risk evaluation audit each month. A June 2017 Corrections report shows that from December 1, 2016, through May 31, 2017, prisons reported that 71 percent of risk evaluations systemwide met the audit criteria. Although this is a marked improvement from the prisons' performance each year in 2014 and 2015—Corrections' reports show that only 38 percent of the risk evaluations audited passed during that two-year period—it is still far below Corrections' established goal of 90 percent. However, even if Corrections achieved its goal, mental health staff would still have adequately completed only nine out of 10 risk evaluations. We believe that this is an unacceptable level of failure, given the potential consequences of deficient risk evaluations.

*Although prisons reported that 71 percent of risk evaluations systemwide met the audit criteria from December 1, 2016, through May 31, 2017, it is still far below Corrections' established goal of 90 percent.*

Corrections also sets its completion standards too low for the percentage of risk evaluations that each prison should complete on time. According to the quality administrator, Corrections uses an automated process to track the percentage of risk evaluations that each prison completes on time and requires prisons that score lower than 85 percent to develop an action plan for improvement. According to Corrections' reports, from December 1, 2016, through May 31, 2017, the prisons collectively achieved a score of 92 percent for being on time. The quality administrator said that it set the goal at 85 percent because that is a standard goal for health care processes. However, given that the timely completion of risk evaluations is critical to ensuring that inmates receive prompt and necessary treatment to reduce their risk of suicide, we believe Corrections should find it unacceptable for more than one in 10 inmates to not receive a risk evaluation on time.

Corrections could improve the quality of its risk evaluations by updating its electronic risk evaluation form. In our review of risk evaluations at RJD, we found that the prison had included prompts to aid the mental health staff member in completing the form. For example, in the section for documenting the treatment to reduce the inmate's risk, the prison included text instructing mental health staff to document treatment interventions for those risk factors that can be treated, which are referred to as *modifiable risk factors*. We found that this risk evaluation met all of the requirements of the risk evaluation audit. Although this was the only risk evaluation that we reviewed at RJD that contained these prompts, according to RJD's chief psychologist, the prison began including these prompts in early 2016 and she believed that they had contributed to an improvement in risk evaluations. Consistent with the chief's

statement, Corrections' risk evaluation audit reports showed that the percentage of RJD's risk evaluations that passed the audit increased from 77 percent in January 2016 to 100 percent in March 2017. Corrections' clinical support chief agreed that such prompts would be beneficial, and that Corrections could incorporate them into the risk evaluation forms in its electronic health record system.

### Prison Staff Failed to Establish Treatment Plans for Some Inmates, and the Plans They Established for Others Were Inadequate

According to the suicide expert, treatment planning is a critical element of any correctional system's suicide prevention program. A treatment plan is based on a comprehensive assessment of an inmate's physical, mental, emotional, and social needs and must include the goals of treatment and identify the treatment methods prison staff will use. State regulations and Corrections' policies require that the admitting staff develop a provisional diagnosis and a plan for initial treatment (initial treatment plan) within 24 hours of an inmate's admission to a crisis bed. In addition, state regulations and Corrections' policies require that an inmate's treatment team—which must include, at a minimum, a crisis-bed psychiatrist, a crisis-bed clinician, nursing staff, a correctional counselor, and the inmate if appropriate—complete a treatment plan within 72 hours of the inmate's admission to a crisis bed (72-hour treatment plan). The text box describes selected information state regulations require in a 72-hour treatment plan.

> **Selected Requirements for a 72-Hour Treatment Plan**
>
> - All mental health diagnoses.
>
> - Prescribed medication, dosage, and frequency of administration.
>
> - Treatment goals with interventions, actions toward improvement, and measurable objectives.
>
> - Treatment methods to be used, including the frequency of the methods and the persons or disciplines responsible for each method.
>
> - Goals for aftercare and a plan for post-discharge follow-up.
>
> Source: California Code of Regulations, Title 22, Section 79747.

Despite the importance of treatment plans, three of the four prisons we reviewed did not always comply with state regulations and Corrections' policy that require prison staff admitting inmates to crisis beds to develop an initial treatment plan within 24 hours. Corrections' policies state that this initial treatment plan should contain a provisional diagnosis and an initial plan for treatment. Although this is Corrections' only written requirement regarding initial treatment plans, its clinical support chief explained that she would expect an initial treatment plan to contain an admitting diagnosis, reason for admission, a description of symptoms, and immediate interventions to address those symptoms and target the reason for admission. However, mental health staff did not complete such plans for four of the 26 inmates who should have had them at the four prisons we reviewed. Because Corrections' policies state that inmates must be discharged from crisis beds within 10 days, unless otherwise approved for a longer stay, inmates

without initial treatment plans may not have a treatment plan for up to 30 percent of their stays in crisis beds—until the 72-hour treatment plan is complete.

In addition, one of the prisons we reviewed failed to comply with state regulations and Corrections' policies for completing 72-hour treatment plans. As Table 4 shows, we reviewed 25 files for inmates who attempted or committed suicide from 2014 through 2016 who should have had 72-hour treatment plans following their admission to crisis beds at the four prisons. We found that mental health staff completed 23 of these 72-hour treatment plans. However, CCWF's mental health staff did not complete a 72-hour treatment plan for two inmates, but rather completed a separate supplemental section, which does not serve as the 72-hour treatment plan. CCWF's chief of mental health acknowledged that when she assumed her position in mid-2015, mental health staff were not completing all sections of the 72-hour treatment plans. She could not provide an explanation for this deficiency because she was not familiar with the guidance mental health staff had received at that time; however, she stated that after she noticed the practice, she reminded mental health staff that they needed to complete all sections of the 72-hour treatment plans.

**Table 4**
**Problems With 72-Hour Treatment Plans at the Four Prisons We Reviewed**

| | PRISON | | | | |
|---|---|---|---|---|---|
| | CCWF | CIW* | RJD | SAC | TOTAL |
| **Number of inmates who...** | | | | | |
| ...should have had a 72-hour treatment plan | 9 | 7 | 5 | 4 | 25 |
| ...did not receive a 72-hour treatment plan | 2 | 0 | 0 | 0 | 2 |
| ...received a 72-hour treatment plan | 7 | 7 | 5 | 4 | 23 |
| **Missing or incomplete items on the treatment plans reviewed** | | | | | |
| Mental health diagnoses | 0 | 0 | 0 | 0 | 0 |
| Medication dosage and frequency | 1 | 4 | 4 | 3 | 12 |
| Treatment goals with interventions and measurable objectives | 1 | 0 | 0 | 2 | 3 |
| Treatment methods, including frequency and persons responsible for each method | 7 | 4 | 5 | 4 | 20 |
| Post-discharge follow-up plan | 5 | 5 | 3 | 4 | 17 |

Sources: California State Auditor's analysis of mental health records for selected inmates at each of the four prisons reviewed, Corrections' 2009 program guide, and California Code of Regulations Title 22, Section 79747.

* Staff at CIW completed one treatment plan more than 72 hours after the inmate was admitted to a crisis bed.

Moreover, none of the 23 completed 72-hour treatment plans we reviewed were adequate based on the elements state regulations require. For example, many of the 72-hour treatment plans were missing either the treatment methods, the frequency at which the treatment methods should be completed, or who was responsible for administering the methods. Without this information, inmates may not receive necessary treatment from the correct providers at appropriate intervals. In addition, many of the 72-hour treatment plans we reviewed had missing or incomplete discharge follow-up plans. It is vital that the treatment teams begin planning for inmates' care following discharge from crisis beds as soon as possible because Corrections' policies state that crisis-bed stays should be 10 days or fewer, although crisis-bed stays may surpass 10 days with the approval of the prison's chief of mental health or a designee.

Further, some 72-hour treatment plans we reviewed had multiple deficiencies. For example, one 72-hour treatment plan at SAC—for an inmate admitted to a crisis bed after a suicide attempt in 2016—lacked specific treatment interventions, the frequency of treatment, and a discharge plan. Additionally, the prison's mental health staff left several other sections of this plan blank, such as a statement of the inmate's mental condition and descriptions of the long-term goals of the inmate and of the inmate's participation in the treatment planning process. When we inquired, prison officials at SAC stated that this treatment plan was not acceptable and that management would address the deficiencies with the mental health staff member.

Corrections has been aware for years that its 72-hour treatment plans were inadequate, because multiple experts have reached this conclusion. For instance, a 1999 special master's monitoring report found that several treatment team meetings failed to develop realistic and meaningful 72-hour treatment plans at one prison. The same report noted that another prison did not hold any treatment team meetings in the crisis-bed unit. Further, a special master's review of inmate suicides that occurred in the second half of 2012 determined that the prisons had provided inadequate 72-hour treatment plans for about 33 percent of the inmates who committed suicide, while a similar special master's review of inmate suicides that occurred in 2014 found that this number had risen to over 65 percent. Finally, the suicide expert found continued problems with the adequacy of treatment planning for patients identified as suicidal at all 18 prisons that he reviewed in his 2016 report on suicide prevention practices.

*Corrections has been aware for years that its 72-hour treatment plans were inadequate, because multiple experts have reached this conclusion.*

To address concerns related to treatment planning, Corrections stated that it implemented an internal audit of the quality of the 72-hour treatment plans beginning in September 2013. Every quarter, each prison must audit a random sample of 15 of its 72-hour treatment plans per institutional program, which includes

crisis beds. In these audits, the reviewers are instructed to examine 15 crucial aspects of the 72-hour treatment plans, including whether the interventions are measurable and specify frequency and duration, as well as whether the goals for the inmates are correlated to problems and interventions. According to Corrections' quality administrator, a plan must meet 13 of the 15 criteria in order for a treatment plan to pass the internal audit. She also stated that if the audits identify a systemic problem in a program or prison, the prison must work with Corrections' staff to create a corrective action plan that the prison must then submit to Corrections.

These audits found varying levels of treatment plan quality from 2014 through 2016 at the four prisons we reviewed. According to Corrections' reports, its overall monthly rate of 72-hour treatment plans that met the audit criteria from 2014 through 2015 fluctuated between 0 percent and 67 percent, with no treatment plans meeting the audit criteria for 14 of these 24 months. According to the quality administrator, none of the audited plans met the criteria during these months because the audits were new and the standards were fairly high. In the second half of 2016, the overall monthly rate of treatment plans that met audit criteria fluctuated from 55 percent to 68 percent. However, in at least one month, all four prisons we reviewed had lower percentages of treatment plans that met the audit criteria than Corrections' overall rate. In fact, in July 2016, only 33 percent of SAC's audited treatment plans met the audit criteria. The quality administrator stated that the prisons have continued to struggle to pass the audits because Corrections had examined only the timeliness of 72-hour treatment plans before 2014. She explained that mental health staff should now be more aware of the standards as the result of several trainings. However, Corrections has had regulations in effect since 1996 that specify what a 72-hour treatment plan should include. Therefore, Corrections' mental health staff should have already been aware of these requirements.

As part of this audit, we were also requested to determine whether CIW allows inmates identified as suicidal to have access to inmate program activities or movements, such as yard time. The chief of mental health at CIW explained that it had always been CIW's policy to allow inmates in crisis beds access to yard time; however, prior to this audit, privileges for inmates would only be documented in treatment plans if access to these privileges was restricted in any way. He further described that any records of yard privileges for inmates in crisis beds would have been maintained by a recreation therapist separate from the treatment plan; however, CIW was unable to provide these records for the six inmates we reviewed. Thus, we were unable to determine whether these inmates had access to privileges like yard time. As a result of our audit, CIW stated that it has verbally instructed staff to improve their

*It had always been CIW's policy to allow inmates in crisis beds access to yard time; however, prior to this audit, privileges for inmates would only be documented in treatment plans if access to these privileges was restricted in any way.*

documentation regarding inmate privileges such as yard time by indicating in treatment plans whether inmates have access to such privileges or by justifying why the inmates do not. Furthermore, in response to the suicide expert's recommendation, Corrections updated its policies in June 2016 to allow inmates in crisis beds to have access to phone and visitation privileges equal to the privileges the inmates would have when not in a crisis bed—privileges which inmates in crisis beds at CIW were previously not allowed to have.

In conducting our audit work, we observed that some inmates faced delays in being placed in a crisis bed. Specifically, in certain cases, inmates must await assignment to crisis beds because only a limited number of these beds are available. Corrections' policies require that inmates awaiting crisis beds be assigned to alternative housing, which is meant to be short-term and can include large holding cells or other housing where complete and constant visibility can be maintained. Inmates must be transferred out of alternative housing within 24 hours and, according to CCWF's chief of mental health, alternative housing should provide a crisis-bed level of care. Thus, we expected that inmates who remain in alternative housing for more than 24 hours would receive the same documentation of care as inmates in crisis beds, including initial and—if necessary—72-hour treatment plans. However, Corrections' clinical support chief for mental health stated that mental health staff complete treatment plans when inmates enter a new level of care and that alternative housing is a temporary placement rather than a level of care. She explained that completing treatment plans for inmates in alternative housing is not practical for various reasons, including that most alternative housing settings lack space to conduct confidential treatment plan meetings and not all members of the treatment team are required to see inmates in alternative housing. She also stated that inmates receive their standard medications while in alternative housing and that psychiatrists can order additional medication as necessary. Although these explanations appear to be reasonable, we remain concerned that Corrections has not always transferred inmates out of alternative housing within 24 hours.

For example, in a 2016 monitoring report, the special master found that 47 percent of CIW's alternative housing stays and 36 percent of RJD's alternative housing stays during the review period exceeded 24 hours. Our findings are similar to those of the special master. Specifically, 10 of 40 inmates we reviewed remained in alternative housing for more than 24 hours. For instance, one inmate was in alternative housing for approximately six days following a suicide attempt before being admitted to a crisis bed. Because she was discharged from the crisis bed about seven days after her admission, nearly half of her time at a crisis-bed level of care was spent in alternative housing. Of even greater concern,

*In conducting our audit work, we observed that some inmates faced delays in being placed in a crisis bed.*

Case 2:90-cv-00520-KJM-SCR   Document 5678   Filed 09/13/17   Page 170 of 215

*Two inmates assigned to alternative housing ultimately committed suicide after not being admitted to crisis beds based on the mental health staff's assessments of their mental health.*

two inmates assigned to alternative housing ultimately committed suicide after not being admitted to crisis beds based on the mental health staff's assessments of their mental health. Both of these inmates committed suicide within two weeks of discharge from alternative housing.

In order to address the fact that some inmates spend more than 24 hours in alternative housing while waiting to transfer to a crisis bed, Corrections submitted a budget change proposal for the 2017–18 fiscal year, requesting the construction of 100 new crisis beds. It is Corrections' belief that adding additional crisis beds will help alleviate the issue of inmates spending more than 24 hours in alternative housing, because many of the inmates that spend more than 24 hours in alternative housing do so because no crisis beds are available. The Legislature approved Corrections' request for 100 new crisis beds in its 2017–18 budget. According to the deputy director of the statewide mental health program, the 100 crisis beds should be sufficient; however, sufficiency assumes that the needs of Corrections' inmate population will not change in ways that will require additional crisis beds. Also, Corrections has the ability to monitor alternative housing stays that exceed 24 hours as a part of its audit process, which we discuss in Chapter 3.

### Prison Staff Did Not Sufficiently Monitor At-Risk Inmates or Respond to Suicide Attempts as Corrections' Policies Require

At all four prisons we reviewed, we observed deficiencies in the prisons' efforts to monitor inmates who were at risk of committing suicide. Staff at each of the four prisons failed to appropriately observe inmates within the required time interval, giving inmates greater opportunities to injure themselves with potentially lethal results. Further, we found instances where prison staff prefilled observation logs and did not stagger the timing of checks. In addition, Corrections has determined that prison staff did not always respond appropriately upon discovering that inmates had attempted to commit suicide. Specifically, Corrections' reviews of inmate suicides found that prison staff sometimes failed to bring required life-saving equipment to the scene, did not appropriately relieve pressure on three hanged inmates' airways, and did not always promptly summon medical responders. Although Corrections agreed that these issues are problematic, it has only recently taken steps to address them.

***Prison Staff Did Not Always Monitor Inmates at High Risk of Suicide as Corrections' Policies Require***

Our review found that the four prisons have not always performed timely and appropriate checks of inmates placed on suicide precaution. As the text box shows, Corrections has established specific policies for monitoring inmates at risk of suicide, depending on whether they are in immediate danger of self-harm. Because suicide watch entails continuous, direct visual observation of inmates, we could not confirm through a review of watch logs whether this type of observation occurred. Instead, we focused our review on suicide precaution logs, which indicate when prison staff conducted their staggered behavior checks of inmates. Corrections' policy requires prison staff to stagger their behavior checks of inmates on suicide precaution in intervals not to exceed 15 minutes. According to the chief nursing executive at CCWF, the purpose of staggering behavior checks is to ensure that inmates are not able to anticipate when checks will occur and hurt themselves between checks. Nonetheless, the records for 19 out of 25 inmates we reviewed who were placed on suicide precaution indicated they did not always receive staggered behavior checks. Table 5 on the following page presents the problems we identified with suicide precaution checks at the four prisons we reviewed. When prison staff do not stagger the timing of their behavior checks of inmates on suicide precaution, they increase the risk that inmates will be able to injure themselves, perhaps fatally.

Table 5 on the following page shows that the prisons we reviewed did not always conduct suicide precaution behavior checks in a timely manner and that, for several inmates, prison staff prefilled or preprinted the observation logs. All four prisons exceeded the maximum requirement of 15-minute intervals between checks for some inmates, with several intervals at SAC and CCWF exceeding 20 minutes. In one particularly egregious example, prison staff at CCWF checked on an inmate on suicide precaution 90 times, but exceeded 15 minutes between checks more than 35 times, with one gap lasting longer than one hour. Further, we found that staff appeared to prefill times for checks on observation logs for eight of the 19 inmates on suicide precaution that we reviewed in prisons that used paper logs, rather than electronic logs. For example, we found several instances of logs with preprinted observation times for three inmates on suicide precaution who required staggered

> ### Suicide Watch and Suicide Precaution
>
> When inmates are in crisis beds because of suicide risk and are in immediate danger of self-harm, they are placed on suicide watch, which entails the following:
>
> - They are allowed only a no-tear smock or gown, a safety mattress, and a no-tear blanket. All furniture is removed.
>
> - Staff must provide continuous, direct visual observation as well as nursing checks every 15 minutes.
>
> When inmates are in crisis beds because of a high risk of attempting self-harm but are not in immediate danger, they are placed on suicide precaution, which entails the following:
>
> - If they are at higher risk, they are allowed only a no-tear smock or gown, a safety mattress, and a no-tear blanket. If they are at lower risk, they are allowed certain clothing, reading and writing materials, and toiletries. Mental health staff must use their clinical judgment when allowing inmates access to these items.
>
> - Staff must conduct staggered behavior checks of the inmate in intervals not to exceed 15 minutes.
>
> Source: Corrections' 2009 program guide.

Case 2:90-cv-00520-KJM-SCR    Document 5678    Filed 09/13/17    Page 172 of 215

checks. We also identified logs that listed observation times after inmates had been discharged, suggesting the logs were prefilled. This strongly suggests that staff may not have actually conducted visual observation at the times the logs indicate, and may not have conducted the observations at all.

**Table 5**
**Problems With Monitoring of Inmates on Suicide Precaution at the Four Prisons We Reviewed**

| PRISON | NUMBER OF INMATES OUT OF 10 ON SUICIDE PRECAUTION | INMATES ON SUICIDE PRECAUTION WHO DID NOT RECEIVE STAGGERED CHECKS | | INMATES ON SUICIDE PRECAUTION WHO RECEIVED CHECKS WITH INTERVALS GREATER THAN 15 MINUTES | | NUMBER OF INMATES WITH LOGS NOT COMPLETED APPROPRIATELY (I.E. PREFILLED OR PREPRINTED) | TOTAL NUMBER OF SUICIDE PRECAUTION RECORDS REVIEWED THAT HAD AT LEAST ONE OF THE ISSUES IDENTIFIED IN THIS TABLE |
|---|---|---|---|---|---|---|---|
| | | NUMBER | PERCENTAGE | NUMBER | PERCENTAGE | | |
| CCWF* | 7 | 6 | 86% | 6 | 86% | 2* | 7 |
| CIW* | 7 | 6 | 86 | 2 | 29 | 1* | 6 |
| RJD | 5 | 4 | 80 | 4 | 80 | 2 | 5 |
| SAC | 6 | 3 | 50 | 5 | 83 | 3 | 6 |
| Totals | 25 | 19 | 76% | 17 | 68% | 8 | 24 |

Sources:  California State Auditor's review and analysis of health records for 10 inmates at each of the four prisons, Corrections' 2009 program guide, and Corrections' other policies.

*  CCWF and CIW transitioned to an electronic health record system in October 2015, and suicide precaution checks are now recorded electronically in this system. Therefore, we could only test for prefilling/preprinting for four of the seven inmates on suicide precaution at CCWF and six of the seven inmates on suicide precaution at CIW.

Officials at the four prisons agreed that suicide precaution observations have been problematic. The chief of mental health at CCWF stated that checks might have been late or not appropriately staggered in the past because staff did not understand how to implement staggered checks. She also explained that staff shift changes can cause intervals between checks that exceed 15 minutes and that staff are sometimes unable to conduct checks at the required times because they are engaged with other inmates. Prison staff at SAC indicated that the prison used preprinted forms in the past to help nurses stagger their checks but stopped this practice after the suicide expert's 2015 report stated that they were inappropriate. Further, they explained that SAC now conducts spot checks of its suicide precaution logs.

Although prison officials indicated the implementation of Corrections' new electronic health record system should reduce some of the issues we found, we still identified problems in the prisons that have implemented the system. According to Corrections' January 2016 report titled *An Update to the Future of California Corrections*, the electronic health record system allows providers to more efficiently prescribe treatment, maintain or

strengthen continuity of care, work cohesively with other treatment team members, and monitor inmate progress. Both CCWF and CIW implemented the system in October 2015, whereas Corrections' remaining prisons are in various stages of transitioning to the new system, with Corrections estimating that all prisons will have implemented it by October 2017. Prison officials at CCWF and CIW indicated that the shift to the new system has improved compliance with their monitoring of suicidal inmates because providers can order the behavior checks and set when they are due. However, we still found instances in which staff did not stagger behavior checks after CIW and CCWF implemented the system, and the checks continued to occur at predictable intervals. Corrections' chief psychologist of quality management and informatics asserted that he believed it is difficult in practice for mental health staff to mentally track every patient they are monitoring and plan to stagger the behavior checks. The continued problems we observed with staggering behavior checks suggest that Corrections needs to increase training for mental health staff on how to properly stagger such checks.

Additionally, out of the four prisons we reviewed, SAC and RJD did not regularly check on the welfare of inmates in certain housing units as required by Corrections' policies. The policies require that prison staff regularly observe all inmates placed in certain housing units.[4] These checks, known as security welfare checks, should occur at staggered intervals twice an hour, with the intervals not exceeding 35 minutes. However, the security welfare check data show that SAC and RJD did not conduct these checks as required. For example, four of the 10 inmates we reviewed at SAC were in segregated housing units, yet none appeared to have received timely security welfare checks on the days they either committed or attempted to commit suicide. For one of these inmates, SAC could not provide any evidence demonstrating the welfare checks occurred at all. For another inmate, the security welfare check log shows some intervals between checks were longer than an hour on the day the inmate committed suicide. According to a Corrections' suicide report, when staff discovered the inmate's body, more than 50 minutes had elapsed since the last check. As these examples clearly show, when they do not check on inmates as required, prison staff may miss opportunities to prevent inmates from injuring themselves or attempting to commit suicide.

*Out of the four prisons we reviewed, SAC and RJD did not regularly check on the welfare of inmates in certain housing units as required by Corrections' policies.*

Although Corrections has recently taken steps to ensure that prisons comply with the suicide precaution and security welfare check policies, it is too soon to determine the effectiveness of

---

[4] Inmates may be removed from a prison's general population and placed in segregated housing for various reasons, including that they pose an immediate threat to the safety of others.

these actions. In particular, the suicide expert recommended in his January 2015 report that Corrections enforce its policies regarding behavior checks at staggered intervals not to exceed 15 minutes between checks for inmates on suicide precaution. In response to this recommendation, Corrections issued a memorandum in March 2016 reiterating policies for inmates placed in crisis beds, including the requirements for observing inmates on suicide precaution. Additionally, Corrections' quality administrator explained that it is developing an audit process that it plans to implement statewide for reviewing prisons' compliance with its policies and procedures. Corrections' regional teams will conduct this process, and it will include a review of suicide precaution logs and security welfare check logs. We describe this audit process in more detail in Chapter 3. Further, she indicated that as part of this audit process, Corrections is developing automated monitoring of suicide precaution checks in its electronic health record system to ensure compliance with Corrections' policies. However, since Corrections has not yet finalized its development of the audit process, including the automated monitoring, it is too early to determine its effectiveness.

*We found that mental health staff at CCWF, RJD, and CIW did not always make required daily progress notes for inmates in crisis beds.*

Finally, we found that mental health staff at CCWF, RJD, and CIW did not always make required daily progress notes for inmates in crisis beds. Corrections' policies require mental health staff to assess and monitor on a daily basis the condition of inmates who are in crisis beds. According to the policies, mental health staff must document these daily contacts within 24 hours. However, four inmates we reviewed at CCWF, two inmates at RJD, and two inmates at CIW did not receive daily progress notes for at least one day while in crisis beds. Without these notes, prison staff are hindered in their ability to assess inmates' progress and determine whether they should be either discharged or referred to a higher level of care. For example, an inmate at CCWF spent over 20 days in a crisis bed before she was discharged—more than twice as long as Corrections' policies specify—yet she did not receive progress notes for several of the additional days. Had staff completed the daily progress notes, this inmate might have received the treatment she needed in a timelier manner. The chief of mental health at CCWF could not explain why staff did not make these progress notes. The quality administrator stated that Corrections does not currently monitor prisons' compliance with requirements for daily progress notes for inmates in crisis beds but is open to incorporating such monitoring into its audit process once all prisons have transitioned to the electronic health record system in October 2017.

***Corrections' Suicide Reports Are Not Always Timely and Have Identified Various Concerns Regarding Prisons' Compliance With Emergency Response Requirements***

One of the experts engaged by the special master noted that the suicide review process and the issuance of suicide reports on each inmate suicide is one of the strengths of Corrections' suicide prevention program. However, of the 16 suicide reports that we reviewed, Corrections completed nine later than the 60 days following a suicide that its policy requires. In two instances, Corrections took 137 days to complete a report—more than double the timeline established in its policies. Corrections' clinical support chief attributed two of the late reports to a shortage of resources caused by a large number of suicides that occurred over a short time frame, while she explained that several others were late due to the complexities of the necessary reviews. However, she stated that delays in completing a suicide report would not delay Corrections from informing a prison of an urgent problem that needed immediate attention; in such cases, while reviewers are still on-site, they would inform the prison of the issue. Nevertheless, we believe that it is critical that Corrections complete these reports as expeditiously as possible because they are a crucial tool for identifying problems with the prisons' clinical care and compliance with policies and procedures, including their emergency responses to suicides.

In fact, several suicide reports we reviewed identified that prison staff have not always complied with Corrections' requirements and state regulations for how to respond to suicide attempts. For instance, state regulations and Corrections' policy require that a cut-down kit be immediately accessible in each housing unit of a prison and that staff use the kit in cases of attempted hangings. The text box lists the cut-down kit's required contents—several of which can be used to provide life-support care or clear an obstruction to an airway—which Corrections has identified as being critical to saving the life of inmates who attempt suicide by hanging. However, of the 15 suicides by hanging that we reviewed, Corrections' suicide reports noted three instances in which responders did not indicate having or using all or part of a cut-down kit. For example, one suicide report found that prison staff immediately responding to the hanging did not use a resuscitator at the scene of the emergency. Rather, the report found that prison staff indicated the resuscitator was used after the inmate had been transported away from the scene of the emergency.

---

**Contents of a Cut-Down Kit**

A cut-down kit must be kept in a lockable metal box maintained within each housing unit and must contain the following:

- An inventory list affixed to the inside of the box door.
- One emergency cut-down tool.
- One single patient use resuscitator.
- One CPR mask.
- A minimum of 10 latex gloves.
- A disposable oral airway.

Source: Corrections' 2009 program guide.

Corrections offered several possible explanations for why prison staff may not have carried or used the entire kit when responding to suicide attempts. According to an associate warden for the Division of Adult Institutions' mental health compliance team (compliance team associate warden), staff who did not bring an entire cut-down kit may have had any missing items elsewhere on their persons or used their required training to perform the necessary life-saving measures. She also noted that the kits' storage locations in some units may have restricted staff's access to them. For example, she explained that some housing units store kits in secured control booths, even though the booth windows may not be large enough for the required metal boxes to pass through. According to the compliance team associate warden, this limitation has resulted in prisons using various bags, buckets, or other storage devices to store cut-down kits—all of which deviate from Corrections' policy that prisons store kits in lockable metal boxes.

Corrections is aware of the problems related to the storage of the cut-down kits and is in the process of taking steps to address them. Specifically, the clinical support chief for mental health indicated that Corrections had formed a workgroup to address keeping the kits in bags rather than boxes so that they could be more easily stored in secured areas. The compliance team associate warden also explained that her team is in the process of developing a memo to update Corrections' policies on when to use cut-down kits and how prison staff should maintain them. According to the compliance team associate warden, the memo will make some significant changes to Corrections' current policies, including requiring that prisons keep all cut-down kit items together in a durable bag and that prison staff bring the kits to suicide attempts by asphyxiation in addition to hangings. It will also emphasize that staff must transport the entire kit to the scene of an emergency. The compliance team associate warden expects that Corrections will finish and implement the memo by August or September 2017. Without such changes to its policies, Corrections risks additional instances of prison staff not having the entire kit at a moment when it could potentially save an inmate's life.

*Without changes to its policies, Corrections risks additional instances of prison staff not having the entire kit at a moment when it could potentially save an inmate's life.*

Corrections' suicide reports also note other issues with prisons' emergency response, and the suicide review process can result in changes to emergency response preparedness. For example, two suicide reports identified issues with the timing of summoning medical responders. Corrections addresses these types of issues by including recommendations in its suicide reports, which the prisons are responsible for implementing. Furthermore, Corrections' policy requires specific staff to follow up with prisons to ensure that they implement the recommendations. To address several issues related to their emergency responses, the prisons involved submitted to Corrections evidence that they had provided additional training

to their staff, which we believe is appropriate. In another example, three suicide reports identified concerns with staff not relieving pressure on an inmate's airway when the inmate was discovered hanging. However, CIW identified that prison staff involved in one of these incidents had most recently received suicide prevention training roughly six months before the suicide, but that the training did not provide specific instruction on relieving tension on the inmate's body by using a stable object for support. We find it concerning that Corrections omitted this critical information from this training, as its mental health policies have specified since 2009 that responding prison staff must relieve pressure on the inmate's airway. In 2016 Corrections updated its suicide prevention training to include instruction to support the inmate's airway. Corrections' clinical support chief stated that the information should have been included in previous versions of the training and that its omission was an oversight. She explained that the information was likely missing from previous versions of the training because when her team revised the training they focused on adding new issues rather than reviewing the training to ensure that all of the necessary information was included. She further explained that she was surprised to find that the information was missing, because the same team that assembled the 2009 program guide with Corrections' policies put together the training.

## Recommendations

### Legislature

To provide additional accountability for Corrections' efforts to respond to and prevent inmate suicides and attempted suicides, the Legislature should require that Corrections report to it in April 2018 and annually thereafter on the following issues:

- Its progress toward meeting its goals related to the completion of risk evaluations in a sufficient manner.

- Its progress toward meeting its goals related to the completion of 72-hour treatment plans in a sufficient manner.

### Corrections

Corrections should immediately require mental health staff to score 100 percent on risk evaluation audits in order to pass. If a staff member does not pass, Corrections should require the prison to follow its current policies by reviewing additional risk evaluations to determine whether the staff member needs to undergo additional mentoring.

To ensure that it identifies inmates who are at risk of attempting suicide and determines the treatments needed to prevent them from doing so, Corrections should immediately reevaluate and revise its goals for the percentage of risk evaluations that mental health staff must complete on time and for the percentage of risk evaluations that must pass its risk evaluation audits. It should set revised goals that better take into consideration the importance of mental health staff completing adequate risk evaluations in a timely matter. Corrections should require prisons that perform below its revised goals to develop improvement plans.

To improve the quality of its risk evaluations, by December 2017 Corrections should develop and incorporate into its electronic risk evaluation form prompts to aid mental health staff in completing adequate risk evaluations that meet all audit criteria.

To minimize the number of inmates who spend more than 24 hours in alternative housing, Corrections should use the audit process it is developing to monitor the amount of time inmates spend in alternative housing and annually reassess its need for additional crisis beds.

To ensure that prisons document the privileges, such as yard time, that inmates receive while in a crisis bed, Corrections should immediately require prisons to develop and formalize policies to record on their treatment plans the privileges inmates are allowed and receive while in a crisis bed.

To ensure that prison staff conduct required checks of inmates placed on suicide precaution in a timely manner, Corrections should implement its automated process to monitor suicide precaution checks in its electronic health record system by the time it is implemented systemwide in October 2017. Further, Corrections should train staff on how to plan for and conduct staggered suicide precaution checks.

To monitor prisons' compliance with its requirement that inmates in crisis beds receive daily progress notes, Corrections should implement monitoring of these notes electronically into its audit process by the time the electronic health record system is in use systemwide in October 2017. Corrections should require prisons that are out of compliance to develop and implement quality improvement plans, and it should follow up on the prisons' implementation of those plans.

To ensure that prison staff appropriately respond to attempted suicides, Corrections should implement its proposed changes to its emergency response policies regarding cut-down kits by December 2017 and should include in its policies a method for monitoring prisons' compliance.

# Chapter 2

## A NUMBER OF FACTORS HAVE LIKELY CONTRIBUTED TO HIGH RATES OF INMATE SUICIDES AND SUICIDE ATTEMPTS AT CIW

From 2014 through 2016, the rates of inmate suicides and suicide attempts at CIW were significantly higher than the rates at either CCWF or Corrections' men's prisons. Staff at Corrections and CIW provided several reasons for CIW's elevated rates, including inmate drug involvement, domestic violence in interpersonal relationships between female inmates, and the transfer of additional inmates to CIW and CCWF following the conversion of a women's prison to a men's prison. Because suicide is the result of multiple factors, we believe many of these causes could have contributed to CIW's high rates of suicides and suicide attempts. In addition, we identified several factors that many of Corrections' prisons share in common that may influence rates of inmate suicides and suicide attempts. Specifically, Corrections has not established a means of ensuring that all staff receive required trainings related to suicide prevention and response, and as a result, some staff may not have the knowledge necessary to address inmates' mental health needs. Further, Corrections has struggled to fill certain mental health staff vacancies, particularly for psychiatrist positions. Finally, Corrections has not recently updated its staffing model to ensure that the prisons have adequate staff to meet their inmates' mental health needs.

### Corrections Has Identified Possible Causes for the High Suicide Rate at CIW

As the Introduction discusses, the rates of suicides and suicide attempts at women's prisons in California have increased over the last several years. After declining from 2012 through 2013, the rates of both suicides and attempted suicides at women's prisons rose dramatically, from 3.7 attempts and 0.35 suicides per 1,000 inmates in 2014 to 10.3 attempts and 0.63 suicides in 2016.

Further, as Table 6 on the following page shows, the rates of suicides and attempted suicides at women's prisons were significantly higher and less stable than the rates at other prisons in California during this same time period. Although the increase in female inmate suicides is dramatic, Corrections' clinical support chief noted that even one suicide can significantly affect the rate because of the small population of female inmates. However, she acknowledged that there have been more suicides among female inmates than she would have expected and she believes that California's rates are high in comparison to large prison systems in other states.

Case 2:90-cv-00520-KJM-SCR    Document 5678    Filed 09/13/17    Page 180 of 215

**Table 6**
**Suicides and Attempted Suicides in Adult Prisons From 2012 Through 2016**

| | | INMATE POPULATION* TOTALS | ATTEMPTED SUICIDES | | SUICIDES | |
|---|---|---|---|---|---|---|
| | | | TOTALS | PER 1,000 INMATES | TOTALS† | PER 1,000 INMATES |
| 2012 | Women's prisons | 6,643 | 30 | 4.5 | 1 | 0.15 |
| | All other prisons‡ | 119,633 | 322 | 2.7 | 24 | 0.20 |
| | All prisons | 126,276 | 352 | 2.8 | 25 | 0.20 |
| 2013 | Women's prisons | 5,627 | 23 | 4.1 | 1 | 0.18 |
| | All other prisons‡ | 117,611 | 351 | 3.0 | 25 | 0.21 |
| | All prisons | 123,238 | 374 | 3.0 | 26 | 0.21 |
| 2014 | Women's prisons | 5,646 | 21 | 3.7 | 2 | 0.35 |
| | All other prisons‡ | 117,006 | 344 | 2.9 | 18 | 0.15 |
| | All prisons | 122,652 | 365 | 3.0 | 20 | 0.16 |
| 2015 | Women's prisons | 4,887 | 45 | 9.2 | 2 | 0.41 |
| | All other prisons‡ | 109,243 | 346 | 3.2 | 17 | 0.16 |
| | All prisons | 114,130 | 391 | 3.4 | 19 | 0.17 |
| 2016 | Women's prisons | 4,743 | 49 | 10.3 | 3 | 0.63 |
| | All other prisons‡ | 114,938 | 370 | 3.2 | 23 | 0.20 |
| | All prisons | 119,681 | 419 | 3.5 | 26 | 0.22 |
| 5-YEAR TOTALS | Women's prisons | | 168 | | 9 | |
| | All other prisons‡ | | 1,733 | | 107 | |
| | All prisons | | 1,901 | | 116 | |

Sources:  California State Auditor's analysis of Corrections' COMPSTAT metrics and additional information on suicides provided by various prisons.

\* *Inmate population* is the average of the 12 months in each year.

† The numbers we present here reflect our amendments to Corrections' COMPSTAT data. As we discuss in Chapter 3, our review of various records from individual prisons revealed that COMPSTAT has consistently underreported the number of suicides in California prisons. We have therefore adjusted the number of suicides in 2013, 2015, and 2016 to include three suicides that we identified at CIW, RJD, and SAC that were not included in the COMPSTAT data; however, we caution that these numbers may still not be accurate.

‡ According to a COMPSTAT research program specialist, Corrections expresses its numbers in COMPSTAT by institution and not by gender. Thus, *Women's prisons* includes CCWF and CIW, as well as the former Valley State Prison for Women (VSPW) in 2012, and CCWF and CIW from 2013 through 2016. *All other prisons* comprises nearly all male inmates; however, it does include inmates in other facilities, including some that house both men and women, such as certain medical facilities, and Folsom State Prison, which has a small women's facility.

The clinical support chief offered three primary reasons for why the suicide rate at women's prisons has been high in recent years. First, she explained that unlike male inmates, female inmates tend to build family units within prisons, and Corrections has found that domestic violence can occur within these units. She believes that this domestic violence has contributed to the higher suicide rates at women's prisons. She stated that in order to address this issue, Corrections is planning to develop a curriculum regarding same-sex domestic violence for female inmates who receive mental health services.

The second reason the clinical support chief pointed to was drug involvement. Specifically, she explained that substance abuse affects female inmates differently than male inmates because incarcerated women have high levels of past trauma. That trauma, combined with substance abuse, likely increases the risk of suicide. According to the clinical support chief, drugs or drug trafficking were involved in four of the six most recent suicides in women's prisons. She stated that in order to address this issue, Corrections is hoping to finalize a contract in the near future to establish a co-occurring disorders program at CIW and at other prisons. She explained that this program would be modeled on best practices that combine mental health issues with treatment for substance abuse.

Finally, the third reason she cited was that the realignment of prisons changed the composition of the inmate population in state prisons. In 2011 the Legislature passed various laws that realigned the criminal justice system by allowing inmates who were not convicted of serious or violent felonies, or felonies requiring registration as a sex offender, to serve their sentences in county jails rather than state prisons. She explained that as a consequence of realignment and lower-level offenders being sentenced to county jails, inmates who remain in state prisons generally have more severe behavioral issues and are more likely to have committed violent crimes. She also said that inmates who have committed violent crimes are potentially more likely to commit suicide because they have a history of using violence as a response to various situations, including self-directed violence. As a result, female inmates in the State's prisons may be more likely to make lethal suicide attempts.

These reasons, however, apply to all female inmates and do not necessarily explain the difference in the rates of suicides and attempts between CIW and CCWF, which are both women's prisons. As Table 1 in the Introduction shows, all but one of the suicides occurring from 2014 through 2016 at the two women's prisons we reviewed occurred at CIW. During this same period, there were also more suicide attempts at CIW than at CCWF, despite CIW's smaller inmate population. For example, there were 11 attempted suicides at CCWF in 2015, but 34 attempted suicides at CIW. We asked the clinical support chief why she thought the suicide and suicide attempt rates at CIW were higher than those at CCWF from 2014 through 2016 and she stated that she did not have any easy hypotheses for why the rates were higher at CIW. She additionally described that based on her understanding, the characteristics of the inmates at CIW and CCWF do not seem to differ significantly. Moreover, the Centers for Disease Control and Prevention has identified that suicidal behavior results from a combination of many factors—including genetic, developmental, environmental, psychological, social, and cultural factors—operating through diverse and complex pathways. It is therefore likely that there are many components to the cause for the difference in suicide and suicide attempt rates between CIW and CCWF.

*Substance abuse affects female inmates differently than male inmates because incarcerated women have high levels of past trauma that, when combined with substance abuse, likely increases the risk of suicide.*

Prison officials at CIW, however, did identify one other explanation for why the suicide rate at CIW was elevated from 2014 through 2016: they attributed the increased suicide rate at CIW to the conversion of VSPW to a men's prison and the subsequent transfer of higher-security-level inmates to CIW than the prison was designed to house. Corrections converted VSPW to a men's prison due to the decline in the number of female inmates in state prisons following realignment. According to Corrections' acting associate warden of female offender programs and services, Corrections transferred about 970 inmates to CCWF and 400 inmates to CIW from VSPW from September 2012 through January 2013. Two chief psychologists and a senior psychologist at CIW stated that the transfer of inmates resulted in a number of negative effects, including increases in gang influences, more drugs, higher-security-level inmates, and increased conflict in the housing units. The chief executive officer at CIW explained that CIW was not designed to house high-security-level offenders, and he agreed that the change in prison culture following the conversion of VSPW may have contributed to the increase in suicides and attempted suicides. We attempted to verify whether high-security-level inmates were transferred to CIW; however, Corrections' acting associate warden of female offender programs and services explained that Corrections does not have a historical breakdown of that information.

*Two chief psychologists and a senior psychologist at CIW stated that the transfer of inmates resulted in a number of negative effects, including increases in gang influences, more drugs, higher-security-level inmates, and increased conflict in the housing units.*

Although Corrections acknowledged at the time that the conversion of VSPW to a men's prison might significantly affect CIW and CCWF, it did little to prepare those prisons. According to documentation Corrections provided, beginning in 2011, Corrections developed action plans for the conversion of VSPW and held meetings with certain stakeholders to discuss these plans. However, Corrections was unable to provide evidence of such a meeting occurring at CIW. Further, CIW officials were unable to recall the occurrence of such a meeting. Corrections distributed a memorandum in late August 2012 announcing the conversion of VSPW and the resulting transfer of its female inmates to CIW, CCWF, and certain other special programs beginning the next month. However, the memorandum lacked any details regarding the steps the prisons should take to prepare for the new inmates; instead, it simply stated that the support of the wardens in ensuring their prisons' assistance was appreciated. According to Corrections' acting associate warden of female offender programs and services, the wardens at each prison were responsible for preparing their staff for the conversion and the subsequent increases in their inmate populations. Both an associate warden at CIW and its chief executive officer confirmed that, beyond the standard preparations made for inmate transfers, they could not remember any special preparations or training that CIW provided for its staff.

The inmates who transferred from VSPW were not the majority of those attempting suicide at either CIW or CCWF. This supports CIW officials' perspective that there was a cultural change at the prison subsequent to the transfers. According to CIW, inmates who transferred from VSPW committed 8 percent of the suicides and suicide attempts at CIW from 2014 through 2016. Similarly, CCWF's data show inmates who transferred from VSPW committed 12 percent of the suicide attempts at CCWF during this period. CIW's chief executive officer stated that before the transfer of inmates from VSPW, he would have described CIW as a prison that had relatively few issues with inmates. He explained that he could no longer describe the prison in this way after the transfer because the inmates from VSPW brought with them a culture of substance abuse, illegal drug trading, and violence related to drug trafficking.

### CIW and Other Prisons Have Not Ensured That Their Staff Have Received Required Training on Suicide Prevention and Response

As we describe in the previous section, Corrections and CIW were able to identify certain factors that are unique to CIW and CCWF and that may have contributed to CIW's high rates of suicides and suicide attempts. However, we identified additional factors that may increase the risk of inmate suicides and attempts at both men's and women's prisons throughout the State. One of these factors is Corrections' failure to ensure that prison staff receive required training related to suicide prevention and response. We believe this lack of training may have contributed to some of the problems we identify in Chapter 1.

Because effective suicide prevention and response at prisons requires a collective effort, staff that routinely interact with inmates should receive training on how to identify and help inmates at risk of suicide as well as on how to respond to suicide attempts. When staff fail to fulfill their duties as Corrections' policies require, it may result in the serious injury or death of inmates whose lives depend on both the quality and promptness of the interventions that staff provide. The Joint Legislative Audit Committee (Audit Committee) asked us to evaluate the adequacy of the mental health and suicide prevention training specifically for CIW staff, and we found that the prison did not ensure that its staff received the required trainings. We also identified similar attendance concerns at the three other prisons we reviewed, and we found that some trainings need improvement in terms of their content and delivery.

Officials at CIW could not demonstrate that some staff had attended required training courses related to inmate suicide. State regulations and Corrections' policies require each prison to ensure that all staff

*Officials at CIW could not demonstrate that some staff had attended required training courses related to inmate suicide.*

---

**Selected Training That Corrections Requires Related to Suicide Prevention and Response**

**Annual Suicide Prevention:** Provides staff with a basic understanding of suicide prevention and their roles when working in a prison. This training includes elements related to responding to suicide attempts.

**Risk Evaluation Mentoring Program:** Provides one-on-one training and mentoring on the administration of risk evaluations. Mentoring includes feedback on risk assessment, risk formulation, and crisis intervention skills.

**Risk Evaluation for Mental Health Staff:** Focuses on practical methods to improve the accuracy and reliability of risk assessments across staff and settings. This training is designed to complement the risk evaluation mentoring program.

**Safety/Treatment Planning Within Suicide Risk Assessment and Management:** Helps mental health staff know when and how to create adequate treatment/safety plans that contain specific actions mental health staff and inmates will undertake to reduce risk of suicide.

Sources: State regulations, Corrections' policies, 2016 lesson plans, and presentation slides for the listed trainings.

---

whose assignments routinely involve inmate contact complete various trainings related to suicide prevention and response. The text box lists some of these trainings. In addition, we reviewed a training on working with female offenders, which provides information and skills that support managing female inmates safely and effectively. However, when we reviewed training records for a selection of staff at CIW, we found that prison officials could not demonstrate whether some staff had attended certain trainings. Specifically, the in-service training manager at CIW could not demonstrate that four of the 20 staff members attended a required annual suicide prevention training during 2016. Further, of the 15 mental health staff we reviewed who were required to take the same course at CIW in 2015, the prison's documentation shows that only nine attended.

Moreover, some mental health staff at CIW did not attend a required training on conducting risk evaluations or receive mentoring. Corrections requires staff who will be evaluating whether inmates are at risk of suicide to attend a training on how to complete risk evaluations. We reviewed 10 psychologists, psychiatrists, or social workers who were required to attend this training within 180 days of hire; however, the documents the prison provided demonstrate that only six did so. Further, we found that CIW did not adequately audit risk evaluations for five of the 10 mental health staff we reviewed, and did not provide mentoring for two mental health staff that failed the audit. As Chapter 1 explains, the correct completion of risk evaluations is critical because they help mental health staff identify inmates who are likely to attempt suicide as well as the treatments needed to prevent them from doing so.

CIW provided several reasons for why it was unable to demonstrate that certain staff attended the required trainings. In particular, the in-service training manager explained that some of the staff simply did not attend the training. However, he also stated that before May 2015, CIW did not effectively track its training. Further, he explained that staff in the training units at CIW and other prisons do not always record attendance—which is demonstrated by a sign-in sheet—in Corrections' tracking system. He indicated that as a result, when staff transfer to CIW, CIW must directly contact the prisons at which they previously worked to determine if those prisons can provide the sign-in sheets for trainings. This situation could lead to staff missing required trainings. For example, CIW's in-service training manager stated that one staff member we

reviewed had received the required suicide prevention training at a different prison in 2016, but he could not provide documentation that the staff member had actually received this training.

Some of the problems we found are not unique to CIW: Corrections reported that not all staff at the prisons we reviewed received required trainings in 2016. For example, at SAC, about half of the required staff received training on the principles of safety planning for suicidal inmates. Attendance compliance at RJD, CIW, and CCWF was 72 percent, 83 percent, and 89 percent, respectively, with this training requirement, according to Corrections' reports. Staff attendance rates for the annual suicide prevention training ranged from 68 percent at CIW to 95 percent at CCWF. Staff attendance was similar for the suicide risk evaluation mentoring, with reported attendance rates ranging from 71 percent at SAC to 95 percent at CCWF. Corrections' clinical support chief stated that Corrections has not followed up with the prisons regarding the reasons for the low attendance rates. She explained that although the prisons provide Corrections with some staff attendance rates at trainings, Corrections does not request that they explain or justify those rates. Rather, she stated that Corrections relies on the prisons' in-service training units and chiefs of mental health to address training noncompliance issues. Lastly, although not a training on suicide prevention, a program regarding working with female offenders was offered in 2015 and 2016. CIW and CCWF reported average staff attendance rates of 74 percent and 91 percent, respectively, for this training.

This is not a new problem, nor is it isolated. In his 2016 report regarding selected prisons' suicide prevention practices, the suicide expert also identified concerns with staff attendance at required trainings in 2014. Specifically, he found that attendance for the annual suicide prevention training across 18 prisons varied from 0 percent to 100 percent during the period he reviewed. He reported that 94 percent of custody staff, 69 percent of medical staff, and 63 percent of mental health staff received the annual suicide prevention training in the 18 prisons during 2014. He concluded that the compliance rates for training both medical and mental health staff remained problematic.

*The suicide expert found that attendance for the annual suicide prevention training across 18 prisons varied from 0 percent to 100 percent during 2014.*

In addition, our review found that CIW's trainers themselves have missed required classes. Corrections requires that instructors teaching suicide prevention and risk evaluation trainings participate in specific train-the-trainer courses. Although both of CIW's instructors for the suicide prevention training and the instructor for the risk evaluation training attended the required courses, only one of five of its mentors had received the necessary training. Further, the two suicide prevention trainers taught several trainings before they were qualified to do so per Corrections' requirements. CIW's suicide prevention

Case 2:90-cv-00520-KJM-SCR    Document 5678    Filed 09/13/17    Page 186 of 215

team coordinator stated that she received training from Corrections and that she subsequently provided training to all mentors. She explained that she believed the training she provided was sufficient to fulfill the training requirements for mentors. However, the clinical support chief stated that all mental health staff are required to receive Corrections' training before mentoring other staff. She further explained that, at one point, Corrections allowed prisons to train their own mentors, but it discontinued this practice around 2013 after realizing the content was not always adequately communicated.

Unless Corrections ensures that its trainers have the knowledge and tools necessary to provide instruction in an engaging and effective manner, it reduces the effectiveness of its training about suicide prevention practices. In the suicide expert's January 2015 report, he stated that he attended the required one-hour suicide prevention trainings at seven prisons and that many were problematic. For example, the suicide expert noted that at one of the trainings, the instructor simply read the nearly 40 PowerPoint slides at a fairly quick pace, ending the presentation after about 25 minutes. The suicide expert pointed out that another training lasted roughly 40 minutes and that the only interaction between the instructor and the participants occurred when one participant asked about the length of the class. He also observed that one prison had only offered the suicide prevention training via DVD. If Corrections does not ensure that all trainers receive instruction on delivery, it risks its trainers poorly presenting information and failing to create meaningful discussions regarding the training topic, which significantly diminishes the value to those attending the training.

*We found that some of Corrections' suicide prevention trainings were missing required content.*

Additionally, we found that some of Corrections' suicide prevention trainings were missing required content. For example, Corrections' policies require that the annual suicide prevention and response training explain how to handle situations in which inmates with mental health concerns commit violations of prison rules. However, we did not find such content in the suicide prevention training from 2014 through 2016. Corrections offers a training that focuses on situations involving violations of prison rules, but that training is not offered to everyone whom Corrections requires to take the annual suicide prevention training. Corrections must also follow a 2015 court order requiring it to incorporate into its trainings certain topics that the suicide expert's January 2015 report outlines. The suicide expert recommended that Corrections expand the length and content of certain suicide prevention trainings by including various topics, such as dealing effectively with inmates perceived to be manipulative. Although the annual suicide prevention training, risk evaluation training, and a training aimed at helping staff improve the accuracy of diagnoses contained discussion of such perceptions, a webinar on treatment planning in risk evaluations did not. Without required content, Corrections' trainings will lack effectiveness in

preventing suicides and improving responses to attempted suicides. For example, if Corrections' staff assume inmates are expressing suicidal thoughts in order to obtain some benefit—in other words, are being manipulative—the staff may miss important warning signs of impending suicide attempts.

### Staff Vacancies Continue to Challenge Corrections' Ability to Provide Sufficient Mental Health Services to Inmates

For more than 20 years, Corrections has continued to struggle to fill key mental health position vacancies, creating the risk that it may not be able to adequately serve inmates in need of mental health services. In a May 2016 report, the special master recounts that the court in *Coleman* ruled in 1995 that Corrections was significantly and chronically understaffed in the area of mental health care services and did not have sufficient staff to treat the large numbers of mentally ill inmates in its custody. The special master reported that during the intervening 20 years, the proportion of Corrections' inmates requiring mental health care soared from less than 15 percent to 29 percent of the total inmate population, for a total of nearly 37,000 inmates requiring mental health care. In 2002 the court ordered Corrections to maintain a vacancy rate among psychiatrists, psychologists, and social workers of not more than 10 percent.

When we reviewed Corrections' data on three key positions the court identified—psychiatrists, psychologists, and social workers—we found that vacancy rates were highest among psychiatrists. According to our analysis of Corrections' data, its prisons overall had a 31 percent vacancy rate for psychiatrists, 9 percent for psychologists, and 2 percent for social workers as of December 2016. Each of the four prisons we reviewed had vacancy rates below 10 percent for social workers and at or below 10 percent for psychologists. However, CCWF, RJD, and SAC have continued to struggle to fill psychiatrist positions, with vacancy rates of about 32 percent, 31 percent, and 44 percent, respectively. According to a March 2017 report from the National Council for Behavioral Health, there is a national shortage of psychiatrists. Only CIW had vacancy rates below 10 percent for all three classifications. When prisons do not maintain adequate mental health staff, their ability to provide quality mental health care to inmates can suffer. For example, according to the coordinator of SAC's suicide prevention team, a shortage of psychiatrists has a trickle-down effect because if inmates do not receive the proper medication, they may act out more and require additional attention or therapy, exacerbating mental health staff's already heavy workloads.

*When we reviewed Corrections' data on three key positions the court identified—psychiatrists, psychologists, and social workers—we found that vacancy rates were highest among psychiatrists at 31 percent as of December 2016.*

Furthermore, the prisons' total authorized mental health positions may not be enough to fulfill inmates' needs. For example, CIW's chief of mental health stated that even when CIW's mental health positions are almost fully staffed, mental health staff still feel overwhelmed and do not have time to meet with inmates as often as they believe is needed. Similarly, the chief of mental health at CCWF stated that although workloads seem manageable based on Corrections' minimum requirements for mental health care, inmates sometimes require significantly more visits than the minimum required, effectively increasing staff workload. She explained that given the increased workload for suicide prevention, mental health staff may neglect routine but important tasks, such as completing follow-up suicide risk evaluations, to focus on urgent matters, such as responding to imminent suicide threats.

The staffing problems that these prisons noted are likely in part due to the fact that Corrections has not updated its staffing model since 2009. Specifically, the chiefs of mental health at both CIW and CCWF expressed the need for Corrections to revisit the staffing model it uses to determine the number of mental health staff needed per prison. For example, CCWF's chief of mental health indicated that the staffing ratios for women's prisons is 20 percent higher than staffing ratios for men's prisons in the model; however, this adjustment is not enough to compensate for the increased number of mental health crises and referrals that arise with the female inmate population. Corrections' associate director of policy and clinical support (associate director) acknowledged that Corrections has not revised the model since 2009, eight years ago. She explained that when calculating the number of staff needed per prison, the model does not take into account the following factors: gender; facility layout; security level; and number of inmates in each security level, excluding restricted housing. The associate director explained that she believes Corrections needs to revisit the 2009 staffing model to take into account some of these factors as well as Corrections' revised policies, recent court orders, the prisons' implementation of the new electronic health record system, and the prisons' adherence to requirements based on its current filled positions.

**Recommendations**

*Legislature*

To provide additional accountability for Corrections' efforts to respond to and prevent inmate suicides and attempted suicides, the Legislature should require that Corrections report to it in April 2018 and annually thereafter on the following issues:

- The status of its efforts to ensure that all mental health staff receive required training and mentoring related to suicide prevention and response.

- The status of its efforts to fill vacancies in its mental health treatment programs, especially its efforts to hire and retain psychiatrists.

*Corrections*

To address the unique circumstances that may increase its female inmates' rates of suicide and suicide attempts, Corrections should take the following actions:

- Implement its planned same-sex domestic violence curriculum by December 2017.

- Continue to explore additional programs that could address the suicide risk factors for female inmates.

To ensure that all prison staff receive required training related to suicide prevention and response, Corrections should immediately implement a process for identifying prisons where staff are not attending required trainings and for working with the prisons to solve the issues preventing attendance.

To ensure that trainers and risk evaluation mentors at all prisons are able to train staff effectively, Corrections should immediately begin requiring prisons to report the percentage of their trainers and mentors who have received training on how to conduct training and mentoring. It should work with prisons to ensure that all trainers and mentors receive adequate training.

To maximize the value of its trainings related to suicide prevention and response, Corrections should ensure that starting in January 2018, its trainings include all content that the special master and its own policies require.

To ensure that it has enough staff to provide mental health services to all inmates who require care, Corrections should review and revise its mental health staffing model by August 2018.

# Chapter 3

## TO REDUCE INMATE SUICIDES AND ATTEMPTS, CORRECTIONS MUST STRENGTHEN ITS OVERSIGHT AND DEMONSTRATE GREATER LEADERSHIP

Corrections has struggled for decades to adequately provide mental health services to inmates. As a result, most of its efforts to reduce its inmate suicide rates in recent years have been in response to court-ordered oversight. For example, in response to the suicide expert's 2015 recommendations, it adopted a number of policies, implemented facility improvements, and improved its training. However, its policies are unlikely to have significant impact if it does not ensure that the prisons fully implement and adhere to them—which it has yet to do. Although Corrections stated it is developing an audit process to ensure that prisons comply with policies and procedures, it has known about their noncompliance for years, and it is uncertain as to when it will fully implement this process across all prisons. Similarly, Corrections created teams at each of the prisons to specifically focus on suicide prevention and response; however, it has not ensured that these teams consistently provide leadership on critical issues. In addition, Corrections has not always proactively sought opportunities to demonstrate leadership in regards to documenting and disseminating programs or best practices for preventing inmate suicide.

### Although Corrections Has Developed Policies and Training to Address Past Recommendations, It Has Not Ensured That Prisons Fully Implement These Changes

From November 2013 through July 2014, the suicide expert conducted a comprehensive audit of suicide prevention practices in each of Corrections' prisons. This audit resulted in a January 2015 report containing 32 recommendations. The court in *Coleman* subsequently ordered Corrections to work with the special master to develop strategies to implement these recommendations, and it also ordered the suicide expert to provide an updated report on Corrections' progress. The suicide expert completed this updated report in January 2016, in which he stated that Corrections had begun to implement corrective actions in response to his recommendations. Through the adoption of new policies, improvements to its facilities, changes to its trainings, and other actions, Corrections has now addressed the majority of the recommendations from the suicide expert's January 2015 report. Table 7 on the following page lists selected recommendations from the suicide expert's 2015 report to Corrections and Corrections' responses to those recommendations.

California State Auditor Report 2016-131
August 2017

**Table 7**
**Selected Recommendations From the Suicide Expert's 2015 Report**

| RECOMMENDATION | CORRECTIONS' ACTION IN RESPONSE TO RECOMMENDATION | DATE ACTION TAKEN | IS CORRECTIONS ENFORCING/MONITORING COMPLIANCE WITH THIS POLICY? |
|---|---|---|---|
| Corrections should revise its risk evaluation mentoring program to require ongoing mentoring throughout the year and audit mental health staff's risk evaluations on a regularly scheduled basis. | Issued memorandum to all prisons implementing a revised mentoring program and describing regular audits of risk evaluations. | March 2016 | **No.** Corrections tracks aggregate information the prisons report to monitor compliance, but does not follow up with the prisons. |
| Corrections should enforce its policy authorizing only two levels of observation for suicidal inmates: *suicide precaution* and *suicide watch*. | Issued memorandum to all prisons reiterating existing policy that the only two levels of observation are suicide precaution and suicide watch. | March 2016 | **No.** Will begin monitoring systemwide once it finalizes its audit process, which does not have an implementation date. |
| Corrections should take action to correct inaccurate documentation on inmate suicide precaution observation forms. | Issued memorandum to all prisons reiterating existing policy regarding documentation on suicide precaution observation forms. | March 2015 | **No.** Will begin monitoring systemwide once it finalizes its audit process, which does not have an implementation date. |
| Corrections should enforce its policy of housing only newly admitted inmates in administrative segregation units in retrofitted suicide-resistant cells for their first 72 hours of admission to the prison. | Included reiteration of this policy in its annual suicide prevention training. | July 2015 | **No.** Will begin monitoring systemwide once it finalizes its audit process, which does not have an implementation date. |
| Corrections should ensure all crisis beds are suicide resistant. | Developed a schedule to begin retrofitting cells at identified prisons. | November 2015 | Corrections indicated one prison required extensive retrofitting and is still in progress. |
| Corrections should revise its policy so that all inmates discharged from a crisis bed or alternative housing, where they had been housed due to suicidal behavior, are observed at 30-minute intervals by custody staff, regardless of the housing units to which they are transferred. | Issued revised policy regarding checks of inmates discharged from crisis beds, and is working to finalize a policy regarding alternative housing. | January 2016 | **No.** Will begin monitoring systemwide once it finalizes its audit process, which does not have an implementation date. |
| Corrections should take corrective action to address inconsistencies between privileges allowed for patients in crisis beds. | Issued memo reiterating and clarifying policy regarding privileges for inmates in crisis beds. | June 2016 (revised February 2017) | **No.** Will begin monitoring systemwide once it finalizes its audit process, which does not have an implementation date. |

Sources: The suicide expert's 2015 report, Corrections' memoranda, and interviews with Corrections' officials.

Several of the recommendations from the suicide expert's 2015 report directed Corrections to revise, examine, or enforce existing policies. Corrections addressed several of these recommendations by issuing memos to the prisons that either reiterate or revise policies. For example, Corrections' 2009 program guide states that custody staff must conduct hourly checks for the first 24 hours after discharge of inmates at risk of suicide who had been admitted to a crisis bed or alternative housing. However, the suicide expert recommended in his 2015 report that these checks occur at 30-minute intervals. In response to this recommendation, Corrections issued a memorandum in January 2016 requiring checks every 30 minutes for the first 24 hours that inmates are discharged from crisis beds.

Corrections is working to finalize a similar policy for inmates released from alternative housing. Further, Corrections made changes to its suicide prevention training and risk evaluation mentoring program.

However, Corrections has yet to fully ensure prisons' compliance with the new and revised policies resulting from the suicide expert's recommendations. For example, despite these policies, many of the problems we identify in Chapter 1 relate to the completion and quality of both risk evaluations and treatment plans. Further, these same issues have persisted for years: court-ordered reports by the special master dating back to 2002 identified similar concerns. In addition, Corrections has yet to ensure attendance at suicide prevention team meetings, as we describe later in this chapter. Further, as we show in Chapter 1, the monitoring it currently provides does not result in significant positive change at the prisons. Although revising policies and holding trainings are important parts of improving prisons' ability to prevent and respond to suicides, Corrections cannot ensure that prisons actually comply with its policies unless it provides adequate monitoring.

Corrections is still developing an audit process to, among other things, track implementation of several of the suicide expert's recommendations. According to Corrections' quality administrator, Corrections is integrating certain recommendations from the suicide expert's report into an audit process for conducting audits of prisons' compliance with policies and procedures. The portion of the audit process conducted on site at the prisons rates 12 broad areas—including treatment planning processes, suicide prevention and response to suicide, leadership, staffing, and quality management—on a scale ranging from *proficient* to *urgent concerns*. The resulting reports include specific recommendations.

We reviewed the report of a pilot audit that Corrections conducted of a certain prison and found that the audit was thorough and critical in its analysis of identified deficiencies. According to the report, the audit combined performance data, document reviews, patient and staff interviews, health care record reviews, and the regional teams' on-site observations of the prison's day-to-day operations. Our review suggests that the audit process may prove helpful as Corrections begins improving areas in which it has consistently struggled, particularly because it requires monitoring of several of the suicide expert's recommendations. For example, in response to one of the suicide prevention expert's recommendations, Corrections issued a memo to prisons in March 2016 that explicitly states that they can use only suicide watch or precaution levels of observation for suicidal inmates in crisis beds. According to the health care administrator in charge

*Corrections has yet to fully ensure prisons' compliance with the new and revised policies resulting from the suicide expert's recommendations.*

of quality control, Corrections added instructions on reviewing prisons' use of suicide watch and precaution to the audit process in response to the suicide expert's recommendations.

Nevertheless, the audit process has been in development for some time. According to Corrections' chief psychologist of the health care division, the court in *Coleman* indicated several times that Corrections needs to demonstrate that it has a full quality improvement system in place that includes processes for continually monitoring, enforcing, and improving its policies and procedures. She explained that, to comply with this requirement with the eventual goal of replacing the court's monitoring, Corrections began developing the audit process and expanded the role of its regional teams, who will be following it. Corrections' quality administrator stated that Corrections first began development of the audit process in 2013, that the regional teams have conducted several initial audits of selected prisons, and that they plan to continue developing the process for use systemwide in the future. However, the quality administrator indicated that Corrections has not established a concrete date for implementation of the audit process systemwide. Corrections' quality administrator stated that it is continuing to work collaboratively with the special master to finalize the audit process. Until Corrections fully implements the audit process systemwide, it lacks assurance as to whether its prisons are adhering to the policies it put in place to address several of the suicide expert's recommendations.

*Despite issuing and revising numerous policies, Corrections has not updated its program guide to reflect these changes since 2009.*

Additionally, despite issuing and revising numerous policies, Corrections has not updated its program guide to reflect these changes since 2009, creating the potential for confusion for the prisons that must implement those policies. Corrections' clinical support chief stated that it would have to coordinate any formal revision to the entire program guide with the special master. However, she explained that prisons can access all of Corrections' policy changes at a central location on its intranet. Further, in March 2017 the court in *Coleman* encouraged Corrections to update its program guide through the publication of addenda called "pocket parts." However, the fact that prison and mental health staff must refer both to the program guide and to any relevant update memos and addenda when determining how to implement policies, is inefficient and adds needless confusion to an already complex process.

Updating the program guide would also help Corrections to identify and correct inconsistencies within it. For example, the program guide states that inmates must not stay in crisis beds for more than 10 days without the approval of a high-ranking official. However, one part of the program guide states that approval must come from the chief of mental health or the appropriate designee,

whereas another part states that approval must come from the chief psychiatrist or the appropriate designee. These are different positions at the four prisons we reviewed. Although we did not identify specific concerns related to this discrepancy, it is further indicative of the need for Corrections to review and revise its program guide. When Corrections does not ensure that prisons are implementing policy changes appropriately or does not document its policies in a clear, organized, consistent, and consolidated fashion, it risks creating confusion and inconsistency in the treatment that prisons provide to inmates. According to Corrections' deputy director of the statewide mental health program, Corrections intends to incorporate appropriate portions of the program guide into state regulations, which will help strengthen Corrections' mental health system. She explained that Corrections has been working on memorializing the policies in regulations, but has yet to begin the formal process for promulgating the regulations and does not have a time frame for when it intends to begin this process.

### Corrections Has Not Ensured That Prisons' Suicide Prevention Teams Adequately Fulfill the Purposes for Which They Were Created

Although Corrections established a statewide suicide prevention team as well as suicide prevention teams at each of the prisons, it has not ensured that these teams exercise sufficient leadership to help prevent suicides. To reduce the risk of inmate suicides, Corrections' policies require the suicide prevention teams to provide staff with training and guidance with regard to suicide prevention, response, reporting, and review. Corrections' policies state that the statewide suicide prevention team and teams at each prison must meet at least monthly, and require that individuals in certain positions, as the text box shows, attend each meeting. However, only one of the four prisons we reviewed met Corrections' attendance requirements. Further, the suicide prevention teams often failed to discuss key issues that might enable the prisons to better prevent suicides.

Suicide prevention and response in California's prisons requires attention from multiple clinical disciplines. If required members are absent, they and the staff they supervise risk missing important information, and the suicide prevention team lacks the insight of the missing members. Nonetheless, only CCWF met attendance

**Required Membership of Suicide Prevention Teams**

Prisons:
- Suicide prevention team coordinator (chairperson)
- Chief psychiatrist*
- Chief psychologist*
- Supervising registered nurse
- Senior licensed psychiatric technician or licensed psychiatric technician
- Correctional health services administrator
- Department of State Hospitals' coordinator

Statewide:
- Suicide prevention team coordinator (chairperson)
- Chief psychiatrist
- Chief psychologist
- Nurse consultant
- Designated facility captain

Source: Corrections' 2009 program guide.

* A senior psychiatrist or senior psychologist attendance meets the quorum requirement in prisons without a chief psychiatrist or chief psychologist position.

requirements for its team in 2016. Although each of the four prisons we visited held monthly suicide prevention team meetings during 2016, the minutes of these team meetings at CIW, SAC, and RJD indicate that they did not meet attendance requirements for 11, 10, and eight monthly meetings, respectively, in 2016. We also found instances in which required suicide prevention team members missed several meetings. For example, at CIW the chief psychiatrist or a designee failed to attend eight of 12 meetings, and at SAC the supervising registered nurse missed six of 12 meetings.

These attendance issues have been brought to Corrections' attention before, and it has pointed to obstacles that make achieving a quorum challenging. For instance, the suicide expert stated in his 2016 report that he found that attendance by some required suicide prevention team members, particularly chief psychiatrists or their designees, was inconsistent at many prisons. Specifically, he explained that eight of the 18 suicide prevention teams he reviewed still fell short of attaining a quorum at their monthly meetings. Corrections' clinical support chief stated that prison staff have many competing demands, making it difficult for teams to coordinate schedules and added that Corrections overlooked the difficulties in assembling key participants in these meetings at the time leadership drafted the program guide. She further explained that some elements regarding suicide prevention team attendance are not clear, such as whether one individual may fill multiple roles and who may send designees. Nevertheless, we found that CCWF was able to meet the attendance requirements every month during 2016. CCWF's chief of mental health explained that its team plans several weeks in advance of a meeting to ensure that all required members can attend, reminds team members about the meeting during the week it is scheduled, and waits until all members are present before starting the meeting.

Further, the suicide expert raised concerns regarding whether the prisons' suicide prevention teams had fully met their responsibilities, some of which are listed in the text box. For instance, one of these responsibilities is ensuring each prison's implementation of and compliance with all of Corrections' policies and procedures relating to suicide prevention and response. However, in his 2016 report, the suicide expert found that the suicide prevention teams had not adequately monitored and evaluated the risk evaluations completed at their respective prisons. Specifically, the suicide expert stated that the prisons' suicide prevention teams were collecting only

---

**Selected Responsibilities of Prisons' Suicide Prevention Teams**

- Ensure implementation of and compliance with all Corrections' policies and procedures relating to suicide prevention and response.

- Implement training related to suicide prevention and response.

- Update local operating procedures to ensure consistency with Corrections' policies regarding suicide prevention and response.

- Review all suicides and suicide attempts in response to which staff performed CPR or other medical procedures, as well as prison staff cell entry and cut-down procedures.

- Monitor and track all suicide gestures, suicide attempts, self-mutilations, and deaths.

Source: Corrections' 2009 program guide.

quantitative but not qualitative monthly data on the completion of risk evaluations. Moreover, in his 2015 report, the suicide expert explained that he found that the prisons engaged in little discussion of overall suicide prevention strategies during their meetings. He commented that most meeting minutes reflected recitations of certain monthly statistics, but included few meaningful discussions about challenging cases or struggles with risk evaluations and treatment planning. In his January 2016 report, he stated that he found few positive changes in suicide prevention team practices at the 18 prisons he reviewed.

We identified similar concerns when we reviewed the minutes for the past three years of suicide prevention teams' meetings at the four prisons we visited. Specifically, the teams often did not discuss key issues, including self-harm incidents and the completion of risk evaluations. CCWF's minutes indicate that the suicide prevention team's reviews of attempted suicides were mostly narrations of events or recitation of statistics rather than analytical discussions focused on lessons learned and prevention. For example, its May 2016 minutes describe that two inmates attempted suicide by swallowing foreign objects, but the minutes do not indicate any actions required or lessons learned as a result of these incidents. In the same minutes, the team reported that the prison's mental health staff had a 29 percent passing rate for risk evaluation audits, but the minutes do not indicate that the team discussed what caused the low passing rate and how they planned to improve staff performance. Similarly, at RJD, discussions about mentoring and training prison staff regarding the completion of risk evaluations largely focused on quantitative data, such as attendance and completion rates. Further, RJD's suicide prevention team minutes do not indicate that discussions extended to the quality of the training or mentoring. Without such discussions, the work of the suicide prevention teams becomes more focused on reporting data rather than ensuring compliance with Corrections' policies and procedures related to suicide prevention and response.

### Corrections Has Not Ensured That It Reports Reliable Data on Inmate Suicide and Suicide Attempts

Corrections collects and reports data related to its operations using an organizational management tool called COMPSTAT. Each month Corrections publishes a statistical report detailing more than 500 data points on its prisons' operations. According to the COMPSTAT operations manager, Corrections' staff conduct a quality control process that entails reviewing the data they receive from prisons each month. She explained that staff look for outliers, unexpected patterns, and system issues. In addition, she stated that Corrections' staff meet with each prison's staff annually to discuss

Case 2:90-cv-00520-KJM-SCR    Document 5678    Filed 09/13/17    Page 198 of 215

the data in detail, which includes a joint annual review with the prison's leadership to discuss each line item in the annual report to ensure that the COMPSTAT numbers match the prison's numbers.

*We found discrepancies in the data related to COMPSTAT—Corrections' organizational management tool—that bring into question the data's accuracy.*

Nevertheless, we found discrepancies related to COMPSTAT's data that bring into question the data's accuracy. For example, for each of the four prisons we reviewed, we selected four months of COMPSTAT data from 2014 through 2016 and compared those months to the prisons' incident logs. We found that COMPSTAT reported a greater number of attempted suicides at CIW and suicides at CCWF than were recorded in their incident logs, and that it reported fewer attempts at SAC and RJD than were recorded in their respective logs. Further, when we reviewed suicide prevention team meeting minutes, incident reports, and other records, we found that COMPSTAT did not include suicides that occurred from 2013 through 2016 at three of the prisons we reviewed. Moreover, we were surprised to find that the special master's reports identify significantly more suicides from 2012 through 2015 than are recorded in COMPSTAT. For instance, COMPSTAT shows 18 suicides in 2015, while the suicide expert reported 24—a 33 percent difference.

Corrections' clinical support chief offered a number of explanations for the discrepancies we identified. She stated that the special master's reports used data from Corrections' mental health program on suicides in prisons, which she believes are accurate because it is this program that determines whether a death is a suicide. She explained that the numbers in COMPSTAT may be understated because they are based on prison staff's initial incident reports. She told us that the classification of incidents may not be accurate because an inmate may die from an attempted suicide days or weeks after the attempt occurs. Further, she noted that mental health staff have the opportunity to more thoroughly review the circumstances of incidents, which may cause them to reach different conclusions than the prison staff's initial incident reports reflect. In these instances, the clinical support chief indicated that the mental health program's data will reflect its staff assessment of the incident, but COMPSTAT may not. Specifically, she explained that prison staff are supposed to update this information in COMPSTAT by providing updated incident reports; however, she believes this step may not have always occurred given the understated suicide numbers in COMPSTAT.

The clinical support chief stated that she has previously raised these concerns with the COMPSTAT team, and the team was not resistant to adjusting its processes in order to present more accurate data. Because COMPSTAT represents Corrections' comprehensive source of data it makes readily available to the public on suicides and attempted suicides for each of its prisons, it must take steps

to ensure that the data are accurate. Otherwise, the public may draw incorrect conclusions about the rate of suicides and suicide attempts at a given prison or in the system as a whole.

### Corrections Can Increase Its Documentation and Dissemination to Prisons of Best Practices Related to Suicide Prevention

Although innovative programs and best practices related to inmate suicide prevention exist, Corrections could increase its efforts to document and disseminate this information to the prisons, and to monitor the success of programs or practices that could prove beneficial. For example, during our visit to RJD, we noted that it had implemented a program known as Striving to Achieve Rewards (STAR) that might benefit certain inmates at other prisons as well. RJD implemented STAR in August 2016 for inmates in its enhanced outpatient program, which provides care for mentally disordered inmates in a structured therapeutic environment that is less restrictive than inpatient care. According to a STAR pamphlet, the program's purpose is to improve inmate quality of life by creating a therapeutic community where inmates have many opportunities for positive experiences. STAR provides rewards to inmates for engaging in positive behavior, such as attending mental health groups and treating mental health staff and peers in a respectful manner. Over time, the inmates accumulate points that they can use for different levels of rewards, including participating in drama and book clubs and purchasing items, such as hygiene products, from the STAR store. RJD's chief psychologist stated that preliminary data, while not conclusive, have indicated that incidents of self-harm and rules violations have decreased since STAR began, even though RJD's inmate population has increased.

*RJD implemented a program that rewards positive behavior, such as attending mental health groups and treating staff and peers in a respectful manner. RJD stated that incidents of self-harm and rules violations have decreased since the program began.*

We also noted another program that RJD is in the process of developing that could prove useful for staff working in other prisons. Specifically, according to the program-related materials, workplace stress and job burnout are high among staff working in correctional settings. To better support its staff in managing its high-risk inmate population, RJD began developing a program named Helping Everyone Reach Objectives. The program's documentation indicates that RJD is designing a framework to provide additional resources and support to its multidisciplinary treatment teams who directly deal with inmate-patients. The program aims to ensure that RJD continues to provide high-quality care to its inmate population by providing staff with consultation and coaching, as well as fostering closer collaboration between all prison staff. According to RJD's chief psychologist, the prison had implemented aspects of the program with certain staff as of May 2017. It anticipates an increased rollout by the summer of 2017.

Corrections' clinical support chief agreed that RJD's programs are innovative and explained that implementing them on a systemwide basis might be useful at some prisons, depending on those prisons' missions, infrastructures, and security levels. Nevertheless, Corrections' documentation related to discussion and dissemination of innovative programs and best practices related to suicide prevention is limited. For example, the deputy director of Corrections' statewide mental health program stated that in February 2016, Corrections' mental health program held a summit regarding suicide prevention at its headquarters in Northern California. She explained that prison leadership, including prisons' suicide prevention team coordinators, chiefs of mental health, and selected wardens, attended the summit to discuss challenges with suicide prevention, share best practices, and identify additional initiatives that might help improve the suicide prevention efforts already in place. She noted that Corrections has a number of plans for implementing ideas such as increasing outreach to inmates both inside and outside of mental health care. However, she could not provide documentation of the best practices discussed or of the outcomes of the summit's discussions—she could only provide the agenda and a spreadsheet listing Corrections' suicide prevention team's July 2017 tasks and priorities, which indicated the suicide summit occurred and another one would be scheduled in the near future. She stated that Corrections is tentatively planning to hold another summit in October 2017, and acknowledged that holding these summits at least annually is a good idea. We believe such meetings should occur on an ongoing basis, not only to discuss and document best practices, but also to monitor their effectiveness. This approach would provide Corrections an opportunity to formally disseminate information regarding programs like those at RJD.

Additionally, Corrections' clinical support chief stated that it holds quarterly meetings at headquarters between the prisons' chiefs of mental health where informal discussion on best practices may occur. She further explained that the regional teams hold monthly calls for all prisons within their respective regions, which also allows for the sharing of ideas and best practices. However, because these discussions are not documented, the clinical support chief could not provide evidence of any best practices discussed. Because it has not documented the discussion of best practices during these meetings and calls, Corrections has likely missed opportunities to formally identify and disseminate innovative program ideas systemwide, as well as to evaluate the effectiveness of these practices.

**Corrections Could Do More to Assess Ways to Reduce Suicide Attempts**

Corrections' policies require that it review each suicide to determine whether staff complied with its policies and procedures, such as the prison's emergency response to the suicide, completion of suicide risk evaluations, and follow-up treatment after the inmate's discharge from a crisis bed prior to the suicide. The text box lists the specific information Corrections reviews. Corrections' policies require it to submit a report to the prison within 60 days of the inmate's death that includes recommended actions to address any problems it identified during its review and due dates for the prison to complete those actions. Prisons then have 90 days to submit documentation proving they have implemented the recommendations. According to Corrections' clinical support chief, Corrections established these timelines to ensure that it promptly identifies problems and that prisons take quick action to correct them.

The resulting reports are comprehensive enough to provide Corrections and its prisons with information critical to improving suicide prevention and response. Nonetheless, Corrections does not conduct similarly detailed reviews of the circumstances surrounding suicide attempts. As a result, it may not identify problems with clinical care or prisons' compliance with policies until those problems have contributed to an inmate's death. Although Corrections' policies require prisons to monitor and track suicide attempts, we do not believe Corrections requires sufficient detail in these reviews. Specifically, as of March 2017, its policies require that prisons' suicide prevention teams review the appropriateness of treatment plans for these inmates and the daily follow-up checks that mental health staff must complete for five days following the inmates' discharges from crisis beds. However, Corrections does not require prisons to review other important circumstances surrounding suicide attempts, such as the actions of staff responding to the incidents and the adequacy of the risk evaluations that mental health staff completed before the attempts.

One of the four prisons we reviewed has implemented policies requiring in-depth documented reviews of selected self-harm incidents, including suicide attempts, at its facility. Specifically, SAC implemented a policy requiring its suicide prevention coordinator and supervisors involved with crisis triage and inpatient care to identify self-harm incidents that might require detailed review, such as incidents where the inmates suffered serious bodily injury.

**Information Included in Corrections' Investigation of an Inmate Suicide**

- Emergency response to the incident.
- Medical autopsy and toxicology findings.
- Inmate's background.
- Inmate's ability to function in an institutional setting.
- Inmate's mental health history.
- Inmate's suicide attempt history.
- Mental health care the inmate received while incarcerated.
- Inmate's medical history.
- Significant events preceding the suicide.

Source: California State Auditor's analysis of Corrections' suicide report template.

SAC prison officials explained that the suicide prevention team assigns mental health staff to conduct a review of the identified incident. According to a prison official at SAC, since 2008 the prison has completed roughly 450 of these self-harm reviews, but has performed a decreasing number because of increasing workloads and time constraints. We reviewed three of these reviews that the prison completed in 2016 and found that they generally included a thorough review of the inmates' mental health history, mental health status, and suicide risk. However, the reviews did not contain an examination of the adequacy of the inmates' previous risk evaluations or treatment plans, and were not as detailed or pointed in their criticism as Corrections' suicide review process.

Corrections plans to require prisons to complete more detailed reviews of suicide attempts. According to Corrections' clinical support chief, Corrections will require prisons to conduct detailed reviews of a selection of self-harm incidents where the inmate intended to die and there was serious bodily injury beginning in July 2017. She said that the prisons will need to review all of the same items that are included in the suicide reviews, except those that are not applicable, such as autopsy and toxicology reports, or those that would be inappropriate due to the need to protect inmate privacy, such as cellmate or peer interviews. However, even if Corrections requires prisons to be more detailed in their examination of self-harm incidents, prison staff are less likely to be as critical of their own processes as an external reviewer from Corrections might be. Corrections' clinical support chief stated that requiring Corrections to conduct such reviews at each prison could be resource intensive, but that pairing each prison with another, similar prison and having them review each other could help to ensure that the reviews are impartial. Absent an unbiased, thorough review of the factors contributing to inmate suicide attempts, Corrections may not identify potential problems with prisons' suicide prevention and response practices until after inmates have already died.

**Recommendations**

*Legislature*

To provide additional accountability for Corrections' efforts to respond to and prevent inmate suicides and attempted suicides, the Legislature should require that Corrections report to it in April 2018 and annually thereafter on the following issues:

- Its progress in implementing the recommendations made by the special master's experts, the court-appointed suicide expert, and its own reviewers regarding inmate suicides and attempts. Corrections should include in its report to the Legislature the results of any audits it conducts as part of its planned audit process to measure the success of changes it implements as a result of these recommendations.

- Its progress in identifying and implementing mental health programs that may ameliorate risk factors associated with suicides at the prisons.

*Corrections*

To ensure that prisons comply with its policies related to suicide prevention and response, Corrections should continue to develop its audit process and implement it at all prisons by February 2018. The process should include, but not be limited to, audits of the quality of prisons' risk evaluations and treatment plans.

To ensure that prisons can easily access Corrections' current policies related to mental health, Corrections should ensure that its program guide is current and complete as it works to incorporate the program guide into regulations. Corrections should immediately begin working with federal court monitors to draft regulations.

To ensure that suicide prevention teams meet quorum requirements, Corrections should, starting January 2018, work with prisons that consistently fail to achieve a quorum to resolve issues that may be preventing the teams from having all required members present at meetings.

To eliminate confusion regarding suicide prevention team meeting attendance, Corrections should immediately update its program guide to clarify who is required to attend suicide prevention team meetings, which attendees may send designees, and the extent to which staff may fill multiple roles when meeting quorum requirements.

To ensure that suicide prevention teams exercise leadership at prisons, Corrections should immediately require them to use available information about critical factors—such as the number and nature of inmate self-harm incidents and the quality and compliance with the policy of risk evaluations and treatment plans—to identify systemic issues related to suicide prevention. Corrections should require the suicide prevention teams to assess lessons they can learn, create plans to resolve current issues, and prevent foreseeable problems in the future.

To provide the public and relevant stakeholders with accurate information on suicides and suicide attempts in its prisons, Corrections should immediately require prison staff to work with mental health staff to reconcile any discrepancies on suicides and suicide attempts before submitting numbers to the COMPSTAT unit.

To ensure that all its prisons provide inmates with effective mental health care, Corrections should continue to take a role in coordinating and disseminating best practices related to mental health treatment by conducting a best practices summit at least annually. The summits should focus on all aspects of suicide prevention and response, including programs that seek to improve inmate mental health and treatment of and response to suicide attempts. Corrections should document and disseminate this information among the prisons, assist prisons in implementing the best practices through training and communication when needed, and monitor and report publicly on the successes and challenges of adopted practices.

In an effort to prevent future inmate suicide attempts, Corrections should implement its plan to review attempts with the same level of scrutiny that it uses during its suicide reviews. Corrections should require each prison's suicide prevention team to identify for review at least one suicide attempt per year that occurred at its prison. To ensure that the reviews include critical and unbiased feedback, Corrections should either conduct these reviews itself or require the prisons to review each other. These reviews should start in September 2017 and follow the same timelines as the suicide reviews, with the timeline beginning once the team identifies a suicide attempt for review.

We conducted this audit under the authority vested in the California State Auditor by Section 8543 et seq. of the California Government Code and according to generally accepted government auditing standards. Those standards require that we plan and perform the audit to obtain sufficient, appropriate evidence to provide a reasonable basis for our findings and conclusions based on our audit objectives specified in the Scope and Methodology section of the report. We believe that the evidence obtained provides a reasonable basis for our findings and conclusions based on our audit objectives.

Respectfully submitted,

*Elaine M. Howle*

ELAINE M. HOWLE, CPA
State Auditor

Date:            August 17, 2017

Staff:           Laura G. Kearney, Audit Principal
                 John Lewis, MPA
                 Fahad Ali, CFE
                 Amanda Millen, MBA
                 Alejandro Raygoza, MPA
                 Kelly Reed, MSCJ

Legal Counsel:   Heather Kendrick, Sr. Staff Counsel

For questions regarding the contents of this report, please contact
Margarita Fernández, Chief of Public Affairs, at 916.445.0255.

Case 2:90-cv-00520-KJM-SCR     Document 5678     Filed 09/13/17     Page 206 of 215

Blank page inserted for reproduction purposes only.

# Appendix A

## RATES OF INMATE SUICIDES AND SUICIDE ATTEMPTS IN STATE PRISONS FROM 2012 THROUGH 2016

The Joint Legislative Audit Committee (Audit Committee) requested that we compare the rates of suicides and attempted suicides for male and female inmates in all state prisons from 2014 through 2016. In order to calculate these rates, we used data from Corrections' COMPSTAT system because it is the most comprehensive source of publicly reported data for the entire correctional system. Based on our analysis of COMPSTAT data, Table A beginning on the following page presents the rates and number of inmate suicides and suicide attempts at each state prison from 2012 through 2016. As we discuss in Chapter 3, the data from COMPSTAT on inmate suicides and attempted suicides are unreliable; however, they are also the most comprehensive, as well as being the data Corrections makes available to the public. Therefore, we present the data here but recommend in Chapter 3 that Corrections take steps to ensure its accuracy in the future.

**Table A**

**Suicides and Suicide Attempts in Each California Prison From 2012 Through 2016**

| PRISON | POPULATION | 2012 ATTEMPTED SUICIDES TOTAL | 2012 ATTEMPTED SUICIDES PER 1,000 | 2012 SUICIDES TOTAL | 2012 SUICIDES PER 1,000 | POPULATION | 2013 ATTEMPTED SUICIDES TOTAL | 2013 ATTEMPTED SUICIDES PER 1,000 | 2013 SUICIDES TOTAL | 2013 SUICIDES PER 1,000 |
|---|---|---|---|---|---|---|---|---|---|---|
| Avenal State Prison | 5,020 | 5 | 1.00 | 1 | 0.20 | 4,497 | 3 | 0.67 | 0 | 0.00 |
| California City Correctional Facility | — | — | — | — | — | — | — | — | — | — |
| California Correctional Center | 4,657 | 2 | 0.43 | 0 | 0.00 | 4,903 | 2 | 0.41 | 0 | 0.00 |
| California Correctional Institution | 4,643 | 5 | 1.08 | 1 | 0.22 | 4,572 | 5 | 1.09 | 1 | 0.22 |
| California Health Care Facility | — | — | — | — | — | — | — | — | — | — |
| California Institution for Men | 5,002 | 10 | 2.00 | 0 | 0.00 | 4,747 | 7 | 1.47 | 0 | 0.00 |
| *California Institution for Women* | *1,636* | *13* | *7.95* | *1* | *0.61* | *2,095* | *15* | *7.16* | *0* | *0.00* |
| California Medical Facility | 2,363 | 17 | 7.19 | 1 | 0.42 | 2,250 | 28 | 12.45 | 2 | 0.89 |
| California Men's Colony | 5,368 | 21 | 3.91 | 0 | 0.00 | 4,983 | 29 | 5.82 | 0 | 0.00 |
| California Rehabilitation Center | 3,694 | 1 | 0.27 | 0 | 0.00 | 3,434 | 1 | 0.29 | 0 | 0.00 |
| California State Prison, Corcoran | 4,626 | 20 | 4.32 | 1 | 0.22 | 4,410 | 16 | 3.63 | 1 | 0.23 |
| California State Prison, Los Angeles County | 3,848 | 13 | 3.38 | 0 | 0.00 | 3,723 | 7 | 1.88 | 1 | 0.27 |
| *California State Prison, Sacramento* | *2,693* | *22* | *8.17* | *1* | *0.37* | *2,233* | *32* | *14.33* | *1* | *0.45* |
| California State Prison, Solano | 4,313 | 4 | 0.93 | 1 | 0.23 | 4,007 | 2 | 0.50 | 0 | 0.00 |
| California Substance Abuse Treatment Facility and State Prison | 5,683 | 15 | 2.64 | 0 | 0.00 | 5,603 | 11 | 1.96 | 0 | 0.00 |
| California Training Facility, Soledad | 5,759 | 4 | 0.69 | 0 | 0.00 | 5,279 | 3 | 0.57 | 2 | 0.38 |
| Calipatria State Prison | 3,814 | 0 | 0.00 | 0 | 0.00 | 3,621 | 12 | 3.31 | 0 | 0.00 |
| Centinela State Prison | 3,659 | 2 | 0.55 | 1 | 0.27 | 3,025 | 1 | 0.33 | 0 | 0.00 |
| *Central California Women's Facility* | *2,934* | *5* | *1.70* | *0* | *0.00* | *3,532* | *8* | *2.27* | *0* | *0.00* |
| Chuckawalla Valley State Prison | 2,712 | 0 | 0.00 | 0 | 0.00 | 2,594 | 0 | 0.00 | 0 | 0.00 |
| Deuel Vocational Institution | 2,504 | 12 | 4.79 | 2 | 0.80 | 2,515 | 6 | 2.39 | 0 | 0.00 |
| Folsom State Prison | 2,840 | 2 | 0.70 | 3 | 1.06 | 3,017 | 4 | 1.33 | 3 | 0.99 |
| High Desert State Prison | 3,695 | 8 | 2.17 | 0 | 0.00 | 3,359 | 2 | 0.60 | 1 | 0.30 |
| Ironwood State Prison | 3,503 | 3 | 0.86 | 0 | 0.00 | 3,273 | 3 | 0.92 | 0 | 0.00 |
| Kern Valley State Prison | 4,108 | 10 | 2.43 | 0 | 0.00 | 3,728 | 20 | 5.36 | 1 | 0.27 |
| Mule Creek State Prison | 3,027 | 15 | 4.96 | 1 | 0.33 | 2,822 | 13 | 4.61 | 1 | 0.35 |
| North Kern State Prison | 4,680 | 8 | 1.71 | 0 | 0.00 | 4,761 | 14 | 2.94 | 1 | 0.21 |
| Pelican Bay State Prison | 3,091 | 11 | 3.56 | 0 | 0.00 | 2,785 | 17 | 6.10 | 0 | 0.00 |
| Pleasant Valley State Prison | 3,737 | 8 | 2.14 | 2 | 0.54 | 3,412 | 5 | 1.47 | 1 | 0.29 |
| *Richard J. Donovan Correctional Facility* | *3,537* | *28* | *7.92* | *0* | *0.00* | *3,355* | *33* | *9.84* | *3* | *0.89* |
| Sierra Conservation Center | 4,555 | 1 | 0.22 | 1 | 0.22 | 4,856 | 4 | 0.82 | 0 | 0.00 |
| San Quentin State Prison | 3,853 | 13 | 3.37 | 3 | 0.78 | 4,206 | 14 | 3.33 | 3 | 0.71 |
| Salinas Valley State Prison | 3,607 | 37 | 10.26 | 4 | 1.11 | 3,503 | 27 | 7.71 | 2 | 0.57 |
| Valley State Prison | 2,074 | 12 | 5.79 | 0 | 0.00 | 3,004 | 3 | 1.00 | 0 | 0.00 |
| Wasco State Prison | 5,043 | 25 | 4.96 | 1 | 0.20 | 5,134 | 27 | 5.26 | 1 | 0.19 |
| **Totals*** | **126,276** | **352** | **2.79** | **25** | **0.20** | **123,238** | **374** | **3.03** | **25** | **0.20** |

Source: California State Auditor's analysis of Corrections' COMPSTAT metrics.

Notes: As we note in Chapter 3 on page 58, our review of various records from individual prisons revealed that COMPSTAT has consistently underreported the number of suicides in California prisons. The numbers in this table are not adjusted; we present them as they appear in COMPSTAT.

Italicized rows represent the four prisons reviewed in this audit.

* Because we calculated populations based on a 12-month average, annual population amounts may differ from the total prison populations due to rounding.

| | 2014 | | | | | 2015 | | | | | 2016 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | ATTEMPTED SUICIDES | | SUICIDES | | | ATTEMPTED SUICIDES | | SUICIDES | | | ATTEMPTED SUICIDES | | SUICIDES | |
| POPULATION | TOTAL | PER 1,000 | TOTAL | PER 1,000 | POPULATION | TOTAL | PER 1,000 | TOTAL | PER 1,000 | POPULATION | TOTAL | PER 1,000 | TOTAL | PER 1,000 |
| 4,028 | 4 | 0.99 | 0 | 0.00 | 3,369 | 3 | 0.89 | 0 | 0.00 | 3,274 | 2 | 0.61 | 0 | 0.00 |
| 1,825 | 0 | 0.00 | 0 | 0.00 | — | — | — | — | — | 1,933 | 0 | 0.00 | 0 | 0.00 |
| 4,909 | 0 | 0.00 | 1 | 0.20 | 4,138 | 1 | 0.24 | 0 | 0.00 | 3,991 | 0 | 0.00 | 1 | 0.25 |
| 4,404 | 3 | 0.68 | 2 | 0.45 | 3,949 | 11 | 2.79 | 1 | 0.25 | 3,435 | 17 | 4.95 | 2 | 0.58 |
| 1,626 | 17 | 10.45 | 0 | 0.00 | — | — | — | — | — | 2,342 | 26 | 11.10 | 1 | 0.43 |
| 1,994 | 15 | 7.52 | 2 | 1.00 | 1,887 | 34 | 18.02 | 2 | 1.06 | 1,882 | 24 | 12.75 | 2 | 1.06 |
| 2,082 | 16 | 7.69 | 1 | 0.48 | 2,342 | 15 | 6.41 | 1 | 0.43 | 2,563 | 8 | 3.12 | 0 | 0.00 |
| 4,368 | 18 | 4.12 | 0 | 0.00 | 3,910 | 15 | 3.84 | 2 | 0.51 | 4,101 | 12 | 2.93 | 3 | 0.73 |
| 2,826 | 0 | 0.00 | 0 | 0.00 | 4,946 | 7 | 1.42 | 0 | 0.00 | 3,006 | 2 | 0.67 | 0 | 0.00 |
| 4,335 | 17 | 3.92 | 0 | 0.00 | 4,280 | 20 | 4.67 | 1 | 0.23 | 3,640 | 33 | 9.07 | 0 | 0.00 |
| 3,587 | 22 | 6.13 | 0 | 0.00 | 3,520 | 11 | 3.13 | 0 | 0.00 | 3,479 | 19 | 5.46 | 2 | 0.57 |
| 2,212 | 11 | 4.97 | 2 | 0.90 | 2,240 | 12 | 5.36 | 3 | 1.34 | 2,339 | 8 | 3.42 | 2 | 0.86 |
| 4,005 | 8 | 2.00 | 1 | 0.25 | 3,858 | 5 | 1.30 | 0 | 0.00 | 3,983 | 2 | 0.50 | 0 | 0.00 |
| 5,435 | 16 | 2.94 | 1 | 0.18 | 5,489 | 19 | 3.46 | 0 | 0.00 | 5,296 | 32 | 6.04 | 0 | 0.00 |
| 4,963 | 5 | 1.01 | 0 | 0.00 | 2,539 | 1 | 0.39 | 0 | 0.00 | 5,184 | 5 | 0.96 | 0 | 0.00 |
| 3,863 | 5 | 1.29 | 0 | 0.00 | 3,792 | 2 | 0.53 | 0 | 0.00 | 3,819 | 0 | 0.00 | 0 | 0.00 |
| 2,862 | 0 | 0.00 | 0 | 0.00 | 3,287 | 4 | 1.22 | 0 | 0.00 | 3,614 | 4 | 1.11 | 0 | 0.00 |
| 3,652 | 6 | 1.64 | 0 | 0.00 | 3,000 | 11 | 3.67 | 0 | 0.00 | 2,861 | 25 | 8.74 | 1 | 0.35 |
| 2,315 | 1 | 0.43 | 0 | 0.00 | 2,150 | 0 | 0.00 | 0 | 0.00 | 2,425 | 0 | 0.00 | 0 | 0.00 |
| 2,561 | 14 | 5.47 | 0 | 0.00 | 2,361 | 10 | 4.24 | 3 | 1.27 | 2,340 | 14 | 5.98 | 0 | 0.00 |
| 3,100 | 2 | 0.65 | 0 | 0.00 | 2,913 | 0 | 0.00 | 1 | 0.34 | 2,979 | 1 | 0.34 | 1 | 0.34 |
| 3,421 | 9 | 2.63 | 1 | 0.29 | 3,416 | 1 | 0.29 | 0 | 0.00 | 3,702 | 2 | 0.54 | 1 | 0.27 |
| 3,018 | 5 | 1.66 | 0 | 0.00 | 3,392 | 1 | 0.29 | 0 | 0.00 | 3,265 | 1 | 0.31 | 0 | 0.00 |
| 3,804 | 30 | 7.89 | 1 | 0.26 | 3,759 | 26 | 6.92 | 0 | 0.00 | 3,910 | 16 | 4.09 | 3 | 0.77 |
| 2,908 | 17 | 5.85 | 2 | 0.69 | 2,869 | 22 | 7.67 | 0 | 0.00 | 3,266 | 18 | 5.51 | 0 | 0.00 |
| 4,591 | 18 | 3.92 | 0 | 0.00 | 4,243 | 11 | 2.59 | 0 | 0.00 | 4,381 | 5 | 1.14 | 1 | 0.23 |
| 2,777 | 4 | 1.44 | 1 | 0.36 | 2,647 | 11 | 4.16 | 0 | 0.00 | 2,247 | 15 | 6.67 | 1 | 0.44 |
| 3,113 | 7 | 2.25 | 0 | 0.00 | 2,868 | 2 | 0.70 | 0 | 0.00 | 3,206 | 1 | 0.31 | 1 | 0.31 |
| 3,076 | 22 | 7.15 | 1 | 0.33 | 3,114 | 51 | 16.38 | 1 | 0.32 | 3,112 | 59 | 18.96 | 0 | 0.00 |
| 4,628 | 2 | 0.43 | 0 | 0.00 | 4,377 | 3 | 0.69 | 0 | 0.00 | 4,329 | 3 | 0.69 | 0 | 0.00 |
| 3,920 | 12 | 3.06 | 2 | 0.51 | 3,720 | 14 | 3.76 | 2 | 0.54 | 3,953 | 10 | 2.53 | 0 | 0.00 |
| 3,415 | 19 | 5.56 | 1 | 0.29 | 3,663 | 23 | 6.28 | 0 | 0.00 | 3,718 | 17 | 4.57 | 4 | 1.08 |
| 3,243 | 7 | 2.16 | 0 | 0.00 | 3,339 | 11 | 3.29 | 0 | 0.00 | 3,455 | 6 | 1.74 | 0 | 0.00 |
| 5,154 | 20 | 3.88 | 0 | 0.00 | 4,897 | 27 | 5.51 | 0 | 0.00 | 4,983 | 26 | 5.22 | 0 | 0.00 |
| 122,652 | 365 | 2.98 | 20 | 0.16 | 114,130 | 391 | 3.43 | 18 | 0.16 | 119,681 | 419 | 3.50 | 25 | 0.21 |

Case 2:90-cv-00520-KJM-SCR    Document 5678    Filed 09/13/17    Page 210 of 215

Blank page inserted for reproduction purposes only.

# Appendix B

## SCOPE AND METHODOLOGY

The Audit Committee directed the California State Auditor to perform an audit of Corrections' policies, procedures, and practices related to suicide prevention and reduction. We were directed to review the suicide and attempted suicide rates for male and female inmates in all state prisons; Corrections' policies and procedures for inmate suicide prevention and response, as well as their implementation; and CIW's implementation of Corrections' policies. We were also asked to determine areas in which Corrections could improve its mental health services, causes for CIW's high suicide rates, and the adequacy of mental health and suicide prevention training for CIW staff. Table B lists the objectives that the Audit Committee approved and summarizes the methods we used to address those objectives.

**Table B**
**Audit Objectives and the Methods Used to Address Them**

| | AUDIT OBJECTIVE | METHOD |
|---|---|---|
| 1 | Review and evaluate the laws, rules, and regulations significant to the audit objectives. | We reviewed relevant state laws and regulations. |
| 2 | Evaluate Corrections' policies and procedures for inmate suicide prevention and response, including those related to instances when an inmate exhibits suicidal behavior. Determine whether such policies and procedures are implemented consistently throughout California's state prisons. | • We judgmentally selected three prisons to review in addition to CIW based on an analysis of the number of suicides and suicide attempts from 2014 through 2016 and of the prisons' missions: CCWF, RJD, and SAC.<br>• We obtained Corrections' policies and procedures for inmate suicide prevention and response. Further, we reviewed local operating procedures at each of the four prisons.<br>• We reviewed the *Coleman* special master monitoring reports, Corrections' suicide reports, and the suicide expert's audits to identify recommendations made to CIW, Corrections, and the other three prisons. We determined if the appropriate policies and procedures reflected those recommendations. We also interviewed relevant Corrections' staff for perspective on the implementation of these recommendations.<br>• We judgmentally selected 10 inmate suicides and suicide attempts from 2014 through 2016 from each of the four prisons. We reviewed the records for the 40 inmates' suicides and suicide attempts to determine if the prisons adhered to their local operating procedures and Corrections' policies and procedures on suicide prevention and response. We interviewed relevant staff at Corrections and at the prisons to obtain perspective on issues we found pertaining to these records. |
| 3 | For the most recent three-year period, compare the suicide and attempted suicide rates for male and female inmates in all state prisons. | • To better identify trends, we reviewed the five-year period from 2012 through 2016.<br>• We gathered Corrections' statistics on inmate suicides and suicide attempts from 2012 through 2016 for all California state prisons from Corrections' organizational management tool called COMPSTAT.<br>• We analyzed the COMPSTAT data to present the inmate suicide and suicide attempt rates by prison in Appendix A.<br>• We obtained perspective from Corrections' officials on any trends or inaccuracies that we observed and the methods Corrections used to gather and track these data.<br>• For Table 1 on page 9 and Table 6 on page 40, we adjusted the COMPSTAT data we present on suicides for the four prisons we reviewed based on documentation of suicides not recorded in COMPSTAT. In Table 1, we also adjusted the prison populations for the four prisons we reviewed based on average daily populations Corrections provided. In Appendix A, we did not adjust the COMPSTAT data as they are the data Corrections makes available to the public. |

*continued on next page . . .*

Case 2:90-cv-00520-KJM-SCR     Document 5678     Filed 09/13/17     Page 212 of 215

| AUDIT OBJECTIVE | METHOD |
|---|---|
| 4  Identify areas where Corrections can improve its mental health services, particularly with respect to the safety and care for inmates needing mental health treatment. | • Using the results of the testing of policies and recommendations in Objective 2, we determined areas in which Corrections could improve its practices. We gathered perspective on these areas of improvement from relevant Corrections' staff.<br><br>• We reviewed the monthly meeting minutes for the statewide suicide prevention team and the suicide prevention teams at each of the four prisons for 2016 to determine the meeting attendees and the topics staff addressed.<br><br>• We interviewed Corrections' officials and reviewed available documentation to identify the methods used to discuss, document, and disseminate best practices to the prisons related to suicide prevention and response.<br><br>• We obtained Corrections' reports on position vacancy rates as of December 2016 for social workers, psychiatrists, and psychologists at the four prisons we reviewed and for Corrections as a whole.<br><br>• We interviewed key staff at the four prisons and Corrections' headquarters to gather perspective on staff vacancies. |
| 5  In reviewing the CIW do the following:<br><br>a.  Evaluate whether CIW appropriately implemented Corrections' suicide prevention policies. | The procedures we performed in Objective 2 also addressed this objective. |
| b.  Identify and analyze CIW's policies and procedures in the event of a suicide, including any ensuing investigation and communication with the deceased inmate's family during and after such investigation. | • The procedures we performed in Objective 2 also addressed this objective.<br><br>• We reviewed Corrections' procedures for communicating with a deceased inmate's family following a death.<br><br>• We reviewed records for six inmates who committed suicide from 2014 through 2016 and determined that CIW complied with Corrections' policies for communicating with a deceased inmate's family following a suicide. |
| c.  To the extent possible, identify the causes or factors contributing to the higher rates of suicide and suicide attempts at CIW, including any systemic problems or failures. | • We interviewed key Corrections' headquarters staff and CIW staff to gather their perspectives on the causes for the higher rates of suicide and suicide attempts at CIW from 2014 through 2016.<br><br>• We evaluated data from CIW and CCWF regarding the suicide attempts by inmates who transferred from VSPW.<br><br>• We reviewed Corrections' available documentation of the plan to convert VSPW to a men's prison.<br><br>• We interviewed officials at CIW and Corrections to determine if the conversion process accounted for the effect the transfer of inmates from VSPW would have on CIW. |
| d.  Identify and analyze CIW's policies and practices in the event that an inmate displays suicidal behavior. Evaluate CIW's ability to appropriately house and treat inmates identified as suicidal and determine whether CIW allows access to inmate program activities or movements such as yard time. | • The procedures we performed in Objective 2 for the 40 inmates' suicides and suicide attempts also addressed this objective.<br><br>• We reviewed CIW's policies and documentation for six inmates regarding access to yard time. |
| e.  Evaluate the adequacy of the mental health and suicide prevention training for CIW staff. | • From a list containing all employees at CIW, we randomly selected 20 CIW staff members and determined the percentage who received annual suicide prevention training in 2014, 2015, and 2016.<br><br>• From a list containing all mental health staff at CIW, we randomly selected 10 psychiatrists, psychologists, and social workers and determined how many received training on how to complete suicide risk evaluations and other trainings required for mental health staff.<br><br>• We reviewed several suicide prevention trainings that Corrections' staff received to determine if the trainings contained the content Corrections' policies require and any additional content the suicide expert had recommended.<br><br>• We obtained self-reported data on selected required trainings from CCWF, CIW, RJD, and SAC and identified instances of low compliance. |
| 6  Review and assess any other issues that are significant to the audit. | • We interviewed selected advocacy groups to identify their key concerns related to our audit scope.<br><br>• We addressed concerns related to delays in emergency response and monitoring inmates in Objective 2.<br><br>• We also addressed concerns related to identifying and disseminating best practices in Objective 4. |

Sources:  California State Auditor's analysis of the Audit Committee's audit request number 2016-131, planning documents, and analysis of information and documentation identified in the table column titled *Method*.

**Assessment of Data Reliability**

In performing this audit, we obtained data from Corrections'
COMPSTAT organizational management tool. The
U.S. Government Accountability Office, whose standards we are
statutorily required to follow, requires us to assess the sufficiency
and appropriateness of computer-processed information that
we use to support findings, conclusions, or recommendations.
Corrections' COMPSTAT tool provides monthly data to
stakeholders and the public on a variety of measures at each of
Corrections' prisons and other institutions. We used COMPSTAT
data to report on the number of suicides and attempted suicides
throughout California's adult prisons. We performed data-set
verification procedures and found no errors. Further, as reported
in Chapter 3, we assessed the accuracy and completeness of
COMPSTAT data by comparing the data on suicides and attempted
suicides for selected months to incident logs from the four prisons
we visited and identified several errors. We also compared the
number of suicides reported in COMPSTAT to those in reports
from the special master's suicide experts and found they did not
agree. Finally, during the course of our audit work, we identified
one suicide each at three of the four prisons we visited that was
not included in COMPSTAT. As a result, we determined that
COMPSTAT data are not sufficiently reliable for the purposes of
this audit. Nevertheless, we present these data in the report because
COMPSTAT is Corrections' comprehensive source of data available
on suicides and attempted suicides for each of its prisons, and it
contains data Corrections makes publicly available. We discuss our
findings in more detail in Chapter 3 and make a recommendation
for improving the data on page 64.

We also obtained summary data from Corrections on the rates at
which its employees attend various trainings. We tested selected
employees at CIW and determined they did not all attend required
trainings. We requested self-reported summary data from
Corrections for each of the four prisons we visited to determine
whether there was evidence at each prison to corroborate our
findings at CIW. Because the data corroborated our findings, we
determined it would be too resource-intensive to further test the
accuracy and completeness of the prisons' self-reported data.
Instead, we clearly attribute the data in the report to Corrections.

Case 2:90-cv-00520-KJM-SCR   Document 5678   Filed 09/13/17   Page 214 of 215

Blank page inserted for reproduction purposes only.

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                     EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF THE SECRETARY**
P.O. Box 942883
Sacramento, CA 94283-0001

July 31, 2017

Ms. Elaine M. Howle, State Auditor
California State Auditor
621 Capitol Mall, Suite 1200
Sacramento, CA 95814

Dear Ms. Howle:

The California Department of Corrections and Rehabilitation (CDCR) submits this letter in response to the California State Auditor's (CSA) audit titled "California Department of Corrections and Rehabilitation: It Must Increase Its Efforts to Prevent and Respond to Inmate Suicides."

CDCR takes its responsibility to prevent inmate deaths by suicide very seriously and reviews each case carefully to allow it to continue to refine the suicide prevention program. Delivery of mental health services to CDCR inmates has improved overall, and CDCR continues to create a culture of focused improvement, oversight, and accountability in the area of suicide prevention both with staff and inmates. CDCR is committed to continuously evaluating and improving the performance and quality of the entire Mental Health Services Delivery System, including suicide prevention and response practices.

CDCR has made a great deal of progress implementing policies, training, and support for suicide prevention practices statewide, and acknowledges there is further progress to make. CDCR has completed or has in progress 58 initiatives, only 29 of which were recommendations from external suicide experts. For example, CDCR is nearing completion of a contract to provide substance abuse treatment specifically designed for individuals with mental health issues at the California Institution for Women (CIW) and other institutions; is developing a contract to address domestic violence for inmates in the mental health system in CDCR's women's institutions; has implemented the use of new suicide assessment tools and treatment protocols that reflect best practices in the field of suicidology; and provides increased mental health outreach to all inmates at CIW (including those who are not in the mental health system) by offering access to brief, solution-focused counseling.

CSA's report on CDCR's suicide prevention policies highlights areas where CDCR has already improved its practices, and where improvements continue to be made. CDCR will consider the recommendations made by the auditors to continue to improve upon its ongoing suicide prevention mission.

CDCR would like to thank CSA for their work on this report and will address the specific recommendations in a corrective action plan within the timelines outlined in the report. If you have further questions, please contact me at (916) 323-6001.

Sincerely,

SCOTT KERNAN
Secretary