XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>         v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF N. WEBER IN SUPPORT OF DEFENDANTS' BRIEF ON OBSTACLES TO FULL COMPLIANCE WITH PROGRAM GUIDE TRANSFER TIMELINES FOR CRISIS BEDS** |

I, Nicholas Weber, declare:

1. I am an attorney with the Office of Legal Affairs for the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Brief on Obstacles to Full Compliance with Program Guide Transfer Timelines for Crisis Beds.

1

Decl. of N. Weber in Supp. Defs.' Brief on Transfers to Crisis Beds   (2:90-cv-00520 KJM-DB (PC))

2. On June 23, 2017, I sent by electronic mail Defendants' Plan for Referrals and Transfers to Mental Health Crisis Beds to the Special Master and Plaintiffs. A true and correct copy of the plan is attached as Exhibit 1.

3. On July 6 and 19, 2017, I received responses from Plaintiffs to Defendants' Plan for Referrals and Transfers to Mental Health Crisis Beds. True and correct copies of Plaintiffs' July 6, 2017 letter and July 19, 2017 electronic mail to Defendants are attached as Exhibit 2.

4. On July 21, 2017, I sent a letter and enclosures to Plaintiffs addressing the issues raised in their July 6 and 19 communications, and provided additional data for discussion in the all parties workgroup. A true and correct copy of my July 21, 2017, letter is attached as Exhibit 3.

5. At the July 24, 2017 workgroup, Plaintiffs requested additional data on Defendants' initiatives to address delays in transfers to crisis beds. In response, on August 2, 2017, I sent Plaintiffs and the Special Master a letter addressing Plaintiffs' concerns, and provided a description of initiatives that are directed at resolving delays in transfers to crisis beds and additional data Plaintiffs requested. A true and correct copy of the letter I sent on August 2, 2017 and enclosed data is attached as Exhibit 4.

6. On August 18, 2017, CDCR produced an initial outline of the factors that contribute to delays in timely transfers to crisis beds and the solutions CDCR has implemented or will implement to address those factors. A true and correct copy of the outline is attached as Exhibit 5.

7. On August 25, 2017, I sent to Plaintiffs and the Special Master an updated outline of the factors that contribute to delays in timely transfers to crisis beds and documents that illustrate the complexity in the Mental Health Crisis Bed system and referral process. A true and correct copy of Defendants' submission is attached as Exhibit 6.

///
///
///
///
///
///

2

8. Each month, CDCR provides several reports to the Special Master for the purposes of his monitoring. Attached as Exhibit 7 are true and correct copies of Reports 7 a (Psych Aging report) and 7c (MHCB transfers and rescissions for June 2017) submitted as part of the *Coleman* Data Submission to the Special Master and Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on September 13, 2017.

          **/s/ Nicholas Weber**
          NICHOLAS WEBER
          Attorney
          CDCR Office of Legal Affairs
          *(original signature retained by attorney)*

3

Decl. of N. Weber in Supp. Defs.' Brief on Transfers to Crisis Beds   (2:90-cv-00520 KJM-DB (PC))