# EXHIBIT 2

**(This Document was Submitted for Filing Under Seal)**