# EXHIBIT 3

**OFFICE OF LEGAL AFFAIRS**
Patrick R. McKinney II
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



July 21, 2017

Lisa Ells
Rosen Bien Galvan & Grunfeld LLP
50 Fremont Street, 19th Floor
San Francisco, CA 94105
VIA Email

      RE:  Plaintiffs' July 6, 2017 Letter

Lisa:

Defendants write to respond to your office's July 6, 2017, letter regarding Mental Health Crisis Bed proposals as well as to provide data on Mental Health Crisis Beds as requested during the all parties' workgroups.  As mentioned in your July 19 email, Defendants agree that the parties should engage in a cooperative effort to identify obstacles to full compliance with a 24-hour timeline for transfer of inmates to Mental Health Crisis Beds and possible solutions that ensure patients receive timely and appropriate care.

    1. Update on Initiatives to Ensure Proper Bed Utilization of Mental Health Crisis Beds

In Defendants' April 7, 2017, Response to the Court's March 24, 2017, Order to Show Cause, Defendants outlined several initiatives undertaken in the last year to help ensure appropriate use of Mental Health Crisis Beds.  Those initiatives are discussed below.

    a. Dialectical Behavior Therapy Program

The California Department of Corrections and Rehabilitation (CDCR) has a Dialectical Behavior Therapy (DBT) at the California Medical Facility (CMF).  Staff at California State Prison, Sacramento received training from DBT consultants on June 22, 2017 and June 23, 2017, and are in the process of developing DBT groups.  Although new, it is anticipated that the evidence-based DBT program will be successful at diverting high utilizers of crisis beds away from regular admissions and referrals to a successful outpatient program.  As of July 21, 2017, there are 11 patients in the DBT program at CMF.

    b. Trainings Regarding Clinical Evaluations, Treatment Skills, Case Formulation, Triaging Patients Referred to Crisis Beds, and Interdisciplinary Treatment Teams

Case formulation, treatment planning, and crisis triage training is being provided to staff statewide.  The training for trainers were all completed by January 2017.  IDTT and case formulation trainings are helping treatment teams provide improved individualized treatment plans.  The goal of this training is to improve crisis bed staff development of goal-driven, short

Exhibit 3 - 001

term treatment and discharge planning earlier in the inmate's stay in crisis bed, thereby decreasing the length of stays by inmates housed in crisis beds and increasing the availability of such beds for other inmates

   c. Crisis Intervention Teams

CDCR has Crisis Intervention Teams (CIT) at the California Institution for Women (CIW), California Health Care Facility (CHCF) and Salinas Valley State Prison (SVSP). CIT training is scheduled to occur at CCWF on August 3, 2017. CIT, when implemented according to the model, has helped provide patient support at the crisis evaluation period and improves staff's ability to evaluate the crisis situation, thereby reducing unnecessary referrals to the MHCB.

In addition to CITs, Defendants have taken a multi-pronged approach at California State Prison, Sacramento and R.J. Donovan State Prison. Those prisons have begun DBT groups, pain management programs, incentive based programs for participating in treatment, and clinical tier walks. These efforts focus on "prevention" to reduce crisis bed referrals and readmissions.

   d. After Hours Staffing

CDCR has expanded its after-hours staffing at many institutions. The goal of increasing after hours staffing is to decrease the number of rescissions. Data has shown that a significant number of after hours referrals to crisis beds are made between 5:00 PM and 1:00 AM.
The current staffing hours at CDCR institutions is as follows:

| Institution | On-Site Hours | Days Per Week |
|---|---|---|
| ASP | 0700-1700 | 7 |
| CAL | 0730-1730 | 7 |
| CCC | 0700-1700 | 7 |
| CCI | 0800-1700 | 5 |
| CCWF | 0600-1800 | 5 |
|  | 0700-1700 | Sat/Sun |
| CEN | 0730-1730 | 7 |
| CHCF | 0700-1700 | 5 |
| CIM | 0700-0000 |  |
|  | 1400-0000 |  |
| CIW | 0700-1500 | 7 |
| CMC | 0700-1700 |  |
| CMF | 0700-2300 | 5 |
|  | 0700-1700 | Sat/Sun |
| COR | 0700-1700 |  |
| CRC | 0700-1700 |  |
| CTF | 0600-1800 | 5 |
|  | 0700-1700 | Sat/Sun |
| CVSP | 0630-1800 | 7 |
| FSP | 0800-1600 | 5 |
| HDSP | 0700-1700 | 7 |
| ISP | 0630-1800 | 7 |
| KVSP | 0700-1700 | 7 |

Exhibit 3 - 002

|      | 0800-1800 | 5 |
|------|-----------|---|
| **LAC**  | 0700-1700 | Sat/Sun/Mon |
|      | 0700-2200 | Tue/Wed/Thur |
|      | 0700-2000 | Fri |
| **MCSP** | 0600-0000 | Mon-Thurs |
|      | 0600-1700 | Fri |
|      | 0700-1700 | Sat/Sun |
| **NKSP** | 0600-0000 | Mon-Thurs |
|      | 0600-1700 | Fri |
|      | 0700-1700 | Sat/Sun |
| **PBSP** | 0700-1700 | Sat/Sun/Mon |
|      | 0700-2200 | Tues-Fri |
| **PVSP** | 0700-1700 | 7 |
| **RJD**  | 0700-2200 | 5 |
|      | 0700-1700 | Sat/Sun |
| **SAC**  | 0600-0100 |   |
| **SATF** | 0700-1700 | 7 |
| **SCC**  | 0730-1730 | 5 |
|      | 0800-1800 | Sat/Sun |
| **SOL**  | 0700-1700 | 7 |
| **SQ**   | 0600-2300 | M-Thurs |
|      | 0600-1900 | Fri |
|      | 0700-1700 | Sat/Sun |
| **SVSP** | 0700-1700 | 5 |
|      | 1000-2300 | 5 (CIT) |
|      | 0700-1700 | Sat/Sun MHCB Staff |
| **VSP**  | 0700-1700 | 7 |
| **WSP**  | 0700-1700 | 7 |

e.  Clustering of Mental Health Crisis Beds

In December 2016, Defendants clustered their crisis beds into three regions.  Defendants have seen a decrease in the average  time for inmates to be transferred to an outside crisis bed.  The slight increase in March was due to redlined MHCBs for ligature reduction retrofits:

| Month | Ave. Wait Time 2016 | Ave. Wait Time 2017 |
|-------|---------------------|---------------------|
| **January**  | 27.25 | 20.82 |
| **February** | 26.85 | 22.26 |
| **March**    | 23.92 | 26.50 |
| **April**    | 29.43 | 25.10 |
| **May**      | 56.73 | 26.56 |
| **June**     | 83.68 | 25.48 |

Exhibit 3 - 003



Additionally, transfer timeframes for both internal and external transfers, combined, have seen a dramatic decrease since clustering started in 2016. The following graphs show the average time between HCPOP being notified of a referral to the time the referral is disposed of (transferred internally or externally, or rescinded) for 2016 and 2017.

2016 Referrals



Exhibit 3 - 004



2. Reporting on the Crisis Bed Transfer Timeframe

Defendants for years have reported on the transfer timeframe by calculating the time between referral and internal placement or the time between referral and the time the inmate is placed on special transport to go to another institution. This calculation provides the cleanest method to account for factors outside of Defendants' control once an inmate is placed on a transport vehicle. While, as reported above, average transfer times to outside institutions have decreased due to the clustering of MHCBs, transportation issues such as traffic and weather still impact transportation times. For external transfers, treating the referral as complete when the patient is placed on a transport vehicle, where the inmate is safe and unable to harm himself, continues to make the most sense.

It is also unclear whether CDCR can comply with a 24-hour requirement defined as 24 hours from referral to admission of the inmate by an outside institution. Between February 12, 2017, and July 12, 2017, there were 1,293 referrals to mental health crisis beds that took longer than 24 hours to complete using the current method of calculation. If the 24 hour requirement were measured instead by admission by an outside institution, there would have been 1,649 timeframe violations, a difference of 356.

3. Rescission Rates

Approximately 33% of all crisis bed referrals are rescinded prior to transfer. Between February 12, 2017, and July 12, 2017, approximately 2,143 of the 6,370 referrals were rescinded. In May 2017, of the 412 rescinded referrals, 83% were rescinded within the first 24 hours. Notably, rescission rates are much higher when the initial referral to a crisis bed is made by an on-call

Exhibit 3 - 005

provider during after-hours coverage. For all rescinded referrals made between January 1, 2017, and June 30, 2017, 73% were after hours referrals (referrals made between 5:00 PM and 5:00 AM):



Reducing the rescission rate would reduce the workload for tracking and arranging transport for patients pending crisis bed admission. In order to reduce rescissions and better utilize crisis beds and resources dedicated to bed placement, CDCR proposes that referrals to crisis bed be made by an in-person assessment only and that there is a provision in place to allow time for patients who need a break from their housing environment. After the face to face evaluation, clinicians will have up to 8 hours from the time of the emergency referral to make a decision regarding MHCB placement. When a clinician is not available on-site, inmates voicing suicidal ideation will be placed on one-on-one observation, either in their cell or a safe environment, until such time as an on-site clinician can assess the inmate.

4. Readmission Rates

Readmissions are a high driver of crisis bed referrals. In May 2017, 23% of patients admitted to a crisis bed were readmitted within 30 days.

Exhibit 3 - 006

2017 data shows that there were 624 patients with two or more MHCB admissions in the past six months. These patients are 40% of the patients with a MHCB admission and account for 67% of all MHCB admissions.

5. Long Lengths of Stay in Mental Health Crisis Beds

Plaintiffs July 6, 2017, letter noted that there were several inmates in crisis beds beyond sixty days. That data was based on Defendants' monthly psychiatric aging report. This report included several inmates who were out to court and not in a crisis bed, but remained on crisis bed status. Of the eight inmates with the longest lengths of stay, one inmate was a SOMS coding error, one had a medical hold, one was chronically acutely and neurologically impaired and rejected for acute or intermediate care, and five were out to court.

Currently, there are fifteen inmates with crisis bed stays beyond 30 days. Of those, eleven have been referred to intermediate care or acute programs. Two were kept in crisis beds based on clinical decisions. One is medically unstable and is awaiting a referral to an acute program, and one is held in a crisis bed based on headquarters approval.

6. Institutions with High Rates of Transfer Timeframe Noncompliance

Defendants acknowledge that a several institutions have high rates of crisis bed transfer noncompliance. Those institutions (RJD, COR, SVSP, LAC, CIW, and CCWF), have unique issues that include transportation officer overtime challenges, difficult and uncooperative patients, more frequent medical issues preventing prompt clearance, or simple communication issues with the transportation office. Defendants are investigating issues of poor coordination between transportation and program to ensure that there is accountability for delayed transports.

7. Female Transfers to Crisis Beds

CDCR has identified inmates custodially eligible to go to Patton State Hospital. CDCR has sent the Department of State Hospital several referrals and is in the process of sending more. Referring inmates for inpatient care at Patton will provide CDCR flexibility to place inmates in inpatient beds at the CIW Psychiatric Inpatient Program (PIP). . Additionally, CIW is using a Crisis Intervention Team model to reduce unnecessary crisis bed referrals. Plans are underway to expand this program at CCWF.

8. Out to Court

Plaintiffs requested data on how often inmates are referred to a crisis bed, but then must go out to court prior to the transfer to a crisis bed. Defendants were able to obtain some data over the past year demonstrating that this scenario does occur. Between July 1, 2016, and July 17, 2017, there were fifty-six instances where an inmate's level of care was changed to Mental Health Crisis Bed; however, before reaching a Mental Health Crisis Bed, the inmate was sent out to court.

Exhibit 3 - 007

Given that this situation does occur, Defendants insist that an out to court exception must be included for MHCB transfers as the parties have agreed for transfers to inpatient care.

9. Transportation Vehicles

As stated in our last workgroup, Defendants do not believe that there is a lack of a sufficient number of transportation vehicles to assist in crisis bed transfers. Although Defendants have purchased new vehicles recently, those vehicles are meant to replace aging vehicles in the fleet and were not acquired due to a need to increase the size of the fleet.

Defendants look forward to discussing these data and issues with Plaintiffs and the Special Master at our workgroup on July 24, 2017.


Sincerely,

Nick Weber
Attorney
Office of Legal Affairs

*/s/ Andrea S. Moon*
Andrea S. Moon
Attorney
Office of Legal Affairs

Attachment: MHCB Data Sheet 7.21.2017

Cc:

Special Master Lopes
Michael Bien
Tom Nolan
Steve Fama
Co-Counsel

Exhibit 3 - 008

**MHCB Data Sheet**

As of July 12, 2017, there were 31 patients in a MHCB awaiting an EOP bed:

**Pts in MHCB Program >LOS 10 Days Waiting for EOP Bed as of July 12, 2017**

|  | No. of Pts > LOS 10 days | Number of MHCBs Available at Inst. (Capacity) | Pts/MHCB Beds % > LOS 10 days |
|---|---|---|---|
| CHCF | 10 | 98 | 10% |
| CMC | 3 | 50 | 6% |
| CMF | 4 | 50 | 8% |
| COR | 3 | 24 | 13% |
| HDSP | 1 | 10 | 10% |
| LAC | 1 | 12 | 8% |
| MCSP | 1 | 8 | 13% |
| PBSP | 1 | 10 | 10% |
| SAC | 6 | 44 | 14% |
| SVSP | 1 | 10 | 10% |
| **Grand Total** | **31** | **316** | **10%** |

Source: On Demand Length-of-Stay Report

CONFIDENTIAL         COLEMAN v. BROWN         SUBJECT TO PROTECTIVE ORDERS
Exhibit 3 - 009

*Number of Inmates in MHCBs for More than 10 Days with the Reasons as of July 12, 2017.*

| Institution | Total Number of MHCB Beds | # of Inmate-Patients in MHCB > 10 days | Due to delays in processing discharge (transportation, pending APP, ICF, PIP opening) | Due to clinical reasons (DTS, unstable condition, medical hold/change) | Other (Unspecified, N/A, Blanks) |
|---|---|---|---|---|---|
| CCWF | 12 | 3 | 2 | 1 | 0 |
| CHCF | 98 | 48 | 6 | 37 | 5 |
| CIM | 34 | 17 | 0 | 17 | 0 |
| CIW | 10 | 12 | 0 | 0 | 12 |
| CMC | 50 | 20 | 11 | 9 | 0 |
| CMF | 50 | 7 | 5 | 0 | 2 |
| COR | 24 | 7 | 2 | 5 | 0 |
| HDSP | 10 | 1 | 0 | 1 | 0 |
| KVSP | 12 | 2 | 2 | 0 | 0 |
| LAC | 12 | 2 | 2 | 0 | 0 |
| MCSP | 8 | 3 | 2 | 0 | 1 |
| NKSP | 10 | 4 | 1 | 3 | 0 |
| PBSP | 10 | 1 | 0 | 1 | 0 |
| PVSP | 6 | 1 | 1 | 0 | 0 |
| RJD | 14 | 5 | 0 | 5 | 0 |
| SAC | 24 | 17 | 5 | 9 | 3 |
| SATF | 20 | 12 | 12 | 0 | 0 |
| SOL | 9 | 3 | 2 | 1 | 0 |
| SVSP | 10 | 3 | 0 | 3 | 0 |
| WSP | 6 | 3 | 0 | 3 | 0 |
| **CDCR Total** | **449** | **171** | **53** | **95** | **23** |

The table below demonstrates how long on average patients waited for transfer after clinical discharge. Data represents a time period from February 12, 2017 – July 12, 2017.

**Clinical vs. Physical Length of Stay**

| Admit To Institution | Average Clinical LOS Days | Average Physical LOS Days |
|---|---|---|
| CCWF | 10 | 12 |
| CHCF | 13 | 14 |
| CIM | 19 | 21 |
| CIW | 9 | 9 |
| CMC | 12 | 16 |
| CMF | 18 | 20 |
| COR | 13 | 13 |
| HDSP | 7 | 10 |
| KVSP | 8 | 10 |
| LAC | 10 | 14 |
| MCSP | 9 | 9 |
| NKSP | 23 | 23 |
| PBSP | 10 | 11 |
| PVSP | 10 | 12 |
| RJD | 22 | 22 |
| SAC | 18 | 21 |
| SATF | 15 | 17 |
| SOL | 9 | 11 |
| SQ | 8 | 8 |
| SVSP | 13 | 14 |
| VSP | 8 | 11 |
| WSP | 11 | 12 |
| **CDCR** | **14** | **15** |

Source: MHCB Referrals (Datawarehouse indicator) 2/12/17-7/12/17

4

From February 14, 2017 to July 14, 2017, 94 patients were discharged from a MHCB within one day and 122 were discharged within two days. When a patient is discharged from a MHCB within one or two days, this is not considered a rescinded referral because the patient was admitted to the MHCB.

| Month | Discharged in 1 Day | Discharged in 2 days | # of Discharges |
|---|---|---|---|
| Feb | 7 | 29 | 36 |
| Mar | 19 | 21 | 40 |
| Apr | 17 | 16 | 33 |
| May | 28 | 32 | 60 |
| Jun | 23 | 24 | 47 |
| Jul | 7 | 6 | 13 |
| Grand Total | 101 | 128 | 229 |

*MHCB Placements and Rescissions by Institution and Prior Level of Care*

April 1, 2016 - April 20, 2017

| Inst. | Referred | Rescinded | Placed | Percentage Rescinded | Plaintiffs Rescission Rate |
|---|---|---|---|---|---|
| ASP | 92 | 9 | 83 | 10% | 9% |
| CAC | 6 | 0 | 6 | 0% | 0% |
| CAL | 51 | 6 | 45 | 12% | 14% |
| CCC | 11 | 1 | 10 | 9% | 6% |
| CCI | 345 | 11 | 334 | 3% | 2% |
| CCWF | 777 | 583 | 194 | 75% | 74% |
| CEN | 33 | 3 | 30 | 9% | 13% |
| CHCF | 423 | 123 | 300 | 29% | 31% |
| CIM | 351 | 17 | 334 | 5% | 9% |
| CIW | 472 | 82 | 390 | 17% | 14% |
| CMC | 829 | 293 | 536 | 35% | 31% |
| CMF | 462 | 148 | 314 | 32% | 30% |
| COR | 1539 | 892 | 647 | 58% | 52% |
| CRC | 46 | 6 | 40 | 13% | 18% |
| CTF | 81 | 24 | 57 | 30% | 30% |
| CVSP | 15 | 1 | 14 | 7% | 25% |
| DVI | 324 | 109 | 215 | 34% | 32% |
| FSP | 56 | 36 | 20 | 64% | 30% |
| HDSP | 170 | 54 | 116 | 32% | 37% |
| ISP | 49 | 0 | 49 | 0% | 23% |
| KVSP | 604 | 282 | 322 | 47% | 42% |
| LAC | 665 | 301 | 364 | 45% | 47% |
| MCSP | 946 | 488 | 458 | 52% | 52% |
| NKSP | 780 | 440 | 340 | 56% | 56% |

CONFIDENTIAL                    COLEMAN v. BROWN            SUBJECT TO PROTECTIVE ORDERS

Exhibit 3 - 013

| | | | | | |
|---|---|---|---|---|---|
| *PBSP* | *200* | *149* | *51* | *75%* | *30%* |
| *PVSP* | *77* | *15* | *62* | *19%* | *13%* |
| *RJD* | *845* | *87* | *758* | *10%* | *15%* |
| *SAC* | *1382* | *944* | *438* | *68%* | *62%* |
| *SATF* | *853* | *303* | *550* | *36%* | *32%* |
| *SCC* | *59* | *11* | *48* | *19%* | *16%* |
| *SOL* | *74* | *32* | *42* | *43%* | *27%* |
| *SQ* | *201* | *27* | *174* | *13%* | *30%* |
| *SVSP* | *928* | *343* | *585* | *37%* | *32%* |
| *VSP* | *394* | *125* | *269* | *32%* | *29%* |
| *WSP* | *829* | *413* | *416* | *50%* | *43%* |
| *Total* | *14969* | *6358* | *8611* | | |

**Number of Readmissions Per Identified Year (and January 1, 2017 – June 30, 2017)**

| *Year* | *ACUTE/ICF* | *ACUTE/ICF Readmits* | *MHCB* | *MHCB Readmits* |
|---|---|---|---|---|
| *2014* | *2439* | *237* | *10240* | *2180* |
| *2015* | *2350* | *234* | *10062* | *2140* |
| *2016* | *2907* | *390* | *9297* | *2013* |
| *2017 up to 6/30* | *1444* | *126* | *4723* | *879* |

**ICF and ACUTE Transfers**

*The statewide average transfer times from MHCB's to APP or ICF in May and June 2017 are eight days for Acute, 11 days for ICF, and a combined 10 day average for both.*

| Average Transfer Timeline by Referral Type (MHCB Referred to Inpatient Bed) For May-June, 2017 (Numbers Refer To Days) | | | |
|---|---|---|---|
| SITE | APP | ICF | Combined Average |
| CCWF | 7 | 0 | 7 |
| CHCF | 11 | 27 | 11 |
| CIM | 10 | 19 | 13 |
| CIW | 6 | 4 | 5 |
| CMC | 9 | 16 | 10 |
| CMF | 8 | 19 | 15 |
| COR | 9 | 21 | 10 |
| KVSP | 8 | 24 | 11 |
| LAC | 9 | 0 | 9 |
| MCSP | 9 | 0 | 9 |
| NKSP | 7 | 0 | 7 |
| PVSP | 7 | 0 | 7 |
| RJD | 9 | 24 | 10 |
| SAC | 13 | 0 | 13 |
| SATF | 9 | 11 | 9 |
| SOL | 9 | 0 | 9 |
| SQ | 0 | 4 | 4 |
| SVSP | 11 | 21 | 12 |
| WSP | 10 | 15 | 11 |