# EXHIBIT 4

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                    EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Patrick R. McKinney II
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



August 2, 2017

VIA EMAIL ONLY

Lisa Ells                                              Special Master Lopes
Rosen Bien Galvan & Grunfeld LLP                      Pannone Lopes Devereaux and O'Gara LLC
50 Fremont Street, 19th Floor                         Northwoods Office Park, Suite 215N
San Francisco, CA 94105                               1301 Atwood Avenue
                                                      Johnston, RI 02919

RE: Plaintiffs' July 6, 2017 Letter and Defendants' July 21, 2017 Response

Special Master Lopes and Lisa:

Defendants write to follow up on our July 21, 2017 letter regarding Mental Health Crisis Bed proposals and provide additional data requested during the all parties' workgroup discussion on July 24, 2017. Defendants look forward to continuing to engage in cooperative efforts to identify obstacles to full compliance with a 24-hour timeline for transfer of inmates to Mental Health Crisis Beds and possible solutions.

1.  Updates on Initiatives to Ensure Proper Bed Utilization of Mental Health Crisis Beds

In Defendant's April 7, 2017, Response to the Court's March 24, 2017, Order to Show Cause, Defendants outlined several initiatives undertaken in the last year to help ensure appropriate use of Mental Health Crisis Beds (MHCB). Defendants also provided updates on those initiatives to Plaintiffs and the Special Master in their July 21 correspondence. Additional information and updates are discussed below.

a.  Crisis Intervention Teams

Defendants will have Crisis Intervention Teams (CIT) at eleven institutions by fall 2017. Institutions most in need of crisis intervention teams are identified through a review of existing data on referral and rescission rates. Thereafter, each institution is required to identify one staff member each from the mental health, nursing, and custody disciplines to provide after-hours coverage seven days per week. If an institution does not already have staff currently assigned to cover after hours, headquarters has authorized mental health staff to take 13 hour shifts, three days per week. If no volunteers are identified, mandated coverage or call backs will be implemented.

CIT training includes a two-hour in-class training and shadowing a Master Trainer working with patients identified as requiring evaluations for possible MHCB referrals. Master Trainers are provided from the mental health, nursing, and custody disciplines.

Exhibit 4 - 001

RE: Mental Health Crisis Bed Proposal
Page 2

Crisis intervention teams have been activated at three institutions:  Salinas Valley State Prison (October 2016), California Institution for Women (January 2017), and California Health Care Facility (March 2017).  Defendants will activate Crisis Intervention Teams at eight more institutions by the end of September 2017:  Central California Women's' Facility (August 2017), California State Prison, Los Angeles County, (August 2017), California State Prison, Corcoran, (August 2017), R.J. Donovan Correctional Facility (August 2017), Wasco State Prison (September 2017), California State Prison, Sacramento (September 2017), Mule Creek State Prison (September 2017), and California Substance Abuse Treatment Facility (September 2017).

Attached as Exhibit A is a table showing historical referrals and rescissions in the California Institution for Women's (CIW) MHCBs from January 2015 through July 2017.  As indicated in Exhibit A, the CIT was implemented at CIW in January 2017 and demonstrates an overall reduction in the frequency of both referrals and rescissions post-CIT implementation as compared to previous years.  Prior to CIT implementation, the overall average number of referrals each month was 46.48, and rescissions comprised 12.5% of those referrals.  Post-CIT implementation, the overall average number of referrals each month has fallen to 34, with rescissions making up 7.8% of those referrals.

      b.   After Hours Staffing

CDCR has expanded its after-hours staffing at many institutions.  The goal of increasing after-hours staffing is to decrease the number of rescissions.  Data has shown that a significant number of after-hours referrals to crisis beds are made between 5:00 P.M. and 1:00 A.M.  The following staffing hours chart updates the chart included in Defendants' July 21 letter:

| Institution | On-Site Hours | Days Per Week |
|---|---|---|
| ASP | 0700-1700 | 7 |
| CAL | 0730-1730 | 7 |
| CCC | 0700-1700 | 7 |
| CCI | 0800-1700 | 5 |
| CCWF | 0600-1800 | 5 |
|  | 0700-1700 | Sat/Sun |
| CEN | 0730-1730 | 7 |
| CHCF | 0700-1700 | 5 |
| CIM | 0700-2400 | 7 |
| CIW | 0700-2200 | 7 |
| CMC | 0700-1700 | 7 |
| CMF | 0700-2300 | 5 |
|  | 0700-1700 | Sat/Sun |
| COR | 0700-1700 | 5 |
| CRC | 0700-1700 | 5 |
| CTF | 0600-1800 | 5 |
|  | 0700-1700 | Sat/Sun |
| CVSP | 0630-1800 | 7 |
| FSP | 0800-1600 | 5 |
| HDSP | 0700-1700 | 7 |
| ISP | 0630-1800 | 7 |

Exhibit 4 - 002

RE: Mental Health Crisis Bed Proposal
Page 3

| KVSP | 0700-1700 | 7 |
|------|-----------|---|
|      | 0800-1800 | 5 |
| LAC  | 0700-1700 | Sat/Sun/Mon |
|      | 0700-2200 | Tue/Wed/Thur |
|      | 0700-2000 | Fri |
| MCSP | 0600-2400 | Mon-Thur |
|      | 0600-1700 | Fri |
|      | 0700-1700 | Sat/Sun |
| NKSP | 0700-1700 | 7 |
| PBSP | 0700-1700 | Sat/Sun/Mon |
|      | 0700-2200 | Tue-Fri |
| PVSP | 0700-1700 | 7 |
| RJD  | 0700-2200 | 5 |
|      | 0700-1700 | Sat/Sun |
| SAC  | 0600-0100 | 7 |
| SATF | 0700-1700 | 7 |
| SCC  | 0730-1730 | 5 |
|      | 0800-1800 | Sat/Sun |
| SOL  | 0700-1700 | 7 |
| SQ   | 0600-2300 | M-Thur |
|      | 0600-1900 | Fri |
|      | 0700-1700 | Sat/Sun |
| SVSP | 0700-1700 | 5 |
|      | 1000-2300 | 5 (CIT) |
|      | 0700-1700 | Sat/Sun |
|      |           | MHCB Staff |
| VSP  | 0700-1700 | 7 |
| WSP  | 0700-1700 | 7 |

   c.   Clustering of Mental Health Crisis Beds & Transport Timelines

In December 2016, Defendants clustered their crisis beds into three regions. In comparing the average time for inmates to be transferred to outside crisis beds from the time periods of January – June 2016 (prior to clustering) and January – June 2017 (subsequent to clustering), the average length of time (in hours) from referral to HCPOP bed assignment for all three regions decreased by 17.54 hours and the average length of time (in hours) from referral to disposition decreased by 16.85 hours.

For comparison, attached as Exhibits B and C are tables showing the average length of time from referral to disposition by region and type of admission for January through June of 2016 and January through June of 2017.

Attached as Exhibits D and E are data from the first week of June 2017, illustrating the difference between the length of time to place an inmate on a transport vehicle versus the length of time to place the inmate into the receiving institution's bed. These exhibits show that the average transportation time from sending to receiving institution is approximately 4.12 hours, with a range of 0.94 hours to 9.14 hours. It should be noted that the same trip between institutions can vary widely. For example, transfers between RJD and LAC took anywhere from 4.68 to 9.14 hours due to traffic and other conditions. Based on varying transportation times between institutions, the overall short duration of time the inmate spends being transported, and

Exhibit 4 - 003

RE: Mental Health Crisis Bed Proposal
Page 4

the fact that the inmate is safe during transportation, it appears appropriate to measure completion of a referral for an inmate-patient transferring to an outside mental health crisis bed to occur at the time the inmate-patient is placed in a transport vehicle.

Finally, attached as Exhibit F is a table showing the average time to disposition for internal and external transfers and the number of internal and external transfers conducted by each institution from March through June 2017.

    2.   Rescission Rates

Defendants supplied data in their July 21 letter on rescission rates and the impact of after-hours referrals.  Attached as Exhibit G, is an excel table showing the number of referrals made both after (5:00 PM to 5:00 AM) and during peak hours (5:00 AM to 5:00 PM), as well as data on the number of rescissions that occur at each institution.  The data shows that over a quarter of all after hours referrals are rescinded (1,882 in six months) versus only 9.3% of referrals (or 678 over six months) made during peak hours.  Of the total number of rescissions, 73% are rescissions of referrals made after hours.  Rescissions cause delays at the institutional level by removing clinicians from direct patient care in order to complete rescission paperwork.  Rescissions also cause delays at the HQ level, leaving HCPOP unable to identify true needs for placement until all rescissions are removed from pending waitlists.

Defendants propose to address the high after hours rescission rate by requiring that clinical evaluations be completed in person before an inmate can be referred to a mental health crisis bed.  While Defendants have increased after hours staff and are expanding Crisis Intervention Teams (see Section 1(a) and 1(b), *infra.*), Defendants propose that inmates who seek after hours care be kept in a safe location under one-to-one observation until a clinician conducts an in-person evaluation.  Defendants propose that such an evaluation will be conducted no later than the next morning, and referral to a crisis bed will commence after the in-person evaluation if warranted.

    3.   Readmission Rates

Defendants provided data in their July 21 letter regarding readmission rates.  Attached as Exhibit H is institutional readmission rate data for the second quarter of 2017.  The data shows the percentage of crisis bed and Department of State Hospitals/Psychiatric Inpatient Program discharges that were *not* readmitted within 30 days.  The statewide readmission rate for that quarter was 20%.

    4.   Long Lengths of Stay in Mental Health Crisis Beds

Attached as Exhibit I is inmate-level, clinical data regarding the fifteen inmates identified in Defendants' July 21 correspondence with current crisis bed stays beyond thirty days in response to plaintiffs' request at the all-parties workgroup on July 24, 2017.

As indicated in Defendants' July 21 letter noting inmates in crisis beds beyond sixty days, that data was based on Defendants' monthly psychiatric aging report which identified several inmates

Exhibit 4 - 004

RE: Mental Health Crisis Bed Proposal
Page 5

who were out to court and not in a crisis bed, but remained on crisis bed status.  Of the eight inmates with the longest lengths of stay, one inmate was a SOMS coding error, one had a medical hold, one was chronically acutely and neurologically impaired and found inappropriate for acute or intermediate care, and five were out to court.  All but one of those inmates  have since been transferred out of the crisis beds.

5.   Female Transfers to Crisis Beds

CDCR continues to identify inmates custodially eligible for placement at Department of State Hospitals - Patton.  The following inmates are currently housed at DSH-Patton:



At CIW's Psychiatric Inpatient Program, two inmates (⬛⬛⬛⬛⬛⬛ and ⬛⬛⬛⬛ ⬛⬛⬛), are custodially eligible for unlocked dorms.

6.   Plan To Address Inpatient Waitlists

CDCR is aware of the impact that inpatient beds have on Mental Health Crisis Bed waitlists.  In response to the current inpatient waitlist, CDCR has undertaken several steps to increase the flow through the inpatient beds.  First, CDCR has begun admitting patients to the acute and intermediate programs on weekends to avoid having a patient wait extra days for admission.  Second, CDCR is actively reviewing all inmates in the higher custody intermediate settings that are custodially eligible for unlocked dorms.  CDCR has directed its PIPs to begin referring nearly all of their unlocked dorm eligible inmates to their least restrictive housing.  Finally, CDCR has increased the census at CMF's L1 to 36 patients as of August 1, 2017.


////

///

//

/


Exhibit 4 - 005

RE: Mental Health Crisis Bed Proposal
Page 6

Defendants look forward to discussing the data and issues with Plaintiffs and the Special Master
at our workgroup on August 4, 2017.


Sincerely,


*/s/ Andrea S. Moon*

ANDREA S. MOON
Attorney
Office of Legal Affairs

Attachment(s):
   A.  CIW CIT Data Sheet
   B.  MHCB Time Frames Drill Down Jan – Jun 2016
   C.  MHCB Time Frames Drill Down Jan – Jun 2017
   D.  MHCB Transport and Placement Averages 6-5 6-9
   E.  MHCB Transport and Placement Timeframes 6-5 6-9
   F.  MHCB Data Summary w capacity
   G.  MHCB Ref Dis Jan-June 2017 Pivot
   H.  2nd Q 2017 Readmission Rates by Inst.
   I.   15 Patients in MHCB Over 30 Days

cc:

Special Master Lopes
Michael Bien
Tom Nolan
Steve Fama
Co-Counsel

Exhibit 4 - 006



CIW MHCB Referrals and Rescission Rates

Exhibit 4 - 007

| Referral Disposition | Transferred |
|---|---|

| Region | Ave Referral to HCPOP Bed Assignment | Ave Bed Assignment to Transportation | Ave Referral to Transportation | Referral Count |
|---|---|---|---|---|
| Southern (60 beds) | 30.56 | 6.97 | 37.48 | 583 |
| Northern (131 beds) | 30.23 | 11.57 | 41.76 | 338 |
| Central (236 beds) | 30.13 | 12.46 | 42.58 | 1683 |
| **Grand Total** | **30.24** | **11.12** | **41.33** | **2604** |

| Referral Disposition | Internally Admitted |
|---|---|

| Region | Ave Referral to HCPOP Bed Assignment | Ave Bed Assignment to Admission | Ave Referral to Admission | Referral Count |
|---|---|---|---|---|
| Southern (60 beds) | 46.11 | 5.37 | 29.52 | 344 |
| Northern (131 beds) | 36.34 | 4.00 | 21.54 | 550 |
| Central (236 beds) | 42.40 | 5.90 | 26.90 | 1084 |
| **Grand Total** | **41.75** | **5.34** | **25.87** | **1978** |

| Referral Disposition | Internally Admitted |
|---|---|

| Region | Ave Referral to HCPOP Bed Assignment | Ave Bed Assignment to Admission | Ave Referral to Admission | Referral Count |
|---|---|---|---|---|
| **Female (22 beds)** | | | | |
| CCWF | 70.50 | 8.56 | 45.74 | 84 |
| CIW | 59.34 | 3.34 | 43.61 | 226 |
| **Grand Total** | **61.51** | **4.35** | **44.19** | **310** |

Case 2:90-cv-00520-KJM-DB   Document 5680-5   Filed 09/13/17   Page 10 of 21

**Referral Disposition   Transferred**

| Region | Ave Referral to HCPOP Bed Assignment | Ave Bed Assignment to Transportation | Ave Referral to Transporation | Referral Count |
|---|---|---|---|---|
| Southern (60 beds) | 23.92 | 10.42 | 34.25 | 537 |
| Northern (131 beds) | 6.65 | 10.94 | 17.45 | 287 |
| Central (236 beds) | 9.72 | 12.72 | 22.25 | 1444 |
| **Grand Total** | **12.70** | **11.95** | **24.48** | **2268** |

**Referral Disposition   Internally Admitted**

| Region | Ave Referral to HCPOP Bed Assignment | Ave Bed Assignment to Admission | Ave Referral to Admission | Referral Count |
|---|---|---|---|---|
| Southern (60 beds) | 20.17 | 5.13 | 24.82 | 310 |
| Northern (131 beds) | 4.42 | 4.57 | 8.95 | 742 |
| Central (236 beds) | 9.20 | 5.21 | 14.20 | 1092 |
| **Grand Total** | **9.10** | **4.98** | **13.92** | **2144** |

**Referral Disposition   Internally Admitted**

| Region | Ave Referral to HCPOP Bed Assignment | Ave Bed Assignment to Admission | Ave Referral to Admission | Referral Count |
|---|---|---|---|---|
| **Female (22 beds)** | | | | |
| CCWF | 146.28 | 8.31 | 154.59 | 97 |
| CIW | 33.11 | 26.97 | 36.83 | 188 |
| **Grand Total** | **104.86** | **20.62** | **76.91** | **285** |

**Length of Time to Transportation and External Bed Placement (In Hours)**

**6/5/17-6/9/17**



| Date | Referral to Transport | Referral to Bed Placement | Transport Time |
|------|----------------------|---------------------------|----------------|
| 6/5/2017 | 27.95 | 31.08 | 3.13 |
| 6/6/2017 | 18.16 | 21.85 | 3.69 |
| 6/7/2017 | 33.95 | 38.12 | 4.17 |
| 6/8/2017 | 29.91 | 33.91 | 4 |
| 6/9/2017 | 26.82 | 31.38 | 4.56 |

Exhibit 4 - 010



| Region | Refferal to Transport | Referral to Bed Placement | Transport Time |
|--------|----------------------|---------------------------|----------------|
| Northern | 10.44 | 12.85 | 2.41 |
| Central | 17.29 | 21.15 | 3.86 |
| Southern | 52.47 | 57.42 | 4.95 |

Exhibit 4 - 011

**MHCB TRANSPORTATION AND BED PLACEMENT TIMEFRAMES**
**6/5/17-6/9/17**

| Referring Institution | Receiving Institution | Referral Date and Time | Transport Date and Time | Bed Placement Date and Time | Hours to Transport | Hours to Bed Placement | Hours Between Transport and Bed Placement |
|---|---|---|---|---|---|---|---|
| CAL | CIM | 06/07/2017 08:42:00 PM | 06/09/2017 03:05:35 PM | 06/09/17 08:17:00 PM | 42.39 | 47.58 | 5.19 |
| **CAL Average** | | | | | **42.39** | **47.58** | |
| CCI | CHCF | 06/07/2017 03:45:00 PM | 06/08/2017 09:26:00 AM | 06/08/17 02:53:00 PM | 17.68 | 23.13 | 5.45 |
| CCI | CHCF | 06/08/2017 03:25:00 PM | 06/09/2017 09:55:00 AM | 06/09/17 03:32:00 PM | 18.50 | 24.12 | 5.62 |
| CCI | CHCF | 06/05/2017 11:49:00 AM | 06/06/2017 09:12:26 AM | 06/06/17 01:20:00 PM | 21.39 | 25.52 | 4.13 |
| CCI | CHCF | 06/07/2017 11:36:00 AM | 06/08/2017 09:26:00 AM | 06/08/17 02:51:00 PM | 21.83 | 27.25 | 5.42 |
| CCI | CHCF | 06/06/2017 02:30:00 PM | 06/07/2017 12:45:05 PM | 06/07/17 05:50:00 PM | 22.25 | 27.33 | 5.08 |
| CCI | CMC | 06/07/2017 12:00:00 AM | 06/07/2017 04:25:15 PM | 06/07/17 07:04:00 PM | 16.42 | 19.07 | 2.65 |
| CCI | CMC | 06/06/2017 11:53:00 PM | 06/07/2017 03:20:00 PM | 06/07/17 07:04:00 PM | 15.45 | 19.18 | 3.73 |
| CCI | CMC | 06/05/2017 11:58:00 PM | 06/06/2017 04:20:12 PM | 06/06/17 08:57:00 PM | 16.37 | 20.98 | 4.61 |
| CCI | CMC | 06/05/2017 11:49:00 PM | 06/06/2017 04:09:51 PM | 06/06/17 08:57:00 PM | 16.35 | 21.13 | 4.78 |
| CCI | CMC | 06/05/2017 11:43:00 PM | 06/06/2017 04:18:40 PM | 06/06/17 08:57:00 PM | 16.59 | 21.23 | 4.64 |
| CCI | CMC | 06/04/2017 07:41:00 PM | 06/05/2017 03:52:14 PM | 06/05/17 08:18:00 PM | 20.19 | 24.62 | 4.43 |
| CCI | CMC | 06/08/2017 05:57:00 PM | 06/09/2017 04:06:30 PM | 06/09/17 08:48:00 PM | 22.16 | 26.85 | 4.69 |
| CCI | CMC | 06/07/2017 07:23:00 PM | 06/08/2017 05:46:37 PM | 06/08/17 10:17:00 PM | 22.39 | 26.90 | 4.51 |
| CCI | CMC | 06/08/2017 04:25:00 PM | 06/09/2017 04:07:28 PM | 06/09/17 09:09:00 PM | 23.71 | 28.73 | 5.02 |
| **CCI Average** | | | | | **19.38** | **24.00** | |
| CIM | KVSP | 06/06/2017 02:29:00 PM | 06/07/2017 02:22:50 PM | 06/07/17 06:40:00 PM | 23.90 | 28.18 | 4.28 |
| CIM | KVSP | 06/03/2017 01:20:00 PM | 06/07/2017 02:24:33 PM | 06/07/17 06:42:00 PM | 97.08 | 101.37 | 4.29 |
| CIM | KVSP | 06/03/2017 10:26:00 AM | 06/07/2017 02:21:12 PM | 06/07/17 06:40:00 PM | 99.92 | 104.23 | 4.31 |
| CIM | RJD | 06/03/2017 01:45:00 AM | 06/06/2017 10:14:41 PM | 06/06/17 01:58:00 AM | 68.49 | 72.22 | 3.73 |
| CIM | WSP | 06/08/2017 12:45:00 PM | 06/09/2017 05:41:22 AM | 06/09/17 09:24:00 AM | 16.94 | 20.65 | 3.71 |
| **CIM Average** | | | | | **61.27** | **65.33** | |

| Referring Institution | Receiving Institution | Referral Date and Time | Transport Date and Time | Bed Placement Date and Time | Hours to Transport | Hours to Bed Placement | Hours Between Transport and Bed Placement |
|---|---|---|---|---|---|---|---|
| COR | CHCF | 06/08/2017 02:42:00 PM | 06/08/2017 06:17:00 PM | 06/08/17 10:01:00 PM | 3.58 | 7.32 | 3.74 |
| COR | CHCF | 06/06/2017 03:03:00 PM | 06/06/2017 08:12:00 PM | 06/07/17 12:31:00 AM | 5.15 | 9.47 | 4.32 |
| COR | CHCF | 06/09/2017 02:07:00 PM | 06/09/2017 08:58:00 PM | 06/10/17 01:11:00 AM | 6.85 | 11.07 | 4.22 |
| COR | CHCF | 06/06/2017 12:39:00 PM | 06/06/2017 08:12:00 PM | 06/07/17 12:29:00 AM | 7.55 | 11.83 | 4.28 |
| COR | CHCF | 06/09/2017 12:12:00 PM | 06/09/2017 08:58:00 PM | 06/10/17 01:14:00 AM | 8.77 | 13.03 | 4.26 |
| COR | CHCF | 06/09/2017 11:04:00 AM | 06/09/2017 08:58:00 PM | 06/10/17 01:13:00 AM | 9.90 | 14.15 | 4.25 |
| COR | CHCF | 06/05/2017 07:59:00 PM | 06/06/2017 08:12:00 PM | 06/07/17 12:31:00 AM | 24.22 | 28.53 | 4.31 |
| COR | CHCF | 06/08/2017 07:09:00 PM | 06/09/2017 08:58:00 PM | 06/10/17 01:09:00 AM | 25.82 | 30.00 | 4.18 |
| COR | CHCF | 06/08/2017 07:09:00 PM | 06/09/2017 08:58:00 PM | 06/10/17 01:12:00 AM | 25.82 | 30.05 | 4.23 |
| COR | CHCF | 06/05/2017 08:13:00 PM | 06/07/2017 09:35:00 AM | 06/07/17 01:18:00 PM | 37.37 | 41.08 | 3.71 |
| **COR Average** | | | | | **15.50** | **19.65** | |
| CRC | KVSP | 06/05/2017 08:50:00 AM | 06/05/2017 04:20:27 PM | 06/05/17 08:03:00 PM | 7.51 | 11.22 | 3.71 |
| **CRC Average** | | | | | **7.51** | **11.22** | |
| CTF | CHCF | 06/05/2017 11:09:00 AM | 06/05/2017 06:14:00 PM | 06/05/17 09:22:00 PM | 7.08 | 10.22 | 3.14 |
| CTF | CHCF | 06/09/2017 10:12:00 AM | 06/09/2017 06:24:08 PM | 06/09/17 11:48:00 PM | 8.20 | 13.60 | 5.40 |
| CTF | CHCF | 06/07/2017 10:16:00 PM | 06/08/2017 04:54:48 PM | 06/08/17 08:38:00 PM | 18.65 | 22.37 | 3.72 |
| **CTF Average** | | | | | **11.31** | **15.39** | |
| DVI | CHCF | 06/06/2017 08:46:00 PM | 06/07/2017 03:52:27 PM | 06/07/17 04:49:00 PM | 19.11 | 20.05 | 0.94 |
| DVI | CHCF | 06/07/2017 05:44:00 PM | 06/08/2017 01:13:42 PM | 06/08/17 02:40:00 PM | 19.50 | 20.93 | 1.43 |
| DVI | CHCF | 06/07/2017 03:48:00 PM | 06/08/2017 11:53:55 AM | 06/08/17 01:14:00 PM | 20.10 | 21.43 | 1.33 |
| DVI | CHCF | 06/05/2017 08:40:00 PM | 06/06/2017 04:08:23 PM | 06/06/17 06:10:00 PM | 19.47 | 21.50 | 2.03 |
| DVI | CHCF | 06/05/2017 06:36:00 PM | 06/06/2017 04:05:26 PM | 06/06/17 05:54:00 PM | 21.49 | 23.30 | 1.81 |
| **DVI Average** | | | | | **19.93** | **21.44** | |

| Referring Institution | Receiving Institution | Referral Date and Time | Transport Date and Time | Bed Placement Date and Time | Hours to Transport | Hours to Bed Placement | Hours Between Transport and Bed Placement |
|---|---|---|---|---|---|---|---|
| FOL | CMF | 06/09/2017 03:55:00 AM | 06/09/2017 08:29:06 PM | 06/09/17 11:14:00 PM | 16.57 | 19.32 | 2.75 |
| FOL Average | | | | | 16.57 | 19.32 | |
| ISP | LAC | 06/07/2017 05:26:00 PM | 06/09/2017 03:00:51 PM | 06/09/17 09:30:00 PM | 45.58 | 52.07 | 6.49 |
| ISP Average | | | | | 45.58 | 52.07 | |
| KVSP | CHCF | 06/06/2017 04:34:00 PM | 06/07/2017 03:15:00 PM | 06/07/17 07:24:00 PM | 22.68 | 26.83 | 4.15 |
| KVSP Average | | | | | 22.68 | 26.83 | |
| LAC | KVSP | 06/04/2017 08:04:00 PM | 06/06/2017 03:17:31 PM | 06/06/17 06:00:00 PM | 43.23 | 45.93 | 2.70 |
| LAC | NKSP | 06/08/2017 01:04:00 PM | 06/08/2017 04:28:38 PM | 06/08/17 07:13:00 PM | 3.41 | 6.15 | 2.74 |
| LAC | NKSP | 06/08/2017 01:33:00 AM | 06/08/2017 04:29:34 PM | 06/08/17 07:13:00 PM | 14.94 | 17.67 | 2.73 |
| LAC | NKSP | 06/06/2017 08:55:00 PM | 06/07/2017 06:12:46 PM | 06/07/17 08:36:00 PM | 21.30 | 23.68 | 2.38 |
| LAC Average | | | | | 20.72 | 23.36 | |
| MCSP | CMF | 06/09/2017 02:35:00 PM | 06/09/2017 06:26:03 PM | 06/09/17 08:44:00 PM | 3.85 | 6.15 | 2.30 |
| MCSP Average | | | | | 3.85 | 6.15 | |
| NKSP | CHCF | 06/07/2017 02:33:00 PM | 06/07/2017 07:16:00 PM | 06/07/17 10:41:00 PM | 4.72 | 8.13 | 3.41 |
| NKSP Average | | | | | 4.72 | 8.13 | |
| RJD | CIM | 06/06/2017 10:59:00 AM | 06/08/2017 02:24:15 PM | 06/08/17 07:26:00 PM | 51.42 | 56.45 | 5.03 |
| RJD | CIM | 06/05/2017 03:11:00 PM | 06/08/2017 02:22:26 PM | 06/08/17 06:53:00 PM | 71.19 | 75.70 | 4.51 |
| RJD | CIM | 06/04/2017 11:01:00 AM | 06/07/2017 11:48:03 AM | 06/07/17 05:17:00 PM | 72.78 | 78.27 | 5.49 |
| RJD | CIM | 06/05/2017 11:40:00 AM | 06/08/2017 02:21:36 PM | 06/08/17 08:12:00 PM | 74.69 | 80.53 | 5.84 |
| RJD | CIM | 06/05/2017 11:40:00 AM | 06/08/2017 03:33:40 PM | 06/08/17 08:56:00 PM | 75.89 | 81.27 | 5.38 |
| RJD | LAC | 06/07/2017 05:55:00 PM | 06/09/2017 02:03:04 PM | 06/09/17 08:51:00 PM | 44.13 | 50.93 | 6.80 |
| RJD | LAC | 06/07/2017 03:24:00 PM | 06/09/2017 02:07:35 PM | 06/09/17 08:51:00 PM | 46.73 | 53.45 | 6.72 |
| RJD | LAC | 06/07/2017 02:44:00 PM | 06/09/2017 02:06:45 PM | 06/09/17 08:51:00 PM | 47.38 | 54.12 | 6.74 |
| RJD | LAC | 06/07/2017 08:32:00 AM | 06/09/2017 02:05:35 PM | 06/09/17 08:51:00 PM | 53.56 | 60.32 | 6.76 |

| Referring Institution | Receiving Institution | Referral Date and Time | Transport Date and Time | Bed Placement Date and Time | Hours to Transport | Hours to Bed Placement | Hours Between Transport and Bed Placement |
|---|---|---|---|---|---|---|---|
| RJD | LAC | 06/02/2017 05:59:00 PM | 06/05/2017 10:56:15 AM | 06/05/17 03:37:00 PM | 64.95 | 69.63 | 4.68 |
| RJD | LAC | 06/03/2017 08:20:00 PM | 06/07/2017 09:30:43 AM | 06/07/17 06:39:00 PM | 85.18 | 94.32 | 9.14 |
| RJD | WSP | 06/05/2017 03:49:00 PM | 06/09/2017 06:36:14 AM | 06/09/17 11:55:00 AM | 86.79 | 92.10 | 5.31 |
| RJD Average | | | | | 64.56 | 70.59 | |
| SQ | CMF | 06/07/2017 10:34:00 AM | 06/07/2017 01:46:39 PM | 06/07/17 03:50:00 PM | 3.21 | 5.27 | 2.06 |
| SQ | CMF | 06/08/2017 12:23:00 PM | 06/08/2017 03:54:27 PM | 06/08/17 08:00:00 PM | 3.52 | 7.62 | 4.10 |
| SQ | CMF | 06/04/2017 11:01:00 PM | 06/05/2017 02:25:14 PM | 06/05/17 04:05:00 PM | 15.40 | 17.07 | 1.67 |
| SQ | CMF | 06/04/2017 06:22:00 PM | 06/05/2017 02:27:09 PM | 06/05/17 04:04:00 PM | 20.09 | 21.70 | 1.61 |
| SQ Average | | | | | 10.56 | 12.91 | |
| SVSP | CHCF | 06/06/2017 03:31:00 PM | 06/07/2017 02:46:09 PM | 06/07/17 07:26:00 PM | 23.25 | 27.92 | 4.67 |
| SVSP | CHCF | 06/07/2017 07:12:00 PM | 06/09/2017 12:38:00 PM | 06/09/17 04:21:00 PM | 41.43 | 45.15 | 3.72 |
| SVSP | CHCF | 06/07/2017 05:24:00 PM | 06/09/2017 12:38:00 PM | 06/09/17 04:18:00 PM | 43.23 | 46.90 | 3.67 |
| SVSP Average | | | | | 35.97 | 39.99 | |
| VSP | CHCF | 06/09/2017 03:49:00 PM | 06/09/2017 07:00:04 PM | 06/09/17 10:21:00 PM | 3.18 | 6.53 | 3.35 |
| VSP | CHCF | 06/08/2017 10:04:00 PM | 06/09/2017 03:50:55 PM | 06/09/17 05:43:00 PM | 17.78 | 19.65 | 1.87 |
| VSP | CHCF | 06/05/2017 01:31:00 PM | 06/06/2017 09:28:00 AM | 06/06/17 11:27:00 AM | 19.95 | 21.93 | 1.98 |
| VSP | CHCF | 06/04/2017 03:25:00 PM | 06/05/2017 11:15:52 AM | 06/05/17 01:23:00 PM | 19.85 | 21.97 | 2.12 |
| VSP Average | | | | | 15.19 | 17.52 | |
| WSP | CHCF | 06/06/2017 01:45:00 PM | 06/06/2017 07:54:31 PM | 06/07/17 12:32:00 AM | 6.16 | 10.78 | 4.62 |
| WSP | CHCF | 06/09/2017 12:35:00 PM | 06/09/2017 07:47:25 PM | 06/09/17 11:40:00 PM | 7.21 | 11.08 | 3.87 |
| WSP | CHCF | 06/07/2017 12:23:00 PM | 06/07/2017 07:51:46 PM | 06/07/17 11:59:00 PM | 7.48 | 11.60 | 4.12 |
| WSP | CHCF | 06/09/2017 11:24:00 AM | 06/09/2017 07:47:00 PM | 06/09/17 11:42:00 PM | 8.38 | 12.30 | 3.92 |
| WSP | CMC | 06/08/2017 06:20:00 PM | 06/09/2017 04:54:11 PM | 06/09/17 08:15:00 PM | 22.57 | 25.92 | 3.35 |

| Referring Institution | Receiving Institution | Referral Date and Time | Transport Date and Time | Bed Placement Date and Time | Hours to Transport | Hours to Bed Placement | Hours Between Transport and Bed Placement |
|---|---|---|---|---|---|---|---|
| WSP | SAC | 06/07/2017 02:47:00 PM | 06/07/2017 07:50:19 PM | 06/08/17 02:22:00 AM | 5.06 | 11.58 | 6.52 |
| **WSP Average** | | | | | **9.48** | **13.88** | |
| **Grand Average** | | | | | **27.73** | **31.81** | |

**MHCB REFERRALS RECEIVED IN MARCH - JUNE 2017 RESULTING IN MHCB PLACEMENT**
**BY REFERRING INSTITUTION AND DISPOSITION**

| Referring Institution | MHCB Operational Capacity | Disposition = Internally Admitted | | | | Disposition = Transferred | | | | Grand Total Placed in MHCB | Total Average Hours to Disposition |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Internally Admitted Within 24 hours | Internally Admitted Greater than 24 hours | Total Internally Admitted | Average Hours to Internal Admit | Transferred Within 24 hours | Transferred Greater than 24 hours | Total Transferred | Average Hours to Transfer | | |
| ASP | | | | | | 26 | 2 | 28 | 13.74 | 28 | 13.74 |
| CAC | | | | | | 2 | 1 | 3 | 10.67 | 3 | 10.67 |
| CAL | | | | | | 5 | 8 | 13 | 32.21 | 13 | 32.21 |
| CCC | | | | | | 8 | 1 | 9 | 11.18 | 9 | 11.18 |
| CCI | | | | | | 153 | 16 | 169 | 19.15 | 169 | 19.15 |
| CCWF | 12 | 1 | 65 | 66 | 168.9 | 1 | | 1 | 23.35 | 67 | 166.73 |
| CEN | | | | | | 2 | 7 | 9 | 29.2 | 9 | 29.20 |
| CHCF | 98 | 99 | 15 | 114 | 15.74 | 3 | 1 | 4 | 29.29 | 118 | 16.20 |
| CIM | 34 | 43 | 29 | 72 | 24.5 | 9 | 14 | 23 | 39.31 | 95 | 28.08 |
| CIW | 10 | 72 | 63 | 135 | 35.72 | 1 | | 1 | 22.63 | 136 | 35.62 |
| CMC | 50 | 161 | 10 | 171 | 9.77 | 28 | 7 | 35 | 17.7 | 206 | 11.12 |
| CMF | 50 | 143 | 3 | 146 | 7.79 | 2 | 3 | 5 | 22.1 | 151 | 8.26 |
| COR | 24 | 129 | 41 | 170 | 17.33 | 36 | 105 | 141 | 31.73 | 311 | 23.86 |
| CRC | | | | | | 5 | 11 | 16 | 29.87 | 16 | 29.87 |
| CTF | | | | | | 17 | 5 | 22 | 16.62 | 22 | 16.62 |
| CVSP | | | | | | | 1 | 1 | 26.55 | 1 | 26.55 |
| DVI | | | | | | 59 | 25 | 84 | 18.88 | 84 | 18.88 |
| FOL | | | | | | 7 | 1 | 8 | 12.78 | 8 | 12.78 |
| FWF | | | | | | | 1 | 1 | 75.7 | 1 | 75.70 |
| HDSP | 10 | 55 | | 55 | 8.28 | | | | | 55 | 8.28 |
| ISP | | | | | | 3 | 4 | 7 | 21.02 | 7 | 21.02 |
| KVSP | 12 | 56 | 15 | 71 | 17.12 | 23 | 16 | 39 | 23.38 | 110 | 19.34 |
| LAC | 12 | 48 | 31 | 79 | 22.81 | 27 | 43 | 70 | 33.68 | 149 | 27.92 |
| MCSP | 8 | 94 | 4 | 98 | 7.87 | 50 | 23 | 73 | 16.27 | 171 | 11.46 |
| NKSP | 10 | 20 | 4 | 24 | 15.45 | 8 | 10 | 18 | 21.81 | 42 | 18.18 |
| PBSP | 10 | 28 | | 28 | 5.88 | | | | | 28 | 5.88 |
| PVSP | 6 | 15 | | 15 | 5.87 | 1 | 1 | 2 | 24.08 | 17 | 8.01 |
| RJD | 14 | 29 | 41 | 70 | 33.19 | 65 | 172 | 237 | 41.34 | 307 | 39.48 |
| SAC | 44 | 169 | 14 | 183 | 11.18 | 9 | 19 | 28 | 34.59 | 211 | 14.29 |
| SATF | 20 | 93 | 16 | 109 | 13.52 | 76 | 34 | 110 | 18.91 | 219 | 16.22 |
| SCC | | | | | | 14 | 4 | 18 | 12.63 | 18 | 12.63 |
| SOL | 9 | 18 | | 18 | 4.65 | 3 | 2 | 5 | 27.73 | 23 | 9.66 |
| SQ | | 1 | | 1 | 0.5 | 58 | 4 | 62 | 13.33 | 63 | 13.13 |
| SVSP | 10 | 67 | 12 | 79 | 17.93 | 28 | 75 | 103 | 40.18 | 182 | 30.52 |
| VSP | | | | | | 99 | 21 | 120 | 18.21 | 120 | 18.21 |
| WSP | 6 | 33 | 8 | 41 | 15.63 | 79 | 18 | 97 | 18.08 | 138 | 17.35 |
| **Grand Totals** | **449** | **1374** | **371** | **1745** | **21.85** | **907** | **655** | **1562** | **25.93** | **3307** | **23.78** |

CCHCS, Health Care Placement Oversight Program

Exhibit 4-01.7

| Select Referral ... | Select Original Re... |
|---|---|
| Internally Admitted | Btw 5AM and 5PM |
| Rescinded | Btw 5PM and 5AM |
| Transferred | |

| Institution Referral Dispositions: | |
|---|---|
| Total Referrals Made: | 7262 |
| Total Referrals Made Btw 5PM and 5AM: | 3635 |
| % Total Referrals Made Btw 5PM and 5AM: | 50.1% |
| Total Referrals Made Btw 5AM and 5PM: | 3627 |
| % Total Referrals Made Btw 5AM and 5PM: | 49.9% |
| Total Rescinded Referrals: | 2560 |
| % Rescinded Referrals: | 35.3% |

| Of the Total Referrals Made (7262): | |
|---|---|
| Rescinded Referrals Originally Referred Btw 5PM and 5AM: | 1882 |
| % Rescinded Originally Referred Btw 5PM and 5AM: | 25 9% |
| Rescinded Referrals Originally Referred Btw 5AM and 5PM: | 678 |
| % Rescinded Originally Referred Btw 5AM and 5PM: | 9 3% |

| Of the Total Rescinded Referrals (2560): | |
|---|---|
| Rescinded Referrals Originally Referred Btw 5PM and 5AM: | 1882 |
| % of Rescinded Referrals Originally Referred Btw 5PM and 5AM: | 73.5% |
| Rescinded Referrals Originally Referred Btw 5AM and 5PM: | 678 |
| % of Rescinded Referrals Originally Referred Btw 5AM and 5PM: | 26.5% |

| Row Labels | Count of Time |
|---|---|
| SAC | 198 |
| CMC | 179 |
| CMF | 145 |
| COR | 134 |
| CIW | 105 |
| MCSP | 102 |
| SATF | 89 |
| CHCF | 87 |
| RJD | 74 |
| CIM | 61 |
| HDSP | 57 |
| KVSP | 57 |
| SVSP | 54 |
| CCWF | 47 |
| LAC | 43 |
| WSP | 31 |
| PBSP | 25 |
| PVSP | 23 |
| NKSP | 20 |
| SOL | 18 |
| SQ | 1 |
| Grand Total | 1550 |



Institution Referral Disposition Based on Original Referral Time From 1/1/2017 Through 6/30/2017

Referring Institution

Exhibit 4 - 018



| Mental Health Heat Map (4/01/17 through 6/30/17) Placements: ALL | State wide | Region I | | | | | | | | | Region II | | | | | Region III | | | | | | | | Region IV | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | CDCR | CHCF | CMF | HDSP | MCSP | PBSP | SAC | SOL | SQ | CCWF | CMC | DVI | SVSP | VSP | CCI | COR | KVSP | LAC | NKSP | PVSP | SATF | WSP | CIM | CIW | RJD |
| 6.1 MCB and DSH discharges not readmitted within 30 days | 80% | 71% | 87% | 75% | 91% | 83% ▼ | 84% ▲ | 68% ▼ | 100% | 83% ▲ | 76% ▲ | 100% | 86% | 96% | 100% | 75% | 84% | 84% ▲ | 75% ▲ | 79% ▲ | 85% | 68% ▲ | 83% ▲ | 77% | 83% |

Exhibit 4 - 019

| CDCR# | Institution | Days in MHCB as of 7/12/17 | Status as of 7/12/17 |
|---|---|---|---|
| | CIM | 42 | If patient's symptoms improve he will be considered for discharge at the EOP LOC. IDTT team will continue to monitor resolution of sx's and if the sx's do not remit the IDTT will consider a referral to a higher LOC such as DSH Acute LOC. As of 7/7/17 PT was found to positive for MDO status and is pending a second MDO evaluation. |
| | CIM | 40 | Transferred to APP 7/12/17 |
| | CIM | 54 | Accepted to APP - Pending Transfer |
| | CIM | 56 | Accepted to ICF - Pending Transfer |
| | CIM | 41 | Accepted to ICF - Pending Transfer |
| | CIM | 50 | Accepted to ICF - Pending Transfer |
| | CIM | 50 | Initially, pt being observed for appropriate LOC, however it was learned pt to be paroled soon (expected 7/9/17), thus retained in MHCB for parole planning. Team later learned pt to be evaluated for MDO, however it has been determined that patient's criminal case does not qualify him for MDO, therefore patient will be paroled with recommendation for 5150 evaluation in the County Mental Health Department of his paroling county. |
| | CIM | 33 | Accepted to ICF - Pending Transfer |
| | CMC | 31 | Pending transfer to PIP |
| | CMC | 386 | Patient has severe neurocognitive deficits.  Long term treatment in MHCB approved at the HQ level. |
| | COR | 40 | Pending APP referral once medical hold is lifted |
| | MCSP | 42 | Referred to APP.  On medical hold. |
| | SAC | 40 | Accepted to APP - Medical hold placed due to surgery consultations. |
| | SAC | 35 | Accepted to APP - Pending Transfer |
| | SATF | 38 | Referred to ICF |

Exhibit 4 - 020