# EXHIBIT 5

| From: | Lee, Patricia J.@CDCR |
|---|---|
| To: | Walsh Kerry F.; MBien@rbgg.com; "Jane E. Kahn (JKahn@rbgg.com)"; Lisa Ells; Steve Fama; Elise Thorn; Christine Ciccotti; Danielle OBannon; Mupanduki, Joanna@DSH; Rashkis, Sean@DSH; Tebrock, Katherine@CDCR; Toche, Diana@CDCR; Eargle, Amy@CDCR; Macomber, Jeff@CDCR; Ceballos, Laura@CDCR; Golding, Michael@CDCR; Ahlin, Pam@DSH; Maynard, George@DSH; mmendelson@prisonlaw.com; Burgess, Candius@DSH; Chad Stegeman; Ekpo, Elaine@DSH |
| Cc: | Lopes Matthew; Jones Mohamedu; Hector Kristina; Metzner, Jeffrey; Kerry Hughes (dockc99@aol.com); Henry A. Dlugacz; Maria Masotta; Karen Rea; Roderick Q. Hickman (Rod@RoderickQHickman.com); Mary; Cindy Radavsky; Tim Rougeux (trougeux@hotmail.com); Raffa Steven; Clifton Sarah O.; Costa Regina; McKinney, Patrick@CDCR; Renteria, Simone@CDCR; Moon, Andrea S@CDCR; Mahoney, Jessica@CDCR |
| Subject: | Coleman August 21st Work Group Meeting Information |
| Date: | Friday, August 18, 2017 5:45:58 PM |
| Attachments: | Factors Contributing to Delays and Proposed Solutions.docx |

Good Afternoon,

Attached please find information for discussion during the Monday work group meeting. In addition, set forth below is an example of information provided in connection with the Inpatient Timeframe Exceptions.

███████████ :

Patient was referred from KVSP to APP on 7/12/17. On 7/18/17 he was in an outside hospital where he had been sent on 7/10/17 for surgery related to complications of foreign body ingestion. He was discharged from the outside hospital on 7/27/17, and was admitted to the MHCB at KVSP. He was readmitted on 7/30/2017 for FB insertion to bilateral forearms and abdomen. He discharged from the outside hospital 8/5/17 (Saturday) and was endorsed transferred to SVSP MHCB and was placed on medical hold due to wound care needs. On 8/8/17 the medical hold was lifted and it was determined that wound care could occur in APP. On 8/9/17 HCPOP endorsed the patient to CMF-PIP APP. On 8/10/17, the patient was accepted to CMF-PIP APP. On 8/10/17, the patient was sent to an outside hospital prior to transfer to CMF-PIP APP. He returned to SVSP MHCB on Saturday 8/12/17. On 8/14/17 (Monday) it was determined in the HQ complex medical patient phone call that physicians had placed a medical hold and it was discussed that his medical condition was unstable and he could not be cleared for transport. In the complex medical call on 8/15/17, it was determined that he should not be transported until after his appointment with his surgeon on 8/18/17 due to possible surgical complications and/or infection. On 8/18/17, after the patient was seen by his surgeon, the medical hold was lifted and HCPOP was notified that he was ready for transport to APP. No APP bed was available on 8/18/17.

The complete July 2017 Inpatient Timeframe Exceptions will follow under separate cover.

Thank you for your attention to this matter.

*Patricia J. Lee*
Assistant Chief Counsel (A)

Exhibit 5 - 001

Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Phone: (916) 324-7200
Cell: (916) 862-5455
Fax: (916) 327-5306
Patricia.Lee@cdcr.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information including, but not limited to, the attorney/client privilege and/or the attorney work product doctrine. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication.

Exhibit 5 - 002

*Coleman v. Brown*

**Factors that Contribute to Delays in Timely Transfers
to Mental Health Crisis Beds and Proposed Solutions**

**Factors that Contribute to Delays**

1. Obtaining the 128C noting clinical acceptance prior to admission of the patient to a crisis bed.

   Proposed Solutions:

   a. Proceed with transfer prior to receipt of the 128C
   b. 128C must still be done but will not hold up transfer

2. Delay in obtaining medical clearance prior to transfer of a patient to the crisis bed

   Discussion Items:

   a. Define the scope of the issue – how widespread is the problem?
   b. Discussing alternatives to expediting medical clearance

3. Timely transportation upon endorsement to a crisis bed

   Proposed Solutions:

   a. CDCR is conducting an analysis to determine the scope of the problem, both system-wide and at the individual institutions. The initial analysis should be complete by August 25, 2017.
   b. Added institution AOD on all bed assignment e-mails from HCPOP
   c. Added fine language to the bed assignment e-mails from HCPOP

4. Delay in bed assignments due to lack of available beds

   Proposed Solutions:

   a. Work on reducing the length of stay in crisis beds
      i. Refer to higher LOC sooner in the admission when appropriate
      ii. Discharge when appropriate (i.e., do not avoid discharge due to workload)
      iii. Consider Clozaril initiations only at Acute
   b. Improve length of stay in acute care beds to make room for crisis bed discharges.
   c. CHCF-PIP flexing 28 bed intermediate unit to acute unit B308A. Patient admissions scheduled to begin 8/18/17
   d. CCWF patients will be sent to CIW MHCB upon bed availability
   e. Operationalize safe double celling of MHCB patients at CCWF
   f. Sending all 4 Regional Administrators and teams to each of the PIPs for the next 3 weeks to help with LRH review and determination of discharge appropriateness.

Exhibit 5 - 003

5. MHCB discharge delays

   Proposed Solutions:

   a. Coordination of medication and pharmacy needs for discharged patients waiting to transfer out of a MHCB.
      i. Explore state law requirements for discharge medications
      ii. Evaluate Omni cell medication supply
   b. Consider transferring clinical discharged patients locally pending transfer to home institution (within 72 hours)


**Additional details and Proposed Solutions to Improve Transfer Times**:

1.  CDCR has initiated a focus group to analyze and make recommendations on improving the workflow of the C&PR's.

2.  CHCF PIP flipping 28 bed Intermediate unit to an acute unit. Patient admissions scheduled to begin 8/18/17

3. Monitoring and reporting reasons for delays.  CDCR is working to automate tracking of crisis bed referral timelines, including reasons for delays.

Exhibit 5 - 004