# EXHIBIT 6



Exhibit 6 - 001



NOTES:
1.  Regional executive staff can authorize deviation from the placement guidelines above.
2.  Male patients being referred for Clozapine **initiation** shall be treated as Northern Regioners (i.e., they shall be included in the chronological ordering of Northern Region patients for purposes of MHCB assignment).
3.  Special cases (i.e., Clozapine maintenance, Condemned, and SLI patients) shall be assigned in accordance with the flowchart above based on the patient's individual parameters:
a.  Clozapine maintenance patients must be assigned to a Clozapine maintenance institution.
b.  Condemned patients must be assigned to SQ PIP unless there is no bed space (Condemned MHCB patients have priority placement in the SQ PIP over non-Condemned SQ MHCB patients housed in the SQ PIP; non-Condemned SQ MHCB patients shall be relocated to alternate MHCBs if necessary). CMF and COR are the alternate options if the SQ PIP is full.
c.  SLI patients (those with a DPS or DPH code with a primary method of communication of "American Sign Language" in the SOMS ADA screen) must be assigned to an in-region SLI* institution unless there is no bed space.
i.  If there is no bed space at an in-region SLI institution, they shall be assigned to an MHCB at an in-region VRI* institution.
ii.  If there is no bed space at an in-region VRI institution, HCPOP Management shall be contacted once they've been on the MHCB wait list for 24 hours for permission to assign to an MHCB in an adjacent region (placement in an SLI MHCB is preferred; placement in a VRI MHCB is second preference).
4.  A patient who remains unassigned to an MHCB within his own region nearing/after 24 hours may remain on the wait list or be assigned to a vacant MHCB in an adjacent region based on the 24-hour clock. The CSR shall take into account the anticipated likelihood of an MHCB becoming available within the home region in the near future, the current availability of MHCBs statewide, and continuity of care issues in exercising discretion.
5.  Clozapine **initiation** institutions:  CCWF, CIW, CMF, SAC, SQ
6.  Clozapine **maintenance** institutions:  CCWF, CIW, CMF, COR, SAC, MCSP, NKSP, SQ, VSP
7.  SLI institutions:  RJD, CIM, NKSP, CHCF, CMF, SATF, CCWF, DVI, LAC
8.  VRI institutions:  ASP, CEN, CIW, CMC, COR, CRC, HDSP, KVSP, SAC, SQ, SVSP

Exhibit 6 – 462   Page 1

Case 2:90-cv-00520-KJM-DB   Document 5680-7   Filed 09/13/17   Page 4 of 21



The referring institution sends an email identifying inmates currently Housed in Alt Housing

Mental Health, Medical, C&PR Office and Transportation team: Clears any issues that may halt movement.

HCPOP sends out an email assigning the patient to a MHCB location and bed

Mental Health, Medical, C&PR Office and Transportation team: Are notified and start planning transportation location and times

The Assistant C&PR and Mental Health Staff maintain communication with each other to address any last minute issues to ensure there no stop movement.

Mental Health Staff begin processing the inmate and making contact for clinical acceptance

Records, Pharmacy, Medical & Mental health will have all items needed ready for transfer

At the same time Asst. C&PR is asking receiving institution or institutions in the area if they have any discharges that need to be returned to the receiving Institution

Assistant C&PR makes contact with the Sending Institutions transportation Sergeant and confirms the patient is medically cleared for transport.

Assistant C&PR sends an email notification to the appropriate sending and receiving institutional staff detailing transportation arrangements.

Assistant C&PR receives transfer chrono from Mental Health staff and completes the Non-Committee Endorsement

Assistant C&PR makes contact with the receiving institution to ensure they have been notified and can physically accept the inmate. .

Exhibit 6 - 003      Page 1



MHCB send tentative discharge schedule to C&PR's office

Sending a discharge back to original institution/re-direct HCPOP

Assistant C&PR and Transportation Sgt. will coordinate the return of any inmates that may have discharged from MHCB and were housed at different institutions.

Assistant C&PR will continue to monitor for additional MHCB acceptance or discharges and work with transportation for logistics.

Is the inmate able to return to his/her original institution?
**Original Institution must be able to accommodate the patient, by ensuring the patient is cleared for each case factor

(NO)
Patient does not meet case factors

Does the patient clear Custody

Does the patient clear Mental Health

Does the patient clear Medical

Does the patient clear ADA

(YES)
If the patient clears all of the case factors (Proceed)

Upon notice of discharge the sending institution will initiate the transport via NTH

If NTH cannot accommodate reach out to receiving institution for transportation

Re-direct sent to HCPOP for endorsement

Sending a MHCB to another institution

HCPOP notifies the institution of bed assignment at receiving facility.

Records staff prepares 135

Contact transportation and advise of transport (immediate)

Await Medical clearance from MHCB staff and transport

Notify transportation of medical clearance

Have inmate escorted to R&R for transfer.

Compete Non-Committee Transfer Endorsement

Notify Receiving institution of arrival.

Exhibit 6 - 004    Page 1



| | Health Care Access |
|---|---|
| **Central California Women's Facility** | **OPERATIONAL PROCEDURE MH-001**<br><br>**Mental Health Crisis Bed Program** |
| | **Addendum: August 2017** |

**I.   TITLE:**

Mental Health Crisis Bed Program

**VII.   PROCEDURE:**

C.   Housing and Overflow Procedures in MHCB:

1.   <u>When a</u> patient cannot be admitted to MHCB within the policy requirement of 24 hours due to a lack of available beds, <u>there are temporary housing options available.</u>   <u>These</u> options include:

   a.   Housing into medical <u>designated</u> <u>rooms</u> at the approval of the CEO or designee.
   b.   <u>If there are</u> no medical <u>designated</u> <u>rooms</u> available, patients may be temporarily placed in Alternative Housing per the guidelines set forth in CCWF LOP MH-012, Alternative Housing.   Suicide prevention measures, within the temporary housing setting, shall be consistent with <u>the</u> MHCB suicide watch protocol and related post orders.

J.   IDTT:

4.   Each patient admitted to the MHCB <u>LOC</u> will be assessed by MHCB <u>or Alternative Housing</u> <u>clinician</u> for double cell housing suitability. Recommendations listed on the MHPC Progress Note shall clearly <u>indicate whether the patient is cleared or not for double cell and</u> list clinical rationale <u>if</u> patient is or is not suitable for double cell housing.   Subsequent recommendations shall be documented on <u>a MHPC Progress Note</u>.

   a.   The <u>MHCB or Alternative Housing staff</u> will consult with the HCAU <u>Captain or Lt., or in their absence the Associate Warden, Health Care Operations,</u> for those patients found suitable for double cell housing.   The HCAU <u>Lt.</u> will review SOMS and ERMS to determine if case factors exclude the patient from double cell housing.   The <u>HCAU Lt.</u> shall document <u>in SOMS</u> on the <u>CDCR IPTT105 Initial Housing Review form</u> any custody concerns or the lack of custody concerns.

Exhibit 6 - 005

      b. When patients are determined suitable by mental health <u>clinician</u> and cleared by custody to be double-celled, a clinician will place a Communication order in <u>the patient's EHRS chart and clearly document the patient's suitability on a MHPC Progress Note. For those deemed not suitable for double cell housing, the clinician shall document clinical rationale on a MHPC Progress Note and place a Communication order.</u>

      c. <u>For patients who are classified as max custody, the HCAU Lt. will obtain patient's signature of consent on an Administrative Segregation Unit / Security Housing Unit Double Cell Review [CDC 1882-B (Attachments I/I1)].</u>

      d. <u>Should a patient refuse to double cell or sign the CDC 1882-B, the HCAU Lt. will issue the patient a Rules Violation Report (CDC Form 115) for Refusing to Accept Assigned Housing.</u>

      e. In the event <u>circumstances change and</u> the <u>clinical staff</u> determines a patient is no longer suitable for double cell housing, the clinician shall complete an updated <u>Communication</u> order stating this revocation on double cell status and ordering single cell status <u>clinical rational for single cell will be clearly documented in a MHPC Progress Note.</u> HCPOP shall be notified of the decision to revoke double cell status.

## VIII.   <u>ATTACHMENTS:</u>

     I/I1.  <u>Administrative Segregation Unit / Security Housing Unit Double Cell Review (CDC 1882-B)</u>

## IX.   <u>APPROVAL:</u>

_____           _____
JIMMY WEBSTER, PHD, CCHP            DATE
Chief Executive Officer

_____           _____
J. ESPINOZA                      DATE
Warden (A)

Exhibit 6 - 006



| **Central California Women's Facility** | **Health Care Access** |
| | **OPERATIONAL PROCEDURE<br>MH – 012**<br><br>**Alternative Housing** |
| | **Addendum: August 2017** |

**I.   TITLE:**

Alternative Housing

**VII.   PROCEDURE:**

A.  Referral to MHCB:

   4.  Initial clinical assessment shall include clinical documentation and rationale, not custody related factors, for suitability for double cell housing.  This assessment and the patient's disposition shall be documented on a MHPC Progress Note and included in the clinician's reply to the Daily Alternative Housing email generated by the Alternative Housing Coordinator, or designee.   A Communication order will be generated by staff.

B.  Housing:

   3.  A Psychiatric Technician or Registered Nurse shall be required to conduct rounds of ASU status patients alternatively housed in Building 503 or in the A73 holding cell located in Building 805 in accordance with ASU procedures.  All contacts will be noted in the appropriate Inmate Segregation Record (CDC 114-A).

D.  Placement in Alternative Housing

   7.  Daily clinical assessment shall include clinical rationale, not custody related factors, for suitability for double cell housing.  This assessment and the patient's disposition shall be documented on a MHPC Progress Note, Communication order and included in the clinician's reply to the Daily Alternative Housing email generated by the Alternative Housing Coordinator, or designee.

Exhibit 6 - 007

**Central California Women's Facility**
**MH-012 – Alternative Housing**
**Page 2 of 2**

IX.     <u>**APPROVAL**</u>**:**


_____                          _____
JIMMY WEBSTER, PHD, CCHP                         DATE
Chief Executive Officer


_____                          _____
J. ESPINOZA                                                      DATE
Warden (A)

Exhibit 6 - 008

*Coleman v. Brown*

**Factors that Contribute to Delays in Timely Transfers
to Mental Health Crisis Beds and Proposed Solutions**
<u>August 28, 2017</u>

**Factors that Contribute to Delays**

1. **Obtaining the 128C (noting clinical acceptance) prior to admission of the patient to a crisis bed.**

   <u>Proposed Solutions</u>

   - Proceed with transfer prior to receipt of the 128C
   - 128C must still be done but will not hold up transfer

   <u>Status</u>
   a. Implemented

2. **Medical clearance delays**

   <u>Proposed Solutions</u>

   - Remove Medical Clearance requirement

   <u>Status</u>
   - Pending issuance of a memorandum

3. **Transportation**

   <u>Proposed Solutions</u>

   - CDCR is conducting an analysis to determine the scope of the problem, both system-wide and at the individual institutions.  The initial analysis should be complete by August 25, 2017.
   - In an effort to move inmates more quickly out of beds, Defendants are investigating the possible need for more transport vehicles to affect the change in practice.
   - Added institution AOD on all bed assignment e-mails from HCPOP
   - Added fine language to the bed assignment e-mails from HCPOP

4. **Delays in bed assignments due to lack of available beds.**

   <u>Proposed Solution</u>
   - Clozaril initiations only at Acute LOC

Exhibit 6 - 009

<u>Status</u>

- Memorandum pending

<u>Proposed Solution</u>

- CHCF PIP flipped 28 bed Intermediate unit to an Acute unit.

  <u>Status</u>

- Activation began 8/18/17

<u>Proposed Solution</u>

- CCWF patients will be sent to CIW MHCB upon bed availability

  <u>Status</u>

- Completed

<u>Proposed Solution</u>

- Operationalize safe double celling of MHCB patients at CCWF

  <u>Status</u>

- CCWF began actively working on double celling for MHCB on 8/24/17
- LOP DRAFT addendum complete for review

<u>Proposed Solution</u>

- Sending all 4 Regional Administrators and teams to each of the PIPs for the next 3 weeks to help with LRH review and determination of discharge appropriateness.

  <u>Status</u>

- Began 8/21/17

Exhibit 6 - 010

**5.  MHCB Discharge Delays**

<u>Proposed Solution</u>

- Coordination of medication and pharmacy needs for discharged patients waiting to transfer out of a MHCB.
    - Explore state law requirements for discharge medications
    - Evaluate Omni cell medication supply

<u>Status</u>

- Continued research and discussion regarding this issue

<u>Proposed Solution</u>

- Consider transferring clinical discharged patients locally pending transfer to home institution (within 72 hours)

<u>Status</u>

- Working with SVSP on updating OP to allow for MHCB Discharges (to outside institutions) layover process

**Additional details and Proposed Solutions to Improve Transfer Times**:

1.  CDCR has initiated a focus group to analyze and make recommendations on improving the workflow of the C&PR's.

2. Monitoring and reporting reasons for delays.  CDCR is working to automate tracking of crisis bed referral timelines, including reasons for delays.

Exhibit 6 - 011

HEALTH CARE SERVICES

Last Date Updated: 5/29/2016
Reviewed by: Integrated Meeting 5/26/2016
Approver: Clinical Leadership Advisory Committee
Sign-off Date: 6/6/2016

**1100-071 Mental Health Consult Business Hours**



| All Staff | MH Scheduler | Psychologist / MHMD / Social Worker |

Mental Health

CALIFORNIA
HEALTH CARE SERVICES

Last Date Updated: 4/25/2016
Reviewed by: Integrated Meeting 5/26/2016
Approver: Clinical Leadership Advisory Committee
Sign-off Date: 6/6/2016

### 1100-072 Mental Health Consult On-Call Hours



Mental Health

Cerner

Exhibit 6 - 013

CALIFORNIA
HEALTH CARE SERVICES

## 1100-061 Mental Health                    (NEW)
## Mental Health Crisis Bed Referral Rescission

Last Date Updated: 3/25/2016
Reviewed by: Integrated Meeting 5/26/2016
Approver: Clinical Leadership Advisory Committee
Sign-off Date: 6/6/2016

Mental Health Clinician



Last Date Updated: 5/26/2016; 6/2/16
Reviewed by: Integrated Meeting 5/26/2016
Approver: CLAC
CLAC Sign-off Date: 6/6/2016

# 1100-060 Mental Health
## Mental Health Crisis Bed Referral



HEALTH CARE SERVICES

Last Date Updated: 5/25/2016
Reviewed: Integrated Meeting 5/26/2016
Approver: CLAC
CLAC Sign-off Date: 6/6/2016

## 1100-100 Mental Health_Interdisciplinary Treatment Team (IDTT)

| Provider | Scheduler | Clinician |
|---|---|---|

Start

Order originates from LOC Powerplan

(1300-10) Scheduling

Does I/P have an active treatment plan? —YES→ Review orders and IPOCs and make any necessary changes

NO

Interface Message to SOMS - Patient notification printed

Order appropriate IPOC(s) for diagnosis

Initiate planned IPOC(s) & applicable orders

Conduct IDTT Session

IDTT Documentation Completed (MH Master Treatment Plan)

END

Clinical Documentation

Cerner

Exhibit 6 - 016

HEALTH CARE SERVICES

## 1100-240 Mental Health Level of Care Designation

Last Date Updated: 5/26/2016
Reviewed by: Integrated Meeting 5/26/2016
Approver: Clinical Leadership Advisory Committee
Sign-off Date: 6/6/2016



Last Date Updated: 5/25/2016
Reviewed by: Integrated Meeting 5/26/2016
Approver: Clinical Leadership Advisory Committee
Sign-off Date: 6/6/2016

**HEALTH CARE SERVICES**

## 1100-180
# Mental Health_Provider Routine Contact



| Provider | Scheduling Clerk | Psychiatrist / Psychologist / Licensed Clinical Social Worker |
|---|---|---|

Mental Health

Cerner

Exhibit 6 - 018

HEALTH CARE SERVICES

## 1100-200 Mental Health
## MHCB Admit Discharge Process Page 1 of 2

Last Date Updated: 5/25/2016
Reviewed by: Integrated Meeting 5/26/2016
Approver: Clinical Leadership Advisory Committee
Sign-off Date: 6/6/2016



| Nurse | MHPC | MHMD |
|---|---|---|

**Nurse**
- Patient Arrives
- Initiate Planned MH MHCB, Receiving Admit & Receiving Meds/Labs/Diet phases
- Triggers Scheduling tasks IDTT, Psychologist & Psychiatric Eval
- (1300-10) Scheduling

**MHPC**
- Complete MHPC Initial Assessment powerform
- Complete Suicide Risk & Self-Harm Powerform (If needed)
- Plan IPOCs
- Complete & enter amended orders for suicide watch/ precaution if necessary
- IDTT Occurs
- Initiate IPOCs and complete Master Treatment Plan
- Decision to discharge? — YES → To Lower LOC?
- NO → Order & Schedule ongoing IDTTs per guidelines
- NO → (1100-40) ICF Acute Care Referral
- END

**MHMD**
- Complete MHMD Initial Assessment powerform
- Med. Reconciliation occurs in R&R
- Enter appropriate orders → (400-220) CPOE
- MHPC/MHMD completes Suicide Risk & Self-Harm Evaluation → MHPC/MHMD initiates Discharge
- MHPC/MHMD completes LOC Powerplan with Initial and Routines; Order 5 day Follow-up ← Notification to HCPOP Notification to C&PR
- Yes → LOC goes to SOMS
- Psychologist completes MHPC Discharge Summary &/or Psychiatrist completes MHMD Discharge Summary
- MHMD completes Interfacility/Loc Medication Reconciliation
- Is Patient transferring to another facility? — NO → 2
- YES → 1

Patient Access and Flow

Cerner

Exhibit 6 - 019

HEALTH CARE SERVICES

1100-200 Mental Health
MHCB Admit Discharge Process Page 2 of 2

Last Date Updated: 5/25/2016
Reviewed by: Integrated Meeting 5/26/2016
Approver: Clinical Leadership Advisory Committee
Sign-off Date: 6/6/2016

