# EXHIBIT 7

**(This Document was Submitted for Filing Under Seal)**