# EXHIBIT 1

| VOLUME 12:<br>MENTAL HEALTH SERVICES | Effective Date: | 10/15/2015 |
|---|---|---|
| CHAPTER 05:<br>PROVISION OF CARE, TREATMENT, OR SERVICES | Revision Date(s): | 2/18/2015, 4/9/2015 |
| | Supersedes: | . |
| POLICY 12.05.301:<br>HOUSING OF PATIENTS PENDING MENTAL HEALTH CRISIS BED TRANSFER | Attachments: | Yes☐ No☒ |
| | Directors Approval: | |

| | |
|---|---|
| **12.05.301** | Housing of Patients Pending Mental Health Crisis Bed (MHCB) Transfer |
| **Policy** | Patients pending MHCB transfer shall be housed following the order of preferred locations as listed below.  Alternative housing shall only be used for patients referred to a MHCB. |
| **Order of Preferred Locations** | Housing of patients pending transfer to an MHCB shall be determined based on the needs of the patient and bed availability in the following order of preferred locations: |

1. Correctional Treatment Center (CTC) licensed medical beds
2. Outpatient Housing Unit (OHU)
3. OHU overflow cells
4. Large holding cells with toilets
5. Large holding cells without toilets
6. Triage and Treatment Area (TTA) or other clinic physical exam room
7. Other unit-housing where complete and constant visibility can be maintained
8. CTC holding cells

The following locations are considered alternative housing pending transfer to an MHCB and shall be logged/tracked as such:

- CTC licensed medical beds
- OHU beds and overflow cells
- Large holding cells with toilets
- Large holding cells without toilets
- TTA or other clinic physical exam room
- Other unit-housing where complete and constant visibility can be maintained
- CTC holding cells

clearly lists the order of priority for housing patients awaiting transfer to an MHCB. This policy serves as a clarification and shall be considered the current directive. A licensed inpatient bed is the preferred location for housing patients pending transfer to an MHCB.

Staff shall ensure that patients housed in alternative housing have reasonable access to water and toilets. While in alternative housing pending transfer, patients shall be provided at minimum, with a safety (no-tear) mattress, safety (no-tear) blanket, and safety (no-tear) smock. Only when a patient attempts to use any or all of the issued items to harm him or herself, may a clinician order that one or more of the items be removed.

Use of licensed medical CTC beds for MHCB overflow shall be considered alternative housing. OHU beds are considered alternative housing when a patient, pending MHCB placement, is temporarily placed within them. Patients shall not be placed in the OHU or CTC beds for mental health issues unless a referral to the MHCB has been made. The alternative housing requirements as set forth in this policy shall be followed when patients are placed into these beds.

Utilizing holding cells within the licensed bed area of the CTC for housing patients shall be logged on the *Alternative/Temporary Housing Log*.

Small holding cells that are designed for the patient to sit or stand shall be used as infrequently as possible and only as a last option for temporarily housing patients in crisis. These placements are not considered alternative housing, and use of these cells shall be documented on the custody log for small holding cells. Patients shall be transferred out of these cells as soon as possible and their placement is **never to exceed four hours**.

**Compliance Indicators**

1. Prior to placement in alternative housing, the patient receives continuous and direct visual observation while pending a mental health evaluation. Once placed, all patients in alternative housing shall remain on continuous direct visual observation until the patient is transferred to an MHCB.

2. Prior to placement in alternative housing, patients shall have a referral to an MHCB.

3. Alternative housing length of stay shall not exceed 24 hours.

4. Alternative housing placements shall be tracked in the *Alternative/ Temporary Housing Log*.

5. When determining alternative housing placement, the order of preferred locations (as listed) is followed.

6. Patient has reasonable access to water and toilets.

7. Patients are provided, at minimum, a safety (no-tear) mattress, safety (no-tear) blanket, and safety (no-tear) smock.

8. Health Care Placement Oversight Program is contacted immediately when a patient is referred to an MHCB and before being placed in alternative housing.

| **Action required** | The following action is required for your institution to be in compliance with the new policy. |
|---|---|

| If your institution … | then … |
|---|---|
| has a local operating procedure (LOP) | amend the current LOP within 30 days of the effective date. Ensure the LOP is reviewed annually. |
| does not have an LOP | develop one within 30 days of the effective date that meets the new policy requirements. Ensure the LOP is reviewed annually. |

| **References** | *Coleman* v. *Brown* (E.D. Cal. Oct. 7, 2008, No. CIV S-90-0520 LKK JFM P)<br><br>Division of Correctional Health Care Services. (2009 Revision). *Mental Health Services Delivery System Program Guide.* Mental Health Crisis Bed, Chapter 5 |
|---|---|
| **Questions** | If you have any questions or need any additional information related to this Policy, you may contact the policy unit via e-mail at: CDCR MHPolicyUnit@cdcr. |