XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
TYLER V. HEATH, State Bar No. 271478
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7325
  Fax: (916) 324-5205
  E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **NOTICE OF FILING SEALED DOCUMENTS** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

**NOTICE**

Defendants have filed concurrently with this notice the Declaration of N. Weber in Support of Defendants' Brief on Obstacles To Full Compliance With Program Guide Transfer Timelines for Crisis Beds Including Issues In Dispute. Exhibits 2 and 7 to this declaration contain identifying patient information that is subject to a protective order entered in this action on July 29, 1992, and modified on January 12, 2007. (ECF No. 2109.)

/ / /

/ / /

1

1  Notice is herby given under Local Rule 141(b) that Defendants are filing Exhibits 2 and 7

2  under seal and shall file this exhibit via email with the Court and served copies upon the parties.

3  Dated: September 13, 2017                Respectfully submitted,

4                                           XAVIER BECERRA
                                            Attorney General of California
5                                           DANIELLE F. O'BANNON
                                            Supervising Deputy Attorney General
6

7

8                                           /s/ *Tyler V. Heath*
                                            TYLER V. HEATH
                                            Deputy Attorney General
9                                           *Attorneys for Defendants*

10  CF1997CS0003
    33046251.doc
11