1 | XAVIER BECERRA
ATTORNEY GENERAL
2 | WILLIAM C. KWONG
ACTING SENIOR ASSISTANT ATTORNEY GENERAL
3 | DANIELLE F. O'BANNON
JAY C. RUSSELL
4 | Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
5 | CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
6 | TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
7 | 1300 I Street, Suite 125
P.O. Box 944255
8 | Sacramento, CA 94244-2550
Telephone: (916) 324-4921
9 | Fax: (916) 324-5205
E-mail: Elise.Thorn@doj.ca.gov
10 | *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' CENSUS AND WAITLIST REPORTS FOR INPATIENT MENTAL HEALTH CARE** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On October 13, 2015, the Court ordered Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) to begin filing, on a monthly basis, three templates that capture data concerning patient census and waitlists for inpatient mental health care. (ECF No. 5367.) Defendants have filed monthly census and waitlists reports for inpatient mental health care since that time.

1

1    The templates for the monthly census and waitlists reports have been modified twice since

2    the October 13, 2015 order.  The first modification occurred on June 24, 2016, when the Court

3    approved and ordered a stipulation by the parties modifying the initial templates for the monthly

4    inpatient reports.  (ECF No. 5458.)  The second modification occurred on April 19, 2017, when

5    the Court approved the monthly census and inpatient waitlists report templates submitted to the

6    Court on March 15, 2017 (ECF No. 5577), subject to further modifications.  (ECF No. 5610.)

7    Specifically, the Court ordered Defendants to include in the monthly report (1) the total number

8    of inmate-patients, if any, who waited beyond Program Guide timelines for transfer to an acute

9    inpatient mental health care program; (2) the total number of inmate-inpatients, if any, who

10    waited beyond Program Guide timelines for transfer to an Intermediate Care Facility mental

11    health care program; (3) the number of days each inmate-patient waited beyond Program Guide

12    timelines; and (4) the total number of inmate-patient wait days for the month (category (1) plus

13    category (2) plus category (3)).  (ECF No. 5610 at 10.)

14    A letter from Defendants CDCR and DSH is attached enclosing the following census and

15    inpatient reports, as modified under the April 19, 2017 order:  (1) DSH *Coleman* Patient Census

16    and Waitlist Report (Exhibit A); (2) CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient

17    Census and Waitlist Report (Exhibit B); (3) CDCR Mental Health Crisis Bed Patient Census and

18    Waitlist Report (Exhibit C); (4) Psychiatric Inpatient Programs Census Report (Exhibit D); (5)

19    CDCR Inpatient Programs Timelines Compliance Report (Exhibit E); and (6) DSH Psychiatric

20    Inpatient Timelines Compliance Report (Exhibit F).

21    On June 13, 2017, under the stipulation and order entered on June 8, 2017 (ECF No. 5631),

22    Defendants provided the templates for reporting the inmates transferred beyond Program Guide

23    timeframes and the currently available data supporting any claimed exceptions.  Also under the

24    June 8, 2017 stipulation and order, the parties continue to analyze and discuss Defendants'

25    claimed exceptions to the Program Guide timeframes.

26    Significantly, inpatient referrals increased dramatically, nearly doubling from 232 in July to

27    441 in August. *Compare* Exhibit E *with* ECF No. 5664 at 19 (showing number of July inpatient

28    referrals).  The recent increase in inpatient referrals was caused, in part, by a renewed attention to

2

1   the issue of mental health crisis beds, including focused efforts to improve the percentage of

2   patients discharged from crisis beds after ten days.  This focused attention includes efforts to

3   improve the timely movement of patients to inpatient beds.  Defendants expect to continue to gain

4   efficiencies in the inpatient referral process now that CDCR is assuming responsibility to provide

5   inpatient mental health care within its prisons.

6          The census report attached as Exhibit A provides the census as of August 28, 2017, for

7   DSH-Atascadero at 206 and for DSH-Patton at ten.  The census for those programs as of

8   September 15, 2017, is 209 for DSH-Atascadero with three beds on hold and eleven at DSH-

9   Patton.

10         The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist

11  Report shows three patients waiting over ten days for acute care and one patient waiting over

12  thirty days for intermediate care as of August 28, 2017.

13         Despite the significant increase in inpatient referrals each month, Defendants' compliance

14  reports (Exhibits E and F) show that patients are nonetheless being transferred within Program

15  Guide timelines at improving rates:

16  • For example, even as the number of total inpatient referrals doubled between June
    and August, compliance rates for inpatient transfers increased nine percentage points
17  over the same period, from seventy-eight percent in June to eighty-seven percent in
    August (*compare* Exhibit E showing 383 of 441 referrals in compliance with Program
18  Guide timeframes or exceptions, *with* ECF No. 5647 at 17, showing 172 of 221
    referrals in compliance with Program Guide timeframes or exceptions, and ECF No.
19  5664 at 19, showing 198 of 232 referrals in compliance with Program Guide
    timeframes or exceptions);
20

21  • In August, seventy-two patients were transferred to acute inpatient care beyond the
    Program Guide transfer timeframes, fourteen of which qualify for an exception from
22  the Program Guide transfer timeframes for a net of 128 days out of compliance; and

23
    • Of the fifty-eight inpatient transfers that exceeded timeframes without an exception,
24
        ○ sixty percent (or thirty-five inpatient referrals) exceeded the Program Guide
25          timeframes by just one or two days (by way of contrast, just forty-three percent
            of non-compliant inpatient transfers in June exceeded the Program Guide
26          timeframes by only one or two days, see ECF No. 5647 at 18-22),

27

28

3

1          ○ over one-third (or twenty inpatient referrals) exceeded the Program Guide
2             timeframes by just one day,

3          ○ Eighty-eight percent of patients were admitted to an inpatient bed within
4             thirteen days of referral, and

5          ○ Ninety-seven percent of patients were admitted within fourteen days of referral.

6        The DSH compliance report attached as Exhibit F shows that there were no DSH inmate-

7    patients transferred between levels of care at DSH-Atascadero, DSH-Coalinga, and DSH-Patton.

8    Dated:  September 15, 2017            Respectfully submitted,

9                        XAVIER BECERRA
                    Attorney General of California
10                       DANIELLE F. O'BANNON
                    Supervising Deputy Attorney General

11                       */s/ Elise Owens Thorn*

12                       ELISE OWENS THORN
                    Deputy Attorney General
13                       *Attorneys for Defendants*

14   CF1997CS0003

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



September 15, 2017

Danielle F. O'Bannon
Elise Owens Thorn
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' MONTHLY CENSUS AND WAITLISTS REPORTS FOR
       INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) submit their monthly information on patient census and waitlists for inpatient mental health care.

The DSH *Coleman* Patient Census and Waitlist Report, attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, attached as Exhibit F, are based on data from the DSH Bed Utilization Management report.  The following is the current census for the DSH inpatient units as of September 15, 2017: 209 for DSH-Atascadero with 3 beds on hold; 49 for DSH-Coalinga with no beds on hold; and 11 for DSH-Patton (10 intermediate and 1 acute).

The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report (Exhibit B), the CDCR Mental Health Crisis Bed Patient Census and Waitlist Report (Exhibit C), Defendants' Psychiatric Inpatient Programs Census Report (Exhibit D), and CDCR's Psychiatric Inpatient Timelines Compliance Report is (Exhibit E), are generated using data from CDCR's tracking software, the Referrals to Inpatient Programs Application (RIPA).

The reports attached as Exhibits A through D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of the reports.  The reports attached as Exhibits E and F are compliance reports from CDCR and DSH, both of which include requested compliance data for all referrals to inpatient care for the month of August 2017, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.

As described in last months' filing, CDCR continues to communicate weekly with Psychiatric Inpatient Program Executive Directors to discuss barriers to timely admissions and to develop strategies to resolve those issues.  CDCR also continues to develop an automated real time report to better monitor the number of patients approaching transfer timeframes.  The automated report will help to assess issues in timely placing inmates into inpatient beds.  CDCR is also conducting daily reviews of inpatient referral timelines, including the total days the inmate-patients have been waiting for transfer, to help avoid untimely transfers.  Defendants are reporting all of the foregoing efforts in weekly workgroups with the Special Master and Plaintiffs.

September 15, 2017
Page Two

Sincerely,

*/s/ Katherine Tebrock*                                    */s/ Pam Ahlin*

KATHERINE TEBROCK                          PAM AHLIN
Deputy Director                                          Director
Statewide Mental Health Program            Department of State Hospitals

# Exhibit A

State of California
**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

EDMUND G. BROWN JR., Governor

## DSH CDCR Patient Census and Waitlist Report

Data as of: 8/28/17

### Acute Care Patients

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals[8] | | | |
| | | | | | | | | CDCR Direct[4] | DSH Internal[5] | | |
| Patton[6] | - | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| Total | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | 0 |
| | | | | | | | | | | | (Includes 0 Waiting >10 Days) |

### Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals[8] | | | |
| | | | | | | | | CDCR Direct[4] | DSH Internal[5] | | |
| Atascadero | 256 | 206 | 3 | 0 | 0 | 47 | | | | | |
| Coalinga | 50 | 50 | 0 | 0 | 0 | 0 | | | | | |
| Total | 306 | 256 | 3 | 0 | 0 | 47 | 3 | 4 | 0 | | 7 |
| | | | | | | | | | | | (Includes 0 Waiting >30 Days) |

### Intermediate Care Low Custody - Unlocked Dorms - Female

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals[8] | | | |
| | | | | | | | | CDCR Direct[4] | DSH Internal[5] | | |
| Patton[6] | 30 | 10 | 0 | 0 | 0 | 19 | | | | | |
| Total | 30 | 10 | 0 | 0 | 0 | 19 | 0 | 0 | 0 | | 0 |
| | | | | | | | | | | | (Includes 0 Waiting >30 Days) |

[1] Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH.

[2] Redlined beds are temporarily unavailable due to repairs.

[3] Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Includes CDCR patients that are waiting for transfer to DSH for inpatient treatment.

[5] Includes CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.

[6] Beds at DSH-P are for female patients only. Of the 11 patients currently residing at DSH-P, 1 is in the Acute program.

1 of 1

Source: BUMMs

# Exhibit B

**CDCR Psychiatric Inpatient Programs (PIP)**
**Coleman Patient Census and Waitlist Report as of**
**August 28, 2017**

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved[1] | Beds Redlined[1] | Medical Isolation Rooms[2] | Available Beds | Pending Referrals[3] | Accepted Referrals[4] | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 184 | 170 | 4 | 0 | 7 | 3 | | | | | |
| California Medical Facility (CMF) | 218 | 213 | 2 | 2 | 0 | 1 | | | | | |
| **Total** | **402** | **383** | **6** | **2** | **7** | **4** | **43** | **2** | **45** | **3** | **0** |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 67 | 3 | 0 | 0 | 14 | | | | | |
| **Total** | **84** | **67** | **3** | **0** | **0** | **14** | **2** | **1** | **3** | | **0** |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 330 | 293 | 3 | 3 | 11 | 20 | | | | | |
| CMF Multi Cell | 70 | 48 | 1 | 2 | 0 | 19 | | | | | |
| CMF Single Cell | 94 | 79 | 7 | 0 | 0 | 8 | | | | | |
| Salinas Valley State Prison (SVSP) Multi Cell | 44 | 30 | 8 | 0 | 0 | 6 | | | | | |
| SVSP Single Cell | 202 | 197 | 4 | 1 | 0 | 0 | | | | | |
| **Total** | **740** | **647** | **23** | **6** | **11** | **53** | **16** | **11** | **27** | | **1** |

| MALE CONDEMNED PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 40 | 33 | 0 | 0 | 0 | 7 | | | | | |
| **Total** | **40** | **33** | **0** | **0** | **0** | **7** | **0** | **0** | **0** | **0** | **0** |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 45 | 0 | 0 | 0 | 0 | | | | | |
| **Total** | **45** | **45** | **0** | **0** | **0** | **0** | **7** | **0** | **7** | **5** | **0** |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTALS – ALL PIPs** | **1311** | **1175** | **32** | **8** | **18** | **78** | **68** | **14** | **82** | **8** | **1** |

1 Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

2 Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

3 Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

4 Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

5 Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

Data Source: RIIPA

CCHCS, Health Care Placement Oversight Program

**Exhibit C**

**CDCR Mental Health Crisis Bed**

*Coleman* **Patient Census and Waitlist Report as of**

**August 28, 2017**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 427 | 383 | 14 | 30 | 39 | 21 | 14 |
| Female Programs | 22 | 17 | 0 | 5 | 17 | 0 | 13 |
| **Totals** | **449** | **400** | **14** | **35** | **56** | **21** | **27** |

Data Source: HEART

CCHCS, Health Care Placement Oversight Program

# Exhibit D

Monday, 8/28/2017
Time: 04:30 PM

## PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 08/28/2017

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 218 | No Score: | 10 |
| | | Level I: | 10 |
| | | Level II: | 64 |
| | | Level III: | 33 |
| | | Level IV | 96 |
| | | **Total Census:** | **213** |
| PIP-Stockton | 184 | No Score: | 18 |
| | | Level I: | 5 |
| | | Level II: | 35 |
| | | Level III: | 21 |
| | | Level IV | 91 |
| | | **Total Census:** | **170** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| **Totals for Male Acute** | **402** | | **383** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 330 | No Score: | 9 |
| | | Level I: | 16 |
| | | Level II: | 53 |
| | | Level III: | 55 |
| | | Level IV | 160 |
| | | **Total Census:** | **293** |
| | | *Total out of LRH:* | *164* |
| PIP-Vacaville | 94 | No Score: | 3 |
| | | Level I: | 4 |
| | | Level II: | 16 |
| | | Level III: | 14 |
| | | Level IV | 42 |
| | | **Total Census:** | **79** |
| | | *Total out of LRH:* | *44* |
| PIP-Vacaville Multi-Person cells | 70 | No Score: | 1 |
| | | Level I: | 3 |
| | | Level II: | 7 |
| | | Level III: | 7 |
| | | Level IV | 30 |
| | | **Total Census:** | **48** |
| | | Total out of LRH: | 14 |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

Monday, 8/28/2017
Time: 04:30 PM

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 08/28/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Salinas Valley | 202 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 24 |
| | | Level III: | 41 |
| | | Level IV | 123 |
| | | PC 1370: | 4 |
| | | WIC 7301: | 3 |
| | | **Total Census:** | **197** |
| | | *Total out of LRH:* | *133* |
| PIP-Salinas valley Multi-person cells | 44 | No Score: | 1 |
| | | Level I: | 1 |
| | | Level II: | 3 |
| | | Level III: | 8 |
| | | Level IV | 17 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **30** |
| | | *Total out of LRH:* | *7* |
| **Totals for Male ICF High Custody** | **740** | | **647** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 3 |
| | | Level I: | 6 |
| | | Level II: | 13 |
| | | Level III: | 17 |
| | | Level IV | 28 |
| | | **Total Census:** | **67** |
| | | *Total out of LRH:* | *9* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 13 |
| | | Level II: | 110 |
| | | Level III: | 40 |
| | | Level IV | 43 |
| | | **Total Census:** | **206** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 3 |
| | | Level II: | 21 |
| | | Level III: | 13 |
| | | Level IV | 13 |
| | | **Total Census:** | **50** |
| **Totals for Male ICF Low Custody** | **390** | | **323** |
| **Male Condemned Program** | | | |
| San Quentin-PIP | 40 | **Total Census:** | **33** |

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 08/28/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 9 |
| | | Level III: | 2 |
| | | Level IV | 0 |
| | | **Total Census:** | **11** |
| California Institution for Women-PIP | 45 | No Score: | 9 |
| | | Level I: | 0 |
| | | Level II: | 4 |
| | | Level III: | 6 |
| | | Level IV | 26 |
| | | **Total Census:** | **45** |
| **Totals for Female ICF/Acute** | **75** | | **56** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1647** | | **1442** |

❖ **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Programs:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

# Exhibit E

## CDCR INPATIENT PROGRAM REFERRALS:
## COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS
## ADMITTED OR CLOSED IN AUGUST 2017

| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
|---|---|---|---|---|---|---|---|
| Intermediate (ICF) | 226 | 210 | 0 | 16 | 0 | 0 | 0 |
| Acute (APP) | 215 | 129 | 72 | 14 | 14 | 58 | 128 |
| TOTALS | 441 | 339 | 72 | 30 | 14 | 58 | 128 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes in this report include: internal referrals; level of care changes; and those referred that are on an out-to-court status, out-to-hospital status, and/or on medical or Vitek holds.

DETAIL OF APP REFERRALS OUT OF COMPLIANCE

| Referral Type | Referring Institution | CDCR Number | Referral Level of Care | RSTS Referred Date | Date Referral Received DIS (Enrollment) Referred Date | Date Referral Received by MH / Other Enrollment Referred Date | HCPOP LOC Determination Date | HCPOP Endorsement | HCPOP Endorsement By | HCPOP Endorsement Date | Accepting Inpatient By | Acceptance Transfer/Decision Period Date/Time | Date Placed on Accept... | Inpatient Program Admitting By | Inpatient Prog Admit Date | Reason for DELAY / EXCEPTION | Referral Status | Days from Referral to MH Initial Program Admission | Within Program Guidelines Timeframes? | Days over Program Guideline Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | CCHF | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 15 | N | 5 |
| APP | CMF | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 15 | N | 5 |
| APP | CIM | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 14 | N | 4 |
| APP | CIM | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 14 | N | 4 |
| APP | SATF | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 14 | N | 4 |
| APP | Other | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 14 | N | 4 |
| APP | CMF | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | SAC | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | CIM | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | CIM | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | COR | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | COR | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | SATF | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | LAC | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | RJD | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | CMC | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | SATF | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | CMC | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | SATF | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | LAC | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | CMF | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 12 | N | 2 |
| APP | CMC | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 12 | N | 2 |
| APP | PVSP | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 12 | N | 2 |
| APP | CMF | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 12 | N | 2 |
| APP | CMF | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 12 | N | 2 |
| APP | VSP | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 12 | N | 2 |
| APP | CIM | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 12 | N | 2 |
| APP | RJD | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 12 | N | 2 |
| APP | CMF | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | SATF | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | CMC | | | | | | | | | | | | | | | DELAY: Bed Availability | Admitted | 11 | N | 1 |

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

| Referral Type | CDCR Number | Referring Institution | Referring Level of Care | MHT Referral Date | Date Referral Received (DSH Coord.) | Date Referral Received (Institution) | HCPOP 1886 Determination Date | HCPOP Endorsement Facility | HCPOP Endorsement Date/Time | HCPOP Endorsement Location | HCPOP Endorsement Facility Type | Accepting Inpatient Program | Date Placed on Accepting List | Acceptance Transfer/Chrono Period Date/Time | Inpatient Program Activities | Inpatient Prog Admit Date/Time | Notes From Field (DELAY / EXCEPTION) | Referral Status | Days from Referral to MH Bed Placement Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | ▮ | CHCF | MHCB | 08/10/2017 | | 08/10/2017 | 08/10/2017 | Acute - preliminary Unlocked Dorms | 08/10/2017 | APP-VPP | 08/10/2017 09:21:00 | APP-VPP | 07/31/2017 | APP-CHCF | 08/21/2017 10:17:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | CHCF | MHCB | | 07/21/2017 | | 07/21/2017 | Acute - preliminary Single Cell | | APP-VPP | | APP-VPP | 07/31/2017 | APP-VPP | 08/01/2017 11:35:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | CMC | MHCB | 08/11/2017 | | 08/11/2017 | 08/11/2017 | Acute - preliminary Single Cell | | APP-CHCF | | APP-CHCF | 08/22/2017 | APP-CHCF | 08/22/2017 16:36:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | CHCF | MHCB | 07/21/2017 | | 07/21/2017 | 07/21/2017 | Acute - preliminary Single Cell | | APP-CHCF | | APP-CHCF | 08/02/2017 | APP-CHCF | 08/01/2017 16:42:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | SATF | MHCB | 08/11/2017 | | 08/11/2017 | 08/11/2017 | Acute - preliminary Multi Person Cell | | APP-CHCF | | APP-CHCF | 08/21/2017 | APP-CHCF | 08/22/2017 10:44:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | SOL | MHCB | 07/21/2017 | | 07/21/2017 | 07/21/2017 | Acute - preliminary Multi Person Cell | | APP-VPP | | APP-VPP | 08/22/2017 | APP-VPP | 08/22/2017 12:37:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | CHCF | MHCB | 07/21/2017 | | 07/21/2017 | 07/21/2017 | Acute - preliminary Multi Person Cell | | APP-VPP | | APP-VPP | 08/01/2017 | APP-VPP | 08/01/2017 17:02:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | CHCF | MHCB | 07/16/2017 | | 07/21/2017 | 07/21/2017 | Acute - preliminary Multi Person Cell | | APP-VPP | | APP-VPP | 07/31/2017 | APP-VPP | 08/01/2017 11:42:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | CMF | MHCB | 08/01/2017 | | 08/07/2017 | 08/07/2017 | Acute - preliminary Single Cell | | APP-VPP | | APP-VPP | 08/07/2017 | APP-VPP | 08/08/2017 11:15:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | CHCF | MHCB | 08/30/2017 | | 08/11/2017 | 08/11/2017 | Acute - preliminary Multi Person Cell | | APP-CHCF | | APP-CHCF | 08/16/2017 | APP-CHCF | 08/21/2017 16:49:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | CMF | MHCB | 07/26/2017 | | 07/26/2017 | 07/26/2017 | Acute - preliminary Multi Person Cell | | APP-CHCF | | APP-CHCF | 08/07/2017 | APP-CHCF | 08/08/2017 09:34:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | CHCF | MHCB | 08/04/2017 | | 08/04/2017 | 08/04/2017 | Acute - preliminary Locked Dorms | | APP-CHCF | | APP-CHCF | 08/14/2017 | APP-CHCF | 08/15/2017 15:49:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | PVSP | MHCB | 08/07/2017 | | 08/06/2017 | 08/06/2017 | Acute - preliminary Multi Person Cell | | APP-CHCF | | APP-CHCF | 08/15/2017 | APP-CHCF | 08/16/2017 16:24:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | PVSP | MHCB | 08/07/2017 | | 08/04/2017 | 08/04/2017 | Acute - preliminary Single Cell | | APP-VPP | | APP-VPP | 08/15/2017 | APP-VPP | 08/15/2017 17:29:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | CAC | MHCB | 08/06/2017 | | 08/06/2017 | 08/06/2017 | Acute - preliminary Single Cell | | APP-VPP | | APP-VPP | 08/15/2017 | APP-VPP | 08/15/2017 11:13:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | SAC | MHCB | 08/05/2017 | | 08/05/2017 | 08/05/2017 | Acute - preliminary Single Cell | | APP-VPP | | APP-VPP | 08/15/2017 | APP-VPP | 08/15/2017 17:39:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | RJD | MHCB | 07/26/2017 | | 07/26/2017 | 07/26/2017 | Acute - preliminary Multi Person Cell | | APP-VPP | | APP-VPP | 08/15/2017 | APP-VPP | 08/15/2017 09:25:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | SVSP | MHCB | 07/06/2017 | | 07/12/2017 | 07/13/2017 | Acute - preliminary Multi Person Cell | | APP-VPP | | APP-VPP | 08/06/2017 | APP-VPP | 08/12/2017 04:14:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | ▮ | CHCF | MHCB | 06/26/2017 | | 06/27/2017 | | Acute - preliminary Single Cell | | APP-VPP | | APP-VPP | 08/01/2017 | APP-VPP | 08/01/2017 13:21:00 | EXCEPTION: Med Hold ... | Admitted | 37 | N | 27 |
| APP | ▮ | CHCF | MHCB | 06/26/2017 | | 08/01/2017 | 08/01/2017 | Acute - preliminary Multi Person Cell | | APP-CHCF | | APP-CHCF | 08/01/2017 | APP-CHCF | 08/02/2017 11:21:00 | EXCEPTION: Med Hold ... | Admitted | 36 | N | 26 |
| APP | ▮ | SVSP | MHCB | 06/23/2017 | | 07/05/2017 | 07/05/2017 | Acute - preliminary Single Cell | | APP-CHCF | | APP-CHCF | 07/31/2017 | APP-CHCF | 08/04/2017 15:56:00 | EXCEPTION: Med Hold ... | Admitted | 52 | N | 22 |

DETAIL OF APP REFERRALS OUT OF COMPLIANCE

| Referral Type | Referring Institution | CDCR | Referring Level of Care | MHT Referral Date | GDT Referral Date | Date Referral Received/Complete by MHT (Compliance Determination Date) | Other | ICHOP LOC Determination | ICHOP LOC Determination Date | ICHOP | ICHOP Endorsement | ICHOP Endorsement | Accepting Inpatient | Date Placed on Accepting Institution's List | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Inpatient Program Admission NOTES | Referral Status | Days from Referral to MH Bed and Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | CCHF | MHCB | Acute / preliminary Single Cell | 08/01/2017 | 08/01/2017 | 08/01/2017 08/01/2017 08/25/2017 | Acute / preliminary/Single Cell | | | | Female APP-CIW Female ICF-CIW | 08/01/2017 13:38:00 08/25/2017 13:49:00 | Female APP-CIW Female ICF-CIW | 08/01/2017 12:38:00 08/26/2017 15:11:00 | Female ICF-CIW | 08/31/2017 15:11:00 | EXCEPTION: Level of Care / LOC / LOCATION ... | Admitted | 29 | N | 18 |
| APP | CIM | MHCB | Acute / preliminary Multi Person Cell | 07/26/2017 | 07/26/2017 | 07/26/2017 | Acute / preliminary Multi Person Cell | | | | APP-VPP | 07/26/2017 13:39:00 | APP-VPP | 08/01/2017 13:39:00 | APP-VPP | 08/21/2017 19:46:00 | EXCEPTION: Med Hold OT6 & M per SOME ... | Admitted | 26 | N | 16 |
| APP | SVSP | MHCB | Acute / preliminary Unlocked Dorms | 07/14/2017 | 07/13/2017 | 07/14/2017 | Acute / preliminary Unlocked Dorms | | | | APP-CHCF | 07/14/2017 09:31:00 | APP-CHCF | 07/27/2017 11:39:00 | APP-CHCF | 08/04/2017 15:56:00 | EXCEPTION: Med Hold ... | Admitted | 21 | N | 11 |
| APP | CMF | MHCB | Acute / preliminary Multi Person Cell | 08/01/2017 | 07/28/2017 | 08/01/2017 | Acute / preliminary Multi Person Cell | | | | APP-VPP | 08/01/2017 12:38:00 | APP-VPP | 08/06/2017 14:50:00 | APP-VPP | 08/17/2017 11:29:00 | EXCEPTION: Was Med ... | Admitted | 16 | N | 6 |
| APP | CIM | MHCB | Acute / preliminary Multi Person Cell / Multi Person Cell | 07/25/2017 08/04/2017 | 07/24/2017 | 07/24/2017 | Acute / preliminary Multi Person Cell / Multi Person Cell | | | | APP-VPP ICF-High, CHCF | 07/25/2017 08:50:00 08/04/2017 17:09:00 | APP-VPP ICF-High, CHCF | 08/01/2017 10:15:00 08/04/2017 17:09:00 | ICF-High, CHCF | 08/07/2017 13:36:00 | EXCEPTION: Vitek Hold / Level of Care Change ... | Admitted | 14 | N | 4 |
| APP | CIW | MHCB | Single Cell | 07/21/2017 | 07/21/2017 | 07/21/2017 | Single Cell | | | | Female ICF-CIW | 07/21/2017 08:53:00 | Female ICF-CIW | 08/01/2017 09:10:00 | Female ICF-CIW | 08/04/2017 09:55:00 | EXCEPTION: Vitek Hold ... | Admitted | 14 | N | 4 |
| APP | CIW | MHCB | Acute / preliminary Single Cell | 08/09/2017 | 08/06/2017 | 08/06/2017 | Acute / preliminary Single Cell | | | | Female APP-CIW | 08/09/2017 12:17:00 | Female APP-CIW | 08/21/2017 14:26:00 | Female ICF-CIW | 08/22/2017 10:33:00 | EXCEPTION: Level of Care Change ... | Admitted | 14 | N | 4 |
| APP | SVSP | MHCB | Acute / preliminary Single Cell / Acute / preliminary Single Cell | 07/24/2017 08/01/2017 | 07/24/2017 | 07/24/2017 | Acute / preliminary Single Cell / Acute / preliminary Single Cell | | | | APP-VPP APP-CHCF | 07/24/2017 09:52:00 08/01/2017 10:57:00 | APP-VPP APP-CHCF | 08/01/2017 11:39:00 08/01/2017 11:10:00 | APP-CHCF | 08/07/2017 10:28:00 | EXCEPTION: Med Hold ... | Admitted | 14 | N | 4 |

Data Source: Referrals to Inpatient Programs Application (RIPA)

CCHCS Mental Health Care Placement Oversight Program

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

**NOT IN COMPLIANCE**

| Referral Type | Referring Institution | CDCR | | Referring Level of Care | GTT Referred Date | Date Completion by MH (Compliance) Days | Other By HCPOP | HCPOP (IBI) Documentation Description | HCPOP (IBI) Documentation Date | HCPOP Endorsement Rx | HCPOP Endorsement By Date | HCPOP Endorsement Location | Accepting Inpatient Program | Date Placed on Accepting Inpatient List | Acceptance Transfer/Denver Period Date/Time | Inpatient Program Priority | Inpatient Prog Admit Date/Time | Description / Location | Referral Status | Days from Referral to MH Bed Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | CMF | | | MHCB | 07/26/2017 | 08/01/2017 | 08/05/2017 | Acute / preliminary Single Cell | 08/03/2017 | APP-VPP | 08/03/2017 13:21:00 | APP-VPP | 08/14/2017 13:21:00 | APP-VPP | 08/14/2017 | | APP-VPP | 08/11/2017 14:35:00 | EXCEPTION: Vista Medical and CDM 8/2/17 - Vista hearing held and results posted on Sharepoint stating that the patient requires inpatient care. 8/8/17 - sent out to the hospital due to swallowing a piece of plastic and returned on the same day. 8/14/17- patient was endorsed to VPP. | Admitted | 12 | N | 2 |
| APP | COR | | | MHCB | 07/26/2017 | 07/26/2017 | 08/05/2017 | Acute / preliminary Multi Person Cell | 07/26/2017 | APP-VPP | 07/26/2017 10:20:00 | APP-VPP | 08/07/2017 11:50:00 | APP-VPP | 08/08/2017 | | APP-VPP | 08/08/2017 23:16:00 | EXCEPTION: Med Hold 8/8/17- ADED posted on SP; no foreign body identified. 8/7/17- VPP ADU stated according to 7/26 8/28 foreign body remains in stomach. VPP ADU requests confirmation FB has passed; COR responded that 8/28 was ordered for tomorrow (8/8/17) and an update on results will follow. | Admitted | 11 | N | 1 |
| APP | CMF | | | MHCB | 07/26/2017 | 07/27/2017 | 07/27/2017 | Acute / preliminary Locked Dorms | 07/27/2017 | APP-VPP | 07/27/2017 10:15:00 | APP-VPP | 08/01/2017 12:49:00 | APP-CMCF | 08/07/2017 | | APP-VPP | 08/07/2017 16:12:00 | EXCEPTION: Med Hold 7/28/17 - a pending Vista hearing was scheduled for 7/27/17. 7/27/17- the patient decided to sign the due process allowing to go to the VPP. 8/3/17 - the patient was endorsed to VPP but was not accepted because he was on medical hold for unknown reasons. The institution had to research the reason for the medical hold. 8/7/17 - med hold removed (the hold had originated on 8/3/17 due to Closed treatment at the request of the psychiatrist at the time). | Admitted | 11 | N | 1 |

# Exhibit F

State of California

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

EDMUND G. BROWN JR., Governor

**DSH Psychiatric Inpatient Timelines Compliance Report**
Patients Admitted August 1 through August 31, 2017 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1] Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.
[2] Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfers).
[3] Includes patients admitted in August 2017 who waited greater than 30 days from the DSH referral received date.
[4] Includes the total number of days patients admitted in August 2017 waited beyond 30 days from the DSH referral received date.

1 of 2

Source: BUMMs

State of California
**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

EDMUND G. BROWN JR., Governor



## DSH Psychiatric Inpatient Timelines Compliance Report
Patients Admitted August 1 through August 31, 2017 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - |
| Total Number of Patients Waiting Over 30 Days | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - |

2 of 2

Source: BUMMs