| | |
|---|---|
| 1 | FUTTERMAN DUPREE DODD CROLEY MAIER LLP |
| | MARTIN H. DODD (104363) |
| 2 | 601 Montgomery St., Suite 333 |
| | San Francisco, California 94111 |
| 3 | Telephone: (415) 399-3840 |
| | Facsimile: (415) 399-3838 |
| 4 | mdodd@fddcm.com |

Attorneys for Receiver
J. Clark Kelso

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br>    *Plaintiffs*,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>    *Defendants*. | Case No. C01-1351-JST |
| RALPH COLEMAN, et al.,<br>    *Plaintiffs*,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>    *Defendants*. | Case No. CIV-S-90-0520-KJM-DB |
| JOHN ARMSTRONG, et al.,<br>    *Plaintiffs*,<br>v.<br>EDMUND G. BROWN, JR., et al.,<br>    *Defendants*. | Case No. C94-2307-CW |

**NOTICE OF CHANGE OF ADDRESS**

///

///

///

1

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

NOTICE OF CHANGE OF ADDRESS
U.S.D.C. N. DIST. CASE NO. C01-1351-JST, C94-2307-CW; E. DIST. CASE NO. CIV-S-90-0520-KJM-DB

PLEASE TAKE NOTICE, effective immediately, the address of Martin H. Dodd, counsel for Receiver, J. Clark Kelso, will be changed from:

    Futterman Dupree Dodd Croley Maier LLP
    180 Sansome St., 17th Floor
    San Francisco, CA 94104

to:

    Futterman Dupree Dodd Croley Maier LLP
    601 Montgomery St., Suite 333
    San Francisco, CA 94111

Our telephone and facsimile numbers remain the same.

Dated: September 25, 2017            FUTTERMAN DUPREE DODD CROLEY MAIER LLP

                                            By: /s/ Martin H. Dodd
                                                 Martin H. Dodd
                                                 Attorneys for Receiver J. Clark Kelso

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

2

NOTICE OF CHANGE OF ADDRESS
U.S.D.C. N. DIST. CASE NO. C01-1351-JST, C94-2307-CW; E. DIST. CASE NO. CIV-S-90-0520-KJM-DB