UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

Defendants have submitted a request to seal Exhibits 2 and 7 to the Declaration of N. Weber filed September 13, 2017, ECF No. 5680-1 (Weber Declaration). After review of the request, the court has determined that the following pages of Exhibit 2 of the Weber Declaration contain confidential information covered by protective orders in this action: Exhibit 2 - 044, 045, 047, 048, 049, 051, 052. In addition, Exhibits F and G to the July 6, 2017 letter from plaintiffs' counsel to Mr. Weber and Special Master Lopes are entirely comprised of confidential information covered by protective orders in this action. The rest of the pages within Exhibit 2 do not contain confidential information. As for Exhibit 7, all of the Inpatient Psychiatric Aging Reports that are included in Exhibit 7 contain confidential information covered by protective orders in this action. None of the reports identified as "MHCB Placements by Institution and Prior Level of Care" or "Rescinded MHCB Referrals by Institution and Prior Level of Care" contain confidential information.

1

Those portions of Exhibits 2 and 7 that do not contain confidential information do not meet the "high threshold of showing that 'compelling reasons'" require that they be sealed. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (internal citation omitted). Accordingly, the court intends to grant the request as to Exhibit 2, pages Exhibit 2 - 044, 045, 047, 048, 049, 051 and 052, and Exhibits F and G to the July 6, 2017 letter from plaintiffs' counsel to Mr. Weber and Special Master Lopes, as well as to Exhibit 7 for all of the Inpatient Psychiatric Aging Reports, but to file the remainder of Exhibits 2 and 7 in the public record unless within five days from the date of this order defendants show cause in writing why additional pages within either Exhibit should be sealed.

In accordance with the above, IT IS HEREBY ORDERED that within five days from the date of this order defendants shall inform the court in writing whether they consent to the partial grant of their request to seal as set forth in this order or, instead, whether there is good cause to seal additional pages within either Exhibit 2 or Exhibit 7 to the Weber Declaration.

DATED: September 27, 2017.

_____
UNITED STATES DISTRICT JUDGE