XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' CONSENT TO THE COURT'S SEPTEMBER 27, 2017 ORDER TO PARTIALLY GRANT MOTION TO SEAL**<br><br>Judge:   The Honorable Kimberly J. Mueller |

On September 27, 2017, the Court partially granted Defendants' request to seal Exhibits 2 and 7 to the Declaration of N. Weber (ECF No. 5680-1). The Court agreed to seal certain portions of Exhibits 2 and 7, and asked Defendants to inform the Court if they consented to the Court's order. (ECF No. 5699 at 2:10-13.)

///

///

1

1  Defendants reviewed the Courts order and Exhibits 2 and 7, and consent to the Court's
2  partial grant of their request to seal.

3  Dated: September 29, 2017                    Respectfully submitted,

4                                               XAVIER BECERRA
                                                Attorney General of California
5                                               DANIELLE F. O'BANNON
                                                Supervising Deputy Attorney General
6
                                                */s/ Tyler V. Heath*
7
                                                TYLER V. HEATH
8                                               Deputy Attorney General
                                                *Attorneys for Defendants*
9

24 CF1997CS0003
   33069591

2