FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
601 Montgomery St., Suite 333
San Francisco, California 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
mdodd@fddcm.com

Attorneys for Receiver
J. Clark Kelso

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., | Case No. C01-1351-JST |
| Plaintiffs, | |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |
| RALPH COLEMAN, et al., | Case No. CIV-S-90-0520-KJM-DB |
| Plaintiffs, | |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |
| JOHN ARMSTRONG, et al., | Case No. C94-2307-CW |
| Plaintiffs, | |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

**NOTICE OF FILING OF RECEIVER'S
THIRTY-SIXTH TRI-ANNUAL REPORT**

///

///

///

1

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

NOTICE OF FILING OF RECEIVER'S THIRTY-SIXTH TRI-ANNUAL REPORT
U.S.D.C. N. DIST. CASE NO. C01-1351-JST, C94-2307-CW; E. DIST. CASE NO. CIV-S-90-0520-KJM-DB

1    PLEASE TAKE NOTICE that the Receiver in *Plata, et al. v. Brown, Jr., et al.*, Case No.

2    C01-1351-JST; *Coleman, et al. v. Brown, Jr., et al.* Case No. CIV-S-90-0520-KJM-DB; and

3    *Armstrong, et al. v. Brown, Jr., et al.* Case No. C94-2307-CW has filed herewith his Thirty-Sixth

4    Tri-Annual Report.

5

6    Dated:  October 2, 2017                    FUTTERMAN DUPREE DODD CROLEY
                                                MAIER LLP
7

8                                              By:_____/s/ Martin H. Dodd_____
                                                    Martin H. Dodd
9                                                   Attorneys for Receiver J. Clark Kelso

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



# Achieving a Constitutional Level of Medical Care in California's Prisons

**Thirty-sixth Tri-Annual Report of the Federal Receiver For May 1 – August 31, 2017**

**October 2, 2017**

# California Correctional Health Care Receivership

**Vision:**

As soon as practicable, provide constitutionally adequate medical care to patients of the California Department of Corrections and Rehabilitation within a delivery system the State can successfully manage and sustain.

**Mission:**

Reduce avoidable morbidity and mortality and protect public health by providing patients timely access to safe, effective and efficient medical care, and integrate the delivery of medical care with mental health, dental and disability programs.

# Table of Contents

Page

**1.    Status and Progress Concerning Remaining Statewide Gaps……………………………..   1**

    A.    Reporting Requirements and Reporting Format……………………………………………   1

    B.    Progress during this Reporting Period……………………………………………………   2

    C.    Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented by Institutions or Individuals……………………………………………………   7

**2.    Other Matters Deemed Appropriate for Judicial Review …………………………………   14**

    A.    California Health Care Facility – Level of Care Delivered……………………………   14

    B.    Statewide Medical Staff Recruitment and Retention……………………………………   14

    C.    Coordination with Other Lawsuits…………………………………………………………   22

    D.    Master Contract Waiver Reporting………………………………………………………   22

    E.    Consultant Staff Engaged by the Receiver………………………………………………   23

    F.    Accounting of Expenditures…………………………………………………………………   23

## Section 1: Status and Progress Concerning Remaining Statewide Gaps

**A.  Reporting Requirements and Reporting Format**

This is the thirty-sixth report filed by the Receivership, and the thirtieth submitted by Receiver J. Clark Kelso.

The Order Appointing Receiver (Appointing Order) filed February 14, 2006, calls for the Receiver to file status reports with the *Plata* Court concerning the following issues:

1. All tasks and metrics contained in the Turnaround Plan of Action (Plan) and subsequent reports, with degree of completion and date of anticipated completion of each task and metric.
2. Particular problems being faced by the Receiver, including any specific obstacles presented by institutions or individuals.
3. Particular success achieved by the Receiver.
4. An accounting of expenditures for the reporting period.
5. Other matters deemed appropriate for judicial review.

(Reference pages 2–3 of the Appointing Order at http://www.cphcs.ca.gov/docs/court/PlataOrderAppointingReceiver0206.pdf)

The Court's March 27, 2014, Order Re: Receiver's Tri-Annual Report directs the Receiver to discuss in each Tri-Annual Report the level of care being delivered at California Health Care Facility (CHCF); difficulties with recruiting and retaining medical staff statewide; sustainability of the reforms the Receiver has achieved and plans to achieve; updates on the development of an independent system for evaluating the quality of care; and the degree, if any, to which custodial interference with the delivery of care remains a problem.

The Receiver filed a report on March 10, 2015, entitled Receiver's Special Report: Improvements in the Quality of California's Prison Medical Care System wherein he outlined the significant progress in improving the delivery of medical care in California's prisons and also the remaining significant gaps and failures that must still be addressed.  The identified gaps are availability and usability of health information; scheduling and access to care; care management; and health care infrastructure at facilities.

To assist the reader, this Report provides two forms of supporting data:

- *Appendices*: This Report references documents in the Appendices of this Report.
- *Website References*: Website references are provided whenever possible.

In support of the coordination efforts by the three federal courts responsible for the major health care class actions pending against California Department of Corrections and Rehabilitation (CDCR), the Receiver files the Tri-Annual Report in three different federal court class action cases: *Armstrong, Coleman, and Plata*.  An overview of the Receiver's enhanced reporting responsibilities related to these cases and to other *Plata* orders filed after the

Appointing Order can be found in the Receiver's Eleventh Tri-Annual Report on pages 15 and 16.  (http://www.cphcs.ca.gov/receiver_othr_per_reps.aspx)

Court coordination activities include: facilities and construction; telemedicine and information technology (IT); pharmacy; recruitment and hiring; credentialing and privileging; and space coordination.

**B.  Progress during this Reporting Period**

Progress towards improving the quality of health care in California's prisons continues for the reporting period of May 1 through August 31, 2017, and includes the following:

(i)    Electronic Health Records System

Electronic Health Records System (EHRS) was successfully implemented at California State Prison, Sacramento (SAC), and Pleasant Valley State Prison (PVSP) in May 2017; North Kern State Prison (NKSP), and Calipatria State Prison (CAL) in June 2017; CHCF in July 2017; and California Substance Abuse and Treatment Facility (SATF) at Corcoran and California Institution for Men (CIM) in August 2017.  Planning activities continue for the implementation of the remaining institutions.  Statewide implementation of the EHRS is estimated to be completed by the end of October 2017.

(ii)    Office of the Inspector General

The Office of the Inspector General's (OIG) Cycle 4 Medical Inspections commenced during the week of January 26, 2015, and were completed in early 2017.  A total of 22 institutions received either adequate or proficient ratings.

As of the filing of this report, the OIG has completed or initiated inspections at 30 of 35 institutions for Cycle 5.  The OIG has issued final reports for Valley State Prison (VSP), California Medical Facility (CMF), Ironwood State Prison (ISP), Wasco State Prison (WSP), California State Prison, Solano (SOL), California State Prison, Los Angeles County (LAC) and California State Prison, Corcoran (COR), and issued a draft report for California Rehabilitation Center (CRC), California Correctional Center (CCC), Richard J. Donovan Correctional Facility at Rock Mountain (RJD), and NKSP.  VSP, WSP, and COR received adequate ratings, and CMF, ISP, SOL, and LAC received inadequate ratings.

(iii)    Delegations

As of the filing of this report, the Receiver has delegated to CDCR authority for the medical operations at 14 institutions.  During this reporting period, the Receiver delegated Kern Valley State Prison (KVSP) on May 3, 2017; California City Correctional Facility (CAC) on May 31, 2017; and PVSP on July 31, 2017.  Institution performance continues to be monitored to ensure sustainability.  Meet-and-confer meetings were held on May 23, 2017; July 25, 2017; and August 22, 2017.  Delegation determinations are currently pending.  Meet-and-confer meetings

have been scheduled with the parties during the next reporting period to discuss the potential delegation of additional institutions.

    (iv)    *Armstrong*

Monthly Sign Language Interpreter (SLI) audits of all health care encounters for patients requiring SLI continue to reflect consistent 12-month compliance ratings as depicted in Table 1. Although some months may reflect decreases in compliance, it has been noted that a large majority of these concerns are due to individual SLI patients being transferred to non-designated institutions. As of August 2017, SLI compliance ratings can be found on the California Correctional Health Care Services (CCHCS) Dashboard on the internal Lifeline site. Refer to Table 1: 12 Month Statewide SLI Compliance Ratings.



Table 1: 12 Month Statewide SLI Compliance Ratings

The CCHCS Health Care Class Action Liaison (HCCAL), with the assistance of the CCHCS IT team, successfully provided Jabber software updates to those institutions who did not previously have access to provide SLI services. Additionally, Video Remote Interpreter services via Cyracom are currently provisioned for all 35 institutions.

HCCAL remains an active participant in the trial implementations and development of the new joint *Armstrong* audit tool. During the week of July 17-20, 2017, CCHCS staff observed a trial joint audit conducted at VSP. The visit provided invaluable insight and progress toward meeting the goal of developing a joint tool to be utilized by all parties.

The number of new allegations on the DPP Allegation of Non-Compliance Log (DPP Log) continues to fluctuate as depicted in Table 2. Analysis of the DPP Logs over the past 12 months reflects that failure to properly document effective communication (EC) continues to drive the total number of allegations each month. Other factors which affect the number of new allegations each month are the number of allegations presented in *Armstrong* Monitoring Tour (AMT) Reports. Refer to Table 2: New Allegations Introduced to DPP Log since July 2016.



Table 2: New Allegations Introduced to DPP Log since July 2016

Current and ongoing efforts to improve compliance include the following:

- Automation of the DPP Allegation of Non-Compliance Log for Division of Adult Institutions (DAI), Division of Adult Parole Operations, and CCHCS;
- Continued collaboration between health care and custody staff in responding to AMT reports and the Reasonable Accommodation Panel (RAP) processes site training;
- Creation of an Effective Communication Training via the Learning Management System (LMS); and
- Initiation of a new Lean Six Sigma Green Belt project pertaining to EC Compliance and SLI Audit metrics.

In February 2017, HCCAL joined the EHRS implementation team in providing training to field staff and serving as subject matter experts on *Armstrong* compliance matters.  The training provides institution staff with the knowledge and tools necessary to ensure cutover practices are efficient and operational.

As of August 2017, HCCAL began observing RAP meetings at randomly selected institutions, to include some institutions who have been identified as problematic through AMT reports.  By identifying process improvements as well as best practices, CCHCS Corrections Services can assist identified institutions in preparing to efficiently problem-solve and reasonably eliminate barriers to programs, services and activities, per the *Armstrong* Remedial Plan.

(v)    Health Care Grievances Statewide Implementation

The health care appeals process previously operated under the California Code of Regulations (CCR), Title 15, Article 8, Appeals, section 3084.  These regulations were initially developed for the processing of custody appeals and consisted of three appeal review levels.  The first and second levels of health care appeals were processed at the respective institution in an attempt to resolve the appeals at the lowest levels.  The final level of review (Third Level or also known as Director's Level) was conducted at CCHCS headquarters, on behalf of the Receiver, and concluded/exhausted the administrative health care appeal process allowing the patient to proceed to the legal system if desired.  All appeals related to medical, mental health, or dental matters were part of this process.

At the request of the Receiver, the Health Care Correspondence and Appeals Branch (HCCAB) developed an appeals process specific to health care that would address clinical concerns and ensure appeals filed would not be cancelled due to minor infractions (e.g., lack of signature or utilizing an incorrect form) hence removing barriers to resolution of health care concerns. A Health Care Appeals Pilot (Pilot) was implemented at Central California Women's Facility (CCWF), SATF, and SOL on September 1, 2015, and was conducted for two years.  The Pilot eliminated one institutional level of appeal review and established a Registered Nurse (RN) to conduct clinical triage and facilitate early face-to-face clinical intervention when necessary. Clinical intervention has made patient access to care more efficient by allowing patients to ask questions during the interview process and receive patient education regarding their existing plan of care, medications, and future appointments.  In addition, the early identification of urgent and emergent issues makes certain that patients are seen by the appropriate discipline regardless of how the appeal itself is processed.

It was determined that the Pilot processes and benefits were necessary statewide.  An emergency Health Care Grievances regulations package (CCR, Title 15, section 3087) was filed with the Secretary of State on September 1, 2017, and a new health care grievance process was implemented statewide on the same day.  In preparation for statewide implementation, the HCCAB held statewide administrative and clinical training at CCHCS headquarters in mid-August 2017.  During the training, institution and headquarters staff were provided with printed training materials and office tools needed for successful implementation.  Training modules for statewide distribution and use on the CCHCS LMS were also created, and an educational video and posters were distributed to all institutions prior to implementation.

Statewide implementation and transition was relatively seamless; minor issues have been identified and are being addressed.  A public hearing is scheduled for October 25, 2017, related to the Health Care Grievance regulations, and adoption of the finalized regulations is expected thereafter.

(vi)    Psychiatric Inpatient Program (formerly known as Department of State Hospitals)

The Department of State Hospitals (DSH) operated 1,156 inpatient mental health treatment beds, which was part of a broader system of mental health care within CDCR, at CHCF,

Salinas Valley State Prison (SVSP), and CMF.  Previously, patients were discharged from CDCR mental health programs and admitted to the DSH Psychiatric Inpatient Program (PIP) program. In an effort to streamline processes and improve timelines for patient referrals for mental health treatment, DSH, CCHCS, and CDCR transferred oversight from DSH to CDCR, effective July 1, 2017, at CHCF, SVSP, and CMF.  This transfer included General Fund monies and 1,977.6 positions, and it is expected that the transfer will improve the CDCR's inpatient treatment waitlist challenges.

Following the transition of authority to CDCR/CCHCS, the transition team has continued monitoring and review of ongoing operations to ensure the staff, providers, inmates, custody staff and programs are functionally the same post-transition as they were prior to July 1, 2017. Issues associated with patient movement, bed assignment and operational policies have been identified, and those matters are being addressed with short-term solutions while the long-term strategy is being developed.  Action items to be completed by CDCR/CCHCS prior to the end of the calendar year for implementation on or before January 1, 2018, are being monitored and tracked by the transition team.  These items include migration to the CDCR/CCHCS employee scheduling system and employee time and vacation systems; transition to EHRS and migration from the DSH treatment tracking application; and the inventory transfer and reconciliation in CDCR's Business Information System.

Through constant communications and post-transition process reviews at the institutions, CDCR/CCHCS is beginning to see cross-functional teams that are actively identifying operational changes and improvements.

(vii)    <u>Health Care Regulations</u>

In preparation for transition from the Receivership to State control, it is necessary for CCHCS to adopt comprehensive health care regulations.  Since late 2016, CCHCS staff have been reviewing the currently published Inmate Medical Services Policies and Procedures (IMSP&P) for conversion into regulations.  The conversion process involves application of the Office of Administrative Law regulatory tests to the published IMSP&P to determine the appropriate regulations for publication in California Code of Regulations, Title 15.  No substantive changes or modification to the intent of the IMSP&P have been made or are included in the draft regulatory package.  CCHCS will seek a one-time legislative exemption from the required Administrative Procedures Act (APA) processes to expedite the adoption of health care regulations.  Adoption of regulations is expected to occur on July 1, 2018.  Any changes to IMSP&P occurring after the exemption regulations are finalized and adopted in July 2018 and which require regulatory action will adhere to the APA.  Health care regulations codified by the exemption will reside in a new Chapter 2, Rules and Regulations of Health Care Services, within the current Title 15, Division 3, and current health care regulations in Title 15 will be moved from the current Chapter 1 to the new Chapter 2.   Presently, the Mental Health and Dental Programs are also pursuing updates and additions to their existing regulations, and those regulatory actions are being processed pursuant to the APA and will also reside in Chapter 2, Rules and Regulations of Health Care Services.

(viii)    Women's Health

The CCHCS Women's Program held its first annual women's health care conference on September 8, 2017, entitled "Women's Health Behind Bars."  The conference was designed to provide the most current clinical information about the care of incarcerated female patients to CCHCS/CDCR leadership, obstetrician-gynecologists, family practice physicians, internal medicine physicians, physician assistants (PA), nurse practitioners (NP), nurses, psychiatrists, psychologists, dentists, and custody staff involved in the care of incarcerated women. The goal of this conference was to increase knowledge and enhance the competence of attendees on women-specific health care issues, and emphasis was placed on practical application of the evidence-based topics presented.  The following topics for the conference were selected based on leading practices in women's health care determined to inform the most critical disease presentations and disease disparities specific to incarcerated women's health: demographics of the women's prisons, geriatric health and the aging female population, metabolic syndrome, drug use and suicidality in incarcerated women, cancer screening and prevention in women populations, disease management and prescribing medications during pregnancy, and gender dysphoria.  The conference format included didactic lectures, interactive sessions, and a panel discussion session.

(ix)    Medical Bed Needs for Incarcerated Women – Project Kick off

The Medical Bed Needs for Incarcerated Women Project kick-off occurred on September 1, 2017, opening with focused conference calls with key leadership at the three women's institutions to discuss aging women's population and the risk stratification of women by disease type on the limited licensed medical beds in the women's facilities.  The Medical Bed Need for Incarcerated Women Project aims to take an integrated, systematic approach to understanding current medical bed needs and utilization in the female population in order to optimize future medical bed utilization in the women's facilities and to develop a predictive projection model to reliably classify women according to their risk and bed type.  A recently implemented contract with University of California, San Francisco (UCSF), will provide, among other contract deliverables, an independent review of the type and projected bed needs for incarcerated women; assess if alternative community resources are being optimized; and provide a training program in palliative care, geriatrics, advanced care planning, and compassionate release, designed specifically for the correctional setting.  Together, the Project and UCSF independent review will assess the need for a women's hospice unit and palliative care needs based on aging, medical risk stratification, and prognostication.

**C.  Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented by Institutions or Individuals**

(i)    In-State Contracting for Community Correctional Facilities

The total Modified Community Correctional Facility (MCCF) patient population as of August 29, 2017, was 4,134 or 98.01 percent of the budgeted capacity of 4,218.

As of the filing of the 35th Tri-Annual report, audit results for Delano, Golden State and Taft MCCFs were pending finalization.  Taft received a final Overall Compliance Score of *Proficient*

(93.4 percent), Golden State received a final score of *Adequate* (85.3 percent), and Delano received a final score of *Inadequate* (79.9 percent).

Delano's overall compliance score of 79.9 percent received during the February 2017 audit is a substantial improvement from the score of 60.0 percent received during the April 2016 health care audit; however, the facility continues to struggle to provide adequate health care to California patients. During the February 2017 health care audit, CCHCS auditors identified eight critical issues which remain unresolved from the April 2016 health care audit and the identification of 15 new critical issues. These critical issues continue to be a barrier to care for patients housed at Delano.

During the months of May through August 2017, CCHCS conducted two in-state Health Care Monitoring Audits: one each at McFarland Female Community Reentry Facility (McFarland), and Shafter MCCF. The McFarland audit report is pending finalization. Shafter received an overall compliance score of Adequate (83.8 percent). While Shafter was found to provide adequate health care to the patient population, the facility received inadequate ratings for the following components: Access to Care, Emergency Services & Community Hospital Discharge, Specialty Services, Preventative Services, and quality of both nursing and provider performance. There were ten new critical issues identified during the June 2017 audit and six critical issues remain unresolved from the June 2016 audit.

In addition to the two audits described above, a Limited Review Audit was conducted at Central Valley MCCF during the month of August 2017. The purpose of this review was to assess and measure Central Valley MCCF's compliance within the areas and processes that were identified to be critical issues during the previous health care audit conducted in December 2016. The Central Valley MCCF Limited Review Audit Report is pending finalization.

   (ii)    Out-of-State Contract Facilities

The total Tallahatchie County Correctional Facility's (TCCF) patient population as of August 29, 2017, was 1,255, which is 67.76 percent of the budgeted capacity of 1,880. Pursuant to the enacted budget bill, TCCF is projected to close before the end of Fiscal Year (FY) 2017–18. Based on the CDCR's Weekly Population Count report, dated August 29, 2017, La Palma Correctional Center's (LPCC) patient population was 3,139 which exceeds the budgeted capacity of 3,020. Pursuant to the enacted budget bill, LPCC is scheduled to experience a material reduction of population in FY 2017–18, with an expected closure in FY 2018–19.

During August 2017, CCHCS conducted a Limited Review Audit at the TCCF. The audit report is pending finalization. A Limited Review Audit is scheduled at LPCC during September 2017 to assess and measure LPCC's compliance with the areas and processes that were identified to be deficient (critical issues) during the previous health care audit conducted in January 2017.

(iii)    Health Care Monitoring Audit Instruction Guide and Audit Tool

This reporting period has resulted in minor revisions of the Health Care Monitoring Audit Instruction Guide and onsite Audit Tool used to evaluate the quality of the medical care provided in the contract facilities.  The changes to the Health Care Monitoring Audit Instruction Guide and the onsite Audit Tool were necessary to reflect the policy and procedural updates which have occurred during the preceding year.  One of the primary changes was reflected in the addition of the requirement of contract facilities to have a policy and procedure in place regarding use and storage of naloxone at their facility.  The new guide and audit tool will be effective with the next set of full audits resuming in January 2018.

(iv)    Transportation Vehicles

During this report period, CDCR Fleet Management Governance Council drafted a Fleet Management Plan for review of all stakeholders.  It is anticipated that the plan will be finalized during the final quarter of calendar year 2017.   The drafted plan outlines the departmental fleet resources and its planned oversight, which includes: Fleet Management Practices, Fleet Replacement, Acquisition and Transfer of Fleet Assets, Maintenance and Repair, Vehicle Registration.  CCHCS was provided the opportunity to review and comment on the draft plan. Nearly five years have elapsed since responsibility for health care vehicles has been delegated back to CDCR, and CDCR is still in a planning phase.  Numerous plans have been presented over the course of the last five years, and custody staff responsible for patient transports still do not have the required vehicles.

As reported in the 35th Tri-Annual Report, CDCR was in the process of developing a statewide inventory of the vehicle fleet, and that has been completed during this reporting period.  During this reporting period, CDCR Office of Business Services (OBS) completed a statewide vehicle inventory.  Each vehicle has been assessed a status for replacement based on specific criteria. The inventory, however, failed to identify the overall basic vehicle needs and demands centered upon the institutions' medical mission and the patient population.

In addition to vehicle replacement, CDCR has failed to recognize and address the growing need to *increase* the vehicle fleet numbers at most institutions.  Currently, the Fleet Management Plan addresses CDCR's plan to *replace* the aging broken down fleet on a one to one replacement criteria.  The demand for additional vehicles is evident as the institutions are utilizing outside ambulance services to transport patients to routine medical and outside specialty care appointments.

Approval and funding for additional and replacement transportation vehicles is essential.  It is the Receiver's expectation there will be no further delays in vehicle planning and that CDCR will establish a sustained funding source for vehicle procurement.

On August 4, 2017, CCHCS and CDCR leadership met with the CDCR's Vehicle Management Unit (VMU), to discuss the vehicle procurement plan and the FY 2017–18 Fleet Assessment Plan

process. CDCR has received all but four assets procured with FY 2015–16 funding. The remaining four para-transit buses have been delayed due to the vendor bid purchase process.

Refer to Table 3: FY 2015–16 Vehicle Requisition.

| Table 3: FY 2015 –16 Vehicle Requisition | | | | | |
|---|---|---|---|---|---|
| Vehicle Type | # Ordered | # Received | # In Service | Projected Dates | Comments |
| Transportation Vans | 133 | 133 | 120 | November 2017 | |
| Transportation Vans ADA | 12 | 12 | 0 | December 2017 | Finalizing Scope of work |
| Para-Transit ADA Bus | 4 | 0 | 0 | December 2017 | |
| Sedans (HCA) | 5 | 5 | 5 | | All Assets Received |
| SUV Transport Vehicle | 39 | 39 | 38 | November 2017 | |
| Emergency Response Vehicles | 4 | 4 | 4 | | All Assets Received |
| Electric Carts | 5 | 5 | 5 | | All Assets Received |
| **Totals** | **202** | **198** | **172** | | |

Refer to Table 4: FY 2016–17 Vehicle Requisition.

| Table 4: FY 2016 –17 Vehicle Requisition | | | | | |
|---|---|---|---|---|---|
| Vehicle Type | # Ordered | # Received | # In Service | Projected Dates | Comments |
| Transportation Vans | 78 | 53 | 7 | November 2017 | |
| Transportation Vans ADA | 35 | 16 | 0 | February 2018 | Finalizing Scope of work – 21 Transportation Vans identified to receive ADA modifications |
| Para-Transit ADA Bus | 1 | 0 | 0 | July 2018 | |
| SUV Transport Vehicle | 29 | 29 | 19 | November 2017 | All Assets Received |
| Emergency Response Vehicles | 2 | 2 | 2 | | All Assets Received |
| **Totals** | **145** | **100** | **28** | | |

Data submitted by CDCR's DAI and OBS for FY 2016–17 contains conflicting information reported to CCHCS for the 35th Tri-Annual Report. Specifically, in the 35th Tri-Annual Report, CDCR's DAI and OBS reported 121 vehicles ordered with 110 assets received. For the 36th Tri-Annual Report, CDCR's DAI and OBS reported 145 vehicles ordered with 100 assets received. Statewide Transportation Unit (STU) personnel worked in collaboration with CDCR's OBS to reconcile the discrepancies but were unsuccessful.

The existing vehicle tracking spreadsheets contain countless data for each fleet asset titled to the CDCR, and the data is cumbersome and convoluted. The submitted data reinforces CCHCS's concern relating to the complexity and inaccuracy of the tracking system generated by CDCR's DAI and OBS. During the transition of oversight to the STU no collective effort was made to reconcile and provide a full accounting of those fleet assets procured by CDCR's DAI and OBS or provide an accurate accounting of each vehicle's status.

Currently there is a backlog of 179 new HCA vehicles which have been staged at SOL awaiting security modifications and radio installation since the first quarter of 2017. The California Prison Industry Authority, who was contracted by CDCR to perform the security upgrades has been unable to complete more than eight to 10 vehicles per week. The limited production is an area of great concern to CCHCS as brand new transportation vehicles have been sitting for months while those who are responsible for patient transports continue to report serious problems related to unsafe vehicles, vehicles in need of repairs, and vehicles breaking down. In many cases, this has caused off-site appointments to be cancelled and rescheduled at a later date.

Going forward, CDCR must take action to address the limited production numbers pertaining to the aftermarket security modifications. The VMU indicated that all 179 vehicles pending security modifications at SOL will be completed and placed into service by the end of October 2017. The past and current production numbers do not support the proposed completion date. CDCR's lack of urgency and complacency in taking immediate action to expedite the security modifications for the 179 vehicles is directly impacting many institutions' ability to provide access to routine medical and specialty care appointments.

During this reporting period, CDCR identified year-end funding to purchase 21 wheel chair lift kits for installation into existing passenger vans awaiting security modifications at SOL. The additional funding will enable augmentation of the much needed para-transit fleet necessary for disabled patients. Staff from CDCR's DAI have continued to work collaboratively with CCHCS to pursue the realignment of vehicles and have recently initiated the redirection of five para-transit vans, ensuring the vehicles are aligned with the proper institutions, based upon mission and mobility needs of the patient population.

CDCR executive leadership reassigned the management and oversight of the departmental vehicle fleet to the STU. Effective July 3, 2017, the Chief of the STU and his staff assumed oversight of the total CDCR fleet inventory which includes tracking of newly procured assets,

prioritizing replacement status for aging assets, realignment of the existing fleet to ensure the right vehicle was available for the right mission. Additionally, the STU is responsible for the coordination and installation of all aftermarket security modifications and radio communications. CCHCS will monitor the transition of responsibility to the STU and report progress in future Tri-Annual Reports.

(v)    Health Care Infrastructure at Facilities

Clinical facility upgrades through the Health Care Facility Improvement Program (HCFIP) are progressing and several subprojects were activated during this reporting period. The more notable activations include the Triage and Treatment Area Renovation/Pharmacy subproject at LAC, the Medication Distribution Room additions in the Enhanced Outpatient Program (EOP) housing units at RJD, the Primary Care Clinic renovation subproject at Deuel Vocational Institution (DVI), and the Medication Distribution Rooms (MDRs) at SOL.

Regarding the Statewide Medication Distribution (SWMD) projects, nine of the 22 institutions have projects in progress. During this reporting period, the projects at Avenal State Prison (ASP), Correctional Training Facility (CTF), and San Quentin (SQ) were completed and activated. As the construction of the SWMD projects progressed, it became apparent the Medication Preparation Rooms (MPRs) at eight institutions were inadvertently omitted from the project plans. An MPR is designed for nursing staff to utilize when preparing medications for patients housed in an Administrative Segregation Unit. After the medications are prepared, they are taken on a cart to each patient at cell front and administered though the cuff port. The eight impacted institutions are California Institution for Women (CIW), CCWF, CTF, Folsom State Prison, LAC, Mule Creek State Prison (MCSP), RJD, and SOL. CDCR's conversion of programs at various institutions will require additional HCFIP construction projects. The conversions made to accommodate the clustering of EOP patients will require construction of MDRs at six institutions including COR, LAC, KVSP, RJD, SAC, and SVSP. The conversion from Security Housing Unit (SHU) programs to non-segregated programs will require construction of MDRs at COR and Pelican Bay State Prison (PBSP). Additionally, two institutions were identified as needing MDRs to improve medication compliance and treatment. When CHCF was activated in 2014, medication distribution for EOP patients on Facility E was provided in an MDR adjacent to the EOP housing. This program will require an MDR located within the EOP housing unit. Additional mission changes converting SHU programs to non-segregated programs will require construction of MDRs at COR and PBSP. Finally, MDRs are also needed at SAC to provide work space for Psychiatric Technicians assigned to these areas. Given the additional projects, the construction program will be extended several more years to allow for each step of the HCFIP phases such as review by the Legislature, approval by the Public Works Board, development of preliminary plans, completion of working drawings, bid/award, and construction and activation.

As is common with large scale construction projects, HCFIP continues to experience delays related to infrastructure issues, availability of construction materials, and weather. However, HCFIP is also experiencing long schedule delays due to the huge number of projects and sub-projects and the nature of those projects. The projects include some new buildings but are

mostly renovations and additions to existing space. Many of the renovation projects have experienced challenges tying into existing building systems such as fire alarm and fire suppression systems. One example of a long schedule delay is the project at WSP. The July 2017 schedule update indicated a delay of approximately one year to address past weather events which requires added phasing (eight phases increased to 16 phases) for subproject five (new MDRs), and Architecture and Engineering development and State Fire Marshal approval of the design for new fire water lines and temporary pathways and fencing to maintain safe prison operations. These delays cause uncertainty regarding the individual projects and can cause issues in planning for activation and operation of the new or renovated facilities. This is an ongoing issue with HCFIP, and the delays are well documented through project dashboards and schedules. Through improved communication and coordinated efforts, construction schedules have become more consistent and continue to improve as issues are identified. The revised schedules reflect completion of the SWMD projects in April 2018 and HCFIP project construction in February 2020.

## Section 2: Other Matters Deemed Appropriate for Judicial Review

### A.  California Health Care Facility – Level of Care Delivered

CHCF's health care leadership remains focused on ensuring the delivery of quality health care services to its patient population.  During the reporting period, CHCF remained open to intake for Enhanced Outpatient Program, Special Outpatient Program, and PIP admissions.  As of September 19, 2017, CHCF is currently at 77 percent capacity (2,348 current population; 3,060 capacity) and of the 41 provider positions at CHCF, 21 are currently filled as follows:

- Physician and Surgeon (P&S): 34 positions, 17 filled, 17 vacant
- Nurse Practitioners: 3 positions, 1 filled, 2 vacant
- Physician Assistants: 4 positions, 3 filled, 1 vacant

### B.  Statewide Medical Staff Recruitment and Retention

As of July 31, 2017, 43 percent of institutions (15 institutions) have filled 90 percent or higher of the RN positions; 49 percent (17 institutions) have filled between 80 and 89 percent; and 9 percent (3 institutions) have filled less than 80 percent of the RN positions.  The goal of filling 90 percent or higher of the Licensed Vocational Nurse (LVN) positions has been achieved at 46 percent of institutions (16 institutions).  Whereas, 34 percent (12 institutions) have filled between 80 and 89 percent of their LVN positions.  At this time, 20 percent of institutions (7 institutions) have filled fewer than 80 percent of the LVN positions.

The nursing candidate pipeline continues to be strong. However, as fill rates have seen a slight decrease since the last reporting period,  recruitment will focus on several efforts to reverse this trend including establishing partnerships to create stronger candidate pipelines with community colleges, geographically-focused advertisements on various websites including www.ChangingPrisonHealthCare.org, www.Nurse.com, www.AllNurses.com, and www.nursingworld.org, and attending focused hiring events. CCHCS staff continues to monitor vacancy reports and job postings to ensure that vacancies are accurately represented in all job postings. Additionally, we have extended our presence to professional conferences and recruiting events including those held by the American Nurses Association, Association of California Nurse Leaders, and Nurse.com.

Recruitment efforts for the Medical Assistant classification continue resulting in a strong candidate pipeline. Since the last reporting period, Workforce Development's collaboration with vocational trade schools and geo-targeted digital advertising efforts have resulted in approximately 3,000 interested candidates, over 400 applications, and almost  900 successfully passing the examination (an 80 percent increase since last reporting).

Working in support of the medical program and its hiring initiatives, P&S recruitment efforts continued a nationwide presence.  Overall, 26 percent of institutions (nine institutions) have achieved the goal of filling 90 percent or higher of the Primary Care Provider (PCP) positions.

This represents a combination of P&S, NP, and PA classifications.  Of these nine institutions, five are 100 percent filled.  However, 37 percent (13 institutions) have filled between 80 and 89 percent of the PCP positions, and 37 percent (13 institutions) have filled less than 80 percent of the PCP positions.  This represents a decrease in the number of institutions reporting less than 80 percent fill since the date of the last report.

Print and Digital Advertising – Print advertisements focused on statewide, general recruiting efforts, while digital advertisements focused primarily on "hard to fill" institutions during this reporting period.  As one component of attracting physicians, CCHCS expanded its P&S recruitment efforts to promote the recently implemented salary increases. As such, in July 2017, Workforce Development shifted recruitment messaging in print and digital advertising campaigns to promote both the statewide salary increases, as well as those institutions receiving the 15 percent pay differential. However, due to the timing of these new advertising efforts, statewide fill rates in this report will not reflect these recent recruitment efforts.

Digital Recruitment Marketing – Workforce Development has increased CCHCS' digital exposure through the use of web banners, job postings, and a solid presence on social media.  Web banners have been placed on the career pages of professional websites and within opt-in E-newsletters sent by professional organizations, including the Journal of the American Medical Association, Academy of Correctional Health Professionals, National Commission on Correctional Health Care, and the New England Journal of Medicine.  Google Analytics indicate that these efforts resulted in 54 new P&S users to the CCHCS recruitment website during this reporting period.  In addition to CCHCS' continued presence on Indeed and LinkedIn, Workforce Development continues to update the CCHCS Careers Facebook Page and created posts throughout this reporting period to promote CCHCS' presence at professional conferences and recognize clinical staff on health care recognition days.

These efforts have not only increased CCHCS' brand awareness and promotion of correctional medicine as a viable career opportunity, they resulted in an increase in candidates.  During this reporting period, Workforce Development received 49 P&S candidates and six NP candidates from Indeed; 67 P&S candidates, three NP candidates, and three PA candidates from LinkedIn; 18 P&S candidates from PracticeLink; two P&S candidates from the Journal of the American Medical Association; one PA candidate from the American Academy of Physician Assistants; one NP candidate from the American Association of Nurse Practitioners; one NP candidate from the California Association of Nurse Practitioners; and four NP and PA candidates from HealtheCareers.

Professional Conferences – Workforce Development continues to identify professional health care conferences where CCHCS can have a presence either in-person with an exhibitor booth or remotely through sponsorships and other promotional opportunities.  During this reporting period, Workforce Development attended three California-based 2017 conferences for the P&S classification and one out-of-state conference for correctional health care professionals.

From these conferences, we engaged with 26 physicians, 13 NPs, and three PAs interested in joining CCHCS. These leads were then sent to the Centralized Hiring Program for follow-up. Workforce Development will be attending three California-based P&S conferences, one out-of-state P&S conference, one California-based conference for correctional health care professionals, one out-of-state conference for correctional health care professionals, and one out-of-state conference for military and federal health care professionals during fall 2017. Our continuing presence at these conferences allows CCHCS to increase name recognition and brand awareness among both attendees and the health care community. Furthermore, recruitment opportunities at these events are more personal, allowing CCHCS to speak directly to potential candidates.

A reflection of current recruitment efforts is best established by reviewing candidate pipeline data for the PCP positions for those institutions with advertised current or future vacancies. CCHCS' current pipeline of P&S candidates has increased 35 percent as of the last reporting period, whereas the NP/PA candidate pipeline has increased by 18 percent. The Telemedicine program continues to represent our highest amount of candidate interest. However, since the release of the 15 percent pay differential, many institutions previously identified as hard to fill have seen an increase in their fill rates as a result of hires and employees returning from leaves of absences. Refer to Table 5: Effect of Pay Differential on P&S Fill Rates. All but two institutions receiving the pay differential (KVSP and SATF) exhibited an increase in fill rates as of the date of the last report. Increases in P&S fill rates at these institutions can primarily be accounted for by current CCHCS P&S employees transferring from institutions not receiving the pay differential to those receiving the differential. Refer to Table 6: Type of Hire for Those Institutions Receiving Pay Differential. Recruitment efforts continue to replace these transferring employees and mitigate the impact upon those institutions whose fill rates decreased as a result of current P&S employees transferring to receive the pay differential.

*Table 5: Effect of Pay Differential on P&S Fill Rates*

| Institutions with Pay Differential | As of April 30, 2017 | | | As of July 31, 2017 | | |
|---|---|---|---|---|---|---|
| | Filled with P&S | Filled with NP/PA | Fill Rate | Filled with P&S | Filled with NP/PA | Fill Rate |
| ASP | 1.50 | 4.00 | 73% | 3.50 | 4.00 | 100% |
| CMF | 10.80 | 0.00 | 72% | 11.80 | 0.00 | 79% |
| COR | 4.00 | 3.00 | 70% | 4.00 | 4.00 | 80% |
| KVSP | 4.00 | 4.00 | 89% | 5.00 | 3.00 | 89% |
| LAC | 6.00 | 2.00 | 73% | 7.00 | 4.00 | 100% |
| MCSP | 8.00 | 0.00 | 50% | 9.00 | 1.00 | 63% |
| NKSP | 4.00 | 4.00 | 73% | 5.00 | 4.00 | 82% |
| PVSP | 3.00 | 2.00 | 71% | 4.00 | 2.00 | 86% |
| RJD | 11.00 | 1.50 | 76% | 14.00 | 1.50 | 94% |
| SAC | 5.00 | 1.00 | 75% | 6.00 | 1.00 | 88% |
| SATF | 8.00 | 2.00 | 77% | 7.00 | 2.00 | 69% |
| SVSP | 2.00 | 1.00 | 26% | 6.00 | 1.00 | 61% |

*Table 6: Type of Hire for Those Institutions Receiving Pay Differential*

| Institutions with Pay Differential | Number of Hires Since Pay Differential | Current Employee | External |
|---|---|---|---|
| ASP | 0 | n/a | n/a |
| CMF | 1 | 1 | 0 |
| COR | 0 | n/a | n/a |
| KVSP | 1 | 1 | 0 |
| LAC | 1 | 1 | 0 |
| MCSP | 2 | 1 | 1 |
| NKSP | 0 | n/a | n/a |
| PVSP | 0 | n/a | 0 |
| RJD | 2 | 0 | 2 |
| SAC | 1 | 1 | 0 |
| SATF | 0 | n/a | n/a |
| SVSP | 4 | 4 | 0 |
| Grand Total: | 12 | 9 | 3 |

As a cumulative result of these recruitment efforts, CCHCS hired 13 new PCPs during this reporting period. However, in that same time period, CCHCS had nine PCPs leave positions. Refer to Table 7: Types of PCP Separations, for a complete accounting of separations.

Table 7: Types of PCP Separations

| Separation Type | Count |
|---|---|
| Resignation | 3 |
| Promotion | 5 |
| Retirement | 1 |
| Grand Total: | 9 |

This data indicates that while CCHCS has improved its ability to recruit and hire PCPs, retention continues to impact our ability to maintain fill rates.

Workforce Development is continuing with various recruitment strategies to support hiring. CCHCS' present and future recruitment efforts for nursing and primary care provider classifications include the following:

<u>Additional Appointments</u> – CCHCS continues in Human Resources' offering of opportunities for clinicians in the P&S classification currently employed with the state of California to work additional positions at institutions beyond their current primary assignment.  As of the filing of the previous Tri-Annual Report, three physicians were providing additional support through these additional appointments. However, as of the filing of this report, only one of these physicians was still providing services through the additional appointment process.

<u>Centralized Hiring Efforts</u> – Workforce Development continued with its centralized hiring program designed to quickly and efficiently fill P&S, NP, and PA positions by ushering candidates through the recruiting and hiring process with a principal point of contact from initial application through first date of hire.  This allows the program to more efficiently recruit and hire for vacant positions at multiple levels simultaneously.  Since the date of the last report, the Centralized Hiring Program has conducted 42 interviews of external P&S and NP/PA candidates and hired 11 P&S and two NP candidates into State service, with an additional 17 P&S and two NP offers of employment pending final offer.  Refer to Table 8: Recruitment Source of Pending Final Offers and Hires, for the recruitment sources for the Centralized Hiring Program's P&S and NP/PA candidates.

Table 8: Recruitment Source of Pending Final Offers and Hires

| Recruitment Source | Candidates with Pending Final Offers | | Hired Candidates | |
|---|---|---|---|---|
| | P&S | NP/PA | P&S | NP/PA |
| Advertising | 17 | 2 | 9 | 2 |
| Conference | 0 | 0 | 1 | 0 |
| Referral | 0 | 0 | 1 | 0 |
| Grand Total: | 17 | 2 | 11 | 2 |

<u>Recruitment of Medical Residents</u> – In conjunction with current P&S recruiting efforts, and to proactively provide a pathway for new physicians to view correctional medicine as a viable career option, Workforce Development continues to place targeted print and digital advertisements to recruit medical residents.  Workforce Development will be partnering with CCHCS' Educational Partnerships' Program to engage with medical students at University of California, Irvine and University of California, Riverside this fall. In addition to general information about correctional medicine and future career opportunities, both schools may be interested in developing externships at key CDCR locations.

Of the two residents who were engaged with CCHCS as of the filing of the previous Tri-Annual Report, the CHCF candidate withdrew and the SQ candidate had a proposed start date of September 1, 2017.  Additionally, there is a new resident candidate for CTF that will be ready for hire in December 2017.

<u>Visa Sponsorship Program</u> – The Visa Sponsorship program provides opportunities for CCHCS to recruit and hire international clinicians who have been trained in the United States and wish to remain and practice in this country.  CCHCS is a cap exempt employer, which allows the Department to sponsor H-1B nonimmigrant visas year round.  This provides targeted recruitment opportunities to hire clinicians working for other United States employers and clinician-students who are in the United States completing their education.  Additionally, CCHCS also sponsors J-1 Waivers, TN, National Interest Waivers, and petitions leading to permanent resident status.

Currently, CCHCS sponsors 17 employees in the Visa Sponsorship Program at five different institutions and one HQ program.  The process is typically dominated by mental health classifications due to the national shortage of mental health care providers.  The one P&S that CCHCS sponsors is servicing SATF.  However, to continue and expand this program within the confines limited by the federal system, CCHCS includes language promoting Visa Sponsorship in all advertising for the P&S and NP/PA classifications and targeted recruitment of medical residents.  Refer to Charts 1 and 2 for a summary by classification and location.



*Chart 1. Visa by Classifications*



*Chart 2. Visa by Location*

<u>Educational Programs Within Our Institutions</u> – As of this reporting period, CCHCS has 59 active educational rotation programs within 16 locations (15 institutions and Central Fill Pharmacy). Workforce Development is working directly with the medical program to develop and implement statewide standards for our health care student rotations in order to improve ease of access to institutional clinics and improve consistency for students and institutional leadership.  This will then be used as the model for other programs moving forward. As a component of this, Workforce Development is developing processes to maintain contact with these students as they continue with their education and convert them to employees upon graduation and obtaining appropriate licensure. Refer to Table 9: Location of Education Programs for Medical and Nursing Programs, which depicts the 11 medical and nursing educational rotation programs and where they are located.

*Table 9: Location of Education Programs for Medical and Nursing Programs*

| Medical Program | Location | Number of Programs |
|---|---|---|
| **Physician and Surgeon** | | **7** |
| | CIM | 1 |
| | CIW | 1 |
| | CRC | 1 |
| | LAC | 1 |
| | MCSP | 1 |
| | RJD | 1 |
| | SQ | 1 |
| **Nurse Practitioner** | | **2** |
| | RJD | 1 |
| | SQ | 1 |
| **Total** | | **9** |
| Nursing Program | Location | Number of Programs |
| **Supervising Registered Nurse** | | **1** |
| | KVSP | 1 |
| **Registered Nurse** | | **1** |
| | RJD | 1 |
| **Total** | | **2** |
| **Grand Total:** | | **11** |

<u>Exit Survey and Interview</u> – The CCHCS exit survey and exit interview process was implemented statewide on May 2, 2017.  The survey measures organizational issues most commonly recognized to influence job satisfaction. The process was expanded to include an exit interview. This will allow complete engagement with staff as they leave CCHCS to begin to determine the reasons why turnover continues to be a primary concern for maintaining fill rates within CCHCS in addition to positive aspects of working for CCHCS. The quantitative assessment of these factors will better position CCHCS to address organizational issues and will inform future recruitment messaging.  As of this date, 139 employees have completed the exit survey and three employees have completed the exit interview.  CCHCS is implementing a strategy to increase participation through a robust Employee Exit process that ensures engagement with employees during the last two weeks of their employment and continual support at the leadership level.  Additional focus is placed on exit interviews for the P&S, NP, PA, and Psychiatrist classifications.  Exit interviews for these classifications are conducted directly by Human Resources to help ensure critical data points are gathered and assist in detection of potential retention issues.

<u>Military Outreach</u> – In an effort to promote CCHCS as an employer of choice to current military health care professionals and those working or seeking employment with federal agencies, including the Department of Veterans Affairs, Workforce Development has continued their recruitment advertising to this audience.  These efforts include print and digital presence via

AMSUS – The Society of Federal Health Professionals' bi-monthly journal *Military Medicine*, Military Officers Association of America's monthly journal *Military Officer*, and the official journal of the Uniformed Services Academy of Family Physicians *Uniformed Family Physician*. Additionally, CCHCS will be exhibiting at AMSUS' annual meeting in Baltimore, Maryland, November 26 – 29, 2017. This event draws over 1,000 attendees comprised of federal, public, and private sector health care professionals. Future efforts will include leveraging the military relationships that many of CCHCS' current physicians have with their respective branches of service.

These combined efforts (e.g., Visa Sponsorship Program, outreach advertisement, educational programs, centralized hiring) will help ensure that CCHCS has a consistent pipeline of quality physician and nursing candidates to fill vacancies as they arise and enhance CCHCS' image as a competitive employer of choice.

For additional details related to vacancies and retention, refer to the Human Resources Recruitment and Retention Reports for May through August 2017. These reports are included as Appendix 1. Included within each Human Resources Recruitment and Retention Report are maps which summarize the following information by institution: Executive Leadership Filled Percentage and Turnover Rate, Clinical and Nursing Management Filled and Turnover Rate, Primary Care Providers Filled Percentage and Turnover Rate, Nursing Filled Percentage and Turnover Rate, and Pharmacy Filled Percentage and Turnover Rate.

## C. Coordination with Other Lawsuits

Meetings between the three federal courts, *Plata, Coleman,* and *Armstrong* (Coordination Group) class actions have occurred periodically. A Coordination Group meeting was held on June 6, 2017.

## D. Master Contract Waiver Reporting

On June 4, 2007, the Court approved the Receiver's Application for a more streamlined, substitute contracting process in lieu of State laws that normally govern State contracts. The substitute contracting process applies to specified project areas identified in the June 4, 2007, Order and in addition to those project areas identified in supplemental orders issued since that date. The approved project areas, the substitute bidding procedures, and the Receiver's corresponding reporting obligations are summarized in the Receiver's Seventh Quarterly Report and are fully articulated in the Court's Orders, and therefore, the Receiver will not reiterate those details here.

During this reporting period, the Receiver has not used the substitute contracting process for any solicitations relating to services to assist the Office of the Receiver in the development and delivery of constitutional care within CDCR and its prisons.

**E.  Consultant Staff Engaged by the Receiver**

The Receiver has not engaged any consultant staff during this reporting period.

**F.  Accounting of Expenditures**

(i)      Expenses

The total net operating and capital expenses of the Office of the Receiver for the year ending in June 2017 was $1,376,559 and $0.00 respectively.  A balance sheet and statement of activity and brief discussion and analysis is attached as Appendix 2.

For the two months ending August 31, 2017, the net operating and capital expenses were $222,706 and $0.00 respectively.

(ii)     Revenues

For the months of May and June 2017, the Receiver requested transfers of $270,000 from the State to the California Prison Health Care Receivership Corporation to replenish the operating fund of the office of the Receiver.  Total year to date funding for the FY 2016–17 to the California Prison Health Care Receivership Corporation from the State of California is $1,395,000.

For the two months July and August 2017, the Receiver requested transfers of $175,000 from the State to the California Prison Health Care Receivership Corporation to replenish the operating fund of the office of the Receiver.

All funds were received in a timely manner.