# TABLE OF APPENDICES

1	Human Resources Recruitment and Retention Reports – May through August 2017

2	CPR Financial Statements – May through August 2017