UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

In accordance with this court's September 28, 2017 order, ECF No. 5699, and defendants' Notice of Consent, filed September 29, 2017, ECF No. 5701, IT IS HEREBY ORDERED that:

Defendants' September 13, 2017 request to seal Exhibits 2 and 7 to the Declaration of N. Weber filed September 13, 2017 (Weber Declaration), ECF No. 5681, is granted in part as follows:

Exhibit 2: pages Exhibit 2 - 043, 044, 045, 047, 048, 049, 051, and 052, and Exhibits F and G to the July 6, 2017 letter from plaintiffs' counsel to Mr. Weber and Special Master Lopes;

Exhibit 7: all of the Inpatient Psychiatric Aging Reports contained within that exhibit.

The Clerk of the Court shall file the remainder of Exhibits 2 and 7 in the public record.

DATED: October 4, 2017.

UNITED STATES DISTRICT JUDGE

1