Gregg McLean Adam, Bar No. 203436
   gregg@majlabor.com
D. Paul Bird II, Bar No. 202066
   paul@majlabor.com
Jill M. Menning, Bar No. 305432
   jill@majlabor.com
**MESSING ADAM & JASMINE LLP**
235 Montgomery St., Suite 828
San Francisco, California 94104
Telephone:    415.266.1800
Facsimile:    415.266.1128

Attorneys for CALIFORNIA CORRECTIONAL
PEACE OFFICERS' ASSOCIATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RALPH COLEMAN, *et al*.,<br><br>            Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., *et al.,*<br><br>            Defendants. | Case No. 2:90-CV-0520-KJM DB P<br><br>**NOTICE OF INTENTION TO REMAIN AS INTERVENOR** |

TO THE COURT AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that CALIFORNIA CORRECTIONAL PEACE OFFICERS' ASSOCIATION ("CCPOA") intends to remain as Intervenor in the above-entitled action.

PLEASE ALSO TAKE NOTICE that the attorneys representing CCPOA at Messing Adam & Jasmine are Gregg McLean Adam, D. Paul Bird II, and Jill M. Menning, and the attorney in the Legal Department at CCPOA is David A. Sanders.

1  Attorneys who no longer represent CCPOA and who should be removed from the docket
2  are Christine Albertine, Natalie Leonard, Jennifer Spencer Stoughton, Amber Lynn West,
3  Benjamin Sybesma, and Ronald Yank.

Dated: October 5, 2017            MESSING ADAM & JASMINE LLP


By     /s/ D. Paul Bird II
       Gregg McLean Adam
       D. Paul Bird II
       Jill M. Menning
       Attorneys for CALIFORNIA CORRECTIONAL
       PEACE OFFICERS' ASSOCIATION