ROY W. WESLEY
Inspector General
JAMES C. SPURLING, State Bar No. 109432
Chief Counsel
SHAUN R. SPILLANE, State Bar No. 258604
Attorney
10111 Old Placerville Road, Suite 110
Sacramento, CA 95827
Telephone: (916) 255-1102
Fax: (916) 255-1403
Email: spurlingj@oig.ca.gov

Attorneys for Non-Party California Office of the Inspector General

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, JR. et al.,**<br>Defendants. | Case No.: 2:90-CV-0520-KJM DB P<br><br>**NOTICE OF INTENTION TO REMAIN AN INTERESTED PARTY** |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that non-party California Office of the Inspector General (OIG) wishes to remain an "interested party" in the above-entitled action.

PLEASE TAKE FURTHER NOTICE that the attorneys representing the OIG are James C. Spurling and Shaun R. Spillane.

Attorneys who no longer represent the OIG and should be removed from the docket are Barbara L. Sheldon and Tamara M. Colson.

DATED: October 12, 2017

Respectfully submitted,
ROY W. WESLEY
Inspector General

_____
JAMES C. SPURLING, Attorney for Non-Party
California Office of the Inspector General