XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5553
  Fax:  (415) 703-1234
  E-mail:  Chad.Stegeman@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB |
| Plaintiffs, | **NOTICE OF DEFENDANTS CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS' AND DEPARTMENT OF STATE HOSPITALS' REQUEST TO SEAL DOCUMENTS** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

## INTRODUCTION

On May 23, 2007, this Court ordered Defendants to file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care. (ECF No. 2236.)  The report must include a complete list of all class members currently waiting for transfer to any level of inmates from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care.  On July 1, 2017, Defendant California Department of Corrections and Rehabilitation (CDCR) took over the operation of the Department of State Hospitals' (DSH) psychiatric programs encompassed within CDCR prisons.  Consequently, both DSH and CDCR provide bed utilization reports under the May 23, 2007 order.  The information contained within the reports include identifying patient information, which is sensitive, private, confidential, and subject to a protective order entered in this action on January 12, 2007.  (Protective Order, ECF No. 2109.)

## NOTICE

Notice is hereby given under Local Rule 141(b) that DSH and CDCR are filing the attached documents in compliance with the Court's May 23, 2007 Order under seal and shall file the documents via e-mail with the Court and serve copies upon the parties.

Dated:  October 16, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

*/s/ Chad A. Stegeman*
CHAD A. STEGEMAN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

# CERTIFICATE OF SERVICE

Case Name:   *Coleman v. Brown, et al.*          No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on October 16, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF DEFENDANTS CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS' AND DEPARTMENT OF STATE HOSPITALS' REQUEST TO SEAL DOCUMENTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 16, 2017, at San Francisco, California.

| G. Garcia | */s/ G. Garcia* |
|---|---|
| Declarant | Signature |

CF1997CS0003
AG Cert of Service CMECF No Paper Filers.docx