XAVIER BECERRA
ATTORNEY GENERAL
WILLIAM C. KWONG
ACTING SENIOR ASSISTANT ATTORNEY GENERAL
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA 94102
  Telephone:  (415) 703-5826
  Fax:  (415) 703-5843
  E-mail:  Chad.Stegeman@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' CENSUS AND WAITLIST REPORTS FOR INPATIENT MENTAL HEALTH CARE** |

1

Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) file the attached reports capturing data concerning patient census and waitlists for inpatient mental health care in compliance with the Court's October 13, 2015 order.  (ECF No. 5367.)[1]  Specifically, a letter from Defendants CDCR and DSH is attached enclosing the following census and inpatient reports, as modified under the April 19, 2017 order (ECF No. 5610):  (1) DSH *Coleman* Patient Census and Waitlist Report (Exhibit A); (2) CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report (Exhibit B); (3) CDCR Mental Health Crisis Bed Patient Census and Waitlist Report (Exhibit C); (4) Psychiatric Inpatient Programs Census Report (Exhibit D); (5) CDCR Inpatient Programs Timelines Compliance Report (Exhibit E); and (6) DSH Psychiatric Inpatient Timelines Compliance Report (Exhibit F).

On June 13, 2017, under the stipulation and order entered on June 8, 2017 (ECF No. 5631), Defendants provided the templates for reporting the inmates transferred beyond Program Guide timeframes and the currently available data supporting any claimed exceptions.  Also under the June 8, 2017 stipulation and order, the parties continue to analyze and discuss Defendants' claimed exceptions to the Program Guide timeframes.

Significantly, no patients have waited beyond Program Guide timelines from September 13, 2017, to the time of this filing, that are not subject to an exception.[2]  Thus, Defendants are

---

[1] The templates for the monthly census and waitlists reports have been modified twice since the October 13, 2015 order.  The first modification occurred on June 24, 2016, when the Court approved and ordered a stipulation by the parties modifying the initial templates for the monthly inpatient reports.  (ECF No. 5458.)  The second modification occurred on April 19, 2017, when the Court approved the monthly census and inpatient waitlists report templates submitted to the Court on March 15, 2017 (ECF No. 5577), subject to further modifications. (ECF No. 5610.)  Specifically, the Court ordered Defendants to include in the monthly report (1) the total number of inmate-patients, if any, who waited beyond Program Guide timelines for transfer to an acute inpatient mental health care program; (2) the total number of inmate-inpatients, if any, who waited beyond Program Guide timelines for transfer to an Intermediate Care Facility mental health care program; (3) the number of days each inmate-patient waited beyond Program Guide timelines; and (4) the total number of inmate-patient wait days for the month (category (1) plus category (2) plus category (3)).  (ECF No. 5610 at 10.)

[2] While Exhibit B notes that on September 25, 2017, two acute referrals were over timelines, exceptions applied to one inmate admitted in September (*see* Exhibit E) and another inmate who was admitted in October.  Admissions in October will be reported in next month's compliance report.

1  currently at a one-hundred percent compliance rate for transfers within timeframes, and have been

2  since September 13, 2017.  Defendants have also implemented efforts to further manage transfers

3  in the future.  For instance, they have taken further steps to ensure best management of the beds,

4  including implementation of the new Electronic Health Records System.  They have created

5  Intermediate Care Facility vacancies at the California Health Care Facility's Psychiatric Inpatient

6  Program by filling dorms in other CDCR and DSH facilities and the L-1 beds at the California

7  Medical Facility, which will allow CDCR to convert an entire Intermediate Care Facility unit to

8  an Acute Care Program.  CDCR has also purchased more than 20 new transport vehicles to ensure

9  discharged patients can move more quickly and free up additional space.

10       The census for *Coleman* class members in DSH facilities also continues to climb.  (*See*

11  Exhibit A.)  As of October 12, 2017, there were 224 *Coleman* class members at DSH-Atascadero

12  with 2 beds on hold,[3] 50 class members at DSH-Coalinga with zero beds on hold, because it is at

13  full capacity, and 11 class members at DSH-Patton, with zero beds on hold.  No patients have

14  been waiting beyond Program Guide timelines for transfer to DSH facilities.

15       Despite the significant increase in inpatient referrals over the last several months—inpatient

16  referrals increased from 232 in July to 441 in August and 388 in September—Defendants'

17  compliance reports (Exhibits E and F) show that the vast majority of inmate-patients (90 percent

18  of non-rescinded referrals) have been transferred within Program Guide timelines.[4]  And as noted

19  above, since September 13, 2017, no *Coleman* class member has exceeded the Program Guide

20  timeline for transfer to inpatient care, other than inmates that fell within an exception.

21       Finally, the DSH compliance report attached as Exhibit F shows that there were no DSH

22  inmate-patients transferred between levels of care at DSH-Atascadero, DSH-Coalinga, and DSH-

23  Patton.

24

25

26       [3] The *Coleman* census at DSH-Atascadero stood at 179 patients on May 22, 2017.  (ECF No. 5636 at 6.)

27       [4] Out of the 1,471 non-rescinded referrals to inpatient care from May to September 2017, 1,319 (90 percent) were admitted within Program Guide timelines or constituted exceptions to the timeframes.  This timeframe typically reflects a significant spike in demand for inpatient care.

28

1

2   Dated:  October 16, 2017                    Respectfully submitted,

3                                              XAVIER BECERRA
    Attorney General of California
    DANIELLE F. O'BANNON
4   Supervising Deputy Attorney General

5   _/s/ Chad A. Stegeman_
    CHAD A. STEGEMAN
6   Deputy Attorney General
    _Attorneys for Defendants_

7

    CF1997CS0003
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



October 16, 2017

Danielle F. O'Bannon, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     DEFENDANTS' MONTHLY CENSUS AND WAITLISTS REPORTS FOR
        INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) submit their monthly information on patient census and waitlists for inpatient mental health care.

The DSH *Coleman* Patient Census and Waitlist Report, attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, attached as Exhibit F, are based on data from the DSH Bed Utilization Management report.  The following is the current census for the DSH inpatient units as of October 12, 2017: 224 for DSH-Atascadero with 2 beds on hold, 50 for DSH-Coalinga with zero beds on hold because it is at full capacity, and 11 at DSH-Patton, with zero beds on hold.  No patients have been waiting beyond Program Guide timelines for transfer to DSH facilities.

The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report (Exhibit B), the CDCR Mental Health Crisis Bed Patient Census and Waitlist Report (Exhibit C), Defendants' Psychiatric Inpatient Programs Census Report (Exhibit D), and CDCR's Psychiatric Inpatient Timelines Compliance Report is (Exhibit E), are generated using data from CDCR's tracking software, the Referrals to Inpatient Programs Application (RIPA).

The reports attached as Exhibits A through D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of the reports.  The reports attached as Exhibits E and F are compliance reports from CDCR and DSH, both of which include requested compliance data for all referrals to inpatient care for the month of September 2017, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.  From September 13, 2017, until the date of this letter, no inmate patients have waited beyond Program Guide timelines where no exception applies.  And to ensure there is no confusion, while Exhibit B shows that on September 25, 2017, two acute referrals were over timelines, exceptions applied to one inmate admitted in September (*see* Exhibit E) and to another inmate who was admitted in October.  Admissions in October will be reported in next month's compliance report.

October 16, 2017
Page Two

      As described in last months' filing, CDCR continues to communicate with Psychiatric Inpatient Program Executive Directors to discuss barriers to timely admissions and to develop strategies to resolve those issues.  CDCR also continues to develop an automated real time report to better monitor the number of patients approaching transfer timeframes.  The automated report will help to assess issues in timely placing inmates into inpatient beds.  CDCR is also conducting daily reviews of inpatient referral timelines, including the total days the inmate-patients have been waiting for transfer, to help avoid untimely transfers.  Defendants are reporting all of these efforts in detail in frequent workgroups with the Special Master and Plaintiffs.

Sincerely,

/s/ Katherine Tebrock                    _/s/ Pam Ahlin_
KATHERINE TEBROCK                PAM AHLIN
Deputy Director                            Director
Statewide Mental Health Program    Department of State Hospitals

# Exhibit A

State of California
**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

EDMUND G. BROWN JR., Governor

## DSH CDCR Patient Census and Waitlist Report
Data as of: 9/25/17

### Acute Care Patients

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Incomplete Referrals | Waitlist | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Referrals Pending Review | Accepted Referrals | |
| | | | | | | | | | CDCR Direct[4] | DSH Internal[5] | |
| Patton[6] | - | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 3 |
| Total | - | 0 | 2 | 0 | 0 | 0 | 0 | 1 | 2 | 0 | 3 |

(Includes 0 Waiting >10 Days)

### Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Incomplete Referrals | Waitlist | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Referrals Pending Review | Accepted Referrals | |
| | | | | | | | | | CDCR Direct[4] | DSH Internal[5] | |
| Atascadero | 256 | 219 | 3 | 0 | 0 | 34 | 12 | 0 | 5 | 0 | 17 |
| Coalinga | 50 | 48 | 0 | 0 | 0 | 2 | | | | | |
| Total | 306 | 267 | 3 | 0 | 0 | 36 | 12 | 0 | 5 | 0 | 17 |

(Includes 0 Waiting >30 Days)

### Intermediate Care Low Custody - Unlocked Dorms - Female

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Incomplete Referrals | Waitlist | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Referrals Pending Review | Accepted Referrals | |
| | | | | | | | | | CDCR Direct[4] | DSH Internal[5] | |
| Patton[6] | 30 | 9 | 0 | 0 | 0 | 19 | 0 | 0 | 0 | 0 | 0 |
| Total | 30 | 9 | 0 | 0 | 0 | 19 | 0 | 0 | 0 | 0 | 0 |

(Includes 0 Waiting >30 Days)

[1] Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH.
[2] Redlined beds are temporarily unavailable due to repairs.
[3] Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.
[4] Includes CDCR patients that are waiting for transfer to DSH for inpatient treatment.
[5] Includes CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.
[6] Beds at DSH-P are for female patients only.

Source: BUMMs

# Exhibit B

# CDCR Psychiatric Inpatient Programs (PIP)
## Coleman Patient Census and Waitlist Report as of September 25, 2017

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined[1] | Medical Isolation Rooms[2] | Available Beds | Pending Referrals[3] | Accepted Referrals[4] | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 184 | 166 | 12 |  | 7 | -1 |  |  |  |  |  |
| California Medical Facility (CMF) | 218 | 213 | 3 | 2 | 0 | 0 |  |  |  |  |  |
| Total | 402 | 379 | 15 | 2 | 7 | -1 | 31 | 12 | 43 | 2 | 0 |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 75 | 4 | 0 | 0 | 5 |  |  |  |  |  |
| Total | 84 | 75 | 4 | 0 | 0 | 5 | 4 | 0 | 4 |  | 0 |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 330 | 215 | 2 | 3 | 11 | 99 |  |  |  |  |  |
| CMF Multi Cell | 70 | 59 | 8 | 0 | 0 | 3 |  |  |  |  |  |
| CMF Single Cell | 94 | 79 | 2 | 1 | 0 | 12 |  |  |  |  |  |
| Salinas Valley State Prison (SVSP) Multi Cell | 44 | 32 | 5 | 0 | 0 | 7 |  |  |  |  |  |
| SVSP Single Cell | 202 | 196 | 1 | 0 | 0 | 5 |  |  |  |  |  |
| Total | 740 | 581 | 18 | 4 | 11 | 126 | 17 | 4 | 21 |  | 0 |

| MALE CONDEMNED PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 40 | 34 | 0 | 0 | 0 | 6 |  |  |  |  |  |
| Total | 40 | 34 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 42 | 0 | 0 | 0 | 3 |  |  |  |  |  |
| Total | 45 | 42 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTALS - ALL PIPs | 1311 | 1111 | 37 | 6 | 18 | 139 | 52 | 16 | 68 | 2 | 0 |

1 Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

2 Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

3 Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

4 Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

5 Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

Data Source: RIPA

CCHCS, Health Care Placement Oversight Program

# Exhibit C

## CDCR Mental Health Crisis Bed
### *Coleman* Patient Census and Waitlist Report as of
### September 25, 2017

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 427 | 385 | 9 | 33 | 54 | 31 | 23 |
| Female Programs | 22 | 18 | 0 | 4 | 10 | 0 | 5 |
| Totals | 449 | 403 | 9 | 37 | 64 | 31 | 28 |

# Exhibit D

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 09/25/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 218 | No Score: | 6 |
| | | Level I: | 9 |
| | | Level II: | 70 |
| | | Level III: | 33 |
| | | Level IV | 95 |
| | | **Total Census:** | **213** |
| PIP-Stockton | 184 | No Score: | 17 |
| | | Level I: | 10 |
| | | Level II: | 36 |
| | | Level III: | 17 |
| | | Level IV | 86 |
| | | **Total Census:** | **166** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| **Totals for Male Acute** | **402** | | **379** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 330 | No Score: | 9 |
| | | Level I: | 7 |
| | | Level II: | 42 |
| | | Level III: | 36 |
| | | Level IV | 121 |
| | | **Total Census:** | **215** |
| | | *Total out of LRH:* | *112* |
| PIP-Vacaville | 94 | No Score: | 2 |
| | | Level I: | 3 |
| | | Level II: | 13 |
| | | Level III: | 20 |
| | | Level IV | 41 |
| | | **Total Census:** | **79** |
| | | *Total out of LRH:* | *48* |
| PIP-Vacaville Multi-person Cells | 70 | No Score: | 3 |
| | | Level I: | 3 |
| | | Level II: | 9 |
| | | Level III: | 10 |
| | | Level IV | 34 |
| | | **Total Census:** | **59** |
| | | *Total out of LRH:* | *15* |
| PIP-Salinas Valley | 202 | No Score: | 0 |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 09/25/2017**

| | | | |
|---|---|---|---|
| | | Level I: | 1 |
| | | Level II: | 23 |
| | | Level III: | 37 |
| | | Level IV | 128 |
| | | PC 1370: | 4 |
| | | WIC 7301: | 3 |
| | | **Total Census:** | **196** |
| | | *Total out of LRH:* | *129* |
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 1 |
| | | Level I: | 0 |
| | | Level II: | 3 |
| | | Level III: | 9 |
| | | Level IV | 19 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **32** |
| | | *Total out of LRH:* | *8* |
| **Totals for Male ICF High Custody** | **740** | | **581** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 3 |
| | | Level I: | 5 |
| | | Level II: | 20 |
| | | Level III: | 15 |
| | | Level IV | 32 |
| | | **Total Census:** | **75** |
| | | *Total out of LRH:* | *12* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 15 |
| | | Level II: | 116 |
| | | Level III: | 43 |
| | | Level IV | 45 |
| | | **Total Census:** | **219** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 20 |
| | | Level III: | 12 |
| | | Level IV | 14 |
| | | **Total Census:** | **48** |
| **Totals for Male ICF Low Custody** | **390** | | **342** |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 09/25/2017**

| Male Condemned Program | | | |
|---|---|---|---|
| PIP-San Quentin | 40 | **Total Census:** | **34** |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 9 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **9** |
| PIP-California Institution for Women | 45 | No Score: | 9 |
| | | Level I: | 2 |
| | | Level II: | 2 |
| | | Level III: | 5 |
| | | Level IV | 24 |
| | | **Total Census:** | **42** |
| | | *Total out of LRH:* | *5* |
| **Totals for Female ICF/Acute** | **75** | | **51** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1647** | | **1387** |

❖ **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Programs:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

**Exhibit E**

**CDCR INPATIENT PROGRAM REFERRALS:**
**COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS**
**ADMITTED OR CLOSED IN SEPTEMBER 2017**

| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
|---|---|---|---|---|---|---|---|
| Intermediate (ICF) | 201 | 190 | 1 | 10 | 1 | 0 | 0 |
| Acute (APP) | 189 | 172 | 11 | 6 | 3 | 8 | 84 |
| TOTALS | 390 | 362 | 12 | 16 | 4 | 8 | 84 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).

[2] Exceptions to the Program Guide timeframes in this report include: level of care changes; and those referred that are on out-to-court status, out-to-hospital status, and/or on medical or Vitek holds.

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring Level of Care | OFP Referral Date | Date Referral Received Complete by MH HIU (Treatment Referral Start) | Date Referral Sent to HCPOP | HCPOP UM Determination Date | HCPOP UM Determination | HCPOP Endorsement By | HCPOP Endorsement to Rx Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Acceptance Transfer (Clinical Parked) Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Comments for DELAY / EXCEPTION | Referral Status | Days from Referral to MH Admission | Within Program Guide Timeframe? | Days over Program Guide Timeframe |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | CCWF | ▓ | ▓ | MHCB | 08/09/2017 | 08/30/2017 | 08/30/2017 | 08/11/2017 | Acute / preliminary Single Cell | Female APP CIW | 08/11/2017 13:27:00 | Female APP PSH, Female APP CIW | 09/06/2017 10:48:00 | Female APP CIW | 09/06/2017 | | Female APP CIW | 09/07/2017 13:16:00 | DELAY: Bed Availability | Admitted | 28 | N | 18 |
| APP | CCWF | ▓ | ▓ | MHCB | 08/10/2017 | 08/11/2017 | 08/11/2017 | 08/11/2017 | Acute / preliminary Single Cell | Female APP CIW | 08/11/2017 12:30:00 | Female APP CIW | 09/07/2017 11:06:00 | Female APP CIW | 09/07/2017 | | Female APP CIW | 09/08/2017 13:11:00 | DELAY: Bed Availability | Admitted | 28 | N | 18 |
| APP | CCWF | ▓ | ▓ | EOP-HC | 08/09/2017 | 08/30/2017 | 08/30/2017 | 08/11/2017 | Acute / preliminary Unlocked Dorms | Female APP CIW | 08/11/2017 13:27:00 | Female APP CIW | 09/06/2017 10:48:00 | Female APP CIW | 09/06/2017 | | Female APP CIW | 09/07/2017 13:30:00 | DELAY: Bed Availability From 8/11/17 to 8/16/17, DSH and CDCR were discussing housing concerns. 8/16/17 – CDCR rescinded the referral to PSH and requested reendorsement to CIW PIP. | Admitted | 28 | N | 18 |
| APP | CCWF | ▓ | ▓ | MHCB | 08/16/2017 | 08/17/2017 | 08/17/2017 | 08/17/2017 | Acute / preliminary Single Cell | Female APP CIW | 08/17/2017 13:35:00 | Female APP CIW | 09/07/2017 10:17:00 | Female APP CIW | 09/07/2017 | | Female APP CIW | 09/08/2017 13:11:00 | DELAY: Bed Availability | Admitted | 22 | N | 12 |
| APP | CCWF | ▓ | ▓ | MHCB | 08/23/2017 | 08/25/2017 | 08/25/2017 | 08/25/2017 | Acute / preliminary Single Cell | Female APP CIW | 08/25/2017 10:32:00 | Female APP CIW | 09/06/2017 14:37:00 | Female APP CIW | 09/11/2017 | | Female APP CIW | 09/12/2017 14:38:00 | DELAY: Bed Availability | Admitted | 18 | N | 8 |
| APP | CMF | ▓ | ▓ | MHCB | 08/24/2017 | 08/23/2017 | 08/23/2017 | 08/23/2017 | Acute / preliminary Multi Person Cell | APP VPP | 08/23/2017 10:03:00 | APP VPP | 08/29/2017 14:14:00 | APP VPP | 09/07/2017 | | APP VPP | 09/08/2017 11:32:00 | DELAY: Bed Availability and Acceptance | Admitted | 16 | N | 6 |
| APP | CHCF | ▓ | ▓ | MHCB | 08/21/2017 | 08/23/2017 | 08/23/2017 | 08/24/2017 | Acute / preliminary Single Cell | APP VPP | 08/24/2017 13:56:00 | APP CHCF | 08/31/2017 11:34:00 | APP CHCF | 09/01/2017 | | APP CHCF | 09/04/2017 11:10:00 | DELAY: Bed Availability | Admitted | 13 | N | 3 |
| APP | CHCF | ▓ | ▓ | MHCB | 08/11/2017 | 08/25/2017 | 08/25/2017 | 08/25/2017 | Acute / preliminary Single Cell | APP CHCF | 08/25/2017 14:45:00 | APP CHCF | 09/01/2017 15:37:00 | APP CHCF | 09/05/2017 | | APP CHCF | 09/06/2017 16:32:00 | DELAY: Bed Availability | Admitted | 11 | N | 1 |
| APP | CMF | ▓ | ▓ | MHCB | 09/01/2017 | 09/11/2017 | 09/11/2017 | 09/11/2017 | Acute / preliminary Single Cell | APP VPP | 09/11/2017 12:43:00 | APP VPP | 09/15/2017 11:48:00 | APP VPP | 09/15/2017 | | APP VPP | 09/16/2017 06:00 | EXCEPTION: CPS and Week Hold Per CDCR, CIW 9/16/17 to 9/19/17. 9/20/17 - patient refused to transfer and a Week hearing was scheduled for 9/25/17. 9/25/17 - the Week was held and results were posted. | Admitted | 15 | N | 5 |
| APP | CIW | ▓ | ▓ | MHCB | 08/25/2017 | 08/28/2017 | 08/28/2017 | 08/28/2017 | Acute / preliminary Single Cell | Female APP CIW | 08/28/2017 12:23:00 | Female APP CIW | 09/08/2017 14:02:00 | Female ICF CIW | 09/06/2017 | | Female ICF CIW | 09/11/2017 13:43:00 | EXCEPTION: Level of Care Change 9/8/17 - Program accepted patient for ICF level of care not APP. 9/11/17 - Patient arrived within 30 day timeframe for ICF level of care. 9/7/17 - CHCF staff notified HIU that the patient rescinded his consent to transfer to the PIP and a due process hearing was scheduled for 9/12/17. 9/12/17 - the Week was held and results were posted. | Admitted | 14 | N | 4 |
| APP | SVSP | ▓ | ▓ | MHCB | 08/30/2017 | 09/01/2017 | 09/01/2017 | 09/01/2017 | Acute / preliminary Multi Person Cell | APP VPP | 09/01/2017 08:47:00 | APP VPP | 09/07/2017 11:51:00 | APP VPP | 09/07/2017 | | APP VPP | 09/13/2017 15:14:00 | | Admitted | 12 | N | 2 |
| | | | | | | | | | | | | | | | | | | | | **TOTAL DAYS OUT OF COMPLIANCE** | | | **88** |

DETAIL OF ICF REFERRALS OUT OF COMPLIANCE

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring Level of Care | RTC Referral Date | Date Referral Received/Correlate by MH (Time/Process Start) | Date Sent to HCPOP | HCPOP UHU Determination Date | HCPOP UHU Endorsement By | HCPOP UHU Determination | HCPOP Endorsement Rx Site | HCPOP Endorsement Location | HCPOP Endorsement Date | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Acceptance Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Comments to DELAY / EXCEPTION | Referral Status | Days from Referral to MH (RTC and MH Admit) | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | CMC | ███ | ███ | MHCB | 08/03/2017 | 08/09/2017 | 08/09/2017 | 08/10/2017 | ICF-High: DTO | Single Cell | 08/10/2017 13:00:00 | ICF-High: CMCF | 08/10/2017 13:00:00 | ICF-High: CMCF | 08/11/2017 | | ICF-High: DTO | 09/13/2017 15:35:39 | EXCEPTION: Out for Court. Per CDM3-DTO 8/17/17 to 9/8/17. | Admitted | 35 | N | 5 |

TOTAL REFERRALS OUT OF COMPLIANCE   0

Data Source: Referrals to Inpatient Programs Application (RIPA)

CDCR: Health Care Placement Oversight Program

# Exhibit F

State of California

EDMUND G. BROWN JR., Governor

# DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

## DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted September 1 through September 30, 2017 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transitions).

[3]Includes patients admitted in September 2017 who waited greater than 30 days from the DSH referral received date.

[4]Includes the total number of days patients admitted in September 2017 waited beyond 30 days from the DSH referral received date.

Source: BUMMs

State of California

EDMUND G. BROWN JR., Governor

# DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814



## DSH Psychiatric Inpatient Timelines Compliance Report
Patients Admitted September 1 through September 30, 2017 Who Waited Beyond Program Guide Timelines

### Patients Admitted to Intermediate Care

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - |
| Total Number of Patients Waiting Over 30 Days | 0 | Total Number of Days All Patients 0 | 0 | 0 | 0 | 0 | 0 | - |

2 of 2

Source: BUMMs