XAVIER BECERRA
Attorney General of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                     Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>                     Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**JOINT STATEMENT IDENTIFYING CURRENT PARTIES AND THEIR COUNSEL** |

On September 13, 2017, the Court ordered the parties to meet and confer and file a joint statement identifying all current plaintiffs and their counsel, and all current defendants, their title, and their counsel. (ECF No. 5676.) Under the court's directive, the parties have met and conferred and provide the following list of current parties and their counsel:

**A.    Plaintiffs.**

The current named plaintiff and class representative is Ralph Coleman.

1

Current class counsel are: Michael W. Bien, Jane E. Kahn, Ernest Galvan, Jeffrey L. Bornstein, Lisa Ells, Tom Nolan, Krista Stone-Manista, Jenny Yelin, Michael Nunez, Jessica Winter, Cara Trapani, Donald Specter, Steven Fama, Margot Mendelson, and Claudia Center.

**B.     Defendants.**

The current defendants are Edmund G. Brown. Jr., the Governor of the State of California; Michael Cohen, the Director of the Department of Finance of the State of California; Scott Kernan, the Secretary of the California Department of Corrections and Rehabilitation; and Pamela Ahlin, the Director of the Department of State Hospitals.

John Zil, M.D. was named as a defendant in his official capacity as the Chief of Psychiatric Services for the California Department of Corrections. That position no longer exists in the California Department of Corrections and Rehabilitation.

Nadim Khoury, M.D. was named as a defendant in his official capacity as the assistant Deputy Director for Medical Services. That position no longer exists in the California Department of Corrections and Rehabilitation.

All current defendants are represented by Xavier Becerra, the Attorney General of the State of California, through his deputies, Jay C. Russell, Danielle F. O'Bannon, Damon McClain, Elise Owens Thorn, Christine M. Ciccotti, Chad A. Stegeman, and Tyler V. Heath.

**C.     Disputed Parties.**

Plaintiffs contend that Federal Rule of Civil Procedure 25(d) requires substituting in as defendants those officials holding the positions most analogous to those that Defendants have identified as no longer in existence. Defendants do not agree that automatic substitution is required under Rule 25(d) where a position is no longer part of a government entity.

The parties are meeting and conferring in an attempt to resolve the dispute and will update the court accordingly.

Dated: October 20, 2017.                    Respectfully submitted,

ROSEN BIEN GALVAN &
GRUNFELD LLP

By: */s/ Jessica Winter*
JESSICA WINTER
*Attorneys for Plaintiffs*

Dated: October 20, 2017.                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
Joint Statement Identifying Parties and Counsel