IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　Plaintiffs,<br>　v.<br>EDMUND G. BROWN JR., et al.,<br>　　　Defendants. | Case No. 2:90-cv-0520 KJM DB P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>　　　Plaintiff,<br>　v.<br>EDMUND G. BROWN JR., et al.,<br>　　　Defendants. | Case No. 01-cv-01351-JST<br>**THREE-JUDGE COURT**<br>**ORDER TERMINATING INTERVENORS** |

On September 12, 2017, the court ordered the following:

> To ensure that the docket for this case is accurate, counsel for all remaining intervenors shall consult with their clients to determine (a) whether the individuals or entities listed on the court docket sheets wish to continue as intervenors in this case and (b) if so, whether any substitutions need to be made pursuant to Federal Rule of Civil Procedure 25(d). Intervenors who wish to remain in this case shall file a notice of intention to remain an intervenor on or before **October 12, 2017**. Any intervenor who does not timely file such notice will be terminated from this case with prejudice.

ECF No. 2971/5675.[1] The deadline has now passed, and only the California Correctional Peace

---

[1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Brown*, No. 01-cv-01351-JST (N.D. Cal.), and *Coleman v. Brown*, No. 2:90-cv-0520 KJM DB P (E.D. Cal.). This court includes the docket number of *Plata* first, then *Coleman*.

Officers' Association has filed a notice of intent to remain an intervenor. ECF No. 2978/5708. The California Office of the Inspector General also filed a notice of intent to remain an interested party. ECF No. 2980/5712.

Pursuant to the court's September 12, 2017 order, all other intervenors are now terminated from this case with prejudice.

**IT IS SO ORDERED.**

Dated: October 24, 2017

STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: October 24, 2017

KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: October 24, 2017

JON S. TIGAR
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA