XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
DANIELLE F. O'BANNON
MISHA D. IGRA
Supervising Deputy Attorneys General
KEVIN A. VOTH, State Bar No. 257227
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-1624
 Fax:  (415) 703-5843
 E-mail:  Kevin.Voth@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                              Defendants. | 2:90-cv-00520 KJM-DB<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br><br>Judge:   The Honorable Kimberly J. Mueller<br>Action Filed:  Aug. 23, 1990 |

**TO THE CLERK OF THE COURT AND ALL PARTIES HEREIN:**

PLEASE TAKE NOTICE that Defendants request that the Court add the following person as counsel for Defendants:

Kevin A. Voth, State Bar No. 257227
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-1624
Fax:  (415) 703-5843
E-mail:  Kevin.Voth@doj.ca.gov

1

Please add Kevin A. Voth to the Court's service list.

Dated:  November 1, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
DANIELLE F. O'BANNON
MISHA D. IGRA
Supervising Deputy Attorneys General

 */s/ Kevin A. Voth*
KEVIN A. VOTH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
12868502.doc

2

Not. Assoc. Counsel  (2:90-cv-00520 KJM DB PC)