UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN,**
     Plaintiff

   v.    **CASE NO. 2:90−CV−00520−KJM−DB**

**CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, ET AL.,**
     Defendant

    You are hereby notified that a Notice of Appeal was filed on **November 09, 2017** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

November 13, 2017

          **MARIANNE MATHERLY
CLERK OF COURT**

       **by:** /s/ K. Yin
           Deputy Clerk