XAVIER BECERRA
Attorney General of California
MONICA ANDERSON
Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **SUPPLEMENTAL JOINT STATEMENT IDENTIFYING CURRENT PARTIES AND THEIR COUNSEL** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On September 13, 2017, the Court ordered the parties to meet and confer and file a joint statement identifying all current plaintiffs and their counsel, and all current defendants, their title, and their counsel. (ECF No. 5676.) On October 20, 2017, the parties filed their Joint Statement Identifying Current Parties and Their Counsel. (ECF No. 5718). On November 6, 2017, by minute order, the Court directed the parties to file a supplement joint statement by November 15, 2017, that lists all counsel who represent them in the stand-alone case in *Coleman v. Brown* and

1

any additional counsel who represent the parties only in proceedings before the three-judge court. The court further directed that the supplemental joint statement should clearly indicate whether any attorney referred to in the supplemental joint statement should not be included on the service list in either the stand-alone case in *Coleman v. Brown* or the three-judge court proceedings. Under the court's directive, the parties have met and conferred and provide the following supplemental joint statement identifying the current parties and their counsel in both the stand-alone case in *Coleman v. Brown* and in proceedings before the three-judge court:

**A.   Plaintiffs.**

The current named plaintiff and class representative is Ralph Coleman.

Current class counsel in the stand-alone case in *Coleman v. Brown* are: Michael W. Bien, Jane E. Kahn, Ernest Galvan, Jeffrey L. Bornstein, Lisa Ells, Tom Nolan, Krista Stone-Manista, Jenny Yelin, Michael Nunez, Jessica Winter, Cara Trapani, Donald Specter, Steven Fama, Margot Mendelson, and Claudia Center.  All of the foregoing counsel should be included on the electronic service list for the stand-alone case.  With the exception of Jessica Winter, all counsel identified above also represent the plaintiff class in proceedings before the three-judge court, and all but Jessica Winter should be included on the electronic service list for the three-judge court proceedings.

**B.   Defendants.**

The current defendants are Edmund G. Brown. Jr., the Governor of the State of California; Michael Cohen, the Director of the Department of Finance of the State of California; Scott Kernan, the Secretary of the California Department of Corrections and Rehabilitation; and Pamela Ahlin, the Director of the Department of State Hospitals.

John Zil, M.D. was named as a defendant in his official capacity as the Chief of Psychiatric Services for the California Department of Corrections, responsible for supervising the provision of psychiatric care for all prisoners within the custody of the Department.  That position no longer exists in the California Department of Corrections and Rehabilitation.  Defendants hereby substitute and identify Katherine Tebrock, in her official capacity as the Deputy Director of the Statewide Mental Health Program, as a defendant.

Nadim Khoury, M.D. was named as a defendant in his official capacity as the assistant Deputy Director for Medical Services, responsible for supervising the provision of psychiatric care for all prisoners within the custody of the Department. That position no longer exists in the California Department of Corrections and Rehabilitation. Defendants hereby substitute and identify Diana Toche, in her official capacity as the Undersecretary for Health Care Services of the California Department of Corrections and Rehabilitation, as a defendant.

Current counsel for all Defendants in the stand-alone case in *Coleman v. Brown* are: Xavier Becerra, the Attorney General of the State of California, through his Senior Assistant Attorney General Monica Anderson, and his deputies, Jay C. Russell, Danielle F. O'Bannon, Damon McClain, Misha Igra, Elise Owens Thorn, Christine M. Ciccotti, Chad A. Stegeman, Tyler V. Heath, and Kevin Allen Voth. Xavier Becerra and Monica Anderson should not be included on the service list.

Current counsel who represent the Defendants only in proceedings before the three-judge court are: Maneesh Sharma, Paul B. Mello, and Samantha D. Wolff. All counsel identified above also represent defendants in proceedings before the three-judge court, and all, except Xavier Becerra and Monica Anderson, should be included on the electronic service list for the three-judge court proceedings.

| | | |
|---|---|---|
| 1 | Dated:  November 15, 2017. | Respectfully submitted, |
| 2 | | ROSEN BIEN GALVAN & GRUNFELD LLP |
| 4 | By: | */s/ **Jessica Winter*** |
| 5 | | JESSICA WINTER<br>*Attorneys for Plaintiffs* |
| 7 | Dated:  November 15, 2017. | Respectfully submitted, |
| 8 | | XAVIER BECERRA<br>Attorney General of California<br>DANIELLE F. O'BANNON<br>Supervising Deputy Attorney General |
| 11 | | ***/s/Elise Owens Thorn***<br>ELISE OWENS THORN<br>Deputy Attorney General<br>*Attorneys for Defendants* |

CF1997CS0003
Suppl. Joint Statement Identifying Parties and Counsel

4

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on November 15, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**SUPPLEMENTAL JOINT STATEMENT IDENTIFYING CURRENT PARTIES AND THEIR COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 15, 2017, at Sacramento, California.

| T. Campbell | */s/ T. Campbell* |
|---|---|
| Declarant | Signature |

CF1997CS0003
33136702.docx