XAVIER BECERRA
ATTORNEY GENERAL
MONICA N. ANDERSON
SENIOR ASSISTANT ATTORNEY GENERAL
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-4921
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' CENSUS AND WAITLIST REPORTS FOR INPATIENT MENTAL HEALTH CARE** |
| **v.** | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

1

Defs.' Census and Waitlists Reports for Inpatient Mental Health Care  (2:90-cv-00520 KJM-DB (PC))

1

2        Defendants California Department of Corrections and Rehabilitation (CDCR) and

3   Department of State Hospitals (DSH) file the attached reports capturing data concerning patient

4   census and waitlists for inpatient mental health care in compliance with the Court's October 13,

5   2015 order.  (ECF No. 5367.)[1]  Specifically, a letter from Defendants CDCR and DSH is attached

6   enclosing the following census and inpatient reports, as modified under the April 19, 2017 order

7   (ECF No. 5610):  (1) DSH *Coleman* Patient Census and Waitlist Report (Exhibit A); (2) CDCR

8   Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report (Exhibit B); (3)

9   CDCR Mental Health Crisis Bed Patient Census and Waitlist Report (Exhibit C); (4) Psychiatric

10  Inpatient Programs Census Report (Exhibit D); (5) CDCR Inpatient Programs Timelines

11  Compliance Report (Exhibit E); and (6) DSH Psychiatric Inpatient Timelines Compliance Report

12  (Exhibit F).

13        The reports show a continued pattern of compliance with the acute and intermediate

14  transfer timelines since September 13, 2017.  Significantly, Exhibits E and F show that no

15  patients waited to transfer to inpatient care beyond Program Guide timelines in October, who are

16  not subject to an exception.

17        On June 13, 2017, under the stipulation and order entered on June 8, 2017 (ECF No. 5631),

18  Defendants provided the templates for reporting the inmates transferred beyond Program Guide

19  timeframes and the currently available data supporting any claimed exceptions.  Also under the

20  June 8, 2017 stipulation and order, the parties continue to analyze and discuss Defendants'

21  claimed exceptions to the Program Guide timeframes.

_____

22      [1] The templates for the monthly census and waitlists reports have been modified twice
    since the October 13, 2015 order.  The first modification occurred on June 24, 2016, when the
23  Court approved and ordered a stipulation by the parties modifying the initial templates for the
    monthly inpatient reports.  (ECF No. 5458.)  The second modification occurred on April 19,
24  2017, when the Court approved the monthly census and inpatient waitlists report templates
    submitted to the Court on March 15, 2017 (ECF No. 5577), subject to further modifications.
25  (ECF No. 5610.)  Specifically, the Court ordered Defendants to include in the monthly report (1)
    the total number of inmate-patients, if any, who waited beyond Program Guide timelines for
26  transfer to an acute inpatient mental health care program; (2) the total number of inmate-
    inpatients, if any, who waited beyond Program Guide timelines for transfer to an Intermediate
27  Care Facility mental health care program; (3) the number of days each inmate-patient waited
    beyond Program Guide timelines; and (4) the total number of inmate-patient wait days for the
28  month (category (1) plus category (2) plus category (3)).  (ECF No. 5610 at 10.)

1

2    Dated:  November 15, 2017                    Respectfully submitted,

3                                                XAVIER BECERRA
                                                 Attorney General of California
4                                                DANIELLE F. O'BANNON
                                                 Supervising Deputy Attorney General
5
                                                 /s/ Elise Owens Thorn
6                                                ELISE OWENS THORN
                                                  Deputy Attorney General
7                                                Attorneys for Defendants

8    CF1997CS0003

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

# Attachment

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                          EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



November 15, 2017

Danielle F. O'Bannon, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' MONTHLY CENSUS AND WAITLISTS REPORTS FOR
       INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

        The California Department of Corrections and Rehabilitation (CDCR) and the California
Department of State Hospitals (DSH) submit their monthly information on patient census and
waitlists for inpatient mental health care.

        The DSH *Coleman* Patient Census and Waitlist Report, attached as Exhibit A, and the DSH
Psychiatric Inpatient Timelines Compliance Report, attached as Exhibit F, are based on data from
the DSH Bed Utilization Management report.

        The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist
Report (Exhibit B), the CDCR Mental Health Crisis Bed Patient Census and Waitlist Report
(Exhibit C), Defendants' Psychiatric Inpatient Programs Census Report (Exhibit D), and
CDCR's Psychiatric Inpatient Timelines Compliance Report is (Exhibit E), are generated using
data from CDCR's tracking software, the Referrals to Inpatient Programs Application (RIPA).

        The reports attached as Exhibits A through D reflect data collected at a single point in time
and, as a result, should not be used for purposes outside of the reports.  The reports attached as
Exhibits E and F are compliance reports from CDCR and DSH, both of which include requested
compliance data for all referrals to inpatient care for the month of October 2017, for any inmate-
patient who waited beyond the timelines specified in the Mental Health Services Delivery System
Program Guide (2009 Revision) at 12-1-16.  From September 13, 2017, until the date of this letter,
no inmate patients have waited beyond Program Guide timelines where no exception applies.

        Defendants' efforts to maintain compliance continue, including improved communication
between CDCR's Inpatient Referral Unit, DSH's Patient Management Unit and the Health Care
Placement Oversight Program; the development of an automated real time report to better monitor
the number of patients approaching transfer timeframes; and daily reviews of inpatient referral
timelines, including the total days the inmate-patients have been waiting for transfer, to help avoid

November 15, 2017
Page Two

untimely transfers.  Defendants are reporting all of these efforts in detail in frequent workgroups
with the Special Master and Plaintiffs.

Sincerely,

/s/ Katherine Tebrock                              /s/ Pam Ahlin
KATHERINE TEBROCK                          PAM AHLIN
Deputy Director                                       Director
Statewide Mental Health Program             Department of State Hospitals

# Exhibit A

State of California
EDMUND G. BROWN JR., Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

## DSH CDCR Patient Census and Waitlist Report

Data as of: 10/30/17

### Acute Care Patients

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Incomplete Referrals | Referrals Pending Review | Waitlist Accepted Referrals[7] | | Total Patients Awaiting Admission[6] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | CDCR Direct[4] | DSH Internal[5] | |
| Patton[6] | - | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **-** | **2** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** |
| | | | | | | | | | | | (Includes 0 Waiting >10 Days) |

### Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Incomplete Referrals | Referrals Pending Review | Waitlist Accepted Referrals[7] | | Total Patients Awaiting Admission[6] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | CDCR Direct[4] | DSH Internal[5] | |
| Atascadero | 256 | 229 | 5 | 0 | 0 | 22 | | 7 | 12 | 0 | 25 |
| Coalinga | 50 | 47 | 1 | 0 | 0 | 2 | | | | | |
| **Total** | **306** | **276** | **6** | **0** | **0** | **24** | **6** | **7** | **12** | **0** | **25** |
| | | | | | | | | | | | (Includes 0 Waiting >30 Days) |

### Intermediate Care Low Custody - Unlocked Dorms - Female

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Incomplete Referrals | Referrals Pending Review | Waitlist Accepted Referrals[7] | | Total Patients Awaiting Admission[6] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | CDCR Direct[4] | DSH Internal[5] | |
| Patton[6] | 30 | 10 | 0 | 0 | 0 | 18 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **30** | **10** | **0** | **0** | **0** | **18** | **0** | **0** | **0** | **0** | **0** |
| | | | | | | | | | | | (Includes 0 Waiting >30 Days) |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Includes CDCR patients that are waiting for transfer to DSH for inpatient treatment.

[5]Includes CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.

[6]Beds at DSH-P are for female patients only. Of the 12 patients currently residing at DSH-P, 2 are in the Acute program.

Source: BUMMs

1 of 1

# Exhibit B

# CDCR Psychiatric Inpatient Programs (PIP)
## Coleman Patient Census and Waitlist Report as of October 30, 2017

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined[1] | Medical Isolation Rooms[2] | Available Beds | Pending Referrals[3] | Accepted Referrals[4] | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 214 | 192 | 8 | | 8 | 5 | | | | | |
| California Medical Facility (CMF) | 218 | 202 | 7 | 0 | 0 | 9 | | | | | |
| Total | 432 | 394 | 15 | 1 | 8 | 14 | 13 | 11 | 24 | 0 | 0 |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 80 | 4 | 0 | 0 | 0 | | | | | |
| Total | 84 | 80 | 4 | 0 | 0 | 0 | 3 | 1 | 4 | | 0 |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 300 | 177 | 6 | 8 | 10 | 99 | | | | | |
| CMF Multi Cell | 70 | 65 | 4 | 0 | 0 | 1 | | | | | |
| CMF Single Cell | 94 | 84 | 3 | 0 | 0 | 7 | | | | | |
| Salinas Valley State Prison (SVSP) Multi Cell | 44 | 33 | 12 | 0 | 0 | -1 | | | | | |
| SVSP Single Cell | 202 | 196 | 2 | 1 | 0 | 3 | | | | | |
| Total | 710 | 555 | 27 | 9 | 10 | 109 | 25 | 6 | 31 | | 0 |

| MALE CONDEMNED PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 40 | 32 | 0 | 0 | 0 | 8 | | | | | |
| Total | 40 | 32 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 0 | 0 |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 45 | 0 | 0 | 0 | 0 | | | | | |
| Total | 45 | 45 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTALS - ALL PIPs | 1311 | 1106 | 46 | 10 | 18 | 131 | 42 | 18 | 60 | 0 | 0 |

[1] Beds Reserved - Beds held or endorsed by the Health Care Placement Oversight Program (HCPOP) for a specific patient. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

Data Source: RIPA

CCHCS, Health Care Placement Oversight Program

# Exhibit C

## CDCR Mental Health Crisis Bed
### *Coleman* Patient Census and Waitlist Report as of
### October 30, 2017

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 427 | 361 | 10 | 56 | 30 | 27 | 1 |
| Female Programs | 22 | 17 | 0 | 5 | 10 | 3 | 5 |
| Totals | 449 | 378 | 10 | 61 | 40 | 30 | 6 |

CCHCS, Health Care Placement Oversight Program

# Exhibit D

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 10/30/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 218 | No Score: | 10 |
| | | Level I: | 10 |
| | | Level II: | 52 |
| | | Level III: | 33 |
| | | Level IV | 97 |
| | | **Total Census:** | **202** |
| PIP-Stockton | 214 | No Score: | 18 |
| | | Level I: | 13 |
| | | Level II: | 43 |
| | | Level III: | 21 |
| | | Level IV | 97 |
| | | **Total Census:** | **192** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| **Totals for Male Acute** | **432** | | **394** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 300 | No Score: | 12 |
| | | Level I: | 3 |
| | | Level II: | 35 |
| | | Level III: | 26 |
| | | Level IV | 101 |
| | | **Total Census:** | **177** |
| | | *Total out of LRH:* | *101* |
| PIP-Vacaville | 94 | No Score: | 4 |
| | | Level I: | 2 |
| | | Level II: | 16 |
| | | Level III: | 20 |
| | | Level IV | 42 |
| | | **Total Census:** | **84** |
| | | *Total out of LRH:* | *53* |
| PIP-Vacaville Multi-person Cells | 70 | No Score: | 0 |
| | | Level I: | 4 |
| | | Level II: | 11 |
| | | Level III: | 12 |
| | | Level IV | 38 |
| | | **Total Census:** | **65** |
| | | *Total out of LRH:* | 19 |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 10/30/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Salinas Valley | 202 | No Score: | 1 |
| | | Level I: | 2 |
| | | Level II: | 25 |
| | | Level III: | 38 |
| | | Level IV | 121 |
| | | PC 1370: | 6 |
| | | WIC 7301: | 3 |
| | | **Total Census:** | **196** |
| | | *Total out of LRH:* | *135* |
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 3 |
| | | Level III: | 8 |
| | | Level IV | 22 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **33** |
| | | *Total out of LRH:* | *5* |
| **Totals for Male ICF High Custody** | **710** | | **555** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 4 |
| | | Level I: | 4 |
| | | Level II: | 23 |
| | | Level III: | 15 |
| | | Level IV | 34 |
| | | **Total Census:** | **80** |
| | | *Total out of LRH:* | *14* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 18 |
| | | Level II: | 115 |
| | | Level III: | 47 |
| | | Level IV | 50 |
| | | **Total Census:** | **230** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 18 |
| | | Level III: | 12 |
| | | Level IV | 15 |
| | | **Total Census:** | **47** |
| **Totals for Male ICF Low Custody** | **390** | | **357** |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

## PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 10/30/2017

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Condemned Program** | | | |
| PIP-San Quentin | 40 | **Total Census:** | **32** |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 10 |
| | | Level III: | 1 |
| | | Level IV | 1 |
| | | **Total Census:** | **12** |
| PIP-California Institution for Women | 45 | No Score: | 8 |
| | | Level I: | 3 |
| | | Level II: | 3 |
| | | Level III: | 7 |
| | | Level IV | 24 |
| | | **Total Census:** | **45** |
| | | *Total out of LRH:* | *2* |
| **Totals for Female ICF/Acute** | **75** | | **57** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1647** | | **1395** |

❖ **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Programs:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

# Exhibit E

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN OCTOBER 2017 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 253 | 233 | 1 | 19 | 1 | 0 | 0 |
| Acute (APP) | 227 | 214 | 6 | 7 | 6 | 0 | 0 |
| TOTALS | 480 | 447 | 7 | 26 | 7 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU).
[2] Exceptions to the Program Guide timeframes in this report include: level of care changes; medical concerns; transportation issues; and those referred that are on out-to-court status, out-to-hospital status, and/or on medical or Vitek holds.

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring Level of Care | IDTT Referral Date | Date Referral Received Complete by MH IRU (Timeframes Start) | Date Referral Sent to HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Acceptance Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Comments for DELAY / EXCEPTION | Referral Status | Days from Referral to MH IRU and Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | LAC | ▓▓ | ▓▓ | MHCB | 08/31/2017 | 09/01/2017 | 09/01/2017 | Acute / preliminary Multi Person Cell | 09/01/2017 | APP CHCF | 09/01/2017 08 04 00 | APP CHCF | 09/07/2017 08 15 00 | APP CHCF | 10/10/2017 | | APP CHCF | 10/11/2017 14 26 00 | EXCEPTION Medical Hold Patient had surgery on 9/5/17 and a medical hold was placed. | Admitted | 40 | N | 30 |
| APP | CCWF | ▓▓ | ▓▓ | MHCB | 08/20/2017 | 09/22/2017 | 09/22/2017 | Unlocked Dorms | 09/22/2017 | Female APP PSH | 09/22/2017 12 44 00 | Female APP PSH | 09/22/2017 12 44 00 | Female APP PSH | 09/26/2017 | 10/04/2017 15 30 00 Female APP PSH | | 10/05/2017 13 52 00 | EXCEPTION Medical Hold Medical Hold began on 09/25/17. Rational/medical consequence for transfer Follow up care interrupted & recovery compromised. Medical clearance posted on 10/2. Three discussions occurred regarding patient care, follow up and appropriateness for transfer. | Admitted | 13 | N | 3 |
| APP | CMF | ▓▓ | ▓▓ | MHCB | 09/26/2017 | 09/28/2017 | 09/28/2017 | Acute / preliminary Multi Person Cell | 09/28/2017 | APP VPP | 09/28/2017 16 31 00 | APP VPP | 10/04/2017 09 40 00 | APP VPP | 10/09/2017 | | APP VPP | 10/10/2017 10 35 00 | EXCEPTION Medical Concerns On 10/4/17, the PIP at CMF requested an update on the foreign bodies ingested by the patient and requested a medical clearance due to documentation that the patient had reported abdominal pain on 10/3/17. On Monday, 10/9/17, the treating physician at CMF completed the evaluation to determine that the patient was medically cleared to transfer to the PIP. | Admitted | 12 | N | 2 |
| APP | CMF | ▓▓ | ▓▓ | MHCB | 10/10/2017 | 10/11/2017 | 10/11/2017 | Acute / preliminary Multi Person Cell | 10/11/2017 | APP VPP | 10/11/2017 13 31 00 | APP VPP | 10/17/2017 07 58 00 | APP VPP | 10/17/2017 | | APP VPP | 10/23/2017 18 00 00 | EXCEPTION Vitek Hold Transfer delayed until results of Vitek hearing were received. Per CMF, patient had a scheduled Vitek Hearing on 10/23/17. | Admitted | 12 | N | 2 |
| APP | CIM | ▓▓ | ▓▓ | MHCB | 10/04/2017 | 10/06/2017 | 10/06/2017 | Acute / preliminary Unlocked Dorms | 10/06/2017 | APP CHCF | 10/06/2017 15 21 00 | APP VPP | 10/13/2017 11 18 00 | APP VPP | 10/13/2017 | | APP VPP | 10/17/2017 02 55 00 | EXCEPTION Transportation Delays The Southern Transportation HUB was contacted for assistance with transportation on Friday, 10/13/17 but did not have resources to assist. By close of business, no transportation options were identified. At 0900 on Monday 10/16/17, the IRU was notified by the IRC at CIM that a transportation team was being arranged to take the patient to CMF but it required calling in officers for overtime. The team departed CIM on 10/16/17 at 15 40 and due to unusually heavy traffic, arrived to CMF on 10/17/17 at 01 58, after hours, causing the patient to be admitted less than two hours over the required timeline. | Admitted | 11 | N | 1 |
| APP | SAC | ▓▓ | ▓▓ | MHCB | 09/21/2017 | 09/25/2017 | 09/25/2017 | Acute / preliminary Locked Dorms | 09/25/2017 | APP VPP | 09/25/2017 16 35 00 | APP VPP | 09/29/2017 14 52 00 | APP VPP | 09/29/2017 | | APP VPP | 10/06/2017 19 52 00 | EXCEPTION Vitek Hold 10/4/17 Vitek hearding scheduled for 10/5/17 at 1030 9/29/17 Patient rescinded consent to go to PIP and wants a Vitek hearing. | Admitted | 11 | N | 1 |

**TOTAL DAYS OUT OF COMPLIANCE**    0

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring Level of Care | IDTT Referral Date | Date Referral Received Complete by MH IRU (Timeframes Start) | Date Referral Sent to HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Acceptance Transfer Chrono Posted Date/Time | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Comments for DELAY / EXCEPTION | Referral Status | Days from Referral to MH IRU and Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | CHCF | ██ ██ | | APP | 09/06/2017 | 09/08/2017 | 09/08/2017 | Locked Dorms Locked Dorms | 09/08/2017 10/05/2017 | ICF-Dorms: VPP ICF-High: CHCF | 09/08/2017 11:41:00 10/05/2017 15:35:00 | ICF-Dorms: VPP ICF-High: CHCF | 09/08/2017 11:41:00 10/05/2017 15:35:00 | ICF-High: CHCF | 10/05/2017 | | ICF-High: CHCF | 10/10/2017 17:03:00 | EXCEPTION: Medical Hold 10/5/17: Endorsed to a Single Cell program at the request of IRU clinical staff. 9/18/17-10/3/17: Medical hold - Patient on 1:1 observation due to suicidal ideation. | Admitted | 32 | N | 2 |

TOTAL DAYS OUT OF COMPLIANCE   2

Data Source: Referrals to Inpatient Programs Application (RIPA)

CCHCS Health Care Placement Oversight Program

# Exhibit F

State of California

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

EDMUND G. BROWN JR., Governor

**DSH Psychiatric Inpatient Timelines Compliance Report**
Patients Admitted October 1 through October 31, 2017 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1] Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.
[2] Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfers).
[3] Includes patients admitted in October 2017 who waited greater than 30 days from the DSH referral received date.
[4] Includes the total number of days patients admitted in October 2017 waited beyond 30 days from the DSH referral received date.

1 of 2

Source: BUMMs

State of California

EDMUND G. BROWN JR., Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

## DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted October 1 through October 31, 2017 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - |
| Total Number of Patients Waiting Over 30 Days | 0 | - | 0 | 0 | 0 | 0 | 0 | - |

2 of 2

Source: BUMMs

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on November 15, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' CENSUS AND WAITLIST REPORTS FOR INPATIENT MENTAL HEALTH CARE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on November 15, 2017, at Sacramento, California.

|  |  |
|---|---|
| T. Campbell | */s/  T. Campbell* |
| Declarant | Signature |

CF1997CS0003
33137009.docx