IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>  Plaintiffs,<br>  v.<br>EDMUND G. BROWN JR., et al.,<br>  Defendants. | Case No. 2:90-cv-0520 KJM DB P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>  Plaintiff,<br>  v.<br>EDMUND G. BROWN JR., et al.,<br>  Defendants. | Case No. 01-cv-01351-JST<br>**THREE-JUDGE COURT**<br>**ORDER RE: AMICI CURIAE** |

The court previously granted leave to file amicus briefs to Californians United for a Responsible Budget, ECF Nos. 924/2517, and NAACP Legal Defense and Educational Fund, Inc., ECF Nos. 2738/4906.[1] Both amici filed briefs in connection with particular proceedings before this court that have now concluded. The court therefore terminates both amici from the docket. See Atchison, Topeka & Santa Fe Ry. Co. v. Hercules Inc., 146 F.3d 1071, 1074 (9th Cir. 1998)

---

[1] All filings in this three-judge court are included in the individual docket sheets of both Plata v. Brown, No. 01-cv-01351-JST (N.D. Cal.), and Coleman v. Brown, No. 2:90-cv-0520 KJM DB P (E.D. Cal.). This court includes the docket number of Plata first, then Coleman.

("[D]istrict courts have inherent power to control their dockets [unless] its exercise would nullify the procedural choices reserved to parties under the federal rules.").

**IT IS SO ORDERED.**

Dated: November 21, 2017

_____
STEPHEN REINHARDT
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: November 21, 2017

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: November 21, 2017

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA