XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON G. MCCLAIN
MISHA D. IGRA
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
KEVIN A. VOTH, State Bar No. 257227
Deputy Attorneys General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
   Telephone:  (415) 703-1624
   Fax:  (415) 703-5843
   E-mail:  Kevin.Voth@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                               Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                               Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE REGARDING TRANSCRIPT DESIGNATION**<br><br>Judge:  The Honorable Kimberly J. Mueller<br>Action Filed:  4/23/1990 |

PLEASE TAKE NOTICE that in accordance with Ninth Circuit Rule 10-3.1, Defendants designate the hearing transcripts from January 23, 2017, November 10, 2016, and August 19, 2015, for the record in appeal No. 17-16080.  Because these transcripts were previously ordered,

///

filed, and are located in the district court's docket at ECF Nos. 5560, 5521, and 5342, respectively, no transcripts will be ordered.

Dated: November 22, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON G. MCCLAIN
MISHA D. IGRA
Supervising Deputy Attorneys General

 */s/ Kevin A. Voth*
KEVIN A. VOTH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
21046604.docx