MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, Nineteenth Floor
San Francisco, California 94105-7104
Telephone: (415) 433-6830

RANJINI ACHARYA – 290877
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111-5994
Telephone: (415) 882-8200

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | Case No. 2:90-cv-00520-KJM-DB <br><br> **STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2017** <br><br> Judge: Hon. Deborah Barnes |

[3201441.1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2017 to Defendants via overnight delivery on November 2, 2017. The parties completed their meet and confer process on December 5, 2017. The parties have resolved all disputes regarding fees and costs for the Third Quarter of 2017, with an agreement to reduce claimed amounts to a total of $651,071.51 calculated at a rate of $219 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $651,071.51 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 3, 2017 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: December 13, 2017        */s/ Elise Thorn*
                                Elise Thorn
                                Deputy Attorney General
                                Attorneys for Defendants


DATED: December 13, 2017        */s/ Lisa Ells*
                                Lisa Ells
                                ROSEN BIEN GALVAN & GRUNFELD LLP
                                Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: _____, 2017

_____
Deborah Barnes
United States Magistrate Judge

[3201441.1]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2017

**Coleman v. Brown**
**Third Quarter of 2017**
**July 1, 2017 through September 30, 2017**
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $630,325.80 | $611,416.02 | $24,027.84 |
| **Fees on Fees, 489-5** | $4,773.30 | $4,630.11 | $45.40 |
| **Appeal, 489-18** | $9,526.50 | $9,240.71 | $1,711.43 |
| **Totals** | **$644,625.60** | **$625,286.84** | **$25,784.67** |
| **Claimed Total:** |  | **$670,410.27** |  |
| **Settled Total:** |  | **$651,071.51** |  |

3201438

**Coleman v. Brown**
**Third Quarter of 2017**
**July 1, 2017 through September 30, 2017**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Cara E. Trapani | 2.20 | 0.00 | $219.00 | $0.00 | $0.00 |
| Charlotte J. Landes | 187.80 | 184.00 | $219.00 | $40,296.00 | $39,087.12 |
| Daniel H. Galindo | 2.70 | 0.00 | $219.00 | $0.00 | $0.00 |
| Dylan Verner-Crist | 246.00 | 242.10 | $219.00 | $53,019.90 | $51,429.30 |
| Ernest Galvan | 31.70 | 31.70 | $219.00 | $6,942.30 | $6,734.03 |
| F. Gail LaPurja | 104.50 | 101.70 | $219.00 | $22,272.30 | $21,604.13 |
| Fely F. Villadelgado | 0.20 | 0.00 | $219.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 213.30 | 195.30 | $219.00 | $42,770.70 | $41,487.58 |
| Hanna N. Wallace | 22.10 | 21.10 | $219.00 | $4,620.90 | $4,482.27 |
| Jenny S. Yelin | 180.70 | 178.30 | $219.00 | $39,047.70 | $37,876.27 |
| Jessica L. Winter | 294.50 | 286.00 | $219.00 | $62,634.00 | $60,754.98 |
| Katherine C. Hamilton | 125.00 | 115.70 | $219.00 | $25,338.30 | $24,578.15 |
| Krista Stone-Manista | 130.60 | 126.20 | $219.00 | $27,637.80 | $26,808.67 |
| Linda H. Woo | 95.90 | 94.80 | $219.00 | $20,761.20 | $20,138.36 |
| Lisa A. Ells | 327.80 | 324.70 | $219.00 | $71,109.30 | $68,976.02 |
| Maisy H. Sylvan | 40.10 | 34.40 | $219.00 | $7,533.60 | $7,307.59 |
| Michael S. Nunez | 98.00 | 90.30 | $219.00 | $19,775.70 | $19,182.43 |
| Michael W. Bien | 147.70 | 146.50 | $219.00 | $32,083.50 | $31,121.00 |
| Nathalie C. Welch | 38.30 | 38.30 | $219.00 | $8,387.70 | $8,136.07 |
| Sarah J. Essner | 322.80 | 313.60 | $219.00 | $68,678.40 | $66,618.05 |
| Thomas Nolan | 210.00 | 209.40 | $219.00 | $45,858.60 | $44,482.84 |
| Van Swearingen | 0.30 | 0.00 | $219.00 | $0.00 | $0.00 |
| **Total** | **2822.20** | **2734.10** | | **$598,767.90** | **$580,804.86** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Donald Specter | 1.20 | 1.20 | $219.00 | $262.80 | $254.92 |
| Joseph E. Bear | 3.90 | 3.90 | $219.00 | $854.10 | $828.48 |
| Meg O'Neill | 3.80 | 3.80 | $219.00 | $832.20 | $807.23 |
| Molly Petchenik | 25.10 | 25.10 | $219.00 | $5,496.90 | $5,331.99 |
| Steven Fama | 65.70 | 65.70 | $219.00 | $14,388.30 | $13,956.65 |
| Tania Amarillas | 38.60 | 38.60 | $219.00 | $8,453.40 | $8,199.80 |
| **Total** | **138.30** | **138.30** | | **$30,287.70** | **$29,379.07** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 5.80 | 5.80 | $219.00 | $1,270.20 | $1,232.09 |
| **Total** | | | | **$1,270.20** | **$1,232.09** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$630,325.80** | **$611,416.02** |

3201438

**Coleman v. Brown**
**Third Quarter of 2017**
**July 1, 2017 through September 30, 2017**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $2,039.40 | $2,039.40 |
| Outside Copying | $3,838.40 | $3,838.40 |
| Transcription | $2,817.43 | $2,817.43 |
| Telephone | $0.00 | $0.00 |
| Postage and Delivery | $1,352.54 | $1,352.54 |
| Westlaw/Lexis/PACER | $14.40 | $14.40 |
| Experts | $3,852.16 | $3,852.16 |
| Travel | $8,391.25 | $8,391.25 |
| **Total** | | **$22,305.58** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $1,110.80 | $1,110.80 |
| Postage | $504.93 | $504.93 |
| Translation Service | $20.28 | $20.28 |
| Travel | $86.25 | $86.25 |
| **Total** | | **$1,722.26** |

**Grand Total**  $24,027.84

3201438

**Coleman v. Brown**
**Third Quarter of 2017**
**July 1, 2017 through September 30, 2017**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Linda Woo | 7.90 | 7.90 | $219.00 | $1,730.10 | $1,678.20 |
| Lisa Ells | 12.30 | 12.30 | $219.00 | $2,693.70 | $2,612.89 |
| Michael W. Bien | 0.10 | 0.00 | $219.00 | $0.00 | $0.00 |
| **Total** | **0.10** | **0.00** | | **$4,423.80** | **$4,291.09** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.20 | 1.20 | $200.00 | $240.00 | $232.80 |
| **Total** | **1.20** | **1.20** | | **$240.00** | **$232.80** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 0.50 | 0.50 | $219.00 | $109.50 | $106.22 |
| **Total** | **0.50** | **0.50** | | **$109.50** | **$106.22** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$4,773.30** | **$4,630.11** |

3201438

**Coleman v. Brown**
**Third Quarter of 2017**
**July 1, 2017 through September 30, 2017**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Postage and Delivery | $45.40 | $45.40 |
| **Total** | | **$45.40** |

**GRAND TOTAL**                                    **$45.40**

3201438

**Coleman v. Brown**
**Third Quarter of 2017**
**July 1, 2017 through September 30, 2017**
Fees on Appeal of 4/19/17 Order, 489-18

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Christopher D. Hu | 1.10 | 0.00 | $219.00 | $0.00 | $0.00 |
| Ernest Galvan | 0.30 | 0.00 | $219.00 | $0.00 | $0.00 |
| F. Gail LaPurja | 2.50 | 2.30 | $219.00 | $503.70 | $488.59 |
| Jenny S. Yelin | 0.90 | 0.00 | $219.00 | $0.00 | $0.00 |
| Jessica L. Winter | 28.90 | 28.90 | $219.00 | $6,329.10 | $6,139.23 |
| Lisa A. Ells | 12.50 | 12.30 | $219.00 | $2,693.70 | $2,612.89 |
| **Total** | **46.20** | **43.50** |  | **$9,526.50** | **$9,240.71** |

**GRAND TOTAL**            $9,526.50    $9,240.71

3201438

**Coleman v. Brown**
**Third Quarter of 2017**
**July 1, 2017 through September 30, 2017**
Costs on Appeal of 4/19/17 Order, 489-18

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Westlaw/Lexis/Pacer | $1,672.83 | $1,672.83 |
| In-House Copying and Printing | $38.60 | $38.60 |
| **Total** | | **$1,711.43** |

**GRAND TOTAL**                                    **$1,711.43**

3201438