UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

At the conclusion of the evidentiary hearing held on January 23, 2017, the court ordered the parties to file "an exhibit list clearly identifying your exhibits by the identifiers" used at the hearing. ECF No. 5560 at 171. On January 23, 2017, the parties filed a joint exhibit list. ECF No. 5557. That list identifies four exhibits for plaintiffs, as follows:

> A. Department of State Hospitals' Monthly Bed Utilization Report, as of December 31, 2016, filed under seal on January 17, 2017.
>
> B. Department of State Hospitals Administrative Letter No. AL2015-17, Joint Policy and Procedure re: Referral, Admission and Movement, issued November 2015.
>
> C. Excerpts from Correctional Health Care Services, Mental Health Institution Vacancies: Summary by Classification, as of November 2016.
>
> D. Excerpts from Department of State Hospitals, Direct Care, Mental Health Treatment Team and Administrative Staff, Staff

/////

1

Levels for *Coleman* Patients, November 1, 2016 through November 30, 2016.

*Id*. at 2.

At hearing, plaintiffs offered the latter three documents, identified as Exhibits B, C and D in ECF No. 5557, as Exhibits A, B and C, respectively. *See* ECF No. 5560 at 72, 156, 157. Plaintiffs' counsel used the Department of State Hospitals' Monthly Bed Utilization Report, filed under seal at ECF Nos. 5547 (Notice of Filing) and 5550(Sealed Document), in questioning a witness but did not offer it as an exhibit. *See* ECF No. 5560 at 48-61.

Good cause appearing, IT IS HEREBY ORDERED that within seven days from the date of this order plaintiffs shall file an amendment to their Joint Exhibit List that lists only the three exhibits offered as exhibits at hearing on January 23, 2017 unless they can, within the same period, show cause why the Joint Exhibit List contained in ECF No. 5557 correctly reflects the exhibits offered at hearing.

DATED: December 15, 2017.

_____
UNITED STATES DISTRICT JUDGE