DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
JANE E. KAHN – 112239
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
KRISTA STONE-MANISTA – 269083
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California  94105-2235
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>             Plaintiffs,<br><br>       v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>             Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' CORRECTED EXHIBIT LIST RE: JANUARY 23, 2017 HEARING**<br><br>Judge:   Hon. Kimberly J. Mueller |

In accordance with the Court's December 15, 2015 Order to Show Cause (ECF No. 5747), Plaintiffs now submit a corrected list of exhibits offered by Plaintiffs at the January 23, 2017 Status Conference and evidentiary hearing.  The list on the following page corrects an inadvertent error in the parties' previous submission of a Joint Exhibit List for the January 23, 2017 hearing, filed on January 27, 2017 as ECF No. 5557. Plaintiffs apologize for the error.

/ / /

/ / /

/ / /

**Corrected List of Plaintiffs' Exhibits for
January 23, 2017 Status Conference and Evidentiary Hearing**

A. Department of State Hospitals Administrative Letter No. AL2015-17, Joint Policy and Procedure re: Referral, Admission and Movement, issued November 2015.

B. Excerpts from Correctional Health Care Services, Mental Health Institution Vacancies: Summary by Classification, as of November 2016.

C. Excerpts from Department of State Hospitals, Direct Care, Mental Health Treatment Team and Administrative Staff, Staff Levels for Coleman Patients, November 1, 2016 through November 30, 2016.

DATED: December 20, 2017

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Krista Stone-Manista*
Krista Stone-Manista

Attorneys for Plaintiffs