XAVIER BECERRA
ATTORNEY GENERAL
MONICA N. ANDERSON
SENIOR ASSISTANT ATTORNEY GENERAL
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-4921
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' CENSUS AND WAITLIST REPORTS FOR INPATIENT MENTAL HEALTH CARE** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

1

Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) file the attached reports capturing data concerning patient census and waitlists for inpatient mental health care in compliance with the Court's October 13, 2015 order. (ECF No. 5367.) Specifically, a letter from Defendants CDCR and DSH is attached enclosing the following census and inpatient reports, as modified under the April 19, 2017 order (ECF No. 5610): (1) DSH *Coleman* Patient Census and Waitlist Report (Exhibit A); (2) CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report (Exhibit B); (3) CDCR Mental Health Crisis Bed Patient Census and Waitlist Report (Exhibit C); (4) Psychiatric Inpatient Programs Census Report (Exhibit D); (5) CDCR Inpatient Programs Timelines Compliance Report (Exhibit E); and (6) DSH Psychiatric Inpatient Timelines Compliance Report (Exhibit F).

The reports show a continued pattern of compliance with the acute and intermediate transfer timelines since September 13, 2017. Significantly, Exhibits E and F show that no patients waited to transfer to inpatient care beyond Program Guide timelines in December, who are not subject to an exception.

Dated: January 16, 2018                           Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
 Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

2

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



January 16, 2018

Danielle F. O'Bannon, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   DEFENDANTS' MONTHLY CENSUS AND WAITLISTS REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

   The California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) submit their monthly information on patient census, referrals, and waitlists for inpatient mental health care.

   The DSH *Coleman* Patient Census and Waitlist Report, attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, attached as Exhibit F, are based on data from the DSH Bed Utilization Management report. The Patient Census and Waitlist Report sub-headers for the "Accepted Referrals" have been revised to accurately identify the data reported following the change in responsibility for the inpatient beds located in CDCR's prisons. *See* Exhibit A footnotes 4 and 5.

   The CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report (Exhibit B), the CDCR Mental Health Crisis Bed Patient Census and Waitlist Report (Exhibit C), Defendants' Psychiatric Inpatient Programs Census Report (Exhibit D), and CDCR's Psychiatric Inpatient Timelines Compliance Report is (Exhibit E), are generated using data from CDCR's tracking software, the Referrals to Inpatient Programs Application (RIPA).

   The reports attached as Exhibits A through D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of the reports. The reports attached as Exhibits E and F are compliance reports from CDCR and DSH, both of which include requested compliance data for all referrals to inpatient care for the month of December 2017, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16. From September 13, 2017, until the date of this letter, no inmate patients have waited beyond Program Guide timelines where no exception applies.

   The attached reports demonstrate that Defendants' inpatient referral system continues to be sustainable. As anticipated, CDCR taking responsibility for operating the psychiatric inpatient

January 16, 2017
Page Two

programs within CDCR prisons has resulted in efficiencies. Compliance also continues as a result of Defendants' other efforts, including, improved communication between CDCR's Inpatient Referral Unit, DSH's Patient Management Unit and the Health Care Placement Oversight Program; the development of an automated real time report to better monitor the number of patients approaching transfer timeframes; and daily reviews of inpatient referral timelines, including the total days the inmate-patients have been waiting for transfer, to help avoid untimely transfers.

Sincerely,

/s/ Katherine Tebrock                                   */s/ Pam Ahlin*
KATHERINE TEBROCK                          PAM AHLIN
Deputy Director                                           Director
Statewide Mental Health Program            Department of State Hospitals

# Exhibit A

State of California                                                                                                     EDMUND G. BROWN JR., Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814



## DSH CDCR Patient Census and Waitlist Report
Data as of: 12/18/2017

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (Includes 0 Waiting >10 Days) |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 216 | 1 | 0 | 0 | 39 | | | | |
| Coalinga | 50 | 47 | 0 | 0 | 0 | 3 | | | | 9 |
| Total | 306 | 263 | 1 | 0 | 0 | 42 | 2 | 3 | 4 | (Includes 0 Waiting >30 Days) |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 7 | 0 | 0 | 0 | 23 | | | | 0 |
| Total | 30 | 7 | 0 | 0 | 0 | 23 | 0 | 0 | 0 | (Includes 0 Waiting >30 Days) |

[1] Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH.
[2] Redlined beds are temporarily unavailable due to repairs.
[3] Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.
[4] Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.
[5] Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.
[6] Beds at DSH-P are for female patients only.

# Exhibit B

**CDCR Psychiatric Inpatient Programs (PIP)**
**Coleman Patient Census and Waitlist Report as of**
**December 18, 2017**

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined[1] | Medical Isolation Rooms[2] | Available Beds | Pending Referrals[3] | Accepted Referrals[4] | Total Waitlist | Total Acute Referrals Waiting > 10 Days | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 244 | 180 | 18 | 4 | 9 | 33 | | | | | |
| California Medical Facility (CMF) | 218 | 187 | 2 | 0 | 0 | 29 | | | | | |
| Total | 462 | 367 | 20 | 4 | 9 | 62 | 18 | 10 | 28 | 0 | |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 72 | 10 | 0 | 0 | 2 | | | | | |
| Total | 84 | 72 | 10 | 0 | 0 | 2 | 11 | 0 | 11 | | 0 |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 270 | 225 | 21 | 7 | 9 | 8 | | | | | |
| CMF Multi Cell | 70 | 64 | 3 | 0 | 0 | 3 | | | | | |
| CMF Single Cell | 94 | 90 | 2 | 0 | 0 | 2 | | | | | |
| Salinas Valley State Prison (SVSP) Multi Cell | 44 | 27 | 12 | 0 | 0 | 5 | | | | | |
| SVSP Single Cell | 202 | 191 | 2 | 0 | 0 | 9 | | | | | |
| Total | 680 | 597 | 40 | 7 | 9 | 27 | 35 | 15 | 50 | | 0 |

| MALE CONDEMNED PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 40 | 30 | 0 | 0 | 0 | 10 | | | | | |
| Total | 40 | 30 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 45 | 0 | 0 | 0 | 0 | | | | | |
| Total | 45 | 45 | 0 | 0 | 0 | 0 | 5 | 0 | 5 | 0 | 0 |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTALS - ALL PIPs | 1311 | 1111 | 70 | 11 | 18 | 101 | 69 | 25 | 94 | 0 | 0 |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.
[2] Beds Redlined - Beds are temporarily unavailable fpr patient placement due to repairs or single cell status (if a two-man cell).
[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.
[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.
[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

Data Source: RIPA                                                                                                  CCHCS, Health Care Placement Oversight Program

# Exhibit C

# CDCR Mental Health Crisis Bed
# *Coleman* Patient Census and Waitlist Report as of
# December 18, 2017

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 427 | 320 | 12 | 95 | 14 | 14 | 1 |
| Female Programs | 22 | 17 | 0 | 5 | 6 | 0 | 3 |
| **Totals** | **449** | **337** | **12** | **100** | **20** | **14** | **4** |

Data Source: HEART                                                           CCHCS, Health Care Placement Oversight Program

# Exhibit D

Monday, 12/18/2017

Time: 04:43 PM

### PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 12/18/2017

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 218 | No Score: | 6 |
| | | Level I: | 11 |
| | | Level II: | 42 |
| | | Level III: | 31 |
| | | Level IV | 98 |
| | | **Total Census:** | **187** |
| PIP-Stockton | 244 | No Score: | 11 |
| | | Level I: | 11 |
| | | Level II: | 30 |
| | | Level III: | 29 |
| | | Level IV | 99 |
| | | **Total Census:** | **180** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| **Totals for Male Acute** | **462** | | **367** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 270 | No Score: | 12 |
| | | Level I: | 6 |
| | | Level II: | 46 |
| | | Level III: | 27 |
| | | Level IV | 134 |
| | | **Total Census:** | **225** |
| | | *Total out of LRH:* | *125* |
| PIP-Vacaville | 94 | No Score: | 9 |
| | | Level I: | 1 |
| | | Level II: | 17 |
| | | Level III: | 17 |
| | | Level IV | 46 |
| | | **Total Census:** | **90** |
| | | *Total out of LRH:* | *62* |
| PIP-Vacaville Multi-person Cells | 70 | No Score: | 1 |
| | | Level I: | 6 |
| | | Level II: | 12 |
| | | Level III: | 11 |
| | | Level IV | 34 |
| | | **Total Census:** | **64** |
| | | *Total out of LRH:* | *20* |

Monday, 12/18/2017

Time: 04:43 PM

### PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 12/18/2017

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Salinas Valley | 202 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 28 |
| | | Level III: | 44 |
| | | Level IV | 107 |
| | | PC 1370: | 9 |
| | | WIC 7301: | 3 |
| | | **Total Census:** | **191** |
| | | *Total out of LRH:* | *133* |
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 3 |
| | | Level III: | 9 |
| | | Level IV | 13 |
| | | PC 1370: | 1 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **27** |
| | | *Total out of LRH:* | *8* |
| **Totals for Male ICF High Custody** | **680** | | **597** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 4 |
| | | Level I: | 5 |
| | | Level II: | 25 |
| | | Level III: | 12 |
| | | Level IV | 26 |
| | | **Total Census:** | **72** |
| | | *Total out of LRH:* | *11* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 22 |
| | | Level II: | 104 |
| | | Level III: | 42 |
| | | Level IV | 46 |
| | | **Total Census:** | **214** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 17 |
| | | Level III: | 13 |
| | | Level IV | 15 |
| | | **Total Census:** | **47** |
| **Totals for Male ICF Low Custody** | **390** | | **333** |

Monday, 12/18/2017

Time: 04:43 PM

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 12/18/2017**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Condemned Program** | | | |
| PIP-San Quentin | 40 | Total Census: | 30 |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 5 |
| | | Level III: | 1 |
| | | Level IV | 1 |
| | | **Total Census:** | **7** |
| PIP-California Institution for Women | 45 | No Score: | 5 |
| | | Level I: | 2 |
| | | Level II: | 5 |
| | | Level III: | 7 |
| | | Level IV | 26 |
| | | **Total Census:** | **45** |
| | | Total out of LRH: | 4 |
| **Totals for Female ICF/Acute** | **75** | | **52** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1647** | | **1379** |

- ❖ **Beds Occupied:** For each pr[...] the total at each custody lev[...] Level II 19 through 35; Level[...] score" have not completed [...] incompetent to stand trial a[...] have a concurrent ICF referr[...] custody/security needs of a [...]
- ❖ **Male Acute Care Programs:** [...] Thus, custody level and least [...]
- ❖ **DSH-Atascadero:** The full co[...] Intermediate Low-Custody b[...] Acute care at DSH-Atascade[...] availability, patient's least re[...] down to Intermediate care a[...] treatment team of clinical a[...]
- ❖ **Total Out of LRH (Least Rest**[...] CDCR. The numbers of patie[...] those whose LRH is for Mult[...]

# Exhibit E

| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
|---|---|---|---|---|---|---|---|
| Intermediate (ICF) | 167 | 156 | 0 | 11 | 0 | 0 | 0 |
| Acute (APP) | 195 | 178 | 2 | 15 | 2 | 0 | 0 |
| TOTALS | 362 | 334 | 2 | 26 | 2 | 0 | 0 |

**CDCR INPATIENT PROGRAM REFERRALS:**
**COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS**
**ADMITTED OR CLOSED IN DECEMBER 2017**

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU); or if accepted at a Department of State Hospitals (DSH) program, upon DSH acceptance.
[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, and/or on medical or Vitek holds.

Data Source: Referrals to Inpatient Programs Application (RIPA)    CCHCS, Health Care Placement Oversight Program

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring Level of Care | IDTT Referral Date | Date Referral Received Complete by MH IRU (Timeframes Start) | Date Referral Sent to HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date | HCPOP Endorsement Location | HCPOP Endorsement Date | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Comments for DELAY / EXCEPTION | Referral Status | Days from Referral to MH IRU and Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | CIM | ▮ | ▮ | MHCB | 12/13/2017 | 12/14/2017 | 12/14/2017 | Acute / preliminary Multi Person Cell | 12/14/2017 | APP VPP | 12/14/2017 15 49 00 | APP VPP | 12/14/2017 15 49 00 | APP VPP | 12/14/2017 | APP VPP | 12/26/2017 15 27 00 | **EXCEPTION:** Vitek required when patient refused transport on 12/20/17. Due process hearing conducted on 12/26/17. | Admitted | 12 | N | 2 |
| APP | LAC | ▮ | ▮ | MHCB | 11/14/2017 | 11/20/2017 | 11/20/2017 | Acute / preliminary Single Cell | 11/20/2017 | APP CHCF | 11/20/2017 12 17 00 | APP CHCF | 11/20/2017 12 17 00 | APP CHCF | 11/21/2017 | APP CHCF | 12/06/2017 19 01 46 | **EXCEPTION:** Per SOMS, OTC from 11/27/17 to 12/5/17. | Admitted | 16 | N | 6 |

**TOTAL DAYS OUT OF COMPLIANCE    0**

# Exhibit F

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814



## DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted December 1 through December 31, 2017 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|:---:|:---:|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1] Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.
[2] Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfers).
3 Includes patients admitted in December 2017 who waited greater than 30 days from the DSH referral received date.
4 Includes the total number of days patients admitted in December 2017 waited beyond 30 days from the DSH referral received date.

State of California  EDMUND G. BROWN JR., Governor
DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION
Case 2:90-cv-00520-KJM-SCR    Document 5757    Filed 01/16/18    Page 20 of 20

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814



## DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted December 1 through December 31, 2017 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - |
| Total Number of Patients Waiting Over 30 Days | 0 | Total Number of Days All Patients | 0 | 0 | 0 | 0 | 0 | - |