| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>DANIELLE F. O'BANNON<br>Supervising Deputy Attorneys General<br>MANEESH SHARMA, State Bar No. 280084<br>Deputy Attorney General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 703-5553<br>  Fax:  (415) 703-1234<br>  E-mail:  maneesh.sharma@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>  425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone:  (415) 777-3200<br>  Fax:  (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                                         Plaintiffs,<br>         v.<br>**EDMUND G. BROWN JR., et al.,**<br>                                         Defendants. | 2:90-cv-00520 KJM-DB<br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br>                                         Plaintiffs,<br>         v.<br>**EDMUND G. BROWN JR., et al.,**<br>                                         Defendants. | C01-1351 JST<br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' JANUARY 2018 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report on the current in-state and out-of-state adult prison populations and the measures being taken to comply with the Court's February 10, 2014 Order Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013 Deadline (February 10, 2014 Order). Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined. Exhibit B sets forth the status of the measures Defendants have implemented as required by the February 10, 2014 Order. (ECF 2766/5060 at ¶¶ 4-5.)

In 2016, CDCR activated 2,376 infill beds and corresponding administrative and health care support facilities at Mule Creek State Prison and Richard J. Donovan Correctional Facility. (*See* Ex. B.) The parties are currently engaged in the Court-ordered meet-and-confer process to reach an agreement on how such capacity should be counted for purposes of determining compliance with the Court's population reduction order. (*Id.*) As of January 10, 2018, 114,280 inmates were housed in the State's 34 adult institutions and 4,269 inmates were housed in out-of-state facilities.[1] (Ex. A.) The State's prison population is approximately 134.3% of design capacity if the 2,376 infill beds are counted at 137.5%, and approximately 135.3% of design capacity if the 2,376 infill beds are counted at 100%. (Ex. A.)

Dated: January 16, 2018

XAVIER BECERRA
Attorney General of California

By: */s/ Maneesh Sharma*
MANEESH SHARMA
Deputy Attorney General
*Attorneys for Defendants*

Dated: January 16 2018

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
PAUL B. MELLO
*Attorneys for Defendants*

---

[1] The data in Exhibit A is taken from CDCR's January 10, 2018 weekly population report, available on CDCR's Web site at http://www.cdcr.ca.gov/Reports_Research/Offender_Information_Services_Branch/Population_Reports.html.