IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    **Plaintiffs**

    vs.                                                           No. 2:90-cv-00520 KJM-DB

**EDMUND G. BROWN, et al.,**
    **Defendants**

_____/

### SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts and assistants, the Special Master submits herewith his request for the court's approval of the appointment of LaTri-c-ea McClendon-Hunt, Esq. to the special master's staff. Ms. McClendon-Hunt is to be compensated at the rate of two hundred thirty-five dollars ($235.00) per hour for her work as a court monitor and ninety dollars ($90.00) per hour for travel, plus reasonable expenses.

The reasons for the Special Master's request are set forth in the accompanying memorandum.

                                              Respectfully submitted

                                              /s/

                                              Matthew A. Lopes, Jr.
                                              Special Master

January 23, 2018