**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RALPH COLEMAN, et al.,
    **Plaintiffs**

    **vs.**                                No. 2:90-cv-0520 KJM DB P

EDMUND G. BROWN, Jr., et al.,
    **Defendants**

_____/

**AMENDED MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S**
**REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF**

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the Special Master submits herewith his request for the court's approval of the appointment of LaTri-c-ea McClendon-Hunt, Esq. to the Special Master's staff. The *curriculum vitae* of LaTri-c-ea McClendon-Hunt is annexed hereto as Exhibit A. The Special Master requests this addition to his staff in order to fulfill his various duties and responsibilities and to fill the staffing void created by the departure of three team members over the last 18 months.

In addition to his duties of monitoring compliance with the court-approved Program Guide, the Special Master also has a continuing obligation to work with the suicide prevention workgroup and to monitor the treatment provided to California Department of Corrections and Rehabilitation (CDCR) inmates in facilities run by the Department of State Hospitals (DSH), as well as the CDCR Psychiatric Inpatient Programs (PIP). The Special Master also oversees the development and implementation of CDCR's Continuous Quality Improvement project.

Finally, the Special Master in Coleman v. Brown meets regularly with representatives from the Plata v. Brown and Armstrong v. Brown cases in a long standing coordination process that serves to address and eliminate overlapping issues in the three cases.

Other issues which require the attention of the Special Master in the immediate future include:

- Completion of Staffing Plans for CDCR and DSH
- Development MHCB and EOP Clustering Plans
- Evaluation of EOP and 3CMS Review Studies
- Evaluation and Monitoring of the100-Bed EOP Dormitory at San Quentin State Prison
- Evaluation and Monitoring of Non-Designated Yards
- Implementation of Custody and Mental Health Partnership Plan
- Evaluation of Indecent Exposure Pilot Program at California State Prison/Corcoran

At present, the team is too understaffed to meet the ongoing demands of monitoring and report writing. The number of new issues and plans that have arisen which need to be fully implemented and monitored have combined to exceed the Special Master's current personnel resources. For the foregoing reasons, the Special Master requests that the following individual be appointed to his staff.

**LaTri-c-ea McClendon-Hunt, Esq.**

Ms. McClendon-Hunt is a 2011 graduate of the Appalachian School of Law where she was a member of the Dean's List in the Fall of 2009 and Spring of 2010 and was the Production Editor and Outstanding Associate Editor of the Appalachian School of Law Natural Resources Law Journal. She was also a member of the Thurgood Marshall Mock Trial Team. Ms. McClendon-Hunt received her undergraduate degree from Marquette University where she majored in international affairs with a concentration in political military affairs.

Upon completion of her law degree, Ms. McClendon-Hunt began her formal legal career with the firm of Brown Greer PLC in Richmond, Virginia assisting those who suffered losses as a result of the Deep Horizon oil spill of 2010.  Since August of 2014, she has been employed by Rhode Island Legal Services which is a non-profit corporation providing legal assistance and representation to low-income individuals.  During her tenure at Rhode Island Legal Services, Ms. McClendon-Hunt has aided her clients in removing barriers to employment, assisted them in housing matters and currently serves as a staff attorney representing clients in domestic relations matters.

Ms. McClendon-Hunt will assist the Special Master with on-site prison monitoring and writing of all monitoring reports as well as writing interim reports on special issues and projects, as required.  Ms. McClendon-Hunt's *curriculum vitae* is attached as Exhibit A.

Respectfully submitted

/s/

_____
Matthew A. Lopes, Jr.
Special Master

January 24, 2018

EXHIBIT A

**LaTri-c-ea McClendon-Hunt, Esq.**

82 Bellevue Ave                                                                                      773-497-3718
North Providence, RI 02911                                          latriceamcclendonhunt@gmail.com

___

## EXPERIENCE

**Rhode Island Legal Services**                                                          **Providence, RI**
Contract/Staff Attorney—In this position, I help victims of domestic violence to obtain orders of protection and to resolve various family court matters.

Oct. 2016-Present

- Advised or represented over 300 clients in restraining orders, custody, and/or divorce proceedings.
- Represented clients in over 40 contested hearings.

**Rhode Island Legal Services**                                                          **Providence, RI**
Equal Justice Works AmeriCorps Fellow—The Equal Justice Works AmeriCorps Fellowship's goal was to help individuals obtain employment by removing legal barriers. This fellowship focused on assisting with driver's license reinstatement, expungement and sealing of criminal records, and improving credit.

Aug. 2014-Sept. 2016

- Presented "Know Your Rights Presentations" to over 1500 individuals.
- Advised or represented over 450 clients about criminal records, credit, and/or driver's license reinstatement.
- Removed over 400 barriers to employment.
- Successfully filed over 100 Motions to Expunge or Seal criminal records.
- Reduced or eliminated over 100 traffic fines.
- Taught internal continuing legal education class on Removing Legal Barriers to Employment and Financial Empowerment.

**Rhode Island Legal Services**                                                          **Providence, RI**
Volunteer/Law Clerk—Worked in the Housing and Foreclosure Prevention Project, the Low Income Tax Clinic, and the Consumer Law Unit to provide legal services to indigent populations in Rhode Island.

Aug. 2013-Jul. 2014

- Drafted various documents to include Freedom of Information Act Requests, Requests for Audit Reconsideration, and Request for Penalty Abatement.
- Completed and amended tax returns for previous tax years.
- Performed research on the impact of the Affordable Care Act on family law.
- Drafted complaints, motions, and interrogatories for housing matters.
- Screened 10 clients daily for Housing, Foreclosure Prevention Project, Consumer Law, and Low Income Tax Clinic.
- Volunteered 20-30 hours weekly.

**BrownGreer, PLC** (law firm)                                                          **Richmond, VA**
Reviewer III (Quality Control)—Worked to evaluate claims submitted by businesses as a result of the Deep Horizon Oil Spill.

Mar. 2012-Mar. 2013

- Reviewed 15 business economic loss claims daily as an initial reviewer.
- Evaluated 10 business economic loss claims of initial reviewers daily as a member of the quality control team.

**Counsel on Legal Educational Opportunity**                                    **Columbia, MO**
Teaching Assistant—Assisted professor in teaching Torts, Legal Research, and Writing. The students were individuals who were accepted into law school or applying to law school.

Jun. 2010-Jul. 2010

- Partnered with other teacher assistants and professors to manage supplemental reviews.

**LaTri-c-ea McClendon-Hunt, Esq.**

82 Bellevue Ave                                                                    773-497-3718
North Providence, RI 02911                              latriceamcclendonhunt@gmail.com

- Held individual evaluation sessions with assigned students.
- Communicated orally and in writing to supervisor regarding student development.
- Taught students how to properly format exam responses and use Lexis and Westlaw.

**Appalachian School of Law Natural Resources Law Journal**                    **Grundy, VA**
Productions Editor—Served as member of the editorial board.  Performed final edits with the editor in chief.
                                                                          Mar. 2010- Mar. 2011

- Assisted in supervising staff to ensure we were meeting production deadlines.
- Assisted in performing final review of articles.
- Communicated directly with publishing company to ensure production deadlines were being met.
- Articles conformed to *ALWD Citation Manual: A Professional System of Citation*.

**Energy and Mineral Law Foundation**                                         **Grundy, VA**
*Research Assistant—The Energy and Mineral Law Foundation publishes white papers from its annual institute.*
                                                                          Sept. 2009, Sept. 2010

- Edited articles within 30th and 31st Annual *Energy and Mineral Law Institute***.**
- Articles conformed to *The BlueBook: A Uniform System of Citation*.

**Eastern District Court of Wisconsin,** Honorable Charles N. Clevert            **Milwaukee, WI**
Intern—Applied for this internship via the Just The Beginning Foundation.  The Just The Beginning Foundation
helps to increase the number of underrepresent groups in the law.
                                                                          Jun. 2009-Aug. 2009

- Researched and wrote interoffice memorandums discussing legal issues.
- Communicated orally and in writing on issues pertaining to litigants.

**Havelock Middle School**                                                    **Havelock, NC**
Spanish Teacher—Taught 6th, 7th, and 8th grade as part of the lateral entry program.  This program allowed
individuals without a teaching degree to teach while taking education classes.
                                                                          Aug. 2005-Aug. 2008

- Taught six periods of 15-25 students across three grade levels.
- Coached track and field and volleyball.

## BAR ADMISSION
State of Rhode Island, Admitted June 2014.
District of Rhode Island, Admitted February 2015.

## EDUCATION
**Appalachian School of Law,** Grundy, VA                                        April 2011
*Dean's List*, Top 25% of Class                                     Fall 2009, Spring 2010
*Productions Editor,* Appalachian School of Law Natural Resources Law Journal       Mar. 2010-Apr. 2011
*Outstanding Associate Editor,* Appalachian School of Law Natural Resources Law Journal       Spring 2010
*Member*, Thurgood Marshall Mock Trial Team                              2008-2010

**Marquette University,** Milwaukee, WI
May 2004
B.A., **International Affairs**, Concentration in Political Military Affairs
*Member,* Track and Field Team, Formerly ranked in the top 10 all-time performances in 60 and 100 Hurdles.

                                                                          December 4, 2017