# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On January 23, 2018, the Special Master filed a request for appointment of additional staff. ECF No. 5759; *see also* ECF No. 5761. The Special Master seeks appointment of LaTri-c-ea McClendon-Hunt, Esq. to his staff. As a court monitor, Ms. McClendon-Hunt is to be compensated at a rate of two hundred thirty-five dollars ($235.00) per hour for her work and ninety dollars ($90.00) per hour for travel time, plus reasonable expenses.

Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Special Master's January 23, 2018 request for appointment of additional staff, ECF No. 5759, is GRANTED; and

1

2. The Special Master is authorized to appoint LaTri-c-ea McClendon-Hunt, Esq. as a court monitor to perform the duties set forth in the Special Master's Request for the Appointment of Additional Staff and Appointment of Deputy Special Master, filed January 23, 2018, and to be compensated at the rates set forth therein.

DATED: January 25, 2018.

_____
UNITED STATES DISTRICT JUDGE