| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | JEFFREY L. BORNSTEIN – 099358 |
| MARGOT MENDELSON – 268583 | JANE E. KAHN – 112239 |
| PRISON LAW OFFICE | ERNEST GALVAN – 196065 |
| 1917 Fifth Street | THOMAS NOLAN – 169692 |
| Berkeley, California 94710-1916 | LISA ELLS – 243657 |
| Telephone: (510) 280-2621 | KRISTA STONE-MANISTA – 269083 |
| | JENNY S. YELIN – 273601 |
| CLAUDIA CENTER – 158255 | MICHAEL S. NUNEZ – 280535 |
| AMERICAN CIVIL LIBERTIES UNION | JESSICA WINTER – 294237 |
| FOUNDATION OF NORTHERN | ROSEN BIEN |
| CALIFORNIA, INC. | GALVAN & GRUNFELD LLP |
| 39 Drumm Street | 50 Fremont Street, 19th Floor |
| San Francisco, California 94111-4805 | San Francisco, California 94105-2235 |
| Telephone: (415) 621-2493 | Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR**<br><br>**(1) A CASE MANAGEMENT ORDER REGARDING FUTURE EXPERT TOURS;**<br><br>**(2) A CASE MANAGEMENT ORDER REGARDING MOTIONS ON STAFFING REQUIREMENTS;**<br><br>**(3) A CASE MANAGEMENT ORDER REGARDING TERMINATION MOTIONS;**<br><br>**(4) SANCTIONS BASED ON EX PARTE EXPERT PRISON TOURS**<br><br>Judge: Hon. Kimberly J. Mueller<br>Date: February 28, 2018<br>Time: 10 a.m.<br>Crtrm.: 3 |

**NOTICE OF MOTION AND MOTION FOR (1) A CASE MANAGEMENT ORDER REGARDING FUTURE EXPERT TOURS; (2) A CASE MANAGEMENT ORDER REGARDING MOTIONS ON STAFFING REQUIREMENTS; (3) A CASE MANAGEMENT ORDER REGARDING TERMINATION MOTIONS; AND (4) SANCTIONS BASED ON EX PARTE EXPERT PRISON TOURS.**

PLEASE TAKE NOTICE that on February 23, 2018, at 10:00 a.m., or as soon thereafter as this matter may be heard, in the courtroom of the Honorable Kimberly J. Mueller, Plaintiffs will and hereby do move the Court for a Case Management Order regarding future expert tours, a Case Management Order regarding Defendants' anticipated motions regarding the Court-ordered staffing requirements, a Case Management Order governing notice and periods of discovery in advance of any motion to terminate, and for sanctions based on Defendants' recent ex parte expert tours regarding the staffing requirements.

This motion is based on this Notice of Motion and Motion for Case Management Orders and Sanctions, the Memorandum of Points and Authorities in Support Thereof, the Declaration of Michael W. Bien, and Proposed Order Granting the Motion, all filed herewith; all papers and pleadings on file in this action; and such other pleadings, oral argument and/or documentary evidence as may come before the Court upon hearing of this matter.

DATED: January 26, 2018          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:     */s/ Krista Stone-Manista*
         Krista Stone-Manista

Attorneys for Plaintiffs

[3218597.1]

1
PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CASE MANAGEMENT ORDERS AND SANCTIONS