XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON G. MCCLAIN, State Bar No. 209508
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorney General
  455 Golden Gate Ave., Ste. 11000
  San Francisco, CA 94102
  Telephone: (415) 703-5826
  Fax: (415) 703-5843
  E-mail: Chad.Stegeman@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS'** *EX PARTE* **APPLICATION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR CASE MANAGEMENT ORDERS AND SANCTIONS [ECF NO. 5764]**<br><br>Judge:   The Honorable Kimberly J. Mueller |

1

Upon consideration of Defendants' *Ex Parte* Application to Extend Time to File Opposition to Plaintiffs' Motion for Case Management Orders and Sanctions, ECF No. 5764, and Plaintiffs' Opposition to Defendants' Application, with good cause appearing, Defendants' Application is GRANTED.  Defendants' time to file an opposition to Plaintiffs' motion is extended by thirty-one (31) days, from February 9 to March 12, 2018.  The noticed hearing date is also continued from February 23, 2018, to March 30, 2018, at 10:00 a.m. in Courtroom 3.

**IT IS SO ORDERED.**

Dated: _____

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT

CF1997CS0003
21074599.docx