1  FUTTERMAN DUPREE DODD CROLEY MAIER LLP
   MARTIN H. DODD (104363)
2  601 Montgomery St., Suite 333
   San Francisco, California 94111
3  Telephone:  (415) 399-3840
   Facsimile:  (415) 399-3838
4  mdodd@fddcm.com

5  Attorneys for Receiver
   J. Clark Kelso

6

7

8              UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10     AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  MARCIANO PLATA, et al., | Case No. C01-1351-JST |
| 12           *Plaintiffs*, | |
| 13     v. | |
|     EDMUND G. BROWN, JR., et al., | |
| 14           *Defendants*. | |
| 15  RALPH COLEMAN, et al., | Case No. CIV-S-90-0520-KJM-DB |
| 16           *Plaintiffs*, | |
| 17     v. | |
|     EDMUND G. BROWN, JR., et al., | |
| 18           *Defendants*. | |
| 19  JOHN ARMSTRONG, et al., | Case No. C94-2307-CW |
| 20           *Plaintiffs*, | |
| 21     v. | |
|     EDMUND G. BROWN, JR., et al., | |
| 22           *Defendants*. | |

23

24          **NOTICE OF FILING OF RECEIVER'S
            THIRTY-SEVENTH TRI-ANNUAL REPORT**

25

26  ///

27  ///

28  ///

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

1    PLEASE TAKE NOTICE that the Receiver in *Plata, et al. v. Brown, Jr., et al.*, Case No.

2  C01-1351-JST; *Coleman, et al. v. Brown, Jr., et al.* Case No. CIV-S-90-0520-KJM-DB; and

3  *Armstrong, et al. v. Brown, Jr., et al.* Case No. C94-2307-CW has filed herewith his Thirty-

4  Seventh Tri-Annual Report.

5

6  Dated:  February 1, 2018                      FUTTERMAN DUPREE DODD CROLEY
                                                 MAIER LLP
7

8                                                By:_____/s/ Martin H. Dodd_____
                                                     Martin H. Dodd
9                                                    Attorneys for Receiver J. Clark Kelso

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

NOTICE OF FILING OF RECEIVER'S THIRTY-SEVENTH TRI-ANNUAL REPORT
U.S.D.C. N. DIST. CASE NO. C01-1351-JST, C94-2307-CW;  E. DIST. CASE NO. CIV-S-90-0520-KJM-DB


**CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES**

# Achieving a Constitutional Level of Medical Care in California's Prisons

## Thirty-seventh Tri-Annual Report of the Federal Receiver For September 1 – December 31, 2017

**February 1, 2018**

# California Correctional Health Care Receivership

**Vision:**

As soon as practicable, provide constitutionally adequate medical care to patients of the California Department of Corrections and Rehabilitation within a delivery system the State can successfully manage and sustain.

**Mission:**

Reduce avoidable morbidity and mortality and protect public health by providing patients timely access to safe, effective and efficient medical care, and integrate the delivery of medical care with mental health, dental and disability programs.

# Table of Contents

Page

1.  **Status and Progress Concerning Remaining Statewide Gaps**...................................  1

   A.  Reporting Requirements and Reporting Format............................................................  1

   B.  Progress during this Reporting Period.......................................................................  2

   C.  Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented by Institutions or Individuals..........................................................  4

2.  **Other Matters Deemed Appropriate for Judicial Review** ...........................................  8

   A.  California Health Care Facility – Level of Care Delivered.......................................  8

   B.  Statewide Medical Staff Recruitment and Retention...............................................  8

   C.  CCHCS Data Quality.................................................................................................  11

   D.  Coordination with Other Lawsuits............................................................................  24

   E.  Master Contract Waiver Reporting...........................................................................  24

   F.  Consultant Staff Engaged by the Receiver...............................................................  25

   G.  Accounting of Expenditures......................................................................................  26

## Section 1: Status and Progress Concerning Remaining Statewide Gaps

### A. Reporting Requirements and Reporting Format

This is the thirty-seventh report filed by the Receivership, and the thirty-first submitted by Receiver J. Clark Kelso.

The Order Appointing Receiver (Appointing Order) filed February 14, 2006, calls for the Receiver to file status reports with the *Plata* Court concerning the following issues:

1. All tasks and metrics contained in the Turnaround Plan of Action (Plan) and subsequent reports, with degree of completion and date of anticipated completion of each task and metric.
2. Particular problems being faced by the Receiver, including any specific obstacles presented by institutions or individuals.
3. Particular success achieved by the Receiver.
4. An accounting of expenditures for the reporting period.
5. Other matters deemed appropriate for judicial review.

(Reference pages 2–3 of the Appointing Order at https://cchcs.ca.gov/wp-content/uploads/sites/60/2017/08/2006-02-14_Order_Appointing_Receiver.pdf)

The Court's March 27, 2014, Order Re: Receiver's Tri-Annual Report directs the Receiver to summarize in each Tri-Annual Report the level of care being delivered at California Health Care Facility (CHCF); difficulties with recruiting and retaining medical staff statewide; sustainability of the reforms the Receiver has achieved and plans to achieve; updates on the development of an independent system for evaluating the quality of care; and the degree, if any, to which custodial interference with the delivery of care remains a problem.

The Receiver filed a report on March 10, 2015, entitled Receiver's Special Report: Improvements in the Quality of California's Prison Medical Care System wherein he outlined the significant progress in improving the delivery of medical care in California's prisons and also the remaining significant gaps and failures that must still be addressed. The identified gaps are availability and usability of health information; scheduling and access to care; care management; and health care infrastructure at facilities.

To assist the reader, this Report provides two forms of supporting data:

- *Appendices*: This Report references documents in the Appendices of this Report.
- *Website References*: Website references are provided whenever possible.

In support of the coordination efforts by the three federal courts responsible for the major health care class actions pending against California Department of Corrections and Rehabilitation (CDCR), the Receiver files the Tri-Annual Report in three different federal court class action cases: *Armstrong, Coleman, and Plata*. An overview of the Receiver's enhanced reporting responsibilities related to these cases and to other *Plata* orders filed after the Appointing Order

can be found in the Receiver's Eleventh Tri-Annual Report on pages 15 and 16. (https://cchcs.ca.gov/wp-content/uploads/sites/60/2017/08/T11_20090601_11thTriAnnualReport.pdf)

Court coordination activities include: facilities and construction; telemedicine and information technology (IT); pharmacy; recruitment and hiring; credentialing and privileging; and space coordination.

**B.  Progress during this Reporting Period**

Progress towards improving the quality of health care in California's prisons continues for the reporting period of September 1 through December 31, 2017, and includes the following:

(i)    Electronic Health Records System

The Electronic Health Records System (EHRS) was successfully implemented at all institutions statewide as of November 2017.  The next phase of the project will implement an Electronic Dental Record System (EDRS).  The Cerner Corporation has partnered with Henry Schein Practice Solutions to offer a commercial-off-the-shelf EDRS product called Dentrix Enterprise. The statewide EDRS implementation, which will help maintain a safe, efficient and integrated health care system for the patient population, will be implemented throughout 2018.

(ii)    Office of the Inspector General

As of the filing of this report, the Office of the Inspector General (OIG) has completed or initiated medical inspections at all 35 institutions for Cycle 5.  The OIG has issued final reports for California Correctional Center (CCC), California Rehabilitation Center (CRC), North Kern State Prison (NKSP), Salinas Valley State Prison (SVSP), Richard J. Donovan Correctional Facility at Rock Mountain (RJD), Substance Abuse Treatment Facility (SATF), California Correctional Institution (CCI), Kern Valley State Prison (KVSP), Folsom State Prison (FSP) and Pelican Bay State Prison (PBSP). PBSP received a proficient rating; CCC, RJD, SATF, CCI, KVSP and FSP received an adequate rating; CRC, NKSP, and SVSP received an inadequate rating.

(iii)    Standardizing Practices Regarding Custody Presence during Health Care Exams

Corrections Services, California Correctional Health Care Services (CCHCS), and Division of Adult Institutions (DAI), CDCR, developed a policy directive to Wardens and Chief Executive Officers (CEO) concerning security precautions and patient privacy during health care encounters.  The directive outlines the requirements for custody and health care staff to ensure health care encounters are provided in a manner that affords both auditory and visual confidentiality consistent with security and safety concerns of that particular patient and health care provider. The directive was provided to all impacted bargaining units on December 22, 2017, and is expected to be issued statewide no later than March 1, 2018.  The necessary health care processes within the directive have been integrated in the Inmate Medical Services Policies and Procedures (IMSP&P) and will be issued statewide, following issuance of the directive to the Wardens and CEOs.  Lastly, an in-service training lesson entitled "Access to Care - Staff Interactions" is being provided to all health care and custody staff statewide beginning in 2018.

(iv)    Delegations

As of the filing of this report, the Receiver has delegated to CDCR authority for the medical operations at 15 institutions.    During this reporting period, the Receiver delegated Calipatria State Prison (CAL) on December 5, 2017.  Monitoring of institution performance for all 15 delegated sites continues to ensure sustainability.

A meet-and-confer was held on November 28, 2017, to consider the possible delegation of Wasco State Prison (WSP).  Additional delegation determinations are currently pending.  The remaining meet-and-confers have been scheduled with the parties during the next reporting period and throughout 2018 and early 2019 to discuss the potential delegation of additional institutions.

(v)    *Armstrong*

All parties in the *Armstrong* case are working toward implementation of a joint audit tool which will measure compliance of all elements of the case.  Participation by Health Care Class Action Liaison, CCHCS, in the development and trial implementation of the new joint *Armstrong* audit tool is ongoing.   On December 4 and 5, 2017, CCHCS staff participated in a mini-trial implementation of newly revised interview questions at California Medical Facility (CMF).  The mini-trial implementation included plaintiffs' counsel and provoked meaningful discussion concerning additional modifications necessary to complete the joint audit tool.   While the process is arduous, completion of a joint audit tool is imminent.

(vi)    Health Care Grievances Statewide Implementation

On September 1, 2017, the new Health Care Grievance Process was implemented statewide and an emergency Health Care Grievances regulations package (CCR, Title 15, section 3087) was filed. Statewide implementation and transition was relatively seamless; minor issues have been identified and are being addressed.    Subsequent to implementation, the Health Care Correspondence and Appeals Branch (HCCAB) holds weekly regional conference calls with the institutional Health Care Grievance Office (HCGO) and monthly calls with the Health Care Appeals RNs (HCARN) to address any process concerns.   HCCAB also holds regular monthly calls with all HCGOs.

The HCCAB has established Nursing Consultant Program Review field liaisons at headquarters (HQ) as a point of contact for the institutional HCARNs when guidance regarding the new Health Care grievance process may be needed.   Furthermore, HCCAB is currently recruiting to fill positions for a compliance and strike team that will be deployed to institutional HCGOs when compliance issues are identified or if training or assistance are needed.   In December 2017, HCCAB finalized the Health Care Grievance Process Learning Management System training modules for staff and expects to go-live in early January 2018.

(vii)    Health Care Regulations

In preparation for transition from the Receivership to State control, it is necessary for CCHCS to adopt comprehensive health care regulations.   CCHCS staff have completed review of the currently published IMSP&P for conversion into regulations.   As reported in the previous Tri-Annual Report, CCHCS intends to seek a one-time legislative exemption from the required

Administrative Procedures Act processes to expedite the adoption of health care regulations. Adoption of regulations was expected to occur on July 1, 2018. However, CCHCS has determined that certain, critical updates are necessary within the IMSP&P which, following stakeholder reviews and statewide implementation, will subsequently be adopted into regulations. An aggressive revision effort is underway currently. Therefore, the adoption of comprehensive health care regulations through a one-time legislative exemption will now occur on July 1, 2019.

(viii)    Paragraph 7 and Non-Paragraph 7 Inquiries

The Litigation Support Unit (LSU), CCHCS, coordinates and responds to Paragraph 7 inquiries from the Prison Law Office (PLO), as set forth in the seventh paragraph of the *Plata Stipulation for Injunctive Relief*, dated June 13, 2002. Paragraph 7 inquiries are medical concerns brought forward by the PLO regarding patients that have exhausted their administrative remedies or have urgent or emergent concerns. Written responses are provided to the PLO, following health record research and input from the institutional health care providers. While most inquiries are resolved with the PLO, unresolved cases are discussed with the PLO via conference call twice per month.

In July 2016, the PLO and the CCHCS Office of Legal Affairs agreed to establish a similar inquiry process to respond to statewide, systemic issues not appropriate for the patient-specific Paragraph 7 inquiry process. The LSU facilitates the non-Paragraph 7 process as well by responding to those inquiries based on input from HQ programs and the institution or region if necessary. The non-Paragraph 7 responses have been provided to the PLO, and following the December 12, 2017, Case Management Conference, LSU is now providing responses not only to the PLO but also to counsel for the State defendants.

**C. Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented by Institutions or Individuals**

(i)    In-State and Out-of-State Contracting for Community Correctional Facilities

The total Modified Community Correctional Facility (MCCF) patient population as of December 29, 2017, was 4,098 or 97.16 percent of the budgeted capacity of 4,218.

During this reporting period, CCHCS conducted five in-state Health Care Monitoring Audits; one at Delano MCCF with an overall adequate rating of 86.7 percent (Full Review). This marked an improvement from the April 2016 audit, in which the facility received an overall performance rating of 79.9 percent (inadequate). The current audit showed that 20 of the 29 prior critical issues were resolved; however, there were 19 new critical issues identified.

The remaining four audits were conducted at Desert View (Limited Review), Golden State (Limited Review), McFarland (Limited Review), and Shafter (Limited Review). The reports for these audits are pending final completion. Pre-audit data and completed onsite audits continue to indicate improvement is necessary at all facilities.

CCHCS was informed by DAI that the Tallahatchie County Correctional Facility located in Mississippi was to be deactivated prior to January 1, 2018; however, the facility continues to operate at maximum capacity. As of December 29, 2017, the population was 1,248 (98.11 percent occupancy) with a maximum capacity of 1,272. In addition, CCHCS was informed by DAI that the La Palma Correctional Center (LPCC) located in Arizona, was scheduled to close by June 30, 2018. This facility is currently operating at 95.75 percent capacity for the general population (GP) with a population of 2,074; the maximum capacity for LPCC's GP is 2,166. The facility also contains a special needs yard (SNY) which is at the capacity of 97.04 percent with a population of 951; the maximum capacity population for an SNY is 980.

CCHCS conducted one out-of-state onsite Limited Review audit at LPCC, and the facility received an overall rating of 82.4 percent. LPCC successfully resolved 18 of 29 outstanding critical issues. Of the 11 unresolved critical issues, four have been unresolved since the 2015 and 2016 audits and seven from the January 2017 audit. The findings of the current audit conducted September 25–29, 2017, identify the facility's failure in addressing previously identified critical issues. Medication management at LPCC continues to be a major concern found in the last two audit reporting periods. This issue alone presents a critical barrier to care for the patients housed at the LPCC facility.

    (ii)    <u>Transportation Vehicles</u>

CDCR submitted for $17.5 million in funding from the General Fund in Fiscal Year (FY) 2018–19, to replace all current high-priority health care fleet assets and purchase additional health care fleet assets. CDCR will replace 291 high-priority health care fleet assets and purchase 47 additional vehicles to expand the existing fleet statewide. This is the first instance of CDCR expanding the existing health care fleet, since the Federal Receiver delegated procurement authority to CDCR in September 2012. CCHCS is optimistic and will continue to monitor the procurement, security retrofitting, and delivery of these vehicles to the respective institutions.

    (iii)    <u>Health Care Infrastructure at Facilities</u>

One of the most significant issues impacting the delivery of care has been the failure of the State to provide adequate infrastructure repairs and maintenance, including roof replacement. As noted in the FY 2019–20 Governor's budget:

> *California experienced record levels of rainfall in the past year, and severe storms caused significant damage to prison roofs. Failing prison roofs have resulted in damage to electrical systems and housing units; interruptions in rehabilitation programs, education programs and mental health treatment; and the development of mold. In continuation of the roof replacement funding provided in the 2017 Budget Act, the Budget includes $60.7 million General Fund to replace roofs at the California Substance Abuse Treatment Facility, Salinas Valley State Prison, and Ventura Youth Correctional Facility and $20 million General Fund for mold remediation efforts at various facilities in 2018-19. This continues a multi-year strategy to address failing roofs, with Calipatria State Prison and California State Prison, Corcoran being the next priorities.*

In the FY 2019–20 budget, CDCR has requested over $107 million for roofing repairs at SATF ($32.5 million), SVSP ($17 million), CAL ($24.4 million) and California State Prison, Corcoran (COR) ($33 million). While $107 million is a considerable infusion of resources, this will only address the needs at four of the department's 35 State prisons.

Clinical facility upgrades through the Health Care Facility Improvement Program (HCFIP) are progressing and several subprojects were activated during this reporting period. The more notable activations include the Facility A Primary Care Clinic, Facility B Medication Distribution Rooms and Facility D Primary Care Clinic at California Institution for Men (CIM); the Pharmacy Addition and Lab Renovation at Deuel Vocational Institution (DVI); four Medication Distribution Rooms at Pleasant Valley State Prison (PVSP); two Medication Preparation Rooms and three Medication Distribution Rooms at California State Prison, Sacramento (SAC); and three Medication Distribution Rooms at Valley State Prison (VSP). In addition, an analysis and plan have been completed for health care facility improvements at the Folsom Women's Facility.

The HCFIP has continued to experience construction delays as previously reported based on the complexity of the individual projects. For example, renovation and expansion of the primary care clinic at California Institution for Women (CIW), where clinic staff have been providing care in inadequate swing space for over three years, was originally planned to be complete at the end of July 2017. Construction activities on this sub-project slowed significantly in late 2017 due to delayed re-design efforts from the architectural/engineering firm caused by revised building requirements and deficient contractor work resolution of fire alarm and fire suppression monitoring. Based on the continued provision of patient care in what was intended to be temporary swing space, CDCR has agreed to fund the purchase of a mobile clinic. The mobile clinic is expected to be completed and delivered to CIW by or before March 30, 2018.

The resolution of design errors and omissions, including but not limited to connections to existing infrastructure (electricity, water, sewer, etc.) and deficient existing fire alarm systems unveiled during construction, have contributed to extended construction schedules. Partially as the result of these issues, CDCR has reported the costs of HCFIP have approached the authorized budget which was established at $991,629,030. CDCR will need to seek the funding necessary to complete the remaining projects which have not yet begun. The department must either seek legislative approval for an augmentation to the HCFIP program budget or obtain funding through the normal budgetary process by the submittal of a capital outlay request. Given that such a request would not be considered by the Legislature until FY 2019–20, this would likely result in significant delays to the project. It is the Receiver's expectation that there would be no delays in pursuing the funding required to complete the HCFIP program.

At the urging of the Office of the Receiver, CDCR has revised their construction completion dates to be more realistic. Construction for HCFIP projects at six other institutions has exceeded the original completion dates, and the revised construction completion dates are as follow:

|      | *Original Construction Completion Date* | *Revised Construction Completion Date* |
|------|------------------------------------------|------------------------------------------|
| HDSP | August 7, 2017                           | May 11, 2018                             |
| CTF  | October 7, 2017                          | September 28, 2018                       |
| SVSP | October 20, 2017                         | March 29, 2018                           |
| MCSP | October 25, 2017                         | June 10, 2018                            |
| SAC  | October 31, 2017                         | September 26, 2018                       |
| CMF  | November 27, 2017                        | December 9, 2018                         |

It is anticipated the all projects scheduled for construction completion in 2018 and 2019 will not meet the original target dates, and new completion dates have been projected by CDCR as follows:

|      | *Original Construction Completion Date* | *Revised Construction Completion Date* |
|------|------------------------------------------|------------------------------------------|
| CCC  | January 4, 2018                          | November 12, 2018                        |
| NKSP | January 13, 2018                         | March 26, 2019                           |
| CCI  | January 30, 2018                         | January 18, 2019                         |
| SATF | March 1, 2018                            | June 11, 2018                            |
| PVSP | April 2, 2018                            | May 15, 2019                             |
| CIM  | May 3, 2018                              | June 26, 2019                            |
| VSP  | May 10, 2018                             | December 17, 2018                        |
| FOL  | June 4, 2018                             | November 16, 2018                        |
| WSP  | July 18, 2018                            | April 9, 2019                            |
| SOL  | July 10, 2018                            | August 1, 2019                           |
| CCWF | August 1, 2018                           | February 25, 2019                        |
| PBSP | August 18, 2018                          | October 31, 2018                         |
| KVSP | August 28, 2018                          | December 28, 2018                        |
| RJD  | September 10, 2018                       | April 9, 2019                            |
| DVI  | October 8, 2017                          | June 5, 2018                             |
| SCC  | November 8, 2018                         | January 23, 2019                         |
| CMC  | December 17, 2018                        | August 28, 2019                          |
| COR  | January 3, 2019                          | February 1, 2019                         |
| ISP  | January 19, 2019                         | January 19, 2019                         |
| CVSP | February 28, 2019                        | February 28, 2019                        |
| CAL  | June 15, 2019                            | June 15, 2019                            |
| CEN  | September 1, 2019                        | September 24, 2019                       |

## Section 2: Other Matters Deemed Appropriate for Judicial Review

### A.  California Health Care Facility – Level of Care Delivered

CHCF's health care leadership remains focused on ensuring the delivery of quality health care services to its patient population.  During this reporting period, CHCF remained open to intake for Enhanced Outpatient Program, Special Outpatient Program, and Psychiatric Inpatient Program admissions.  Resumption of gradated admissions to the Outpatient Housing Unit and Correctional Treatment Center began in December 2017.  As of December 27, 2017, CHCF is currently at 82 percent capacity (2,420 current population; 2,951 capacity) and of the 41 primary care provider (PCP) positions at CHCF, 21.5 are currently filled as follows:

- Physician and Surgeon (P&S): 34 positions, 17.5 filled, 16.5 vacant
- Nurse Practitioners: 3 positions, 1 filled, 2 vacant
- Physician Assistants: 4 positions, 3 filled, 1 vacant

### B.  Statewide Medical Staff Recruitment and Retention

To support the Receiver's mission of reducing unnecessary morbidity and mortality, CCHCS established a foundation based upon a robust system of care.  This system was achievable through the dual goals of (1) recruiting and retaining a high-caliber provider workforce and (2) establishing a sustainable and reliable health care delivery system.

Over the past years, CCHCS has made significant strides forward in achieving its mission and goals.  With a reduction of preventable deaths by 65.4 percent, as well as rates of morbidity leading to hospitalizations and 30-day re-admittance lower than what is seen in the community, CCHCS' health care outcomes rival community outcomes. In 2017, CCHCS was identified as exceeding the 75th percentile of national health plans in 10 out of 12 population health measures by the National Committee for Quality Assurance, indicating significant improvement in adherence to disease management guidelines as well as outcomes for high-priority chronic illness. These achievements were in large part due to the recruitment of a high-caliber workforce. Of the 295 physicians, which is comprised of CCHCS' telemedicine, headquarters and institution staffing, 271 [92.0 percent] are Internal Medicine or Family Medicine board certified with less than 1 percent having a restricted license.  Additionally, CCHCS created a reliable health care system based on a community care model that CCHCS termed the Complete Care Model.

CCHCS accomplished these successes through a series of initiatives designed by Human Resources and the Medical Program to support its provider workforce and Complete Care Model. Current Initiatives (CI) and Future Initiatives (FI) were developed to support a continuum model that recruits, hires, trains, evaluates, and retains our provider workforce (Refer to Figure 1). Details to date related to each initiative are summarized in the Provider Workforce Initiatives Report. Refer to Appendix 1.  Future reports will provide status and progress related to the initiatives identified, as well as any additional initiatives occurring in the future.

As we move forward, the goal is to sustain the achievements made as CCHCS transitions medical services back to the State.

*Figure 1.*



The following summarizes some highlighted achievements for calendar year 2017:

- Expanded Telemedicine provider workforce from 10 positions to 40. This delivery model has proved successful through providing medical services to hard-to-recruit, remote locations and increased job satisfaction and retention. As of the date of this report, 67 percent of the telemedicine provider positions were filled with a very strong candidate pipeline.
- Hired 47 new physicians, with 14 hired into the telemedicine program, 30 at institutions, and 3 at Regional and headquarters offices.
- CCHCS requested and was granted permission from California Department of Human Resources to offer dual appointment opportunities for physicians currently employed with the State. This allows current full-time physician providers to work an additional position (up to 40-44 hours per month depending on the pay period), thereby increasing the ability to provide coverage at institutions with low fill rates.
- Implemented a Medical Provider Onboarding training to provide orientation to new providers on topics unique to correctional health care such as population management and care coordination with the goal of increasing quality of care and retention of newly hired providers. This 12-week program consists of 3 days of classroom training; 2 weeks of

rotational, observational training; and a minimum of 30 hours of protected training leading to independent patient care duties.  Seventy-two providers have completed the program.

- In January 2017, the Education and Training Unit's Continuing Medical Education program received a six-year Accreditation with Commendation, the highest level of accreditation offered by the Institute for Medical Quality, demonstrating CCHCS's commitment to providing corrections-specific courses of the highest quality.

- Developed an Education Partnership Program allowing medical students and residents training opportunities within the correctional setting. With partnerships including Kaiser and several campuses of the University of California system, CCHCS continued establishing our presence in the health care profession and providing a future pipeline of potential candidates.

- Vacancy data presented in previous Tri-Annual Reports was based on data from the State Controller's Office and Budgeted Position Authority and was assembled by CCHCS into a monthly Recruitment and Retention report.  As that report resulted from a platform that compiled data one month in arrears and then required several weeks to produce, data included in the report was up to 60-days behind.  CCHCS developed a new report to better assess fill rates based on real-time data on a weekly basis. This Weekly Status Report allows for more current data and assessment of coverage by civil service providers, telemedicine providers, and registry coverage. As of January 8, 2018, 12 of 35 institutions (34.3 percent) have a fill rate at institutions greater than 90 percent for primary care providers. When telemedicine coverage is included, the fill rate increases to 18 of 35 institutions (51.4 percent) with a greater than 90 percent fill rate. When all efforts to provide coverage (i.e., institution providers, telemedicine, and registry) are included, 29 of 35 institutions (82.9 percent) have a 90 percent or higher fill rate (Refer to Appendix 2).

Historically, CCHCS has provided pay differentials to assist in recruitment efforts and provide relief at some hard-to-recruit institutions.  The 15 percent pay differential did provide relief at some institutions; however, it was mainly at the expense of others, as 14 physicians transferred to receive the increased pay, leaving vacancies at their previous work locations. Additionally, five of the 12 institutions with the pay differential were not able to attract hires even with the increase in pay.  While pay differentials provided relief to some hard-to-recruit institutions, the strategy did not have the anticipated impact and is not sustainable.

To continue CCHCS' progress regarding recruitment, provider sponsorship efforts currently include supporting providers receiving funding through the federal student loan repayment and State student loan repayment programs, as needed.  However, drastic reductions in funding of the federal loan repayment program and the restrictions imposed by the State loan repayment program led CCHCS to develop a proposal to implement its own department-funded student loan repayment program in 2015.  As part of the proposal, the department-funded student loan repayment program would have been independent of Federal and State selection criteria.  CCHCS' student loan repayment program lacked the necessary support from the Department of Finance to move forward as a department-led initiative.  Future efforts will shift the focus toward partnering with private sector and non-profit organizations to create funding sources for scholarships, fellowships, and grants.

**C. CCHCS Data Quality**

The PLO recently expressed concerns about the accuracy of performance data reported in the Health Care Services Dashboard and other tools, especially relative to access to care. Data discrepancies detected at different institutions during PLO visits have led the PLO to question whether recent EHRS implementation has compromised data quality in a variety of areas. This section of the Tri-Annual Report summarizes the status of data analytics at CCHCS, current methods to ensure data reliability, and the impacts of introducing EHRS as a large, new data source replacing a number of legacy data systems.

   (i)    <u>The Role of Data in Quality Improvement</u>

Performance monitoring is a critical element of nationally recognized improvement models, no matter what type of work is involved. From Joseph Juran's Trilogy and the rapid-cycle improvement model developed by Walter Shewhart and W. Edwards Deming to Lean Six Sigma and the State of California's own Total Quality Management model, performance measurement is necessary both as a means of identifying quality problems (continuous system surveillance) and assessing the results of improvement projects.

An organization's ability to provide ready access to a wide range of reliable performance data to staff is a rate-limiting factor in the evolution of its quality management system. Refer to Figure 2: Carnegie's Capability Maturity Matrix Model[1]. It is difficult, if not impossible, for any organization to attain an agile culture of continuous learning and improvement if accessing information involves labor-intensive chart reviews or analysis of hand-written logs.

*Figure 2: Carnegie Capability Maturity Model*



---

[1] http://cmmiinstitute.com/capability-maturity-model-integration

The importance of data analytics in managing business operations has never been clearer than in today's digitized world. It is now common practice for business leaders to harvest data to better understand customer demographics and needs and to evaluate the quality and efficiency of services. Organizations that have chosen the path of data-driven decision making, what we call "data analytics," yield both greater productivity and higher profits than their competitors.[2] Private sector leaders are now expected to possess "data literacy," the basic ability to read, create, and communicate data, and this expectation is increasingly extended to public sector leaders through projects such as the Results Washington Initiative.

In the health care industry, collection and reporting of performance data is mandatory for most organizations. At the federal level, the Centers for Medicare & Medicaid Services requires Medicare providers meeting certain minimum billing and payment thresholds to submit performance data. These data are used to provide feedback and adjust provider payments.[3] In California, the Department of Health Care Services (DHCS) has implemented a monitoring system to provide a comparative review of the Medi-Cal managed care plan performance measures. DHCS designates performance measures annually and requires plans to report on them.[4] Many large employers require Health Care Effectiveness Data and Information Set (HEDIS) reporting from their health plans. More than 90 percent of America's health plans submit data on the 81 HEDIS measures, which encompass five domains of care;[5] CalPERS requires its contracted health plans to submit audited HEDIS measurement data annually and uses these data to compare plan performance.[6]

For health care organizations implementing the patient-centered health home (referred to as the Complete Care Model within CCHCS), data analytics is also an integral part of putting the model in place. The patient-centered health home mandates an emphasis on management of a patient panel and associated outcomes, including management of sub-populations within the patient panel, which necessitates access to automated tools such as preventive services registries, chronic disease registries, and disease outcome data, and CCHCS's own Complete Care Model Policies and Procedures include these requirements.

    (ii)    <u>Current Status of CCHCS Data Analytics</u>

Under the direction of the Receiver and his staff, CCHCS has made it a top priority to establish the infrastructure, processes, and tools that comprise a high-functioning data analytics program.

---

[2] Https://hbr.org/2012/10/big-data-the-management-revolution

[3] Department of Health and Human Services, Centers for Medicare & Medicaid Services. Federal Register, 11/16/2017, 42 CFR Part 414. Medicare Program; CY 2018 Updates to the Quality Payment Program; and Quality Payment Program: Extreme and Uncontrollable Circumstance Policy for the Transition Year; Final Rule. Available at www.federalregister.gov/documents/2017/11/16/2017-24067/medicare-program-cy-2018-updates-to-the-quality-payment-program-and-quality-payment-program-extreme

[4] Managed Care Quality and Monitoring Division California Department of Health Care Services Medi-Cal Managed Care External Quality Review Technical Report, April 2017. Available at www.dhcs.ca.gov/dataandstats/reports/Documents/MMCD_Qual_Rpts/TechRpt/CA2015-16_Technical_Report_F1.pdf

[5] www.ncqa.org/hedis-quality-measurement

[6] CalPERS Health Benefits Program, Annual Report, November 2017. Available at https://www.calpers.ca.gov/docs/forms-publications/health-benefits-program-annual-report-2017.pdf

Data infrastructure was installed in every prison, allowing many staff access to the Internet and Web-based services, such as e-mail, for the first time. Statewide programs were encouraged to convert antiquated and unstable Access databases to Web-based applications, and the department began to automate portions of patient health records.

The Receiver established a Data Warehouse, a core component of any data analytics program, which draws data feeds from a wide range of databases into a holding area where data can be transformed into the information necessary for reports and operational tools. The server space and IT staff required to maintain the Data Warehouse were also secured. Staffing was allocated to the Quality Management (QM) Section to focus exclusively on data analytics, and a physician executive was assigned with both expertise in data analytics and health system dynamics. Funds were dedicated to purchase software and training for data analytics staff. Lastly, the Receiver and his executive team spent significant time and resources steering CCHCS staff toward a data-driven decision making and instilling data literacy skills, including the ability to test data sets for validity.

Over time, CCHCS has evolved to a fully functional data analytics program, offering the following three types of data analytics tools:

- **Performance reports, such as organizational Dashboards.** Issued routinely to show progress toward organizational objectives, these reports offer users the capability to "drill down" into more detailed information depending on the user's needs or interest and are structured to draw attention to the areas of greatest concern or where there is room for improvement (e.g., color-coding: green means goal exceeded, red indicates substandard performance).

- **Operational tools and reports.** Often directly tied to the organization's performance objectives, operational tools and reports are tailored to staff with different roles in the organization, providing them with the information they need to meet performance objectives. For example, if the organization's goal is to assess each diabetic's HbA1c level annually, the associated operational tool allows a physician to select all diabetic patients assigned to him or her, when they received their most recent diagnostic test, and which patients have tests that are overdue, as well as flags the tests in yellow that are coming close to the due date. Ideally, data is displayed in real-time.

- **Business intelligence.** Data analytics also encompasses special studies used to inform organizational decision-making at the executive or management level. Often predictive in nature, business intelligence products project the impact of policy decisions or may evaluate an organization's strengths and weaknesses for strategic planning purposes. For example, executives rolling out a diabetes prevention program request an analysis of disease prevalence, diabetic risk factors, and demographic trends by institutions to determine where to focus scarce program resources and which interventions would be most effective for unique population cohorts.

In the earliest versions of the Health Care Services Dashboard and patient registries, the QM Program relied heavily on methodologies requiring manual work, including chart audits for data extraction and manual uploads into the Health Care Data Warehouse.  Most of these early measures used random sampling practices for data collection when the population was too large to conduct total ascertainment of information.  In recent years, as QM staff have become more and more skilled at data analytics, the complexity of CCHCS operational tools and their usefulness has increased.  For example, QM staff produced a Patient Summary in April 2015 that yielded huge operational efficiencies, drawing data on an individual patient from more than 20 different data sources and uses more than 3,000 lines of Structured Query Language code to pull them into a single report, with flagging for important clinical factors, such as medications that are due for renewal.  In 2016, the Patient Summary was accessed 2.4 million times by the roughly 12,000 health care staff working in California's prisons.[7]

QM's 90 patient registries and operational reports now support evidence-based management for specific diseases, helps ensure health care access is provided timely, facilitates continuity of care when patients transfer, arranges patients into clinical risk categories, and supports efficient and effective medication administration.  In 2017, the QM tools were accessed over 5.8 million times by 18,872 unique users; with an average of 484,613 QM reports and tools viewed per month.  By leveraging industry standard IT solutions, nearly all reporting is automated and many performance reports and operational tools are available with near real-time data.



Now, after seven years of intensive program development, CCHCS's data analytics services rivals that of free-world organizations such as Northern California Kaiser Permanente and the Veteran's Health Care Administration, as confirmed by a 2015 review by the Center for Health Care Policy and Research at University of California, Davis, and far exceed those offered by most other correctional health care organizations.

(iii)    Data Transparency and Validation Processes

Beyond being easily accessible, data must be highly reliable to be useful.  CCHCS staff need information that is as accurate as possible to make decisions about where and when to take action.  CCHCS uses two strategies to promote data reliability:  1) the QM Section conducts routine data surveillance sweeps, interacts constantly with end-users, and performs special validation studies to detect and address data abnormalities, and 2) all reports and tools include

---

[7] CCHCS Web server usage data, January through December 2016

information and features to provide transparency into data sources and how results are generated.

The following are some of the methods the QM Section uses to ensure data accuracy:

<u>Validation:  Statistical Process Control</u> – Statistical Process Control (SPC) compares current data against historic trends to identify variation in data that may need to be investigated for potential quality problems.  The QM Section applies SPC on a routine basis to data feeds coming into the Health Care Data Warehouse to ensure that it is consistent with the data volume coming in historically; this has helped CCHCS to identify, for example, a sudden and significant drop in prescription information that jeopardized the accuracy of a group of performance reports and operational tools.  In addition, SPC is used to review over 25,000 reporting data points monthly to target anomalies for validation. If the data is inconsistent with historical patterns; for example, if a denominator is too large or too small, the SPC program "flags" the data point as potentially inaccurate.  When this occurs, the Performance Evaluation Program examines the variation to see what, if any, error occurred (e.g. duplicate data resulting in too large a volume, or a failed job resulting in too small a volume).  For more details of the SPC process used by the QM Section, refer to Figure 3: Statistical Process Control Decision Algorithm.  Two benefits of SPC are that it emphasizes early detection and prevention of information inaccuracies and it is used to monitor information flow described above so that the Performance Evaluation team monitor the stability of the overall process for information delivery.

*Figure 3: Statistical Process Control Decision Algorithm*

<u>Validation:  Ongoing User Feedback and Customer Service Support</u> – Prior to release of any performance measure or operational report, the QM Section coordinates with institution staff to field-test the data.  In addition, the QM Section maintains an email "inbox" where any CCHCS staff member can submit information about potential data quality problems or other topics relevant to the QM Program.  In 2017, QM received roughly 4,500 emails from CCHCS staff.

QM Section staff investigate all data quality concerns from the QM email inbox and take a variety of actions in response to improve data, ranging from training institutions on workflow requirements to avoid data entry error, working with IT staff to manage data feed issues, or modifying the code used to populate a particular data point.  Since fall 2017, QM Section staff have held a weekly webinar to assist CCHCS staff with questions about performance reports and operational tools, which may include data quality issues.

<u>Validation:  Special Studies and Data Quality Best Practices</u> – When SPC sweeps and interactions with institution staff during customer service forums reveal a multiple-institution trend of poor data quality, QM Section staff perform special validation studies and improvement projects. Almost always, this applies to circumstances in which data entry error is the dominant factor behind data irregularities.  QM will develop training materials to help promote consistency in data entry that align with organization policies and procedures and provide direction to following workflows.

Most recently, the QM Program recognized systemic problems with the scheduling practices in EHRS across the State.  In response to this, a robust training package, called Scheduling Process Improvement – Phase 3 (SPI-3), was developed and is currently being disseminated throughout the State by the Regional QM Support Units. As the name implies, scheduling practices have historically been a challenge for CCHCS to standardize and to have institutions consistently adhere.  SPI-3 specifically addresses scheduling principles and processes in the EHRS, where SPI and SPI-2 were designed to guide proper scheduling principles and processes in CCHCS's legacy scheduling systems.

In areas where data entry issues are prevalent, especially during initial implementation of a database, QM Section staff may produce routine data quality reports to indicate the severity of a data quality issue and help institutions track improvement over time.  In the past few months, for example, the QM Section has supplied institutions with data quality reports relative to durable medical equipment and routine episodic care referrals to PCPs.

The QM Section also serves as a hub for sharing best practices in data accuracy.  When a particular institution demonstrates improved performance in data quality while others struggle, the QM Program will seek to understand how the high performing institution verifiably accomplished data reliability and share those desirably replicable improvement activities with other institutions.    Additionally, the QM Program encourages direct communications between institutions.

Transparency:  Data Specifications – CCHCS promotes data reliability by making the calculations behind each data point transparent to users.  The Health Care Services Dashboard and operational tools include links to supporting documents with detailed descriptions of methodology.  The Dashboard provides a link to a full Glossary, which offers the definition of each measure, details for what is included and excluded in the numerator and denominator, the time period for the measurement, how the measure is calculated, and other criteria the measure uses (e.g. specific medications eligible for Central Fill Pharmacy usage and what diagnostic tests are accepted for cancer screening).  Clicking on any Dashboard measure brings the user to a pop-up window with a definition for the measure.  Refer to Figure 4: Health Care Services Dashboard Pop-Up Window Showing Performance Measure Definition.  Additionally, the QM Program identifies the sources of its data and how it is generated.  Registries or operational reports feature Condition Specifications, Registry Definitions, and a User Guide.

*Figure 4:  Health Care Services Dashboard Pop-Up Window Showing Performance Measure Definition*



Transparency:  Drill-Down Capabilities and Hover Functionality – Clicking on any score for a benchmarked/color-coded Dashboard performance measure links CCHCS staff to detailed lists that show the base information (record-level detail) used to calculate the score, and whether or not each record in the list satisfied the performance expectation.  This allows the end-users to do chart validation on a targeted subset of records (i.e. specific cases that did not meet the performance expectation) and verify data accuracy.  Refer to Figure 5: Example of a Dashboard Performance Measure Drill-Down View.

*Figure 5:  Example of a Dashboard Performance Measure Drill-Down View*



In performance reports, details pertaining to the presented information can quickly be obtained by the hover function.  By simply moving the mouse over a particular measurement or data point, relevant information will be revealed, such as the numerator and denominator for the metric and date the data was compiled.  Refer to Figure 6: Dashboard Drill-Down View Showing Hover Functionality.  Recently, the PLO employed the hover function to identify data entry errors at CCI related to routine episodic care referral data.

*Figure 6:  Dashboard Drill-Down View Showing Hover Functionality*



(iv)    <u>Impacts of EHRS Implementation</u>

Even when information systems are well established and stable, administrators can expect regular threats to data integrity. When virtually any change occurs to an information system, the accuracy and reliability of information must be reviewed for potential compromise.  Threats to data integrity can occur at any point in the information flow, and can vary in size.   The

introduction of a new health care staff member, for example, may result in temporary data entry errors, presenting an isolated threat with minimal impact to any measure or all measures, whereas a change to an existing workflow or a change to a methodology may have a greater impact but only to a specific measure or subset of measures.

The adoption of the EHRS had an impact to data integrity, affecting about two thirds of Health Care Services Dashboard measures, whether it be through front-end data entry and workflow design, back-end data mapping and storage, or methodology specifications.  It is important to note that the impact to data quality varies significantly; some of the data points quickly regained quality as institutions stabilized on EHRS; while others continue to pose quality problems.  Across the board, near real-time data should be validated by the end-user.

EHRS implementation had impacts on most aspects of data processing for performance reports and operational tools.  Figure 7 outlines the major steps of data processing.

*Figure 7:  Major Steps in Data Processing*



The EHRS impacts to each step are described in detail below.

<u>Data Entry Impacts</u> – Prior to EHRS, most health care delivery was documented on paper.  During implementation, health care providers learned to record health care encounters in the EHRS, in accordance with numerous new, standardized workflows.  Over time, users found different ways to complete workflows, ways that may not conform to statewide workflows and are generally considered "work-arounds."  Health Care Services Dashboard metrics incorporating EHRS data were designed per the statewide workflows and may not capture data entered through a "work-around" process.  In situations like this, reported performance would not necessarily be indicative of actual performance.  But low performance in an area with large variation between measured groups should help leaders identify inconsistent application of expected workflows. For example, if Care Team A serves a similarly-sized patient panel as Care Team B but has a much

larger denominator for a certain measure, the institution should be able to readily detect that using care-team level Dashboard reports and would be able to use drill-down data and the performance measure methodology description to investigate.

For some data entry errors, there are feedback mechanisms in EHRS, embedded in workflows, or provided by QM tools to help staff correct the problem quickly.  For example, during a pill line, a Licensed Vocational Nurse (LVN) gives several patients a dose of medication, but fails to record the administrations properly in the EHRS.  The current workflow requires the LVN to run a report of all patients who missed their medications during that pill line and have the patients brought to the line.  When the LVN sees that many of the same patients he or she had already served are shown to be missing medications, he or she works with a co-worker to determine the proper way to document the administration, and the issue does not arise again.  In the same vein, a provider is unlikely to use the wrong process for ordering labs if that process repeatedly fails to yield the lab results he or she needs at future appointments.  EHRS data points found in tools used for day-to-day patient management also receive a higher level of scrutiny that can help in identification of data entry errors.

When tasks can be completed even when deviating from the prescribed workflows, data entry errors may go undetected for longer periods of time.  An example of this was observed where several health care staff were using different order types for a PCP encounter, when they all should have been using the same order type.  Whether or not staff used the correct order type, patients were still appearing for appointments, and services were able to be delivered.  Measures involving this type of data entry require more scrutiny until one or more of the following can occur: workflows are better defined and the system limits deviation from the prescribed workflow, staff consistently follow the workflow, and/or performance methodology is expanded to allow for variability in completing work in the EHRS.

Data Mapping Impacts – The EHRS introduced tens of thousands of new data points that had to be isolated, drawn into the Health Care Data Warehouse tables, and incorporated into coding for performance report and operational tools.  QM Section analysts matched all data points previously supplied by legacy systems to a corresponding data point in EHRS to continue to provide CCHCS staff with access to QM tools.  Though the QM Program worked with the EHRS development team to understand the workflows and Cerner back-end table structure, there was no one who fully understood the complexities of the new system and how data would appear post-roll out, and adjustments are made as work is completed in this new system.

Along with EHRS, CCHCS had to adopt another major change, namely the conversion of the International Classification of Diseases (ICD) from ICD-9 to ICD-10. This change alone quintupled the number of diagnosis codes from 13,000 possible codes with ICD-9 to approximately 68,000 with ICD-10.  This change required more mapping from the EHRS tables to the Health Care Data Warehouse tables, so that the appropriate ICD-10 codes are linked to the proper conditions used to measure performance and determine patient characteristics like Clinical Risk and Coccidioidomycosis Risk, both of which support appropriate placement of patients to one of the 35 adult institutions throughout the State.  New diagnoses are entered into the system

continuously and the QM Program routinely reviews new entries into the EHRS tables, and have clinical subject matter experts properly map relevant diagnostic codes to the appropriate medical conditions.

Impacts to Data Extract, Transform, Load – While there are no significant changes to the Extract, Transform, Load (ETL) process once Data Mapping and the Health Care Data Warehouse reconstruction was completed, it is vulnerable to changes that are made to any of the data tables in EHRS, CCHCS servers, or the Health Care Data Warehouse, and these changes are happening at a rapid pace.

Another aspect of Information Flow vulnerability ties to the ETL process and the timeliness of data available in the Health Care Data Warehouse. While EHRS data is routinely transferred to CCHCS, the timeliness of this transfer can impact the timeliness of the information presented on the QM reports and operational tools. If there is a delay or disruption in the data that flows between the EHRS remote hosted servers and CCHCS's servers, the near real-time reporting is impacted. Because some tools are intended to be updated at a minimum of once a day, but as many times as five times per day, delays in the information flowing from the EHRS to the CCHCS server to the Health Care Data Warehouse can negatively impact data quality.

CCHCS Information Technology Services Division staff works diligently with the QM Program to ensure timely transfers of data between the CCHCS servers and the Health Care Date Warehouse and has a formal service level agreement with the EHRS vendor to provide "near real-time" data to CCHCS.

Data Query Impacts – Accuracy of information can be negatively impacted by creating incorrect rules to pull a data set for analysis. Simple errors in the code syntax can lead to significant deviation in what is intended to be measured. Without close scrutiny of the code by an independent person, simple errors may go undetected. For example, a simple filter to remove a certain type of data could also inadvertently remove unclassified data. This type of error is very hard to detect, and can lead to inaccurate and incomplete results, conclusions, or reports.

With EHRS implementation, many thousands of lines of code had to be modified to adapt to EHRS as a new data source. To mitigate risk of coding errors, the QM Program uses a multilayered validation process to identify these issues before they impact end users, including a code review by a manager or another analyst, an internal validation process to check the output of the query, and generally, an external validation process with users in the field investigating and checking the results as well.

(v)    How Reliable Is Dashboard Data?

There are more than 240 measures and sub-measures displayed on the Dashboard, and the impact of EHRS implementation varies widely across indicators. Some measures do not rely heavily on EHRS data or don't use EHRS information at all, such as Human Resources measures. Some measures show reliability issues immediately after EHRS implementation and then quickly

stabilize, such as the Medication Management, Population Health Management, and Care Management measures.

The measures most vulnerable to data inaccuracy appear to be certain medical access sub-measures, durable medical equipment measures, timely LVN documentation, and productivity data. Refer to Appendix 3 which provides a "heat map" of Dashboard measures that are considered less acurate. Taken in context of all performance information posted on the Dashboard, the unstable areas represent a small subset of measures, about 11 measures or sub-measures. Most "red" areas on the heat map are the current focus of special validation initiatives to increase accuracy.

*Case Study: One Measure*

Dashboard measures that continue to pose data reliability issues involve data entry errors. The most obvious example of this is the "PCP Routine Referrals 14 Days" measure, one of nine sub-metrics under the Medical Access category on the Dashboard. This measure reports on whether PCPs are seeing patients in accordance with required timeframes for episodic care requests.

Pursuant to the approved statewide workflow, nurses should use a specific order type, the 7362 Medical Routine Follow Up order, to refer patients to a PCP. Across the State, however, RNs use two other order types in addition to the required order type (Medical Episodic Care Follow Up and Chronic Care Follow Up) which are orders never intended for that purpose. Nurses struggling to follow the required workflow is both an EHRS design flaw and a training issue. The Dashboard methodology was designed to follow the correct workflow and does not include PCP referrals made using the two other order types. PLO staff detected this issue at CCI when reviewing QM scheduling reports showing care team level data; the denominators for this measure varied significantly across care teams, even when they had similarly-sized patient panels, and in several areas were implausibly low, but it was unknown why the problem existed. Using in-house data analytics capacity, CCHCS investigated the issue, identified that CCI staff were using the wrong order types, and quickly developed code that can be used to find the error at other institutions.

The error is widespread. Statewide, more than half of the referrals to PCPs made by nurses during face-to-face triage are issued using the wrong order type. Refer to Appendix 4 which represents the type of report that can be issued to institutions to help them address this data quality issue. As a result, for this one measure, CCHCS is not capturing the complete possible denominator for the measure, which is referred to as "total ascertainment" of the records to be measured and the ideal circumstance for accurate performance readings. Because the incorrect order types are excluded, CCHCS is gathering an incomplete order set for this measure, which is always less accurate than total ascertainment. Reviewing December 2017 data for this measure, actual performance (including both incorrect and correct order types) varied from the Dashboard performance score by six percent on average. For 25 out of 35 institutions, benchmarking remained the same (e.g., if the institution was in the yellow zone, it would have remained in the yellow zone), but for CIM, where just one order was entered with the correct order type in

December, actual performance was 75% higher when all order types were included.  Refer to Appendix 5.

(vi)   What Does CCHCS Do with Problematic Data?

Should CCHCS abandon the problematic data?  There are several factors to consider.  First, CCHCS has identified 11 of 240 sub-measures categorized as less reliable.  Four of those metrics are productivity measures that are not currently benchmarked, and are not given great weight in performance assessments.  With such a small group of measures as an initial focus, it would not be difficult for CCHCS to improve performance in these areas; this is small behavior change (e.g., select the correct order type), not reinvention of a complicated service delivery process, and CCHCS has a long record of correcting data inaccuracies, such as the concentrated validation studies initiated several years ago after statewide MedSATS implementation, which yielded a reliable data set for access measures.  This early in EHRS implementation, it makes more sense to focus on data validation.

For many of these measures, there are more reliable data points that can be substituted for the measure until data quality is repaired.  For example, while working on improving the validity of the PCP referral data summarized above, the Federal Court, PLO, and other stakeholders can reference the PCP Staffing and Backlog Report issued twice monthly to assess timely access to PCPs for all order categories.

There is much to lose if CCHCS chooses not to invest in the Dashboard, which has served as a galvanizing improvement tool for the organization for many years.  Everyone, from executives to supervisors to line staff, has become accustomed to looking at Dashboard data and reviewing performance as part of their day-to-day job.  The Dashboard has been critical in supporting the organizational culture shift to data-driven decision making, and with a relatively small investment of effort, can regain pre-EHRS levels of accuracy.  The payoff is allowing the organization to continue to build upon its potential for rapid, large-scale, positive change; the kind of potential that led the organization to improve the rate of timely polypharmacy reviews by 52 percentage points in six months when the initiative was first introduced in 2015 which represented a scale of improvement virtually unheard of in quality management circles.

(vii)   New Efforts to Improve Data Quality

EHRS implementation concluded in November 2017.  To a certain degree, an increase in data accuracy is expected to occur in the near future as a result of EHRS system stabilization.  In addition, QM has initiated some active interventions to improve data quality in areas currently considered problematic through workflow, data entry, and methodology reviews, with an initial focus on institutions or care teams with unexplained discrepancies in rates and volumes compared to other well-performing sites.

- **Targeted Interventions for All Measures Showing Data Entry Errors.**  For individual data points especially prone to error, such as the medical access sub-measures mentioned previously, the QM Section will issue special reports monthly to provide customized feedback about data entry errors, highlighting discrepancies in data for each institution,

and steering staff toward training materials that can be used to improve data quality and performance.

- **Customized Institution Data Quality Reports.**  Currently, SPC sweeps primarily focus on variation in data trends when multiple institutions are involved.  QM staff are working on applying SPC at a more granular level to individual institutions, with a goal of providing each institution with a customized profile of potential data quality issues on a routine basis.

- **Building Validation Skills.**  As part of CCHCS's ongoing evolution as a data-driven organization, staff at all reporting levels need to have the skill set to detect potential data inaccuracies, investigate causes using record-level data and methodology detail, and take steps to effectively address data quality problems.  While current QM Program policies and procedures already include data validation requirements and each institution maintains a quality management committee structure to address these issues, CCHCS staff have not received formal training or decision support to guide staff in the process. QM Section staff are developing training programs to assist staff in developing this skill set.

With these efforts, existing validation practices, and EHRS system stabilization, the information on the Health Care Services Dashboard and Operational Tools should improve in the near future, allowing CCHCS to continue to expand its use of data as a valuable improvement tool.

## D.  Coordination with Other Lawsuits

Meetings between the three federal courts, *Plata, Coleman,* and *Armstrong* (Coordination Group) class actions have occurred periodically.  A Coordination Group meeting was held on September 13, 2017.

## E.  Master Contract Waiver Reporting

On June 4, 2007, the Court approved the Receiver's Application for a more streamlined, substitute contracting process in lieu of State laws that normally govern State contracts.  The substitute contracting process applies to specified project areas identified in the June 4, 2007, Order and in addition to those project areas identified in supplemental orders issued since that date.  The approved project areas, the substitute bidding procedures, and the Receiver's corresponding reporting obligations are summarized in the Receiver's Seventh Quarterly Report and are fully articulated in the Court's Orders, and therefore, the Receiver will not reiterate those details here.

During this reporting period, the Receiver has not used the substitute contracting process for any solicitations relating to services to assist the Office of the Receiver in the development and delivery of constitutional care within CDCR and its prisons.

**F.  Consultant Staff Engaged by the Receiver**

The Receiver has not engaged any consultant staff during this reporting period.  However, the Receiver has engaged consultant staff, effective January 1, 2018, and wishes to disclose this engagement now, rather than deferring this disclosure until the next Tri-Annual Report.

Effective January 1, 2018, the Receiver has contracted with The Regents of the University of California, San Francisco (UCSF), for consulting services to be provided by Brie Williams, MD, MS, and other UCSF personnel.  Dr. Williams and her team will consult regarding various topics, which may include, but are not limited to, the following:

Office of the Inspector General
- Review the clinical assessment program and methodology procedures of the Medical Inspection Program of the OIG.
- Assess if the assumptions made and the current methodology used by the OIG is similar to other clinical assessment programs used by other integrated health care systems in California or Federal integrated health care systems.
- Assess if the current OIG assessment system is sufficient to measure the quality of health care delivered within CDCR.

Medical Systems – Death Review
- Review the current death review process for adequacy and reliability.
- Assess whether CCHCS processes conform in a similar manner to other integrated health care systems in California or Federal integrated health care systems.
- Assess what process changes could strengthen the system.

Medical Systems - Maintaining a Qualified Provider Workforce
- Review applicable IMSP&P policies and procedures and related court orders regarding adequacy to ensure patient protection.
- Review the proposed ongoing and focused provider review processes for adequacy and reliability.
- Assess what changes should be made in the institutional peer review process to better integrate with the proposed headquarters peer review process.
- Assess whether CCHCS' processes conform in a similar manner to other integrated health care systems in California or Federal integrated health care systems.
- Assess what process changes could strengthen the system.

CCHCS Health Care Patient Safety Program
- Review the current Patient Safety program for adequacy and reliability.
- Assess whether CCHCS' processes conform in a similar manner to other integrated health care systems in California or Federal integrated health care systems.
- Assess what process changes could strengthen the system.

**G. Accounting of Expenditures**

(i)      <u>Expenses</u>

The total net operating and capital expenses of the Office of the Receiver for the four month period from September through December 2017 were $434,470 and $0.00 respectively.  A balance sheet and statement of activity and brief summary and analysis is attached as Appendix 6.

(ii)      <u>Revenues</u>

For the months of September through December 2017, the Receiver requested transfers of $150,000 from the State to the California Prison Health Care Receivership Corporation (CPR) to replenish the operating fund of the Office of the Receiver.  Total year to date funding for the FY 2017–18 to CPR from the State of California is $475,000.

All funds were received in a timely manner.