# TABLE OF APPENDICES

| | |
|---|---|
| 1 | Provider Workforce Initiatives Report |
| 2 | Primary Care Provider Vacancy and Coverage Report – January 08, 2018 |
| 3 | Dashboard Accuracy Heat Map – January 2018 |
| 4 | Incorrect PCP Referral Ordering by Institution – December 2017 |
| 5 | PCP Routine Referral Performance vs. Actual Performance – December 2017 |
| 6 | CPR Financial Statements – September through December 2017 |