XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 455 Golden Gate Ave., Ste. 11000
 San Francisco, CA 94102
 Telephone: (415) 703-5826
 Fax: (415) 703-5843
 E-mail: Chad.Stegeman@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF ERRATA RE MCCLAIN DECLARATION [5768] IN SUPPORT OF DEFENDANTS'** *EX PARTE* **APPLICATION TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR CASE MANAGEMENT ORDERS AND SANCTIONS**<br><br>Judge:     The Honorable Kimberly J. Mueller |

**TO THE COURT AND PLAINTIFFS' COUNSEL:**

**PLEASE TAKE NOTICE** that Defendants are filing concurrently with this notice a corrected version of Defendants' *Ex Parte* Application to Extend Time to File Opposition to Plaintiffs' Motion for Case Management Orders and Sanctions; Memorandum of Points and Authorities; Declaration of Damon McClain, which was filed on January 31, 2018. (ECF No. 5768.) There was an inadvertent error in the Declaration of Damon McClain in support of the

1

1  application.  The sentence beginning on line 20 of page 6 of the application has been corrected to

2  state: "Defendants have not made a decision to designate the consultants as testifying experts,

3  nor have Defendants filed any motions supported by testimony from these consultants."

5  Dated:  February 1, 2018                                           Respectfully submitted,

6                                                                                     XAVIER BECERRA
                                                                                       Attorney General of California
7                                                                                     DANIELLE F. O'BANNON
                                                                                       JAY C. RUSSELL

9                                                                                     */S/ DAMON G. MCCLAIN*
                                                                                       DAMON G. MCCLAIN
10                                                                                   Supervising Deputy Attorney General
                                                                                       *Attorneys for Defendants*

13  CF1997CS0003
    21074707.docx

2