UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | No. 2:90-cv-0520 KJM DB P |
| IVAN LEE MATTHEWS,<br><br>    Plaintiff,<br><br>    v.<br><br>KIM HOLLAND,<br><br>    Defendant. | No. 1:14-cv-1959 DAD SKO P |
| JOAQUIN MURILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>HOLLAND, et al.,<br><br>    Defendants. | No. 1:15-cv-00266 LJO JLT P |

| JORGE ANDRADE RICO, et al., | No. 2:17-cv-1402 CKD P |
|---|---|
| Plaintiffs, | |
| v. | |
| JEFFREY BEARD, et al., | |
| Defendants. | |

Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). The actions involve the same property, transaction or event and similar questions of fact and law. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Therefore, IT IS ORDERED that the actions denominated as *Matthews v. Holland*, Case No. 1:14-cv-1959 DAD SKO P, *Murillo v. Holland*, Case No. 1:15-cv-0266 LJO JLT P, and *Rico v. Beard*, Case No. 2:17-cv-1402 CKD are reassigned to the undersigned and to Magistrate Judge Deborah Barnes for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as *Matthews v. Holland*, Case No. 1:14-cv-1959 KJM DB P, *Murillo v. Holland*, Case No. 1:15-cv-0266 KJM DB P, and *Rico v. Beard*, Case No. 2:17-cv-1402 KJM DB P.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment. Any and all dates currently set

/////

/////

before any judge to whom *Matthews*, *Murillo*, or *Rico* is currently assigned only are hereby vacated.

IT IS SO ORDERED.

DATED: February 2, 2018.

_____
UNITED STATES DISTRICT JUDGE