XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7325
  Fax: (916) 324-5205
  E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: CALIFORNIA STATE PRISON-CORCORAN** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | Judge: The Hon. Kimberly J. Mueller |

On January 25, 2018, the Court issued an order to show cause within fourteen days from the date of this order "why the inadequate wall ventilation grates at [California State Prison-Corcoran] cannot be replaced within six months." (ECF No. 5762 at 4:7-9.)

Defendants expect to complete the replacement of Corcoran's wall ventilation grates in the crisis bed unit within the next six months. (Macomber Decl. at ¶ 9.) The California Department of Corrections and Rehabilitation (CDCR) identified funding to complete the ventilation grate replacement. (*Id.* at ¶ 5.) CDCR's Facility Planning, Construction and Management Division

1

completed the designs and submitted them to the State Fire Marshal for approval, and the plans were approved on February 7, 2018. (*Id*. at 6.)

The Facility Planning, Construction and Management Division and Inmate Ward Labor will procure materials and complete construction. (*Id*. at ¶ 4.) Inmate Ward Labor will utilize the State Fire Marshal approved drawings to begin procuring the materials on February 8, 2018. (*Id*. at ¶ 7.) Before construction begins, Corcoran will need to stop the intake of inmates into the unit. (*Id*. at ¶ 8.)

The wall ventilation grate replacement will affect twenty-four Mental Health Crisis Beds and one isolation room. (*Id*. at ¶ 10.) All of these beds must be taken off-line during construction due to noise, the fumes caused by construction, and other construction related issues. (*Id*. at ¶ 11.) In accordance with the Court's March 7, 2017 order, Defendants will continue to meet and confer with the Special Master over any reduction in beds, and provide updates on the status of these beds during the parties' regular bed planning discussions. (*See* ECF No. 5573 at 3-4.) Defendants will also promptly notify the Special Master and the Court in the event there are unforeseen delays.

## CERTIFICATION

The undersigned counsel for the Defendants certifies that he reviewed the following relevant court orders: February 3, 2015 (ECF No. 5271); April 4, 2016 (ECF No. 5429); March 7, 2017 (ECF No. 5573); January 24, 2018 (ECF No. 5762).

Dated: February 7, 2018            Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorney General

*/S/ TYLER V. HEATH*
TYLER V. HEATH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003 / 33249046.docx

2