XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7325
  Fax: (916) 324-5205
  E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF JEFF MACOMBER IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE RE: CALIFORNIA STATE PRISON, CORCORAN**<br><br>Judge:    The Hon. Kimberly J. Mueller |

I, Jeff Macomber, declare as follows:

1. I am the Deputy Director, Facility Support, of the Division of Adult Institutions for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration in support of Defendants' response to the Court's January 25, 2017 order to show cause why the ventilation grates in California State Prison, Corcoran's (Corcoran) Mental Health Crisis Beds cannot be replaced within six months.

1

Decl. of Jeff Macomber in Support of Defs.' Response to OSC Re: CSP-Corcoran (2:90-cv-00520 KJM-DB (PC))

2. I am responsible for oversight of CDCR's bed management as well as the Custody Mental Health Compliance team. I am familiar with the numerous and complex policies and procedures that govern the prison mental health care delivery system at the institutional level and have visited and evaluated prisons with mental health care programs. I also served as Warden at an institution with a large mental health program.

3. I am currently working with CDCR's Facility Planning, Construction and Management Division and Corcoran on a plan to replace the wall ventilation grates in Corcoran's Mental Health Crisis Beds.

4. CDCR's Facility Planning, Construction and Management Division is handling the design aspect of this project, and it will work with Inmate Ward Labor to procure the materials for the project, and replace the wall vents.

5. CDCR has already identified the necessary funding to complete the construction.

6. Facility Planning submitted the completed design to the State Fire Marshal for approval and the State Fire Marshal approved the designs on February 7, 2018.

7. Inmate Ward Labor will utilize the State Fire Marshal approved drawing to begin procuring materials on February 8, 2018.

8. To prepare for construction, Corcoran will need stop new patient intake. CDCR will coordinate the process of stopping patient intake with the Healthcare Placement Oversight Program (HCPOP).

9. CDCR expects to complete construction within six months of the Court's January 24, 2018 order.

///
///
///
///
///
///
///

2

10. During the construction, CDCR will need to take all twenty-four MHCBs and the one isolation room off-line at the same time. This is necessary because of the noise, fumes due to construction, and other issues caused by the construction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on February 7, 2018.

*/s/ Jeff Macomber*
JEFF MACOMBER
Deputy Director, Division of Adult Institutions

*(original signature retained by attorney)*

CF1997CS0003
33252108.docx

3

Decl. of Jeff Macomber in Support of Defs.' Response to OSC Re: CSP-Corcoran (2:90-cv-00520 KJM-DB (PC))