# Exhibit A

Defendants' provide the below responses to Plaintiffs' informal requests for information concerning consultant prison visits in December 2017 and January 2018, as an offer to compromise under Rule of Evidence 408. Defendants do not waive any privileges or discovery restrictions to which they are entitled for nondisclosed consultants, including privileges under the attorney-work-product doctrine and Federal Rule of Civil Procedure 26.

**1.     The date of the visit, the approximate hours spent on the visit, the names of the consultants who attended, the names of any attorneys who were present for any part of the visits, and the names of any other CDCR or state employees who are not ordinarily employed at the prison who attended the visit.**

- The consultants visited the following nine prisons: CMF (December 19, 2017), CHCF (December 20, 2017), SAC (December 21, 2017), CCWF (January 22, 2018), LAC (January 22, 2018), SATF (January 23, 2018), COR (January 23, 2018), CIW (January 24, 2018), and RJD (January 24, 2018).

- All of the nine prison visits started approximately 8:30 a.m. to 9:30 a.m., and ended at approximately 3:30 p.m. to 4:30 p.m.

- The CMF visit was attended by consultants Joseph Penn, Anthony Williams, and Kirk Abbott. Non-prison staff attendees were Angela Ponciano and Damon McClain.

- The CHCF visit was attended by consultants Joseph Penn, Anthony Williams, and Kirk Abbott. Non-prison staff attendees were Angela Ponciano and Damon McClain.

- The SAC visit was attended by consultants Joseph Penn, Anthony Williams, and Kirk Abbott. Non-prison staff attendees were Angela Ponciano and Damon McClain.

- The CCWF visit was attended by consultants Joseph Penn, Kelly Coates, and Kirk Abbott. Non-prison staff attendees were Elise Thorn and Katherine Tebrock.

- The LAC visit was attended by consultants John Allen, Owen Murray, and John Pulvino. Non-prison staff attendees were Jay Russell and Angela Ponciano.

- The SATF visit was attended by consultants Joseph Penn, Kelly Coates, and Kirk Abbott. Non-prison staff attendees were Andrea Moon and Jason Scholl.

- The COR visit was attended by consultants Joseph Penn, Kelly Coates, and Kirk Abbott. Non-prison staff attendees were Christine Ciccotti and Jason Scholl.

- The CIW visit was attended by consultants John Allen, Owen Murray, and John Pulvino. Non-prison staff attendees were Melissa Bentz and Angela Ponciano.

- The RJD visit was attended by consultants John Allen, Owen Murray, and John Pulvino. Non-prison staff attendees were Elise Thorn and Angela Ponciano.

**2.     An account of what pattern was followed for each consultant prison visit, including a confirmation of whether the following pattern, was followed: a) meeting with "supervisors" in a conference room, b) a walk through some of the prison's "treatment areas," c) a meeting with "clinicians," and (d) an exit meeting. Even absent a stipulation, please know that this in fact generally describes these visits' pattern.**

All of the nine prison visits followed the same basic pattern: (1) a meeting with supervisory staff that lasted about 30 to 60 minutes; (2) a walk through mental health treatment areas that lasted approximately 1-2 hours; (3) a meeting with clinicians (psychiatrists, psychologists, and social workers) that lasted about 30 to 60 minutes; and (4) a very brief exit meeting with supervisory staff.

**3.     All persons present at the consultants' initial meeting with supervisors (to the extent their names are recalled or are in notes), the approximate duration of the meeting, any documents or information provided to or shown to the consultants at the meeting, and any notes taken by the consultants during the meeting or at any other time during the prison visit.**

- The initial meeting at CMF was attended by Nicole Fisherman, Joan Gerbasi, Joseph Dintino, and David Silbaugh.

- The initial meeting at CHCF was attended by Robert Horon, Kandace Atkins, Leslie Shadrick, Stan Moore, Bridgette Bartel, Camellia Mohadjer, Eric Benson, and Alana Battle.

- The initial meeting at SAC was attended by Ajani Jackson, Tracy Weyer, Angela Swarthout, Ruben Valencia, Michael Felder, and Amy Holliday.

- The initial meeting at CCWF was attended by K. Turner and S. Neumann.

- The initial meeting at LAC was attended by EveLynn McGuinness, Oleg Liflyandsky, Sean Mintz, Vicki Edwards, Avetis Topchyan, Lori Montgomery, and Armine Gevorkyan.

- The initial meeting at SATF was attended by Mary Crawley, Mike Ahmadshahi, and Clint Soares.

- For COR and CIW, we have requested a list of attendees at the initial meetings and will provide the information when we receive it.

- The initial meeting at RJD was attended by Dr. Greenwald, Dr. Bahro, Dr. Lukasik, Dr. Beyer, Dr. Molina, and Dr. Katyal.

**4. Each treatment area shown to the consultants during the tour (to the extent the locations are recalled or are in notes), and the approximate time the consultants spent walking through each treatment area.**

The consultants visited each treatment area at the prisons for approximately two to ten minutes.

- The treatment areas visited at CMF were the O wing and R-2.

- The treatment areas visited at CHCF were the MHCB and the mainline EOP (Fac. E).

- The treatment areas visited at SAC were the A1 (PSU) and A4 (EOP ML).

- The treatment areas visited at CCWF were Building 705 (EOP treatment space), Building 501 (RC Housing), Building 503 (RC and C/C housing, alternative housing), Building 504 (STRH, ASU, ASU-EOP), Building 805 (MHCB and SNF), Buildings 812 & 813 (CCCMS treatment space), and Building 508 (ML EOP housing).

- The treatment areas visited at LAC were the Mental Health building (offices and treatment space) and ASU Office and Treatment building.

- The treatment areas visited at SATF were the STRH, C-yard Mental Health Building, C-yard Medical Clinic, CTC, and G1 EOP.

- The treatment areas visited at COR were the STRH, LTRH, IEX program (4A and 4B), EOP ASU HUB, offices and treatment rooms, 3A EOP ML offices, treatment rooms, Gym, 3B EOP ML offices, treatment rooms.

- We are waiting for a list of treatment areas visited at CIW. We will provide the information when we receive it.

- The treatment areas visited at RJD were the EOP ASU and new ASU treatment building, C yard treatment space, and new infill yard and treatment space.

**5.    Any medical or custody records of individual prisoners shown to or provided to the consultants.**

- The consultants did not review inmates' medical or custody records when they visited the prisons.