XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON G. MCCLAIN, State Bar No. 209508
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5750
  Fax:  (415) 703-5843
  E-mail:  Damon.Mcclain@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF ERRATA RE: JOINT STATUS REPORTS (ECF NO. 5777) AND DECLARATION OF MCCLAIN IN SUPPORT OF DEFENDANTS' STATED POSITIONS IN THE STATUS REPORT (ECF NO. 5778)**<br><br>Judge:   The Honorable Kimberly J. Mueller |

**TO THE COURT AND PLAINTIFFS' COUNSEL:**

**PLEASE TAKE NOTICE** that Defendants provide corrections to two errors that were included in their portion of the Joint Status Report Re: February 14, 2018 Status Conference Re: Staffing (ECF No. 5777).  Defendants cannot provide an amended filing because the errors appeared in a Joint Status Report filed by Plaintiffs.  The corrections are as follows:

1

Notice of Errata Re:  Joint Status Report and McClain Decl.  (2:90-cv-00520 KJM-DB (PC))

(1) The sentence beginning on line 8 of page 17 should state: "These consultants conducted all their work (including tours of twenty-nine institutions) without the presence of Plaintiffs' counsel."

(2) The sentence beginning on line 14 of page 17 should state: "In 2015, in response to complaint that the Guard One security and welfare checks at Pelican Bay State Prison were causing sleep deprivation, CDCR retained a consultant to assess the noise levels made during the Guard One checks."

**PLEASE TAKE FURTHER NOTICE** that Defendants are filing concurrently with this notice a corrected version of the Declaration of Damon McClain in Support of Defendants' Stated Positions in the Joint Status Conference Report (ECF No. 5778) with exhibits. One exhibit was inadvertently filed in the wrong order, and another was inadvertently excluded.

Dated: February 13, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General

/s/ *Damon McClain*

DAMON G. MCCLAIN
Supervising Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
21078610.docx

2

Notice of Errata Re: Joint Status Report and McClain Decl. (2:90-cv-00520 KJM-DB (PC))