**Exhibit B**




Division of Correctional Health Care Services

# Mental Health Staffing Workload Study

June 2007

## Field Staffing Levels and New Ratio Guidelines
## Deliverables 1, 2 and 3

Prepared by:




PHASE 2 CONSULTING
A Division of RehabCare

**Deliverable 5:** A written report identifying the methodology used to develop its staffing and organizational structure recommendations for DCHCS headquarters. Identify the programmatic and policy assumptions that form the basis of the proposed headquarters staffing and organizational plans for the mental health program.

As a part of this report, identify all workload factors reviewed to determine the needed staffing level, how data on these factors was collected, calculated, or derived, and provide CDCR with all data collected and used in such calculations.

6. Perform an analysis of the presently authorized positions at DCHCS headquarters to support the delivery of mental health services and identify any gaps in the level of authorized positions needed as compared to the proposed staffing identified as part of deliverable #4.

**Deliverable 6:** A written report comparing existing DCHCS headquarters staffing levels to the proposed new staffing levels. This report will show the differences in staffing allocation needed to meet the proposed new staffing level by position classification. Develop recommendations for the base level of authorized staff positions (including clinical, non-clinical support, and custody staff), and identify operational efficiencies, to ensure delivery of mental health services in a timely fashion, as outlined in the Revised Program Guide.

## 2.3. Approach

**Unique Project Challenges**
The approach and methodology used in the workload study were shaped by a number of challenges:
- Abbreviated project duration
- Difficult site visitation logistics due to remote geographic locations
- Inadequate mental health data tracking automation
- Correctional/secured environment resulting in restricted site access
- High rate of mental health staff vacancies
- Presence and impact of *Coleman* court monitoring
- Significant workload volumes excluded from the Revised Program Guide

**Scheduled Communications**
- Daily team touch point meeting
- Daily project managers meeting
- Weekly project status meeting
- Weekly project status report published to CDCR leadership

**Non-scheduled Communications**
- Institution contact and site visits
- Milestone meetings
- Ad hoc team meetings
- Headquarters staff interviews
- Risk meetings

**Project Planning and Kickoff**
The project team convened the first week of January 2007 to brainstorm project goals, scope, approach, deadlines and deliverables. After a two day work session, the team completed agenda and presentation materials for the formal Kickoff Meeting on January 12, 2007. All stakeholders and interested parties were invited to participate. In attendance were representatives from the DOF along with representatives from various divisions and units within CDCR. Such divisions and units were: the DCHCS' Mental Health Program, Healthcare Placement Unit, Nursing, Healthcare Licensing, Human Resources, Division of Adult Institutions, Financial Services Division, and Office of Legal Affairs.

**Headquarters Data Gathering**
A preliminary *data collection request* was put forth to designated headquarters staff. Data was made available to the team through links to CDCR website as well as currently produced reports and reference material.

To facilitate data analysis, the team worked with headquarters program staff to download correctional mental health treatment files stored on the Mental Health Tracking System (MHTS).

The team also dedicated additional effort to collecting, analyzing, and cataloging and comparing all available headquarters documentation affecting staffing. Topical areas included populations, licensing, Program Guide amending memoranda, pharmacy data, court orders, and other documents or provisions that affected staffing levels for CDCR's mental health program. See *Appendix F – CDCR Adult Institutions Site Profiles* for data on each of the 33 adult institutions.

> *The staffing study teams began visiting facilities at Salinas Valley State Prison, California Medical Facility, California State Prison Sacramento, and California Institution for Men within three weeks of project kickoff.*
>
> *Calibration visits were attended by numerous institutional staff representing areas of Chief, Senior, and Lead mental health program clinicians; Nursing, Custody, Personnel, Prison Information Office and the Support Services Office.*
>
> *Over 200 hours were spent by institution staff during calibration visits to provide the study team with a solid foundation of DCHCS' mental health program.*

**Data Limitations**
This analysis was limited by the accuracy and completeness of data that was available. Significant challenges were encountered with the reliability and consistency of MHTS data; as a result, much of the data points critical for analyzing the current environment

V1.0 06/19/07

11

were based on subject matter input from field clinical staff and validated, as possible, by the project team.

**Calibration Visits**
After reviewing institution information provided and consulting with CDCR mental health program leadership, it was determined that the team would visit a set of institutions designated as calibration sites to assess the structure and program deployment at representative facilities beginning the week of January 22, 2007. DCHCS proposed calibration visits to Salinas Valley State Prison, California Medical Facility, California State Prison Sacramento, and California Institution for Men. Valley State Prison for Women was scheduled as well, but the visit was postponed due to travel restrictions caused by inclement weather.

The CDCR missions and programs at these calibration facilities included:

- RC
- Security levels I – IV
- Department of Mental Health (DMH) licensed inpatient psychiatric care program
- CCCMS and EOP LOC in General Population (GP) and ASU
- MHCB
- Psychiatric Services Unit (PSU)
- Sensitive Needs Yard (SNY) designation

The project teams visiting calibration sites typically consisted of two licensed clinicians with correctional mental health experience and up to five core project team members. The teams did not experience any gate clearance issues during the calibration visits, and facility tours went smoothly with sufficient custody escort levels.

Visit formats provided four to five hours at the site to present workload study goals, objectives, and scope; discuss questions, review responses to preliminary data gathering request and attend a comprehensive tour of the mental health treatment and administrative space within the facility.

These four site visits provided an opportunity for the team to gain personal familiarity with the MHSDS and begin development of the DCHCS mental health program activity grids.

**Field Staffing Activity Grid Development**
After collecting data and observations from the calibration visits the week of January 22nd, the team began the activity grid development process.

Activity grids provide a method for representing the *clinical time values* or *productive minutes* required to perform specific components and actions described in the Revised Program Guide, and are discussed in further detail under the Methodology section of this report. Development of activity grids for selected combinations of LOC and housing continued through the beginning of March.

### Project Mini-Milestone Meeting
On January 24th, the project team met with program leadership and project liaison to review findings and revise the approach based on observations made during the calibration visits. Adjustments to the project approach, activity timing and methodology were discussed and approved; workload study scope was discussed and reconfirmed.

### Site Data Gathering
In early February, the team continued to collect data from the institutions, simultaneously scheduling additional remaining site visits. Data requests were sent to DCHCS mental health program staff at each institution, asking for specified information or reports.

Data was requested in the areas of licensed clinician staffing patterns, support personnel staffing patterns, organizational/reporting structure, duty statements, local operating procedures, budget financial statements, management reports such as dashboard or performance measurements, and mental health activity volumes.

After the initial requests were published, the team continued to monitor and follow up, tracking the status of responses from each of the 33 sites. When necessary, the team repeatedly contacted institutions to ensure a 100% response rate would be reflected in the study results.

### Site Clinical Workload Validation Visits
After scheduling and coordinating the remaining site visits, the team began its intensive travel period. Starting on March 5th and ending on March 27th, the team visited 25 institutions.

> *More than 300 institutional, headquarters and project staff participated and spent well over 1200 total hours participating in the onsite review and clinical workload validation visits.*

The project teams for on-site clinical workload validation visits typically consisted of one licensed clinician with correctional mental health expertise and up to three core project team staff.

Visit formats allowed the workload study team to spend three to four hours with the institution's participating staff. The team presented workload study goals, objectives, scope, and methodology; reviewed and validated program activity grids for the site's major programming; collected data as necessary; and performed space/equipment review of the mental health treatment and administrative space within the facility.

*Required institution staff* for the Mental Health Workload Study visits were Chief Medical Officer, Chief of Mental Health (either Chief Psychiatrist or Chief Psychologist), Director of Nursing or Supervising Registered Nurse for mental health, Health Care Manager, Warden or designated representative, and Associate Warden (Health Care) or designee. *Desired staff* were Institution Personnel Officer and Program Lead(s), a

custody escort during the plant tour, as well as any other staff who could assist in validating local processes and procedures, data, and findings presented by the team.

The team optimized these 25 site visits by using the sessions to validate or correct assumptions about program workload estimates, further refine contents of the DCHCS mental health program activity grids, and review space/equipment constraints relative to capital outlay and workspace planning.

### Data and Site Visit Reporting
After returning from an intensive travel cycle during the month of March, the team continued to assess collected site visit and headquarters information. Massive amounts of collected data in the form of system reports, process forms, procedures, organizational charts, duty statements and miscellaneous activity records were cataloged, scanned and uploaded for team access.

Having cataloged the received information, the team distributed site-specific reports on April 2nd to communicate site visit and data gathering status for all 29 institutions that were visited. These reports were sent to the attention of the Chief of Mental Health or designee at each site. Additionally, the team continued to gather specific activity and volumes surrounding DCHCS mental health program new arrivals, LOC Changes, Interdisciplinary Treatment Team (IDTT) consultations, RC intakes and MHCB statistics.

### DCHCS HQ Staff Interviews
The team began conducting interviews of key DCHCS headquarters staff during the period of April 3rd – 12th. Key individuals were identified by the team and requested to participate in private, confidential discussions. Twenty-five interviews were conducted one-on-one with mental health program leaders and clinicians, program and health care services analysts, office support, licensing, custody and IT staff among others.

The team facilitated discussion of current position within the defined organizational structure, positional span of control (i.e. management and supervision), roles and responsibilities, resource allocations, bottlenecks, as well as observations and recommendations for the division.

### Project Milestone Meeting
On April 13, 2007, the team conducted a special milestone meeting to review the mental health staffing model in draft form. Participants included mental health leadership, along with representatives from DAI, Nursing, and Health Care Licensing. The draft version described the methodology used, with representative staffing numbers.

**Standardized Staffing Model Development**
Based on the feedback received at the project milestone meeting, the team continued to develop the standardized staffing model for each site. Major efforts were focused on collecting and validating program volumes, refining the calculations for workload assumptions, and establishing mathematical assumptions.

Staffing results by site began to be streamed to headquarters mental health leadership at the end of April and were completed at the beginning of May. Review and input was requested to confirm assumptions and validate results. An intensive working session was conducted in early May with chief mental health clinicians. The results of that meeting were incorporated into the final staffing recommendations.

The draft model, staffing results and new ratios continued to be socialized throughout the department. After a series of one-on-one meetings, a special staffing model review meeting was held on May 16, 2007, to communicate the ratios, methodology and gap analysis. Participants included the Undersecretary for CDCR and representatives from the following divisions within CDCR: DCHCS, Financial Services Division, Human Resources Division, DAI as well as representatives from DOF.

**DCHCS Headquarters Staffing and Organizational Structure**
Concurrent with refinement of the standardized staffing model, the team concentrated on creating the DCHCS headquarters staffing and organizational structure proposal for mental health program management and oversight. This process included review and validation of current staffing positions and descriptions, current organizational chart and reporting structure.

Incorporating feedback from headquarters interviews as well as application of industry experience and best practices, the team developed the recommendation, methodology and gap analysis for program management and oversight.

## 2.4. Goals and Objectives

This workload study complies with the mandates of the July 28, 2006 *Coleman* court order requiring CDCR to execute and complete a workload study in time to include the findings and recommendations in the Fiscal Year 2007/08 budget.

In so doing, it completes an analysis to recommend statewide staffing levels needed to provide CDCR's inmate-patients with the mental health services as outlined in the Revised Program Guide.

These standardized statewide staffing recommendations are based on clearly identified workload drivers and validated workload data consistent with the program requirements and the provisions of the Revised Program Guide. Recommendations are based on the type of care and LOC of mental health services provided throughout CDCR institutions and identify operational efficiencies to meet Program Guide requirements.