UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On January 25, 2018, defendants were ordered to show cause in writing why inadequate wall ventilation grates at the mental health crisis bed (MHCB) unit at California State Prison-Corcoran (CSP-Corcoran) could not be replaced within six months. ECF No. 5762 at 4. Defendants have filed a response to the order to show cause. ECF No. 5775. In the response, defendants represent that they have obtained funding and Fire Marshal approval for their plan to replace the ventilation grates, and that they "expect" to complete replacement of the grates "within the next six months." *Id*. at 1-2. Defendants also represent that they will have to take all twenty-four MHCBs offline during construction and that, as required by court order, ECF No. 5573, they "will continue to meet and confer with the Special Master over any reduction in beds, and provide updates on the status of these beds during the parties' regular bed planning discussions." *Id*. at 2.

In an order filed October 10, 2017, now on appeal, the court noted but did not address "the underlying causes of the systemic delays in access to MHCBs," including "too few MHCBs to meet needs." ECF No. 5710 at 17. While it is apparent the ventilation grates must be replaced and that MHCBs will have to be taken offline during the construction, the record also suggests a reduction in the number of available MHCBs risks will exacerbate systemic delays in transfer to crisis bed care.

To minimize the risk of harm to class members, the court will direct defendants to consult with the Special Master in person or by telephone, or both, in the next fourteen days to develop a specific back-up plan for continuity of access to MHCB care while these twenty-four MHCBs are offline at CSP-Corcoran. During that consultation, the defendants shall work with the Special Master to develop a schedule for completion of the necessary work at CSP-Corcoran, including but not limited to any periodic reporting the Special Master may require to ensure that the work remains on track to be completed within the projected six-month time frame. If the Special Master at any time requires further direction from the court to effect the purpose of this order, he shall seek such direction promptly.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The January 25, 2018 order to show cause is discharged; and

2. Within fourteen days from the date of this order defendants shall consult and work with the Special Master to develop the plan and schedule required by this order.

DATED: February 13, 2018.

_____
UNITED STATES DISTRICT JUDGE

2