Shawna L. Ballard (SBN 155188)
sballard@mckoolsmith.com
Stephanie M. Adams Ryan (SBN 289548)
sadamsryan@mckoolsmith.com
Kate M. Falkenstien (SBN 313753)
kfalkenstien@mckoolsmith.com
McKool Smith, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone: (650) 394-1384
Facsimile: (650) 394-1422

*Attorneys for Plaintiff Maher Suarez*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHER CONRAD SUAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No. 2:18-CV-00340-AC<br><br>**NOTICE OF RELATED CASES** |

Plaintiff Maher Conrad Suarez files this Notice of Related Cases pursuant to Local Rule 123(b). This case is related to *Coleman v. Brown*, No. Civ. 2:90-cv-00520 KJM DAD PC; *Matthews v. Holland*, No. 1:14-cv-1959 KJM DB P (PC); *Murillo v. Holland*, No. 1:15-cv-0266 KJM DB P; and *Rico v. Beard*, No. 2:17-cv-1402 KJM DB P.

The situation in this case is the same as in *Rico v. Beard*. In this case, as in *Rico*, the plaintiff challenges the Guard One system adopted in *Coleman*. As in *Rico*, the defendants filed a motion to dismiss based on the application of *Coleman*, and a Northern District judge transferred the case to the Eastern District so that Judge Mueller could adjudicate the application of *Coleman*. *Rico* was recently related to *Coleman* on the same grounds. *See* Order, *Rico v. Beard*, No. 2:17-cv-1402 KJM DB P, ECF #60 (Feb. 2, 2018).

1      This case, like *Rico*, relates to *Coleman* because the defendants, in their motion to dismiss,
2  rely on an order issued in *Coleman* as justification for the use of the Guard One system and to argue
3  that qualified immunity applies to Suarez's damages claims.  Defendants have also argued that
4  another judge cannot issue Suarez's requested injunctive relief because comity must be given to the
5  *Coleman* order.  In response, Judge Chhabria, from the Northern District of California, transferred
6  this case to this district on the grounds that Judge Mueller issued the *Coleman* order.  *See* Order of
7  Transfer, Feb. 9, 2018 (ECF #65).

8      Suarez challenges the assertion that the *Coleman* order in question properly extends beyond
9  the class of mentally ill patients before the *Coleman* court, and, to the extent the order does apply to
10 Suarez, he challenges the constitutionality of both the order and the manner in which it was
11 implemented.  But although Suarez argues that the *Coleman* order is not dispositive in this case, he
12 believes judicial effort would be saved and the goal of judicial comity furthered by allowing Judge
13 Mueller to interpret the *Coleman* order and adjudicate his constitutional arguments related to the
14 order.  Although the question of Guard One's constitutionality under the Eighth Amendment has not
15 been litigated in *Coleman*, given Judge Mueller's familiarity with the scope and purpose of the order
16 that defendants put at issue and the policies underlying the order and the fact that she will be hearing
17 the similar *Rico*, *Matthews*, and *Murillo* cases, Suarez believes that reassignment to Judge Mueller
18 would best conserve judicial resources.

1 | DATED: February 15, 2018

Respectfully submitted,

MCKOOL SMITH P.C.

By: /s/ Kate Falkenstien

Shawna L. Ballard (SBN 155188)
sballard@mckoolsmith.com
Stephanie M. Adams Ryan (SBN 289548)
sadamsryan@mckoolsmith.com
Kate M. Falkenstien (SBN 313753)
kfalkenstien@mckoolsmith.com
MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone:  (650) 394-1400
Facsimile:   (650) 394-1422

*Attorneys for Plaintiff Maher Conrad Suarez*

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will automatically provide email notification of such filing to counsel of record.

Dated: February 15, 2018                    */s/ Kate Falkenstien*
                                            Kate Falkenstien