XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: CALIFORNIA INSTITUTION FOR MEN** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | Judge:   The Hon. Kimberly J. Mueller |

On January 25, 2018, the Court ordered Defendants to provide it and the Special Master "a detailed plan for completion of the necessary work at [California Institution for Men], including a schedule with a date certain for completion of the work, a description of every step necessary to complete the work, specific timetables by which each such step shall be completed, the names and addresses of all persons responsible for approval and/or execution of each step of the work, and a timetable for certification to the Special Master of the action or actions taken and whether the renovations remain on schedule." (ECF No. 5762 at 4:10-16.)

1

On February 15, 2018, Defendants sent notice to the Special Master and Plaintiffs that they planned to begin renovations to the Mental Health Crisis Beds in the Correctional Treatment Center at California Institution for Men (CIM) and that they will begin relocating patients on February 23, 2018.  (*See* ECF No. 5573).  On February 23, 2018, contemporaneous with this filing, Defendants sent to the Special Master a copy of the current plan with expected start and end dates, names and addresses of the lead person for each step, and a description of the tasks.  That plan is attached as Exhibit A.

CIM has a four-station hospital unit, two of which include mental health crisis beds that will be renovated one station at a time.  (Borg Decl. at ¶ 3.)  While construction occurs in the first crisis bed station, patients will be moved to one of the other stations that are normally used as outpatient housing units.  (*Id.*)  When construction is completed in the first crisis bed station, patients in the second bed station will be moved into the renovated cells of the first crisis bed station.  (*Id.*)  These moves will ensure that crisis bed capacity will not be affected by this project.  (*Id.*)  CDCR expects to move the patients from the first station on February 28, 2018, and begin construction on the station on March 5, 2018.  (Ex. A at 1.)  It expects to complete construction on the station and reactivate it by May 28, 2018.  (*Id.*)  CDCR expects to move the patients from the other station on May 24, 2018, and begin construction on May 29, 2018.  (*Id.*)  It expects to complete construction on the other station and reactivate it by August 6, 2018.  (*Id.*)

In compliance with the Court's January 25 order, CDCR will provide the Special Master with an updated version of the plan attached as Exhibit A to certify the actions taken and whether the construction remains on schedule.  CDCR will provide the update on the 15th of each month, beginning in March 2018 and continuing until the project is complete.  CDCR will notify the Special Master when the CIM project is completed.

/ / /

/ / /

/ / /

/ / /

/ / /

2

Defs.' Response to Court's Order to Show Cause re: California Institution for Men  (2:90-cv-00520 KJM-DB (PC))

CERTIFICATION

The undersigned counsel for the Defendants certifies that he reviewed the following relevant court orders:  February 3, 2015 (ECF No. 5271); April 4, 2016 (ECF No. 5429); March 7, 2017 (ECF No. 5573); January 24, 2018 (ECF No. 5762); February 14, 2018 (ECF 5782).

Dated:  February 23, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General

*/s/ Tyler V. Heath*

TYLER V. HEATH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003 / 33273051.docx

Defs.' Response to Court's Order to Show Cause re: California Institution for Men  (2:90-cv-00520 KJM-DB (PC))

# Exhibit A

California Institution for Men
Mental Health Crisis Bed Improvements

| Primary Tasks | Planned Start | Actual Start | Planned Complete | Actual Complete | Lead Person | Key Sub-Tasks | Status |
|---|---|---|---|---|---|---|---|
| Vacate Station 1, Cells 101-118 | 2/28/2018 | | 3/5/2018 | | Dean Borders | Move patients from Station 1 into Station 2 and Station 4 cells. | |
| Perform Construction on Station 1 | 3/5/2018 | | 5/23/2018 | | Dean Borg | Replace lavatories, toilets, air vents and window screens in patient cells with ligature resistant fixtures. Install epoxy flooring and paint cells. Renovate shower room 119 with ligature resistant features. | |
| Activate Station 1 and Vacate Station 4, Cells 157-175 | 5/24/2018 | | 5/28/2018 | | Dean Borders | Move patients from Station 4 into Station 1 or Station 2 cells. | |
| Perform Construction on Station 4 | 5/29/2018 | | 8/1/2018 | | Dean Borg | Replace lavatories, toilets, air vents and window screens in patient cells with ligature resistant fixtures. Install epoxy flooring and paint cells. | |
| Activate Station 4 | 8/2/2018 | | 8/6/2018 | | Dean Borders | Move patients from Station 2 into Station 4 cells. | |

Dean Borders, Warden
California Institution for Men
909-597-1821
14901 Central Avenue
Chino, CA 91710

Dean Borg, Deputy Director
Facility Planning, Construction & Management
916-255-2255
9893 Old Placerville Road, Ste. B
Sacramento, CA 95827

Date of Report: February 23, 2018