XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHRISTINE M. CICCOTTI, State Bar No. 238695
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG IN SUPPORT OF DEFENDANTS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE RE: CALIFORNIA INSTITUTION FOR MEN**<br><br>Judge:   The Hon. Kimberly J. Mueller |

I, Dean L. Borg, declare as follows:

1. I am the Deputy Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration in support of Defendants' response

1

to the Court's January 25, 2017 order to show cause regarding renovations of Mental Health Crisis Beds (crisis beds) at the California Institution for Men (CIM).

2. I began working for CDCR in 1991. I work on healthcare projects on behalf of, and at the direction of, the Facilities Director, Deborah Hysen, and CDCR Secretary Scott Kernan. In my current role, I am responsible for the management and oversight of the Facility Planning, Construction and Management Division, which includes all construction of new facilities and renovation of existing facilities. I am familiar with the status of the numerous construction, conversion, and renovation projects that the State has completed and is currently undertaking to meet the mental health needs of the State's inmates. I am also familiar with the current plans to renovate crisis beds at CIM.

3. CIM has a four-station hospital unit. Two of the stations include crisis beds that will be renovated one station at a time. While construction occurs in the first crisis bed station, patients will be moved to one of the other stations that are normally used as outpatient housing units. When construction is completed in the first crisis bed station, patients in the second crisis bed station will be moved into the renovated cells of the first crisis bed station. I am informed that moving the patients will ensure that crisis bed capacity will not be affected by the project.

4. The current plan with expected start and end dates, names and addresses of the lead person for each step, and a description of the tasks is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on February 23, 2018.

                                            */s/ Dean L. Borg*
                                            DEAN L. BORG
                                            Deputy Director, Facility Planning, Construction and Management

*(original signature retained by attorney)*

CF1997CS0003
33282359.docx

2

Decl. of Borg In Support of Defs.' Response to Court's OSC Re: California Institution for Men (2:90-cv-00520 KJM-DB (PC))