| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>50 Fremont Street, Nineteenth Floor<br>San Francisco, California 94105-7104<br>Telephone: (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>DISABILITY RIGHTS PROGRAM<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: (415) 343-0770 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2017**<br><br>Judge: Hon. Deborah Barnes |

[3232945.1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE
FOURTH QUARTER OF 2017

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2017 to Defendants via overnight delivery on February 2, 2018. The parties completed their meet and confer process on March 8, 2018. The parties have resolved all disputes regarding fees and costs for the Fourth Quarter of 2018, with an agreement to reduce claimed amounts to a total of $525,521.76 calculated at a rate of $219 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $525,521.76 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from March 8, 2018 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: March 9, 2018

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: March 9, 2018

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: _____, 2018

Deborah Barnes
United States Magistrate Judge

[3232945.1]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2017

## Coleman v. Brown
## Fourth Quarter of 2017
## October 1, 2017 through December 31, 2017
Summary of Fees and Costs

|  | CLAIMED FEES | SETTLED FEES | COSTS |
|---|---|---|---|
| **Monitoring, 489-3** | $494,326.80 | $489,383.53 | $9,003.32 |
| **Fees on Fees, 489-5** | $5,913.00 | $5,853.87 | $45.81 |
| **Appeal, 489-18** | $17,235.30 | $17,062.94 | $2,376.85 |
| **Appeal, 489-19** | $1,554.90 | $1,539.36 | $256.08 |
| **Totals** | $519,030.00 | $513,839.70 | $11,682.06 |

**Claimed Total:**     $530,712.06

**Settled Total:**     $525,521.76

3216724

Coleman v. Brown
Fourth Quarter of 2017
October 1, 2017 through December 31, 2017
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Cara E. Trapani | 112.30 | 106.30 | $219.00 | $23,279.70 | $23,046.90 |
| Charlotte J. Landes | 165.80 | 160.40 | $219.00 | $35,127.60 | $34,776.32 |
| Christopher D. Hu | 0.40 | 0.00 | $219.00 | $0.00 | $0.00 |
| Devin W. Mauney | 0.20 | 0.00 | $219.00 | $0.00 | $0.00 |
| Dylan Verner-Crist | 249.30 | 243.20 | $219.00 | $53,260.80 | $52,728.19 |
| Ernest Galvan | 10.30 | 10.30 | $219.00 | $2,255.70 | $2,233.14 |
| F. Gail LaPurja | 113.10 | 109.40 | $219.00 | $23,958.60 | $23,719.01 |
| Gay C. Grunfeld | 0.20 | 0.00 | $219.00 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 108.10 | 96.40 | $219.00 | $21,111.60 | $20,900.48 |
| Hanna N. Wallace | 26.90 | 26.90 | $219.00 | $5,891.10 | $5,832.19 |
| Jenny S. Yelin | 70.30 | 69.90 | $219.00 | $15,308.10 | $15,155.02 |
| Jessica L. Winter | 231.60 | 220.50 | $219.00 | $48,289.50 | $47,806.61 |
| Katherine C. Hamilton | 75.20 | 71.50 | $219.00 | $15,658.50 | $15,501.92 |
| Krista Stone-Manista | 183.30 | 178.60 | $219.00 | $39,113.40 | $38,722.27 |
| Linda H. Woo | 123.20 | 117.60 | $219.00 | $25,754.40 | $25,496.86 |
| Lisa A. Ells | 128.50 | 126.90 | $219.00 | $27,791.10 | $27,513.19 |
| Maisy H. Sylvan | 157.50 | 138.60 | $219.00 | $30,353.40 | $30,049.87 |
| Marc Shinn-Krantz | 7.20 | 0.00 | $219.00 | $0.00 | $0.00 |
| Michael S. Nunez | 76.70 | 70.30 | $219.00 | $15,395.70 | $15,241.74 |
| Michael W. Bien | 104.20 | 103.70 | $219.00 | $22,710.30 | $22,483.20 |
| Nathalie C. Welch | 27.20 | 27.20 | $219.00 | $5,956.80 | $5,897.23 |
| Penny M. Godbold | 6.10 | 0.00 | $219.00 | $0.00 | $0.00 |
| Sarah J. Essner | 257.10 | 254.00 | $219.00 | $55,626.00 | $55,069.74 |
| Thomas Nolan | 66.70 | 66.70 | $219.00 | $14,607.30 | $14,461.23 |
| Van Swearingen | 0.80 | 0.00 | $219.00 | $0.00 | $0.00 |
| Total | 2302.20 | 2198.40 | | $481,449.60 | $476,635.11 |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Donald Specter | 1.90 | 1.90 | $219.00 | $416.10 | $411.94 |
| Joseph E. Bear | 2.30 | 2.30 | $219.00 | $503.70 | $498.66 |
| Katie Tertocha | 9.30 | 9.30 | $219.00 | $2,036.70 | $2,016.33 |
| Meg O'Neill | 2.60 | 2.60 | $219.00 | $569.40 | $563.71 |
| Molly Petchenik | 13.90 | 13.90 | $219.00 | $3,044.10 | $3,013.66 |
| Sara Norman | 4.40 | 4.40 | $219.00 | $963.60 | $953.96 |
| Sarah Hopkins | 1.20 | 1.20 | $219.00 | $262.80 | $260.17 |
| Stacy Amador | 1.40 | 1.40 | $219.00 | $306.60 | $303.53 |
| Steven Fama | 3.10 | 3.10 | $219.00 | $678.90 | $672.11 |
| Tania Amarillas | 16.80 | 16.80 | $219.00 | $3,679.20 | $3,642.41 |
| Total | 56.90 | 56.90 | | $12,461.10 | $12,336.48 |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 1.90 | 1.90 | $219.00 | $416.10 | $411.94 |
| Total | | | | $416.10 | $411.94 |

**GRAND TOTAL**                                                                $494,326.80    $489,383.53

3216724

Coleman v. Brown
Fourth Quarter of 2017
October 1, 2017 through December 31, 2017
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $1,863.40 | $1,863.40 |
| Outside Copying | $3,558.08 | $3,558.08 |
| Transcription | $1,318.10 | $1,318.10 |
| Telephone | $18.55 | $18.55 |
| Postage and Delivery | $351.77 | $351.77 |
| Westlaw/Lexis/PACER | $650.87 | $650.87 |
| Experts | $0.00 | $0.00 |
| Travel | $754.53 | $754.53 |
| **Total** | | **$8,515.30** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $219.20 | $219.20 |
| Postage | $268.82 | $268.82 |
| **Total** | | **$488.02** |

**Grand Total** $9,003.32

3216724

# Coleman v. Brown
## Fourth Quarter of 2017
### October 1, 2017 through December 31, 2017
Fees on Fees, 489-5

### Rosen Bien Galvan & Grunfeld

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| F. Gail LaPurja | 0.10 | 0.00 | $219.00 | $0.00 | $0.00 |
| Linda Woo | 5.70 | 5.70 | $219.00 | $1,248.30 | $1,235.82 |
| Lisa Ells | 19.40 | 19.40 | $219.00 | $4,248.60 | $4,206.11 |
| Total | 25.20 | 25.10 | | $5,496.90 | $5,441.93 |

### Prison Law Office

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.50 | 1.50 | $219.00 | $328.50 | $325.22 |
| Total | 1.50 | 1.50 | | $328.50 | $325.22 |

### American Civil Liberties Union

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 0.40 | 0.40 | $219.00 | $87.60 | $86.72 |
| Total | 0.40 | 0.40 | | $87.60 | $86.72 |

**GRAND TOTAL**                                              $5,913.00  $5,853.87

3216724

Coleman v. Brown
Fourth Quarter of 2017
October 1, 2017 through December 31, 2017
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Postage and Delivery | $45.81 | $45.81 |
| **Total** | | **$45.81** |

**GRAND TOTAL**                          **$45.81**

Coleman v. Brown
Fourth Quarter of 2017
October 1, 2017 through December 31, 2017
Fees on Appeal of 4/19/17 Order, 489-18

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Benjamin Bien-Kahn | 1.70 | 0.00 | $219.00 | $0.00 | $0.00 |
| Cara E. Trapani | 0.40 | 0.00 | $219.00 | $0.00 | $0.00 |
| Christopher D. Hu | 1.70 | 0.00 | $219.00 | $0.00 | $0.00 |
| Ernest Galvan | 0.20 | 0.00 | $219.00 | $0.00 | $0.00 |
| F. Gail LaPurja | 3.50 | 2.60 | $219.00 | $569.40 | $563.71 |
| Fely F. Villadelgado | 0.10 | 0.00 | $219.00 | $0.00 | $0.00 |
| Jessica L. Winter | 57.00 | 52.40 | $219.00 | $11,475.60 | $11,360.84 |
| Krista Stone-Manista | 0.20 | 0.00 | $219.00 | $0.00 | $0.00 |
| Lisa A. Ells | 22.40 | 22.40 | $219.00 | $4,905.60 | $4,856.54 |
| Michael W. Bien | 1.30 | 1.30 | $219.00 | $284.70 | $281.85 |
| **Total** | **88.50** | **78.70** | | **$17,235.30** | **$17,062.94** |

**GRAND TOTAL**                                                    $17,235.30    $17,062.94

3216724

Coleman v. Brown
Fourth Quarter of 2017
October 1, 2017 through December 31, 2017
Costs on Appeal of 4/19/17 Order, 489-18

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Westlaw/Lexis/Pacer | $2,322.45 | $2,322.45 |
| In-House Copying and Printing | $54.40 | $54.40 |
| **Total** | | **$2,376.85** |

**GRAND TOTAL**                                      **$2,376.85**

## Coleman v. Brown
## Fourth Quarter of 2017
## October 1, 2017 through December 31, 2017
Fees on Appeal of 10/10/17 Order, 489-19

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| F. Gail LaPurja | 0.60 | 0.00 | $219.00 | $0.00 | $0.00 |
| Jenny S. Yelin | 2.60 | 2.60 | $219.00 | $569.40 | $563.71 |
| Jessica L. Winter | 0.70 | 0.70 | $219.00 | $153.30 | $151.77 |
| Lisa A. Ells | 3.80 | 3.80 | $219.00 | $832.20 | $823.88 |
| **Total** | **7.70** | **7.10** | | **$1,554.90** | **$1,539.36** |

**GRAND TOTAL**                                                   $1,554.90    $1,539.36

3216724

## Coleman v. Brown
### Fourth Quarter of 2017
### October 1, 2017 through December 31, 2017
Costs on Appeal of 10/10/17 Order, 489-19

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Filing Fees | $230.00 | $230.00 |
| Westlaw/Lexis/Pacer | $26.08 | $26.08 |
| **Total** | | **$256.08** |

**GRAND TOTAL**                             **$256.08**

3216724