| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN BIEN GALVAN & GRUNFELD LLP<br>50 Fremont Street, Nineteenth Floor<br>San Francisco, California 94105-7104<br>Telephone: (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>DISABILITY RIGHTS PROGRAM<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: (415) 343-0770 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2017**<br><br>Judge: Hon. Deborah Barnes |

[3232945.1]

1   Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2   Statement for the Fourth Quarter of 2017 to Defendants via overnight delivery on
3   February 2, 2018.  The parties completed their meet and confer process on March 8, 2018.
4   The parties have resolved all disputes regarding fees and costs for the Fourth Quarter of
5   2018, with an agreement to reduce claimed amounts to a total of $525,521.76 calculated at
6   a rate of $219 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).
7       THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
8   $525,521.76 plus interest is due and collectable as of forty-five days from the date of entry
9   of this Order.  Interest on these fees and costs will run from March 8, 2018 (31 days after
10  Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C.
11  § 1961.
12      IT IS SO STIPULATED.

DATED:  March 9, 2018    /s/ Elise Thorn
                         Elise Thorn
                         Deputy Attorney General
                         Attorneys for Defendants

DATED:  March 9, 2018    /s/ Lisa Ells
                         Lisa Ells
                         ROSEN BIEN GALVAN & GRUNFELD LLP
                         Attorneys for Plaintiffs

    IT IS SO ORDERED.

Dated:  March 9, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[3232945.1]