XAVIER BECERRA
Attorney General of the State of California
MONICA ANDERSON
Senior Assistant Attorney General
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
MANEESH SHARMA - 280084
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3621
Facsimile: (415) 703-5843
Email: Maneesh.Sharma@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF - 240280
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com
swolff@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants. | CASE NO. 2:90-cv-00520 KJM DB <br><br> **THREE-JUDGE COURT** |
| MARCIANO PLATA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN JR., et al., <br><br> Defendants. | CASE NO. C01-1351 JST <br><br> **THREE-JUDGE COURT** <br><br> **STIPULATION AND [PROPOSED] ORDER RE: DESIGN CAPACITY CALCULATIONS FOR INFILL BEDS AT MULE CREEK STATE PRISON AND RICHARD J. DONOVAN CORRECTIONAL FACILITY** |

Case Nos. 2:90-cv-00520 KJM-DB & C01-1351 JST

STIP. & [PROP.] ORDER RE: INFILL BEDS

13965535.1

On June 23, 2014, the Three-Judge Court entered an Order requiring that "if defendants intend to add any future new design capacity, they shall meet and confer with plaintiffs to see if they can reach agreement on how such capacity should be counted and, if so, file a stipulation and proposed order." (June 23, 2014 Order at 8:25-9:1, *Plata* Dock. No. 2796; *Coleman* Dock. No. 5172.) In February and March 2016, CDCR activated 1,584 infill beds and corresponding administrative and health care support facilities at Mule Creek State Prison. In December 2016, CDCR activated an additional 792 infill beds and corresponding administrative and health care support facilities at Richard J. Donovan Correctional Facility.

Consistent with this Three-Judge Court's June 23, 2014 Order, the parties have met and conferred, which included tours of both the Mule Creek and Richard J. Donovan facilities and review of relevant data and reports. The parties are in agreement that this additional capacity shall be counted at 137.5 percent of design bed capacity (2,376 beds), for purposes of calculating compliance with the Court's population order.

Dated: March 12, 2018

XAVIER BECERRA
Attorney General of California

By: */s/ Maneesh Sharma*
MANEESH SHARMA[1]
Deputy Attorney General
*Attorneys for Defendants*

Dated: March 12, 2018

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
PAUL B. MELLO
SAMANTHA D. WOLFF
*Attorneys for Defendants*

Dated: March 12, 2018

PRISON LAW OFFICE

By: */s/ Don Specter*
DON SPECTER
*Attorneys for Plaintiffs*

Dated: March 12, 2018

ROSEN, BIEN, GALVAN, & GRUNFELD LLP

By: */s/ Michael Bien*
MICHAEL BIEN
*Attorneys for Plaintiffs*

---

[1] Counsel attests that e-filing authorization was obtained from all signatories on March 9, 2018.

Pursuant to the foregoing stipulation, IT IS SO ORDERED:

DATED: _____   _____
Hon. Stephen Reinhardt
United States Circuit Judge
Ninth Circuit Court of Appeals

DATED: _____   _____
Hon. Kimberly J. Mueller
United States District Judge
Eastern District of California

DATED: _____   _____
Hon. Jon S. Tigar
United States District Judge
Northern District of California

-3-   Case Nos. 2:90-cv-00520 KJM-DB & C01-1351 JST

STIP. & [PROP.] ORDER RE: INFILL BEDS

13965535.1