1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  DANIELLE F. O'BANNON
   JAY C. RUSSELL
4  DAMON G. MCCLAIN
   Supervising Deputy Attorneys General
5  ELISE OWENS THORN, State Bar No. 145931
   CHAD A. STEGEMAN, State Bar No. 225745
6  TYLER V. HEATH, State Bar No. 271478
   Deputy Attorney General
7    1300 I Street, Suite 125
     P.O. Box 944255
8    Sacramento, CA 94244-2550
     Telephone:  (916) 210-7325
9    Fax:  (916) 324-5205
     E-mail:  Tyler.Heath@doj.ca.gov
10 *Attorneys for Defendants*

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13                     SACRAMENTO DIVISION

14

| | |
|---|---|
| 15  **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| 16                              Plaintiffs, | **STIPULATION AND ORDER** |
| 17  v. | **AMENDING THE DATE FOR DEFENDANTS TO FILE CDCR'S PSYCHIATRIST VACANCY REPORT** |
| 18 | |
| 19  **EDMUND G. BROWN JR., et al.,** | |
| 20                              Defendants. | |
| 21 | Judge:          The Hon. Kimberly J. Mueller |

22          The parties stipulate to the following:

23          On February 14, 2018, the Court ordered defendants to file on the 15th of every month

24  "reports identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate

25  systemwide."  (ECF No. 5786 at 4.)  The reports must include the "data for psychiatrist vacancies

26  contained in the report titled Correctional Health Care Services Mental Health Institution

27  Vacancies:  Summary by Institution by Classification."  (*Id.*)  The report must contain the "data

28  for the preceding month."  (*Id.*)

                                              1

1    At this time Defendants are unable to provide a report with all of the information request by

2    the Court for February 2018 by March 15, 2018.  Specifically, psychiatry positions are filled by

3    both civil service and registry psychiatrists.  In the past, registry data was not available until a few

4    weeks after the close of the month, and not reportable by the 15th of each month.  However, in

5    order to meet the Court's requirement, CDCR will collect and use non-validated registry data and

6    report it by the 15th of each month.  This new process for collecting the registry data will be

7    available beginning with the March 2018 data.

8    Therefore, the Defendants seek an extension of the February 14, 2018 order's deadline to

9    file CDCR's February 2018 psychiatry staffing vacancy report identifying the psychiatrist

10   vacancy rates at each CDCR institution and in the aggregate systemwide by March 15, 2018.

11   Defendants request to file the February 2018 report by the last court day of March 2018.

12   Plaintiffs do not object to moving the deadline to file the report.

13   The Special Master has reviewed this stipulation and has no objection to Defendants filing

14   the psychiatry vacancy report due on March 15, 2018, on the last court day of March 2018.

15   IT IS SO STIPULATED.

16   Dated:  March 14, 2018                    */s/ Tyler V. Heath*
                                              TYLER V. HEATH
17                                            Deputy Attorney General
                                              *Attorneys for Defendants*
18

19                                            */s/ Michael S. Nunez*
                                              MICHAEL S. NUNEZ
20                                            *Attorney for Plaintiffs*

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

2

1

**[PROPOSED] ORDER**

2       Defendants have until the last court day of March 2018 to file CDCR's February 2018

3 psychiatry staffing vacancy report identifying the psychiatrist vacancy rates at each CDCR

4 institution and in the aggregate systemwide.  IT IS SO ORDERED.

5       DATED: _____, 2018.

6

7

8                   _____

                  KIMBERLY J. MUELLER

9                   Judge, United States District Court

10 CF1997CS0003
    33305955.docx

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3