XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **STIPULATION AND ORDER AMENDING THE DATE FOR DEFENDANTS TO FILE CDCR'S PSYCHIATRIST VACANCY REPORT** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |
| | Judge: The Hon. Kimberly J. Mueller |

The parties stipulate to the following:

On February 14, 2018, the Court ordered defendants to file on the 15th of every month "reports identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide." (ECF No. 5786 at 4.) The reports must include the "data for psychiatrist vacancies contained in the report titled Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification." (*Id*.) The report must contain the "data for the preceding month." (*Id*.)

1

At this time Defendants are unable to provide a report with all of the information request by the Court for February 2018 by March 15, 2018. Specifically, psychiatry positions are filled by both civil service and registry psychiatrists. In the past, registry data was not available until a few weeks after the close of the month, and not reportable by the 15th of each month. However, in order to meet the Court's requirement, CDCR will collect and use non-validated registry data and report it by the 15th of each month. This new process for collecting the registry data will be available beginning with the March 2018 data.

Therefore, the Defendants seek an extension of the February 14, 2018 order's deadline to file CDCR's February 2018 psychiatry staffing vacancy report identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide by March 15, 2018. Defendants request to file the February 2018 report by the last court day of March 2018. Plaintiffs do not object to moving the deadline to file the report.

The Special Master has reviewed this stipulation and has no objection to Defendants filing the psychiatry vacancy report due on March 15, 2018, on the last court day of March 2018.

IT IS SO STIPULATED.

Dated: March 14, 2018

*/s/ Tyler V. Heath*
TYLER V. HEATH
Deputy Attorney General
*Attorneys for Defendants*

*/s/ Michael S. Nunez*
MICHAEL S. NUNEZ
*Attorney for Plaintiffs*

///
///
///
///
///
///
///
///

**ORDER**

Defendants have until the last court day of March 2018 to file CDCR's February 2018 psychiatry staffing vacancy report identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide. IT IS SO ORDERED.

DATED: March 15, 2018.

_____
UNITED STATES DISTRICT JUDGE