XAVIER BECERRA
ATTORNEY GENERAL
MONICA N. ANDERSON
Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ANDREW M. GIBSON, State Bar No. 244330
ELISE OWENS THORN, State Bar No. 145931
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 738-9549
  Fax: (619) 645-2581
  E-mail: Andrew.Gibson@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**RALPH COLEMAN, et al.,**

Plaintiffs,

v.

**EDMUND G. BROWN JR., et al.,**

Defendants.

2:90-cv-00520 KJM-DB (PC)

**NOTICE OF REASSIGNMENT OF COUNSEL FOR DEFENDANTS**

Judge: The Honorable Kimberly J. Mueller

TO THE HONORABLE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Deputy Attorney General Andrew M. Gibson is associating in as counsel on behalf of Defendants in this case. Please add the following Deputy Attorney General to the service list as follows:

      Andrew Gibson
      Deputy Attorney General
      Office of the Attorney General
      600 West Broadway, Suite 1800
      San Diego, California 92101
      Telephone: (619) 738-9549
      Fax: (619) 645-2581
      E-Mail: Andrew.Gibson@doj.ca.gov

Please amend your proof of service and files to reflect that Deputy Attorney General Andrew Gibson now also represents Defendants in this case.

Defendants also request that the following attorney be removed from the service list in this action because she no longer represents Defendants:

      Christine Ciccotti
      Deputy Attorney General
      1300 I Street, 10th Floor
      Sacramento, CA 95814
      Telephone: (916) 210-7350
      Facsimile: (916) 324-5205
      E-mail: Christine.Ciccotti@doj.ca.gov.

Dated: March 19, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Andrew M. Gibson*

ANDREW M. GIBSON
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
81985853.docx