IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    **Plaintiffs**

    vs.                              No. 2:90-cv-0520 KJM DB

**EDMUND G. BROWN, Jr., et al.,**
    **Defendants**

_____/

**MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S
REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF**

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the Special Master submits herewith his request for the court's approval of the appointment of Angelyne Cooper, Esq. to the Special Master's staff. The *curriculum vitae* of Angelyne Cooper is attached hereto as Exhibit A. The Special Master requests this addition to his staff in order to maintain his capacity to expeditiously fulfill his various duties and responsibilities, including but not limited to those recently ordered by the court, and to fill the staffing void created by the departure of three team members over the last 22 months. One of these three vacancies was recently filled by a monitor appointed by the court on January 25, 2018. (EFC No. 5763).

In addition to his duties of monitoring compliance with the court-approved Program Guide requirements, the Special Master also has a continuing obligation to monitor the adequacy of inpatient care provided to California Department of Corrections and Rehabilitation (CDCR) inmates in Department of State Hospitals (DSH) programs and facilities and the recently implemented CDCR Psychiatric Inpatient Programs, to work with the all-parties workgroup, the

1

suicide prevention workgroup and to oversee the test implementation of CDCR's Continuous Quality Improvement project.

The Special Master meets regularly with representatives from the *Plata v. Brown* and *Armstrong v. Brown* cases in a long-standing coordination process that serves to address and eliminate overlapping issues in those cases.

Other issues which require the attention of the Special Master in the immediate future include:

- Completion of Staffing Plans for CDCR and DSH pursuant to court orders
- Development of MHCB and EOP Clustering Plans
- Evaluation of EOP and 3CMS Review Studies
- Evaluation and Monitoring of 100-Bed EOP Dormitory at San Quentin State Prison
- Evaluation and Monitoring of Non-Designated Yards
- Implementation of the Custody and Mental Health Partnership Plan
- Evaluation of the Indecent Exposure Pilot Program at California State Prison/Corcoran
- Complete and implement DSH's Continuous Quality Improvement process

The number of new issues and plans that have arisen which need to be fully implemented and monitored continue to exceed the Special Master's current personnel resources.

For the foregoing reasons, the Special Master requests that the following individual be appointed to his staff.

**Angelyne Cooper, Esq.**

Ms. Cooper graduated *cum laude* from the Roger Williams University School of Law in 2008, where she was president of the Black Law Students Association and a member of the Multi-Cultural Law Students Association. Ms. Cooper received her undergraduate degree in 2005 from Utica College of Syracuse University, where she graduated *summa cum laude* with a major in criminal justice and minor in psychology.

Upon completion of her law degree, Ms. Cooper clerked for the Honorable O. Rogeriee Thompson of the United States First Circuit Court of Appeals in Providence Rhode Island after a brief time prosecuting cases for the City of Providence.  After her clerkship, Ms. Cooper continued to work with Judge Thompson as a pro bono consultant.  Ms. Cooper's additional employment experience includes work as a staff attorney for Rhode Island Legal Services, a non-profit corporation providing legal assistance to low-income individuals, and as a moot court advisor for the Roger Williams University School of Law.  Since June of 2013, Ms. Cooper has been employed as legal counsel by the Rhode Island Department of Labor and Training.  During her tenure there, in addition to representing the department in litigation, Ms. Cooper has been responsible for monitoring the department's compliance with state and federal civil rights laws, and serving as a hearing officer for administrative appeals.

Ms. Cooper will assist the Special Master with on-site prison monitoring and writing of all monitoring reports as well as researching and writing of interim reports on special issues and projects, as required.  Ms. Cooper's *curriculum vitae* is attached as Exhibit A.

The parties have had an opportunity to review this candidate's *curriculum vitae* and have no objections to her appointment.

        Respectfully submitted

        /s/

        Matthew A. Lopes, Jr.
        Special Master

March 28, 2018

# ANGELYNE E. COOPER
205 Beechwood Drive • Cranston, RI 02921 • 201.707.6618 • angieecooper@yahoo.com

**BAR MEMBERSHIPS:** Massachusetts, Rhode Island, New York, U.S. District Court, District of Rhode Island.

## LEGAL EXPERIENCE

**Rhode Island Department of Labor and Training, Cranston, RI**
**Legal Counsel (June 2013-Present); Equal Opportunity Officer (April 2015-Present)**
   Act as a hearing officer for administrative appeals and issue written decisions. Legal research and writing on behalf of the Department related to drafting legislation and agency regulations, statutory interpretation, and regulatory compliance on various labor and employment issues including apprenticeship, trade licensing, prevailing wage, occupational safety, and labor standards. Represent the Department in litigation in the Rhode Island Superior and Supreme Courts and negotiate consent agreements on behalf of the Department. Responsible for overseeing the Department's compliance with state and federal civil rights laws and advising senior leadership and staff. Act as point person for communications with community groups on issues related to equal opportunity and diversity. Investigate internal and external complaints of discrimination, plan and organize diversity trainings, and lead internal work group discussions focused on equal opportunity.

**Roger Williams University School of Law, Bristol, RI**
**Moot Court Advisor (August 2015 – May 2017)**
   Advised Executive Board on issues related to Moot Court including external competitions, coaches, and general organization. Brainstormed on ideas of how to improve the program with other faculty and staff, including Dean Yelnosky.

**Rhode Island Legal Services, Providence, RI**
**Staff Attorney (December 2012-May 2013)**
   Responsible for implementing Foreclosure Prevention Project through outreach to other legal services agencies nationwide and consultation with various social services agencies. Conducted legal research and writing on various issues associated with housing and foreclosure such as loan modification programs, bankruptcy, alternatives to foreclosure, impact of foreclosures, and legal defenses to foreclosure. Additional duties included intake, client interviews, and representation of homeowners and tenants in both state and federal court. Also represented non-custodial parents in child support cases in state district court proceedings.

**First Circuit Court of Appeals, Providence, RI**
**Pro Bono Consultant to the Honorable O. Rogeriee Thompson (September 2012-November 2012)**
   Assisted judge on criminal matter involving felony drug charges and conspiracy. Performed legal research and writing as needed.

**Law Clerk to the Honorable O. Rogeriee Thompson (April 2010-August 2012)**
   Assisted judge in the drafting process of opinions concerning issues related to various areas of the law including immigration, bankruptcy, the federal tax code, SEC matters, habeas corpus, 1st, 4th, and 14th Amendment, the Federal Torts Claim Act, and contracts. Drafted bench memoranda regarding issues related to both civil and criminal litigation in preparation for oral argument. Researched various legal issues such as statute of limitations, equitable tolling, search and seizure, and waiver. Reviewed attorney discipline matters. Coordinated and supervised chambers intern program which included reviewing applications, setting up interviews, acting as a liaison between chambers and law schools for purposes of financial stipends and/or academic credit, and working one on one with the interns to provide feedback on their research and writing skills.

**City of Providence Law Department, Providence, RI**
**Contract Attorney (August 2009-April 2010)**
   Prosecuted cases on the Municipal Court Calendar, including environmental violations and appeared before the City's Board of Licenses regarding the imposition of fines and revocation of licenses for City establishments. Researched and drafted documents on a variety of complex legal and business issues on behalf of the City of Providence such as civil rights violations, wrongful death, personal injury, tax, and zoning.

# ANGELYNE E. COOPER
205 Beechwood Drive • Cranston, RI 02921 • 201.707.6618 • angieecooper@yahoo.com

**EDUCATION**

**Roger Williams University School of Law, Bristol, RI**
**Juris Doctor,** *cum laude,* **December 2008**
    GPA:       3.29/4.00; Class Rank: 30/190, Top 16%
    Honors:    2007 Thurgood Marshall Memorial Scholarship Recipient
    Activities:  President and Member, Black Law Students Association; Member, Multi-Cultural Law Students Association

**Utica College of Syracuse University, Utica, NY**
**Bachelor of Science in Criminal Justice, Minor in Psychology,** *summa cum laude*, **May 2005**
    GPA:       3.85/4.00
    Honors:    Student Life Award; Outstanding Campus Service Award; Senior High Achiever Award
    Activities:  Chief Justice, Student Senate; President, Criminal Justice Student Association

**COMMUNITY LEADERSHIP:**

- **Commissioner, RI Commission for Human Rights**, appointed by Governor Lincoln Chafee, April 2014. Review and rule on claims of discrimination in the areas of employment, housing, public accommodations, credit, and delivery of services.

- **Board of Directors, Rhode Island Urban Debate League**, July 2014-present. Elected Interim-Chair, July 2016. Elected Vice-President, March 2014. Co-Chair of 2015 Community Debate.

**PROFESSIONAL MEMBERSHIPS**: Rhode Island Bar Association, Rhode Island Women's Bar Association, Rhode Island Thurgood Marshall Law Society, and Rhode Island Hispanic Bar Association.