XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                  Plaintiffs,<br><br>       v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                  Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY PSYCHIATRIST VACANCY REPORT**<br><br>Judge:   The Honorable Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to begin filing, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*) The Court granted a joint stipulation to file the February 2018 report by the last court day of the month. (ECF No. 5803.) Future reports will be filed on the fifteenth of the month. (*Id.*)

In an effort to provide the Court with a full picture of the staff providing psychiatric services, the attached report provides two separate columns reporting the number of filled positions. One column shows the fill rate based solely on the number of psychiatrists at each institution and systemwide. The second separate column shows the number of psychiatric nurse practitioners at each institution, and the fill rate for each institution and systemwide including the psychiatric nurse practitioners. This column is included because CDCR's January 10, 2017 updated staffing plan proposed recruiting psychiatric nurse practitioners "to provide psychotropic medication management in lieu of psychiatrists." (ECF NO. 5564 at 42.) The "Special Master's Report on the Status of Mental Health Staffing and the Implementation of Defendants' Staffing Plan" agreed that "the use of psychiatric nurse practitioners could positively impact mental health treatment," and recommended "that defendants be directed to continue with their proposal to recruit and hire psychiatric nurse practitioners and report their progress to the Special Master on a quarterly basis." (*Id.* at 18-19.) The Court adopted the Special Master's recommendation. (ECF No. 5711.)

A letter from Defendant CDCR is attached enclosing CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for February 2018.

Dated: March 30, 2018                              Respectfully submitted,

                                                   XAVIER BECERRA
                                                   Attorney General of California
                                                   DANIELLE F. O'BANNON
                                                   JAY C. RUSSELL
                                                   Supervising Deputy Attorney Generals


                                                   */s/ Tyler V. Heath*
                                                   TYLER V. HEATH
                                                   Deputy Attorney General
                                                   *Attorneys for Defendants*

CF1997CS0003
33306336.docx

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATIONEDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



March 30, 2018

Danielle F. O'Bannon, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. O'Bannon and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits its monthly report identifying the psychiatry vacancy rates at each CDCR institution and in the aggregate systemwide for February 2018. It is attached as Exhibit A. In accordance with the Court's February 14, 2018 order, the report contains the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report.

CDCR's January 10, 2017 updated staffing plan proposed recruiting psychiatric nurse practitioners "to provide psychotropic medication management in lieu of psychiatrists." The "Special Master's Report on the Status of Mental Health Staffing and the Implementation of Defendants' Staffing Plan" recommended "that defendants be directed to continue with their proposal to recruit and hire psychiatric nurse practitioners and report their progress to the Special Master on a quarterly basis." (ECF No. 5564.) The Court adopted the recommendation. (ECF No. 5711.) Accordingly, to provide a complete picture of those providing psychiatric services, CDCR's report includes an additional column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Sincerely,

/s/ Katherine Tebrock
KATHERINE TEBROCK
Deputy Director
Statewide Mental Health Program

# Exhibit A

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Psychiatry Positions - February 2018

| Sites | Allocated Jan 2018[1] | | | Filled Feb 2018[2] | | | | | Filled w PNP Feb 2018[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Site | Telepsych | Total | Site | Registry[3] | Telepsych[4] | Total | Percentage | PNP | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 4.77 | 0.00 | 4.77 | 95% | 0.00 | 4.77 | 95% |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCI | 5.00 | 3.00 | 8.00 | 0.00 | 2.95 | 1.00 | 3.95 | 49% | 0.00 | 3.95 | 49% |
| CCWF | 10.00 | 2.00 | 12.00 | 6.50 | 0.00 | 0.50 | 7.00 | 58% | 1.00 | 8.00 | 67% |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CHCF | 19.00 | 6.00 | 25.00 | 6.00 | 4.19 | 7.00 | 17.19 | 69% | 1.00 | 18.19 | 73% |
| CHCF PIP[5] | 33.00 | 0.00 | 33.00 | 15.90 | 2.58 | 3.00 | 21.48 | 65% | 0.00 | 21.48 | 65% |
| CIM | 11.50 | 0.00 | 11.50 | 11.00 | 0.00 | 0.33 | 11.33 | 99% | 0.00 | 11.33 | 99% |
| CIW | 9.50 | 1.00 | 10.50 | 6.00 | 1.54 | 0.33 | 7.87 | 75% | 0.00 | 7.87 | 75% |
| CMC | 19.00 | 0.00 | 19.00 | 14.30 | 4.14 | 0.00 | 18.44 | 97% | 0.00 | 18.44 | 97% |
| CMF | 17.00 | 2.00 | 19.00 | 10.00 | 4.73 | 3.00 | 17.73 | 93% | 0.00 | 17.73 | 93% |
| CMF PIP[5] | 28.50 | 0.00 | 28.50 | 13.00 | 3.51 | 1.00 | 17.51 | 61% | 0.00 | 17.51 | 61% |
| COR | 12.00 | 5.00 | 17.00 | 2.50 | 4.77 | 3.50 | 10.77 | 63% | 0.00 | 10.77 | 63% |
| CRC | 5.50 | 0.00 | 5.50 | 5.50 | 0.00 | 0.00 | 5.50 | 100% | 0.00 | 5.50 | 100% |
| CTF | 6.00 | 1.00 | 7.00 | 3.00 | 0.72 | 1.00 | 4.72 | 67% | 0.00 | 4.72 | 67% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.50 | 0.00 | 0.50 | 50% | 0.00 | 0.50 | 50% |
| DVI | 4.50 | 0.00 | 4.50 | 2.00 | 2.48 | 0.00 | 4.48 | 100% | 0.00 | 4.48 | 100% |
| FSP | 3.00 | 0.00 | 3.00 | 4.00 | 0.00 | 0.00 | 4.00 | 133% | 0.00 | 4.00 | 133% |
| HDSP | 3.00 | 4.00 | 7.00 | 1.00 | 0.00 | 4.20 | 5.20 | 74% | 0.00 | 5.20 | 74% |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.52 | 0.00 | 0.52 | 52% | 0.00 | 0.52 | 52% |
| KVSP | 6.00 | 3.00 | 9.00 | 1.00 | 3.45 | 2.84 | 7.29 | 81% | 0.00 | 7.29 | 81% |
| LAC | 13.00 | 3.00 | 16.00 | 4.00 | 3.97 | 3.00 | 10.97 | 69% | 0.00 | 10.97 | 69% |
| MCSP | 11.00 | 4.00 | 15.00 | 7.00 | 3.07 | 4.00 | 14.07 | 94% | 0.00 | 14.07 | 94% |
| NKSP | 10.00 | 0.00 | 10.00 | 4.00 | 2.06 | 1.00 | 7.06 | 71% | 0.00 | 7.06 | 71% |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.20 | 2.20 | 73% | 0.00 | 2.20 | 73% |
| PVSP | 4.50 | 0.00 | 4.50 | 1.00 | 1.72 | 0.00 | 2.72 | 60% | 0.00 | 2.72 | 60% |
| RJD | 16.00 | 3.00 | 19.00 | 7.70 | 4.55 | 4.00 | 16.25 | 86% | 0.00 | 16.25 | 86% |
| SAC | 16.00 | 4.00 | 20.00 | 13.00 | 3.98 | 0.20 | 17.18 | 86% | 0.00 | 17.18 | 86% |
| SATF | 9.00 | 9.00 | 18.00 | 1.00 | 3.67 | 6.00 | 10.67 | 59% | 1.00 | 11.67 | 65% |
| SCC | 2.50 | 0.00 | 2.50 | 2.50 | 0.00 | 0.00 | 2.50 | 100% | 0.00 | 2.50 | 100% |
| SOL | 6.00 | 0.00 | 6.00 | 3.50 | 1.47 | 0.20 | 5.17 | 86% | 0.00 | 5.17 | 86% |
| SQ | 13.00 | 0.00 | 13.00 | 7.00 | 1.35 | 0.00 | 8.35 | 64% | 0.00 | 8.35 | 64% |
| SVSP | 7.00 | 5.00 | 12.00 | 1.00 | 6.15 | 3.20 | 10.35 | 86% | 0.00 | 10.35 | 86% |
| SVSP PIP[5] | 10.00 | 0.00 | 10.00 | 4.00 | 3.39 | 1.00 | 8.39 | 84% | 0.00 | 8.39 | 84% |
| VSP | 7.00 | 3.00 | 10.00 | 1.00 | 0.94 | 4.50 | 6.44 | 64% | 0.00 | 6.44 | 64% |
| WSP | 10.00 | 1.00 | 11.00 | 3.00 | 1.43 | 1.00 | 5.43 | 49% | 0.00 | 5.43 | 49% |
| TOTAL | 336.50 | 63.00 | 399.50 | 164.40 | 78.60 | 57.00 | 300.00 | 75% | 3.00 | 303.00 | 76% |

**Footnote**

1 Source: MH Memo Jan 2018 Statewide Mental Health Position Allocated
2 Source: March 5, 2018 - CCHCS Psychiatrist Vacancy/Coverage Report
3 Source: PSYT - Temp Relief Details February 2018
4 Source: Allocated and Filled Telepsychiatry Positions - February 2018
5 Source: February 2018 PIP Coleman Report