UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | No. 2:90-cv-0520 KJM KJN P<br><br><br><br>ORDER |

On March 28, 2018, the Special Master filed a request for appointment of additional staff. ECF No. 5810. The Special Master seeks appointment of Angelyne E. Cooper, Esq. to his staff. As a court monitor, Ms. Cooper is to be compensated at a rate of two hundred thirty-five dollars ($235.00) per hour for her work and ninety dollars ($90.00) per hour for travel time, plus reasonable expenses.

Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Special Master's March 28, 2018 request for appointment of additional staff, ECF No. 5810, is GRANTED; and

1

2. The Special Master is authorized to appoint Angelyne E. Cooper, Esq. as a court monitor to perform the duties set forth in the Special Master's Request for the Appointment of Additional Staff and Appointment of Deputy Special Master, filed March 28, 2018, and to be compensated at the rates set forth therein.

DATED: March 30, 2018.

_____
UNITED STATES DISTRICT JUDGE