ORDER DESIGNATING UNITED STATES DISTRICT COURT
COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., *et al.*, <br><br> Defendants. | Case No. 2:90-cv-00520 <br><br> Eastern District of California |
| MARCIANO PLATA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., *et al.*, <br><br> Defendants. | Case No. 3:01-cv-01351 <br><br> Northern District of California |

Due to the death of the Honorable Stephen Reinhardt, I hereby designate and assign the Honorable Kim McLane Wardlaw, Circuit Judge for the Ninth Circuit Court of Appeals, to take the place of Judge Reinhardt as of April 4, 2018, on this three-judge court. The three judge court will now consist of Circuit Judge Kim

McLane Wardlaw, Eastern District Judge Kimberly Mueller, and Northern District Judge Jon Tigar.

Dated: April 4, 2018

_____
Sidney R. Thomas
Chief Judge

cc: Circuit Judge Kim McLane Wardlaw
District Judge Kimberly Mueller
District Judge Jon Tigar
Chief District Judge Phyllis Hamilton
Chief District Judge Lawrence O'Neill
Molly Dwyer, Clerk, Court of Appeals
Susan Soong, Clerk, Northern District of California
Marianne Matherly, Clerk, Eastern District of California