XAVIER BECERRA
ATTORNEY GENERAL
MONICA N. ANDERSON
SENIOR ASSISTANT ATTORNEY GENERAL
DANIELLE F. O'BANNON
JAY C. RUSSELL
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-4921
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' REVISED WAITLIST REPORT FOR INPATIENT MENTAL HEALTH CARE** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On March 15, 2018, Defendants filed their monthly information on patient census, referrals, waitlist, and transfer timeline compliance for inpatient mental health care. (ECF No. 5804.) The *Coleman* Special Master thereafter requested that Defendants clarify how Defendants report when a patient is referred in one month and placed in an inpatient bed in another month on Exhibit B of Defendants' March 15, filing, entitled CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as of February 26, 2018. (ECF No. 5804 at 7.)

/ / /

1

Attached is a revised Exhibit B, which explains the status of three patients reported as exceeding Program Guide transfer timeframes. At the time of the report, two of those patients were out to court and one delayed by a medical hold. Consistent with CDCR's reporting rules, those referrals are not reported on CDCR's Psychiatric Inpatient Timelines Compliance Report until the patient is placed in an inpatient bed, and any applicable exception will be reported at that time. No patient has waited beyond Program Guide transfer timeframes without exception since September 13, 2017.

Dated:  April 13, 2018                                                Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*
ELISE OWENS THORN
 Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

Defs.' Revised Waitlist Report for Inpatient Mental Health Care  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



April 13, 2018


Danielle F. O'Bannon, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    DEFENDANTS' CENSUS, WAITLIST AND TRANSFER TIMELINES
       COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Ms. O'Bannon and Ms. Thorn:

Enclosed please find a revised CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient
Census and Waitlist Report as of February 26, 2018, as requested by Special Master Lopes for
filing with the Court.

Sincerely,

/s/ Katherine Tebrock
KATHERINE TEBROCK
Deputy Director
Statewide Mental Health Program

# Exhibit A

**CDCR Psychiatric Inpatient Programs (PIP)**
**Coleman Patient Census and Waitlist Report as of**
**February 26, 2018**

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals[4] | Accepted Referrals[5] | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 214 | 159 | 6 | 1 | 8 | 40 | | | | 2 | |
| California Medical Facility (CMF) | 218 | 172 | 10 | 0 | 0 | 36 | | | | | |
| Total | 432 | 331 | 16 | 1 | 8 | 76 | 13 | 10 | 23 | 2 | 0 |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 63 | 7 | 0 | 0 | 14 | | | | | |
| Total | 84 | 63 | 7 | 0 | 0 | 14 | 5 | 2 | 7 | | 0 |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 300 | 268 | 16 | 3 | 10 | 3 | | | | | |
| CMF Multi Cell | 70 | 58 | 5 | 0 | 0 | 7 | | | | | |
| CMF Single Cell | 94 | 90 | 1 | 0 | 0 | 3 | | | | | |
| Salinas Valley State Prison (SVSP) Multi Cell | 44 | 30 | 11 | 0 | 0 | 3 | | | | | |
| SVSP Single Cell | 202 | 182 | 8 | 1 | 0 | 11 | | | | | |
| Total | 710 | 628 | 41 | 4 | 10 | 27 | 39 | 16 | 55 | | 1 |

| MALE CONDEMNED PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 40 | 27 | 0 | 0 | 0 | 13 | | | | | |
| Total | 40 | 27 | 0 | 0 | 0 | 13 | 0 | 0 | 0 | 0 | 0 |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 45 | 0 | 0 | 0 | 0 | | | | | |
| Total | 45 | 45 | 0 | 0 | 0 | 0 | 7 | 0 | 7 | 0 | 0 |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days* | Total Intermediate Referrals Waiting > 30 Days** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTALS - ALL PIPs | 1311 | 1094 | 64 | 5 | 18 | 130 | 64 | 28 | 92 | 2 | 1 |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable fpr patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

*Of the 2 total Acute referrals waiting greater than 10 days, one is still pending with an out-to-court exception, and the other was admitted in March and will appear in the March Compliance Report with a medical hold exception.

**The 1 Intermediate referral waiting greater than 30 days is still pending with an out-to-court exception.

Data Source: RIPA

CCHCS, Health Care Placement Oversight Program