XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DANIELLE F. O'BANNON
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7325
  Fax: (916) 324-5205
  E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' MONTHLY PSYCHIATRIST VACANCY REPORT** |
| v. | Judge: The Honorable Kimberly J. Mueller |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On February 14, 2018, the Court ordered Defendants to begin filing, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*) The Court granted a joint stipulation to file the February 2018 report by the last court day of the month. (ECF No. 5803.) This, and future reports are due on the fifteenth of the month. (*Id.*)

///

A letter from Defendant CDCR is attached enclosing CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for March 2018.

Dated: April 16, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorney General


*/s/ Tyler V. Heath*
TYLER V. HEATH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
13043811.docx

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



April 16, 2018

Danielle F. O'Bannon, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:  CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. O'Bannon and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits its monthly report identifying the psychiatry vacancy rates at each CDCR institution and in the aggregate systemwide for March 2018. It is attached as Exhibit A. In accordance with the Court's February 14, 2018 order, the report contains the vacancy rates at each CDCR institution and systemwide and the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Sincerely,

/s/ Katherine Tebrock
KATHERINE TEBROCK
Deputy Director
Statewide Mental Health Program

# Exhibit A

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Psychiatry Positions - March 2018

| Sites | Allocated Jan 2018[1] | | | Filled Mar 2018[2] | | | | | Filled w PNP Mar 2018[2] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Site | Telepsych | Total | Site | Registry[3] | Telepsych[4] | Total | Percentage | PNP | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 3.75 | 0.00 | 3.75 | 75% | 0.00 | 3.75 | 75% |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCI | 5.00 | 3.00 | 8.00 | 0.00 | 3.00 | 1.00 | 4.00 | 50% | 0.00 | 4.00 | 50% |
| CCWF | 10.00 | 2.00 | 12.00 | 6.50 | 0.00 | 0.50 | 7.00 | 58% | 1.00 | 8.00 | 67% |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CHCF | 19.00 | 6.00 | 25.00 | 6.00 | 4.25 | 4.00 | 14.25 | 57% | 1.00 | 15.25 | 61% |
| CHCF PIP[5] | 33.00 | 0.00 | 33.00 | 15.90 | 2.58 | 3.00 | 21.48 | 65% | 0.00 | 21.48 | 65% |
| CIM | 11.50 | 0.00 | 11.50 | 11.00 | 0.00 | 0.00 | 11.00 | 96% | 0.00 | 11.00 | 96% |
| CIW | 9.50 | 1.00 | 10.50 | 5.00 | 1.50 | 0.00 | 6.50 | 62% | 0.00 | 6.50 | 62% |
| CMC | 19.00 | 0.00 | 19.00 | 14.30 | 4.50 | 0.00 | 18.80 | 99% | 0.00 | 18.80 | 99% |
| CMF | 17.00 | 2.00 | 19.00 | 10.00 | 5.25 | 2.00 | 17.25 | 91% | 0.00 | 17.25 | 91% |
| CMF PIP[5] | 28.50 | 0.00 | 28.50 | 13.00 | 3.51 | 1.00 | 17.51 | 61% | 0.00 | 17.51 | 61% |
| COR | 12.00 | 5.00 | 17.00 | 2.50 | 4.50 | 3.50 | 10.50 | 62% | 0.00 | 10.50 | 62% |
| CRC | 5.50 | 0.00 | 5.50 | 5.50 | 0.00 | 0.00 | 5.50 | 100% | 0.00 | 5.50 | 100% |
| CTF | 6.00 | 1.00 | 7.00 | 3.00 | 1.00 | 1.00 | 5.00 | 71% | 0.00 | 5.00 | 71% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.50 | 0.00 | 0.50 | 50% | 0.00 | 0.50 | 50% |
| DVI | 4.50 | 0.00 | 4.50 | 2.00 | 2.50 | 0.00 | 4.50 | 100% | 0.00 | 4.50 | 100% |
| FSP | 3.00 | 0.00 | 3.00 | 4.00 | 0.00 | 0.00 | 4.00 | 133% | 0.00 | 4.00 | 133% |
| HDSP | 3.00 | 4.00 | 7.00 | 1.00 | 0.00 | 4.20 | 5.20 | 74% | 0.00 | 5.20 | 74% |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.50 | 0.00 | 0.50 | 50% | 0.00 | 0.50 | 50% |
| KVSP | 6.00 | 3.00 | 9.00 | 1.00 | 4.50 | 2.50 | 8.00 | 89% | 0.00 | 8.00 | 89% |
| LAC | 13.00 | 3.00 | 16.00 | 4.00 | 5.00 | 3.00 | 12.00 | 75% | 0.00 | 12.00 | 75% |
| MCSP | 11.00 | 4.00 | 15.00 | 7.00 | 3.00 | 4.00 | 14.00 | 93% | 0.00 | 14.00 | 93% |
| NKSP | 10.00 | 0.00 | 10.00 | 4.00 | 2.50 | 1.00 | 7.50 | 75% | 0.00 | 7.50 | 75% |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.20 | 2.20 | 73% | 0.00 | 2.20 | 73% |
| PVSP | 4.50 | 0.00 | 4.50 | 1.00 | 1.50 | 0.00 | 2.50 | 56% | 0.00 | 2.50 | 56% |
| RJD | 16.00 | 3.00 | 19.00 | 7.70 | 4.25 | 4.00 | 15.95 | 84% | 0.00 | 15.95 | 84% |
| SAC | 16.00 | 4.00 | 20.00 | 13.00 | 3.88 | 0.20 | 17.08 | 85% | 0.00 | 17.08 | 85% |
| SATF | 9.00 | 9.00 | 18.00 | 1.00 | 3.00 | 6.00 | 10.00 | 56% | 1.00 | 11.00 | 61% |
| SCC | 2.50 | 0.00 | 2.50 | 2.50 | 0.00 | 0.00 | 2.50 | 100% | 0.00 | 2.50 | 100% |
| SOL | 6.00 | 0.00 | 6.00 | 3.50 | 1.50 | 0.20 | 5.20 | 87% | 0.00 | 5.20 | 87% |
| SQ | 13.00 | 0.00 | 13.00 | 8.00 | 0.00 | 0.00 | 8.00 | 62% | 0.00 | 8.00 | 62% |
| SVSP | 7.00 | 5.00 | 12.00 | 1.00 | 4.50 | 2.20 | 7.70 | 64% | 0.00 | 7.70 | 64% |
| SVSP PIP[5] | 10.00 | 0.00 | 10.00 | 4.00 | 3.39 | 1.00 | 8.39 | 84% | 0.00 | 8.39 | 84% |
| VSP | 7.00 | 3.00 | 10.00 | 1.00 | 1.00 | 4.50 | 6.50 | 65% | 0.00 | 6.50 | 65% |
| WSP | 10.00 | 1.00 | 11.00 | 3.00 | 1.50 | 1.00 | 5.50 | 50% | 0.00 | 5.50 | 50% |
| TOTAL | 336.50 | 63.00 | 399.50 | 164.40 | 76.86 | 51.00 | 292.26 | 73% | 3.00 | 295.26 | 74% |

**Footnote**

1 Source: MH Memo Jan 2018 Statewide Mental Health Position Allocated

2 Source: April 2, 2018 - CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: DCCS-WSP Report, March 3- 31, 2018 (average of estimated hours)

4 Source: Allocated and Filled Telepsychiatry Positions - March 2018

5 Source: PIPs - Site Filled from 2018_03_30 DCHCSDSH.xlsx, Registry from February 2018 PIP Coleman Report