Shawna L. Ballard (SBN 155188)
sballard@mckoolsmith.com
Stephanie M. Adams Ryan (SBN 289548)
sadamsryan@mckoolsmith.com
Kate M. Falkenstien (SBN 313753)
kfalkenstien@mckoolsmith.com
McKool Smith, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone: (650) 394-1384
Facsimile: (650) 394-1422

*Attorneys for Plaintiffs Jorge Rico,
Christopher Lipsey, and Maher Suarez*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANDRADE RICO,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY BEARD, et al.,<br><br>    Defendants. | Case No. 2:17-cv-1402 KJM DB P<br><br>**NOTICE OF RELATED CASE** |

Plaintiff Jorge Rico files this Notice of Related Case pursuant to Local Rule 123(b). *Rico* has already been related to *Coleman v. Brown*, No. Civ. S-90-0520 KJM DAD PC; *Matthews v. Holland*, No. 1:14-cv-1959 KJM DB P; *Murillo v. Holland*, No. 1:15-cv-0266 KJM DB P; *Lipsey v. Barnes*, No. 2:18-cv-0362 KJM DB P; and *Suarez v. Beard*, No. 2:18-CV-00340 KJM DB P. *Rico* has now become aware of an additional case in this district that is also related to these cases: *Wilson v. Beard*, No 1:15-cv-01424 DAD BAM (PC).

The situation in *Wilson* is the same as in *Rico* and the other related cases. In *Wilson*, as in *Rico*, the plaintiff challenges the Guard One system adopted in *Coleman*. As in *Rico*, the defendants filed a motion to dismiss based on the application of *Coleman*. *Wilson*, like *Rico*, relates to *Coleman* because the defendants, in a pending motion to dismiss, rely on an order issued in *Coleman* as

1

Case No. 2:17-cv-1402 KJM DB P                                                                                 NOTICE OF RELATED CASE

justification for the use of the Guard One system and to argue that qualified immunity applies to Wilson's damages claims.

*Rico*, *Murillo*, and *Matthews* were first related to *Coleman* on the same grounds.  See Order, *Rico v. Beard*, No. 2:17-cv-1402 KJM DB P, ECF #60 (Feb. 2, 2018).  *Suarez* and *Lipsey* were also related on the same grounds after they were transferred from the Northern District.  See Order, *Suarez v. Beard*, No. 2:18-cv-00340 KJM DB P, ECF #74 (Mar. 12, 2018).

DATED: May 8, 2018                    Respectfully submitted,

MCKOOL SMITH P.C.

By: /s/ Kate Falkenstien

Shawna L. Ballard (SBN 155188)
sballard@mckoolsmith.com
Stephanie M. Adams Ryan (SBN 289548)
sadamsryan@mckoolsmith.com
Kate M. Falkenstien (SBN 313753)
kfalkenstien@mckoolsmith.com
MCKOOL SMITH, P.C.
255 Shoreline Drive, Suite 510
Redwood Shores, California 94065
Telephone:  (650) 394-1400
Facsimile:   (650) 394-1422

*Attorneys for Plaintiffs Jorge Rico, Christopher Lipsey, and Maher Suarez*