UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | No. 2:90-cv-0520 KJM DB P<br><br><br>ORDER |

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of April 2018.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

    Pannone Lopes Devereaux & O'Gara LLC
    Attn: Matthew A. Lopes, Jr., Esq., Special Master
    Northwoods Office Park, Suite 215N
    1301 Atwood Avenue
    Johnston, RI 02919

the amount of $442,851.03 as payment of the attached statement; and

////

////

////

1

2. A copy of this order shall be served on the financial department of this court.

Dated: May 15, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole18.apr

| | | | |
|---|---|---|---|
| 1 | **RALPH COLEMAN, et al.,** | : | |
| | Plaintiffs, | : | |
| 2 | | : | **No. Civ. S-90-0520 KJM DB P** |
| | v. | : | |
| 3 | | : | |
| | **EDMUND G. BROWN, JR., et al.** | : | |
| 4 | Defendants. | | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through April 30, 2018.

Matthew A. Lopes, Jr., Special Master
    Services                            $14,716.00
    Disbursements           $ 5,391.81

    Total amount due                  $20,107.81

Mohamedu F. Jones, J.D., Deputy Special Master
    Services                            $45,349.00
    Disbursements           $     0.00

    Total amount due                  $45,349.00

Kerry F. Walsh, J.D.
    Services                            $38,200.00
    Disbursements           $     0.00

    Total amount due                  $38,200.00

Kristina M. Hector, J.D.
    Services                            $47,822.50
    Disbursements           $     0.00

    Total amount due                  $47,822.50

Steven W. Raffa, J.D.
    Services                            $31,584.00
    Disbursements           $     0.00

    Total amount due                  $31,584.00

Regina M. Costa, MSW., J.D.
    Services                            $39,527.00
    Disbursements           $     0.00

    Total amount due                  $39,527.00

LaTri-c-ea McClendon-Hunt
    Services                            $44,485.50
    Disbursements           $     0.00

    Total amount due                  $44,485.50

Kerry C. Hughes, M.D.
  Services            $34,293.00
  Disbursements       $ 2,996.33

      Total amount due              $37,289.33

Jeffrey L. Metzner, M.D.
  Services            $ 7,898.00
  Disbursements       $   936.69

      Total amount due              $ 8,834.69

Mary Perrien, Ph.D.
  Services            $14,515.00
  Disbursements       $ 3,140.42

      Total amount due              $17,655.42

Patricia M. Williams, J.D.
  Services            $23,265.00
  Disbursements       $     0.00

      Total amount due              $23,265.00

Henry A. Dlugacz, MSW, J.D.
  Services            $ 7,537.00
  Disbursements       $ 1,881.43

      Total amount due              $ 9,418.43

Lindsay M. Hayes
  Services            $14,063.00
  Disbursements       $ 1,273.21

      Total amount due              $15,336.21

Timothy A. Rougeux
  Services            $19,220.44
  Disbursements       $ 3,910.33

      Total amount due              $23,130.77

Cynthia A. Radavsky, M.Ed
  Services            $ 4,300.50
  Disbursements       $     0.00

      Total amount due              $ 4,300.50

Roderick Q. Hickman
  Services      $ 4,277.00
  Disbursements    $      0.00

    Total amount due     $ 4,277.00

Maria Masotta, Psy.D.
  Services      $14,396.00
  Disbursements    $ 3,354.54

    Total amount due     $17,750.54

Karen Rea PHN, MSN, FNP
  Services      $13,049.00
  Disbursements    $ 1,468.33

    Total amount due     $14,517.33

**TOTAL AMOUNT TO BE REIMBURSED**  **$442,851.03**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master