XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
CHAD A. STEGEMAN, State Bar No. 225745
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' MONTHLY PSYCHIATRIST VACANCY REPORT** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | Judge: The Hon. Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to begin filing, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*)

/ / /

/ / /

1

A letter from Defendant CDCR is attached enclosing CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for April 2018.

Dated: May 15, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General

*/s/ Tyler V. Heath*

TYLER V. HEATH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
33389666.docx

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



May 15, 2018

Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. Thorn:

      The California Department of Corrections and Rehabilitation (CDCR) hereby submits its monthly report identifying the psychiatry vacancy rates at each CDCR institution and in the aggregate systemwide for April 2018. It is attached as Exhibit A. In accordance with the Court's February 14, 2018 order, the report contains the vacancy rates at each CDCR institution and systemwide and the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Sincerely,

/s/ Katherine Tebrock
KATHERINE TEBROCK
Deputy Director
Statewide Mental Health Program

# Exhibit A

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Psychiatry Positions - April 2018

| Sites | Allocated Jan 2018[1] | | | Filled Apr 2018 | | | | | Filled w PNP Apr 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Site | Telepsych | Total | Site[2,5] | Registry[3] | Telepsych[4] | Total | Percentage | PNP[2] | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 5.00 | 0.00 | 5.00 | 100% | 0.00 | 5.00 | 100% |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCI | 5.00 | 3.00 | 8.00 | 0.00 | 3.00 | 1.00 | 4.00 | 50% | 0.00 | 4.00 | 50% |
| CCWF | 10.00 | 2.00 | 12.00 | 6.50 | 0.00 | 0.50 | 7.00 | 58% | 1.00 | 8.00 | 67% |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CHCF | 19.00 | 6.00 | 25.00 | 5.00 | 4.25 | 4.00 | 13.25 | 53% | 1.00 | 14.25 | 57% |
| CHCF PIP | 33.00 | 0.00 | 33.00 | 15.90 | 4.00 | 2.00 | 21.90 | 66% | 0.00 | 21.90 | 66% |
| CIM | 11.50 | 0.00 | 11.50 | 11.00 | 0.00 | 0.00 | 11.00 | 96% | 0.00 | 11.00 | 96% |
| CIW | 9.50 | 1.00 | 10.50 | 5.00 | 1.50 | 0.00 | 6.50 | 62% | 0.00 | 6.50 | 62% |
| CMC | 19.00 | 0.00 | 19.00 | 15.30 | 5.00 | 0.00 | 20.30 | 107% | 0.00 | 20.30 | 107% |
| CMF | 17.00 | 2.00 | 19.00 | 10.00 | 5.25 | 2.00 | 17.25 | 91% | 0.00 | 17.25 | 91% |
| CMF PIP | 28.50 | 0.00 | 28.50 | 12.00 | 4.50 | 1.00 | 17.50 | 61% | 0.00 | 17.50 | 61% |
| COR | 12.00 | 5.00 | 17.00 | 2.50 | 4.50 | 3.50 | 10.50 | 62% | 0.00 | 10.50 | 62% |
| CRC | 5.50 | 0.00 | 5.50 | 5.50 | 0.00 | 0.00 | 5.50 | 100% | 0.00 | 5.50 | 100% |
| CTF | 6.00 | 1.00 | 7.00 | 3.00 | 1.00 | 1.00 | 5.00 | 71% | 0.00 | 5.00 | 71% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.50 | 0.00 | 0.50 | 50% | 0.00 | 0.50 | 50% |
| DVI | 4.50 | 0.00 | 4.50 | 2.00 | 2.50 | 0.00 | 4.50 | 100% | 0.00 | 4.50 | 100% |
| FSP | 3.00 | 0.00 | 3.00 | 4.00 | 0.00 | 0.00 | 4.00 | 133% | 0.00 | 4.00 | 133% |
| HDSP | 3.00 | 4.00 | 7.00 | 1.00 | 0.00 | 4.20 | 5.20 | 74% | 0.00 | 5.20 | 74% |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.50 | 0.00 | 0.50 | 50% | 0.00 | 0.50 | 50% |
| KVSP | 6.00 | 3.00 | 9.00 | 1.00 | 4.50 | 2.30 | 7.80 | 87% | 0.00 | 7.80 | 87% |
| LAC | 13.00 | 3.00 | 16.00 | 4.00 | 5.00 | 3.00 | 12.00 | 75% | 0.00 | 12.00 | 75% |
| MCSP | 11.00 | 4.00 | 15.00 | 7.00 | 4.00 | 3.00 | 14.00 | 93% | 0.00 | 14.00 | 93% |
| NKSP | 10.00 | 0.00 | 10.00 | 4.00 | 2.50 | 1.00 | 7.50 | 75% | 0.00 | 7.50 | 75% |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.20 | 2.20 | 73% | 0.00 | 2.20 | 73% |
| PVSP | 4.50 | 0.00 | 4.50 | 1.00 | 1.50 | 0.00 | 2.50 | 56% | 0.00 | 2.50 | 56% |
| RJD | 16.00 | 3.00 | 19.00 | 5.70 | 4.50 | 4.00 | 14.20 | 75% | 0.00 | 14.20 | 75% |
| SAC | 16.00 | 4.00 | 20.00 | 13.00 | 3.81 | 0.20 | 17.01 | 85% | 0.00 | 17.01 | 85% |
| SATF | 9.00 | 9.00 | 18.00 | 1.00 | 3.00 | 5.70 | 9.70 | 54% | 1.00 | 10.70 | 59% |
| SCC | 2.50 | 0.00 | 2.50 | 2.50 | 0.00 | 0.00 | 2.50 | 100% | 0.00 | 2.50 | 100% |
| SOL | 6.00 | 0.00 | 6.00 | 3.50 | 1.50 | 0.20 | 5.20 | 87% | 0.00 | 5.20 | 87% |
| SQ | 13.00 | 0.00 | 13.00 | 8.00 | 0.00 | 0.00 | 8.00 | 62% | 0.00 | 8.00 | 62% |
| SVSP | 7.00 | 5.00 | 12.00 | 1.00 | 5.86 | 2.20 | 9.06 | 76% | 0.00 | 9.06 | 76% |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 3.00 | 5.00 | 1.00 | 9.00 | 90% | 0.00 | 9.00 | 90% |
| VSP | 7.00 | 3.00 | 10.00 | 1.00 | 1.00 | 4.50 | 6.50 | 65% | 0.00 | 6.50 | 65% |
| WSP | 10.00 | 1.00 | 11.00 | 3.00 | 1.50 | 2.00 | 6.50 | 59% | 0.00 | 6.50 | 59% |
| TOTAL | 336.50 | 63.00 | 399.50 | 160.40 | 85.17 | 49.50 | 295.07 | 74% | 3.00 | 298.07 | 75% |

**Footnote**

1 Source: MH Memo Jan 2018 Statewide Mental Health Position Allocated

2 Source: April 30, 2018 - CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: DCCS-WSP Report, March 31- April 27, 2018 and DCCS PYST_PIP's Weekly (average of estimated hours)

4 Source: April 30, 2018 Telepsychiatry Provider List

5 Source: PIPs - Site Filled from 2018_05_08 DCHCSDSH.xlsx