UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM KJN P |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The Special Master has filed a request for an enlargement of time up to and including June 29, 2018 in which to present to the court the final version of the updated Program Guide, as required by the court's April 10, 2018 order, ECF No. 5816.[1] ECF No. 5831. Good cause appearing, IT IS HEREBY ORDERED that:

1. The Special Master's May 30, 2018 request for enlargement of time, ECF No. 5831, is granted;

2. The Special Master shall present to the court the final version of the updated Program Guide on or before June 29, 2018.

DATED: May 31, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The court's April 10, 2018 order extended a prior deadline of March 31, 2018 initially set for filing of the updated Program Guide and shifted responsibility for that filing from the parties to the Special Master. *See* ECF Nos. 5750 at 2 and 5816 at 4-5.

1