# TABLE OF APPENDICES

1   Human Resources Recruitment and Retention Reports – January through April 2018

2   Primary Care Provider Vacancy and Coverage Report  – April 30, 2018

3   CPR Financial Statements – January through April 2018