# APPENDIX 2

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
## Primary Care Provider Vacancy / Coverage Report
### April 30, 2018

| Institution | Total Authorized Positions | Filled with P&S Onsite (No Telemed) | Filled with NP/PA Onsite (No Telemed) | % Filled by Civil Service | Civil Service Vacancies | Filled with Telemedicine | % Filled by Civil Service & Telemedicine | Filled with Registry (FTE) | Total % Filled | Net Adjusted Vacancies | Total Civil Service in Hiring Process | % Filled if Candidates Hired |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 7.50 | 3.50 | 3.00 | 86.67% | 1.00 | 0.00 | 86.67% | 0.00 | 86.67% | 1.00 | 1.00 | 100.00% |
| CAC | 4.70 | 3.70 | 1.00 | 100.00% | 0.00 | 0.00 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% |
| CAL | 6.50 | 6.50 | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% | 1.00 | 115.38% | (1.00) | 0.00 | 115.38% |
| CCC | 6.00 | 0.00 | 2.00 | 33.33% | 4.00 | 2.00 | 66.67% | 1.00 | 83.33% | 1.00 | 0.00 | 83.33% |
| CCI | 10.00 | 7.00 | 2.00 | 90.00% | 1.00 | 0.00 | 90.00% | 2.00 | 110.00% | (1.00) | 1.00 | 120.00% |
| CCWF | 10.00 | 6.50 | 4.00 | 105.00% | (0.50) | 0.00 | 105.00% | 0.50 | 110.00% | (1.00) | 0.00 | 110.00% |
| CEN | 6.00 | 5.00 | 0.00 | 83.33% | 1.00 | 1.00 | 100.00% | 1.00 | 116.67% | (1.00) | 0.00 | 116.67% |
| CHCF | 36.00 | 20.50 | 4.00 | 68.06% | 11.50 | 5.00 | 81.94% | 14.00 | 120.83% | (7.50) | 10.00 | 148.61% |
| CIM | 18.00 | 17.00 | 0.00 | 94.44% | 1.00 | 0.00 | 94.44% | 0.00 | 94.44% | 1.00 | 2.00 | 105.56% |
| CIW | 8.00 | 9.00 | 0.00 | 112.50% | (1.00) | 0.00 | 112.50% | 0.00 | 112.50% | (1.00) | 0.00 | 112.50% |
| CMC | 13.50 | 12.30 | 0.00 | 91.11% | 1.20 | 0.00 | 91.11% | 1.50 | 102.22% | (0.30) | 2.00 | 117.04% |
| CMF | 16.00 | 14.00 | 1.00 | 93.75% | 1.00 | 0.00 | 93.75% | 0.75 | 98.44% | 0.25 | 1.00 | 104.69% |
| COR | 10.00 | 5.00 | 4.00 | 90.00% | 1.00 | 1.00 | 100.00% | 2.00 | 120.00% | (2.00) | 0.00 | 120.00% |
| CRC | 7.00 | 7.00 | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% |
| CTF | 11.00 | 4.00 | 1.00 | 45.45% | 6.00 | 1.00 | 54.55% | 4.50 | 95.45% | 0.50 | 7.00 | 159.09% |
| CVSP | 5.00 | 0.60 | 2.00 | 52.00% | 2.40 | 1.00 | 72.00% | 1.00 | 92.00% | 0.40 | 3.00 | 152.00% |
| DVI | 7.00 | 7.00 | 0.00 | 100.00% | 0.00 | 1.00 | 114.29% | 0.00 | 114.29% | (1.00) | 0.00 | 114.29% |
| FSP | 8.50 | 7.50 | 1.00 | 100.00% | 0.00 | 0.00 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% |
| HDSP | 8.00 | 3.00 | 4.00 | 87.50% | 1.00 | 3.00 | 125.00% | 1.00 | 137.50% | (3.00) | 0.00 | 137.50% |
| ISP | 6.00 | 1.00 | 2.00 | 50.00% | 3.00 | 1.00 | 66.67% | 0.75 | 79.17% | 1.25 | 1.00 | 95.83% |
| KVSP | 9.00 | 5.00 | 1.00 | 66.67% | 3.00 | 2.00 | 88.89% | 1.00 | 100.00% | 0.00 | 2.00 | 122.22% |
| LAC | 11.00 | 4.00 | 4.00 | 72.73% | 3.00 | 1.00 | 81.82% | 2.00 | 100.00% | 0.00 | 4.00 | 136.36% |
| MCSP | 16.00 | 11.50 | 1.00 | 78.13% | 3.50 | 0.00 | 78.13% | 4.50 | 106.25% | (1.00) | 4.00 | 131.25% |
| NKSP | 11.00 | 6.00 | 4.00 | 90.91% | 1.00 | 0.00 | 90.91% | 1.00 | 100.00% | 0.00 | 0.00 | 100.00% |
| PBSP | 5.00 | 1.00 | 1.00 | 40.00% | 3.00 | 1.60 | 72.00% | 1.00 | 92.00% | 0.40 | 1.00 | 112.00% |
| PVSP | 7.00 | 4.00 | 2.00 | 85.71% | 1.00 | 0.30 | 90.00% | 0.00 | 90.00% | 0.70 | 5.00 | 161.43% |
| RJD | 16.50 | 15.00 | 1.50 | 100.00% | 0.00 | 0.00 | 100.00% | 1.75 | 110.61% | (1.75) | 0.00 | 110.61% |
| SAC | 9.00 | 8.00 | 0.00 | 88.89% | 1.00 | 0.00 | 88.89% | 1.00 | 100.00% | 0.00 | 2.00 | 122.22% |
| SATF | 13.00 | 7.00 | 5.00 | 92.31% | 1.00 | 2.00 | 107.69% | 0.50 | 111.54% | (1.50) | 2.00 | 126.92% |
| SCC | 7.00 | 4.00 | 1.00 | 71.43% | 2.00 | 0.00 | 71.43% | 0.00 | 71.43% | 2.00 | 1.00 | 85.71% |
| SOL | 12.00 | 10.50 | 1.00 | 95.83% | 0.50 | 1.00 | 104.17% | 1.00 | 112.50% | (1.50) | 0.00 | 112.50% |
| SQ | 13.00 | 9.60 | 1.60 | 86.15% | 1.80 | 0.00 | 86.15% | 1.00 | 93.85% | 0.80 | 1.00 | 101.54% |
| SVSP | 12.00 | 7.00 | 1.00 | 66.67% | 4.00 | 0.00 | 66.67% | 2.75 | 89.58% | 1.25 | 1.00 | 97.92% |
| VSP | 8.00 | 3.00 | 3.00 | 75.00% | 2.00 | 2.00 | 100.00% | 1.50 | 118.75% | (1.50) | 3.00 | 156.25% |
| WSP | 12.50 | 5.00 | 4.50 | 76.00% | 3.00 | 0.00 | 76.00% | 2.00 | 92.00% | 1.00 | 0.00 | 92.00% |
| TOTALS | 366.70 | 240.70 | 62.60 | 82.71% | 63.40 | 25.90 | 89.77% | 52.00 | 103.95% | (14.50) | 54.00 | 118.68% |

| Compliance | # by Civil Service | # by Civil Service & Telemed | # by Civil Service, Telemed, & Registry | # of Candidates by Category | # in Compliance if Candidates Hired |
|---|---|---|---|---|---|
| ≥ 90% | 16.00 | 20.00 | 30.00 | 50.00 | 33.00 |
| 80% - 90% | 6.00 | 6.00 | 3.00 | 2.00 | 2.00 |
| < 80% | 13.00 | 9.00 | 2.00 | 2.00 | 0.00 |
| n/a | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

16 Delegated Institutions
13 Institutions Receiving 15% Pay Differential

1