# APPENDIX 3

# CALIFORNIA PRISON HEALTH CARE RECEIVERSHIP CORPORATION
## Discussion and Analysis of Unaudited Financial Statements
### For the Period July 1, 2017 through April 30, 2018

The April 30, 2018 financial statements of the California Prison Health Care Receivership Corp (CPR) are presented in compliance with the measurement focus, basis of accounting and financial presentation set forth by the Government Accounting Standards Board (GASB), and include a Statement of Net Position and General Fund Balance (Balance Sheet) and a Statement of Revenues, Expenditures and Changes in Fund Balance –General Fund-Budget and Actual. In lieu of comparing net position and operating activities to prior period amounts, operating activities are compared to budget.

A review of expenses included on the unaudited statement of activities compared to what was budgeted for the ten months ended April 30, 2018 shows a total difference of $1,288,855 or 54.4% variance under budget. Two line items or activity's in the statement account for the majority of the difference.

Professional fees were $1,199,814 or 70.8% under budget, and Salaries and benefits were $79,367 or 12.5% below budget.

No Capital assets have been purchased during the first ten months of the Fiscal year.

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended
April 30, 2018

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---:|---:|---:|
| **Assets** | | | |
| Current assets: | | | |
| Cash | $101,255 | $ - | $ 101,255 |
| Due From Special Deposit Fund | $0 | | |
| Prepaid items | $285 | - | 285 |
| | 101,540 | - | 101,540 |
| Noncurrent assets: | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $ 101,540 | - | $ 101,540 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 14,674 | - | 14,674 |
| Accrued salaries and benefits | 27,623 | - | 27,623 |
| Other accrued expenses | 51,887 | | 51,887 |
| Compensated absences | 0 | $41,770 | 41,770 |
| Total liabilities | $ 94,184 | $ 41,770 | $ 135,954 |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 285 | (285) | - |
| Unreserved, undesignated | 7,071 | (7,071) | - |
| Total fund balance | 7,356 | (7,356) | - |
| Total liabilities and fund balance | $ 101,540 | | |
| **Net Position:** | | | |
| Unrestricted | | (34,415) | (34,415) |
| **Total Net Position** | | $ (34,415) | $ (34,415) |

CALIFORNIA HEALTHCARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended
April 30, 2018

|  | General Fund | Adjustments | Statement of Activities |
|---|---:|---:|---:|
| **Revenues** |  |  |  |
| Program revenues: |  |  |  |
| Operating grants and contributions: |  |  |  |
| State of California appropriation to Receivership | $ 975,000 | - | $ 975,000 |
| General revenues: |  |  |  |
| Investment earnings | 8 | - | 8 |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 975,008 | - | 975,008 |
| **Expenditures/Expenses:** |  |  |  |
| Prison health care administration and oversight: |  |  |  |
| Current: |  |  |  |
| Salaries and benefits | 554,393 | - | 554,393 |
| Legal and professional services | 495,916 | - | 495,916 |
| Travel | 7,425 | - | 7,425 |
| Insurance | 13,294 | - | 13,294 |
| Other | 7,357 | - | 7,357 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 1,078,385 | - | 1,078,385 |
| Change in fund balance/net position | (103,377) | - | (103,377) |
| Fund balance/net position - July 1, 2017 | 110,732 | ($41,770) | 68,962 |
| Fund balance/net position - April 30, 2018 | $ 7,355 | $ (41,770) | $ (34,415) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the ten months ended
April 30, 2018

|  | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---:|---:|---:|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $2,367,240 | $975,000 | $ (1,392,240) |
| Investment earnings | $0 | $8 | 8 |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $2,367,240 | $975,008 | (1,392,232) |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 633,760 | 554,393 | 79,367 |
| Legal and professional services | 1,695,730 | 495,916 | 1,199,814 |
| Travel | 10,000 | 7,425 | 2,575 |
| Office expenses | 6,750 | 1,955 | 4,795 |
| Telephone and network | - | - | - |
| Insurance | 16,000 | 13,294 | 2,706 |
| Other | 5,000 | $5,402 | (402) |
| Capital outlay | - | - | - |
| Total expenditures | 2,367,240 | 1,078,385 | 1,288,855 |
| Change in fund balance | $ - | (103,377) | $ (103,377) |

| | | |
|---|---|---:|
| Fund balance - July 1, 2017 | | 110,732 |
| Fund balance April 30, 2018 | | $ 7,355 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the nine months ended
March 31, 2018

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---:|---:|---:|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $42,120 | $ - | $ 42,120 |
| Due From Special Deposit Fund | $0 | | |
| Prepaid items | $2,302 | - | 2,302 |
| | 44,422 | - | 44,422 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $ 44,422 | - | $ 44,422 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 40,362 | - | 40,362 |
| Accrued salaries and benefits | 27,623 | - | 27,623 |
| Other accrued expenses | 2,472 | | 2,472 |
| Compensated absences | 0 | $41,770 | 41,770 |
| Total liabilities | $ 70,457 | $ 41,770 | $ 112,227 |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 2,302 | (2,302) | - |
| Unreserved, undesignated | (28,337) | 28,337 | - |
| Total fund balance | (26,035) | 26,035 | - |
| Total liabilities and fund balance | $ 44,422 | | |
| **Net Position:** | | | |
| Unrestricted | | (67,806) | (67,806) |
| **Total Net Position** | | $ (67,806) | $ (67,806) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the nine months ended
March 31, 2018

|  | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 825,000 | - | $ 825,000 |
| General revenues: | | | |
| Investment earnings | 7 | - | 7 |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 825,007 | - | 825,007 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 504,707 | - | 504,707 |
| Legal and professional services | 432,040 | - | 432,040 |
| Travel | 6,742 | - | 6,742 |
| Insurance | 11,818 | - | 11,818 |
| Other | 6,468 | - | 6,468 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 961,775 | - | 961,775 |
| Change in fund balance/net position | (136,768) | - | (136,768) |
| Fund balance/net position - July 1, 2017 | 110,732 | ($41,770) | 68,962 |
| Fund balance/net position - March 31, 2018 | $ (26,036) | $ (41,770) | $ (67,806) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the nine months ended
March 31, 2018

|  | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** |  |  |  |
| State of California appropriation to Receivership | $2,130,516 | $825,000 | $ (1,305,516) |
| Investment earnings | $0 | $7 | 7 |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $2,130,516 | $825,007 | (1,305,509) |
| **Expenditures:** |  |  |  |
| Prison health care administration and oversight: |  |  |  |
| Current: |  |  |  |
| Salaries and benefits | 570,384 | 504,707 | 65,677 |
| Legal and professional services | 1,526,157 | 432,040 | 1,094,117 |
| Travel | 9,000 | 6,742 | 2,258 |
| Office expenses | 6,075 | 1,715 | 4,360 |
| Telephone and network | - | - | - |
| Insurance | 14,400 | 11,818 | 2,582 |
| Other | 4,500 | $4,753 | (253) |
| Capital outlay | - | - | - |
| Total expenditures | 2,130,516 | 961,775 | 1,168,741 |
| Change in fund balance | $ - | (136,768) | $ (136,768) |

| Fund balance - July 1, 2017 |  | 110,732 |  |
|---|---|---|---|
| Fund balance March 31, 2018 |  | $ (26,036) |  |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eight months ended
February 28, 2018

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---:|---:|---:|
| **Assets** | | | |
| Current assets: | | | |
| Cash | $60,421 | $ - | $ 60,421 |
| Due From Special Deposit Fund | $0 | | |
| Prepaid items | $4,318 | - | 4,318 |
| | 64,739 | - | 64,739 |
| Noncurrent assets: | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $ 64,739 | - | $ 64,739 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 54,914 | - | 54,914 |
| Accrued salaries and benefits | 27,623 | - | 27,623 |
| Other accrued expenses | 2,150 | | 2,150 |
| Compensated absences | 0 | $41,770 | 41,770 |
| Total liabilities | $ 84,687 | $ 41,770 | $ 126,457 |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 4,318 | (4,318) | - |
| Unreserved, undesignated | (24,266) | 24,266 | - |
| Total fund balance | (19,948) | 19,948 | - |
| Total liabilities and fund balance | $ 64,739 | | |
| **Net Position:** | | | |
| Unrestricted | | (61,716) | (61,716) |
| **Total Net Position** | | $ (61,716) | $ (61,716) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eight months ended
February 28, 2018

|  | General Fund | Adjustments | Statement of Activities |
|---|---:|---:|---:|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 725,000 | - | $ 725,000 |
| General revenues: | | | |
| Investment earnings | 6 | - | 6 |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 725,006 | - | 725,006 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 451,173 | - | 451,173 |
| Legal and professional services | 382,284 | - | 382,284 |
| Travel | 6,710 | - | 6,710 |
| Insurance | 10,342 | - | 10,342 |
| Other | 5,175 | - | 5,175 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 855,684 | - | 855,684 |
| Change in fund balance/net position | (130,678) | - | (130,678) |
| Fund balance/net position - July 1, 2017 | 110,732 | ($41,770) | 68,962 |
| Fund balance/net position - February 28, 2018 | $ (19,946) | $ (41,770) | $ (61,716) |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eight months ended
February 28, 2018

|  | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** |  |  |  |
| State of California appropriation to Receivership | $1,893,792 | $725,000 | $ (1,168,792) |
| Investment earnings | $0 | $6 | 6 |
| Miscellaneous Income |  | $0 |  |
| Total revenues | $1,893,792 | $725,006 | (1,168,786) |
| **Expenditures:** |  |  |  |
| Prison health care administration and oversight: |  |  |  |
| Current: |  |  |  |
| Salaries and benefits | 507,008 | 451,173 | 55,835 |
| Legal and professional services | 1,356,584 | 382,284 | 974,300 |
| Travel | 8,000 | 6,710 | 1,290 |
| Office expenses | 5,400 | 1,404 | 3,996 |
| Telephone and network |  |  |  |
| Insurance | 12,800 | 10,342 | 2,458 |
| Other | 4,000 | $3,771 | 229 |
| Capital outlay |  |  |  |
| Total expenditures | 1,893,792 | 855,684 | 1,038,108 |
| Change in fund balance | $    - | (130,678) | $ (130,678) |

| Fund balance - July 1, 2017 |  | 110,732 |  |
| Fund balance February 28, 2018 |  | $ (19,946) |  |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the seven months ended
January 31, 2018

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---:|---:|---:|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $40,852 | $    - | $   40,852 |
| Due From Special Deposit Fund | $0 | | |
| Prepaid items | $6,337 | - | 6,337 |
| | 47,189 | - | 47,189 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $   47,189 | - | $   47,189 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 78,119 | - | 78,119 |
| Accrued salaries and benefits | 27,623 | - | 27,623 |
| Other accrued expenses | 2,361 | | 2,361 |
| Compensated absences | 0 | $41,770 | 41,770 |
| Total liabilities | $   108,103 | $   41,770 | $   149,873 |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 6,337 | (6,337) | - |
| Unreserved, undesignated | (67,251) | 67,251 | - |
| Total fund balance | (60,914) | 60,914 | - |
| Total liabilities and fund balance | $   47,189 | | |
| **Net Position:** | | | |
| Unrestricted | | (102,682) | (102,682) |
| **Total Net Position** | | $   (102,682) | $   (102,682) |

CALIFORNIA HEALTHCARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the seven months ended
January 31, 2018

|  | General Fund | Adjustments | Statement of Activities |
|---|---:|---:|---:|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 575,000 | - | $ 575,000 |
| General revenues: | | | |
| Investment earnings | 5 | - | 5 |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 575,005 | - | 575,005 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 397,800 | - | 397,800 |
| Legal and professional services | 330,294 | - | 330,294 |
| Travel | 5,387 | - | 5,387 |
| Insurance | 8,866 | - | 8,866 |
| Other | 4,302 | - | 4,302 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 746,649 | - | 746,649 |
| Change in fund balance/net position | (171,644) | - | (171,644) |
| Fund balance/net position - July 1, 2017 | 110,732 | ($41,770) | 68,962 |
| Fund balance/net position - January 31, 2018 | $ (60,912) | $ (41,770) | $ (102,682) |

### CALIFORNIA HEALTHCARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the seven months ended
January 31, 2018

|  | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---:|---:|---:|
| **Revenues:** |  |  |  |
| State of California appropriation to Receivership | $1,657,068 | $575,000 | $ (1,082,068) |
| Investment earnings | $0 | $5 | 5 |
| Miscellaneous Income |  | $0 | - |
| Total revenues | $1,657,068 | $575,005 | (1,082,063) |
| **Expenditures:** |  |  |  |
| Prison health care administration and oversight: |  |  |  |
| Current: |  |  |  |
| Salaries and benefits | 443,632 | 397,800 | 45,832 |
| Legal and professional services | 1,187,011 | 330,294 | 856,717 |
| Travel | 7,000 | 5,387 | 1,613 |
| Office expenses | 4,725 | 1,318 | 3,407 |
| Telephone and network | - | - | - |
| Insurance | 11,200 | 8,866 | 2,334 |
| Other | 3,500 | $2,984 | 516 |
| Capital outlay | - | - | - |
| Total expenditures | 1,657,068 | 746,649 | 910,419 |
| Change in fund balance | $ - | (171,644) | $ (171,644) |

| | |
|---|---:|
| Fund balance - July 1, 2017 | 110,732 |
| Fund balance January 31, 2018 | $ (60,912) |