1  MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
2  LISA ELLS – 243657
   ROSEN BIEN GALVAN &
3  GRUNFELD LLP
   50 Fremont Street, Nineteenth Floor
4  San Francisco, California 94105-7104
   Telephone:  (415) 433-6830
5
6
7
8
9

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:   (510) 280-2621


CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone:   (415) 343-0770

10  Attorneys for Plaintiffs

11

12                UNITED STATES DISTRICT COURT

13               EASTERN DISTRICT OF CALIFORNIA

14

15  RALPH COLEMAN, et al.,              Case No. 2:90-cv-00520-KJM-DB

16          Plaintiffs,                 **STIPULATION AND [PROPOSED]
                                        ORDER CONFIRMING ATTORNEYS'**
17      v.                              **FEES AND COSTS FOR THE FIRST
                                        QUARTER OF 2018**
18  EDMUND G. BROWN, JR., et al.,
                                        Judge:  Hon. Deborah Barnes
19          Defendants.

20

21

22

23

24

25

26

27

28

[3264903.1]

1   Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly

2   Statement for the First Quarter of 2018 to Defendants via overnight delivery on May 2,

3   2018.  The parties completed their meet and confer process on June 6, 2018.  The parties

4   have resolved all disputes regarding fees and costs for the First Quarter of 2018, with an

5   agreement to reduce claimed amounts to a total of $632,139.86 calculated at a rate of

6   $220.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

7   THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that

8   $632,139.86 plus interest is due and collectable as of forty-five days from the date of entry

9   of this Order.  Interest on these fees and costs will run from June 3, 2018 (31 days after

10  Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C.

11  § 1961.

12  IT IS SO STIPULATED.

13

14  DATED:  June 6, 2018                    */s/ Elise Thorn*
                                           _____
15                                         Elise Thorn
                                           Deputy Attorney General
16                                         Attorneys for Defendants

17

18  DATED:  June 6, 2018                    */s/ Lisa Ells*
                                           _____
19                                         Lisa Ells
                                           ROSEN BIEN GALVAN & GRUNFELD LLP
20                                         Attorneys for Plaintiffs

21

22  IT IS SO ORDERED.

23  DATED:  _____, 2018

24

25                                         _____

26                                         Deborah Barnes
                                           United States Magistrate Judge

27

28

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE
FIRST QUARTER OF 2018

**Coleman v. Brown**
**First Quarter of 2018**
**January 1, 2018 through March 31, 2018**
Summary of Fees and Costs

|  | CLAIMED FEES | SETTLED FEES | COSTS |
|---|---|---|---|
| **Monitoring, 489-3** | $620,156.25 | $607,753.15 | $13,112.10 |
| **Fees on Fees, 489-5** | $4,674.60 | $4,581.11 | $48.45 |
| **Appeal, 489-18** | $5,336.10 | $5,229.38 | $511.60 |
| **Appeal, 489-19** | $904.05 | $885.97 | $18.10 |
| **Totals** | **$631,071.00** | **$618,449.61** | **$13,690.25** |

**Claimed Total:**     **$644,761.25**

**Settled Total:**     **$632,139.86**

3247929

**Coleman v. Brown**
**First Quarter of 2018**
**January 1, 2018 through March 31, 2018**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Andrew G. Spore | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Benjamin Bien-Kahn | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Cara E. Trapani | 203.80 | 199.30 | $220.50 | $43,945.65 | $43,066.74 |
| Charlotte J. Landes | 78.90 | 71.40 | $220.50 | $15,743.70 | $15,428.83 |
| Devin W. Mauney | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Dylan Verner-Crist | 308.10 | 304.90 | $220.50 | $67,230.45 | $65,885.84 |
| Ernest Galvan | 80.20 | 80.20 | $220.50 | $17,684.10 | $17,330.42 |
| F. Gail LaPurja | 111.10 | 103.80 | $220.50 | $22,887.90 | $22,430.14 |
| Fely F. Villadelgado | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gay C. Grunfeld | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Hanna N. Wallace | 40.00 | 39.90 | $220.50 | $8,797.95 | $8,621.99 |
| Jenny S. Yelin | 133.70 | 133.30 | $220.50 | $29,392.65 | $28,804.80 |
| Jessica L. Winter | 195.10 | 181.10 | $220.50 | $39,932.55 | $39,133.90 |
| Karen E. Stilber | 3.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Katherine C. Hamilton | 96.60 | 89.50 | $220.50 | $19,734.75 | $19,340.06 |
| Krista Stone-Manista | 271.40 | 264.40 | $220.50 | $58,300.20 | $57,134.20 |
| Linda H. Woo | 162.10 | 146.70 | $220.50 | $32,347.35 | $31,700.40 |
| Lisa A. Ells | 147.20 | 144.30 | $220.50 | $31,818.15 | $31,181.79 |
| Maisy H. Sylvan | 193.30 | 155.50 | $220.50 | $34,287.75 | $33,602.00 |
| Marc Shinn-Krantz | 85.50 | 77.40 | $220.50 | $17,066.70 | $16,725.37 |
| Marcus V. Levy | 85.10 | 60.70 | $220.50 | $13,384.35 | $13,116.66 |
| Michael S. Nunez | 73.20 | 72.60 | $220.50 | $16,008.30 | $15,688.13 |
| Michael W. Bien | 161.90 | 158.60 | $220.50 | $34,971.30 | $34,271.87 |
| Penny M. Godbold | 0.80 | 0.00 | $220.50 | $0.00 | $0.00 |
| Sarah J. Essner | 316.30 | 312.80 | $220.50 | $68,972.40 | $67,592.95 |
| Thomas Nolan | 80.90 | 79.80 | $220.50 | $17,595.90 | $17,243.98 |
| **Total** | **2829.80** | **2676.20** | | **$590,102.10** | **$578,300.07** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alexis Hoffman | 1.00 | 1.00 | $220.50 | $220.50 | $216.09 |
| Donald Specter | 12.20 | 12.20 | $220.50 | $2,690.10 | $2,636.30 |
| Katie Tertocha | 15.30 | 15.30 | $220.50 | $3,373.65 | $3,306.18 |
| Margot Mendelson | 2.50 | 2.50 | $220.50 | $551.25 | $540.23 |
| Molly Petchenik | 8.40 | 8.40 | $220.50 | $1,852.20 | $1,815.16 |
| Sara Norman | 10.30 | 10.30 | $220.50 | $2,271.15 | $2,225.73 |
| Stacy Amador | 6.90 | 6.90 | $220.50 | $1,521.45 | $1,491.02 |
| Steven Fama | 62.00 | 62.00 | $220.50 | $13,671.00 | $13,397.58 |
| Tania Amarillas | 16.00 | 16.00 | $220.50 | $3,528.00 | $3,457.44 |
| **Total** | **134.60** | **134.60** | | **$29,679.30** | **$29,085.73** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 1.70 | 1.70 | $220.50 | $374.85 | $367.35 |
| **Total** | | | | **$374.85** | **$367.35** |

**GRAND TOTAL**                                          **$620,156.25**     **$607,753.15**

3247929

**Coleman v. Brown**
**First Quarter of 2018**
**January 1, 2018 through March 31, 2018**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $2,978.60 | $2,978.60 |
| Outside Copying | $3,190.38 | $3,190.38 |
| Transcription | $2,142.55 | $2,142.55 |
| Telephone | $30.10 | $30.10 |
| Postage and Delivery | $1,087.10 | $1,087.10 |
| Westlaw/Lexis/PACER | $555.39 | $555.39 |
| Travel | $2,533.91 | $2,533.91 |
| **Total** | | **$12,518.03** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $123.80 | $123.80 |
| Postage | $379.02 | $379.02 |
| Travel | $91.25 | $91.25 |
| **Total** | **$594.07** | **$594.07** |

**GRAND TOTAL**                          **$13,112.10**

3247929

**Coleman v. Brown**
**First Quarter of 2018**
**January 1, 2018 through March 31, 2018**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|-------------|--------------|-------------|---------------|---------------|
| Linda Woo | 5.60 | 5.60 | $220.50 | $1,234.80 | $1,210.10 |
| Lisa A. Ells | 14.20 | 14.20 | $220.50 | $3,131.10 | $3,068.48 |
| Marc Shinn-Krantz | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Patrick Cano | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **20.20** | **19.80** | | **$4,365.90** | **$4,278.58** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|-------------|--------------|-------------|---------------|---------------|
| Ashley Kirby | 1.10 | 1.10 | $220.50 | $242.55 | $237.70 |
| **Total** | **1.10** | **1.10** | | **$242.55** | **$237.70** |

**American Civil Liberties Union**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|------|-------------|--------------|------|---------------|---------------|
| Claudia Center | 0.30 | 0.30 | $220.50 | $66.15 | $64.83 |
| **Total** | **0.30** | **0.30** | | **$66.15** | **$64.83** |

| | | |
|---|---|---|
| **GRAND TOTAL** | **$4,674.60** | **$4,581.11** |

3247929

**Coleman v. Brown**
**First Quarter of 2018**
**January 1, 2018 through March 31, 2018**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Postage and Delivery | $48.45 | $48.45 |
| **Total** | | **$48.45** |

**GRAND TOTAL**            **$48.45**

3247929

**Coleman v. Brown**
**First Quarter of 2018**
**January 1, 2018 through March 31, 2018**
Fees on Appeal of 4/19/17 Order, 489-18

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|-------------|---------------|--------------|----------------|----------------|
| Dylan Verner-Crist | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Ernest Galvan | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| F. Gail LaPurja | 0.40 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jessica L. Winter | 22.90 | 22.90 | $220.50 | $5,049.45 | $4,948.46 |
| Krista Stone-Manista | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Lisa A. Ells | 0.80 | 0.80 | $220.50 | $176.40 | $172.87 |
| Michael W. Bien | 0.50 | 0.50 | $220.50 | $110.25 | $108.05 |
| **Total** | **25.30** | **24.20** | | **$5,336.10** | **$5,229.38** |

**GRAND TOTAL**                                      $5,336.10      $5,229.38

3247929

**Coleman v. Brown**
**First Quarter of 2018**
**January 1, 2018 through March 31, 2018**
Costs on Appeal of 4/19/17 Order, 489-18

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Westlaw/Lexis/Pacer | $420.00 | $420.00 |
| In-House Copying and Printing | $91.60 | $91.60 |
| **Total** | | **$511.60** |

**GRAND TOTAL**                         **$511.60**

3247929

**Coleman v. Brown**
**First Quarter of 2018**
**January 1, 2018 through March 31, 2018**
Fees on Appeal of 10/10/17 Order, 489-19

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| F. Gail LaPurja | 1.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jenny S. Yelin | 2.00 | 2.00 | $220.50 | $441.00 | $432.18 |
| Jessica L. Winter | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Lisa A. Ells | 0.60 | 0.60 | $220.50 | $132.30 | $129.65 |
| Marc Shinn-Krantz | 0.40 | 0.00 | $220.50 | $0.00 | $0.00 |
| Michael W. Bien | 1.50 | 1.50 | $220.50 | $330.75 | $324.14 |
| **Total** | **5.70** | **4.10** | | **$904.05** | **$885.97** |

**GRAND TOTAL**                                    **$904.05**    **$885.97**

3247929

**Coleman v. Brown**
**First Quarter of 2018**
**January 1, 2018 through March 31, 2018**
Costs on Appeal of 10/10/17 Order, 489-19

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying/Printing | $14.20 | $14.20 |
| Westlaw/Lexis/Pacer | $3.90 | $3.90 |
| **Total** | | **$18.10** |

**GRAND TOTAL**                    **$18.10**

3247929