XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
ANDREW GIBSON, State Bar No. 244330
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 942444-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB |
| Plaintiffs, | **NOTICE OF DEFENDANTS CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATIONS' AND DEPARTMENT OF STATE HOSPITALS' REQUEST TO SEAL DOCUMENTS** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

## INTRODUCTION

On May 23, 2007, this Court ordered Defendants to file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care. (ECF No. 2236.) The report must include a complete list of all class members currently waiting for transfer from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care. On July 1, 2017, Defendant California Department of Corrections and Rehabilitation (CDCR) took over the operation of the Department of State Hospitals' (DSH) psychiatric programs encompassed within CDCR prisons. Consequently, both DSH and CDCR provide bed utilization reports under the May 23, 2007 order. The information contained within the reports include identifying patient information, which is sensitive, private, confidential, and subject to a protective order entered in this action on January 12, 2007. (Protective Order, ECF No. 2109.)

## NOTICE

Notice is hereby given under Local Rule 141(b) that DSH and CDCR are filing the attached documents in compliance with the Court's May 23, 2007 Order under seal and shall file the documents via e-mail with the Court and serve copies upon the parties.

Dated: June 15, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

*/s/ Tyler V. Heath*

TYLER V. HEATH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003