XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7325
  Fax: (916) 324-5205
  E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT** |
| v. | Judge:   The Hon. Kimberly J. Mueller |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On February 14, 2018, the Court ordered Defendants to begin filing, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*)

A letter from Defendant CDCR is attached enclosing CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for May 2018.

The letter from Defendant CDCR also includes an amended version of the April 2018 Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions. As stated in the March 14, 2018 stipulation, if the reports are to be filed on the 15th day of each month, by necessity they must rely on non-validated registry data to report psychiatry vacancy rates for the preceding month. (ECF No. 5803 at 2.) The attached letter explains that "the verified data for April, which only became available after May 15, showed that the number of positions filled by registry in April 2018 was different from the number shown by . . . report filed on May 15, 2018." (Ex. A; *See* ECF No. 5828.) Accordingly, an amended report is provided.

If future reports must be similarly amended, Defendants will discuss the issue with the Special Master and may seek a stipulation and order to modify the filing date for the report to avoid confusion and unnecessary amendments.

Dated: June 15, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorney General

*/s/ Tyler V. Heath*

TYLER V. HEATH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
33435538.docx

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATIONEDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



June 15, 2018

Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. Thorn:

      The California Department of Corrections and Rehabilitation (CDCR) hereby submits its monthly report identifying the psychiatry vacancy rates at each CDCR institution and in the aggregate systemwide for May 2018. It is attached as Exhibit A. In accordance with the Court's February 14, 2018 order, the report contains the vacancy rates at each CDCR institution and systemwide and the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

      CDCR also submits an amended April 2018 report as Exhibit B. As stated in the March 14, 2018 stipulation, if the report is to be filed on the 15th of each month, by necessity it must rely on non-validated registry data to report psychiatry vacancy rates for the preceding month. (ECF No. 5803 at 2.) The verified data for April, which only became available after May 15, showed that the number of positions filled by registry in April 2018 was different from the number shown by the non-verified data included in the report filed on May 15, 2018. It is possible that amendments to future reports will also be necessary for the same reason.

Sincerely,

/s/ Katherine Tebrock
KATHERINE TEBROCK
Deputy Director
Statewide Mental Health Program

# Exhibit A

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Psychiatry Positions - May 2018

| Sites | Allocated Jan 2018[1] | | | Filled May 2018 | | | | | Filled w PNP May 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Site | Telepsych | Total | Site[2] | Registry[3,5] | Telepsych[4] | Total | Percentage | PNP[2] | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 4.40 | 0.00 | 4.40 | **88%** | 0.00 | 4.40 | **88%** |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0%** | 0.00 | 0.00 | **0%** |
| CCI | 5.00 | 3.00 | 8.00 | 0.00 | 3.40 | 1.00 | 4.40 | **55%** | 0.00 | 4.40 | **55%** |
| CCWF | 10.00 | 2.00 | 12.00 | 6.50 | 0.00 | 0.50 | 7.00 | **58%** | 1.00 | 8.00 | **67%** |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CHCF | 19.00 | 6.00 | 25.00 | 5.00 | 3.90 | 4.00 | 12.90 | **52%** | 1.00 | 13.90 | **56%** |
| CHCF PIP | 33.00 | 0.00 | 33.00 | 15.90 | 4.00 | 1.60 | 21.50 | **65%** | 0.00 | 21.50 | **65%** |
| CIM | 11.50 | 0.00 | 11.50 | 11.00 | 0.00 | 0.00 | 11.00 | **96%** | 0.00 | 11.00 | **96%** |
| CIW | 9.50 | 1.00 | 10.50 | 4.00 | 2.10 | 0.00 | 6.10 | **58%** | 0.00 | 6.10 | **58%** |
| CMC | 19.00 | 0.00 | 19.00 | 15.30 | 2.20 | 0.00 | 17.50 | **92%** | 0.00 | 17.50 | **92%** |
| CMF | 17.00 | 2.00 | 19.00 | 10.00 | 4.60 | 2.00 | 16.60 | **87%** | 0.00 | 16.60 | **87%** |
| CMF PIP | 28.50 | 0.00 | 28.50 | 12.00 | 4.50 | 1.00 | 17.50 | **61%** | 0.00 | 17.50 | **61%** |
| COR | 12.00 | 5.00 | 17.00 | 2.50 | 4.10 | 3.50 | 10.10 | **59%** | 0.00 | 10.10 | **59%** |
| CRC | 5.50 | 0.00 | 5.50 | 5.50 | 0.00 | 0.00 | 5.50 | **100%** | 0.00 | 5.50 | **100%** |
| CTF | 6.00 | 1.00 | 7.00 | 3.00 | 0.80 | 1.00 | 4.80 | **69%** | 0.00 | 4.80 | **69%** |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.50 | 0.00 | 0.50 | **50%** | 0.00 | 0.50 | **50%** |
| DVI | 4.50 | 0.00 | 4.50 | 2.00 | 2.10 | 0.00 | 4.10 | **91%** | 0.00 | 4.10 | **91%** |
| FSP | 3.00 | 0.00 | 3.00 | 4.00 | 0.00 | 0.00 | 4.00 | **133%** | 0.00 | 4.00 | **133%** |
| HDSP | 3.00 | 4.00 | 7.00 | 1.00 | 0.00 | 4.20 | 5.20 | **74%** | 0.00 | 5.20 | **74%** |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.50 | 0.00 | 0.50 | **50%** | 0.00 | 0.50 | **50%** |
| KVSP | 6.00 | 3.00 | 9.00 | 1.00 | 4.30 | 2.30 | 7.60 | **84%** | 0.00 | 7.60 | **84%** |
| LAC | 13.00 | 3.00 | 16.00 | 4.00 | 5.80 | 3.00 | 12.80 | **80%** | 0.00 | 12.80 | **80%** |
| MCSP | 11.00 | 4.00 | 15.00 | 7.00 | 3.20 | 2.00 | 12.20 | **81%** | 0.00 | 12.20 | **81%** |
| NKSP | 10.00 | 0.00 | 10.00 | 3.00 | 2.50 | 1.00 | 6.50 | **65%** | 0.00 | 6.50 | **65%** |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.20 | 2.20 | **73%** | 0.00 | 2.20 | **73%** |
| PVSP | 4.50 | 0.00 | 4.50 | 1.00 | 1.70 | 0.00 | 2.70 | **60%** | 0.00 | 2.70 | **60%** |
| RJD | 16.00 | 3.00 | 19.00 | 6.40 | 4.60 | 3.40 | 14.40 | **76%** | 0.00 | 14.40 | **76%** |
| SAC | 16.00 | 4.00 | 20.00 | 13.00 | 3.45 | 0.20 | 16.65 | **83%** | 0.00 | 16.65 | **83%** |
| SATF | 9.00 | 9.00 | 18.00 | 1.00 | 3.20 | 5.00 | 9.20 | **51%** | 1.00 | 10.20 | **57%** |
| SCC | 2.50 | 0.00 | 2.50 | 2.50 | 0.00 | 0.00 | 2.50 | **100%** | 0.00 | 2.50 | **100%** |
| SOL | 6.00 | 0.00 | 6.00 | 3.50 | 2.10 | 0.20 | 5.80 | **97%** | 0.00 | 5.80 | **97%** |
| SQ | 13.00 | 0.00 | 13.00 | 8.00 | 1.00 | 0.00 | 9.00 | **69%** | 0.00 | 9.00 | **69%** |
| SVSP | 7.00 | 5.00 | 12.00 | 1.00 | 5.20 | 2.80 | 9.00 | **75%** | 0.00 | 9.00 | **75%** |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 2.00 | 5.00 | 1.00 | 8.00 | **80%** | 0.00 | 8.00 | **80%** |
| VSP | 7.00 | 3.00 | 10.00 | 1.00 | 1.00 | 4.50 | 6.50 | **65%** | 0.00 | 6.50 | **65%** |
| WSP | 10.00 | 1.00 | 11.00 | 3.00 | 1.95 | 3.00 | 7.95 | **72%** | 0.00 | 7.95 | **72%** |
| **TOTAL** | **336.50** | **63.00** | **399.50** | **158.10** | **82.10** | **48.40** | **288.60** | **72%** | **3.00** | **291.60** | **73%** |

**Footnote**

1  Source:  MH Memo Jan 2018 Statewide Mental Health Position Allocated

2  Source: May 28, 2018 CCHCS Psychiatrist Vacancy/Coverage Report

3  Source: DCCS-WSP Report, Weekly (avg of estimated hours) - 5 week periods: 28 April - June 1, 2018

4  Source:  May 31, 2018 Telepsychiatry Provider List

5  Source: PIPs - Site Filled from 2018_06_01 DCHCSDSH.xlsx & Registry from DCCS PYST_PIP's Weekly (avg of estimated hours) - 5 week periods: 28 April - June 1, 2018

# Exhibit B

## Division of Health Care Services
## Statewide Mental Health Program
### Allocated and Filled Psychiatry Positions - April 2018 (Registry Updated 5/30/18)

| Sites | Allocated Jan 2018[1] | | | Filled Apr 2018 | | | | | Filled w PNP Apr 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Site | Telepsych | Total | Site[2,5] | Registry[3] | Telepsych[4] | Total | Percentage | PNP[2] | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 5.39 | 0.00 | 5.39 | **108%** | 0.00 | 5.39 | **108%** |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0%** | 0.00 | 0.00 | **0%** |
| CCI | 5.00 | 3.00 | 8.00 | 0.00 | 2.78 | 1.00 | 3.78 | **47%** | 0.00 | 3.78 | **47%** |
| CCWF | 10.00 | 2.00 | 12.00 | 6.50 | 0.00 | 0.50 | 7.00 | **58%** | 1.00 | 8.00 | **67%** |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CHCF | 19.00 | 6.00 | 25.00 | 5.00 | 3.15 | 4.00 | 12.15 | **49%** | 1.00 | 13.15 | **53%** |
| CHCF PIP | 33.00 | 0.00 | 33.00 | 15.90 | 3.69 | 2.00 | 21.59 | **65%** | 0.00 | 21.59 | **65%** |
| CIM | 11.50 | 0.00 | 11.50 | 11.00 | 0.00 | 0.00 | 11.00 | **96%** | 0.00 | 11.00 | **96%** |
| CIW | 9.50 | 1.00 | 10.50 | 5.00 | 1.36 | 0.00 | 6.36 | **61%** | 0.00 | 6.36 | **61%** |
| CMC | 19.00 | 0.00 | 19.00 | 15.30 | 3.19 | 0.00 | 18.49 | **97%** | 0.00 | 18.49 | **97%** |
| CMF | 17.00 | 2.00 | 19.00 | 10.00 | 4.16 | 2.00 | 16.16 | **85%** | 0.00 | 16.16 | **85%** |
| CMF PIP | 28.50 | 0.00 | 28.50 | 12.00 | 4.15 | 1.00 | 17.15 | **60%** | 0.00 | 17.15 | **60%** |
| COR | 12.00 | 5.00 | 17.00 | 2.50 | 4.36 | 3.50 | 10.36 | **61%** | 0.00 | 10.36 | **61%** |
| CRC | 5.50 | 0.00 | 5.50 | 5.50 | 0.00 | 0.00 | 5.50 | **100%** | 0.00 | 5.50 | **100%** |
| CTF | 6.00 | 1.00 | 7.00 | 3.00 | 0.81 | 1.00 | 4.81 | **69%** | 0.00 | 4.81 | **69%** |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.43 | 0.00 | 0.43 | **43%** | 0.00 | 0.43 | **43%** |
| DVI | 4.50 | 0.00 | 4.50 | 2.00 | 2.43 | 0.00 | 4.43 | **98%** | 0.00 | 4.43 | **98%** |
| FSP | 3.00 | 0.00 | 3.00 | 4.00 | 0.00 | 0.00 | 4.00 | **133%** | 0.00 | 4.00 | **133%** |
| HDSP | 3.00 | 4.00 | 7.00 | 1.00 | 0.00 | 4.20 | 5.20 | **74%** | 0.00 | 5.20 | **74%** |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.38 | 0.00 | 0.38 | **38%** | 0.00 | 0.38 | **38%** |
| KVSP | 6.00 | 3.00 | 9.00 | 1.00 | 4.67 | 2.30 | 7.97 | **89%** | 0.00 | 7.97 | **89%** |
| LAC | 13.00 | 3.00 | 16.00 | 4.00 | 4.87 | 3.00 | 11.87 | **74%** | 0.00 | 11.87 | **74%** |
| MCSP | 11.00 | 4.00 | 15.00 | 7.00 | 4.05 | 3.00 | 14.05 | **94%** | 0.00 | 14.05 | **94%** |
| NKSP | 10.00 | 0.00 | 10.00 | 4.00 | 1.90 | 1.00 | 6.90 | **69%** | 0.00 | 6.90 | **69%** |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.20 | 2.20 | **73%** | 0.00 | 2.20 | **73%** |
| PVSP | 4.50 | 0.00 | 4.50 | 1.00 | 1.48 | 0.00 | 2.48 | **55%** | 0.00 | 2.48 | **55%** |
| RJD | 16.00 | 3.00 | 19.00 | 5.70 | 4.10 | 4.00 | 13.80 | **73%** | 0.00 | 13.80 | **73%** |
| SAC | 16.00 | 4.00 | 20.00 | 13.00 | 4.37 | 0.20 | 17.57 | **88%** | 0.00 | 17.57 | **88%** |
| SATF | 9.00 | 9.00 | 18.00 | 1.00 | 3.45 | 5.70 | 10.15 | **56%** | 1.00 | 11.15 | **62%** |
| SCC | 2.50 | 0.00 | 2.50 | 2.50 | 0.00 | 0.00 | 2.50 | **100%** | 0.00 | 2.50 | **100%** |
| SOL | 6.00 | 0.00 | 6.00 | 3.50 | 2.25 | 0.20 | 5.95 | **99%** | 0.00 | 5.95 | **99%** |
| SQ | 13.00 | 0.00 | 13.00 | 8.00 | 0.69 | 0.00 | 8.69 | **67%** | 0.00 | 8.69 | **67%** |
| SVSP | 7.00 | 5.00 | 12.00 | 1.00 | 6.20 | 2.20 | 9.40 | **78%** | 0.00 | 9.40 | **78%** |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 3.00 | 3.74 | 1.00 | 7.74 | **77%** | 0.00 | 7.74 | **77%** |
| VSP | 7.00 | 3.00 | 10.00 | 1.00 | 1.10 | 4.50 | 6.60 | **66%** | 0.00 | 6.60 | **66%** |
| WSP | 10.00 | 1.00 | 11.00 | 3.00 | 1.38 | 2.00 | 6.38 | **58%** | 0.00 | 6.38 | **58%** |
| **TOTAL** | **336.50** | **63.00** | **399.50** | **160.40** | **80.53** | **49.50** | **290.43** | **73%** | **3.00** | **293.43** | **73%** |

**Footnote**

1 Source: MH Memo Jan 2018 Statewide Mental Health Position Allocated

2 Source: April 30, 2018 - CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: PSYT-PNP -Temp Relief Details April 2018.xls

4 Source: April 30, 2018 Telepsychiatry Provider List

5 Source: PIPs - Site Filled from 2018_05_08 DCHCSDSH.xlsx