# Exhibit 1

| **VOLUME 12:** MENTAL HEALTH SERVICES | Effective Date: | |
|---|---|---|
| **CHAPTER 8:** PSYCHIATRY SERVICES | Revision Date(s): | NA |
| | Supersedes: | |
| **12.08.100** TELEPSYCHIATRY | Attachments: | Yes ☐ No ☒ |
| | Director Approval: | |

**Policy**   The Telepsychiatry Program enables psychiatrists and/or psychiatric nurse practitioners (telepsychiatry providers) to provide real-time psychiatric evaluations and treatment to patients by utilizing videoconferencing to facilitate live communication between the telepsychiatry provider, the patient, and the patient's treatment team. Telepsychiatric services are part of California Department of Corrections and Rehabilitation's (CDCR's) Complete Care Model (CCM) of treatment that provides integrated medical and mental health provision of services. CCM is designed to facilitate improved patient outcomes and thereby reduce the need for hospitalization and emergency services. The Telepsychiatry Program provides mental health services to ~~both outpatient and inpatient~~all levels of care. Telepsychiatric services are a safe and efficient vehicle to provide psychiatric care to CDCR's mental health population. Onsite providers shall remain the preferred method of psychiatric care for Mental Health Crisis Beds (MHCB) and Psychiatric Inpatient Programs (PIP). ~~in inpatient settings~~. To ensure continuity of care for patients within the program, telepsychiatry providers will work from CDCR hubs and strong preference will be given to assign telepsychiatry providers to caseloads within the same institution.

**Equipment**

The telepsychiatry providers shall be given the following equipment and resources:

- Computer, monitor, speaker, microphone, camera, scanner/printer (can be individual and/or shared), and phone with access to an outside line.

- A single, enclosed, and confidential office space with a door, desk, and chair. This office space will be sound-proofed, where possible.

- Computer access to all resources, or equivalent resources utilized by on-site psychiatrists.

- Internet access of sufficient speed and stability to allow a videoconference where patient and telepsychiatry provider can be seen and heard clearly.

Cell front equipment shall be available in all institutions receiving telepsychiatry services.

**Professional and Patient Identity**

At the beginning of an initial appointment with a patient, the providers' and patients' identities shall be verified verbally and/or by showing their CDCR-issued photo identification card on the video screen. At the beginning of the patient's first telepsychiatry contact, the telepsychiatry provider shall explain the treatment modality, including a description of the role of the telepresenter, a plan for response to interruption in services, conditions under which a referral made to in-person care.

**Participation in Interdisciplinary Treatment Teams, Meetings, and Huddles**

Telepsychiatry provider participation in the Interdisciplinary Treatment Teams (IDTT) is an important part of the provision of psychiatric services. Consistent with the CCM, telepsychiatry providers shall participate in the receiving institutions' IDTT meetings. To facilitate telepsychiatry provider's participation in IDTTs, IDTT meetings that include a telepsychiatry provider shall be held in a location that is appropriately wired to allow for the telepsychiatry provider's full participation. Receiving institutions may be required to modify IDTT schedules to allow telepsychiatry providers to participate in the IDTT.

In addition to IDTT meetings, telepsychiatry providers shall participate to the same extent as onsite psychiatrists in all meetings and huddles relevant to the clinical care of their patients, in compliance with the CCM.

**Refusals**

If a patient refuses treatment via telepsychiatry, the patient's telepsychiatry provider shall meet with the other members of the patient's treatment team to consider mental health reasons, behavioral issues, custodial issues, and any other relevant factors to determine whether telepsychiatry is an appropriate delivery method for the patient. The treatment team shall work toward resolving any issues contributing to the patient's refusal of telepsychiatry services. A member from the treatment team may utilize brief, focused cell front discussions with the patient to determine the reasons for appointment refusals. The telepsychiatry provider may also request a consultation from an onsite provider if it is clinically determined that the patient must be seen immediately.

If the treatment team has not been successful in resolving the patient's refusal of telepsychiatric visits, a formal IDTT meeting shall be convened. During this IDTT meeting, the treatment team shall develop a plan to address the reasons for the patient's refusals and contingency plans shall also be made to provide in-person psychiatric care to the patient.

If the treatment team concludes telepsychiatry is not an appropriate treatment modality for the patient because of refusals, the team shall report this finding to the Mental Health Leadership (Chief and/or Senior Psychiatrist and Chief of Mental Health) of the institution receiving telepsychiatry services as well as the Chief of Telepsychiatry. If it is determined that the patient is not appropriate for telepsychiatry, the Chief of Telepsychiatry will work with the Mental Health Leadership at the institution to ensure the patient has access to appropriate onsite psychiatric treatment.

**Contraindications for Telepsychiatry**

Patients shall not be excluded from participation in the Telepsychiatry Program based solely on their level of care or their diagnosis. If the telepsychiatry provider and Chief of Telepsychiatry determine that the patient needs to be seen by an onsite psychiatrist, he or she will work with the Mental Health Leadership at the institution (Chief and/or Senior Psychiatrist and Chief of Mental Health) to make sure the patient has an appropriate onsite psychiatrist assigned. Similarly, if the treatment team thinks that telepsychiatry is not appropriate for a patient, the team will work with Mental Health Leadership to make sure that the patient is assigned to an onsite psychiatrist.

**Emergency Management**

If an emergency arises during a telepsychiatry session (for example, a suicidal, violent or homicidal patient), the telepsychiatry provider shall immediately notify Mental Health Leadership at the institution (Chief and/or Senior Psychiatrist and Chief of Mental Health) as well as his/her direct telepsychiatry supervisor ~~as well as Mental Health Leadership at the institution (Chief and/or Senior Psychiatrist and Chief of Mental Health)~~. The telepsychiatry provider shall coordinate with institutional Mental Health Leadership and follow local institutional protocol for managing such emergencies. This may include, but is not limited to, arrangements for the patient to be seen by an on-site psychiatrist, arrangements for safe holding, transport to emergency triage area, communication with local emergency team members, and placing emergency orders for medications, etc.

**Crisis Bed and Psychiatric Inpatient Programs**

No Psychiatric Nurse Practitioners (PNPs) shall be permitted to provide telepsychiatric services to ~~Mental Health Crisis Beds~~MHCBs or ~~Psychiatric Inpatient Programs~~PIPs.

In the event that a telepscyhiatrist is needed in an inpatient or crisis bed setting the telepsychiatrists shall, to facilitate familiarity with the program and patients, participate in clinical staff meetings, in case conferences, and in coordinating patient care ~~in the PIPs~~. Consistent with the CCM, onsite ~~inpatient~~ staff shall ensure that the telepsychiatrist has the necessary and pertinent information about the patient and the ~~inpatient~~ unit for the ongoing assessment and treatment of the patient. Telepsychiatrists shall be involved in treatment and discharge decisions.

Patients housed in ~~an inpatient setting~~a MHCB or PIP are often unable to leave their room due to presenting as a danger to self, a danger to others, or being gravely disabled. Therefore, clinical staff at the receiving institution shall assist telepsychiatrists with facilitating cell-side interactions as needed.

In urgent cases when a patient requires seclusion and restraints, the nurse shall notify the telepsychiatrist, who may place orders remotely, as appropriate. All other elements of seclusion and restraint protocol shall follow existing policies and procedures and all applicable laws and regulations, including the need for a backup physician (psychiatrist or medical provider) who can physically examine the patient within the mandated timeframes. Emergency medications may be ordered by telepsychiatrists, as clinically appropriate.

Telepsychiatrists shall provide sign-out information to an available Institutional Psychiatrist on Duty to convey details regarding a new admission, to coordinate patient care tasks that require follow up during after-hours coverage, or if they anticipate specific patient concerns.

Telepsychiatrists and clinical staff, including nursing staff when needed, shall have access to each other to address patient needs.

**Site Visits**

Telepsychiatry providers are responsible for maintaining relationships with members of the onsite treatment team by regularly communicating with them and by physically visiting receiving institutions. Telepsychiatry providers shall visit their assigned institution within

30 days of assignment. The frequency of follow-up visits shall be determined by the telepsychiatry provider's assigned level of care. The telepsychiatry provider will spend at least one full business day during each site visit at the facility, and attend meetings as described below:

| Level of Care | Frequency of Site visit |
|---|---|
| CCCMS | Biannually |
| EOP | Quarterly |
| MHCB | Quarterly* |
| PIP | Monthly |

*For MHCB, the telepsychiatrist shall visit the institution every 2 months for the first 6 months, then every 3 months thereafter

During each visit, the telepsychiatry providers shall participate in the IDTT, meet with necessary health care staff, and see patients face-to-face. In addition, telepsychiatry providers shall attempt to see as many patients face-to-face as possible.

**Physical Environment**

The patients' interview room/environment shall allow for both the telepsychiatry provider and the patient to be seen and heard clearly. The patient's and provider's camera shall be positioned with their faces clearly visible to each other, to the extent possible. The telepsychiatry provider shall also be able to clearly see the patient's body to assess for any signs of movement disorders. When indicated, the telepsychiatry provider can request assistance from the telepresenter (an institutional staff member in an approved clinical classification who facilitates patient encounters with the telepsychiatry provider), who shall receive appropriate training on how to assess for such physical signs. The telepsychiatry administration and the institution receiving services shall ensure privacy, to the extent possible, so that others are not able to enter the provider's or patient's room accidently or overhear conversations from inside or outside the rooms. Seating and lighting should be adjusted to provide the clearest video and audio transmission, as well as to ensure the safety of the participants. Rooms for the telepsychiatrist and the patient will be appropriately sound-proofed, when possible, or alternative mechanisms will be utilized (for example, sound-cancelling devices) to ensure privacy. When possible, the telepresenter should be seated closest to the door.

**Organizational Structure**

All telepsychiatry staff report within the Telepsychiatry Program supervisory chain.

**Workflow Interruptions**

In the event of technology or equipment failure, telepsychiatry providers shall immediately notify their direct telepsychiatry supervisor, Mental Health Leadership at the institution (Chief and/or Senior Psychiatrist and Chief of Mental Health), as well as the Integrated Communications Technology Unit. The telepsychiatry provider shall also make arrangements with institutional Mental Health Leadership to ensure appropriate patient coverage based on patient need (for example, coverage by onsite provider or rescheduling of appointments). Telepsychiatry providers may also be redirected to another telepsychiatry assignment when this occurs.

**Nonformulary Requests**

Nonformulary requests shall be made directly to the psychiatry leadership of the

institutions served by telepsychiatry, unless otherwise determined by leadership. If there is no Chief Psychiatrist or Senior Psychiatrist Supervisor at the institution, nonformulary requests shall be submitted to the telepsychiatry provider's direct supervisor.

**Jabber Account Login**

Operational need requires telepsychiatry providers to log into their Jabber telepsychiatry video accounts as soon as they arrive to work. They shall remain logged into Jabber throughout the day so that supervisors, colleagues, and institutional staff are able to communicate with the telepsychiatry provider via video calls during work hours. Telepsychiatry providers shall log out of Jabber immediately prior to leaving work.

**On-Call Coverage by Telepsychiatry**

The telepsychiatry team shall contribute to on-call coverage as assigned, and their provision of services shall be in accordance with California Correctional HealthCare System (CCHCS) Inmate Medical Services Policies and Procedures (IMSP&P), Headquarters' Mental Health Policy and applicable bargaining unit Memorandums of Understanding.

Telepsychiatry providers are not required to travel to the institution where they are providing on-call coverage. Therefore, institutions receiving on-call coverage from the Telepsychiatry Program shall provide a backup physician (psychiatrist or medical provider). This backup physician shall be within one hour of travel time to the facility in order to physically examine a patient if needed (for example, in the case of a patient who requires placement into seclusion or restraints).

**Responsibilities**  The receiving facility shall be responsible for providing the following:

- Timely access for patients to the telepsychiatry provider.

- A dedicated and appropriately clinically trained telepresenter who presents the patient from the originating site to the telepsychiatry provider, and is responsible for providing clinical support and coordination. Responsibilities include, but are not limited to, reviewing the patient health record prior to the appointment and remaining with the patient during the appointment. Telepresenters shall be assigned from position classifications in the following order of priority: medical assistant, certified nursing assistant, psychiatric technician, medical technical assistant, licensed vocational nurse, registered nurse, clinical nurse specialist, nurse practitioner, social worker, psychologist, psychiatrist, or physician. When the telepresenter is a nurse practitioner, social worker, psychologist or physician, the clinical contact shall be considered a joint appointment.

- A backup telepresenter when the primary telepresenter is on leave or unavailable.

- Institutions receiving telepsychiatry services shall have appropriate clinical staff available, including Nursing when needed.

- Support staff responsible for scheduling appointments and processing clinical paperwork, as appropriate.

- A contact list of important names and numbers for the institution. This includes, but is not limited, to the following:

    1. Laboratory
    2. Pharmacy
    3. Nursing station(s)
    4. Housing unit(s)
    5. Primary Clinician(s)
    6. Medical Provider(s)
    7. Mental Health Supervisor(s)
    8. Chief of Mental Health
    9. Chief Psychiatrist or Senior Psychiatrist Supervisor
    10. IT Department
    11. Scheduler
    12. Medical Records Supervisor

- A confidential treatment space to facilitate patient encounters. This space shall include all equipment needed to facilitate the telepsychiatry encounter, including a computer, phone, scanner, printer, desk, and chair.

- Caseload assignments and scheduled appointments for the telepsychiatry provider.

- The maintenance of telemedicine connectivity between institutions and providers.

- Ensuring that telepsychiatry providers are appropriately privileged to provide clinical services to any licensed or inpatient units, when applicable.

- Audit reports for local compliance of items such as, but not limited to, Medication Administration Process Improvement Project (MAPIP) criteria and Effective Communication requirements.

- Organized tours for the telepsychiatry providers during their initial visits to the institution.

- Developing onsite clinical contingency plans and patient prioritization strategies to manage absences of telepsychiatry providers.

- Onsite staff that may conduct and/or facilitate cell front visits when a telepsychiatry provider or the treatment team expresses a need for a cell front visit.

- A Local Operating Procedures (LOP) for Telepsychiatry shall be submitted to the Chief of Telepsychiatry, or designee, for review and approval prior to local distribution or implementation. Telepsychiatry services at an institution will not commence until an LOP for Telepsychiatry has been submitted and approved. Current and active LOPs shall be revised as necessary by the institution and submitted to the Chief of Telepsychiatry or designee. Any revisions of the LOP for Telepsychiatry shall be reviewed and approved by the Chief of Telepsychiatry or designee prior to implementation at the institution.

- Routine system tests to ensure that equipment is safe, operational, and secure

| | |
|---|---|
| **Purpose** | This policy ensures services provided by the Telepsychiatry Program comply with CDCR's MHSDS Program Guidelines. Telepsychiatry providers shall conduct care consistent with CDCR rules, regulations, policies, and local operating policies and procedures of the institution(s) to which they provide services. |
| **Compliance Indicators** | To be in compliance with this policy, the following requirements shall be met jointly by the Telepsychiatry Program and the institution receiving services:<br><br>1. Telepsychiatry providers are provided with the appropriate equipment and resources.<br>2. Telepsychiatry providers participate in the same manner as on-site psychiatrists in the receiving institutions' IDTTs and all meetings and huddles relevant to the clinical care of their patients.<br>3. Onsite staff and members of the treatment team communicate with the telepsychiatry provider any important patient issues and concerns related to patient care.<br>4. Telepsychiatry providers have access to all necessary clinical information via the health record.<br>5. Patients are not excluded from participation in the Telepsychiatry Program based solely on their level of care or their diagnosis.<br>6. Telepsychiatry provider completes all documentation in the health record by the close of each business day.<br>7. Provider and patient identity are verified at the beginning of a mental health treatment videoconference.<br>8. Telepsychiatry providers visit their receiving institutions as directed by policy.<br>9. Nonformulary requests are made directly to the psychiatry leadership of the institutions served by telepsychiatry providers, unless otherwise determined by leadership.<br>10. Telepsychiatry providers remain logged into Jabber throughout the work day.<br>11. Ongoing mandatory trainings for all telepsychiatry providers.<br>12. Telepsychiatry providers are privileged at each licensed or inpatient unit they serve. |
| **Action Required** | The following action is required for your institution to be in compliance with the new policy.<br><br>| If your institution… | then… |
|---|---|
| has a local operating procedure (LOP) | amend the current LOP to meet the new policy via an addendum within 30 days of the effective date valid until the next LOP revision date. Ensure the LOP is revised as necessary. |
| does not have an LOP | ensure that one is completed within 30 days of the effective date and create an LOP to meet the new policy requirements. Ensure the LOP is revised as necessary. | |
| **Questions** | If you have any questions or need any additional information related to this policy, you may contact the policy unit via e-mail at: CDCR MHPolicyUnit@cdcr.ca.gov. |