# Exhibit 3

| | |
|---|---|
| **From:** | Bentz, Melissa@CDCR |
| **To:** | "mlopes@pldw.com" (mlopes@pldw.com); Michael W. Bien; Steve Fama; Lisa Ells (LElls@rbgg.com) |
| **Cc:** | Cindy Radavsky (cradavsky@gmail.com); Hector, Kristina (KHector@pldw.com); Henry Dlugacz (HDlugacz@BLHNY.com); "jeffrey.metzner@ucdenver.edu" (jeffrey.metzner@ucdenver.edu); "JNavarro@pldw.com" (JNavarro@pldw.com); "Kerry C. Hughes, M.D." (dockc99@aol.com); "kwalsh@pldw.com" (kwalsh@pldw.com); L Hayes; L. McClendon-Hunt; Maria Masotta; "mlopes@pldw.com" (mlopes@pldw.com); Mohamedu Jones; mperrien@aol.com; Patricia Williams; PHN MSN FNP Karen Rea (karenrea01@gmail.com) (karenrea01@gmail.com); Raffa, Steven (SRaffa@pldw.com); rcosta@pldw.com; rod@roderickghickman.com; Tim Rougeux (trougeux@hotmail.com); Ponciano, Angela@CDCR; Tebrock, Katherine@CDCR; Lorey, Dawn@CDCR; Macomber, Jeff@CDCR; Mitchell, Kelly@CDCR; Brizendine, Brittany@CDCR; Moon, Andrea S@CDCR; Weber, Nicholas@CDCR; Hessick, Jerome@CDCR; Adriano Hrvatin; Andrew Gibson; Elise Thorn; Tyler Heath; McKinney, Patrick@CDCR; Renteria, Simone@CDCR; Jay Russell |
| **Subject:** | Coleman: Psychiatry Staffing Proposal Revisions |
| **Date:** | Friday, June 15, 2018 11:32:17 AM |
| **Attachments:** | Copy of Jan 18 CCCMS Psychiatry Allocations.xlsx |

Good morning,

Please see the below summary and revisions of CDCR's Staffing Proposal as discussed on June 11, 2018. The summaries also provide some responses to questions raised by Plaintiffs in their June 8th response to CDCR's psychiatry staffing proposal.

1. **Reduce the psychiatry allocation for the desert institutions from 2.5 to 0.5 to be provided by Telepsychiatry – No Change**

To determine the appropriate psychiatry allocation for the desert institutions, CDCR reviewed current workload data vs the 2009 workload assumption. See Attachment A from the May 17th Proposal. Based on the actual, current workload, the current allocation is too high. Further, for the past year, both the psychiatry and primary clinician performance metrics, related to timely contacts, have been in compliance. See Attachment B from the May 17th Proposal.

2. **Apply the CCCMS Psychiatry Ratio Only to the Patients Who are Prescribed Psychotropic Medication – Revised Proposal**

Currently, the 2009 CCCMS ratios apply to all patients, although the Program Guide requires only patients on psychotropic medication be seen by a psychiatrist. CDCR originally proposed for the ratio to be applied only to those CCCMS inmates on medication. However, the original methodology to determine the appropriate allocation for CCCMS patients has been revised following a discussion with the Special Master experts. Under the revised proposal, CDCR will provide psychiatry staffing for the following CCCMS inmates:

1. CCCMS inmates currently on psychotropic medication;
2. CCCMS inmates who have been at the CCCMS level of care for less than three months;
3. CCCMS inmates who had previously been prescribed medication, but have been off of the medication for less than six months; and
4. CCCMS inmates who may require medication, but refuse to take or be prescribed medication, which could lead to medication not being prescribed or prescriptions not being renewed.

The number of inmates in the first three categories can be determined. However, it is difficult to determine a precise number of inmates fall into the last category. Therefore, CDCR will provide psychiatry staffing for an additional three percent of the population, to account for inmates who fall into the fourth category. CDCR determined this percentage by reviewing the statewide number of CCCMS refused psychiatry appointments, as well as CCCMS medication refusals from a sample of

six CCCMS institutions. CDCR will continue to monitor these data points when staffing allocations are updated every six months.

In Plaintiffs' June 8th letter, they requested information related to the January 2018 CCCMS allocations. This information is attached.

3. **Eliminate the Psychiatry Allocation for Crisis Intervention on Weekends and Holidays and Utilize Eight Positions from this Reduction for Telepsychiatry On Call – No Change**

The 2009 staffing model allocates a 0.5 Psychiatrist and a 1.0 Psychologist to every institution for Crisis Intervention. The Psychiatrist allocation is specific to weekends and holidays, with the psychologist available for support in the evenings. This psychiatrist allocation was never implemented as was anticipated in the 2009 staffing model. Weekend and holiday coverage by psychiatry, outside of the MHCBs, is provided through the use of on-call support.

Staff and supervisors have expressed that high on-call volume can impact retention. Therefore, this proposal also includes the use of eight of these psychiatry CIT positions for on-call services through telepsychiatry, in order to reduce on-call volume for onsite psychiatrists. In addition, the use of telepsychiatry provides the ability for one psychiatrist to provide coverage to multiple institutions.

A number of factors were taken into consideration to determine the requisite number of on-call telepsychiatrists. Each provider can cover six to seven institutions, three or four nights per week, or on weekends. This additional coverage does not eliminate all of onsite staff's on-call duties of, but it will significantly reduce their on-call workload. Finally, there are a number of staff who regularly volunteer for on-call, which provides additional compensation, an opportunity which CDCR intends to continue

4. **Modify the Psychiatry Allocation at Receptions Centers Based on the Current Intake Population – No Change**

The allocation for this portion of the staffing model is based on the 2009 intake numbers. The allocation has not been reduced to reflect the current population. Since 2009, the state has approved and implemented various initiatives that have reduced the intake population. This proposal will right size the allocation based on current intake data and does not change the ratios.

5. **Update the Psychiatry CCCMS and EOP Staffing Ratios to be Consistent with the Program Guide Requirement – Revised Proposal**

The 2009 ratio for the CCCMS population assumed 1.5 routine psychiatry contacts every 90 days, and for the EOP population, 1.5 routine psychiatry contacts every 30 days. The program guide requirement is 1.0 routine psychiatry contacts every 90 and 30 days. Current data reflects the actual frequency of routine psychiatry contacts is 1.07 contacts for CCCMS and 0.94 contacts for EOP. The original proposal modified the ratios based on the program guide requirement of 1.0 routine contacts, as the data and operations indicates the 1.5 assumption that went into the 2009 ratios is no longer necessary. After a discussion with the Special Master Team, and the comments provided by the Plaintiffs, this proposal requires 1.25 psychiatry contacts every 90 days for CCCMS and 30 days for EOP. This changed assumption would result in a ratio of 1:336 for CCCMS and 1:144 for EOP, without relief. The assumption of 1.25 routine psychiatry contacts allows for the flexibility to provide services beyond the minimum requirements in the program guide and is more consistent with the realities of the current operations.

Respectfully,

*Melissa C. Bentz*
Attorney, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email:   Melissa.Bentz@cdcr.ca.gov
Phone:  (916) 324-7177
Fax:      (916) 327-5306

ATTORNEY CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT –
DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF
THE AUTHOR.

# Attachment A

## Copy of Jan 18 CCCMS Psychiatry Allocations

| Institution | CCCMS GP Population - As of Jan 2018 | Psychiatry Allocation CCCMS GP - As of Jan 2018 |
|---|---|---|
| ASP | 1097 | 4.88 |
| CAC | N/A | N/A |
| CAL | 6 | 0.03 |
| CCC | 2 | 0.01 |
| CCI | 1787 | 7.94 |
| CCWF | 1095 | 5.84 |
| CEN | 10 | 0.04 |
| CHCF | 530 | 2.36 |
| CIM | 934 | 4.15 |
| CIW | 679 | 3.62 |
| CMC | 760 | 3.38 |
| CMF | 598 | 2.66 |
| COR | 834 | 3.71 |
| CRC | 1152 | 5.12 |
| CTF | 1501 | 6.67 |
| CVSP | 18 | 0.08 |
| DVI | 164 | 0.73 |
| FSP | 654 | 2.91 |
| HDSP | 996 | 4.43 |
| ISP | 27 | 0.12 |
| KVSP | 804 | 3.57 |
| LAC | 887 | 3.94 |
| MCSP | 1364 | 6.06 |
| NKSP | 252 | 1.12 |
| PBSP | 258 | 1.15 |
| PVSP | 660 | 2.93 |
| RJD | 1427 | 6.34 |
| SAC | 380 | 1.69 |
| SATF | 1902 | 8.45 |
| SCC | 416 | 1.85 |
| SOL | 1024 | 4.55 |
| SQ | 694 | 3.08 |
| SVSP | 818 | 3.64 |
| VSP | 1368 | 6.08 |
| WSP | 238 | 1.06 |
| **TOTAL** | **25336** | **114.18** |