# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 LKK DB P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of May 2018.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

    Matthew A. Lopes, Jr., Esq.
    Special Master
    Pannone Lopes Devereaux & O'Gara LLC
    Northwoods Office Park, Suite 215N
    1301 Atwood Avenue
    Johnston, RI 02919

the amount of $350,000.00 as partial payment of the attached statement[1]; and

---

[1] The bill from the Special Master for May 2018 totals $464,735.69. Pending further deposits, the interest-bearing account for payment of those services does not contain sufficient funds to pay the May 2018 bill in full. The court will order reimbursement of the balance in a subsequent order.

2. A copy of this order shall be served on the financial department of this court.

Dated: July 10, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole18.may

2

| | | |
|---|---|---|
| RALPH COLEMAN, et al.,<br>　　Plaintiffs,<br>　　v.<br>EDMUND G. BROWN, JR., et al.<br>　　Defendants. | : <br>: <br>: <br>: <br>: <br>: | **No. Civ. S-90-0520 LKK JFM P** |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through May 31, 2018.

Matthew A. Lopes, Jr., Special Master
　　　　Services　　　　　　　　$17,004.00
　　　　Disbursements　　　　　$11,329.08

　　　　　　Total amount due　　　　　　　　$28,333.08

Mohamedu F. Jones, J.D., Deputy Special Master
　　　　Services　　　　　　　　$46,360.00
　　　　Disbursements　　　　　$　　　0.00

　　　　　　Total amount due　　　　　　　　$46,360.00

Kerry F. Walsh, J.D.
　　　　Services　　　　　　　　$29,450.00
　　　　Disbursements　　　　　$　　　0.00

　　　　　　Total amount due　　　　　　　　$29,450.00

Kristina M. Hector, J.D.
　　　　Services　　　　　　　　$50,431.00
　　　　Disbursements　　　　　$　　　0.00

　　　　　　Total amount due　　　　　　　　$50,431.00

Steven W. Raffa, J.D.
　　　　Services　　　　　　　　$34,206.00
　　　　Disbursements　　　　　$　　　0.00

　　　　　　Total amount due　　　　　　　　$34,206.00

Regina M. Costa, MSW., J.D.
　　　　Services　　　　　　　　$40,702.00
　　　　Disbursements　　　　　$　　　0.00

　　　　　　Total amount due　　　　　　　　$40,702.00

LaTri-c-ea McClendon-Hunt
    Services                    $39,752.60
    Disbursements        $      0.00

        Total amount due               $39,752.60

Angelyne E. Cooper
    Services                    $30,432.50
    Disbursement         $      0.00

        Total amount due               $30432.50

Kerry C. Hughes, M.D.
    Services                    $36,100.00
    Disbursements        $ 3,957.81

        Total amount due               $40,057.81

Jeffrey L. Metzner, M.D.
    Services                    $ 5,325.00
    Disbursements        $      0.00

        Total amount due               $ 5,325.00

Mary Perrien, Ph.D.
    Services                    $10,783.00
    Disbursements        $ 2,166.13

        Total amount due               $12,949.13

Patricia M. Williams, J.D.
    Services                    $14,499.50
    Disbursements        $      0.00

        Total amount due               $14,499.50

Henry A. Dlugacz, MSW, J.D.
    Services                    $10,969.00
    Disbursements        $ 1,775.19

        Total amount due               $12,744.19

Lindsay M. Hayes
    Services                    $16,350.00
    Disbursements        $      0.00

        Total amount due               $16,350.00

| | | | |
|---|---|---|---|
| Timothy A. Rougeux | | | |
| | Services | $17,804.60 | |
| | Disbursements | $ 1,196.20 | |
| | Total amount due | | $19,000.80 |
| Cynthia A. Radavsky, M.Ed | | | |
| | Services | $ 2,632.00 | |
| | Disbursements | $     0.00 | |
| | Total amount due | | $ 2,632.00 |
| Roderick Q. Hickman | | | |
| | Services | $10,380.32 | |
| | Disbursements | $   520.24 | |
| | Total amount due | | $10,900.56 |
| Maria Masotta, Psy.D. | | | |
| | Services | $17,676.00 | |
| | Disbursements | $ 2,497.40 | |
| | Total amount due | | $20,173.40 |
| Karen Rea PHN, MSN, FNP | | | |
| | Services | $ 8,943.00 | |
| | Disbursements | $ 1,493.12 | |
| | Total amount due | | $10,436.12 |

**TOTAL AMOUNT TO BE REIMBURSED          $464,735.69**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master