STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Patrick R. McKinney II
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



July 13, 2018

Paul Mello
Hanson Bridgett
1676 N. California Blvd., Suite 620
Walnut Creek, CA 94596

Dear Mr. Mello:

Attached please find the California Department of Corrections and Rehabilitation's July 2018 Status Update for Three-Judge Court proceeding.

Sincerely,

PATRICK R. MCKINNEY II
General Counsel, Office of Legal Affairs
California Department of Corrections and Rehabilitation

Attachments



# JULY 16, 2018 UPDATE TO THE THREE-JUDGE COURT

On February 10, 2014, the Three-Judge Court extended the deadline to achieve the court-ordered reduction in the in-state adult institution population to 137.5% of design capacity to February 28, 2016. (ECF Nos. 2766/5060 & 2767/5061.) This report is CDCR's 54th report submitted since the Court issued its population-reduction order, and the 42nd report submitted since February 2015, when Defendants informed the Court that the population was below the court-ordered reduction. (ECF No. 2838/5278, filed February 17, 2015.) It has now been more than three years since Defendants have been in full compliance with the population-reduction order. As of July 11, 2018, the State's prison population is 135.6% of design capacity.

A.  Update on durability:

As previously reported, Proposition 57, the State's durable remedy that enacts many of the Court-ordered reforms as well as expands credit earning increases and opportunities, was approved by voters in November 2016. As a result of Proposition 57, the addition of infill capacity, and several prior measures, Defendants have been able to reduce the number of inmates housed in out-of-state facilities by over 6,000 since February 10, 2014 while maintaining full compliance with the population-reduction order.

On May 1, 2018, final regulations for Proposition 57 were approved and made permanent. The final regulations can be found at:
https://www.cdcr.ca.gov/Regulations/Adult_Operations/docs/NCDR/2017NCR/17-05/Adopted-Regulations-Effective-May-1-2018.pdf.

The regulations include:

1.  Increased credit earning opportunities for all inmates except the condemned and those serving life without parole.

    1,507 inmates released in June earned credit authorized by Proposition 57 towards their advanced release date. These inmates earned an estimated average of 109.8 days of additional credit.[1]

2.  Nonviolent offender parole process.

    CDCR began referring inmates to the Board for this process on July 1, 2017, pursuant to the emergency regulations promulgated on April 13, 2017. From July 1, 2017 through June 30, 2018, 6,363 referrals were made to the Board. As of June 30, 2018, 5,094 referrals have been reviewed on the merits, with 1,083 inmates approved for release and 4,011 denied. Many referrals are pending review, including the 30-day period for written

---

[1] This number does not include inmates released from fire camps.

14675266.1

input from inmates, victims, and prosecutors and the Board's jurisdictional review process.

B.  Update on Other Measures Defendants Continue to Implement:

1.  Contracting for additional in-state capacity in county jails, community correctional facilities, private prison(s), and reduction of out-of-state beds:

    Defendants have reduced the population in CDCR's 34 institutions by transferring inmates to in-state facilities.

    a.  Private Prison (California City):

        The current population of California City is approximately 2,195 inmates.

    b.  Community correctional facilities (CCFs) and modified community correctional facilities (MCCFs):

        The State currently has contracted for 4,218 MCCF beds that are in various stages of activation and transfer.

    c.  County jails:

        The State continues to evaluate the need for additional in-state jail bed contracts to house CDCR inmates.

    d.  Reduction of inmates housed out-of-state:

        On February 10, 2014, the Court ordered Defendants to "explore ways to attempt to reduce the number of inmates housed in out-of-state facilities to the extent feasible." Since that time, the State has reduced the out-of-state inmate population to 2,705, including closing the Oklahoma and Mississippi out-of-state facilities.

2.  Parole process for medically incapacitated inmates:

    The State continues to work closely with the Receiver's Office to implement this measure. The Receiver's Office is continuing to review inmates and is sending completed recommendations to CDCR. Recommendations received from the Receiver's office are reviewed by DAI and referred to the Board for a hearing. As of July 9, 2018, the Board has held 124 medical parole hearings under the revised procedures. An additional 29 were scheduled, but were postponed, continued, or cancelled.

3.  Parole process for inmates 60 years of age or older having served at least 25 years:

    The Board continues to schedule eligible inmates for hearings who were not already in the Board's hearing cycle, including inmates sentenced to determinate terms. From February 11, 2014 through June 30, 2018, the Board held 2,758 hearings for inmates eligible for elderly parole, resulting in 725 grants, 1,802 denials, 231 stipulations to unsuitability, and there currently are no split votes that require further review by the full

Board. An additional 1,316 hearings were scheduled during this time period but were waived, postponed, continued, or cancelled.

As discussed in prior reports, the State enacted Assembly Bill 1448 on October 11, 2017, authorizing an elderly parole program for inmates age 60 or older who have served at least 25 years of incarceration. The State will continue to implement the Court-ordered elderly parole process until this matter is terminated or the February 10, 2014 Order is modified.

4. <u>Reentry programs</u>:

Contracts for the San Diego, San Francisco, Los Angeles, Kern County, and Butte County reentry programs are in place. The State continues to review and refer eligible inmates for placement consideration. As of July 11, 2018, 612 inmates are housed in reentry facilities.

5. <u>Expanded alternative custody program</u>:

The State's expanded alternative custody program for females, Custody to Community Transitional Reentry Program (CCTRP), provides female inmates with a range of rehabilitative services that assist with alcohol and drug recovery, employment, education, housing, family reunification, and social support. Female inmates in the CCTRP are housed at facilities located in San Diego, Santa Fe Springs (LA), Bakersfield, and Stockton. As of July 11, 2018, 384 female inmates are participating in the CCTRP.