1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JAY C. RUSSELL, State Bar No. 122626
   Supervising Deputy Attorneys General
3  ELISE OWENS THORN, State Bar No. 145931
   ANDREW M. GIBSON, State Bar No. 244330
4  TYLER V. HEATH, State Bar No. 271478
   IAN MICHAEL ELLIS, State Bar No. 280254
5  TOBIAS G. SNYDER, State Bar No. 289095
   Deputy Attorneys General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 510-4426
    Fax: (415) 703-5843
8   E-mail: Tobias.Snyder@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Judge: The Honorable Kimberly J. Mueller<br>Action Filed: Aug. 23, 1990 |

**TO THE CLERK OF THE COURT AND ALL PARTIES HEREIN:**

PLEASE TAKE NOTICE that Defendants request that the Court add the following persons as Deputy Attorneys General to the case as follows:

Tobias G. Snyder, State Bar No. 289095
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-4426
Fax: (415) 703-5843
E-mail: Tobias.Snyder@doj.ca.gov

1

Not. Assoc. Counsel (2:90-cv-00520 KJM-DB (PC))

|   |   |
|---|---|
| Ian Michael Ellis, State Bar No. 280254 | |
| Deputy Attorney General | |
| 455 Golden Gate Avenue, Suite 11000 | |
| San Francisco, CA 94102-7004 | |
| Telephone: (415) 510-3567 | |
| Fax: (415) 703-5843 | |
| E-mail: Ian.Ellis@doj.ca.gov | |

Please add Tobias G. Snyder and Ian Michael Ellis to the Court's service list.

Dated: July 16, 2018                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General


*/s/ Tobias G. Snyder*
TOBIAS G. SNYDER
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
42021086.docx

2