XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
TYLER V. HEATH, State Bar No. 271478
IAN MICHAEL ELLIS, State Bar No. 280254
TOBIAS G. SNYDER, State Bar No. 289095
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-4426
  Fax: (415) 703-5843
  E-mail: Tobias.Snyder@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **EDMUND G. BROWN JR., et al.,** <br><br> Defendants. | 2:90-cv-00520 KJM-DB (PC) <br><br> **DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT** <br><br> Judge:    The Hon. Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id*.)

A letter from Defendant CDCR is attached enclosing CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for June 2018.

1

Defs.' Monthly Psychiatry Vacancy Report (2:90-cv-00520 KJM-DB (PC))

The letter from Defendant CDCR also includes an amended version of the May 2018 Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions. As stated in the March 14, 2018 stipulation, if the reports are to be filed on the 15th day of each month, they necessarily must rely on non-validated registry data to report psychiatry vacancy rates for the preceding month. (ECF No. 5803 at 2.) The attached letter explains that "the verified data for May, which only became available after June 15, showed that the number of positions filled by registry in May 2018 was different from the number shown by . . . report filed on June 15, 2018." (Ex. A; *see* ECF No. 5839.) Accordingly, this filing includes an amended May 2018 report.

It is likely that future reports will have to be amended in a similar manner. Defendants have drafted a proposed stipulation for approval by Plaintiffs and the Special Master to move the filing date for this report to the end of each month to avoid the need for serial amendments and potential confusion.

Dated: July 16, 2018                    Respectfully submitted,

                                        XAVIER BECERRA
                                        Attorney General of California
                                        JAY C. RUSSELL
                                        DAMON G. MCCLAIN
                                        Supervising Deputy Attorneys General

                                        */s/ Tobias G. Snyder*

                                        TOBIAS G. SNYDER
                                        Deputy Attorney General
                                        *Attorneys for Defendants*

CF1997CS0003
42019078.docx

2

Defs.' Monthly Psychiatry Vacancy Report  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION         EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



July 15, 2018

Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL
       HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. Thorn:

      The California Department of Corrections and Rehabilitation (CDCR) hereby submits its monthly report identifying the psychiatry vacancy rates at each CDCR institution and in the aggregate systemwide for June 2018.  It is attached as Exhibit A.  In accordance with the Court's February 14, 2018 order, the report contains the vacancy rates at each CDCR institution and systemwide and the same data as the Correctional Health Care Services Mental Health Institution Vacancies:  Summary by Institution by Classification.  It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

      CDCR also submits an amended May 2018 report as Exhibit B.  As stated in the March 14, 2018 stipulation, if the report is to be filed on the 15th of each month, by necessity it must rely on non-validated registry data to report psychiatry vacancy rates for the preceding month.  (ECF No. 5803 at 2.)  The verified data for May, which only became available after June 15, showed that the number of positions filled by registry in May 2018 was different from the number shown by the non-verified data included in the report filed on June 15, 2018.  It is likely that amendments to future reports will also be necessary for the same reason.

Sincerely,

/s/ Katherine Tebrock
KATHERINE TEBROCK
Deputy Director
Statewide Mental Health Program

# EXHIBIT A

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Psychiatry Positions - June 2018

| Sites | Allocated Jan 2018[1] | | | Filled June 2018 | | | | | Filled w PNP June 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Site | Telepsych | Total | Site[2,5] | Registry[3,5] | Telepsych[4] | Total | Percentage | PNP[2] | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 4.25 | 0.00 | 4.25 | **85%** | 0.00 | 4.25 | **85%** |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0%** | 0.00 | 0.00 | **0%** |
| CCI | 5.00 | 3.00 | 8.00 | 0.00 | 3.50 | 1.00 | 4.50 | **56%** | 0.00 | 4.50 | **56%** |
| CCWF | 10.00 | 2.00 | 12.00 | 6.50 | 0.00 | 0.50 | 7.00 | **58%** | 1.00 | 8.00 | **67%** |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CHCF | 19.00 | 6.00 | 25.00 | 5.00 | 2.50 | 4.00 | 11.50 | **46%** | 1.00 | 12.50 | **50%** |
| CHCF PIP | 33.00 | 0.00 | 33.00 | 15.90 | 5.00 | 2.00 | 22.90 | **69%** | 0.00 | 22.90 | **69%** |
| CIM | 11.50 | 0.00 | 11.50 | 11.00 | 0.00 | 0.00 | 11.00 | **96%** | 0.00 | 11.00 | **96%** |
| CIW | 9.50 | 1.00 | 10.50 | 4.00 | 2.25 | 0.00 | 6.25 | **60%** | 0.00 | 6.25 | **60%** |
| CMC | 19.00 | 0.00 | 19.00 | 15.30 | 1.50 | 0.00 | 16.80 | **88%** | 0.00 | 16.80 | **88%** |
| CMF | 17.00 | 2.00 | 19.00 | 10.00 | 4.25 | 2.00 | 16.25 | **86%** | 0.00 | 16.25 | **86%** |
| CMF PIP | 28.50 | 0.00 | 28.50 | 12.00 | 4.00 | 0.00 | 16.00 | **56%** | 0.00 | 16.00 | **56%** |
| COR | 12.00 | 5.00 | 17.00 | 2.50 | 4.00 | 3.50 | 10.00 | **59%** | 0.00 | 10.00 | **59%** |
| CRC | 5.50 | 0.00 | 5.50 | 5.50 | 0.00 | 0.00 | 5.50 | **100%** | 0.00 | 5.50 | **100%** |
| CTF | 6.00 | 1.00 | 7.00 | 3.00 | 0.75 | 1.00 | 4.75 | **68%** | 1.00 | 5.75 | **82%** |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.50 | 0.00 | 0.50 | **50%** | 0.00 | 0.50 | **50%** |
| DVI | 4.50 | 0.00 | 4.50 | 2.00 | 2.00 | 0.00 | 4.00 | **89%** | 0.00 | 4.00 | **89%** |
| FSP | 3.00 | 0.00 | 3.00 | 4.00 | 0.00 | 0.00 | 4.00 | **133%** | 0.00 | 4.00 | **133%** |
| HDSP | 3.00 | 4.00 | 7.00 | 1.00 | 0.00 | 4.20 | 5.20 | **74%** | 0.00 | 5.20 | **74%** |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.50 | 0.00 | 0.50 | **50%** | 0.00 | 0.50 | **50%** |
| KVSP | 6.00 | 3.00 | 9.00 | 1.00 | 4.25 | 2.30 | 7.55 | **84%** | 0.00 | 7.55 | **84%** |
| LAC | 13.00 | 3.00 | 16.00 | 4.00 | 6.00 | 3.00 | 13.00 | **81%** | 0.00 | 13.00 | **81%** |
| MCSP | 11.00 | 4.00 | 15.00 | 7.00 | 3.00 | 2.00 | 12.00 | **80%** | 0.00 | 12.00 | **80%** |
| NKSP | 10.00 | 0.00 | 10.00 | 3.00 | 2.50 | 1.00 | 6.50 | **65%** | 0.00 | 6.50 | **65%** |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.20 | 2.20 | **73%** | 0.00 | 2.20 | **73%** |
| PVSP | 4.50 | 0.00 | 4.50 | 1.00 | 1.75 | 0.00 | 2.75 | **61%** | 0.00 | 2.75 | **61%** |
| RJD | 16.00 | 3.00 | 19.00 | 6.90 | 5.00 | 3.00 | 14.90 | **78%** | 0.00 | 14.90 | **78%** |
| SAC | 16.00 | 4.00 | 20.00 | 14.00 | 3.50 | 0.20 | 17.70 | **89%** | 0.00 | 17.70 | **89%** |
| SATF | 9.00 | 9.00 | 18.00 | 1.00 | 3.25 | 5.00 | 9.25 | **51%** | 1.00 | 10.25 | **57%** |
| SCC | 2.50 | 0.00 | 2.50 | 2.50 | 0.00 | 0.00 | 2.50 | **100%** | 0.00 | 2.50 | **100%** |
| SOL | 6.00 | 0.00 | 6.00 | 3.50 | 2.25 | 0.20 | 5.95 | **99%** | 0.00 | 5.95 | **99%** |
| SQ | 13.00 | 0.00 | 13.00 | 9.00 | 1.50 | 0.00 | 10.50 | **81%** | 0.00 | 10.50 | **81%** |
| SVSP | 7.00 | 5.00 | 12.00 | 1.00 | 4.25 | 3.20 | 8.45 | **70%** | 0.00 | 8.45 | **70%** |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 1.00 | 6.80 | 1.00 | 8.80 | **88%** | 0.00 | 8.80 | **88%** |
| VSP | 7.00 | 3.00 | 10.00 | 1.00 | 1.00 | 4.50 | 6.50 | **65%** | 0.00 | 6.50 | **65%** |
| WSP | 10.00 | 1.00 | 11.00 | 3.00 | 2.50 | 3.00 | 8.50 | **77%** | 0.00 | 8.50 | **77%** |
| **TOTAL** | **336.50** | **63.00** | **399.50** | **159.60** | **82.55** | **47.80** | **289.95** | **73%** | **4.00** | **293.95** | **74%** |

**Footnote**

1 Source:  MH Memo Jan 2018 Statewide Mental Health Position Allocated

2 Source: July 2, 2018 CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: DCCS-WSP Report, Weekly (avg of estimated hours) - 4 week periods: June 4- July 1, 2018

4 Source:  June 30, 2018 Telepsychiatry Provider List

5 Source: PIPs - Site Filled from 2018_06_29 DCHCSDSH.xlsx & DCCS PYST_PIP's Weekly (avg of estimated hours: 4 week periods: June 2 - June 29, 2018)

# EXHIBIT B

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Psychiatry Positions - May 2018 (Updated 6/25/18)

| Sites | Allocated Jan 2018[1] | | | Filled May 2018 | | | | | Filled w PNP May 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Site | Telepsych | Total | Site[2] | Registry[3] | Telepsych[4] | Total | Percentage | PNP[2] | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 5.64 | 0.00 | 5.64 | **113%** | 0.00 | 5.64 | **113%** |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0%** | 0.00 | 0.00 | **0%** |
| CCI | 5.00 | 3.00 | 8.00 | 0.00 | 2.33 | 1.00 | 3.33 | **42%** | 0.00 | 3.33 | **42%** |
| CCWF | 10.00 | 2.00 | 12.00 | 6.50 | 0.00 | 0.50 | 7.00 | **58%** | 1.00 | 8.00 | **67%** |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CHCF | 19.00 | 6.00 | 25.00 | 5.00 | 3.20 | 4.00 | 12.20 | **49%** | 1.00 | 13.20 | **53%** |
| CHCF PIP | 33.00 | 0.00 | 33.00 | 15.90 | 4.12 | 1.60 | 21.62 | **66%** | 0.00 | 21.62 | **66%** |
| CIM | 11.50 | 0.00 | 11.50 | 11.00 | 0.00 | 0.00 | 11.00 | **96%** | 0.00 | 11.00 | **96%** |
| CIW | 9.50 | 1.00 | 10.50 | 4.00 | 2.42 | 0.00 | 6.42 | **61%** | 0.00 | 6.42 | **61%** |
| CMC | 19.00 | 0.00 | 19.00 | 15.30 | 1.90 | 0.00 | 17.20 | **91%** | 0.00 | 17.20 | **91%** |
| CMF | 17.00 | 2.00 | 19.00 | 10.00 | 4.76 | 2.00 | 16.76 | **88%** | 0.00 | 16.76 | **88%** |
| CMF PIP | 28.50 | 0.00 | 28.50 | 12.00 | 3.76 | 1.00 | 16.76 | **59%** | 0.00 | 16.76 | **59%** |
| COR | 12.00 | 5.00 | 17.00 | 2.50 | 5.03 | 3.50 | 11.03 | **65%** | 0.00 | 11.03 | **65%** |
| CRC | 5.50 | 0.00 | 5.50 | 5.50 | 0.00 | 0.00 | 5.50 | **100%** | 0.00 | 5.50 | **100%** |
| CTF | 6.00 | 1.00 | 7.00 | 3.00 | 0.33 | 1.00 | 4.33 | **62%** | 0.00 | 4.33 | **62%** |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.55 | 0.00 | 0.55 | **55%** | 0.00 | 0.55 | **55%** |
| DVI | 4.50 | 0.00 | 4.50 | 2.00 | 2.22 | 0.00 | 4.22 | **94%** | 0.00 | 4.22 | **94%** |
| FSP | 3.00 | 0.00 | 3.00 | 4.00 | 0.00 | 0.00 | 4.00 | **133%** | 0.00 | 4.00 | **133%** |
| HDSP | 3.00 | 4.00 | 7.00 | 1.00 | 0.00 | 4.20 | 5.20 | **74%** | 0.00 | 5.20 | **74%** |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.51 | 0.00 | 0.51 | **51%** | 0.00 | 0.51 | **51%** |
| KVSP | 6.00 | 3.00 | 9.00 | 1.00 | 4.45 | 2.30 | 7.75 | **86%** | 0.00 | 7.75 | **86%** |
| LAC | 13.00 | 3.00 | 16.00 | 4.00 | 6.11 | 3.00 | 13.11 | **82%** | 0.00 | 13.11 | **82%** |
| MCSP | 11.00 | 4.00 | 15.00 | 7.00 | 3.62 | 2.00 | 12.62 | **84%** | 0.00 | 12.62 | **84%** |
| NKSP | 10.00 | 0.00 | 10.00 | 3.00 | 2.37 | 1.00 | 6.37 | **64%** | 0.00 | 6.37 | **64%** |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.20 | 2.20 | **73%** | 0.00 | 2.20 | **73%** |
| PVSP | 4.50 | 0.00 | 4.50 | 1.00 | 1.66 | 0.00 | 2.66 | **59%** | 0.00 | 2.66 | **59%** |
| RJD | 16.00 | 3.00 | 19.00 | 6.40 | 4.98 | 3.40 | 14.78 | **78%** | 0.00 | 14.78 | **78%** |
| SAC | 16.00 | 4.00 | 20.00 | 14.00 | 4.69 | 0.20 | 18.89 | **94%** | 0.00 | 18.89 | **94%** |
| SATF | 9.00 | 9.00 | 18.00 | 1.00 | 3.94 | 5.00 | 9.94 | **55%** | 1.00 | 10.94 | **61%** |
| SCC | 2.50 | 0.00 | 2.50 | 2.50 | 0.00 | 0.00 | 2.50 | **100%** | 0.00 | 2.50 | **100%** |
| SOL | 6.00 | 0.00 | 6.00 | 3.50 | 2.46 | 0.20 | 6.16 | **103%** | 0.00 | 6.16 | **103%** |
| SQ | 13.00 | 0.00 | 13.00 | 8.00 | 1.47 | 0.00 | 9.47 | **73%** | 0.00 | 9.47 | **73%** |
| SVSP | 7.00 | 5.00 | 12.00 | 1.00 | 4.94 | 2.80 | 8.74 | **73%** | 0.00 | 8.74 | **73%** |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 2.00 | 6.82 | 1.00 | 9.82 | **98%** | 0.00 | 9.82 | **98%** |
| VSP | 7.00 | 3.00 | 10.00 | 1.00 | 1.06 | 4.50 | 6.56 | **66%** | 0.00 | 6.56 | **66%** |
| WSP | 10.00 | 1.00 | 11.00 | 3.00 | 1.56 | 3.00 | 7.56 | **69%** | 0.00 | 7.56 | **69%** |
| **TOTAL** | **336.50** | **63.00** | **399.50** | **159.10** | **86.90** | **48.40** | **294.40** | **74%** | **3.00** | **297.40** | **74%** |

**Footnote**

1  Source:  MH Memo Jan 2018 Statewide Mental Health Position Allocated

2  Source: June 4, 2018 CCHCS Psychiatrist Vacancy/Coverage Report

3  Source: PSYT-PNP Temp Relief Details (May 2018)

4  Source:  May 31, 2018 Telepsychiatry Provider List