IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.**
    **Plaintiffs,**

      **vs.**　　　　　　　　　　　　　　　　　　**No. 2:90-cv-0520  KJM DB (PC)**

**EDMUND G. BROWN JR, et al.,**
    **Defendants.**

### SPECIAL MASTER'S SUPPLEMENTAL FILING REGARDING THE PROGRAM GUIDE UPDATES

On June 29, 2018, the "Special Master's Report on the California Department of Corrections and Rehabilitation Mental Health Services Delivery System Program Guide Update" was filed with the court. ECF No. 5844. The court subsequently issued a minute order on July 20, 2018 directing the Special Master to file the current consolidated Program Guide together with all proposed appendices within ten days. ECF No. 5860. In response to the court's order, the Special Master now files the 2018 revision of the Program Guide including four appendices which together comprise a complete consolidated Program Guide current through June 2018.

Appendix A is the "Glossary of Terms" which lists acronyms that are frequently referenced within the body of the Program Guide itself.

Appendix B is a list of policies that "have all been agreed upon by the parties and the Special Master as those that should be included in the consolidated Program Guide update." ECF No. 5844 at 8.

Appendix C is also a list of the agreed upon policies but is formatted to comply with the directives of the July 20, 2018 minute order and also includes a copy of each individual policy. This list references the Program Guide chapter and page number applicable to each policy,

identifies the title of the policy or memo, and provides a separate appendix page on the bottom right lower corner of each policy in the form of a Bates stamp for ease of reference.

Appendix D is a memorandum which clarifies several technical changes to Chapter 6 of the Program Guide which have been agreed to by the parties and the Special Master.

Appendix E contains policies that are currently in flux and by agreement will be reviewed by the parties and the Special Master at a later time to determine whether they are appropriate for inclusion in the Program Guide.

Respectfully Submitted,

/s/

Matthew A. Lopes, Jr., Esq.
Special Master

July 30, 2018