UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RALPH COLEMAN, et al., | No. 2:90-cv-0520 LKK DB P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of May 2018. The bill from the Special Master for May 2018 totals $464,735.69. On July 17, 2017, the court ordered partial payment of $350,000.00 for those services pending further deposits into the interest-bearing account from which payment is made. On July 26, 2018, defendants deposited additional funds into that account.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to pay to

Pannone Lopes Devereaux & O'Gara LLC
Attn: Matthew A. Lopes, Jr., Esq., Special Master
Northwoods Office Park, Suite 215N

1

1301 Atwood Avenue
Johnston, RI  02919

the amount of $114,735.69 to complete payment of the attached statement; and

2.  A copy of this order shall be served on the financial department of this court.

Dated:  July 30, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole18.maysupp

2

**RALPH COLEMAN, et al.,** :
    **Plaintiffs,** :

    **v.** :     **No. Civ. S-90-0520 LKK JFM P**

**EDMUND G. BROWN, JR., et al.** :
    **Defendants.** :

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through May 31, 2018.

Matthew A. Lopes, Jr., Special Master
| | | |
|---|---|---|
| Services | $17,004.00 | |
| Disbursements | $11,329.08 | |
| | | |
| Total amount due | | $28,333.08 |

Mohamedu F. Jones, J.D., Deputy Special Master
| | | |
|---|---|---|
| Services | $46,360.00 | |
| Disbursements | $ 0.00 | |
| | | |
| Total amount due | | $46,360.00 |

Kerry F. Walsh, J.D.
| | | |
|---|---|---|
| Services | $29,450.00 | |
| Disbursements | $ 0.00 | |
| | | |
| Total amount due | | $29,450.00 |

Kristina M. Hector, J.D.
| | | |
|---|---|---|
| Services | $50,431.00 | |
| Disbursements | $ 0.00 | |
| | | |
| Total amount due | | $50,431.00 |

Steven W. Raffa, J.D.
| | | |
|---|---|---|
| Services | $34,206.00 | |
| Disbursements | $ 0.00 | |
| | | |
| Total amount due | | $34,206.00 |

Regina M. Costa, MSW., J.D.
| | | |
|---|---|---|
| Services | $40,702.00 | |
| Disbursements | $ 0.00 | |
| | | |
| Total amount due | | $40,702.00 |

LaTri-c-ea McClendon-Hunt
    Services           $39,752.60
    Disbursements    $     0.00

        Total amount due         $39,752.60

Angelyne E. Cooper
    Services           $30,432.50
    Disbursement     $     0.00

        Total amount due         $30432.50

Kerry C. Hughes, M.D.
    Services           $36,100.00
    Disbursements    $ 3,957.81

        Total amount due         $40,057.81

Jeffrey L. Metzner, M.D.
    Services           $ 5,325.00
    Disbursements    $     0.00

        Total amount due         $ 5,325.00

Mary Perrien, Ph.D.
    Services           $10,783.00
    Disbursements    $ 2,166.13

        Total amount due         $12,949.13

Patricia M. Williams, J.D.
    Services           $14,499.50
    Disbursements    $     0.00

        Total amount due         $14,499.50

Henry A. Dlugacz, MSW, J.D.
    Services           $10,969.00
    Disbursements    $ 1,775.19

        Total amount due         $12,744.19

Lindsay M. Hayes
    Services           $16,350.00
    Disbursements    $     0.00

        Total amount due         $16,350.00

Timothy A. Rougeux
   Services    $17,804.60
   Disbursements  $ 1,196.20

     Total amount due   $19,000.80

Cynthia A. Radavsky, M.Ed
   Services    $ 2,632.00
   Disbursements  $  0.00

     Total amount due   $ 2,632.00

Roderick Q. Hickman
   Services    $10,380.32
   Disbursements  $ 520.24

     Total amount due   $10,900.56

Maria Masotta, Psy.D.
   Services    $17,676.00
   Disbursements  $ 2,497.40

     Total amount due   $20,173.40

Karen Rea PHN, MSN, FNP
   Services    $ 8,943.00
   Disbursements  $ 1,493.12

     Total amount due   $10,436.12


**TOTAL AMOUNT TO BE REIMBURSED**   **$464,735.69**


Receipts for justification of reported expenditures are available upon request.


Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master