UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN,**
    Plaintiff

  v.           **CASE NO. 2:90−CV−00520−KJM−DB**

**CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **August 01, 2018** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

August 2, 2018

        **MARIANNE MATHERLY
CLERK OF COURT**

    **by:** /s/ R. Henshaw

        Deputy Clerk