UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:  CLERK, U.S. COURT OF APPEALS

FROM:  CLERK, U.S. DISTRICT COURT

SUBJECT:  NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | 2:90−CV−00520−KJM−DB |
| USDC Judge: | DISTRICT JUDGE KIMBERLY J. MUELLER |
| USCA Number: | NEW APPEAL |
| Complete Case Title: | RALPH COLEMAN vs. CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION |
| Type: | CIVIL |
| Complaint Filed: | 4/23/1990 |
| Appealed Order/Judgment Filed: | 7/3/2018 |
| Court Reporter Information: | Kimberly Bennett, Jennifer Coulthard, Cathie Bodene, Diane Shepard |

FEE INFORMATION

**Fee Status: Paid on 8/1/2018 in the amount of $505.00**

Information prepared by: /s/ **R. Henshaw , Deputy Clerk**