■ REVIEW ARTICLE

# Telepsychiatry in Correctional Facilities: Using Technology to Improve Access and Decrease Costs of Mental Health Care in Underserved Populations

Stacie Anne Deslich, MA, MS; Timothy Thistlethwaite, MD; Alberto Coustasse, DrPH, MD, MBA, MPH

Perm J 2013 Summer;17(3):80-86

http://dx.doi.org/10.7812/TPP/12-123

## Abstract

**Objective:** It is unclear if telepsychiatry, a subset of telemedicine, increases access to mental health care for inmates in correctional facilities or decreases costs for clinicians or facility administrators. The purpose of this investigation was to determine how utilization of telepsychiatry affected access to care and costs of providing mental health care in correctional facilities.

**Methods:** A literature review complemented by a semistructured interview with a telepsychiatry practitioner. Five electronic databases, the National Bureau of Justice, and the American Psychiatric Association Web sites were searched for this research, and 49 sources were referenced. The literature review examined implementation of telepsychiatry in correctional facilities in Arizona, California, Georgia, Kansas, Ohio, Texas, and West Virginia to determine the effect of telepsychiatry on inmate access to mental health services and the costs of providing mental health care in correctional facilities.

**Results:** Telepsychiatry provided improved access to mental health services for inmates, and this increase in access is through the continuum of mental health care, which has been instrumental in increasing quality of care for inmates. Use of telepsychiatry saved correctional facilities from $12,000 to more than $1 million. The semistructured interview with the telepsychiatry practitioner supported utilization of telepsychiatry to increase access and lower costs of providing mental health care in correctional facilities.

**Conclusions:** Increasing access to mental health care for this underserved group through telepsychiatry may improve living conditions and safety inside correctional facilities. Providers, facilities, and state and federal governments can expect increased savings with utilization of telepsychiatry.

## Introduction

Substantial growth in technology has improved the delivery of medical care and increased access for patients seeking care. One area in which technology has made meaningful contributions is telemedicine, the delivery of health care across distance via the use of technology and communication modalities.[1] Telemedicine has been used for medical information interchange and to facilitate diagnosis, referral, monitoring, and interventions to offset higher costs associated with hard-to-access patients.[2] Telepsychiatry has been one area of telemedicine that has continued to grow and improve. Telepsychiatry has been defined as using telecommunication modalities, including teleconferencing software, hardware, and supporting infrastructure, to provide mental health care.[3] Telepsychiatry has the potential to improve patient access to care and lower costs of providing mental health care.[4] This technology has been shown to be used effectively in rural areas, schools, forensic practices, and correctional facilities.[5]

This subspecialty of telemedicine has shown potential for expanded use in correctional settings such as jails and prisons.[6] The nation's correctional facilities in 2007 held approximately 7.1 million inmates, and around half of these inmates had some sort of mental illness.[7] As the number of incarcerated individuals increases, the need for effective and appropriate psychiatric treatment has continued to grow as well. Telepsychiatry has begun to fill this need.[8]

Inmates in correctional facilities have long received substandard health care, including mental health care.[9] Lack of proper psychiatric services has led to untreated mental illnesses such as depression, anxiety, bipolar disorders, and schizophrenia being common in the inmate population.[7] Access to appropriate psychiatric care has been limited in correctional facilities for several reasons. In some cases, such as in West Virginia, Ohio, and Georgia, various providers have been hesitant to provide mental health treatment inside correctional facilities because of safety concerns.[5] In addition, costs for providers traveling to distant facilities have been a deterrent to providing adequate care to inmates. Besides transportation costs, there is an "opportunity cost" of not seeing more patients in the clinic because of the long trip to the prison.[10]

It can be noted, however, that cases do exist in which the practice of psychiatry in the correctional systems in some states, such as California, is lucrative enough to offset such limitations. It has been reported that 1 psychiatrist earned more than $820,000 in 2011 working for 1 prison in California. Also according to the same authors, 14 prison psychiatrists earned more than $400,000 in this state, a level matched by only 12 other states.[11]

Transporting inmates outside correctional facilities for treatment has not been effective, either. The costs of transporting an inmate, in actual transportation costs, person hours, and

**Stacie Anne Deslich, MA, MS,** is a Master of Science in Healthcare Administration, Graduate School of Business at Marshall University in South Charleston, West Virginia. E-mail: deslich1@marshall.edu. **Timothy Thistlethwaite, MD,** is a Psychiatrist and Medical Director of PSYMED Corrections, LLC, in Charleston, West Virginia. E-mail: timmy114@yahoo.com. **Alberto Coustasse, DrPH, MD, MBA, MPH,** is an Associate Professor of Healthcare Administration in the Graduate School of Management at Marshall University in South Charleston, West Virginia. E-mail: coustassehen@marshall.edu.

REVIEW ARTICLE

Telepsychiatry in Correctional Facilities: Using Technology to Improve Access and Decrease Costs of Mental Health Care in Underserved Populations

increased risk to public safety and security, have been a major barrier to bringing inmates to providers for treatment. Additionally, prisons usually use two prison staff members to transport inmates, which generates a need to replace those two officers in the prison to avoid a security risk because of understaffing the facility. Furthermore, many providers have been unwilling to provide treatment to inmates in a private practice setting because of increased danger to the providers and the other patients.[12] Telepsychiatry in correctional facilities has been effective in overcoming these barriers.

The National Bureau of Justice has reported that more than 50% of inmates in correctional facilities had a diagnosable mental illness, including substance abuse.[7] Recidivism, or reoffending and reentering the correctional system within 3 years of release, has been high among offenders with mental illness; approximately 25% of those inmates surveyed by the Bureau of Justice who had been incarcerated 3 or more times had diagnosable mental illnesses, specifically mania, depression, or a psychotic disorder.[7] With so many mentally ill inmates being released and reoffending, correctional system administrators and providers have had to examine ways to effectively treat mental illness and to decrease recidivism among the mentally ill. Telepsychiatry has been examined for its potential to do that.[10]

Several studies have examined the efficacy of telemedicine, and telepsychiatry in particular, in correctional settings.[1,9,13,14] Less research has been performed to examine the effect of telepsychiatry on inmate access to mental health treatment or the impact of telepsychiatry on costs of providing mental health treatment in correctional facilities. This may have been because of the difficulty in quantifying access or cost in providing this treatment.[15] The research that has been done, however, has indicated that telepsychiatry may play a pivotal role in providing psychiatric treatment inside correctional facilities.[16]

## Methods

The purpose of this review was to determine the effect of telepsychiatry utilization on inmate access to mental health services and on the cost of providing mental health care in correctional facilities.

The method used was a literature review complemented with a semistructured interview of the second author, Timothy Thistlethwaite, MD, an experienced practitioner of telepsychiatry who has used telepsychiatry in correctional facilities for more than 17 years (see Sidebar: Questions asked in semistructured interview of telepsychiatrist). This interview was tape recorded, and only relevant answers were used to support the information found in the literature review to provide a contextualized and more comprehensive overview of this technology and its utilization in prisons.

Electronic databases of PubMed, Academic Search Premier, ProQuest, PsycARTICLES, and Google Scholar were searched for the terms *telepsychiatry* or *tele mental health* and *prison* or *access* or *cost*. Reputable Web sites of the National Bureau of Justice and the American Psychiatric Association were also mined. Only articles that were written in English were included for review. In an attempt to stay current in research, all articles that were older than 12 years (starting from 2000) were eliminated from the search. References were reviewed and determined to have satisfied the inclusion criteria if the material provided accurate information about telepsychiatry with a particular focus on prison mental health.

The results presented were extracted from journal articles, case studies, and different Web sites from diverse sources, as well as from the semistructured interview, to illustrate several aspects of telepsychiatry in prisons that should be considered, such as inmate access to mental health care and costs involved with it. Academic articles and practitioner health information technology sources were analyzed, and relevant categories were identified.

## Results

Forty-nine sources were selected for this review. Findings are presented in the categories of access and savings.

### Increased Access

Leonard[17] cited limited access to appropriate mental health care as a difficulty faced by many inmates. Inadequate access to care has often led to prisoners having untreated mental illness, which, in turn, has increased rates of violent behavior in correctional facilities as well as substantially increased recidivism.[18] According to the World Health Organization Mind Project, 24% of inmates with a mental illness have assaulted another inmate in a correctional facility, and those with mental illness are 2 times more likely to be injured in a fight than inmates without mental illness.[19] On the other hand, Hilty et al[20] found that using telepsychiatry as the means for mental health treatment increased access in rural, suburban, and urban settings. Similar results have been supported in a 2005 study of telepsychiatry in a correctional setting in New York as well.[21] Furthermore, telepsychiatry has been shown to increase access to mental health treatment for patients in schools and for veterans.[22,23]

**Questions asked in semistructured interview of telepsychiatrist[a]**

- How have you implemented telepsychiatry into your practice in correctional facilities?
- What method do you use to provide telepsychiatry to your patients in prisons, ie, software, hardware, and Internet connections?
- Who is involved in a typical telepsychiatry session in a correctional facility?
- What services are provided via telepsychiatry?
- How have inmates reacted to the utilization of telepsychiatry?
- How has telepsychiatry benefited your practice?
- How has the utilization of telepsychiatry affected inmate access to mental health care?
- How has the utilization of telepsychiatry affected the cost of providing mental health services to inmates in your practice?
- Are there any other significant advantages or disadvantages to telepsychiatry utilization in correctional facilities that we have not discussed?

[a] Timothy Thistlethwaite, MD, on March 28, 2012.

REVIEW ARTICLE

Telepsychiatry in Correctional Facilities: Using Technology to Improve Access and Decrease Costs of Mental Health Care in Underserved Populations

Utilization of telepsychiatry has been shown to overcome travel and cost barriers, allowing inmates to meet with a treating psychiatrist via teleconference, thus allowing greater access to treatment for the inmate and continuity of care without compromising public safety and security or incurring increased transportation costs.[24]

Mental health treatment teams in correctional settings in the US normally include a psychiatrist, psychologists, therapists, and psychiatric nurses. Access to the team is facilitated by living-unit supervisors and correctional caseworkers who have direct contact with the general population of the prison. The psychiatrist provides telepsychiatric services from a remote setting to inmates in the penitentiary. Services provided include psychiatric consultation, initial treatment evaluations, crisis intervention, medication management, and patient education.[25] Psychotherapy, although available via telecommunications devices, is often provided face to face by a therapist or psychologist in the facility.

Several states have effectively implemented telepsychiatry programs into their correctional facilities and have been able to increase access to appropriate mental health care for inmates. Arizona, California, Georgia, Kansas, Ohio, and West Virginia have begun to use telepsychiatry in their correctional facilities with some success (Table 1).

The Ohio State University Medical Center in Columbus, OH, has partnered with the Ohio Department of Rehabilitation and Correction to provide telepsychiatry services to inmates in Ohio prisons, providing evaluation, patient education, and medication management to more than 4000 inmates each year since 1998.[26] Similarly, as of 1997, St Mary's Hospital and the University of Arizona in Tucson have collaborated with the Arizona Telemedicine Program to provide telemedicine and telepsychiatry to the Arizona Department of Corrections. The University of Arizona Medical Center and Maricopa Medical Center in Phoenix, AZ, provided the base for this program to use telepsychiatry in rural prisons in the state, thus reaching more inmates and encouraging increased access to inmates who otherwise would have had lengthy waits for mental health services and evaluations for treatment.[27]

> ... use of telepsychiatry in conjunction with electronic medical records that have been implemented in correctional facilities has allowed for more effective provision of health care to inmates.

In 1998, the University of Kansas Center for Telemedicine & Telehealth implemented a telepsychiatry program that has served the state prison system since then and has provided an average of 70 telepsychiatry consultations each month. Telepsychiatrists have provided care and been reimbursed on a fee-for-service basis, and have delivered psychiatric services such as evaluation, treatment planning, medication management, and crisis intervention.[14]

In California, the California Department of Corrections and Rehabilitation Division of Correctional Health Care Services implemented a telepsychiatry program using contracted providers to meet the mental health needs of the inmates in 27 of the prisons in that state, and more than 4000 inmates have received appropriate psychiatric care annually.[28] This program has increased public safety by preventing inmate transports, decreased costs associated with those transports, and increased inmate access to effective psychiatric treatment in the form of psychiatric evaluations, medication management, and crisis intervention.[28] Johnston and Solomon[29] found that the implementation and utilization of this telepsychiatry program saved about $850 in inmate transportation costs, a savings of $4 million in 2004 because of decreased travel and transportation costs, as well as decreased costs for providing correctional officers to facilitate the transport.

The University of Texas Medical Branch at Galveston has a telemedicine program, in service since the early 1990s, providing telepsychiatry services including medication management and crisis intervention to correctional facilities at the county, state, and federal levels in Texas. The program has grown to be one of the largest providers of telepsychiatry worldwide (S Shelton, MBA PA-C, personal communication, June 11, 2012).[a] This program, while providing vital services to the inmate population in Texas, faces funding difficulties. Survival of the program will depend on adequate and appropriate funding (S Shelton, MBA, PA-C, personal communication, June 11, 2012).[a]

In West Virginia, mental health services are provided to inmates housed in the state's prisons by an independent subcontractor, PsiMed Corrections LLC, under the contract of Wexford Health Services with the state of West Virginia.[30] PsiMed has used a telepsychiatry system set up in the state's only maximum security prison to provide telepsychiatric care such as initial treatment evaluation, medication management, crisis interven-

| Table 1. States that implemented telepsychiatry programs in correctional facilities | | | |
|---|---|---|---|
| **Author, year** | **State** | **Provider** | **Population treated** |
| Nelson et al,[14] 2004 | Kansas | University of Kansas Center for Telemedicine & Telehealth | Treatment provided to 1 jail in a pilot program with all 62 participating inmates |
| Venable,[33] 2005 | Georgia | Augusta Correctional and Medical Institute | Treatment provided to 5 prisons |
| Ohio Department of Rehabilitation and Correction,[26] 2006 | Ohio | Ohio State University Medical Center | Treatment provided to > 5000 inmates annually |
| California Legislative Analyst's Office,[28] 2007 | California | Office of Telemedicine Services, California Department of Corrections and Rehabilitation Division of Correctional Health Care Services | Treatment provided to 4400 inmates annually in 27 prisons |
| Hincapie et al,[27] 2011 | Arizona | Arizona Telemedicine Program | Treatment provided to 11 rural prisons |
| PsiMed Corrections LLC,[31] 2012 | West Virginia | PsiMed Corrections LLC | Treatment provided to 4200 inmates annually in 31 correctional facilities across West Virginia |

Case 2:90-cv-00520-KJM-SCR    Document 5873-1    Filed 08/03/18    Page 4 of 168

REVIEW ARTICLE

Telepsychiatry in Correctional Facilities: Using Technology to Improve Access and Decrease Costs of Mental Health Care in Underserved Populations

tion, and education about mental health to inmates throughout 31 of West Virginia's correctional facilities.[30] From 2003 to 2007, PsiMed Corrections' telepsychiatry program effectively provided psychiatric treatment to more than 4000 inmates annually, thus increasing inmate access to mental health treatment and decreasing travel costs for the treating psychiatrist.[31]

Gramlich[32] identified that approximately 70% of telemedicine visits provided in the Georgia correctional system were for mental health treatment. Georgia's telepsychiatry program has increased access to psychiatric care in 5 prisons in Georgia since the mid-1990s.[33]

According to Dr Thistlethwaite, the interviewed telepsychiatric practitioner, this technology has provided increased access to mental health services for inmates, and this increased access, in turn, has been instrumental in improving quality of care for inmates by ensuring no disruption in continuity of care. Incarcerated individuals have experienced greater consistency with medication management and have had less delay in receiving appropriate care. As inmates are transferred from facility to facility, psychiatric care and medication management can be disrupted. Telepsychiatry can prevent such disruptions.

Inmates have further experienced greater access to care because practitioners and clinical staff involved in patient care have been able to use the same videoconferencing capabilities to coordinate care. For example, in the central hub, a psychiatrist and an assistant gather information about an inmate, while a counselor, psychologist, or nurse in the facility sits with the inmate to facilitate communication between the treating psychiatrist and the inmate. This increase in communication has been beneficial when more than one provider is involved in inmate care, because the clinicians also have utilized teleconferencing to communicate with each other and to provide better quality and continuity of care. Furthermore, use of telepsychiatry in conjunction with electronic medical records that have been implemented in correctional facilities has allowed for more effective provision of health care to inmates. Not only are two treating mental health care practitioners able to communicate via teleconference, psychiatrists and internists or specialists are also able to utilize this technology to discuss ongoing care of inmates.

PsiMed Corrections uses Polycom Solutions, a high-definition videoconferencing technology package (Polycom, Polycom Inc, San Jose, CA) for each telepsychiatric session, which is encrypted for privacy and for compliance with the Health Insurance Portability and Accountability Act (HIPAA). The contract with the prison system is managed with a private contract that the state bids out for medical care every three years. PsiMed gets its reimbursement as a subcontractor on a capitation basis.

It has been the experience of the psychologist first author of this review (SD) that the telepsychiatric session differs from a face-to-face psychiatric session in only the method of delivery. Most telepsychiatric interactions occur with a mental health practitioner present with the inmate. Only in cases of particularly violent or dangerous inmates are correctional officers present during the session. Inmates have been provided identical treatment via telepsychiatry as they would have in a more traditional setting. Additionally, more prisoners have been able to be seen, as travel time has been decreased. These inmates have been able

to discuss medication management as well as ongoing mental health treatment issues with the psychiatrist and the prison medical team. Inmates have been able, via telepsychiatry, to continue to receive psychiatric services from the same provider, regardless of the prison in which they have been incarcerated, thus avoiding a period of adjusting to and developing therapeutic rapport with a different provider after transfer to a different prison.

According to Thistlethwaite, drawbacks to utilization of telepsychiatry in correctional facilities are mostly technical. Many providers who use the correctional facilities' Internet access must gain access past the facilities' firewalls. This demands the ongoing cooperation of the prison administrators, which has not always been offered,[32,34] as well as an adept team in the information technology department. Furthermore, Gramlich[32] notes that the prison servers are not always reliable, and connections may be inadequate for providing telepsychiatric care. Lee[35] noted concerns of some researchers, such as lack of nonverbal communication or confidentiality issues. Thistlethwaite disagreed with this, noting that proper placement of the videoconferencing equipment to adequately capture the movements of the inmate allows for visual identification of clinically significant motor movements and body language, and confidentiality agreements are signed, as well as informed consent to treatment, upon inmates entering a facility.

Thistlethwaite also noted that inmate satisfaction has not appeared to suffer with the use of telepsychiatry. In fact, in his personal experience, many inmates seem to prefer this form of treatment because of increased access to the psychiatrist. The notion that the use of telepsychiatry is supported by inmates has been reinforced by findings in the literature. Lexcen et al[36] found, in a study of 72 patients in a forensic setting, similar scores of satisfaction and outcomes using telepsychiatry as with face-to-face interventions. Similarly, Tucker et al[37] found that inmates were satisfied with telepsychiatry treatment for services including consulting, initial treatment evaluation, medication management, and psychotherapy. In addition, inmates actually preferred telepsychiatry in some situations, such as treatment for sexual abuse and sexual dysfunction.[37] As inmates have little confidentiality or privacy in general, it has been found that patient acceptance of and satisfaction with providers and multiple staff being involved in treatment via telepsychiatry remain high in comparison with face-to-face treatment.[36] Thistlethwaite noted that treatment confidentiality is no more at risk than in face-to-face interactions in mental health care in correctional facilities because secure software and Internet connections are used to provide this service.

Additionally, Ross et al[38] and Morland et al[39] examined patient outcomes of telepsychiatry and found them to be equivalent to those of face-to-face psychiatric treatment. At times, telepsychiatry was found to be more effective in treating mental illnesses such as depression.[40]

## Increased Savings

Several studies have explored the financial benefits of implementing telepsychiatry programs. Cost-benefit analysis has been recommended as the most efficient and effective economic evaluation used for telepsychiatry implementation[41] (Table 2).

REVIEW ARTICLE ─────────────────────────────────────────

Telepsychiatry in Correctional Facilities: Using Technology to Improve Access and Decrease Costs of Mental Health Care in Underserved Populations

Although initial costs to start a telepsychiatry practice may reach several thousand dollars to acquire the software, hardware, and required infrastructure, these programs have been shown to cut overall costs by reducing travel for the provider, decreasing overutilization of other medical services such as laboratory work, increasing medication compliance, and speeding diagnosis via reduced waiting or consultation time.[41]

A literature review by Hyler and Gangure[12] identified seven studies that indicated substantial cost savings via the utilization of telepsychiatry. One study found increased costs, and three studies identified situations in which utilization of telepsychiatry had similar costs as face-to-face psychiatric treatment. The seven studies that identified savings and the implementation and use of telepsychiatry prompted these researchers to determine that the utilization of telepsychiatry has led to a decrease in cost for providing psychiatric treatment in some settings.[12]

> ... inmates were satisfied with telepsychiatry treatment for services including consulting, initial treatment evaluation, medication management, and psychotherapy.

Similarly, in a prospective test-retest (pretest-posttest) design study, Shore et al[13] determined that utilization of telepsychiatry for clinical interviews saved more than $12,000 compared with face-to-face clinical interviews over an 11-month period in 2006.

Harley, in 2006, examined the cost of providing tertiary mental health care via telepsychiatry compared with traditional methods.[44] It was found that initial costs to begin a telepsychiatry service were around $6800; however, after providing telepsychiatric care for 6 months, costs remained under $7000 total for providing telepsychiatry services. The author estimated that the costs to provide traditional face-to-face psychiatric services to the same population over the same period would have been more than $25,000, primarily because of travel expenses.[44]

These findings have been supported by actual utilization of telepsychiatry in correctional facilities. For example, the aforementioned Arizona Telemedicine Program reported a savings of more than $1 million in transportation costs since its inception in 1996, and a savings of $106,000 between July 2003 and December 2003 alone.[45] The program identified further savings in administrative costs, as well as an added benefit of government incentives for the utilization of telemedicine. These savings and benefits amounted to approximately $2.6 million.[45]

An examination of the actual costs of providing services—specific and individual costs of sessions—using telepsychiatry vs using traditional face-to-face methods yielded results. Reimbursement for telepsychiatry has been typically on a fee-for-service basis and does not cover maintenance and infrastructure costs. These extra costs often have been covered by grant funding to the provider's organization.[46] A review of the costs of providing telepsychiatric services have indicated substantial savings, even when hardware costs are figured in. It was found in a randomized controlled trial in 2006 that a face-to-face psychiatric session cost providers $315 per visit, whereas a telepsychiatric visit had a cost of $265, a savings of $50 per visit.[47]

## Discussion

The purpose of this research was to determine the effect of utilization of telepsychiatry on inmate access to mental health services and on the cost of providing mental health care in correctional facilities. The results of this review suggest that telepsychiatry has had a positive impact on mental health care in prisons by increasing access for inmates to effective psychiatric treatment and by maintaining continuity of care. In addition, substantial savings for providers and facilities were noted.

With a high prevalence of mental illness among inmates, adequate psychiatric care is imperative. In fact, appropriate care may have reduced aggressive inmate behavior inside correctional facilities, and well-managed mental illness has been shown to decrease recidivism upon release, as well as decrease victimization inside the facility.[48] Telepsychiatry is a way to provide this much needed care that is cost-effective, easily implemented, and accepted by providers and inmates.

As noted, a number of states, including Arizona, California, Georgia, Kansas, Ohio, Texas, and West Virginia, have implemented telepsychiatry programs in their correctional facilities with much success, both in increasing inmate access to providers and in decreasing costs. Furthermore, New Mexico and Michigan have also begun using telepsychiatry in prisons and have found similar positive results as in the other states.[49] Whereas the literature review identified one study that found increased costs with the implementation of telepsychiatry, the other studies reviewed found either similar costs as with face-to-face treatment or an increase in savings.[12] Studies examining the effect on access to care have all demonstrated substantial increase in inmates' access to care.[26,27,30,32]

| Table 2. Studies of cost-effectiveness of telepsychiatry programs in US correctional facilities | | | |
|---|---|---|---|
| Author, year | Study design | Outcome of utilization of telepsychiatry | Methods by which savings were achieved |
| Hyler & Gangure,[41] 2003 | Literature review | Decrease in costs in some settings | Decreased provider travel, decreased use of other medical services |
| Harley,[43] 2006 | Prospective design | Savings of $18,000 | Decreased provider travel, greater medication management |
| O'Reilly et al,[46] 2007 | Case-control design | Decreased costs from $315 to $265, a savings of $50 per visit | Decreased provider travel |
| Shore et al,[42] 2007 | Prospective test-retest design | Savings of > $12,000 | Decreased provider travel, decreased client travel |
| Johnston & Solomon,[29] 2008 | Review of government documents | Savings of $850 per visit, or $4 million annually | Decreased inmate transportation costs, decreased provider travel |

REVIEW ARTICLE

Telepsychiatry in Correctional Facilities: Using Technology to Improve Access and Decrease Costs of Mental Health Care in Underserved Populations

The semistructured interview with a telepsychiatric practitioner (TT) supported some of the findings of this review, including the advantages of increased access and decreased costs with the utilization of telepsychiatry, and potential disadvantages of lack of support by prison administration[32,54] and technical difficulties. The involvement of the correctional facilities' administration and their cooperation has been imperative for effective mental health treatment to take place via telepsychiatry. Thistlethwaite contradicted, however, some of the potential drawbacks identified in previous research studies such as lack of nonverbal communication or confidentiality issues.

This study was limited by the restrictions in the search strategy used, such as the number of databases searched, and publication bias may have affected the availability and quality of the research identified during the search. In addition, although much research exists about telepsychiatry in general, and a large number of studies have examined telepsychiatry in prisons, most of those studies have examined efficacy or acceptance of telepsychiatry. Research about the benefits or drawbacks of utilization in inmate access or cost to provide care is sparse. Also, the quality of care received through telepsychiatry was not measured through the reporting of any use of standardized scales or assessments.

Telepsychiatry can be "the wave of the future" in psychiatric care in correctional facilities because it can decrease the cost for facilities and increase access for inmates; however, further research in this area is needed. A prospective case-control examination of the cost to provide care via telepsychiatry in corrections compared with face-to-face psychiatric treatment would be beneficial. A comparison of the types and quantity of services provided to inmates through the use of telepsychiatry also would advance this new field of psychiatry.

## Conclusion

Telepsychiatry has been demonstrated to have substantial ability to transform the way psychiatric services are delivered in mental health care. This literature review has revealed that utilization of telepsychiatry in correctional facilities has increased access to effective mental health care for inmates and has decreased the costs of providing such care. ❖

ᵃ S Shelton, MBA, PA-C, Assistant Vice President for Community Outreach Program Director, Texas East Area Health Education Center, Office of the Provost, and Office of Health Policy and Legislative Affairs, University of Texas Medical Branch, 301 University Blvd, Galveston, TX.

### Disclosure Statement

*The author(s) have no conflicts of interest to disclose.*

### Acknowledgment

*Kathleen Louden, ELS, of Louden Health Communications provided editorial assistance.*

### References

1. Tucker W, Olfson M, Simring S, Goodman W, Bienenfeld S. A pilot survey of inmate preferences for on-site, visiting consultant, and telemedicine psychiatric services. CNS Spectr 2006 Oct;11(10):783-7.
2. Hill R, Luptak M, Rupper RW, et al. Review of Veterans Health Administration telemedicine interventions. Am J Manag Care 2010 Dec;16(12 suppl HIT):e302-10.
3. Saleem Y, Taylor MH, Khalifa N. Forensic telepsychiatry in the United Kingdom. Behav Sci Law 2008;26(3):333-44. DOI: http://dx.doi.org/10.1002/bsl.810
4. Chee JJ. Telepsychiatry and internet prescribing: a legal overview and case investigation [monograph on the Internet]. Washington, DC: Center for Telehealth and e-Health Law; 2012 Aug [cited 2012 Feb 5]. Available from: www.ctel.org/research/Telepsychiatry%20and%20Internet%20Prescribing%20A%20Ilegal%20Overview%20and%20Case%20Investigation.pdf.
5. Melaka A, Edirippulige S. Psych-technology: a systematic review of the telepsychiatry literature. Psychiatry On Line, The International Forum for Psychiatry [serial on the Internet]. 2009 [cited 2012 Feb 5]. Available from: http://espace.library.uq.edu.au/view/UQ:196610.
6. Emerson R. Telehealth in corrections [slide show on the Internet]. Presented to the Maine Corrections Alternatives Advisory Committee 2006 Dec; Augusta, ME. Slide Serve; 2006 [cited 2011 Dec 12]. Available from: www.slideserve.com/gwenllian/telehealth-in-corrections.
7. James DJ, Glaze LE. Bureau of Justice Statistics special report: mental health problems of prison and jail inmates [monograph on the Internet]. Washington, DC: US Department of Justice, Office of Justice Programs; 2006 Sep [cited 2012 Feb 20]. Available from: http://bjs.ojp.usdoj.gov/content/pub/pdf/mhppji.pdf.
8. Raimer BG, Stobo JD. Health care delivery in the Texas prison system: the role of academic medicine. JAMA 2004 Jul 28;292(4):485-9. DOI: http://dx.doi.org/10.1001/jama.292.4.485
9. Leonard S. The successes and challenges of developing a prison telepsychiatry service. J Telemed Telecare 2004;10 Suppl 1:69-71. DOI: http://dx.doi.org/10.1258/1357633042614375
10. Morgan RD, Patrick AR, Magaletta PR. Does the use of telemental health alter the treatment experience? Inmates' perceptions of telemental health versus face-to-face treatment modalities. J Consult Clin Psychol 2008 Feb;76(1):158-62. DOI: http://dx.doi.org/10.1037/0022-006X.76.1.158
11. Klopott F, Yap R, Dopp T. California psychiatrists paid $400,000 shows bidding war [monograph on the Internet]. New York, NY: Bloomberg; 2012 Dec 11 [cited 2012 Feb 14]. Available from: www.bloomberg.com/news/2012-12-12/california-psychiatrists-paid-400-000-shows-bidding-war.html.
12. Magaletta PR, Patry MW, Gross NR, et al. Clinical practice in corrections: providing service, obtaining experience. Psychol Serv 2011;8(4):343-55. DOI: http://dx.doi.org/10.1037/a0025315
13. Larsen D, Stamm BH, Davis K, Magaletta PR. Prison telemedicine and telehealth utilization in the United States: state and federal perceptions of benefits and barriers. Telemed J E Health 2004;10 Suppl 2:S-81-9. DOI: http://dx.doi.org/10.1089/tmj.2004.10.S-81
14. Nelson EL, Zaylor C, Cook D. A comparison of psychiatrist evaluation and patient symptom report in a jail telepsychiatry clinic. Telemed J E Health 2004;10 Suppl 2:S-54-9. DOI: http://dx.doi.org/10.1089/tmj.2004.10.S-54
15. Antonacci DJ, Bloch RM, Saeed SA, Yildirim Y, Talley J. Empirical evidence on the use and effectiveness of telepsychiatry via videoconferencing: implications for forensic and correctional psychiatry. Behav Sci Law 2008;26(3):253-69. DOI: http://dx.doi.org/10.1002/bsl.812
16. Doarn CR, Justis D, Chaudhri MS, Merrell RC. Integration of telemedicine practice into correctional medicine: an evolving standard. J Correct Health Care 2005 Apr;11(3):253-70. DOI: http://dx.doi.org/10.1177/1078345804011003004
17. Leonard S. The development and evaluation of a telepsychiatry service for prisoners. J Psychiatr Ment Health Nurs 2004 Aug;11(4):461-8. DOI: http://dx.doi.org/10.1111/j.1365-2850.2004.00747.x
18. Myers KM, Valentine JM, Melzer SM. Feasibility, acceptability, and sustainability of telepsychiatry for children and adolescents. Psychiatr Serv 2007 Nov;58(11):1493-6. DOI: http://dx.doi.org/10.1176/appi.ps.58.11.1493
19. Mental health and prisons [monograph on the Internet]. Geneva, Switzerland: World Health Organization; 2007 Sep [cited 2012 Oct 20]. Available from: www.who.int/mental_health/policy/development/MH&PrisonsFactsheet.pdf.
20. Hilty DM, Marks SL, Urness D, Yellowlees PM, Nesbitt TS. Clinical and educational telepsychiatry applications: a review. Can J Psychiatry 2004 Jan;49(1):12-23.
21. Manfredi L, Shupe J, Batki SL. Rural jail telepsychiatry: a pilot feasibility study. Telemed J E Health 2005 Oct;11(5):574-7. DOI: http://dx.doi.org/10.1089/tmj.2005.11.574
22. Morland LA, Hynes AK, Mackintosh MA, Resick PA, Chard KM. Group cognitive processing therapy delivered to veterans via telehealth: a pilot cohort. J Trauma Stress 2011 Aug;24(4):465-9. DOI: http://dx.doi.org/10.1002/jts.20661
23. Shore JH, Bloom JD, Manson SM, Whitener RJ. Telepsychiatry with rural American Indians: issues in civil commitments. Behav Sci Law 2008;26(3):287-300. DOI: http://dx.doi.org/10.1002/bsl.813

REVIEW ARTICLE

Telepsychiatry in Correctional Facilities: Using Technology to Improve Access and Decrease Costs of Mental Health Care in Underserved Populations

24. Khalifa N, Saleem Y, Stankard P. The use of telepsychiatry within forensic practice: a literature review on the use of videolink. J Forens Psychiatry Psychol 2008 Mar;19(1):2-13. DOI: http://dx.doi.org/10.1080/14789940701560794

25. Vought RG, Grigsby RK, Adams LN, Shevitz SA. Telepsychiatry: addressing mental health needs in Georgia. Community Ment Health J 2000 Oct;36(5):525-36.

26. Telemedicine [Web page on the Internet]. Columbus, OH: Ohio Department of Rehabilitation and Correction; updated 2006 Mar 13 [cited 2012 Feb 5]. Available from: www.drc.ohio.gov/web/telemed.htm.

27. Hincapie A, Warholak TL, Armstrong EP. Socioeconomic impact of mandated health coverage for telemedicine in the state of Arizona [monograph on the Internet]. Tucson, AZ: The University of Arizona, College of Pharmacy; 2011 Nov 1 [cited 2012 Feb 4]. Available from: http://crh.arizona.edu/sites/crh.arizona.edu/files/Telemedicine%20Report%20V12Ana-1.pdf.

28. California Legislative Analyst's Office. Judicial and criminal justice: 2006-07 analysis [monograph on the Internet]. Sacramento, CA: Legislative Analyst's Office; 2006 [cited 2012 Feb 14]. Available from: www.lao.ca.gov/analysis_2006/crim_justice/crimjust_anl06.pdf.

29. Johnston B, Solomon NA. Telemedicine in California: progress, challenges, and opportunities [monograph on the Internet]. Oakland, CA: California Healthcare Foundation; 2008 Jul [cited 2012 Feb 14]. Available from: www.chcf.org/publications/2008/07/telemedicine-in-california-progress-challenges-and-opportunities.

30. Offender Programs [Web page on the Internet]. Charleston, WV: West Virginia Division of Corrections; c2007-13 [cited 2012 Mar 5]. Available from: www.wvdoc.com/wvdoc/OffenderPrograms/tabid/121/Default.aspx.

31. Telemedicine [Web page on the Internet]. South Charleston, WV: PSIMED Inc; c2013 [cited 2012 Mar 5]. Available from: www.psimedinc.com/#!__services/telemedicine.

32. Gramlich J. States expand videoconferencing in prisons [monograph on the Internet]. Washington, DC: Stateline, The Pew Charitable Trusts; 2009 May 12 [cited 2012 Feb 5]. Available from: www.stateline.org/live/details/story?contentId=399298.

33. Venable SS. A call to action: Georgia must adopt new standard of care, licensure, reimbursement, and privacy laws for telemedicine. Emory Law Journal 2005 Spring;54(2):1183-218.

34. Menachemi N, Burke DE, Ayers DJ. Factors affecting the adoption of telemedicine—a multiple adopter perspective. J Med Syst 2004 Dec;28(6):617-32. DOI: http://dx.doi.org/10.1023/B:JOMS.0000044964.49821.df

35. Lee S. Contemporary issues of ethical e-therapy. Journal of Ethics in Mental Health [serial on the Internet]. 2010 Nov;5(1):1-5 [cited 2013 May 1]. Available from: www.jemh.ca/issues/v5n1/documents/JEMH_Vol5_No1_Contemporary_Issues_of_Ethical_E-Therapy.pdf.

36. Lexcen FJ, Hawk GL, Herrick S, Blank MB. Use of video conferencing for psychiatric and forensic evaluations. Psychiatr Serv 2006 May;57(5):713-5. DOI: http://dx.doi.org/10.1176/appi.ps.57.5.713

37. Tucker W, Olfson M, Simring S, Goodman W, Bienenfeld S. A pilot survey of inmate preferences for the on-site, visiting consultant, and telemedicine psychiatric services. CNS Spectr 2006 Oct;11(10):783-7.

38. Ross JT, TenHave T, Eakin AC, DiFilippo S, Oslin DW. A randomized controlled trial of a close monitoring program for minor depression and distress. J Gen Intern Med 2008 Sep;23(9):1379-85. DOI: http://dx.doi.org/10.1007/s11606-008-0663-4

39. Morland LA, Pierce K, Wong MY. Telemedicine and coping skills groups for Pacific Island veterans with post-traumatic stress disorder: a pilot study. J Telemed Telecare 2004;10(5):286-9. DOI: http://dx.doi.org/10.1258/1357633042026382

40. Fortney JC, Pyne JM, Edlund MJ, et al. A randomized trial of telemedicine-based collaborative care for depression. J Gen Intern Med 2007 Aug;22(8):1086-93. DOI: http://dx.doi.org/10.1007/s11606-007-0201-9

41. Dávalos ME, French MT, Burdick AE, Simmons SC. Economic evaluation of telemedicine: review of the literature and research guidelines for benefit-cost analysis. Telemed J E Health 2009 Dec;15(10):933-48. DOI: http://dx.doi.org/10.1089/tmj.2009.0067

42. Hyler SE, Gangure DP. A review of the costs of telepsychiatry. Psychiatr Serv 2003 Jul;54(7):976-80. DOI: http://dx.doi.org/10.1176/appi.ps.54.7.976

43. Shore JH, Brooks E, Savin DM, Manson SM, Libby AM. An economic evaluation of telehealth data collection with rural populations. Psychiatr Serv 2007 Jun;58(6):830-5. DOI: http://dx.doi.org/10.1176/appi.ps.58.6.830

44. Harley J. Economic evaluation of a tertiary telepsychiatry service to an island. J Telemed Telecare 2006;12(7):354-7. DOI: http://dx.doi.org/10.1258/135763306778682378

45. Arizona telemedicine [monograph on the Internet]. Tucson, AZ: Arizona Telemedicine Program; 2004 Summer [cited 2012 Mar 5]. Available from: www.learningace.com/doc/1547990/bf26fa9b1ede-c0237efbe07824d3d522/telemed_newsltr_smr041#.

46. McGinty KL, Saeed SA, Simmons SC, Yildirim Y. Telepsychiatry and e-mental health services: potential for improving access to mental health care. Psychiatric Q 2006 Winter;77(4):335-42. DOI: http://dx.doi.org/10.1007/s11126-006-9019-6

47. O'Reilly R, Bishop J, Maddox K, Hutchinson L, Fisman M, Takhar J. Is telepsychiatry equivalent to face-to-face psychiatry? Results from a randomized controlled equivalence trial. Psychiatr Serv 2007 Jun;58(6):836-43. DOI: http://dx.doi.org/10.1176/appi.ps.58.6.836

48. Neal TS, Clements CB. Prison rape and psychological sequelae: a call for research. Psychol Public Policy Law 2010;16(3):284-99. DOI: http://dx.doi.org/10.1037/a0019448

49. Michigan department of corrections reduces costs with Polycom Solutions [monograph on the Internet]. Pleasanton, CA: Polycom Inc; 2009 [cited 2012 Apr 1]. Available from: http://docs.polycom.com/global/documents/company/customer_success_stories/government/michigan_corrections_cs.pdf.

## Healing That Can Last

When depression, hopelessness, and lack of help do hurt,
healing that can last may still be achieved by a kindly word.

— Johan Wolfgang von Goethe, 1749-1832, German author, artist, and politician

# Telepsychiatry for Inpatient Consultations at a Separate Campus of an Academic Medical Center

Jeffrey DeVido, MD,[1] Anna Glezer, MD,[1] Linda Branagan, PhD,[2] Alvin Lau, MD,[1] and James A. Bourgeois, OD, MD[1]

[1]Department of Psychiatry and [2]Telehealth Resource Center, University of California, San Francisco, San Francisco, California.

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01/17/18. For personal use only.

## Abstract

*Background: Many hospitals do not have regular access to psychiatry consult services. This is well understood as a common shortage at nonacademic community hospitals (especially in rural environments, and may also be a problem at noncontiguously located smaller hospitals that are affiliated with academic medical centers in urban settings. The authors sought to deliver timely inpatient psychiatric consultation–liaison services via telemedicine to a local but physically separated hospital affiliated with an academic medical center. Materials and Methods: The authors collaborated with an office dedicated to the advancement of telemedicine technology at their academic medical center. They developed a telemedicine-based care model to deliver inpatient consultation–liaison psychiatry consultations to an affiliated (but physically separate) small academic hospital that did not have its own on-site consultation–liaison psychiatry team. Results: The authors were able to successfully complete 30 consultations, each within 24 h. Only 1 patient was ultimately unwilling to participate in the telemedicine interview. As consultations were accomplished on same day as request, patient length of stay was unaffected. Conclusions: This pilot study suggests that telemedicine is a viable model for inpatient consultation–liaison psychiatry services to hospitals without on-site psychiatry resources and represents a viable alternative model of service delivery.*

Key words: *telepsychiatry, inpatient psychiatry consultations, consultation-liaison psychiatry*

## Introduction

Telemedicine has been an important technical and system advance for the provision of specialty medical care to populations in rural and other low-density communities where there is minimal or no access to local specialty care. Telemedicine for psychiatric care to rural primary care clinics has been embraced by patients and physicians as a solution to this specialty access problem. Advances in security, image and audio integrity, and stability of transmission have led to telemedicine systems that are reliable, secure, and acceptable to all parties as an alternative model of care delivery that is sustainable and in some communities is "the new normal" for rural psychiatric care.[1]

Hilty et al.[1] reviewed the various models for telepsychiatry service to rural primary care. Beyond video-based physician–patient sessions, other technological advances that have been applied to telemedicine to rural primary care include secure messaging (e-mail) linking patients and clinicians, as well as Internet-based technologies. In a more wide-ranging review, Hilty et al.[2] recently reviewed the published literature on telemental health and found it to be effective across an array of populations (child, adult, geriatric, ethnic) and for disorders in many settings (emergency, primary care, home health). The authors further found that telemental health was comparable to in-person care.

With at least 36% of U.S. Veterans Health Administration (VHA)–enrolled veterans residing in rural regions,[3] the VHA has been particularly keen to use telepsychiatry services to expand psychiatric specialists' reach. Deen et al.[4] recently reviewed telepsychiatric services offered by the VHA from 2006 to 2010 and noted a significant increase in all telepsychiatric encounters during this period. The majority of these VHA encounters were for medication management and medication management with psychotherapy; however, the authors also highlighted a significant trend toward increased individual and group psychotherapy encounters.

Diagnostically, interactive video has proven to be applicable to wide range of psychiatric disorders. Grubbs et al.[5] found that in fiscal year 2012, 1.5% ($n$ = approximately 180,000) of all VHA mental health encounters were performed via interactive video and that anxiety, depression, and post-traumatic stress disorder were more commonly evaluated via interactive video than diagnoses of alcohol, drug, or psychotic disorders. Other studies have shown that interactive video can be effectively used in the evaluation and treatment of alcohol use disorders,[6] as well as psychotic disorders.[7] In addition, Godleski et al.[8] demonstrated the viability of interactive video in evaluating suicide risk.

DOI: 10.1089/tmj.2015.0125

## TELEPSYCHIATRY INPATIENT CONSULTATIONS

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01/17/18. For personal use only.

In all of the models of using telepsychiatry described above, interactive video technology was used in support of clinic, not hospital, services. Thus, extension of telemedicine to general hospitals may be especially desirable in rural community hospitals without local psychiatrists for hospital-based psychosomatic medicine services. Thompson et al.,[9] in an article on the advent of managed care systems (in the United States), presciently called for psychosomatic medicine services to actively embrace telemedicine technology as an integral part of expansion of clinical services in a cost-effective manner.

Given the successes in the last 20 years at telemedicine for psychiatric services to rural primary care clinics, an obvious new area of exploration is the use of mature telemedicine technology for consultation–liaison (CL) applications for emergency department patients and for medical and surgical inpatients. Many rural community hospitals do not have CL psychiatry services. Even larger hospitals in nonacademic settings may not have regular access to psychiatric consultation. There may be some access to community psychiatrists for occasional consultations, but irregular access may make these services suboptimal.

Several authors have reported on using telemedicine for psychiatric services in hospital or other healthcare institutional settings in rural environments, as opposed to outpatient clinics. Sorvaniemi et al.[10] studied the use of telepsychiatry in 60 emergency patients in Finland. The patients were initially admitted to the psychiatry inpatient service and had their first inpatient psychiatric interview accomplished by telemedicine. The technical and communication qualities were rated highly. Of note, 55 patients *preferred* the video consultation to in-person care (noting that the video consult could be promptly provided as opposed to waiting for physician travel). A recent study by Seidel and Kilgus[11] in a Roanoke, VA, emergency department demonstrated the feasibility of telepsychiatry in the evaluation of patients presenting with mental health complaints. The patients in the study were evaluated both face-to-face and via telepsychiatry, and the authors importantly showed no significant differences between disposition recommendation, strength of recommendation, or diagnosis between the two evaluation modalities. Johnston and Jones[12] reported on the use of telepsychiatry services to a rural nursing home to 40 patients over a 2-year period. The majority of patients experienced dementia (with behavioral complications) and mood disorders. The authors noted the flexibility and access improvements telepsychiatry provided in this setting. Mielonen et al.,[13] in a study in rural Finland, reported on the successful use of telemedicine for inpatient psychiatry unit care planning with a 90% satisfaction rating for this application with significant cost savings.

There have also been reports on using telemedicine consultation for hospital care in settings that have some overlap with CL psychiatry. Craig et al.[14] studied the use of telemedicine for neurological consultation in Ireland. Specific neurological symptom presentations reported (which overlap significantly with psychiatric consultation symptoms) included altered level of consciousness, confusion, and memory loss. Shorter hospital length of stay was correlated with the availability of video consultation. There were no quality concerns for diagnoses made using the video consultation. Hubble et al.[15] used telemedicine for the neurology exam in Parkinson's disease and found no difference in physical assessment between video and in-person assessment of motor findings, concluding that telemedicine allowed a valid assessment of the motor exam in Parkinson's disease. Menon et al.[16] studied the use of telemedicine to accomplish family conferences to support critical care consultations in a U.S. rural hospital. They reported on 12 consultations to facilitate family communications regarding transfer of critically ill patients to institutions providing a higher level of critical care. A critical item was a goal of care/end-of-life discussion, which sometimes led to patients not being transferred for more intensive care.

The University of California, San Francisco (UCSF) Medical Center CL Psychiatry service is composed of four faculty physicians, psychiatry residents, and medical students. Other participants include psychology interns, neurology residents, and nurse practitioner students. This CL group is responsible for adult CL services at the UCSF Medical Center. The CL team has additionally been responsible for inpatient consultations at two additional UCSF Medical Center sites. The Mount Zion campus operated a small intensive care unit and inpatient medical and surgical wards. In 2015, coincident with the opening of a new campus at Mission Bay, it was converted to a 23-h.-stay surgical facility. The Mission Bay campus provides adult clinical services including intensive care unit, obstetrics/gynecology, and cancer inpatient services. These campuses are all within San Francisco and serviced by the UCSF shuttle system; travel between them typically takes 20–40 min.

Before 2013, psychiatry consultation services at Mount Zion were conducted in-person, requiring the assigning of a faculty physician to travel across town to accomplish the consult. As a result, a single consultation required at least an additional hour of physician time just for travel. In the context of a robust and busy CL service at the Parnassus campus, this requirement created inefficiency and access problems. The Mount Zion campus was small, and a separate physician solely assigned to Mount Zion could not be justified. This created, after a fashion, an "urban model" of the problem of obtaining psychiatric CL services to a small hospital without its own local CL service.

**DEVIDO ET AL.**

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01/17/18. For personal use only.

## Materials and Methods

In 2013, UCSF embarked on a broader mission of promotion of telemedicine throughout the hospital system, both to support the increased need for inpatient consulting services anticipated with the 2015 opening of Mission Bay and to enhance its relationships with distant referral partners. As part of this greater endeavor and facilitated by one of this author group's prior experience operating telemedicine programs, the Department of Psychiatry and the newly formed UCSF Telehealth Resource Center designed a telemedicine CL model for Mount Zion, whereby the Parnassus campus CL physicians would use telemedicine as the primary method for CL support of Mount Zion. This study was approved by the UCSF Committee on Human Research (equivalent to the Institutional Review Board).

Cameras were located in the offices at the Parnassus campus for the four CL physicians, and an additional camera was installed in the CL residents' office to encourage resident participation in the consultations. The two floors at Mount Zion (one housed each inpatient unit) each were equipped with a mobile telemedicine cart. Each floor had a resource nurse who was trained in the operation of the cart and who managed scheduling and physically moving the cart to the patient's room, preparing the patient, establishing connection to Parnassus, and then terminating the connection at the end of the session. The resource nurse remained available to the CL physician in case of technical or logistical problems.

The carts contained a 12× camera, a wide-area microphone, flat-panel video display, and speakers. They operated on either a wired or wireless network and could be easily switched between the two. Because the cart was also used for teleconsultations in specialties other than psychiatry, it also contained a high-resolution hand-held examination camera and a digital stethoscope.

CL physicians used Cisco (San Jose, CA) Jabber® software from personal computers equipped with high-end consumer-quality Web cameras. In addition to providing standard two-way audio and video communication, Jabber also permitted CL physicians to remotely pan, tilt, or zoom the patient-side camera. This functionality allowed CL physicians to examine the entire patient room, including viewing personal items such as books or magazines located on trays, beds, or shelf tops in the room. Panning would also allow for determining if other persons such as family or friends were in the room and enable interviewing of these persons when collateral was needed.

The method for accessing consultation was similar to that used at the Parnassus campus. The referring physician would ascertain the need for a psychiatric consultation and call the CL service pager to request a consult, simultaneously entering a consult order in the electronic medical record. The physician to see the case would schedule a time and then call the resource nurse to set up the camera care and to prepare the patient as described above. Initially, telepsychiatry was not available to covering physicians on weekends and holidays; hence, in some instances a consultation performed by a covering physician would be in-person, and then the follow-up would be performed via telepsychiatry (*Table 1*).

Patients were advised that the telemedicine method was the routine process for consultation and by this process obtained consent for the telemedicine consult. The patient (per UCSF policy and California law) needed to verbally consent to the telemedicine consult method; a brief note to this effect was included in the chart documentation. This charting facilitated later extraction of data by a search for the term "telemedicine" in the medical record.

## Results

From initial rollout of the project in 2013 through the closure of the Mount Zion inpatient units, in total, 30 patients were seen for initial evaluation using interactive video; 17 patients received follow-up sessions using this technology. The case mix of these cases was as follows:

Consistent with previously published clinic/outpatient data, we found the use of telepsychiatry widely applicable in addressing a diverse range of patients presenting with a variety of consultation questions in the hospital setting. The majority of the consultations were performed on patients admitted to medical and surgical units; however, consultation in the intensive care unit setting, although less commonly requested, was also viable. Most commonly, consultation requests were to evaluate and provide management recommendations for depression, dementia, and anxiety, a distribution that is consistent with our in-person consultation service at the UCSF Parnassus campus, although not formally examined. The vast majority of consultations resulted in recommendations involving medication changes. These changes recommended ranged from clozapine titrations to initiation of antidepressant and antipsychotic medications to discontinuation of medications. A significant number of patients received at least one follow-up telepsychiatry encounter, with patient discharge or no further intervention needed being the two most common reasons for absence of follow-up.

In assessment of dementia and/or delirium patients, we found that we were able to accomplish cognitive test items reliably, by using the camera function for those test items requiring the patient to interpret a physical image or by enlisting the help of the resource nurse to provide standardized images to the patient. Resource nurses also aided in those

© MARY ANN LIEBERT, INC.

## TELEPSYCHIATRY INPATIENT CONSULTATIONS

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01/17/18. For personal use only.

**Table 1. Characteristics of Sample**

| CHARACTERISTIC | TOTAL SAMPLE (N = 30) |
|---|---|
| Age (years) | 54 ± 19.4 |
| Oldest (years) | 87 |
| Youngest (years) | 19 |
| Female | 15 (50%) |
| Location | |
| Medical/surgical units | 29 (96.7%) |
| Intensive care units | 1 (3.3%) |
| After initial *telepsychiatry* evaluation, number of patients who received | |
| One or fewer follow-up *telepsychiatry* session | 13 (43.3%) |
| An *in-person* follow-up session | 1 (3.3%) |
| At least *two or more* follow-up *telepsychiatry* sessions | 5 (16.7%) |
| After initial *in-person* evaluation, number of patients who received a follow-up *telepsychiatry* session | 4 (13.3%) |
| Consult issue/diagnosis[a] | |
| Depression | 7 |
| Dementia | 6 |
| Anxiety | 4 |
| Delirium/altered mental status | 3 |
| Bipolar disorder | 2 |
| Adjustment disorder | 2 |
| Psychotic disorder NOS | 2 |
| Safety assessment (suicidal ideation) | 2 |
| Capacity evaluation | 1 |
| Chronic pain | 1 |
| Schizoaffective disorder | 1 |
| Recommendations stemming from consultation[b] | |
| Medication changes | 24 |
| Refer to social work/case management | 4 |
| Inpatient psychiatric admission/placement of involuntary psychiatric hold (5150) | 2 |
| Discontinue psychiatric hold | 1 |

[a]Totals are greater than 30 because in some instances multiple questions were asked by consulting teams; hence, percentages are also not provided.

[b]Totals are greater than 30 because in some instances multiple recommendations were made in response to consulting teams' questions; hence, percentages are also not provided.

NOS, not otherwise specified.

sections of the cognitive exam that required the patient to produce images (e.g., clock drawing, copying of cube) by providing pen and paper while we explained the tasks from our remote location. We used the same protocol in evaluating patients located in the intensive care unit.

In the case of patients needing to be placed on psychiatric commitment orders, we were able to accomplish the legal notification via telemedicine (with communication to the resource nurse and referring physician) and deliver the official document for this later by fax.

## Discussion

The provision of telepsychiatry service in this way can be considered part of an expansion of the CL psychiatry services paradigm.[17] Historically, telemedicine psychiatry consults have often been driven by rural care service needs (where medical specialists are not locally available). Our study demonstrates that the use of telemedicine technology for psychiatric evaluation can be extended to traditional inpatient psychiatry CL services in an analogous fashion, particularly when there are structural and logistical barriers to providing inpatient CL care in an in-person model.

Therefore, the delivery of inpatient psychosomatic services via telemedicine is an obvious "next step" for the use of telemedicine technology in psychiatry. To date, no articles have documented the use of teleconference technology in the context of CL psychiatry to medical surgical units; therefore the boundaries for application of this technology are not well established/documented. In the changing medical landscape there is increasing interest in expanding the reach of specialty psychiatric expertise, with teleconference technology being a potential mechanism for meeting this challenge.

Not surprisingly, there were challenges encountered in this project. Technological challenges included getting reliable operation of the cameras and software at the Parnassus site (this was infrequent). A more substantive and ongoing challenge was the integrity of the image and audio at the Mount Zion site. The Mount Zion hospital is an older structure with less than contemporary Wi-Fi access. As such, in some cases there was signal loss during session, requiring reboot and other work modifications. In 2 cases, the audio feed was compromised by Wi-Fi connectivity problems, and the consult was achieved through a simultaneous combination of bedside telephone and video feed.

There were some professional challenges. Some physicians and social workers at the Mount Zion campus, although aware of the benefit of more prompt consultation by this method, objected to the use of telemedicine for (stated) concerns that "how can you evaluate a psychiatric patient by video?" These

**DEVIDO ET AL.**

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01/17/18. For personal use only.

objections were relatively infrequent and not problematic. It is interesting that there were no cases of patients *a priori* objecting to the telemedicine consult. There was 1 patient with paranoid ideation (who had consented initially to the consult) who, during the session, was fearful of communication involving a camera and was then (later) seen face-to-face. However, the paranoia evident in the process of trialing the telemedicine interface nonetheless provided valuable clinical data regarding the extent and severity of the patient's psychotic symptoms. The referring physicians initially questioned if the image quality was adequate to interpret subtle physical findings. In fact, even subtle physical findings (e.g., mild oral tardive dyskinesia) were quite evident, and one consult was called for primarily for the evaluation of tardive dyskinesia, which the consultant was able to do easily.

Telepsychiatry can be used in a range of clinical venues by CL psychiatrists. The current study, although of small scale and preliminary, supports that telemedicine can be used successfully in an inpatient CL context. With solution of administrative, technical, and logistical barriers, telemedicine represents a plausible option to the problem of providing inpatient CL services to hospitals without local and/or immediately accessible CL resources. Paralleling the largely successful and acceptable use of telemedicine for outpatient psychiatry, telemedicine for inpatient CL psychiatry represents a viable model and an additional method to deliver inpatient CL services. This was a method for psychiatry residents and medical students to be introduced to telemedicine technology that may spark their interest in other psychiatric applications of telemedicine. From an institutional perspective, the Department of Psychiatry as an "early adopter" of telemedicine encouraged other consult services to consider telemedicine as well.

## Conclusions

Telemedicine can be a practical means of delivery of CL psychiatry services to general hospital patients. Administrative and policy leaders may consider telemedicine as a viable alternative method for in-hospital consultations in venues where face-to-face encounters face significant logistical barriers.

## Disclosure Statement

No competing financial interests exist.

### REFERENCES

1. Hilty DM, Yellowlees PM, Cobb HC, Bourgeois JA, Neufeld JD, Nesbitt TS. Models of telepsychiatric consultation–liaison service to rural primary care. *Psychosomatics* 2006;47:152–157.

2. Hilty DM, Ferrer DC, Parish MB, Johnston B, Callahan EJ, Yellowlees PM. The effectiveness of telemental health: A 2013 review. *Telemed J E Health* 2013;19:444–454.

3. Office of Rural Health, Department of Veterans Affairs. Fact sheet: Information about the Office of Rural Health and rural veterans. 2013. Available at www.ruralhealth.va.gov/docs/factsheets/ORH_FactSheet_General_April2013.pdf (last accessed October 10, 2015).

4. Deen TL, Godleski L, Fortney JC. A description of telemental health services provided by the Veterans Health Administration in 2006–2010. *Psychiatr Serv* 2012;63:1131–1133.

5. Grubbs KM, Fortney JC, Dean T, William JS, Godleski L. A comparison of mental health diagnoses treated via interactive video and face to face in the Veterans Healthcare Administration. *Telemed J E Health* 2015;21:564–566.

6. Frueh C, Henderson S, Myrick H. Telehealth service delivery for persons with alcoholism. *J Telemed Telecare* 2005;11:372–375.

7. Stain HJ, Payne K, Thienel R, Michie P, Carr V, Kelly B. The feasibility of videoconferencing for neuropsychological assessments of rural youth experiencing early psychosis. *J Telemed Telecare* 2011;17:328–331.

8. Godleski L, Nieves JE, Darkins A, Lehmann L. VA telemental health: Suicide assessment. *Behav Sci Law* 2008;26:271–286.

9. Thompson TL, Folks DG, Silverman JJ. Challenges and opportunities for consultation–liaison psychiatry in the managed care environment. *Psychosomatics* 1997;38:70–75.

10. Sorvaniemi M, Ojanen E, Amaki O. Telepsychiatry in emergency consultations: A follow-up study of sixty patients. *Telemed J E Health* 2005;11:439–441.

11. Seidel RW, Kilgus MD. Agreement between telepsychiatry assessment and face-to-face assessment for emergency department psychiatry patients. *J Telemed Telecare* 2014;20:59–62.

12. Johnston D, Jones BN 3rd. Telepsychiatry consultation to a rural nursing facility: A 2-year experience. *J Geriatr Psychiatry Neurol* 2001;14:72–75.

13. Mielonen M-L, Ohinmaa A, Moring J, Isohanni M. Psychiatric inpatient care planning via telemedicine. *J Telemed Telecare* 2000;6:152–157.

14. Craig J, Chua R, Russell C, Wootton R, Chant D, Patterson V. A cohort study of early neurological consultation by telemedicine on the care of neurological inpatients. *J Neurol Neurosurg Psychiatry* 2004;75:1031–1035.

15. Hubble JP, Pahwa R, Michalek DK, Thomas C, Koller WC. Interactive videoconferencing: A means of providing interim care to Parkinson's disease patients. *Mov Disord* 1993;8:380–382.

16. Menon PR, Stapleton RD, McVeigh U, Rabinowitz T. Telemedicine as a tool to provide family conferences and palliative care consultations in critically ill patients at rural health care institutions: A pilot study. *Am J Hosp Palliat Care* 2015;32:448–453.

17. Bourgeois JA, Hilty DM, Klein SC, Koike AK, Servis ME, Hales RE. Expansion of the consultation–liaison psychiatry paradigm as a university medical center: Integration of diversified clinical and funding models. *Gen Hosp Psychiatry* 2003;25:262–268.

Address correspondence to:
*James A. Bourgeois, OD, MD*
*Department of Psychiatry*
*University of California, San Francisco*
*401 Parnassus Avenue*
*San Francisco, CA 94143*

*E-mail:* james.bourgeois@ucsf.edu

*Received:* July 9, 2015
*Revised:* October 13, 2015
*Accepted:* October 13, 2015

© MARY ANN LIEBERT, INC.

Case 2:90-cv-00520-KJM-SCR    Document 5873-1    Filed 08/03/18    Page 13 of 168

2/15/2018                            What About Telepsychiatry? A Systematic Review



THE PRIMARY CARE COMPANION
TO THE JOURNAL OF CLINICAL PSYCHIATRY
OFFICIAL JOURNAL OF THE ASSOCIATION OF MEDICINE AND PSYCHIATRY

Prim Care Companion J Clin Psychiatry. 2010; 12(2): PCC.09m00831.      PMCID: PMC2911004
doi: 10.4088/PCC.09m00831whi

## What About Telepsychiatry? A Systematic Review

Francisca García-Lizana, MD, PhD[✉] and Ingrid Muñoz-Mayorga, MS

Health Technology Assessment Agency, Instituto de Salud Carlos III, Science and Innovation Ministry, Madrid, Spain (Dr García-Lizana and Ms Muñoz-Mayorga)
[✉]Corresponding author.
**Corresponding author:** Francisca García-Lizana, MD, PhD, C/Sinesio Delgado 4, pab 4, 28029 Madrid, Spain (fglizana@hotmail.com).

Received 2009 Apr 28; Accepted 2009 Jun 18.

Copyright © 2010, Physicians Postgraduate Press, Inc.

## Abstract

### Background:

Mental illness has become a significant worldwide health issue in recent years. There is presently insufficient evidence to definitively determine the clinical effectiveness and cost-effectiveness of different health care models. The objective of this study was to evaluate the effectiveness of videoconferencing in mental illness.

### Data Sources:

Literature searches were performed in Medline, EMBASE, PsycINFO, Centre for Reviews and Dissemination, and The Cochrane Library Controlled Trial Registry databases (1997–May 2008). A search of the following terms was used: *e-health, mental disorders* (MeSH term), *mental health* (MeSH term), *mental health services* (MeSH term), *telecare, teleconsultation, telehome, telemedical, telemedicine, telemental, telepsychiatric, telepsychiatry, televideo, videoconference, and videophone*.

### Study Selection:

Type of disease, interventions, and clinical outcomes or patient satisfaction were identified. Exclusion criteria included studies that did not analyze intervention outcomes and studies with a sample size of fewer than 10 cases. Peer review and quality assessment according to Cochrane recommendations were required for inclusion.

### Data Extraction/Synthesis:

Of 620 identified articles, 10 randomized controlled trials are included (1,054 patients with various mental disorders). There were no statistically significant differences between study groups for symptoms, quality of life, and patient satisfaction.

### Conclusions:

There is insufficient scientific evidence regarding the effectiveness of telepsychiatry in the management of mental illness, and more research is needed to further evaluate its efficiency. However, there is a strong hypothesis that videoconference-based treatment obtains the same results as face-to-face therapy and that telepsychiatry is a useful alternative when face-to-face therapy is not possible.

Case 2:90-cv-00520-KJM-SCR   Document 5873-1   Filed 08/03/18   Page 14 of 168

2/15/2018                          What About Telepsychiatry? A Systematic Review

Mental illness has become a significant worldwide health issue in recent years. By 2020, it is projected that the burden of mental and neurologic disorders will have increased to 15%.[1] The widespread and pervasive nature of mental illness, and many nations' limited ability to recognize and treat such conditions, has led the World Health Organization to attempt to increase international awareness of the dangers and prevalence of mental illness. Thus, it is clear that most people with mental disorders remain either untreated or poorly treated.[2] It is therefore critical to develop more effective mental health service delivery systems to enhance treatment access and quality.[3]

There is presently insufficient evidence to definitively determine the clinical effectiveness and cost-effectiveness of different health care models.[4] Nevertheless, there is a trend toward collaborative care models, including those incorporating a case management approach and/or using the services of a care manager or primary mental health care worker, showing some modest benefit, at least in the short term.[4] In addition, telephone care management interventions appear to be of some benefit to patients with mild-to-moderate mental health problems; however, telehealth care may be a more effective model of service delivery if combined with delivering specific interventions of proven effectiveness, such as cognitive-behavioral therapy.[4]

Videoconferencing plays an important role in most telemedicine initiatives.[5] Medical and mental health services often are inadequate in remote geographical areas with few specialist providers. Telepsychiatry provides clinical, consultative, and educational services to populations in remote regions and other isolated groups.[6] Telepsychiatry, in the form of videoconferencing, has been well received in terms of increasing access to care and user satisfaction.[7] Questions persist, however, about its effectiveness, because there are few clinical outcome studies[8] and limited patient populations for whom telepsychiatry is most suitable.[9]

The objective of this review is to evaluate the effectiveness of telepsychiatric services delivered via videoconferencing techniques.

## METHOD

### Literature Search

Computerized literature searches were performed in Medline, EMBASE, PsycINFO, Centre for Reviews and Dissemination, and The Cochrane Library Controlled Trial Registry databases (1997–May 2008), in addition to a manual search of the identified meta-analyses and systematic reviews. A search of the following terms was used: *e-health, mental disorders* (MeSH term), *mental health* (MeSH term), *mental health services* (MeSH term), *telecare, teleconsultation, telehome, telemedical, telemedicine, telemental, telepsychiatric, telepsychiatry, televideo, videoconference, and videophone.*

---

**Clinical Points**

♦ Videoconference seems to be a useful tool for diagnosis, treatment, and follow-up of patients in remote areas.
♦ Telepsychiatry improves symptoms in various mental disorders.
♦ The main barrier to successful telepsychiatry implementation is professional acceptance.

---

Articles included in this review were selected on the basis of the following criteria: (1) design: randomized controlled trial (RCT) assessing any kind of intervention applying videoconferencing to manage mental illness versus face-to-face assessment; (2) participants: patients with mental disorders (according to *DSM-IV* definitions) who directly used the technology; (3) outcomes: studies must have included information on

clinical outcomes (symptoms, quality of life, treatment adherence, laboratory data) or patient satisfaction; and (4) technology: use of videoconference or televideo. Exclusion criteria consisted of studies that did not analyze intervention outcomes in patients, studies with a sample size of fewer than 10 cases in each comparison group, and studies in which the intervention was only phone based or preventive.

### Selection of Publications and Extraction of Data

Initial screening of identified articles was based on their abstracts. Articles lacking an electronic abstract were initially excluded. Studies satisfying the inclusion criteria were thoroughly and independently examined by 2 reviewers with experience in data extraction in order to avoid double publication or redundancies as well as to assess the study quality using accepted criteria.[10,11] If disagreements arose, they were resolved by consensus.

## RESULTS

Of the 620 references identified in the systematic search, 11 articles that met the inclusion and study quality criteria were selected, corresponding to 10 RCTs (Figure 1). Five of the trials were from the United States, 4 from Canada, and 1 from Spain. The main characteristics of these trials and their results can be found in Table 1.

The analyzed results originated from a total of 1,054 patients with various mental illnesses. The disorders studied by the 10 RCTs included multiple diseases (4), most often patients from general psychiatric services[5,12–14]; depression (2)[15,16]; panic disorder (1)[17]; posttraumatic stress disorder (1)[18,19]; bulimia nervosa (1)[20]; and schizophrenia (1).[21]

In general, the objective of each RCT was to assess the diagnosis and follow-up using videoconference versus face-to-face assessment. Five RCTs used cognitive-behavioral therapy, while the rest did not specify a psychotherapeutic approach.

Seven studies[5,13,15–18,20] with a total of 969 patients (474 from the telepsychiatry group and 495 from the control group) were considered in the evaluation of symptoms. As can be seen in Table 1, the intervention group's symptoms did not show statistically significant differences compared to those of the control group.

Seven studies[12–16,18,21] directly evaluated patient satisfaction with the conducted programs. There were no differences between the groups, although it is unclear if satisfaction was generated by the program or the technology. Only Nelson et al[15] and Ruskin et al[16] have published data on patient satisfaction with the utilized technology and its quality. In both cases, patients appeared satisfied. Professional satisfaction was evaluated in only 2 RCTs,[14,21] and both found the lowest level of satisfaction to be in the videoconferencing group.

Three studies evaluated quality of life. The interventions analyzed in this study have not produced a significant difference in quality of life between study groups.[13,16,20]

Regarding treatment adherence, Frueh et al[19] reported better outcomes in the control group ($P < .04$), and Ruskin et al[16] showed a statistically insignificant difference from the control group.

## DISCUSSION

Establishing systems for patient care in psychiatry using videoconferencing is feasible, but there is little evidence of clinical benefits. The studies provided positive results for outcomes such as symptoms, quality of life, patient satisfaction, and treatment adherence. However, the evidence regarding cost-effectiveness is poor. Videoconferencing seemed to improve accessibility to services, serve an educational function, and

produce savings of time, costs, and travel.[22] However, these findings should be clearly demonstrated in future research.

The results of this review show that the available evidence on the effectiveness of telepsychiatry programs is limited in general. However, in agreement with other authors,[8,9,22–26] we believe all data point toward videoconferencing as feasible and effective. Patients reported high levels of satisfaction with the process. In addition, no RCT showed complications, so we think telepsychiatry is safe. Although these results need to be confirmed over the long term, we believe telepsychiatry should play a main role in redesigning health systems in order to improve the quality of care for patients with mental disorders.

Another aspect to consider in assessment of telepsychiatry effectiveness is the rapid advancement in technology, as image quality and bit rate are improving every day. It is probable that the same interventions with better technologies will improve the results.

In spite of the fact that only 2 RCTs[14,15] studied children, the results indicated that cooperation of both child and parent, clear communication of treatment recommendations, involvement of the school and local health providers, stability of the agencies, and availability of services were key components of successful implementation of recommendations.[22,27]

Telepsychiatry appears to be a reasonable alternative for situations in which it is difficult or impractical to arrange face-to-face assessments. Whether telepsychiatry can replace face-to-face assessment for ongoing therapy requires more study. If telepsychiatry and face-to-face assessments are found to be similar, then there is no a priori reason to dismiss the idea that telepsychiatry may serve as a replacement for face-to-face assessment for ongoing therapy in certain situations. We may see the development of a hybrid model in which continuing treatment might be conducted via telepsychiatry. Rigorous studies are needed to perform complete economic evaluations, to further describe the interventions, to carry out cost calculations, and to establish a sufficient follow-up period to verify treatment results over time. Potential benefits of telepsychiatry in this area are clear: the possibility of permanently providing educational and orientation programs for patients and an obvious improvement in accessibility to health care services.[28]

The limitations of this study are due partly to the quality of the included RCTs, the variability of the interventions, and the heterogeneity of the follow-up periods, including the loss of follow-up in several of the analyzed RCTs.

In conclusion, there is insufficient scientific evidence regarding the effectiveness of telepsychiatry in the management of mental illness, and more research is needed to further evaluate its efficiency. However, health care providers, health care managers, and politicians have a big challenge: provide medical and mental health care in remote geographical areas or without dangerous delays, as per the ethical principle of equality and universal rights for all citizens. In our opinion, there is a strong hypothesis that videoconference-based treatment produces the same results as face-to-face therapy and that telepsychiatry is a useful alternative when face-to-face therapy is not available.

*Author contributions:* Dr García-Lizana was responsible for project conception and design, analysis, and interpretation of data and provided final approval of the article. Ms Muñoz-Mayorga was responsible for analysis and interpretation of data and provided final approval of the article.

*Potential conflicts of interest:* The authors report no financial or other affiliations relevant to the subject of this article.

*Funding/support:* This work was supported by the Quality Plan for National Health Service, Health Ministry of Spain, Madrid.

## Acknowledgments

The authors thank Raimundo Alcázar, BS, for his collaboration in the literature search and Andrew Blakely (medical student and scholarship holder) for English review (both from Health Technology Assessment Agency, Madrid, Spain). Mssr Alcázar and Blakely have no financial or other affiliations relevant to the subject of this article.

## REFERENCES

1. World Health Organization. The World Health Report: Mental Health: New Understanding, New Hope. Geneva, Switzerland: World Health Organization; 2001.

2. Kao SC, Lin CE, Chiu NY. A proposed e-care center for mental health interventions. J Psychiatr Pract. 2006;12(3):180–186. [PubMed: 16732139]

3. Wang PS, Lane M, Olfson M, et al. Twelve-month use of mental health services in the United States: results from the National Comorbidity Survey Replication. Arch Gen Psychiatry. 2005;62(6):629–640. [PubMed: 15939840]

4. Doughty C. Effective models of mental health service provision and workforce configuration in the primary care setting New Zealand Health Technology Assessment (NZHTA) Technical Brief Series. 2006. Available at: http://nzhtachmedsacnz/publications/mental_healthpcpdf.

5. De Las Cuevas C, Arredondo MT, Cabrera MF, et al. Randomized clinical trial of telepsychiatry through videoconference versus face-to-face conventional psychiatric treatment. Telemed J E Health. 2006;12(3):341–350. [PubMed: 16796502]

6. McLaren P, Ball CJ, Summerfield AB, et al. An evaluation of the use of interactive television in an acute psychiatric service. J Telemed Telecare. 1995;1(2):79–85. [PubMed: 9375124]

7. De Las Cuevas C, Artiles J, De La Fuente J, et al. Telepsychiatry in the Canary Islands: user acceptance and satisfaction. J Telemed Telecare. 2003;9(4):221–224. [PubMed: 12952693]

8. Hilty DM, Marks SL, Urness D, et al. Clinical and educational telepsychiatry applications: a review. Can J Psychiatry. 2004;49(1):12–23. [PubMed: 14763673]

9. Norman S. The use of telemedicine in psychiatry. J Psychiatr Ment Health Nurs. 2006;13(6):771–777. [PubMed: 17087682]

10. Imaz I, González E, Alcaide JF. Guía para la elaboración de Informes de Evaluación de Tecnologías Sanitarias 19. Madrid, Spain: Agencia de Evaluación de Tecnologías Sanitarias, Instituto de Salud Carlos III; 1999.

11. Jadad AR, Moore RA, Carroll D, et al. Assessing the quality of reports of randomized clinical trials: is blinding necessary? Control Clin Trials. 1996;17(1):1–12. [PubMed: 8721797]

12. Bishop JE, O'Reilly RL, Maddox K, et al. Client satisfaction in a feasibility study comparing face-to-face interviews with telepsychiatry. J Telemed Telecare. 2002;8(4):217–221. [PubMed: 12217104]

13. O'Reilly R, Bishop J, Maddox K, et al. Is telepsychiatry equivalent to face-to-face psychiatry? results from a randomized controlled equivalence trial. Psychiatr Serv. 2007;58(6):836–843. [PubMed: 17535945]

14. Stevens A, Doidge N, Goldbloom D, et al. Pilot study of televideo psychiatric assessments in an underserviced community. Am J Psychiatry. 1999;156(5):783–785. [PubMed: 10327917]

15. Nelson EL, Barnard M, Cain S. Treating childhood depression over videoconferencing. Telemed J E Health. 2003;9(1):49–55. [PubMed: 12699607]

16. Ruskin PE, Silver-Aylaian M, Kling MA, et al. Treatment outcomes in depression: comparison of remote treatment through telepsychiatry to in-person treatment. Am J Psychiatry. 2004;161(8):1471–1476.

[PubMed: 15285975]

17. Bouchard S, Paquin B, Payeur R, et al. Delivering cognitive-behavior therapy for panic disorder with agoraphobia in videoconference. Telemed J E Health. 2004;10(1):13–25. [PubMed: 15104911]

18. Frueh BC, Monnier J, Yim E, et al. A randomized trial of telepsychiatry for post-traumatic stress disorder. J Telemed Telecare. 2007;13(3):142–147. [PubMed: 17519056]

19. Frueh BC, Monnier J, Grubaugh AL, et al. Therapist adherence and competence with manualized cognitive-behavioral therapy for PTSD delivered via videoconferencing technology. Behav Modif. 2007;31(6):856–866. [PubMed: 17932240]

20. Mitchell JE, Crosby RD, Wonderlich SA, et al. A randomized trial comparing the efficacy of cognitive-behavioral therapy for bulimia nervosa delivered via telemedicine versus face-to-face. Behav Res Ther. 2008;46(5):581–592. [PMCID: PMC2633728] [PubMed: 18374304]

21. Manguno-Mire GM, Thompson J, Jr, Shore JH, et al. The use of telemedicine to evaluate competency to stand trial: a preliminary randomized controlled study. J Am Acad Psychiatry Law. 2007;35(4):481–489. [PubMed: 18086740]

22. Pesämaa L, Ebeling H, Kuusimäki ML, et al. Videoconferencing in child and adolescent telepsychiatry: a systematic review of the literature. J Telemed Telecare. 2004;10(4):187–192. [PubMed: 15273027]

23. Hyler SE, Gangure DP, Batchelder ST. Can telepsychiatry replace in-person psychiatric assessments? a review and meta-analysis of comparison studies. CNS Spectr. 2005;10(5):403–413. [PubMed: 15858458]

24. Frueh BC, Deitsch SE, Santos AB, et al. Procedural and methodological issues in telepsychiatry research and program development. Psychiatr Serv. 2000;51(12):1522–1527. [PubMed: 11097648]

25. Hilty DM, Luo JS, Morache C, et al. Telepsychiatry: an overview for psychiatrists. CNS Drugs. 2002;16(8):527–548. [PubMed: 12096934]

26. Monnier J, Knapp RG, Frueh BC. Recent advances in telepsychiatry: an updated review. Psychiatr Serv. 2003;54(12):1604–1609. [PubMed: 14645799]

27. Boydell KM, Volpe T, Kertes A, et al. A review of the outcomes of the recommendations made during pediatric telepsychiatry consultations. J Telemed Telecare. 2007;13(6):277–281. [PubMed: 17785023]

28. García-Lizana F, Sarría-Santamera A. New technologies for chronic disease management and control: a systematic review. J Telemed Telecare. 2007;13(2):62–68. [PubMed: 17359568]

## Figures and Tables

## Figure 1



Literature Selection for the Systematic Review

Abbreviation: RCT = randomized controlled trial.

**Table 1**

Randomized Controlled Trials Included in the Systematic Review

| Study (location) | Kind of Disorder, n (intervention/control) | Quality Assessment | Intervention | Age, y (follow-up) | Results |
|---|---|---|---|---|---|
| Stevens et al, 1999 (Canada)[14] | Multiple, 40 (20/20) | 1 | Objectives: diagnosis and follow-up; Program: NSp; Duration: NSp | < 18 (NSp) | Patient satisfaction: NS; Professional satisfaction: worse in intervention group (P < .001) |
| Bishop et al, 2002 (Canada)[12] | Multiple, 24 (11/10) | 3 | Objectives: diagnosis and follow-up; Program: NSp; Duration: 4 mo | > 18 (4 mo) | Satisfaction: NS |
| De Las Cuevas et al, 2006 (Spain)[5] | Multiple, 140 (70/70) | 1 | Objectives: diagnosis, treatment, and follow-up; Program: CBT and prescription; Duration: >8 sessions of 30 min in 24 wk | All ages (24 wk) | Symptoms: pre/post intervention: improvement in intervention and control groups (P < .001); intervention/control: NS; Treatment: prescription similar in both groups |
| O'Reilly et al, 2007 (Canada)[13] | Multiple, 495 (241/254) | 1 | Objectives: diagnosis and follow-up; Program: treatment management, psychoeducation, counseling, and short-time consults; Duration: 4 mo | 18–65 (12 mo) | Symptoms improve in intervention vs control: NS; Quality of life: NS; Satisfaction: NS; Cost: 10% less expensive on average in intervention group; Hospitalization: during 12 mo, NS |
| Nelson et al, 2003 (United States)[15] | Depression, 28 (14/14) | 3 | Objectives: diagnosis and treatment; Program: CBT; Duration: 1 session/wk with children and parents for 8 wk | 8–14 (8 wk) | Symptoms: better in intervention group (P < .05); Telepsychiatry satisfaction: high |
| Ruskin et al, 2004 (United States)[16] | Depression, 119 (59/60) | 3 | Objectives: education and treatment; Program: treatment management, | Mean: 49.7 (6 mo) | Symptoms and quality of life: NS; Adherence: NS |

| Study (location) | Kind of Disorder, n (intervention/control) | Quality Assessment | Objectives and program | Age, y (follow-up) | Results |
|---|---|---|---|---|---|
| | | | | | Telepsychiatry satisfaction: patients, NS; therapist, better in control group ($P < .05$) |
| | | | Duration: 8 sessions of 20 min for 26 wk (wk 1, 3, 7, 11, 15, 19, and 26) | | Cost: lower in control group ($P < .001$) |
| Bouchard et al, 2004 (Canada)[17] | Panic with agoraphobia, 21 (11/10) | 3 | Objectives: treatment | 24–63 (6 mo) | Symptoms: pre/post and 6 mo, NS |
| | | | Program: CBT, psychoeducation | | Panic attack frequency: lower in intervention group ($P < .05$) |
| | | | Duration: 1 session/wk for 12 wk | | |
| Frueh et al, 2007 (United States)[18,19] | Posttraumatic stress disorder, 38 (17/21) | 2 | Objectives: treatment | Mean: 56 (3 mo) | Symptoms: NS (posttest and follow-up) |
| | | | Program: CBT for war veterans | | Overall satisfaction: NS |
| | | | Duration: sessions of 90 min/wk for 14 wk | | Adherence to treatment: better in control group (P = .04) |
| | | | | | Adherence to sessions: NS |
| | | | | | Competence of treatment: NS |
| Mitchell et al, 2008 (United States)[20] | Bulimia/eating disorder, 128 (62/66) | 3 | Objectives: treatment | ≥ 18 (12 mo) | Symptoms: NS at 3 mo; better in control group at 12 mo |
| | | | Program: CBT | | Quality of life: NS |
| | | | Duration: 20 sessions of 30 min each over 16 wk | | Illness knowledge: better in control group ($P < .001$) |
| | | | | | Depression: lower in control group ($P < .037$) |
| Manguno-Mire et al, 2007 (United States)[21] | Schizophrenia spectrum, 21 (11/10) | 1 | Objectives: mental competency evaluation for trial | Mean: 42(NSp) | Diagnosis capacity: NS |
| | | | Program: application of a competency test | | Satisfaction: patients, NS; therapist, less in intervention group (P = .009) |
| | | | Duration: 30 min | | |

Abbreviations: CBT = cognitive-behavioral therapy, NS = not significant, NSp = not specified.

Articles from Primary Care Companion to The Journal of Clinical Psychiatry are provided here courtesy of

**Physicians Postgraduate Press, Inc.**

**BRIEF REPORTS**

# An Experimental Comparison of Telepsychiatry and Conventional Psychiatry for Parolees

David Farabee, Ph.D., Stacy Calhoun, M.A., Robert Veliz, M.P.H.

**Objective:** Many offenders treated for psychiatric disorders while incarcerated are paroled to counties where psychiatric care is limited, leading some correctional departments to offer psychiatric treatment via videoconferencing ("telepsychiatry"). However, the effectiveness of telepsychiatry for offenders with psychiatric disorders has not been rigorously evaluated.

**Methods:** In this randomized field experiment, the authors compared the effectiveness of telepsychiatry and in-person psychiatric sessions (treatment as usual) among 71 parolees receiving outpatient psychiatric treatment over a six-month period. Satisfaction with treatment, therapeutic alliance, medication adherence, and psychological functioning were measured. Follow-up data were collected from 60 of

the 71 (85%) patients (N=20, telepsychiatry; N=40, control condition).

**Results:** Findings revealed high satisfaction with telepsychiatry overall and no significant group differences in medication adherence or psychological functioning. However, telepsychiatry patients reported lower levels of therapeutic alliance at follow-up.

**Conclusions:** Telepsychiatry appeared to be an acceptable and effective approach for providing psychiatric care for this population.

*Psychiatric Services 2016; 67:562–565; doi: 10.1176/appi.ps.201500025*

The prevalence of psychiatric disorders is significantly higher among jail and prison inmates than among the general population; 40% of Americans with serious mental health problems have been involved with the criminal justice system at some point in their lives (1,2). Rates of serious mental health problems during the past year are two to three times higher among probationers and parolees compared with the general population (3). Treatment for offenders with psychiatric disorders is often unavailable or inconsistent, especially in states with rural populations that are distant from clinical services. One solution to this problem has been to provide such services via telemedicine.

Broadly speaking, telemedicine encompasses all of the health care, education, information, and administrative services that can be transmitted over distances via telecommunication technologies, including Internet-based media and cell phone. (In the context of this study, telepsychiatry specifically refers to the use of videoconferencing with high-bandwidth Internet services.) The use of telepsychiatry has been shown to increase access to care (4,5), and it can be an effective means for diagnosing psychiatric disorders, including disorders among adults and elderly persons being treated in emergency rooms and domiciliary care facilities (6,7). But the appropriateness of this approach for parolees has yet to be established (8).

A recent literature review indicates that although telepsychiatry is effective for assessing psychiatric disorders among certain populations, questions remain about the effectiveness of such treatment with underserved communities because of a paucity of randomized clinical trials (8). Similarly, after conducting a comprehensive review of all telepsychiatry studies published between 1970 and 2000, Monnier and colleagues (7) concluded, "Although these studies appear promising, they are often limited by their lack of methodologically sound approaches. Overall, research is still lacking in this field that includes reliable baseline data gathered before the implementation of programs, evaluation of clinical outcomes, randomized experimental designs with appropriate control groups, cost analyses, and determination of the effectiveness and efficacy of telepsychiatry for specific patient populations."

Experts in forensic treatment have called for randomized controlled trials that evaluate the effectiveness of telepsychiatry among offenders under community supervision, but our review of the literature revealed that little progress has been made in reaching that goal (8). Consequently, we sought to contribute to this literature by conducting a randomized comparison of clinical outcomes among parolees receiving telepsychiatry or in-person care.

## METHODS

Participants were parolees (N=104) residing in the state of California who were referred to outpatient psychiatric care for the duration of their parole supervision. Participants were recruited from two parole outpatient clinics, and 92% (N=104) of the 114 individuals who were invited to participate agreed to do so. Nearly three-quarters of the participants were male (N=77, 74%), and their mean±SD age was 38.1±10.3 years. The majority (N=40, 38%) described themselves as Hispanic, 30 (29%) as African American, and 29 (28%) as non-Hispanic white.

All procedures for this study were reviewed and approved by the University of California, Los Angeles, Institutional Review Board. Enrollment for this study took place from January 20, 2012, to April 25, 2013. Participants who consented to be a part of the study were asked if they would be willing to be randomly assigned to telepsychiatry or face-to-face treatment, be part of a records-based evaluation to monitor rearrest and custody data, and to subsequently complete a baseline and six-month follow-up interview. Participants were paid $25 for completing the baseline interview and $25 for completing the follow-up interview.

The baseline interview was conducted in person by staff researchers within seven days of initial consent. The follow-up interview, which was conducted six months later over the phone, included assessments of the participants' satisfaction with telemedicine, therapeutic alliance, medication adherence, and psychological functioning. Seventy-one participants completed the baseline questionnaire and, of those, 60 participants (N=20, telepsychiatry; N=40, control condition) (85%) completed the six-month follow-up assessment.

Randomization was based on whether the parolees' identification (ID) number ended in an even or odd digit. Those with even-numbered IDs were assigned to the telepsychiatry condition, and those with odd-numbered IDs received the standard face-to-face sessions provided by the parole outpatient clinics. A social worker was present during telepsychiatry sessions to help participants answer questions and set up the telemedicine equipment. Parolees were not permitted to be alone with the videoconferencing equipment.

All of the clinical measures used in this study (with the exception of the Telemedicine Satisfaction Questionnaire [TSQ]) were administered at baseline and again at the time of the six-month follow-up interview.

Psychological functioning was measured with the five-item Brief Symptom Rating Scale (BSRS-5), a self-administered questionnaire containing a subset of items from the 50-item BSRS (9,10). Each of the five items is rated from 0, not at all, to 4, extremely. The optimal cutoff point is generally considered to be a score of 5, with scores ≤5 indicating normal functioning. The mean BSRS-5 score for this sample was 8.3±5.3.

The project used a seven-item version of the Working Alliance Inventory (WAI) by Horvath and Greenberg (11). Neale and Rosenheck (12) used the WAI to examine outcomes of patients in an intensive treatment program for veterans with serious psychiatric disorders and found it to be predictive of treatment response.

Self-reported medication adherence was measured with the eight-item Morisky Medication Adherence Scale (MMAS), which was developed from a previously validated four-item scale and supplemented with additional items to better capture barriers to adherence behavior (13). The new scale has been determined to have higher reliability compared with the four-item scale ($\alpha$=.83 versus .61). MMAS scores can range from 0 to 8 and have been trichotomized previously into three levels of adherence to facilitate use in clinical practice (high adherence, score of 8; medium adherence, 6–8; and low adherence, <6). Prior research revealed that the new scale is significantly (p<.05) associated with pill counts.

Satisfaction with telepsychiatry was assessed by administering a modified version of the TSQ to all parolees in the telepsychiatry condition (14). Items are rated on a scale from 1, strongly disagree, to 5, strongly agree, with higher scores indicating greater satisfaction. For this sample, both TSQ subscales—quality of care provided and similarity to face-to-face encounters—had high internal consistency (Cronbach's $\alpha$=.80).

## RESULTS

We enrolled 104 participants and randomly assigned 40 to the telepsychiatry condition and 64 to the control condition (face-to-face sessions). Analyses of baseline characteristics showed no group differences in terms of gender, age, race-ethnicity, or commitment offense.

Changes in psychological functioning, therapeutic alliance, and adherence to prescribed psychiatric medications by study condition were assessed. Repeated-measures analyses of variance showed no significant effects on BSRS-5 scores by group or group × time interaction. A similar pattern was observed for medication adherence, indicating no differences in this variable by group or group × time. With regard to changes in working alliance, there was a marginally significant effect for time (F=3.8, df=1 and 41, p=.06), although the group × time interaction was not statistically significant. Still, the pairwise contrast of WAI scores at follow-up was statistically significant (t=2.1, df=1 and 42, p<.05).

Levels of satisfaction were generally high on both subscales of the TSQ (3.7±1.3 for quality of care provided and 4.0±1.3 for similarity to face-to-face encounters). For both scales, average ratings well exceeded the midpoint of 3, indicating that patients had neutral to favorable perceptions of telepsychiatry compared with in-person psychiatric visits.

## DISCUSSION AND CONCLUSIONS

Consistent with studies of telepsychiatry with populations that were not involved with the corrections system, our study showed comparable effects regarding psychological functioning and medication adherence for telepsychiatry

and a control condition over a six-month follow-up period. However, the data also revealed a decline in perceived therapeutic alliance among patients assigned to the telepsychiatry condition.

The disparity in therapeutic alliance was unexpected. Patient preference may have been a contributing factor related to this finding. Although all participants in the study agreed to random assignment, many participants may have preferred one condition over the other. Unfortunately, we did not assess patient preference as part of this study. Another possible factor might be the role of the social worker who accompanied the patient during the session—the presence of this clinician may have affected the patient's ability to engage with the psychiatrist. Future research with this population would benefit by measuring both of these factors directly.

Although this study had several methodological strengths, including random assignment and a high follow-up rate, it also had several important limitations. First, the sample size—104 parolees who were randomly assigned to telepsychiatry or the control condition, including 71 who participated in the interview portion of the study—undermined our ability to detect any small- or moderate-sized effects. As a result, this study was more aptly powered as a superiority—rather than an equivalence—design, although the latter would be more appropriate in light of the findings from previous studies. Moreover, recruitment of potential telemedicine participants was affected by temporary technical difficulties with telepsychiatry equipment and layoffs of clinic personnel in charge of telemedicine devices at study sites. These barriers help explain the difference in the size of the telepsychiatry ($N=40$) and control ($N=64$) groups.

Next, all of the clinical outcomes in this study were based on self-reports over a relatively brief (six-month) period. This limitation could be addressed in future research by including measures such as recidivism and reincarceration and tracking these outcomes over a longer time frame. Although we collected rearrest records in this study, only seven participants had been rearrested during the short time frame, making between-group comparisons impossible. Furthermore, satisfaction data were collected only from telemedicine participants, given that most of the TSQ items were particular to the use of videoconferencing. Last, the sample consisted of patients with varied diagnoses who used a variety of medications and psychotherapies, adding more error variance to an already small study sample.

Notwithstanding these important limitations, we believe that this study represents a modest but legitimate contribution to this literature—especially considering that experimental designs accounted for only about 2% of the published evaluations included in a literature review by Garcia-Lizana and Muñoz-Mayorga (15) concerning the clinical efficacy of telepsychiatry. This percentage reflects the subset of papers that were peer reviewed and also met other quality standards consistent with Cochrane guidelines.

The addition of this study to the published literature provides a small, but relatively rigorous, data point for subsequent meta-analyses and structured reviews aimed at establishing the impact of this rapidly growing approach for providing psychiatric treatment to offenders under community supervision.

## AUTHOR AND ARTICLE INFORMATION

Dr. Farabee and Mr. Veliz are with the Department of Psychiatry and Biobehavioral Sciences, University of California, Los Angeles (e-mail: dfarabee@ucla.edu). Ms. Calhoun is with the Department of Criminology, Law, and Society, University of California, Irvine, and was with the Department of Psychiatry and Biobehavioral Sciences, University of California, Los Angeles, at the time of the study.

This study was funded by the National Institute of Justice (NIJ) (2010-DJ-BX-2002). The authors thank Diana Zaragoza, M.S., and Justine Medrano, M.S., for their help with study coordination, data collection, and data entry. They also thank Kris Langabeer for editorial expertise. They are grateful to the California Department of Corrections and Rehabilitation for their support and assistance on this project. Finally, they thank the participants who agreed to the interview and who shared their life experiences. The contents of this report are solely the responsibility of the authors and do not necessarily represent the views of the NIJ.

Dr. Farabee has received study medications from Alkermes plc for a separate study. The other authors report no financial relationships with commercial interests.

Received January 14, 2015; revisions received May 8, June 8, and July 10, 2015; accepted July 30, 2015; published online January 4, 2016.

## REFERENCES

1. Aufderheide D: Mental illness in America's jails and prisons: toward a public safety/public health model. Health Affairs Blog, April 1, 2014. Available at healthaffairs.org/blog/2014/04/01/mental-illness-in-americas-jails-and-prisons-toward-a-public-safetypublic-health-model/

2. Steadman HJ, Osher FC, Robbins PC, et al: Prevalence of serious mental illness among jail inmates. Psychiatric Services 60:761–765, 2009

3. Feucht T, Gfroerer J: Mental and Substance Use Disorders Among Adult Men on Probation or Parole: Some Success Against a Persistent Challenge. Rockville, Md, Substance Abuse and Mental Health Services Administration, 2011. Available at www.nationalafc.com/images/file/SAMHSAMentalSubstanceDisordersAdultMenProbPar.pdf

4. Antonacci DJ, Bloch RM, Saeed SA, et al: Empirical evidence on the use and effectiveness of telepsychiatry via videoconferencing: implications for forensic and correctional psychiatry. Behavioral Sciences and the Law 26:253–269, 2008

5. Williams M, Pfeffer M, Boyle J, et al: Telepsychiatry in the Emergency Department: Overview and Case Studies. Sacramento, California Healthcare Foundation, 2009

6. Hilty DM, Ferrer DC, Parish MB, et al: The effectiveness of telemental health: a 2013 review. Telemedicine Journal and e-Health 19:444–454, 2013

7. Monnier J, Knapp RG, Frueh BC: Recent advances in telepsychiatry: an updated review. Psychiatric Services 54:1604–1609, 2003

8. Khalifa N, Saleem Y, Stankard P: The use of telepsychiatry within forensic practice: a literature review on the use of videolink. Journal of Forensic Psychiatry and Psychology 19:2–13, 2008

9. Lung FW, Lee MB: The five-item Brief Symptom Rating Scale as a suicide ideation screening instrument for psychiatric inpatients and community residents. BMC Psychiatry 8:53, 2008

10. Chen HC, Wu CH, Lee YJ, et al: Validity of the five-item Brief Symptom Rating Scale among subjects admitted for general health screening. Journal of the Formosan Medical Association 104:824–829, 2005

11. Horvath AO, Greenberg LS: Development and validation of the Working Alliance Inventory. Journal of Counseling Psychology 36:223, 1989

12. Neale MS, Rosenheck RA: Therapeutic alliance and outcome in a VA intensive case management program. Psychiatric Services 46:719–721, 1995

13. Morisky DE, Ang A, Krousel-Wood M, et al: Predictive validity of a medication adherence measure in an outpatient setting. Journal of Clinical Hypertension 10:348–354, 2008

14. Yip MP, Chang AM, Chan J, et al: Development of the Telemedicine Satisfaction Questionnaire to evaluate patient satisfaction with telemedicine: a preliminary study. Journal of Telemedicine and Telecare 9:46–50, 2003

15. García-Lizana F, Muñoz-Mayorga I: What about telepsychiatry? A systematic review. Primary Care Companion to the Journal of Clinical Psychiatry 12:PCC.09m00831, 2010

## Coming in June

- Recovery-oriented practice in inpatient care: a review

- Effects of Housing First on employment and income

- Changes in private plans to support integrated services

- Use of services by firefighters with suicidal thoughts

# ORIGINAL RESEARCH

Downloaded by Guangxi University for Nationalities from online.liebertpub.com at 02/15/18. For personal use only.

# Provider Satisfaction and Patient Outcomes Associated with a Statewide Prison Telemedicine Program in Louisiana

Michelle Glaser, M.P.H.,[1] Tom Winchell, M.P.A.,[2]
Patty Plant, B.S.N., N.P., M.S.N.,[3] Wayne Wilbright, M.D., M.S.,[3]
Michael Kaiser, M.D.,[3] Michael K. Butler, M.D., M.H.A., C.P.E.,[3]
Matthew Goldshore, M.P.H.,[1] and Manya Magnus, Ph.D., M.P.H.[1]

[1]Department of Epidemiology and Biostatistics, The George Washington University School of Public Health and Health Services, Washington, DC.
[2]LSU Health Sciences Center, New Orleans, Louisiana.
[3]LSU Health Care Services Division, Baton Rouge, Louisiana.

## Abstract

*Health information technology including telemedicine offers potential to improve patient care outcomes. As part of the response to Hurricanes Katrina and Rita in 2005, the Louisiana State University Health Care Services Division expanded its statewide telemedicine program. The aim of this study was to evaluate provider satisfaction and patient outcomes associated with telemedicine when used for the administration of prisoner medical care. Providers completed a survey following each patient encounter in real-time; questions were adapted from standard satisfaction indices. Statistical methods included uni-, bi-, and multivariable including ordinal regression methods to characterize unadjusted and adjusted factors associated with telemedicine use and provider satisfaction, and patient outcomes. Data were collected between December 2007 and May 2008 and were analyzed using SAS and Stata. Out of 737 patient visits, the majority of patients were African American (68.6%), men (92.9%), seen for either infectious disease or mental health (46.2% and 50.2%), with most surveys completed by a physician (63.1%). Most telemedicine encounters were completed (92.8%), a treatment plan was established (97.0%), the provider perceived that the technology was adequate to conduct visit (93.4%), and a follow-up telemedicine appointment was requested (90.8%). Most providers were satisfied with telemedicine for the visit overall (87.0%), believed that telemedicine improved patient prognosis (88.2%), and perceived that the patient was satisfied (83.0%). This study suggests that telemedicine was an effective and accepted method of healthcare provision.*

*Key words: telemedicine, health information technology, outcomes evaluation*

## Introduction

Telemedicine represents a unique opportunity to enhance healthcare delivery in situations where distance or travel challenges present barriers to specialty or other care. Incarcerated individuals represent a specific population where there may be benefits of telemedicine are accentuated; benefits may result from the elimination of need to travel great distances with security measures in place, halt regular clinics to accommodate prison patients, or provide specialty services to prisoners that would otherwise be unavailable.[1–4] Between transportation and extra guards, bringing a prisoner to a doctor's appointment can be expensive and has potential to be dangerous. Telemedicine offers a way to decrease medical costs and improve care among incarcerated populations.[1–4]

The field of telemedicine, also known as telehealth, ranges from systematic phone contact between providers and patients for mental healthcare provision, to complex video visits with technological attachments to provide clinical assessments such as electrocardiogram (ECG) monitoring, otoscopes, dermatologic viewing, and more.[5–7] Uses of telemedicine include connecting prison populations to care as well as facilitating contact between providers and patients in rural

DOI: 10.1089/tmj.2009.0169

## SATISFACTION AND OUTCOMES ASSOCIATED WITH TELEMEDICINE IN PRISONS

Downloaded by Guangxi University for Nationalities from online.liebertpub.com at 02/15/18. For personal use only.

areas where travel is a barrier to care. Multiple evaluations and reviews have been conducted in the use of telemedicine for provision of mental healthcare,[1,2,8–15] prison care,[16] HIV/AIDS care,[17–24] and dermatology,[25–28] among other disciplines. These consistently suggest an increasing acceptance of telemedicine as well as efficacy of the technology toward patient care improvements. Adolescent mental healthcare in detention centers and other settings has been shown to be particularly responsive to the use of telemedicine technology.[2,13,15]

In response to Hurricanes Katrina and Rita in 2005, Louisiana State University (LSU) Health Care Services Division enhanced and expanded its telemedicine program to facilitate continuity of care between clinics as well as respond to the unique needs of prisoner health. Over 48 video endpoints in 8 public medical centers and 13 prisons were created.[17,29] The initial set of services included HIV/AIDS care, mental health including juvenile services from detention centers, otolaryngology (ear, nose, and throat), dermatology, and neurology. At each prison telemedicine unit, self-contained carts were provided to link the prisoner patient with the provider. The equipment includes a primary video conferencing system (Polycom), with a secondary camera (AMD) used for dermatology and wound care appointments as either a hand held or tripod-mounted lens. A video monitor/television screen, with audio capabilities, is used for all clinical, administrative, and educational procedures that are part of the telemedicine encounter. An AMD/Welch Allyn otoscope and laryngoscope is used for the ear, nose, and throat appointments and the AMD 3700 Telephonic Stethoscope is used for the cardiology appointments. Additionally, there is a document camera capable of capturing, analog to digital conversion, and transmitting clinical images, radiographs, ECGs, and videos where digital copies do not exist.

In conjunction with the initial rollout in the prison health centers, an electronic provider survey was developed to capture the provider experiences. The aim of the survey was to obtain real-time satisfaction and outcomes data directly from providers at the time of telemedical care. Although multiple evaluations have supported telemedicine's association with patient and provider satisfaction and positive care outcomes in prison settings and the general population,[1,5,7,8,10,11,13,15,16,20,28,30,31] there remain gaps in telemedicine evaluation research, many stemming from difficulties in adequate response rate and reaching providers to gather data as well as sometimes minimal dissemination of results.

In a systematic review of the literature, one study found that between 1966 and 2005, 47 articles contained information on a complete technical evaluation of a telemedicine program and that only 3 of those used objective methods to complete the evaluation.[5] Challenges in obtaining real-time or near-real-time evaluation data regarding provider perceptions of the system, including information on satisfaction and patient outcomes, have been limited by poor response rates of providers or lengthy delays between point of service and data collection. For example, rural Canada[32] and Alaska[33] have telemedicine programs that reach citizens who are too remote from doctors and hospitals to receive medical treatment; however, the system has not yet published an extensive outcomes-based evaluation of its services. The Alaska Federal Health Care Access Network system has one of the country's oldest telemedicine systems, which was designed to overcome physical geographic barriers to care.[33] Despite the system's ability to generate system-based process evaluation data, satisfaction and outcomes data were collected by paper-based survey, resulting in a response rate of just 40%.[33]

Additional studies are needed to track real-time provider perception of prison system use of telemedicine and provider satisfaction with telemedicine, in conjunction with patient outcomes. Provider satisfaction with health information technology including telemedicine is a central component needed for adoption and implementation of any health information technology (HIT) to be successful.[34–39]

The aim of this study was to evaluate provider satisfaction and patient care outcomes associated with use of telemedicine in Louisiana prison clinics, using a method that captures real-time, electronically collected data.[17,29]

## Materials and Methods

In concert with a multidisciplinary team and based on a review of the existing literature, an electronic survey was developed that would be automatically presented to providers at the closure of each telemedicine visit. The survey contained five Likert questions regarding the provider's satisfaction with the telemedicine visit, perception of prognosis, and patient satisfaction with telemedicine, as well as six questions regarding patient outcome and disposition; questions are displayed in *Table 1*. The questions were adapted from other evaluations and literature, publicly available forms, reports, and publications.[32,33,40–43] Data obtained from all visits prison and nonprison between December 2007 and May 2008 were analyzed.

### ANALYSIS

Univariate and bivariate methods were used to characterize provider satisfaction and perception of telemedicine at each specific visit, and its association with patient disposition and visit outcomes. Responses on the questionnaire were first assessed for global associations with characteristics of the visit (location, clinic, and purpose)

GLASER ET AL.

Downloaded by Giampei University for Nationalities from online.liebertpub.com at 02/15/18. For personal use only.

| Table 1. Evaluation Questions | |
|---|---|
| **QUESTION** | **RESPONSE SET** |
| Was this telemedicine visit completed? | Yes/No |
| If No to question above, why? | Telemed technology did not work |
| | Patient refused visit |
| | Patient no show |
| | Clinician unavailable |
| | Clinic or session cancelled |
| | Clinic or session occurred |
| Was the telemedicine technology adequate to conduct today's visit? | Yes/No |
| What information was not available but was needed to either make a diagnosis and/or treat the patient? | |
| Was a treatment plan established? | |
| What is the patient's disposition? | Inappropriate consultation—requires additional consult by referring clinician |
| | Patient needs to be seen at provider site |
| | Follow-up telemedicine encounter requested by provider |
| | Telemedicine encounter needs to be rescheduled |
| | Other |
| Based on your perception about today's telemedicine visit, clinical decision making was successfully accomplished? | Completely agree/agree/neutral/disagree/completely disagree |
| Based on your perception, today's telemedicine visit may have improved the patient's prognosis? | |
| Based on your perception about today's telemedicine visit, how satisfied are you today's telemedicine outcome? | Completely satisfied/generally satisfied/neutral/generally dissatisfied/completely dissatisfied |
| What is your perception about overall patient satisfaction with today's telemedicine visit? | |
| What is your perception about overall patient satisfaction with today's telemedicine visit? | |

and patients (age, race, and sex). Those found significantly associated were then assessed to ensure assumptions underlying ordinal regression were met; if they were, ordinal regression was used to model characteristics associated with agreement to the Likert statements. Logistic regression was used to model characteristics associated with completion of the visit, perception that technology was adequate for the visit, and whether a treatment plan was established. For all research questions, $\alpha$ was set to 0.05. Stata 9.0se was used for analysis.

All survey protocols and instrumentation were approved by the LSU Health Sciences Center and George Washington University Medical Center Institutional Review Boards.

## Results

As shown in *Table 2*, the majority of patients were men (92.9%), African American (68.6%), and over 18 years of age at the time of the visit (54.1%). Visits were nearly evenly split between mental health/

## SATISFACTION AND OUTCOMES ASSOCIATED WITH TELEMEDICINE IN PRISONS

Downloaded by Guangxi University for Nationalities from online.liebertpub.com at 02/15/18. For personal use only.

| Table 2. Characteristics of Patients and Visits, December 2007 to May 2008 (n = 737) | |
|---|---|
| | N (%) |
| **Sex** | |
| Female | 52 (7.1) |
| Male | 685 (92.9) |
| **Race** | |
| Black/African American | 401 (68.6) |
| White | 138 (23.6) |
| Other | 46 (6.2) |
| **Age (years)** | |
| <18 | 338 (45.9) |
| ≥18 | 399 (54.1) |
| **Visit type** | |
| Mental health/psychology | 371 (52.3) |
| HIV/infectious disease | 340 (46.1) |
| Dermatology/other | 26 (3.5) |
| **Degree of person completing survey** | |
| MD | 465 (63.1) |
| NP | 94 (12.8) |
| RN | 119 (16.2) |
| Other | 59 (8.0) |
| **Telemedicine visit completed** | |
| Yes | 684 (92.8) |
| No | 53 (7.2) |
| **If visit was not completed, reason (n = 53)** | |
| Patient refused visit | 25 (40.3) |
| Telemedicine technology did not work | 14 (22.6) |
| Patient no show | 13 (21.0) |
| Clinic or session cancelled | 10 (16.1) |
| **Technology adequate to conduct visit** | |
| Yes | 648 (93.4) |
| No | 46 (6.6) |
| **Treatment plan established** | |
| Yes | 715 (97.0) |
| No | 22 (3.0) |
| **Patient disposition** | |
| Follow-up telemedicine encounter requested | 660 (90.8) |
| Patient needs to be seen at provider site | 33 (4.5) |
| Telemedicine encounter needs to be rescheduled | 20 (2.8) |
| Return to referring clinician | 5 (0.7) |
| Other | 9 (1.2) |

psychology (52.3%) and HIV/infectious disease (46.1%). Physicians completed the majority of the survey (63.1%). The telemedicine visits were completed in 92.8% of the surveys, with 93.4% of respondents citing technology as adequate to complete the visits. In addition, 97.0% of respondents cited that they were able to establish a treatment plan during the visit. The vast majority of respondents requested a subsequent telemedicine visit for their patient's follow-up (90.8%).

As shown in *Table 3*, there was substantial agreement with statements indicating satisfaction with the telemedicine system: 88.2% completely agreed or agreed that the telemedicine visit may have improved the patient's prognosis, 89.4% completely agreed or agreed that clinical decision making was successfully accomplished with telemedicine visit, 83.6% were completely or generally satisfied with the telemedicine visit outcome, 82.2% completely or generally satisfied overall with telemedicine visit, and 83.0% perceived that the patient was completely or generally satisfied overall with telemedicine visit. Perception at the negative or far negative side of the spectrum was less than 8% for each of the five statements.

As shown in *Table 4*, after adjustment for all variables in the models, providers reported that they were less likely to complete a visit for patients <18 years (odds ratio [OR] 0.35 [95% confidence interval (CI) 0.13–0.96]), less likely to perceive that technology was adequate for patients <18 years (OR 0.26 [95% CI 0.07–0.09]), and more likely to establish a treatment plan for African American patients (OR 4.64 [95% CI 1.54–13.98]). After adjustment for all variables in the models, male sex was consistently and significantly associated with provider-perceived satisfaction with all facets of the system and achieved positive clinical outcomes, whereas age <18 was consistently and significantly associated with less satisfaction and agreement with the positive statements. For nearly all of the Likert statements, physicians closing out the visits and taking the surveys were more likely to relate dissatisfaction with the system than nonphysicians.

## Discussion

This study suggests that there was an overall high level of satisfaction with patient outcomes associated with the Louisiana statewide telemedicine system. For use in connecting prisoners to specialty care as well as linking locations to care where distance was a challenge to care delivery, telemedicine was an effective and accepted method of healthcare provision. Most visits were completed; telemedicine was requested for follow-up visits for the vast majority of patients when the technology was perceived as

**GLASER ET AL.**

Downloaded by Guangxi University for Nationalities from online.liebertpub.com at 02/15/18. For personal use only.

| Table 3. Provider Perception of Telemedicine and Patient Outcomes, December 2007 to May 2008 ($n = 737$) | |
|---|---|
| | N (%) |
| Based on your perception, today's telemedicine visit may have improved the patient's prognosis | |
| Completely agree | 279 (37.9) |
| Agree | 371 (50.3) |
| Neutral | 71 (9.6) |
| Disagree | 3 (0.4) |
| Completely disagree | 13 (1.8) |
| Based on your perception about today's telemedicine visit, clinical decision making was successfully accomplished | |
| Completely agree | 283 (38.8) |
| Agree | 369 (50.6) |
| Neutral | 62 (8.5) |
| Disagree | 2 (0.3) |
| Completely disagree | 13 (1.8) |
| Based on your perception about today's telemedicine visit, how satisfied are you with today's telemedicine outcome? | |
| Completely satisfied | 281 (38.1) |
| Generally satisfied | 335 (45.5) |
| Neutral | 65 (8.8) |
| Generally unsatisfied | 42 (5.7) |
| Completely unsatisfied | 14 (1.9) |
| Based on your perception, what is your overall satisfaction with the telemedicine system for this telemedicine visit? | |
| Completely satisfied | 283 (38.4) |
| Generally satisfied | 323 (43.8) |
| Neutral | 73 (9.9) |
| Generally unsatisfied | 44 (6.0) |
| Completely unsatisfied | 14 (1.9) |
| What is your perception about overall patient satisfaction with today's telemedicine visit? | |
| Completely satisfied | 267 (36.2) |
| Generally satisfied | 345 (46.8) |
| Neutral | 75 (10.2) |
| Generally unsatisfied | 37 (5.0) |
| Completely unsatisfied | 13 (1.8) |

adequate to meet the clinical needs of the patients. These results suggest that the providers are successfully using the telemedicine technology to treat prisoners using these methods in mental health/psychology and HIV/infectious disease. The type of appointment that resulted in the greatest challenges included mental health televisits for residents of juvenile detention centers. These patients were least likely to have their visits completed, and were more likely to have providers perceive that the technology was not adequate for the visit at hand. This may reflect the difficulties in treating this adolescent population in juvenile detention settings more than the telemedicine itself, but suggests that the technology should be carefully monitored for satisfactory outcomes among this population. This is contrary to the findings of other investigators[2,13,15] who found telemedicine to be successful with adolescents, including those in detention centers. Although women composed a very small proportion of the sample, our measures suggest that the providers perceived the use of telemedicine to be more satisfactory and with less satisfactory patient outcomes than that for their male counterparts. Future studies are needed among samples with more women to examine this more fully.

This study has several strengths and limitations. The survey was inserted into the telemedicine electronic interface that sets appointments and contains patient data as a part of the electronic close-out procedures, which ensured maximum participation among the providers; this increases the generalizability of the findings to the population of providers using the telemedicine program. The survey was developed by a multidisciplinary team and was evaluated by sentinel providers before launch, to ensure acceptability of the tool. During that period, however, the length of the survey was found to be too long and the final survey omits several questions that could have lent context or depth to the responses. Other than location, type of clinic, and the type of provider closing out the survey, few characteristics are available regarding the providers. Future studies may examine whether provider characteristics such as comfort with computers or technology are associated with satisfaction; if so, additional training may be provided to those most at risk of dissatisfaction with the system. Of particular interest may be differentiating frequent telemedicine users from occasional users. The relative impact of satisfaction with telemedicine may depend on how frequently the provider uses the technology, as well as how comfortable the patient is with the system. In addition, more information beyond demographic characteristics of the patients, such as diagnosis codes or other clinical information, would enrich our understanding of the relationship between telemedicine use in the prisons and provider satisfaction with evolving technologies. Additional research into the patient perspective of telemedicine and satisfaction with the system are needed. An additional limitation of the current cross-sectional study is the inability to track trends in satisfaction or utilization over a longer time frame. This temporal information would be helpful to see if as the providers become more accustomed to the telemedicine procedures, their levels of utilization or satisfaction

## SATISFACTION AND OUTCOMES ASSOCIATED WITH TELEMEDICINE IN PRISONS

Downloaded by Guangxi University for Nationalities from online.liebertpub.com at 02/15/18. For personal use only.

| | TELEMEDICINE VISIT COMPLETED | TREATMENT PLAN ESTABLISHED | TECHNOLOGY ADEQUATE FOR TODAY'S VISIT | IMPROVED PROGNOSIS[b] | CLINICAL DECISION MAKING FACILITATED[b] | SATISFIED WITH TODAY'S TELEMEDICINE OUTCOME[b] | SATISFIED WITH TELEMEDICINE SYSTEM[b] | PERCEPTION OF PATIENT SATISFACTION[b] |
|---|---|---|---|---|---|---|---|---|
| **Patient sex** | | | | | | | | |
| Male | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Female | 1.09 (0.24–4.97) | 0.34 (0.06–1.94) | 0.82 (0.23–2.94) | 0.41 (0.22–0.75)[c] | 0.49 (0.27–0.89)[d] | 0.38 (0.20–0.71)[c] | 0.35 (0.18–0.66)[c] | 0.40 (0.22–0.75)[c] |
| **Patient race** | | | | | | | | |
| Non-African American | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| African American | 1.27 (0.71–2.25) | 4.64 (1.54–13.98)[c] | 0.95 (0.52–1.75) | 1.10 (0.82–1.46) | 1.12 (0.87–1.56) | 1.08 (0.82–1.44) | 1.05 (0.79–1.39) | 1.25 (0.94–1.66) |
| **Patient age (years)** | | | | | | | | |
| ≥18 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| <18 | 0.35 (0.13–0.96)[d] | 0.15 (0.18–1.34) | 0.26 (0.07–0.90)[d] | 1.59 (1.06–2.39)[d] | 1.56 (1.03–2.35)[d] | 1.73 (1.16–2.59)[c] | 1.54 (1.03–2.29)[d] | 2.14 (1.43–3.20)[c] |
| **Provider type** | | | | | | | | |
| Nonphysician | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Physician | 1.01 (0.34–2.98) | 2.24 (0.27–20.61) | 2.73 (0.79–9.53) | 1.46 (0.97–2.20) | 1.87 (1.24–2.82)[c] | 1.64 (1.10–2.47)[d] | 1.89 (1.27–2.81)[c] | 1.61 (1.08–2.40)[d] |

Table 4. Adjusted[a] Characteristics Associated with Provider Satisfaction and Patient Outcomes, December 2007 to May 2008 (Odds Ratio [95% Confidence Interval]) ($n = 737$)

[a]Adjusted for all other variables listed.
[b]OR > 1.0 indicates increasing disagreement with statement and dissatisfaction with system; OR < 1.0 indicates increasing agreement with statement and satisfaction with system.
[c]$p < 0.01$.
[d]$p < 0.05$.
[e]$p < 0.001$.

change. As the telemedicine system in Louisiana evolves, time-trend analyses can be conducted to see if there are trends in satisfaction and usage over time.

### Conclusions and Recommendations

Telemedicine is an integral part of the growing health information technology field. Telemedicine offers an immediate and real step toward improving the healthcare provided to prisoners in Louisiana as well as individuals needing specialty care between rural and urban locations. Providers are no longer inconvenienced by security measures and work interruptions experienced with face-to-face consultations with the prisoners, offering the potential for realization of cost savings over time as well as improved care for prisoners. Ongoing prospective evaluation of provider satisfaction and association between telemedicine usage and patient outcomes will enable system improvements over time. Future evaluations will explore changes over time and in provider and patient satisfaction with the technology as it broadens and is implemented elsewhere throughout the state.

### Acknowledgments

The authors wish to acknowledge the contribution of all providers, faculty, and staff engaging in this study as well as the patients seen, without whom this study would not have been possible. Michelle Glaser was a student at GWU at the time of her participation in this study. She is currently a CDC/CTSE Applied Epidemiology Fellow.

This study was funded in part by the LSU Health Care Services Division and the LSU Health Sciences Center.

### Disclosure Statement

No competing financial interests exist.

## GLASER ET AL.

Downloaded by Guangxi University for Nationalities from online.liebertpub.com at 02/15/18. For personal use only.

## REFERENCES

1. Fox KC, Somes GW, Waters TM. Timeliness and access to healthcare services via telemedicine for adolescents in state correctional facilities. *J Adolesc Health* 2007;41:161–167.

2. Fox KC, Whitt AL. Telemedicine can improve the health of youths in detention. *J Telemed Telecare* 2008;14:275–276.

3. Goodale J, Menzel D, Hodgson G. High-tech prisons: Latest technologies drive cost savings and staff efficiencies. *Corrections Today* 2005;67:78–81.

4. Watson W, Stimpson A, Hostick T. Prison health care: A review of the literature. *Int J Nurs Stud* 2004;41:119–128.

5. Clarke M, Thiyagarajan CA. A systematic review of technical evaluation in telemedicine systems. *Telemed E Health* 2008;14:170–183.

6. Field MJ. *A guide to assessing telecommunications in health care.* Washington, DC: National Academies Press, 1996.

7. Mair F, Whitten P. Systematic review of studies of patient satisfaction with telemedicine. *Br Med J* 2000;320:1517–1520.

8. Godleski L, Nieves JE, Darkins A, Lehmann L. VA telemental health: Suicide assessment. *Behav Sci Law* 2008;26:271–286.

9. Yellowlees P, Marks S, Hilty D, Shore JH. Using e-health to enable culturally appropriate mental healthcare in rural areas. *Telemed J E Health* 2008; 14:486–492.

10. Mitchell JE, Crosby RD, Wonderlich SA, Crow S, Lancaster K, Simonich H, Swan-Kremeier L, Lysne C, Myers TC. A randomized trial comparing the efficacy of cognitive-behavioral therapy for bulimia nervosa delivered via telemedicine versus face-to-face. *Behav Res Ther* 2008;46:581–592.

11. Ross JT, TenHave T, Eakin AC, Difilippo S, Oslin DW. A randomized controlled trial of a close monitoring program for minor depression and distress. *J Gen Intern Med* 2008;23:1379–1385.

12. Mozer E, Franklin B, Rose J. Psychotherapeutic intervention by telephone. *Clin Interv Aging* 2008;3:391–396.

13. Cloutier P, Cappelli M, Glennie JE, Keresztes C. Mental health services for children and youth: A survey of physicians' knowledge, attitudes and use of telehealth services. *J Telemed Telecare* 2008;14:98–101.

14. Yellowlees P, Burke MM, Marks SL, Hilty DM, Shore JH. Emergency telepsychiatry. *J Telemed Telecare* 2008;14:277–281.

15. Myers KM, Valentine JM, Melzer SM. Child and adolescent telepsychiatry: Utilization and satisfaction. *Telemed J E Health* 2008; 14:131–137.

16. Morgan RD, Patrick AR, Magaletta PR. Does the use of telemental health alter the treatment experience? Inmates' perceptions of telemental health versus face-to-face treatment modalities. *J Consult Clin Psychol* 2008; 76:158–162.

17. Besch CL. Telemedicine improves access to care for HIV-infected prisoners. *HIV Clin* 2007;19:4–5.

18. Zolfo M, Arnould L, Huyst V, Lynen L. Telemedicine for HIV/AIDS care in low resource settings. *Stud Health Technol Inform* 2005;114:18–22.

19. Zolfo M, Lynen L, Dierckx J, Colebunders R. Remote consultations and HIV/AIDS continuing education in low-resource settings. *Int J Med Inform* 2006;75: 633–637.

20. Danahar D. Louisiana update. Delta to explore new venues in 1999. *Fac Notes (New Orleans La)* 1999;11:4.

21. Caceres C, Gomez EJ, Garcia F, Gatell JM, del Pozo F. An integral care telemedicine system for HIV/AIDS patients. *Int J Med Inform* 2006;75:638–642.

22. Vazquez E. HIV treatment in prison. *Posit Aware* 2001;12:32–34.

23. Mahoney MR, Khamarko K, Goldschmidt RH. Care of HIV-infected Latinos in the United States: A description of calls to the National HIV/AIDS Clinicians' Consultation Center. *J Assoc Nurses AIDS Care* 2008;19:302–310.

24. Makulowich JS. AIDS and telemedicine. *AIDS Patient Care STDS* 1996;10: 387–388.

25. Chanussot-Deprez C, Contreras-Ruiz J. Telemedicine in wound care. *Int Wound J* 2008;5:651–654.

26. Wurm EM, Hofmann-Wellenhof R, Wurm R, Soyer HP. Telemedicine and teledermatology: Past, present and future. *J Dtsch Dermatol Ges* 2008;6: 106–112.

27. Wurm EM, Campbell TM, Soyer HP. Teledermatology: How to start a new teaching and diagnostic era in medicine. *Dermatol Clin* 2008; 26:295–300, vii.

28. Mofid M, Nesbitt T, Knuttel R. The other side of teledermatology: Patient preferences. *J Telemed Telecare* 2007;13:246–250.

29. The Louisiana State University Health Care Services Division Medical Informatics and Telemedicine Program. Telemedicine Hardware. http://medinfo-telemed. lsuhsc.edu/ (last accessed April 4, 2010).

30. Harrison R, Macfarlane A, Murray E, Wallace P. Patients' perceptions of joint teleconsulations: A qualitative evaluation. *Health Expect* 2006;9:81–90.

31. Love W. Patient and provider satisfaction with the use of telemedicine: Overview and rationale for cautious enthusiasm. *J Postgrad Med* 2005;51: 294–300.

32. Nova Scotia Department of Health. Remote specialist consultation and continuing medical education pilot project. Halifax: The Department, 1997. Last accessed September 9, 2007.

33. University of Alaska Statewide Health Programs and University of Alaska Anchorage Center for Human Development. Evolution & summative evaluation of the Alaska Federal Health Care Access Network telemedicine project 2004. 2004. http://www.alaska.edu/health/downloads/Telemed/AFHCAN.pdf (last accessed September 9, 2007).

34. Dagroso D, Williams PD, Chesney JD, Lee MM, Theoharis E, Enberg RN. Implementation of an obstetrics EMR module: Overcoming user dissatisfaction. *IJ Healthc Inf Manag* 2007;21:87–94.

35. Adler KG, Edsall RL. Electronic health records: A user-satisfaction survey. *Fam Pract Manag* 2005;12:45–54.

36. Joos D, Chen Q, Jirjis J, Johnson KB. An electronic medical record in primary care: Impact on satisfaction, work efficiency and clinic processes. *AMIA Annu Symp Proc* 2006;2006:394–398.

37. Likourezos A, Chalfin DB, Murphy DG, Sommer B, Darcy K, Davidson SJ. Physician and nurse satisfaction with an electronic medical record system. *J Emerg Med* 2004;27:419–424.

38. O'Connell RT, Cho C, Shah N, Brown K, Shiffman RN. Take Note(s): Differential EHR satisfaction with two implementations under one roof. *J Am Med Inform Assoc* 2004;11:43–49.

## SATISFACTION AND OUTCOMES ASSOCIATED WITH TELEMEDICINE IN PRISONS

Downloaded by Guangxi University for Nationalities from online.liebertpub.com at 02/15/18. For personal use only.

39. Whitten P, Buis L, Mackert M. Factors impacting providers' perceptions regarding a midwestern university-based EMR. *Telemed J E Health* 2007;13:391–397.

40. McDonald WR. External evaluation of the California telemedicine and eHealth center (CTEC) network development grant: Bi-Annual Progress Report. 2007.

41. Rose D. Evaluation of the California telehealth and telemedicine center. In: Dennis & Rose Associates DRA Project Reports, June 2002, Vol. 2. http://www.cttconline.org/eval.html (last accessed April 2008).

42. Association AT. Kentucky Telecare, University of Kentucky Chandler Medical Center. Telemedicine Consultant Evaluation Form. http://www.americantelemed.org/news/forms.html (last accessed April 2008).

43. Network MT. Patient questionnaire. 2001.

Address correspondence to:
*Manya Magnus, Ph.D., M.P.H.*
*Department of Epidemiology and Biostatistics*
*The George Washington University School*
*of Public Health and Health Services*
*2100-W Pennsylvania Avenue, NW, Suite 807*
*Washington, DC 20037*

*E-mail:* sphmdm@gwumc.edu

*Received:* November 21, 2009
*Accepted:* December 24, 2009

# Telepsychiatry "Coverage" to a Rural Inpatient Psychiatric Unit

Brian Grady, M.D.,[1] and Mary Singleton, R.N., B.S.[2]

[1] Department of Psychiatry, University of Maryland, Baltimore, Maryland.

[2] Mental Health Unit, Peninsula Regional Medical Center, Salisbury, Maryland.

## Abstract

*Objective: Rural psychiatrists responsible for inpatient psychiatry units in general hospitals often have trouble getting coverage for training, vacations, and periods of illness. This article describes telepsychiatry "coverage" to a rural general hospital psychiatric unit for 1 week. Materials and Methods: All adult patients meeting criteria for inpatient mental health treatment in the emergency room were offered admission to the general hospital after obtaining informed consent regarding the use of inpatient telepsychiatry. The number of patients on the inpatient psychiatric unit ranged from three to nine, with an average daily census of seven. All psychiatric care was provided via video teleconferencing (VTC) at a bandwidth of 512 kilobits per second using Internet Protocol. Results: Patients with psychosis reported more difficulty hearing the doctor than patients without psychosis and incorporated VTC into delusions in a congruent manner. Patients rated development of rapport and effectiveness of treatment higher than staff ratings. Two staff thought telepsychiatry was either not effective for acutely psychotic patients or more effective with higher functioning patients. Conclusions: Short-term coverage of rural inpatient psychiatric units for purposes of vacation, training, and illness is possible using telepsychiatry. Psychiatrist's efficiency and consistency are enhanced with instantaneous connections possible from hospital, office, or home. Significant increases in staff workload will occur without remote access to electronic medical records, electronic physician ordering, and an adequate physical layout of the inpatient psychiatric unit. Adequate educational preparation of unit staff regarding telepsychiatry and a staff process group during implementation is recommended.*

*Key words: telepsychiatry, telemedicine, medical records, pharmacy, business administration/economics*

## Introduction

Practicing psychiatry in rural areas poses unique challenges.[1–4] Providers are often isolated from the support of colleagues. Obtaining coverage for training, vacations, and unexpected illness or for personal preventative healthcare can be a challenge. Remote hospitals and clinics may face staffing difficulties and experience an increased turnover of providers. Newly trained psychiatrists may initially fill these positions but, as experience and practice direction solidify, may relocate to urban or suburban locations. Urban and suburban practices may require less time on-call and offer more cultural experiences and family time, which make it difficult for remote facilities to retain experienced providers.

Recognizing the turnover of psychiatrists in remote general hospitals, efforts to stabilize remote community hospital care may be welcomed. Telepsychiatry, provided by a core telepsychiatric staff, established standard operating procedures, and consistent treatment philosophy might allow for improved multidisciplinary treatment planning, treatment effectiveness, and outcome. Currently, the literature is limited describing or quantifying the clinical, administration, or technical challenges and outcomes for inpatient telepsychiatric care.[5,6] There is more literature addressing the use of telepsychiatry with nursing home residents.[7–10]

Peninsula Regional Medical Center (PRMC) is a regional hospital located in the central eastern shore of Maryland and maintains a 13-bed inpatient mental health unit. Like several other general hospitals in the Maryland region, PRMC subcontracts its unit manager and psychiatrists. Following the retirement of a local psychiatrist, PRMC sought another full/part time psychiatrist for unit care provision but had to wait a few months before the new provider could assume duties on the unit. Locum tenens and staff from Sheppard Pratt Health System (SEPH) rotated on-site coverage. During this time, PRMC also took the opportunity to employ a telepsychiatrist from SEPH for a 1-week, pilot coverage of its inpatient unit. This article is a description and discussion of a pilot project in providing inpatient telepsychiatric care for short-term coverage. Surveys of patient and staff satisfaction were conducted as part of quality improvement.

## Materials and Methods

Protocols were developed for inpatient telepsychiatric care. Patients in need of admission to a mental health unit were fully informed and consented to the use of telepsychiatry. Patients who did not desire to be treated by telepsychiatry would be admitted to another facility with traditional face-to-face inpatient mental health-care. Patients could also change their mind at any time and inpatient transfer would be affected as soon as possible. The telepsychiatrist was on call 24/7 during the week of coverage for both inpatient care and supervision of the psychiatric emergency response team (PERT) personnel. PERT personnel are nonindependent, practicing mental health staff who are the initial responders to emergency room physicians requesting mental health consultation. They interview patients and gather other data for emergency room physicians and, as appropriate, will run cases by the duty psychiatrist.

Downloaded from www.liebertpub.com by 23.114.97.177 from 07/06/18. For personal use only.

## GRADY AND SINGLETON

Downloaded from 23.114.97.177 from www.liebertpub.com at 07/06/18. For personal use only.

Interactive video was conducted over Internet Protocol (IP) at 512 kilobits per second via identical Polycom VSX 7000 units, with a single 32-inch diagonal JVC television display at each location. An Epson ELPDC03, self-focusing document reader, Mitsubishi HS-678, VHS video tape player, and an HP Pavilion 8000 series, Windows Media Center™ OS laptop computer were available to transmit still images and full-motion video, as needed from the telepsychiatrist location.

The patient population consisted of all persons who presented or were referred by other providers for inpatient admission. All patients were offered admission at PRMC if they consented to the use of inpatient telepsychiatry care. The unit accepts adult patients aged 18 and over. The mean age was 45 (range: 26–54). There were three patients on the unit at time of turnover and all three consented to the use of telepsychiatric care. The average unit census was seven during the pilot project (range: 3–9).

Patients seen by emergency department (ED) physicians and felt to need admission or seen by the PERT team at the request of the ED physicians were discussed via phone with the telepsychiatrist. The telepsychiatrist then provided initial admission orders and the patients were assessed via video teleconferencing (VTC) by the telepsychiatrist within 24 h. Initial evaluations were often done in conjunction with nursing staff or at the morning treatment team meeting, which is in keeping with normal unit function. One patient who was admitted in the early evening was seen by the evening shift nursing staff. Patients are rarely seen at this time, as unit psychiatrists are usually at their outpatient practice locations or at home and would expect to evaluate the patient during morning rounds.

Initial evaluations were dictated via phone to the remote facility as if they were seen face–to–face. The typed evaluations were faxed to the telepsychiatrist for review and signature and faxed back. All orders were written on facility order sheets and faxed to the nursing station. All laboratory study and consultations reports from other providers were faxed to the telepsychiatrist each morning for review. The telepsychiatrist would be paged for stat lab/procedure results as per routine. All original documents with signatures were mailed to the general hospital at the end of the coverage week to be included in the chart. Convenience charts were maintained at the distant site by the telepsychiatrist for continuity of care.

### Results

During the first several days, the unit manager or staff nurses sat with the patients during the VTC. As staff became more comfortable with telepsychiatry, patients were seen without the presence of nursing staff. At least one patient asked whether the attendant nurse could leave and issues of a sexual nature were discussed with the telepsychiatrist. By the last 2 days, all patients were being seen for ongoing psychiatric care without unit staff present in the room.

Treatment team meetings, usually including the unit manager, head shift nurse, activities therapist, social worker, discharge coordinator, and telepsychiatrist, were conducted each morning. New patients were brought into the meeting for interview and to develop and review their treatment plan. Existing patients' cases were reviewed for new biopsychosocial developments, including any laboratory or consultation reports; their response to treatment goals was discussed and the treatment plan was adjusted as necessary.

Following treatment team meeting, telepsychiatry rounds were conducted with each patient. Adjustments to pharmacological treatment were discussed and changes made as clinically indicated. Various psychoeducational and psychotherapeutic techniques were employed, including coping skills, relaxation techniques, supportive, cognitive–behavioral, solution focused, and dynamic therapies. As indicated, self-help reading material and cognitive worksheets were assigned and reviewed the following day. A document reader was helpful to review DSM IV criteria, point out sections of self-help books, and to collaborate on cognitive worksheet examples.

One patient was evaluated for initial involuntary admission and the telepsychiatrist served as the second evaluator. The patient was prescribed a medication and took it without issue. However, the patient still did not desire voluntary admission status and an involuntary hearing with the administrative judge was scheduled. The administrative judge was contacted prior to the hearing and agreed to its use, pending any argument by the defense attorney. The defense attorney participated in the hearing and did not object to either the testimony of the psychiatrist via video or that all the psychiatrist's testimony was based on record review and interactive video assessment of the patient. The patient was retained on an involuntary status by the administrative judge.

The discharge coordinator was a part of and discussed recommendations with the treatment team. Three of the nine patients were discharged by the telepsychiatrist. Three patients were awaiting transfer to either the state hospital system or to a specialized post-traumatic stress disorder (PTSD) inpatient program. The three discharged patients had follow-up appointments in the community and their prescriptions were phoned-in to the pharmacy of their choice.

The professional fees for patients seen via telepsychiatry were not collected, as acute inpatient psychiatric treatment was not billable at the time of the pilot project. PRMC did pay a daily stipend for the professional coverage.

### SATISFACTION SURVEYS

*Patient experience.* No patients who met criteria for admission declined admission after informed voluntary consent for the use of telepsychiatry on the inpatient unit was described. All nine patients completed a satisfaction survey at the end of their telepsychiatry experience (*Table 1*). The numerical responses on a 5-point Likert scale (1, strongly disagree; 2, disagree; 3, neutral; 4, agree; 5, strongly agree) were noted. Patients 1 and 6 reported lower satisfaction with telepsychiatry. Patient 1 was an involuntary patient. Patient 6 was admitted for safety and acute treatment while awaiting transfer.

### INPATIENT TELEPSYCHIATRY COVERAGE

pub.com at 07/06/18. For personal use only.
Downloaded by 23.114.97.177 from www.

| | Table 1. Patient Satisfaction Survey | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PATIENT | MY NEEDS WERE MET DURING THIS SESSION | I FELT COMFORTABLE WITH THE EQUIPMENT | I RECEIVED GOOD CARE DURING THE SESSION | I WAS NOT CONCERNED ABOUT MY PRIVACY | I COULD CLEARLY SEE THE DOCTOR | I COULD CLEARLY HEAR THE DOCTOR | I FEEL THE DOCTOR WAS ABLE TO UNDERSTAND MY PROBLEM | I HAVE PARTICIPATED IN VIDEO-CONFERENCING BEFORE | I PREFER THE USE OF TELE-PSYCHIATRY IF IT ALLOWS ME TO STAY AT PRMC | I PREFER THE USE OF TELE-PSYCHIATRY WITH SEPH PROVIDERS OVER THE USE OF CONTRACTED PROVIDERS FTF |
| Patients experiencing psychosis | | | | | | | | | | |
| 1 | 4 | 2 | 4 | 2 | 4 | 2 | 4 | Yes | No | No |
| 3 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | No | No pref. | No pref. |
| 5 | 3 | 3 | 4 | 4 | 5 | 5 | 5 | No | No pref. | No pref. |
| 6 | 3 | 2 | 4 | 3 | 3 | 3 | 3 | No | No pref. | No |
| 9 | 5 | 5 | 5 | | 5 | 5 | 5 | No | Yes | No pref. |
| Mean. | 4 | 3.4 | 4.4 | 3.5 | 4.4 | 4 | 4.2 | | | |
| Patients not experiencing psychosis | | | | | | | | | | |
| 2 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | No | Yes | Yes |
| 4 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | No | No | No |
| 7 | 5 | 3 | 5 | 2 | 5 | 5 | 5 | No | Yes | No pref. |
| 8 | 4 | 4 | 4 | 4 | 5 | 5 | 5 | No | Yes | Yes |
| Mean | 4.5 | 4.0 | 4.5 | 3.8 | 5.0 | 5.0 | 4.8 | | | |

PRMC, Peninsula Regional Medical Center; SEPH, Sheppard Pratt Health System.

*Staff experience.* A staff survey was constructed to assess staff view of patient rapport, clinical assessment, clinical intervention, team participation, effect on unit behavior, and whether they preferred coverage by locum tenens or a health system telepsychiatrist (*Table 2*). The first seven questions were on the same 5-point Likert scale as the patient survey. The mean staff Likert score was 4.0, with three areas scoring lower: developing adequate rapport with patient (3.8), treatment intervention effective (3.8), and patients adapted quickly (3.7).

## Discussion

Three months prior to the project, the telepsychiatrist had provided face-to-face coverage for 5 days at PRMC. Face-to-face coverage also necessitated psychiatrists to be housed in local hotels. The learning curve was steep with administrative processes and who was responsible for what, as each facility/unit's unique culture and alternative communication patterns have to be appreciated and understood. As could be expected, returning for coverage, via VTC in this case, the learning curve was much more manageable and efficient. Although a locum tenens could return face-to-face (FTF), telepsychiatry offers more flexibility in scheduling. The telepsychiatrist may be able to cover two partial full-time equivalents (FTEs) in different locations as quickly as hanging up one location and dialing in the next. Thus, remote facilities may find more consistency for their staff and patient population when utilizing temporary or augmentation telepsychiatry coverage. A telepsychiatrist is also able to take advantages of references and resources located in the familiarity of their own central office and could see patients from their own office or home over an encrypted high-bandwidth IP connection. While the telepsychiatrist in this pilot project provided "coverage," telepsychiatry might be considered for permanent primary attending presence at small facilities or partial FTE needs at any inpatient facility.

Although only limited inference can be made from the small number of patients involved in this pilot study, patient survey results were favorable. The mean Likert score for all question responses by patients experiencing psychosis was 4.0 and by patients experiencing mood and/or anxiety was 4.5, for a combined mean of 4.2. Both subgroups of patients agreed that the doctor could understand their problem, they received good care from the telepsychiatrist, and their needs were met during the sessions. The largest disagreement in responses between the two groups was in "clearly hearing the doctor." As all patients were seen one after another with no changes in IP connection parameters, this must be

## GRADY AND SINGLETON

Downloaded from www.liebertpub.com at 07/06/18. For personal use only.

### Table 2. Staff Satisfaction Survey

| STAFF | RAPPORT | ACCURATE ASSESSMENTS | INTERVENTIONS TIMELY | TREATMENT INTERVENTIONS EFFECTIVE | TREATMENT PLANNING EFFECTIVE | COMFORTABLE WITH TELE-PSYCHIATRIST ON-TEAM | PATIENTS ADAPTED QUICKLY | MANAGEMENT WAS | TELEPSYCH WAS | COVERAGE PREFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 4 | 5 | 5 | 4 | 5 | 5 | 5 | More difficult | Equivalent | No pref. |
| 2 | 4 | 4 | 4 | 4 | 4 | 5 | 4 | Equivalent | Equivalent | No pref. |
| 3 | 4 | 4 | 5 | 4 | 5 | 5 | 4 | Equivalent | Equivalent | FTF |
| 4 | 3 | 4 | 4 | 2 | 3 | 4 | 3 | More difficult | Less effective | FTF |
| 5 | 4 | 4 | 3 | 4 | 4 | 4 | 3 | More difficult | Less effective | FTF |
| 6 | 5 | 5 | 5 | 5 | | 5 | 5 | More difficult | Equivalent | FTF |
| 7 | 4 | 4 | 3 | 4 | 4 | 4 | 4 | Equivalent | Equivalent | FTF |
| 8 | 4 | 5 | 4 | 4 | 5 | 5 | 4 | Equivalent | Equivalent | No pref. |
| 9 | 4 | 4 | 4 | 4 | 4 | 4 | 2 | Equivalent | Equivalent | FTF |
| 10 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | Equivalent | Equivalent | FTF |
| 11 | 2 | 4 | 4 | 4 | 4 | 3 | 3 | Equivalent | Less effective | FTF |
| 12 | 4 | 4 | 4 | 4 | 5 | 4 | 4 | Equivalent | Equivalent | FTF |
| 13 | 4 | 4 | 4 | 3 | 3 | 4 | 3 | Equivalent | Less effective | No pref. |
| Mean | 3.8 | 4.2 | 4.0 | 3.8 | 4.2 | 4.3 | 3.7 | | | |

due to the patient's internal experience. The survey brought this to our attention, but it may take place during FTF encounters as well. However, telepsychiatry tends to bring more focus between the patient and provider exchange with less environmental distraction[11]; so it may be possible that VTC is actually better than FTF in "clearly hearing the doctor." It is possible that telepsychiatry may provide novel insights into information processing or parameters for diagnosis or intervention response. This should be considered in a future research study design.

Both patients who had experienced manic mood states recorded all 5s on the patient survey. Their survey responses were completed at the end of the week after both patients had experienced a significant response to their treatment. Inpatients with manic symptoms have previously reported a positive experience with VTC and felt the physician better understood them when seen via VTC.[5] Our limited experience supports this prior observation.

One patient reported preference for VTC over FTF. This was a female patient who had been emotionally hurt by a male partner. The patient may have found the physical distance from the male telepsychiatrist to be safer, providing more control or perhaps be more empowering. There has been anecdotal information that telepsychiatry may bring more equality or patient control to the patient–doctor relationship and this may be what was observed in our experience.[12,13]

The overall mean for staff survey results was 4.0. Staff scored below 4.0 on three areas: patient rapport, patient adaptation, and effectiveness of treatment interventions. A lower staff score regarding patient adaptation issues is supported with the patient's lower survey scores regarding comfort with the equipment and concern about privacy. However, patient favorable responses regarding being understood by the telepsychiatrist, receiving good care, and getting their needs met seem a bit at odds with the staff perceptions of rapport and effectiveness. The author felt that particularly two ill patients might have significantly influenced staff responses in these areas. The first is the patient with mania who had prior PRMC admissions. This patient incorporated the VTC experience into a religious delusion, thinking the telepsychiatrist was God or a religious figure, for the first few days. When more stable later in the week, the patient reported a history of watching televangelism ministries on TV and the religious overtones were resolved.

The second patient suffered from schizoaffective disorder, depressed type, and had been admitted several times before. This patient had a positive transference to the PRMC mental health unit and thought of the "staff as family." The patient was severely depressed and experiencing religious, sexual, and persecutory delusional themes. At the very first session, the patient appeared to be responding to internal stimuli and stated at one point that they "heard" the telepsychiatrist "cast [them] to hell." On the second day the patient asked the attendant to leave the room to talk to the telepsychiatrist alone about a sexual topic. The patient also "wished to be dead." On day 3 the patient reported that prior to coming to

Downloaded from www.epub. at 23.114.97.177 from www.epub.at 07/06/18. For personal use only.

the hospital the patient overheard someone was going to euthanize them and asked the telepsychiatrist if that were true. The patient also had a very different institutional transference to the telepsychiatrist's hospital saying we "put people down" [kill them]. This evolved into a belief that the telepsychiatrist was going to "put her down." On the 7th day the patient reported feeling better and was worried about statements made to the telepsychiatrist "over the past week that were not true"; the patient reported feeling more ill during this episode.

The telepsychiatrist felt great empathy for both of these patients and it was painful to see their suffering. Transfer of the patient with depression and delusional themes for ECT was being considered if response to medication intervention took any longer. The telepsychiatrist feels the seeming helplessness of the situation and the integration of the novel treatment of the patients via VTC may have led to the discrepancy in rapport and effectiveness of treatment interventions as reported by patient experience and that reported by staff through observation. The telepsychiatrist hypothesized that seeing the great suffering of these two patients and the time it took for medication response, combined with the novel use of VTC and integration of their delusions into VTC sessions, may have left staff questioning patient rapport and treatment effectiveness. The telepsychiatrist similarly questions the possibility that the patient who thought the psychiatrist from SEPH was going to "put [the patient] down" may have had the same transference if the telepsychiatrist had come to PRMC that week for FTF coverage. The telepsychiatrist felt that the quality of assessment and care provided via VTC was consistent to that he provides FTF. The telepsychiatrist has always made a conscious effort to be as objective as possible on the clinical interaction with patients cared for via VTC, to first do no harm. The use of a staff process group would be recommended during the implementation phase of inpatient telepsychiatry to openly discuss the impact of the service delivery change on the mental health unit staff.

The use of paper records for inpatient telepsychiatry proved not practical and put undue burden on the telepsychiatrist, administrative, and nursing staff. Increased difficulty in management and preference for FTF coverage as reported by staff in the survey strongly correlated with requirements of an increased staff workload. The telepsychiatrist felt safety concerns necessitating that new order sheets be used for each new order or order set. This is because the physician and nurse may not be working on the same order sheet when the next order is placed; this could result in a prior order being taken twice. Likewise, verbal orders were not given to avoid any confusion on execution or duplication of orders. PRMC has been implementing electronic medical record but, at the time of the pilot project, it had not been implemented on the psychiatry unit. Use of EMRs with inpatient telepsychiatry would improve coordination of care with staff and consultants, prevent medication errors, and minimize the need for paper record use, transfer, or storage. The PRMC mental health unit has two large and one smaller patient common areas. One of the large areas was monopolized by the video unit, when in use, and made scheduling activities on the unit more difficult. Appropriate space allocation is needed on inpatient units

when utilizing VTC, so that additional patient and staff stress is not introduced.

## Conclusions

Inpatient telepsychiatry coverage to a rural general hospital appears to be acceptable to patients, effective, and flexible. It can provide consistency in physician presence for temporary coverage. Staff relationships and facility cultural norms can be maintained and enriched. IP telepsychiatry is widely available, inexpensive, and secure. Psychiatrist efficiency is enhanced with instantaneous connections possible from hospital, office, or home. Inpatient telepsychiatry was acceptable for involuntary commitment by both the administrative law judge and the attorney representing the patient. Significant increases in staff workload will occur without EMR, electronic physician ordering, and an adequate physical layout of the mental health unit. Adequate educational preparation of staff regarding telepsychiatry and a staff process group during implementation are recommended.

## Acknowledgments

The authors thank Bonnie Katz (Vice President, Business Development and Support Operations, Marketing, and Public Affairs), Robert Roca, M.D. (Vice President, Medical Affairs of SEPH), and the leadership of PRMC for realizing the potential of telepsychiatry and ensuring appropriate facility and personnel resources where available to support this pilot project safely. The authors also thank Doloras Branch (Program Coordinator, Telebehavioral Services, SEPH) for her unparallel day-to-day support of Telebehavioral Services.

## Disclosure Statement

No competing financial interests exist.

## REFERENCES

1. Moore NC, Nelson WH. Five papers on psychiatry in rural areas: An introduction. Psychiatr Serv 1998;49:957.

2. Levin A. Stress of practicing in rural area takes toll on psychiatrist. Psychiatr News 2005;41:4.

3. Wallace AE, Weeks WB, Wang MS, et al. Rural and urban disparities in health-related quality of life among veterans with psychiatric disorders. Psychiatr Serv 2006;57:851–856.

4. Roberts LW, Warner TD, Hammond KG. Ethical challenges of mental health clinicians in rural and frontier areas. Psychiatr Serv 2005;56:358–359.

5. Pollard SE, LePage JP. Telepsychiatry in a rural inpatient setting. Psychiatr Serv 2001;52:1659.

6. Holden D, Dew E. Telemedicine in a rural gero-psychiatric inpatient unit: Comparison of perception/satisfaction to onsite psychiatric care. Telemed J E Health 2008;14:381–384.

7. Tang WK, Chiu H, Woo J, Hjelm M, Hui E. Telepsychiatry in psychogeriatric service: A pilot study. Int J Geriatr Psychiatry 2001;16:88–93.

8. Johnston D, Jones BN 3rd. Telepsychiatry consultations to a rural nursing facility: A 2-year experience. J Geriatr Psychiatry Neurol 2001; 14:72–75.

## GRADY AND SINGLETON

9. Yeung A, Johnson DP, Trinh NH, Weng WC, Kvedar J, Fava M. Feasibility and effectiveness of telepsychiatry services for Chinese immigrants in a nursing home. *Telemed J E Health* 2009;15:336–341.

10. Rabinowitz T, Murphy KM, Amour JL, Ricci MA, Caputo MP, Newhouse PA. Benefits of a telepsychiatry consultation service for rural nursing home residents. *Telemed J E Health* 2010;16:34–40.

11. Ermer DJ. Experience with a rural telepsychiatry clinic for children and adolescents. *Psychiatr Serv* 1999;50:260–261.

12. Simpson S, Knox J, Mitchell D, et al. A multidisciplinary approach to the treatment of eating disorders via videoconferencing in north-east Scotland. *J Telemed Telecare* 2003;9(Suppl 1):37–38.

13. Thomas CR, Miller G, Hartshorn JC, et al. Telepsychiatry program for rural victims of domestic violence. *Telemed J E Health* 2005;11:567–573.

Address correspondence to:
*Brian Grady, M.D.*
*Department of Psychiatry*
*University of Maryland*
*701 W. Pratt St., Suite 420*
*Baltimore, MD 21201*

*E-mail:* bgrady@telepsychiatrist.com

*Received:* February 9, 2011
*Accepted:* March 7, 2011

Downloaded by 23.114.97.177 from www.liebertpub.com at 07/06/18. For personal use only.

# The Effectiveness of Telemental Health: A 2013 Review

Donald M. Hilty, MD,[1] Daphne C. Ferrer, MD,[2]
Michelle Burke Parish, MA,[2] Barb Johnston, MSN,[3]
Edward J. Callahan, PhD,[4] and Peter M. Yellowlees, MD, MBBS[1,2]

[1]Department of Psychiatry and Behavioral Sciences, University of
California–Davis, Sacramento, California.
[2]Health Informatics Graduate Program, University of California–
Davis, Sacramento, California.
[3]HealthLinkNow, Sacramento, California.
[4]Department of Family and Community Medicine, University of
California–Davis, Sacramento, California.

## Abstract

*Introduction: The effectiveness of any new technology is typically measured in order to determine whether it successfully achieves equal or superior objectives over what is currently offered. Research in telemental health—in this article mainly referring to telepsychiatry and psychological services—has advanced rapidly since 2003, and a new effectiveness review is needed. Materials and Methods: The authors reviewed the published literature to synthesize information on what is and what is not effective related to telemental health. Terms for the search included, but were not limited to, telepsychiatry, effectiveness, mental health, e-health, videoconferencing, telemedicine, cost, access, and international. Results: Telemental health is effective for diagnosis and assessment across many populations (adult, child, geriatric, and ethnic) and for disorders in many settings (emergency, home health) and appears to be comparable to in-person care. In addition, this review has identified new models of care (i.e., collaborative care, asynchronous, mobile) with equally positive outcomes. Conclusions: Telemental health is effective and increases access to care. Future directions suggest the need for more research on service models, specific disorders, the issues relevant to culture and language, and cost.*

*Key words: telepsychiatry, effectiveness, telemental health, video-conferencing, telemedicine*

## Introduction

Telemental health, a use of telemedicine to provide mental health assessment and treatment at a distance, enters its sixth decade as a well-known practice in the medical field—it has increased access to care, and patients and providers are very satisfied with it for a wide variety of services.[1] In this article, we used the term "telemental health" to refer to telepsychiatry and other psychological services, as the term has been used in social science and other fields as well. The American Telemedicine Asso-

ciation (ATA) has published telemental health practice guidelines,[2] as has the American Association of Child and Adolescent Psychiatry.[3] A new generation of studies on telemedicine has replaced the "primary" view of telemental health as a new and different way of providing health services to a contemporary view that it is a vehicle for providing care that is here to stay. The studies supporting this contemporary view have examined the effectiveness of telemental health to answer the question "Is telemental health 'effective' to do 'what' for 'whom' and 'when' at this point in time, based on its evolution?"

Effectiveness implies that telemental health works. In telemedicine and telemental health, few authors have explicitly addressed effectiveness[4]; however, research appears to be changing this.[5] The underlying premise of being "effective" is the assurance that the chosen technology is specific to the objective of the service being offered.[6]

Effectiveness needs to be considered from the perspective of the patient, provider, program, community, and society as a whole. The only previous review of telemental health's effectiveness considered it effective in terms of providing access, improving basic outcomes, and being well-accepted.[4] Telemental health was judged to have broad utility for clinical disorders, facilitated empowerment of patients, and had good educational outcomes. Today, its effectiveness is better described in terms of the model of telepsychiatry used[7,8] and the population being served (e.g., rural, underserved, children).

This article discusses telemental health's effectiveness related to clinical care. There is a review of diagnostic (reliability/validity) or assessment processes, populations (child, geriatric, and ethnic), new models, settings (e.g., collaborative care, asynchronous, emergency, home health), mental health disorders, and cost-related and other outcomes. Recommendations for further effectiveness studies will be offered, and future directions for telemental health services will be discussed.

## Materials and Methods

A comprehensive review of the telepsychiatric literature was conducted in the MEDLINE, PubMed, PsychInfo, Embase, Science Citation Index, Social Sciences Citation Index, Telemedicine Information Exchange databases, Centre for Reviews and Dissemination, and The Cochrane Library Controlled Trial Registry databases for the period of July 2003 to March 2013. (The previous review[4] covered 1965 to June 2003). The *Journal of Telehealth and Telecare* was also manually searched for those years when it was not on MEDLINE. Key words included telepsychiatry, telemental, health, telecare, telemedicine, e-health, videoconferencing, effectiveness, efficacy, access, outcomes, satisfaction, quality of care, rural, mental health, cost, children/child, cultural/culture, geriatric, population, home health, medical home, emergency, face-to-face, in-person,

DOI: 10.1089/tmj.2013.0075

## TELEMENTAL HEALTH EFFECTIVENESS

reliability/validity, and international; the term "in-person" will be used rather than "face-to-face" in this article.

Article titles and abstracts were reviewed by the authors to see if they were applicable to the theme of effectiveness. Data on effectiveness appear in a wide range of range of case studies, case series, project descriptions, and program evaluations to more formal research trials.[5] Selected articles were pulled, and their references were reviewed to identify additional articles that may have been missed by the keyword search. In total, 755 articles were initially reviewed for this article, with 670 excluded because of little information/data on effectiveness. Although more reviews of the topic or related topics would have been interesting, 15 were chosen as most salient; this left 70 actual studies. Interventions like education, medication management, and most of the therapies were excluded by the words searched.

Effectiveness, overall, was determined on the basis of clinical parameters, the beneficial effects of a program or policy under optimal conditions of delivery, and other data under more real-world conditions.[9] This differs from evidence of efficacy ratings, which is traditionally organized as A (best) to F (least). A key component of effectiveness is feasibility and/or replicability or adaptation to other settings (also known as disseminability). Clinical research trials usually assess effectiveness compared with in-person service, preferably with a design that is randomized. Tips for program effectiveness[4] have been updated and are summarized in *Table 1*; this compilation, however, is not based on research or analysis of studies.

## Measures of Effectiveness
### DIAGNOSIS (VALIDITY AND RELIABILITY) AND ASSESSMENT (*TABLES 2* AND *3*)

Studies of telemental health's reliability and validity started with 128–384 kilobits per second (Kbps) and now occur at 384+Kbps; these of course do not apply to asynchronous and other telephonic options. Diagnoses have been made reliably, with good inter-rater reliability, for a wide range of psychiatric disorders in children, adolescents, and adults; less information is available on geriatric patients, but preliminary results are positive. Limitations have been largely overcome, including patients' difficulties in hearing, concentration, and attention; some rural areas that lack access because of line or satellite technology are more restrictive, but patients often travel to a nearby site.

A wide range of scales has been studied for adults and children/adolescents via videoconferencing, as reviewed by Yellowlees et al.[2] for the ATA and Richardson et al.[5] These include the Brief Psychiatric Rating Scale (BPRS), Scales for the Assessment of Negative and Positive Symptoms (SANS and SAPS, respectively), the Structured Clinical Interview for the Diagnostic and Statistical Manual (DSM) (SCID), Hamilton Depression Rating Scale (HDRS), Diagnostic Interview Schedule (DIS) (initially by telephone), the Abnormal Involuntary Movement Scale (AIMS), and the Yale Brown Obsessive Compulsive Scale (semistructured) (YBOCS). For children/adolescents, the DSM-IV, Schedule for the Assessment of Depression and Schizophrenia (K-SADS), and DIS (DISC) have been used. The Geriatric Depression Scale (GDS) and many neuropsychiatric scales like the Mini-Mental Status Examination (MMSE), CAMCOG (neuropsychiatric test, computerized), National Adult Reading Test, Quick Test, and Adult Memory and Information Processing Battery are effective. The reliability and validity of asynchronous telepsychiatry has been shown using English and Spanish versions of the SCID and Mini-International Neuropsychiatric Interview (MINI).

### COMPARISON WITH IN-PERSON CARE

Since the last review,[4] studies have compared many parameters using traditional comparison and noninferiority studies.[5,10] Some have noted that with some populations (i.e., children and adolescents), telepsychiatry may be better than in-person services because of the novelty of the interaction, direction of the technology, the psychological and physical distance, and the authenticity of the family interaction.[11] Reports have also included reduced length of hospitalization,[12,13] better medication adherence,[12,14] symptom reduction of disorders,[12–15] and effective therapy such as using evidence-based treatments for posttraumatic stress disorder, including group cognitive processing.[16–18]

### SPECIFIC POPULATIONS: CHILD, GERIATRIC, AND THOSE OF CULTURE

The feasibility, acceptability, and sustainability of telemental health for children and adolescents have now been shown,[19,20] and it has been hypothesized that this approach may be better for some disorders, such as autism-spectrum patients, than in-person care.[11] A qualitative study of young people's perspectives on receiving telepsychiatric services revealed that the sessions were helpful, they felt a sense of personal choice during the consultation, and they generally liked the technology.[21] Attention-deficit hyperactivity disorder treatment by telepsychiatry[3,22–24] has been actively studied, and, once again, satisfaction is high among all parties in a variety of settings.[22,23]

Child research in telemental health has progressed into new areas[20] like randomized trials and Web-based data systems, with work from adults being replicated. Diagnosis appeared to be reliable in early studies,[25,26] demonstration of clinical improvement with the use of cognitive behavioral treatment for depression followed,[27] and then primary care patients treated by telemental health showed improvement in terms of depression and subscales of the Child Behavioral Check List.[28,29] Psychiatric consultation leads to newly diagnosed anxiety or mood disorders in almost one-third of patients seen and a change in the patient's medication for 82% of patients at initial assessment, 41% at Year 1, and 46% at Year 3.[30] Collaborative care for adolescent depression is under evaluation.[31]

In terms of geriatric services, the benefits of telepsychiatry are emerging from neuropsychiatric studies (see above) and a few clinical studies. Preliminary studies in nursing homes have mainly focused on depression or dementia, with telemental health evaluation judged as more facile and efficient in terms of the use of consultant time.[32] Assessment, cognitive intervention, and outcomes appear to be similar to in-person results.[32] Telepsychiatry to a rural geropsychiatric inpatient unit yielded positive results in terms of

**HILTY ET AL.**

| Table 1. How to Evaluate the Effectiveness of Telemental Health |
| --- |
| **Measures** |
| Starting points |
| Case report, series, or mix of patients |
| Project or program description |
| Qualitative analysis: impressions, perceptions, or information to form additional questions |
| Cost, cost comparison, or cost offset, often of "direct" costs |
| Project or program evaluation, sometimes retrospective |
| Small(er) total *n* |
| Micro- (e.g., one party) analysis |
| Some control of variance or limited interplay of variables |
| Cross-sectional analysis |
| Goals |
| Prospective, question-based |
| Comparison group |
| Study design "same as" or "equal to" |
| Noninferiority trials |
| Study design randomized controlled trial |
| Cost-effectiveness, -benefit analysis with computations of direct and indirect costs |
| Evaluation that "drives" the objectives and prospectively collected |
| Generally, large(r) total *n* (but not always guarantee "good" study) |
| Micro- (all parties individually) and macro- (system-wide = patient, provider, clinic, health system, community, and other parties) analyses |
| Analysis of variance |
| Longitudinal analysis |
| Access |
| Increased access to care |
| Improved level of, or quality of, existing care |
| Specific to the need (e.g., consultation–liaison rather than management [only] to primary care) |
| Complements or integrates service delivery (or prevents use of more intensive or costly service) |
| Quality of care |
| Reliable/valid |
| Diagnosis and assessment |
| Detection of limitations and process to "control" for them is delineated |
| Improved level of, or quality of, existing care |

| Table 1. *continued* |
| --- |
| Specific to the need (e.g., consultation–liaison rather than management [only] to primary care) |
| Complements or integrates service delivery (or prevents use of more intensive or costly service) |
| Population |
| Setting |
| Satisfaction and related intangibles (e.g., empowerment) |
| **Costs** |
| **Technology** |
| Adequate description of equipment, bandwidth, frames per second, and other parameters |
| Data on failures, problems (i.e., reliability) |
| Time, effort, and other "hidden" costs of "new" technologies (e.g., asynchronous telepsychiatry) |
| **Administration** |
| Feasibility |
| Level of coordination to initiate, maintain, and financially support |

satisfaction compared with in-person care[34] and in a 5-year study of patients referred for evaluation of potential cognitive impairment, 55%, 14%, and 12% had Alzheimer's disease, another psychiatric illness, or mild cognitive impairment, respectively.[35]

Ethnicity, culture, and language issues affect health,[36] and there is often inadequate access to specialists[37]—inroads to patient needs and preferences that can be met by telemental health are progressing. A recent study of nearly 40 rural health clinics compared impressions of 25 primary care providers (PCPs) and 32 staff impressions of factors important to care: using providers who value differences (5.4 and 7.0, respectively), quality of the provider's care (4.9 and 7.0, respectively), access to care in general (4.5 and 7.0, respectively), and availability of trained interpreters for use with patients (4.4 and 7.0, respectively).[38] Others are studying the specific needs of Hispanics/Latinos,[37,39,40] Asians,[41] Native Americans,[35,43,44] Eastern Europeans,[44] and those using sign language[45]—all using telepsychiatry for service provision. With patients of different cultural backgrounds, using the patients' primary language allows for a more comfortable atmosphere where they may express their genuine feelings and emotions.

## SUMMARY OF OUTCOMES FOR AGE/POPULATION AND SPECIFIC DISORDERS *(TABLE 2)*

Results are encouraging, overall. Videoconferencing appears to be as effective as in-person care for most parameters, such as feasibility, outcomes, age, and satisfaction with a single assessment and consultation or follow-up use. Illnesses studied have been depression,[9,15,31] posttraumatic stress disorder,[16–18] substance use,[46] and developmental disabilities.[30]

## TELEMENTAL HEALTH EFFECTIVENESS

### Table 2. Summary of Clinical/Outcome Studies by Population (Age)

| TOPIC, STUDY | N | PATIENT POPULATION | KBS | LOCATION | COMMENT(S) |
|---|---|---|---|---|---|
| **Geriatric** | | | | | |
| Lyketsos et al. (2001) | NAP | Geriatric outpatients | NS | United States | Video reduced "unneeded" hospitalizations. |
| Poon et al.[33] (2005) | 22 | Geriatric dementia patients | 1.5 Mb | China | Significant, comparable cognitive improvement in video and in-person; high satisfaction; feasible assessment, intervention, and outcomes |
| Rabinowitz et al.[32] (2010) | 106 | Nursing home residents | 384 | United States | Reduced travel time, fuel costs, physician travel time, personnel costs |
| Weiner et al.[35] (2011) | 85 | Adult and geriatric dementia patients | NS | United States | Feasible alternative to face-to-face care in patients with cognitive disorders who live in remote areas |
| **Adult** | | | | | |
| Graham et al. (1996) | 39 | Adult outpatients | 768 | United States | Video reduced "unneeded" hospitalizations. |
| Zaylor et al. (1999) | 49 | Adult depressed or schizoaffective outpatients | 128 | United States | Video equals in-person in GAF scores at 6-month follow-up. |
| Hunkeler et al. (2000) | 302 | Adult primary care outpatients | NS | United States | Video by nurses improved depressive symptoms and functioning and had high satisfaction versus in-person. |
| Ruskin et al.[16] (2004) | 119 | Adult Veterans | 384 | United States | Depression outcomes video and in-person equal, as were adherence, satisfaction, cost |
| Manfredi et al.[74] (2005) | 15 | Adult inmates | 384 | United States | Feasibility from an urban university to rural jail; less need for inmate transport |
| Sorvaniemi et al.[59] (2005) | 60 | Adult emergency patients | 384 | Finland | Minor technical problems occurred; assessment and satisfaction fine |
| Modai et al.[76] (2006) | 24/15 | Adult outpatients | NS | Israel | Video greater than in-person cost per service and more hospitalization cost (less available per usual care) |
| Urness et al.[75] (2006) | 39 | Adult outpatients | 384 | Canada | Video less than in-person for encouragement; improved outcomes for both |
| O'Reilly et al.[13] (2007) | 495 | Adult outpatients | 384 | Canada | Video equal to in-person in outcomes, satisfaction; 10% less expensive per video |
| Yellowlees et al.[53] (2010) | 60 | Non-emergency adult patients | NAP | United States | First ATP to demonstrate feasibility |
| **Pediatric** | | | | | |
| Nelson et al.[27] (2003) | 28 | Children | 128 | United States | Video equals in-person in reducing depression over 8 weeks; satisfaction high, but 15/100 consultations had an issue with technology. |
| Greenberg et al.[77] (2006) | NS | Children | NS | Canada | Video experiences positive; family caretakers and service providers frustrated with limitations of the video |
| Myers et al.[78] (2006) | 115 | Adolescents, incarcerated | 384 | United States | 80% of youth successfully prescribed medications, and they expressed confidence in the psychiatrist's recommendations; youth expressed concerns about privacy. |
| Myers et al.[23] (2010) | 172 | Children and adolescents | 384 | United States | Parents' satisfaction higher with school-aged children and lower with adolescents; adherence high for return appointments |
| Pakyurek et al.[12] (2010) | NAV | Children/adolescents in primary care | NS | United States | Video might actually be superior to in-person for consultation. |

(continued)

**HILTY ET AL.**

| Table 2. Summary of Clinical/Outcome Studies by Population (Age) *continued* | | | | | |
|---|---|---|---|---|---|
| **TOPIC, STUDY** | ***N*** | **PATIENT POPULATION** | **KBS** | **LOCATION** | **COMMENT(S)** |
| Lau et al.[79] (2011) | 45 | Children and adolescents | NS | United States | Video reaches a variety of children, with consultants providing diagnostic clarification and modifying treatment |
| Jacob et al.[80] (2012) | 15 | Child outpatients | NS | United States | Patient satisfaction was high, and PCPs found recommendations helpful; outcomes pending on follow-up |
| *All ages* | | | | | |
| De Las Cuevas et al.[14] (2006) | 130 | All ages—outpatients | 384–768 | Spain | Video equals in-person, including those in remote areas with limited resources |
| *Depression* | | | | | |
| Ruskin et al.[16] (2004) | 119 | Adult Veterans | 384 | United States | Video equals in-person for adherence, patient satisfaction, and cost. |
| Fortney et al.[15] (2007) | 177 | Adult outpatients | NS | United States | Video can help adapt collaborative care model in small PC clinics, and symptoms improved more rapidly in intervention group versus usual-care group. |
| Moreno et al.[37] (2012) | 167 | Adult patients | NS | United States | Video may close gap in access to culturally and linguistically congruent specialists; improves depression severity, functional ability, and quality of life |
| Fortney et al.[9] (2013) | 364 | Adult patients | NS | United States | Video collaborative care group had greater reductions in severity than usual-care group. |
| *PTSD* | | | | | |
| Frueh et al.[18] (2007) | 38 | Adult male Veterans | 384/NS | United States | Video equals in-person in clinical outcomes and satisfaction at 3-month follow-up; video less comfort versus in-person in talking with therapist post-treatment and had worse treatment adherence |
| Morland et al.[17] (2010) | 125 | Adult male Veterans | 384/NS | United States | Video CBGT for PTSD-related anger is feasible for rural/remote Veterans, with reduced anger. |
| Germain et al.[61] (2009) | 48 | Adult patients | NS | Canada | Video equals in-person in reducing PTSD over 16–25 weeks |
| *Substance abuse* | | | | | |
| Frueh et al.[46] (2005) | 14 | Adult male outpatients | 384/NS | United States | Video had good attendance, comparable attrition, and high satisfaction. |
| *Developmental disability* | | | | | |
| Szeftel et al.[30] (2012) | 45 | Adolescents | NS | United States | Video led to changed Axis I psychiatric diagnosis (excluding developmental disorders) 70%, and changed medication 82% of patients initially, 41% at 1 year, and 46% at 3 years; video helped PCPs with recommendations for developmental disabilities. |
| *Panic disorder* | | | | | |
| Bouchard et al.[62] (2004) | 21 | Adults | 384/NS | Canada | Video 81% of patients panic-free post-treatment and 91% at 6-month follow up via CBT |
| *Hispanic* | | | | | |
| Moreno et al.[37] (2012) | 167 | Adult patients | NS | United States | Video lessens depression severity, raises functional ability and quality of life, and improves access to culturally and linguistically congruent specialists. |
| Chong et al.[40] (2012) | 167 | Adult patients | NS | United States | Video is acceptable to low-income depressed Hispanic patients, but its feasibility is questionable. |
| Yellowlees et al.[55] (2013) | 127 | English- and Spanish-speaking patients | NS | United States | ATP equal for English- and Spanish-speaking patients |

*(continued)*

## TELEMENTAL HEALTH EFFECTIVENESS

| Table 2. Summary of Clinical/Outcome Studies by Population (Age) *continued* | | | | | |
|---|---|---|---|---|---|
| **TOPIC, STUDY** | **N** | **PATIENT POPULATION** | **KBS** | **LOCATION** | **COMMENT(S)** |
| American Indian | | | | | |
| Shore et al.[43] (2008) | 53 | Male adult patients | NS | United States | Video equals in-person assessment, interaction, and satisfaction; comfort level high and culturally accepted |
| European | | | | | |
| Mucic[44] (2010) | 61 | Adult outpatients | 2Mbit (Denmark) 10Mbit (Sweden) | Denmark | Video improved access, reduced waiting time, and reduced travel to see bilingual psychiatrists; high satisfaction video preferred via 'mother tongue' rather than interpreter-assisted care |
| Asian | | | | | |
| Ye et al.[41] (2012) | 19 | Adult outpatients | NS | United States | Primary language facilitates expression of feelings, emotional discomfort, or social stressors. |
| Sign language | | | | | |
| Lopez et al.[45] (2004) | 1 | Adult female, deaf since birth | NS | United States | Video communication was fine with ASL interpreter, and psychiatric symptoms improved. |

Those studies before 2003 are not referenced in this regular article since it is not a review; name and year of those not referenced are given in Hilty et al.[4] (2003).
ASL, American Sign Language; ATP, asynchronous telepsychiatry; CBT, cognitive behavioral treatment; NAP, not applicable; NAV, not available; NS, not specified; PC, primary care; PCP, primary care provider; PTSD, posttraumatic stress disorder.

## MODELS AND SETTINGS OF TELEMENTAL SERVICES

*Consultation to primary care versus management.* Past studies showed positive outcomes for patients when using a consultation model of care into primary care sites. Specialists changed the diagnosis and medications in 91% and 57% of cases, respectively, with primary care interventions led to clinical improvements in 56% of cases.[1] Provider knowledge, skills, and complexity of questions improve over time,[47] particularly in rural PCPs.[48] The most intensive model of consultation to primary care is collaborative care, which has now been more formally applied to telemedicine[9,15,31] with encouraging results. The virtual collaborative care team was able to produce better outcomes than the traditional "gold standard" methodology of primary care psychiatry.[9]

Models of care have been thoroughly studied and well articulated.[7] Examples are:

1. Randomized controlled trial for depression in adults, using disease management and telepsychiatric consultation versus usual care over 12 months.[49]
2. Phone and e-mail physician-to-provider consultation system for adults and children with developmental disabilities, using a 24-h warm-line.[50]
3. An integrated program of mental health screening, therapy on site, and telepsychiatric consultation (phone, e-mail, or video), with continuing medical education and training on screening questionnaires.[28,29]
4. Cultural consultation to rural primary care using telemedicine.[38]

5. Disaster response to a bioterrorism attack was evaluated as feasible in terms of training and consultations.[51]
6. Collaborative care via telepsychiatry is co-provision of medication for primary care patients by the telepsychiatrist and PCP in rural communities, based on the earlier models of in-person care to achieve national standards of antidepressant prescriptions.[9,52] This model is often integrated with stepped models of care, which, similar to the above, use "less intensive or expensive interventions" first; then if patients fail to improve, "step it up" to more intensive services.
7. Asynchronous telepsychiatry (ATP) to primary care (described below) is feasible and helpful (described below).[53,54]

*ATP.* ATP services, formerly known as store-and forward services, have been demonstrated to be feasible, valid, and reliable in English- and Spanish-speaking patients in primary care.[53–55] Asynchronous telemedicine is used in radiology, dermatology, ophthalmology, cardiology, and pathology, and it is now available in psychiatry, where it may also facilitate the "medical home," a patient-centered approach that supports the PCP to improve patient care and health.[56]

ATP works at the patient end via taping a videorecording of local providers and patients, use of a basic questionnaire, and uploading of videos and patient histories for a remote psychiatrist for review in a Health Insurance Portability and Accountability Act (HIPAA)-adherent manner.[57] He or she evaluates the information, diagnoses the patient, and makes two or three treatment recommendations in a report. ATP is specifically designed for patients who can be primarily managed in primary care, but could offer the

## HILTY ET AL.

| Table 3. Summary of Telemental Health Cost Studies: Since 1998 | | | | | |
|---|---|---|---|---|---|
| COST | N | PATIENTS | KBPS/ FRAMES | LOCALE | COMMENTS |
| Mielonen (1998) | 14 | Adult inpatients | NS | Finland | Savings in healthcare costs, reduction in travel, and ease and speed of consultation |
| Trott (1998) | 50 | Adult and child outpatients | NS | Australia | Substantial savings in healthcare costs from reduction in traveling and patient transfers |
| Alessi (1999) | NAV | Adult forensic inpatients | NAV/NAV | United States | Video is cost-effective. |
| Doze (1999) | 90 | Adults | 336–384/NS | Alberta | Costs break even at 7.6 consultations. |
| Simpson (2001) | 379 | Adult outpatients | 128–384 | Canada | Costs break even at 224 consultations/year; less if used for administration, too |
| Elford (2001) | 30 | Children and parents | 336 | Newfoundland, Canada | Cost $400 per consultation via video or by patient traveling |
| Hailey (2002) | NAP | Adults | NAP/NAP | United States | Reduced costs to rural patients |
| Edwards et al.[83] (2003) | 518 | Adults and children | | United States | Video saved $400/consultation versus in-person |
| Jong[68] (2004) | 71 | NS | NS | Canada | Video saved $2,000/consultation versus in-person and saved government $140,088 in 2003. |
| Ruskin et al.[16] (2004) | 119 | Adult Veterans | 384/NS | United States | Video greater than in-person unless psychiatrist traveled >22 miles away, and the productivity (increasing number of patients/day) minimized costs. |
| Cluver et al.[63] (2005) | 10 | Adult outpatients | NS | United States | In-home portable video works but costly for the average person |
| Persaud et al.[69] (2005) | 215 | Adults | NS | Canada | Video versus in-person of equal cost, overall, as patient costs more for in-person literal consultation $240–$1,048 (Canadian $) versus telehealth $17–$70, but from societal perspective, video costs more at $1,736–$28,084 versus in-person $325–$1,133. |
| Harley[84] (2006) | 11 | Adults | 128 | United Kingdom | Video in rural areas costs 4 times less than in-person, once a threshold of 5–6 episodes per year is completed. |
| Modai et al.[76] (2006) | 24/15 | Adult outpatients | NS | Israel | Operational video costs greater than in-person, particularly if resulted in hospitalization (223.7% higher); video costs of sessions 32% higher unless travel included (then only 10.6% higher) |
| O'Reilly et al.[13] (2007) | 495 | Adult outpatients | 384/NS | Canada | Video 10% less expensive per patient than service provided in-person |
| Shore et al.[42] (2007) | 53 | Adults | 384/NAP | United States | Video costs lower than in-person |
| Smith et al.[66] (2007) | 1,499 | Children | NS | Australia | Video cost about $600/consultation versus $1,000+ in-person |
| Spaulding et al.[67] (2010) | 257 | Children/adolescents | 384+? | United States | Video cost $168/consult more but only $31 if travel costs included |
| Rabinowitz et al.[32] (2010) | 106 | Nursing home residents | 384/NS | United States | Reduced travel time, fuel costs, physician travel time, personnel costs |
| Pyne et al.[85] (2010) | 395 | Adult outpatients | NS | United States | Video $85,634/QALY for collaborative care |
| Butler and Yellowlees[54] (2012) | 125 | Adult primary care patients | ATP[6] | United States | ATP and video fixed costs $7,000 and $20,000, respectively, and per consultation ATP was $68.18, video was $107.50, and in-person $96.36; this means ATP is most cost-effective at 249 consultations/year. |

Those studies before 2003 are not referenced in this regular article since it is not a review; name and year of those not referenced are given in Hilty et al.[4] (2003).
ATP, asynchronous telepsychiatry; KBPS, kilobits per second; NAP, not applicable; NAV, not available; NS, not specified; QALY, quality-adjusted life years.

opportunity for PCPs to collaborate with psychiatrists to provide specialized care, and it is less costly than video and usual care.[53]

*Emergency room telepsychiatry.* Telepsychiatry emergency services have been slow to develop in psychiatry compared with neurology (e.g., stroke), obstetrics (e.g., fetal monitoring), and other clinical areas. This is surprising despite the consultation models used and the long delays before mental health evaluation may occur on site. The effectiveness of emergency telepsychiatric consultations has rarely been examined; however, one study of patients with mainly depression, bipolar disorder, and schizophrenia revealed that 65% were discharged, 16% were admitted, and 19% were transferred.[58] This study, which examined eight programs, found that most rated themselves as moderately successful (3/5 or 4/5, with 5 best) and patients and emergency physicians rated services at 4.4/5. The same was found in another study.[59] Guidelines on how to be effective in providing emergency telepsychiatry need to be evaluated.[60,61]

*Medical home, home health, and other mobile technology methods.* These services are in development and need to be better studied, although costs are dramatically decreasing. The patient-centered medical home is a concept founded on the presence of inadequate treatment in primary care and/or an inability to access needed services.[56] The patient-centered medical home allows telepsychiatric input at home, still under the general purview of the PCP, and it has been shown to improve patient care and health.[62] Desk-mounted video systems offer great convenience for therapy to cancer patients to avoid travel, but the cost used to be prohibitive for most consumers.[63] Internet-based video technology via personal computers and mobile devices must be HIPAA-adherent. Use of these technologies is increasingly becoming available and will support the move of telepsychiatry to the home, such as programs that are now being implemented by the Veterans Health Administration.[64]

## ACCESS TO CARE

Access appears to have been greatly increased, based on the recent decade's research—with a few exceptions. Patients may have less travel, absence from work, and time waiting, more clinical choice and control, and better outcomes, as summarized previously.[4] Satisfaction, generally, with services is so high that it *de facto* precludes study. Rarely do patients report a less satisfactory interaction by videoconferencing than in-person. A few access-to-care issues remain unresolved for patients: (1) privacy and confidentiality where some patients prefer services delivered from elsewhere (e.g., living on a reservation or wanting total anonymity for personal reasons), (2) cultural and language nuances related to telemental healthcare, and (3) inadequate payment for indigent, rural, and other underserved patients. PCPs and communities are generally happy to "keep" their patients locally for continuity of care.

## COST ISSUES AND IMPLICATIONS

Ideally, costs should be considered for patients, clinics, providers, and society at large—with both direct and indirect costs accounted for. Direct costs include equipment, installation of lines, and other supplies. Fixed costs also include the rental cost of lines, salary and wages, and administrative expenses. Variable costs include data transmission costs, fees for service, and maintenance and upgrades of equipment. Costs may also include projections for travel, transfers in emergencies, waiting times, and more "appropriate" use of other services or, more globally, by rural towns retaining dollars that would have been otherwise lost to suburban centers upon referral.

With regard to cost, there is benefit to delineate between differing types of cost analyses.[65] The cost-offset model, which implies treating mental conditions may reduce other health costs, is widely used. Cost-minimization analysis implies the same effectiveness model, but different (lower) costs. Cost-effectiveness assesses intervention costs versus alternative expenditures; a subtype is cost-utility analysis, which includes data on health-related quality-of-life measures (i.e., quality-adjusted life-years). Cost-benefit analysis values all outcomes by translating them into economic terms to the degree possible and is particularly important when an intervention appears far too expensive at face value (or cross section) but not longitudinally (e.g., a transplant helps someone live and work an additional 50 years; this calculation gets into quality of life-years analysis).

Cost studies have differences in data sought, their collection, and how they are analyzed (*Table 3*). Videoconferencing may be cost-effective if someone does not have to travel or transfers as "expensive" services are avoided. Savings may be shown versus in-person with high consultation rates (e.g., 1,500 consultations total),[66] "break-even" or other thresholds used (e.g., number of consultations/year), or when the patient's travel, time, and food are included.[66,67] A break-even analysis is highly specific to a program, with a range of consultations needed, from 7 to 774 depending on methods of calculation.[66] A comparison of ATP, video, and in-person showed fixed costs were $7,000 for ATP and $20,000 for regular video, and the cost per consultation was $68.18 for ATP, $107.50 for videoconferencing, and $96.36 in-person; this means ATP is most cost-effective at 249 consultations/year.[54] Governments have been tabulating savings, too,[68,69] and an economic evaluation of telehealth data collection with rural populations has been completed.[70]

## Conclusions, Implications, and Recommendations for Future Research

Today, telemental health services are unquestionably effective in most regards, although more analysis is needed. They are effective for diagnosis and assessment, across many populations (adult, child, geriatric, and ethnic), and in disorders in many settings (emergency, home health), are comparable to in-person care, and complement other services in primary care. Overall, better evaluation with formal measures (i.e., randomized trials, lack of inferiority designs) and analysis of variance to predictors of outcomes are necessary. Studies need to be focused on areas where there is currently a relative paucity of information, such as anxiety, substance use, and psychotic and other disorders.

## HILTY ET AL.

A key area the integration of telepsychiatric models like collaborative care into services in primary care settings. The fact that it worked better than usual models is a key step—it may change our decision-making about how to best do things in the future. Web-based data management[37,71,72] will facilitate services, as can stepped models of care. For example, a new stepped model might have low tier physician-to-provider phone or e-mail consultation followed by ATP, then therapies, and finally videoconferencing.

A plan for assessment and care for patients with ethnic, cultural, and language issues is essential.[54,73] Scientific and policy questions from this discussion include:

- What tools, methods, and measures are needed to assess the patients, providers, and health systems?
- What are the intersections of culture, sociodemographic, geography, and technology in health?
- Will patients' disorder, racial or ethnic identity, or other factors determine whether e-mental health or in-person care is more effective?
- What is the most cost-effective and feasible way to provide language/interpreting support?

Limitations of this article include that it is not a systematic, fully longitudinal review of the literature. Second, the scope was limited to exclude specifics on medication management, the therapies (largely), and other treatments. Furthermore, not all findings apply to all locales or settings therein. Fourth, the landscape of healthcare is rapidly changing, with consumer/patient use of technology—the field will be hard pressed to keep up. Finally, plans that offer the most "adaptability" or "flexibility" of telemental services—beyond this article's scope—will afford the most opportunities for improvement.

## Acknowledgments

We thank the American Telemedicine Association Mental Health Interest Group; the University of California, Davis Center for Health and Technology, Department of Psychiatry and Behavioral Sciences and Health Informatics Graduate Group; telemedicine and telepsychiatry pioneers, authors, organizational leaders, and innovators; and the American Telemedicine Association.

## Disclosure Statement

No competing financial interests exist.

## REFERENCES

1. Hilty DM, Marks SL, Urness D, et al. Clinical and educational applications of telepsychiatry: A review. *Can J Psychiatry* 2004;49:12–23.

2. Yellowlees PM, Shore J, Roberts L. Practice guidelines for videoconferencing-based telemental health, American Telemedicine Association. *Telemed J E Health* 2010;16:1074–1089.

3. AACAP practice parameter for telepsychiatry with children and adolescents. *J Am Acad Child Adolesc Psychiatry* 2007;47:1468–1483.

4. Hilty DM, Liu W, Marks SL, et al. Effectiveness of telepsychiatry: A brief review. *Can Psychiatry Assoc Bull* 2003;(Oct):10–17.

5. Richardson LK, Frueh BC, Grubaugh AL, et al. Current directions in videoconferencing tele-mental health research. *Clin Psychol (New York)* 2009;16:323–328.

6. Morland LA, Greene CJ, Rosen C, et al. Issues in the design of a randomized noninferiority clinical trial of telemental health psychotherapy for rural combat veterans with PTSD. *Contemp Clin Trials* 2009;30:513–522.

7. World Health Organization. *Telemedicine opportunities and developments in member states. Results of the second global survey on eHealth.* Geneva: WHO Press, 2011.

8. Hilty DM, Yellowlees, PM, Cobb HC, et al. Models of telepsychiatric consultation-liaison service to rural primary care. *Psychosomatics* 2006;47: 152–157.

9. Fortney JC, Pyne JM, Mouden SP, et al. Practice-based versus telemedicine-based collaborative care for depression in rural federally qualified health centers: A pragmatic randomized comparative effectiveness trial. *Am J Psychiatry* 2013;170:414–425.

10. Flay BR, Biglan A, Boruch RF, et al. Standards of evidence: Criteria for efficacy, effectiveness and dissemination. *Prev Sci* 2005. Available at www.ebppc .hawaii.edu/Resources/Standards%20of%20Evidence%5B1%5D.pdf (last accessed February 1, 2013).

11. Morland LA, Greene CJ, Rosen C, et al. Issues in the design of a randomized noninferiority clinical trial of telemental health psychotherapy for rural combat veterans with PTSD. *Contemp Clin Trials* 2009;30:513–252.

12. Pakyurek M, Yellowlees PM, Hilty DM. The child and adolescent telepsychiatry consultation: Can it be a more effective clinical process for certain patients than conventional practice? *Telemed J E Health* 2010;16:289–292.

13. O'Reilly R, Bishop J, Maddox K, et al. Is telepsychiatry equivalent to face to face psychiatry: Results from a randomized controlled equivalence trial. *Psychiatr Serv* 2007;58:836–843.

14. De Las Cuevas C, Arrendondo MT, Cabrera MF, et al. Randomized controlled trial of telepsychiatry through videoconference versus face-to-face conventional psychiatric treatment. *Telemed J E Health* 2006;12:341–350.

15. Fortney JC, Pyne JM, Edlund MJ, et al. A randomized trial of telemedicine-based collaborative care for depression. *J Gen Intern Med* 2007;22:1086–1093.

16. Ruskin PE, Silver-Aylaian M, Kling MA, et al. Treatment outcomes in depression: Comparison of remote treatment through telepsychiatry to in-person treatment. *Am J Psychiatry* 2004;161:1471–1476.

17. Morland LA, Greene CJ, Rosen CS, et al. Telemedicine for anger management therapy in a rural population of combat veterans with posttraumatic stress disorder: A randomized noninferiority trial. *J Clin Psychiatry* 2010;71: 855–863.

18. Frueh BC, Monnier J, Yim E, et al. Randomized trial for post-traumatic stress disorder. *J Telemed Telecare* 2007;13:142–147.

19. Morland LA, Hynes AK, Mackintosh MA, et al. Group cognitive processing therapy delivered to veterans via telehealth: A pilot cohort. *J Trauma Stress* 2011;24:465–469.

20. Myers KM, Valentine JM, Melzer SM. Feasibility, acceptability, and sustainability of telepsychiatry for children and adolescents. *Psychiatr Serv* 2007;58: 1493–1496.

21. Myers KM, Palmer NB, Geyer JR. Research in child and adolescent telemental health. *Child Adolesc Psychiatr Clin North Am* 2011;20:155–171.

22. Boydell K, Volpe T, Pignatello A. A qualitative study of young people's perspectives on receiving psychiatric services via televideo. *J Can Assoc Child Adolesc Psychiatry* 2010;19:5–11.

23. Myers KM, Vander Stoep A, McCarty CA, et al. Child and adolescent telepsychiatry: Variations in utilization, referral patterns and practice trends. *J Telemed Telecare* 2010;16:128–133.

24. Palmer NB, Myers KM, Vander Stoep A, et al. Attention-deficit/hyperactivity disorder and telemental health. *Curr Psychiatry Rep* 2010;12:409–417.

## TELEMENTAL HEALTH EFFECTIVENESS

25. Pesamaa L, Ebeling H, Kuusimaki ML, et al. Videoconferencing in child and adolescent telepsychiatry: A systematic review of the literature. *J Telemed Telecare* 2004;10:187–192.

26. Elford R, White H, Bowering R, et al. A randomized, controlled trial of child psychiatric assessments conducted using videoconferencing. *J Telemed Telecare* 2000;6:73–82.

27. Nelson EL, Barnard M, Cain S. Treating childhood depression over videoconferencing. *Telemed J E Health* 2003;9:49–55.

28. Neufeld JD, Bourgeois JA, Hilty DM, et al. The e-Mental Health Consult Service: Providing enhanced primary care mental health services through telemedicine. *Psychosomatics* 2007;48:135–141.

29. Yellowlees PM, Hilty DM, Marks SL, et al. A retrospective analysis of child and adolescent e-mental health. *J Am Acad Child Adolesc Psychiatry* 2008;47:1–5.

30. Szeftel R, Federico C, Hakak R, et al. Improved access to mental health evaluation for patients with developmental disabilities using telepsychiatry. *J Telemed Telecare* 2012;18:317–321.

31. Richardson L, McCauley E, Katon W. Collaborative care for adolescent depression: A pilot study. *Gen Hosp Psychiatry* 2009;31:36–45.

32. Rabinowitz T, Murphy K, Amour JL, et al. Benefits of a telepsychiatry consultation service for rural nursing home residents. *Telemed J E Health* 2010;16:34–40.

33. Poon P, Hui E, Dai D, et al. Cognitive intervention for community-dwelling older persons with memory problems: Telemedicine versus face-to-face treatment. *Int J Geriatr Psychiatry* 2005;20:285–286.

34. Holden D, Dew E. Telemedicine in a rural gero-psychiatric inpatient unit: Comparison of perception/satisfaction to onsite psychiatric care. *Telemed J E Health* 2008;14:381–384.

35. Weiner M, Rossetti H, Harrah K. Videoconference diagnosis and management of Choctaw Indian dementia patients. *Alzheimers Dement* 2011;7:562–566.

36. Chapter 4. Mental health care for American Indians and Alaska Natives. In: Office of the Surgeon General (US); Center for Mental Health Services (US); National Institute of Mental Health (US). *Mental Health: Culture, Race, and Ethnicity: A Supplement to Mental Health: A Report of the Surgeon General.* Rockville, MD: Substance Abuse and Mental Health Services Administration (US); 2001. Available at www.ncbi.nlm.nih.gov/books/NBK44242/ (last accessed February 1, 2013).

37. Moreno FA, Chong J, Dumbauld J, et al. Use of standard webcam and internet equipment for telepsychiatry treatment of depression among underserved Hispanics. *Psychiatr Serv* 2012;63:1213–1217.

38. Hilty DM, Lim RF, Koike AK, et al. Planning for telepsychiatric consultation: A needs assessment for cultural and language services at rural sites in California. *J Rural Mental Health* 2013 (submitted for publication).

39. Nieves J, Stack KM. Hispanics and telepsychiatry. *Psychiatr Serv* 2007;58:877–878.

40. Chong J, Moreno FA. Feasibility and acceptability of clinic-based telepsychiatry for low-income Hispanic primary care patients. *Telemed J E Health* 2012;18:297–304.

41. Ye J, Shim R, Lukaszewski T, Yun K, et al. Telepsychiatry services for Korean immigrants. *Telemed J E Health* 2012;18:797–802.

42. Shore JH, Savin D, Orton H, et al. Diagnostic reliability of telepsychiatry in American Indian veterans. *Am J Psychiatry* 2007;164:115–118.

43. Shore JH, Brooks E, Savin D, Orton H, Grigsby J, Manson S. Acceptability of telepsychiatry in American Indians. *Telemed J E Health* 2008;14:461–466.

44. Mucic D. Transcultural telepsychiatry and its impact on patient satisfaction. *J Telemed Telecare* 2010;16:237–242.

45. Lopez AM, Cruz M, Lazarus S, et al. Use of American sign language in telepsychiatry consultation. *Telemed J E Health* 2004;10:389–391.

46. Frueh BC, Henderson S, Myrick H. Telehealth service delivery for persons with alcoholism. *J Telemed Telecare* 2005;11:372–375.

47. Hilty DM, Yellowlees PM, Nesbitt TS. Evolution of telepsychiatry to rural sites: Change over time in types of referral and PCP knowledge, skill, and satisfaction. *Gen Hosp Psychiatry* 2006;28:367–373.

48. Hilty DM, Nesbitt TS, Kuenneth TA, et al. Telepsychiatric consultation to primary care: Rural vs. suburban needs, utilization and provider satisfaction. *J Rural Health* 2007;23:163–165.

49. Hilty DM, Marks SL, Wegeland JE, et al. A randomized controlled trial of disease management modules, including telepsychiatric care, for depression in rural primary care. *Psychiatry* 2007;4:58–65.

50. Hilty DM, Ingraham RL, Yang RP, et al. Multispecialty phone and email consultation to primary care providers for patients with developmental disabilities in rural California. *Telemed J E Health* 2004;10:413–421.

51. Ayers K, Yellowlees P. Mental health considerations during a pandemic influenza outbreak. *Internet J Rescue Disaster Med* 2009;9(1). doi: 10.5580/1481.

52. Katon W, Von Korff M, Lin E, et al. Collaborative management to achieve depression treatment guidelines. *J Clin Psychiatry* 1997;58(Suppl 1):20–24.

53. Yellowlees PM, Odor A, Burke MM, et al. A feasibility study of asynchronous telepsychiatry for psychiatric consultations. *Psychiatr Serv* 2010;61:838–840.

54. Butler TN, Yellowlees P. Cost analysis of store-and-forward telepsychiatry as a consultation model for primary care. *Telemed J E Health* 2012;18:74–77.

55. Yellowlees PM, Odor A, Patrice K, et al. Transcultural psychiatry made simple—Asynchronous telepsychiatry as an approach to providing culturally relevant care. *Telemed J E Health* 2013;19:259–264.

56. Rosenthal TC. The medical home: Growing evidence to support a new approach to primary care. *J Am Board Fam Med* 2008;21:427–440.

57. Yellowlees PM, Odor A, Patrice K, et al. PsychVACS: A system for asynchronous telepsychiatry. *Telemed J E Health* 2011;17:299–303.

58. Williams M, Pfeffee M, Boyle, et al. Telepsychiatry in the emergency department: Overview and case studies. California HealthCare Foundation. 2010. Available at www.chcf.org/publications/2009/12/telepsychiatry-in-the-emergency-department-overview-and-case-studies (last accessed last February 1, 2013).

59. Sorvaniemi M, Ojanen E, Santamäki O. Telepsychiatry in emergency consultations: A follow-up study of sixty patients. *Telemed J E Health* 2005;11:439–441.

60. Shore JH, Hilty DM, Yellowlees PM. Emergency management guidelines for telepsychiatry. *Gen Hosp Psychiatry* 2007;29:199–206.

61. Yellowlees PM, Burke MM, Marks SL, et al. Emergency telepsychiatry. *J Telemed Telecare* 2008;14:277–281.

62. Hollingsworth JM, Saint S, Hayward RA, et al. Specialty care and the patient-centered medical home. *Med Care* 2011;49:4–9.

63. Cluver JS, Schuyler D, Frueh BC, et al. Remote psychotherapy for terminally ill cancer patients. *J Telemed Telecare* 2005;11:157–159.

64. Shore P. VISN 21 Home Based Telemental Health Pilot Project Program. Veteran's Health Administration. Portland, OR, 2011. Available at http://conference.avapl.org/pubs/2012%20Conference%20Presentations/Home%20Based%20Telemental%20Health.pdf (last accessed February 1, 2013).

65. Weinstein MC, Stason WB. Foundations of cost-effectiveness analysis for health and medical practices. *N Engl J Med* 1977;296:716–721.

66. Smith AC, Scuffham P, Wootten R. The costs and potential savings of a novel telepaediatric service in Queensland. *BMC Health Serv Res* 2007;7:35.

67. Spaulding R, Belz N, DeLurgio S, et al. Cost savings of telemedicine utilization for child psychiatry in a rural Kansas community. *Telemed J E Health* 2010;16:867–871.

68. Jong M. Managing suicides via videoconferencing in a remote northern community in Canada. *Int J Circumpolar Health* 2004;63:422–428.

69. Persaud DD, Jreige S, Skedgel C, et al. An incremental cost analysis of telehealth in Nova Scotia from a societal perspective. *J Telemed Telecare* 2005;11:77–84.

# HILTY ET AL.

70. Shore JH, Brooks E, Savin DM, et al. An economic evaluation of telehealth data collection with rural populations. *Psychiatr Serv* 2007;58:830–835.

71. Unutzer J, Choi Y, Cook IA, et al. A web-based data management system to improve care for depression in a multicenter clinical trial. *Psychiatr Serv* 2002;53:671–678.

72. Geyer J, Myers K, Vander Stoep A, et al. Implementing a low-cost web-based clinical trial management system for community studies: A case study. *Clin Trials* 2011;8:634–644.

73. Yellowlees PM, Marks SL, Hilty DM, et al. Using e-health to enable culturally appropriate mental health care in rural areas. *Telemed J E Health* 2008;14: 486–492.

74. Manfredi L, Shupe J, Batki S. Rural jail telepsychiatry: A pilot feasibility study. *Telemed J E Health* 2005;11:574–577.

75. Urness D, Wass M, Gordon A, et al. Client acceptability and quality of life–Telepsychiatry compared to in-person consultation. *J Telemed Telecare* 2006;12:251–254.

76. Modai I, Jabarin M, Kurs R, et al. Cost effectiveness, safety, and satisfaction with video telepsychiatry versus face-to-face care in ambulatory settings. *Telemed J E Health* 2006;12:515–520.

77. Greenberg N, Boydell K, Volpe T. Pediatric telepsychiatry in Ontario: Caregiver and service provider perspectives. *J Behav Health Sci Res* 2006;33:105–111.

78. Myers K, Valentine J, Morganthaler R, Melzer S. Telepsychiatry with incarcerated youth. *J Adolesc Health* 2006;38:643–648.

79. Lau ME, Way BB, Fremont WP. Assessment of SUNY Upstate Medical University's child telepsychiatry consultation program. *Int J Psychiatry Med* 2011;42:93–104.

80. Jacob MK, Larson JC, Craighead WE. Establishing a telepsychiatry consultation practice in rural Georgia for primary care physicians: A feasibility report. *Clin Pediatr (Phila)* 2012;51:1041–1047.

81. Germain V, Marchand A, Bouchard, et al. Effectiveness of cognitive behavioural therapy administered by videoconference for posttraumatic stress disorder. *Cogn Behav Ther* 2009;38:42–53.

82. Bouchard S, Paquin B, Payeur R, et al. Delivering cognitive-behavior therapy for panic disorder with agoraphobia in videoconference. *Telemed J E Health* 2004;10:13–25.

83. Edwards MA, Patel AC. Telemedicine in the state of Maine: A model for growth driven by rural needs. *Telemed J E Health* 2003;9:25–39.

84. Harley J. Economic evaluation of a tertiary telepsychiatry service to an island. *J Telemed Telecare* 2006;12:354–357.

85. Pyne JM, Fortney JC, Tripathi SP, Maciejewski ML, Edlund MJ, Williams K. Cost-effectiveness analysis of a rural telemedicine collaborative care intervention for depression. *Arch Gen Psychiatry* 2010;67:812–821.

Address correspondence to:
*Donald M. Hilty, MD*
*Department of Psychiatry and Behavioral Sciences*
*University of California–Davis*
*2230 Stockton Boulevard*
*Sacramento, CA 95817*

*E-mail:* dmhilty@ucdavis.edu

*Received:* March 14, 2013
*Revised:* April 9, 2013
*Accepted:* April 10, 2013

Reprinted from the Archives of General Psychiatry
November 1978, Volume 35
Copyright 1978, American Medical Association

# Physical Illness Presenting as Psychiatric Disease

Richard C. W. Hall, MD; Michael K. Popkin, MD; Richard A. Devaul, MD; Louis A. Faillace, MD; Sondra K. Stickney, RN

• A study of 658 consecutive psychiatric outpatients receiving careful medical and biochemical evaluation, defined an incidence of medical disorders productive of psychiatric symptoms in 9.1% of cases. The most frequent presentations were of depression, confusion, anxiety, and speech or memory disorders. The presence of visual hallucinations was believed to indicate medical etiology until proved otherwise. Major illnesses presenting with psychiatric symptoms in order of frequency were infectious, pulmonary, thyroid, diabetic, hematopoietic, hepatic and CNS diseases. Forty-six percent of these patients suffered from medical illnesses previously unknown to either them or their physician. A plea is made for careful medical evaluation of psychiatric patients.

(Arch Gen Psychiatry 35:1315-1320, 1978)

Psychiatric symptoms are nonspecific and commonly occur in medical as well as psychiatric disease. In addition, there is some evidence that a psychiatric diagnosis is associated with a high risk of medical illness. One approach to the symptom nonspecificity dilemma has been an attempt to relate specific psychiatric symptoms to specific medical disease[1-17] or to define the risk of the development of a particular medical illness by psychiatric syndrome.[18-31]

Comroe,[32] in 1936, demonstrated that in 24 of 100 patients labeled neurotic, significant organic disease developed within eight months after their initial evaluation. He suggested that psychiatric and behavioral symptoms often precede the full-blown development of medical illness. Marshall,[33] in 1949, demonstrated a physical morbidity in 44% of patients admitted to a psychiatric unit. In 1958, Meyer,[34] while investigating the relationship of surgery to psychiatry, cautioned against assigning a functional cause to symptoms simply because they arose in the midst of an emotional crisis.

Herridge,[35] conducting one of the first etiologic classification studies in 1960, found a 50% physical morbidity in 209 consecutive psychiatric patients. In spite of previous medical examination, he found a 5% incidence of medical disorders that were considered "casual" of psychiatric symptoms. Twenty-one percent of his patients had significant medical illness that was considered "concomitant" and "apparently contributing" to the onset of psychological symptoms. In 8% of his population, a "consecutive" physical disorder developed that "apparently" resulted from the psychological illness or its treatment. Of the remaining patients, 34% were found to have physical illnesses that required attention.

Davies,[36] in 1965, studied the incidence of physical illness in psychiatric outpatients. He found a 42% incidence of physical disease causative of initial psychiatric complaints; 58% of all patients attending his psychiatric clinic suffered from some physical illness.

Johnson,[37] in 1968, conducted detailed physical examinations of 250 consecutive admissions to an inpatient service and reported a 12% incidence of cases where physical states were important etiological factors in the presenting psychiatric symptoms. Of these illnesses, 80% were "missed" by physicians prior to the patient's admission and 6.6% were "initially missed" after admission; 60% of all patients admitted demonstrated abnormal physical findings. Maguire and Granville-Grossman,[38] in 1968, found a 33.5% incidence of medical illness in 200 consecutive psychiatric inpatients. Seventy percent of these illnesses

Accepted for publication Sept 2, 1977.
From the Department of Psychiatry, University of Texas Medical School at Houston (Drs Hall, Devaul, and Faillace), the Department of Psychiatry (Dr Hall) and the Clinical Research Unit (Ms Stickney), Texas Research Institute of Mental Sciences, Houston; and the Department of Psychiatry, University of Minnesota Medical School, Minneapolis (Dr Popkin).
Reprint requests to Department of Psychiatry, University of Texas Medical School at Houston, 6400 W Cullen, Houston, TX 77025 (Dr Hall).

### Table 1.—Medical Conditions Considered Definitely Causative of Psychiatric Symptoms[*]

| Psychiatric Diagnosis (No. of Patients) | Medical Diagnosis (No. of Patients) |
|---|---|
| **Neurosis (19)** | |
| Depression (15) | Hypothyroidism (3) |
| | Pneumonia (2) |
| | Infectious viral hepatitis (2) |
| | Hyperthyroidism |
| | Hyperparathyroidism |
| | Hepatic insufficiency |
| | Mononucleosis |
| | Buncle branch block |
| | Arteriosclerotic cardiovascular disease |
| | Hypertension (essential) |
| | Metastatic carcinoma of the uterus |
| | Hypochromic anemia |
| | Peptic ulcer |
| Anxiety (9) | Hyperthyroidism (2) |
| | Pneumonia (2) |
| | Hyperparathyroidism |
| | Ulcerative colitis |
| | Bundle branch block |
| | Arteriosclerotic cardiovascular disease |
| | Hypothyroidism |
| | Paroxysmal atrial tachycardia |
| | Hypochromic anemia |
| | Scabies |
| **Psychosis (15)** | |
| Reactive, unspecified (6) | Hypertension (2) |
| | Arteriosclerotic cardiovascular disease (2) |
| | Neurosyphilis |
| | Cirrhosis |
| | Incipient delirium tremens |
| | Diabetes mellitus |
| | Congestive heart failure |
| | Chronic bronchitis |
| | Sphenoidal ridge meningioma |
| | Viral upper respiratory infection |
| | Cerebral insufficiency |
| | Hypothyroidism |
| Major Affective (6) | Viral pneumonia |
| | Rheumatoid arthritis |
| | Aortic stenosis |
| | Cerebral anoxia |
| | Hypothyroidism |
| | Erythremia |
| | Pernicious anemia |
| | Black lung |
| | Congestive heart failure |
| Schizophrenia (3) | Diabetes mellitus (2) |
| | Alzheimer's disease |
| | Hypoglycemia |
| Organic brain syndrome (6) | Pneumonia (2) |
| | Bronchogenic carcinoma |
| | Cirrhosis |
| | Pancreatitis |
| | Hepatoma |
| | Hypochromic microcytic anemia (2) |
| | Emphysema |
| | Congestive heart failure |
| | Metastatic carcinoma of the uterus |
| | Hepatic insufficiency |
| **Personality disorder (4)** | |
| Unspecified (2) | Cerebrovascular accident |
| | Hypertension |
| | Viral pneumonia |
| | Rheumatoid arthritis |
| | Anemia (2) |
| Alcoholism (2) | Cirrhosis |
| | Pancreatitis |
| | Hepatoma |
| **Behavior disorder of childhood (1)** | Pinworm |

[*]Conditions were considered causative of psychiatric symptoms if: (1) the psychiatric symptom abated with treatment, or (2) the medical condition clearly caused the initial psychiatric symptoms even though the psychiatric symptoms were not reversed by medical treatment. This table reflects all diagnoses, both medical and psychiatric, made for each patient. Where more than one diagnosis was made, all are shown.

### Table 2.—Medical Conditions Considered Probably Causative of Psychiatric Symptoms[*]

| Psychiatric Diagnosis (No. of Patients) | Medical Diagnosis (No. of Patients) |
|---|---|
| **Neurosis (6)** | |
| Depression (3) | Pulmonary infarction |
| | Pulmonary emboli |
| | Hypothyroidism |
| | Diabetes mellitus |
| Anxiety (3) | Hyperthyroidism (2) |
| | Hypothyroidism |
| Obsessive compulsive (1) | Diabetes mellitus |
| **Psychosis (13)** | |
| Reactive, unspecified (5) | Diabetes mellitus (2) |
| | Hepatitis |
| | Bronchitis |
| | Hypochromic microcytic anemia |
| | Rheumatoid arthritis |
| | Viral pneumonia |
| | Mitral stenosis |
| | Congestive heart disease |
| Major affective disorder (4) | Hyperthyroidism |
| | Pulmonary infarction |
| | Pulmonary emboli |
| | Congestive heart failure |
| | Hypertension |
| | Chronic bronchitis |
| | Pulmonary insufficiency |
| | Emphysema |
| Schizophrenia (5) | Neurosyphilis |
| | Diabetes mellitus |
| | Pyelonephritis |
| | Congestive heart failure |
| | Infectious hepatitis |
| Organic brain syndrome (6) | Congestive heart failure (2) |
| | Neurosyphilis |
| | Hypertension |
| | Diabetes mellitus |
| | Bronchitis |
| | Pyelonephritis |
| | Infectious hepatitis |
| **Personality disorder (6)** | |
| Unspecified (2) | Sickle cell anemia |
| | Mitral stenosis |
| | Congestive heart failure |
| | Rheumatic heart disease |
| Hysterical (1) | Juvenile diabetes mellitus |
| Sociopathic (1) | Viral pneumonia |
| Alcoholism (1) | Hepatitis |
| | Bronchitis |
| | Hypochromic microcytic anemia |
| | Rheumatoid arthritis |
| Drug Dependence (1) | Hyperthyroidism |

[*]Medical conditions were considered probably causative of psychiatric symptoms if they could explain the particular episode of symptoms in patients with definite psychiatric disorders of long standing (ie, altered the patient's normal behavior pattern, but with treatment of the medical problem, the patient's pattern of behavior reverted to what it was previously).

| System* | Disease | No. of Patients |
|---|---|---|
| **Table 3.—Medical Disorders Believed Causative of Presenting Psychiatric Symptoms** | | |
| Cardiovascular (22) | Hypertension | 5 |
| | Congestive heart failure | 5 |
| | Arteriosclerotic cardiovascular disease | 3 |
| | Cerebral insufficiency | 2 |
| | Aortic stenosis | 2 |
| | Paroxysmal atrial tachycardia | 1 |
| | Right-sided heart failure | 1 |
| | Mitral stenosis | 1 |
| | Conduction defect | 1 |
| | Rheumatic heart disease | 1 |
| Endocrine (21) | Thyroid disease | 12 |
| | Hypothyroidism | 7 |
| | Hyperthyroidism | 5 |
| | Diabetes mellitus | 7 |
| | Hypoglycemia | 1 |
| | Hyperparathyroidism | 1 |
| Infections and parasitic disease (14) | Pneumonia | 6 |
| | Neurosyphilis | 2 |
| | Infectious hepatitis | 2 |
| | Mononucleosis | 1 |
| | Pyelonephritis | 1 |
| | Scabies | 1 |
| | Pinworms | 1 |
| Pulmonary (12) | Pneumonia | 6 |
| | Viral | 2 |
| | Pneumococcal | 2 |
| | Klebsiella | 1 |
| | Unspecified | 1 |
| | Emphysema | 2 |
| | Black lung disease | 1 |
| | Pulmonary insufficiency | 1 |
| | Pulmonary embolism | 1 |
| | Pulmonary infarction | 1 |
| Gastrointestinal (9) | Cirrhosis | 2 |
| | Infectious hepatitis | 2 |
| | Hepatic insufficiency | 1 |
| | Alcoholic hepatitis | 1 |
| | Malnutrition | 1 |
| | Ulcerative colitis | 1 |
| | Peptic Ulcer | 1 |
| Hematopoietic (8) | Hypochromic microcytic anemia | 5 |
| | Pernicious anemia | 1 |
| | Erythremia | 1 |
| | Sickle cell anemia | 1 |
| Central nervous system (5) | Neurosyphilis | 2 |
| | Sphenoid ridge meningioma | 1 |
| | Alzheimer's disease | 1 |
| | Cerebrovascular accident | 1 |
| Malignancies (4) | Bronchiogenic carcinoma | 1 |
| | Hepatoma | 1 |
| | Endometrioma of uterus | 1 |
| | Sphenoid ridge meningioma | 1 |

*Numbers in parentheses indicate number of patients.

Table 4.—Psychiatric Diagnosis in Patients With Medical Disorders Believed Causative of Psychiatric Symptoms*

| Diagnosis | No. of Patients |
|---|---|
| Neurosis | 31 |
| Depressive | 18 |
| Anxiety | 12 |
| Obsessive-compulsive | 1 |
| Psychosis | 42 |
| Reactive, unspecified | 16 |
| Depressive reaction | 3 |
| Schizophrenia | 15 |
| Major affective | 8 |
| Organic brain syndrome | 12 |
| Personality Disorder | 13 |
| Unspecified | 6 |
| Inadequate | 1 |
| Hysterical | 1 |
| Antisocial | 1 |
| Alcoholism | 3 |
| Drug dependence | 1 |
| Behavioral disorders of childhood | 1 |

*When a multiple diagnosis was made, all are shown.

Table 5.—Probable Medical Symptoms in Order of Frequency

| Symptom | No. of Patients |
|---|---|
| Sleep disorder | 28 |
| Severe weakness | 22 |
| Extreme fatigue | 22 |
| Inability to concentrate | 19 |
| Memory loss | 19 |
| Change in speech | 19 |
| Auditory hallucinations | 18 |
| Chest pain | 18 |
| Intermittent tachycardia | 18 |
| Recent nocturia | 17 |
| Recent-onset confusion | 17 |
| Tremulousness | 16 |
| Productive sputum | 15 |
| Urinary frequency | 15 |
| Dyspnea on exertion | 15 |
| Recent personality change | 15 |
| Paresthesias | 14 |
| New cough | 13 |
| Polyuria | 12 |
| Pleuritic pain | 12 |
| Visual hallucinations | 12 |
| Lymphadenopathy | 12 |
| Severe anorexia | 12 |
| Dyspnea | 12 |
| Arrhythmia (perceived by patient) | 12 |
| Paroxysmal nocturnal dyspnea | 10 |
| Costal vertebral angle pain | 10 |
| Chest pain | 9 |
| Wheezing | 9 |
| Diminished coordination | 9 |
| Skin has recently become dry | 9 |
| Lost all desire to eat | 9 |
| Recent fragility of hair | 9 |
| Ankle and/or pretibial edema | 9 |
| Diminished sense of touch | 9 |
| New and different headache | 8 |
| Neck pain | 8 |
| Difficulty with mastication | 7 |
| Two-pillow orthopnea | 7 |
| Recent change in menstrual periods | 7 |
| Recent muscular weakness | 6 |
| Dysuria | 5 |

were considered severe, and 49% were previously unknown to either the patient or his physician.

The dilemma of assigning physical or psychological causality to particular psychiatric symptoms remains and is of critical import both for the diagnosis of the individual patient and for the rational design of a mental health care delivery system. This prospective study was undertaken in an attempt to define the significance of physical illness in psychiatric outpatients.

## SUBJECTS AND METHODS

Six hundred fifty-eight consecutive outpatients coming to a surburban community mental health center underwent a detailed initial evaluation consisting of a thorough medical and psychiatric history, mental status examination, physical examination, and physical symptom checklist. The review of systems checklist was adapted from one used on the medical service of the Johns Hopkins Hospital, Baltimore, Md. The study continued until 100 patients showed four or more symptoms on the symptom checklist. These 100 symptom-positive patients and the first 100 symptom-negative controls underwent a biochemical screening. Previous medical records, current illness, and treatment data were requested for all patients.

Patients with laboratory or physical evidence of disease continued to be followed up at the center as well as being referred to appropriate medical specialists for further evaluation and treatment. Data concerning improvement of initial psychiatric symptoms with medical treatment was obtained and analyzed. Patients underwent reevaluation for the presence of initial psychiatric symptoms two weeks after the treating physician believed maximal medical improvement had occurred. Medical disorder was considered causative of psychiatric symptoms if (1) psychiatric symptoms abated significantly with medical treatment; (2) medical symptoms seemed clearly related to the onset of psychiatric symptoms; or (3) the presence of a medical disorder, even though untreatable (ie, progressive arteriosclerotic cardiovascular disease with cerebral impairment), explained the patient's symptom pattern.

Medical and psychiatric symptoms were factor analyzed for

frequency of presentation in patients in whom medical conditions were thought to be causative of the initial psychiatric complaint. Data concerning whether the medical illness had been previously known to the family physician were analyzed.

## RESULTS

Of the patients having four or more positive responses on the symptom checklist (9.1% of the total sample of 658) 60% showed significant laboratory evidence of disease, as compared to only 3% (0.4% of the total sample of 658) of those patients who were symptom-negative. Twenty-three percent of the symptom-positive patients with laboratory indication of disease had medical illnesses known to their physician, while 77% of that group had illnesses that were previously unrecognized. Sixty-five percent of the index

group and 68% of the control group reported that they had a family physician whom they saw regularly; 72% of all patients with a family physician had not been physically examined during the preceding year.

Data were tabulated to depict medical and psychiatric diagnoses of those patients whose medical conditions were considered definitely or probably causative of initial psychiatric symptoms (Tables 1 and 2); the type of medical illness by symptoms or etiologic category (Table 3); the initial psychiatric diagnoses for those patients who were subsequently thought to have psychiatric symptoms caused by an underlying medical illness (Table 4); and the reported medical symptoms, in order of frequency, for the index population (Table 5). If initial diagnostic nomenclature was not precise, patients were placed, by the authors, in the most appropriate specific or general category. Where patients carried multiple diagnoses, all are shown. Where patients suffered from more than one illness, all significant illnesses are shown in their respective categories.

No meaningful sex, race, or age differences were apparent between the index and control groups. The mean age for the control group was 37 years, while that of the index group was 43 years. The average age for patients with multiple medical disorders thought to be definitely or probably causative of psychiatric symptoms was 57 years. Of the patients having a medically induced psychiatric disorder, 26% were under the age of 30. The average age of patients by system or etiologic category was cardiovascular disorders, 56 years old; pulmonary disease, 55 years; CNS disease, 54 years; malignancy, 47 years; gastrointestinal disorders, 47 years; hematologic disease, 44 years; infectious disease, 38 years; and endocrine disorders, 37 years.

The percentage of the patients with a medical condition that was thought to be definitely or probably causal of their psychiatric symptoms was 9.1. Cardiovascular and endocrine disorders were the most frequent causes of psychiatric symptoms, followed by infection, pulmonary disease, gastrointestinal disorders, hemopoietic disease, CNS disease, and malignancy.

The most frequent specific diagnoses made in patients with a medically induced psychiatric disorder were psychoneurotic depression, organic brain syndrome, and anxiety neurosis. It is noteworthy that the condition of 28% of the index group was diagnosed as functionally psychotic. Depression, anxiety, sleep disturbance, appetite disorders, diminished concentration, impaired recent memory, speech difficulty or a recent change of speech pattern, sensory flooding, auditory or visual hallucinations or both, recent personality change, or a sudden intensification of premorbid personality were the most characteristic psychiatric findings in these patients.

Twenty percent of the patients with a medically induced psychiatric disorder experienced visual hallucinations, distortions, or pronounced visual illusions as compared to only 0.5% of the population having psychiatric symptoms that were not thought to be medically related. Recent and extreme weakness, fatigue, agitation, chest pain, intermittent tachycardia or other arrhythmia, tremulousness, pain, changes in micturition, paresthesia, respiratory distress, skin or hair changes, and headaches were the most frequently seen medical symptoms in these patients.

## COMMENT

This study supports the concensus of previous investigators[32-38] that the presentation of psychiatric symptoms frequently belies medical illness. Reports of causative incidence range from 5% to 42%,[33-36] reflecting population and selection variables. The 9.1% incidence of medically induced psychiatric symptoms observed in this study indicates that a meaningful population of patients in a self-referred outpatient psychiatric system required detailed medical evaluation and treatment. Of note is the fact that the presence of a physician of record was not helpful in differentiating high- and low-risk patient groups. Demographic variables did not predict, in any meaningful way, risk, with the possible exception of an increased incidence of significant medical illness with advancing age.

Patients placed in high- and low-risk groups by the symptom checklist evidenced a 60% vs a 3% yield of biochemical laboratory abnormality. All of those patients had significant physical disease. A medical review of symptoms checklist thus seems to provide a simple and efficient instrument for defining those patients who are at high risk for underlying medical illness. The tandem use of a symptom checklist and biochemical screening provides a system helpful in defining those patients who require intensive medical investigation. This screening combination has direct applicability in the office practice of psychiatry, student and general mental health clinics, community mental health centers, and industrial psychiatric settings.

Visual hallucinations, distortions, and illusions were the symptoms most discriminative of medically induced psychiatric disease. This finding strongly suggests that in patients who complain of visual hallucinations or distortions, medical impairment should be considered until proved otherwise.

The 28% diagnostic incidence of functional psychosis should also be noted, as these diagnoses carry with them the implication of long-term drug treatment, potential hospitalization, and possible changes in the patient's legal status. In the majority of the patients whose conditions were diagnosed as functionally psychotic, symptoms cleared rapidly with appropriate medical treatment and the patients remained healthy. Misdiagnosis and the application of psychiatric labels to medically ill patients reduces their chances for improvement and may result in a worsening of their physical health. Adequate medical investigation, on the other hand, is reassuring to both the patient and his physician.

## CONCLUSION

The following conclusions seem to be justified from this study:

1. Medical illness often presents with psychiatric symptoms.

2. It is difficult to distinguish physical disorders from functional psychiatric disorders on the basis of psychiatric symptoms alone.

3. Detailed physical examination and laboratory screening are indicated as a routine procedure in the initial evaluation of psychiatric patients.

4. A review-of-systems checklist is useful in identifying

patients at high risk for physical illness.

5. Most patients are unaware of the medical illness that is causative of their psychiatric symptoms.

6. The presence of a family physician does not protect either the patient or the treating psychiatrist from unrecognized medical illness.

7. Cardiovascular, endocrine, infectious, and pulmonary disorders are the most frequent medical causes for psychiatric symptoms.

8. The conditions of patients with medically determined psychiatric symptoms are most likely to be diagnosed as psychoneurotic depression, organic brain syndrome, or anxiety neurosis.

9. The conditions of patients with medically induced symptoms are often initially misdiagnosed as a functional psychosis.

10. Visual hallucinations, distortions, and illusions are the psychiatric symptoms most discriminative of underlying medical disorder. Their occurrence necessitates medical evaluation.

## References

1. Hall RCW, Reading A: Steroid psychosis. *New Physician* 20:20-23, 1971.

2. Hall RCW: Psychiatric complications of chronic renal hemodialysis and renal transplantation. *New Physician* 20:255-258, 1971.

3. Hall RCW, Joffe JR: Hypomangnesemia. *JAMA* 224:1749-1751, 1973.

4. Schwab JJ: Psychiatric illness produced by infections. *Hosp Med* 5:98-108, 1969.

5. Whybrow PC, Prange AJ, Threadway CR: Mental changes accompanying thyroid gland dysfunction. *Arch Gen Psychiatry* 20:48-63, 1969.

6. Dalessio DJ, Benchimol A, Dimond EG: Chronic encephalopathy related to heart block. *Neurology* 15:499-503, 1965.

7. Perlas AP, Faillace LA: Psychiatric manifestations of carcinoma of pancreas. *Am J Psychiatry* 121:182, 1964.

8. Rosenblatt S, Faillace LA: The psychiatric manifestations of hyperparathyroidism. *Tex Med* 73:59-60, 1977.

9. Ullman M, Gruen A: Behavioral changes in patients with strokes. *Am J Psychiatry* 117:1004-1009, 1961.

10. Goldstein NP, Ewert JC, Randall RV, et al: Psychiatric aspects of Wilsons disease. *Am J Psychiatry* 124:1555-1561, 1968.

11. Himmelhoch J, Pincus J, Tucher G, et al: Sub-acute encephalitis: Behavioral and neurological aspects. *Br J Psychiatry* 116:531-538, 1970.

12. Mitchell WM: Etiological factors producing neuropsychiatric syndromes in patients with malignant disease. *Int J Neuropsychiatry* 3:464-468, 1967.

13. Hall RCW, Popkin MK: Psychological symptoms of physical origin. *Female Patient* 2(10):43-47.

14. Korolenko CP, Yevseyeva TA, Volkov PP: Data for a comparative account of toxic psychoses of various aetiologies. *Br J Psychiatry* 115:273-279, 1969.

15. Surridge D: An investigation into some psychiatric aspects of multiple sclerosis. *Br J Psychiatry* 115:749-764, 1969.

16. Ford RG, Sickert RG: Central nervous system manifestation of periarteritis nodosa. *Neurology* 15:114-122, 1965.

17. Glaser GH, Newman RJ, Schafer E: Interictal psychosis in psychomotor temporary lobe epilepsy: An EEG-psychological study, in *EEG and Behavior.* New York Basic Books Inc, 1963, pp-345-365.

18. Bourestom NC, Howard MT: Personality characteristics of three disability groups. *Arch Phys Med Rehabil* 46:626-632, 1965.

19. Moos RH: Personality factors associated with rheumatoid arthritis: A review. *J Chronic Dis* 17:41-55, 1964.

20. Wittkower ED: Studies of the personality of patients suffering from urticaria. *Psychosom Med* 15:116-126, 1953.

21. Cobb S, Rose RM: Hypertension, peptic ulcer and diabetes in air traffic controllers. *JAMA* 224:489-492, 1973.

22. Engle GL: Studies of ulcerative colitis: III. The nature of the psychological processes. *Am J Med* 19:231-256, 1955.

23. Freeman EH, Gorman FJ, Singer MT, et al: Personality variables and allergic skin reactions: A cross validation study. *Psychosom Med* 29:312-332, 1967.

24. McFadden ER Jr, Kiser R, DeGroot WJ: Acute bronchial asthma. *N Engl J Med* 288:221-235, 1973.

25. Cleveland SE, Johnson DL: Personality patterns in young males with coronary disease. *Psychosom Med* 24:600-610, 1962.

26. Davies M: Blood pressure and personality. *J Psychosom Res* 14:89-104, 1970.

27. Friedman M, Byers SO; Rosenman RH: Coronary-prone individuals (type A behavioral patterns) growth hormone response. *JAMA* 217:929-932, 1971.

28. Friedman M, Rosenman RH, Straus R: The relationship of behavioral pattern 'A' to the state of the coronary vasculature. *Am J Med* 44:525-537, 1968.

29. LaBarba RC: Experiential and environmental factors in cancer: A review of research with animals. *Psychosom Med* 32:259-274, 1970.

30. Hagnell O: The premorbid personality of persons who develop cancer in a total population investigated in 1947 and 1957. *Ann NY Acad Sci* 125:846-855, 1966.

31. Crisp AH: Some psychosomatic aspects of neoplasia *Br J Med Psychol* 13:313-331, 1970.

32. Comroe BI: Follow-up study of a 100 diagnosed as neurosis. *J Nerv Ment Dis* 83:679-684, 1936.

33. Marshall H: Incidence of physical disorders among psychiatric inpatients. *Br Med J* 2:468-470, 1949.

34. Meyer BC: Some psychiatric aspects of surgical practice. *Psychosom Med* 20:203-214, 1958.

35. Herridge CF: Physical disorders in psychiatric illness: A study of 209 consecutive admissions. *Lancet* 2:949-951, 1960.

36. Davies DW: Physical illness in psychiatric out-patients. *Br J Psychiatry* 111:27-33, 1965.

37. Johnson DAW: The evaluation of routine physical examination in psychiatric cases. *Practitioner* 200:686-691, 1968.

38. Maguire GP, Granville-Grossman KL: Physical illness in psychiatric patients. *Br J Psychiatry* 115:1365-1369, 1968.

*Printed and Published in the United States of America*

*Journal of Psychiatric and Mental Health Nursing*, 2004, 11, 461–468

# The development and evaluation of a telepsychiatry service for prisoners

S. LEONARD BSc RN (MM) Dip N Dip B&F Dip PTSD Counselling

*Research Fellow/Forensic Psychiatric Nurse, School of Nursing and Midwifery/Ravenswood House Medium Secure Service, Highfield Campus, University of Southampton, Southampton, Hampshire, UK*

*Correspondence:*
*S. Leonard*
*Research Fellow/Forensic*
*Psychiatric Nurse*
*School of Nursing and Midwifery/*
*Ravenswood House Medium*
*Secure Service*
*Highfield Campus*
*University of Southampton*
*Southampton*
*Hampshire*
*SO17 1BJ*
*UK*
*E-mail: s.leonard@soton.ac.uk*

LEONARD S. (2004) *Journal of Psychiatric and Mental Health Nursing* **11**, 461–468
**The development and evaluation of a telepsychiatry service for prisoners**

The introduction of increasingly sophisticated telecommunication systems seems to offer opportunities to respond to some of the key problems around structural and spatial inequalities in access to health care. There is evidence which suggests that serious mental health problems are common among prisoners and psychiatric comorbidity is the norm. Many prisoners have complex mental health needs, but more often than not these remain unaddressed. Telepsychiatry is one strategy to improve the accessibility and quality of mental health care in the prison setting. This paper firstly reviews the current prison health care system and then describes a research study which is focused on the development and evaluation of a telepsychiatry service for prisoners. This study has investigated what is lost or gained in a psychiatric assessment when it is conducted via telepsychiatry. The researcher compared the inter-rater reliability between two raters interviewing 80 participants in an observer/interviewer split configuration in telepsychiatry and same room settings. The measure used was the Comprehensive Psychopathology Rating Scale. Prisoners and prison staff also took part in semi-structured interviews which focused on their satisfaction and acceptability of the telepsychiatry service. A cost comparison of the telepsychiatry service with the existing visiting service was conducted. This paper outlines the study design and focuses on the potential impact that telepsychiatry may have upon the practice setting.

*Keywords*: Comprehensive Psychopathology Rating Scale, inter-rater reliability, prison health care, prisoner, satisfaction, telepsychiatry

*Accepted for publication*: 18 February 2004

## Background

Recent reforms in prison health care which include the creation of a formal partnership between the Prison Service and the National Health Service (NHS) have significant implications for the future organization and quality of health care delivered to prisoners (Prison Service and NHS Executive Working Group 1999). However, at present the vast majority of prisoners with mental health problems receive a standard of health care far below that afforded to patients in the community or hospital (Smith 1999). Serious mental health problems are common among prisoners

and psychiatric comorbidity is the norm (Gunn *et al.* 1991, Maden *et al.* 1995, Birmingham *et al.* 1996, Brooke *et al.* 1996, Singleton *et al.* 1998). Many prisoners have complex mental health needs, but more often than not these remain unaddressed (Health Advisory Committee for the Prison Service 1997). Because prisons are remote, security-conscious institutions with highly restrictive regimes access to specialist health care is often restricted. In countries such as Australia and the USA where geographical isolation can create similar problems of accessibility, telepsychiatry services have been developed to reduce inequalities in service provision to remote areas.

© 2004 Blackwell Publishing Ltd

S. Leonard

## The mental health of prisoners

There have been numerous studies and reports in the UK about the prevalence of mental disorder among prisoners. Research conducted by the Institute of Psychiatry in London found that over one-third of sentenced male prisoners (Gunn *et al.* 1991) and almost two-thirds of unconvicted male remand prisoners (Brooke *et al.* 1996) have a mental illness. A survey of psychiatric morbidity in prison published by the Office of National Statistics indicates an even higher prevalence of mental illness among prisoners, indicating that 90% of all prisoners have a diagnosable mental health problem, substance misuse problem or both (Singleton *et al.* 1998). A more recent systematic review of psychiatric morbidity by Fazel & Danesh (2002) indicates that one in seven prisoners have a psychotic illness or major depression, and about one in two male prisoners and one in five female prisoners have an antisocial personality disorder. The mental health needs of the prison population are well defined, however, the identified needs remain unmet.

## Prisons and prison health care

This century has seen the prison population reach a record high level. The current daily prison population is over 72 950 (Home Office 2002), with approximately 140 000 prisoners passing through the system each year. Historically prison health care has been delivered under the auspices of the Home Office, being set outside the mainstream NHS. The Home Office has been responsible for providing a specialized dedicated service to the prisons of England and Wales. This was supplemented by some contractual arrangements with local general practitioners and local NHS psychiatrists. Prison health care centres, although commonly called hospitals, resemble sickbays with primary care cover. Not all prisons have beds in their health care centres, although all have access to beds by transferring patients to another prison if necessary. Inpatients have diverse clinical needs; about 75% of patients admitted to health care beds have mental health problems (Prison Service 1998, Reed & Lyne 2000). Although prisons have hospitals the provisions of the Mental Health Act (1983) do not apply to inpatient care in prisons and treatment without consent is only possible in emergencies under common law. This service has received many criticisms and questions about equity, standards, professional isolation and whether the prison service has the capacity to adequately carry out its health care function (Smith 1999).

The prison medical service has been subject to many reviews and reforms over recent years. In 1990 the Prison Medical Service was re-organized along the lines of purchaser–provider and it was recommended that the role of the service should be widened to emphasize more strongly the promotion of health (Home Office 1990). Since 1990 the failure of the service to provide appropriate standards of care has been recorded in annual reports and in reports on individual prisons by the prison inspectorate (Prison Service and NHS Executive Working Group 1999).

In 1996 Her Majesty Chief Inspector of prisons produced a discussion paper *Patient or Prisoner*. This paper highlighted weaknesses in current service delivery of health care to prisoners. In 1997 the Health Advisory Committee published *The Provision of Mental Health Care in Prisons*. This report highlighted the unco-ordinated way in which mental health care to prisoners was delivered and the Chief Inspector recommended that the NHS should take over responsibility for prison health care.

Despite these reviews and reforms of the prison health care service there have been continued criticisms, which highlight the continued failure of the service to provide equivalent standards of care to that provided by the NHS (Home Office 1996, Health Advisory Committee for the Prison Service 1997, Smith 1999). In 1999 a working party of officials from the prison service and the NHS jointly endorsed the need for the prison health service to give prisoners access to the same quality and range of health care as the general public receive from the NHS (Prison Service and NHS Executive Working Group 1999). Health authorities and prisons became jointly responsible for identifying the health needs of prisoners. To facilitate this process, the Department of Public Health and Epidemiology at the University of Birmingham developed a tool kit for carrying out health care need assessment of the prison population (Marshall *et al.* 2001). The aims of the health care needs assessment was to gather information to plan, negotiate and change services for the better in order to improve health care. Many of the health care services currently delivered tend to reflect historical development, which include the focus on custodial care rather than health needs.

As a result of the recent reform a new Prison Health Policy Unit and Task Force has been established, which reports both to the Prison Service and to the NHS Executive. In the recent publication of the *Prison Health Handbook* (Department of Health, HM Prison Service, The National Assembly for Wales 2001), it was acknowledged that prisoners are entitled to the same range and quality of health care services that the public receive from the NHS. This was supported much earlier by The European Prison Rules (1987) which states that the prison medical services should be organized in close relation with the health administration of the community or nation. More recently the term 'equivalence of care' has been introduced and examined. In 1997 the Health Advisory Committee to the prison found that national policies for the mentally ill did not apply in

prisons, that commissioning and management standards were lower than in the NHS, and that patients in prison did not have access to a full range of services. The health advisory view is that equivalence means equivalent health policy, equivalent standards and equivalent delivery of health care. The principle of equivalence means that improvement in prison health care services needs to be based on the National Service Framework (NSF) for mental health (Department of Health 1999). The NSF sets out seven standards for provision of effective mental health care for all those who need it, including prisoners. The standards cover mental health promotion, primary care and access to services, effective services for people with severe mental illness, individuals who care for people with mental illness and preventing suicide. The acceptance and incorporation of NHS policy into the prison service will allow the quality of health care to be measured by the fairness of provision in relation to need, health improvement, effective delivery of appropriate health care, efficiency, patient experience and outcomes. Such an approach is outlined in the NHS document *A First Class Service Quality in the New NHS* (Department of Health 1998).

In adopting a collaborative approach to health care delivery in prisons it is clear that there are barriers which will need to be overcome. Prisons have highly restrictive regimes; a highly mobile population and staff are often faced with time restraints (Prison Service and NHS Executive Working Group 1999). There is an inevitable incompatibility between custody and care. The question is whether or not it is possible for a health care ethos to thrive in an environment, which is dominated by other priorities such as control, and discipline (Willmott 1997). There has been much debate surrounding the therapy verses custody dilemma and it must be acknowledged that the inability or failure to detect poor or failing physical/mental health of prisoners may contribute to the increasing rates of morbidity and mortality in the prison population (Willmott 1997).

The constraints resulting from the necessary level of security in the prison setting are a barrier to achieving the goal of equivalence with the NHS but do not make it unattainable. There is a need to look at more imaginative and innovative ways to improve health care. In recent years the NHS has seen a tremendous shift towards the development of new technologies and treatment modalities (May *et al.* 2001). The development of NHS direct and the increasing use of telecommunication technology presents a mode of health care delivery which may offer advantages.

## Telemedicine

Telemedicine has proved attractive to some clinicians and health policy makers in the UK (May *et al.* 2001). Telemed-

icine is often seen as a solution to key problems of modern health care systems which include cost containment and equitable access to health care (Lehoux *et al.* 2002). The continual emergence of new information and communication technologies has been instrumental in forming new ways to deliver health care services to individuals (Norris 2002).

Telemedicine is defined as the delivery of health care with the patient and health care professional at different locations, and is facilitated through the use of information and communication technologies (Ball *et al.* 1993, NHS Executive 1998). Telepsychiatry is that branch of telemedicine that focuses on mental health applications. In the UK the commitment to improve health care delivery, by utilizing information and communication technologies, is being considered by the Department of Health and the National Health Service (NHS Executive 1998). Telemedicine has had a mixed reception in the UK; at a policy level it seems to offer a technological 'fix' to some of the key problems around structural and spatial inequalities in access to health care. For this reason it has attracted the interest and support of government departments and related agencies. In particular, it has achieved a degree of prominence in government policy (May *et al.* 2001).

## Telepsychiatry

Telepsychiatry was thought to be one of the first health specialties to use telemedicine technology. As early as the mid-1950s the delivery of psychotherapy via a video became a reality when the Nebraska Psychiatric Institute in the USA established a video link with one of its satellite hospitals (Wittson *et al.* 1961). The general consensus of this venture was that it was both useful and beneficial. However, there was virtually no empirical examination of outcome to support this application.

More recent advances in technology have supported the use of video conferencing systems which provide effectively real-time, interactive audio and visual communication through the use of ISDN (integrated services digital network) telephone lines. In countries such as Australia and the USA where there are similar barriers to access to health care telemedicine, services have been developed to reduce inequalities in service provision to remote areas (Preston *et al.* 1992, Yellowlees & McCoy 1993, Stamm 1998). Telepsychiatry applications have been used in the US prison system for example, Zaylor *et al.* (2000) established a telepsychiatry pilot project between the Kansas University Medical Center and Lyon County Jail. Their main findings indicate that moderately to severely ill inmates with a broad range of psychiatric illness can be seen and treated effectively using a video conferencing system. Further work

by Zaylor *et al.* (2001) has shown the service to be effective from both the prisoners' and the psychiatrists' perspective in terms of satisfaction. Forensic telepsychiatry services have also been reported to be a cost-effective method of health care delivery in the USA (Zollo *et al.* 1999).

The use of telemedicine continues to expand in all fields (Field 1996). In particular, there seems to be a great number of mental health professionals that are beginning to deliver various types of mental health services over distance (Brown 1998, Stamm 1998, Ermer 1999, Simpson *et al.* 2001). Although telemedicine has been conducted through two-way audio systems for some time, the ease of access to inexpensive new types of asynchronous and synchronous technologies has re-opened questions about the effectiveness of mental health services when delivered through these technologies. Unfortunately the expanding use of this technology has not been matched with a corresponding examination of these issues (Currell *et al.* 2001).

Having reviewed the published research it seems to suggest that health care delivery using a teleconferencing link is acceptable to patients in a variety of circumstances, but, by addressing this issue in a rather superficial manner, most studies have produced more questions than answers. The vast majority of research conducted has focused primarily on technological suitability, and has only explored the reliability of using such methods in a limited way (Baer *et al.* 1995, Baigent *et al.* 1997, Elford *et al.* 2000; Jones *et al.* 2000). Mair & Whitten (2000), who have reviewed the literature on telemedicine, conclude that methodological deficiencies in the published research affect the validity and generalizability of results and future research needs to be more scientifically robust in order to assist policy makers in reaching decisions about the appropriate use of this technology.

Video conferencing offers real opportunities to help reduce the level of health care inequality experienced by prisoners. It has the potential to improve access to a better range and quality of services for a population that is hard to reach by conventional means. However, as telemedicine technologies bring new opportunities, they also bring new risks (Rigby *et al.* 2001). Telemedicine is not a panacea and there still remain many unresolved issues. Unresolved basic questions from the past remain unanswered. There is still uncertainty as to whether clinicians can safely provide health care services through telemedicine, which technology configurations provide more accurate results and whether various technologies are more cost-effective (Moore 1999). Other issues of concern relate to the nature and extent of the clinician–patient relationship in teleconsultations. Wootton (1996) observed there is no consensus as to whether telemedicine enhances or damages the therapeutic relationship. There are a number of reasons why it is essential to understand how telemedicine affects clinician–patient communication. Not only do communication behaviours reflect underlying decision-making roles but they may also have an impact upon the outcome of a clinical consultation (Miller 2001). Further concerns include data security, patient privacy and confidentiality (Stanberry 2000, Conford & Klecun-Dabrowska 2001). At present there are no universal guidelines, standards or regulations which would ensure that telemedicine is practiced legally and ethically.

The use of video conferencing in the deliver of health care to prisoners raises some very important ethical and legal questions. It is not fully understood how assessments and treatment conducted by telepsychiatry resemble conventional psychiatric practice and how it differs. Bearing in mind that conclusions drawn from a psychiatric assessment can have significant implications for a prisoner, questions about the validity and reliability of such assessments are very relevant. I am conducting a research study which seeks to address some of the current gaps in understanding relating to the use of teleconferencing systems within the prison environment. It is hoped that by conducting a methodologically robust, hypothesis-driven research study, this will increase the current evidence base and help inform decisions about the reliability of using this technology.

## Research study

I am currently conducting an evaluative study which aims to compare an innovative telepsychiatry service with an already established visiting service to a prison. This study is being conducted between a medium secure service and a prison situated in the Southeast of England. Currently the medium secure service provides a contractual visiting service to the prison. A psychiatrist travels to the prison once a week and runs a psychiatric clinic which involves the mental health assessment and treatment of prisoners. In June 2001 a telepsychiatry link was established which provides a video conferencing link between the secure unit and the prison. This system consists of a personal computer with H.320 cruiser 75 VCON software, which is a low cost video conferencing desktop system with dual communication capability. The system is linked by one ISDN telephone line which runs at 128 Kbit/s. It was anticipated that this system could be used as a way of supplementing the already existing service. However, no evaluation of this service had been conducted and there was very limited empirical evidence to support its introduction. This led to the design of this evaluative study. This study commenced in December 2001 with three main aims:

1. to establish the validity and reliability of the telepsychiatry interview as an instrument for eliciting and rating psychiatric signs and symptoms

© 2004 Blackwell Publishing Ltd, *Journal of Psychiatric and Mental Health Nursing* 11, 461–468

2. to determine the level of satisfaction with the telepsychiatry service from the perspective of the patient, psychiatrist and prison staff; and
3. to determine the cost of the telepsychiatry service compared to the existing visiting psychiatric service.

The first 6 months of the study was spent establishing the link and forming working relationships with the prison staff that would be assisting me with the recruitment of prisoners. Between July 2002 and April 2003 a random sample of 80 prisoners in contact with the prison mental health service were assessed by a psychiatrist and myself simultaneously. The psychiatrist sat at the local site (medium secure unit) in front of the video conferencing equipment conducting an assessment of the prisoner's psychopathology using the Comprehensive Psychopathology Rating Scale (CPRS) (Asberg *et al.* 1978). The prisoner and I sat together at the remote site (prison health care centre). We both rated the prisoner's responses to the rating scale items.

Following the initial assessment interview I conducted semi-structured interviews with 20 prisoners and two members of health care staff. These interviews lasted approximately 30 minutes and the main focus of the interview was to illicit individual's views relating to satisfaction and acceptability of the telepsychiatry service.

Between October 2002 and May 2003 the researcher spent time observing the work load of the visiting service and the types and length of consultations which were conducted with prisoners. This information is being used to conduct a cost comparison between the telepsychiatry service and the already established visiting service.

The inter-rater reliability interviews generated quantitative data which were analysed using the Statistical Package for Social Sciences (SPSS). Kappa statistics (Altman 1991) were used to assess the reliability of the individual CPRS items for the telepsychiatry service vs. face-to-face interviews. The qualitative data generated from the satisfaction interviews were analysed using thematic analysis (Boyatzis 1998). This was followed by the final analysis of the cost comparison data, which were analysed by identifying the fixed and the variable costs for each service. Sources of unit costs included those provided by health and social care (Netten & Curtis 2000). Other costs were calculated on the basis of information provided by the relevant local service providers. Data analysis were completed in February 2004 and future papers will report the results of the study.

## The potential application of telepsychiatry in psychiatric settings

Although telepsychiatry is not yet part of the routine mental health service delivery in the UK, a move towards its integration is imminent. A future mental health system has to meet the needs and demands of the population and meet the challenges contained in the recent Department of Health reports. These reports indicate that 'information technology must play a central role in the design of the system and suggest that the UK needs a renewed national commitment to build on information and communication infrastructures to support health care' (NHS Executive 1998). There are a number of currently available technologies and technological developments, which without doubt will radically change the way we provide mental health services during the next century.

Telepsychiatry has a great deal to offer in most psychiatric settings particularly in isolated hard-to-reach areas where patients and staff feel isolated from main stream services, or where patients, because of their particular attitudes or psychopathology, prefer the balance of power, level of intimacy or anonymity offered by digital communication.

When considering the use of communication technologies, there are a number of potential clinical applications in psychiatry. Potential applications include the use of video conferencing to conduct diagnostic assessment, mental state assessment, treatment, aftercare and education. Different forms of therapy could also be delivered using video conferencing including psychotherapy, cognitive behavioural therapy, psychosocial interventions and family therapy. It is also feasible to conduct case conferences and discharge planning.

Telepsychiatry could also offer potential benefits to staff including reduced travel times, increased easier access to support, supervision, and educational opportunities. Access to support and supervision can be difficult for some health care professionals, particularly individuals who work in the community or individuals who work in isolation in specialist posts. Telepsychiatry can offer opportunities for network supervision from peers or senior clinicians enabling real-time supervision, which allows professionals to discuss complex, and sometimes worrying issues. The education and training needs of health care staff working in the field of psychiatry are diverse. Many educational opportunities require significant travel time and release from work. Video conferencing could facilitate access to training and educational sessions for a greater number of professionals in a more flexible manner.

## Impact on practice

The introduction of any new technology will obviously impact upon practice and indeed alter the way practice is delivered. It is essential that the introduction of any new applications is understood and is used to enhance the deliv-

S. Leonard

ery of psychiatric services without compromising the quality of care. Telepsychiatry is already being successfully used in the field of psychiatry for a variety of clinical and educational purposes (Hilty *et al.* 2003). Research studies have shown telepsychiatry to be reliable compared with face-to-face encounters in terms of diagnosis for a wide range of disorders in adults and children. Despite this, adoption of telepsychiatry has been slow in the field of psychiatry in the UK for several reasons (May *et al.* 2001). Even though patients appear quite willing to try new technologies and appear satisfied with them, health care professionals remain wary (Hu *et al.* 1999). Psychological resistance to change, lack of experience or training, fear of technology, effects on communication and relationship building and concerns about confidentiality appear to be some of the barriers, which need to be overcome.

The future challenges for adopting telepsychiatry into mainstream practice do seem to be of the human, rather than the technological variety. At present telepsychiatry offers a novel way of working and one that requires substantial attitudinal change by the clinician. Clinicians must also recognize that the use and adoption of telepsychiatry may require different clinical skills, for example, the use of specific communication skills, and new approaches to information giving. Telepsychiatry may alter the nature of the clinical encounter and the relationship between the professional and the patient and fundamentally change the way clinicians practice. For these reasons it does not seem surprising that there appears to be some resistance to change. If these factors are to be overcome, significant investment in staff development and training will need to be made. There is little point in installing telepsychiatry systems if clinicians fail to see the advantages to their use. A number of these factors have led to the downfall of previous telepsychiatry programmes. For telepsychiatry, its acceptance and use will depend on how well future programmes address clinicians' concerns and anxieties and deal with potential pitfalls.

## The challenges of establishing a telepsychiatry service in a prison

Establishing a telepsychiatry service within a prison has offered a number of challenges. The very nature of the environment and the culture within prisons can deter innovative practice. All institutions have their own culture and the prisons are no exception. The health care culture is influenced by traditional attitudes, with an emphasis on security and less of a focus on health care practice. The prison service is currently undergoing a period of transition and there remain many uncertainties about the future of prison health care. This period of change has caused increased anxiety, and there is evidence of fear of change among health care staff (Prison Service and NHS Executive Working Group 1999). This type of culture can make the introduction of a new service difficult, but not impossible. Ensuring adequate provision of accessible and good quality information and training is necessary if video conferencing is to be introduced more widely in the clinical context.

The initial reactions to the telepsychiatry service included ready acceptance by prisoners. Spending time with each individual and familiarizing them with the technology appeared to reduce anxiety levels significantly. Moderately to severely ill prisoners with a broad range of psychiatric symptoms have been interviewed. No prisoner refused to use the equipment, nor has any prisoner walked out of an interview.

At present no other prisons in England and Wales have telepsychiatry services. It is not anticipated that telepsychiatry will replace existing services or reduce the need for face-to-face contact but if the outcomes of the study are positive it will allow greater diversity of services delivered with greater efficiency (Kavanagh & Yellowlees 1995). Telepsychiatry could provide obvious benefits for prisoners including early intervention and improved follow-up, and it could assist in speeding up transfer to hospital. Despite growing enthusiasm for this service telepsychaitry will require the support and vision of the prison service, health service and government departments to survive. Telepsychiatry will need to be embraced as an integral model of service delivery which will require an infrastructure and ongoing funding. There is also a need to formalize policy and standards regarding telepsychiatry use to ensure safe and consistent practices.

## Acknowledgements

The research upon which this publication is based has been supported by funding from the NHS National Programme on Forensic Mental Health R&D. However, the views expressed in this publication are those of the authors and not necessarily those of the Programme or the Department of Health. I would like to offer my thanks to Chris Devonshire, Professor Judith Lathlean, Dr Luke Birmingham and Dr Jerry Warr who are providing me with support and supervision in conducting this research study.

## References

Altman D. (1991) *Practical Medical Statistics for Medical Research*. Chapman and Hall, London.

Asberg M., Montgomery S.A., Perris C., Shalling D. & Sedvall G. (1978) The Comprehensive Psychopathology Rating Scale. *Acta Psychiatrica Scandinavica* 271, 5–27.

Baer L., Cukor P., Jenike M.A., Leahy L., O'Laughlen J. & Coyle J.T. (1995) Pilot studies of telemedicine for patients with obsessive compulsive disorder. *American Journal of Psychiatry* 152, 1383–1385.

Baigent M.F.L., Ioyd C.J., Kavanagh S.J., Ben-Tovim D.I., Yellowlees P.M., Kalucy R.S., Bond M.J. & Bond M.J. (1997) Telepsychiatry 'tele' yes, but what about the 'psychiatry'? *Journal of Telemedicine and Telecare* 3 (Suppl. 1), 3–5.

Ball C.J., Scott N., McLaren P.M. & Watson J.P. (1993) Preliminary evaluation of a low-cost videoconferencing system for remote cognitive testing of adult psychiatric patients. *British Journal of Clinical Psychology* 32, 303–307.

Birmingham L., Mason D. & Grubin D. (1996) Prevalence of mental disorder in remand prisoners: consecutive case study. *British Medical Journal* 313, 1521–1524.

Boyatzis R. (1998) *Thematic Analysis and Code Development Transforming Qualitative Information*. Sage Publications, Thousand Oaks, CA.

Brooke D., Taylor C. & Gunn J. (1996) Point prevalence of mental disorder in unconvicted male prisoners in England and Wales. *British Medical Journal* 313, 1524–1527.

Brown F.W. (1998) Rural telepsychiatry. *Psychiatric Services* 49, 963–964.

Conford T. & Klecun-Dabrowska E. (2001) Ethical perspectives in evaluation of telehealth. *Cambridge Quarterly of Healthcare Ethics* 10, 161–169.

Currell R., Urquhart C., Wainwright P. & Lewis R. (2001) Telemedicine v face to face patient care: effects on professional practice and health care outcomes. *Cochrane Review, Cochrane Library* issue 3, Oxford.

Department of Health (1998) *A First Class Service: Quality in the New NHS*. HMSO, London.

Department of Health (1999) *National Service Framework for Mental Health Modern Standards and Service Models*. HMSO, London.

Department of Health, HM Prison Service, The National Assembly for Wales (2001) *Prison Health Handbook*. Department of Health, London.

Elford R., White H., Bowering R., Ghandi A., Maddiggan B., St John K., House M., Harnett J., West R. & Battcock A. (2000) A randomized controlled trial of child psychiatric assessments conducted using video-conferencing, *Journal of Telemedicine and Telecare* 6, 73–82.

Ermer D.J. (1999) Experience with a rural telepsychiatry clinic for children and adolescents. *Psychiatric Services* 50, 260–261.

Fazel S. & Danesh J. (2002) Serious mental disorder in 23 000 prisoners: a systematic review of 62 surveys. *Lancet* 359, 545–550.

Field M.J. (1996) *Telemedicine: A Guide to Assessing Telecommunications in Health Care*. National Academy press, Washington DC.

Gunn J., Maden J. & Swindon M. (1991) *Mentally Disordered Prisoners*. Home Office, London.

Health Advisory Committee for the Prison Service (1997) *The Provision of Mental Health Care in Prisons*. HAC, London.

Hilty D., Liu W., Marks S. & Callahan E. (2003) Telepsychiatry the effectiveness of telepsychiatry a review. *CPA Bulletin de l'APC* October 2003, 10–17.

Home Office (1990) *Report of an Efficiency Scrutiny of the Prison Medical Service*. Home Office, London.

Home Office (2002) *Prison Population Brief England and*

*Wales*. Available at http://www.homeoffice.gov.uk/rds/pdfs2/prisnov02.pdf (last checked 4 March 2003).

Home Office. (1996) *Patient or Prisoner?* HMSO, London.

Hu P.J., Liu Sheng O.R., Chau P.Y. & Tam K.Y. (1999) Examining technology acceptance model using physician acceptance of telemedicine technology. *Journal of Management Information Systems* 16, 91–112.

Jones B.N., Johnston D., Reboussin B. & Vaughn-McCall W. (2000) Reliability of telepsychiatry assessments: subjective versus observational ratings. *Journal of Geriatric Psychiatry and Neurology* 14, 66–71.

Kavanagh S.J. & Yellowlees P.M. (1995) Telemedicine – clinical applications in mental health. *Australian Family Physician* 24, 1242–1246.

Lehoux P., Sicotte C., Denis J.-L., Berg M. & Lacroix A. (2002) The theory of use behind telemedicine: how compatible with physicians' clinical routines? *Social Science and Medicine* 54, 889–904.

Maden A., Taylor C. & Brooke D. (1995) *Mental Disorder in Remand Prisoners*. Home Office, London.

Mair F. & Whitten P. (2000) Systematic review of studies of patient satisfaction with telemedicine. *British Medical Journal* 320, 1517–1520.

Marshall T., Simpson S. & Stevens A. (2001) Health care needs assessment in prisons: a toolkit. *Journal of Public Health Medicine* 23, 198–204.

May C., Gask L. & Atkinson T. (2001) Resisting and promoting new technologies in clinical practice: the case of telepsychiatry. *Social Science and Medicine* 52, 1889–1901.

Miller E. (2001) Telemedicine and doctor-patient communication: an analytical survey of the literature. *Journal of Telemedicine and Telecare* 7, 1–17.

Moore M. (1999) The evolution of telemedicine. *Future Generation Computer Systems* 15, 245–254.

Netten A. & Curtis L. (2000) *PSSRU Unit Costs of Health Social Care*. PSSRU, Canterbury.

NHS Executive (1998) *Information for Health: An Information Strategy for the Modern NHS. A National Strategy for Local Implementation*. NHS Executive, London.

Norris A. (2002) *Essentials of Telemedicine and Telecare*. John Wiley and Sons, Chichester, UK.

Preston J., Brown F.W. & Hartley B. (1992) Using telemedicine to improve healthcare in distance areas. *Hospital and Community Psychiatry* 43, 25–32.

Prison Service (1998) *Report of the director of health care 1996–1997*. Stationery Office, London.

Prison Service and NHS Executive Working Group (1999) *The Future Organisation of Prison Health Care*. Department of Health, London.

Reed J.L. & Lyne M. (2000) Inpatient care of mentally ill people in prison. *British Medical Journal* 320, 1031–1034.

Rigby M., Forsstrom J., Roberts R. & Wyatt J. (2001) Verifying quality and safety in health informatics services. *British Medical Journal* 323, 552–556.

Simpson J., Doze S., Urness D., Hailey D. & Jacobs P. (2001) Evaluation of a routine telepsychiatry service. *Journal of Telemedicine and Telecare* 7, 90–98.

Singleton N., Meltzer H., Gatward R., Coid J. & Derek D. (1998) *Psychiatric Morbidity Among Prisoners in England and Wales*. HMSO, London.

S. Leonard

Smith R. (1999) Prisoners: an end to second class health care? *British Medical Journal* 318, 954–955.

Stamm B.H. (1998) Clinical applications of telehealth in mental health care. *Professional Psychology Research and Practice* 29, 536–542.

Stanberry B. (2000) Telemedicine: barriers and opportunities in the 21st century. *Journal of International Medicine* 247, 615–628.

The European Prison Rules (1987) *Recommendation Number Royal 87, 3 of the Committee of Ministers*. Council of Europe.

Willmott Y. (1997) Prison nursing: the tension between custody and care. *British Journal of Nursing* 6, 3336–3340.

Wittson C.L., Affleck D.C. & Johnson V. (1961) TWO-WAY television in group therapy. *Mental Hospitals* 2, 22–23.

Wootton R. (1996) Telemedicine: a cautious welcome. *British Medical Journal* 313, 1375–1377.

Yellowlees P. & McCoy W.T. (1993) A health care system to help Australians. *Medical Journal of Australia* 159, 437–438.

Zaylor C., Nelson E.L. & Cook D.J. (2001) Clinical outcomes in a prison telepsychiatry clinic. *Journal of Telemedicine and Telecare* 7 (Suppl. 1), 47–49.

Zaylor C., Whitten P. & Kingsley C. (2000) Telemedicine services to a county jail. *Journal of Telemedicine and Telecare* 6, 93–95.

Zollo S., Kienzle M., Loeffelholz P. & Sebille S. (1999) Telemedicine to IOWA's correctional facilities: initial clinical experience and assessment of program costs. *Telemedcine Journal* 5, 291–301.

© 2004 Blackwell Publishing Ltd, *Journal of Psychiatric and Mental Health Nursing* 11, 461–468

Professional Psychology: Research and Practice
2000, Vol. 31, No. 5, 497–502

In the public domain
DOI: 10.1037//0735-7028.31.5.497

# Telehealth in the Federal Bureau of Prisons: Inmates' Perceptions

Philip R. Magaletta
Federal Bureau of Prisons

Thomas J. Fagan
CorEx Group

Mark F. Peyrot
Loyola College and Johns Hopkins University School of Medicine

Nationally, correctional psychologists are being asked to use behavioral telehealth interventions with mentally ill inmates. Beyond anecdotal stories, no information is available on which inmates might be best suited for such interventions. This article examines inmates' ($N = 75$) satisfaction with telehealth consultations, reporting initial satisfaction with the consultation process, more comfort with the process over time, and a willingness to return for follow-up. Inmates with thought disorders and inmates with mood disorders were satisfied with telehealth, but difficulties were noted when inmates became frustrated and angry. These difficulties may be accommodated by technological upgrades and spending more time preparing inmates for consultation.

Although most psychologists in corrections have heard about behavioral telehealth—the use of telecommunications and information technology to provide behavioral health services (Nickelson, 1998)—few have practiced it. Those who have, however, are beginning to ask for a delineation and refinement of the potential benefits. More specifically, they wish to understand which patients respond best to this mode of service delivery and under what conditions (Rabasca, 1998; Sleek, 1997; Stamm, 1998). Furthermore, although it has been clearly established that telehealth holds significant promise for cost containment in correctional facilities

PHILIP R. MAGALETTA received his PhD in clinical psychology from Saint Louis University in 1996. He is the clinical training coordinator for psychology services at the Federal Bureau of Prisons in Washington, DC. His clinical and research interests are in systems theories, correctional psychology, and the psychology of religion.

THOMAS J. FAGAN received his PhD in clinical psychology from Virginia Polytechnic Institute and State University in 1977. He is the associate director of the CorEx Group, a private law enforcement training and consultation firm in Fredericksburg, VA.

MARK F. PEYROT received his PhD in sociology from the University of California, Los Angeles and served a postdoctoral fellowship in behavioral science at the University of Kentucky Medical Center. He is assistant professor and chair in the Department of Sociology and director of the Center for Social and Community Research at Loyola College in Baltimore, MD. He is also on the research faculty in the Department of Medicine at Johns Hopkins University School of Medicine. He has published research on correctional psychology services and currently is working on a project to develop interactive computer programs for delivering counseling over the Internet.

AN EARLIER VERSION OF THIS ARTICLE was presented at the 106th Annual Convention of the American Psychological Association, August 1998, San Francisco. The views expressed in this article are those of the authors and do not necessarily represent the official policy or opinions of the Federal Bureau of Prisons or the Department of Justice.

CORRESPONDENCE CONCERNING THIS ARTICLE should be addressed to Philip R. Magaletta, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Electronic mail may be sent to pmagaletta@bop.gov.

(Brecht, 1998; Brunicardi, 1998; Grigsby et al., 1998; McCue et al., 1997; National Institute of Justice, 1999; Zincone, Doty, & Balch, 1997), the issue of how inmates will respond to telehealth consultations remains less clear.

Behavioral telehealth offers substantial benefits for inmates, correctional administrators and institutions, and the communities in which the institutions are located. Inmates are afforded greater access to community specialists, thus offering them a quality of care that may not otherwise be available. Telehealth provides the correctional institution with greater predictability and control in scheduling appointments and frequently allows emergency cases to be addressed more quickly. These aspects of telehealth translate into substantial cost savings that benefit the correctional administrators who are charged with operating the correctional institution. Finally, community safety factors are enhanced because inmates are not required to be moved to, through, and from the community for treatment (Magaletta, Fagan, & Ax, 1998). The breadth of such outcomes, in which all levels of the correctional system benefit (i.e., the community, administration, service providers, and inmates), is a rarity. These positive outcomes can be reinvested to yield a more efficient and higher quality correctional product. With almost one quarter of the 1.8 million incarcerated individuals in the United States today (Office of Justice Programs, 1999) being seriously mentally ill, telehealth offers the opportunity to radically alter and enhance the services that can be offered to this underserved population.

## The Federal Bureau of Prisons' Telehealth Pilot Program

Seeking the aforementioned benefits, the Federal Bureau of Prisons' Telehealth Pilot Program emerged from a collaboration between the U.S. Department of Justice and the U.S. Department of Defense. The project was operational from September 1996 through Spring 1999. A recently published report on outcomes of the project (National Institute of Justice, 1999) revealed numerous benefits, including substantial cost savings. On the basis of bene-

fits identified in that report, the Federal Bureau of Prisons' administrative staff decided to expand the use of telehealth within the agency and are now in the process of installing telehealth technology in other correctional facilities around the country (P. Wise, personal communication, August 31, 1999).

During the pilot project, a hub site (Federal Medical Center, Lexington, KY) was connected with two remote sites (U.S. Penitentiary, Lewisburg, PA, and U.S. Penitentiary, Allenwood, PA). Mental health consultations were focused solely on medical management of the inmates. Inmates' attendance at the consultation was voluntary, and there was no consequence for refusing a consultation. Each consultation lasted between 10 and 30 minutes and occurred with the inmate, the referring psychologist, and a telehealth coordinator (i.e., person who operates the telehealth equipment) meeting in a room at the remote site. This site had previously been connected to the hub site where the psychiatrist and their telehealth coordinator were located. All consultations during the assessment period at the remote site were conducted in the same exact room for all inmates. This room was approximately 10 feet by 19 feet, carpeted but not soundproof, and painted powder blue to decrease reflection. Also, the psychiatrists at the hub site conducted all of their consultations from the same exact room during the assessment period.

The telehealth system that connected the two sites operated on 336-kilobits/second bandwidth and produced an audiovisual product with a 1-second delay. Bandwidth is a term that indicates both the speed and the amount of data that can be transferred across the phone lines between the remote and hub sites. It is the interaction of telehealth hardware, phone lines, and bandwidth that determines the amount of delay that is produced during a telehealth consultation.

Before the initial telehealth consultation, inmates were given a brief face-to-face explanation by the psychologist that the consultant was a psychiatrist from the Federal Medical Center in Lexington, KY; that he would appear to them on a TV screen; that the psychologist, the psychiatrist, and two telehealth coordinators would be sitting in during the consultations; and that the consultation was confidential and was not being broadcast or taped. During the consultation, the psychiatrist appeared to the inmate on a TV screen, and the inmate appeared to the psychiatrist on a computer screen. The main camera used for viewing was a single-chip, remote-controlled camera mounted on top of the viewing TV at the remote site and on top of the computer at the hub site. This camera had the ability to move up and down, zoom in and out, and focus near and far from either the remote or the hub site, without making any audible noise. During the consultation, the inmates did not have access to equipment; the image of the consultant was remotely controlled by either the hub or the remote site telehealth coordinators.

## Inmates' Assessment

Psychologists have played a critical consultation–liaison role during each inmate's telehealth consultation with psychiatrists. To date, several psychologists have participated in well over 1,000 mental health consultations. These psychologists have been responsible for interviewing the inmate, determining the inmate's need for service, triaging the case, preparing the inmate for the consultation, forwarding relevant case information to the psychiatrist before the consultation, sitting in on the consultation, and disseminating relevant information to appropriate treatment and custody staff after the consultation.

In addition to the consultation–liaison role, psychologists assigned to the U.S. Penitentiary in Allenwood, PA, developed a simple six-item questionnaire (see Table 1). Inmates were asked to voluntarily complete a questionnaire after each telehealth consultation. Questionnaires were distributed for an 18-month period beginning in January 1997. This questionnaire assessed each inmate's general satisfaction with the telehealth medium and process. It also served as a quality assurance and feedback monitoring tool for psychology staff assigned to the telehealth project. Each questionnaire item was scored on a 7-point Likert scale with responses ranging from most positive (3) to most negative ($-3$). The value of 0 was "neutral" for Items 1 through 4 and Item 6; for Item 5, 0 indicated that telehealth treatment was the same as face-to-face treatment that was received outside the prison. A composite variable for overall satisfaction with the consultation was created by averaging the individual items. The internal consistency reliability for this composite measure was .86.

At the conclusion of the data collection period, the inmates ($N = 75$; all male) rated at least one session. Inmates could rate multiple sessions, with six sessions being the highest number rated. Many inmates ($n = 33$) rated more than one session. The average number of sessions rated was 1.88. Unless otherwise noted, data are reported only for the initial session rated. For 52 of these inmates, their initial session was also the first time that they had been exposed to telehealth.

Throughout the 18-month period, inmates using the telehealth system received diagnoses from both the institution psychologist and the telehealth psychiatrist. On the basis of these diagnoses and for the purposes of statistical comparison, inmates were grouped into one of three diagnostic categories: thought disorder, affective disorder, or "other." Inmates were grouped into the thought disorder category ($n = 17$) when either the psychologist or the psychiatrist provided a diagnosis included in the "Schizophrenia and Other Psychotic Disorders" classification from the *Diagnostic and Statistical Manual of Mental Disorders* (4th ed.; *DSM–IV*;

Table 1

*Descriptive Statistics for the Consultation Questionnaire Completed by the Inmates*

| Item | M | SD | $p^a$ |
|---|---|---|---|
| 1. Could you see the person on the TV very well? ($N = 75$) | 2.44 | 1.42 | <.001 |
| 2. What did you think about the TV sound? ($N = 75$) | 2.04 | 1.51 | <.001 |
| 3. Did you feel the doctor could give you good treatment over the TV? ($N = 73$) | 2.04 | 1.56 | <.001 |
| 4. How do you feel about coming back to be seen by a doctor on TV? ($N = 75$) | 2.29 | 1.58 | <.001 |
| 5. How does this treatment compare with psychiatric treatment received outside the jail? ($N = 57$) | 0.47 | 1.85 | ns |
| 6. Would you recommend TV treatment to other inmates? ($N = 69$) | 1.58 | 2.09 | <.001 |

*Note.* Responses to the items ranged from most positive (3) to most negative ($-3$), with 0 as the scale midpoint.
$^a$ Indicates the probability that the mean was greater than 0.

American Psychiatric Association, 1994). If both the psychologist and the psychiatrist agreed on a diagnosis included in either the "Mood Disorders or Anxiety Disorders" section of *DSM–IV* (or an adjustment disorder with anxiety or depressed mood), then the inmate was placed in the affect disorder group ($n = 26$). Finally, if an inmate was not included in either category, he was then placed in the other category (personality disorders, substance abuse disorders, etc.; $n = 32$).

Using the aforementioned data, this study sought to answer the following four questions: (a) Are inmates generally satisfied with the telehealth medium and process? (b) Do the perceptions of inmates who have seen a psychiatrist in person at any time before or during their incarceration differ from those of inmates who have had *no previous experience* with a psychiatrist prior to their telehealth consultation? (c) Do inmates' perceptions regarding the telehealth process change over time? and (d) Does satisfaction with the telehealth process vary among inmates with differing diagnoses?

This study also attempted to answer a fifth question (i.e., Why do some inmates refuse to be seen through the telehealth medium?) by informally interviewing inmates who were referred but refused to participate in a psychiatric telehealth session. We believe that these inmates might hold important clues as to how telehealth technology might be better used or how resistance to telehealth might be more effectively countered.

*Inmates' Perceptions*

Descriptive data on each of the questionnaire items are presented in Table 1. All of the items had means greater than zero, indicating that inmates endorsed a positive rating of the telehealth program. For five of the six items, the ratings were significantly greater than zero. In terms of the overall quality of treatment that was delivered over telehealth (see Item 3), most inmates (81%) rated treatment positively, and 83% reported that they would come back to be seen by a doctor over telehealth. Also, more than two thirds (71%) stated that they would recommend telehealth to other inmates (Item 6).

A major factor with any telecommunications technology is the "hard variables"—audio and visual quality. Although most inmates in the sample reported positive perceptions along both dimensions, a difference in the distribution of scores for positive response between the audio and the visual questions was noted (see Table 1); a statistically significant difference was found between these two items, $t(73) = 2.43$, $p = .017$. The difference in the distribution of scores for the audio and visual transmission suggests that audio quality was the more sensitive and salient variable in the inmates' overall perceptions of telehealth. The implications of this finding are discussed later in the Implications for Practice section.

Of the inmates who had received face-to-face psychiatric treatment outside of prison and who answered Item 5 ($n = 57$), almost half (46%) felt that being evaluated over telehealth was comparable to the outside treatment they had received. The remaining inmates were divided in their responses, between telehealth treatment being better than face-to-face treatment received outside the prison (35%) and telehealth treatment being worse (19%), a difference that was not statistically significant. It is interesting to note that in most cases in which telehealth treatment was perceived as

being worse than outside treatment, it was not bad enough to generate a future refusal. In terms of group comparisons on the composite satisfaction variable, there was no significant difference in satisfaction between those inmates who had and those who had not previously seen a psychiatrist face-to-face at the U.S. Penitentiary in Allenwood, PA, prior to telehealth.

To determine whether inmates' perceptions of telehealth changed over time, we calculated the correlation between each of the session ratings and the place of the session in the series of ratings (first visit rated through sixth visit rated, coded as 1 through 6). For the composite variable, there was a significant correlation ($r = .20$, $p = .018$). Among the individual questionnaire items, only Item 5, which compared perceptions of telehealth with face-to-face treatment received outside of prison, was separately significant ($r = .36$, $p < .001$). Both of these findings suggest that inmates' perceptions regarding the telehealth program became more positive over time.

It is possible that a practice effect, which increased the inmates' ability to accommodate the speech delay, contributed to the aforementioned finding. It is also probable that the group of professionals who facilitated and participated in the telehealth consultations became more cohesive as a team and more competent in their use of the equipment and their troubleshooting skills over time. Ghosh, McLaren, and Watson (1997) noted in their case study of ongoing psychotherapy via a videolink, that both the patient and the provider displayed an ability to accommodate and adjust to the medium over time.

When inmates were grouped into diagnostic categories (thought disorder, affective disorder, and other), no differences emerged on the composite variable. However, when these diagnostic groups were compared on how telehealth compared with face-to-face treatment received outside the prison, the group with thought disorders reported a higher level of satisfaction with telehealth treatment inside of prison than did the group with affective disorders ($1.35 \pm 1.73$ vs. $-0.02 \pm 1.46$), $t(41) = 2.79$, $p = .008$.

Of the 394 consultations scheduled between August 1996 and June 1998, only 20 inmates (5% of the total scheduled consultations) refused to attend their session. Eleven of these inmates reported that they did not want any consultation with a psychiatrist, either face-to-face or over telehealth. Two inmates indicated that they were angry with the telehealth psychiatrist and therefore refused their follow-up sessions, and 1 inmate did not provide an explanation. The remaining 6 inmates (1.5% of the total scheduled consultations) reported that they did not attend the session because of the medium that was being used. More specifically, 2 of these 6 (and 1 other inmate who was never scheduled and therefore did not have the opportunity to refuse) were suspicious that "the government" would make an audio or video recording of their session and use it against them at some later date. Another inmate did not want to return after he had a nightmare about the psychiatrist chasing him with a video camera. Three other inmates reported that they felt nervous about being evaluated over telehealth and requested to be seen face-to-face. At the time of their refusal, such an option was possible. We should note that the psychologists' primary diagnostic impressions for all 6 inmates who refused because of the telehealth medium were made on Axis II. These men were not believed to have a formal thought disorder. The chronic nature of Axis II disorders, and particularly those found with regularity among samples of high-security inmates (i.e., antisocial, paranoid,

and narcissistic), made these inmates difficult to treat regardless of the mode of service delivery (Joseph, 1997).

Finally, several cautions concerning our instrumentation are in order. There were no controls for response bias, and the items included in the questionnaire were somewhat simplistic. Future endeavors will need to delineate questions that lend conceptual clarity to the "overall satisfaction with telehealth" outcome (see Mekhjian, Turner, Gailiun, & McCain, 1998). Perhaps any "special" or unique experience that occurs to one in prison is magnified in light of the typically self-eroding and downtrodden experience of incarceration. It is also possible that telehealth helps inmates feel as if they are more a part of society by partaking in the "technological revolution" that is occurring outside of prison. As an older inmate said, "Doc, last time I was out, Pac-Man was the latest video game."

### Implications for Practice

Our personal experience with conducting telehealth consultations suggests that audio quality is the most important variable in perceiving telehealth services as beneficial, particularly for inmates who present in a state of high affective arousal and who have a history of acting out. For example, as these patients begin to express anger, rage, and other chaotic emotions, it becomes necessary for the consultant to provide accurate and immediate (i.e., real-time) visual and verbal feedback. It may even become necessary to verbally interrupt the patient to initiate a de-escalation process. With the 1-second delay in transmission, it becomes difficult to implement these objectives.

In terms of the visual delay and the less-than-perfect resolution, the typical nonverbal cues that emerge when anger is experienced may be difficult for the provider to detect. Because the emotion of anger usually involves physiological changes in the person experiencing it, being able to see nonverbal cues is critical for making a quick and accurate assessment (Matsakis, 1998). Covert cues such as a shift in eye gaze or initial flushing of the face may be difficult to detect, and overt behaviors such as clenched fists may simply be out of range on the provider's TV or computer screen (Heath & Luff, 1992).

In terms of the audio delay, Fussell and Benimoff (1995) noted that when there is a delay in transmission, the area of communication most likely to be affected is the "turn-taking" between sender and receiver. Although we did not empirically capture this interaction, we did observe that during heated exchanges the patient and the provider often attempted to talk in real time but actually "walked" on the transmitted speech of one another. In these scenarios, neither patient nor provider hears one another. This further frustrates the patient, escalating emotional turmoil and increasing affective expression. Fueling this escalation is the fact that, as emotion begins to be expressed, the patient loses the ability to concentrate or focus on accommodating the delay in speech. Our hypothesis is that feeling inwardly overwhelmed, the patient becomes less able to outwardly accommodate the medium being used.

There are several ways of working with this problem. First, the health care provider at the hub site should have a greater degree of awareness when working with volatile or angry patients during consultation. Being vigilant in ensuring that these types of patients are done speaking before responding to them, and perhaps limiting

affectively charged topics, is likely to pay dividends. Second, increasing bandwidth can decrease the delay in speech and video and may be worth pursuing for those patients who present with a high degree of affective arousal. Third, extra time and effort can be spent preparing these types of patients for consultation. Coaching them about the delay in speech and separating this out from how the psychiatrist feels about them is worth the effort. Finally, if a last measure is needed, the consulting psychologist can "step in"—live and in person—and begin immediate work to de-escalate the patient.

We should note that in the scant literature and case vignettes that exist regarding behavioral telehealth, there is no mention of the aforementioned phenomena. It is possible that our experiences reflect the reality that high-security inmates have a lower frustration tolerance and more overt anger than a lower security or a nonincarcerated population might have. For high security correctional institutions, it may be advisable to purchase telehealth equipment and phone lines that favor precision in audio quality.

It is of particular interest that those who can receive the most benefit from psychiatric intervention, those with thought disorders, had such positive perceptions of telehealth. Clinicians often express appropriate hesitation about the possible negative interaction of real technology with delusions or other psychotic processes. Some anecdotal evidence exists to suggest that clinicians should be cautious about using telehealth with those who have a history of delusions of reference from communications technology (McLaren, Ball, Summerfield, Watson, & Lipsedge, 1995). Other literature suggests that no caution is needed—individuals with thought disorders do not experience an exacerbation of delusions when seen over telehealth (Dongier, Tempier, Lalinec-Michaud, & Meunier, 1986). Finally, Zarate et al. (1997) reported that at least half of their sample of patients with schizophrenia actually preferred telehealth interviews to live ones, and similar to our finding, their respondents with schizophrenia reported equal or more positive perceptions of telehealth than did a sample of respondents with obsessive-compulsive disorder.

Two examples of inmates with thought disorders from our sample are worthy of note. One was an inmate who had consistently expressed his delusions of reference from the TV in his housing unit. For this reason, we were particularly hesitant to have him evaluated over telehealth. When the consultation occurred despite this hesitation, the inmate's only comment was "See, I told you the television talks to me!" This was used as an opportunity to discuss the difference between real-time television and television that is broadcast after taping. However, the inmate's delusional system still was not altered. Although telehealth did not exacerbate his delusion, it may have served to reinforce it. In another case, a schizophrenic inmate saw his picture on the screen and believed that it was his imposter (the one he had been telling us about). After this incident, we decided not to use the "picture in picture" option (where the inmate simultaneously sees a full image of the consultant as well as a smaller image of himself in the corner of the screen) as part of our consultation with patients with thought disorders. In both cases it was clear that although there was an interaction between technology and the delusional system of the patient, sound treatment could still be provided.

Several ideas about the reason for thought-disordered patients' positive perceptions have been presented. One is that individuals with thought disorders are overstimulated in social and interper-

sonal relationships, and telehealth gives them enough interpersonal distance to decrease their anxiety. When Zaylor (1998) saw his patients over telehealth, they had control over how close or how far away they wanted him to appear on their TV. He reported that letting the thought-disordered individual have this control of the "interpersonal space" is calming. Stamm (1999) also discussed the idea of telehealth providing restraint in the interpersonal environment and suggested that thought-disordered individuals are less anxious when the environment is structured or constrained. This also lends some credence to our observation that those who present in a high state of affective arousal, for example, those who are angry, do less well over telehealth—they rebel when they perceive constraint; it only serves to fuel their already hot affect.

Although much has been said about the interaction of diagnosis, inmates, and technology, we have yet to discuss the attitudes of the health care providers themselves toward telehealth. As professionals at the core of any telehealth operation, their attitudes can either facilitate or negate the successful implementation of a telehealth system. It is not uncommon to find initial resistance to "distance" treatment approaches among psychologists. Most psychologists were trained in models that inherently assumed that the consumer would receive services face-to-face, in the same room. Many professionals have had repeated exposures to the pairing of interpersonal and physical "space." For most psychologists, the "therapeutic relationship" describes an attachment with a very concrete manifestation—the client physically comes to an office, and the relationship is born there. In some instances, therapists have felt that their clients would not agree to "distance" approaches to treatment. At this time, it seems that for the majority of clients who have been evaluated over telehealth, this belief may simply be more salient for the provider (Dankins, 1997; Magaletta, 1997; McLaren & Ball, 1997; Ruskin et al., 1998; Wheeler, 1998; Zarate et al., 1997).

Another aspect of professional resistance that is rare but that should be noted comes from telehealth's ability to increase access to care. This feature expands the market for other professionals to provide services. In terms of correctional psychology, this is much less of a concern for traditional correctional psychologists who, by the very nature of their duties, must be in the correctional institution. However, psychologists who have correctional "specialties" (e.g., forensic assessments, counseling of HIV-positive inmates, sex offender treatment and assessment, early parole assessments) are likely to experience increased competition in the delivery of services.

In addressing professional resistance, we have several recommendations. First, clinicians should receive standardized training prior to using telehealth. Such training should emphasize the critical element of developing a collaborative team approach if more than one person will be involved in the telehealth consultation process (Magaletta et al., 1998). This can be facilitated by giving the providers ample time to get to know one another. They should also be coached to pay particular attention to the types of information they might need from one another prior to conducting a consultation with a given client. Training should also present information on the limits of telehealth. For example, in correctional work, training might include cautioning clinicians about the use of telehealth with affectively aroused inmates.

Regarding the emergence of a successful therapeutic relationship over telehealth, we have one core recommendation. Consis-

tency is likely to be the key factor lending itself to a successful therapeutic relationship, not the distance between the provider and the consumer. We hypothesize that stability and consistency in the rooms where both the provider and the client are viewed are essential. It may be the case that the stability of rooms, being seen in the same room across sessions, does much to ameliorate the perception of distance and thus helps form the membrane of the therapeutic relationship.

Finally, instead of fearing increased market competition, we encourage clinicians to look toward those they serve and determine in what other ways telehealth might benefit them. Although most studies that currently exist on telehealth in corrections have concerned the medical management of mentally ill inmates, other areas of psychological services are expanding. B. Sutton (personal communication, February 12, 2000), with the California Department of Corrections, has been successful in conducting a psychoeducational anger management group over telehealth. Magaletta et al. (1998) mentioned the potential for more inmates to be seen in speciality services such as neuropsychological, geriatric, and sex offender assessments and treatment. Family visits may also be managed with telehealth technology and may ameliorate the problem of geographically remote prisons. As in any visiting scenario, the issue of who organizes and supervises such visits would have to be explored. A final area that is well-matched for telehealth is prerelease planning and preparation for inmates being released back into the community. To be able to build a technological bridge from behind the wall to the community that will receive the inmate would do much to ensure a smoother transition back to society. Inmates would clearly benefit from having a chance to meet, review, and discuss their release conditions and plans with those who will be helping with this process.

It is clear that telehealth is positioned to be the premier vehicle for health care delivery in corrections. Correctional psychologists are among the first to have access to and to explore the limits and opportunities that such a system can offer those whom they serve. Heeding Stamm's (2000) warning that telehealth is a service delivery mechanism and not a treatment protocol, we urge psychologists to maintain a pioneering spirit and navigate this vehicle toward those we serve.

## References

American Psychiatric Association. (1994). *Diagnostic and statistical manual of mental disorders* (4th ed.). Washington, DC: Author.

Brecht, R. M. (1998). Correctional telemedicine. In *Telemedicine sourcebook* (pp. 146–151). New York: Faulkner & Gray.

Brunicardi, B. O. (1998). Financial analysis of savings from telehealth in Ohio's prison system. *Telehealth Journal, 4*(1), 49–54.

Dankins, D. R. (1997, June). Market targets 1997. *Telemedicine and Telehealth Networks*, 25–29.

Dongier, M., Tempier, R., Lalinec-Michaud, M., & Meunier, D. (1986). Telepsychiatry: Psychiatric consultation through two-way television. A controlled study. *Canadian Journal of Psychiatry, 31*, 32–34.

Fussell, S. R., & Benimoff, I. (1995). Social and cognitive processes in interpersonal communication: Implications for advanced telecommunications technologies. *Human Factors, 37*, 228–250.

Ghosh, G. J., McLaren, P. M., & Watson, J. P. (1997). Evaluating the alliance in videolink teletherapy. *Journal of Telemedicine and Telecare, 3*(Suppl. 1), 33–35.

Grigsby, J., Sandberg, E. J., Kaehny, M. M., Kramer, A. M., Schlenker, R. E., & Shaughnessy, P. W. (1998). Analysis of expansion of access to

502                                    MAGALETTA, FAGAN, AND PEYROT

care through use of telemedicine and mobile health services. In *Telemedicine sourcebook* (pp. 173–189). New York: Faulkner & Gray.

Heath, C., & Luff, P. (1992). Media space and communicative asymmetries: Preliminary observations of video-mediated interaction. *Human–Computer Interaction, 7*, 315–346.

Joseph, S. (1997). *Personality disorders: New symptom-focused drug therapy.* New York: Haworth Medical Press.

Magaletta, P. R. (1997, November). Endorsing telehealth [Letter to the editor]. *APA Monitor,* p. 6.

Magaletta, P. R., Fagan, T. J., & Ax, R. K. (1998). Advancing psychology services through telehealth in the Federal Bureau of Prisons. *Professional Psychology: Research and Practice, 29,* 543–548.

Matsakis, A. (1998). *Managing client anger.* Oakland, CA: New Harbinger.

McCue, M. J., Mazmanian, P. E., Hampton, C., Marks, T. K., Fisher, E., Parpart, F., & Krick, R. S. (1997). The case of Powhatan Correctional Center/Virginia Department of Corrections and Virginia Commonwealth University/Medical College of Virginia. *Telehealth Journal, 3*(1), 11–17.

McLaren, P., & Ball, C. J. (1997). Interpersonal communications and telemedicine: Hypotheses and methods. *Journal of Telemedicine and Telecare, 3*(Suppl. 1), 5–7.

McLaren, P., Ball, C., Summerfield, A. B., Watson, J. P., & Lipsedge, M. (1995). An evaluation of the use of interactive television in an acute psychiatric service. *Journal of Telemedicine and Telecare, 1,* 79–85.

Mekhjian, H., Turner, J. W., Gailiun, M., & McCain, T. (1998). Patient satisfaction with telemedicine in a prison environment: A matter of context. *Journal of Telemedicine and Telecare, 5,* 55–61.

National Institute of Justice. (1999). *Telemedicine can reduce correctional health care costs: An evaluation of a prison telemedicine network* (Report No. NCJ 175040). Washington, DC: U.S. Department of Justice.

Nickelson, D. W. (1998). Telehealth and the evolving health care system: Strategic opportunities for professional psychology. *Professional Psychology: Research and Practice, 29,* 527–535.

Office of Justice Programs. (1999). *Mental health and treatment of inmates and probationers* (Report No. NCJ 174463). Washington, DC: U.S. Department of Justice.

Rabasca, L. (1998, August). Study probes how patients are affected by telehealth. *APA Monitor,* p. 31.

Ruskin, P. E., Reed, S., Kumar, R., Kling, M. A., Siegel, E., Rosen, M., & Hauser, P. (1998). Reliability and acceptability of psychiatric diagnosis via telecommunication and audiovisual technology. *Psychiatric Services, 49*(8), 1086–1088.

Sleek, S. (1997, August). Providing therapy from a distance. *APA Monitor,* pp. 1, 38.

Stamm, B. H. (1998). Clinical applications of telehealth in mental health care. *Professional Psychology: Research and Practice, 29,* 536–542.

Stamm, B. H. (1999, August). Discussant. In M. Mahue & R. Ax (Cochairs), *Telehealth and the legal system—Corrections.* Symposium conducted at the 107th Annual Convention of the American Psychological Association, Boston.

Stamm, B. H. (2000, Winter). Telehealth puts public service caregiving in focus. *Public Service Psychology, 25,* 1, 19.

Wheeler, T. (1998, April). Thoughts from tele-mental health practitioners. *Telemedicine Today,* 38–40.

Zarate, C. A., Weinstock, L., Cukor, P., Morabito, C., Leahy, L., Burns, C., & Baer, L. (1997). Applicability of telemedicine for assessing patients with schizophrenia: Acceptance and reliability. *Journal of Clinical Psychiatry, 58,* 22–25.

Zaylor, C. (1998, August). Planning and implementation of an interactive televideo clinic. In M. Maheu & A. Anker (Cochairs), *Telehealth II—A beginner's blueprint for effective program design.* Symposium conducted at the 106th Annual Convention of the American Psychological Association, San Francisco.

Zincone, L. H., Doty, E., & Balch, D. C. (1997). Financial analysis of telehealth in a prison system. *Telehealth Journal, 3*(4), 247–255.

Received December 1, 1999
Revision received March 22, 2000
Accepted April 12, 2000 ∎

TELEMEDICINE JOURNAL AND e-HEALTH
Volume 10, Supplement 2, 2004
© Mary Ann Liebert, Inc.

# A Comparison of Psychiatrist Evaluation and Patient Symptom Report in a Jail Telepsychiatry Clinic

EVE-LYNN NELSON, Ph.D.,[1] CHARLES ZAYLOR, M.D.,[2] and DAVID COOK, Ph.D.[3]

## ABSTRACT

The effectiveness of a jail telepsychiatry service was evaluated by comparing psychiatrist and inmate report of psychopathology. Sixty-two inmates completed a total of 107 consultations at a rural county jail via interactive televideo. The inmates completed the Symptom Rating Checklist-90-Revised (SCL-90-R), and the psychiatrist completed a Psychiatrist Evaluation Form including the Clinical Global Impression Scale—Severity Index (CGI) after each tele-consultation. Most inmates were rated mild to moderately ill on the CGI. There was a significant, high correlation between telepsychiatrist evaluation on the CGI and inmate report of overall symptoms on the SCL-90-R [$r(101) = 0.35$, $p < 0.05$]. The findings support the effectiveness of telepsychiatric evaluation for the jail population. The patterns of telepsychiatric use in the county jail as well as future directions in this setting are described.

## INTRODUCTION

$\mathbf{R}$URAL CORRECTIONAL FACILITIES face a difficult balance in providing mental health services to inmates. On the one hand, there is substantial need within the correctional setting for mental health services. Individuals in the correctional setting have a higher incidence of mental illness than the general population, in addition to history of substance abuse.[1] They also may experience adjustment reactions to the correctional setting such as difficulty in sleeping, anxiety, and depression. In addition to ethical-legal considerations, untreated inmates are also more likely to engage in fights and rule violations.[1] On the other hand, the nation in general and rural areas in particular face severe shortages in mental health resources. For example, 96 of 105 counties in Kansas are designated Mental Health Professional Shortage areas. Even when care is available in the county, few providers have experience or training in correctional psychiatry.

Correctional facilities are interested in telepsychiatric services as a solution to shortages, in addition to other telemedicine applications within the correctional setting.[2] When available, face-to-face psychiatry still carries the cost of transport and the risk of escape. Psychiatry has offered services using technology for over 40 years,[3] with videoconferencing applications increasing rapidly over the last few years.[4] While patients report satisfaction with telepsychiatric services,[5] providers are also concerned about establishing the effectiveness of diagnosis and treatment in the new context. The majority of literature in telepsychiatry includes accounts of novel clinical demonstra-

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01//10/18. For personal use only.

---

[1]Center for Telemedicine and Telehealth and [3]Health & Technology Outreach, Kansas University Medical Center, Kansas City, Kansas.
[2]Lansing Correctional Facility, Lansing, Kansas.

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01/10/18. For personal use only.

tions and descriptions of program projects, with a handful of empirical evaluations.[6]

Several studies have compared psychiatric evaluation of the same patient face-to-face and over telemedicine[7–11] and have found high agreement between face-to-face and telemedicine. No such comparison has been reported in the jail setting. Questions related to the clinician's ability to assess symptoms as well as clinical effectiveness in this setting are important as more and more correctional facilities adopt telepsychiatric interventions. The current study addresses agreement between psychiatric evaluation over telemedicine and inmate self-report of symptoms. Previous reports[12] describe symptom improvement from both the psychiatrist and inmate perspectives over time, while the current study compares psychiatrist and inmate ratings in terms of global and specific measures of psychological functioning. It addresses the following research questions:

- Research Question 1 (RQ1): What are the diagnostic characteristics of inmates presenting in a rural jail telemedicine clinic?
- Research Question 2 (RQ2): How do overall psychiatric ratings compare with overall patient ratings of functioning?
- Research Question 3 (RQ3): How does psychiatric evaluation of depressive symptoms compare with inmate self-report of depressive symptoms?

## MATERIALS AND METHODS

### Background

Because of the provider shortages and the high need for mental health services, the University of Kansas Center for TeleMedicine and TeleHealth (KUCTT) was approached by the National Law Enforcement and Corrections Technology Advisory Council–Southeast and its partners (the Joint Program Steering Group, the National Institute of Justice Office of Science and Technology, and the Federal Bureau of Prisons). Their goal was to assist correctional facilities in providing telepsychiatric services. KUCTT solicited participation in the project in jails across the state. A contract with a rural

county jail was negotiated as a pilot for rural jail telepsychiatry. KUCTT and the county jail shared costs in the startup.

KUCTT contacted the psychiatrist in the Kansas University Medical Center (KUMC) Department of Psychiatry and Behavioral Sciences and coordinated the program. Through meeting with the county jail, KUCTT and the KUMC Department of Psychiatry established the jail's telepsychiatry needs and developed a protocol for implementing services.[13]

The county jail is a modern facility with approximately 140 beds. It is staffed by approximately 20 officers and houses both male and female inmates. Some individuals remain in jails for extended periods of time, but most are short-term residents awaiting either temporary or final release or movement to prisons to serve out their sentence. The facility also rents space to urban jails faced with overcrowding, and at times, up to half the jail population is from outside the county.

The jail used to acquire psychiatric consultations from the local mental health center, from the local hospital, and from a distant provider who traveled over 100 miles to the jail. The psychiatrist could only visit the jail at set times, approximately $1/2$ day per month. Thus, telemedicine offered increased access to care for inmates. This provided for early intervention with mild psychopathology and increased follow-up opportunity, as well as solving concerns around transporting inmates to the mental health center and to the hospital in a cost-effective manner.

The telepsychiatrist provides the consultation on a fee-for-service contract with the jail. This was more cost-effective than paying for a distant provider to drive to the jail. The cost of the equipment was paid for through a grant from the Department of Justice, and the jail pays the long distance telephone charges. KUCTT and the jail shared other administrative costs, such as the setup and maintenance of the equipment.

The jail medical officers screen inmates for psychiatric consultation and schedule the sessions. Correctional officers attend the inmate's assessment and follow-up appointments. The psychiatrist provides both emergency consultation for inmates on suicide watch and long-term care for inmates with mental illness. The clinic began in August 1998 as a monthly clinic and as

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01/10/18. For personal use only.

needed. The jail clinic was established with the expectation of five to 10 patients per month, predominately for crisis situations such as suicide watch. As the clinic evolved, the psychiatrist conducted approximately 71 consultations per month, with most patients seen for chronic rather than emergency care. There were no technical difficulties during the initial consultations. The clinic use patterns followed a quadratic trend (Fig. 1), indicating a higher rate of use of the telepsychiatric services over time. Reasons for the increase included: increased referral of new patients, follow-up care for inmates, and re-evaluation in times of crisis. The increase over time reflects the development of a positive working relationship between the psychiatrist and the jail staff as well as an awareness concerning appropriate referral. From November 1999 to May 2000, 62 inmates completed the Symptom Rating Checklist-90-Revised (SCL-90-R) before 107 separate consults. Half of the inmates were under 30 years of age. Most (91%) were male and Caucasian (84%). The psychiatric completed the psychiatrist evaluation form, including Clinical Global Impression Scale—Severity Index (CGI) rating, immediately after each consult.

*Equipment*

Both the jail and the Medical Center use PC-based videoconferencing systems. The desktop units transmit digitized images and data over integrated services digital network (ISDN) lines (128 kbps). The psychiatrist's unit is conveniently located in his office. The jail designated a room specifically for telemedicine services, which allows both the inmate and medical officer to be viewed on the screen, and is equipped with a blue background to enhance the video image. A fax machine is used to transmit patient information.

*Instruments*

*SCL-90-R.* The SCL-90-R[14] self-report symptom inventory was completed every 2 weeks by the inmates. Each item is rated on a 5-point scale of distress. It contains nine primary symptom scales (Somatization, Obsessive-Compulsive, Interpersonal Sensitivity, Depression, Anxiety, Hostility, Phobic Anxiety, Paranoid Ideation, and Psychoticism). The scale of interest in the current study was the Depression scale. It reflects the range of the manifestations of clinical depression symptoms including dysphoric mood, withdrawal from activities, lack of motivation, and loss of energy. In addition, it addresses feelings of hopelessness, thoughts of suicide, and other cognitive and somatic correlates of depression. The SCL-90-R total score is a measure of current psychological status. The SCL-90-R takes approximately 15 min to complete. It has adequate internal consistency, test–retest reliability, and validity.[15]



**FIG. 1.** Number of telepsychiatry consultations per month.

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01/10/18. For personal use only.

*Psychiatrist evaluation form.* The psychiatrist completed a standard evaluation sheet following each consult. This included: patient history; a checklist concerning inmate mental status, affect, motor, speech, thoughts, hallucinations, delusions, suicidality, homicidality, and memory; treatment plan; and Clinical Global Impression Scale. The checklist component included the presence or absence of symptoms (e.g., has/does not have hallucinations) as well as descriptors (e.g., mood ratings included a checklist of constricted, euphoric, or dysphoric).

*CGI.* The CGI was completed by the psychiatrist at each consultation as part of the evaluation. It is a clinician-rated scale from 1 ("not at all ill") to 7 ("among the most extremely ill patients") that rates severity. This measure is used in psychopharmacological trials to measure symptom change.[16]

### Protocol

Before meeting with the psychiatrist, the inmates completed the SCL-90-R, which was administered by the medical officer at the jail and mailed to the psychiatrist. During each session, the psychiatrist completed a Psychiatrist Evaluation Form.

### RESULTS

The results will be reported according to each research question. To address the first question (RQ1), Table 1 presents the psychiatrist's impressions from the Psychiatrist Evaluation Form for the 107 consults. The most common diagnoses were mood disorders (44%) and adjustment reactions (22%). The mean CGI rating was 2.60 (SD = 1.36), with the CGI frequencies presented in Table 2.

In relation to the second question (RQ2), a Pearson correlation coefficient was computed between the CGI and SCL-90-R total score. The correlation was significant: $r(101) = 0.35$, $p < 0.05$.

To address the third question (RQ3), planned comparisons were run to compare specific psychiatrist ratings with inmate self-report. A Bon-

Table 1. Symptoms at First Tele-Psychiatric Consultation

| Symptoms at first psychiatric consultation (n = 62) | Percentage |
|---|---|
| Affect | |
| Constricted | 33 |
| Dysphoric | 22 |
| Euthymic | 63 |
| Motor | |
| Agitated | 8 |
| Hyper | 7 |
| Thoughts | |
| Goal directed | 99 |
| Tangential | 1 |
| Delusion | 5 |
| Hallucinations | 9 |
| Suicidal | 4 |
| Homicidal | 0 |
| Memory | |
| Remote intact | 100 |
| Recent intact | 100 |
| Immediate intact | 100 |
| Medication prescribed at first visit | 88 |

ferroni procedure was used to control for Type II error across multiple comparisons, yielding a significant *p* value of 0.01 (0.05/4).

An independent samples *t* test was conducted to evaluate the hypothesis that the psychiatrist's rating of suicidality would correlate with inmate self-report of thoughts of death. The SCL-90-R thoughts of death item was higher in inmates rated suicidal by the psychiatrist. The *t* test was significant: $t(103) = -6.95$, $p < 0.001$ (mean = 1.24, SD = 1.57) (mean = 3.50, SD = 0.58). The psychiatrist accurately identified all four inmates who expressed frequent suicidal ideation on the SCL-90R item.

Two independent samples *t* tests were conducted to evaluate the hypothesis that the psychiatrist's rating of dysthymia and hyper-

Table 2. CGI Scale per Consultation

| CGI per consultation | Number |
|---|---|
| 1 Normal, not at all ill | 33 |
| 2 Borderline ill | 10 |
| 3 Mildly ill | 32 |
| 4 Moderately ill | 18 |
| 5 Markedly ill | 6 |
| 6 Severely ill | 2 |
| 7 Among the most extremely ill patients | 0 |
| None recorded | 6 |

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01/10/18. For personal use only.

activity/restlessness would predict inmate self-report of depressive symptoms. The SCL-90-R Depression scale was not significantly higher in inmates rated dysthmic by the psychiatrist (mean = 24.28, SD = 13.88) (mean = 28.87, SD = 14.77). The SCL-90-R Depression scale was significantly higher in inmates rated hyperactive/restless by the psychiatrist: $t(104) = -3.11$, $p < 0.009$ (mean = 24.74, SD = 14.41) (mean = 32.86, SD = 5.73).

## DISCUSSION

The discussion will outline five of the most critical "lessons learned" in the particular telemedicine project.

1. *The rapid rate of increase in clinic utilization over a short time underscores the need to prepare for clinic volume before initiating a telehealth clinic.* The increasing rate of telepsychiatry consults over 20 months was welcomed but not anticipated in initial planning. It reflects the medical officer's comfort in using the technology, his or her increased proficiency at identifying inmates appropriate for telepsychiatry consultation, and the clinic's transition from emergency care to care of inmates with chronic mental illness as well as emergency care. The high utilization (up to 70 consults per month) underscores a need for psychiatric service in rural jail populations. It also points to the likely cost-effectiveness of telejail services. In general the more consults, the more cost-effective is the telehealth consultation. Increased utilization offsets the startup costs.

2. *For this rural jail population, the psychiatrist rated inmates as mild to moderately ill.* This suggests inmates benefit from psychiatric services not only in crisis situations, but also in addressing more chronic mental illness such as the affective disorders, which can be effectively managed through telepsychiatry. These data suggest that more severe reactions are atypical even in a jail setting. Affective symptoms such as constricted and dysthymic mood were not common, nor were motor

symptoms such as agitation or hyperactivity. Severe symptoms, such as hallucinations, delusions, suicidal thoughts, homicidal thoughts, and memory impairment, were rare.

3. *The psychiatrist and inmate global ratings highly correlated with each other.* Because the high correlation between the psychiatrist rating and inmate rating the psychiatrist was assured of the accuracy of assessing psychopathology over telemedicine. This supports reimbursement for telepsychiatric services.

4. *Psychiatrist and inmate agreement concerning ratings of depressive symptoms depended on the type of item.* The psychiatrist accurately identified all inmates who expressed frequent suicidal ideation. This is important as psychiatrists are asked to sit on involuntary medication hearings and other evaluations.

   There was less concordance between inmate self-reported depressive symptoms and psychiatrist ratings of mood and motor activity on the Psychiatrist Evaluation Form. Inmates' self-report of depression was based on the multiple-item Depression scale of the SCL-90-R. The psychiatrist's ratings of depressive symptoms were two separate items on the Psychiatrist Evaluation Form: the assessment of mood item and the assessment of activity level item. In this sample, inmates' scores on the SCL-90-R Depression scale were significantly related to psychiatrist's ratings of motor activity, but not the psychiatrist's rating of dysthymic mood. This is difficult to determine whether this is a general challenge in diagnosis or if it relates to telemedicine. The psychiatrist's assessment of the activity level was more predictive than the psychiatrist's assessment of affect. This finding may also have been related to the relatively small sample size and to the low bandwidth utilized.

5. *Future research needs to address the consequence of telepsychiatry services on the overall jail environment.* The medical officers report that the service not only helps alleviate inmates' symptoms (affect distur-

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01/10/18. For personal use only.

bance, sleep difficulty, etc.), but also leads to decreased inmate–inmate and inmate–staff violence.

## IMPLICATIONS

This study supports the validity of psychiatric evaluation over telemedicine on the basis of the overlap between the psychiatrist's assessment and the inmate's self-report on global measures of psychiatric functioning. Nonetheless, the study had several limitations. One limitation is the reliance on a single instrument rather than a battery of validated self-report measures. Future studies may use a variety of methods (self-report, interview, and observation) as well as more specific questionnaires such as the Beck Depression Inventory to assess affect. Such evaluation will address concerns that the inmate population is not always truthful in self-presentation. A second limitation is use of a single provider. As pilot data support the expansion of telepsychiatric services, multi-site trials may be possible across several providers.

The study provides evidence that correctional telepsychiatry clinics would be well utilized by jails especially as jail officials become more accustomed to the process, just as has been suggested in the prison arena.[17,18]

The value of telepsychiatry services for inmates reaches beyond incarceration. The psychiatrist and jail are also considering how inmates may continue to receive care after their release.

## REFERENCES

1. Ditton PM. *Mental health and treatment of inmates and probationers*. Special Report NCJ 174463. Washington, DC: Bureau of Justice Statistics, **1999**.

2. Ellis DG, Mayrose J, Jehle DV, Moscati DM, Pierluisi GJ. A telemedicine model for emergency care in a short-term correctional facility. *Telemed J e-Health* **2001**;7:87–92.

3. Baer L, Elford R, Cukor P. Telepsychiatry at forty: what have we learned? *Harv Rev Psychiatry* **1997**; 5:7–17.

4. Dahlin MP, Watcher G, Engle WM, Henderson J. *Report on US telemedicine activity*. Portland, OR: ATSP, **2001**.

5. Mair F, Whitten P. Systematic review of studies of patient satisfaction with telemedicine. *BMJ* **2000**;320: 1517–1520.

6. Frueh BC, Deitsch SE, Santos AB, Gold PB, Johnson MR, Meisler N, Magruder KM, Ballenger JC. Procedural and methodological issues in telepsychiatry research and program development. *Psychiatr Serv* **2000**; 51:1522–1527.

7. Baigent MF, Lloyd CJ, Kavanagh SJ. Telepsychiatry: 'tele'yes, but what about the 'psychiatry'? *J Telemed Telecare* **1997**;3:3–5.

8. Baer L, Cukor P, Jenike MA, Leahy L, O'Laughlen J, Coyle JT. Pilot studies of telemedicine for patients with obsessive-compulsive disorder. *Am J Psychiatry* **1995**;152:1383–1385.

9. Elford DR, White H, St. John K, Maddigan B, Ghandi M, Bowering R. A prospective satisfaction study and cost analysis of a pilot child telepsychiatry service in Newfoundland. *J Telemed Telecare* **2001**;7:73–81.

10. Ruskin PE, Reed S, Kumar R, Kling MA, Siegel E, Rosen M, Hauser P. Reliability and acceptability of psychiatric diagnosis via telecommunication and audiovisual technology. *Psychiatr Serv* **1998**;49:1086–1088.

11. Zarate CA, Weinstock L, Cukor P, Morabito C, Leahy L, Burns C, Baer L. Applicability of telemedicine for assessing patients with schizophrenia: acceptance and reliability. *J Clin Psychiatry* **1997**;58:22–25.

12. Zaylor C, Nelson E, Cook D. Telepsychiatry in a rural jail population. *J Telemed Telecare* **2001**;7(Suppl 1):47–49.

13. Zaylor C, Whitten P, Kingsley C. Telemedicine services to a county jail. *J Telemed Telecare* **2000**;6(Suppl 1): S93–S95.

14. Derogatis LR. *SCL-90-R administration, scoring, and procedures manual—II*. Towson, MD: Clinical Psychometric Research, Inc., **1992**.

15. Ogles BM, Lambert MJ, Masters KS. *Assessing outcome in clinical practice*. Needham Heights, MA: Allyn & Bacon, **1996**.

16. Guy W. *ECDEU assessment manual for psychopharmacology, revised*. Rockville, MD: U.S. Department of Health and Human Services, **1976**.

17. Zollo S, Kienkle M, Loeffelholz P, Sebille S. Telemedicine to Iowa's correctional facilities: initial clinical experience and assessment of program costs. *Telemed J* **1999**;5:291–301.

18. Zincone LH, Doty E, Balch DC. Financial analysis of telemedicine in a prison system. *Telemed J* **1997**;3:247–255.

Address reprint requests to:
*Eve-Lynn Nelson, Ph.D.*
*Center for Telemedicine and Telehealth*
*Kansas University Medical Center*
*Mail Stop 1048, 2012 Wahl Annex*
*3901 Rainbow*
*Kansas City, KS 66160*

*E-mail:* enelson2@kumc.edu

U.S. Department of Justice
Office of Justice Programs                    Revised, 12/14/06, tld



## Bureau of Justice Statistics
# Special Report

September 2006, NCJ 213600

# Mental Health Problems of Prison and Jail Inmates

Doris J. James and
Lauren E. Glaze
*BJS Statisticians*

At midyear 2005 more than half of all prison and jail inmates had a mental health problem, including 705,600 inmates in State prisons, 78,800 in Federal prisons, and 479,900 in local jails. These estimates represented 56% of State prisoners, 45% of Federal prisoners, and 64% of jail inmates. The findings in this report were based on data from personal interviews with State and Federal prisoners in 2004 and local jail inmates in 2002.

Mental health problems were defined by two measures: a recent history or symptoms of a mental health problem. They must have occurred in the 12 months prior to the interview. A recent history of mental health problems included a clinical diagnosis or treatment by a mental health professional. Symptoms of a mental disorder were based on criteria specified in the Diagnostic and Statistical Manual of Mental Disorders, fourth edition (DSM-IV).

| Mental health problem | Percent of inmates in — | | |
|---|---|---|---|
| | State prison | Federal prison | Local jail |
| Any mental problem | 56% | 45% | 64% |
| Recent history | 24 | 14 | 21 |
| Symptoms | 49 | 40 | 60 |

More than two-fifths of State prisoners (43%) and more than half of jail inmates (54%) reported symptoms that met the criteria for mania. About 23% of State prisoners and 30% of jail inmates reported symptoms of major depression. An estimated 15% of State prisoners and 24% of jail inmates reported symptoms that met the criteria for a psychotic disorder.

## Highlights

**High prevalence of mental health problems among prison and jail inmates**

| | Percent of inmates in — | | | |
|---|---|---|---|---|
| | State prison | | Local jail | |
| Selected characteristics | With mental problem | Without | With mental problem | Without |
| **Criminal record** | | | | |
| Current or past violent offense | 61% | 56% | 44% | 36% |
| 3 or more prior incarcerations | 25 | 19 | 26 | 20 |
| **Substance dependence or abuse** | 74% | 56% | 76% | 53% |
| **Drug use in month before arrest** | 63% | 49% | 62% | 42% |
| **Family background** | | | | |
| Homelessness in year before arrest | 13% | 6% | 17% | 9% |
| Past physical or sexual abuse | 27 | 10 | 24 | 8 |
| Parents abused alcohol or drugs | 39 | 25 | 37 | 19 |
| **Charged with violating facility rules*** | 58% | 43% | 19% | 9% |
| Physical or verbal assault | 24 | 14 | 8 | 2 |
| **Injured in a fight since admission** | 20% | 10% | 9% | 3% |

*Includes items not shown.

• Nearly a quarter of both State prisoners and jail inmates who had a mental health problem, compared to a fifth of those without, had served 3 or more prior incarcerations.

• Female inmates had higher rates of mental health problems than male inmates (State prisons: 73% of females and 55% of males; local jails: 75% of females and 63% of males).

• About 74% of State prisoners and 76% of local jail inmates who had a mental health problem met criteria for substance dependence or abuse.

• Nearly 63% of State prisoners who had a mental health problem had used drugs in the month before their arrest, compared to 49% of those without a mental health problem.

• State prisoners who had a mental health problem were twice as likely as those without to have been homeless in the year before their arrest (13% compared to 6%).

• Jail inmates who had a mental health problem (24%) were three times as likely as jail inmates without (8%) to report being physically or sexually abused in the past.

• Over 1 in 3 State prisoners and 1 in 6 jail inmates who had a mental health problem had received treatment since admission.

• State prisoners who had a mental health problem were twice as likely as State prisoners without to have been injured in a fight since admission (20% compared to 10%).

## A quarter of State prisoners had a history of mental health problems

Among all inmates, State prisoners were most likely to report a recent history of a mental health problem (table 1). About 24% of State prisoners had a recent history of a mental health problem, followed by 21% of jail inmates, and 14% of Federal prisoners.

A recent history of mental health problems was measured by several questions in the BJS' inmate surveys. Offenders were asked about whether in the past 12 months they had been told by a mental health professional that they had a mental disorder or because of a mental health problem had stayed overnight in a hospital, used prescribed medication, or received professional mental health therapy. These items were classified as indicating a recent history of a mental health problem.

State prisoners (18%), Federal prisoners (10%), and jail inmates (14%) most commonly reported that they had used prescribed medication for a mental problem in the year before arrest or since admission. They were least likely to report an overnight stay in a hospital for a mental health problem. Approximately, 5% of inmates in State prisons, 2% in Federal prisons, and 5% in local jails reported an overnight stay in a hospital for a mental health problem.

### Prevalence of symptoms of mental disorders among prison and jail inmates

The Survey of Inmates in State and Federal Correctional Facilities, 2004, and the Survey of Inmates in Local Jails, 2002, included a modified structured clinical interview for the DSM-IV. The surveys collected information on experiences of inmates in the past 12 months that would indicate symptoms of major depression, mania, or psychotic disorders. The surveys did not assess the severity or duration of the symptoms, and no exclusions were made for symptoms due to medical illness, bereavement, or substance use. Inmates in mental hospitals or otherwise physically or mentally unable to complete the surveys were excluded from the sample.

Estimates of DSM-IV symptoms of mental disorder provide a baseline indication of mental health problems among inmates rather than a clinical diagnosis of mental illness. Major depression or mania symptoms covered a range of feelings and behaviors, such as persistent sadness, loss of interest in activities, insomnia or hypersomnia, psychomotor agitation, and persistent anger or irritability.

Insomnia or hypersomnia and persistent anger were the most frequently reported major depression or mania episodes with nearly half of jail inmates (49%) reporting these symptoms. Attempted suicide was the least reported symptom by State

prisoners (13%), Federal prisoners (6%) and local jail inmates (13%).

A psychotic disorder was indicated by any signs of delusions or hallucinations during the 12-month period. Delusions were characterized by the offenders' belief that other people were controlling their brain or thoughts, could read their mind, or were spying on them. Hallucinations included reports of seeing things others said they did not see or hearing voices others did not hear. Approximately, 24% of jail inmates, 15% of State prisoners, and 10% of Federal prisoners reported at least one symptom of psychotic disorder (table 1).

| Symptoms in past 12 months or since admission | Percent of inmates in — | | |
|---|---|---|---|
| | State prison | Federal prison | Local jail |
| **Major depressive or mania symptoms** | | | |
| Persistent sad, numb or empty mood | 32.9% | 23.7% | 39.6% |
| Loss of interest or pleasure in activities | 35.4 | 30.8 | 36.4 |
| Increased or decreased appetite | 32.4 | 25.1 | 42.8 |
| Insomnia or hypersomnia | 39.8 | 32.8 | 49.2 |
| Psychomotor agitation or retardation | 39.6 | 31.4 | 46.2 |
| Feelings of worthlessness or excessive guilt | 35.0 | 25.3 | 43.0 |
| Diminished ability to concentrate or think | 28.4 | 21.3 | 34.1 |
| Ever attempted suicide | 13.0 | 6.0 | 12.9 |
| Persistent anger or irritability | 37.8 | 30.5 | 49.4 |
| Increased/decreased interest in sexual activities | 34.4 | 29.0 | 29.5 |
| **Psychotic disorder symptoms** | | | |
| Delusions | 11.8% | 7.8% | 17.5% |
| Hallucinations | 7.9 | 4.8 | 13.7 |

| Number of positive responses | Percent of inmates in — | | |
|---|---|---|---|
| | State prison | Federal prison | Local jail |
| **Major depressive disorder symptoms** | | | |
| 0 | 29.5% | 38.8% | 22.8% |
| 1-2 | 26.1 | 27.9 | 23.8 |
| 3-4 | 20.5 | 17.1 | 23.0 |
| 5 or more | 23.9 | 16.2 | 30.4 |
| **Mania disorder symptoms** | | | |
| 0 | 27.3% | 35.6% | 22.5% |
| 1 | 21.5 | 23.3 | 17.0 |
| 2 | 20.5 | 17.7 | 20.1 |
| 3 | 17.7 | 14.0 | 22.0 |
| 4 | 13.1 | 9.4 | 18.4 |
| **Psychotic disorder symptoms** | | | |
| 0 | 84.6% | 89.8% | 76.0% |
| 1 | 11.1 | 7.8 | 16.8 |
| 2 | 4.2 | 2.4 | 7.2 |

Note: Data are based on inmate self-report in the Survey of Inmates in State and Federal Correctional Facilities, 2004, and the Survey of Inmates in Local Jails, 2002. See *References* for sources on measuring symptoms of mental disorders based on a modified Structured Clinical Interview for the Diagnostic and Statistical Manual of Mental Disorders, fourth edition (DSM-IV).

## Symptoms of mental disorder highest among jail inmates

Jail inmates had the highest rate of symptoms of a mental health disorder (60%), followed by State (49%), and Federal prisoners (40%). Symptoms of a mental health disorder were measured by a series of questions adopted from a structured clinical interview for diagnosing mental disorders based on the DSM-IV (see box on page 2 and *References* for sources on DSM-IV measures). The questions addressed behaviors or symptoms related to major depression, mania, or psychotic disorders that occurred in the 12 months before the interview.

To meet the criteria for major depression, inmates had to report a depressed mood or decreased interest or pleasure in activities, along with 4 additional symptoms of depression. In order to meet the criteria for mania, during the 12-month period inmates had to report 3 symptoms or a persistent angry mood. For a psychotic disorder, 1 symptom of delusions or hallucinations met the criteria.

The high rate of symptoms of mental health disorder among jail inmates may reflect the role of local jails in the criminal justice system. Jails are locally operated correctional facilities that receive offenders after an arrest and hold them for a short period of time, pending arraignment, trial, conviction, or sentencing. Among other functions, local jails hold mentally ill persons pending their movement to appropriate mental health facilities.

While jails hold inmates sentenced to short terms (usually less than 1 year), State and Federal prisons hold offenders who typically are convicted and sentenced to serve more than 1 year. In general, because of the longer period of incarceration, prisons provide a greater opportunity for inmates to receive a clinical mental health assessment, diagnosis, and treatment by a mental health professional.[1]

[1]Persons who have been judged by a court to be *mentally incompetent to stand trial* or *not guilty by reason of insanity* are not held in these correctional facilities and are not covered by this report.

### Table 1. Recent history and symptoms of mental health problems among prison and jail inmates

| Mental health problem | Percent of inmates in — | | |
| --- | --- | --- | --- |
| | State prison | Federal prison | Local jail |
| Any mental health problem | 56.2% | 44.8% | 64.2% |
| Recent history of mental health problem[a] | 24.3% | 13.8% | 20.6% |
| Told had disorder by mental health professional | 9.4 | 5.4 | 10.9 |
| Had overnight hospital stay | 5.4 | 2.1 | 4.9 |
| Used prescribed medications | 18.0 | 10.3 | 14.4 |
| Had professional mental health therapy | 15.1 | 8.3 | 10.3 |
| Symptoms of mental health disorders[b] | 49.2% | 39.8% | 60.5% |
| Major depressive disorder | 23.5 | 16.0 | 29.7 |
| Mania disorder | 43.2 | 35.1 | 54.5 |
| Psychotic disorder | 15.4 | 10.2 | 23.9 |

Note: Includes inmates who reported an impairment due to a mental problem. Data are based on the Survey of Inmates in State and Federal Correctional Facilities, 2004, and the Survey of Inmates in Local Jails, 2002. See *Methodology* for details on survey sample. See *References* for sources on measuring symptoms of mental disorder based on a Structured Clinical Interview for the Diagnostic and Statistical Manual of Mental Disorders, fourth edition (DSM-IV).
[a]In year before arrest or since admission.
[b]In the 12 months prior to the interview.

### Table 2. Prevalence of mental health problems among prison and jail inmates

| Mental health problem | State prison inmates | | Federal prison inmates | | Local jail inmates | |
| --- | --- | --- | --- | --- | --- | --- |
| | Number | Percent | Number | Percent | Number | Percent |
| Any mental health problem* | 705,600 | 56.2% | 70,200 | 44.8% | 479,900 | 64.2% |
| History and symptoms | 219,700 | 17.5 | 13,900 | 8.9 | 127,800 | 17.1 |
| History only | 85,400 | 6.8 | 7,500 | 4.8 | 26,200 | 3.5 |
| Symptoms only | 396,700 | 31.6 | 48,100 | 30.7 | 322,900 | 43.2 |
| No mental health problem | 549,900 | 43.8% | 86,500 | 55.2% | 267,600 | 35.8% |

Note: Number of inmates was estimated based on the June 30, 2005 custody population in State prisons (1,255,514), Federal prisons (156,643, excluding 19,311 inmates held in private facilities), and local jails (747,529).
*Details do not add to totals due to rounding. Includes State prisoners, Federal prisoners, and local jail inmates who reported an impairment due to a mental problem.

### High proportion of inmates had symptoms of a mental health disorder without a history

Around 4 in 10 local jail inmates and 3 in 10 State and Federal prisoners were found to have symptoms of a mental disorder without a recent history (table 2). A smaller proportion of inmates had both a recent history and symptoms of mental disorder: 17% in State prisons, 9% in Federal prisons, and 17% in local jails.

An estimated 7% of State prisoners, 5% of Federal prisoners, and 3% of local jail inmates were found to have a recent history of a mental health problem and no symptoms.

### About 1 in 10 persons age 18 or older in the U.S. general population met DSM-IV criteria for symptoms of a mental health disorder

• An estimated 11% of the U.S. population age 18 or older met criteria for mental health disorders, based on data in the National Epidemiologic Survey on Alcohol and Related Conditions, 2001-2002 (NESARC).

• Similar to the prison and jail inmate populations, females in the general population had higher rates of mental disorders than males (12% compared to 9%).

| | Percent of U.S. population age 18 or older with symptoms of a mental disorder | | |
| --- | --- | --- | --- |
| | Total | Male | Female |
| Any symptom | 10.6% | 8.7% | 12.4% |
| Major depression[a] | 7.9 | 5.5 | 10.1 |
| Mania disorder[a] | 1.8 | 1.6 | 2.0 |
| Psychotic disorder[b] | 3.1 | 3.2 | 3.1 |

Note: See *Methodology* for sources on mental health disorders in the general population.
[a]In the last 12 months, not excluding symptoms due to bereavement, substance use, or a medical condition.
[b]Based on life-time occurrence.
Source: National Institute on Alcohol Abuse and Alcoholism, NESARC, 2001-2002.

## Table 3. Prison and jail inmates who had a mental health problem, by selected characteristics

| | Percent of inmates in — | | |
|---|---|---|---|
| Characteristic | State prison | Federal prison | Local jail |
| All inmates | 56.2% | 44.8% | 64.2% |
| **Gender** | | | |
| Male | 55.0% | 43.6% | 62.8% |
| Female | 73.1 | 61.2 | 75.4 |
| **Race** | | | |
| White[a] | 62.2% | 49.6% | 71.2% |
| Black[a] | 54.7 | 45.9 | 63.4 |
| Hispanic | 46.3 | 36.8 | 50.7 |
| Other[a,b] | 61.9 | 50.3 | 69.5 |
| **Age** | | | |
| 24 or younger | 62.6% | 57.8% | 70.3% |
| 25-34 | 57.9 | 48.2 | 64.8 |
| 35-44 | 55.9 | 40.1 | 62.0 |
| 45-54 | 51.3 | 41.6 | 52.5 |
| 55 or older | 39.6 | 36.1 | 52.4 |

[a]Excludes persons of Hispanic origin.
[b]Includes American Indians, Alaska Natives, Asians, Native Hawaiians, other Pacific Islanders, and inmates who specified more than one race.

### Mental health problems more common among female, white, and young inmates

Female inmates had much higher rates of mental health problems than male inmates. An estimated 73% of females in State prisons, compared to 55% of male inmates, had a mental health problem (table 3). In Federal prisons, the rate was 61% of females compared to 44% of males; and in local jails, 75% of females compared to 63% of male inmates.

The same percentage of females in State prisons or local jails (23%) said that in the past 12 months they had been diagnosed with a mental disorder by a mental health professional. This was almost three times the rate of male inmates (around 8%) who had been told they had a mental health problem.

| | Percent of inmates in — | | | |
|---|---|---|---|---|
| | State prison | | Local jail | |
| Mental problem* | Male | Female | Male | Female |
| Recent history | 22% | 48% | 18% | 40% |
| Diagnosed | 8 | 23 | 9 | 23 |
| Overnight stay | 5 | 9 | 4 | 9 |
| Medication | 16 | 39 | 12 | 30 |
| Therapy | 14 | 32 | 9 | 23 |
| Symptoms | 48% | 62% | 59% | 70% |

*See table 1 for detailed description of categories.

## Table 4. Homelessness, employment before arrest, and family background of prison and jail inmates, by mental health status

| | Percent of inmates in — | | | | | |
|---|---|---|---|---|---|---|
| | State prison | | Federal prison | | Local jail | |
| Characteristic | With mental problem | Without | With mental problem | Without | With mental problem | Without |
| Homelessness in past year | 13.2% | 6.3% | 6.6% | 2.6% | 17.2% | 8.8% |
| Employed in month before arrest[a] | 70.1% | 75.6% | 67.7% | 76.2% | 68.7% | 75.9% |
| **Ever physically or sexually abused before admission** | 27.0% | 10.5% | 17.0% | 6.4% | 24.2% | 7.6% |
| Physically abused | 22.4 | 8.3 | 13.7 | 5.4 | 20.4 | 5.7 |
| Sexually abused | 12.5 | 3.8 | 7.3 | 1.7 | 10.2 | 3.2 |
| **While growing up —** | | | | | | |
| Ever received public assistance[b] | 42.5% | 30.6% | 33.3% | 24.9% | 42.6% | 30.3% |
| Ever lived in foster home, agency or institution | 18.5 | 9.5 | 9.8 | 6.3 | 14.5 | 6.0 |
| Lived most of the time with — | | | | | | |
| Both parents | 41.9% | 47.7% | 45.4% | 50.5% | 40.5% | 49.1% |
| One parent | 43.8 | 40.8 | 39.8 | 38.8 | 45.4 | 40.4 |
| Someone else | 11.6 | 10.2 | 13.5 | 10.3 | 12.0 | 9.4 |
| Parents or guardians ever abused — | 39.3 | 25.1 | 33.3 | 20.0 | 37.3 | 23.2 |
| Alcohol | 23.6 | 16.9 | 21.7 | 15.4 | 23.2 | 14.1 |
| Drugs | 3.1 | 1.9 | 2.2 | 1.4 | 2.7 | 1.1 |
| Both alcohol and drugs | 12.7 | 6.2 | 9.4 | 3.2 | 11.5 | 3.4 |
| Neither | 60.7 | 74.9 | 66.7 | 80.0 | 62.7 | 81.3 |
| **Family member ever incarcerated —** | 51.7% | 41.3% | 44.6% | 38.9% | 52.1% | 36.2% |
| Mother | 7.2 | 4.0 | 5.0 | 3.2 | 9.4 | 3.4 |
| Father | 20.1 | 13.4 | 15.3 | 9.9 | 22.1 | 12.6 |
| Brother | 35.5 | 29.4 | 29.4 | 27.0 | 34.8 | 25.8 |
| Sister | 7.0 | 5.1 | 5.5 | 4.2 | 11.3 | 5.1 |
| Child | 2.7 | 2.3 | 3.4 | 2.8 | 4.0 | 2.6 |
| Spouse | 1.7 | 0.9 | 2.6 | 1.8 | 2.4 | 0.9 |

[a]The reference period for jail inmates was in the month before admission.
[b]Public assistance includes public housing, AFDC, food stamps, Medicaid, WIC, and other welfare programs.

The prevalence of mental health problems varied by racial or ethnic group. Among State prisoners, 62% of white inmates, compared to 55% of blacks and 46% of Hispanics, were found to have a mental health problem. Among jail inmates, whites (71%) were also more likely than blacks (63%) or Hispanics (51%) to have a mental health problem.

The rate of mental health problems also varied by the age of inmates. Inmates age 24 or younger had the highest rate of mental health problems and those age 55 or older had the lowest rate. Among State prisoners, an estimated 63% of those age 24 or younger had a mental health problem, compared to 40% of those age 55 or older. An estimated 70% of local jail inmates age 24 or younger had a mental health problem, compared to 52% of those age 55 or older.

### Homelessness, foster care more common among inmates who had mental health problems

State prisoners (13%) and local jail inmates (17%) who had a mental health problem were twice as likely as inmates without a mental health problem (6% in State prisons; 9% in local jails) to have been homeless in the year before their incarceration (table 4).

About 18% of State prisoners who had a mental health problem, compared to 9% of State prisoners who did not have a mental problem, said that they had lived in a foster home, agency, or institution while growing up.

Among jail inmates, about 14% of those who had a mental health problem had lived in a foster home, agency, or institution while growing up, compared to 6% of jail inmates who did not have a mental health problem.

## Low rates of employment, high rates of illegal income among inmates who had mental problems

An estimated 70% of State prisoners who had a mental health problem, compared to 76% of those without, said they were employed in the month before their arrest. Among Federal prisoners, 68% of those who had a mental health problem were employed, compared to 76% of those who did not have a mental problem.

Among jail inmates, 69% of those who had a mental health problem reported that they were employed, while 76% of those without were employed in the month before their arrest.

Of State prisoners who had a mental health problem, 65% had received income from wages or salary in the month before their arrest. This percentage was larger for inmates without a mental health problem (71%). Over a quarter (28%) of State prisoners who had a mental health problem reported income from illegal sources, compared to around a fifth (21%) of State prisoners without a mental problem.

| | Percent of State prison inmates | |
|---|---|---|
| Sources of income[a] | With mental problem | Without |
| Wages, salary | 65% | 71% |
| Welfare | 6 | 4 |
| Assistance from family or friends | 14 | 8 |
| Illegal income | 28 | 21 |
| Compensation payments[b] | 9 | 6 |

[a]Includes personal income in month before arrest, except for compensation which was in the month before admission.
[b]Includes Supplemental Security Income (SSI) payments and pension.

Table 5. Substance dependence or abuse among prison and jail inmates, by mental health status

| | Percent of inmates in — | | | | | |
|---|---|---|---|---|---|---|
| | State prison | | Federal prison | | Local jail | |
| Substance dependence or abuse | With mental problem | Without | With mental problem | Without | With mental problem | Without |
| Any alcohol or drugs | 74.1% | 55.6% | 63.6% | 49.5% | 76.4% | 53.2% |
| Dependence | 53.9 | 34.5 | 45.1 | 27.3 | 56.3 | 25.4 |
| Abuse only | 20.2 | 21.1 | 18.5 | 22.2 | 20.1 | 27.8 |
| Alcohol | 50.8% | 36.0% | 43.7% | 30.3% | 53.4% | 34.6% |
| Dependence | 30.4 | 17.9 | 25.1 | 12.7 | 29.0 | 11.8 |
| Abuse only | 20.4 | 18.0 | 18.6 | 17.7 | 24.4 | 22.8 |
| Drugs | 61.9% | 42.6% | 53.2% | 39.2% | 63.3% | 36.0% |
| Dependence | 43.8 | 26.1 | 37.1 | 22.0 | 46.0 | 17.6 |
| Abuse only | 18.0 | 16.5 | 16.1 | 17.2 | 17.3 | 18.4 |
| No dependence or abuse | 25.9% | 44.4% | 36.4% | 50.5% | 23.6% | 46.8% |

Note: Substance dependence or abuse was based on criteria specified in the Diagnostic and Statistical Manual of Mental Disorders, fourth edition (DSM-IV). For details, see Substance Dependence, Abuse and Treatment of Jail Inmates, 2002, <http://www.ojp.usdoj.gov/bjs/abstract/sdatji02.htm>.

## Past physical or sexual abuse more prevalent among inmates who had mental health problems

State prisoners who had a mental health problem (27%) were over two times more likely than those without (10%) to report being physically or sexually abused in the past.

Jail inmates who had a mental health problem were three times more likely than jail inmates without to have been physically or sexually abused in the past (24% compared to 8%).

## Family members of inmates with mental problems had high rates of substance use and incarceration

Inmates who had a mental health problem were more likely than inmates without to have family members who abused drugs or alcohol or both. Among State prisoners, 39% of those

who had a mental health problem reported that a parent or guardian had abused alcohol, drugs, or both while they were growing up. In comparison, 25% of State prisoners without a mental problem reported parental abuse of alcohol, drugs, or both.

A third (33%) of Federal prisoners who had a mental health problem, compared to a fifth (20%) of those without, reported that a parent or guardian had abused alcohol, drugs, or both while they were growing up.

An estimated 37% of jail inmates who had a mental health problem said a parent had abused alcohol, drugs, or both while they were growing up. This was almost twice the rate for jail inmates without a mental health problem (19%).

The majority of prison and jail inmates who had a mental health problem (52%) reported that they had a family member who had been incarcerated in the past. Among those without a mental health problem, about 41% of State inmates and 36% of jail inmates reported that a family member had served time.

Over a third of both State prisoners and local jail inmates who had a mental health problem (35%) had a brother who had served time in prison or jail. The rate for inmates without a mental health problem was 29% in State prisons and 26% in local jails.

## High rates of both mental health problems and substance dependence or abuse among State prison and local jail inmates

• An estimated 42% of inmates in State prisons and 49% in local jails were found to have both a mental health problem and substance dependence or abuse.

• Slightly less than a quarter (24%) of State prisoners and a fifth (19%) of local jail inmates met the criteria for substance dependence or abuse only.

| Mental health problems and | Percent of inmates in — | | |
|---|---|---|---|
| substance dependence or abuse | State prison | Federal prison | Local jail |
| Both | 41.7% | 28.5% | 48.7% |
| Dependence or abuse only | 24.4 | 27.3 | 18.9 |
| Mental problems only | 14.5 | 16.3 | 15.0 |
| None | 19.5 | 27.8 | 17.3 |

## Inmates who had mental health problems had high rates of substance dependence or abuse

Among inmates who had a mental health problem, local jail inmates had the highest rate of dependence or abuse of alcohol or drugs (76%), followed by State prisoners (74%), and Federal prisoners (64%) (table 5). Substance dependence or abuse was measured as defined in the DSM-IV.[2]

Among inmates without a mental health problem, 56% in State prisons, 49% in Federal prisons, and 53% in local jails were dependent on or abused alcohol or drugs.

[2]For a detailed description of the DSM-IV measures, see Substance Dependence, Abuse and Treatment of Jail inmates, 2002, <http://www.ojp.usdoj.gov/bjs/abstract/sdatji02.htm.>

By specific type of substance, inmates who had a mental health problem had higher rates of dependence or abuse of drugs than alcohol. Among State prisoners who had a mental problem, 62% were dependent on or abused drugs and 51% alcohol. An estimated 63% of local jail inmates who had a mental problem were dependent on or abused drugs, while about 53% were dependent on or abused alcohol.

When dependence was estimated separately from abuse only, local jail inmates who had a mental health problem had the highest rate of drug dependence (46%). They were two and a half times more likely to be dependent on drugs than jail inmates without a mental problem (18%).

A larger percentage of State prisoners who had a mental health problem than those without were found to be dependent on drugs (44% compared to 26%). Among Federal prisoners, 37% who had a mental health problem were found to be dependent on drugs, compared to 22% of those without.

State prisoners (30%) and local jail inmates (29%) who had a mental health problem had about the same rate of alcohol dependence. A quarter of Federal prisoners (25%) who had a mental problem were dependent on alcohol.

### Over a third of inmates who had mental health problems had used drugs at the time of the offense

Over a third (37%) of State prisoners who had a mental health problem said they had used drugs at the time of the offense, compared to over a quarter (26%) of State prisoners without a mental problem (table 6). Also, over a third (34%) of local jail inmates who had a mental health problem said they had used drugs at the time of the offense, compared to a fifth (20%) of jail inmates who did not have a mental problem.

Marijuana or hashish was the most common drug inmates said they had used in the month before the offense (table 7). Among inmates who had a mental health problem, more than two-fifths of those in State prisons (46%), Federal prisons (41%), or local jails (43%) reported they had used marijuana or hashish in the month before the offense.

Almost a quarter of inmates in State prisons or local jails who had a mental health problem (24%) reported they had used cocaine or crack in the month before the offense. A smaller percentage of inmates who had a mental health problem had used methamphetamines in the month before the offense — 13% of State prisoners, 11% of Federal prisoners, and 12% of jail inmates.

### Binge drinking prevalent among inmates who had mental problems

Inmates who had a mental health problem were more likely than inmates without a mental problem to report a

### Table 6. Substance use among prison inmates and convicted jail inmates, by mental health status

| | Percent of inmates in — | | | | | |
| | State prison | | Federal prison | | Local jail | |
| Type of substance | With mental problem | Without | With mental problem | Without | With mental problem | Without |
|---|---|---|---|---|---|---|
| **Alcohol or drugs** | | | | | | |
| Regular use[a] | 87.1% | 77.2% | 82.3% | 75.4% | 89.9% | 78.7% |
| In month before offense | 80.3 | 70.4 | 75.8 | 68.1 | 81.6 | 69.6 |
| At time of offense | 53.2 | 42.5 | 41.1 | 30.6 | 53.8 | 42.8 |
| **Drugs** | | | | | | |
| Regular use[a] | 75.5% | 61.2% | 71.0% | 59.2% | 78.1% | 57.5% |
| In month before offense | 62.8 | 49.1 | 57.1 | 45.2 | 62.1 | 41.7 |
| At time of offense | 37.5 | 25.8 | 31.1 | 23.0 | 34.0 | 19.8 |
| **Alcohol** | | | | | | |
| Regular use[a] | 67.9% | 58.3% | 66.0% | 58.2% | 72.6% | 61.8% |
| In month before offense | 61.7 | 52.5 | 59.5 | 53.6 | 80.7 | 74.1 |
| At time of offense | 34.0 | 27.5 | 21.7 | 15.1 | 35.0 | 30.4 |
| Binge drinking[b] | 43.5 | 29.5 | 37.8 | 25.7 | 48.2 | 29.9 |

[a]Regular alcohol use is defined as daily or almost daily or more than once a week more than a month. Regular drug use is defined as once a week or more for at least one month.
[b]Binge drinking is defined as having consumed a fifth of liquor in a single day, or the equivalent of 20 drinks, 3 bottles of wine, or 3 six-packs of beer.

### Table 7. Drug use in the month before the offense among convicted prison and jail inmates, by mental health status

| | Percent of inmates in — | | | | | |
| | State prison | | Federal prison | | Local jail | |
| Types of drug used in month before offense | With mental problem | Without | With mental problem | Without | With mental problem | Without |
|---|---|---|---|---|---|---|
| Any drug | 62.8% | 49.1% | 57.1% | 45.2% | 62.1% | 41.7% |
| Marijuana or hashish | 45.7% | 33.3% | 41.2% | 32.0% | 43.4% | 27.1% |
| Cocaine or crack | 24.4 | 17.9 | 21.1 | 15.5 | 24.2 | 14.7 |
| Heroin/opiates | 8.9 | 3.0 | 6.7 | 2.7 | 9.6 | 4.6 |
| Depressants[a] | 7.3 | 3.0 | 7.2 | 4.7 | 8.5 | 2.0 |
| Methamphetamines | 12.6 | 8.8 | 10.9 | 9.6 | 11.7 | 6.2 |
| Other stimulants[b] | 5.8 | 2.8 | 4.5 | 2.5 | 5.2 | 2.4 |
| Hallucinogens[c] | 8.0 | 3.4 | 9.3 | 3.0 | 7.5 | 2.9 |

[a]Include barbiturates, tranquilizers, and quaaludes.
[b]Include amphetamines.
[c]Include LSD, PCP, and ecstasy.

binge drinking experience. Among State prisoners who had a mental health problem, 43% said they had participated in binge drinking in the past, compared to 29% of State prisoners without mental problems.

Similarly, jail inmates who had mental problems (48%) had a much higher rate of binge drinking than jail inmates without mental problems (30%).

Inmates with a mental problem were more likely than inmates without to have been using alcohol at the time of the offense (State prisoners, 34% compared to 27%; Federal prisoners, 22% compared to 15%; and jail inmates, 35% compared to 30%.)

## Violent offenses common among State prisoners who had a mental health problem

Among State prisoners who had a mental health problem, nearly half (49%) had a violent offense as their most serious offense, followed by property (20%) and drug offenses (19%) (table 8). Among all types of offenses, robbery was the most common offense (14%), followed by drug trafficking (13%) and homicide (12%).

An estimated 46% of State prisoners without a mental health problem were held for a violent offense, including 13% for homicide and 11% for robbery.

About 24% of State prisoners without a mental problem were held for drug offenses, particularly drug trafficking (17%).

Almost an equal percentage of jail inmates who had a mental health problem were held for violent (26%) and property (27%) offenses. About 12% were held for aggravated assault. Jail inmates who had a mental health problem were two times more likely than jail inmates without a mental problem to be held for burglary (8% compared to 4%).

## Use of a weapon did not vary by mental health status

Convicted violent offenders who had a mental health problem were as likely as those without to have used a weapon during the offense (table 9). An estimated 37% of both State prisoners who had a mental problem and those without said they had used a weapon during the offense.

By specific type of weapon, among convicted violent offenders in State prisons who had a mental health problem, slightly less than a quarter (24%) had used a firearm, while a tenth (10%) had used a knife or sharp object.

## Violent criminal record more prevalent among inmates who had a mental health problem

State prisoners who had a mental health problem (61%) were more likely than State prisoners without (56%) to have a current or past violent offense.

### Table 8. Most serious offense among prison and jail inmates, by mental health status

| Most serious offense | Percent of inmates in — | | | | | |
| | State prison | | Federal prison | | Local jail | |
| | With mental problem | Without | With mental problem | Without | With mental problem | Without |
|---|---|---|---|---|---|---|
| **Total** | 100% | 100% | 100% | 100% | 100% | 100% |
| **Violent offenses** | 49.0% | 46.5% | 16.0% | 13.2% | 26.5% | 23.7% |
| Homicide | 11.6 | 12.9 | 2.5 | 2.3 | 2.6 | 2.5 |
| Sexual assault* | 11.0 | 10.4 | 1.1 | 0.7 | 3.4 | 3.6 |
| Robbery | 13.6 | 11.3 | 9.6 | 7.6 | 5.7 | 5.1 |
| Assault | 10.5 | 9.7 | 2.0 | 1.9 | 12.5 | 10.5 |
| **Property offenses** | 19.6% | 17.7% | 7.2% | 6.1% | 26.9% | 19.7% |
| Burglary | 8.6 | 7.7 | 0.7 | 0.3 | 7.9 | 4.2 |
| Larceny/theft | 4.2 | 3.5 | 0.5 | 0.4 | 7.7 | 5.6 |
| Fraud | 3.0 | 2.7 | 4.9 | 4.5 | 5.3 | 4.2 |
| **Drug offenses** | 19.3% | 23.8% | 51.3% | 58.3% | 23.4% | 27.0% |
| Possession | 5.7 | 6.3 | 2.0 | 3.8 | 10.1 | 12.3 |
| Trafficking | 12.9 | 17.0 | 47.7 | 52.6 | 11.6 | 12.9 |
| **Public-order offenses** | 11.9% | 11.9% | 22.3% | 19.0% | 22.6% | 29.3% |
| Weapons | 2.6 | 2.4 | 14.0 | 8.5 | 2.3 | 1.4 |
| DWI/DUI | 2.2 | 3.2 | 0.2 | 0.2 | 5.5 | 8.1 |

Note: Summary categories include offenses not shown.
*Includes rape and other sexual assault.

### Table 9. Use of weapon, by mental health status of convicted violent State prison and local jail inmates

| Use of weapons | Percent of inmates in — | | | |
| | State prison | | Local jail | |
| | With mental problem | Without | With mental problem | Without |
|---|---|---|---|---|
| **Any weapon** | 37.2% | 36.9% | 20.6% | 21.2% |
| Firearm | 24.4 | 27.5 | 12.3 | 13.1 |
| Knife or sharp object | 10.2 | 7.4 | 6.1 | 5.1 |
| Other weapons* | 3.7 | 2.7 | 2.8 | 4.0 |
| **No weapon** | 62.8% | 63.1% | 79.4% | 78.8% |
| **Number of violent inmates** | 328,670 | 242,524 | 60,787 | 34,305 |

Note: Details do not add to total because inmates may have used more than one weapon.
*Other weapons include blunt objects, stun guns, toy guns, or other specified weapons.

| Violent criminal record | Percent of State prison inmates with violent criminal record | |
| | With mental problem | Without |
|---|---|---|
| Any violent offense | 61% | 56% |
| Current violent offense, no prior | 13 | 17 |
| Violent recidivist | 47 | 39 |

Note: Details may not add to total due to rounding.

Among repeat offenders, an estimated 47% of State prisoners who had a mental health problem were violent recidivists, compared to 39% of State prisoners without a mental problem (table 10).

Nearly a third (32%) of local jail inmates who had a mental health problem were repeat violent offenders, while about a quarter (22%) of jail inmates without a mental problem were violent recidivists.

A larger proportion of inmates who had a mental health problem had served more prior sentences than inmates without a mental problem (table 11). An estimated 47% of State prisoners who had a mental health problem, compared to 39% of those without, had served 3 or more prior sentences to probation or incarceration. Among jail inmates, 42% of those with a mental health problem had served served 3 or more prior sentences to probation or incarceration, compared to 33% of jail inmates without a mental problem.

**State prisoners who had mental health problems had longer sentences than prisoners without**

Overall, State prisoners who had a mental health problem reported a mean maximum sentence that was 5 months longer than State prisoners without a mental health problem (146 months compared to 141 months) (table 12). Among jail inmates, the mean sentence for those who had a mental health problem was 5 months shorter than that for jail inmates without a mental health problem (40 months compared to 45 months).

By most serious offense, excluding offenders sentenced to life or death, both violent State prisoners who had a mental health problem and those without had about the same mean sentence length. Violent State prisoners who had a mental health problem were sentenced to serve a mean maximum sentence length of 212 months and those without, 211 months.

Among prisoners sentenced to life or death, there was little variation in sentence length by mental health status (not shown in table). About 8% of State prisoners who had a mental health problem and 9% of those without were sentenced to life or death. Among Federal prisoners, 3% of both those who had a mental health problem and those without were sentenced to life or death.

### Table 10. Criminal record of prison and jail inmates, by mental health status

| Criminal record | Percent of inmates in — | | | | | |
| | State prison | | Federal prison | | Local jail | |
| | With mental problem | Without | With mental problem | Without | With mental problem | Without |
|---|---|---|---|---|---|---|
| **No prior sentence** | 20.5% | 27.0% | 32.2% | 36.9% | 34.9% | 43.3% |
| Current violent offense | 13.4 | 16.9 | 5.1 | 4.9 | 12.1 | 13.8 |
| Current drug offense | 3.1 | 5.1 | 15.2 | 21.6 | 8.8 | 12.6 |
| Current other offense | 4.1 | 5.0 | 11.9 | 10.4 | 14.0 | 16.8 |
| **Violent recidivist** | 47.4% | 39.2% | 27.5% | 23.8% | 31.9% | 22.4% |
| Current and prior violent | 17.2 | 13.4 | 7.4 | 4.4 | 9.9 | 6.8 |
| Current violent only | 17.7 | 15.3 | 4.9 | 4.4 | 11.4 | 6.9 |
| Prior violent only | 12.5 | 10.4 | 15.3 | 15.0 | 10.5 | 8.7 |
| **Nonviolent recidivist** | 32.0% | 33.8% | 40.3% | 39.2% | 33.2% | 34.3% |
| Prior drugs only | 3.0 | 4.0 | 7.1 | 9.5 | 3.0 | 3.4 |
| Other prior offenses | 29.0 | 29.8 | 33.2 | 29.8 | 30.2 | 30.9 |

Note: Excludes inmates for whom offense and prior probation or incarceration sentences were unknown.

### Table 11. Number of prior probation or incarceration sentences among prison and jail inmates, by mental health status

| Number of prior sentences | Percent of inmates in — | | | | | |
| | State prison | | Federal prison | | Local jail | |
| | With mental problem | Without | With mental problem | Without | With mental problem | Without |
|---|---|---|---|---|---|---|
| 0 | 22.1% | 28.5% | 34.1% | 38.3% | 24.5% | 30.6% |
| 1 | 15.3 | 16.1 | 14.9 | 16.5 | 16.8 | 18.9 |
| 2 | 15.5 | 16.8 | 15.6 | 14.9 | 16.7 | 17.2 |
| 3-5 | 26.3 | 24.0 | 21.3 | 20.1 | 22.8 | 20.3 |
| 6-10 | 13.9 | 10.6 | 10.0 | 7.1 | 12.4 | 8.6 |
| 11 or more | 6.9 | 4.0 | 4.0 | 3.1 | 6.7 | 4.4 |

Note: Excludes inmates for whom prior probation or incarceration sentences were unknown.

### Table 12. Mean maximum sentence length and mean total time expected to serve, by mental health status and offense

| Most serious offense | Mean maximum sentence length[a] | | Mean total time expected to serve until release[b] | |
| | With mental problem | Without | With mental problem | Without |
|---|---|---|---|---|
| **State prison inmates** | | | | |
| All offenses[c] | 146 mos | 141 mos | 93 mos | 89 mos |
| Violent | 212 | 211 | 139 | 138 |
| Property | 103 | 96 | 60 | 58 |
| Drug | 84 | 94 | 48 | 50 |
| Public-order | 81 | 66 | 51 | 40 |
| **Federal prison inmates** | | | | |
| All offenses[c] | 128 mos | 135 mos | 99 mos | 106 mos |
| Violent | 174 | 202 | 119 | 131 |
| Property | 70 | 53 | 63 | 58 |
| Drug | 131 | 139 | 103 | 112 |
| Public-order | 102 | 100 | 87 | 83 |
| **Local jail inmates** | | | | |
| All offenses[c] | 40 mos | 45 mos | 14 mos | 18 mos |
| Violent | 67 | 73 | 18 | 31 |
| Property | 41 | 36 | 16 | 14 |
| Drug | 40 | 59 | 18 | 25 |
| Public-order | 16 | 16 | 7 | 8 |

[a]Based on the total maximum sentence for all consecutive sentences. Excludes inmates for whom offense was unknown.
[b]Based on time served when interviewed and time to be served until the expected date of release. Excludes inmates for whom admission date or expected release date were unknown.
[c]Includes other offenses not shown.

## State prisoners who had a mental health problem expected to serve 4 months longer than those without

Overall, the mean time State prisoners who had a mental health problem expected to serve was 4 months longer than State prisoners without a mental problem (93 months compared to 89 months). Among convicted jail inmates who expected to serve their time in a local jail, there was little variation by mental health status in the amount of time expected to be served. About 55% of those who had a mental problem, and 54% of those without, expected to serve 6 months or less (table 13).

## A third of State prisoners who had mental health problems had received treatment since admission

State prisoners who had a mental health problem (34%) had the highest rate of mental health treatment since admission, followed by Federal prisoners (24%) and local jail inmates (17%) (table 14).

All Federal prisons and most State prisons and jail jurisdictions, as a matter of policy, provide mental health services to inmates, including screening inmates at intake for mental health problems, providing therapy or counseling by trained mental health professionals, and distributing psychotropic medication.[3]

[3]See *Mental Health Treatment in State Prisons, 2000,* <http://www.ojp.usdoj.gov/bjs/abstract/mhtsp00.htm> and *Census of Jails, 1999,* <http://www.ojp.usdoj.gov/bjs/abstract/cj99.htm>.

More than a fifth of inmates (22%) in State prison who had a mental health problem had received mental health treatment during the year before their arrest, including 16% who had used prescribed medications, 11% who had professional therapy, and 6% who had stayed overnight in a hospital because of a mental or emotional problem.

Among jail inmates who had a mental health problem, an estimated 23% had received treatment during the year before their arrest: 17% had used medication, 12% had received professional therapy, and 7% had stayed overnight in a hospital because of a mental or emotional problem.

Taking a prescribed medication for a mental health problem was the most common type of treatment inmates who had a mental health problem had received since admission to prison or jail. About 27% of State prisoners, 19% of Federal prisoners, and 15% of jail inmates who had a mental problem had used prescribed medication for a mental problem since admission.

An overnight stay in a hospital was the least likely method of treatment inmates had received since admission. Among inmates who had a mental problem, about 5% of those in State prisons, 3% in Federal prisons, and 2% in local jails had stayed overnight in a hospital for a mental problem.

## Use of medication for a mental health problem by State prisoners rose between 1997 and 2004

The proportion of State prisoners who had used prescribed medication for a mental health problem since admission to prison rose to 15% in 2004, up from 12% in 1997 (table 15). There was little change in the percentage of inmates who reported an overnight stay in a hospital since admission (around 3%), or in the percentage who had received professional mental health therapy (around 12%).

State prisoners who said they had ever used prescribed medication for a mental or emotional problem in the past rose to 24% in 2004, up from 19% in 1997. Overall, 31% of State prisoners said they had ever received mental health treatment in the past, up from 28% in 1997.

### Table 13. Mean time expected to be served by convicted local jail inmates sentenced to jail

| Mean time expected to be served | Percent of convicted local jail inmates | |
|---|---|---|
| | With mental problem | Without |
| Less than 3 months | 27.4% | 26.8% |
| 3 to 6 months | 27.9 | 27.3 |
| 7 to 12 months | 24.0 | 22.4 |
| 13 to 24 months | 9.7 | 8.7 |
| 25 to 36 months | 3.7 | 3.4 |
| 37 to 60 months | 3.2 | 5.0 |
| More than 5 years | 4.0 | 6.4 |
| Number of inmates | 115,290 | 72,356 |

Note: Excludes inmates for whom admission date or expected release date were unknown.

### Table 14. Mental health treatment received by inmates who had a mental health problem

| Type of mental health treatment | Percent of inmates who had a mental problem in — | | |
|---|---|---|---|
| | State prison | Federal prison | Local jails |
| **Ever received mental health treatment** | **49.3%** | **35.3%** | **42.7%** |
| Had overnight hospital stay | 20.0 | 9.5 | 18.0 |
| Used prescribed medications | 39.5 | 28.0 | 32.7 |
| Had professional mental health therapy | 35.4 | 25.6 | 31.1 |
| **Received treatment during year before arrest** | **22.3%** | **14.9%** | **22.6%** |
| Had overnight hospital stay | 5.8 | 3.2 | 6.6 |
| Used prescribed medications | 15.8 | 10.1 | 16.9 |
| On prescribed medication at time of arrest | 11.3 | 7.3 | 12.3 |
| Had professional mental health therapy | 11.5 | 8.0 | 12.3 |
| **Received treatment after admission** | **33.8%** | **24.0%** | **17.5%** |
| Had overnight hospital stay | 5.4 | 2.7 | 2.2 |
| Used prescribed medications | 26.8 | 19.5 | 14.8 |
| Had professional mental health therapy | 22.6 | 15.1 | 7.3 |

Note: Excludes other mental health treatment.

### Table 15. Mental health treatment received by all State prison inmates, 2004 and 1997

| Type of mental health treatment | Percent of State prison inmates | |
|---|---|---|
| | 2004 | 1997 |
| **Ever any mental health treatment** | **31.2%** | **28.3%** |
| Had overnight hospital stay | 12.2 | 10.7 |
| Used prescribed medications | 23.9 | 18.9 |
| Had professional mental health therapy | 21.6 | 21.8 |
| Had other mental health treatment | 3.6 | 3.3 |
| **Received treatment after admission** | **19.3%** | **17.4%** |
| Had overnight hospital stay | 3.1 | 3.8 |
| Used prescribed medications | 15.1 | 12.3 |
| Had professional mental health therapy | 12.7 | 12.3 |
| Had other mental health treatment | 1.9 | 1.9 |
| Number of inmates | 1,226,171 | 1,059,607 |

Among jail inmates, in 2002 around 30% said they had received treatment for a mental health problem in the past, up from 25% in 1996. The proportion who had received treatment since admission (11%) was unchanged.

| Mental health | Percent of jail inmates | |
|---|---|---|
| treatment | 2002 | 1996 |
| Ever any treatment | 30% | 25% |
| Overnight stay | 12 | 10 |
| Medication | 22 | 17 |
| Therapy | 22 | 18 |
| Other treatment | 3 | 3 |
| Since admission | 11% | 11% |
| Overnight stay | 1 | 1 |
| Medication | 9 | 9 |
| Therapy | 5 | 4 |
| Other treatment | 1 | -- |
| --Less than 0.5%. | | |

**Rule violations and injuries from a fight more common among inmates who had a mental health problem**

Prison or jail inmates who had a mental health problem were more likely than those without to have been charged with breaking facility rules since admission (table 16). Among State prisoners, 58% of those who had a mental health problem, compared to 43% of those without, had been charged with rule violations.

An estimated 24% of State prisoners who had a mental health problem, compared to 14% of those without, had been charged with a physical or verbal assault on correctional staff or another inmate. Among Federal prisoners who had a mental health problem, 15% had been charged with a physical or verbal assault on correctional staff or another inmate compared to 7% of those without a mental problem.

Jail inmates who had a mental health problem were twice as likely as those without to have been charged with

facility rule violations (19% compared to 9%).

Inmates in local jails who had a mental health problem were also four times as likely as those without to have been charged with a physical or verbal assault on correctional staff or another inmate (8% compared to 2%).

A larger percentage of inmates who had a mental health problem had been injured in a fight since admission than those without a mental problem (State prisoners, 20% compared to 10%; Federal prisoners, 11% compared to 6%; jail inmates, 9% compared to 3%).

**Three-quarters of female inmates in State prisons who had a mental health problem met criteria for substance dependence or abuse**

Female State prisoners who had a mental health problem were more likely than those without to —

• meet criteria for substance dependence or abuse (74% compared to 54%),

• have a current or past violent offense (40% compared to 32%),

• have used cocaine or crack in the month before arrest (34% compared to 24%),

• have been homeless in the year before arrest (17% compared to 9%).

They were also more likely to report —

• 3 or more prior sentences to probation or incarceration (36% compared to 29%),

• past physical or sexual abuse (68% compared to 44%),

• parental abuse of alcohol or drugs (47% compared to 29%),

• a physical or verbal assault charge since admission (17% compared to 6%).

**Characteristics of females in State prison, by mental health status**

| | Percent of female inmates | |
|---|---|---|
| Selected characteristics | With mental problem | Without |
| **Criminal record** | | |
| Current or past violent offense | 40.4% | 32.2% |
| 3 or more prior probations or incarcerations | 35.9 | 28.7 |
| **Substance dependence or abuse** | 74.5% | 53.6% |
| Alcohol | 41.7 | 25.8 |
| Drugs | 65.5 | 45.6 |
| **Drug use in month before arrest\*** | 63.7% | 49.5% |
| Cocaine or crack | 33.9 | 24.2 |
| Methamphetamines | 17.1 | 16.3 |
| **Family background** | | |
| Homeless in year before arrest | 16.6% | 9.5% |
| Past physical or sexual abuse | 68.4 | 44.0 |
| Parent abused alcohol or drugs | 46.9 | 29.1 |
| **Charged with violating facility rules\*** | 50.4% | 30.6% |
| Physical or verbal assault | 16.9 | 5.7 |
| **Injured in a fight since admission** | 10.3% | 3.8% |
| \*Includes items not shown. | | |

**Table 16. Disciplinary problems among prison and jail inmates since admission, by mental health status**

| | Percent of inmates in — | | | | | |
|---|---|---|---|---|---|---|
| | State prison | | Federal prison | | Local jail | |
| Type of disciplinary problem since admission | With mental problem | Without | With mental problem | Without | With mental problem | Without |
| Charged with rule violations\* | 57.7% | 43.2% | 40.0% | 27.7% | 19.0% | 9.1% |
| Assault | 24.1 | 13.8 | 15.4 | 6.9 | 8.2 | 2.4 |
| Physical assault | 17.6 | 10.4 | 11.0 | 5.4 | 4.7 | 1.6 |
| Verbal assault | 15.2 | 6.7 | 7.9 | 2.4 | 5.2 | 0.9 |
| Injured in a fight | 20.4% | 10.1% | 11.4% | 5.8% | 9.3% | 2.9% |

\*Includes violations not shown (for example: possession of a weapon, stolen property or contraband, drug law violations, work slowdowns, food strikes, setting fires or rioting, being out of place, disobeying orders, abusive language, horseplay, or failing to follow sanitary regulations).

10    *Mental Health Problems of Prison and Jail Inmates*

## Methodology

The findings in this report are based on data in the Survey of Inmates in State and Federal Correctional Facilities, 2004, and the Survey of Inmates in Local Jails, 2002. Conducted every 5 to 6 years since 1972, the BJS' inmate surveys are the only national source of detailed information on criminal offenders, particularly special populations such as drug and alcohol users and offenders who have mental health problems.

The survey design included a stratified two-stage sample where facilities were selected in the first stage and inmates to be interviewed in the second stage. In the second sampling stage, interviewers from the Census Bureau visited each selected facility and systematically selected a sample of inmates. Computer-assisted personal interviewing (CAPI) was used to conduct the interviews.

### Survey of Inmates in State and Federal Correctional Facilities, 2004

The State prison sample was selected from a universe of 1,585 facilities. A total of 287 State prisons participated in the survey; 2 refused, 11 were closed or had no inmates to survey, and 1 was erroneously included in the universe. A total of 14,499 inmates in the State facilities were interviewed; 1,653 inmates refused to participate, resulting in a second-stage nonresponse rate of 10.2%.

The Federal prison sample was selected from 148 Federal prisons and satellite facilities. Thirty-nine of the 40 prisons selected participated in the survey. After the initial sample of inmates was drawn, a secondary sample of 1 in 3 drug offenders was selected. A total of 3,686 inmates in Federal facilities were interviewed and 567 refused to participate, resulting in a second-stage nonresponse rate of 13.3%.

### Survey of Inmates in Local Jails, 2002

The local jail sample was selected from a universe of 3,365. Overall, 465 jails were selected, and interviews were held in 417 jails; 39 jails refused or were excluded for administrative reasons; and 9 were closed or had no inmates. A total of 6,982 inmates were interviewed; 768 inmates refused to participate, resulting in a second-stage nonresponse rate of 9.9%.

### Accuracy of survey estimates

The accuracy of the survey estimates depends on sampling and measurement errors. Sampling errors occur by chance because a sample of inmates rather than all inmates were interviewed. Measurement error can be attributed to many sources, such as nonresponse, recall difficulties, differences in the interpretation of questions among inmates, and processing errors.

The sampling error, as measured by an estimated standard error, varies by the size of the estimate and the size of the base population. These standard errors may be used to construct confidence intervals around percentages. For example, the 95% confidence interval around the percentage of jail inmates in 2002 who had a mental health problem is approximately 64.2% plus or minus 1.96 times .83% (or 62.6% to 65.8%). Standard error tables for data in this report are provided in

the Appendix which is available in the electronic version of the report at <http://www.ojp.usdoj.gov/bjs/abstract/mhppji.htm>.

A detailed description of the methodology for the State and Federal Prison survey, including standard error tables and links to other reports or findings will be available at <http://www.icpsr.umich.edu> in Winter 2007. A detailed description of the methodology for the Survey of Inmates in Local Jails is available at <http://webapp.icpsr.umich.edu/cocoon/NACJD-STUDY/04359.xml>.

### Measures of mental health problems in the general population

Caution should be used when making comparisons between prison and jail inmates and the general population based on the 12-month DSM-IV structured interview. There are significant variations in the questionnaire design and data analysis. For example, questions on the severity or duration of symptoms and questions about whether symptoms are due to breavement, substance use, or a medical condition may vary from survey to survey.

For details on the methodology used in the National Epidemiologic Survey on Alcohol and Related Conditions, sponsored by the National Institute on Alcohol Abuse and Alcoholism, see the Data Reference Manual, <http://niaaa.census.gov/>. For additional information on the prevalence of mental disorders in the general population, see the National Survey on Drug Use and Health, sponsored by the Substance Abuse and Mental Health Services Administration, <http://www.oas.samhsa.gov/nsduh.htm>. Also, see the National Comorbidity Survey Replication Study, sponsored primarily by the National Institute of Mental Health, <http://www.nimh.nih.gov/healthinformation/ncs-r.cfm>.

### References

American Psychiatric Association, Diagnostic and Statistical Manual of Mental Disorders, fourth edition (DSM-IV), 1994.

Michael B. First, Robert, L. Spitzer, Miriam Gibbon, and Janet B.W. Williams, User's Guide for the Structured Clinical Interview for DSM-IV Axis I Disorders, American Psychiatric Publishing, Inc. Arlington, Va., March 2002.

U.S. Department of Health and Human Services, National Epidemiologic Survey on Alcohol and Related Conditions, 2002, National Institutes of Health, National Institute on Alcohol Abuse and Alcoholism, Bethesda, Maryland.

U.S. Department of Health and Human Services, National Survey on Drug Use and Health, 2002, Substance Abuse and Mental Health Services Administration, Office of Applied Studies, Rockville, Maryland.

**U.S. Department of Justice**
Office of Justice Programs
Bureau of Justice Statistics

Washington, DC 20531

|||||||| N C J   2 1 3 6 0 0 ||||||||

PRESORTED STANDARD
POSTAGE & FEES PAID
DOJ/BJS
Permit No. G-91

Official Business
Penalty for Private Use $300

The Bureau of Justice Statistics is the statistical agency of the U.S. Department of Justice. Jeffrey L. Sedgwick is director.

Doris J. James and Lauren E. Glaze wrote this report, under the supervision of Allen J. Beck. Laura M. Maruschak, Todd D. Minton, and Tracy L. Snell verified the report. Rebecca L. Medway provided programming assistance. Tina Dorsey edited the report and Jayne Robinson prepared it for final printing, under the supervision of Marianne Zawitz.

Tracy L. Snell, under the supervision of Allen J. Beck, was project manager for the Survey of Inmates in State and Federal Correctional Facilities.

For the State and Federal prisoners survey, at the U.S. Census Bureau Steven M. Bittner, Colette Heiston, and Kenneth Mayo carried out questionnaire design, data collection and processing, under the supervision of Marilyn M. Monahan, Demographic Surveys Division. Renee Arion programmed the questionnaire and Dave Keating programmed the listing instrument, under the supervision of Rob Wallace, Technologies Management Office. Programming assistance in the Demographic Surveys Division was provided by Chris Alaura, Mildred Ballenger, Bach-Loan Nguyen, and Scott Raudabaugh, under the supervision of David Watt.

Dave Hornick and Danielle N. Castelo, Demographic Surveys Methods Division, under the supervision of Thomas F. Moore, designed the sample and weighting specifications. Sydnee Chattin-Reynolds and Luis Padilla, Field Division, under the supervision of Richard Ning, coordinated the field operations. The affiliations for the Census Bureau date to the time of the survey.

Contributors to the Survey of Inmates in Local Jails are listed in *Profile of Jail Inmates, 2002*, at <http://www.ojp.usdoj.gov/bjs/abstract/pji02.htm>.

September 2006, NCJ 213600

This report in portable document format and in ASCII and its related statistical data and tables— including appendix tables— are available at the BJS World Wide Web Internet site: <http://www.ojp.usdoj.gov/bjs/mhppji.htm>

**Office of Justice Programs**

Partnerships for Safer Communities
http://www.ojp.usdoj.gov

# Is Telepsychiatry Equivalent to Face-to-Face Psychiatry? Results From a Randomized Controlled Equivalence Trial

Richard O'Reilly, M.B., F.R.C.P.C.
Joan Bishop, M.D., F.R.C.P.C.
Karen Maddox, R.N., M.A.
Lois Hutchinson, M.D., F.R.C.P.C.
Michael Fisman, M.B., F.R.C.P.C.
Jatinder Takhar, M.D., F.R.C.P.C.

_Objective:_ The use of interactive videoconferencing to provide psychiatric services to geographically remote regions, often referred to as telepsychiatry, has gained wide acceptance. However, it is not known whether clinical outcomes of telepsychiatry are as good as those achieved through face-to-face contact. This study compared a variety of clinical outcomes after psychiatric consultation and, where needed, brief follow-up for outpatients referred to a psychiatric clinic in Canada who were randomly assigned to be examined face to face (N=254) or by telepsychiatry (N=241). _Methods:_ A total of 495 patients in Ontario, Canada, referred by their family physician for psychiatric consultation were randomly assigned to be examined face to face (N=254) or by telepsychiatry (N=241). The treating psychiatrists had the option of providing monthly follow-up appointments for up to four months. The study tested the equivalence of the two forms of service delivery on a variety of outcome measures. _Results:_ Psychiatric consultation and follow-up delivered by telepsychiatry produced clinical outcomes that were equivalent to those achieved when the service was provided face to face. Patients in the two groups expressed similar levels of satisfaction with service. An analysis limited to the cost of providing the clinical service indicated that telepsychiatry was at least 10% less expensive per patient than service provided face to face. _Conclusions:_ Psychiatric consultation and short-term follow-up can be as effective when delivered by telepsychiatry as when provided face to face. These findings do not necessarily mean that other types of mental health services, for example, various types of psychotherapy, are as effective when provided by telepsychiatry. (_Psychiatric Services_ 58:836–843, 2007)

_Dr. O'Reilly, Dr. Fisman, and Dr. Takhar are affiliated with the Department of Psychiatry, Regional Mental Health Care, St. Joseph's Health Care, P.O. Box 5532, Station B, 850 Highbury Ave. N., London, Ontario N6A 4H1, Canada (e-mail: richard.o'reilly@sjhc.london.on.ca). They are also with the Department of Psychiatry, University of Western Ontario, London, Ontario. Dr. Bishop is with the Department of Psychiatry, University of British Columbia, Vancouver, British Columbia. Ms. Maddox and Dr. Hutchinson are affiliated with the Department of Psychiatry, Thunder Bay Regional Health Sciences Centre, Thunder Bay, Ontario._

The provision of psychiatric services to rural and geographically isolated regions challenges most health systems (1). Countries with shortages of psychiatrists find it inefficient for psychiatrists to travel long distances to see few patients in remote communities. Conversely, it is expensive and often not feasible for patients from remote regions to travel to urban centers for psychiatric care. Interactive videoconferencing, often called telepsychiatry, is a potential solution to this problem (2). However, the efficacy of telepsychiatry to provide clinical psychiatric services to distant communities has yet to be definitively established (3).

Researchers have established that telepsychiatry can provide a reliable diagnosis of common psychiatric disorders (4,5) and accurate assessments of cognitive (6), depressive (7), anxiety (7), and psychotic symptoms (8). However, the assessment of symptoms, such as emotional affect, that require visual observation of behavior appear less reliable (9), especially when using bandwidths of 128 kilobits per second or less (8,10).

The ultimate test of telepsychiatry is whether it can produce clinical outcomes that are at least equivalent to those achieved through face-to-face service. Two small studies examining clinical outcomes showed no statistically significant differences in outcomes between patients seen via

telepsychiatry and those seen in person (11,12). In the only reported randomized controlled trial of telepsychiatry for adults, 119 U.S. veterans with depression were randomly assigned to six months of outpatient treatment in person or by telepsychiatry (13). They received medications, psychoeducation, and supportive counseling. No between-group differences were observed in depressive symptoms, adherence to appointments, adherence to medication regimens, dropout rates, or satisfaction levels. A second small (N=28) randomized controlled trial of telepsychiatry evaluating an eight-week course of cognitive-behavioral therapy for children reported "decreasing symptoms of childhood depression over videoconferencing at rates comparable to face-to-face" (14).

All published outcome studies, including the randomized controlled trial of adults with depression (13), used comparative methods rather than equivalence methods for the determination of sample size, analysis of data, and interpretation of results. Comparative studies often incorrectly conclude that a failure to detect a statistically significant difference in outcome implies "equivalence." However, the lack of a statistically significant difference does not mean equivalence (15,16). "While non-significant P values from tests of equivalence indicate that trial results have not conclusively established the superiority of an experimental regimen, these tests do not address the issue of equivalence which requires the use of confidence intervals" (17) and predetermined equivalence margins (15).

We overcame the limitation of previous telepsychiatry research using methods specially designed to test whether two interventions are equivalent. We describe a variety of clinical outcomes among outpatients with mixed psychiatric diagnoses referred by their family physician and randomly assigned to receive psychiatric consultation and short-term follow-up either in person or by telepsychiatry. We predicted that patients referred by their family physician for a psychiatric consultation and, if needed, short-term follow-up would have equivalent clinical outcomes regard-

less of whether they were seen via telepsychiatry or in person. We also predicted that telepsychiatry would be less expensive than in-person care.

## Methods
The research ethics committees of the University of Western Ontario and the Thunder Bay Regional Hospital reviewed and approved this study. All participants were provided with written and verbal information about the nature of the study and consented to take part.

### Study design
Participants were sampled from referrals to the psychiatric consultation clinic of the Thunder Bay Regional Hospital. We used a sample size calculation and analytical methods that are designed for equivalence trials (15). In this process, we start by prespecifying delta ($\Delta$), the absolute value of the difference that could be found between telepsychiatry and face-to-face care and still conclude that the two interventions are equivalent. This is called the equivalence margin and $-\Delta$ to $+\Delta$ is the range within which $\Delta$ can vary and still be of no clinical importance (15). Because our main interest is that telepsychiatry is not inferior to face-to-face care, we are concerned with the lower limit of this range ($-\Delta$), and in our analysis, we check whether the confidence interval (CI) for the difference between the groups on various outcome measures is less than $-\Delta$.

Sample size was determined for our primary outcome, the difference in proportions of patients moving from dysfunctional (case) to functional (noncase) status on the Brief Symptom Inventory (BSI) (18) four months after initial psychiatric consultation. We used expert clinical judgment (15) to choose the lower limit of the difference in proportions, which would still be consistent with clinical equivalence ($-\Delta=-.15$) (17). If the difference in improvement between intervention and control groups is less than this predetermined equivalence margin, the treatments would be considered equally effective or equivalent, even though one can never actually "prove" equivalence (19).

With alpha error of .05 (one sided)

and statistical power of 80%, we used the sample size formula from Jones and colleagues (15) for the one-sided case for comparison of proportions in equivalence trials, indicating a requirement of 138 patients per group, or 276 patients total.

We experienced a high loss to follow-up that required recruitment of more participants to achieve the full sample of completers. The first 42 patients were allocated to groups by flip of a coin, and block randomization (that is, using random numbers generated by computer algorithm in blocks of eight) was subsequently employed to control for any change of referral pattern over the 30-month duration of the study.

### Inclusion criteria
Patients were eligible if they were aged 18 to 65, from the Thunder Bay region (officially designated as an underserviced area for psychiatry), and referred by a family doctor to the psychiatric outpatient department of the local general hospital. Patients were excluded if their family doctor considered them incapable of consenting to the study or if the referral was primarily for a medico-legal or insurance assessment. All eligible patients received a letter explaining the nature of the study. Shortly afterward they were contacted by telephone by a research assistant, who is an experienced registered nurse. The research assistant answered questions about the study and, if the patient was willing to proceed, completed the BSI over the telephone. Only patients who had an initial BSI score in the dysfunctional range were randomly assigned to one of the study groups.

### Equipment
The interactive videoconference equipment consisted of a Polycom 512 View Station and a Sony Trinitron 68.5-centimeter diagonal screen. The connection was made by using three ISDN lines delivering a bandwidth of 384 kilobits per second.

### Clinical services
Participants in each arm of the study attended the Thunder Bay Regional Hospital for service. Four psychiatrists from London, Ontario, located

approximately 1,000 kilometers from Thunder Bay, provided the service. They traveled by air to Thunder Bay to provide in-person service and connected via interactive videoconference from London for the telepsychiatry service. Each psychiatrist was assigned an equal number of participants in each arm of the study.

The clinical service provided in the study was modeled on the outpatient service already in use in Thunder Bay. The psychiatrists sent a handwritten form with recommendations to the family physician by facsimile within 48 hours of the initial assessment, followed by a full typed report. The psychiatrists decided, on the basis of clinical need, whether patients should return for follow-up visits. Patients could be seen within the protocol for up to four months after the initial assessment. When needed, follow-up visits were scheduled at monthly intervals for each group.

Treatment recommendations included medication management, psychoeducation, supportive counseling, and triage to other local services. In the vast majority of cases the prescription of medication, recommended by the psychiatrists, was undertaken by the family physician. This is typical of practice in underserviced areas where telepsychiatry would most often be used. However, the psychiatrists could prescribe directly when the need arose. The psychiatrists frequently referred patients to a short-term psychotherapy program, community-based case-management services, various self-help groups, and recreation programs. The psychiatrists were instructed to provide services in the same manner to participants in each group. As a check on the similarity of services provided to the two groups, the research assistant reviewed the handwritten forms filled out by the psychiatrist and collected data on whether medications or referrals to other community services were recommended.

### Research scales

The BSI is a 53-item self-report psychological symptom inventory with lower scores indicating fewer symptoms (18). The Global Severity Index (GSI) subscale of the BSI is calculated from the raw scores and is the most sensitive indicator of distress from psychiatric symptoms. Raw scores are converted into standardized T scores. The operational rule for classifying a patient as a "case" is if the respondent has a GSI score greater than or equal to a T score of 63 or if any two of the nine primary dimensions are greater than or equal to a T score of 63. When the individual is classified as a case he or she is in the dysfunctional range (20). The recommended brief standardized instructions were provided to the participant on the telephone for the screening contact and later in the mail for the four-month follow-up by the same trained research assistant.

On the initial assessment visit participants completed the Medical Outcomes Study Short Form (SF-36), a self-report health survey with 36 questions, which is suitable for self-administration or administration by a trained interviewer in person or by telephone (21). It yields an eight-scale profile of scores. For this study, the full SF-36 was administered even though we planned to use only the five-item mental health subscale, because this is the usual manner of scale completion. Scores on the mental health subscale range from 0 to 100, with higher scores indicating higher functioning. Because this study was done in Canada, we used the Canadian norm-based scores, which are standardized to 50 by using Canadian weights (22).

The Client Satisfaction Questionnaire (CSQ-8) is an eight-item self-report scale with brief written instructions. Scores range from 8 to 32, with higher scores indicating higher satisfaction (23–26).

At four months, the BSI, SF-36, and CSQ-8 were mailed to all participants with a stamped addressed return envelope. All scales included standardized instructions for self-report. Two further mailings were sent to noncompleters. In a pilot project for measuring outcomes for telepsychiatry, we found that the procedures for administration of the BSI and SF-36 on the telephone, in person, and in the mail yielded baseline and four-month scores with expected values and direction of change (27). Thus it was deemed to be valid to administer

the baseline BSI on the telephone and the four-month BSI via mail for this full study.

### Admissions

Psychiatric admissions to the Thunder Bay general hospital and the regional psychiatric hospital were noted for all participants. It was not possible to determine admissions to psychiatric units outside of the Thunder Bay region. However, the geographical location, 480 kilometers from the nearest alternative psychiatric unit, makes it unlikely that many patients were admitted elsewhere. There is no reason to believe that participants in either group would be more likely to leave the region.

### Costs

Details of fees paid to the psychiatrists and of reimbursement of expenses the psychiatrists incurred (on the basis of receipts) when traveling to and staying in Thunder Bay were collected throughout the study. ISDN line rental charges and per minute connection costs were available from telephone company monthly billing invoices. The capital cost of the videoconference equipment was depreciated over a five-year period. All participants attended the same office in the outpatient department of the distal site for clinical service. However, an additional office was used at the proximal site to house the videoconference equipment, and market rate rental for this office was added to the costs of telepsychiatry.

### Outcome variables

The primary outcome is the proportion of participants whose BSI score moved from dysfunctional to functional range (that is, the patient moved from being classified as a case to being classified as a noncase). The BSI was chosen because it measures overall distress from psychiatric symptoms, and distress is an important reason that patients seek help. Secondary outcome variables were the proportion of participants with any psychiatric admission during the 12 months after the initial assessment, change in scores on the GSI subscale of the BSI, change in scores on the mental health subscale of the SF-36 (21) standard-

ized on a Canadian population (22), score on the CSQ-8 at four months, and cost of providing psychiatric assessment and follow-up.

## Analysis

The two groups were compared on major baseline variables to check if the randomization worked. We used equivalence methods (15) to analyze outcome data for scores on the BSI, hospital admissions, scores on the GSI subscale of BSI, scores on the mental health subscale of SF-36, and scores on the CSQ-8.

*BSI.* We constructed a CI centered about the observed difference in proportions of participants moving from dysfunctional to functional status on the BSI from baseline to four months. Because the objective was to ensure that telepsychiatry is not inferior to in-person service, a lower one-sided 95% CI was constructed by using the method of Pagano and colleagues (28).

*Admissions.* For comparing proportions of participants in each group with at least one admission during the 12 months after initial consultation, we used methods suitable for testing equivalence of two proportions with the predetermined lower limit of the equivalence margin ($-\Delta=-.10$). Clinical consensus was that a difference of 10% or less was a conservative estimate, as decided by research team members in consultation with psychiatrist colleagues working in both clinical and research practice. We calculated cumulative hospital days for each group to help understand the results. We did not use mean number of admissions or days in the hospital, as we anticipated (and found) skewed data.

*GSI.* We also tested for equivalence of mean improvement in scores on the GSI, the BSI subscale, which is the most sensitive single indicator of distress (20). We used the lower limit of the predetermined equivalence margin ($-\Delta=-5$) to be conservative, because a difference in scores on the GSI of 7 is considered to be clinically significant (18,29).

*Mental health subscale of SF-36.* A 5-point variation in the score on the mental health subscale is considered the smallest clinically significant difference. To detect this, we needed

132 participants per group (30), which is compatible with the number for testing the primary outcome. We set the lower limit of the predetermined equivalence margin ($-\Delta$) at $-5$ and used SPSS to obtain the lower one-sided 95% CI centered around the observed difference in the mean improvement scores on the mental health subscale.

*CSQ-8.* We constructed a lower one-sided CI centered around observed differences in mean four-month scores using SPSS. The lower limit of the equivalence margin ($-\Delta$) was set at $-2$ by using clinical expertise to extrapolate from literature, such as the study by Gill and colleagues (31), who found a main effect when CSQ-8 scores varied from 3 to 4 points (22.4–26.4).

*Costs.* We calculated the average cost per patient by simply dividing the total cost per group by the number of patients randomly assigned to

that group. Because it was not possible to attribute costs to individual patients, standard deviations are not available. Because participants went to the same hospital for telepsychiatry and face-to-face services, they incurred no differences in expenses in either arm of the study.

## Results

### Disposition and characteristics of patients

The study was conducted between 2001 and 2004. Figure 1 depicts the enrollment, random assignment, and follow-up of study patients. Table 1 shows the baseline demographic and clinical characteristics of the two groups. There were no significant differences between the groups on baseline measures or on the measures of services provided. Completers and noncompleters in the two groups were similar, except that more com-



**Figure 1**

Enrollment and follow-up patterns of patients referred for psychiatric consultation

*Table 1*

Demographic and clinical characteristics of 495 patients referred for psychiatric consultation, by method of consultation

| Characteristic | Face to face (N=254) | | Telepsychiatry (N=241) | |
|---|---|---|---|---|
| | N | % | N | % |
| Age (years) | | | | |
| 18–24 | 47 | 19 | 30 | 12 |
| 25–34 | 55 | 22 | 65 | 27 |
| 35–44 | 88 | 35 | 84 | 35 |
| 45–54 | 48 | 19 | 38 | 16 |
| 55–65 | 16 | 6 | 24 | 10 |
| Sex | | | | |
| Male | 94 | 37 | 89 | 37 |
| Female | 160 | 63 | 152 | 63 |
| Marital status | | | | |
| Married | 88 | 35 | 81 | 34 |
| Widow | 1 | <1 | 2 | 1 |
| Single | 96 | 38 | 77 | 32 |
| Common law | 16 | 6 | 21 | 9 |
| Separated or divorced | 48 | 19 | 48 | 20 |
| Unknown[a] | 5 | 2 | 12 | 5 |
| Primary diagnosis | | | | |
| Depression | 138 | 54 | 138 | 57 |
| Bipolar disorder | 24 | 9 | 22 | 9 |
| Adjustment disorder | 21 | 8 | 12 | 5 |
| Other anxiety disorder | 20 | 8 | 16 | 7 |
| Psychosis | 11 | 4 | 4 | 2 |
| Alcohol or drug abuse or dependence | 8 | 3 | 7 | 3 |
| Posttraumatic stress disorder | 7 | 3 | 4 | 2 |
| Adult attention deficit disorder | 4 | 2 | 7 | 3 |
| Phobic disorder | 3 | 1 | 3 | 1 |
| Personality disorder | 3 | 1 | 1 | <1 |
| Eating disorder | 2 | 1 | 1 | <1 |
| Rule out somatic disorder | 2 | 1 | 2 | 1 |
| Obsessive compulsive disorder | 1 | <1 | 3 | 1 |
| Relationship problems | 1 | <1 | 1 | <1 |
| Other disorders | 1 | <1 | 3 | 1 |
| Missing[a] | 8 | 3 | 17 | 7 |
| Services provided[b] | | | | |
| Medications recommended | 230 | 93 | 210 | 94 |
| Community referral made | 119 | 48 | 119 | 53 |
| Baseline score on the Global Severity Index of the Brief Symptom Inventory (M±SD)[c] | 57.5±9.7 | | 57.6±10.1 | |

[a] When patients did not attend the initial assessment, diagnosis for all and marital status for most could not be assigned.

[b] Data available for 246 patients in the face-to-face group and 224 patients in the telepsychiatry group

[c] Possible scores range from 30 to 80, with higher scores indicating more distress.

pleters in both groups were married and noncompleters in the face-to-face group used more hospital days than completers, whereas in the telepsychiatry group, the opposite was true. These differences would not challenge our hypothesis.

*Clinical outcomes and hospital use*

Tables 2 and 3 show the results of equivalence testing for the primary and secondary outcome measures, using the predetermined equivalence margins. All results support the hypothesis that telepsychiatry produces equivalent outcomes to face-to-face care.

As expected, scores on the BSI (GSI subscale) and SF-36 (mental health subscale) showed that patients reported less distress from symptoms and improved mental health after the clinical intervention in both groups.

The levels of improvement were consistent with those considered to be clinically and socially relevant by the authors of these scales (18,29,30) and in the literature in which the BSI has been used to measure outcomes for patients similar to those in our trial (32). The CSQ-8 indicated a moderate degree of satisfaction (33). We conducted an intent-to-treat analysis for the proportion of participants hospitalized within 12 months from initial consultation, and this analysis showed equivalence between the two groups.

*Costs*

Table 4 shows that face-to-face services required travel and accommodation expenses for the psychiatrists that were unnecessary when using telepsychiatry. Face-to-face services also required larger fees for psychiatrists to compensate for travel time. These costs were greater than the technical costs of telepsychiatry. The average cost of telepsychiatry was 10% less per patient (16% less per visit) than the cost of in-person service.

**Discussion**

Using equivalence methods, we demonstrated that psychiatric consultation and short-term follow-up provided by telepsychiatry can produce clinical outcomes that are equivalent to those achieved when patients are assessed and followed in-person. On the primary outcome, approximately 20% of each group moved from a dysfunctional to functional rating. This is a modest proportion because we used a stringent test of effectiveness: the change from a positive psychiatric diagnosis to functional status, or a patient's moving from being a case to a noncase (20). The GSI baseline, fourmonth, and improvement scores were similar in magnitude to those found in a study of different types of psychotherapy for major depressive disorder (32). In addition, our finding of clinically significant improvements and equivalence in the primary outcome is supported by the analysis of the other outcomes, as measured by hospitalization and mean improvement in the GSI and mental health subscales.

The clinical service provided via

**Table 2**

Follow-up results of rates of hospitalization and return to functional status among patients referred for psychiatric consultation, by method of consultation

| Measure | N | Proportion | Difference in proportion | Lower one-sided 95% CI for difference | Predetermined equivalence margin (−Δ)[a] |
|---------|---|-----------|--------------------------|---------------------------------------|------------------------------------------|
| Return to functional score on the Brief Symptom Inventory by four months | | | | | |
| Face to face (N=148) | 29 | .20 | .02 | −.10 | −.15 |
| Telepsychiatry (N=138) | 30 | .22 | | | |
| Any hospitalization in a psychiatric unit in year after initial assessment | | | | | |
| Face to face (N=246) | 18 | .073 | .01 | −.03 | −.10 |
| Telepsychiatry (N=224) | 15 | .066 | | | |

[a] Δ represents the absolute value of the difference that could be found between telepsychiatry and face-to-face care and still conclude that the two interventions are equivalent. Because we are only interested in whether telepsychiatry is not inferior to face-to-face care, we used the lower limit (−Δ). If the difference in improvement between intervention and control groups is less than this predetermined equivalence margin, the treatments would be considered equally effective or equivalent.

telepsychiatry was less expensive than when it was provided in person. This finding coupled with the equivalent clinical outcomes suggests that telepsychiatry can be a cost-effective method for delivering psychiatric services. Our study provided services to a remote community, which required air travel and overnight stays. As noted elsewhere (34), the relative cost of telepsychiatry and in-person care is influenced by several factors, such as the distance traveled, volume of patients, and the type of technology. Therefore, the cost savings to the service provider in this study, may not

be realized in other settings. Furthermore, the costs in the study presented here were assessed solely from the perspective of the provider. In this study, the patients traveled to the Thunder Bay Regional Hospital irrespective of whether they received service in-person or via telepsychiatry, and therefore there is no reason that patients' travel expenses and time taken from work would differ. Other research has suggested that telepsychiatry, used under certain conditions, can reduce cost to service users (35).

A major strength of our study was

that it was conducted in a remote, underserviced area and thus replicated the conditions in which telepsychiatry is most likely to be used. We minimized exclusion criteria to ensure the inclusion of a broad range of patients, similar to the usual referrals from primary care physicians to psychiatrists.

However, the naturalistic nature of the service also produced limitations. Because of the broad inclusion criteria, we did not limit psychiatric care protocols to a carefully defined, diagnosis-specific, therapeutic intervention. Psychiatrists were instructed to provide the same type and level of

**Table 3**

Follow-up results on various measures among patients referred for psychiatric consultation, by method of consultation

| Measure | Baseline score | | Four-month score | | Improvement | | Difference in means | Lower one-sided 95% CI for difference | Predetermined equivalence margin (−Δ)[a] |
|---------|------|-----|------|-----|------|-----|------|------|------|
| | Mean | SD | Mean | SD | Mean | SD | | | |
| GSI[b] | | | | | | | | | |
| Face to face (N=148) | 56.5 | 10.1 | 49.7 | 13.3 | 6.9 | 9.1 | −.3 | −2.6 | −5.0 |
| Telepsychiatry (N=138) | 56.9 | 10.2 | 49.7 | 12.6 | 7.2 | 9.8 | | | |
| MH[c] | | | | | | | | | |
| Face to face (N=148) | 24 | 12.4 | 30.9 | 15.7 | 6.9 | 13.9 | −1.0 | −4.7 | −5.0 |
| Telepsychiatry (N=138) | 23.8 | 12.0 | 31.7 | 14.2 | 7.9 | 13.0 | | | |
| CSQ[d] | | | | | | | | | |
| Face to face (N=129) | — | — | 23.0 | 5.7 | — | — | .3 | −1.2 | −2.0 |
| Telepsychiatry (N=125) | — | — | 22.7 | 6 | — | — | | | |

[a] Δ represents the absolute value of the difference that could be found between telepsychiatry and face-to-face care and still conclude that the two interventions are equivalent. Because we are only interested in whether telepsychiatry is not inferior to face-to-face care, we used the lower limit (−Δ). If the difference in improvement between intervention and control groups is less than this predetermined equivalence margin, the treatments would be considered equally effective or equivalent.

[b] Global Severity Index of the Brief Symptom Inventory. Possible scores range from 30 to 80, with higher scores indicating more distress.

[c] Mental health subscale of the 36-item Medical Outcomes Study Short Form. Possible scores range from 0 to 100, with higher scores indicating higher functioning.

[d] Client Satisfaction Questionnaire. Possible scores range from 8 to 32, with higher scores indicating higher satisfaction.

**Table 4**

Number of patients and visits and costs in U.S. dollars for psychiatric consultation among patients referred for psychiatric consultation, by method of consultation

| Variable | Face to face | Telepsychiatry |
|---|---|---|
| Payments to psychiatrists | $73,636 | $45,580 |
| Travel and accommodation for psychiatrists | $34,913 | $0 |
| Telephone connection costs for telepsychiatry | $0 | $22,665 |
| Equipment depreciation | $0 | $10,036 |
| Room rental cost for telepsychiatry in proximal site | $0 | $10,030 |
| Total costs | $108,549 | $88,311 |
| Number of patients | 246 | 224 |
| Number of visits | 344 | 333 |
| Average cost per patient | $439 | $394 |
| Average cost per visit | $315 | $265 |

service to patients seen in person and by telepsychiatry. Furthermore, data on services provided (Table 1) suggests that similar care was actually provided to both groups. However, it is still possible that there may have been subtle differences in the way patients in each group were managed.

A second limitation was the high rate of noncompletion of the four-month research scales. Although we continued to recruit patients until we had the required number of participants, only 58% of participants initially randomized to the groups completed these scales. As a result we were able to do only a per-protocol analysis on these outcomes. However, a per-protocol analysis is considered by many to be more important than an intent-to-treat analysis for equivalence trials (15). It is important to note that we were able to perform an intent-to-treat analysis on the risk of hospitalization in the year after consultation, for which we had full data, and this analysis also showed equivalence.

The low completion rate was probably influenced by the fact that consultation was available more quickly through the study than through regular local services and that most participants had ended their clinical contact a number of months before they were required to complete the final research scales. These factors likely contributed to the recruitment of a cohort of participants with low motivation to complete the research component of the intervention.

We did not measure satisfaction

with the technical components of telepsychiatry as has been done in other studies. This would have been possible only for the telepsychiatry group. Rather, we used the opportunity provided by the randomized controlled trial to compare satisfaction with the clinical service provided to the two groups using a standard questionnaire, the CSQ-8. The results demonstrated equivalent levels of satisfaction in both face-to-face and telepsychiatry groups.

Ten percent of patients who were initially contacted refused participation in the study because of an unwillingness to use telepsychiatry. This figure is lower than the 33% of residents of a rural area of Iowa who said that they would be unwilling to use telepsychiatry if they needed mental health services (36). The higher rate in the Iowa study may be because the researchers surveyed a general community population rather than individuals referred for psychiatric assessment. Nevertheless, there appears to be a group of individuals who are averse to the use of telepsychiatry. Administrators developing telepsychiatry programs may need to maintain some parallel face-to-face service to meet the needs of this group.

## Conclusions

Our findings indicate that psychiatric consultation and short-term follow up provided by telepsychiatry can produce clinical outcomes that are equivalent to those achievable when patients are seen face to face.

In our setting telepsychiatry was less expensive than face-to-face service, although the relative cost of the two modes of service delivery is likely to be influenced by factors such as the distance between sites and service volume. It is important to recognize that we examined a single psychiatric service: psychiatric consultation and short-term follow-up. It is possible that telepsychiatry may not produce equivalent outcomes when used to deliver other mental health services, such as psychotherapy, which is more dependent on the therapist-patient relationship. Nevertheless, the findings are likely to encourage those who advocate a more widespread adoption of telepsychiatry to counter the shortage of psychiatrists in remote regions.

### Acknowledgments and disclosures

This study was supported by grant R2354-A01 from the Ontario Mental Health Foundation and by NORTH Network. The authors thank Emmanuel Persad, M.B., for his helpful advice and assistance and Allan Donner, Ph.D., for his advice on statistics.

The authors report no competing interests.

### References

1. El-Guebaly N, Kingstone E, Rae-Grant Q, et al: The geographical distribution of psychiatrists in Canada: unmet needs and remedial strategies. Canadian Journal of Psychiatry 38:212–216, 1993

2. Brown FW: Rural telepsychiatry. Psychiatric Services 49:963–964, 1998

3. Monnier J, Knapp RG, Frueh BC: Recent advances in telepsychiatry: an updated review. Psychiatric Services 54:1604–1609, 2003

4. Ruskin PE, Reed S, Kumar R, et al: Reliability and acceptability of psychiatric diagnosis via telecommunication and audiovisual technology. Psychiatric Services 49:1086–1088, 1998

5. Elford R, White H, Bowering R, et al: A randomized, controlled trial of child psychiatric assessments conducted using videoconferencing. Journal of Telemedicine and Telecare 6:73–82, 2000

6. Ball CJ, Scott N, McLaren PM, et al: Preliminary evaluation of a low-cost video conferencing (LCVC) system for remote cognitive testing of adult psychiatric patients. British Journal of Clinical Psychology 32:303–307, 1993

7. Baer L, Cukor P, Jenike MA, et al: Pilot studies of telemedicine for patients with obsessive-compulsive disorder. American Journal of Psychiatry 152:1383–1385, 1995

8. Zarate CA Jr, Weinstock L, Cukor P, et al: Applicability of telemedicine for assessing

patients with schizophrenia: acceptance and reliability. Journal of Clinical Psychiatry 58:22–25, 1997

9. Jones BN 3rd, Johnston D, Reboussin B, et al: Reliability of telepsychiatry assessments: subjective versus observational ratings. Journal of Geriatric Psychiatry and Neurology 14:66–71, 2001

10. Yoshino A, Shigemura J, Kobayashi Y, et al: Telepsychiatry: assessment of televideo psychiatric interview reliability with present- and next-generation internet infrastructures. Acta Psychiatrica Scandinavica 104:223–226, 2001

11. Zaylor C: Clinical outcomes in telepsychiatry. Journal of Telemedicine and Telecare 5(suppl 1):S59–S60, 1999

12. Kennedy C, Yellowlees P: The effectiveness of telepsychiatry measured using the Health of the Nation Outcome Scale and the Mental Health Inventory. Journal of Telemedicine and Telecare 9:12–16, 2003

13. Ruskin PE, Silver-Aylaian M, Kling MA, et al: Treatment outcomes in depression: comparison of remote treatment through telepsychiatry to in-person treatment. American Journal of Psychiatry 161:1471–1476, 2004

14. Nelson EL, Barnard M, Cain S: Treating childhood depression over videoconferencing. Telemedicine Journal and E-Health: The Official Journal of the American Telemedicine Association 9:49–55, 2003

15. Jones B, Jarvis P, Lewis JA, et al: Trials to assess equivalence: the importance of rigorous methods. British Medical Journal 313:36–39, 1996

16. Garrett AD: Therapeutic equivalence: fallacies and falsification. Statistics in Medicine 22:741–762, 2003

17. Fleming TR: Design and interpretation of equivalence trials. American Heart Journal 139:S171–S176, 2000

18. Piersma HL, Reaume WM, Boes JL: The

Brief Symptom Inventory (BSI) as an outcome measure for adult psychiatric inpatients. Journal of Clinical Psychology 50:555–563, 1994

19. Hauck WW, Anderson S: Some issues in the design and analysis of equivalence trials. Drug Information Journal 33:109–118, 1999

20. Derogatis LR: BSI Brief Symptom Inventory: Administration, Scoring, and Procedures Manual, 4th ed. Minneapolis, National Computer Systems, 1993

21. Ware JE Jr, Gandek B: Overview of the SF-36 Health Survey and the International Quality of Life Assessment (IQOLA) Project. Journal of Clinical Epidemiology 51:903–912, 1998

22. Hopman WM, Towheed T, Anastassiades T, et al: Canadian normative data for the SF-36 Health Survey. Canadian Multicentre Osteoporosis Study Research Group. Canadian Medical Association Journal 163:265–271, 2000

23. Larsen DL, Attkisson CC, Hargreaves WA, et al: Assessment of client/patient satisfaction: development of a general scale. Evaluation and Program Planning 2:197–207, 1979

24. Attkisson CC, Zwick R: The client satisfaction questionnaire: psychometric properties and correlations with service utilization and psychotherapy outcome. Evaluation and Program Planning 5:233–237, 1982

25. Attkisson CC, Greenfield TK: The UCSF Client Satisfaction Scales: I. the Client Satisfaction Questionnaire-8, in The Use of Psychological Testing for Treatment Planning and Outcomes Assessment, 2nd ed. Edited by Maruish MA. Mahwah, NJ, Lawrence Erlbaum Associates, 1999

26. Nguyen TD, Attkisson CC, Stegner BL: Assessment of patient satisfaction: development and refinement of a service evaluation questionnaire. Evaluation and Program Planning 6:299–313, 1983

27. Bishop JE, O'Reilly RL, Maddox K, et al: Client satisfaction in a feasibility study comparing face-to-face interviews with telepsychiatry. Journal of Telemedicine and Telecare 8:217–221, 2002

28. Pagano M, Gavreau K: Principles of Biostatistics. Belmont, Calif, Duxbury Press, 1993

29. Carscaddon DM, George M, Wells G: Rural community mental health consumer satisfaction and psychiatric symptoms. Community Mental Health Journal 26:309–318, 1990

30. Ware JE: SF-36 Health Survey Manual and Interpretation Guide. Boston, Health Institute, New England Medical Centre, 1993

31. Gill KJ, Pratt CW, Librera LA: The effects of consumer vs staff administration on the measurement of consumer satisfaction with psychiatric rehabilitation. Psychiatric Rehabilitation Journal 21:365–370, 1998

32. Beutler LE, Engle D, Mohr D, et al: Predictors of differential response to cognitive, experiential and self directed psychotherapeutic procedures. Journal of Consulting and Clinical Psychology 59:333–340, 1991

33. Greenwood N, Key A, Burns T, et al: Satisfaction with in-patient psychiatric services: relationship to patient and treatment factors. British Journal of Psychiatry 174:159–163, 1999

34. Hyler SE, Gangure DP: A review of the costs of telepsychiatry. Psychiatric Services 54:976–980, 2003

35. Simpson J, Doze S, Urness D, et al: Telepsychiatry as a routine service—the perspective of the patient. Journal of Telemedicine and Telecare 7:155–160, 2001

36. Rohland BM, Saleh SS, Rohrer JE, et al: Acceptability of telepsychiatry to a rural population. Psychiatric Services 51:672–674, 2000



# Clinical outcomes in a prison telepsychiatry clinic

Charles Zaylor*, Eve-Lynn Nelson[†] and David J Cook[†]

*Lansing Correctional Facility, Kansas; [†]University of Kansas Medical Center, Kansas, USA

**Summary**

The effectiveness of a prison telepsychiatry service was evaluated from a user perspective. Forty-five inmates (41 male, 4 female) completed the Symptom Rating Checklist–90–Revised (SCL-90-R) on three occasions, once before the teleconsultation and twice during treatment. The psychiatrist completed the Clinical Global Impression Scale— Severity Index (CGI) after each teleconsultation. Forty-nine per cent of inmates were aged under 30 years, 24% were aged between 30 and 39 years, while 27% were aged over 40 years. The inmates' mean SCL-90-R scores decreased over time, indicating less psychiatric distress. The psychiatrist reported patient improvement over time as assessed by the CGI. Telepsychiatry is an effective means of delivering mental health services to the prison population.

## Introduction

Correctional institutions face not only an increase in population, but also a population with complex health needs. The US Bureau of Justice suggests that 16% of state prison inmates, 7% of federal inmates and 16% of inmates in local jails have a history of mental health difficulties[1]. In addition to mental illness before incarceration, some inmates experience adjustment reactions in relation to entering the jail environment, including depressive symptoms, anxiety symptoms and sleep difficulties.

Correctional facilities struggle to meet the legal demands of providing mental health services for inmates[2]. Although approximately one-third of inmates with mental illness in jails receive psychopharmacological intervention, many go without care. This not only reduces the quality of life of the inmate but is also a potential risk to other inmates and to staff, as there is an increased likelihood of aggression and rule violation among untreated inmates. It also affects the inmate's ability to function productively after release from incarceration.

Traditional solutions often involve transport of the inmate with mental illness to a medical or mental health centre. Transport is both costly, because of the need for guards, and carries the risk of escape. Thus, jails are beginning to test telemedicine as an alternative means of service delivery.

Telemedicine applications have been used in psychiatry for over 40 years[3]. They have been implemented in correctional facilities across medical specialties[4] and have been shown to be cost-effective[5]. The central research question in the present study was whether such care would be effective, from the perspective of both the provider and patient.

## Methods

The University of Kansas Medical Center was linked to a rural county jail over 160 km away using ISDN connections at 128 kbit/s and PC-based videoconferencing. The jail medical officers screened inmates for psychiatric consultation and booked appointments through the psychiatrist's secretary. Correctional officers attended the inmate's assessment and follow-up appointments. The psychiatrist provided both emergency consultation for inmates on suicide watch and long-term care for inmates with mental illness. The clinic began in August 1998 and evolved into a once-weekly scheduled clinic in addition to ad hoc consultations. From November 1999 to May 2000, 45 inmates completed the Symptom Rating Checklist–90–Revised (SCL-90-R) (see below) three times in two months: before meeting the psychiatrist and twice during treatment. The forms were administered by the medical officer at the jail and posted to the psychiatrist for scoring. The psychiatrist completed the Clinical Global Impression Scale—Severity Index (CGI) rating scale (see below) at each visit as part of his standard case records. The study addressed the following questions: on three occasions, once before the teleconsultation and twice during treatment.

(1) What are the characteristics of users of a correctional telepsychiatry practice?

(2) Does telepsychiatry lead to symptom improvement over time from the patient's perspective?

(3) Does telepsychiatry lead to symptom improvement over time from the clinician's perspective?

Correspondence: Dr Charles L Zaylor, 5101 West 129th Street, Leawood, Kansas 66209, USA (*Fax: +1 913 851 7658; Email: charleszaylor@yahoo.com*)

## Symptom Rating Checklist–90–Revised (SCL-90-R)

The SCL-90-R6 is a 90-item self-report symptom inventory. Each item is rated on a five-point scale of distress. There are nine primary symptom dimensions (somatization, obsessive–compulsive, interpersonal sensitivity, depression, anxiety, hostility, phobic anxiety, paranoid ideation, and psychoticism). For this study, the Positive Symptom Distress Index (PSDI) on the SCL-90-R was used as a measure of symptom change. The PSDI is calculated by adding the total number on the SCL-90-R and dividing this sum by the number of non-zero-rated symptoms.

## Clinical Global Impression Scale — Severity Index (CGI)

The CGI was completed by the psychiatrist at each consultation. It is a clinician-rated scale from 1 ('not at all ill') to 7 ('among the most extremely ill patients') that rates the patient's level of distress. This measure is used in psychopharmacological trials to measure symptom change[7].

## Results

Tables 1 and 2 summarize the demographic and diagnostic information for the patients. A one-way, within-subjects analysis of variance (ANOVA) was conducted, with the factor being the testing time (first test, second test or third test) and the dependent variable being the SCL-90-R global index, the PSDI. Note that lower PSDI scores reflect less distress. The results for the ANOVA indicated a significant time effect ($P<0.05$). Follow-up polynomial contrasts indicated a significant linear effect, with means decreasing over time ($P<0.05$). The first mean was 2.42 (SD 0.67), the second 2.21 (SD 0.69) and the third 2.07 (SD 0.72).

A one-way, within-subjects ANOVA was conducted with the factor being the consultation time (first, second or third

**Table 1** Demographic details of the telepsychiatry patients ($n=45$)

|  | n | % |
| --- | --- | --- |
| *Age (years)* |  |  |
| Under 30 | 22 | 49 |
| 30–39 | 11 | 24 |
| 40 or above | 12 | 27 |
| *First time in jail?* |  |  |
| Yes | 4 | 9 |
| No | 41 | 91 |
| *Gender* |  |  |
| Female | 4 | 9 |
| Male | 41 | 91 |
| *Ethnicity* |  |  |
| Caucasian | 38 | 84 |
| African–American | 7 | 16 |

**Table 2** Clinical details of the telepsychiatry patients ($n=45$)

|  | n | % |
| --- | --- | --- |
| *Diagnoses* |  |  |
| Major depressive disorder | 14 | 31 |
| Bipolar disorder | 3 | 7 |
| Schizoaffective disorder | 2 | 4 |
| Irritable hypomania | 1 | 2 |
| Post-traumatic stress disorder | 2 | 4 |
| Schizophrenia | 2 | 4 |
| Impulse control disorder | 3 | 7 |
| Drug-induced psychosis | 3 | 7 |
| Adjustment reaction | 10 | 22 |
| None | 1 | 2 |
| Substance dependence, abuse or withdrawal | 24 | 53 |
| *Medication prescribed at first visit?* |  |  |
| Yes | 39 | 87 |
| No | 6 | 13 |

consultation) and the dependent variable being the CGI rating. Note that lower CGI scores reflect less severe symptoms. The results for the ANOVA indicated a significant time effect ($P<0.01$). Follow-up polynomial contrasts indicated a significant linear effect, with means decreasing over time ($P<0.01$). The first mean was 3.06 (SD 1.43), the second 2.79 (SD 1.25) and the third 2.22 (SD 1.09).

## Discussion

The lessons learned in the present study address the research questions.

### The diagnostic profile and the rural jail population's need for psychiatric services

The diagnoses in the rural jail population studied were consistent with diagnoses seen in urban jail populations. The most common diagnoses were affective disorders (44%) and adjustment reactions (22%). Substance dependence, abuse or withdrawal was diagnosed in over half the consultations, which is consistent with the high proportion of drug use in other correctional settings. This suggests the need to ask inmates affective questions and substance abuse/dependence questions on intake. It also underscores the need to monitor inmates for adjustment reactions. Some adjustment to the jail setting is of course normal, but more intense reactions, such as mood lability, anxiety reactions and sleep problems, can be effectively managed by a psychiatrist.

### Patient-reported improvement with telepsychiatry services

The inmates reported lower scores over time on the SCL-90-R, reflecting less distress after receipt of telepsychiatry services. Future research may also monitor inmates over time to get an idea of the length of psychiatric treatment that best serves the

population. This continued research will help jail officials allocate funding for telepsychiatry patients.

## Psychiatrist-reported patient improvement with telepsychiatry services

The psychiatrist reported patient improvement on the CGI over time. The psychiatrist's rating of improvement also coincided with the patients' rating of improvement, validating the clinical impression that inmates respond the same to telemedicine services as to face-to-face services. Future research may address which patients show the greatest improvement over time and which therapeutic interventions are associated with improvement.

## Conclusion

This study supports the delivery of psychiatric services in a jail setting because care was effective from both the inmates' and the psychiatrist's perspective. The lessons learned support telemedicine as a feasible delivery method for mental health services. Future research goals include following inmates over

a longer period, monitoring whether psychiatric services reduce jail violence and rule violations overall, and determining psychiatric follow-up services as the inmates return to society.

## References

1 Ditton PM. *Mental Health and Treatment of Inmates and Probationers*. Bureau of Justice Statistics Special Report, NCJ 174463, 1999
2 Lamb HR, Weinberger LE. Persons with severe mental illness in jails and prisons: a review. *Psychiatric Services* 1998;**49**:483–92
3 Baer L, Elford R, Cukor P. Telepsychiatry at forty: what have we learned? *Harvard Review of Psychiatry* 1997;**5**:7–17
4 Brecht RM, Gray CL, Peterson C, Youngblood B. The University of Texas Medical Branch—Texas Department of Criminal Justice Telemedicine Project: findings from the first year of operation. *Telemedicine Journal* 1996;**2**:25–35
5 Zollo S, Kienkle M, Loeffelholz P, Sebille S. Telemedicine to Iowa's correctional facilities: initial clinical experience and assessment of program costs. *Telemedicine Journal* 1999;**5**:291–301
6 Derogatis LR. *SCL-90-R Administration, Scoring, and Procedures Manual—II*. Towson, MD: Clinical Psychometric Research, Inc., 1992
7 Guy W. *ECDEU Assessment Manual for Psychopharmacology, Revised*. Rockville, MD: US Department of Health and Human Services, 1976

---



# The potential for telemedicine to improve coronary heart disease services

Keith Clough*, Mike Mallinson† and Ian Jardine*

*Telemedicine Alliance and the Institute of Healthcare Management Telemedicine and Telecare Programme, Abingdon, UK; †Merck Sharp and Dohme Ltd, UK

## Summary

The potential of telemedicine to improve services for patients suffering from coronary heart disease (CHD) was explored. Key issues surrounding the delivery of CHD services in London were identified, such as a shortage of skilled staff, the need for appropriate patient information and problems with waiting times, particularly for diagnostic test results. Telemedicine has the potential to improve service delivery in each of these areas. It is unlikely that some of the targets for CHD service delivery set out by the Department of Health's National Service Frameworks can be met without the use of telemedicine.

## Introduction

Coronary heart disease (CHD) is a major cause of death and disability in England, as it is in most of the industrialized world. Its treatment has been accorded special priority by the Department of Health and it is the subject of one of the National Service Frameworks (NSFs)[1]. Services for CHD are

Correspondence: Keith Clough, 15 Sutton Wick Lane, Drayton, Abingdon, Oxon OX14 4HH, UK (*Fax: +44 12 3553 1144; Email: krc@telemedicinealliance.co.uk*)

delivered in the primary-, secondary- and tertiary-care sectors, with some care services provided by social services.

A study was conducted by the Institute of Healthcare Management's Telemedicine and Telecare Programme team to identify the potential of telemedicine and telecare to improve services for patients with CHD. The work was one of a series of studies and workshops carried out by the team to explore the potential of telemedicine and telecare in specific localities or specialties to amplify the findings of their 1998 report[2]. The study was carried out in Hillingdon, to the west of London, where the resident population is reasonably close to the UK national average in terms of age structure, morbidity, social class and ethnicity. In addition to identifying the potential for

Journal of Telemedicine and Telecare 2001; **7** (Suppl. 1): S1:49–51

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/236186611

# Prison Telemedicine and Telehealth Utilization in the United States: State and Federal Perceptions of Benefits and Barriers

**Article** *in* Telemedicine and e-Health · September 2004

DOI: 10.1089/tmj.2004.10.S-81 · Source: PubMed

CITATIONS
20

READS
170

4 authors, including:



Beth Hudnall Stamm
Idaho State University

**55** PUBLICATIONS   **1,067** CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Project   ProQOL Ownership transferred to Center for Victims of Torture   View project

All content following this page was uploaded by Beth Hudnall Stamm on 18 July 2014.

The user has requested enhancement of the downloaded file.

TELEMEDICINE JOURNAL AND e-HEALTH
Volume 10, Supplement 2, 2004
© Mary Ann Liebert, Inc.

# Prison Telemedicine and Telehealth Utilization in the United States: State and Federal Perceptions of Benefits and Barriers

DEBRA LARSEN, Ph.D.,[1] B. HUDNALL STAMM, Ph.D.,[1] KELLY DAVIS, B.S.,[1] and PHILLIP R. MAGALETTA, Ph.D.[2]

## ABSTRACT

Although national justice and technology associations have endorsed the utilization of telemedicine and telehealth, little is known about the current utilization of this technology across our nation's correctional facilities. Several voluntary registries and state Web sites exist, but only limited information on telemedicine utilization may be gleaned from these. The purpose of the present study was to fill this void by reporting the utilization patterns in telemedicine programs in state and federal correctional facilities throughout the United States. Using telephone-administered interviews, data were collected from all 50 states. Respondents were asked about utilization, benefits, and barriers to the use of technology in healthcare in state and federal correctional facilities. Slightly over half of state correctional institutions and 39% of federal institutions are using some sort of telehealth or telemedicine applications. The most common benefits cited were improved security, personnel safety, costs savings, and access to specialists. The most common barriers cited were costs of technology, resistance from medical personnel, lack of staff technical expertise, and difficulties coordinating services.

## INTRODUCTION

THE USE OF TELEMEDICINE as a source of support for long-distance clinical health-related education, public health, and health administration appears to be a promising way to extend healthcare services to a variety of underserved populations, including correctional populations.

As correctional systems are not typically known for embracing technology or encouraging change, the fact that correctional facilities have successfully sought to apply telemedicine in the service of those who are incarcerated is notable. A growing literature by a number of larger, well-known prison telemedicine programs[1–8] provides results that encourage the use of telemedicine. Beyond these proscribed studies that deal with one or a few locations, the overall status of prison telemedicine in the United States is unclear. National health services utilization data on telemedicine programs within correctional facilities are available on a piecemeal basis (e.g., http://tie.telemed.org/,

---

[1]Institute of Rural Health at Idaho State University, Pocatello, Idaho.
[2]Federal Bureau of Prisons, Washington, D.C.
The contents of this article are the sole responsibility of the authors and do not necessarily represent the official views or policies of the Department of Health and Human Services, the Federal Bureau of Prisons, or the Department of Justice.

http://www.corrections.com/links/viewlinks), and very few national reviews or statistics are available. The current project was designed to bridge this gap. Data were gathered from state and federal prison systems in an attempt to describe the current utilization level of telemedicine in correctional facilities as well as reported or perceived barriers and benefits that state officials may have observed in their attempts to implement prison telemedicine programs.

There are constellations of unique factors such as geographic remoteness, the volume of significant healthcare needs, high prevalence rates of mental illness, etc., that increase the utility of telemedicine in prisons compared to other settings.[9] As telemedicine technology and applications have developed over the past 4 decades, it has become clear that telemedicine is most useful when physical barriers (i.e., geographic distance, terrain, climate difficulties) make transportation and/or direct contact between patient and clinician difficult.[10] Numerous prisons are subject to these physical barriers because of their remote location, and access to specialist medical care is frequently restricted in terms of timeliness of care and the number of professionals available.[2]

The opportunity to use telehealth as a method to contain healthcare expenses provides another rationale for using it in prison settings. Cost containment for medical consultations is an obvious administrative concern since the medical domain is reported to constitute as much as 15% of state correctional budgets,[2] which translates into an average state corrections medical budget exceeding 74 million dollars annually.[11] A recent National Institute of Justice (NIJ)[7] report indicated that a conventional, face-to-face healthcare consultation for the correctional population has an average cost of $173 in comparison to telemedicine consultations estimated at $71 each.

Beyond the sheer volume of offenders (1,076,343 in state facilities and 124,540 in federal facilities)—who, compared to community estimates, have an above average number of chronic and serious healthcare and mental health needs[9,12–14]—a significant portion of medical expenses results from staffing associated with transporting prisoners into the community for medical consultations. Telemedi-

cine consultations in prison settings would reduce the number of incidents requiring transportation of inmates to tertiary-care sites because of the ability of the consulting physician to screen patients remotely.[6,15] In addition, telemedicine can reduce travel costs by decreasing the need for specialists travel to remote prison locations in order to provide face-to-face consultations.[15]

Beyond the financial advantages, perhaps the most obvious benefits are increased security and safety for the community.[16] Security is increased as transportation of prisoners outside the prison facility's secure perimeter is obviated in telemedicine.[16]

Although barriers to prison telemedicine exist, they are similar to those found in implementing telemedicine in other settings. The obvious initial barrier is the cost of equipment, but this cost has decreased significantly during the past several years.[3,17,18] Many programs have addressed this barrier by seeking grant funding for initial start-up costs.[15] Other barriers include training of staff in the use of this technology, the availability of infrastructure (i.e., line capabilities available in the region), and the availability of physical space for a private consultation area within the prison where telemedicine is practiced.[7,19]

The NIJ report[7] supporting telemedicine as a viable option for many correctional facilities appears to represent the norm for this decade; telemedicine may be the delivery method of choice in correctional facilities.[7] It remains unclear, however, how this enthusiasm in the literature would translate into operational programs.

A 1997 survey reported that of the 50 state correctional systems 18 had active telemedicine programs.[2] That survey also indicated that 15 additional states planned to implement telemedicine programs.[2] Several years later a survey reported by Lowes[20] estimated that prison telemedicine accounted for 20% of all telehealth activities.

## MATERIALS AND METHODS

Telephone structured interviews were completed with personnel in U.S. federal and state departments of correction regarding the status

of telemedicine in adult prison systems. Because the information sought was related to program administration, funding sources, and cost-benefit issues on the state or federal level (e.g., not at individual correction facility sites), the administrative representatives for each state or federal program served as target respondents for the interview. Depending on what each department self-identified as appropriate, one or two employees were interviewed for each program. The respondents were identified by their respective departments as responsible for telecommunications, telemedicine, and/or medical service programs in their state or federal department of corrections. One hundred percent of states and the federal Bureau of Prisons were interviewed.

An eight-question structured interview was developed to assess current utilization of telemedicine, sources of funding, and perceived benefits and barriers (see Appendix). The interviewers, a postdoctoral fellow and a graduate research assistant, were trained to use a standardized procedure in conducting the interviews. This included face-to-face reviews of the specified ordering and wording (as scripted) of the interview and planned strategies for addressing respondents' questions or unsolicited information.

## RESULTS

### Locations

The data indicate that 52% of state department of corrections (26 states) are currently operating 34 telemedicine programs. The programs in these 26 states reach 415 facilities out of the total 1,384 existing adult state correctional facilities in the United States. Table 1 shows the number of facilities currently using telemedicine in each state, based in rural and urban locations. Urban locations are defined according to the U.S. Census Bureau's criterion of 50,000 or more inhabitants for urban/metropolitan designation. Any location with inhabitants of a lesser number was considered rural for the purposes of this interview.

TABLE 1.  LOCATIONS OF STATE PRISONS WITH TELEHEALTH PROGRAMS ($n = 26$)

| States with prison telehealth programs (n = 26) | Number of facilities in urban locations | Number of facilities in rural locations |
|---|---|---|
| Alaska | 2 | 5 |
| Arizona | 3 | 5 |
| California | 6 | 19 |
| Colorado | 2 | 5 |
| Georgia | 2 | 9 |
| Illinois | 0 | 1 |
| Iowa | 1 | 7 |
| Kansas | 1 | 5 |
| Kentucky | 1 | 11 |
| Louisiana | 0 | 2 |
| Maine | 1 | 4 |
| Maryland | 2 | 3 |
| Massachusetts | 0 | 1 |
| Michigan | 4 | 12 |
| Mississippi | 0 | 1 |
| New York | 3 | 47 |
| North Carolina | 1 | 5 |
| North Dakota | 0 | 2 |
| Ohio | 21 | 12 |
| Oregon | 0 | 2 |
| Pennsylvania | 8 | 19 |
| Texas | 14 | 79 |
| Utah | 0 | 1 |
| Virginia | 0 | 8 |
| West Virginia | 0 | 1 |
| National totals | 73 | 268 |

Urban = population over 50,000; rural = population of less than 50,000.

TABLE 2.  PERCENTAGE OF THE 26 EXISTING
STATE TELEMEDICINE PROGRAMS SERVING
VARIOUS CORRECTIONAL CUSTODY LEVELS

| Correctional custody level | Percentage of 26 state telemedicine programs |
|---|---|
| Maximum security | 88.5 |
| Medium security | 76.9 |
| Minimum security | 69.2 |
| Treatment program | 36.0 |
| Work release | 32.0 |
| Hospital | 32.0 |
| Jail | 30.8 |

### Correctional custody level

There were many correctional custody levels represented across the facilities interviewed. As noted in Table 2, "maximum security" populations are the most frequently targeted correctional custody level for telemedicine use by correctional programs.

### Financial support

Ninety-two percent of the state telemedicine programs are funded through regular, allocated state budgets. One program supplements state budget funding with billed services, and five programs are currently funded through grants. In terms of financial arrangements for technical services, 80.8% ($n = 21$) of state telemedicine programs use in-house services with all the equipment and services operated and maintained by state employees. The remaining 19.2% ($n = 5$) of telemedicine programs rely on private, contracted companies for equipment maintenance and technical services.

### Utilization data

As noted in Figure 1, the 26 states using telemedicine are distributed throughout the nation. Of the remaining 24 states, 20 of these are doing at least one type of non-medical videoconferencing. These videoconferencing data do not include any county level use. Hence, correctional videoconferencing applications may be happening on the county level but not captured by this state and federal interview if these activities are not in connection with state correction facilities. For example, in Idaho, several counties complete judicial proceedings by videoconferencing between jails and county courthouses. However, this current interview identified Idaho as one of the few states with



Telehealth program in use
Videoconferencing for nonmedical activities in use
No telemedicine program and no videoconferencing in use

**FIG. 1.**  Telemedicine and telecommunication utilization reported by state departments of correction. Reprinted with permission from B.H. Stamm, Institute of Rural Health, Idaho State University, Pocatello, ID.

PRISON TELEMEDICINE AND TELEHEALTH                                    S-85

TABLE 3.  NON-MEDICAL USES OF TELECOMMUNICATION IN CORRECTIONAL SETTINGS

| Non-medical telecommunication activity | State (n = 26) telemedicine programs | States (n = 24) without telemedicine programs | Total (n = 50) corrections departments |
|---|---|---|---|
| Administration/staff meetings | 20 (76.9%) | 14 (58.3%) | 34 (68.0%) |
| Judicial proceedings | 19 (73.0%) | 14 (58.3%) | 33 (66.0%) |
| Staff training/continuing education | 18 (69.2%) | 13 (50.0%) | 31 (62.0%) |
| Inmate education | 6 (23.1%) | 3 (12.5%) | 9 (18.0%) |
| Other[a] | 2 (7.7%) | 0 (0%) | 2 (4.0%) |
| 1 or more non-medical activity reported | 26 (100.0%) | 20 (83.3%) | 46 (96.0%) |

Data are number (%).
[a]Other services included inmate visitation programs and work interviews.

no videoconferencing since these activities do not include state correction facilities.

State departments of corrections reported that administrative/staff meetings and judicial proceedings are the most common non-medical remote activities for state programs, regardless of whether or not an active telemedicine program is in place (Table 3). As seen in Table 3, it appears that states with active telemedicine programs use telecommunications more frequently and for a greater variety of non-medical uses (i.e., work interviews, visitation programs), but this difference was not statistically significant.

Telemedicine utilization for the 26 existing programs has a clear pattern of use dominated by specialty-based medical and mental health consultations (Table 4). Consultations with specialized medical professionals were reported by 21 of the 26 programs (81.0%) with medical specialists defined as including all medical specialties (e.g., cardiology, radiology, dermatology, orthopedics, etc.) with the exception of psychiatry. Mental health consultations with a psychiatrist, psychologist, or therapist were reported by 19 of the 26 programs (73.1%). The medical uses reported as "other" included programs such as peer medical consultation (2/26; 7.7%) and human immunodeficiency virus, dialysis treatments, prenatal education, or dietary consultations (1/26; 3.8% each).

*Barriers to telemedicine programs*

The most common barrier encountered by state telemedicine programs was the cost of equipment (Table 5). However, personnel factors including resistance from medical providers, staff technical expertise, and coordination of sites and services were mentioned nearly as often as cost.

TABLE 4.  TYPES OF SERVICES PROVIDED BY THE 26 STATE CORRECTIONS TELEMEDICINE PROGRAMS

| Type of service | Programs providing services |
|---|---|
| Medical specialist consultation | 21 (80.8%) |
| Mental healthcare | 19 (73.1%) |
| Primary medical care | 9 (34.6%) |
| Emergency medical triage | 3 (11.5%) |
| Dental | 2 (7.7%) |
| Other[a] | 5 (19.2%) |

Data are number (%).
[a]Other services included transitional care planning/peer consultation, dietary consults, prenatal education, dialysis, and human immunodeficiency virus care.

TABLE 5.  PERCENTAGE OF STATES REPORTING SPECIFIC PERCEIVED BARRIERS TO TELEMEDICINE UTILIZATION

| Barriers | Percentage |
|---|---|
| Cost of equipment | 50.0 |
| Resistance from medical providers | 46.2 |
| Lack of technical expertise for staff | 46.2 |
| Coordination of sites and services | 42.3 |
| Staffing problems | 34.6 |
| Inadequate technical infrastructure | 34.6 |
| Resistance from inmates | 19.2 |
| Cost of equipment maintenance | 15.4 |
| Resistance from security staff | 15.4 |
| Resistance from administrators | 15.4 |
| Other[a] | 15.4 |

[a]Other barriers include government processes that are time consuming; equipment location confidentiality/safety; budget revenues reduced; physician cancellations.

TABLE 6.  PERCENTAGE OF STATES REPORTING SPECIFIC
PERCEIVED BENEFITS TO TELEMEDICINE UTILIZATION

| Benefits | Percentage |
|---|---|
| Improved security for the community | 96.2 |
| Improved safety to security personnel | 88.5 |
| Cost savings | 84.6 |
| Availability of specialist consults | 80.8 |
| Reduced staffing demands | 73.1 |
| Improved medical response time | 69.2 |
| Shorter waiting lists | 69.2 |
| Improved quality of care | 65.4 |
| Reallocation of staff | 46.2 |
| Other benefits[a] | 15.4 |

[a]Other benefits include: increased compliance of
inmates to treatment, especially dialysis; improved com-
munication between administration and clinical staff;
ability to have remote staff more involved in policy and
meet regularly; increased education of staff and inmates;
increased competence of staff; peer interaction with other
professionals.

### Benefits of telemedicine programs

Of the benefits reported by states operating
telemedicine programs, security for the prison
staff and the community was reported most
frequently (Table 6). However, the majority of
programs reported cost savings as a signifi-
cant advantage in telemedicine. Some pro-
grams kept detailed cost savings records specific
to the telehealth program. Others estimated cost
savings based on broader budgetary alloca-
tions required for medical/mental health ser-
vice provision and inmate transportation
costs. Both those who did and those who did
not keep these records attributed the greatest
cost savings to the reduced transportation of
prisoners.

### Federal programs

Currently, 40 of the 102 federal correctional
facilities in the United States have active
telemedicine programs; all are funded through
their regular federal budget allocations. Of
these 40 programs, 37 are provided by in-house
services, and the remaining three programs are
provided by contracted private companies. All
federal programs use telecommunications to
provide the following services: primary med-
ical care, specialist medical consultations, psy-
chiatric mental healthcare, administrative/staff

meetings, staff training/continuing education,
and judicial proceedings. Plans are being im-
plemented to provide telemedicine services in
all 102 correctional facilities.

## CONCLUSIONS

Our results indicate that over half (26) of
state departments of correction and slightly
less than half of federal facilities currently have
active telemedicine programs, representing an
increase compared to previous studies. The fact
that the majority of this growth has occurred
during a 10-year period is remarkable. All but
four states reported using videoconferencing
technology for non-medical purposes, a trend
that points toward increased utilization. Many
states, and the correctional facilities therein,
have some of the necessary equipment in place
for a telehealth system, providing a viable
foundation for developing a system able to pro-
vide medical services in conjunction with the
current non-medical uses.

The survey findings suggest that the
cost–benefit equation is weighted more heav-
ily toward safety than monetary costs alone.
Although the facilities experience cost sav-
ings or "cost avoidance" by reducing the
number of offsite inmate transports, the great-
est benefit appears to be the increased safety
to security personnel and to the community
at large.

Consistent with the general trend toward dif-
ficulty in hiring and retaining medical person-
nel[13] in corrections, many states indicated ex-
periencing difficulties with recruiting medical
professionals who are willing to participate in
telemedicine specifically. Provider resistance
has been mentioned as a potential problem in
the literature,[16,19,21] and some states offered
anecdotal reasons for their own experience. For
example, some facilities had problems with
older physicians being unwilling to participate
while the younger physicians who are more fa-
miliar with the technology were more willing
to participate. Future research should consider
the nature of this resistance as well as effective
methods for ameliorating it.

Insufficient infrastructure was reported by a

number of states, a phenomenon specific to prisons located in rural settings. This was not surprising in view of the technological divide in rural areas in a variety of contexts.[10]

Overall, more benefits were reported more frequently than were barriers. In addition, concern with equipment costs may be based more on perception than fact given the declining costs over the last few years. Finally, as broadband becomes more available in rural areas, the ability to use telehealth effectively in rural corrections facilities, as has been seen in health facilities, may increase. If this happens, both inmates and corrections staff are likely to be pleased.[21]

## ACKNOWLEDGMENTS

This project is supported in part by grant 1 D1B TM 00042-01 from the Department of Health and Human Services Health Resources and Services Administration, Office for the Advancement of Telehealth.

## REFERENCES

1. Brunicardi BO. Financial analysis of savings from telemedicine in Ohio's prison system. *Telemed J* 1998;4:49–54.

2. Gailiun M. Telemedicine takes off. *Corrections Today* 1997;Feb:68–71.

3. McCue MJ, Hampton CL, Malloy W, Fisk KJ, Dixon L, Neece A. Financial analysis of telecardiology used in a correctional setting. *Telemed J e-Health* 2000;6:385–391.

4. Mekhijian H, Warisse J, Gailium M, McCain T. An Ohio telemedicine system for prison inmates: A case report. *Telemed J* 1996;2:17–24.

5. Mekhjian H, Turner JW, Gailiun M, McCain TA. Patient satisfaction with telemedicine in a prison environment. *J Telemed Telecare* 1999;5:55–61.

6. National Institute of Justice. *Telemedicine can reduce correctional health care costs: an evaluation of a prison telemedicine network.* Report no. NCJ 175040. Washington, DC: U.S. Department of Justice, 1999.

7. National Institute of Justice. *Implementing telemedicine in correctional facilities.* Report no. NCJ 190310. Washington, DC: U.S. Department of Justice, 2002.

8. Zollo S, Kienzle M, Loeffelholz P, Sebille S. Telemedicine in Iowa's correctional facilities: initial clinical experience and assessment of program costs. *Telemed J* 1999;5:291–301.

9. Ax RK, Fagan TJ, Holt SMB. Individuals with serious mental illnesses in prison: rural perspectives and issues. In: Stamm BH, ed. *Rural behavioral health care* Washington, DC: APA Books, 2003: 203–216.

10. Stamm BH. Bridging the rural-urban divide with telehealth and telemedicine. In: Stamm BH, ed. *Behavioral healthcare in rural and frontier areas.* Washington, DC: APA Books, 2003: 145–156.

11. Camp CG, Camp GM. *The corrections yearbook 2001: adult systems.* Middletown, CT: Criminal Justice Institute, 2002.

12. Diamond PM, Wang EW, Holzer CE III, Thomas CR, Cruser DA. The prevalence of mental illness in prison: review and policy implications. *Admin Policy Mental Health* 2001;29:21–40.

13. McDonald DC. Medical care in prisons. In: Tonry M, Petersilia J, eds. *Prisons.* Chicago: University of Chicago Press, 1999:427–478.

14. Camp GK, Camp GM. *The 2001 corrections yearbook.* Middletown, CT: Criminal Justice Institute, Inc., 2001: 12–72.

15. Bashshur RL. Telemedicine and health care. *Telemed J e-Health* 2002;8:5–12.

16. Magaletta PR, Fagan TJ, Ax RK. Advancing psychology services through telehealth in the Federal Bureau of Prisons. *Profess Psychol Res Pract* 1998;29:543–548.

17. Caramanis T. Editorial. *Telemedicine Today* 2002; 8(1):10.

18. Zincone LH Jr, Doty E, Balch DC. Financial analysis of telemedicine in a prison system. *Telemed J* 1997;3: 247–255.

19. Magaletta PR, Dennery C, Ax R. Telehealth: a future for correctional healthcare. In: S. Stojkovic, ed. *Managing special populations in jails and prisons.* Kingston, NJ: Civic Research Institute, in press.

20. Lowes R. Telemedicine. *Med Econ* 2001;78(3):24.

21. Campbell JD, Harris KD, Hodge R. Introducing telemedicine to rural physicians and settings. *J Fam Pract* 2001;50:419–424.

Address reprint requests to:
*B. Hudnall Stamm, Ph.D.*
*Institute of Rural Health*
*Idaho State University*
*Campus Box 8174*
*Pocatello, ID 83209*

*E-mail:* bhstamm@isu.edu

LARSEN ET AL.

## APPENDIX:

## STRUCTURED INTERVIEW USED WITH DEPARTMENT OF
## CORRECTIONS REPRESENTATIVES

Do your adult correctional facilities use any type of telemedicine? ___yes ___no
If yes, go to #1. If no, complete only 4e, 4f, 4g, 4h, & 4i.

1. Number of corrections facilities with access to telehealth/telemedicine programs _____
            What types of facilities are these: ____Min. Security Prison ____Max. Security Prison
    ____Work Release Program       ____Treatment Program     ____Hospital
    ____Jail                 ____Other_____
    ____# Urban (pop. 50,000+)      ____Rural (pop<50,000)

2. Telehealth/telemedicine programs provided by: ____in-house/direct ____contracts ____both

3. Number of contracted telehealth/telemedicine providers_____

Would you be willing to tell us what organizations you use as contractors?____yes ____no
(Note: We will find these through other public records if they do not know or will not tell us. The Telemedicine Information Exchange [TIE] has most of them listed.)

| Organization | Contact Person | Phone | Address |
|---|---|---|---|
| | | | |
| | | | |

4. I am now going to read you a list of activities. I would like you to tell me if these activities are provided by distance delivery or telecommunication in any of your facilities. For example, I will ask if you provide adminstrative/staff meetings by telecommunication or distance delivery. Do you understand?

                                                        Use Telehealth/
                                                        distance delivery
a. Primary medical care (general practitioner)
b. Specialist medical consults (i.e., cardiology, radiology, orthopedics, etc.)
c. Mental healthcare: psychiatrist, psychologist, and/or therapy
d. Dental care
e. Administrative/staff meetings
f. Inmate educational opportunities (i.e., health ed., GED)
g. Staff training/continuing education
h. Judicial proceedings (i.e., court appearances, competency hearings)
i. Other_____

5. For your correctional facilities using telemedicine, is telemedicine funded by the following: (yes/no)

_____grants       _____regular allocated budget       _____billed services

other_____

6. Has having a telehealth/telemedicine program been beneficial in any of the following ways:

_____Improved quality of medical care          ____Improved quicker medical response time
_____Shorter waiting lists                     ____Availability of specialist consults
_____Improved security for the community       ____Improved safety to security personnel
_____Reduced staffing demands (overtime)       ____Reallocation of staff
_____Cost savings                              Other_____
                                               _____

7. Which of the following barriers or difficulties have you encountered with using tele-health/telemedicine, if any?

_____Cost of equipment                         _____Cost of equipment mainentance
_____Staffing problems                         _____Lack of technical expertise for staff
_____Coordination of sites/services            _____Resistance from inmates
_____Resistance from administrators            _____Resistance from security staff
_____Resistance from medical providers         _____Insufficient technical infrastructure
_____Other_____

S-90

8. Is there anything else you would like to tell us?

*Symposium*                                                    www.jpgmonline.com

# Patient and Provider Satisfaction with the Use of Telemedicine: Overview and Rationale for Cautious Enthusiasm

Whitten P, Love B[1]

Department of Communication, Beering Hall, Purdue University, West Lafayette, IN, USA
[1]School of Journalism, Michigan State University, East Lansing, MI, USA.

Correspondence:
B Love,
E-mail: lovebrad@msu.edu

## ABSTRACT

Telemedicine research addressing user satisfaction abounds in academic literature. Results from patient satisfaction studies indicate exceptionally high levels of perceived satisfaction, often above the rates of expected satisfaction for traditional forms of health delivery. Results from provider satisfaction studies are also generally quite positive; however, data from providers point to higher concerns with delivery barriers and challenges. Even though data from patient and provider satisfaction research suggests overwhelming optimism for this delivery modality, this paper urges cautious embracement of these results for several reasons. First, many of the studies exhibit serious methodological weaknesses related to design and data collection instruments. In addition, the construct of satisfaction is largely undefined and is not clear. Even recognizing these caveats, the results of the study do offer some evidence that patient satisfaction will not impede the deployment of telemedicine, but provider satisfaction merits additional study.

PubMed ID     : 16388172
J Postgrad Med 2005;51:294-300    KEY WORDS: Patient satisfaction, provider satisfaction, telemedicine, patient outcomes, healthcare costs

Telemedicine possesses the ability to bridge gaps and overcome barriers in a way unthinkable to traditional forms of healthcare. For more than 50 years, telecommunications technology has played a role in spreading medical care to previously unreachable populations.[1] Throughout telemedicine's bumpy start and deployment, researchers and practitioners have been concerned with user satisfaction,[2] a key challenge that still remains for today's healthcare organizations.[3] Insights supplied by patients and providers remain essential across the medical fields served by telemedine projects, especially as the number of these projects continues to increase at a dramatic rate. In fact, only four active telemedicine programs existed in 1990, but 10 years later, the number has jumped to an unquantifiable level.[4]

In general, investment in telemedicine by governments around the world spurred – and continues to spur – much of the growth. Infrastructure development and health alert networks in the United States are such a priority that the federal Departments of Agriculture, Commerce, Defense and Health and Human Services all offer government-provided grants to promote telemedicine applications.[5] In addition, varying entities in Norway, Spain, Sweden, Ireland, Greece, Germany and elsewhere maintain programs to encourage the development of telemedicine.[6–10]

As the dramatic expansion of the last decade continues,[11] a better understanding of how satisfied patients and providers feel will become increasingly important.[12] A rapidly growing number of studies across several medical fields have demonstrated that the attitudes of patients play a significant role in health outcomes,[13,14] further stressing the need to understand satisfaction.

Most of the currently available research on satisfaction describes a situation where patients and providers express pleasure with health care delivered through telemedicine, even if that approval is sometimes offered with reservation. Additionally, the two groups tend to maintain different motivations for their opinions. However, much of the satisfaction that literature reports comes from studies that are not experimental in nature. The publications generally consist of small sample, descriptive feasibility studies or advice to other telemedicine providers.[15,16] Therefore, this body of work may not offer generalizable results.[17,18] Furthermore, the very meaning of satisfaction remains ill-defined at best, lacking the specific

TELEMEDICINE AND e-HEALTH
Volume 11, Number 5, 2005
© Mary Ann Liebert, Inc.

# Rural Jail Telepsychiatry: A Pilot Feasibility Study

LUISA MANFREDI, J.D., M.P.H.,[1] JOANN SHUPE,[2] and STEVEN L. BATKI, M.D.[1,3]

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01/10/18. For personal use only.

## ABSTRACT

New York State has a large rural population, and many of the jails in rural areas have minimal or no psychiatric services available on site. Cost of transport to off-site psychiatric services and the safety issues related to moving inmates from a secure building may limit inmate access to appropriate psychiatric services. This feasibility study describes a project that provided telepsychiatric consultation to increase access to psychiatric treatment in an underserved rural jail in upstate New York. Subjects were consenting jail inmates who requested or were found to be in need of psychiatric care. The project provided interactive two-way audio–video communication between the psychiatrist located in an urban university medical center and subjects who were incarcerated 182 miles away. During the project period, 15 inmates were assessed and treated in 37 consultations. Subjects were predominantly young white males with anxiety, mood, and substance use disorders. Services were readily accepted by inmates and staff. Telepsychiatric examination and treatment appears to be a feasible method to increase access to mental health care in rural jails. Future advocacy for increased mental health services in rural areas in criminal justice setting is likely to depend on further evidence of favorable cost benefit.

## INTRODUCTION

RURAL POPULATIONS have significant mental health-care needs, but they face substantial barriers to access to care. Distance, inadequate funding, lack of available providers, and other difficulties frequently pose challenges to the delivery of care in small or isolated communities.[1] Telepsychiatry has been an approach used in rural and frontier areas to provide mental health services.[2] In 1998, the American Psychiatric Association (APA) published a resource document on telepsychiatry via videoconferencing. Approved by APA Board of Trustees, it emphasized the broadening scope of telemedi-

cine in general—and by extension, telepsychiatry—as well as its widespread application and decreasing costs. Rural telepsychiatry has gained a great deal of attention, and generally seems to be well accepted.[3] Debate remains, however, regarding whether telepsychiatry can be both clinically effective and cost effective.[4–8]

In contrast to prisons, jails provide short-term, generally pretrial incarceration for large numbers of inmates in the United States. Some rural jails in New York State have been unable to deliver adequate mental health care, even though they are required by law to provide such services.[9] Inmates may go without appropriate assessments or treatment due to lim-

[1]Department of Psychiatry, and [2]Department of Telemedicine, SUNY Upstate Medical University, Syracuse, New York.
[3]VA Center for Integrated Healthcare, Syracuse VA Medical Center, Syracuse, New York.

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01/10/18. For personal use only.

itations imposed by funding shortages and by security priorities. Jails may be unable to provide consistent or timely mental health care to inmates because they may not always have access to staff adequately trained to assess inmates for mental illness. Most jails do not have psychiatrists on site, leading to the necessity of finding outside providers, such as local mental health clinics, emergency departments, or forensic psychiatric centers. These facilities are often situated at a distance from the jail and require transport of inmates. Other concerns within a jail setting include reduced staffing while corrections officers transport inmates and the increased security risks during the time the inmates are outside of locked facilities. Moreover, delayed or limited access to mental health care in jails is likely to lead to behavioral and other problems because of inadequate treatment of mental disorders.

Little precise data are available regarding either the prevalence of mental illness among jail inmate populations or the exact type of care provided by individual jails. The Conference on Local Mental Hygiene Directors, in its report on forensic mental health in New York State,[9] examined the delivery of jail-based mental health services in each of the counties in New York State. It found that many county jails had no beds dedicated to mentally ill inmates. Mental health services were often provided by local county mental health clinics, usually located at some distance from the jails.

Telepsychiatry projects have been implemented in prison settings as a way of providing greater access to care.[10] There is little published information, however, on the use of telepsychiatry in jail settings. One study that is available found that the monthly demand for mental health consultations was five times greater than projected in a local jail.[11]

In this paper, we describe a pilot feasibility study of telepsychiatric consultation as a method to increase access to mental health services in a rural jail in upstate New York.

## MATERIALS AND METHODS

The Franklin County jail, located in Malone, New York, serves a population of approxi-

mately 46,000 people. Franklin County is one of eight of the most rural counties in New York State. It is 182 miles from SUNY Upstate Medical University in Syracuse. The county jail houses up to 119 inmates and has no dedicated mental health beds. The average length of stay in jail is 4–6 months. Franklin County Mental Health Clinic provides mental health services for the jail inmates. It is located 2 miles from the jail. There is no substance abuse or alcohol treatment available in the jail, although jail staff estimated that 70–80% of the inmates have a co-exiting substance abuse problem. The staff at the jail are responsible for screening inmates regarding mental health needs. When an inmate is deemed to be in need of mental health care, the corrections department notifies the Community Mental Health Clinic staff. Inmates are then transported to the mental health clinic to be seen by a psychiatrist. Such transport requires two corrections officers to accompany the inmate, typically for several hours.

Three Integrated Switched Digital Network (ISDN) lines were installed inside the jail for a 384-Kps bandwidth connection. A Polycom Viewstation 512 system (Pleasanton, CA) mounted on a 20-inch television monitor was set up in one of the jail interview rooms. Interviews were conducted during specified weekly telepsychiatric "clinic" hours from SUNY Upstate Medical University, Department of Telemedicine. Video conferencing equipment at both locations allowed for a secured, "real-time" consultation.

Subjects were inmates at the Franklin County jail who had been screened for mental health problems by the local mental health clinic social worker. The social worker obtained informed consent from all subjects. The consent was approved by the SUNY Upstate Medical University Institutional Review Board prior to subject recruitment. Subjects were then scheduled for telepsychiatric consultation during the "clinic" times. Approximately 2 hours per week of telepsychiatry clinic time was made available to the jail. Before each session, the social worker faxed a referral form to the psychiatrist. At each session, the mental health clinic social worker introduced the patient to the psychiatrist and then left the room. The duration of the telepsychiatric consultation de-

MANFREDI ET AL.

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01/10/18. For personal use only.

pended on the clinical needs of the subject, and ranged from 15 to 60 minutes. Consultations covered diagnosis, treatment planning, and medication prescribing and management. All prescriptions were faxed to the jail nurse, and progress notes were maintained at both sites. Inmates were excluded from this service if they needed emergent mental health care.

## RESULTS

Eighteen inmates gave informed consent to participate, of whom 15 were seen by the psychiatrist in 37 sessions between July 1 to December 21, 2001 (3 were transferred out of the facility before they could be seen). Table 1 describes the demographic and inmate characteristics.

The subjects were seen within 5–7 days of being referred for a consultation. Of the 15 subjects, 6 (40.0%) were seen by the psychiatrist for additional telepsychiatry consultation sessions to confirm diagnoses and assess medication response. The most frequent primary diagnoses were mood disorders in 5 patients (33.3%), adjustment disorders in 4 (26.7%), and anxiety disorders in 3 (20.0%). Substance use disorder was present in 13 (86.7%) of patients, but was the primary diagnosis in only 1 patient. Medication was prescribed in 13 (86.7%) of the

cases, and most often consisted of antidepressants in 11 (84.6%) of those who were medicated. Nearly half (46.2%) of those medicated were prescribed more than one medication.

Anecdotal reports suggested a high level of acceptance by the participants, as well as the jail staff. The psychiatrist and the social worker were satisfied with the ease of using the telemedicine equipment. To date, the equipment and service continues to be provided for the jail. Inmates currently have the option of scheduling a telepsychiatric appointment with the psychiatrist at the local clinic. Costs are assumed by the county.

## DISCUSSION/CONCLUSION

This pilot project demonstrated the feasibility of providing telepsychiatric consultation from an urban university medical center to a rural jail. The local mental health clinic now provides telepsychiatric services to all inmates who prefer it. This is limited only by the willingness of psychiatrists to use the service, not its cost.

A benefit to the county jail continues to be realized through reduced need for inmate transport. Further potential uses include more specialized telepsychiatric services in areas such as substance abuse, adolescent, and forensic psychiatry. Future research should assess

TABLE 1.   CHARACTERISTICS OF INMATE PARTICIPANTS TREATED THROUGH THE TELEPSYCHIATRY PROJECT ($n = 15$)

| | |
|---|---|
| Gender | |
| Male | 13 (86.7%) |
| Female | 2 (13.3%) |
| Mean age | 21 years |
| Race | |
| White | 14 (93.3%) |
| African-American | 1 (6.7%) |
| Criminal charge | |
| Crimes against person | 7 (47%) |
| Primary diagnoses | |
| Mood disorders | 5 (33.3%) |
| Adjustment disorder with anxiety and depressed mood | 4 (26.7%) |
| Anxiety disorders | 3 (33.3%) |
| Substance use disorder | 1 (6.7%) |
| Sleep disorder | 1 (6.7%) |
| Attention deficit/hyperactivity disorder | 1 (6.7%) |
| Medications prescribed | 13 (87%) |
| Antidepressants | 11 (84.6% of those medicated) |
| Mood stabilizer | 1 (7.7%) |
| Antipsychotic | 1 (7.7%) |
| Prescribed more than one medication | 6 (46.2% of those medicated) |

Downloaded by Dylan Verner-Crist from online.liebertpub.com at 01/10/18. For personal use only.

cost-effectiveness of telepsychiatric services in rural jails in New York State to determine better the types of jail settings and mental health problems for which such services may be most appropriate. Although some research has already shown positive outcomes of telepsychiatric applications, further careful evaluation of costs and benefits is indicated.[12]

## ACKNOWLEDGMENTS

This research project was supported by an intramural support grant from SUNY Upstate Medical University Hendricks Foundation and a supplemental research support grant from the Department of Psychiatry. All telecommunication support was provided by the Department of Telemedicine.

## REFERENCES

1. Roberts LW, Battaglia J, Epstein RS. Frontier ethics: Mental health care needs and ethical dilemmas in rural communities. *Psychiatr Serv* 1999;50:497–503.
2. Ryan P, Kobb R, Hilsen P. Making the right connection: matching patients to technology. *Telemed J e-Health* 2003;9:81–88.
3. Rohland BM, Saleh SS, Rohrer JE, Romitti PA. Acceptability of telepsychiatry to a rural population. *Psychiatr Serv* 2000;51:672–674.
4. Hilty DM, Luo JS, Morache C, Marcelo DA, Nesbitt TS. Telepsychiatry: an overview for psychiatrists. *CNS Drugs* 2002;16:527–548.
5. Monnier J, Knapp RG, Frueh BC. Recent advances in telepsychiatry: an updated review. *Psychiar Serv* 2003;54:1604–1609.
6. Brown FW. Rural telepsychiatry. *Psychiatr Serv* 1998;49:963–964.
7. Frueh BC, Deitsch SE, Santos AB, et al. Procedural and methodological issues in telepsychiatry research and program development. *Psychiatr Serv* 2000;51:1522–1527.
8. Werner A. Unanswered questions about telepsychiatry. *Psychiatr Serv* 2001;52:689–690.
9. Conference on Local Mental Hygiene Directors Final Report. "Forensic Mental Health," December, 1999.
10. Zaylor C, Nelson EL, Cook DJ. Clinical outcomes in prison telepsychiatry clinic. *J Telemed Telecare* 2001;1(7 Suppl):47–49.
11. Zaylor C, Whitten P, Kingsley C. Telemedicine services to a county jail. *J Telemed Telecare* 2000;1(6 Suppl):S93–S95.
12. Hyler SE, Gangure DP. A review of the costs of telepsychiatry. *Psychiatr Serv* 2003;54:976–980.

Address correspondence to:
*Luisa Manfredi, J.D., M.P.H.*
*Department of Psychiatry*
*SUNY Upstate Medical University*
*750 East Adams Street*
*Syracuse, NY 13210*

*E-mail:* manfredl@upstate.edu

Journal of Consulting and Clinical Psychology
2008, Vol. 76, No. 1, 158–162

Copyright 2008 by the American Psychological Association
0022-006X/08/$12.00    DOI: 10.1037/0022-006X.76.1.158

# BRIEF REPORTS

# Does the Use of Telemental Health Alter the Treatment Experience? Inmates' Perceptions of Telemental Health Versus Face-to-Face Treatment Modalities

Robert D. Morgan and Amber R. Patrick
Texas Tech University

Philip R. Magaletta
Federal Bureau of Prisons

In corrections, where staffing limitations tax an overburdened mental health system, telemental health is an increasingly common mode of mental health service delivery. Although telemental health presents an efficient treatment modality for a spectrum of mental health services, it is imperative to study how this modality influences key elements of the treatment experience. In this study, the authors compared inmates' perceptions of the working alliance, postsession mood, and satisfaction with psychiatric and psychological mental health services delivered through 2 different modalities: telemental health and face-to-face. Participants consisted of 186 inmates who received mental health services (36 via telepsychology, 50 via face-to-face psychology, 50 via telepsychiatry, and 50 via face-to-face psychiatry). Results indicate no significant differences in inmates' perceptions of the work alliance with the mental health professional, postsession mood, or overall satisfaction with services when telemental health and face-to-face modalities were compared within each type of mental health service. Implications of these findings are presented.

*Keywords:* telemental health, offender, inmate and correctional mental health services

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

*Telemental health* is the use of a communication device for a real-time service provision when the client and the provider are physically separated at the time the service is rendered (VandenBos & Williams, 2000). Although there has been increased interest in telemental health (see Swansea, 2006), there remains a paucity of research examining the impact of this service delivery modality on the therapeutic relationship. In fact, no randomized, controlled outcome studies examining the effectiveness of this method of service delivery have been conducted.

Given the significance of the therapeutic relationship to the process of change (Lambert, Shapiro, & Bergin, 1986), the degree to which this relationship is impacted by the service delivery modality must be examined. This necessity is supported by the finding that characteristics of the therapeutic relationship, such as working alliance (Gaston, 1990), positively correlate with treatment gains (see Horvath & Bedi, 2002; Martin, Garske, & Davis, 2000) and treatment satisfaction (Magaletta, Fagan, & Peyrot, 2000). Thus, it is relevant to question the impact of service delivery modality on the therapeutic relationship. In other words, is the traditional face-to-face service delivery modality superior to nontraditional and innovative modalities aimed at increasing access to care?

One setting that provides ample opportunity to study these issues is corrections. Several concerns salient in the correctional setting support the utility and highlight the advantages of delivering mental health services through telemental health. These concerns include service demands that challenge institutional resources (Magaletta, Fagan, & Ax, 1998). Moreover, inmates experience a larger number of psychological problems than the general public (Diamond, Wang, Holzer, Thomas, & Cruser, 2001). Importantly, telemental health offers these inmates increased access to mental health care as well as increased security for psychologists (Hipkins, 1997). Telemental health can also reduce the costs of transporting inmates from correctional to medical facilities, and it offers a broader range of mental health services—an important consideration given the increasing mentally ill population in criminal justice settings without concomitant increases in staff resources or services (Manderscheid, Gravesande, & Goldstrom, 2004). By using telemental health to link mentally ill inmates with specialty providers on a regular basis, the overall quality of care is improved (Magaletta et al., 1998).

A recent review of correctional telemental health services (Ax et al., 2007) revealed essentially two types of studies: program evaluation and client satisfaction. Program evaluations consistently

Robert D. Morgan and Amber R. Patrick, Department of Psychology, Texas Tech University; Philip R. Magaletta, Psychology Services Branch, Federal Bureau of Prisons, Washington, DC.

Robert D. Morgan and Amber R. Patrick contributed equally to this work and are listed alphabetically. The research contained in this document was coordinated in part by the Texas Department of Criminal Justice (Research Agreement 419-RM03). The contents presented in this article reflect the views of the authors and do not necessarily reflect the policies or opinions of the Texas Department of Criminal Justice, the Department of Justice, or the Federal Bureau of Prisons. We wish to thank Daryl Kroner for consultation on the statistical analyses.

Correspondence concerning this article should be addressed to Robert D. Morgan, Department of Psychology, MS 2051, Texas Tech University, Lubbock, TX 79409-2051. E-mail: robert.morgan@ttu.edu

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

revealed cost containment as a benefit and staff resistance as a drawback. Evaluations of client satisfaction revealed that most clients are satisfied receiving services through this modality. Nevertheless, little is known about the impact of telemental health as a modality for service delivery. There remains a paucity of research on inmates' perception of telemental health compared with traditional face-to-face service delivery, and knowledge of how the modality of mental health service delivery impacts key elements of the treatment experience is needed (Krupinski et al., 2006; Tucker, Olfson, Simring, Goodman, & Bienefeld, 2006).

In this study, we examined how telemental health impacts aspects of the therapeutic relationship, namely the working alliance as well as inmates' mood, satisfaction, and general attitudes and perceptions toward mental health services delivered via telemental health. Given previous findings, we hypothesized that inmates receiving mental health services via telemental health would maintain a comparable working alliance with the treatment provider, with similar postsession responses regarding reactions to the session and satisfaction with their mental health service, compared with a separate group of inmates who received mental health services via a traditional face-to-face modality.

## Method

### Participants

Participants consisted of 186 adult male inmates who received mental health services (either psychology or psychiatry) in an adult correctional institution. Of the 186 participants, 50 received face-to-face psychological services in a general population correctional facility, 36 received telemental health psychological services in a general population correctional facility,[1] 50 received face-to-face psychiatric services in a psychiatric prison, and 50 inmates received telemental health psychiatric services in a general population correctional facility. Note that participants represented independent samples such that they were not receiving duplicate services (i.e., psychology and psychiatry, or telemental health and face-to-face). The psychiatric prison housed mentally or physically ill inmates unable to function effectively in a general population facility. The general population facilities housed mentally ill and nonmentally ill offenders alike.

Although inmates reportedly suffered from a range of psychiatric disorders, the majority suffered from mood disorders (e.g., bipolar disorder, major depressive disorder; 74%) and schizophrenia or other psychotic disorders (19%). Notably, inmates receiving telemental health services versus face-to-face services did not differ diagnostically for those receiving psychological services, $\chi^2(2, N = 34) = 1.677, p = .43$, or psychiatric services, $\chi^2(2, N = 61) = 2.73, p = .255$.

The mean age of participants was 31.8 years ($SD = 9.4$). The sample was composed of primarily Caucasian (50%), African American (22.6%), and Hispanic (21.5%) participants. Participants reported an average of 10.89 years of education ($SD = 1.9$). Whereas 19.9% of participants were reportedly married/partnered, the majority of inmates (80.1%) denied current involvement in a romantic relationship (single/nonpartnered, separated, or divorced). Participants were convicted of a variety of crimes (e.g., drug or alcohol offenses, murder, assault/battery, or robbery/theft), with 36% of inmates convicted of a violent crime and 58.6%

convicted of a nonviolent crime. Participants were serving a median sentence of 60 months, with 4 years being the modal sentence. At the time of this study, the inmate participants had served a median of 48 months and mode of 36 months of their adult life in prison and/or jail.

### Materials

The Client Satisfaction Questionnaire (CSQ-8; Larsen, Attkisson, Hargreaves, & Nguyen, 1979) is an eight-item, self-report measure, utilizing a 4-point Likert-type response scale to assess client satisfaction with mental health services. Initial measures of the CSQ-8 by Larsen et al. (1979) resulted in an alpha coefficient of .93, indicating good internal consistency. Furthermore, Larsen (1977) found an alpha coefficient of .92, again indicating high internal consistency. In addition, only one factor has consistently been yielded during factor analysis of the CSQ-8 (Gaston & Sabourin, 1992).

The Working Alliance Inventory (WAI; Horvath & Greenberg, 1989, 1994) is a 36-item questionnaire with three subscales used to assess different aspects of the working alliance. The three subscales assess the following: (a) client and therapist agreement on the goals of therapy; (b) client and therapist agreement on how to reach the goals of therapy; and (c) the degree of confidence, trust, comfort, and acceptance between the therapist and client. The WAI has both client and therapist versions; however, only the client version was utilized in this study. On the WAI the client is asked—using a 7-point Likert-type scale ranging from 1 (never) to 7 (always)—to indicate which statements best describe his or her experience of the therapeutic alliance. The WAI has high internal consistency, with Cronbach's alpha ranging from .89 to .92 for the global measure and the three subscales (Horvath & Greenberg, 1989). In addition, the WAI has good convergent validity (see Horvath & Greenberg, 1989; Safran & Wallner, 1991).

The Session Evaluation Questionnaire (SEQ; Stiles, 1980; Stiles & Snow, 1984a, 1984b) was also used in this study. The SEQ measures two basic dimensions of participants' postsession mood: positivity and arousal (Stiles & Snow, 1984b), which account for most of the mood variability in a variety of circumstances (Russell, 1978, 1979). The SEQ consists of 21 opposite adjective scales presented in a 7-point semantic differential format. The items are divided into two sections: session evaluation and postsession mood. The stem "This session was" precedes the first 11 items for session evaluation; sample items include bad–good and safe–dangerous. The stem "Right now I feel" precedes the second 10 items for postsession mood; sample items include happy–sad and angry–pleased. Factor analyses have supported the four-subscale structure of the SEQ, with good internal consistency for the four dimensions, with coefficient alphas ranging from .78 to .91 (Stiles & Snow, 1984a, 1984b).

### Procedure

Inmates were scheduled for a telemental health or face-to-face psychological or psychiatric mental health service session through

---

[1] The targeted number of participants in the telemental health psychology group was 50 inmates; however, because of an injury sustained by the participating therapist, the recruitment for this group was terminated prematurely.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

160                                                                          BRIEF REPORTS

regular institutional operational procedures, and they were re-cruited for participation in this study at the conclusion of one of their sessions (i.e., inmates were recruited following one of their regularly scheduled follow-up sessions). Inmates were assigned to the modality (telemental health vs. face-to-face) available at their prison and for the service (psychology or psychiatry) that was considered clinically necessary. For purposes of this study, tele-mental health referred to videoconferencing via secure satellite connection. Each psychological services session lasted approxi-mately 30 min and generally focused on issues of adjustment and mental health stability (e.g., issues of institutional adjustment, symptom management, coping skills). Each psychiatric services session lasted approximately 20 min and focused generally on issues of symptom management (e.g., psychotropic medication reviews). One psychologist with a master's of arts degree and one psychiatrist facilitated all psychological and psychiatric sessions, respectively. Sessions were randomly attended; thus, participants were evaluated at different phases in their treatment.

After completion of their mental health session (regardless of treatment modality), inmates were asked to volunteer their participation in a study that evaluated the quality of mental health services. The only selection criterion, other than partic-ipating in a mental health session, was that the inmate had to be able to read and write in English. No incentives were offered, and participants were recruited only once. If they declined, there was no subsequent chance to participate. Inmates who declined participation returned to their housing unit or work assignment. Inmates who agreed to participate were provided a standard consent form and questionnaire packet. Partici-pants were informed of the purpose and procedures of the study, were provided an opportunity to ask questions, and were then instructed to complete the consent form and all question-naires. Participation was limited to one session (i.e., inmates completed the instruments on one occasion). All procedures

were approved through the Institution Review Boards at the Texas Tech University, the Texas Tech University Health Sci-ences Center, and the research branch of the Texas Department of Criminal Justice.

## Results

### Psychology Services (Telemental Health vs. Face-to-Face)

*Preliminary analyses.* Preliminary analyses assessed the de-mographic equivalence of inmates in the telemental health and face-to-face psychology services conditions. A series of indepen-dent $t$ tests and chi-square procedures resulted in no significant differences between groups on demographic variables ($p > .05$).

*Primary analyses.* A one-way multivariate analysis of vari-ance procedure resulted in no significant differences between inmates receiving telemental health or face-to-face psychology services for working alliance (development of goals, reaching goals, or quality of relationship), $\Lambda(3, 82) = 0.59$, $p = .62$. There was no significant difference between inmates' evaluation of their psychology session (i.e., session depth, smoothness, positivity, or arousal) as measured by the SEQ, $\Lambda(4, 81) = 0.97$, $p = .43$, regardless of the mechanism of service delivery. Finally, inmates receiving psychology services via telemental health were similarly satisfied with the service they received (e.g., quality, met needs, would recommend, general satisfaction) when compared with in-mates receiving psychology services via a traditional face-to-face delivery method, $\Lambda(8, 77) = 1.42$, $p = .20$. See Table 1 for descriptive statistics.

### Psychiatry Services (Telemental Health vs. Face-to-Face)

*Preliminary analysis.* A series of independent $t$ tests and chi-square procedures examined group differences in the psychiatric

Table 1

*Means (and Standard Deviations) for the WAI, SEQ, and CSQ-8 for Inmates Receiving Telehealth or Face-to-Face Mental Health Services*

| Questionnaire | Psychological services | | Psychiatric services | |
|---|---|---|---|---|
| | Telehealth ($n = 36$) | Face-to-face ($n = 50$) | Telehealth ($n = 50$) | Face-to-face ($n = 50$) |
| WAI: Total score | 61.61 (16.3) | 63.98 (16.73) | 55.5 (13.45) | 59.02 (14.52) |
| WAI: Development of goals | 21.67 (5.24) | 21.98 (5.6) | 18.96 (3.85) | 19.7 (4.48) |
| WAI: Reaching goals | 20.47 (5.71) | 21.54 (5.69) | 18.33 (5.3) | 20.2 (5.58) |
| WAI: Quality of relationship | 19.47 (6.2) | 20.46 (6.2) | 18.18 (5.54) | 19.08 (5.78) |
| SEQ: Session depth | 18.85 (5.42) | 20.78 (5.48) | 18.71 (5.31) | 20.69 (6.39) |
| SEQ: Session smoothness | 20.74 (6.08) | 21.16 (6.24) | 19.39 (6.26) | 21.75 (6.3) |
| SEQ: Positivity | 20.52 (6.52) | 20.62 (5.78) | 18.14 (6.26) | 19.37 (7.01) |
| SEQ: Arousal | 14.87 (2.75) | 15.59 (3.53) | 15.01 (4.08) | 14.68 (4.49) |
| CSQ-1: Quality of services? | 2.94 (0.8) | 3.24 (0.87) | 2.78 (1.02) | 2.65 (0.97) |
| CSQ-2: Receive services you wanted? | 2.94 (0.8) | 3.04 (0.83) | 2.71 (0.94) | 2.80 (0.81) |
| CSQ-3: Program met your needs? | 2.64 (0.96) | 2.74 (1.01) | 2.65 (0.88) | 2.74 (0.88) |
| CSQ-4: Recommend our program? | 3.14 (0.72) | 3.28 (0.78) | 2.88 (0.9) | 2.96 (0.95) |
| CSQ-5: Satisfied with amount of help you received? | 2.81 (0.89) | 3.04 (0.9) | 2.76 (0.86) | 2.68 (0.84) |
| CSQ-6: Services helped you deal with problems? | 3.06 (0.83) | 3.18 (0.87) | 2.76 (0.86) | 3.04 (0.81) |
| CSQ-7: Satisfied with services you received? | 2.94 (0.83) | 3.08 (0.94) | 2.84 (0.8) | 2.82 (0.85) |
| CSQ-8: Seek help again from our program? | 3.28 (0.78) | 3.24 (0.9) | 2.92 (0.86) | 3.04 (0.78) |

*Note.* WAI = Working Alliance Inventory; SEQ = Session Evaluation Questionnaire; CSQ = Client Satisfaction Questionnaire.

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

conditions. Results indicate significant differences for age ($t =$ 2.786, $p = .006$), educational history ($t = -2.156$, $p = .034$), years incarcerated ($t = 4.767$, $p < .001$), and months of mental health treatment ($t = 3.665$, $p < .001$). However, as age was the only variable to be significantly correlated ($p < .05$) with the dependent variables, it was the only demographic variable held as a covariate in subsequent analyses.

*Primary analysis.* A one-way multivariate analysis of covariance procedure resulted in no significant differences between inmates receiving telemental health or face-to-face psychiatric services for working alliance (development of goals, reaching goals, or quality of relationship), $\Lambda(3, 94) = 1.01$, $p = .39$. Similarly, there was no significant difference between inmates' evaluation of their psychiatry session (i.e., session depth, smoothness, positivity, or arousal), $\Lambda(4, 93) = 0.666$, $p = .61$, regardless of the mechanism of service delivery. Finally, inmates receiving psychiatric services via telemental health were similarly satisfied with the service they received (e.g., quality, met needs, would recommend, general satisfaction) when compared with inmates receiving psychiatric services via a traditional face-to-face delivery method, $\Lambda(8, 89) = 0.944$, $p = .49$. See Table 1 for descriptive statistics.

Power analyses were conducted for each of the primary analyses. Using Stevens's (2002, p. 200) table for power of Hotelling's $T^2$, we found that power for the primary analysis was between .48 and .54, except for the psychology services satisfaction analysis, which approximated .80. Stevens interprets power below .50 as inadequate and .80 as adequate power.

### Discussion

The purpose of this study was to assess and compare inmates' perceptions of the therapeutic relationship, inmates' possession mood, and their satisfaction with mental health services delivered through two different modalities: telemental health and face-to-face. As hypothesized, there were no significant differences between telemental health and face-to-face delivery modalities for perceptions of the therapeutic relationship, possession mood, or general satisfaction with services. Furthermore, this lack of a statistically significant difference held regardless of the type of mental health service received (i.e., psychological or psychiatric).

Findings preliminarily suggest that the modality of treatment does not influence key elements of the treatment experience, positively or negatively, and is congruent with emerging literature of telemental health outcomes research (Nelson & Palsbo, 2006; O'Reilly et al., 2007). Interestingly, the neutral relationship of treatment modality was found regardless of the role of the relationship for each type of service delivered. Whether the relationship focused upon general mental health and coping (i.e., relationship as the change agent) or medication management (i.e., a biological change agent), the neutral effect was seen.

These results are encouraging, as telemental health appears to offer an efficient means of service delivery without a loss in the quality of the therapeutic relationship. Given the demand for mental health services in criminal justice settings (Beck, & Maruschak, 2001; Manderscheid et al., 2004; Mears, 2004) and other underserved areas, such as rural locations (Holzer, Goldsmith, & Ciarlo, 2000), telemental health affords opportunities to reach more clients without relocating service providers geographically or

importing them physically into the service setting. Thus, the option of developing these staff resources without paying for relocation costs (both monetary and personal for the provider) is a benefit for administrators, service providers, and the inmates in need of the services.

Results of this study are particularly encouraging for criminal justice systems. Telemental health transports information and data, not inmates. As such, it offers increased safety for service providers as well as increased security and decreased transportation costs for the criminal justice system. The use of telemental health, without negative impact on the therapeutic relationship, may also broaden the range of mental health services available to inmates. Additionally, the use of telemental health offers continuity of care for releasing inmates and represents a significant contribution from a public health perspective.

As with any naturalistic study, limitations of this study should be noted. With statistically nonsignificant results, issues of statistical power are a concern, and power for this study was limited by the small sample size and number of variables. Additionally, inmates were not randomly assigned to conditions, which may have introduced selection bias into the study. Among the bias suspected, inmates housed in the psychiatric prison likely suffered greater mental health impairment than did inmates housed in the general population facilities. Among the unknown bias, variance in sample characteristics, such as prior exposure to mental health services and problem severity, all remain possible.

Future studies should employ random assignment to ensure stability of these results across inmate samples as well as to offer generalizability of these results to other correctional populations (Krupinski et al., 2006). Future studies should also investigate the utility of telemental health with other female offenders, jail populations, youthful inmates, and federally incarcerated inmates. Future studies of this nature should also obtain data from clinicians, including their perceptions regarding the impact of telemental health on the therapeutic relationship.

Future research should also begin investigating outcome effectiveness of mental health services delivered via telemental health compared with face-to-face services. From a correctional perspective, administrators would want to know whether telemental health services resulted in reduced inmate disciplinary actions, decreased incidence of harm to self or others, and/or improved mental health functioning and symptom management compared with face-to-face services. Additionally, issues of service utilization should be examined. That is, does the availability of telemental health improve inmate service use, or does it create additional barriers? If there are barriers, are these differentially related to the inmates, the correctional system, and/or the treatment providers themselves?

This study represented an empirical investigation from the field and clearly indicated that the modality used for providing mental health services (i.e., telemental health vs. face-to-face) did not negatively impact key elements of the treatment experience. Specifically, the therapeutic relationship with the mental health professional, possession mood, or overall satisfaction with services received were not different between telemental health and face-to-face treatment modalities. Importantly for administrators, mental health service providers, and inmates alike, this neutral effect was observed across two different types of mental health services. Thus, these results highlight efficient and economical service delivery options for underserved populations (inmates) and possi-

162    BRIEF REPORTS

bly to other underserved areas (rural geographic regions) without compromise to treatment integrity from the consumer's perspective.

References

Ax, R. K., Fagan, T. J., Magaletta, P. R., Morgan, R. D., Nussbaum, D., & White, T. W. (2007). Innovations in correctional assessment and treatment [Special issue]. *Criminal Justice and Behavior, 34,* 893–905.

Beck, A. J., & Maruschak, L. M. (2001). *Mental health treatment in prisons, 2000* (Bureau of Justice Statistics Special Report). Washington, DC: U.S. Department of Justice.

Diamond, P. M., Wang, E. W., Holzer, C. E., III, Thomas, C. R., & Cruser, D. A. (2001). The prevalence of mental illness in prison: Review and policy implications. *Administration and Policy in Mental Health, 29,* 21–40.

Gaston, L. (1990). The concept of the alliance and its role in psychotherapy: Theoretical and empirical considerations. *Psychotherapy, 27,* 143–153.

Gaston, L., & Sabourin, S. (1992). Client satisfaction and social desirability in psychotherapy. *Evaluation & Program Planning, 15*(3), 227–231.

Hipkins, J. H. (1997). Telemedicine in correctional systems. In R. L. Bashur, J. H. Sanders, & G. W. Shannon (Eds.), *Telemedicine: Theory and practice* (pp. 375–389). Springfield, IL: Charles C. Thomas.

Holzer, C. E., III, Goldsmith, H. F., & Ciarlo, J. A. (2000). The availability of health and mental health providers by population density. *Journal of the Washington Academy of Sciences, 86,* 25–33.

Horvath, A. O., & Bedi, R. P. (2002). The alliance. In J. C. Norcross (Ed.), *Psychotherapy relationships that work: Therapists contributions and responsiveness to patients* (pp. 37–69). New York: Oxford University Press.

Horvath, A. O., & Greenberg, L. S. (1989). The development and validation of the Working Alliance Inventory. *Journal of Counseling Psychology, 36,* 223–233.

Horvath, A. O., & Greenberg, L. S. (1994). *The Working Alliance: Theory research and practice.* New York: Wiley.

Krupinski, E., Dimmick, S., Grigsby, J., Mogel, G., Puskin, D., Speedie, S., et al. (2006). Research recommendations for the American Telemedicine Association. *Telemedicine Journal & E-Health, 12*(5), 579–589.

Lambert, M. J., Shapiro, D. A., & Bergin, A. E. (1986). The effectiveness of psychotherapy. In S. L. Garfield & A. E. Bergin (Eds.), *Handbook of psychotherapy and behavior change* (3rd ed., pp.157–211). New York: Wiley.

Larsen, D. L. (1977). *Enhancing client utilization of community mental health outpatient services.* Unpublished doctoral dissertation, University of Kansas.

Larsen, D. L., Attkisson, C. C., Hargreaves, W. A., & Nguyen, T. D. (1979). Assessment of client/patient satisfaction: Development of a general scale. *Evaluation and Program Planning, 2,* 197–207.

Magaletta, P. R., Fagan, T. J., & Ax, R. K. (1998). Advancing psychology services through telemental health in the Federal Bureau of Prisons. *Professional Psychology: Research & Practice, 29,* 543–548.

Magaletta, P. R., Fagan, T. J., & Peyrot, M. F. (2000). Telemental health in the Federal Bureau of Prisons: Inmates' perceptions. *Professional Psychology: Research & Practice, 31,* 497–502.

Manderscheid, R. W., Gravesande, A., & Goldstrom, I. D. (2004). Growth of mental health services in state and adult correctional facilities, 1988–2000. *Psychiatric Services, 55,* 869–872.

Martin, D. J., Garske, J. P., & Davis, M. K. (2000). Relation of the therapeutic alliance with outcome and other variables: A meta-analytic review. *Journal of Consulting and Clinical Psychology, 68,* 438–450.

Mears, D. (2004). Mental health needs and services in the criminal justice system. *Houston Journal of Health Law and Policy, 4,* 255–284.

Nelson, E., & Palsbo, S. (2006). Challenges in telemedicine equivalence studies. *Evaluation and Program Planning, 29,* 419–425.

O'Reilly, R., Bishop, J., Maddox, K., Hutchinson, L., Fisman, M., & Takhar, J. (2007). Is telepsychiatry equivalent to face-to-face psychiatry? Results form a randomized controlled equivalence trial. *Psychiatric Services, 58,* 836–843.

Russell, J. A. (1978). Evidence of convergent validity on dimensions of affect. *Journal of Personality and Social Psychology, 36,* 1152–1168.

Russell, J. A. (1979). Affective space is bipolar. *Journal of Personality and Social Psychology, 37,* 345–356.

Safran, J. D., & Wallner, L. K. (1991). The relative predictive validity of two therapeutic alliance measures in cognitive therapy. *Psychological Assessment: A Journal of Consulting and Clinical Psychology, 3,* 188–195.

Stevens, J. P. (2002). *Applied multivariate statistics for the social sciences* (4th ed.). Mahwah, NJ: Erlbaum.

Stiles, W. B. (1980). Measurement of the impact of psychotherapy sessions. *Journal of Consulting and Clinical Psychology, 48,* 176–185.

Stiles, W. B., & Snow, J. S. (1984a). Counseling session impact as viewed by novice counselors and their clients. *Journal of Counseling Psychology, 31,* 3–12.

Stiles, W. B., & Snow, J. S. (1984b). Dimensions of psychotherapy session impact across sessions and across clients. *British Journal of Clinical Psychology, 23,* 59–63.

Swansea, N. S. (2006). The use of telemedicine in psychiatry. *Journal of Psychiatric and Mental Health Nursing, 13,* 771–777.

Tucker, W., Olfson, M., Simring, S., Goodman, W., & Bienefeld, S. (2006). A pilot survey of inmate preferences for on-site, visiting consultant, and telemedicine psychiatric services. *CNS Spectrums, 11*(10), 783–787.

VandenBos, G. R., & Williams, S. (2000). The Internet versus the telephone: What is telemental health, anyway? *Professional Psychology: Research & Practice, 31,* 490–492.

Received April 19, 2007
Revision received October 15, 2007
Accepted October 17, 2007 ∎

This document is copyrighted by the American Psychological Association or one of its allied publishers.
This article is intended solely for the personal use of the individual user and is not to be disseminated broadly.

# Practitioner's Corner

## A Systematic Review of the Use of Telepsychiatry in Acute Settings

ALBERTO SALMOIRAGHI,
MBChB, MRCPsych
SHAHID HUSSAIN, MBChB,
MRCPsych

**Telepsychiatry is increasingly being used in many parts of the world. We performed a systematic review of the literature on the use of telepsychiatry in acute treatment settings using MEDLINE, EMBASE, and PsycINFO from inception to June 2013 using the following key words: acute telepsychiatry, teleconsultation, teleconferencing, telemedicine, emergency telepsychiatry, and e-mental health. Only articles in English were included. All study abstracts were reviewed by both authors independently to assess whether the topic of the paper was relevant to the review. References were selected independently until no new papers were found. If there was a disagreement, a discussion between the authors took place. A leading expert in this field was contacted to check for gray literature. The review included 23 papers. No meta-analyses or systematic reviews were found. The main results are (1) that patients have a positive attitude toward the technology and show a high level of satisfaction with telepsychiatry, (2) that the use of telepsychiatry is correlated with decreased admissions to psychiatric inpatient units, (3) that the quality of clinical interaction in telepsychiatry is similar to that in face-to-face care, and (4) that telepsychiatry seems to be cost effective. The use of telepsychiatry seems to be a viable and relatively inexpensive option for use in places where access to emergency services is difficult.**
*(Journal of Psychiatric Practice 2015;21;389–393)*

KEY WORDS: emergency telepsychiatry, acute telepsychiatry, e-mental health, acute treatment settings

Access to emergency services is a priority of service providers in many parts of the world. Psychiatry is not an exception and many locations now offer around-the-clock access to psychiatric assessment and interventions. However, contact is very often limited due to the remoteness of the location, distance from the site where assessment is offered, and limited availability of professionals. Many individuals face significant difficulties accessing transportation (eg, individuals living in rural areas). This problem is especially common in countries such as Australia,[1] where the population is dispersed widely all over the continent. However, rurality is ubiquitous, and even the European continent and the United States have vast territories that are scarcely populated where services are difficult to access.

The use of new technology may offer an answer. Over the past 2 decades, the use of telepsychiatry has gradually increased. According to Yellowlees et al,[2] there are very few psychiatric services that cannot be provided remotely, making telepsychiatry a versatile tool. A range of psychiatric services, including assessment, diagnosis, and management of a variety of mental disorders ranging from mild anxiety to complex psychotic illnesses, can be provided by telepsychiatry.[3,4] Management of psychiatric conditions by videoconferencing can include the prescription of medication, delivery of counseling and psychotherapies, and consideration of admission to inpatient units. No differences in the efficacy of teleconsultations have been observed in populations of different ages, sex, or race.[4] It is envisaged that the next decade will see an expansion of the use of videoconferencing in psychiatric practice.[5]

SALMOIRAGHI: Betsi Cadwaladr University Local Health Board, Ty Derbyn, Maelor Hospital, Wrexham, Wales, UK and University of Liverpool, Liverpool, UK; HUSSAIN: Betsi Cadwaladr University Local Health Board, Ty Derbyn, Maelor Hospital, Wrexham, Wales, UK

Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

Please send correspondence to: Alberto Salmoiraghi, MBChB, MRCPsych, Betsi Cadwaladr University Local Health Board, Ty Derbyn, Maelor Hospital, Croesnewydd Road, Wrexham, Wales LL13 7TD, UK (e-mail: alberto.salmoiraghi@wales.nhs.uk).

The authors declare no conflicts of interest.

DOI: 10.1097/PRA.0000000000000103

Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

## PRACTITIONER'S CORNER

The use of telepsychiatry in emergency settings may improve the quality and quantity of access to mental health services.[6] Emergency telepsychiatry can play a significant role not only in emergency departments but also in managing difficult emerging situations on psychiatric as well as general medical inpatient wards.[3,5] Patients being cared for on general medical wards in hospitals in remote settings may require urgent psychiatric input, which can be provided fairly conveniently and quickly by videoconferencing. Such telepsychiatric interventions could significantly reduce mean inpatient stays of psychiatric patients in remote hospital facilities.[3] Godleski et al[7] conducted a large 4-year study that examined the impact of telemental health services in 98,609 Veterans Affairs mental health patients between 2006 and 2010. They found that both psychiatric admissions and days of hospitalization of telemental health patients decreased by an average of approximately 25%. Interestingly, telemental health interventions have also been found to reduce the stigma associated with mental health care in other specialities.[3] Emergency departments in which videoconferencing is available can access rapid, effective psychiatric services, allowing them to reduce patients' waiting time and the overall costs of bed occupancy.

We conducted a review of the literature to gather evidence concerning the clinical quality of telepsychiatry as used in acute settings (ie, in situations requiring urgent medical consultation). Studies that examined telemental health care in situations not involving emergencies were excluded. We were particularly interested in gathering data concerning safety for patients and staff, accuracy of diagnosis, acceptability, and the range of interventions delivered. We were also interested in data on limitations encountered during the delivery of acute telepsychiatry and potential risks involved in and barriers to the use of acute telepsychiatry.

## METHODS

### Identification and Selection of Papers

We searched MEDLINE, PsycINFO, and EMBASE from inception to June 2013 using the following key words: *acute telepsychiatry*, *teleconsultation*, *teleconferencing*, *telemedicine*, *emergency telepsychiatry*, and *e-mental health*. Each key word was matched with "AND/OR" and duplicates removed. For completeness, we searched for the same terms using Google to identify papers published only on the Internet.

The titles of the publications that were identified were reviewed by each author separately and then the lists were compared. If needed, the authors read the abstracts and the occasional full article to resolve disagreements concerning which papers were appropriate for selection. References of included papers were also reviewed and relevant articles included. This process was repeated until no new papers were found. The authors met 4 times to achieve full consensus on the papers that should be included.

To expand the search for evidence, we also contacted a few private telepsychiatry services (eg, JSA Health Telepsychiatry, InSight Telepsychiatry, Specialists on Call) and the American Telemedicine Association.

### Inclusion and Exclusion Criteria

We did not use any strict inclusion or exclusion criteria, except that only articles in English were included, and studies that addressed the use of telepsychiatry in situations that did not involve acute care were excluded. We used a broad definition of acute settings which included inpatient units, emergency departments, and any services offered in an emergency. We did not place any restrictions on age group or subspecialties.

## RESULTS

The first search produced 15 articles, 2 of which were unavailable. The references of the 13 articles were reviewed to identify additional relevant papers. This process was repeated until no more papers could be found. We eventually located 5 more relevant articles, for a total of 20 papers. The Google search produced a large number of results, from which, after an independent review, we included 3 additional papers that did not appear in the previous search.

We stratified the results according to the hierarchy of evidence, with meta-analyses considered an indicator of the best level of evidence and expert opinion considered the lowest level of evidence. Unfortunately, we did not locate any papers that

Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

## PRACTITIONER'S CORNER

involved a meta-analysis, a systematic review, or a randomized controlled trial. We identified 1 literature review and 1 small controlled study that evaluated interrater reliability (see below for a description of these papers). The remaining papers consisted of descriptions of services, qualitative surveys, and expert opinions. All of the studies were relatively small, with as few as 6 patients included.

Given the nature of the papers that were identified, we decided to cluster the results into clinically relevant themes with the goal of helping clinicians and administrators understand more about the effectiveness and safety of using telepsychiatry in acute settings.

### Impact on Admissions and Outcomes

Saurman et al[1] examined the Mental Health Emergency Care-Rural Access Project in rural and remote New South Wales, Australia and found that the use of telepsychiatry in emergency settings was correlated with a decrease in the overall number of admissions to a distant psychiatric inpatient unit. In a small cohort of patients who were assessed by video, none was admitted to the hospital, but this study did not include a control group for comparison.[1] In a prospective study by D'Souza, patients with a DSM-IV Axis I diagnosis were managed in the local hospital with the support of telemedicine from a psychiatrist.[3] The sample showed statistically significant improvement in outcomes as measured by the 24-item Brief Psychiatric Rating Scale (BPRS-24) and the 32-item Behavior and Symptom Identification Scale (BASIS-32). Brebner et al[8] described a pilot accident and emergency teleconsulting service that was established at the main hospital in Aberdeen Scotland, with 4 peripheral sites in rural areas. During the 15 months of the study, 1998 videoconference calls were made, 402 of which (20%) were made to the accident and emergency department for clinical consultations. The majority of patients (89%) received treatment without transportation to the main center in Aberdeen.

### Satisfaction of Service Users and Service Providers

In a study that followed up 60 patients who had their first contact with a psychiatrist by video link when referred to an open psychiatric ward,[9] Sorvaniemi and colleagues reported that patients had a positive attitude toward and a strong preference for the new technology rather than the alternative of waiting for an inperson consultation or traveling to see a psychiatrist. The authors concluded that telepsychiatry is suitable for the assessment of psychiatric emergency patients. They also reported a quality of clinical interaction in telepsychiatry that was comparable with that of face-to-face assessments.

Several other papers evaluated users' satisfaction with telepsychiatry. In the Saurman et al[1] study discussed above, the authors surveyed 31 patients within 72 hours of a video assessment and found that their response was generally positive. In particular, the service seemed convenient, immediate, and easily accessible from the community. Other papers have confirmed these favorable results using structured patient satisfaction surveys.[10–12] Similar outcomes concerning patient satisfaction were also reported in 4 other papers,[3,13–15] but the tools used to evaluate satisfaction were not described.

### Cost-effectiveness

Two publications support the cost-effectiveness of telepsychiatry. One study reported on the cost-effectiveness of telepsychiatry in Canada in comparison with the costs of having patients transported by airplane for suicide assessment.[14] The overall results concerning cost favored videoconferencing, as would be expected because air transport of patients is particularly expensive. A review prepared for the California HealthCare Foundation by Hilty et al[16] concluded that use of telepsychiatry in the emergency department is financially sustainable.

### Quality of Clinical Interaction

The quality of clinical interaction is discussed in a number of publications. The authors indicate that it seems to be similar to that in face-to-face interventions; however, these results are based on self-report and untested questionnaires.[4,9,17] Bear et al[6] reported on ratings on multiple scales during interviews of 12 patients who were independently evaluated by a psychiatrist in the room and another in a remote site. The kappa coefficient was 0.85, indicating very good interrater reliability.

Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

## PRACTITIONER'S CORNER

### Technological Modality

Ball et al[17] compared 4 different modes of communication: face-to-face, telephone, hands-free telephone, and low cost videoconference; 6 patients and 6 doctors took part in the study. They used the following assessment measures: observation, nonverbal behavior, verbal response modes, and a self-report measure. The researchers found no significant differences among these modes of communication, although there was a preference for modes with visual cues.

### Telepsychiatry in Different Emergency Settings

Videoconferencing or conducting initial assessments by videophones has been found to be a very useful alternative tool to save time and, most important, to deal with situations expeditiously by contacting professionals immediately.[4,12,18] In 1997, Yellowlees[19] published case reports concerning the effective use of telemedicine to perform assessments under the Mental Health Act in Australia; the validity of those assessments was not challenged legally. Gros et al[18] reported the case of a suicidal patient who was successfully managed by home-based videoconferencing. In that case, by a series of immediate enhanced communications (ie, by videoconference) between the patient, patient's family, treatment team, and local resources, the patient's symptoms were assessed to identify suicidality and an intervention was successfully carried out, involving the development of a safety plan and eventual transportation to an inpatient unit. Patients can access this technology when it is required on an urgent basis when they are in the community as well as on general medical and psychiatric wards and in intensive care units.[20]

### Initial Treatment Guidelines for Emergency Telepsychiatry

A reasonable amount of work has been done to establish guidelines concerning the use of telepsychiatry, and a number of relevant areas have been addressed. However, this endeavor is understandably in its initial phase and a lot of input is still required. In 2007, Drs. Shore, Hilty, and Yellowlees published an initial set of guidelines for emergency telepsychiatry, with the goal of generating further discussion to assist those who are considering establishing general telepsychiatry and/or emergency telepsychiatry services.[21] They noted that telepsychiatry, "an emerging application for emergency psychiatric assessment and treatment, can improve the quality and quantity of mental health services, particularly for rural, remote, and isolated populations." In their proposed guidelines, the authors took into consideration clinical, administrative, legal, and ethical issues that can arise in providing emergency telepsychiatry, and they discussed issues related to the diverse populations, including rural populations, that are likely to be served. They also noted potential limitations in generalizing from the limited available research in this area. To implement emergency telepsychiatry, it is imperative to know what facilities are available near the patient and to understand issues related to confidentiality, safety, legal regulations, and ethical practices. More frequent use of such services in different settings will hopefully generate more data to expand on these guidelines and recommendations.

## DISCUSSION

Telepsychiatry is becoming a widely accepted method for delivering assessments and interventions, with growing evidence for its safety and clinical quality. Excellent services have been developed in many countries, descriptions of which are regularly published. However, access to psychiatric services in emergency settings, particularly outside the main working hours, is a problem that affects many people. Although psychiatry is a discipline that is well suited for remote delivery, the literature on the use of telepsychiatry in emergencies is remarkably limited. Not one of the studies included in this review used a rigorous methodology, and the current evidence is almost entirely based on surveys or opinions. This is surprising considering that many health care systems are struggling to deliver 24-hour services to people suffering from mental illness or facing a crisis. As a result, a large number of patients do not have access to specialist opinions during periods of high vulnerability and increased risk.

The use of technology is widespread, even in situations in which confidentiality is paramount, such as in the banking system, or when risks to people are significant, such as in the aerospace and

Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

## PRACTITIONER'S CORNER

naval industries. Confidentiality is also critically important in psychiatry, and appropriate safeguards are necessary and could facilitate increased use of psychiatric teleconferencing in acute settings.

The review of the literature presented here adds some evidence in support of the emergency use of telepsychiatry in terms of quality, safety, and costs. The introduction of telepsychiatry in emergency or acute settings has a number of potential advantages, including rapid access to specialists and giving practitioners the opportunity to perform reviews of inpatients without unnecessary traveling. Patients in an acute state or crisis can even be assessed from their own homes, saving time and reducing the need for patients and their families to travel. Use of this type of technological intervention may also be relatively less expensive than inperson assessments that involve distance traveling.

### CONCLUSIONS

Strong ethical factors support the use of telepsychiatry during an emergency in terms of improved access and lower costs, but the implementation of this technology has been limited and the literature on it is scarce. Legal issues involved in the emergency provision of telepsychiatry are not clear, although some aspects depend entirely on local legislation. However, some principles are universal, such as the duty of confidentiality, responsibility for care and outcomes, and intervention if the patient is at immediate risk. Rigorous randomized controlled trials are clearly needed to evaluate the effectiveness of telepsychiatry in delivering assessments and interventions in acute settings and out of regular office hours.

### REFERENCES

1. Saurman E, Perkins D, Roberts R, et al. Responding to mental health emergencies: implementation of an innovative telehealth service in rural and remote New South Wales, Australia. J Emerg Nurs. 2011;37:453–459.
2. Yellowlees P, Burke MM, Marks SL, et al. Emergency telepsychiatry. J Telemed Telecare. 2008;14:277–281.
3. D'Souza R. Telemedicine for intensive support of psychiatric inpatients admitted to local hospitals. J Telemed Telecare. 2000;6(suppl 1):S26–S28.
4. Pollard SE, LePage JP. Telepsychiatry in a rural inpatient setting. Psychiatr Serv. 2001;52:1659.
5. Bhandari G, Tiessen B, Snowdon A. Meeting community needs through leadership and innovation: a case of virtual psychiatric emergency department (ED). Behav Inf Technol. 2011;30:517–523.
6. Bear D, Jacobson G, Aaronson S, et al. Telemedicine in psychiatry: making the dream reality. Am J Psychiatry. 1997;154:884b–885b.
7. Godleski L, Darkins A, Peters J. Outcomes of 98,609 US Department of Veterans' Affairs patients enrolled in telemental health services, 2006–2010. Psychiatr Serv. 2012;63:383–385.
8. Brebner EM, Brebner JA, Ruddick-Bracken H, et al. Evaluation of a pilot telemedicine network for accident and emergency work. J Telemed Telecare. 2002;8(suppl 2):5–6.
9. Sorvaniemi M, Ojanen E, Santamäki O. Telepsychiatry in emergency consultations: a follow-up study of sixty patients. Telemed J E Health. 2005;11:439–441.
10. Grady B, Singleton M. Telepsychiatry "coverage" to a rural inpatient psychiatric unit. Telemed J E Health. 2011;17:603–608.
11. Holden D, Dew E. Telemedicine in a rural geropsychiatric inpatient unit: comparison of perception/satisfaction to onsite psychiatric care. Telemed J E Health. 2008;14:381–384.
12. Nieves JE, Godleski L, Stack KM, et al. Videophones for intensive case management of psychiatric outpatients. J Telemed Telecare. 2009;15:51–54.
13. APA Achievement Awards. 2011. APA Gold Award: a telepsychiatry solution for rural eastern Texas. Burke Center Mental Health Emergency Center, Lufkin, TX. Psychiatr Serv. 2011;62:1384–1386.
14. Jong M. Managing suicides via videoconferencing in a remote northern community in Canada. Int J Circumpolar Health. 2004;63:422–428.
15. Mannion L, Fahy TJ, Duffy C, et al. Telepsychiatry: an island project. J Telemed Telecare. 1998;4:62–63.
16. Hilty DM, Williams M, Pfeffer M, et al. Telepsychiatry in the emergency department: overview and case studies. California Healthcare Foundation; 2009. Available at: http://www.chcf.org/publications/2009/12/telepsychiatry-in-the-emergency-department-overview-and-case-studies. Accessed July 3, 2015.
17. Ball CJ, McLaren PM, Summerfield AB, et al. A comparison of communication modes in adult psychiatry. J Telemed Telecare. 1995;1:22–26.
18. Gros DF, Veronee K, Strachan M, et al. Managing suicidality in home-based telehealth. J Telemed Telecare. 2011;17:332–335.
19. Yellowlees P. The use of telemedicine to perform psychiatric assessments under the Mental Health Act. J Telemed Telecare. 1997;3:224–226.
20. Haslam R, McLaren P. Interactive television for an urban mental health service: the Guy's Psychiatric Intensive Care Unit Telepsychiatry Project. J Telemed Telecare. 2000;6:50–52.
21. Shore JH, Hilty DM, Yellowlees P. Emergency management guidelines for telepsychiatry. Gen Hosp Psychiatry. 2007;29:199–206.

Copyright © 2015 Wolters Kluwer Health, Inc. All rights reserved.

Sharp *et al. Annals of General Psychiatry* 2011, **10**:14
http://www.annals-general-psychiatry.com/content/10/1/14



ANNALS OF GENERAL
**PSYCHIATRY**

REVIEW                                                                    Open Access

# The use of videoconferencing with patients with psychosis: a review of the literature

Ian R Sharp[1]*, Kenneth A Kobak[1,2] and Douglas A Osman[1]

## Abstract

Videoconferencing has become an increasingly viable tool in psychiatry, with a growing body of literature on its use with a range of patient populations. A number of factors make it particularly well suited for patients with psychosis. For example, patients living in remote or underserved areas can be seen by a specialist without need for travel. However, the hallmark symptoms of psychotic disorders might lead one to question the feasibility of videoconferencing with these patients. For example, does videoconferencing exacerbate delusions, such as paranoia or delusions of reference? Are acutely psychotic patients willing to be interviewed remotely by videoconferencing? To address these and other issues, we conducted an extensive review of Medline, PsychINFO, and the Telemedicine Information Exchange databases for literature on videoconferencing and psychosis. Findings generally indicated that assessment and treatment via videoconferencing is equivalent to in person and is tolerated and well accepted. There is little evidence that patients with psychosis have difficulty with videoconferencing or experience any exacerbation of symptoms; in fact, there is some evidence to suggest that the distance afforded can be a positive factor. The results of two large clinical trials support the reliability and effectiveness of centralized remote assessment of patients with schizophrenia.

## Introduction

Technological advances in recent years have made remote psychiatric assessment and treatment significantly more feasible. In particular, the increased availability and affordability of high-speed connections have made the use of videoconferencing (VC) a viable tool for interacting with patients remotely. There is a growing body of literature on telemedicine and the subfield of telepsychiatry. The initial thrust to develop these fields was prompted by attempts to meet demands for mental health services with underserved and difficult-to-serve populations (for example, rural areas, prisons). For instance, extensive telepsychiatry networks in rural Australia and Canada were created to improve access to mental health services. More recently, other VC applications such as the training of mental health professionals and centralized ratings in clinical trials have grown out of this rapidly expanding field. As telepsychiatry evolves, a broader range of patient populations can be served through this medium.

Several factors make the assessment and treatment of psychosis particularly well suited for VC. For one, as psychotic patients are often hospitalized, VC allows patients to be connected with specialists without need for travel. Assessment and treatment using VC is also a potential solution for patients with psychosis living in remote or underserved areas where there is a shortage of specialists. As a tool in clinical research, VC makes it possible to use centralized remote expert raters who are able to remain blind to study design and conditions, therefore decreasing rater bias and improving inter-rater reliability and interview quality [1].

The hallmark symptoms of psychotic disorders might lead one to question the feasibility of using VC with this patient population. For example, are acutely psychotic patients generally willing to be interviewed remotely by videoconference? Does videoconferencing exacerbate delusions, such as delusions of reference? Are scores on symptom severity rating scales and diagnoses obtained remotely by videoconference equivalent to ratings and diagnosis performed face to face, given the complex nature of the disorder and the importance of non-verbal signs, such as negative symptoms? Is treatment conducted remotely by videoconference as effective as

* Correspondence: is@medavante.com
[1]MedAvante Research Institute, Hamilton, NJ, USA
Full list of author information is available at the end of the article



© 2011 Sharp et al; licensee BioMed Central Ltd. This is an Open Access article distributed under the terms of the Creative Commons Attribution License (http://creativecommons.org/licenses/by/2.0), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

Sharp *et al. Annals of General Psychiatry* 2011, **10**:14
http://www.annals-general-psychiatry.com/content/10/1/14

treatment conducted in person? Are evaluations conducted over VC sensitive enough to distinguish active drug from placebo in clinical trials?

In the present work we attempted to provide answers to these questions by conducting a thorough review of the literature. For the purposes of this review, videoconferencing refers to an interactive video connection between two sites. This primarily includes two-way videoconferencing using monitors or computers connected over telephone lines (for example, integrated services digital network (ISDN)), public internet connections, or private networks, but may also include the use of closed-circuit televisions, especially in older studies, for example, Dongier *et al.* [2]. An important variable in evaluating VC studies is bandwidth. In videoconferencing, bandwidth refers to the speed of transmission of data between two points, typically expressed in kilobits per second (kbps). The studies reviewed had a range of bandwidths from narrow (for example, 33 kbps) to broad (for example, 384 kbps). As a rule of thumb, the higher the bandwidth, the better the quality of audio and video. The current VC industry standard bandwidth is 384 kbps. A second important variable in understanding the quality of VC is frame rate. Frame rate refers to the number of frames presented on a monitor, typically expressed in frames per second (fps). The higher the frame rate the better motion is presented in video. A speed of 30 fps provides a continuous picture similar to television quality and generally requires 384 kbps transmission [3]. As found in other reviews [4], this variable was frequently not reported.

## Methods

We reviewed the Medline, PsychINFO, and the Telemedicine Information Exchange databases for literature on videoconferencing and psychosis. We used the following key words: telemedicine, telepsychiatry, televideo, videoconferencing, video conferencing, video and schizophren*, schizoaffective, psychotic, and psychosis. No date restrictions were used. Articles relevant to the use of videoconferencing with persons with psychosis were included in this review. We also reviewed reference sections for additional relevant articles. The literature search was completed in September 2010.

We present our findings in the following categories: clinical interventions (7 articles); assessment (12 articles); satisfaction and acceptance (12 articles); and clinical trials (2 articles). The small number of articles precluded quantitative analysis, but careful review allowed for qualitative assessment, which is the approach of the present manuscript. Please see Additional file 1 for a brief description of each of the references included in the review.

## Results

### Clinical interventions

The majority of articles written about the clinical utility of VC with psychotic patients have been retrospective reports of programs that provided services to remote areas. Dwyer [5] described a series of programs and general clinical uses of a closed circuit interactive television (IATV) system set up, a precursor to VC, between Massachusetts General Hospital and a medical station in Boston. Approximately 5% of all those seen on IATV had severe psychiatric disorders. The author admitted that he 'approached the use of television to interview psychiatric patients with considerable negative prejudice, believing that the degree of personal contact with the patient would be limited and that many of the skills that are useful in a psychiatric interview would be diminished or lost. I was delightfully surprised to discover that this was not true'. The author reported that approximately 30 psychiatrists and an equal number of psychiatric residents and medical students used the television system, and all responded positively to their experiences. The author suggested that, for some patients, communication with a psychiatrist by means of IATV was 'easier' than contact in the same room. It was suggested that this is especially true of patients with schizophrenia. The author also reported that a number of patients with delusions were interviewed and none incorporated the television into his or her distorted thinking.

Graham [6] discussed a program designed exclusively for chronically mentally ill individuals. The project was called APPAL-LINK, the Southwestern Virginia Telepsychiatry Project, and provided services by connecting hospital psychiatrists to patients at two rural community mental health centers. The author reported that 39 patients with a wide variety of diagnoses were followed through the initial 6 months of operation. The majority of these patients had a major psychotic illness such as schizophrenia, bipolar disorder, or schizoaffective disorders. The author reported that the availability of telepsychiatry consultation for crisis intervention led to a decrease in hospitalizations and no significant adverse effects were reported. It was also noted that patients and psychiatrists adjusted well to the VC interaction and that the program provided evidence that VC is 'a safe, effective, and useful method for the outpatient treatment of chronically mentally ill patients'.

In a report of a larger program involving the use of telemedicine, Zaylor [7] reviewed the history of VC at the University of Kansas Medical Center. At the time the article was written, Zaylor reported that the Telepsychiatry Service of the Department of Psychiatry and Behavioral Sciences was providing services to 18 locations throughout the state. One of the programs described was

Sharp *et al. Annals of General Psychiatry* 2011, **10**:14
http://www.annals-general-psychiatry.com/content/10/1/14

a group composed of six patients with either schizoaffective disorder or schizophrenia, which met monthly over VC for nearly 3 years. Anecdotally, Zaylor reported that many of the patients' conditions improved and stabilized over time. Other programs reviewed in the article included the use of VC to provide psychiatric services to inmates in a rural county jail clinic and to residents in a rural group home for the chronically mentally ill. Zaylor stated that patients in each program accepted the technology readily and quality of care was not diminished.

In another study, Zaylor [8] completed a retrospective review of patient records comparing clinical outcomes of patients seen by IATV and those seen in person. The IATV condition consisted of PC-based VC equipment with a bandwidth speed of 128 kbps. A global assessment of functioning (GAF) score was generated for each patient in both groups at the initial visit and at subsequent visits, including at 6 months. A total of 49 patients diagnosed with either major depression or schizoaffective disorder were included. No significant difference was found in the percentage change in GAF scores between the two groups, suggesting that clinical outcomes were not negatively impacted by the use of IATV. The authors noted that patients in the IATV group had a better attendance rate and follow-up visits took less than half the time compared with in-person visits. This was viewed as an indication that IATV was an acceptable and efficient method of providing psychiatric services.

Doze and colleagues [9] reported preliminary results of a 9-month pilot project in Alberta, Canada, which used VC to connect a psychiatric hospital to mental health clinics in five rural hospitals. Patients were most commonly referred for assistance with a diagnosed disorder or to establish a diagnosis, but were also referred for behavior management, medication consultation, patient education, follow-up after discharge, and preadmission screening. A total of 109 telepsychiatry consultations were completed with 90 patients, 8 of whom were diagnosed with schizophrenia. Like many of the studies in this review, the authors focused on the usage of telepsychiatry including cost analysis and opinions about its use rather than measured clinical outcomes. However, the authors noted positive anecdotal results, including indications that the telepsychiatry project led to the avoidance of hospitalization for some patients as well as reduced stigma for patients who visited an acute care facility rather than a mental health clinic.

D'Souza [10] documented a telemedicine service in rural Australia developed to treat acute psychiatric inpatients in their local hospitals in order to reduce the need for these patients to be transferred to a psychiatric facility farther away. In all, 28 patients were included in the report; 31% were diagnosed with schizoaffective disorder, 11% were diagnosed with schizophreniform psychosis,

and 4% were diagnosed with delusional disorder. The Brief Psychiatric Rating Scale 24 (BPRS-24) [11] was administered by both a rater familiar with the patient and a naïve rater at intake and 4 weeks after discharge. Results indicated a significant improvement in the mean total BPRS-24 scores from intake to follow-up for both raters and inter-rater reliability for the BPRS-24 was good. The authors conclude that these findings support the use of VC in the evaluation of clinical outcomes in treatment.

Kennedy and Yellowlees [12] examined clinical outcomes in the use of VC with 124 patients entering mental health treatment in rural Queensland, Australia. All patients were offered the option of being treated by a psychiatrist using a VC system at 128 kbps and 32 patients (3 of whom were diagnosed with psychotic disorders) chose the VC option. All patients were assessed when entering treatment and then 12 months later. The authors reported significant improvement from pre-assessment to post-assessment as measured by the Health of the Nation Outcome Scale (HoNOS), a clinical outcome scale [13] and the Mental Health Inventory (MHI), a self-report scale of outcome or progress over time [14], but no significant differences were found between the VC and in-person conditions. The authors concluded that there was no degradation in quality of outcome with the use of VC.

Published reports on clinical interventions delivered using VC have shown that patient care via VC is generally equivalent to in person. Further, the advantages of VC have been outlined and include less need for patients and professionals to travel, reduction in hospitalizations, and improvement in reaching patients in rural and challenging settings. There is virtually no evidence that VC has a negative impact on rapport, especially in more recent reports where technology is less likely to be a barrier. Additionally, there is evidence that some patients with psychosis prefer receiving clinical services via VC to in person. Children especially tend to be more forthcoming with telepsychiatry [15]. Most of the clinical intervention reports reviewed were qualitative accounts of clinical work being performed with patients with psychosis via VC. While these papers provide strong evidence of the feasibility of VC with patients with psychosis, additional empirical research (for example, treatment outcome studies) is needed.

## Assessment

Published reports of assessment of psychosis using VC primarily fell into two broad categories: uncontrolled case reports of clinical evaluations, and reports of systematic evaluations of objective instruments of schizophrenia. We also include a published report evaluating rater training with a psychosis scale using live interviews conducted via VC.

Sharp *et al. Annals of General Psychiatry* 2011, **10**:14
http://www.annals-general-psychiatry.com/content/10/1/14

Hyler *et al.* [16] conducted a meta-analysis of studies comparing psychiatric assessment via VC to in person. Although not specific to psychosis, they concluded that objective assessments delivered via VC were equivalent to in person in both accuracy and satisfaction.

One of the earliest studies related to VC and assessment involved using closed circuit television (CCTV), a precursor of modern day VC, to conduct psychiatric evaluations. Dongier and colleagues [2] compared psychiatric interviews conducted using CCTV to a control group in which interviews were conducted in person. The study included inpatients and outpatients from a range of diagnostic categories including schizophrenic psychoses (27%), schizophreniform psychoses (6%), and paranoid states (2%). The authors concluded that 'even schizophrenics with ideas of reference including T.V. (example: being talked about on public programs) accepted the CCTV interaction very well and no exacerbation of their delusions was observed'.

In a later description of psychiatric evaluations using VC, Yellowlees [17] presented two case reports in which urgent psychiatric assessments for two psychotic patients were conducted using VC. Without the use of VC, the patients would have had to travel to a psychiatric hospital 800 km away. The author noted that one of the patients with delusional symptoms reported ideas of reference from the television prior to the interview, but accepted the interview and interaction with the assessor as real.

Ball and colleagues [18] presented data from a more controlled study of the use of VC for assessment of psychiatric patients. The authors administered the Folstein Mini-Mental State Examination (MMSE) [19] to 11 patients from an acute psychiatric ward (6 patients were diagnosed with schizophrenia). Each patient was interviewed both in person and over VC. In person assessments were compared to a computer-based low-cost videoconferencing (LCVC) system. The scores between modalities were highly correlated leading the authors to conclude that the MMSE may be reliably performed with patients using LCVC. However, the authors noted that one patient did not complete the second assessment because he developed a delusional belief that the testing was part of a police plot to incriminate him. This appeared unassociated with the LCVC as he had completed that portion (that is, VC) and refused the in person interview.

Several studies have reported on the use of VC using the BPRS [20]. Salzman *et al.* [21] reported the use of VC in administering this instrument to evaluate severely ill inpatients. After establishing inter-rater reliability on the BPRS (0.93) by using in person interviews with patients in the hospital, six psychotic patients were rated using videoconferencing. Patients were simultaneously rated by a psychiatrist via videoconferencing and a psychiatrist who was on site. The reported inter-rater reliability was 0.92. The authors noted that the only frequent rating disagreement was on a self-neglect item and they concluded that some patients' self-neglect was difficult to observe via VC. However, a limitation of this conclusion is that the authors did not report data on the quality or speed of the VC equipment and connection. The patients reportedly enjoyed using VC. The authors concluded that these results add to previous research suggesting that VC is useful in the evaluation of psychotic patients.

Baigent and colleagues [22] also used the BPRS when comparing VC using ISDN connections at 128 kbps in person interviews. In addition to the BPRS, the authors used a semi-structured clinical interview to generate *Diagnostic and Statistical Manual of Mental Disorders*, 4th edition (DSM-IV) diagnoses. The 2 psychiatrists conducted the assessments with 63 subjects (51% of whom had a diagnosis of schizophrenia). Interviews were conducted in one of three conditions: the interviewer and observer in the same room as the patient, the interviewer connected to the patient via VC and the observer in the same room as the patient, or both the interviewer and the observer connected to the patient via VC. Inter-rater reliability for BPRS total score in the three conditions was 0.54, 0.51, and 0.80, respectively. The authors reported that reliability of diagnoses was equivalent in the three conditions (0.85, 0.69, 0.70, respectively) and concluded that 'much of the 'psychiatry' is not lost in 'telepsychiatry'.

Zarate and colleagues [23] also assessed the reliability of the BPRS in addition to the Scales for the Assessment of Positive/Negative Symptoms (SAPS/SANS) [24] in a sample of 45 patients with a DSM-IV diagnosis of schizophrenia. Assessments were conducted either in person or via VC (at either 128 kbps or 384 kbps). Assessments in the in person condition were conducted with two raters in the same room as the patient with one conducting the interview and the other rating the patient's responses. In the VC condition, one rater conducted the interview remotely and the other rater scored the patient's responses while sitting in the same room as the patient. Results indicated good overall inter-rater reliability on total BPRS scores with both 384 kbps (intraclass correlation coefficient (ICC) = 0.90) and 128 kbps (ICC = 0.84) connections. Excellent reliabilities were also found on the positive symptoms scale (SAPS ICC = 0.97 for both low and high bandwidths). Higher reliabilities were found with the 384 kbps connection (0.85) vs. the 128 kbps connection (0.67) on the SANS. Given that several specific negative symptoms of schizophrenia rely heavily on non-verbal cues, it is understandable that the higher bandwidth would improve agreement on these symptoms. Both raters and patients had high rates of acceptance of the VC condition with patients in the

Sharp *et al. Annals of General Psychiatry* 2011, **10**:14
http://www.annals-general-psychiatry.com/content/10/1/14

high bandwidth group being more likely to prefer it to live interviews than those in the low bandwidth group.

In another study examining reliability at different connection speeds, Matsuura and colleagues [25] reported the reliability of the BPRS administered in person or via one of two resolutions of videophone (128 kbps and 384 kbps). In all, 17 subjects were included (9 healthy nursing students and 8 outpatients, 2 of whom had a diagnosis of schizophrenia). The study had three conditions: an in person condition where two raters were in the same room as the patient, a low-resolution VC interview condition where a rater was linked to the patient with a TV phone at 128 kbps and an observer was in the same room as the patient, and a similar condition with a high-resolution TV phone at 384 kbps. Interclass correlation coefficients were very high for all three conditions (0.965, 0.987, 0.996, respectively) and did not differ significantly by condition. Additionally, 80% of the outpatients stated they preferred the VC interview.

Chae and colleagues [26] used a similar methodology to Matsuura and colleagues in a pilot study to evaluate a VC system connected over an ordinary telephone network at 33 kbps. A total of 30 patients with schizophrenia were administered the BPRS (15 using the VC system and 15 in person). Agreement on total BPRS score for the telemedicine group was significantly higher than that of the in person group. However, reliability on the anxiety subscale was very low for the telemedicine group. The authors suggested that the limited image processing capability of the system used may have made it difficult to conduct a detailed analysis of these specific symptoms. Overall, the authors concluded that the low-bandwidth VC system appeared to be as reliable as higher-bandwidth ISDN systems used in previous studies.

Yoshino and colleagues [27] assessed the reliability of the BPRS in 42 patients diagnosed with chronic schizophrenia. Patients were interviewed using videoconferencing with either narrow bandwidth (128 kbps) or broadband (2 Mbps) and compared to an in person interview using test-retest method with no longer than 4 days between the independent interviews. The authors found no significant difference in intraclass correlation coefficients for BPRS total score between the broadband condition (0.88) and the in-person condition (0.87). The ICC was significantly lower in the low bandwidth condition (0.44). It should be noted that the authors reported numerous problems in the narrow bandwidth condition including pauses in audio, problems with patients' speech clarity, highly distorted video images, poor rapport due to lack of eye contact, and almost total inability to observe facial expressions.

Lexcen *et al.* [28] conducted a study with 72 inpatients from the maximum security forensic unit of Central State Hospital in Petersburg, Virginia. All participants had DSM-IV Axis I diagnoses of severe mental illness; many were diagnosed with schizophrenia or psychotic disorder not otherwise specified (F J Lexcen, personal communication, 5 March 2007, Child Study and Treatment Center, Lakewood, WA). Participants were observed in one of three conditions. The first condition entailed in person administration of the BPRS with observation via video conferencing. The second condition involved administration by VC and observation by an in person rater. In the third condition, both administration and observation occurred in person. Correlations for total scale scores for the BPRS were in the good to excellent range (0.69 to 0.82). The results for the items of the BPRS were consistent with previous studies that found good to excellent reproducibility in experimental conditions using VC. The authors summarized that their results confirmed previous findings of the use of the BPRS for evaluations conducted via VC.

Kobak *et al.* reported on a National Institute of Mental Health (NIMH)-funded pilot study conducted to evaluate the effectiveness of training raters remotely by VC to administer the Positive and Negative Syndrome Scale (PANSS) [29]. The training involved two components: didactic training delivered via CD-ROM, and applied training delivered through live remote observation of trainees conducting the PANSS via VC. An expert trainer observed the interview and provided individual feedback immediately after the session via VC on the trainees' scoring accuracy and clinical interview skills using the Rater Applied Performance Scale (RAPS) [30]. Pre-training and post-training interviews were videotaped and evaluated by a panel of blinded experts to evaluate whether the training resulted in improvement in the trainees' clinical skills and scoring accuracy. In all, 12 trainees with no prior PANSS experience participated in the study. Results found a significant improvement in trainees' conceptual knowledge and an improvement in trainees' clinical skills (as determined by the RAPS scale). Interestingly, the didactic training (that is, CD-ROM) alone did not improve the trainees' clinical skills; these only improved following the remote video sessions. The agreement in scoring between the trainee and blinded expert (ICC) improved from r = 0.19 prior to training ($P = 0.248$) to r = 0.52 after training ($P = 0.034$). The results of this study are promising for the use of VC in the remote training of raters in schizophrenia.

Based on the studies reviewed, patients with psychosis can be reliably interviewed and evaluated via VC, including using symptom severity scales (for example, BPRS) and diagnostic, clinical, and psychiatric interviews. The reviewed findings suggest that higher bandwidth connections improve reliability and the ability to evaluate nonverbal and negative symptoms. At higher bandwidths, inter-rater reliability with VC is generally equivalent to in

Sharp *et al. Annals of General Psychiatry* 2011, **10**:14
http://www.annals-general-psychiatry.com/content/10/1/14

person. Additionally, VC can be used effectively to train raters in the administration of psychosis scales.

## Safety issues

The issue of patient safety has been raised when using VC for remote assessment and intervention with psychotic patients. The American Telemedicine Association has issued a set of practice guidelines for the emergency management of patients when using VC in telepsychiatry [31,32]. These guidelines require that a protocol be established for dealing with psychiatric emergencies when conducting any telepsychiatry procedure. Recommendations are provided in three main areas: (a) administrative issues, including requiring clinicians to conduct a site assessment to obtain information on local regulations and emergency resources, and having an emergency protocol in place that clearly specifies the procedures, roles, and responsibilities in cases of psychiatric emergencies; (b) legal issues, requiring clinicians to be familiar with local civil commitment regulations and have arrangements in place with local staff to initiate and assist in this regard; and (c) general clinical issues, including being aware of how clinicians' perception of diminished control in the clinical encounter compared to in person interaction might impact their interactions with the patient, and the need to be aware of the impact the telepsychiatry interaction might have on local site staff. With these safeguards in place, patient safety has not been reported as an issue when using VC with psychotic patients. In fact, it has been reported that the physical distance afforded by telepsychiatry has allowed patients to express strong affects that may have led to premature termination of in person sessions [32]. Nonetheless, these guidelines are relatively new and still evolving, and require ongoing examination and refinement.

## Satisfaction and acceptance

Many of the studies mentioned previously looking at the use of telepsychiatry in assessment and clinical outcomes also included measures of patient satisfaction. The overall results have been largely positive. Zarate and colleagues [23] asked patients and raters to complete post-interview evaluation and satisfaction questionnaires comparing their VC interview to in person interviews they have had in the past (from 'much below average' to 'much better than average'). A majority of patients rated the VC experience as 'above average', with patients in the higher bandwidth condition being more likely to prefer them to in person interviews. Raters endorsed comfort, ease of expressing one's self, and usefulness of VC as either 'average' or 'above average' as compared to a typical in person interview. Graham [6] indicated that patient acceptance of VC for healthcare delivery was almost universally positive with more than 90% of patients giving positive ratings on the satisfaction survey as it related to

the VC process and treatment received. Similarly, in the Baigent *et al.* [22] study mentioned earlier, more subjects reportedly found interviews via VC moderately enjoyable to very enjoyable compared to the in person interviews. A majority of participants reported that they would be happy to have VC interviews or would even prefer them to seeing a psychiatrist in their hospital rooms.

Doze *et al.* [9] included data related to patient satisfaction in their telepsychiatry pilot project. The authors noted that patients were satisfied with and accepted the overall experience of using VC for psychiatric services. Perceived benefits noted by patients included reduced travel time; decreased stress from traveling to appointments; decreased absence from work for both patient and family; more immediate access to a psychiatrist; feelings of confidentiality and privacy; more patient choice and control; improvement in quality of life; and potential for clinical improvement without hospitalization. Perceived disadvantages noted by patients included feeling that their interaction with the psychiatrist was impersonal and the potential for less sensitivity in interviews. The authors noted that there was a strong preference for the use of VC rather than waiting for a consultation or traveling to see a psychiatrist, but patients were split as to whether they would rather use telepsychiatry than see a psychiatrist in person. Perceived benefits of VC noted by participating psychiatrists included the ability to see patients before their symptoms became more severe, to educate local providers, and to reduce amount of unproductive time that could now be used in psychiatric consultation.

In the study examining reliability at different connection speeds mentioned previously, Matsuura and colleagues [25] found that 80% of outpatients preferred telepsychiatry to in person interaction. The authors stated that many of the subjects reported that they could easily relate to the consultants and address problems without difficulty. One patient reported that the sound/picture delay was disturbing but no one reported dissatisfaction with the interview. Many patients reported that they would be happier having VC sessions at home to save time and effort.

Using a similar design, Chae and colleagues [26] asked patients to rate comfort level during the interview, ability to express themselves, quality of the interpersonal relationship, and usefulness of the interview. Total acceptance scores were higher in the VC condition than in the in person condition, although this difference was not statistically significant. Patients' acceptance of the VC interview, in terms of comfort, ease of self-expression, quality of interpersonal relationship and usefulness, was good in most cases. The average acceptance score was nearly twice as high in the telemedicine group as in the in person group. Patients tended to feel more comfortable in the in person condition, but more at ease with expressing themselves in the VC condition. The authors concluded

Sharp *et al. Annals of General Psychiatry* 2011, **10**:14
http://www.annals-general-psychiatry.com/content/10/1/14

that in many cases the VC condition was better accepted by patients and suggested that it might be viewed as less threatening than being in the same room in close proximity.

As part of his clinical outcome study, D'Souza [10] asked patients to rate their satisfaction with the service and the use of VC. The patients reportedly expressed high rates of satisfaction with both. Over 81% of patients said that they would use the service again; 88.8% reported high satisfaction with the VC practitioner; 70% were satisfied with receiving a prescription via VC; and 67% were satisfied with confidentiality. However, it should be noted that 26% of patients expressed some dissatisfaction, but the sources of the dissatisfaction were not specifically elaborated on in the report.

Ball and colleagues [33] compared the process and outcome of clinical tasks in an acute psychiatric unit using four different communication modes: in person, telephone, hands-free telephone, and a low-cost video-conferencing system (LCVC). Six doctors and six patients (three with schizophrenia and one with paranoid disorder) were included in the study. The authors report that the VC condition was positively received by both patients and doctors. However, some problems were observed. For instance, some patients found it irritating when the doctor leaned forward and only the top of his head was visible. One patient reportedly felt unable to talk about sexual delusions over the VC, although she felt comfortable discussing it in the other conditions.

Mannion and colleagues [34] presented results from a pilot project in which they used a PC-based VC system (384 kbps) to facilitate emergency consultations between patients on an Irish island and a psychiatrist on the mainland. Over an 8-month period, two patients diagnosed with schizophrenia were evaluated. The authors report that the patients were comfortable with the technology and stated that the system was not a barrier to the establishment of rapport. Additionally, all health professionals who used the link reportedly found it satisfactory. The authors concluded that the VC was acceptable and satisfactory for both patients and staff.

Stevens *et al.* [35] also conducted a pilot study of patient and clinician satisfaction with VC that included 19 patients with psychosis and 21 non-psychotic patients. Subjects were randomly assigned to either a VC or in person condition where they were assessed by psychiatrists during 90-minute unstructured interviews that were intended to generate *Diagnostic and Statistical Manual of Mental Disorders*, 3rd edition - revision (DSM-III-R) diagnoses and treatment recommendations. Following each interview, the participant and psychiatrist both completed the California Psychotherapy Alliance

Scale [36], a self-report scale to assess ability to work together and develop rapport and the Interview Satisfaction Scale, a scale created for the study designed to assess acceptability of the interview modality. There were no differences on the patient-rated and clinician-rated alliance scale or the patient-rated satisfaction scale between modalities. There was a significant difference on the therapist version of the satisfaction scale with the psychiatrists tending to rate the VC interviews less favorably than the in person interviews; however, overall satisfaction with VC was still positive.

Magaletta *et al.* [37] examined prison inmates' satisfaction with VC consultations. A total of 75 patients, 17 with diagnoses of 'Schizophrenia and Other Psychotic Disorders', completed at least 1 questionnaire assessing their satisfaction with receiving psychiatric consultation via VC. Patients reported satisfaction with the consultation process, more comfort with the process over time, and a willingness to return for follow-up. A majority of the participants (81%) rated treatment positively, reported that they would come back to be seen by a doctor using VC (83%) and would recommend VC consultations to other inmates (71%). When looking at satisfaction ratings by time point, the results indicated that the participants' perceptions of the VC consultations became more positive over time. Participants with thought disorders had positive perceptions of the VC consultations and reported a higher level of satisfaction compared to in person treatment than did a group of inmates with affective disorders. The authors provided two examples of patients with thought disorders. One patient had consistently expressed delusions of reference from the TV in his housing unit. Despite hesitation on the part of the authors to include this patient in a VC consultation, they proceeded and found the only comment he made was 'See, I told you the television talks to me!'. They concluded that the patient's delusional system was not altered as a result of treatment using VC and that although the use of VC did not exacerbate his delusion, it may have reinforced it. The second example involved a patient with schizophrenia who felt that seeing his picture on the screen (because of a picture-in-picture option where the patient sees a small image of himself in addition to the remote image) confirmed his preexisting delusion that he had an impostor, leading the authors to discontinue the use of picture-in-picture. Despite these interactions between the technology and the delusional systems of several patients, the authors expressed that the patients were still able to receive sound treatment. The article offered possible explanations for the positive perceptions presented by thought-disordered patients. One explanation is that thought-disordered individuals are overstimulated in social and interpersonal relationships and the 'distance' accorded by VC serves to reduce their anxiety and help them feel more comfortable. Further, the

Sharp et al. Annals of General Psychiatry 2011, 10:14
http://www.annals-general-psychiatry.com/content/10/1/14

structured and constrained nature of the VC environment also serves to lessen anxiety.

Mielonen et al. [38] conducted a study of inpatient care-planning consultations using VC with 14 patients with psychosis and their family members. Healthcare providers and patients and their relatives completed questionnaires of satisfaction and acceptance after each session. In all, 47% of the healthcare providers rated videoconferencing to be 'as good a form of consultation as a conventional meeting', 48% considered it to be 'almost as good', and only one person (4%) felt that it was notably inferior. The preference for VC was strong with most respondents preferring to have the next session conducted in the modality: 86% of the healthcare personnel, 84% of the patients and 92% of the relatives. The reduced need for traveling by the participants and the ease and speed of the consultations were cited as the most important reasons for preferring VC. Most of the respondents rated the content of the consultation and the interaction in the videoconference as excellent or good and the technical quality of the VC consultations as good or moderate.

In summary, most published reports show clearly that both patients and clinicians have high levels of acceptance and satisfaction with VC, often rating it similarly to in person, and in a number of cases rating it more favorably. There is some evidence that patient ratings of satisfaction with VC increase over time. Additionally, similar to findings with clinical interventions and assessment, higher bandwidth is associated with better outcome with satisfaction and acceptance.

## Clinical trials

While VC has been used widely with patients with psychosis in clinical settings, its use in clinical research with this population has not been extensively explored, but appears to be gaining acceptance. Clinical trials evaluating new medications for schizophrenia and other psychiatric disorders have been faced with an increasing rate of failed trials [39]. Factors associated with clinician assessment, such as expectancy bias, enrollment pressure bias, poor inter-rater reliability, and poor interview quality, have been hypothesized to play a role in this increasing rate [40]. The use of VC enables a potential solution to these problems, by facilitating the use of off-site expert centralized raters. These raters are linked to the various study sites through videoconferencing or teleconferencing, and remotely administer the primary outcome measure to study patients during their regularly scheduled study visit. The use of centralized raters in clinical trials addresses several potential weaknesses associated with clinician ratings described above. Inter-rater reliability is improved by simply reducing the sheer number of raters involved (for example, a 30-site multicenter trial that

employed 60 to 75 raters (that is, 2 or 3 raters per site) could be conducted with 8-10 centralized raters). Rigorous training and calibration procedures can be employed that are not logistically feasible with a larger group of raters at diffuse study sites. Enrollment pressure and bias are minimized, since centralized raters are divorced from the study site and blinded to the study visit number, study protocol, and entrance criteria. Blinding the rater to these factors also minimizes expectancy or other biases at later visits. Using a different rater each week minimizes the potentially confounding therapeutic impact of repeated assessment by the same clinician, as well as minimizing expectancy bias.

Two published clinical trials using centralized raters via videoconferencing were identified. Centralized raters were recently used in a large, phase II, multicenter trial evaluating a new antipsychotic medication for schizophrenia [41]. A total of 289 subjects from 35 sites were randomly assigned to 6 weeks of treatment with 1 of 2 doses of an experimental compound, active comparator (olanzapine), or placebo. Subjects were evaluated weekly using the PANSS by 1 of 18 centralized raters who were connected to the study site by high speed VC at 384 kbps. Different raters typically saw the patient at each visit. Raters were blinded to study visit and study protocol and were provided informant data. Data from the olanzapine and placebo arms were provided by the sponsor to examine the issue of the centralized raters' ability to detect a drug effect.

Centralized raters found a significant difference between olanzapine and placebo starting at week 1, and this difference continued to be significant throughout the study. At endpoint, the mean change for olanzapine-treated participants (14.4 points, SE = 2.43) was significantly greater than the mean change on placebo (2.95 points, SE = 2.43), $P < 0.001$. The mean effect size found at endpoint was 0.52. Internal consistency reliability was high, and remained high throughout the study. Scores at screening were normally distributed, and were not skewed towards the cutoff score, suggesting that little score inflation occurred. Overall, 1,993 remote PANSS assessments were completed by the 18 raters over the 13-month course of the study. No patient refused to be interviewed by VC, although some patients refused to participate in all of the study assessments. Of the 1,993 assessments, 2.2% experienced temporary interruption or an audio/visual quality issue. The issues were resolved and the interviews were completed. In 10 cases (0.3%) the interview could not be completed due to a technical issue and had to be rescheduled.

Centralized raters were also used for efficacy ratings in a randomized, double-blind, placebo-controlled, multicenter phase III trial of the safety and efficacy of three doses of paliperidone palmitate in adults with an acute

Sharp *et al. Annals of General Psychiatry* 2011, **10**:14
http://www.annals-general-psychiatry.com/content/10/1/14

exacerbation of schizophrenia [42]. All subjects at US-based sites were evaluated by centralized raters using the PANSS, Personal and Social Performance Scale (PSP), and the Clinical Global Impression - Severity scale (CGI-S) and were connected to the study site by high speed VC at 384 kbps. The overall study had positive findings with each of the three doses of the drug demonstrating statistically significant improvement on the primary efficacy measure (PANSS total scores), and the two higher doses showing significant improvement with PSP and CGI-S scores. This study provides further evidence of the effectiveness of using VC as a tool for assessing participants in clinical trials. There has been rapid growth of adoption of centralized raters in clinical trials and there are currently several additional trials underway.

## Conclusions

Although there is still a paucity of controlled outcome research comparing VC to standard in person care, reports of assessment and treatment via VC have been overwhelmingly positive. Findings generally indicate that patient care via VC is equivalent to in person, but also offers numerous advantages. For example, reports indicate that the use of VC has led to a reduction in the need for patients and professionals to travel, a reduction in hospitalizations, and improvement in reaching patients in rural and difficult settings (for example, prisons), all leading to improved, more efficient care. There is little evidence that VC has a negative impact on rapport, although in some older studies comparing VC to in person, patients and clinicians preferred in person. This finding was generally attributed to poor video quality found with older technology. This preference is not evident in more recent research. In more recent studies [25,26], patients overwhelmingly preferred VC to in person.

Research and clinical work to date indicate that clinical rating scales, psychiatric interviews, and diagnostic assessments can be reliably conducted using VC and are generally equivalent to those performed in person. Continuing improvement in technology has mitigated many of the shortcomings found in older studies. For example, as reported in their small study, Salzman *et al.* [21] found that the only major source of disagreement on BPRS ratings between VC and in person was on patient self-neglect, which they attributed to difficulty in evaluating this construct with VC. However, Zarate *et al.* [23] found that ratings of negative symptoms were significantly improved in a high bandwidth condition as compared to a low bandwidth condition. These findings suggest that higher bandwidth and better quality equipment is associated with increased ability to observe negative symptoms and improved inter-rater reliability.

Additionally, higher bandwidth leads to higher rates of acceptance and satisfaction. As both of these studies were reported over a decade ago, the vastly improved picture quality of newer VC equipment, greater accessibility of broadband connectivity, and ability to zoom and scan has made this finding significantly less of an issue. Concluding their review and meta-analysis of the literature comparing psychiatric assessments via VC to in person, Hyler *et al.* [16] opined, 'over the next few years, we expect telepsychiatry to replace [in person] in certain research and clinical situations in which the advantages outweigh the disadvantages'.

Using VC with psychotic patients has historically been met with skepticism, and rightfully so. Concerns that hallmark symptoms of the disorder including hallucinations, suspiciousness, and delusions of reference would lead patients to reject speaking with someone on a television screen are understandable, but have simply not been borne out. The primary concerns identified by patients were generally related to poor picture or audio quality. Based on a comprehensive review of the literature, there is little evidence that persons with psychosis react negatively to VC or experience exacerbations of symptoms, including patients with specific delusions involving television or being monitored. To the contrary, there is evidence that VC affords some patients a higher degree of comfort in that the perceived distance of the interaction is less anxiety provoking and reduces overstimulation found in some in person interactions [43].

The use of videoconferencing to enable remote, centralized raters in clinical trials is growing. To date, over 30,000 unique rating scale assessments have been administered to over 5,000 patients, across a range of disorders, including mood, anxiety and psychotic disorders [44]. Although there are only two published studies on the use of centralized raters in schizophrenia [41], several other trials are completed or in progress, as well as studies in other psychotic disorders. Results so far have found the methodology well accepted by patients with psychotic disorders, and that centralized ratings using VC can be conducted reliably and effectively in psychosis. Results from ongoing trials will provide additional empirical data on the use of VC in schizophrenia, as well as other disorders.

Historically, a significant concern with the feasibility of VC has been cost [45]. Although this paper was not intended to address cost, it is worth noting that, as with other areas of technology, the cost of VC equipment and connectivity, once prohibitively expensive, continues to decline. For example, Mielonen *et al.* [38] found in their analysis of cost that at a rate of 20 patients per year, the cost of VC was lower than that of the conventional alternative of traveling, and at a higher rate resulted in significant savings. They concluded that VC

Sharp *et al. Annals of General Psychiatry* 2011, **10**:14
http://www.annals-general-psychiatry.com/content/10/1/14

consultation is a cost-saving measure compared with the conventional methods requiring travel.

As noted in other literature reviews of telemedicine [46], limitations of the literature on videoconferencing and psychosis include small sample sizes, absence of control conditions, and reliance on descriptive research designs. As improvement in this technology is rapidly advancing, videoconferencing is becoming increasingly affordable, more feasible, and more widely accessible. These advances will facilitate more empirical research in this area and help guide the progress in this promising methodology.

## Additional material

Additional file 1: Study characteristics. Study characteristics of articles included in the review.

### Author details
[1]MedAvante Research Institute, Hamilton, NJ, USA. [2]Center for Psychological Consultation, Madison, Wisconsin, USA.

### Authors' contributions
IS conducted the literature review and drafted the manuscript. KK drafted sections of the manuscript. DO drafted sections of the manuscript. All authors read and approved the final manuscript.

### Competing interests
IRS, KAK and DAO are employees of MedAvante, Inc, which provides centralized ratings services via videoconferencing and rater training.

Received: 28 June 2010 Accepted: 18 April 2011
Published: 18 April 2011

### References
1. Kobak KA, Kane JM, Thase ME, Nierenberg AA: Why do clinical trials fail? The problem of measurement error in clinical trials: time to test new paradigms? *J Clin Psychopharmacol* 2007, 27:1-5.
2. Dongier M, Tempier R, Lalinec-Michaud M, Meunier D: Telepsychiatry: psychiatric consultation through two-way television. A controlled study. *Can J Psychiatry* 1986, 31:32-34.
3. Hilty DM, Marks SL, Urness D, Yellowlees PM, Nesbitt TS: Clinical and educational telepsychiatry applications: a review. *Can J Psychiatry* 2004, 49:12-23.
4. Hilty DM, Luo JS, Morache C, Marcelo DA, Nesbitt TS: Telepsychiatry: an overview for psychiatrists. *CNS Drugs* 2002, 16:527-548.
5. Dwyer TF: Telepsychiatry: psychiatric consultation by interactive television. *Am J Psychiatry* 1973, 130:865-869.
6. Graham MA: Telepsychiatry in appalachia. *Am Behav Sci* 1996, 39:602-615.
7. Zaylor CL: An adult telepsychiatry clinic's growing pains: how to treat more than 200 patients in 7 locations. *Psychiatr Ann* 1999, 29:402-408.
8. Zaylor C: Clinical outcomes in telepsychiatry. *J Telemed Telecare* 1999, 5(Suppl 1):S59-60.
9. Doze S, Simpson J, Hailey D, Jacobs P: Evaluation of a telepsychiatry pilot project. *J Telemed Telecare* 1999, 5:38-46.
10. D'Souza R: Telemedicine for intensive support of psychiatric inpatients admitted to local hospitals. *J Telemed Telecare* 2000, 6(Suppl 1):S26-28.
11. Lukoff D, Liberman RP, Nuechterlein KH: Symptom monitoring in the rehabilitation of schizophrenic patients. *Schizophr Bull* 1986, 12:578-602.
12. Kennedy C, Yellowlees P: The effectiveness of telepsychiatry measured using the Health of the Nation Outcome Scale and the Mental Health Inventory. *J Telemed Telecare* 2003, 9:12-16.
13. Stein GS: Usefulness of the Health of the Nation Outcome Scales. *Br J Psychiatry* 1999, 174:375-377.
14. Veit CT, Ware JE Jr: The structure of psychological distress and well-being in general populations. *J Consult Clin Psychol* 1983, 51:730-742.
15. Pakyurek M, Yellowlees P, Hilty D: The child and adolescent telepsychiatry consultation: can it be a more effective clinical process for certain patients than conventional practice? *Telemed J E Health* 16:289-292.
16. Hyler SE, Gangure DP, Batchelder ST: Can telepsychiatry replace in-person psychiatric assessments? A review and meta-analysis of comparison studies. *CNS Spectr* 2005, 10:403-413.
17. Yellowlees P: The use of telemedicine to perform psychiatric assessments under the Mental Health Act. *J Telemed Telecare* 1997, 3:224-226.
18. Ball CJ, Scott N, McLaren PM, Watson JP: Preliminary evaluation of a low-cost videoconferencing (LCVC) system for remote cognitive testing of adult psychiatric patients. *Br J Clin Psychol* 1993, 32:303-307.
19. Folstein MF, Folstein SE, McHugh PR: "Mini-mental state". A practical method for grading the cognitive state of patients for the clinician. *J Psychiatr Res* 1975, 12:189-198.
20. Lachar D, Bailley SE, Rhoades HM, Espadas A, Aponte M, Cowan KA, Gummattira P, Kopecky CR, Wassef A: New subscales for an anchored version of the Brief Psychiatric Rating Scale: construction, reliability, and validity in acute psychiatric admissions. *Psychol Assess* 2001, 13:384-395.
21. Salzman C, Orvin D, Hanson A, Kalinowski A: Patient evaluation through live video transmission. *Am J Psychiatry* 1996, 153:968.
22. Baigent MF, Lloyd CJ, Kavanagh SJ, Ben-Tovin DI, Yellowlees PM, Kalucy RS, Bond MJ: Telepsychiatry: "tele" yes, but what about the "psychiatry"? *J Telemed Telecare* 1997, 3:3-5.
23. Zarate CA Jr, Weinstock L, Cukor P, Morabito C, Leahy L, Burns C, Baer L: Applicability of telemedicine for assessing patients with schizophrenia: acceptance and reliability. *J Clin Psychiatry* 1997, 58:22-25.
24. Andreasen NC: Methods for assessing positive and negative symptoms. *Mod Probl Pharmacopsychiatry* 1990, 24:73-88.
25. Matsuura S, Hosaka T, Yukiyama T, Ogushi Y, Okada Y, Haruki Y, Nakamura M: Application of telepsychiatry: a preliminary study. *Psychiatry Clin Neurosci* 2000, 54:55-58.
26. Chae YM, Park HJ, Cho JG, Hong GD, Cheon KA: The reliability and acceptability of telemedicine for patients with schizophrenia in Korea. *J Telemed Telecare* 2000, 6:83-90.
27. Yoshino A, Shigemura J, Kobayashi Y, Nomura S, Shishikura K, Den R, Wakisaka H, Kamata S, Ashida H: Telepsychiatry: assessment of televideo psychiatric interview reliability with present- and next-generation internet infrastructures. *Acta Psychiatr Scand* 2001, 104:223-226.
28. Lexcen FJ, Hawk GL, Herrick S, Blank MB: Use of video conferencing for psychiatric and forensic evaluations. *Psychiatr Serv* 2006, 57:713-715.
29. Kobak KA, Opler MG, Engelhardt N: PANSS rater training using internet and videoconference: results from a pilot study. *Schizophr Res* 2007, 92:63-67.
30. Lipsitz J, Kobak KA, Feiger A, Sikich D, Moroz G, Engelhardt N: The Rater Applied Performance Scale (RAPS): development and reliability. *Psychiatry Res* 2004, 127:147-155.
31. American Telemedicine Association: *Practice Guidelines for Videoconferencing-Based Telemental Health* Washington, DC: American Telemedicine Association; 2009.
32. Shore JH, Hilty DM, Yellowlees P: Emergency management guidelines for telepsychiatry. *Gen Hosp Psychiatry* 2007, 29:199-206.
33. Ball CJ, McLaren PM, Summerfield AB, Lipsedge MS, Watson JP: A comparison of communication modes in adult psychiatry. *J Telemed Telecare* 1995, 1:22-26.
34. Mannion L, Fahy TJ, Duffy C, Broderick M, Gethins E: Telepsychiatry: an island pilot project. *J Telemed Telecare* 1998, 4(Suppl 1):62-63.
35. Stevens A, Doidge N, Goldbloom D, Voore P, Farewell J: Pilot study of televideo psychiatric assessments in an underserviced community. *Am J Psychiatry* 1999, 156:783-785.
36. Barkham M, Agnew RM, Culverwell A: The California Psychotherapy Alliance Scales: a pilot study of dimensions and elements. *Br J Med Psychol* 1993, 66:157-165.
37. Magaletta PR, Fagan TJ, Peyrot M: Telehealth in the federal bureau of prisons: Inmates' perceptions. *Prof Psychol Res Pract* 2000, 31:497-502.
38. Mielonen ML, Ohinmaa A, Moring J, Isohanni M: Psychiatric inpatient care planning via telemedicine. *J Telemed Telecare* 2000, 6:152-157.

39. Khan A, Kolts RL, Rapaport MH, Krishnan KR, Brodhead AE, Browns WA: Magnitude of placebo response and drug-placebo differences across psychiatric disorders. *Psychol Med* 2005, **35**:743-749.
40. Kobak KA, Feiger AD, Lipsitz JD: Interview quality and signal detection in clinical trials. *Am J Psychiatry* 2005, **162**:628.
41. Shen J, Kobak KA, Zhao Y, Alexander MM, Kane JM: Use of remote centralized raters via live 2-way video in a multicenter clinical trial for schizophrenia. *J Clin Psychopharmacol* 2008, **28**:691-693.
42. Pandina GJ, Lindenmayer JP, Lull J, Lim P, Gopal S, Herben V, Kusumakar V, Yuen E, Palumbo J: A randomized, placebo-controlled study to assess the efficacy and safety of 3 doses of paliperidone palmitate in adults with acutely exacerbated schizophrenia. *J Clin Psychopharmacol* **30**:235-244.
43. Magaletta P, Fagan T, Peyrot M: Telehealth in the Federal Bureau of Prisons: Inmates' perceptions. *Prof Psychol Res Pract* 2000, **31**:497-502.
44. Detke MJ: Accelerating clinical drug development: better signal detection. *New Clinical Drug Evaluation Unit (NCDEU)* Hollywood, FL; 2009.
45. Werner A, Anderson LE: Rural telepsychiatry is economically unsupportable: the Concorde crashes in a cornfield. *Psychiatr Serv* 1998, **49**:1287-1290.
46. Williams TL, May CR, Esmail A: Limitations of patient satisfaction studies in telehealthcare: a systematic review of the literature. *Telemed J E Health* 2001, **7**:293-316.

doi:10.1186/1744-859X-10-14
Cite this article as: Sharp *et al:* The use of videoconferencing with patients with psychosis: a review of the literature. *Annals of General Psychiatry* 2011 **10**:14.

**Submit your next manuscript to BioMed Central and take full advantage of:**

• Convenient online submission
• Thorough peer review
• No space constraints or color figure charges
• Immediate publication on acceptance
• Inclusion in PubMed, CAS, Scopus and Google Scholar
• Research which is freely available for redistribution

Submit your manuscript at
www.biomedcentral.com/submit

 **BioMed** Central

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/6597648

# Diagnostic Reliability of Telepsychiatry in American Indian Veterans

**Article** *in* American Journal of Psychiatry · February 2007

DOI: 10.1176/appi.ajp.164.1.115 · Source: PubMed

CITATIONS
63

READS
52

5 authors, including:

Daniel Savin
University of Colorado
**20** PUBLICATIONS   **449** CITATIONS

SEE PROFILE

Janette Beals
University of Colorado
**140** PUBLICATIONS   **4,353** CITATIONS

SEE PROFILE

Spero Manson
University of Colorado
**248** PUBLICATIONS   **6,808** CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

Project   AI-SUPERPFP View project

Project   NIA-RCMAR View project

All content following this page was uploaded by Daniel Savin on 20 October 2015.

The user has requested enhancement of the downloaded file.

## Article

# Diagnostic Reliability of Telepsychiatry in American Indian Veterans

Jay H. Shore, M.D., M.P.H.

Daniel Savin, M.D.

Heather Orton, M.S.

Jan Beals, Ph.D.

Spero M. Manson, Ph.D.

**Objective:** This study examined the reliability of the Structured Clinical Interview for DSM-III-R (SCID) in the administration of psychiatric assessments by real-time videoconferencing compared to face-to-face assessment within a rural American Indian community.

**Method:** The SCID was administered to 53 male American Indian veterans who were randomly assigned over two separate occasions by different interviewers to face-to-face and real-time interactive videoconferencing within 2 weeks. Comparisons were made with prevalences, the McNemar test, and the kappa statistic.

**Results:** With the exception of past-year substance dependence and abuse/dependence combined, there were no significant differences between face-to-face and videoconference administration. The majority of kappas calculated (76%) indicated a good or fair level of agreement. Externalizing disorders tended to elicit greater concordance than internalizing disorders.

**Conclusions:** Overall, SCID assessment by live interactive videoconferencing did not differ significantly from face-to-face assessment in this population. Videoconferencing is a viable vehicle for clinical and research purposes.

*(Am J Psychiatry 2007; 164:115–118)*

Mental illness is among the most important health concerns facing American Indian communities today. Telepsychiatry, in the form of live interactive videoconferencing, has the potential to address many of the challenges of clinical service and research among rural American Indians (1). Although they have been encouraging, the handful of articles on American Indian telepsychiatry is limited to case reports and program descriptions (2–4). To our knowledge, no well-controlled studies exist regarding the impact of videoconferencing on psychiatric assessment and diagnosis in this special population. Several investigators have addressed the reliability, validity, and feasibility of administrating structured clinical interviews, including the Structured Clinical Interview for DSM (SCID), by means of interactive videoconferencing in other patient populations (5). The study most relevant to this report examined the reliability of SCID diagnoses of major depression, bipolar disorder, panic disorder, and alcohol dependence among 15 veterans assessed face-to-face and by means of videoconferencing (6).

Panic disorder had the greatest concordance; major depressive disorder, the least. Although these results were promising, this study was limited by its small size, its exclusion of posttraumatic stress disorder (PTSD) and other diagnoses, and its failure to consider how racial status may have affected diagnostic concordance.

Two large-scale studies have demonstrated that the SCID can be administered reliably and validly among American Indians, thus setting the stage for determining whether teleconferencing holds similar promise (7, 8).

The purpose of this study was to examine the reliability of the SCID in the administration of psychiatric assessments by means of real-time videoconferencing between an academic medical center and a rural American Indian community. We used an experimental design to randomly assign American Indian military veterans to both face-to-face and real-time interactive video conditions of SCID assessment on two separate occasions within a 2-week period. We hypothesized that diagnoses obtained through videoconferencing would agree with those acquired through face-to-face interviews.

## Method

This study was conducted among a rural Northern Plains American Indian reservation population that had participated in a previous study known as the American Indian Vietnam Veterans Project (8). When the present study was initiated, veterans from the previous study represented the best sample available of American Indians with a known prevalence of lifetime psychiatric disorders, including PTSD (8). The substantial prevalence of well-characterized cases of mental illness was critical to testing the reliability of the SCID in this manner. Bias due to respondents' prior familiarity with the SCID was minimized by the 8 years or more that had elapsed since the conclusion of the American Indian Vietnam Veterans Project.

A videoconferencing link (an integrated services digital network line, 1¼ T, 384K, with full remote capacity) was established between the American Indian Vietnam Veterans Project and a private room in the community's Tribal Veterans Center. Colorado Multiple Institutional Review Board approval, Health Insurance Portability and Accountability Act consent, and tribal approvals were obtained before the project's initiation, as well as written informed consent from each veteran. A power analysis indicated

TELEPSYCHIATRY IN VETERANS

TABLE 1. Prevalence Rates for Live and Telehealth Administration of the Structured Clinical Interview for DSM-III-R for Past Month, Past Year, and Lifetime Diagnoses for American Indian Veterans[a]

| | Past Month | | | | | | Past Year | | | | | |
| | Live | | Telehealth | | Percent Agreement | Kappa | Live | | Telehealth | | Percent Agreement | Kappa |
| Variable | N | % | N | % | | | N | % | N | % | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alcohol | | | | | | | | | | | | |
| Abuse | 0 | 0.0 | 1 | 1.9 | 98.0 | [b] | 0 | 0.0 | 1 | 1.9 | 98.0 | [b] |
| Dependence | 22 | 41.5 | 17 | 32.1 | 87.0 | 0.72 | 26 | 49.1 | 20 | 37.7 | 85.0 | 0.70 |
| Abuse or dependence | 22 | 41.5 | 18 | 34.0 | 89.0 | 0.76 | 26 | 49.1 | 21 | 39.6 | 87.0 | 0.74 |
| Drug | | | | | | | | | | | | |
| Abuse | 0 | 0.0 | 1 | 1.9 | 98.0 | [b] | 0 | 0.0 | 1 | 1.9 | 98.0 | [b] |
| Dependence | 8 | 15.1 | 5 | 9.4 | 94.0 | 0.74 | 9 | 17.0 | 6 | 11.3 | 91.0 | 0.61 |
| Abuse or dependence | 8 | 15.1 | 6 | 11.3 | 92.0 | 0.67 | 9 | 17.0 | 7 | 13.2 | 89.0 | 0.56 |
| All substances | | | | | | | | | | | | |
| Abuse | 0 | 0.0 | 1 | 1.9 | 98.0 | [b] | 0 | 0.0 | 1 | 1.9 | 98.0 | [b] |
| Dependence | 24 | 45.3 | 18 | 34.0 | 85.0 | 0.69 | 29 | 54.7 | 21[c] | 39.6 | 81.0 | 0.63 |
| Abuse or dependence | 24 | 45.3 | 19 | 35.8 | 87.0 | 0.73 | 29 | 54.7 | 22[c] | 41.5 | 83.0 | 0.67 |
| Antisocial personality disorder | 6 | 11.3 | 6 | 11.3 | 100.0 | 1.00 | | | | | | |
| Externalizing disorders[d] | | | | | | 0.70 | | | | | | |
| Major depression | 7 | 13.2 | 5 | 9.4 | 85.0 | 0.25 | 7 | 13.2 | 9 | 17.0 | 85.0 | 0.41 |
| Major depression symptoms met | 8 | 15.1 | 7 | 13.2 | 87.0 | 0.46 | | | | | | |
| Dysthymia | 2 | 3.8 | 2 | 3.8 | 100.0 | 1.00 | | | | | | |
| Generalized anxiety disorder | 1 | 1.9 | 1 | 1.9 | 100.0 | 1.00 | | | | | | |
| Anxious-misery disorders[e] | | | | | | 0.47 | | | | | | |
| Panic (fear) | 5 | 9.4 | 5 | 9.4 | 89.0 | 0.34 | 5 | 9.4 | 6 | 11.3 | 87.0 | 0.29 |
| Internalizing disorders[f] | | | | | | 0.53 | | | | | | |
| Posttraumatic stress disorder | 23 | 43.4 | 29 | 54.7 | 81.0 | 0.63 | 24 | 45.3 | 30 | 56.6 | 81.0 | 0.63 |

[a] The following disorders were not screened for with the SCID because of low prevalence: psychotic screening, simple phobia, somatization, somatoform pain disorder, hypochondriasis, undifferentiated somatoform disorder, anorexia nervosa, bulimia nervosa, and adjustment disorder.
[b] Not computed because of too many empty cells.
[c] Significant at p<0.01 (McNemar's test).
[d] Included alcohol dependence, drug dependence, and antisocial personality disorder.
[e] Included major depression, dysthymia, and generalized anxiety disorder.
[f] Included anxious-misery disorders and panic.

that 50 respondents tested twice would provide 80% power to detect the difference between kappas of 0.6 and 0.8 (9). A list of available participants was generated from the American Indian Vietnam Veterans Project sample.

In order to achieve adequate power, 20 additional Vietnam-era veterans were identified and recruited from the community. Of the 70 veterans approached, 60 (86%) agreed to participate, of whom 53 (76%) completed both interviews. Thirty-eight (72%) were drawn from the American Indian Vietnam Veterans Project sample. The participants were administered a version of the SCID for DSM-III-R that was modified for the American Indian Vietnam Veterans Project and further adapted in the American Indian Services Utilization, Psychiatric Epidemiology, Risk and Protective Factors Project (7). As in the American Indian Vietnam Veterans Project and the latter studies, several modules were eliminated from the SCID because of the low rate of the disorders in question (Table 1). Minor modifications of the SCID were made in the American Indian Vietnam Veterans Project to render some questions more culturally relevant. Two American Indian Vietnam Veterans Project psychiatrists were selected and trained to administer the SCID. Both had extensive experience working with American Indians and PTSD in cross-cultural settings. The interviewers were trained to administer the SCID in the same manner as in the American Indian Vietnam Veterans Project and the American Indian Services Utilization, Psychiatric Epidemiology, Risk and Protective Factors Project. Videotapes created specifically for the latter projects were used to assess interrater reliability, with an average kappa >0.80 obtained by both interviewers. Once enrolled, the participants were randomly assigned to either of two conditions: 1) a real-time interactive videoconference followed by a face-to-face interview or 2) a face-to-face interview followed by a real-time interactive videoconference. The paired SCIDs were to be completed within 2 weeks of each other (average time between interviews, 10.8 days). The face-to-face interviews were conducted at a private office in the community. For the real-time interactive videoconferencing, the participants were seen at the Tribal Veterans Program; the interviewer was located in Denver. Interviews took between approximately 80 and 90 minutes to complete in both conditions. No one else was present during the interviews.

The interviews were conducted in 2003, spanning 12 months, in four cohorts of approximately 10–15 participants each. Completed SCIDs were keyed into a computer; the resulting data were transformed into an SPSS file (10), cleaned, and organized in system files for analyses. In order to determine if the interview sequence had an effect on the diagnosis of disorders, a paired T test for dependent samples was performed; no significant difference was found. The prevalence of each diagnosis was calculated for both assessment modalities. In order to compare the proportion of participants with a particular diagnosis from the face-to-face session to the proportion from the videoconference session, McNemar's test for dependent data was used (11). Interrater reliability between the two administration modalities was assessed with the kappa statistic, which accounts for agreement that occurs by chance. Cutoff values suggested by Byrt (12) were used to classify kappa estimates as excellent (>0.92), good/very good (>0.6), and fair (>0.4). One limitation of the kappa statistic is that it tends to be underestimated when the true prevalence in the population of interest is low (13). Because the prevalence of several of the diagnoses was low in this population, the percent agreement was also calculated (13). An emerging pattern led to further examination of the kappas by diagnoses that can be classified as internalizing or externalizing disorders. Grouping diagnoses in these terms was informed by an analysis from the National Comorbidity Survey (14); kappa statistics were calculated for past month.

SHORE, SAVIN, ORTON, ET AL.

| | Lifetime | | | | |
| Live | | Telehealth | | Percent | |
| N | % | N | % | Agreement | Kappa |
|---|---|---|---|---|---|
| 2 | 3.8 | 1 | 1.9 | 94.0 | −0.03 |
| 48 | 90.6 | 47 | 88.7 | 91.0 | 0.49 |
| 50 | 94.3 | 48 | 90.6 | 96.0 | 0.73 |
| 10 | 18.9 | 9 | 17.0 | 76.0 | 0.17 |
| 22 | 41.5 | 24 | 45.3 | 89.0 | 0.77 |
| 26 | 49.1 | 28 | 52.8 | 85.0 | 0.70 |
| 12 | 22.6 | 9 | 17.0 | 72.0 | 0.11 |
| 48 | 90.6 | 48 | 90.6 | 92.0 | 0.56 |
| 50 | 94.3 | 49 | 92.5 | 98.0 | 0.85 |
| 20 | 37.7 | 16 | 30.2 | 66.0 | 0.25 |
| 18 | 34.0 | 17 | 32.1 | 60.0 | 0.11 |
| 7 | 13.2 | 8 | 15.1 | 87.0 | 0.46 |
| 33 | 62.3 | 35 | 66.0 | 89.0 | 0.75 |

## Results

The sample was relatively homogenous. All subjects were American Indian male Vietnam-theater and -era veterans from a Northern Plains tribe. The mean and median age was 54 years (range=46–71). Ninety percent had been previously married, and 32% were currently married. Half of the sample (53%) had completed some form of higher education, and 30% had completed high school/the graduate educational development (GED) test or trade school. Table 1 presents the prevalence and reliabilities by diagnosis for the past month, the past year, and lifetime by modality. With the exception of past-year substance dependence and abuse/dependence combined, there were no significant differences in prevalence between the face-to-face and live interactive videoconferencing modalities. Percent agreement between modalities was greater than 80%, except for lifetime drug abuse (76%), lifetime substance abuse (72%), and lifetime major depressive disorder (66%). The majority (76%) of kappa statistics were classified as good agreement or fair agreement (greater than 0.6) (12). Externalizing disorders elicited a higher kappa (0.73) than internalizing disorders (0.53).

## Discussion

This is the first study, to our knowledge, to examine the diagnostic reliability of administering a structured clinical interview by means of videoconferencing to American Indians. We believe that it is also the largest reliability study of the administration of the SCID by these means and the first to examine the reliability for PTSD, substance abuse and dependence, generalized anxiety disorder, and antisocial personality disorder. Overall, with some notable exceptions, SCID assessments by videoconferencing did not differ significantly from those obtained in face-to-face interviews.

Our data indicate that, with the exception of PTSD, SCID assessments by videoconferencing with this population may more easily detect externalizing disorders. The criteria for externalizing disorders are more behavioral and less subjective by nature, possibly rendering these symptoms easier to elicit through this modality. It may be more difficult to engage individuals with internalizing disorders through videoconferencing and thus identify relevant symptoms. PTSD possibly represents a unique internalizing diagnosis, one in which the real-time interactive videoconferencing actually enhances symptom reporting (3).

This study has several limitations. The 2-week interval between interviews could have introduced symptom changes affecting the reliability of current diagnoses. The low prevalence of certain disorders precluded meaningful conclusions about diagnostic reliability. The high prevalence and comorbidity of most conditions may have complicated the diagnosis of any specific disorder. The ethnic homogeneity limits our ability to generalize these findings to other populations.

Despite its limitations, this study represents an important first step toward understanding the diagnostic reliability of administering important clinical tools such as the SCID among American Indian veterans. This is especially timely because clinical work along these lines is already in process (4). The next steps should include determining the impact of cultural factors on this technology and identifying additional clinical tools for telepsychiatric application and adaptations needed in clinical and research protocols to improve the reliability of telepsychiatric assessment.

The capacity of this technology must be better understood in order to bend it to our clinical and research needs, with American Indians as well as other rural minority populations to fulfill its promise of increasing both access and quality of care.

Received Nov. 2, 2005; revision received Feb. 1, 2006; accepted April 7, 2006. From the American Indian and Alaska Native Programs, University of Colorado Health Sciences Center. Address correspondence and reprint requests to Dr. Shore, American Indian and Alaska Native Programs, University of Colorado Health Sciences Center, Nighthorse Campbell Native Health Building, Mail Stop F800, P.O. Box 6508, Aurora, CO 80045-0508; jay.shore@uchsc.edu (e-mail).

All authors report no competing interests.

Supported by grants 1F32-MH-63527-01A1 (to Dr. Shore, principal investigator) and P60-MD-000507 (to Dr. Manson, principal investigator).

TELEPSYCHIATRY IN VETERANS

## References

1. Dixon Mar Y (ed): Promises to Keep: Public Health Policy for American Indians and Alaska Natives in the 21st Century. Washington, DC, American Public Health Association, 2001

2. Shore JH, Manson SM: A developmental model for rural telepsychiatry. Psychiatr Serv 2005; 56:976–980

3. Shore JH, Manson SM: The American Indian veteran and post-traumatic stress disorder: a telehealth assessment and formulation. Cult Med Psychiatry 2004; 28:231–243

4. Shore JH, Manson SM: Telepsychiatric care of American Indian veterans with post-traumatic stress disorder: bridging gaps in geography, organizations, and culture. Telemed J E-Health 2004; 10(suppl 2):64–69

5. Monnier J, Knapp RG, Frueh BC: Recent advances in telepsychiatry: an updated review. Psychiatr Serv 2003; 54:1604–1609

6. Ruskin PE, Reed S, Kumar R, Kling MA, Siegel E, Rosen M, Hauser P: Reliability and acceptability of psychiatric diagnosis via telecommunication and audiovisual technology. Psychiatr Serv 1998; 49:1086–1088

7. Beals J, Novins DK, Spicer P, Orton HD, Mitchell CM, Baron AE, Manson SM, Big Crow CK, Buchwald D, Chambers B, Christensen ML, Dillard DA, DuBray K, Espinoza PA, Flemming CM, Frederick AW, Gurley D, Jervis LL, Jim SM, Kaufman CE, Keane EM, Klein SA, Lee D, McNutly MC, Middlebrook DL, Moore LA, Nez TD, Norton IM, Randall CJ, Sam A, Shore JH, Simpson SG, Yazzie LL, the American Indian Services Utilization, Psychiatric Epidemiology, Risk and Protective Factors Project Team: Challenges in operationalizing the DSM-IV clinical significance criterion. Arch Gen Psychiatry 2004; 61:1197–1207

8. National Center for Post-Traumatic Stress Disorder and the National Center for American Indian and Alaska Native Mental Health Research: Matsunaga Vietnam Veterans Project. White River Junction, Vt, 1996

9. Hintze JL: Power Analysis and Sample Size (PASS) for Windows User's Guide. Kaysville, Utah, NCSS, 2000

10. Statistical Package for the Social Sciences. Chicago, SPSS, 2001

11. Rosner B: Fundamentals of Biostatistics. Pacific Grove, Calif, Duxbury, 2000

12. Byrt T: How good is agreement? Epidemiology 1996; 7:561

13. Szklo M, Nieto F: Epidemiology: Beyond the Basics. Gaithersburg, Md, Aspen, 2000

14. Krueger RF: The structure of common mental disorders. Arch Gen Psychiatry 1999; 56:921–926

# BMC Psychiatry


BioMed Central

Research article

Open Access

## Accuracy of telepsychiatric assessment of new routine outpatient referrals

Surendra P Singh*[1], Dinesh Arya[2] and Trish Peters[3]

Address: [1]Wolverhampton City Primary Care Trust, Mental Health Directorate, Steps to Health, Showell Circus, Low Hill, Wolverhampton WV10 9TH; University of Wolverhampton, UK, [2]Hawkes Bay District Health Board, Hawkes Bay Hospital, Omahu Road, Private Bag 9014, Hastings, New Zealand and [3]Mental Health Unit, Suite 1, Napier Health Centre, Hawkes Bay District Health Board, 76 Wellselsey Road, PO Box 447, Napier, New Zealand

Email: Surendra P Singh* - spd@mediware.it; Dinesh Arya - Dinesh.Arya@hawkesbaydhb.govt.nz; Trish Peters - Trish.Peters@hawkesbaydhb.govt.nz

* Corresponding author

Published: 5 October 2007

BMC Psychiatry 2007, 7:55    doi:10.1186/1471-244X-7-55

Received: 11 April 2007
Accepted: 5 October 2007

This article is available from: http://www.biomedcentral.com/1471-244X/7/55

© 2007 Singh et al; licensee BioMed Central Ltd.
This is an Open Access article distributed under the terms of the Creative Commons Attribution License (http://creativecommons.org/licenses/by/2.0), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

## Abstract

**Background:** Studies on the feasibility of telepsychiatry tend to concentrate only on a subset of clinical parameters. In contrast, this study utilises data from a comprehensive assessment. The main objective of this study is to compare the accuracy of findings from telepsychiatry with those from face to face interviews.

**Method:** This is a primary, cross-sectional, single-cluster, balanced crossover, blind study involving new routine psychiatric referrals. Thirty-seven out of forty cases fulfilling the selection criteria went through a complete set of independent face to face and video assessments by the researchers who were blind to each other's findings.

**Results:** The accuracy ratio of the pooled results for DSM-IV diagnoses, risk assessment, non-drug and drug interventions were all above 0.76, and the combined overall accuracy ratio was 0.81. There were substantial intermethod agreements for Cohen's kappa on all the major components of evaluation except on the Risk Assessment Scale where there was only weak agreement.

**Conclusion:** Telepsychiatric assessment is a dependable method of assessment with a high degree of accuracy and substantial overall intermethod agreement when compared with standard face to face interview for new routine outpatient psychiatric referrals.

## Background

Verbal information and visual cues are major and primary ingredients of psychiatric assessment. The sounds and images transmitted through video-conferencing are equivalent to these two parameters respectively. Other factors such as empathy and rapport are also crucial and their influence on the outcome of assessment is well understood but not well quantified. The assumption that video-conferencing would provide results equivalent to those from face-to-face psychiatric interview is related to these corollaries and requires testing and quantification. Trust and confidence in using this technology can be greatly enhanced if this assumption is proved true. In view of rapid developments in hardware, wireless technology and data-transmission, psychiatric intervention through video-conferencing (telepsychiatry) can be an effective mode of service delivery, especially for remotely located population clusters.

*BMC Psychiatry* 2007, **7**:55                                      http://www.biomedcentral.com/1471-244X/7/55

Meeting mental health needs for remotely and sparsely populated communities has been a challenge to service providers due to various factors including resource constrains and difficulty in recruitment of mental health staff. Attempts have been made to address these concerns through the use of new and emerging technologies. When such new methods are used for clinical assessment, there is bound to be inherent uncertainties as to whether these new methods are as reliable, sensitive and accurate as existing methods of clinical assessment.

Although several studies [1-4] can be found on pilot projects and the feasibility of telepsychiatry, it seems that to date none have attempted to test a predetermined hypothesis for a complete set of clinical parameters in adult psychiatry. Earlier reviews [5-7] were complemented by evaluation of psychiatric assessment using the telephony system [8], video recording [9] and then video-conferencing [10,11]. A recent study [12] demonstrated usefulness of telepsychiatry as a valuable clinical and research tool. However, most of these studies focussed narrowly on the diagnostic aspect of psychiatric assessment. Other studies have attempted to deal with psychopathology [13,14], cost and feasibility [15,16], user satisfaction [3,17], acceptability [18] and psychological intervention [19,20]. The authors of this study failed to identify studies of reasonable quality on complete and comprehensive assessments of new psychiatric referrals in a general adult outpatient clinic.

This study attempts to detect the level of intermethod agreement between telepsychiatric assessment and face-to-face interview for routine new outpatient referrals to the general adult psychiatric unit. It is anticipated that there is a high level of agreement between conclusions drawn from psychiatric interviews through video-conferencing (V) and the standard method of face-to-face psychiatric assessment (S) for diagnosis, risk assessment and clinical intervention. This study aims to test this assumption.

## Methods
### Setting and participants
The study was conducted at Hawkes Bay Health Care, which provides a National Health Service to the Hawkes Bay and Chatham Island areas of New Zealand (NZ). The study was approved by the Hawkes Bay Ethics Committee, New Zealand. The sample consisted of consecutive new adult psychiatric referrals to the Napier Community Mental Health Team (NCMHT). They belonged to the 19 to 65 age group, were not under care of the NCMHT and had not received care for any mental health issue from this unit for a period of at least 6 months at the time of referral. Cases requiring urgent assessment or home visit were excluded.

In clinical practice, the outcome of the standard method of face-to-face assessment (S) is always supposed to be accurate. Accordingly, using method S as the gold standard, the results from V can be classified as 'accurate' if the outcome is identical to that from S for a given attribute, or as 'inaccurate' if there is disagreement between methods S and V. For the purpose of this study, the accuracy ratio (AR) is defined as the risk ratio (RR) between the accurate outcomes of video-assessment (V) and the results from face-to-face assessment (S). Assuming an AR of 0.95 or above for face-to-face assessment and results of video-assessment at a significance level of 0.05 and a power of 0.8, a sample size of 34 for each method would suffice to detect a difference of 15% or more between these two methods of assessment [21]. Accordingly, a sample of 40 participants based on single stage cluster sampling was considered to be adequate for this two-way, within subjects, crossed balanced design. The data derived from this study was also used for calculation of Cohen's kappa (CK) and its bootstrap confidence interval.

From the 40 consecutive new psychiatric referrals fulfilling above criteria, two cases declined to participate and one case could not be located. A written informed consent was obtained from all remaining 37 cases and they all went through their complete intended assessments. The referral period extended from 26 February 2001 to 15 May 2001 and the assessments were completed between 23 March 2001 and 17 May 2001.

### Assessment procedure
The assessment order for each method and for each psychiatrist was predetermined using a method of random allocation. The whole list was randomly divided into the two sub-lists, then participants were randomly allocated to have their first assessment either by researcher R1 or R2. The randomly selected half of the cases of each researcher (R1 and R2) had their first assessment by method S and the remaining half had their first assessment by method V. The second assessment (S or V as appropriate) of each individual case was subsequently completed by the other researcher (R1 or R2). The details of the randomisations and assessment procedures have been displayed in Figure 1.

None of the researchers had prior experience of conducting formal telepsychiatric interviews for clinical care. Prior to initiating the research assessments, the researchers spent one session to familiarise with the equipment, and two sessions practising on known cases to evaluate and compare their findings in order to enhance their interrater agreement.

All face-to-face interviews were conducted at Hastings, while video assessment was carried out from Wairoa, 140

*BMC Psychiatry* 2007, **7**:55                    http://www.biomedcentral.com/1471-244X/7/55



**Figure I**
**The sample randomisation**. The numbers in the boxes are the serial numbers of the sample cases. Those crossed are drop-outs.

km away. All participants underwent both methods of assessment; each participant having one assessment on video by one psychiatrist and one face-to-face interview by the other psychiatrist. The interviewers utilised their own usual practice of clinical interview to resemble a standard outpatient setting.

The main confounding variables likely to influence the level of agreement are; bias between the researchers doing the assessments, duration of interview, use of interpreter, order-effect (effect on the second interview due to practice or residual memory from the first interview) and the time interval between the two methods of interview. The influence of such biases was minimised by adopting a crossover design and assigning an equal number of cases to each of the interviewing psychiatrists, to each interview meth-

ods, and to each order of assessments (S followed by V and V followed by S). The researchers were not aware of each others findings while assessing an individual participant. Both assessments for each participant were completed on the same date and each assessment lasted up to 60 minutes. If an interpreter was involved, he/she had to attend both sessions for that given case.

Video-Conferencing Units were available at Wairoa and Hastings. Both centres were equipped with a PictureTel Venue 2000 model 50 with 29 inch colour TV and were linked with a 384 KB (128 KB × 3) bandwidth ISDN line. Scanning and zooming of each of these video-conferencing units could be remotely controlled by the interviewer or by the interviewee. The Picture-in-picture (PIP) facility

*BMC Psychiatry* 2007, **7**:55    http://www.biomedcentral.com/1471-244X/7/55

was not used on the interviewee side to prevent unnecessary distraction during the interview.

### Diagnostic tools, scales and data

Diagnoses on the DSM-IV axes were based on the method described in the Decision Trees for Differential Diagnosis of the Handbook [22] with assistance from the manual when required. A Risk Assessment Schedule (RAS) was adopted from the guidelines for assessment of risk factors identified by the NZ Ministry of Health [23]. This scale has not been tested for its reliability and validity and is included in the appendix for information [Appendix-I]. A List of Psychiatric Intervention (LIPI, Appendix-II) was developed to record options of admission/discharge/follow up, investigations, psychological intervention and community support. Primarily, this is a list of clinical decisions to select if applicable. The details of any pharmacological intervention were also recorded in a structured format.

The full diagnostic code for the DSM-IV-Axis-1, the presence or absence of diagnoses on Axis2 and Axis-3, the applicability or non-applicability of DSM-IV-Axis-4 questions and the score for DSM-IV-Axis-5 Global Assessment of Functioning (GAF) was recorded for each assessment. To confer uniformity, the numerical score of GAF was changed into ordinal type ranging from lower to high categories (A to E) based on a class interval method fulfilling the transformation criteria [24]. The RAS original scoring options of 'NIL' and 'LOW' were merged to 'low', and 'HIGH' and 'VERY HIGH' to 'serious'. This produced three distinct 'low', 'medium' and 'serious' risk categories for the purpose of statistical analysis. Possible responses for items of LIPI scale were dichotomous in nature excepting drug-related outcomes. Clinical decisions for investigations, psychological intervention and community support were summarised on a group wise basis. All medications were classified into nine types for eleven indications, resulting in five drug related initiatives.

Minor adjustments were made to present the data table in an n-by-n format as a pre-requisite for kappa calculation. One DSM-IV Axis-1 diagnosis of disorganised schizophrenia (V, 295.10) was changed to paranoid schizophrenia (295.30) giving a concordant entry; one case of cyclothymic disorder, (S, 301.13) was changed to bipolar disorder (296.56) giving a discordant entry; and one case of factitious disorder (V, 300.16) was changed to somatoform disorder (300.81) giving a concordant pair.

If the number of total diagnoses for a given case differed between methods of assessment, a category of 'NIL' was introduced to reflect the lack of identification of an equivalent diagnosis by the corresponding method. This led to the introduction of 2 concordant pairs and one discordant

pair by the first method of adjustment and 3 discordant pairs arising from 'NIL' categories from the second method of adjustment. The resulting preponderance of discordant pairs over concordant pairs is likely to influence the interpretation against the research hypothesis, rather than in favour of it.

### Statistical evaluation

The test statistics of AR, Risk Difference (RD) and CK were calculated and summarised in accordance with methods described in the standard texts [24-26]. For the purpose of comparisons using AR and RD, an assumption is made that all outcomes from face-to-face assessment are 100% accurate. While using the asymptotic method of computation, some of the upper confidence interval of CK may exceed the permitted value of 1. Techniques like Bias Corrected Accelerated Bootstrap Confidence Interval (BCaCI) [27] and exact p estimate [28] have been advocated to resolve this paradox. Accordingly, this study applied non-parametric BCaCI methodology using 50,000 bootstrap samples with replacement.

The re-sampling was performed in a manner that retained the structural consistency of each subgroup. The techniques of bootstrapping and re-sampling are well established statistical methods and yet are little known in medical literature. The required software codes were developed for these models by the principal author (SPS) using R (version 2.4.1) [29] and were tested against other packages (SPSS, SAS and S-Plus) before data analysis. R is an open source statistical language software from the R Foundation of Statistical Computing, Vienna (ISBN 3-900051-07-0, 2006).

### Results

Of 37 participants, 20 were female and 17 male. Ethnically, there were 27 participants of European descent, 8 were of Maori origin and 2 were from other groups. Their ages ranged between 19.21 and 63.29 years; with an average age of 35.40 years and a standard deviation of 12.46 years.

The presence of statistical significance for the results of ARs in the Table 1 is based on two sided p value of 0.05 or less. The primary data from rows 1 to 30 in Table 1 and from rows 1 to 28 in Table 2 have been re-used to summarise in the remaining rows of their respective tables. This has invariably lead to multiple comparisons and interpretation of the results should reflect this limitation.

The ARs (Table 1) with nil variance (rows 6, 8, 10) were excluded from comparison due to the constant nature of observation data. The results with upper 95% confidence interval of AR>1 (rows 2, 3, 7, 11, 19, 24) were not treated as statistically significant due to the fact that the accuracy

BMC Psychiatry 2007, 7:55                                    http://www.biomedcentral.com/1471-244X/7/55

Table 1: Comparison of results of telepsychiatric assessments and face-to-face interviews

| | Primary attributes and accuracy [1] | Sample | | | Accuracy Ratio Statistics | | | | Risk Difference Statistics | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | A | I | Size | AR | LCI | UCI | p | RD | LCI | UCI | p |
| 01 | DSM-IV Axis 1 | 49 | 5 | 54 | 0.91 | 0.83 | 0.99 | 0.025 | -0.09 | -0.17 | -0.02 | 0.019 |
| 02 | DSM-IV Axis 2 | 34 | 3 | 37 | 0.92 | 0.84 | 1.01 | 0.083 | -0.08 | -0.17 | 0.01 | 0.071 |
| 03 | DSM-IV Axis 3 | 36 | 2 | 38 | 0.95 | 0.88 | 1.02 | 0.157 | -0.05 | -0.12 | 0.02 | 0.146 |
| 04 | DSM-IV Axis 4 Q1 | 31 | 6 | 37 | 0.84 | 0.73 | 0.97 | 0.014 | -0.16 | -0.28 | -0.04 | 0.007 |
| 05 | DSM-IV Axis 4 Q2 | 31 | 6 | 37 | 0.84 | 0.73 | 0.97 | 0.014 | -0.16 | -0.28 | -0.04 | 0.007 |
| 06 | DSM-IV Axis 4 Q3 | 37 | 0 | 37 | 1.00 | 1.00 | 1.00 | NA | 0.00 | 0.00 | 0.00 | NA |
| 07 | DSM-IV Axis 4 Q4 | 36 | 1 | 37 | 0.97 | 0.92 | 1.03 | 0.317 | -0.03 | -0.08 | 0.03 | 0.311 |
| 08 | DSM-IV Axis 4 Q5 | 37 | 0 | 37 | 1.00 | 1.00 | 1.00 | NA | 0.00 | 0.00 | 0.00 | NA |
| 09 | DSM-IV Axis 4 Q6 | 32 | 5 | 37 | 0.86 | 0.76 | 0.98 | 0.025 | -0.14 | -0.25 | -0.02 | 0.016 |
| 10 | DSM-IV Axis 4 Q7 | 37 | 0 | 37 | 1.00 | 1.00 | 1.00 | NA | 0.00 | 0.00 | 0.00 | NA |
| 11 | DSM-IV Axis 4 Q8 | 34 | 3 | 37 | 0.92 | 0.84 | 1.01 | 0.083 | -0.08 | -0.17 | 0.01 | 0.071 |
| 12 | DSM-IV Axis 4 Q9 | 1 | 36 | 37 | 0.03 | 0.00 | 0.19 | 0.000 | -0.97 | -1.03 | -0.92 | 0.000 |
| 13 | DSM-IV Axis 5 | 26 | 11 | 37 | 0.70 | 0.57 | 0.87 | 0.001 | -0.30 | -0.44 | -0.15 | 0.000 |
| 14 | Risk to Self Q1 | 27 | 10 | 37 | 0.73 | 0.60 | 0.89 | 0.002 | -0.27 | -0.41 | -0.13 | 0.000 |
| 15 | Risk to Self Q2 | 29 | 8 | 37 | 0.78 | 0.66 | 0.93 | 0.005 | -0.22 | -0.35 | -0.08 | 0.001 |
| 16 | Risk to Self Q3 | 28 | 9 | 37 | 0.76 | 0.63 | 0.91 | 0.003 | -0.24 | -0.38 | -0.10 | 0.001 |
| 17 | Risk to Self Q4 | 28 | 9 | 37 | 0.76 | 0.63 | 0.91 | 0.003 | -0.24 | -0.38 | -0.10 | 0.001 |
| 18 | Risk to Others Q1 | 28 | 9 | 37 | 0.76 | 0.63 | 0.91 | 0.003 | -0.24 | -0.38 | -0.10 | 0.001 |
| 19 | Risk to Others Q2 | 35 | 2 | 37 | 0.95 | 0.88 | 1.02 | 0.157 | -0.05 | -0.13 | 0.02 | 0.146 |
| 20 | Risk to Others Q3 | 33 | 4 | 37 | 0.89 | 0.80 | 1.00 | 0.046 | -0.11 | -0.21 | -0.01 | 0.034 |
| 21 | Risk to Others Q4 | 32 | 5 | 37 | 0.86 | 0.76 | 0.98 | 0.025 | -0.14 | -0.25 | -0.02 | 0.016 |
| 22 | Risk to Others Q5 | 33 | 4 | 37 | 0.89 | 0.80 | 1.00 | 0.046 | -0.11 | -0.21 | -0.01 | 0.034 |
| 23 | Risk to Others Q6 | 29 | 8 | 37 | 0.78 | 0.66 | 0.93 | 0.005 | -0.22 | -0.35 | -0.08 | 0.001 |
| 24 | Admit-Discharge-Follow-up | 34 | 3 | 37 | 0.92 | 0.84 | 1.01 | 0.083 | -0.08 | -0.17 | 0.01 | 0.071 |
| 25 | Investigations | 25 | 12 | 37 | 0.68 | 0.54 | 0.84 | 0.001 | -0.32 | -0.48 | -0.17 | 0.000 |
| 26 | Psychological Input | 26 | 11 | 37 | 0.70 | 0.57 | 0.87 | 0.001 | -0.30 | -0.44 | -0.15 | 0.000 |
| 27 | Community Support | 29 | 8 | 37 | 0.78 | 0.66 | 0.93 | 0.005 | -0.22 | -0.35 | -0.08 | 0.001 |
| 28 | Drug Type [3] | 64 | 11 | 75 | 0.85 | 0.78 | 0.94 | 0.001 | -0.15 | -0.23 | -0.07 | 0.000 |
| 29 | Drug Action [4] | 58 | 17 | 75 | 0.77 | 0.68 | 0.87 | 0.000 | -0.23 | -0.32 | -0.13 | 0.000 |
| 30 | Drug Indication [5] | 49 | 26 | 75 | 0.65 | 0.55 | 0.77 | 0.000 | -0.35 | -0.45 | -0.24 | 0.000 |

**Main Attributes**

| | | A | I | Size | AR | LCI | UCI | p | RD | LCI | UCI | p |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | DSM-IV Axis 1 (1) [2] | 49 | 5 | 54 | 0.91 | 0.83 | 0.99 | 0.025 | -0.09 | -0.17 | -0.02 | 0.019 |
| 32 | DSM-IV Axis 2 (2) | 34 | 3 | 37 | 0.92 | 0.84 | 1.01 | 0.083 | -0.08 | -0.17 | 0.01 | 0.071 |
| 33 | DSM-IV Axis 3 (3) | 36 | 2 | 38 | 0.95 | 0.88 | 1.02 | 0.157 | -0.05 | -0.12 | 0.02 | 0.146 |
| 34 | DSM-IV Axis 4 (4:12) | 276 | 57 | 333 | 0.83 | 0.79 | 0.87 | 0.000 | -0.17 | -0.21 | -0.13 | 0.000 |
| 35 | DSM-IV Axis 5 (13) | 26 | 11 | 37 | 0.70 | 0.57 | 0.87 | 0.001 | -0.30 | -0.44 | -0.15 | 0.000 |
| 36 | Risk to Self (14:17) | 112 | 36 | 148 | 0.76 | 0.69 | 0.83 | 0.000 | -0.24 | -0.31 | -0.17 | 0.000 |
| 37 | Risk to Others (18:23) | 190 | 32 | 222 | 0.86 | 0.81 | 0.90 | 0.000 | -0.14 | -0.19 | -0.10 | 0.000 |
| 38 | Admit-Discharge-Follow-up (24) | 34 | 3 | 37 | 0.92 | 0.84 | 1.01 | 0.083 | -0.08 | -0.17 | 0.01 | 0.071 |
| 39 | Investigations (25) | 25 | 12 | 37 | 0.68 | 0.54 | 0.84 | 0.001 | -0.32 | -0.48 | -0.17 | 0.000 |
| 40 | Psychological Input (26) | 26 | 11 | 37 | 0.70 | 0.57 | 0.87 | 0.001 | -0.30 | -0.44 | -0.15 | 0.000 |
| 41 | Community Support (27) | 29 | 8 | 37 | 0.78 | 0.66 | 0.93 | 0.005 | -0.22 | -0.35 | -0.08 | 0.001 |
| 42 | Drug Type (28) | 64 | 11 | 75 | 0.85 | 0.78 | 0.94 | 0.001 | -0.15 | -0.23 | -0.07 | 0.000 |
| 43 | Drug Action (29) | 58 | 17 | 75 | 0.77 | 0.68 | 0.87 | 0.000 | -0.23 | -0.32 | -0.13 | 0.000 |
| 44 | Drug Indication (30) | 49 | 26 | 75 | 0.65 | 0.55 | 0.77 | 0.000 | -0.35 | -0.45 | -0.24 | 0.000 |

**Major Attributes**

| | | A | I | Size | AR | LCI | UCI | p | RD | LCI | UCI | p |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 45 | DSM Diagnosis (1:13) | 421 | 78 | 499 | 0.84 | 0.81 | 0.88 | 0.000 | -0.16 | -0.19 | -0.12 | 0.000 |

*BMC Psychiatry* 2007, **7**:55                                      http://www.biomedcentral.com/1471-244X/7/55

**Table 1: Comparison of results of telepsychiatric assessments and face-to-face interviews** *(Continued)*

| 46 | Risks (14:23) | 302 | 68 | 370 | 0.82 | 0.78 | 0.86 | 0.000 | -0.18 | -0.22 | -0.14 | 0.000 |
| 47 | Non-Drug Intervention (24:27) | 114 | 34 | 148 | 0.77 | 0.71 | 0.84 | 0.000 | -0.23 | -0.30 | -0.16 | 0.000 |
| 48 | Drug Intervention (28:30) | 171 | 54 | 225 | 0.76 | 0.71 | 0.82 | 0.000 | -0.24 | -0.30 | -0.18 | 0.000 |
| **Overall** | | | | | | | | | | | | |
| 49 | **Overall Result (1:30)** | 1008 | 234 | 1242 | 0.81 | 0.79 | 0.83 | 0.000 | -0.19 | -0.21 | -0.17 | 0.000 |

[1] A: Accurate outcome, I: Inaccurate Outcome, AR: Accuracy Ratio (Risk Ratio), LCI: Lower 95% Confidence Interval, UCI: Upper 95% Confidence Interval, RD: Risk Difference when the sample statistics compared with Accuracy (Risk) of 1 for the face-to-face interview. All approximated p values are more than zero.

[2] Numbers in brackets represent index number of primary attributes serialised in the previous rows.

[3] Drug Types- Atypical Antipsychotic, Mood Stabilizer, Tricyclic Antidepressant, Newer Antidepressant, Other Antidepressant, Benzodiazepine Group, Non-Benzodiazepine Anxolytic, Anti-Parkinsonian, and 'No Medication'.

[4] Drug related actions were grouped into 'New Prescription', 'Continuation of previously prescribed medication with no change', and 'Adjustment of previously prescribed medication'.

[5] Drug Indications were categorised for Positive Psychotic Symptoms, Manic symptoms, Bipolar Disorder, Depression, Anxiety and Associated Symptoms, Drugs for Side Effects (e.g. Anti-parkinsonian), Hypnotics, and Use of Drugs' sedative effect for anxiety control and sleep.

**Table 2: Cohen's Kappa results of intermethod and interviewers assessments**

| SN | Primary Attributes | Size[1] | Group[2] | Standard vs Video | | | Interviewers | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CK[3] | LCI[4] | UCI[4] | CK[3] | LCI[4] | UCI[4] |
| 1 | DSM-IV Axis 1 | 54 | 26 | **0.90** | 0.28 | 1.00 | **0.90** | 0.33 | 1.00 |
| 2 | DSM-IV Axis 2 | 37 | 2 | 0.62 | -0.04 | 0.87 | **0.63** | 0.21 | 0.87 |
| 3 | DSM-IV Axis 3 | 38 | 2 | **0.84** | 0.49 | 0.93 | **0.84** | 0.49 | 0.93 |
| 4 | DSM-IV Axis 4 Q1 | 37 | 2 | **0.57** | 0.25 | 0.82 | **0.57** | 0.22 | 0.83 |
| 5 | DSM-IV Axis 4 Q2 | 37 | 2 | 0.17 | -0.11 | 0.72 | 0.18 | -0.09 | 0.68 |
| 6 | DSM-IV Axis 4 Q3 | 37 | 2 | **0.85** | 0.66 | 0.91 | **0.85** | 0.66 | 0.91 |
| 7 | DSM-IV Axis 4 Q4 | 37 | 2 | **0.87** | 0.65 | 0.94 | **0.87** | 0.65 | 0.94 |
| 8 | DSM-IV Axis 4 Q5 | 37 | 2 | **0.66** | NA | NA | **0.66** | NA | NA |
| 9 | DSM-IV Axis 4 Q6 | 37 | 2 | **0.55** | 0.18 | 0.84 | **0.54** | 0.13 | 0.84 |
| 10 | DSM-IV Axis 4 Q8 | 37 | 2 | 0.36 | -0.07 | 0.79 | 0.37 | -0.08 | 0.54 |
| 11 | DSM-IV Axis 5[5] | 37 | 5 | **0.89** | 0.81 | 0.94 | **0.89** | 0.81 | 0.94 |
| 12 | Risk to self Q1[5] | 37 | 3 | **0.66** | 0.39 | 0.86 | **0.65** | 0.39 | 0.86 |
| 13 | Risk to self Q2[5] | 37 | 3 | **0.68** | 0.34 | 0.86 | **0.68** | 0.37 | 0.86 |
| 14 | Risk to self Q3[5] | 37 | 3 | 0.55 | -0.11 | 0.73 | **0.55** | 0.22 | 0.80 |
| 15 | Risk to self Q4[5] | 37 | 3 | 0.45 | -0.11 | 0.68 | **0.45** | 0.12 | 0.79 |
| 16 | Risk to others Q1[5] | 37 | 3 | **0.62** | 0.27 | 0.86 | **0.62** | 0.27 | 0.86 |
| 17 | Risk to others Q2[5] | 37 | 3 | **0.82** | 0.30 | 1.00 | **0.82** | 0.37 | 1.00 |
| 18 | Risk to others Q3[5] | 37 | 2 | -0.04 | -0.10 | -0.03 | -0.04 | -0.10 | -0.03 |
| 19 | Risk to others Q4[5] | 37 | 3 | 0.55 | -0.11 | 0.78 | 0.55 | -0.06 | 0.78 |
| 20 | Risk to others Q5[5] | 37 | 2 | 0.44 | -0.07 | 0.84 | 0.44 | -0.06 | 0.84 |
| 21 | Risk to others Q6[5] | 37 | 3 | 0.41 | -0.13 | 0.66 | 0.41 | -0.12 | 0.66 |
| 22 | Admit-Discharge-Follow up | 37 | 3 | **0.76** | 0.37 | 0.93 | **0.76** | 0.37 | 0.93 |

BMC Psychiatry 2007, **7**:55                                  http://www.biomedcentral.com/1471-244X/7/55

**Table 2: Cohen's Kappa results of intermethod and interviewers assessments** *(Continued)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 23 | Investigations | 37 | 2 | 0.29 | -0.03 | 0.59 | 0.30 | -0.02 | 0.59 |
| 24 | Psychological Input | 37 | 2 | 0.16 | -0.17 | 0.53 | 0.18 | -0.12 | 0.54 |
| 25 | Community Support | 37 | 2 | **0.55** | 0.22 | 0.78 | **0.56** | 0.25 | 0.78 |
| 26 | Drug Type [6] | 75 | 9 | **0.83** | 0.61 | 0.90 | **0.82** | 0.52 | 0.90 |
| 27 | Drug Action [6] | 75 | 5 | **0.67** | 0.52 | 0.79 | **0.66** | 0.52 | 0.79 |
| 28 | Drug Indication [6] | 75 | 11 | **0.59** | 0.35 | 0.74 | **0.59** | 0.35 | 0.76 |

**Main Attributes**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 29 | DSM-IV Axis 1 (1) | 54 | 26 | **0.90** | 0.28 | 1.00 | **0.90** | 0.33 | 1.00 |
| 30 | DSM-IV Axis 2 (2) | 37 | 2 | 0.62 | -0.04 | 0.87 | **0.63** | 0.21 | 0.87 |
| 31 | DSM-IV Axis 3 (3) | 38 | 2 | **0.84** | 0.49 | 0.93 | **0.84** | 0.49 | 0.93 |
| 32 | DSM-IV Axis 4 (4:10) | 259 | 14 | **0.65** | 0.52 | 0.78 | **0.65** | 0.52 | 0.78 |
| 33 | DSM-IV Axis 5 (11) | 37 | 5 | **0.89** | 0.81 | 0.94 | **0.89** | 0.81 | 0.94 |
| 34 | Risk to self (12:15) | 148 | 12 | **0.61** | 0.48 | 0.75 | **0.61** | 0.48 | 0.75 |
| 35 | Risk to Others (16:21) | 222 | 16 | 0.05 | -0.01 | 0.11 | 0.05 | -0.01 | 0.11 |
| 36 | Admit-Discharge-Follow up (22) | 37 | 3 | **0.76** | 0.37 | 0.93 | **0.76** | 0.37 | 0.93 |
| 37 | Investigations (23) | 37 | 2 | 0.29 | -0.03 | 0.59 | 0.30 | -0.02 | 0.59 |
| 38 | Psychological Input (24) | 37 | 2 | 0.16 | -0.17 | 0.53 | 0.18 | -0.12 | 0.54 |
| 39 | Community Support (25) | 37 | 2 | **0.55** | 0.22 | 0.78 | **0.56** | 0.25 | 0.78 |
| 40 | Drug Type (26) | 75 | 9 | **0.83** | 0.61 | 0.90 | **0.82** | 0.52 | 0.90 |
| 41 | Drug Action (27) | 75 | 5 | **0.67** | 0.52 | 0.79 | **0.66** | 0.52 | 0.79 |
| 42 | Drug Indication (28) | 75 | 11 | **0.59** | 0.35 | 0.74 | **0.59** | 0.35 | 0.76 |

**Major Attributes**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 43 | DSM-IV (1:11) | 425 | 49 | **0.86** | 0.81 | 0.90 | **0.86** | 0.81 | 0.90 |
| 44 | Risks (12:21) | 370 | 28 | **0.14** | 0.08 | 0.19 | **0.14** | 0.09 | 0.19 |
| 45 | Non-Drug Intervention (22:25) | 148 | 9 | **0.49** | 0.35 | 0.64 | **0.49** | 0.35 | 0.64 |
| 46 | Drug Intervention (26:28) | 225 | 25 | **0.72** | 0.66 | 0.79 | **0.72** | 0.66 | 0.79 |

**Overall**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 47 | Overall Result (1:28) | 1168 | 111 | **0.60** | 0.57 | 0.63 | **0.60** | 0.57 | 0.63 |

[1] The column 'Size' constitutes the number of total sample points used for assessments.

[2] The column 'Group' stands for the number of total categories of results e.g. all diagnoses with Paranoid Schizophrenia will make one group.

[3] CK: Cohen's Kappa values derived from 'n by n' table made from the Groups. The significant values (Lower CI more than 0) are printed in bold. The summary CK results in the rows from 29 to 47 are based on "Inverse Variance method" using CKs and variances from previous rows displayed in the brackets for the respective assessments.

[4] 95% Lower & Upper Confidence Intervals (LCI and UCI) from the rows 1 to 28 are derived from non-parametric Bias Corrected Accelerated (BCa) variance from 50,000 bootstrap samples with replacement. The summary LCIs and UCIs in the rows from 29 to 47 are based on "Inverse Variance method" using CKs and original variances from previous rows are displayed in the brackets for the respective assessments.

[5] Weighted Kappa using "square error weights" were computed for ordinal observations where applicable.

[6] The definitions for Drug Type, Drug Action and Drug Indication are same as in the Table 1.

ratio cannot exceed a maximum value of 1. Using these criteria, all the remaining observations of the 'primary attributes' are both valid and statistically significant between 0.65 and 0.91 excepting one of the items (row 12) in Axis 4 of the DSM. The pooled ARs for the main attributes (rows 31, 34 to 37, and 39 to 44) and major

attributes (rows 45 to 48) are from 0.65 to 0.91 and from 0.76 to 0.84 respectively. The overall AR (row 49) for the combined assessments is 0.81.

The criteria described in the previous paragraph were also applied for RDs (Table 1). Accordingly, all the valid obser-

*BMC Psychiatry* 2007, **7**:55    http://www.biomedcentral.com/1471-244X/7/55

**Table 3:**

**RAS (Risk Assessment Schedule)**
Enter the RISK in terms of NIL, LOW, MEDIUM, HIGH & VERY HIGH Risk.

| MENTAL STATE (RAS – 1) | N | L | M | H | V |
|---|---|---|---|---|---|
| **Behaviour** | | | | | |
| • Dangerous or threatening actions | N | L | M | H | V |
| • Verbal/non-verbal risks | N | L | M | H | V |
| • Deliberate self harm | N | L | M | H | V |
| • Aggression | N | L | M | H | V |
| **Affect** | | | | | |
| • Arousal, anger, hostility, irritability, suspiciousness, fear | N | L | M | H | V |
| • Low mood or elevated mood | N | L | M | H | V |
| **Cognition** | | | | | |
| • Fantasies of deliberate self harm or harm to others | N | L | M | H | V |
| • Persecutory thoughts, delusions | N | L | M | H | V |
| • External control | N | L | M | H | V |
| • Confusion | N | L | M | H | V |
| • Preoccupation, obsession, jealousy | N | L | M | H | V |
| • Control over-ride | N | L | M | H | V |
| • Cultural beliefs | N | L | M | H | V |
| **Perceptions** | | | | | |
| • Command hallucinations | N | L | M | H | V |
| • Misidentification | N | L | M | H | V |
| • Matakite | N | L | M | H | V |
| **ENVIRONMENTAL/CURRENT FACTORS (RAS – 2)** | N | L | M | H | V |
| **Immediate stressors** | | | | | |
| • Substance use, intoxication or withdrawal | N | L | M | H | V |
| • Relationships | N | L | M | H | V |
| • Presence or absence of support | N | L | M | H | V |
| • Absence of treatment, non compliance | N | L | M | H | V |
| • Persecution or threats from others | N | L | M | H | V |
| • Arrest or criminal charges | N | L | M | H | V |
| • Loss including death of a peer | N | L | M | H | V |
| • Cultural transgression | N | L | M | H | V |
| • Financial stress | N | L | M | H | V |
| **Access** | | | | | |
| • To weapons, pills, victims | N | L | M | H | V |
| **Situation** | | | | | |
| • Referral from Prison, Police, Secure Unit | N | L | M | H | V |
| **Individual's attitude** | | | | | |
| • Co-operation | N | L | M | H | V |
| • Refusal to co-operate or fear of compulsory treatment | N | L | M | H | V |
| **HISTORICAL INFORMATION (RAS-3)** | N | L | M | H | V |
| **Illness and incidents** | | | | | |
| • Patterns of illness – Chronic active, Neurological disorder, H/O Head injury | N | L | M | H | V |
| • Psychiatric history – Serious mental illness, Multiple diagnoses, Treatment under MHA | N | L | M | H | V |
| • History of incidents (and context) – Repeated antisocial behavior | N | L | M | H | V |
| • Treatment and outcomes – Compliance and response of treatment given in past | N | L | M | H | V |

BMC Psychiatry 2007, **7**:55                                                         http://www.biomedcentral.com/1471-244X/7/55

**Table 3:** *(Continued)*

| | N | L | M | H | V |
|---|---|---|---|---|---|
| • Features of past crises – Pathological intoxication, Episodic dyscontrol, Cruelty to animals, Blackouts | N | L | M | H | V |
| • Personal history – Criminal charges, Previous offenses, Forensic involvement | N | L | M | H | V |
| **Personality** | | | | | |
| • Usual coping style – Loner, Displaced rage reaction, self mutilism, Impulsivity, denial, Blaming others | N | L | M | H | V |
| **Family background** | | | | | |
| • Demographics – Single, Male, Poor, Low educational and vocational success | N | L | M | H | V |
| • Culture – Tolerance to antisocial behavior, Reluctance to disclose, Shame & Guilt | N | L | M | H | V |
| • Dynamics – H/O Violence, Contact of violent gangs, Intrafamilial violence | N | L | M | H | V |

**OUTCOME OF RISK ASSESSMENT**
(Use knowledge & Information gathered from RAS-1, 2 & 3)

| **RISK TO SELF** | **N** | **L** | **M** | **H** | **V** |
|---|---|---|---|---|---|
| 1. Safety (including suicidal acts, deliberate self harm) | N | L | M | H | V |
| 2. Health (incl. drug & alcohol abuse, physical & psychological harm) | N | L | M | H | V |
| 3. Self neglect and vulnerability (incl. exploitation, sexual abuse, violence from others) | N | L | M | H | V |
| 4. Quality of life (including dignity, social and financial status) | N | L | M | H | V |
| **RISK TO OTHERS** | **N** | **L** | **M** | **H** | **V** |
| 1. Violence (including emotional, sexual and physical violence) | | | | | |
| 2. Intimidation/threats | N | L | M | H | V |
| 3. Neglect/abuse of Dependants | N | L | M | H | V |
| 4. Stalking/harassment | N | L | M | H | V |
| 5. Reckless behavior (including driving)Property damage (including arson) | N | L | M | H | V |
| 6. Public nuisance | N | L | M | H | V |

vations excluding DSM-IV Axis 4 Q9, range between -0.35 and -0.09 and are statistically significant. There is an overall accuracy difference of -0.19, with 95% confidence interval between -0.21 and -0.17. This result supports a hypothesis that overall outcome of telepsychiatric assessment is about 19% inferior to face-to-face interview.

Table 2 has observation data about agreements between the two methods of interview and between the interviewing psychiatrists. There is trend to classify CK values $\leq 0$ as poor, those from 0.01 to 0.20 as slight, from 0.21 to 0.40 as fair, from 0.41 to 0.60 as moderate, from 0.61 to 0.80 as substantial and from 0.81 to 1 as perfect [30]. From a total of 27 valid primary attributes (rows 1 to 28), 16 have moderate to substantial statistically significant intermethod BCa Kappa values. Similarly, 10 of 14 main attributes (rows 29 to 42) have agreements at moderate to substantial level.

The Kappa scores for intermethod agreement of DSM Axes (rows 29 to 33) varied from substantial (0.65) to perfect (0.90) excepting axis 2, where the result was not statistically significant. The agreement was perfect (0.86) for combined DSM categories (row 43). The overall Kappa

score for risk (row 44) was only slight, though it was substantial in respect of assessment of 'risk to self' (row 34). Agreement levels for investigations and psychological input (rows 23 and 24) were non-significant while that for Community Support (row 25) was moderate (0.55). There was moderate agreement (0.49) on non-drug intervention as a whole (row 45). Various components of Drug Treatment (rows 26 to 28) had agreement levels between high moderate (0.59) to perfect (0.83) with substantial rating (0.72) as a whole (row 46). Overall agreement between the telepsychiatric assessments and face-to-face interviews for the completed psychiatric assessments reached a downward approximated value of 0.60, hence it was substantial.

The interrater agreements between the two interviewing psychiatrists were very close and could not be differentiated from that of intermethod assessment. Their respective values do not differ more than 0.01, with a considerable degree of overlap between their confidence intervals. Accordingly, there is no significant difference between intermethod and interrater agreements and are equivalent to each other.

BMC Psychiatry 2007, **7**:55     http://www.biomedcentral.com/1471-244X/7/55

**Table 4: LIST OF PSYCHIATRIC INTERVENTION (LIPI)**

**Admission/Discharge/Followup (LIPI-1):**
Admission
Discharge
Followup

**Investigations (LIPI-2):**
Haematological
Biochemical
Serum Level of Medication
ECG tests
EEG Examination
CT/NMRI/PET/Isotope/Ultrasound
IQ Assessment
Other biological test
Other Psychological Tests

**Psychological Intervention (LIPI-3):**
Investigation
Simple Explanations
Support & Advice
Self Help by Book
Self Help Group
Assertiveness Training
Anger Control
Domestic Skills Training
Budget Handling Training
Social Skill Training
Counselling
Marital Therapy
Divers ional Therapy
Relaxation Training
Paper bag Ventilation
Systemic Desensitisation
Biofeedback
Cognitive Behaviour Therapy
Psychotherapy
Family Therapy
Other

**Community Support (LIPI-4):**
**Intervention**
CPN visit to support patient
CPN visit to support family
Activity Therapy (Gym, sports etc)
Handling Bills and Finances
Helping in making Applications to other agencies
Outreach
Home Help
Meals on Wheels
Art & Work therapy (Art, wood, gardening)
Day Hospital for socialisation

**LIPI-5**: Information related to Drug Type, Action and Indication scored in different table

## Discussion

This study aims to establish whether conclusions drawn from telepsychiatric assessments are in agreement with those from the standard method of face-to-face assessment for new referrals in an outpatient clinic. Most new and old referrals to the Community Mental Health Teams in the UK and NZ are discussed in a multidisciplinary team setting. Application of DSM diagnostic criteria in NZ has gradually evolved into standard clinical practice and is becoming popular in the UK. The application of Decision Tree for diagnosis on Axis-1 of DSM-IV can be easily adopted without significant additional resources and training. The methodology adopted in this study emulates the real clinic situation; hence its findings are both applicable and relevant to day-to-day clinical practice.

The authors have taken all necessary precautions in dealing with anticipated results, some of which might be paradoxical or erroneous e.g. CK and AR exceeding a maximum permitted value of 1. Those results where AR>1 and with nil variance were excluded from further statistical interpretation. Though the number of studied cases was only 37, the numbers of sample points (as in 'Size' column of Table 1) for statistical calculation were large enough for meaningful interpretation. The issue of sample size in handling large number of diagnostic categories for CK was dealt with bootstrapping technique and non-parametric Bias Corrected Accelerated Bootstrap Confidence Interval. This approach enhances the statistical quality of the data analysis.

A previous study [5] evaluating twelve telepsychiatric and face-to-face assessments on multiple scales found a mean weighted kappa coefficient of 0.85. The interrater reliability for diagnosis between two psychiatrists in three different experimental conditions on 63 patients has been found to vary between 0.69 and 0.85 [6]. A review of telepsychiatry services in Australia concluded that this technology could be reliably used for treatment recommendations and diagnostic assessments [7]. A Canadian study involving child psychiatrists found that in 96% of cases, the diagnosis and treatment recommendations made via video-conferencing were identical to those made in face-to-face interviews [10]. Another study [8] using telecommunication and audiovisual technology found interrater diagnostic agreement of 0.70. Despite methodological differences, the results from the present study are consistent with the findings quoted above in this paragraph.

Interrater agreement among clinicians for video-taped face-to-face interviews has been noted to have a relatively lower CK value of 0.55 [9]. It is possible that the flexibility conferred by the ability to question the patient in real time in a face-to-face or video-conferencing interview is an advantage over videotape assessment and accounting for improved intermethod and interrater agreement.

In a field trial of DSM-III, the interrater reliability for face-to-face interviews for the major disorders varied between

*BMC Psychiatry* 2007, **7**:55
http://www.biomedcentral.com/1471-244X/7/55

kappa values of 0.28 to 0.92 [31] and an another study on ICD-10 also yielded a fair to good kappa values for the four-character diagnostic codes [32]. In comparison, the outcome of telepsychiatric assessments in the current study is at least similar to the interrater reliability of face-to-face interviews from these large field trials.

None of the primary studies quoted above tested inter-method agreement for a complete set of clinical parameters. Their sample size and statistical methodology are also limiting factors for satisfactory conclusions. In contrast, the present study employs suitable statistical methods for comprehensive outpatient assessment for multi-axial DSM-IV diagnosis, risk assessment, investigations, and treatment. As compared to standard method of face-to-face interviews, telepsychiatric assessments in this study have a high accuracy ratio (AR 0.81) and a substantial intermethod agreement (CK 0.60).

Although the kappa value of intermethod agreement for risk assessment is low, it would be premature to ascribe this to telepsychiatric assessment itself. A study on video-taped interviews of 30 patients attending emergency psychiatry service revealed interrater correlation coefficients of 0.32 and 0.44 for risks to self and others respectively [33]. Another study conducted in a comparable setting also found similar results and came with the observation that in some circumstances the level of disagreement was high enough to warrant concern [34]. In a prospective study for risk assessment on 161 inmates of a high risk forensic unit [35] the agreement level among psychiatrists for face-to-face interviews in absence of operational criteria was very poor (CK -0.006). The same study reported that this agreement can be greatly enhanced (CK 0.742) by application of operational criteria. The findings in the present study for risk assessment are comparable to these results. In addition, the lower base level of risk in routine outpatient clinics in comparison to emergency and forensic psychiatric units is likely to cause further decrement in the kappa level.

There is a paucity of research-based knowledge concerning levels of agreement for risk factors. Most of the scales currently used for risk-assessments have yet to have their reliability, validity and predictability ascertained. To establish agreement levels in statistical terms for uncommon risk elements (suicides and homicides etc.) would require an enormous sample which may not be feasible. Lack of a valid and reliable tool for risk assessment may produce erroneous results while uncertainty over the time frame (short-term, immediate and long-term) for risk anticipation may lead to inconsistencies in reporting and recording. The sort-term serious risk will probably be dealt with in the emergency system rather than through routine outpatient referrals and the long-term risks are

likely to have minimal influence on the decision making process while dealing with routine outpatient referrals.

The ability to reach an accurate DSM-IV-Axis-1 diagnosis through telepsychiatric assessment is perfect (CK 0.90) and accurate (AR 0.91). Arriving at a reasonable diagnostic impression is a pre-requisite of the medical recommendation for assessment or treatment under the Mental Health Act and this objective can be very well achieved through telepsychiatry. Another prerequisite under the act is to evaluate potential risks with input and information from various sources. Identification of risk related concerns direct from the interviewee constitutes only one component of this whole process. The referring agency usually indicates and expresses its concerns about risk elements and additional information are generally obtained on telephone from other sources such as clinicians and family members. With this in mind, low concordance on risk assessment may not necessarily be a limiting factor in the use of telepsychiatry for the purpose of Mental Health Act assessment.

## Conclusion
Telepsychiatry is a dependable mode of service delivery for diagnostic assessment and psychiatric intervention in routine new referrals. Its accuracy varies between 79% and 83% in comparison with face-to-face interview. There is also an overall substantial agreement between these two methods of psychiatric evaluation. Although there is potential for usage of telepsychiatry for the Mental Health Act assessment, this requires further research using more refined operational tools to enhance the low accuracy and agreement scores found in the present study. The accuracy of conclusions arrived at from telepsychiatric assessment is likely to improve in future with further advances in technology [36].

### Clinical implications
1. Allows telepsychiatric services to be made available to a geographically distant and inaccessible population where it is difficult and expensive to recruit mental health professionals.

2. Enhances confidence in use of telepsychiatry as an alternative mode of service delivery.

3. Increases scope of international research and collaboration in the practice of clinical psychiatry in different parts of the world.

### Limitations and solutions
1. Although the outcome of risk assessment was similar to other studies, the level of agreement for this parameter is significantly low. There is scope to overcome this deficit through usage of operational criteria [35]. On this subject,

BMC Psychiatry 2007, **7**:55

http://www.biomedcentral.com/1471-244X/7/55

some of the scientifically unexplored topics such as tools for risk assessment, its reliability and predictive value require further research.

2. The study assumed that there is 100% concordance between clinical decisions amongst psychiatrists if they conduct face-to-face interviews. This is seldom the case. Further studies with an added component to detect over-all interrater agreement for face-to-face assessment will help in eliminating the need for this hypothetical 100% concordance rate.

3. There is an inherent problem in determining the sample size for CK for an unknown number of categories that may be encountered during a prospective research. This requires application of alternative statistical approaches. The current study has attempted to address some of these concerns through usage of resampling method and bootstrap confidence intervals.

## List of Abbreviations used
APA: American Psychiatric Association

AR: Accuracy Ratio

BCaCI: Bias Corrected Accelerated Bootstrap Confidence Interval

CK: Cohen's Kappa

DSMIV: Diagnostic and Statistical Manual of Mental Disorders – 4th edition

GAF: Global Assessment of Functioning

HBHB: Hawkes Bay Health Board, New Zealand

ICD: International Classification of Diseases

ISDN: Integrated Services Digital Network

KB: Kilo bits per second

LIPI: List of Psychiatric Intervention

LCI: Lower 95% Confidence Interval

NZ: New Zealand

NCMHT: Napier Community Mental Health Team

R: Open source statistical package similar to S-Plus [29]

R1: Researcher 1 – Surendra Singh

R2: Researcher 2 – Dinesh Arya

RAS: Risk Assessment Schedule

RD: Risk Ratio

RR: Relative Risk

S: Standard method of face to face psychiatric assessment

S-Plus: The statistics package built upon the S programming language

SAS: The Statistical Analysis System from SAS Institute

SPSS: The Statistical Package for the Social Sciences

SPS: Principal author S P Singh

UCI: Upper 95% Confidence Interval

UK: United Kingdom

V: Video-conferencing

## Competing interests
The author(s) declare that they have no competing interests.

## Authors' contributions
Surendra P Singh

Planning, design, resource arrangement, coordination, template design, clinical assessment, data collection, data entry, statistical consideration, data analysis, review, writing and submission.

**Dinesh Arya**

Consultation and suggestion; especially about risk assessment and elements of statistical consideration, clinical assessment and data collection.

**Trish Peters**

Randomisation, liaison, consenting and coordination with other researchers and participants.

All authors have read and approved the submitted manuscript.

## Appendix-I
Table 3

## Appendix-II
Table 4

BMC Psychiatry 2007, **7**:55    http://www.biomedcentral.com/1471-244X/7/55

## Acknowledgements
The research team acknowledges and is obliged for the work and support of Mrs Irene Tucker, Napier Community Mental Health Centre (HBHB), Ms Sybil Gibson, then General Manager, Mental Health Directorate (HBHB), and Mr Ken Mitchell, IT Department (HBHB). We are also thankful to Dr Noel Fernando, Clinical Director (HBHB), for his encouragement, support and supervision from conception to completion of this study.

## References
1.  Doze S, Simpson J, Hailey D, Jacobs P: **Evaluation of a telepsychiatry pilot project.** *J Telemed Telecare* 1999, **5(1)**:38-46.
2.  Tang WK, Chiu H, Woo J, Hjelm M, Hui E: **Telepsychiatry in psychogeriatric service: a pilot study.** *Int J Geriatr Psychiatry* 2001, **16(1)**:88-93.
3.  Bishop JE, O'Reilly RL, Maddox K, Hutchinson LJ: **Client satisfaction in a feasibility study comparing face-to-face interviews with telepsychiatry.** *J Telemed Telecare* 2002, **8(4)**:217-221.
4.  Keresztes C, Shaw R, Raciborska D, Timpson J, McKenzie O, Johnson ME, Rae L, Campbell R, Suggashie A, Wassaykeesic T: **Evaluation of the Keewaytinook Okimakanak Telepsychiatry Pilot Project.** *Centre for Health Services and Policy Research, Queen's University* 2002.
5.  Bear D, Jacobson G, Aaronson S, Hanson A: **Telemedicine in psychiatry: Making the Dream Reality.** *Am J Psychiatry* 1997, **154(6)**:884-885.
6.  Baigent MF, Lloyd CJ, Kavanagh SJ, Ben-Tovim DI, Yellowlees PM, Kalucy RS, Bond MJ: **Telepsychiatry: 'tele' yes, but what about the 'psychiatry'?** *J Telemed Telecare* 1997, **3(Suppl 1)**:3-5.
7.  Hawker F, Kavanagh S, Yellowlees P, Kalucy RS: **Telepsychiatry in South Australia.** *J Telemed Telecare* 1998, **4(4)**:187-194.
8.  Ruskin PE, Reed S, Kumar R, King MA, Siegel E, Rosen M, Hauser P: **Reliability and acceptability of psychiatric diagnosis via telecommunication and audiovisual technology.** *Psychiatr Serv* 1998, **49(8)**:1086-1088.
9.  Fuhrer R, Rouillon F, Lellouch J: **Diagnostic reliability among French psychiatrists using DSM-III criteria.** *Acta Psychiatr Scand* 1986, **73(1)**:12-16.
10. Elford R, White H, Bowering R, Ghandi A, Maddiggan B, St John K, House M, Harnett J, West R, Battcock A: **A randomised controlled trial of child psychiatric assessments conducted using videoconferencing.** *J Telemed Telecare* 2000, **6(2)**:73-82.
11. Zarate CA, Weinstock L, Cukor P, Morabito C, Leahy L, Burns C, Baer L: **Applicability of telemedicine for assessing patients with schizophrenia: acceptance and reliability.** *J Clin Psychiat* 1997, **58(1)**:22-5.
12. Shore JH, Savin D, Orton H, Beals J, Manson SM: **Diagnostic Reliability of Telepsychiatry in American Indian Veterans.** *Am J Psychiatry* 2007, **164**:115-118.
13. Vittorio DL, Giulio B, Marco B, Andrea G, Maria G, Gabriele C: **New possibilities for psychiatric evaluations through web-based systems: A pilot study.** *Rivista di Psichiatria* 2005, **40(5)**:300-306.
14. Giovanni S: **The puzzle of the Psychiatric Interview.** *Journal of Phenomenological Psychology* 2004, **35(2)**:173-195.
15. Parednia DA, Allen A: **Telemedicine technology and clinical applications.** *JAMA* 1995, **273**:483-488.
16. Weinstein MC, (ed): *Cost-effectiveness in health and medicine* New York: Oxford University Press; 1996.
17. Blackmon LA, Kaak HO, Ranseen J: **Consumer satisfaction with telemedicine child psychiatry consultation in rural Kentucky.** *Psychiat Serv* 1997, **48**:1464-1466.
18. Chae YM, Park HJ, Cho JG, Hong GD, Cheon KA: **The reliability and acceptability of telemedicine for patients with schizophrenia in Korea.** *J Telemed Telecare* 2000, **6(2)**:83-90.
19. Mielonen ML, Ohinmaa A, Moring J, Isohanni M: **The use of videoconferencing for telepsychiatry in Finland.** *J Telemed Telecare* 1998, **4(3)**:125-131.
20. Bose U, McLaren P, Riley A, Mohammedali A: **The use of telepsychiatry in the brief counselling of non-psychotic patients from an inner-London general practice.** *J Teleme Telecare* 2001, **7(Suppl 1)**:8-10.
21. Pocock SJ: **The pros and cons of noninferiority trials.** *Fundam Clin Pharmacol* 2003, **17(4)**:483-490.
22. American Psychiatric Association: *Diagnostic and Statistical Manual of Mental Disorders (DSM-IV)* 4th edition. Washington DC: APA; 2000.
23. Judson N: *Guidelines for clinical risk assessment and management in Mental Health Services* New Zealand: Ministry of Health; 1998.
24. Bishop YMM, Feinberg SE, Holland PW: *Discrete Multivariate Analysis, Theory and Practice* 1st edition. Massachusetts: MIT; 1975.
25. Fleiss JL: *Statistical Methods for Rates and Proportions* New York: John Wiley & Sons; 1981.
26. Sutton AJ, Abrams K, Jones DR, Sheldon TA, Song F: *Methods for Meta-Analysis in Medical Research* 1st edition. England: John Wiley & Sons Ltd; 2000.
27. Efron B, Tibshirani RJ: *An Introduction to the Bootstrap (Monograph on Statistics and Applied Probability)* New York: Chapman & Hall; 1993.
28. Ludbrook J: **Statistical technique for comparing measures and methods of measurement: A critical review.** *Clin Exp Pharmacol Physiol* 2002, **29(7)**:527-536.
29. R: *A Language and Environment for Statistical Computing, Version 2.4.1. The R Foundation for Statistical Computing, Austria, Vienna: ISBN 3-900051-07-0* 2006 [http://CRAN.R-project.org/].
30. Landis JR, Koch GG: **The measurement of observer agreement for categorical data.** *Biometrics* 1977, **33(1)**:159-174.
31. American Psychiatric Association: *Diagnostic and Statistical Manual of Mental Disorders* 3rd edition. Washington DC: APA; 1980.
32. Sartorius N, Ustun TB, Korten A, Cooper JE, vanDrimmelen J: **Progress Toward Achieving a Common Language in Psychiatry, II: Results From the International Field Trials of the ICD-10 Diagnostic Criteria for Research for Mental and Behavioural Disorders.** *Am J Psychiatry* 1995, **152(10)**:1427-1437.
33. Way BB, Allen MH, Mumpower JL, Stewart TR, Banks SM: **Interrater agreement among psychiatrists in psychiatry emergency assessment.** *Am J Psychiatry* 1998, **155(10)**:1423-1428.
34. Gale TM, Woodward A, Hawley CJ, Jayes J, Sivakumaran T, Hansen G: **Risk assessment for people with mental health problems: A pilot study of reliability in working practice.** *Int J Psychiatry Clin Pract* 2002, **6(2)**:73-81.
35. Brown CHC, Lloyd KR: **Comparing clinical risk assessments using operationalized criteria.** *Acta Psychiatr Scand* 2002, **412(s412)**:148-151.
36. Yoshino A, Shigemura J, Kobayashi Y, Nomura S, Shishikura K, Den R, Wakisaka H, Kamata S, Ashida H: **Assessment of televideo psychiatric interview reliability with present and next generation internet infrastructures.** *Acta Psychiatr Scand* 2001, **104(3)**:223-226.

## Pre-publication history
The pre-publication history for this paper can be accessed here:

http://www.biomedcentral.com/1471-244X/7/55/prepub

Publish with **BioMed Central** and every scientist can read your work free of charge

*"BioMed Central will be the most significant development for disseminating the results of biomedical research in our lifetime."*

Sir Paul Nurse, Cancer Research UK

Your research papers will be:

• available free of charge to the entire biomedical community

• peer reviewed and published immediately upon acceptance

• cited in PubMed and archived on PubMed Central

• yours — you keep the copyright

Submit your manuscript here:
http://www.biomedcentral.com/info/publishing_adv.asp

 **BioMed**central

# Telemedicine services to a county jail

Charles Zaylor*, Pamela Whitten† and Charles Kingsley†

*University of Kansas Medical Center; †Michigan State University, Michigan, USA

Correspondence: Dr Charles Zaylor, Department of Psychiatry, University of Kansas Medical Center, Kansas City, KS 66160-7341, USA
(Fax: +1 517 588 3001; Email: czaylor@kumc.edu)

**Summary**

Local and county jails rarely offer telepsychiatry services to their inmates. We have established a telepsychiatry pilot project between the Kansas University Medical Center and the Lyon County Jail in Emporia, Kansas. A total of 264 telepsychiatry consultations were conducted with jail inmates. Of these, 70 were initial evaluations and 194 were follow-up visits; only one inmate refused to be seen. Approximately one-third of all inmates were seen for psychiatric consultation within one week of their incarceration and 68% were seen within one month of incarceration. Among lessons learned during the first year of service were: the monthly demand for consultations was five times greater than projected; moderately to severely ill inmates with a broad range of psychiatric illness can be seen and treated effectively using videoconferencing; and the technology was accepted by the jail personnel and the inmates alike and integrated into the jail's routine in terms of the delivery of psychiatric care.

## Introduction

Telepsychiatry commonly uses videoconferencing to link a patient with a mental health provider. The use of telemedicine as a means of accessing psychiatric care has a history of more than four decades: Wittson et al. launched a telepsychiatry project in Omaha, Nebraska, in the 1950s[1]. State prisons in Texas and Ohio are actively providing psychiatric services via telemedicine. However, the use of telepsychiatry at correctional facilities other than those operated by a federal or state government is rare. The provision of psychiatric services to inmates of county and city jails is difficult and sometimes there are no such services, largely because jails are often located in rural areas where access to psychiatric services is in any case limited. In Kansas, a project was launched in 1998 to bring psychiatric services to a county jail located in south-eastern Kansas: the Lyon County Jail located in Emporia.

## The project

In 1997, the Department of Justice contacted the Kansas University Medical Center (KUMC) with an offer to fund a pilot telemedicine project in jails. We sent a letter to the sheriff of each county jail in Kansas to ascertain their interest in participating. The Lyon County Jail sheriff was the only one who responded to this letter within the required deadline. After a needs assessment, project planners from the KUMC and the jail determined that telepsychiatry was needed because of the jail's lack of access to mental health services. The jail had been accessing mental health services from the local community mental health centre; however, the demand in the general community for mental health services created long waiting periods for jail inmates.

The Department of Justice provided over $20,000 to purchase PC-based videoconferencing equipment for the jail and the psychiatrist, and to pay for the ISDN connections. Zydocron PC-based videoconferencing units with 17-inch (43 cm) monitors were used with transmission rates of 128 kbit/s. The clinic was located in a room within 5 m of the holding area in the jail. The only room modifications required were the installation of an ISDN line and the hanging of blue curtains on the wall facing the videoconferencing equipment.

Jail staff originally estimated that there would be four or five consultations a month, and anticipated that the service would be used most frequently outside normal clinic hours and at weekends. In response, we developed a protocol for accessing psychiatrists through KUMC's Crisis Stabilization Unit located in the hospital's emergency room. However, a decision was made to make the clinic available only during normal working hours, except in emergencies. It soon became apparent that the inmates' psychiatric needs could be met adequately

S1:93

Downloaded from jtt.sagepub.com at SAGE Publications on June 21, 2016

during normal working hours. Because of the volume of consultations and follow-up visits, a weekly three-hour clinic was established. This scheduled clinic made more efficient use of the psychiatrist's and the jail officers' time. The appointments were scheduled directly through the psychiatrist's secretary.

## Utilization of the service

The true needs of the jail have become clearer since the inception of the project. Instead of four or five consultations a month, the clinic is now averaging 34 patient consultations a month, including both new evaluations and follow-up visits. The inmate's chart is created by and considered the property of KUMC. The original chart is kept in the outpatient clinic at KUMC and a copy of the progress notes is mailed to the jail, for storage in the inmate's medical file. The medical officers at the jail were designated as the contact people for the clinic and act as the liaison between the psychiatrist and the jail. Jail officers are present during the telepsychiatry clinic and inmates are advised of the limits of confidentiality. The inmates must also sign a consent form before being seen.

Inmates are seen for consultation as well as for ongoing care. One-third of the inmates have been seen only once for consultation and the other two-thirds were followed for up to eight months. A total of 264 telepsychiatry consultations have been conducted with Lyon County Jail inmates. Of these, 70 were initial evaluations and 194 were follow-up visits; only one inmate refused to be seen. Approximately one-third of all inmates were seen for psychiatric consultation within one week of their incarceration and 68% were seen within one month of incarceration. Of the consultations completed, 74% resulted in the recommendation that the inmate be placed on psychotropic medication. Men accounted for 89% of the consultations and women accounted for 11%. The average age of the inmates was 29 years.

The most common diagnosis on evaluation was major depression (20%), followed by bipolar disorder (15%) and psychotic disorders (15%). Impulse control disorder, adjustment disorder and drug-induced disorders accounted for the remaining 50%. A concomitant diagnosis of substance dependence was present for 61% of the inmates seen.

The telepsychiatry service has been well received by the inmates as demonstrated by their cooperation and compliance with treatment.

Jail personnel were interviewed in order to determine their perceptions of the strengths and weaknesses of the telepsychiatry clinic. The two medical officers, three shift supervisors and the jail sheriff each participated in an individual interview consisting of 15 open-ended questions. All of the interviews took approximately 10 min. This resulted in 28 pages of data. Since the purpose of these interviews was a descriptive analysis, the data were simply placed into categories specific to each question and the tallies represent total responses rather than individual percentages.

The results of these interviews painted an overwhelmingly positive response to the telepsychiatry experience. The jail staff explained that they had two options for seeking psychiatric services. They could use a psychiatrist from the local community mental health centre or use telepsychiatry with the KUMC doctor. When asked how they decided which delivery method to use, 80% of the staff said that they usually based their decision on the modality that was the quickest in bringing the care to the inmate, namely telepsychiatry. For example, when an in-person visit was scheduled, additional security staff were required to transport the inmate to the community mental health centre. Tables 1 and 2 list the

**Table 1** Advantages and disadvantages of traditional psychiatric services for a community mental health centre

| Advantages | Disadvantages |
|---|---|
| Care is delivered face to face | Inmates must be transported outside of the facility for care, which requires additional resources (e.g. officers to travel with patient/inmate) |
| | Takes weeks to get a visit scheduled |
| | Takes too long to get medication |
| | Staff are not friendly |

**Table 2** Advantages and disadvantages of telepsychiatry

| Advantages | Disadvantages |
|---|---|
| Quicker access than traditional care | Many more inmates put on medication |
| Low security risk since patient/inmate remains in jail | |
| Equipment safe and secure | |
| Frees up staff to perform other roles | |
| Helps inmates with problems immediately | |
| Accurate diagnoses and care | |
| Reduces potential liability of jail | |
| Gets patients/inmates off costly suicide watch more quickly | |

Downloaded from jtt.sagepub.com at SAGE Publications on June 21, 2016

advantages and disadvantages for both delivery methods. One employee, for example, stated:

> I cannot say enough good things about telepsychiatry ... it takes so much time and pressure off us as jail staff. It frees us up to take care of other things that need to be taken care of too, because once you have someone that is in need of mental health attention it could tie you and officers up for many, many hours. I would say that telepsych is the very best that we have.

All employees in the jail were told about the telepsychiatry project and most had some training on the equipment. All of the jail personnel knew what the telepsychiatry clinic was and what it could do, including the guards. The guards, according to those interviewed, as well as the entire jail personnel, appear to be pleased with the service. One staff member explained:

> I think they (jail personnel) were as frustrated as the rest of us with regular mental health care. You know, when you have somebody saying they're going to commit suicide and it takes two weeks before we get mental health personnel in here to visit with them one-on-one and find out whether they're actually serious about it or not everybody gets a little frustrated. And this (telepsychiatry) cuts the time down immensely and they all see that as a life saver.

Of the jail officers interviewed, 80% rated the inmates seen in the telepsychiatry clinic as mild to moderately ill. This perception was in accordance with the actual assessment of the inmates by the psychiatrist.

## Lessons learned

Various lessons were learned from the project. The initial needs of the jail were underestimated. There is a need for four to six new inmates to be seen for consultation each month and an additional 27–30 follow-up visits for inmates each month. Moderately to severely ill inmates with a broad range of psychiatric illness can be seen and treated using telemedicine. The technology has been accepted by the jail personnel and the inmates alike, and integrated into the jail's routine in terms of the delivery of psychiatric care. In addition, there have been several areas of cost saving for the jail because of the introduction of the clinic. These include inmates no longer needing to be transported outside the jail for evaluation and treatment, as well as inmates not having to be kept on suicide watch. Before the introduction of the telepsychiatry clinic, many of the inmates would have to be kept on suicide watch, which required the presence of additional officers, until a mental health professional could come to the jail to evaluate the inmate.

In conclusion, telepsychiatry appears to be a reasonable solution to the problem of limited access to psychiatric care that some rural jails experience.

### Reference
1   Wittson CL, Dutton R. A new tool in psychiatric education. *Mental Hospitals* 1956;7:11–14

Downloaded from jtt.sagepub.com at SAGE Publications on June 21, 2016

TELEMEDICINE JOURNAL
Volume 5, Number 3, 1999
Mary Ann Liebert, Inc.

# Telemedicine to Iowa's Correctional Facilities: Initial Clinical Experience and Assessment of Program Costs

SUSAN ZOLLO, M.A.,[1] MICHAEL KIENZLE, M.D.,[2] PAUL LOEFFELHOLZ, M.D.,[3]
and SUSAN SEBILLE, M.S.[4]

## ABSTRACT

*Objective.* To evaluate the costs and benefits of a prison telemedicine program for the institutions involved and to assess early provider satisfaction.

*Materials and Methods.* A survey of primary care and consulting providers from four prisons and an academic tertiary care facility in Iowa was conducted during the first year of telemedicine service linked with the state's correctional facilities, from March, 1997 to February, 1998. Data were evaluated from 247 completed telemedicine encounters. Cost estimates were made for (1) 1997 cost data for the 4,396 Iowa prisoners who were transported to The University of Iowa Hospitals and Clinics (UIHC) for their health care, and (2) the equipment, circuitry, and personnel costs necessary on both ends of the network to provide comparable telemedicine service to remote patients and providers.

A formula for estimating the cost of implementing a telemedicine service is presented. It includes a projection for determining at what point the cost of the telemedicine visit approaches the average cost of an on-site visit (breakeven point). There was also a brief survey administered to presenting and consulting physicians to determine their overall satisfaction with the telemedicine system for diagnosis, treatment planning, and follow-up.

*Results.* The average cost to the prisons for an on-site inmate visit to the University of Iowa Hospitals and Clinics (UIHC) was $115 during our study period, from March 1997 to February 1998. Using a formula that specifies a number of fixed and variable costs for implementing telemedicine, we were able to determine that the breakeven point for Iowa's correctional facilities would require 275 teleconsultations per year, per site (total of 1,575 consultations a year). Given the higher equipment investment at the UIHC hub, the breakeven point would be around 2,000 teleconsultations annually. Cost studies did not include medical care, which is assumed to be relatively comparable for both on-site and telemedicine interactions. Overall, referring physicians expressed a higher rate of satisfaction with telemedicine than specialists (4.19 to 3.45, respectively, on a scale of 1 to 5—5 representing the highest ranking). Both consulting and referring physicians ranked the quality of transmission the highest among all questions regarding satisfaction with the telemedicine system.

*Conclusions.* No one should anticipate instantaneous cost-effectiveness with telemedicine. However, with careful planning, implementing a telemedicine program can be "cost-acceptable" initially. Telemedicine ultimately becomes cost-effective as the volume of teleconsults increases.

[1]Telemedicine Resource Center, The University of Iowa College of Medicine, Iowa City, Iowa; [2]Departments of Clinical Affairs & Biomedical Communications and Internal Medicine, National Laboratory for the Study of Rural Telemedicine, College of Medicine, The University of Iowa, Iowa City, Iowa; [3]Iowa Department of Corrections, Iowa Medical and Classification Center, Oakdale, Iowa; [4]Research and Evaluation Coordinator, Telemedicine Resource Center, The University of Iowa College of Medicine, Iowa City, Iowa.

CDCR _355

## INTRODUCTION

ACCORDING TO RECENT STATISTICS from the department of justice, there are 1,244,554 prisoners under Federal or State jurisdiction in the United States.[1] Due to lifestyle, economic, and demographic variables, many of these inmates experienced inadequate health care prior to entering prison.[2] Once incarcerated, the delivery of health services to prisoners is complicated by issues relating to security and the cost of transporting inmates to medical facilities.

The cost of providing outpatient care to prison populations has been estimated to be as high as $1,000 per inmate visit, including transportation and medical services.[3] These costs vary considerably depending on the distance between the health care facility and the prison, number of inmates traveling to receive medical care per trip, and the number and salaries of security officers and drivers involved.

In order to address concerns relating to prisoner transport and security, some states are exploring telemedicine as a mechanism for delivering health care services to correctional facilities. Several variables, including an increase in inmate populations, cost-containment issues, and concern for public safety have made telemedicine a promising health delivery system for many correctional facilities.[4] Telemedicine programs in Georgia, Colorado, Texas, North Carolina, Ohio, and Minnesota all began with teleconsultations to prison facilities.

## BACKGROUND

### The University of Iowa Hospital and Clinics

Located in Iowa City, Iowa, UIHC is the state's only tertiary health care center. The UIHC has 873 inpatient beds and serves patients and families from all of Iowa's 99 counties. From July 1, 1996 through June 30, 1997, there were 41,818 patient admissions and 581,446 ambulatory clinic visits to the UIHC. Specialized care is provided by more than 1,300 physicians and dentists; 1,500 professional nurses; and 4,700 other professional and support staff. Patient care is provided across 16 medical specialties in 251 specialty and sub-specialty ambulatory clinics.

### Iowa's Correctional Facilities

Currently, there are nine prisons in the state housing a total of 7,246 prisoners (Table 1). Iowa Department of Corrections (DOC) inmates have received inpatient and outpatient medical/surgical services at the UIHC since 1915, as mandated in Chapter 255 (section 28) of *The Code of Iowa:* "Medical and Surgical Treatment of Indigent Persons." Payment for health care services to Iowa's prisoners is supported by the Perkins Act, which directs the UIHC to be compensated from the state's general fund for costs associated with providing health care to Iowa's indigent populations. This compensation is currently in the form of a fixed appropriation set in advance of the fiscal year. The prison system is not limited to the number of inmates it can refer to the UIHC for care or by the costs inmates may incur.

In effect, Iowa's indigent care program equates to a bundled payment plan, eliminating the fee-for-service barrier that continues to inhibit the delivery of telemedicine services to the general population.[5] Ensuring physician participation is essentially a non-issue because health care providers employed by a state-mandated indigent care facility are required by law to provide medical services to the state's indigent patient population, including inmates from the state's correctional facilities.

*"The common denominator among prison telemedicine programs is the use of a centralized method of health care administration that negotiates and allocates global compensation for health care, including hospital costs, ancillary services, and physician services."*[6]

## RATIONALE FOR TELEMEDICINE TO IOWA'S CORRECTIONAL FACILITIES

Iowa's prison population has increased by more than two-and-a-half times in the last decade, growing from 2,800 inmates in 1987 to 7,246 in 1998. As Iowa's inmate population continues to expand, a greater number of residents from the state's correctional facilities are being

EXPERIENCE AND COST OF TELEMEDICINE                                                              293

TABLE 1.   PROFILE OF IOWA'S CORRECTIONAL FACILITIES

| Correctional Facility | Current Inmate Census | Date Connected to Telemedicine Network | Miles from UIHC | Inmates Evaluated Over Telemedicine During Study Period | Average Age of Telemedicine Patients | Male/Female Ratio |
|---|---|---|---|---|---|---|
| Iowa Medical and Classification Center, Oakdale[a] | 985 | March, 1997[a] | 5.9 | 167 | 37 yr 11 mos | 161/6 |
| Iowa State Penitentiary, Fort Madison[a] | 910 | March, 1997[a] | 88.3 | 79 | 36 yr 6 mos | 79/0 |
| Newton Correctional Facility, Newton[a] | 113 | January, 1998[a] | 82.1 | 27 | 36 yr | 27/0 |
| Clarinda Correctional Facility, Clarinda[a] | 1,002 | February, 1998[a] | 245.3 | 1 | 39 yr 7 mos | 1/0 |
| Fort Dodge Correctional Facility, Fort Dodge | 48[b] | July, 1998 | 195.8 | | | |
| Anamosa State Penitentiary, Anamosa | 1,304 | August, 1998 | 48 | | | |
| Iowa Correctional Institution for Women, Mitchellville | 499 | Fall, 1998 | 95.9 | | | |
| Mount Pleasant Correctional Facility, Mt. Pleasant | 944 | August, 1998 | 55 | | | |
| North Central Correctional Facility Rockwell City | 441 | Uses Fort Dodge Unit | 206.7 | | | |
| Total: | 7,246 | | | 274 | | |

[a]Connected to telemedicine network during study period, March 1997–February 1998.
[b]New facility.

seen at the UIHC. Since 1987, there have been 2,666 inmate admissions and 30,711 inmate clinic visits. The distance to UIHC from the correctional facilities ranges from 5 to 245 miles.

In 1989, Iowa began building the nation's first state-owned, statewide fiberoptic network, and in 1994 the Governor signed a bill allowing medical facilities to use the network for the provision of health care services. The Iowa Communication Network (ICN) now provides data, voice, and video service to all of Iowa's 99 counties. Utilizing two-way, full-motion (DS-3) technologies, this interactive network provides service to K–12 schools, higher education institutions, state and federal agencies, and hospitals and clinics throughout the state. It is anticipated that the total number of connected interactive video facilities in Iowa will soon reach 600.

Making use of the state's fiberoptic backbone and availability of ISDN technologies, the University of Iowa began its implementation of telemedicine services with a federal contract

from the National Library of Medicine (NLM) in 1994. A second contract from the NLM in 1996 allowed development and delivery of additional telemedicine services to rural hospitals and implementation of a multisite research and development telemedicine network, with the University of Iowa as the hub. The availability of the statewide fiberoptic infrastructure combined with strong fiscal support at the federal level has allowed Iowa to move to the forefront of telemedicine and telehealth activities. (For additional information, please visit our Web site: *http://telemed.medicine.uiowa.edu*)

Despite conditions conducive to telemedicine in Iowa, the state is faced with many of the same challenges that exist elsewhere in the country, not the least of which is reimbursement. The University of Iowa (UI) has been looking for ways to collect sufficient data to evaluate the efficacy and cost-effectiveness of telemedicine, while at the same time dealing with problems of motivating specialists to participate in a service for which they know reim-

CDCR _357

bursement is extremely limited, if at all available. The DOC has been looking for ways to reduce costs without decreasing quality of inmate care. These two goals led to a collaborative effort between Iowa's DOC and UI to offer telemedicine specialty consults to inmates, collect outcomes data on the cost of using telecommunications to deliver clinical services, and evaluate the satisfaction of referring and consulting providers.

## PURPOSE OF THE STUDY

This analysis will provide information about the first year of telemedicine service to the state's correctional facilities and will present the costs and benefits of doing telemedicine from the perspective of both the referring and consulting facilities. Because by definition telemedicine involves an interaction between two or more facilities, satisfaction with service, costs, and benefits to both the hub and the spoke facilities were evaluated. The authors provide demographic and clinical data on the first 274 patient encounters; offer a detailed formula to determine annual costs of receiving and providing telemedicine services; and assess provider satisfaction on the part of both referring and consulting physicians.

## MATERIALS AND METHODS

The telecommunications network at UIHC makes use of both ISDN-PRI (Integrated Service Digital Network-Primary Rate Interface) linkages and the ICN to allow dial-up variable bandwidth connections between the remote facility and the UIHC for interactive teleconsultations. Typically, each compressed video session utilizes half of a T-1 circuit (twelve channels) for its transmission speed.

### Equipment

The University of Iowa currently utilizes TeleDoc 5000 video codec units (NEC America, Inc., Irving, TX) to transmit interactive teleconsultations. Each unit has two high-resolution television monitors: one displays the local image, the other allows the consulting physician and patient to interact visually and audibly in real time. A VHS videocassette recorder is included for optional video documentation of the encounter procedures. The two UIHC TeleDoc units are located in examining rooms of the UIHC's Emergency Treatment Center (ETC).

In addition to the TeleDoc 5000 system, digital diagnostic equipment is available to the referring physicians. This equipment includes a digital exam camera, electronic stethoscope, and radiologic light box.

## STUDY SAMPLE

### Clinical Specialties

Telemedicine between the UIHC and DOC began in March, 1997 with connections to the Oakdale and Fort Madison facilities. Based on a retrospective review of inmate visits for the preceding year, it was determined that the three most utilized specialties were orthopedics, dermatology, and internal medicine, and therefore these were the first three clinics made available to the DOC via telemedicine. Since the program's inception, five clinical specialties have been added, based on the needs of the state's inmate population. The rate of teleconsultations for each specialty was impacted by the dates each service became available and the number of prison sites connected at the time of analysis (Tables 1 and 2).

### Patient Profiles and Demographics

Demographic and diagnostic information was captured for the 274 prison telemedicine consultations performed, from March 4, 1997 through February 28, 1998. The average age of inmate telemedicine patients (predominantly male) was 37 years.

### Diagnostic Patterns

The *International Classification of Diseases, Ninth Revision* (ICD-9) codes, from primary diagnoses of inmates evaluated over the telemedicine system, are summarized into major diagnostic categories by frequency of presentation

CDCR _358

TABLE 2.   NUMBER OF CONSULTS BY SPECIALTY (YEAR 1)

| Specialty Clinic | Date Service Began | No. of Consults (March 1997–February 1998) |
|---|---|---|
| Orthopedics | March, 1997 | 117 |
| Internal (general) medicine | March, 1997 | 82 |
| Dermatology | March, 1997 | 35 |
| Gastrointestinal | June, 1997 | 12 |
| Cardiology | March, 1997 | 11 |
| General urology | June, 1997 | 10 |
| Surgery | September, 1997 | 6 |
| Otolaryngology | November, 1997 | 1 |
| Total | | 274 |

(Table 3). These diagnostic categories were derived using the *1998 International Classification of Diseases, Ninth Revision, Clinical Modification, Fifth Edition*.[7] As expected, the diagnostic categories reflect the most frequently used specialties.

Consulting physicians also assigned evaluation and management (E/M) codes to each prison telemedicine visit. These codes are summarized in Table 4. Within each category, the complexity of physician service increases as the E/M code value increases.[8] Most visits are clustered in the low to mid-level codes, likely reflecting a case preselection process by the DOC.

Table 5 represents follow-up actions recommended by the consultant for patients evaluated via telemedicine in the first year. These categories were based on an analysis of the clinical summaries filed in each patient's chart by the consulting physicians. More than one action may have been noted for each patient visit.

## DISCUSSION

### Provider Satisfaction with the Telemedicine Service

Due to the already significant institutional, state, and federal requirements for documenting quality health assurance procedures, a decision was made to keep the telemedicine evaluation form as concise as possible. A six-item questionnaire was therefore developed to eval-

TABLE 3.   DIAGNOSTIC FREQUENCY OF INMATES EVALUATED OVER TELEMEDICINE (BY ICD-9 CODES)

| Major Diagnostic Category | Frequency |
|---|---|
| Diseases of the musculoskeletal system and connective tissue | 76 |
| Diseases of the skin and subcutaneous tissue | 34 |
| Symptoms, signs, and ill-defined conditions | 24 |
| Supplementary classification of factors influencing health status and contact with health services | 23 |
| Diseases of the circulatory system | 21 |
| Diseases of the digestive system | 19 |
| Injury and poisoning | 18 |
| Infectious and parasitic diseases | 14 |
| Diseases of the genitourinary system | 13 |
| Endocrine, nutritional, and metabolic disease, and immunity disorders | 9 |
| Neoplasms | 8 |
| Congenital anomalies | 4 |
| Diseases of the nervous system and sense organs | 4 |
| Diseases of the respiratory system | 4 |
| Mental disorders | 2 |
| Diseases of the blood and blood-forming organs | 1 |
| Total | 274 |

TABLE 4. E/M CODE FREQUENCY FOR
TELEMEDICINE CONSULTATIONS

|  | Code | Frequency |
|---|---|---|
| Established office visit | 99211 | 37 |
|  | 99212 | 33 |
|  | 99213 | 22 |
|  | 99214 | 7 |
|  | 99215 | 4 |
| Subtotal |  | 103 |
| New office visit | 99201 | 18 |
|  | 99202 | 26 |
|  | 99203 | 7 |
| Subtotal |  | 51 |
| Office/outpatient consultations | 99241 | 19 |
|  | 99242 | 29 |
|  | 99243 | 29 |
|  | 99244 | 11 |
|  | 99245 | 6 |
| Subtotal |  | 94 |
| Postoperative follow-up care | 99024 | 4 |
| No E/M code listed |  | 22 |
| Total |  | 274 |

uate the following outcomes for each telemedicine encounter:

- Usefulness for establishing a diagnosis
- Value in developing a treatment plan
- Appropriateness for specific medical conditions
- Quality of transmission
- Adequacy of telemedicine to complete the consultation
- Satisfaction with telemedicine equipment

For the 274 teleconsultations performed the first year of operation, (March 1997–February, 1998), 134 referral and 171 consultant satisfaction surveys were completed for a response rate of 54% and 62%, respectively.

For overall satisfaction using telemedicine, referring physicians scored gastrointestinal, urology, and surgery specialties the highest (all at 4.17 on a scale of 1 to 5, 5 representing the highest level of satisfaction.) For specialists, dermatology, cardiology, and internal medicine received the highest ranking for satisfaction with the telemedicine system (Table 6A). Dermatology received the highest score for consulting physicians (3.80), and the second highest score for referring physicians (4.16). The greatest discrepancy between primary care

providers and specialists may be seen in the ranking of GU services where referring physician satisfaction exceeded specialist satisfaction by a margin of 1.29 points (4.17 to 2.88). The variations in satisfaction by specialty have not yet been explored.

When comparing overall satisfaction with telemedicine, referring and consulting physicians both scored "quality of transmission" the highest (Table 6B). Interestingly, both groups also scored the usefulness of telemedicine for diagnosis the lowest. This apparent discrepancy might indicate that although physicians found the quality of transmission to be "excellent," there were other factors inhibiting the diagnostic process, such as the consulting physician's inability to palpate an abnormality, feel for lumps, or evaluate the temperature and hydration of a patient's skin. For overall adequacy of telemedicine to meet the needs of their patient population, providers at the prison averaged a 4.89 satisfaction score out of a 5.00. UIHC specialists' overall satisfaction with telemedicine scored a 3.65.

The level of satisfaction using telemedicine was higher among referring providers for every outcome evaluated in this study. These data were evaluated first by consultant and referring physician responses to the questions described previously and summarized in Table 6B. Using the same data, referring and consulting physician responses to the same questions were ranked by specialty (Table 6A) and

TABLE 5. CATEGORIZATION OF ACTIONS
FOLLOWING TELEMEDICINE CONSULTATION

| Frequency | Action Category |
|---|---|
| 120 | Diagnostic procedure(s) ordered |
| 80 | Lab(s) ordered |
| 100 | Continued/unchanged medication |
| 63 | New medication ordered |
| 37 | Medication change/stoppage |
| 102 | Other therapy ordered |
| 28 | Surgical procedure(s) ordered |
| 22 | Non-surgical therapy ordered |
| 130 | Return to UIHC specialty clinic |
| 85 | Return to telemedicine |
| 56 | Return PRN |
| 7 | Schedule for hospitalization |

PRN, Pro re nata; UIHC, University of Iowa Hospital and Clinics.

TABLE 6A. COMPARISON OF CONSULTANT AND REFERRING
PHYSICIAN SATISFACTION WITH TELEMEDICINE BY SPECIALTY

|                   | Consultant (UIHC) | Referral (Prison) |
|-------------------|-------------------|-------------------|
| Cardiology        | 3.77              | 4.03              |
| Dermatology       | 3.80              | 4.16              |
| GI                | 3.72              | 4.17              |
| GU                | 2.88              | 4.17              |
| Internal medicine | 3.77              | 4.12              |
| Orthopedics       | 3.25              | 3.86              |
| Surgery           | 3.67              | 4.17              |

Response code: 1 = "poor," 5 = "excellent." GI, gastrointestinal; GU, genitourinary.

TABLE 6B. COMPARISON OF CONSULTANT AND REFERRING PHYSICIAN SATISFACTION WITH TELEMEDICINE

|                                                | Consultant (UIHC) | Referral (Prison) |
|------------------------------------------------|-------------------|-------------------|
| Video consultation useful for diagnosis?       | 3.16              | 3.85              |
| Video consultation useful for treatment plan?  | 3.47              | 3.92              |
| Medical condition appropriate for telemedicine?| 3.50              | 3.93              |
| Quality of transmission adequate?              | 3.65              | 4.89              |
| Consultation adequate for care?                | 3.29              | 4.63              |
| Satisfied with equipment/consultation?         | 3.60              | 3.89              |

Response code: 1 = "poor," 5 = "excellent."

generally reflect results published elsewhere.[9] Our own previous (anecdotal) experience with telemedicine has shown us that discrepancies in satisfaction with telemedicine between primary care providers and specialists may be the result of: (1) referring provider testimony that, being present for the consultant's examination, provides enhanced communication with the specialist and an opportunity for a "learning experience" as a result of observing the consultation; and (2) the fact that, for the consultant, telemedicine may be initially perceived as yet another demand on a busy clinical, teaching, and research schedule without the benefit of accompanying financial incentives.

*Computing Annual Costs*

**On-site inmate visits.** Due to the variables in transporting a prisoner (number and salaries of escorts required to accompany the prisoners, distance between the hospital and the prison, modes of transportation, level of security required, etc.), cost studies comparing telemedicine to on-site visits have typically been difficult to establish, quantify, and compare.[10] The cost of transportation alone (transporting a single prisoner to the consulting facility) has been

cited at $92.05 in Ohio,[11] $100 in Colorado,[12] $115 in Iowa,[13] $200 in Texas,[10] $206 in North Carolina,[14] and $216 in Virginia.[15]

Over the past decade, the cost of transporting and supervising prisoners who have traveled to Iowa City for their health care has been significant. Prisoners are transported in secured vehicles with two or more correctional officers providing transportation and security for each UIHC visit. As stated above, it has been estimated that it costs the State of Iowa an average of $115 to transport a prisoner to the UIHC, excluding the cost of medical care. These costs were computed by averaging costs for transportation and security for the 4,396 inmate visits to UIHC in 1997.

**Telemedicine inmate consultations.** Accurate cost projections for telemedicine are similarly complicated by several factors including fixed versus variable costs, difficulties predicting rates of utilization, and the need for added personnel. The formula presented in this report may prove useful to programs beginning cost projections to determine the economic viability of providing telemedicine to correctional facilities or to other hospitals. Medical costs are left

CDCR 361

TABLE 7A.  BREAK-EVEN POINT FOR UIHC: TELEMEDICINE
VS. ON-SITE VISIT (EXCLUDES MEDICAL CARE)

| Visit Type | Facilities Charge | | |
|---|---|---|---|
| On-site | $65 | | |

| Visit Type | Annual Cost of Equipment, Circuits, Personnel | Target No. of Teleconsults Per Year | On-site Visit/ Per Consult |
|---|---|---|---|
| Telemedicine | $133,622.72 | 2,000 | $66.81 |

TABLE 7B.  BREAK-EVEN POINT FOR PRISONS: TELEMEDICINE VS. ON-SITE VISIT (EXCLUDES MEDICAL CARE)

| Visit Type | Transportation Per Inmate | Security Per Inmate | On-site Visit/ Per Inmate |
|---|---|---|---|
| On-site | $16.82 | $98.87 | $115.34 |

| Visit Type | Annual Operating Costs Per Prison | Projected (target) No. of Patients Per Site, Per Year | Teleconsult/Per Inmate |
|---|---|---|---|
| Telemedicine | $31,717.45 | 275 | $115.34 |

out of these formulae since it is assumed they will be relatively comparable for both on-site and telemedicine evaluations. Following the cost formula below, each variable is explained in some detail.

Circuit charges + Equipment + (Per-minute chgs × No. Minutes × No. Consults) + Personnel + Space/Facilities = Total cost

Cost per consultation = Total cost/No. of consults

**Circuit charges.** This is the fixed, line charge that an institution pays to a telecommunications carrier for providing service. A frequent transmission mode used for interactive video in telemedicine is ISDN-PRI. Although not yet available in some rural areas, a major advantage of this type of service is that it allows practitioners and other users of the system to determine the optimum rate of transmission up to a full T-1 line (24 channels.) Many facilities report using $\frac{1}{4}$ T-1 line for real time interactive video transmissions, although The University of Iowa typically uses $\frac{1}{2}$ T-1 line, or 12 channels. The fewer channels utilized the lower per-minute cost to the institution.

If the circuit is being used for other applications such as videoconferencing, distance education, professional development, administrative meetings, or training programs, consider what percentage of business on the circuit directly relates to telemedicine. If clinical consultations account for only half of the utilization of the video circuit, cost projections should reflect that percentage of use and additional cost/benefit studies should be generated for other types of applications.

**Equipment.** The UIHC cost study includes the following equipment, factoring in routine maintenance. This equipment will be required at each site unless otherwise indicated.

• Video unit and installation (codec, monitors, cameras, light boxes, and microphones)
• Diagnostic peripherals (digital stethoscope, otoscope, etc.) for the correctional institution or referring site
• Multiplexor and installation
• Additional capitalized equipment, including equipment and furnishings for the video room: (fax machine, computer, telephone line, desk at both sites, and examination furnishings for the referring site.)

CDCR 362

Ten percent of the total equipment costs should be factored in for maintenance. Divide the total equipment costs by 5 years of useful life (depreciation expectation), add 10% of the total equipment costs for maintenance, and the resulting figure will provide an annual telemedicine equipment cost.

**Per-minute charges × number of consults.** With an ISDN circuit, institutions will also be charged a per-minute cost for the actual duration of the consult, just as one would be charged for a long-distance phone call. For institutions that have not begun telemedicine service, estimates will need to be made of the number of teleconsults anticipated and the average time spent per consult over the course of a year. (The UIHC telemedicine coordinator reported an average of 10 minutes per consultation.) Multiply the average time per consult by the per-minute, per-channel costs that your telecommunications provider will charge for the cost of each "call." The contractual arrangements between the referring and consulting agencies should delineate who will pay for the per minute video call. For administrative and technical reasons, the UIHC placed the telemedicine video calls to the prisons during the first year of implementation.

**Personnel.** Two key positions in providing telemedicine services are a telemedicine coordinator and a telecommunications/technical expert. Depending on the size and complexity of the telemedicine program, an institution may allocate part or all of the level of effort for key personnel.

The UIHC cost study included 100% of salary and fringe benefits for both of the positions referred to above. The coordinator scheduled the consults, made sure the charts were available, requested that referring and consulting physicians fill out a satisfaction survey, ensured connections were made and equipment was in working order, scheduled training for physicians, and generally facilitated each interaction. The technical support person was responsible for troubleshooting equipment and networking problems. In our case, both of these positions have been full-time since the inception of the program, although the technical support per-

son has a variety of other telecommunications responsibilities in addition to prison teleconsultations.

**Space/Facilities charges.** Most hospitals have a square footage formula to determine the cost to the department for space to conduct patient care duties. Added to this might be the costs of administrative data processing, financial management, and business office operating costs. If a comparison study is being made for on-site versus telemedicine visits, be sure to include this fee for both types of consultation.

**Total cost.** Adding all the charges delineated above will give an estimate of the annual cost of providing telemedicine services. If this overall cost is divided by the number of (actual or projected) patients evaluated by telemedicine, this will produce a cost-per-patient figure. This figure can then be compared to the cost of interacting with a patient on-site. Most hospitals have a formula for providing on-site and telemedicine consultations. For the UIHC, the total annual cost of providing telemedicine service for the first year of implementation was $133,622.72. Adjusting for 5% inflation, the UIHC would need to see 2,000 patients over telemedicine during the next fiscal year to reach the point where the cost of a telemedicine visit approaches the average cost of an on-site visit (breakeven point) (Table 7A).

*Comparison of Inmate On-site Visits to Telemedicine Consults: UIHC Experience*

The major costs for transporting a prisoner to UIHC involves transportation and security. In fiscal year (FY) 1997, 4,396 outpatient visits resulted in vehicles being on the road for 307,995 miles. At $0.24 a mile, the cost of transportation for FY 1997 totaled $73,919 or an average of $16.82 per visit for transportation.

Security officers spent 5,695 hours on the road for the 4,396 visits to UIHC during the same time frame, totaling $170,850. An average of two prisoners traveled to each UIHC visit, for a total of 2,198 trips. Each on-site prisoner consultation required, on average, 4 hours of officer supervision, totaling $263,760. The total security costs for the study period were $434,610.00 or $98.87 per visit.

The average cost to the prisons of a single, on-site prisoner visit to UIHC was: $16.82 (transportation), + $98.87 (security) = $115.34.

Using the formula described previously to compute the costs of circuits, equipment, and personnel, Iowa's correctional facilities would need to average 275 prison teleconsultations per year to reach the breakeven point (i.e., to approximate the average cost of the on-site visit, $115.34) (Table 7b). Obviously, as the number of consultations increases, the cost per session goes down.[16] If the Iowa DOC were to reach an average target of 275 telemedicine consultations a year per prison, there would be 2,475 inmate consultations taking place at the UIHC annually, slightly above the 2,000 annual teleconsultations required for the UIHC to reach its breakeven point. (275 teleconsults × 9 prisons = 2,475 UIHC teleconsults). Future analyses of the data will focus on a prison-by-prison evaluation to compute the distance in miles to the UIHC, the number of inmates based on current census data, and the salaries of security officers to determine the number of telemedicine consults for each prison to reach breakeven (versus the average number of tele-consults that the authors have shown here).

While many telemedicine prison studies have shown cost savings or cost avoidance from the point of view of their prisons, this study attempts to examine the cost of doing telemedicine from the perspective of both the referring and consulting facilities. Telemedicine is a collaborative interaction that requires costs and benefits to be evaluated from both perspectives. Costs associated with receiving and providing telemedicine services are not the same, and neither is the satisfaction with telemedicine comparable for referring and providing physicians. It is important to present both perspectives for an accurate assessment of telemedicine viability.

It should also be emphasized that, from a broader statewide perspective, telemedicine's relationship to the state's correctional facilities has the potential to benefit the state of Iowa and its taxpayers and citizens. Although the DOC and the UI do not always "think as one" in terms of strategies to achieve fiscal viability, it is anticipated that once the breakeven points

have been surpassed for one or both, the cost savings, cost avoidance, and cost benefits will ultimately be reflected favorably in the bottom line of the state's annual operating budget.

## CONCLUSION

A careful cost assessment is essential before launching any new program. With telemedicine, no one should anticipate instantaneous cost effectiveness. With careful planning, implementing a telemedicine program can be initially "cost-acceptable", and, as the volume of teleconsults increases, ultimately cost-effective.

Furthermore, not all benefits of telemedicine can be measured in terms of the "bottom line." In the case of prisoners, security issues may be key in determining the cost and benefits of telemedicine to an institution. In addition to transportation, there are other "costs" associated with prisoner transport that cannot always be quantified in monetary terms, such as the safety risk to patients and families in specialty care facilities and the embarrassment of inmates who may be shackled and in chains.[17]

It should not be anticipated that hub and spoke hospitals will think as one, share the same bottom-line goals, or employ similar provider incentives when implementing a telemedicine service. Hub hospitals may require the installation of more costly equipment and salaries paid to academic medical staff will likely be higher than in smaller rural and community hospitals. Encouraging provider acceptance and physician participation is complicated by the fact that referring and consulting providers may be motivated by different variables. Referring physicians report benefits from enhanced communication with specialists, increased knowledge and skill levels, and access to the latest medical techniques and innovations. Consultants may be motivated to participate because of personal or professional research interests in technology, the opportunity to participate in the development of innovative health care delivery systems, and increased avenues for research and publication.

In evaluating telemedicine for the general population, the savings to patients and their families in cost, time, and travel may well rep-

resent a competitive advantage to the institution that provides their patients with this service option. Additionally, there are other, less quantifiable benefits of telemedicine that need to be considered. For example, many consulting physicians report the advantage of having the referring physician or primary care provider available during the teleconsult to "present" the patient, while primary care providers report enhanced learning as a result of witnessing first hand the expertise of the consultant in patient management. Patients and providers alike note that telemedicine provides a more team-based approach to reaching patient management decisions than more traditional referrals, which are often marked by a lack of case management, poor or tardy communication between referring and consulting physicians, and patients and families who feel increasingly out of the decision-making loop about their own care. Telemedicine creates an interaction whereby the primary physician and consultant reach a decision in the presence of the patient. Finally, telemedicine offers the opportunity for tertiary care facilities to strengthen practice affiliations with smaller hospitals; allows physicians and other providers the opportunity to participate in "cutting edge" programs; encourages creative uses of networking for distance education and teleconferencing; and enhances the service profile of all hospitals involved.

## ACKNOWLEDGMENTS

The authors wish to acknowledge the contributions of the following University of Iowa staff: Stacey Cyphert, Assistant Vice President Statewide Health Services and Assistant Director, The University of Iowa Hospitals and Clinics; and Ruth Giesking, Telemedicine Coordinator Clinical Outreach Department, The University of Iowa Hospitals and Clinics.

## REFERENCES

1. U.S. Department of Justice. *Bureau of Justice Statistics. Summary Statistics*. [online] *http://www.ojp.usdoj.gov/bjs/pub/press/p97.pr*

2. Glaser JB, Greifinger RB: Correctional health care: a public health opportunity. *Ann Intern Med* **1993**; 18:139–145.

3. Norton S, Burdick AE, Phillips CM, Berman B: Teledermatology and underserved populations. *Arch Dermatol* **1997**;133:197–200.

4. Brunicardi BO: Financial analysis of savings from telemedicine in Ohio's prison system. *Telemedicine Journal* **1998**;4:49–54.

5. Sisk JE, Sanders JH: A proposed framework for economic evaluation of telemedicine. *Telemedicine Journal* **1998**;4:31–37.

6. Mekhjian HJ, Warisse M, Gailiun M, McCain T: An Ohio telemedicine system for prison inmates: a case report. *Telemedicine Journal* **1996**;2:17–24.

7. Speirs L: *International Classification of Diseases, Ninth Revision, Clinical Modification, Fifth Edition*. Salt Lake City, Utah: Medicode, Inc.; **1997**.

8. *1998 E/M Fast Finder, A Quick Reference Guide For E/M Coding*. Salt Lake City, Utah: Medicode, Inc.; **1997**.

9. Bashshur RL: Rethinking the evaluation and priorities in telemedicine. *Telemedicine Journal* **1998**;4:1–4.

10. Brecht RM, Gray CL, Peterson C, and Youngblood B: The University of Texas medical branch—Texas Department of Criminal Justice telemedicine project: findings from the first year of operation. *Telemedicine Journal* **1996**;2:25–35.

11. Brunicardi BO: Financial analysis of savings from telemedicine in Ohio's prison system. *Telemedicine Journal* **1998**;4:49–54.

12. Anonymous. November, 1995. "Prison telemedicine in Colorado." *Telemedicine Today;* **1995**;3:26–29.

13. Loeffelholz PL: Medical Director, Iowa Department of Corrections, Iowa Medical and Classification Center; Oakdale, Iowa. [Personal correspondence.] May 13, **1998**.

14. Zircon HL, Doty E, Balch DC: Financial analysis of telemedicine in a prison system. *Telemedicine Journal* **1997**;3:247–255.

15. McCue MJ, Mazmanian PE, Hamptom C, *et al:* The case of Powhatan Correctional Center/Virginia Department of Corrections and Virginia Commonwealth University/Medical College of Virginia. *Telemedicine Journal* **1997**;3:11–17.

16. McCue MJ, Mazmanian PE, Hampton CL, *et al:* Cost-minimization analysis: a follow-up study of a telemedicine program. *Telemedicine Journal* **1998**;4:323–327.

17. Mekhjian HJ, Gailiun WM, McCain T: An Ohio telemedicine system for prison inmates: a case report. *Telemedicine Journal* **1996**;2:17–24.

Address reprint requests to:
*Susan Zollo*
*Director Telemedicine Resource Center*
*211 HLHS*
*The University of Iowa*
*Iowa City, IA 52242*