# EXHIBIT C



*XAVIER BECERRA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public:  (916) 445-9555
Telephone:  (916) 210-7325
Facsimile:  (916) 324-5205
E-Mail:  Tyler.Heath@doj.ca.gov

July 12, 2018

Matthew A. Lopes, Jr.
Pannone Lopes Devereaux & O'Gara, LLC
Northwoods Office Park
1301 Atwood Avenue, Suite 215 N
Johnston, RI  02919

RE:   *Coleman v. Brown, et al.,*
         U.S.D.C., Eastern District of California, Case No. 2:90-cv-00520 KJM-DB (PC)

Dear Special Master Lopes:

On July 2, 2018, you asked the parties to submit their positions on CDCR's proposed use of telepsychiatry and any supporting information for their positions by July 12, 2018.  On July 3, 2018, the Court ordered the "Special Master to finalize a proposed telepsychiatry policy that is in his view consistent with the provisions of the October 10, 2017 order and the recommendations of his experts."  (Order at 6, July 3, 2018, ECF No. 5850.)[1]  The Court also ordered the Special Master to circulate his "proposal to the parties and obtain their responses."  (*Id.*)  After the Court's order, you clarified that by July 12 you wanted the parties to state whether their positions vis a vis telepsychiatry remain the same and to provide any additional information or research related to the provision of telepsychiatry.

Defendants' position on the scope and use of telepsychiatry remains unchanged from their May 16 and 25 letters, which are attached for your reference. All the available evidence demonstrates that telepsychiatry is a safe and proven method of providing psychiatric care to inmate-patients, and is no less safe or effective than face-to-face encounters, particularly at the EOP and CCCMS levels of care.  No evidence has been presented that the use of telepsychiatry has harmed even a single CDCR patient.[2]  Accordingly, the limitations and safeguards already

---

[1] In the July 3 Order, the Court acknowledged that its October 10, 2017 Order "directed the Special Master to 'take all steps necessary to create a complete factual record for consideration and resolution of . . . 2. What role does and can telepsychiatry play, consistent with the Eighth Amendment, to aid in solving the psychiatrist staffing shortage?'"  (ECF No. 5850 at 1-2.)

[2] CDCR began using telepsychiatry at the EOP level of care in 2014.  As of 2015, eleven institutions utilized telepsychiatry to provide coverage to EOP inmate-patients.  From 2015 to date, CDCR has completed tens of thousands of telepsychiatry contacts with EOP inmate-patients.

included in Defendants' draft policy will ensure that the use of telepsychiatry is clinically appropriate.

Defendants provide the following additional information to the Special Master and his team to demonstrate that telepsychiatry is safe and effective when provided under CDCR's current draft telepsychiatry policy. Furthermore, in Defendants' view, characterizing the EOP program as a residential treatment program and equating it to an inpatient setting is inaccurate and inconsistent with the history and practice of the outpatient program. Such comparison does not justify placing limits on the use of telepsychiatry.

A.    **Telepsychiatry Is Appropriate for a Correctional Setting, Including the EOP Level of Care.**

The only evidence currently in the record or submitted to the workgroup demonstrates that telepsychiatry is safe and effective in a correctional setting. On July 6, 2018, Defendants submitted the expert opinion of Dr. Joseph V. Penn, M.D., CCHP, FAPA, to supplement the record and directly respond to the Court's advice that Defendants offer additional evidence (*see* ECF No. 5850 at 6) to support their contention that the use of telepsychiatry should not be artificially limited.

Dr. Penn is an expert on the provision of mental health care in the largest correctional system in the United States. He has been the Mental Health Director of the University of Texas Medical Branch Correctional Managed Care since 2008. He oversees the provision of mental health care to 116,000 inmates in the Texas Department of Criminal Justice and 1,500 "youthful offenders." (Joseph V. Penn, M.D., CCHP, FAPA, Telepsychiatry in Correctional Healthcare (Penn Report) at 2.) Texas has an extensive history of providing telepsychiatry to its inmate population. As of May 2018, Texas had provided "over 400,000 telepsychiatry encounters since the inception of the program." (*Id.*)

As a psychiatrist and Director of Mental Health Services, Dr. Penn has personally overseen Texas's telepsychiatry program and its use "to evaluate, diagnose, and treat the complex mental pathologies" of adult and juvenile offenders. (*Id.* at 13.) Based on the breadth of his personal experience, and his extensive review of scientific literature and research on the use of telepsychiatry in both the public and correctional setting, Dr. Penn concludes that "telepsychiatry is an effective and established mode of care delivery" and is "comparable if not superior to face-to-face psychiatric encounters." (*Id.*) And, of the 400,000 telepsychiatry encounters in the Texas mental health system, he is not aware of any "adverse or negative" outcomes due to the use of telepsychiatry. (*Id.* at 10-11.)

The Court's July 3 order characterized the EOP level of care as residential. Although Defendants do not agree with that characterization (see Section C, *infra*) —particularly given that the Program Guide describes EOP treatment as "focused care for inmate-patients who do not require 24-hour inpatient care" (Revised Program Guide at 12-4-2)—the Court's order does not alter Dr. Penn's opinion, or the fact that telepsychiatry should be considered an appropriate method of treatment for the EOP population. Indeed, Texas provides treatment in a number of

residential specialized treatment programs. (*Id.* at 12-13.) The majority of the psychiatric services for the residential programs are provided by telepsychiatry. (*Id.* at 13.)

In short, Dr. Penn's expert opinion supports Defendants' proposed use of telepsychiatry. Dr. Penn's opinion is based on lengthy experience in correctional mental health and first-hand knowledge of the efficacy of telepsychiatry in inmate mental health populations – including residential settings. Defendants are unaware of any evidence to the contrary. As such, this evidence will be particularly informative for the EOP level of care, for which the Special Master and his team indicated more time for observation was necessary.

    **B.**    **Updated Scientific Literature On the Use and Effectiveness of Telepsychiatry.**

The scientific literature and research that the Defendants previously submitted to the Court evidences the accepted and safe use of telepsychiatry – especially given the dearth of scientific literature to the contrary and the absence of any evidence of patient harm based on the use of telepsychiatry at CDCR. In response to the Special Master's request for additional information, Defendants submit the below scientific literature and research that has become available since Defendants' March 2017 response to the Special Master's Staffing Report.

The following articles are attached to this letter for the Special Master's review:

1.    Abrams, J. et. al. (May/June 2017). Practical Issues in Delivery of Clinician-to-Patient Telemental Health in an Academic Medical Center. *Harvard Review of Psychiatry*, *25*(3), 135-145. (This article reviews the practical factors involved in creating a telepsychiatry system. It concludes that there is no longer a question of whether telepsychiatry should be used, and focuses on how it can be best used to provide care.)

2.    Shore, J. et. al. (Apr. 2018). Best Practices in Videoconferencing-Based Telemental Health. American Psychiatric Association and American Telemedicine Association, 1-10. (Telepsychiatry has become an accepted tool in providing mental health and this document provides a guide on the best practices for providing telepsychiatry.)

3.    Goldbloom, D. & Gratzer, D. (2017). Telepsychiatry 2.0. *The Canadian J. of Psychiatry*, *62*(1), 68-689. (This article acknowledges the efficacy of telepsychiatry and discusses ways to expand its use in Canada.)

4.    Hilty, D. M., et. al. (2018). An Update on Telepsychiatry and How It Can Leverage Collaborative, Stepped, and Integrated Services to Primary Care. *Psychosomatics*, *59*, 227-250. (This article acknowledges that there is sufficient evidence to support the practice of telepsychiatry and discusses how telepsychiatry can help increase access to integrated collaborative care.)

5.      American Academy of Child and Adolescent Psychiatry Committee on
        Telepsychiatry and AACAP Committee on Quality Issues (2017).  Clinical
        Update: Telepsychiatry with Children and Adolescents.  *J. Am. Acad. Child
        Adolesc Psychiatry*, *56*(10), 875-893.  (The AACAP recognizes telepsychiatry as
        an evidence-based treatment and presents procedures for conducting
        telepsychiatry.  It did not recommend any specific limitations for juvenile
        corrections.)

6.      Zheng, W., et. al. (2017). Treatment Outcome Comparison between
        Telepsychiatry and Face-to-face Buprenorphine MAT for Opioid Use Disorder:
        A 2-Year Retrospective Data Analysis.  *J. Addict. Med.*, *11*(2), 138-144.  (This
        study analyzed the efficacy of telepsychiatry in treating addictive disorders in
        patients receiving medication-assisted treatment and found that telepsychiatry was
        no less effective.)

7.      Labelle, B. et. al. (2018).  Characterizing the Use of Telepsychiatry for Patients
        with Opioid Use Disorder and Cooccurring Mental Health Disorders in Ontario,
        Canada.  *Int'l J. of Telemedicine and Applications*, 2018, 1-7.  (This article
        determined that telepsychiatry is increasingly being used to provide treatment to
        rural patients with substance abuse disorders.)

8.      Thomas, J., et al. (2018).  The Use of Telepsychiatry to Provide Cost-Efficient
        Care during Pediatric Mental Health Emergencies.  *Psychiatric Services*, *69*(2),
        161-168.  (This article analyzed telepsychiatry emergency program delivered to
        adolescents and children.  It compared the outcomes to those from psychiatric
        care provided by ambulatory transport for in-person care.  It found that
        telepsychiatry care had shorter median emergency department stay times,
        improved clinical and operational efficient, and improved patient and family
        experience.)

9.      Roberts, N., et. al. (Oct. 2017).  Child and Adolescent Emergency and Urgent
        Mental Health Delivery Through Telepsychiatry:  12-Month Prospective Study.
        *Telemedicine and e-HEALTH*, *23*(10), 842-846.  (This article analyzed children
        referred to telepsychiatry for urgent and emergent needs and found that patients
        reported a high level of satisfaction and did not result in statistically significant
        differences in outcomes.)

10.     Saeed, S. A., et. al. (2017) Training Residents in the Use of Telepsychiatry:
        Review of the Literature and a Proposed Elective, Oct. 2016.  *Psychiatry
        Quarterly*, *88*, 271-283.  (This article proposes implementing telepsychiatry into
        curriculum to improve clinical familiarity with the technology and its use, and
        ultimately provide expanded telepsychiatry services to patients in need.)

        Notably, many of these articles assume that telepsychiatry is acceptable and safe.  The
updated scientific literature presents specific findings that telepsychiatry is safe, effective, and

appropriate in a greater number of settings.  For example, the American Psychiatric Association and American Telemedicine Association's 2018 guidelines state that "[t]here are no absolute contraindications to patients being assessed or treated using telemental health." (Best Practices in Videoconferencing-Based Telemental Health at 6.)  In fact, the guidelines do not recommend any limitations specific to inmate psychiatric care.  (*Id.* at 8.)  Similarly, there are no contraindications for telepsychiatric care delivered to children, including in juvenile detention. (Clinical Update:  Telepsychiatry with Children and Adolescents at 883.)  And preliminary studies have shown that using telepsychiatry for children and adolescents in emergency and urgent situations has not resulted in a "significant difference in patient outcome" and "suggests that telepsychiatry may be suitable for urgent assessment . ." (Child and Adolescent Emergency and Urgent Mental Health Delivery Through Telepsychiatry:  12-Month Prospective Study at 845.)  These reports show that telepsychiatry has been studied and found to be appropriate in a number of settings and for vulnerable classes of patients, for example, children with urgent and emergent needs.  The success of telepsychiatry in these additional populations is persuasive evidence of CDCR's ability to safely use it to provide timely, high-quality care to inmates in its levels of care with the limitations that exist in CDCR's draft policy.

### C.    The EOP is an Outpatient Level-of-Care.

At the June 28, 2018 status conference, the Court asked the parties whether the EOP level of care is properly characterized as a residential program.  Defendants objected to the characterization of it as anything other than an outpatient level of care. The Court's July 3, 2018 order stated that "Although EOP is labeled an outpatient program, outpatient is contextual and relative to inpatient programs within the MHSDS; moreover, the Revised Program Guide makes clear EOP is a residential program, synonymous with an inpatient setting.  (ECF No. 5850 at 10.) Defendants dispute the accuracy of this characterization.

The description of the EOP as a residential program appears to reference descriptions of the program in early Special Master reports, which stated that the EOP was akin to a residential program.  However, other early reports recognized that the EOP population was still a part of CDCR's overall outpatient program.  (*Second Report of the Special Master on Remedial Plans* at 2, 12; *First Report of the Special Master on Compliance* at 4.)  The qualifier "residential" did not change it to a different level of care.  It was, and is still, an outpatient program.  In fact, the Special Master referred to all of CDCR's facilities as the "residential mainstream" in his very first report. (*First Interim Progress Report of the Special Master* at 45.)  There has been little to no recent characterization of the EOP program as a residential program, much less as a rationale for imposing artificial limits on the use of telepsychiatry.

The program's "residential" label appears to be driven by the fact that EOP inmates "reside" in separate housing units.  All inmates confined in CDCR are essentially "residents" there, and there are other specialized segregated units such as Sensitive Needs Yards, Psychiatric Services Unit, indecent exposure units, and Administrative Segregation Units.  This characteristic alone does not warrant the conclusion that EOP is "residential" in a clinical sense, or synonymous to inpatient care.  Indeed, Plaintiffs' counsel have repeatedly argued that EOP inmates are entitled to privileges and freedom of movement not normally permitted in a

residential setting.  For example, unlike a traditional "residential" program, EOP inmates are generally allowed and encouraged to leave their unit to go to education programs, visitations, work assignments, group programming, and treatment outside of their housing unit.  The same is true for EOP inmates that go to the Correctional Treatment Centers for medical treatment.  They generally go to these services without escorts and are not isolated from other EOP or non-EOP inmates.

In addition, the fact that EOP inmates are housed in separate units is not strictly related to their treatment.  The units are not intended to be therapeutic in and of themselves.  As stated at the June 28 status conference, the separate unit is largely, although not exclusively, a security measure to help protect a potentially vulnerable population.  In most CDCR institutions, EOP treatment happens outside of the housing units and in designated mental health treatment areas.  The treatment generally happens in the same treatment areas where all inmates, including those in different levels of care, receive their mental health treatment.

EOP patients continue to be more integrated into the broader inmate population.  Patients participate in programming, education, and jobs alongside non-EOP inmates.  This growing integration is due to efforts by CDCR to make programs available to a broader spectrum of the population, in part, a consequence of the *Hecker* litigation.  At the same time, EOP inmates are becoming more integrated with the general population as CDCR shifts to non-designated facilities.  This initiative has already transitioned institutions that provide EOP treatment services to non-designated yards.  As a result, the EOP treatment programs, Sensitive Needs Yards (SNY), and General Population (GP) designations are "no longer be recognized or utilized for the purposes of housing."  (CDCR Memorandum, Statewide Non-Designated Enhanced Outpatient Program and Inpatient Program Treatment Initiative, Nov. 20, 2017.)  The inmates in the non-designated units "program together and comply with integrated housing expectations regardless of prior GP or SNY programming or level designations."  (*Id.*)

While the court's July 3 order states that the revised program guide contemplates EOP as a residential program synonymous with inpatient setting, both the language of the program guide and the experience of the program suggests otherwise.  In fact, in many places, the Program Guide confirms that the EOP is an outpatient program.  It states that CDCR's "[o]utpatient care is provided in an array of treatment levels and modalities including a day treatment program and an outpatient clinic of care."  (Revised Program Guide, 12-1-1.)  The CCCMS and EOP are these outpatient treatment levels.  Indeed, the Program Guide specifically defines the EOP as the "most intensive level of outpatient mental health care within the MHSDS."  (*Id.* at 12-4-1.)  And, while it is correct that the Program Guide does characterize the program as having a "separate housing unit . . . for mentally ill inmate-patients who, because of their illness, experience adjustment difficulties in a General Population (GP)," providing an inmate with a designated housing unit is not akin to the care contemplated in an inpatient setting.

The EOP level of care is not synonymous to the inpatient or crisis bed level of care.  Defendants are unaware of any prior characterization of the EOP as inpatient care.  In fact, the Program Guide specifically excludes EOP inmates from inpatient care because they "are not so impaired as to require 24-hour inpatient care."  (Revised Program Guide, 12-4-1.)  Inpatient care

is available for "inmate-patients whose conditions cannot be successfully treated in the outpatient setting or in short-term MHCB placements." (*Id*. at 12-1-9.) There are significant differences between the EOP and inpatient care. For example, inpatient care facilities must be licensed under Title 22. (Program Guide, 12-5-1.) EOP units are not. Also, inpatient care includes 24-hour nursing care and 24-hour inpatient care. (*Id*. at 12-1-8, 12-6-7.) EOP units do not.

Inpatient care is meant for an entirely different type of inmate. Inmates referred to inpatient care are suffering more severe impairment or distress due to their mental illness. (*See Id*. at 12-1-8, 12-6-7.) Inmates in inpatient care receive far more frequent care from their psychiatrists than those patients in an outpatient program. The Acute Psychiatric Program (APP) and Intermediate Care Program (ICF) require a patient be seen by a physician once every 72 hours, and then weekly after the first month for programs with a California Department of Public Health Flex Program. APP and ICF patients must receive an Interdisciplinary Treatment Team (IDTT) in the first 72 hours of admission and again after seven days. After that, APP inmates receive weekly IDTTs and ICF inmates receive monthly IDTTs. The Mental Health Crisis Bed level of care is more intense with weekly IDTTs, psychiatry appointments every 72 hours, and daily clinical contacts. (Revised Program Guide at 12-5-11.) But, EOP inmates only receive an IDTT every 90 days, weekly clinical contacts, and a monthly psychiatry visit. (*Id*. at 12-4-8.) The above are just a few of the many differences. EOP is not synonymous to inpatient care.

Even assuming *arguendo* that EOP amounts to residential care, that label alone does not justify a limitation on the use of telepsychiatry. Defendants are unaware of any specific literature or patient outcome evidence that support the limiting of telepsychiatry on a class-wide basis for residential care. If Plaintiffs or the Special Master or his experts have literature or evidence of adverse patient outcomes, or any evidence to support their respective positions as to the appropriate scope of or limitations on telepsychiatry, Defendants request the immediate disclosure of those materials so that Defendants may review them before responding to the Special Master's recommendation on CDCR's telepsychiatry policy. No such material has been provided to date for discussion and analysis, despite regular workgroups on this topic and Defendants' requests.

As reflected in Defendants' prior submissions, the report from Dr. Penn, the foregoing discussion regarding the character of the EOP level of care, and the attached literature, telepsychiatry is an accepted, effective, and safe mode of delivering psychiatric services. And, as explained by Dr. Penn, its' use in correctional and residential settings is safe and effective.

/ / /

/ / /

/ / /

July 12, 2018
Page 8

      Defendants look forward to reviewing and commenting on the Special Master's draft policy.

Sincerely,

*/s/ Tyler V. Heath*

TYLER V. HEATH
Deputy Attorney General

For    XAVIER BECERRA
Attorney General

TVH:

cc:    Plaintiffs' Counsel

CF1997CS0003
33470509.docx

**XAVIER BECERRA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1300 I Street
P. O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7318
E-Mail Address: Elise.Thorn@doj.ca.gov

May 25, 2018

*Via Electronic Mail*

Matthew A. Lopes, Jr., Esq.
Coleman Special Master
Pannone Lopes Deveraux & West LLC
317 Iron Horse Way, Suite 301
Providence, RI 02908
MLopes@pldlaw.com

Lisa Ells, Esq.
Thomas Nolan, Esq.
Rosen Bien Galvan & Grunfeld LLP
50 Fremont Street, 19th Floor
San Francisco, CA 94105-2235
lells@rbgg.com
tnolan@rbgg.com

RE:     *Coleman, et al. v. Brown, et al.*
        U.S. District Court, Eastern District of California, Case No. 2:90-cv-520 KJM-DB (PC)

Dear Matt, Lisa, and Tom:

This letter responds to Plaintiffs' May 21, 2018 request that Defendants identify areas of continued disagreement regarding CDCR's telepsychiatry policy and provide the reasoning for Defendants' position. Defendants agree that the parties have made considerable progress towards a final agreement on CDCR's proposed telepsychiatry policy and Defendants appreciate Plaintiffs' enumeration of the agreements reached through the staffing workgroups.

However, Plaintiffs continue to mischaracterize CDCR's position in a number of ways— most significantly by claiming that CDCR proposes the "virtually unlimited use of telepsychiatry in CDCR." The telepsychiatry policy continues to provide multiple safeguards that protect the needs of patients, as well as address the specific concerns of the Special Master and Court. For example, the policy provides procedures to safely address patient refusals, the treatment of patients where telepsychiatry may be contraindicated, and patients requiring emergency mental health services. CDCR has also agreed that onsite providers shall remain the preferred method of psychiatric care for patients at the Mental Health Crisis Bed (MHCB), Acute Psychiatric Program, and Intermediate Care Facility levels of care.

Matthew A. Lopes, Jr., Esq.
Lisa Ells, Esq.
Thomas Nolan, Esq.
May 25, 2018
Page 2

**A.      Neither the Court Nor the Special Master Have Prohibited CDCR's Onsite Psychiatrists from Moving to Telepsychiatry Positions.**

Defendants agree that the Special Master's monitoring should continue to include the telepsychiatry program.  Plaintiffs take the position, however, that the Special Master should further closely monitor telepsychiatry "to ensure that on-site clinicians are not permitted to migrate to telepsychiatry offices." (Pls.' Letter at 3.)  Defendants do not agree that onsite psychiatrists are restricted from taking a position with CDCR as a telepsychiatrist.[1]  And all indicators show that the ability to place telepsychiatrists at an institution not only addresses staffing vacancies, but also improves retention, because the telepsychiatrists relieve excessive workloads, making everyone's job more manageable.  Indeed, CDCR believes that future monitoring and reporting will prove that onsite provider vacancies are not adversely impacted by hiring telepsychiatrists.  Defendants' monthly psychiatry vacancy reports will also support this fact.

**B.      Other Areas of Disagreement and Clarification.**

Defendants articulated their positions on each of the four remaining areas of disagreement in their attached May 16, 2018 letter to Lisa Ells and Tom Nolan.  Defendants will not restate those positions in full here, but will correct various misstatements set forth in Plaintiffs' May 21, 2018 letter.

First, Plaintiffs contend that CDCR's policy fails to incorporate the Court's requirements that telepsychiatry should supplement but not replace on-site psychiatry.  (Pls.' Letter at 3-4.)  This is inaccurate.  CDCR's telepsychiatry policy and its May 17, 2018 *Proposals to Achieve a More Efficient and Effective Mental Health Services Delivery System with Adjustments to Unneeded Psychiatry Positions*, clarify that CDCR plans to continue to use telepsychiatry to supplement its onsite psychiatry staff.  Black's Law Dictionary defines the word "supplemental" as "that which is added to a thing to complete it."  The word "supplement" means "something that completes or makes an addition."  On the other hand, a substitute is defined as "one who or that which stands in the place of another" or "to put or use in the place of another."  *See* Merriam Webster's Collegiate Dictionary (10th Ed. 1993).  Specifically, telepsychiatrists complete CDCR's psychiatric staffing requirements and supplement its on-site mental health program staff.  CDCR is neither discontinuing its use of onsite providers, nor replacing onsite providers with telepsychiatrists.  On a system-wide basis, telepsychiatrists are filling vacant positions to *supplement* CDCR's full complement of psychiatric staff.[2]

---

[1] Indeed, such a prohibition would likely violate public policy.  *See, e.g.,* Cal. Bus. & Prof.  Code § 16600 ("every contract by which anyone is restrained from engaging in a lawful profession, trade or business of any kind is to that extent void").

[2] Plaintiffs continue to condition their agreement that telepsychiatry may be used to treat patients at the Enhanced Outpatient level of care (EOP) on the satisfaction of two requirements:  1) a good-faith showing that CDCR is unable to hire a sufficient number of onsite psychiatrists, and 2) demonstration that a majority of the positions for the EOP program are filled by onsite psychiatry.  (Pls.' Letter at 7.)  Neither of these requirements are set forth in the Special Master's recommendations or the Court's October 10, 2017 Order.  Moreover, the conditions present difficult practical issues, such as how and under what standard the good-faith requirement would be met, and who

Matthew A. Lopes, Jr., Esq.
Lisa Ells, Esq.
Thomas Nolan, Esq.
May 25, 2018
Page 3

Second, Plaintiffs want CDCR's policy to state that "[t]elepsychiatry is not appropriate for the MHCB level of care except as a last resort or in emergency situations when an on-site psychiatrist is not available." (Pls.' Letter at 4.) But CDCR has already agreed to state a preference to use onsite providers for patients at the MHCB, Acute Psychiatric Program, and Intermediate Care Facility levels of care. The current policy further provides safeguards for treatment where telepsychiatry is contraindicated, as well as actions that must be taken in emergency situations. In sum, the policy already operationalizes the Court's instructions in its October 10 Order. As for Plaintiffs' further insistence on the insertion of language that "[t]elepsychiatry should not be a frontline approach for psychiatric services for inmates with the most intensive or emergent needs," CDCR continues to strongly object on the ground that the meaning of the term "frontline approach" is ambiguous. As such, the insertion of that term in CDCR's policy does not assist CDCR's clinicians and only invites confusion. Given the current safeguards in the policy and the lack of evidence to support Plaintiffs' proposed ban, CDCR's revised policy language should be approved.

Finally, the last two areas of disagreement identified in Plaintiffs' letter concern the use of telepsychiatry for cell-front visits and the use of Psychiatric Nurse Practitioners to provide telepsychiatry services. As stated in Defendants' May 16 letter, resolution of these issues is pending a review of cell-front telepsychiatry and CDCR's Psychiatric Nurse Practitioner policy. Casting these issues as disagreements is premature.

**C.    CDCR's Telepsychiatry Policy Complies with the October 10, 2017 Order.**

Defendants disagree with Plaintiffs' expansive interpretation of the October 10 Order. Defendants agree that the Court ordered the parties to develop a revised telepsychiatry policy, based on the Special Master's recommendations. But those mandates do not change the character of the Special Master's recommendations, or render them edicts or categorical bans on the use of telepsychiatry as a primary treatment method for patients at any level of care. Instead, the Special Master found that telepsychiatry may be used with certain limitations for every level of care.

The Special Master found that telepsychiatry is an appropriate option for the delivery of care to the CCCMS population, provided that telepsychiatrists work onsite at least twice per year at the designated institutions and more frequently if feasible. (Order at 21.) For the EOP level of care, the Special Master recommended additional observation and data gathering in order to assess telepsychiatry. (*Id.* (citing Report at 16).) He did not recommend that telepsychiatry should be categorically disfavored for all EOP patients. And CDCR's policy appropriately accounts for those patients for whom telepsychiatry is contraindicated or refused. The Special Master also found and recommended that telepsychiatry may be appropriate for the MHCB level of care as a last resort or in emergency situations when an on-site psychiatrist is not available. (*Id.*)

---

would enforce the good-faith standard. The conditions also fail to account for normal staff turnover and fluctuations in hiring. Finally, the conditions seek to impose legal obligations not required by the Eighth Amendment.

Matthew A. Lopes, Jr., Esq.
Lisa Ells, Esq.
Thomas Nolan, Esq.
May 25, 2018
Page 4

   Defendants referred to the Special Master's past monitoring of telepsychiatry to highlight that Plaintiffs still cannot point to any evidence of negative outcomes for patient treatment attributable to telepsychiatry.  While Plaintiffs posit that "[face-to-face, in-person clinical contacts] is more therapeutic in the context of CDCR's prisons than remote treatment by video-phone" (Pls.' Letter at 2), they cite no evidence or literature to support this claim.  And while Defendants recognize that Plaintiffs cite to a handful of complaints regarding privacy and continuity of care reported in both the 26th and 27th Round Monitoring reports, those reported incidents are anecdotal and do not represent the experience of the telepsychiatry treatment provided system-wide.   The complaints do not demonstrate the modality of treatment resulted in insufficient care.  The 26th and 27th Round reports do not identify any instance where telepsychiatry was used and a patient decompensated or was in fact harmed as a result of treatment using telepsychiatry.

   The quality of telepsychiatry has improved dramatically in recent years and its use for the majority of the MHSDS patient population is clinically indicated and successful.  Defendants look forward to working with the Special Master and Plaintiffs' counsel to reach an agreeable telepsychiatry policy.

       Sincerely,

       */s/ Elise Thorn*

       Elise Owens Thorn
       Deputy Attorney General

     For  XAVIER BECERRA
       Attorney General

Attachment A

**XAVIER BECERRA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

1300 I Street
P. O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7318
E-Mail Address: Elise.Thorn@doj.ca.gov

May 16, 2018

*Via Electronic Mail*

Lisa Ells, Esq.
Thomas Nolan, Esq.
Rosen Bien Galvan & Grunfeld LLP
50 Fremont Street, 19th Floor
San Francisco, CA 94105-2235
tnolan@rbgg.com

RE:    *Coleman*, *et al. v. Brown*, *et al.*
       U.S. District Court, Eastern District of California, Case No. 2:90-cv-520 KJM-DB (PC)

Dear Lisa and Tom:

       This responds to your May 14, 2018 request that Defendants put in writing their position regarding the Court's October 10, 2017 order as it relates to telepsychiatry.

       The relevant provision of the order states:

> Under the guidance of the Special Master, defendants **shall develop an addendum** to the Revised Program Guide to govern the use of telepsychiatry and the extent to which telepsychiatrists may provide mental health services in place of on-site psychiatrists. Telepsychiatry should serve as a supplement, rather than a substitute, for on-site psychiatry and should only be used when institutions are unable to recruit psychiatrists or have short-term vacancies that cannot be filled by contract psychiatrists. The Special Master's recommendations concerning the use of telepsychiatry, as clarified by this order, **shall** form the basis of that addendum, **subject to modification as appropriate as a result of ongoing monitoring of defendants' telepsychiatry program**. The addendum **shall** be developed and finalized with the guidance of the Special Master and his experts, and with input from plaintiffs' counsel at the discretion of the Special Master.

(October 10, 2017 Order, ECF No. 5711, at 30 (emphasis added).) While the order mandates that Defendants develop an addendum under the guidance of the Special Master, and that the Special Master's recommendations shall form the basis of the addendum, the Court's language limiting the scope of telepsychiatry is not mandatory. The order makes clear that the Special Master's recommendations are permissive instructions, "subject to modification as appropriate as a result of ongoing monitoring of defendants' telepsychiatry program." (*Id.*)

Lisa Ells, Esq.
Thomas Nolan, Esq.
May 16, 2018
Page 2

If the Court intended to mandate the actual terms of Defendants' policy, then its order would have explicitly stated that "telepsychiatry **shall** serve as a supplement, rather than a substitute, for on-site psychiatry and **shall** only be used when institutions are unable to recruit psychiatrists or have short-term vacancies that cannot be filled by contract psychiatrists." Instead, the Court left it to Defendants and the Special Master to develop an addendum based on what the evidence demonstrates about the efficacy of telepsychiatry. And as Defendants have repeatedly pointed out, all the available evidence shows that telepsychiatry is equally as effective as other forms of care. (*See* Defendants' Response to the Special Master's Report on the Status of Mental Health Staffing and Implementation of Defendants' Staffing Plan, ECF No. 5591 at 3 - 7.)

Both the Special Master's Report on the Status of Mental Health Staffing and the Implementation of Defendants' Staffing Plan (Special Master's 2017 Staffing Report, ECF No. 5564) and the October 10 order evidence an intent to develop a policy that allows for the use of telepsychiatry at all levels of care under appropriate conditions. This aligns with the American Psychiatry Association, which recognizes telepsychiatry as an empirically effective delivery system:

> Telemedicine in psychiatry, using video conferencing, is a validated and effective practice of medicine that increases access to care. The American Psychiatric Association supports the use of telemedicine as a legitimate component of a mental health delivery system to the extent that its use is in the best interest of the patient and is in compliance with the APA policies on medical ethics and confidentiality.

(https://www.psychiatry.org/psychiatrists/practice/telepsychiatry.)

Moreover, the Receiver's Office in *Plata, et al. v. Brown, Jr., et al.*, has found that telemedicine, as a delivery model, "has proved successful through providing medical services to hard-to-recruit, remote locations and increased job satisfaction and retention." (*See*, e.g, *Plata, et al. v. Brown, Jr., et al.*, Case No. C01-1351-JST, ECF No. 3008, p. 14.) Thus, telepsychiatry is not only a legitimate delivery system of care, but a means for alleviating the problems CDCR faces in hiring and retaining medical providers.

On the other hand, Plaintiffs have not provided evidence, anecdotal or otherwise, that CDCR's use of telepsychiatry harms *Coleman* class members. While some inmates may complain about treatment using video, the majority of class members accept treatment through telepsychiatry. The October 10 order likewise does not cite to any instance of inadequate treatment or poor patient outcomes caused by using telepsychiatry. To the contrary, the Court gives credence to the Special Master's monitoring of telepsychiatry and the conclusion of his experts concerning its efficacy. (Order at 22-23.)

In the *Twenty-Sixth Round Monitoring Report of the Special Master on the Defendants' Compliance with Provisionally Approved Plans, Policies, and Protocols* (*Twenty-Sixth Round Monitoring Report*, ECF No. 5439), the Special Master reported that "the observed use of the telepsychiatry process by Interdisciplinary Treatment Teams (IDTTs) was found satisfactory as a viable option in the absence of live psychiatrists at the institutions." (*Id.* at 18.)

Lisa Ells, Esq.
Thomas Nolan, Esq.
May 16, 2018
Page 3

The *Twenty-Sixth Round Monitoring Report* also included the Special Master team's observation of seven institutions where telepsychiatry was provided.  There were no negative reports attributable to telepsychiatry, including at the following institutions: California Health Care Facility (*Twenty-Sixth Round Monitoring Report* at 160 and 169); Pelican Bay State Prison (*Id.* at 186); High Desert State Prison (*Id.* at 190); Mule Creek State Prison (*Id.* at 215); California State Prison-Corcoran (*Id.* at 295); the California Substance Abuse Treatment Facility (*Id.* at 320); and the California Correctional Institution (*Id.* at 450-451).  The *Twenty-Sixth Round Monitoring Report* also included reviews of seven inmates who received telepsychiatry treatment.  As with the institution-wide reporting, the Special Master did not report any negative results attributed to the use of telepsychiatry.  (*Id.* at 590, 591-92, 593, 597, 661, 703, and 704.)

The lack of negative outcomes is not surprising given the expanded use and acceptance of telemedicine.  As Defendants pointed out in their response to the Special Master's 2017 Staffing Report, the research demonstrates that telepsychiatry is as effective as in-person psychiatry in most applications.  (ECF No. 5591 (citing Golding Decl. at ¶ 2).)  The American Psychiatric Association has stated that telepsychiatry is as effective as in-person care, and a survey of telepsychiatry studies found the "interventions delivered *via* telepsychiatry and [in-person care] resulted in similar treatment outcomes."  (ECF No. 5591-1 at 16.)

Plaintiffs' insistence that CDCR's telepsychiatry policy must state that "[o]nsite providers shall remain the preferred method of psychiatric care for the entire mental health population and "[t]elepsychiatry should not be a frontline approach for psychiatric services for inmates with the most intensive or emergent needs," is not required by the staffing order and inserts ambiguity into the policy.  The Special Master's positive monitoring and reporting on telepsychiatry, rather, supports Defendants' position.

Plaintiffs' request to limit telepsychiatry via a blanket preference for onsite psychiatry for all levels of care is based on language at page 21 of the October 10 order, which in turn cites and relies on recommendations from the Special Master.  But the Special Master's recommendations and the October 10 order indicate that telepsychiatry may be used to treat patients at all levels of care under certain conditions.  For example, the Special Master found and recommended that CDCR could use telepsychiatry to deliver care to the CCCMS population.  The Court adopted the Special Master's recommendation.  The only limitation for use of telepsychiatry for the CCCMS population is that telepsychiatrists work onsite at least twice per year at the designated institutions and more frequently, if feasible.

For inmates at the EOP level of care, the Special Master was unwilling to recommend the "permanent use of telepsychiatry" because he had yet to assess its adequacy.  The Court cited the Special Master's report, which left the use of telepsychiatry for EOP patients unresolved: "[t]he Special Master's experts observed EOP inmates receiving treatment using telepsychiatry and it appeared to function properly, but additional data would need to be examined before further expansion for EOP inmates could be endorsed."  (*See* Special Master's Report on Staffing at 16.) There has been no finding or recommendation that telepsychiatry should be prohibited for EOP patients nor is there an order precluding its use for the EOP population.

To the extent that the Special Master's experts are reconsidering any previously-stated acceptance of the use of telepsychiatry to treat the EOP population, Defendants object to this

Lisa Ells, Esq.
Thomas Nolan, Esq.
May 16, 2018
Page 4

change in position. Specifically, Defendants object to the characterization of patients at the EOP level of care as anything other than "outpatient" for purposes of staffing and for the scope of services required under the Program Guide. While the Special Master's experts may have referred to the EOP program as "residential" in the past, the Program Guide and CDCR's policies and procedures treat the EOP level of care very differently than inpatient programs such as the MHCB and the Psychiatric Inpatient Programs. Defendants recognize that the October 10 order, which cites to the Special Master's *Twenty-Sixth Round Monitoring Report*, indicates there should be some limits on the use of telepsychiatry for patients above the CCCMS level of care: telepsychiatry is "primarily an option for treatment of inmates at the 3CMS level of care, and a less desirable option for inmates at higher levels of care." (Order at 22.) But that language is tempered by the order's acknowledgment that additional monitoring of the telepsychiatry program is needed and the lack of negative outcomes for the EOP population due to telepsychiatry.

Finally, Plaintiffs propose language that "telepsychiatry should not be a frontline approach for psychiatric services for inmates with the most intensive or emergent needs." This insertion is unnecessary, as the proposed policy already reflects that there is a preference for use of onsite providers for inpatient and crisis bed levels of care. Plaintiffs' proposed additional language does not clarify that point and may confuse staff in the field, given the undefined and ambiguous term "frontline approach." Plaintiffs' proposed language is also not appropriate for the policy as it refers to "inmates with the most intensive or emergent needs." Presumably that would only apply to crisis bed and acute level of care patients, but on its face, the language is subject to varying interpretation.

The current version of the telepsychiatry policy sufficiently provides for the limits and safeguards required by the October 10 order without hindering CDCR's use of telepsychiatry. And without any evidence disputing telepscyhiatry's efficacy as a delivery model of care, the policy should not include language that could be used to limit its application at the EOP and CCCMS levels of care.

Defendants look forward to Plaintiffs' letter regarding Defendants' revised telepsychiatry policy.

Sincerely,

*/s/ Elise Thorn*

Elise Owens Thorn
Deputy Attorney General

For    XAVIER BECERRA
Attorney General

cc: Matthew A. Lopes, Jr.

# Practical Issues in Delivery of Clinician-to-Patient Telemental Health in an Academic Medical Center

Jessica Abrams, BA, Sarah Sossong, MPH, FACHE, Lee H. Schwamm, MD, Lauren Barsanti, MPH, Michael Carter, MBA, Naomi Kling, MA, Meghan Kotarski, MBA, Jaclyn Leddy, MBA, Benjamin Meller, BS, Marcy Simoni, MPH, Michael Sullivan, and Janet Wozniak, MD

Downloaded from https://journals.lww.com/hrpjournal by BhDMf5ePHKav1zEoum1tQfN4a+kJLhEZgbsIHo4XMi0hCywCX1AWnYQp/IlQrHD3i3D0OdRyi7TvSFl4Cf3VC1y0abggQZXdtwnfKZBYtws= on 07/03/2018

**Background:** In the age of online communication, psychiatric care can now be provided via videoconferencing technologies. While virtual visits as a part of telepsychiatry and telemental health provide a highly efficient and beneficial modality of care, the implementation of virtual visits requires attention to quality and safety issues. As practitioners continue to utilize this technology, issues of clinician licensing, treatment outcomes of virtual visits versus in-person visits, and cost offset require ongoing study.

**Methods:** This review provides an overview of the topics of technology, legal and regulatory issues, clinical issues, and cost savings as they relate to practicing psychiatry and psychology via virtual visits in an academic medical center. We review the telepsychiatry/telemental health effectiveness literature from 2013 to the present. Our literature searches used the following terms: telemental health effective, telepsychiatry effective, telepsychiatry efficacy, and telemental health efficacy. These searches produced 58 articles, reduced to 16 when including only articles that address effectiveness of clinician-to-patient services.

**Results:** The technological, legal, and regulatory issues vary from state to state and over time. The emerging research addressing diverse populations and disorders provides strong evidence for the effectiveness of telepsychiatry. Cost savings are difficult to precisely determine and depend on the scope of the cost and benefit measured.

**Conclusion:** Establishing a telepsychiatry program requires a comprehensive approach with up-to-date legal and technological considerations.

**Keywords:** technology, telemedicine/standards, telemental health, telepsychiatry, videoconferencing

Videoconferencing technology on phones, tablets, and computers has for some time generated enthusiasm for the delivery of psychiatric treatment above and beyond the standard face-to-face office visit. The common use of videoconferencing technology in everyday life to connect with family and friends, the utility of videoconferencing and other online media for business and educational activities, and the burden of finding and connecting with a mental health provider render videoconferencing technology appealing for both patients and providers. Two-way, real-time medical encounters using video technology are termed *telemedicine* by the Centers for Medicare & Medicaid Services.[1] Telemedicine, within the context of psychiatry, is termed *telepsychiatry* and generally includes psychology services (e.g., therapy). The term *telemental health* also refers to real-time provision of mental health services via video technology. While telepsychiatry and telemental health can sometimes refer to asynchronous encounters, the scope of this review is limited to synchronous consults between a clinician and patient via a video and audio connection. In this review, we will also refer to a telepsychiatry or telemental health clinical encounter via synchronous videoconferencing as a *virtual visit*.

While virtual visits have extended to many areas of medicine, psychiatric and psychological care appear particularly well suited to this modality because of the reduced requirement for physical examination.[2] Nonetheless, there are questions about how to ethically conduct such visits and whether all psychiatric patients or all psychiatric problems can be adequately and safely addressed via this new technology.[3,4] In an effort to answer these questions, guidelines have been created to assist programs and clinicians in the responsible, safe, and high-quality administration of services via virtual visits. The aim of this review is to synthesize the guidelines, present important considerations in the practice of telepsychiatry, and discuss issues of quality, treatment outcomes, and cost-benefit. Rather

**From** Massachusetts General Hospital, Boston, MA; Harvard Medical School (Dr. Wozniak).

**Original manuscript received** 10 August 2016; revised manuscript received 5 October 2016, accepted for publication subject to revision 8 November 2016; revised manuscript received 16 November 2016.

**Correspondence:** Janet Wozniak, MD, Child Psychiatry Service, Massachusetts General Hospital, Yawkey 6A, Boston, MA 02114. Email: jwozniak@partners.org

© 2017 President and Fellows of Harvard College

DOI: 10.1097/HRP.0000000000000142

Copyright © 2017 President and Fellows of Harvard College. Unauthorized reproduction of this article is prohibited.

than presenting a comprehensive guide for practicing tele-psychiatry or telemental health, we provide a review of the current issues involved in practicing telepsychiatry from the perspective of an academic medical center group—a review that should prove useful in considering the issues involved in starting a telepsychiatry program. With that aim in view, we address technological issues, legal and regulatory issues, clinical issues, and potential cost savings.

## TECHNOLOGY

### Privacy and Security

Any individual or organization interested in pursuing telepsychiatry or telemental health must first invest in a secure, Health Insurance Portability and Accountability Act (HIPAA)–compliant videoconferencing system (VC system), either through the development of its own technology or by using an outside vendor.[5] While applications such as Skype or FaceTime are encrypted services and use standard Internet connections, they are deficient in certain areas of privacy assurance, as they are username based. When a patient is logged in to such applications, he or she can, in fact, directly call providers, posing a significant privacy concern for the clinician who can be called at will by the patient and for the patient who can be called at will by the clinician, without the interface of a scheduled appointment time and virtual waiting room. Accordingly, these applications should not be used as the basis of virtual visits. HIPAA permits hospitals or clinics that are utilizing virtual visits to disclose health information to external telehealth service providers or technical personnel, who are considered "business associates."[6] In such cases, the organization pursuing telepsychiatry needs to establish business associate agreements with those external individuals, who are also subject to HIPAA.[7] The overarching guideline is that if a covered entity plans to leverage telehealth that includes protected health information, then that entity is ultimately responsible for meeting, or for ensuring, the same privacy requirements as needed for an in-person visit (protecting the information and satisfying all privacy requirements under HIPAA). A business associate agreement establishes a contractual obligation, with the same liabilities, for business associates to meet the same HIPAA standards as the overarching service provider.

### Work Flow

The selected VC system will require customization, software updates, and prompt technological support for both clinicians and patients to facilitate the desired workflow of the practice. The selected VC system should successfully connect patients to the correct providers and also prevent patients from connecting to the provider directly. Some VC systems provide a "waiting room" function that allows the patient to connect and wait for the clinician to connect. While not absolutely necessary, this feature protects clinicians' privacy, accommodates clinicians who are delayed, and benefits patients who "arrive" to visits early. In addition, this feature prevents other patients from calling and interrupting other sessions.

Providers need to be trained to offer basic technical troubleshooting in order to assist the less computer-literate patients in setting up a connection. Once the patient is connected, and during the first virtual visit, the clinician should obtain informed consent, including the standard information provided when initiating in-person care, but with the information specific to virtual visits. It is important for providers to take note of both national and regional laws on obtaining informed consent—which often differ by state or region and may require a written notation (which can be performed via electronic services). Although consent needs to be obtained only once, the clinician should confirm, at the outset of every virtual visit, both his or her own identity (to the patient) and that of the patient, as well as record the patient's location for safety purposes. The note written after the clinical encounter should indicate that the virtual visit was conducted via a HIPAA-compliant VC system.

Similar to in-person appointments, providers should set boundaries by clarifying the length of the virtual visit, which may vary for first consultations and follow-up care.[8] A designated administrative support person may facilitate scheduling virtual visits (or, depending on the selected VC system, patients may have the option to self-schedule). The administrator, or "telepsychiatry coordinator,"[9] may be helpful in orienting new patients to the technology and may also perform test visits to ensure the quality of the audio and video connection.

### Billing and Reimbursement

Billing is one of the more complex issues for providers offering virtual visits, though one that is improving relatively quickly due to telemedicine's demonstrated benefits and lawmakers' interest in improving health care delivery. Still, in the current legal landscape, not all states have telemedicine parity laws, which require insurance companies to provide reimbursement for telemedicine (as they would for in-person visits), and not all insurers reimburse for virtual visits. Accordingly, providers must do additional due diligence to ensure billing compliance. For example, organizational procedures may include billing with additional telemedicine procedure codes, or not billing insurance at all. More and more states, however, are passing telemedicine parity laws that require private payers to reimburse for telemedicine services the same way that they would for in-person services.[10] The American Telemedicine Association (ATA) reports that 24 states currently have telemedicine parity laws and that 48 state Medicaid agencies have some coverage for telemedicine-provided services.[11] In Massachusetts, at least one insurance company has recently begun to reimburse for virtual visits and has recently expanded coverage under its payment policy to include longer psychotherapy visits.

Copyright © 2017 President and Fellows of Harvard College. Unauthorized reproduction of this article is prohibited.

The Centers for Medicare & Medicaid Services website currently states that Medicare pays for a limited number of Part B services furnished by a practitioner to an eligible beneficiary via a telecommunication system. These services include psychiatric diagnostic interviews, psychotherapy, and pharmacologic management, but the these services are covered only if the originating site is a rural Health Professional Shortage Area, outside of a Metropolitan Statistical Area.[12] Additionally, reimbursement varies with the type of services provided, geographic location, type of institution delivering the services, and type of health professional providing the services. In view of these intricacies, providers should research and establish compliant procedures for billing and reimbursement when providing telepsychiatry/telemental health consults.

### Videoconferencing Quality
One set of initial questions to address concerns the screens for viewing patients. Will they be portable on carts for flexibility of use? Installed on walls? Make use of existing laptop and desktop computer systems? Other considerations include the size and number of screens. A larger screen permits medical record viewing and note taking to occur on the same screen. Alternatively, two adjacent screens (especially if they are configured one above the other) can improve the simultaneous experiences of visiting the patient and recording the encounter, as eye contact can be more easily maintained. Other important considerations include the resolution of the camera and resolution of the screen display. In addition, clinicians should consider visual quality for viewing the patient—for example, the need to flexibly "zoom" or widen the view. It may sometimes be important to view the patient's whole body (not just face) or to expand the view to include the patient's room and individuals in the room (e.g., to see children playing or to view a whole family).[13] Technology for "screen sharing"— enabling provider and patient to look at laboratory tests or other documents together—is another useful feature of virtual visits that should be considered when selecting a VC system.[13] Independent of whether lab tests or documents will be shared during the visit, however, providers need to be able to review procedure or laboratory results via remote health record access or facsimile.[14] Finally, video technologies may allow taping or photographing of the session *at either end*. Such actions should be undertaken, however, only with the consent of both parties and with a clear understanding of the storage and use of taped sessions. Clinicians may wish to remind patients of this rule so that clinicians are not recorded without consent.

Regarding audio, clinicians should consider the quality and resolution of both the microphone and the speaker. The quality of the connection is key and should be without pause or interruption.[15] Unless the patient is seen at a health center/office rather than a private home (or is provided with a computer, camera, speakers, and microphone), the quality of audio reproduction on the patient's end needs to be carefully considered at the outset; it is difficult for the clinician to determine what adjustments can be made, at a distance, that will improve the quality of sound for the patient. Extraneous noise, such as from street traffic, hallway noise, or keyboards while typing notes, should be minimized.

The ATA has made specific recommendations for Internet-based software programs, which should provide service at a bandwidth of 384 kilobits/second or higher in both the down-link and uplink directions, and at a minimum of $640 \times 360$ resolution at 30 frames per second, achieving at least minimum quality for each user. These quality recommendations should accommodate most urban households, as approximately 91% of Americans have access to wired broadband speeds of at least 10 megabits/second (roughly 26 times as fast as the minimum suggested bandwidth), and 81% of Americans can access sufficiently fast mobile wireless broadband.[16] Pretesting the connection is advisable, and a backup plan with voice-based telephone contact should be available in the event of technology failure (although this contact may not be reimbursed by insurance companies).[3]

### Location of Connection
An important question to address is whether to set up the technology in a central location or to equip providers off-site. While virtual visits inherently provide more flexibility in conducting sessions, equipping providers offers even more. Both the clinician and the patient may be off-site, freeing up valuable hospital-based office space and providing opportunities for patients to access services on weekends or in morning/evening hours when clinicians may prefer to be at home. With this opportunity, however, come increased technology, quality, and safety issues. As a technical matter, the selected VC system must accommodate after-hours business practice. In addition, clinicians must be aware of the additional safety issues in providing virtual care.

Providers must be prepared to utilize emergency plans in the event that they are necessary, as patients will be in an unsupervised setting and without usual on-site staff who can conduct an emergency intervention.[17] Prescreening measures for suicidality can be useful in deciding whether virtual visits are an appropriate part of the treatment plan for any particular patient.[18] As a prerequisite of being connected for each virtual visit (for those who are deemed suitable for virtual care), patients need to specify to their provider at the time of the visit their exact location during the session. In that way, clinicians with urgent safety concerns, particularly concerns of harm to self or others, can dispatch an established emergency contact to check on the patient or even call in local police or ambulance services. The emergency contact, the *patient support person*,[3] should be an individual the patient has selected before beginning virtual visits. In addition to ensuring safety of the patient, obtaining location information protects clinicians on the issue of state licensure requirements. Patients should provide multiple phone numbers in the case of technology failure, and also the numbers of local family members or friends. This contact information is extremely helpful in the

Copyright © 2017 President and Fellows of Harvard College. Unauthorized reproduction of this article is prohibited.

event that clinicians need either to request the assistance of those individuals in the dispatching of local emergency services or to simply reach the patient if the online connection is lost.[18]

Safety should be continually evaluated throughout the session and at its conclusion, as therapy may unearth difficult issues for patients. Unlike an in-person visit, on-site staff cannot evaluate the patient before he or she leaves the site. Despite having an emergency protocol in place with the patient and his or her patient support person, the patient may refuse hospitalization, in which case, as with in-person care, involuntary hospitalization may be necessary.[3] Finally, at the conclusion of a course of care, the clinician should research and provide appropriate referrals for the patient in his or her community.[18]

Given that patients can conceivably connect from any location, they should be educated about personal privacy issues that can arise from connecting in public places or in rooms in their homes where other family members may congregate or hear their conversations. For safety purposes, it may be best to exclude patients for treatment via virtual visits if patients are concerned about the impact of family members' presence on their ability to share during their therapy sessions or if they are uncomfortable discussing difficult or traumatic issues through videoconferencing. Given that clinicians can also connect from any location, it is important for practitioners to be aware of and maintain their own privacy rules and to ensure that no other responsibilities might interrupt the visit (child or family care, for example, should be prohibited while working). Clinician dress codes should also be enforced during telepsychiatry virtual visits as part of workplace professionalism, even though the clinician may be working from home.

## LEGAL AND REGULATORY ISSUES

### Clinician Licensure

Telepsychiatry programs must take note of laws regulating physician and clinician licensure since each state maintains certain standards and licensure requirements for practicing telepsychiatry and telemental health care. Moreover, medical boards have recently imposed separate regulations for standard medical practice and telemedicine. Provision of virtual visits may first require an in-person visit before continuing care virtually.[11] This requirement is particularly relevant in the context of prescribing controlled substances. The Ryan Haight Online Pharmacy Consumer Protection Act of 2008[19] was enacted to regulate the illegal distribution and dispensing of controlled substances via the Internet. The act requires at least one in-person medical evaluation of the patient before legal prescription of a controlled substance.

Licensure of the clinician becomes a more complex issue in the case of connecting to a patient across state lines, as it is illegal to practice psychiatry without a state license in the location of practice (generally considered to be the location of the patient at the time of the service). The ATA reports that Alabama, Louisiana, Minnesota, Nevada, New Mexico, Ohio, Oregon, Tennessee, and Texas are the only states that currently extend a telemedicine license to out-of-state physicians.[11] Relaxing or facilitating the acquisition of medical and other licenses across state lines, creating interstate licenses or national licenses, and creating special telemedicine licenses expressly for the purpose of use in virtual visits are all future possibilities that would facilitate the growth of telehealth and telemedicine.[3,20] A national physician-licensure agreement is, in fact, being adopted in select states throughout the country—which has large implications for telepsychiatry practices in the states that have elected to participate. Nevertheless, it is recommended that providers, before initiating virtual visits, contact both their licensing boards and the licensing boards in patients' geographic locations (particularly if out of state).

### Credentialing

When establishing a telepsychiatry service, and for the purposes of credentialing, administrators must consider the site at which, and to which, the clinician is connecting. Credentialing is a process whereby a clinician is evaluated to provide certain services, most often by the organization that will bill for the services.[21] When clinicians are meeting with, or consulting on, patients at a distant hospital site, those clinicians will require credentialing at that site. For clinicians working in academic medical centers who connect with patients who are located in their own homes, offices, or private space, credentialing at the clinicians' own centers is adequate.

### Malpractice Insurance

Telepsychiatry does not present a new clinical service but rather a mode of connection to deliver the service. Malpractice insurance should therefore generally cover this form of patient care and contact. Nevertheless, practitioners should alert malpractice insurance carriers of telepsychiatry services to ensure coverage, which may vary from carrier to carrier. In the event that a policy excludes telepsychiatry services from coverage, an insurance rider to supplemental insurance specifically for virtual visits may be obtained.[9]

## CLINICAL ISSUES

From a diagnostic standpoint, no particular patient population has been deemed inappropriate for telepsychiatry. An extensive review by Hilty and colleagues (2013)[22] thoroughly examined studies on telemental health care with children and adolescents,[23–29] adults,[30–34] and geriatric patients[35–37] from 2003 to 2013, and determined that all of these age groups are suitable for virtual visits. In addition, many specific disorders seem to be well suited for treatment via videoconferencing, including depression, PTSD, substance use, and developmental disabilities.[22] An abundance of literature in the last 15 years, including Hilty's review, has documented the viability of virtual visits for patients with diverse mental health concerns, for various types of therapy, and in remote

Copyright © 2017 President and Fellows of Harvard College. Unauthorized reproduction of this article is prohibited.

locations. Thus, the discussion of clinical topics in our review is limited to a literature search of articles published from 2013 to 2016 and the experience from our program at Massachusetts General Hospital.

We conducted a literature search by searching the following terms: telemental health effective, telepsychiatry effective, telepsychiatry efficacy, and telemental health efficacy. These searches produced 58 articles, reduced to 46 after omitting duplicates. As we were aiming to specifically examine the effectiveness of real-time clinician-to-patient services, articles were further eliminated if they were review articles or meta-analyses, focused on treatment modalities outside of synchronous videoconferencing, focused on provider satisfaction with telepsychiatry/telemental health videoconferencing, or studied telemental health consultations from one mental health professional to another (rather than from clinician-to-patient). This elimination process resulted in 16 articles (see Table 1). In addition to those 16 articles, we include in our discussion relevant guidance from ATA's Practice Guidelines for Video-Based Online Mental Health Services.[3]

## Patient Selection

Virtual visits are beneficial for many select patient groups. For example, patients who live in remote areas with limited access to mental health resources have already benefited from an array of telepsychiatry programs serving rural areas. Our program at Massachusetts General Hospital has seen virtual visits' utility for additional groups, including patients who are elderly, terminally ill, immune compromised, or bedridden, or who have mobility problems. We have also seen that patients who may feel stigmatized by entering a psychiatry office may prefer connecting with a clinician from the privacy of their own homes or offices. Additionally, we are exploring the possibility that virtual visits may be specifically well suited to treating hospital employees and colleagues referred via an Employee Assistance Program who may feel uncomfortable entering a psychiatry office within their workplaces.

Additional published experience on virtual visits for various patient populations since 2013 (see Table 1) includes the following: treatment of attention-deficit/hyperactivity disorder (ADHD) in children; treatment of posttraumatic stress disorder (PTSD) (even during actual deployment/in war zones); home-based, outpatient treatment of mild depression; exposure and ritual prevention for obsessive-compulsive disorder (OCD); treatment of deaf patients; and treatment of parolees.[38,39,41,42,44,47,48,50,51] The literature on patients with PTSD demonstrates that the effectiveness of virtual visits is not limited by the setting in which the patient is located, and provides hope for delivery of care in nontraditional settings (e.g., war zones). A report by Whealin and colleagues (2015),[45] however, found that veterans who screened positive for PTSD were significantly less likely than their peers without PTSD to report willingness to use an e-mental health modality (which, in this study, included real-time videoconferencing among other

Internet-based interventions). Therefore, while synchronous videoconferencing may be a viable and effective treatment for PTSD and create more access to treatment, its availability may not result in a larger percentage of veterans with PTSD receiving care. In regard to psychopharmacologic treatment with antipsychotic medications, Shore and colleagues (2015)[43] discuss that drug-induced movement disorders can effectively be monitored via virtual visits but caution that additional evidence and protocols for monitoring are needed on this topic.

The ATA's guidelines for video-based online mental health services highlight certain key features of patient selection. Regardless of the patient's clinical case, adequate organizational and cognitive ability to manage the computer settings and create a private space for the visit is essential. Some patients who lack the technical skills to adequately establish and maintain video connections may not be suitable for telepsychiatry. Patients' inability to navigate the technology negatively affects treatment outcomes, raises safety concerns, and prevents optimal engagement in care. This idea surfaced in our literature review; for example, Salomone and colleagues (2016)[52] found that parents who had more difficulty navigating the Internet and had lower self-efficacy were less likely to enroll in a parent-coaching intervention via virtual visits for autism spectrum disorders. Nevertheless, if a patient is motivated to take advantage of telepsychiatry but is not tech-savvy, a caregiver may be able to take up the slack. The ATA guidelines further advise clinicians to consider the role of substance abuse, past episodes of self-injurious or violent behavior, and the patient's history of cooperativeness in assessing a patient's ability to cooperate fully for this treatment modality. Patient cooperation is particularly critical for ensuring safety and adhering to guidelines.[3] As previously mentioned, a patient must be willing to report his or her exact location at the time of the visit in the event of needing to dispatch emergency services for suicidality or involuntary hospitalization.

## Establishing Rapport (Telepresenting)

Establishing a therapeutic alliance during telemental health practice appears to be possible and satisfactory for patients.[54,55] Clinicians should be aware, however, of the potential limitations associated with connecting over video and should also take into account any special inter-individual issues to ensure that they are able to develop and maintain rapport with patients in virtual visits. Especially when clinicians connect with patients from distinctly different geographic regions, which is a novel possibility with video-based services, cultural and language competence may become an issue and should be attended to thoughtfully.[3] Yeung and colleagues (2016)[53] illustrated an effective solution to this potential issue and developed a telepsychiatry intervention sensitive to the culture of Chinese immigrants with major depressive disorder. This culture-specific intervention improved treatment outcomes as evidenced by higher odds of responding

Copyright © 2017 President and Fellows of Harvard College. Unauthorized reproduction of this article is prohibited.

| Table 1 | | | |
| --- | --- | --- | --- |
| **Studies Reviewed** | | | |
| Author | n | Patient population | Comments |
| Goetter et al. (2014)[38] | 15 | Adults with OCD | Significant improvements in OCD symptoms with exposure and ritual-prevention therapy via videoconference |
| Morland et al. (2014)[39] | 61 Control: 64 | Rural residents with PTSD | Outcomes were comparable to in-person treatment (reductions in PTSD symptoms, plus high levels of therapeutic alliance, treatment compliance, and satisfaction) |
| Southard et al. (2014)[40] | 38 Control: 24 | Emergency room patients | Decreases in time elapsed before treatment, length of stay, and door-to-consult time for telemedicine group |
| Luxton et al. (2015)[41] | 10 | US military service members | Reduced posttraumatic stress symptom severity and depression symptoms, and high ratings of satisfaction for in-home videoconferencing |
| Pelton et al. (2015)[42] | 1 | Service member with acute stress disorder in a war zone | Service member showed significant improvements in symptoms over 10 sessions |
| Shore et al. (2015)[43] | N/A | Patients taking antipsychotic medications | Drug-induced movement disorders can effectively be monitored via telemedicine, but additional evidence and protocols for monitoring are needed |
| Tse et al. (2015)[44] | 12 Control: 25 | Families with children with ADHD | Comparable outcomes for children's ADHD-related behaviors and functioning; equivalent satisfaction with care; caregivers in the teletherapy group did not report improvement in their own distress |
| Whealin et al. (2015)[45] | 600 | Veterans | Veterans with PTSD less likely to report interest in using e–mental health modalities (one of which was real-time videoconferencing) than their peers without PTSD |
| Buntrock et al. (2016)[46] | 202 | Patients with subthreshold MDD | Web-based, guided self-help intervention (cognitive-behavioral therapy and problem-solving therapy) reduced the incidence of MDD |
| Crowe et al. (2016)[47] | 24 | Deaf patients | Treatment outcomes (coping abilities and psychiatric symptoms) for telepsychiatry were equal to in-person care |
| Farabee et al. (2016)[48] | 20 Control: 40 | Parolees | High satisfaction and no significant group differences in medication adherence or psychological functioning. Telepsychiatry patients reported lower levels of therapeutic alliance at follow-up |
| Hulsbosch et al. (2016)[49] | 93 | Severe mental illness | Improved patient satisfaction in videoconferencing group but no differences in quality of life, loneliness, daily functioning, or meeting care expectations |
| Hungerbuehler et al. (2016)[50] | 53 Control: 54 | Mild depression | Better results for treatment outcomes and higher retention in videoconferencing group |
| Maieritsch et al. (2016)[51] | Not stated | Veterans with PTSD | Cognitive-processing therapy over videoconferencing was equal to in-person (measured by improved posttreatment measures) |
| Salomone & Maurizio Arduino (2016)[52] | 43 | Parents of children with autism spectrum disorder | Parents with worse Internet skills and lower self-efficacy, and those who reported lower levels of satisfaction with current services, were less likely to be willing to enroll in tele–parent coaching |
| Yeung et al. (2016)[53] | 97 Control: 93 | Chinese immigrants with MDD | Culturally sensitive videoconferencing improved treatment outcomes (odds of achieving response and remission, greater improvement over time) |
| ADHD, attention-deficit/hyperactivity disorder; MDD, major depressive disorder; OCD, obsessive-compulsive disorder; PTSD, posttraumatic stress disorder. | | | |

Copyright © 2017 President and Fellows of Harvard College. Unauthorized reproduction of this article is prohibited.

to treatment and achieving remission in the culturally sensitive treatment group.

**Effectiveness**

Several comprehensive reviews in recent years attest to the satisfaction of both patients and clinicians with virtual visits, the feasibility of conducting the visits, and the equivalence of treatment outcomes when comparing virtual visits and in-person visits.[56–59] Additional published literature on the topic of effectiveness since 2013 has supplemented this body of work with positive results of telepsychiatry consultative services in emergency departments and rural primary care settings, where psychiatric assessment is often an immediate or common concern, and staff with the relevant expertise might not be readily available. A telemental health evaluation program implemented at an emergency room was effective in reducing length of stay and door-to-consult times.[40] Median times to consult decreased to 2.6 hours (from 14.2 hours without telemedicine), and similar reductions in length of stay and door-to-consult times occurred. In addition, Buntrock and colleagues (2016)[46] demonstrated the use of virtual visits in the area of preventive care. When cognitive-behavioral and problem-solving therapy from an online trainer was provided in addition to access to usual care (by a primary care physician), the intervention reduced the incidence of major depressive disorder in a sample of subthreshold-level depressed patients. Hulbosch and colleagues (2016),[49] however, determined that adding virtual visits to their standard care did not contribute additional value in regard to improved functionality and quality of life for patients with severe mental illness. These equivocal findings call for more research on hybrid levels of care.

**COST SAVINGS**

The cost benefit of virtual visits is a question for ongoing study; emerging evidence suggests, however, both direct and indirect cost benefits for patients, clinicians, and society as a whole. Telepsychiatry can play a role in the effectiveness of treatment, and if a disorder is more effectively treated, costs are lower for the treatment of that disorder. Furthermore, if patients who would otherwise use expensive emergency services or medical services can be diverted through effective mental health treatment, then the improved access to care that telepsychiatry provides can result in reduced overall costs for those patients.

A review by Hyler and colleagues (2003)[60] concluded that in 7 of 12 studies reviewed, telepsychiatry was worth the cost. These authors concluded, however, that "when the alternative to telepsychiatry is no psychiatry, whether psychiatry is worth the cost will depend on the value placed on delivering psychiatric services at all."

Individuals directly benefit in cost from avoiding time off from work or school, as well as from not incurring costs of parking, gasoline, or public transport. Clinicians also benefit from transportation costs (if they provide virtual visits at

home) and a decreased number of no-shows/cancellations. From the clinician and clinic-director standpoint, virtual visits may permit clinicians to see more patients each hour. Just as a text message is quicker to write than an email, and an email is quicker to write than a formal letter, the rules of social engagement over video are different from the etiquette required during an in-person visit with an individual who has waited in a stressful busy waiting room or has traveled hours to see the doctor. Especially for psychiatrists and psychologists who "room" their own patients, time is saved during virtual visits because patients do not need to be invited from the waiting room into the clinician's office. While psychopharmacologists may reap these benefits by seeing more patients per clinic day, psychologists who generally perform 45-minute visits may reap the benefit in more directed, efficient, and effective therapies. Psychologists may also have an opportunity to complete two or more visits per week treating a patient with an established treatment protocol, which would otherwise be too difficult for the patient if traveling to in-person visits.

From a public health services and taxpayer perspective, virtual visits can help avoid or manage emergencies, directly contributing to cost savings via lower utilization of psychiatric emergency rooms and psychiatric hospitals. In addition, if children receive useful mental health services, parents could experience improved psychological or medical health themselves (or vice versa). Cost savings also could occur in the areas of physical health because the psychiatric/psychological treatment may improve physical health or adherence to medical treatment.[61] Finally, the workforce benefits from fewer days/hour missed from school/work, and the environment even benefits a bit from the decrease in pollution resulting from fewer people in transit.

Costs savings for practices can be considered from various perspectives. One question is whether telepsychiatry can be self-sustaining through its own revenues and therefore pay for itself or make it worth the cost. Costs may include the cost of equipment, operation, and maintenance of the telepsychiatry system, salary of a coordinator, salary of a clinician, and other administrative costs. Many of these costs are fixed, so volume may make a difference in determining the cost-effectiveness of the service.

At the current time, few insurance companies reimburse for visits that do not occur face-to-face, and when they do, they often reimburse at a lower rate than for face-to-face visits. In a fee-for-service environment, the cost of telepsychiatry is a simple equation involving a weighing of the costs and the reimbursements. Many clinics and academic medical centers may be considering this simple cost-reimbursement ratio in considering whether to establish (or continue) telepsychiatry programs. This calculus is different, however, if an organization is acting as an accountable care organization. In that case, reimbursement is linked to both quality metrics and decreases in the total cost of care for a population of patients.

Reduction in utilization of expensive services creates a compelling argument for the use of telepsychiatry. Hilt and

Copyright © 2017 President and Fellows of Harvard College. Unauthorized reproduction of this article is prohibited.

colleagues (2015)[62] analyzed data from 229 televideo consults to caseworkers in Wyoming—which occurred in the context of discussing long-term inpatient or residential stays for children. A mean of three psychotherapy or psychosocial interventions per patient was recommended, and it was also recommended that 57% of the children either start or increase a medication. Hilt and colleagues reviewed placement histories and outpatient claims for the children six months after the consult occurred. Of 141 who had been planning to enter a long-term hospitalization, only 57 (40%) were actually admitted, resulting in a presumed savings of inpatient level costs for 84 children of about $1.6 million. These children, prior to televideo consults, would likely not have had a child psychiatry consultation. These authors concluded that adding an academic center–affiliated telemedicine child psychiatry evaluation resulted in 60% of children being diverted from expensive psychiatric residential treatment facilities. This amounted to a 1.82 to 1 return on investment. These savings were based on the assumption that all the children who were slated for inpatient stay would have gone without the televideo consult.

An important cost savings is the reduction of hospital readmissions, a seemingly simple outcome measure of significant financial impact. Koblauch and colleagues (2016)[63] identified eight studies that specifically addressed whether telepsychiatry reduces readmissions. Five lower-quality studies found positive outcomes regarding readmission, but three other studies, more methodologically sound, found no effect on readmission rates. Koblauch and colleagues concluded that no evidence supports the use of telepsychiatry to reduce readmissions. They suggested, however, that barriers to success in demonstrating positive findings included heterogeneity in patient selection (many different disorders, including schizophrenia, schizoaffective disorder, major depression, PTSD, bipolar disorder, and substance-related disorders), in treatment (screening, psychotherapy, medication supervision and management, urgent care, individual/group/family therapies), and in outcome measures (by definition, hospital readmission rates, but with varying degrees of rigor in the data analysis and application of statistics). Indeed, this degree of variability across telepsychiatry studies overall limits both direct comparisons between studies and the generalizability of findings.

More studies with independent reviewers, random assignment, matched controls, and objective outcome measures are required. Of course, cost savings to an institution is not the only consideration in starting a telepsychiatry program; improved access to care and improvement of other health outcomes are additional important considerations.

## DISCUSSION

There is no longer a question as to whether the virtual visit—as part of telepsychiatry and telemental health—can or should be a treatment option. The benefits of this model are obvious to both clinicians and patients, and outweigh obstacles to use. The question has now shifted from *if* we should use virtual visits to *how* we can best utilize videoteleconferencing systems and other technology to provide timely, effective, high-quality care to patients. Standards for clinician training, licensure considerations, and reimbursement models are evolving to keep pace with the demand for this modern form of clinician-patient connection. Nonetheless, any telepsychiatry program must be aware of, and prepare for, the quality and safety issues associated with using video technology to connect with patients from a distance.

A weakness of this overview is that we focus on clinician-to-patient connection in an academic medical center setting, with the consequence that our practical review does not generalize to all circumstances of establishing a telepsychiatry practice. Organizations that wish to create and maintain a telepsychiatry service should engage the assistance of clinical, legal, and technical advisers with expertise both in their geographic area and with the population they aim to serve. Readers should be aware that—especially in regard to issues relating to licensing, malpractice, billing, and technology—the field is in a stage of rapid change and that our references and current experience may not be relevant in the new environment.

While the literature documents the quality, reliability, safety, and efficacy of virtual visits, several research questions remain for study. In regard to clinical issues, are diagnoses made during initial virtual visits as accurate as during in-person visits? Moreover, what diagnoses are best suited to virtual visits, and what tools can be utilized to improve limitations in assessment? In addition to asking whether virtual visits are as effective as in-person visits, we need to ask why or how they are effective (or possibly even more effective) for psychotherapy and psychopharmacologic treatments. Virtual visits may improve diagnostic and treatment efficacy by encouraging participation of other family members who might otherwise not be able to attend in-office visits, and by allowing clinicians to better coordinate care than if the visit occurred in a clinician's office or a school office. Even play therapy with children can be possible over video connections; by observing a child draw, play with simple toys at a table, or interact with an adult under the direction of the treating/evaluating clinician. Virtual visits permit more flexibility in scheduling, such that frequent, short visits are feasible for the patient, which could be important for pharmacotherapy treatment, especially while titrating medication doses. More effective treatment may also result because the clinician performs the treatment "in" the patient's home, where many problems are actually occurring. This difference could be key for treating obsessive-compulsive rituals, which may occur more intensely at home, and also for assisting parents in "real time," given that clinicians who work with children and families can watch family interactions over video cameras and provide on-the-spot coaching to parents via in-ear microphones. Others who can take advantage of virtual visits include patients who may be averse to traveling for

Copyright © 2017 President and Fellows of Harvard College. Unauthorized reproduction of this article is prohibited.

psychological reasons (e.g., agoraphobia) and children or adults with autism disorder, who can be easily overwhelmed and stressed by changes in routine and by the intense sensory experiences of busy parking lots, hospital corridors, and waiting rooms.

Additional questions concern pharmacotherapy, especially in relation to the clinical appropriateness of prescribing controlled substances virtually. In late 2015, the ATA requested the Drug Enforcement Administration to open a special registration process allowing psychiatrists and physicians to prescribe controlled substances via telemedicine without the need for an in-person exam.[64] Whether the Ryan Haight Online Pharmacy Consumer Protection Act of 2008 is amended to accommodate this request, as well as the amendment's consequences for access to care, remains to be seen. Antipsychotic medications raise special issues. It is unclear, for example, whether certain side effects are more likely to be missed during virtual visits (e.g., skin changes/rashes, movement/tic disorders, weight gain, or changes in body habitus, gait, or posture). Amarendran and colleagues (2011)[65] report, however, that the Abnormal Involuntary Movement Scale can be performed effectively via virtual visits to assess patients who are being prescribed antipsychotic medications, though more such studies are needed to build clinician and patient confidence in this practice. More generally, the number of studies comparing virtual visits and in-person visits is small. While a double-blind study is impossible to perform, the use of raters blinded to the treatment type (virtual visit versus in-person visit) would improve the evidence base. Regarding issues of operations and technology, more research is needed to determine how best to structure a telepsychiatry service in an existing health care network and how best to ensure success over time. Finally, further studies are needed using advanced and generalizable methodologies to assess potential cost savings.

## SUMMARY

This overview of selected topics relating to practicing clinician-to-patient psychiatry and psychology via virtual visits in an academic medical center addresses practical considerations in establishing and maintaining a telemental health program. Our review of the effectiveness literature from 2013 to the present suggests that an expanding array of disorders can be managed effectively and safely with this modality. Because regulatory issues in telepsychiatry and telemental health vary from state to state and are changing rapidly over time, practitioners need to ensure ongoing compliance when creating or maintaining telepsychiatry programs. Cost savings, which are difficult to determine with precision, depend on the scope of the cost and benefit measured. We conclude that establishing a telepsychiatry program requires a comprehensive approach with up-to-date legal and technological considerations.

Declaration of interest: In 2015–16, Dr. Wozniak's spouse received royalties from UptoDate, consultation fees from Advance Medical, FlexPharma, and Merck, and research support from UCB Pharma and NeuroMetrix. Dr. Schwamm is a consultant to LifeImage, a privately held teleradiology startup company.

## REFERENCES

1. Telemedicine. N.d. https://www.medicaid.gov/medicaid-chip-program-information/by-topics/delivery-systems/telemedicine.html
2. Waugh M, Voyles D, Thomas MR. Telepsychiatry: benefits and costs in a changing health-care environment. Int Rev Psychiatry 2015;27:558–68.
3. Turvey C, Coleman M, Dennison O, et al. Practice guidelines for video-based online mental health services. Washington, DC: American Telemedicine Association, 2013.
4. Campbell R, O'Gorman J, Cernovsky ZZ. Reactions of psychiatric patients to telepsychiatry. Ment Illn 2015;7:6101.
5. Saeed SA, Anand V. Use of telepsychiatry in psychodynamic psychiatry. Psychodyn Psychiatry 2015;43:569–83.
6. Legal issues (privacy and contracting for services). N.d. http://www.telehealthresourcecenter.org/toolbox-module/legal-issues-privacy-and-contracting-services
7. Center for Connected Health Policy. Telehealth: HIPAA. http://cchpca.org/hipaa-0
8. Drum KB, Littleton HL. Therapeutic boundaries in telepsychology: unique issues and best practice recommendations. Prof Psychol Res Pr 2014;45:309–15.
9. Staffing and recruiting specialists. N.d. http://www.telehealthresourcecenter.org/toolbox-module/staffing-and-recruiting-specialists.
10. State Policy Resource Center. http://www.americantelemed.org/policy-page/state-policy-resource-center
11. Thomas L, Capistrant G. 50 state telemedicine gaps analysis physician practice standards & licensure. Washington, DC: American Telemedicine Association, 2016.
12. Centers for Medicare and Medicaid Services, Department of Health and Human Services. Telehealth Services. http://www.cms.gov/Medicare/Medicare-General-Information/Telehealth/
13. Crum KI, Comer JS. Using synchronous videoconferencing to deliver family-based mental healthcare. J Child Adolesc Psychopharmacol 2016;26:229–34.
14. Yellowlees P, Shore J, Roberts L; American Telehealth Association. Practice guidelines for videoconferencing-based telemental health. Washington, DC: American Telemedicine Association, 2009.
15. Chou T, Comer JS, Turvey CL, Karr A, Spargo G. Technological considerations for the delivery of real-time child telemental healthcare. J Child Adolesc Psychopharmacol 2016;26:192–7.
16. Office of Science and Technology Policy; National Economic Council. Four years of broadband growth. Washington, DC: White House, 2013. http://www.uvlsrpc.org/files/9213/7124/4261/wh201306-broadband_report_final.pdf
17. Luxton DD, Sirotin AP, Mishkind MC. Safety of telemental healthcare delivered to clinically unsupervised settings: a systematic review. Telemed J E Health 2010;16:705–11.
18. Luxton DD, O'Brien K, McCann RA, Mishkind MC. Home-based telemental healthcare safety planning: what you need to know. Telemed J E Health 2012;18:629–33.
19. Ryan Haight Online Pharmacy Consumer Protection Act of 2008, Pub. L. No. 110-425, 122 Stat. 4820 (2008).
20. Kramer GM, Luxton DD. Telemental health for children and adolescents: an overview of legal, regulatory, and risk management issues. J Child Adolesc Psychopharmacol 2016;26:198–203.
21. Credentialing and licensing. N.d. http://www.telehealthresourcecenter.org/toolbox-module/credentialing-and-licensing

Copyright © 2017 President and Fellows of Harvard College. Unauthorized reproduction of this article is prohibited.

22. Hilty DM, Ferrer DC, Parish MB, Johnston B, Callahan EJ, Yellowlees PM. The effectiveness of telemental health: a 2013 review. Telemed J E Health 2013;19:444–54.

23. Nelson EL, Barnard M, Cain S. Treating childhood depression over videoconferencing. Telemed J E Health 2003;9:49–55.

24. Greenberg N, Boydell KM, Volpe T. Pediatric telepsychiatry in Ontario: caregiver and service provider perspectives. J Behav Health Serv Res 2006;33:105–11.

25. Myers K, Valentine J, Morganthaler R, Melzer S. Telepsychiatry with incarcerated youth. J Adolesc Health 2006;38:643–8.

26. Myers KM, Vander Stoep A, McCarty CA, et al. Child and adolescent telepsychiatry: variations in utilization, referral patterns and practice trends. J Telemed Telecare 2010;16:128–33.

27. Pakyurek M, Yellowlees P, Hilty D. The child and adolescent telepsychiatry consultation: can it be a more effective clinical process for certain patients than conventional practice? Telemed J E Health 2010;16:289–92.

28. Lau ME, Way BB, Fremont WP. Assessment of Suny Upstate Medical University's child telepsychiatry consultation program. Int J Psychiatry Med 2011;42:93–104.

29. Jacob MK, Larson JC, Craighead WE. Establishing a telepsychiatry consultation practice in rural Georgia for primary care physicians: a feasibility report. Clin Pediatr (Phila) 2012; 51:1041–7.

30. Ruskin PE, Silver-Aylaian M, Kling MA, et al. Treatment outcomes in depression: comparison of remote treatment through telepsychiatry to in-person treatment. Am J Psychiatry 2004; 161:1471–6.

31. Manfredi L, Shupe J, Batki SL. Rural jail telepsychiatry: a pilot feasibility study. Telemed J E Health 2005;11:574–7.

32. Sorvaniemi M, Ojanen E, Santamaki O. Telepsychiatry in emergency consultations: a follow-up study of sixty patients. Telemed J E Health 2005;11:439–41.

33. Modai I, Jabarin M, Kurs R, Barak P, Hanan I, Kitain L. Cost effectiveness, safety, and satisfaction with video telepsychiatry versus face-to-face care in ambulatory settings. Telemed J E Health 2006;12:515–20.

34. Urness D, Wass M, Gordon A, Tian E, Bulger T. Client acceptability and quality of life—telepsychiatry compared to in-person consultation. J Telemed Telecare 2006;12:251–4.

35. Poon P, Hui E, Dai D, Kwok T, Woo J. Cognitive intervention for community-dwelling older persons with memory problems: telemedicine versus face-to-face treatment. Int J Geriatr Psychiatry 2005;20:285–6.

36. Rabinowitz T, Murphy KM, Amour JL, Ricci MA, Caputo MP, Newhouse PA. Benefits of a telepsychiatry consultation service for rural nursing home residents. Telemed J E Health 2010;16:34–40.

37. Weiner MF, Rossetti HC, Harrah K. Videoconference diagnosis and management of Choctaw Indian dementia patients. Alzheimers Dement 2011;7:562–6.

38. Goetter EM, Herbert JD, Forman EM, Yuen EK, Thomas JG. An open trial of videoconference-mediated exposure and ritual prevention for obsessive-compulsive disorder. J Anxiety Disord 2014;28:460–2.

39. Morland LA, Mackintosh MA, Greene CJ, et al. Cognitive processing therapy for posttraumatic stress disorder delivered to rural veterans via telemental health: a randomized noninferiority clinical trial. J Clin Psychiatry 2014;75:470–6.

40. Southard EP, Neufeld JD, Laws S. Telemental health evaluations enhance access and efficiency in a critical access hospital emergency department. Telemed J E Health 2014;20:664–8.

41. Luxton DD, Pruitt LD, O'Brien K, Kramer G. An evaluation of the feasibility and safety of a home-based telemental health treatment for posttraumatic stress in the U.S. military. Telemed J E Health 2015;21:880–6.

42. Pelton D, Wangelin B, Tuerk P. Utilizing telehealth to support treatment of acute stress disorder in a theater of war: prolonged exposure via clinical videoconferencing. Telemed J E Health 2015;21:382–7.

43. Shore J, Vo A, Yellowlees P, et al. Antipsychotic-induced movement disorder: screening via telemental health. Telemed J E Health 2015;21:1027–9.

44. Tse YJ, McCarty CA, Stoep AV, Myers KM. Teletherapy delivery of caregiver behavior training for children with attention-deficit hyperactivity disorder. Telemed J E Health 2015;21: 451–8.

45. Whealin JM, Seibert-Hatalsky LA, Howell JW, Tsai J. E-mental health preferences of veterans with and without probable posttraumatic stress disorder. J Rehabil Res Dev 2015;52:725–38.

46. Buntrock C, Ebert DD, Lehr D, et al. Effect of a Web-based guided self-help intervention for prevention of major depression in adults with subthreshold depression: a randomized clinical trial. JAMA 2016;315:1854–63.

47. Crowe T, Jani S, Jani S, Jani N, Jani R. A pilot program in rural telepsychiatry for deaf and hard of hearing populations. Heliyon 2016;2:e00077.

48. Farabee D, Calhoun S, Veliz R. An experimental comparison of telepsychiatry and conventional psychiatry for parolees. Psychiatr Serv 2016;67:562–5.

49. Hulsbosch AM, Nugter MA, Tamis P, Kroon H. Videoconferencing in a mental health service in the Netherlands: a randomized controlled trial on patient satisfaction and clinical outcomes for outpatients with severe mental illness. J Telemed Telecare 2016 May 28 [Epub ahead of print].

50. Hungerbuehler I, Valiengo L, Loch AA, Rossler W, Gattaz WF. Home-based psychiatric outpatient care through videoconferencing for depression: a randomized controlled follow-up trial. JMIR Ment Health 2016;3:e36.

51. Maieritsch KP, Smith TL, Hessinger JD, Ahearn EP, Eickhoff JC, Zhao Q. Randomized controlled equivalence trial comparing videoconference and in person delivery of cognitive processing therapy for PTSD. J Telemed Telecare 2016;22:238–43.

52. Salomone E, Maurizio Arduino G. Parental attitudes to a telehealth parent coaching for autism spectrum disorder. J Telemed Telecare 2016 Apr 6 [Epub ahead of print].

53. Yeung A, Martinson MA, Baer L, et al. The effectiveness of telepsychiatry-based culturally sensitive collaborative treatment for depressed Chinese American immigrants: a randomized controlled trial. J Clin Psychiatry 2016;77:e996–1002.

54. Goldstein F, Glueck D. Developing rapport and therapeutic alliance during telemental health sessions with children and adolescents. J Child Adolesc Psychopharmacol 2016;26: 204–11.

55. Jenkins-Guarnieri MA, Pruitt LD, Luxton DD, Johnson K. Patient perceptions of telemental health: systematic review of direct comparisons to in-person psychotherapeutic treatments. Telemed J E Health 2015;21:652–60.

56. Hubley S, Lynch SB, Schneck C, Thomas M, Shore J. Review of key telepsychiatry outcomes. World J Psychiatry 2016;6: 269–82.

57. Cain S, Sharp S. Telepharmacotherapy for child and adolescent psychiatric patients. J Child Adolesc Psychopharmacol 2016;26: 221–8.

58. Salmoiraghi A, Hussain S. A systematic review of the use of telepsychiatry in acute settings. J Psychiatr Pract 2015;21: 389–93.

59. Bashshur RL, Shannon GW, Bashshur N, Yellowlees PM. The empirical evidence for telemedicine interventions in mental disorders. Telemed J E Health 2015 Dec 1 [Epub ahead of print].

Copyright © 2017 President and Fellows of Harvard College. Unauthorized reproduction of this article is prohibited.

60. Hyler SE, Gangure DP. A review of the costs of telepsychiatry. Psychiatr Serv 2003;54:976–80.

61. Chiles JA, Lambert MJ, Hatch AL. The impact of psychological interventions on medical cost offset: a meta-analytic review. Clinical Psychol Sci Pract 1999;6:204–20.

62. Hilt RJ, Barclay RP, Bush J, Stout B, Anderson N, Wignall JR. A statewide child telepsychiatry consult system yields desired health system changes and savings. Telemed J E Health 2015;21:533–7.

63. Koblauch H, Reinhardt SM, Lissau W, Jensen PL. The effect of telepsychiatric modalities on reduction of readmissions in psychiatric settings: a systematic review. J Telemed Telecare 2016 Sep 22 [Epub ahead of print].

64. Linkous JD. Proposed structure for telemedicine registration. Washington, DC: American Telemedicine Association, 2015.

65. Amarendran V, George A, Gersappe V, Krishnaswamy S, Warren C. The reliability of telepsychiatry for a neuropsychiatric assessment. Telemed J E Health 2011;17:223–5.

Copyright © 2017 President and Fellows of Harvard College. Unauthorized reproduction of this article is prohibited.

# Best Practices in Videoconferencing-Based Telemental Health (April 2018)



The American Psychiatric Association

*and*



The American Telemedicine Association

*© Copyright 2018, American Psychiatric Association, all rights reserved.*

**WRITING COMMITTEE:**

Jay H. Shore, MD, MPH, Peter Yellowlees MD, MBBS, Robert Caudill, MD, Barbara Johnston, MSN, Carolyn Turvey, PhD, Matthew Mishkind, PhD, Elizabeth Krupinski, PhD, Kathleen Myers, MD, MPH, Peter Shore, PsyD, Edward Kaftarian, MD, Donald Hilty, MD

**STAFF SUPPORT:**

Sabrina L. Smith (ATA), DrHA, Harry Mellon (ATA), Nathan Tatro, MA (APA), Michelle Dirst (APA)

**REVIEWERS:**

Telemental Health Special Interest Group [ATA], APA Committee on Telepsychiatry (APA), ATA Standards and Guidelines Committee Member [SG], ATA Staff [ATAS], APA Staff (APAS)

1                                    © Copyright 2018, American Psychiatric Association, all rights reserved.

# INTRODUCTION

This document represents a collaboration between the American Psychiatric Association (APA) and the American Telemedicine Association (ATA) to create a consolidated update of the previous APA and ATA official documents and resources in telemental health to provide a single guide on best practices in clinical videoconferencing in mental health. The APA is the main professional organization of psychiatrists and trainee psychiatrists in the United States, and the largest psychiatric organization in the world. The ATA, with members from throughout the United States and the world, is the principal organization bringing together telemedicine practitioners, healthcare institutions, government agencies, vendors and others involved in providing remote healthcare using telecommunications.

Telemental health in the form of interactive videoconferencing has become a critical tool in the delivery of mental health care. It has demonstrated its ability to increase access and quality of care, and in some settings to do so more effectively than treatment delivered in-person.

The APA and the ATA have recognized the importance of telemental health with each individual association undertaking efforts to educate and provide guidance to their members in the development, implementation, administration and provision of telemental health services. It is recommended that this guide be read in conjunction with the other APA and ATA resources that provide more detail.

| OFFICIAL APA AND ATA GUIDELINES, RESOURCES AND TELEMENTAL HEALTH TRAININGS | |
|---|---|
| **APA** | **ATA** |
| 1) APA Web-based Telepsychiatry Toolkit (2016) <br> 2) Resource Document on Telepsychiatry and Related Technologies in Clinical Psychiatry, Council on Law and Psychiatry (2014) <br> 3) American Psychiatric Association. Telepsychiatry via Videoconferencing. (1998) | 4) Practice Guidelines for Telemental Health with Children and Adolescents (2017) <br> 5) Telemental Health Resource Toolbox (2017) <br> 6) Online Training for Video-Based Online Mental Health Service (2014) <br> 7) A Lexicon of Assessment and Outcome Measures for Telemental health (2013) <br> 8) Practice Guidelines for Video-Based Online Mental Health Service (2013) <br> 9) Practice Guidelines for Videoconferencing-Based Telemental Health (2009) <br> 10) Evidence-Based Practice for Telemental Health (2009) |

These guidelines focus on interactive videoconferencing-based mental health  services (a.k.a., telemental health). The use of other technologies such as virtual reality, electronic mail, electronic health records, telephony, remote monitoring devices, chat rooms, or social networks

1

© Copyright 2018, American Psychiatric Association, all rights reserved.

are not a focus of this document except where these technologies interface with videoconferencing services.

The document was created by a joint writing committee drawn from the APA Committee on Telepsychiatry and the ATA Telemental Health Special Interest Group (TMH SIG). This document draws directly from ATA's three previous guidelines, selecting from key statements/guidelines, consolidating them across documents and then updating them where indicated. Following internal review processes within the APA and the ATA, the Board of Directors of the ATA and the Joint Reference Committee (JRC) of the APA, have given approval to its publication.

The reference list includes several detailed reviews providing justification and documentation of the scientific evidence supporting telemental health. Following ATA guideline writing convention, this document contains requirements, recommendations, or actions that are identified by text containing the keywords "**shall**," "**should**," or "**may**." "Shall" indicates that it is required whenever feasible and practical under local conditions. "Should" indicates an optimal recommended action that is particularly suitable, without mentioning or excluding others. "May" indicates additional points that may be considered to further optimize the telemental health care process.

It should be recognized that compliance with these recommendations will not guarantee accurate diagnoses or successful outcomes. The purpose of this guide is to assist providers in providing effective and safe medical care founded on expert consensus, research evidence, available resources, and patient needs.

This document is not meant to establish a legal standard of care.

## ADMINISTRATIVE CONSIDERATIONS

### A. PROGRAM DEVELOPMENT

Providers or organizations delivering mental health services *should* conduct a telehealth needs assessment prior to initiating services. This needs assessment *should* include, at a minimum, the following components: program overview statement, services to be delivered, proposed patient population, provider resources, technology needs, staffing needs, quality and safety protocols, business and regulatory processes, space requirements, training needs, evaluation plan, and sustainability.

### B. LEGAL AND REGULATORY ISSUES

#### 1) Licensure and Malpractice

Health care services have been defined as delivered in the state where the patient is located. Providers of telemental health services *shall* comply with state licensure laws, which typically entail holding an active professional license issued by the state in which the patient is physically located during a telemental health session, and *shall* have appropriate malpractice coverage. Providers *shall* conduct their own due diligence to determine the type of licensure required, and ensure they are in compliance with state licensing board regulations. If providing care within a federal healthcare system (e.g., Department of Veterans Affairs, Department of Defense, Indian Health Service), providers *shall* follow the specific organization guidelines around licensure, which may allow for a single state licensure across multiple jurisdictions. Providers *may* utilize

2

© Copyright 2018, American Psychiatric Association, all rights reserved.

the interstate licensure compact or special telemedicine licensures offered by certain states provided they comply with all individual state licensure and program requirements.

### 2) Scope of Practice

Providers or organizations offering telemental health services **shall** ensure that the standard of care delivered via telemedicine is equivalent to in-person care. Persons engaged in telemental health services **shall** be aware of their professional organization's positions on telemental health and incorporate the professional association standards and clinical practice guidelines whenever possible.   Providers in practice and trainees **should** stay current with evolving technologies, telemental health research findings, and policies.

### 3) Prescribing

Providers **shall** be aware of both federal and state guidelines around the prescription of controlled substances, including the Ryan Haight Online Pharmacy Consumer Protection Act of 2008.  Providers **shall** comply with federal and state regulations around the prescription of controlled substances based on the setting, model of care, scope of practice and locations in which they are practicing and where the patient is located at the time of treatment.

### 4) Informed Consent

Local, state, and national laws regarding verbal or written consent **shall** be followed. If written consent is required, then electronic signatures, assuming these are allowed in the relevant jurisdiction, may be used. The provider **shall** document the provision of consent in the medical record.

### 5) Billing and Reimbursement

The patient **shall** be made aware of any and all  financial charges that may arise from the services to be provided prior to the commencement of initial services. Appropriate documentation and coding **should** be undertaken specifying when services are rendered via telemental health.

### C.   STANDARD OPERATING PROCEDURES/PROTOCOLS

Prior to initiating telemental health services, any organization or provider **shall** have in place a set of Standard Operating Procedures or Protocols that **should**  include (but are not limited to) the following administrative, clinical, and technical specifications:

- Roles, responsibilities (i.e., daytime and after-hours coverage), communication, and procedures around emergency issues.

- Agreements to assure licensing, credentialing, training, and authentication of practitioners as well as identity authentication of patients according to local, state, and national requirements.

- A systematic quality improvement and performance management process that complies with any organizational, regulatory, or accrediting, requirements for outcomes management.

3

*© Copyright 2018, American Psychiatric Association, all rights reserved.*

### 1) Patient-Provider Identification

All persons at both sites of the videoconference **shall** be identified to all participants at the beginning of a telemental health session**.** Permission from the patient **should not** be required if safety concerns mandate the presence of another individual or if the patient is being legally detained.

At the beginning of a video-based mental health treatment with a patient, the following information **shall** be verified and documented:

- The name and credentials of the provider and the name of the patient.

- The location(s) of the patient during the session.

- Immediate contact information for both provider and patient (phone, text message, or email), and contact information for other relevant support people, both professional and family.

- Expectations about contact between sessions shall be discussed and verified with the patient, including a discussion of emergency management between sessions.

### 2) Emergencies

#### i. General Considerations

Professionals **shall** maintain both technical and clinical competence in the management of mental health emergencies. Provisions for management of mental health emergencies **shall** be included in any telemental health procedure or protocol. Clinicians **shall** be familiar with local civil commitment regulations and **should** have arrangements to work with local staff to initiate/assist with civil commitments or other emergencies.

#### ii. Clinically supervised settings

Clinically supervised settings are patient locations where other medical or support staff are available in real-time to support the telemental health sessions. Emergency protocols **shall** be created with clear explanation of roles and responsibilities in emergency situations. These include determination of outside clinic hours emergency coverage and guidelines for determining when other staff and resources should be brought in to help manage emergency situations. Clinicians **shall** be aware of safety issues with patients displaying strong affective or behavioral states upon conclusion of a session and how patients may then interact with remote site staff.

#### iii. Clinically unsupervised settings

In instances where the mental health provider is providing services to patients in settings without clinical staff immediately available:

- Providers **should** discuss the importance of having consistency in where the patient is located for sessions and knowing a patient's location at the time of care, as it impacts emergency management and local available resources.

© Copyright 2018, American Psychiatric Association, all rights reserved.

- As patients change locations, providers **shall** be aware of the impact of location on emergency management protocols. These include emergency regulations, resources (e.g., police, emergency rooms, crisis teams), and contacts.   These **should** be documented and available to providers.

- For treatment occurring in a setting where the patient is seen without access to clinical staff, the provider **should** consider the use of a "Patient Support Person" (PSP) as clinically indicated. A PSP is a family, friend or community member selected by the patient who could be called upon for support in the case of an emergency. The provider **may** contact the Patient Support Person to request assistance in evaluating the nature of emergency and/or initiating 9-1-1 from the patient's home.

- If a patient and/or a PSP will not cooperate in his or her own emergency management, providers **shall** be prepared to work with local emergency personnel in case the patient needs emergency services and/or involuntary hospitalization.

 3) *Care Coordination*

With consent from the patient and in accordance with privacy guidelines, telemental health providers *should* arrange for appropriate and regular communication with other professionals and organizations involved in the care of the patient.

## TECHNICAL CONSIDERATIONS

### A.   VIDEOCONFERENCING PLATFORM REQUIREMENTS

Providers and organizations **should** select video conferencing applications that have the appropriate verification, confidentiality, and security parameters necessary to be properly utilized for this purpose. In the event of a technology breakdown, causing a disruption of the session, the professional  shall have a backup plan in place (e.g., telephone access).  Telemental health **shall** provide services at a bandwidth and with sufficient resolutions to ensure the quality of the image and/or audio received is appropriate to the services being delivered.

### B.   INTEGRATION OF VIDEOCONFERENCING INTO OTHER TECHNOLOGY AND SYSTEMS

Organizations **shall** ensure the technical readiness of the telehealth equipment and the clinical environment. They **shall** have policies and procedures in place to ensure the physical security of telehealth equipment and the electronic security of data. Organizations **shall** ensure compliance with all relevant safety laws, regulations, and codes for technology and technical safety.

### Privacy, Security, HIPAA

For telemental health services provided within the United States, the United  States Health Insurance Portability & Accountability Act (HIPAA) of 1996, and state  privacy requirements, **shall** be followed at all times to protect patient privacy.  Privacy requirements in other countries **shall** be followed for telemental health services provided in those countries.

Patients receiving mental health and substance use disorder services are afforded a higher degree of patients' rights as well as organizational responsibilities (e.g., need for specific consent from patients to release information around substance use). Telemental health organizations

*© Copyright 2018, American Psychiatric Association, all rights reserved.*

*shall* be aware of these additional responsibilities and ensure that they are achieved. Telemental health organizations and providers *shall* determine processes for documentation, storage, and retrieval of telemental health records.

## C. PHYSICAL LOCATION/ROOM REQUIREMENTS

During a telemental health session, both locations *shall* be considered a patient examination room regardless of a room's intended use.  Providers *shall* ensure privacy so clinical discussion cannot be overheard by others outside of the room where the service is provided.  To the extent possible, the patient and provider cameras *should* be placed at the same elevation as the eyes with the face clearly visible to the other person.   The features of the physical environment for both *shall* be adjusted so the physical space, to the degree possible, maximizes lighting, comfort and ambiance.

When asynchronous telemental health consultations are occurring, the interviewer *should* be appropriately trained, and the digital recording of the interview *shall* be shared and stored in accordance with HIPAA regulations.

# CLINICAL CONSIDERATIONS

## C.   PATIENT AND SETTING SELECTION

There are no absolute contraindications to patients being assessed or treated using telemental health. The use of telemental health with any individual patient is at the discretion of the provider.  For clinically unsupervised settings (e.g., home, office) where support staff is not immediately available, providers *shall* consider appropriateness of fit for an individual patient. Provision of telemental health services in professionally unsupervised settings requires that the patient take a more active and cooperative role in the treatment process than would be the case for in-person locales. Patients need to be able to set up the videoconferencing system, maintain the appropriate computer/device settings, establish a private space, and cooperate for effective safety management. Factors to consider include:

- Providers *should* consider such things as patient's cognitive capacity, history regarding cooperativeness with treatment professionals, current and past difficulties with substance abuse, and history of violence or self-injurious behavior.

- Providers *shall* consider geographic distance to the nearest emergency medical facility, efficacy of patient's support system, and current medical status.

- The consent process *shall* include discussion of circumstances around session management so that if a patient can no longer be safely managed through distance technology, the patient is aware that services may be discontinued.

- Providers *should* consider whether there are any medical aspects of care that would require in-person examination including physical exams.  If the provider cannot manage the medical aspects for the patient without being able to conduct initial or recurrent physical exams, this shall be documented in the record, and arrangements *shall* be made to perform physical exams onsite as clinically indicated.

6          *© Copyright 2018, American Psychiatric Association, all rights reserved.*

### D.   MANAGEMENT OF HYBRID PATIENT-PROVIDER RELATIONSHIPS

Telemental health interviews can be conducted as part of a wider, in-person and online clinical relationship using multiple technologies by providers working individually or in teams. The telemental health interview can be an adjunct to periodic face-to-face in person contact or can be the only contact. It is typically supported by additional communications technologies such as faxed or emailed consultation information, patient portals, telephone, mobile devices, and electronic health records. Providers **should** have clear policies pertaining to communications with patients. These **should** describe the boundaries around ways in which patients can communicate with a provider, which content is appropriate to share over different technology platforms, anticipated response times, and how and when to contact a provider. Providers **should** identify clearly which platforms are acceptable for communication of an emergency and expected response times.  Providers **should** be attentive of the impact of different technology platforms on patient rapport and communication.  All modes of communication of personal health history **shall** be HIPAA compliant.

### E.   ETHICAL CONSIDERATIONS

Health professionals **shall** be responsible for maintaining the same level of professional and ethical discipline and clinical practice principles and guidelines as in person care in the delivery of care in telemental health, as well as additional telemental health related concerns such as consent processes, patient autonomy, and privacy.

### F.   CULTURAL ISSUES

Telemental health providers **should** be culturally competent to deliver services to the populations that they serve.  Providers **should** familiarize themselves with the cultures and environment where they are working and **may** use site visits and cultural facilitators to enhance their local knowledge when appropriate and practical. Providers **should** assess a patient's previous exposure, experience, and comfort with technology/video conferencing. They **shall** be aware of how this might impact initial telemental health interactions. Providers **should** conduct ongoing assessment of the patient's level of comfort with technology over the course of treatment.

### G.   SPECIFIC POPULATIONS AND SETTINGS

1) *Child/Adolescent Populations*

Telemental health procedures for the evaluation and treatment of youth **shall** follow the same guidelines presented for adults with modifications to consider the developmental status of youth such as motor functioning, speech and language capabilities, relatedness, and relevant regulatory issues. When working with younger children the environment **should** facilitate the assessment by providing an adequate room size, furniture arrangement, toys, and activities that allow the youth to engage with the accompanying parent, presenter, and provider and demonstrate age-appropriate skills.

Extended participation of family members or other relevant adults is typical of mental health treatment of children and adolescents. Providers **should** adhere to usual in-person practices for including relevant adults with appropriate modifications for delivering service through videoconferencing in the context of resources at the patient site. Extended participation **may** include a "presenter" w h o **may** facilitate sessions (e.g., vital signs, assistance with rating

© Copyright 2018, American Psychiatric Association, all rights reserved.

scales, managing active children, assisting with any urgent interventions) Providers **should** consider how the presenter's involvement can affect service delivery (e.g., social familiarity with the family, perceived confidentiality, sharing information with other team members).

When telemental services are delivered outside of traditional clinic settings (e.g., schools) providers **should** work with staff to ensure safety, privacy, appropriate setting, and accommodations. This is particularly true if multiple staff participate in sessions. Appropriateness for telemental care **shall** consider safety of the youth, the availability of supportive adults, the mental health status of those adults, and ability of the site to respond to any urgent or emergent situations.

### 2)   *Forensic and Correctional*

Providers **shall** be aware of systems issues in working in forensic and correctional settings and follow applicable standard consent around both treatment and evaluation in terms of patient's legal status and rights. Provider **shall** have clear site-specific protocols about working with patients and staff in forensic and correctional settings.

### 3)   *Geriatric*

The geriatric patient often has multiple medical problems and the inclusion of family members **should** be undertaken as clinically appropriate and with the permission of the patient. Interviewing techniques **shall** be adapted for patients who may be cognitively impaired, find it difficult to adapt to the technology, or have visual or auditory impairment. Cognitive testing may be provided via videoconferencing but might need to be modified for use via video. Organizations administrating cognitive testing via videoconferencing **shall** be aware of the properties of the individual test instrument, how it may be impacted by videoconferencing, and any potentially needed modifications.

### 4)   *Military, Veteran and other federal populations*

Providers **shall** be familiar with the federal and specific organizational structures and guidelines for patients related to the location of care. Providers **should** familiarize themselves with the culture of the patients (e.g., military cultural competency) and the organizational systems in which they practice.

### 5)   *Substance Use Disorder Treatment*

Providers **shall** be aware of and comply with federal, state and local regulations around prescription of controlled substances involved in Substance Use Disorder treatment. Providers **shall** coordinate with onsite staff to provide appropriate standard of care including care coordination and monitoring of physiological parameters for monitoring of ongoing treatment as clinically indicated.

### 6)   *Inpatient and Residential Settings*

Providers **should** work to integrate themselves into inpatient and residential care settings where they practice through virtual participation in administration and organizational meetings including clinical case staffing on a routine/regular basis. Remote providers **should** optimize use of patient site staff for help with telemental health consultations and case coordination as clinically indicated.  Inpatient units should provide the telemental health provider with adequate

8

© Copyright 2018, American Psychiatric Association, all rights reserved.

access to patients, members of the interdisciplinary treatment team, and primary medical providers and nursing support when appropriate.

### 7) Primary Care Settings

Providers **should** be aware of best practice in leveraging telepsychiatry to support integrated care across a continuum of models including direct patient assessment, consultative models, (e.g., asynchronous) and team-based models of care. Providers practicing integrated care telepsychiatry should attend to the impact of virtual interactions on team processes, dynamics, and patient outcomes in the delivery of integrated care.

### 8) Rural

Providers **should** be familiar with the impact of rural environments on treatment including firearm ownership, kinship in small communities, local geographic barriers to care and general availability of healthcare resources.

## KEY REFERENCES

**Foundational Documents**

1. APA  Web-based Telemental health Toolkit (2016) https://www.psychiatry.org/psychiatrists/practice/telemental health
2. Recupero, P., & Fisher, J. C. E. (2014). Resource Document on Telemental health and Related Technologies in Clinical Psychiatry.
3. American Psychiatric Association. Telemental health via Videoconferencing. (1998)
4. Myers, K., Nelson, E. L., Rabinowitz, T., Hilty, D., Baker, D., Barnwell, S. S.,. & Comer, J. S. (2017). American Telemedicine Association Practice Guidelines for Telemental Health with Children and Adolescents. Telemedicine and e-Health.
5. Turvey C, Yellowlees P, Shore JH, Shore P. Delivering Online Video Based Mental Health Services. American Telemedicine Association Learning Center, 2014. (http://learn.americantelemed.org/diweb/catalog/item/id/241193;jsessionid=811FB256406248FFC1A45D3835DF3A99.worker1)
6. Turvey C, Coleman M, Dennison O, Drude K, Goldenson M, Hirsch P, Jueneman R, Kramer GM, Luxton DD, Maheu MM, Malik TS, Mishkind MC, Rabinowitz T, Roberts LJ, Sheeran T, Shore JH, Shore P, van Heeswyk F, Wregglesworth B, Yellowlees P, Zucker ML, Krupinski EA, Bernard J.(2013). ATA practice guidelines for video-based online mental health services.  Telemedicine Journal and E Health, 19(9),722-30. doi: 10.1089/tmj.2013.9989
7. American Telemedicine Association. (2013). Practice guidelines for video-based online mental health services. Washington, DC, USA.
8. Yellowlees, P., Shore, J., & Roberts, L. (2010). Practice guidelines for videoconferencing-based telemental health–October 2009. Telemedicine and e-Health, 16(10), 1074-1089.
9. Grady, B., Myers, K. M., Nelson, E. L., Belz, N., Bennett, L., Carnahan, L., ... & Rowe, N. (2011). Evidence-based practice for telemental health. Telemedicine and e-Health, 17(2), 131-148.

**Key Reviews and Updates**

10. Hubley, S., Lynch, S. B., Schneck, C., Thomas, M., & Shore, J. (2016). Review of key

9

© Copyright 2018, American Psychiatric Association, all rights reserved.

telemental health outcomes. World journal of psychiatry, 6(2), 269.

11. Bashshur, R. L., Shannon, G. W., Bashshur, N., & Yellowlees, P. M. (2016). The empirical evidence for telemedicine interventions in mental disorders. Telemedicine and e-Health, 22(2), 87-113.

12. Hilty, D. M., Ferrer, D. C., Parish, M. B., Johnston, B., Callahan, E. J., & Yellowlees, P. M. (2013). The effectiveness of telemental health. Telemedicine and e-Health, 19(6), 444-454

13. Shore, J. H. (2013). Telemental health: videoconferencing in the delivery of psychiatric care. American Journal of Psychiatry, 170(3), 256-262.

© Copyright 2018, American Psychiatric Association, all rights reserved.



Association des psychiatres du Canada

*Editorial*

# Telepsychiatry 2.0

The Canadian Journal of Psychiatry /
La Revue Canadienne de Psychiatrie
2017, Vol. 62(10) 688-689
© The Author(s) 2017
Reprints and permission:
sagepub.com/journalsPermissions.nav
DOI: 10.1177/0706743717714469
TheCJP.ca | LaRCP.ca



## David Goldbloom, MD[1] and David Gratzer, MD[2]

**Keywords**
access to care, telepsychiatry, e-mental health, telemental health, psychiatry

"Closed-circuit television has been introduced into the field of mental hygiene as a medium for the administration of therapy to a mass audience. The present evidence indicates that that the use of this type of television may promote the development of new and more effective methods for the treatment of the mentally ill."[1] This hopeful statement appeared at the beginning of a 1957 peer-reviewed paper. Four years later, the potential of telepsychiatry "as a means of extending mental health services to areas that are remote from psychiatric centers"[2] was described. Six decades later, where are we?

Serhal and colleagues[3] in this issue of the journal report a health services utilisation perspective on the provision of telepsychiatry in Ontario, characterising who provides it and who receives it. Although they tread on familiar ground, they make an important contribution: providing a Canadian perspective by looking at the state of telepsychiatry in Ontario and offering data to see if it has lived up to the potential of bridging barriers to access, especially for populations most in need. Serhal et al. find that it hasn't. Consider: of the more than 48,000 people in need of psychiatric care (defined by the authors as psychiatric or primary care within a year after a psychiatric hospitalisation), fewer than 1% saw a psychiatrist through telepsychiatry—and 39% saw no psychiatrist. We note the marked contrast with the United States, where telepsychiatry has been rapidly growing.[4]

What are the barriers to this long-established, evidence-supported method for psychiatric assessment and treatment? First is the participation of psychiatrists. In the Serhal et al.[3] study, it was surprising that only 7% of Ontario psychiatrists delivered care by televideo and that they were on average 50 years old. The irony: younger psychiatrists are generally very familiar with technology, and younger people are at ease with Skype, Facetime, and other forms of video communication.

Data from the 2014 National Physician Survey indicate that 24% of physicians in Ontario use telemedicine in their clinical practice.[5] Why does psychiatry, the least physical of the clinical specialties, lag so far behind? We would argue that there are perceived barriers and real barriers—but

addressing them should improve access and overcome the constraints of geographic maldistribution of psychiatrists.

A concern heard from some psychiatrists relates to the potential adverse impact of a telepsychiatry link on the important human connection that underlies the therapeutic alliance. This was addressed in an earlier study from the Centre for Addiction and Mental Health 20 years ago, a randomised trial of telepsychiatry versus in-person assessment[6] that was the second controlled study of this technology conducted in Canada.[7] There were no differences found in measures of therapeutic alliance or patient satisfaction—although physicians were less satisfied with telepsychiatry assessment but still positive.

Another concern may involve remuneration for valued work. But in Ontario, additional telepsychiatry billing codes beyond those already available for consultation exist currently and may incentivise psychiatrists to do this type of work; in addition, sessional funding exists in Ontario for telepsychiatry consultation to family health teams, which provides for indirect consultation and education—leveraging technology to provide virtual shared care and compensating psychiatrists appropriately for it.

And some may worry about risk management for a "new" technology. But the Canadian Medical Protective Association acknowledges the reality of telepsychiatry clinical practice and provides its own guidance.[8] While emphasis is placed heavily on the security of electronic communication, we believe that it is the consent to the process that is most important. When we speak with patients on the telephone, there is always the risk that someone at home is listening in on the upstairs extension! Patients in need are much more

---

[1] Department of Psychiatry, Centre for Addiction and Mental Health, University of Toronto, Toronto, Ontario
[2] Department of Psychiatry, Scarborough and Rouge Hospital, University of Toronto, Toronto, Ontario

**Corresponding Author:**
David Goldbloom, MD, 250 College Street, Toronto, ON M5T 1R8, Canada.
Email: David.goldbloom@camh.ca

concerned with access to care than with electronic security, and consent forms that acknowledge the limits to technology confidentiality are already available for email communication.

The article by Serhal et al.[3] provides hard data on underutilisation by providers and inadequate access by patients. How do we move forward?

We propose a 4-part plan:

*Meaningful integration into residency training.* If our trainees see this as a routine part of clinical care that they observe and deliver, they are hopefully more likely to integrate it into their own practice on graduation. This needs to involve more than the educational tourism of an afternoon spent observing telepsychiatry assessment. Training in telepsychiatry should be incorporated into the psychiatry residency experience. Indeed, detailed pedagogical documents reflect still-aspirational goals for such training.[9,10] But the experience of the first author of this editorial (D.S.G.), working in Canada's largest training program in psychiatry and providing regular telepsychiatry consultation for 20 years, is that resident observation and participation in this learning opportunity are minimal and haphazard.

*Recognition of the larger responsibilities of academic health sciences centres.* There is a disproportionate concentration of psychiatrists, both specialists and subspecialists, within the confines of these centres, and they typically have a mandate to share their expertise within their province beyond their immediate catchment area. Telepsychiatry provides an efficient and effective way to fulfill that mandate.

*Enhancement of existing technology.* At the Centre for Addiction and Mental Health (CAMH), telepsychiatry services are provided principally through televideo studios or portable televideo units; technology exists to make it accessible through the computers of every psychiatrist, removing another barrier. Returning to an earlier point: younger psychiatrists—who have statistically opted out of telepsychiatry—use technology with apps and iPhones, not studios and portable units.

*Better coordination of services.* Given the potential of telepsychiatry to bridge the geographic divide, a more thoughtful approach is needed, especially in light of the paucity of utilisation. This begs for a province-wide strategy that has defined clinical priorities, geographic rationales, and measured outcomes.

The authors of the 1957 article concluded, "Mentally ill patients will improve significantly in behavior patterns when given therapy by closed-circuit television."[1] Today, we have

the technology, the evidence, the experience, the educational guidelines, the remuneration, and the privacy protection. What else will it take to address the gaps so clearly identified by Serhal et al.[3]? Perhaps some leadership.

## Declaration of Conflicting Interests

The author(s) declared no potential conflicts of interest with respect to the research, authorship, and/or publication of this article.

## Funding

The author(s) received no financial support for the research, authorship, and/or publication of this article.

## References

1. Tucker H, Lewis RB, Martin GL, et al. Television therapy: effectiveness of closed-circuit television as a medium for therapy in the mentally ill. AMA Arch Neurol Psychiatry. 1957; 77(1):57-69.

2. Wittson CL, Affleck DC, Johnson V. Two-way television in group therapy. Mental Hospitals. 1961;12:22-23.

3. Serhal E, Crawford A, Cheng J, et al. Implementation and utilization of Telepsychiatry in Ontario: a population-based study. Can J Psychiatry. 2017;62(10):716-725.

4. Mehrotra A, Huskamp HA, Souza J, et al. Rapid growth in mental health telemedicine use among rural medicare beneficiaries, wide variation across states. Health Affairs. 2017; 35(5):909-917.

5. National Physician Survey. National Physician Survey, 2014. National results by province [cited Mar 12, 2017]. Available from: http://nationalphysiciansurvey.ca/wp-content/uploads/2014/10/2014-ByProvince-TelehealthTelemedicine-EN.pdf.

6. Stevens A, Doidge N, Goldbloom D, et al. Pilot study of televideo psychiatric assessments in an underserviced community. Am J Psychiatry. 1999;156(5):783-785.

7. Dongier M, Tempier R, Lalinec-Michaud M, Meunier D. Telepsychiatry: psychiatric consultation through two-way television—a controlled study. Can J Psychiatry. 1986:31(1):32-34.

8. Canadian Medical Protective Association (CMPA). [Internet]. 2014. Ottawa (Canada). [updated December 2014; cited 2017 May 29]. Available from: https://www.cmpa-acpm.ca/en/duties-andresponsibilities/-/asset_publisher/bFaUiyQG069N/content/medico-legal-aspects-of-providing-mental-healthcare-topatients.

9. Hilty DM, Crawford A, Teshima J, et al. A framework for telepsychiatric training and e-health: competency-based education, evaluation and implications. Int Rev Psychiatry. 2015; 27(6):569-592.

10. Saeed SA, Johnson TL, Bagga M, et al. Training residents in the use of telepsychiatry: review of the literature and a proposed elective. Psychiatr Q. 2017;88(2):271-283.

*Psychosomatics 2018:59:227–250*        *© 2018 Academy of Consultation-Liaison Psychiatry. Published by Elsevier Inc. All rights reserved.*

# Original Research Report

## An Update on Telepsychiatry and How It Can Leverage Collaborative, Stepped, and Integrated Services to Primary Care



Donald M. Hilty, M.D., Terry Rabinowitz, M.D., D.D.S.,
Robert M. McCarron, D.O., David J. Katzelnick, M.D., Trina Chang, M.D., M.P.H.,
Amy M. Bauer, M.D., M.S., John Fortney, Ph.D.

**Introduction:** *In this era of patient-centered care, telepsychiatry (TP; video or synchronous) provides quality care with outcomes as good as in-person care, facilitates access to care, and leverages a wide range of treatments at a distance.* **Method:** *This conceptual review article explores TP as applied to newer models of care (e.g., collaborative, stepped, and integrated care).* **Results:** *The field of psychosomatic medicine (PSM) has developed clinical care models, educates interdisciplinary team members, and provides leadership to clinical teams. PSM is uniquely positioned to steer TP and implement other telebehavioral health care options (e.g., e-mail/telephone, psych/mental health apps) in the future in primary care. Together, PSM and TP provide versatility to health systems by enabling more patient points-of-entry, matching patient needs with provider skills, and helping providers work at the top of their licenses. TP and other technologies make collaborative, stepped, and integrated care less costly and more accessible.* **Conclusion:** *Effective health care delivery matches the intensity of the services to the needs of a patient population or clinic, standardizes interventions, and evaluates both process and clinical outcomes. More research is indicated on the application of TP and other technologies to these service delivery models.*

(Psychosomatics 2018; 59:227–250)

**Key words:** telepsychiatry, telemedicine, consultation, model, collaborative, stepped.

Received September 7, 2017; revised December 15, 2017; accepted December 18, 2017. From the Mental Health, Northern California, Veterans Administration Health Care System, Mather, CA; and Department of Psychiatry & Behavioral Sciences, UC Davis (D.M.H.), 10535 Hospital Way, Mather, CA 95655 (116/SAC); Departments of Psychiatry and Family Medicine, Burlington, Vermont; Division of Consultation Psychiatry and Psychosomatic Medicine, University of Vermont College of Medicine, Burlington, Vermont; and University of Vermont Medical Center (T.R.), Burlington, Vermont; Psychiatry & Behavioral Sciences and Department of Internal Medicine, University of California (R.M.M.), Irvine Health System, Irvine, CA; Department of Psychiatry and Division of Integrated Behavioral Health, Mayo Clinic (D.J.K.), Rochester, MN; Depression Clinical and Research Program, Massachusetts General Hospital, Boston, MA; and Department of Psychiatry, Harvard Medical School (T.C.), Boston, MA; Department of Psychiatry & Behavioral Sciences, the University of Washington, Seattle, WA; and Behavioral Health Integration Program (B.H.I.P.) and Washington State's Mental Health Integration Program (M.H.I.P.) (A.M.B.), Seattle, WA; Division of Population Health, Seattle, WA; and Department of Psychiatry & Behavioral Sciences, the University of Washington (J.F.), Seattle, WA. Send correspondence and reprint requests to Donald M. Hilty, M.D., Department of Psychiatry & Behavioral Sciences, UC Davis, 10535 Hospital Way, Mather, CA 95655 (116/SAC); e-mail: donh032612@gmail.com
© 2018 Academy of Consultation-Liaison Psychiatry. Published by Elsevier Inc. All rights reserved.

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

An Update on Telepsychiatry

## INTRODUCTION

Patient-centered care (PCC) offers quality, affordable, and accessible/timely care, often as part of primary care medicine's delivery of behavioral health (BH) care to a majority of those suffering in the United States.[1] These populations have higher mortality rates owing to socioeconomic factors, chronic health conditions,[2] poor access to care, and higher suicide rates than their urban counterparts.[3] The popuation is increasingly culturally diverse.[4] Synchronous telepsychiatry (TP) or telebehavioral health (TBH) leverages care for diagnosis/assessment, consultation, and a range of treatments in many populations (e.g., adult, child, and geriatric), settings, and cultures.[5,6] TP outcomes are comparable to in-person care with a variety of models of care (i.e., collaborative care).[5,6]

Psychosomatic medicine (PSM)/consultation-liaison (C-L) psychiatry has many evidence-based approaches for care and education to primary care, including TP.[6] In addition to liaison-based education and continuing medical education for primary care providers (PCPs), PSM providers employed some of the first e-models of care, based on telephone- and e-mail curbside consultations.[7–9] TP consultation care,[5,10] collaborative care,[11–14] and asynchronous TP (ATP) care[15] models emerged and have significantly improved outcomes.[14] Hybrid care—combining in-person and TP care or TP with other technologies[16]—is increasing and referred to as "e-stepped care" and "e-integrated care."[8,17]

This article will focus on TP and TBH as applicable to PSM by reviewing the:

(1) Evidence base on the effectiveness, evaluation, and outcomes of/for TP,
(2) Use of TP in low-, moderate-, and high-intensity service delivery models tiered based on technology, specialty expertise/time, patient acuity, and the complexity of the service delivery model, and
(3) Clinical and health service delivery shifts in medicine, such as, collaborative, stepped, and integrated care for the medical home facilitated by TP and other TBH technologies.

## AN UPDATE ON TELEPSYCHIATRY'S (TP) EVIDENCE BASE AND ITS APPLICATION TO PCC

### Evaluation of TP

Evaluation of TP and TBH has gone through 3 phases.[5] First, TP was found to be effective in terms of increasing access to care, acceptance, and good educational outcomes.[5] Second, it was found to be valid and reliable of compared to in-person services[18,19] via noninferiority studies.[20] Third, the focus now is on cost analysis, integration into health care models and program evaluation for improvement (process of care, cost, communication, and other intangibles.[5,18,21] For program development, a developmental model of TP includes evaluation and emphasizes stages of needs identification, infrastructure survey, partnership organization, structure configuration, pilot implementation, and solidification.[5]

An organizing concept of TBHs impact is effectiveness, defined in Latin as "having the power to produce an effect … a decisive effect; efficient; as, … an effective … remedy."[5] Ideally, effectiveness should be considered for the client/patient, provider, program, community, and society. Descriptive studies—even those without structured evaluation, a small sample size, and no comparison group—provide valuable information to inform controlled studies (Table 1). TBH has shifted to randomized-controlled trials (RCTs), which better determine if a cause-effect relation exists between treatment and outcome, "wash out" any population bias and allow analysis with statistical tools. TBH has shifted to more and more RCTs, though qualitative studies still tend to be descriptive.

### Clinical Outcome Evidence

Telemedicine simulates real-time experiences in terms of audio and video quality at 384+ KBPS and comparison and noninferiority studies show TBH is as good as in-person care in terms of diagnosis and treatment.[5,20] TP studies report shorter length of hospitalization, increased medication adherence,[5,11] and improved outcomes for depression and

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

**TABLE 1.    Summary of Telepsychiatry (TP) and Telemental (TMH) Clinical/Outcome Studies Based on Age, Disorder, and Other Factors**

| Citation (old to new) | Design | Sample | Assessment | Findings |
|---|---|---|---|---|
| *Geriatric* | | | | |
| Lyketsos et al. 2001 | Descriptive | NS | Unstructured evaluation; no comparison group (unless specified) | Video reduced "unneeded" hospitalizations |
| Rabinowitz et al. 2010 | Descriptive | 106 nursing home residents | Unstructured evaluation; no comparison group (unless specified) | Reduced travel time, fuel costs, physician travel time, and personnel costs |
| Weiner et al. 2011 | Descriptive | 85 adult and geriatric dementia patients | Unstructured evaluation; no comparison group (unless specified) | Feasible alternative to face-to-face care in patients with cognitive disorders who live in remote areas |
| *Adult* | | | | |
| Graham et al. 1996 | Descriptive | 39 adult outpatients | Unstructured evaluation; no comparison group (unless specified) | Video reduced "unneeded" hospitalizations |
| Zaylor et al. 1999 | Descriptive TP compared to in-person | 49 adult depressed or schizoaffective outpatients | Standard evaluation (unstructured) for TP and compared to same for in-person group; retrospective | Video equals in-person in Global Assessment of Function (GAF) scores at 6-mo follow-up |
| Hunkeler et al. 2000 | Descriptive | 302 adult primary care outpatients | Unstructured evaluation; no comparison group (unless specified) | Video by nurses improved depressive symptoms, functioning, and had high satisfaction vs. in-person |
| Ruskin et al. 2004 | Descriptive TP compared to in-person | 119 adult veterans | Standard evaluation (unstructured) for TP and compared to same for in-person group | Depression outcomes video and in-person equal, as were adherence, satisfaction, cost |
| Manfredi et al. 2005 | Descriptive | 15 adult inmates | Unstructured evaluation; no comparison group (unless specified) | Feasibility from an urban university to rural jail; less need for inmate transport |
| Sorvaniemi et al. 2005 | Descriptive | 60 adult emergency patients | Unstructured evaluation; no comparison group (unless specified) | Minor technical problems occurred but assessment and satisfaction fine |
| Modai et al. 2006 | Descriptive TP compared to in-person | 24/15 adult outpatients | Standard evaluation (unstructured) for TP and compared to same for in-person group | Video > in-person cost per service and more hospitalization cost (less available per usual care) |
| Urness et al. 2006 | Descriptive TP compared to in-person | 39 adult outpatients | Standard evaluation (unstructured) for TP and compared to same for in-person group | Video < in-person for encouragement; improved outcomes for both |
| De la Cuevas et al. 2006 | 140 adults | RCT | Pharmacotherapy and cognitive-behavioral therapy (CBT) with Clinical Global Improvement (CGI) measure | Video equals in-person |
| O'Reilly et al. 2007 | Descriptive TP compared to in-person | 495 adult outpatients | Standard evaluation (unstructured) for TP and compared to same for in-person group | Video equal to in-person in outcomes, Satisfaction; 10% less expensive per video |
| Yellowlees et al. 2010 | Descriptive | 60 nonemergency adult patients | Unstructured evaluation; no comparison group (unless specified) | First asynchronous TP (ATP) to demonstrate feasibility |
| Yueng et al. 2016 | RCT | 190 Chinese Americans with depression | Culturally-sensitive collaborative treatment (T-CSCT) intervention vs. usual care with Hamilton Depression Rating Scale (HDRS), Quality of Life Enjoyment and Satisfaction Questionnaire (Q-LES-Q) and CGI measures over 12 mo | Response and remission were significantly greater for the T-CSCT |

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

An Update on Telepsychiatry

**TABLE 1** (*continued*)

| Citation (old to new) | Design | Sample | Assessment | Findings |
|---|---|---|---|---|
| *Child* | | | | |
| Nelson et al. 2003 | RCT | 38 urban school children | TP vs. in-person CBT for depression with Child Depression Inventory measure | Equivalent reductions of depression scores |
| Myers et al. 2006 | Descriptive | 115 incarcerated youth (age 14–18) | 11-item satisfaction survey | 80% successfully prescribed medications and they expressed confidence the psychiatrist by video Youth expressed concerns about privacy |
| Myers et al. 2007 | Descriptive | 172 patients (age 2–21) and 387 visits | 11-item provider/primary care provider (PCP) satisfaction survey | Video to patients at 4 PCP sites: high satisfaction with services; pediatricians > family physicians |
| Fox 2008 | Prepost | 190 youth in juvenile detention | Goal Attainment Scale (GAS) | Improvement in the rate of attainment of goals associated with family relations and personality/behavior |
| Myers et al. 2008 | Descriptive | 172 patients with parental satisfaction | 12-item parent satisfaction survey | Parents' with school-aged children satisfaction higher than those with adolescents Adherence high for return appointments |
| Yellowlees et al. 2008 | Pre/post | 41 children in rural primary care | Child Behavior Check List (CBCL) | At 3 mo, improvements in the affect and oppositional domains of the CBCL |
| Myers et al. 2010 | Descriptive | 701 patients, 190 PCPs | Collection of patient demographics, diagnoses, and utilization of services | Video feasible; psychiatrists adjust practice from in-person well |
| Pakyurek et al. 2010 | Descriptive | 12 children with autism-spectrum in primary care | Unstructured evaluation; no comparison group (unless specified) | Video might actually be superior to in-person for consultation |
| Lau et al. 2011 | Descriptive and advanced assessment | 45 children/adolescent | Patient characteristics, reason for consultation, and treatment recommendations | Video reaches a variety of children, with consultants providing diagnostic clarification and modifying treatment |
| Stain 2011 | Descriptive and RCT | 11 adolescents/young adults | Diagnostic interview for psychosis Diagnostic module (DIP-DM) | Strong correlation of assessments done in-person vs. video |
| Storch et al. 2011 | RCT | 31 children and teenagers | Measures included the 1. ADIS-IV-C/P 2. Clinician-administered Yale-Brown Obsessive Compulsive Scale (CY-BOCS) 3. CGI Scale 4. Others: obsessive, anxiety, depression inventory | Video was superior to in-person on all primary outcome measures, higher % meeting remission. Consultants providing diagnostic clarification and modifying treatment |
| Himle 2012 | RCT | 20 children with Tourette disorder or chronic motor tic disorder | Measures included the assessment with Yale Global Tic Severity Scale (YGTSS); Parent Tic Questionnaire (PTQ) and Clinician Global Severity & Improvement Scales (CGI-S and CGI-I) | Both treatment delivery modalities resulted in significant tic reduction with no between group differences |
| Nelson et al. 2012 | Service utilization chart review | 22 children | Unstructured evaluation; no comparison group (unless specified) | No factor inherent in the video delivery mechanism impeded adherence to national attention-deficit hyperactivity disorder (ADHD) guidelines |

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

| Reese et al. 2012 | Pre/post | 8 children; Asian | Unstructured evaluation; no comparison group (unless specified) for ADHD | Families reported improved child behavior and decreased parent distress via video format of Group Triple P Positive Parenting Program |
| Szeftel et al. 2012 | Descriptive chart review | 45 patients; 31 < 18 y | Unstructured evaluation; no comparison group (unless specified)—medication changes, frequency of patient appointments, diagnostic changes, symptom severity, and improvement | Video led to changed axis I psychiatric diagnosis (excluding developmental disorders) 70%, and changed medication 82% of patients initially, 41% at 1 y and 46% at 3 y. Video helped PCPs with recommendations for developmental disabilities |
| Heitzman-Powell et al. 2013 | Prepost | NS youth not reported 7 Parents | Outcome and Assessment Information Set (OASIS) training program Problem Behavior Recording (PBR) Incidental Teaching Checklist (ITC) | Parents increased their knowledge and self-reported implementation of behavioral strategies |
| Reese et al. 2013 | Descriptive and RCT | 21 children; 90% white | Autism Diagnostic Observation Schedule (ADOS)—Module 1 Autism Diagnostic Interview—Revised (ADI-R) Parent Satisfaction | No difference in reliability of diagnostic accuracy, ADOS observations, ratings for ADI-R parent report of symptoms, and parent satisfaction |
| Rockhill et al. 2013 | RCT | 223 children with ADHD + ODD + anxiety | Caregiver distress assessed with Patient Health Questionnaire-9, Parenting Stress Index, Caregiver Strain Questionnaire, Family Empowerment Scale | Parents of children with ADHD and a comorbid disorder had significantly more distress than those with ADHD alone |
| Xie 2013 | RCT | 22 children behavioral disorder | Measure included the Parent Child Relationship Questionnaire (PCQ-CA), Vanderbilt Assessment Scales, Children's Global Assessment Scale (CGAS), Clinical Global Impressions-Severity (CGIS) | Parent training through video was as effective as in-person training and was well accepted by parents |
| Comer et al. 2014 | Pre/post | 5 children (age 4-8) | Behavioral intervention with child, facilitated by parent; obsessive compulsive disorder (OCD) rating scale by parent | Child OCD symptoms and diagnoses declined, child global functioning improved |
| Myers et al. 2015 | RCT | 223 children with ADHD + ODD + anxiety | CBCL screening, DISC-IV diagnostic assessment, ADHD rating scales (inattention, hyperactivity, combined, oppositional defiant disorder [ODD; role performance]) and Columbia Impairment Scale | Caregivers reported significantly greater improvement for inattention, hyperactivity, combined ADHD, ODD, role performance for video vs. those treated in primary care. Teachers reported significantly greater improvement in ODD and role performance for video group, too |
| Tse et al. 2015 | RCT subsample | 37 caregivers of children with ADHD + ODD + anxiety | Caregiver Behavior Training (CaBT) delivered via: CBCL screening, DISC-IV diagnostic assessment, ADHD rating scales (inattention, hyperactivity, combined, ODD, role performance) and Columbia Impairment Scale | Caregivers reported comparable improvements for children's outcomes whether CaBT video = in-person; no improvement in caregivers' distress when CaBT provided through video. |
| Rockhill et al. 2015 | Descriptive study of TP within a RCT | 223 children with ADHD + ODD + anxiety, the TPs and PCPs | TPs adherence to guidelines-based care, ADHD outcomes by prescriber based on comorbidity status | TPs adhered to guideline-based care, used higher medication doses than PCPs, and their patients reached target of 50% reduction in ADHD symptoms more often than with PCPs |

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

An Update on Telepsychiatry

**TABLE 1** (continued)

| Citation (old to new) | Design | Sample | Assessment | Findings |
|---|---|---|---|---|
| Van der Stoep et al. 2017 | RCT | Caregivers of 223 children with ADHD + ODD + anxiety | Augmented primary care (APC) of 6 TP and 6 behavioral management vs. 1 TP consultation with caregiver improvement scores on the PSI and CSQ | APC improved PHQ scores for caregivers and reduced child ADHD symptoms mediated the improvement |
| Roberts et al. 2017 | Prospective TP compared to an in-person group | 60 children and adolescents, many Aboriginal, in ED setting | Standard evaluation (unstructured) for TP and compared to same for in-person group | Video equals in-person, satisfaction high |
| *Depression* | | | | |
| Ruskin et al. 2004 | Descriptive TP compared to in-person | 119 adult veterans | Standard evaluation (unstructured) for TP and compared to same for in-person group; psychopharmacology treatment | Video equals in-person for adherence, patient satisfaction, and cost |
| Fortney et al. 2007 | RCT | 395 adult outpatients | Telemedicine Enhanced Antidepressant Management (TEAM) study vs. usual care | Video can help adapt collaborative care model in small PC clinics and symptoms improved more rapidly in intervention group vs. usual care group |
| Hilty et al. 2007 | RCT | 94 adults with depression | Semistructured assessment with Beck Depression Inventory-13 measure over 1 y as part of disease management program | Video equals in-person for adherence, patient satisfaction |
| Mitchell et al. 2008 | RCT | 128 adults | Bulimia nervosa patient with therapy intervention | Video equals in-person for abstinence from binge-eating episodes, purging episodes, and combined episodes |
| Chong et al. 2012 | RCT | 167 adults | Semistructured assessment with Patient Health Questionnaire measure in a community mental health center | Video equals in-person for adherence, patient satisfaction |
| Moreno et al. 2012 | Descriptive | 167 adult patients | Pharmacotherapy via TP + integrated primary care, with 7 visits with TP | Video may close gap in access to culturally and linguistically congruent specialists; improves depression severity, functional ability, and quality of life |
| Fortney et al. 2013 | RCT | 364 adult patients | Enhanced collaborative care in federally qualified health centers | Video collaborative care group > reductions in severity than usual care |
| *PTSD* | | | | |
| Frueh et al. 2007 | Descriptive TP compared to in-person | 38 adult male veterans | No other specific measures specified | Video equals in-person in clinical outcomes and satisfaction at 3 mo follow-up; Video < comfort vs. in-person in talking with therapist posttreatment and had worse treatment adherence |
| Morland et al. 2010 | RCT | 125 adult male veterans | Group CBT in a noninferiority trial with a State-Trait Anger Expression measure | Video CBT group (CBGT) for PTSD-related anger is feasible for rural/remote veterans, with reduced anger |
| Germain et al. 2009 | Descriptive TP compared to in-person | 48 adults | No other specific measures specified | Video equals in-person in reducing PTSD over 16-25 wk |

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

| | | | | |
|---|---|---|---|---|
| Fortney et al. 2015 | RCT | 265 adult veterans | Enhanced collaborative care with Posttraumatic Diagnostic Scale measure | Video better than in-person |
| Fortney et al. 2017 | RCT | 265 adult veterans | Telemedicine Outreach for PTSD (TOP) vs. usual care, evaluating cost-effectiveness based on quality-adjusted life years (QALYs) derived from the Short Form Health Survey for Veterans and Quality of Well-Being (QWB) | The TOP intervention was relatively expensive, with costs totaling $2029 per patient per year. Intervention costs were not offset by reductions in health care utilization costs, resulting in an incremental cost-effectiveness ratio of $185,565 per QALY |
| *Substance abuse* | | | | |
| Frueh et al. 2005 | Descriptive | 14 adult male outpatients | Unstructured evaluation; no comparison group (unless specified) | Video had good attendance, comparable attrition and high satisfaction |
| Zheng et al. 2017 | Descriptive chart review | 100 adult outpatients | Buprenorphine program over 2-y period | Video equivalent to in-person outcomes in terms of relapse and comorbid substance use |
| *Anxiety disorders* | | | | |
| Bouchard et al. 2004 | 21 | 21 adults | Panic disorder | Video 81% of patients panic-free posttreatment and 91% at 6-mo follow-up via CBT |
| Romijn et al. 2015 | RCT | 156 adults | Cost-effectiveness of blended vs. in-person CBT | Video equivalent to in-person |

ADHD = Attention Deficit Hyperactivity Disorder; APC = Augmented primary care; ATP = Asynchronous telepsychiatry; CBCL = Child Behavior Check List; CBT = cognitive-behavioral therapy; CGI = Clinical Global Improvement; CSCT = Culturally-sensitive collaborative treatment; CY-BOCS = Yale-Brown Obsessive Compulsive Scale; HDRS = Hamilton Depression Rating Scale; NS = not stated; OCD = obsessive-compulsive disorder; ODD = Oppositional Defiant Disorder; PCP = primary care physician; PHQ = Patient Health Questionnaire; PTSD = posttraumatic stress disorder; Q-LES-Q = Quality of Life Enjoyment and Satisfaction Questionnaire; RCT = randomized-controlled trials; TP = telepsychiatry.

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

An Update on Telepsychiatry

**TABLE 2.** Abbreviated Telepsychiatric (TP) Competencies for Patient Care

| Area/topic | Novice/advanced beginner (e.g., advanced medical student/early resident) | Competent/proficient (e.g., advanced resident/graduating resident/faculty/ attending/interdisciplinary team member) | Expert (e.g., advanced faculty/attending/ interdisciplinary team member) |
|---|---|---|---|
| *Patient care* | | | |
| History-taking | Standard history | Informed consent for telehealth | Address informed consent problems |
| | | Contextualized history (e.g., aware of geographic and cultural specificity) | In-depth, well-paced, and concise interview |
| Engagement and interpersonal skills | Therapeutic alliance with trust and rapport | Identify and manage problem(s) | Resolve problems and adjust assessment contextually |
| | | Adjust interview to technology | |
| Assessment and physical examination | Stratify risk and protective factors based on epidemiology | Assess danger risk and adjust follow-up plan vs. in-person | Synthesize information |
| | Learn tools (e.g., MMSE) | Ensure full MSE or alternative | Adjust tools contextually (e.g., substitute score item) |
| Management and treatment planning | Treatment plan based on who will do Follow-up with others (e.g., PCP) | Administer tools with adjustments | Teach on classic MSE vs. in-person |
| | | Contextualize to patient and PCP | Tailors recommendations to resources, culture, and patient preference |
| | | Awareness of care continuum | Engages patient and referring doctor |
| | | Medication recommendations (i.e., side effects) with PCP instructions to initiate, titrate, and augment | Select "best" mode: e-mail, telephone, or other (and if it changes the process) |
| | | Follow-up with PCP by TP or phone | Refines medication recommendations |
| Documentation | Draft TP note hard copy or rudimentary EHR draft | Initial/revised draft with consultation model; complex EHR (e.g., Epic) | Balance findings/detail with plan; uses variety of documentation options |
| Privacy and confidentiality | Learn in-person basic regulations | Be aware of regulations; TP context | Practice within all standards; be aware of technology option limitations |
| | | Cell HIPAA limitations | |
| *Communication* | | | |
| Communication | Clear communication with patient and professionals | Amplify communication based on TP | Trouble-shoot communication difficulties |
| Cultural, diversity and social determinants | Consider diversity of oneself and patients | Adjust to patient culture and preference | Follow cultural formulation frameworks |
| | | Check language fluency to confirm | Adjust interview, assessment, and care |
| Language/interpreter ability | Use the interpreter | Manage time and pick best option (e.g., professionals > staff and family) | Verbal and nonverbal dimensions |
| *Systems-base practice* | | | |
| Outreach to community | Participate and engage | Identify relevant resources and needs within community | Visit, establish, and maintain relationships |
| | | | Integrate in-person and TP care events |
| Interprofessional education issues | Participate and experiences different roles | Work with IPE team and begin to teach within IPE framework | IPE provider and teacher |
| | | | Support interdisciplinary team care |
| Care models | Grasp care provider vs. consultant role | Employ traditional referral (i.e., management), and consultation TP | Has facility with models of consultation, integrated, stepped, and hybrid care; practices with one that fits this context |
| Rural health | Learn about rural access, epidemiology, S, and other | Begin to learn collaborative care | Practice and role model |
| | | Learn rural health basics | |

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

Hilty *et al.*

| | | | |
|---|---|---|---|
| Special populations | Learn differences (e.g., veterans, child/adolescent/parent/family, geriatric) | Recognize differences and adapts assessment and management approaches accordingly | Practice and role model |
| Licensure regulations for TP and model used | Learn in-person regulations and that states differ | Be aware that in-person and TP regulations may/may not differ | Practice within TP regulations state-to-state or within system (e.g., VA) |
| *Professionalism* | | | |
| Attitude | Learn/be open to technology | Openness to technology, IPE and consultation process | Lead in groups/teams |
| Integrity and ethical behavior | Demonstrate behavior with respect for others | Role model | Role model and give feedback |
| Scope | Become aware of scope issues | Practice within scope(s) | Provide feedback on scope and boundary issues; trouble-shoots problems |
| *Practice-based learning* | | | |
| Administration | Learn basics of in-person care | Be aware that in-person and telemedicine care have differences | Practice with adjustments to telemedicine care |
| Safety and quality improvement (QI) | Systematic assessment; learn how to participate in QI | Identify risks; apply QI information to cases and system | Adjust treatment plan; analyze QI options, selects and evaluates |
| Teaching and learning | Participates and contributes | Organize and further education | Provide context and steps for learning |
| *Knowledge* | Relevance, history | Relevance, history, and evidence-base | History, evid.-base, and clin. guidelines |
| *Technology* | | | |
| Adapt to technology | Project self 15% more by TP; realize nonverbal issues | Plan for differences, identify barriers, and put patient at ease | Additional ways to engage and express empathy |
| Remote site design | Observe | Identify problems and solutions; Add toys or furniture for child TP | Preplanning: iterative improvement; Modification based on care options |
| Technology operation | Microphone, camera, and other | Operate hardware, software, and accessories; basic trouble-shooting | Optimize components based on context and manage all trouble-shooting |

EHR = electronic health record; HIPAA = Health Insurance Portability and Accountability Act of 1996; IPE = interprofessional education; MMSE = Mini-Mental State Examination; MSE = mental state examination; PCP = primary care physician; QI = Quality Improvement; TP = telepsychiatry; VA = Veterans Administration.

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

An Update on Telepsychiatry

| TABLE 3. | Continuum of In-Person and Telepsychiatric Models for Psychiatry and Primary Care Based on Clinical Outcomes, Team Member Roles, and Resource Allocation | |
|---|---|---|
| **Intensity tier** | **Model method** | **Model examples and features** |
| High | TP collaborative care | vs. in-person care in terms of diagnosis and treatment of depression in children and adolescents[20] |
| | | Medication use for depression in children/adolescents and adults[11,20] |
| | | Adults with PTSD[12] |
| | | Children/adolescents with ADHD[16] |
| | | Federally qualified health center for pharmacotherapy and psychotherapy for depression[13] |
| | | See also Table 1 randomized-controlled trials (RCTs) |
| | RCT hybrid care: TP with other methods | Synchronous TP (STP) and ATP for children with ADHD, with parents and teachers, with screening using a checklist, a diagnostic assessment instrument, rating scales for inattention, hyperactivity, role performance, and other impairments[16] |
| | RCT disease management for depression | Improved TP and usual care outcomes over 12 mo; the latter group benefitted from the Hawthorne effect and providers' application of skills from the intervention group[10] |
| | Non-RCT, informal stepped care | Grant-funded e-MH service with a priori outcome evaluation with (1) 2-tiered triaging of patients with depression based on MH screening and TP consultation to, (2) therapy on site or initiation/change of antidepressant by PCP and (3) ongoing telepsychiatric consultation (by telephone, e-mail, or video) and (4) continuing medical education, and (5) staff retraining[31] |
| Mid | Initial ± follow-up TP consultation | The consultation care or consultation-liaison (CL) model increases capacity of MH services[7] with diagnostic assessment and medication changes in 91% and 57% of cases, respectively, leading to clinical improvements in 56% of cases[32] |
| | | PCP knowledge, skills, and complexity of questions improve over time,[7] particularly in rural PCPs[32] |
| | Adding a geriatric nurse practitioner (GNP) | Adding a geriatric nurse practitioner (GNP) to an outpatient diagnostic multidisciplinary facility for patients with cognitive disorders may improve the providers' concordance rate of the advice from the diagnostic facility and reduce subjective burden of the informal caregiver[33] |
| | Veterans Affairs TP | Geographically dispersed population; in 2012, VA MH providers conducted 340,842 interactive video encounters[34] |
| | Non-RCT child and adolescent program to boost MH services | Contract for child and adolescent MH screening, therapy on site, telepsychiatric consultation (phone, e-mail, or video), continuing medical education and staff training improved patient outcomes and site-based staff skills[35] |
| | Asynchronous telepsychiatry | This involves the PCP interviews patient with video recording and sends the video with historical information for review by a distant psychiatrist; feasible, valid, reliable, and cost-effective in English and Spanish-speaking patients in primary care[15] |
| Low | In-person and telephone doctor-to-doctor "curbside" consultations | Meet approximately 33% of informational PCPs' needs "in-time"[6] |
| | | Part of collaborative care |
| | | Purposeful and timely |
| | Telephone or e-mail doctor-to-doctor "curbside" consultations | A multispecialty phone and e-mail consultation system to PCPs for the care of adults and children across specialties with developmental disabilities (Hilty et al. 2006a)[6] |
| | | Adults awaiting TP consultation as part of a disease management, as a way to accelerate care; a third did not need the TP[6,10] |
| | | Align PCPs' diagnoses and medication treatments [7,32] |
| | | Improve PCPs' knowledge and skills [7,32] |
| | | Improve nursing home TP care for depression or dementia, by making evaluation easier and more efficiently using consultant time.[12] Part of TP collaborative care[11–13] and integrated care[14] |
| | Oversight of PCP for PCMH | Improve patient care and health.[42] Desk-mounted video systems offer great convenience for therapy to cancer patients to avoid travel, but the cost used to be prohibitive for most consumers[42] |

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

Hilty *et al.*

**TABLE 3. Continued**

| Intensity tier | Model method | Model examples and features |
|---|---|---|
| | Case review with PCPs | Case review of diagnosis and follow-up after a discussion helps change treatment plans and improves knowledge[36] |
| | | Videoconference "virtual grand rounds" are led by a team of MH specialists to review and discuss cases, by Specialty Care Access Network-Extension of Community Health care Outcomes (SCAN-ECHO) model at the University of New Mexico[37] |
| | One-time cultural consultation | Cultural consultation to rural primary in order to match patients and specialists by culture, ethnicity, and language[4] |
| | Distance neurocognitive assessment | Neurocognitive assessment via TP using a Spanish-language battery was comparable to in-person (IP) testing for rural Latino patients[38] |

ADHD = attention-deficit hyperactivity disorder; ATP = asynchronous TP; MH = mental health; PTSD = posttraumatic stress disorder; PCMH = patient-centered medical home; PCP = primary care provider; RCT = randomized controlled trials; TP = telepsychiatric; VA = Veteran's Administration.

posttraumatic stress disorder.[12,13] Guidelines for therapy based on systematic reviews[22] are being explored.[23]

TP is used across many populations. Child and adolescent TP research is now beyond feasibility and acceptability to TP collaborative care for patients with attention-deficit hyperactivity disorder[16] and caregivers.[24] It is effective. More geriatric data are emerging and TP is accepted by culturally-diverse populations with language matching and is often better than is available for in-person care, with interpreters suggested instead of family or informally trained staff.[4,5] More research is needed for inpatients, those who are incarcerated or in emergency rooms; adjustments may be needed to ensure quality of care, informed consent, and privacy.[5]

### TP Competencies

Those practicing TP as a PSM/C-L psychiatrist or to medical settings are strongly encouraged to reflect on adjusting in-person skill sets for care, education, and liaison roles. Competencies now exist for providers and these are becoming standard for TP electives in residency training (Table 2).[25] Social media/networking and psych apps competencies are are in progress,[9] as are general telemedicine competencies across specialties.[26] These are based on Accreditation Council of Graduate Medical Education domains and tiered at novice/advanced beginner, competent/proficient, and expert levels. In-person competencies for collaborative and integrated care services[27,28] are being further elaborated for TP in the

following domains: technical; assessment; relational and communication; collaborative and interprofessional; administration; medico-legal; community psychiatry and community-specific knowledge; cultural psychiatry; and health systems.[29,30]

## HISTORICAL MODELS OF TP CARE BASED ON HIGH, MODERATE, AND LOW INTENSITY OF RESOURCES

Models of TP care may be organized into low, moderate, or high-intensity levels of care based on intensity of care intervention, technology complexity, specialist time, patient acuity, and use of other resources,[8] as updated from a previous formulation (Table 4).[6] Services, models, and outcomes can be stratified by who is designated the primary service and the secondary consultant. The key is to match the need of the patient and PCP with the specialist's expertise to provide the maximal value added and most flexibility.

Consulting sites/consultants often offer only video services and distant sites' clinics and PCPs may only be aware of TP. This leads to adding on one-time TP consultation for a patient or a preference to use all of the TP consultant's time to manage only a few difficult cases. Despite the positives to these options short-term, it may be more effective and efficient clinically, administratively and financially to use a consultant who offers a "buffet" of models from which to choose. A good example may be combining case review or telephone/e-mail consultation doctor-to-doctor to build the relationship and video to cement it (e.g., have the PCP stop in to "see" it). Nonvideo

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

interventions are cheaper and may accelerate care (even obviate the need for) in lieu of video service.[8] Typical contracts buy out a percentage of TP consultant time (e.g., half day/10%) with an hourly rate for 4 hours of video per week; an alternative to have as much or more impact would be 2 hours video, 1 hour ATP, and 1 hour telephone/e-mail contacts.[8]

### High-Intensity TP Clinical Care or Service Interventions

These TP models involve extensive, ongoing collaboration between psychiatry (or BH) and primary care, as part of an ongoing grant, contract, or sustainable partnership (e.g., work within the same system of care). Examples (Table 3) are typically RCTs or intensive programs such as collaborative care for depression, posttraumatic stress disorder, and other disorders.[11–13, 20] hybrid care for child and adolescent attention-deficit hyperactivity disorder,[16] disease management,[10] and stepped care (screening, triage, brief therapy on site, PCP prompt to initiate/change antidepressant and TP consultation by telephone, e-mail, or video), coupled with ongoing continuing medical education and staff (re)training.[31]

### Moderate Intensity TP Service Interventions

This level of intervention may involve at least an initial (and sometimes in follow-up) synchronous TP (STP) consultation. It may require a contract, grant funding, or ongoing collaboration to augment clinical care with a range of technology-based options (e.g., telephone, e-mail, and video; an e-platform to facilitate ATP). Examples (Table 3) are treatment plan development (e.g., brief therapy),[7,32] adding a geriatric nurse practitioner,[33] geographically coordinated care services,[34] non-RCT child and adolescent service augmentation,[35] and a RCT of ATP, in which the PCP video records a brief patient interview and sends the video with historical information to a psychiatrist to review.[15]

### Low Intensity TP Care Service Interventions

This level of intervention typically does not often involve seeing patients directly, but it may involve regular contact and an ongoing relationship between a BH provider and 1 or more PCPs. Examples (Table 3) by

telephone, e-mail, or video are doctor-to-doctor "curbside" consultations,[6] oversight of a patient-centered medical home,[31] case reviews,[36] virtual video grand rounds on cases,[37] and neurocognitive assessment.[38]

### USING TP FOR COLLABORATIVE, STEPPED, AND INTEGRATED CARE TO SUPPORT THE MEDICAL HOME AND TELEBEHAVIORAL HEALTH CONTINUUM EXTENDING OPTIONS FOR CARE

There have been significant shifts in medicine that are facilitated by TP, including collaborative, stepped, and integrated care based on the medical home model. The "best" outcomes (e.g., patient symptom response or remission; population level) may require integration of PCC, value-based care and the models of care delivered by interdisciplinary teams via a range of in-person and technology-based interventions. Psychiatric clinicians are adapting to PCC and must learn a variety of models of care and systems (e.g., value-based care and accountable care organizations) that are driven by the Centers for Medicare and Medicaid Service and the Affordable Care Act. Physicians are a crucial leverage point between patients, systems, and insurance companies.

Physicians incorporate PCC themes in principle, somewhat handily, but may struggle to embrace the clinical and leadership aspects of value-based care, which along with team, interdisciplinary and technological shifts, are critical for its success.[39] Physicians focus on guidelines for quality and value-based care may measure adherence to those, but guidelines are often complex (i.e., outcome measurement), frequently incomplete (e.g., diverse populations and settings), and contradictory to use (e.g., a patient with 3+ chronic diseases).[40] Only 25% of guidelines incorporate patient participants and preference data in a systematic manner.[41]

### Medical Home

The patient-centered medical home uses a primary care philosophy to provide comprehensive and continuous medical care to patients to obtain maximal health outcomes.[42] Patient and family engagement is a critical, core feature, along with comprehensive, team-based, coordinated, accessible, quality, and safety components[43] The Model has been

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

**TABLE 4.** Continuum of In-Person and Telepsychiatric Models for Psychiatry and Primary Care Based on Clinical Outcomes, Team Member Roles, and Resource Allocation

| Tier | Model | Clinical features | Health care organization and administration (7 factors) | Outcome evaluation diabetes mellitus (DM) and depression (D) | Examples, literature and trends[*] |
|---|---|---|---|---|---|
| 4 | Integrated care (full) | Physician teamwork | System wide integration[†] | Evidence-base: | Some medical-psychiatric units (inpatient > outpatient) |
| | | Psychiatric, psychologists, or other evidence-based therapist (brief therapy) | (A) Clinical responsibility and decision-making | Level II | |
| | | | (B) Colocation of services | Preliminary | |
| | | | (C) Integrated funding | Medical tracking: | Substance Abuse Mental Health Services Administration (SAMHSA)-Health Resources & Services Administration (HRSA) model |
| | | SW medical and MH | (D) Integrated program evaluation | Short-term (ST): HgA1c, diet, exercise, e-support group | |
| | | | (E) Integrated outcome measurement | Long-term (LT): same, plus feedback loops for changes, group options, CBT referral, and intensified medication or visit regimen | |
| | | | (F) E-platform with registry[‡] | | |
| | | | (G) Reimbursement alignment[‡] | | |
| | | | Administrative | Psychiatric: | |
| | | Care coordinators or managers | Joint visits, integrated scheduling, and drop in visits | ST: PHQ, GAF, GAD-7, AUDIT | |
| | | Service continuum: inpatient, step-down/skilled, nursing/day treatment, and crises/ED | Phone management Tracking/registry, EHR, and other systems | LT: PHQ, GAF, suicide rate | |
| | | Consistent or frequent communication | Meetings formal and informal to support model | Other: | |
| | | Telepsychiatry (TP) naturally integrated as a piece onto overall system and team platform | | Functional improvement | |
| | | Patient experiences the team > individual providers; seamless transitions between primary and specialty "sides" or components | Predetermined, population-based screening | Disability days QOL adjusted | Apil et al., Bot et al., Dozeman et al., Huijbregts et al., Seekles et al., van 't Veer-Tazelaar et al. |
| 4 | Stepped IBH Care (full) On-site or virtual | Specialist management or consultation | 5/7 at best, but not always A, C, E, G? System wide or focused | Evidence-base: | VU University, Amsterdam, Netherlands |
| | | Primary care providers (PCPs): MD or NP/PA directed MH care | Stepped care | Level II | |
| | | BH consultant with evidence-based therapy (brief therapy) | + Interdisciplinary team is better defined than partial integrated care team (as latter is more randomly done) | Growing | |
| | | SW: therapy, triage, and case management | - Less integrated philosophy as slightly "added on" | Medical tracking: | |
| | | Psychiatric education (case review, curbside, other) | Administrative | Short-term (ST): HgA1c, diet, exercise, e-support group | |
| | | Care coordinator or manager | Integrated scheduling Phone management | Long-term (LT): same, plus feedback loops for changes, group options, CBT referral, and intensified medication or visit regimen | Arayo et al., Chile Davidson et al., |
| | | Motivational interviewing and behavioral activation | Meetings formal and informal to support model | | Columbia University College of Physicians and Surgeons, USA |
| | | Outreach for those not engaging in care | Frequent or prn communication | Psychiatric | |
| | | TP added with relative ease as a part of service delivery | Predetermined, population-based screening | ST: PHQ, GAF, GAD-7, AUDIT LT: PHQ, GAF, suicide rate | Eil et al., |

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

An Update on Telepsychiatry

**TABLE 4** (continued)

| Tier | Model | Clinical features | Health care organization and administration (7 factors) | Outcome evaluation diabetes mellitus (DM ) and depression (D) | Examples, literature and trends* |
|---|---|---|---|---|---|
| | | Patient experiences the team > individual providers; seamless transitions between primary and specialty "sides" or components | | Other:<br>Functional improvement?<br><br>Disability days?<br>QOL adjusted? | School of Social Work, University of Southern California, USA<br>Katon et al.<br>Unutzer, et al.,<br>U. of Washington, USA<br>Katznick et al.,<br>Mayo Clinic Integrated Behavioral Health, USA<br>U. of Wisconsin at Madison, USA<br>Patel et al.,<br>India<br>Haaga et al., American University, USA<br>Hilty et al.<br>Neufeld et al.[31]<br>Yellowlees et al.,<br>University of California, Davis |
| 4 | Collaborative Care (full)<br><br>On-site or virtual | Core members are PCPs, care managers, and psychiatric consultants<br>Brief, evidence-based therapies<br>Communication prn; some patient specific<br>Outreach for those not engaging in care<br>Orientation to collaborative care model<br>TP<br>The primary vehicle for collaboration for distant rural sites; added to other sites with relative ease<br>A part of rather than a system requires effort<br>Patient experiences the team > individual providers | 3–5/7 (A–C ± F, G) at best, focused > system wide<br><br>Better medical outcomes overall measurement with SF-12/other<br>Administrative<br>Joint visits, integrated scheduling, and drop in visits with therapist/care coordinator<br>Phone management<br>Education on health topics, courses for PCPs<br>Meetings informal and prn<br>TP training critical; clinical and communication know how also needed<br>Predetermined screening plan put into clinic and reinforced by consultant | Evidence-base:<br>Level I–II<br><br>Substantial<br>Medical ± tracking:<br>Short-term (ST): HgA1c, diet, exercise, e-support group?<br><br>Long-term (LT): same, group referral, intensified medication regimen, and other?<br><br>Psychiatric:<br>ST: PHQ/BDI or SCL-20, GAF; prn clinician rated scale<br><br>LT: PHQ/other, GAF<br>Other:<br>SF-12/other<br>Functional improvement?<br>QOL adjusted? | Katon et al.<br>Unutzer et al.<br><br>Fortney et al.<br>Richardson et al.[20]<br>U. of Washington Collaborative Care<br><br>Group Health Cooperative<br><br>Veteran's Affairs<br>Training for residents in integrated and collaborative care<br><br>Fellowship in PSM |
| 3.5 | Integrated care (partial): primary medical | Psychiatric, psychologist, or other evidence-based therapist (brief therapy)<br>SW MH added on | 4/7 systematically at best, including B, D, E, F, and G?<br>Unlikely A, C, E, and G, though, for many institutions | Evidence-base:<br>Level II-III<br>Preliminary<br>Medical ± tracking: | |

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

Hilty *et al.*

| | | | Evidence-base / Measures | Program |
|---|---|---|---|---|
| | Care coordinators or managers helps with MH<br>Service continuum: inpatient, skilled nursing, and ED<br>Frequent or prn communication<br>Common EHR?<br>TP added with relative ease as a part of service delivery<br>Patient experiences the team and at other times, mainly individual providers | Administrative<br>Maintains philosophy and adjusts for limitations<br>Integrated scheduling<br>Phone management<br>E-assignments?<br>Meetings formal and informal to support model or strive for it | Short-term (ST): HgA1c, diet, exercise<br>Long-term (LT): same, group referral, intensified medication regimen, and other?<br>Psychiatric:<br>ST: PHQ, GAF; AUDIT?<br>LT: PHQ<br>Other:<br>Functional improvement, Disability days, QOL adjusted | University of Washington/Group Health Cooperative Child ADHD Program |
| 3<br>Collaborative care (partial)<br>Onsite or virtual | Core members are PCPs, care managers, and psychiatric consultants<br>Brief evidence-based therapies<br>Communication prn<br>TP as above<br>Patient experiences the team and at other times, mainly individual providers | 2–3/7 at best<br>Administrative<br>Integrated scheduling<br>Phone management<br>Coupled Internet-based therapy for parents and patient assignments<br>Meetings prn<br>TP as above<br>Screening for specific patients or situations | Evidence-base:<br>Level II-III<br>Need more research<br>Medical:<br>Short-term (ST): HgA1c, diet, exercise,<br>Long-term (LT): same, group referral, intensified medication regimen, and other?<br>Psychiatric:<br>ST: PHQ, GAF<br>LT: PHQ, GAF<br>Other: | |
| 2.5<br>Psychiatric consultation care<br>On-site or virtual<br>Cultural consultation | Core members are PCPs, care managers and psychiatric consultants<br>Collaboration and communication prn and facilitate referrals<br>TP is itself and also is the main vehicle for working with a specialist<br>Joint specialty consults: psychiatry and endocrinology<br>Patient experiences members of the team individually<br>Culture, ethnic, or language matching all or all of these | Administrative<br>Drop in visits rare<br>More curbside phone and e-mail<br>PCP-specialist consults<br>Education for PCPs prn<br>Meetings occasionally to make change or decision<br>TP training critical<br>Training essential on being a consultant to primary care and educational needs of PCPs<br>Joint dual specialty tele-visit (e.g., psychiatry and endocrinology) | Evidence-base:<br>Level III-IV<br>Need more research<br>HgA1c, diet, exercise,<br>Long-term (LT): same, group referral, intensified medication regimen<br>Psychiatric:<br>ST: prn unless a project is occurring<br>LT: ditto<br>Other | Many<br>UC Davis Telepsychiatry Program, 1996–2013<br>UC Davis Virtual Collaborative Care Program, 2013-<br><br>Many |

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

An Update on Telepsychiatry

**TABLE 4** (*continued*)

| Tier | Model | Clinical features | Health care organization and administration (7 factors) | Outcome evaluation diabetes mellitus (DM ) and depression (D) | Examples, literature and trends* |
|---|---|---|---|---|---|
| 2.5 | Asynchronous telepsychiatry (ATP) consultation | Clinical<br>Core members are PCPs and psychiatric consultants<br>Communication prn<br>Administrative<br>More curbside phone and e-mail<br>PCP-specialist consults<br>Education for PCPs prn<br>Meetings occasionally prn<br>Patient experiences members of the team individually<br>Culture, ethnic, or language matching or all of these | Administrative<br>More curbside phone and e-mail<br>PCP-specialist consults<br>Education for PCPs prn<br>Meetings prn<br>TP training critical<br>Training essential on being a consultant to primary care and educational needs of PCPs | Evidence-base:<br>Level II-III<br>Medical:<br>Need more research<br>Short-term (ST): HgA1c, diet, exercise,<br>Long-term (LT): same; group referral, intensified medication regimen<br>Psychiatric:<br>ST: prn unless a project is occurring<br>LT: ditto<br>Other: | UC Davis Psychiatry Programs<br>Few, but will increase over time, most likely |
| 2.5 | Behavioral Health (BH) Consultation<br>On-site<br><br>Virtual | Clinical<br>Core members are PCPs, BH consultants, and care managers<br>"Warm" handoffs<br>Team huddles<br>PCP does meds (and rarely psychiatrist initially)<br>Administrative<br>Drop in visits rare<br>More curbside phone and e-mail<br>PCP-specialist consults<br>Education for PCPs prn<br>Meetings occasionally prn | | Evidence-base:<br>Level I-III since equal to in-person (e.g., CBT)<br>Medical:<br>Not applicable, except if clinician adds CBT<br>BH:<br>ST: prn unless a project is occurring<br>LT: ditto | Many |
| 2 | "Curbside" | Formal<br>Prolonged consultation (i.e., 38 min average by phone) program<br>Patient experiences members of the team individually<br>Informal<br>Synchronous (phone or in-person)<br>Asynchronous (e-mail) | | Evidence-base:<br>Level III-IV<br>Changes decision-making and high satisfaction as in—time<br>Medical:<br>Not applicable<br>Other:<br>Not applicable | Formal<br>UC Davis M.I.N.D. Institute PACTNET: multispecialty, 1997–2002<br>Many informal<br>UC Davis Telepsychiatry Program, 1996–2013 |
| 2 | Case Reviews or Virtual Grand Rounds | Communication in conference with interdisciplinary team | Administrative<br>Team-based learning on cases with application to other patients<br>Occasional educational presentations | Evidence-base:<br>Educational, if CME offered<br>Medical:<br>Not applicable | Southern Illinois University<br>SCAN-ECHO at U. New Mexico |

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

| 1.5 | Group education or one-time traditional evaluation | Primary team members are the care coordinator or manager, group educators, and prn BH clinician or psychiatrist | | |
| 1 | Patient and caregiver health education | Options Website information Support/chat groups or "communities" Formal educational materials Sources of information from care coordinators, websites, or national organizations | General public Disorder specific (e.g., mood) Population specific (e.g., veterans) | Other? |

ADHD = attention-deficit hyperactivity disorder; AUDIT = Alcohol Use Disorders Identification Test; BDI = Beck Depression Inventory; CBT = cognitive-behavioral therapy; CME = continuing medical education; ED = emergency department; EHR = electronic health record; GAD = Generalized Anxiety Disorder; GAF = Global Assessment of Function; IBH = integrated behavioral health; MD = medical doctor; MH = mental health; NP/PA = nurse practitioner/physician assistant; PHQ = Patient Health Questionnaire; PSM = psychosomatic medicine; QOL = quality of life; SCAN-ECHO = Specialty Care Access Network-Extension of Community Health care Outcomes; SW = social work; ED = emergency department.

\* *Notes:* Model programs or descriptions are also provided, if they exist (scientist et al.); this refers not to a specific paper but to the work of individual investigators or teams. A reference number is provided if the author's work was summarized in the article; otherwise, the reader can search the scientist's/team's body of work.

† Health care organization and administration systems traditionally include 5 integrative care components: clinical responsibility and decision-making; colocation of services; integrated funding; integrated program evaluation; and integrated outcome measurement.

‡ We have added 2 more: an e-platform with a registry and other technologies; and reimbursement alignment with clinical system goals.

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

An Update on Telepsychiatry

adapted to the integration of BH care into primary care.[44]

Tele-interventions to the home have focused on geriatric populations, mainly, with PSM playing a role RCTs for telehealth include: problem-solving for depression and disability[45]; nurse-based daily tele-monitoring of depressive symptoms and medication use for depression and self-efficacy[46]; and interventions for congestive heart failure with biometric and nonbiometric sensors for data management.

### Collaborative Care

Collaborative care is a systematic approach to the treatment of depression and anxiety in primary care settings that involves the integration of care managers and consultant psychiatrists, with PCP oversight; it has improved access to evidence-based BH treatments for patients.[47] Care managers (e.g., nurse or clinical social worker) conduct structured outreach encounters with patients—between visits to the PCP, a consulting psychiatrist, on-site therapists, and others—to engage patients, activate them, promote self-management, and treatment adherence. Practice-based measurement is facilitated by a population registry[14] and TP provides flexibility and access to core components at a distance.

TP collaborative care appears to have robust effect and this may be a population level[14]; the question is whether it can be practically disseminated or is generalizable.

### Stepped Care

Stepped care employ intensive interventions (e.g., psychiatrist time) when less intensive interventions prove to be insufficient for depression in primary care.[48–50] Guidelines from England and New Zealand describe components for managing common psychiatric illness, including depression and anxiety.[51] A review of 14 stepped care RCTs' study quality, interventions, and outcomes showed a moderate effect on depression,[50] and another of 5 databases and 10 RCTs showed better outcomes with stepped care prevention and treatment than care-as-usual.[52]

Only 1 study functioned as a TP stepped care model[31] as part of a larger research program.[10,35]

### Integrated Care

For integrated care, a team of primary care and BH clinicians work together with patients and families using a systematic and cost-effective approach to provide patient-centered experiences to address health behaviors, medical illness, life stressors and crises, mental illness, substance, and ineffective patterns of health care utilization. Models usually stratify patients in quadrants determined by the setting. In outpatient care, they are 4 quadrants: I, low systemic illness and psychiatric illness; II, low medical and high BH; III, low BH and high medical; and IV, high for both.[53,54] A psychiatrist as a consultant and BH case manager improve medical outcomes,[55,56] including patient functional ability,[57] fewer days disabled,[57] increased quality-adjusted life years, and increased adherence to medication.[57]

Medical inpatient units have a stronger PSM/C-L role for education and support and less formal collaborative care models. For the psychiatric outpatient and emergency settings, there has been little to no medical care integration. Good integration of dietetics/nutrition occurs within inpatient psychiatry unit. BH providers working in an integrated care model leverage skills through consultative and team-based roles to help others treat BH disorders. For patients seen, integrated care encounters typically are briefer and more problem-focused than traditional specialty BH encounters.

Confusion has occurred when the terms "integrated care" and "collaborative care" are used interchangeably, and when the integration refers to combining BH and substance services.

Regarding integrated care, surprisingly, technology has not been included and or evaluated/studied as a core component as suggested here. A TP integrated care model has been described, but not fully implemented or evaluated.[8,17] Modern information technologies can support integrate care pathways by patient empowerment and the monitoring of care provided by multidisciplinary teams, but a review of 24 projects from the European Innovation Partnership on Active and Healthy Ageing found that interventions vary and studies did not adequately set outcome and performance targets.[58]

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

Hilty *et al.*

**TABLE 5.** Telebehavioral Health Options for PSM/CL Psychiatry: Continuum From Internet Health Education, Self-Help, Social Media, Psychiatric/Behavioral Health Apps to Telepsychiatry

| Level | Source/entry | Initiator goals/aims | Questions and perspectives | Liabilities | PSM/CL angles |
|---|---|---|---|---|---|
| 1 | Website information | Health information: gain perspective, obtain standard, and updated info; Refer patients to options for cognitive (e.g., delirium) and somatic symptom disorders | Do I need more information? How should I approach the problem? What is out there? My doctor may know | Quality of information and lack of regulation; less of an issue if referred to site | Good marketing opportunity for PSM/CL to patients, families, and colleagues in medicine/surgery |
| 2 | Support/chat groups or "communities" | Patient: education; Caregivers: answers, tips, and perspectives on coping and supporting patients | What should I/we do or what are others doing? | Peer compatibility? Information quality | May help with adjustment to less common medical problems |
| 3 | Formal educational materials | Person/patient: education; Caregiver: education, supports, and advice; Clinician: continuing medical education (CME) | Can I improve myself this way? I need "sound" info; I can track how things do and document progress | Not as good as real interaction; May not fit some folks' learning style | Refer to PSM/CL sites by members or develop "approved" sites |
| 4 | Self-directed assessment | Person/patient: good habits, reflection tips; Caregiver: reflection tips, tools to assess loved ones; Clinician: tips on clinical care, options to refer patients | If I have limited resources, what can I accomplish? Should I take the next step in seeking help? Can my patients do some of this outside the office? | Not all problems can be self-assessed; Some illnesses affect our insight; Is it "really good," though? | PSM/CL clinicians can refer to regular sites or those with specifics |
| 5 | Self-care decision-making options | Person/patient/caregiver: additional options; change current plan; Clinician: skepticism unless known commodity | Should I take the next step in seeking help? Can my patients do some of this outside the office? | What if it depends on...should I do A or B? | Information on topics like the living will; Interdisciplinary team members may also like |
| 6 | Assisted self-care assessment and decision-making; deidentified | Person/patient/caregiver: empowering; Clinician: distributes my skills well? | Empowering and increased self-efficacy/confidence in next step? Impersonal | Make "bad" decisions owing to lack of context? Risky if dangerous? | Link with social work, hotline or clinic, if needed |
| 7 | Social media (SM) 1- or 2-way (inadvertent vs. purposeful) | Easy and convenient; Likely more convenient for 1 time use; Good option if both patient and clinician prefer | Can be a positive/negative vor for therapeutic alliance; Sets up patient's expectation for future response from clinician; Should establish do's and don'ts on SM use | Not HIPAA compliant; Busy PSM/CL clinicians may not have time and need to see if it is "value added" | Important to set expectations, limits and boundaries around time and content of matter |
| 8 | Asynchronous, between-session patient-clinician contact (e.g., mobile health with app or e-mail/text) | Person/patient/caregiver has minor question or needs a detail → e-mail/text; tracking symptoms → app; Clinician: e-mail/text is good for quick, simple advice; apps good for monitoring disorder; All: integrate information flow (e.g., apps, questionnaires, reports, surveys) into EHR | Convenient to reach the clinician or team member? Easier for teen patients, who prefer texting over calling? Build into the EHR for data-informed decisions; Is the contact/work flow private, documented, and billable? | Align 1–2 apps with 1–2 purposes to focus; E-mail/text: errors, miscommunication; HIPAA compliant? Some see as a value, but it takes extra time and may not be billable | Provide training for faculty and team; Mobile health has integrative power for PSM/CL; Need evidence-based app and evidence-based approach in using it |

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

An Update on Telepsychiatry

**TABLE 5 (continued)**

| Level | Source/entry | Initiator goals/aims | Questions and perspectives | Liabilities | PSM/C-L angles |
|---|---|---|---|---|---|
| | Asynchronous, with formal e-platform for patient assessment and PCP-directed care | Clinic/PCPs setup operation with the psychiatrist at a distance | Do PCPs, medical assistants or other staff do the video screening | Need to ensure informed consent and HIPAA compliance | Reasonably efficient and if unsuccessful, proceed to in-person or TP care |
| 9 | Synchronous, traditional or TMH care | Person/patient: it really works and is much more convenient. Clinician: if patients like it, it is a good option | There is no shortcut to synchronous decision-making (patient-clinician; primary care-psychiatry) | It always has to be scheduled (and paid for) | A great option; not always needed owing to lesser, easier options |
| 10 | De facto hybrid care (synchronous and asynchronous technology) toward integrated care | Person/patient: we connect in different ways. Clinician: ad hoc to planned; I am "in" the patient's life | Is there a best way to do this? A multimodal approach | Requires discussion, prioritization and feedback/learning. Takes willingness to change, time and $ | Folks will shift if health care financing shifts? Paradigm shift is needed |

EHR = electronic health record; HIPAA = Health Insurance Portability and Accountability Act of 1996; PSM/C-L = psychosomatic medicine/consultation-liaison; PCP = primary care provider; TMH = telemental health.

## Analysis of the Application of TP to Collaborative, Stepped and Integrated Care Models, and Tiering Effect

Models of care may be organized with regard to clinical features, health care organization and administration (based on 7 factors), and outcome evaluation (Table 4). For the purpose of illustration, a case example of a patient with comorbid diabetes mellitus with depression was used. Health care organization and administration systems traditionally include 5 integrative care components: clinical responsibility and decision-making; colocation of services; integrated funding; integrated program evaluation; and integrated outcome measurement. We have added 2 more: an e-platform with a registry and other technologies and reimbursement alignment with clinical system goals. Model programs or descriptions are also provided, by including names of the individual investigators or teams.

Technology can leverage roles in a stepped, collaborative, or integrated care model. It is convenient if staff are physically colocated—part of that involves work with the PCP and planning next steps—but some of that and other professionals may be better leveraged at a distance. It is convenient if staff are physically colocated with the PCP, TP, or a manager for easy access to clinical supervision. Care managers encounters can be effectively conducted by telephone or secure messaging.[59] The addition of a teletherapist for evidence-based therapy to post-traumatic stress disorder patients mediated the intervention effect.[14]

## The New TBH Continuum of Services

Technology-based services exist on a continuum[9]—defined as "services and information delivered or enhanced through the Internet and related technologies"[60]—for patients/families/caregivers, interdisciplinary team members/PCPs, and psychiatrists (Table 5).[9] The range is: Internet information—self-help/support groups to psychoeducation classes—self-assessment and care (e.g., depressive disorder)—clinician professional education to informal online consultation online—informal asynchronous clinician communication (e.g., e-mail/text social media/networking)—purposeful asynchronous care coordination (e.g., e-mail/text, mobile health and apps, and ATP)—STP/video and hybrid models with

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

combinations to complementing in-person or TP services.[9] Many of these e-options could be used in PSM practice for primary care services and education, particularly mobile apps for self-help in dealing with anxiety disorders, well-being, and stress reduction; 69% of the US adult population track at least 1 health indicator, such as activity, weight, or symptoms.[61] Caregivers of loved ones with a major neurocognitive disorder and other psychiatric disorders use many options, too.[62]

## DISCUSSION

There are a variety of TP or TBH service delivery options available, but the key ingredients of a "good" model are fairly consistent: easy access, low cost, in-time help to the user (e.g., person, patient, and consultee), and meaningful outcomes. For that reason, 1 recent review strongly suggested that high-intensity models have substantially better outcomes; mid and low intensity models have many intangible benefits (e.g., building relationships, complementing in-person services by providing missing services) and appear more sustainable (Table 3). If one were to generalize according to effect and outcomes (Table 4), the following tiering is reasonable: level 4 (or top) quartile includes collaborative, stepped, and integrated care; level 3 includes the consultation care model and ATP; level 2 involves doctor/nurse practitioner-to-specialist consultations by telephone, e-mail, and other modes; and level 1 has the rest of the TBH options (Table 5).

Overall, the best researched model is collaborative care—it has population level impact but may not be feasible for all those interested in using TP—so in this era, model selection should be determined by patient-, provider-, clinic-, and system objectives and goals and based on specific outcomes and available resources. Since PSM has been burdened at times with inadequate general funding or reimbursement, financial issues are paramount. Cost offset arguments have been the main argument for justifying PSM services, but a spectrum of e-options may provide value at low cost if researched and found effective by RCTs within current or new models. In the meantime, 4 recommendations are clear and convincing:

(1) outcome targets and interventions should be standardized for measurement;

(2) a population health approach should be used to spread the specialty services to the greatest number of patients;

(3) low intensity and TBH services—if researched and effective—should be broadly embraced to help triage persons/patients to intensive services and to prevent illness;

(4) interdisciplinary teams should use video and other technologies to implement a variety of evidence-based psychological treatments[5] based on competencies;[63] and

(5) an e-platform may be needed for infrastructure and to stage various telecare options.

Our priorities are to improve health care access and quality by using service delivery models—so what are the bottom lines related to primary and BH care services? Though it may sound surprising, a department, clinic, or system should be employing technology to facilitate care—and if not—perhaps a consultation for a needs assessment is in line. Day-to-day effect is important, but overall, it is going to be defined at the population level.[14,36] The consultation care model has heuristic value, but limited effect on depressive disorder[64] and the TP version could hardly be expected to improve this, unless it is wielded in a different or more robust way. In planning stepped care and integrated care, TP is indicated and more research is indicated. The same is true with hybrid in-person and technology models or using 2 technologies in combination;[16] there are existing prototypes for mixed models.[65]

Limitations of this report are many, despite its capture of the existing evidence bases in TP, service delivery models, and PSM consultation models to primary care.

- First, this article cannot cover the breadth and depth of the existing database on TP, but it summarizes key findings. Indeed, not all studies could be discussed (e.g., Table 1) and had to be summarized.
- Second, the model intensity framework has heuristic value, but it is not based on empiric data nor has it gone through a Delphi consensus process; it is based on collaborative work with many primary care systems and input from health care delivery model experts.

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

An Update on Telepsychiatry

- Third, more research is needed on TP stepped, integrated, and collaborative care and models particularly at the population level.[14]

## CONCLUSIONS

TP improves access to care, leverages a wide range of treatments at a distance, and provides outcomes, which are as good as in-person care. PSM psychiatrists have had significant affect with TP in terms of clinical, educational, and research outcomes. Based on existing evidence, TP collaborative care currently has more affect than other TP models; stepped and integrated care models need further evaluation. TBH technologies may complement current TP models (e.g., collaborative care) and be less expensive, and more flexible. The idea of low, moderate, and high-intensity interventions—based on technology, specialist time, and service delivery model—could benefit from more evaluation in terms of operational components and effect on care. An effective approach to care matches the intensity of the services to the needs of a patient population or clinic, standardizes interventions, and optimizes care based on an e-platform that facilitates different models of care.

*Acknowledgments: The late Wayne J. Katon, MD, Friend, Mentor, Leader, Ambassador, Researcher, Clinician, and Teacher.*

*Academy of Psychosomatic Medicine Telemental Health Interest Group.*

*American Telemedicine Association Telemental Health Interest Group.*

*UC Davis SOM Graduate Group of Informatics, Department of Psychiatry & Behavioral Sciences, and Center for Health and Technology.*

*University of Washington SOM, Department of Psychiatry & Behavioral Sciences, Global Health Program, and Telemedicine Department.*

*Disclosure: The authors disclosed no proprietary or commercial interest in any product mentioned or concept discussed in this article.*

**References**

1. Regier DA, Goldberg ID, Taube CA: The de facto US mental health services system. Arch Gen Psychiatry 1978; 46:971–982
2. Druss BG, Zhao L, Von Esenwein S, et al: Understanding excess mortality in persons with mental illness: 17-year follow up of a nationally representative US survey. Med Care 2011; 49:599–604
3. Rost K, Zhang M, Fortney J, et al: Rural-urban differences in depression treatment and suicidality. Med Care 1998; 36 (7):1098–1107
4. Hilty DM, Lim RF, Nasatir-Hilty SE, et al: Planning for telepsychiatric consultation: a needs assessment for cultural and language services at rural sites in California. J Rural Mental Health 2015; 39(3-4):153–161
5. Hilty DM, Ferrer D, Parish MB, et al: The effectiveness of telemental health: a 2013 review. Telemed J E-Health 2013; 19(6):444–454
6. Hilty DM, Yellowlees PM, Cobb HC, et al: Models of telepsychiatric consultation-liaison service to rural primary care. Psychosomatics 2006; 47(2):152–157
7. Hilty DM, Yellowlees PM, Nesbitt TS: Evolution of telepsychiatry to rural sites: change over time in types of referral and PCP knowledge, skill, and satisfaction. Gen Hosp Psychiatry 2006; 28(5):367–373
8. Hilty DM, Yellowlees PM, Parish MB, et al: Telepsychiatry: effective, evidence-based and at a tipping point in healthcare delivery. Psychiatr Clin North Am 2015; 38(3): 559–592

9. Hilty DM, Chan S, Torous J, et al: New frontiers in healthcare and technology: internet- and web-based mental options emerge to complement in-person and telepsychiatric care options. J Health Med Informatics 2015; 6(4):1–14
10. Hilty DM, Marks SL, Wegeland JE, et al: A randomized controlled trial of disease management modules, including telepsychiatric care, for depression in rural primary care. Psychiatry 2007; 4(2):58–65
11. Fortney JC, Pyne JM, Edlund MJ, et al: A randomized trial of telemedicine-based collaborative care for depression. J Gen Intern Med 2007; 22(8):1086–1093
12. Fortney JC, Kimbrell TA, Hudson TJ, et al: Pragmatic randomized trial of telemedicine based collaborative care for posttraumatic stress disorder. J Am Med Assoc Psychiatry 2015; 72(1):58–67
13. Fortney JC, Pyne JM, Mouden SP, et al: Practice-based versus telemedicine-based collaborative care for depression in rural federally qualified health centers: a pragmatic randomized comparative effectiveness trial. Am J Psychiatry 2013; 170(4):414–425
14. Fortney J, Pyne JT, Turner E, et al: Telemedicine integration of mental health into rural primary care settings. Int Rev Psychiatry 2015; 27(6):525–539
15. Yellowlees PM, Odor A, Parish MB, et al: A feasibility study of asynchronous telepsychiatry for psychiatric consultations. Psych Serv 2010; 61(8):838–840
16. Myers K, vander Stoep A, Zhou C, et al: Effectiveness of a telehealth service delivery model for treating attention-

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

deficit hyperactivity disorder: results of a community-based randomized controlled trial. J Am Acad Child Adolesc Psychiatry 2015; 54(4):263–274

17. Hilty DM, Johnston B, McCarron RM: in Mucic D, Hilty DM, (ed) "How Telemental Health Adds to Traditional Outpatient and Newer Models of Integrated Care for Patients, Providers and Systems" in Key Issues in e-Mental Health. New York, NY: Springer Publishing; 2015, pp. 129–150

18. American Telemedicine Association. ATA practice guidelines for video-based online mental health services. Telemed T J E Health 2013; 19(9):722–730, http://dx.doi.org/10.1089/tmj.2013.9989

19. Myers KM, Nelson EL, Hilty DM, et al: American Telemedicine Association: practice guideline for child and adolescent telemental health. Telemed J E Health 2017; 23(10):779–804

20. Richardson LP, Ludman E, McCauley E, et al: Collaborative care for adolescents with depression in primary care: a randomized clinical trial. J Am Med Assoc 2014; 27(8):809–816 312

21. Shore JH, Mishkind MC, Bernard J, et al: A Lexicon of assessment and outcome measures for telemental health. Telemed J E Health 2013; 3:282–292

22. Backhaus A, Agha Z, Maglione ML, et al: Videoconferencing psychotherapy: a systematic review. Psychol Serv 2012; 9(2):111–131

23. Nelson EL, Duncan AB, Lillis T: Special Considerations for Conducting Psychotherapy via Videoconferencing. in Myers K, Turvey CL, (ed) Telemental Health: Clinical, Technical and Administrative Foundations for Evidenced-Based Practice. San Francisco, CA: Elsevier; 2013, pp. 295–314

24. Tse YJ, McCarty CA, Vander Stoep A, Myers KM: Teletherapy delivery of caregiver behavior training for children with attention-deficit hyperactivity disorder. Telemed J E-Health 2015; 21(6):451–458

25. Hilty DM, Crawford A, Teshima J, et al: A framework for telepsychiatric training and e-health: competency-based education, evaluation and implications. Int Rev Psychiatry 2015; 27(6):569–592

26. Hilty DM, Doarn C, Armstrong A, et al: A Framework for Telemedicine Training and E-Health: Competency-Based Education, Evaluation and Implications, Short Course, American Telemedicine Association, Minneapolis, MN, 2016

27. Cowley D, Dunaway K, Forstein M, et al: Teaching psychiatry residents to work at the interface of mental health and primary care. Acad Psychiatry 2014; 38(4):398–404

28. Ratzliff A, Norfleet K, Chan YF, et al: Perceived educational needs of the integrated care psychiatric consultant. Acad Psychiatry 2015; 39(4):448–456

29. Sunderji N, Crawford A, Jovanovic M: Telepsychiatry in graduate medical education: a narrative review. Academic Psychiatry 2015; 39(1):55–62

30. Crawford A, Sunderji N, López J, et al: Defining competencies for the practice of telepsychiatry through an assessment of resident learning needs. BMC Med Educ 2016; 16(1):1, http://dx.doi.org/10.1186/s12909-016-0529-0

31. Neufeld JD, Bourgeois JA, Hilty DM, et al: The e-mental health consult service: providing enhanced primary care mental health services through telemedicine. Psychosomatics 2007; 48:135–141

32. Hilty DM, Nesbitt TS, Kuenneth TA, Cruz GM, Hales RE: Rural versus suburban primary care needs, utilization and satisfaction with telepsychiatric consultation. J Rural Health 2007; 23(2):163–165

33. Ament BH, Wolfs CA, Kempen GI, et al: The benefit of a geriatric nurse practitioner in a multidisciplinary diagnostic service for people with cognitive disorders. BMC Res Notes 2015; 8:217, http://dx.doi.org/10.1186/s13104-015-1189-6

34. Deen TL, Godleski L, Fortney JC: A description of telemental health services provided by the Veterans Health Administration in 2006-2010. Psychiatr Serv 2012; 63:1131–1133

35. Yellowlees PM, Hilty DM, Marks SL, et al: A retrospective analysis of child and adolescent e-mental health. J Am Acad Child Adolesc Psychiatry 2008; 47(1):1–5

36. Dobbins ML, Roberts N, Vicari SK, et al: The consulting conference: a new model of collaboration for child psychiatry and primary care. Acad Psychiatry 2011; 35:260–262

37. Arora S, Kalishman S, Dion D, et al: Partnering urban academic medical centers and rural primary care clinicians to provide complex chronic disease care. Health Aff (Project Hope) 2011; 30:1176–1184

38. Vahia IV, Ng B, Camacho A, Cardenas V, et al: Telepsychiatry for neurocognitive testing in older rural latino adults. Am J Geriatr Psychiatry 2015; 23(7):666–670

39. Lustig A, Ogden M, Brenner RW: The central role of physician leadership for driving change in value-based care environments. J Manag Care Spec Pharm 2016; 22(10):1116–1122

40. Garber AM: Evidence-based guidelines as a foundation for performance incentives. Health Aff 2005; 24(1):174–179

41. Tseng EK, Hicks TK: Value based care and patient-centered care: divergent or complementary? Curr Hematol Malig Rep 2016; 11(4):303–307

42. Rosenthal TC: The medical home: growing evidence to support a new approach to primary care. J Am Board Fam Med 2008; 21(5):427–440

43. Cené CW, Johnson BH, Wells N, et al: A narrative review of patient and family engagement: the "foundation" of the medical "home". Med Care 2016; 54(7):697–705, http://dx.doi.org/10.1097/MLR.0000000000000548 Review. PMID: 27111748

44. Unützer J, Schoenbaum M, Druss BG, Katon WJ: Transforming mental health care at the interface with general medicine: report for the presidents commission. Psychiatr Serv 2006; 57(1):37–47

45. Choi NG, Marti CN, Bruce ML, et al: Six-month post-intervention depression and disability outcomes of in-home telehealth problem-solving therapy for depressed, low-income homebound older adults. Depress Anxiety 2014; 31(8):653–661

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

An Update on Telepsychiatry

46. Gellis ZD, Kenaley BL, Ten Have T: Integrated telehealth care for chronic illness and depression in geriatric home care patients: the Integrated Telehealth Education and Activation of Mood (I-TEAM) study. J Am Geriatr Soc 2014; 62 (5):889–895

47. Katon W, Von Korff M, Lin E, et al: Collaborative management to achieve depression treatment guidelines. J Clin Psychiatry 1997; 58(Suppl 1):20–23

48. Katon W, Von Korff M, Lin E, et al: Stepped collaborative care for primary care patients with persistent symptoms of depression: a randomized trial. Arch Gen Psychiatry 1999; 56(12):1109–1115

49. Lin EH, VonKorff M, Russo J, et al: Can depression treatment in primary care reduce disability? A stepped care approach Arch Fam Med 2000; 9(10):1052–1058

50. van Straten A, Hill J, Richards DA, Cuijpers P: Stepped care treatment delivery for depression: a systematic review and meta-analysis. Psychol Med 2015; 45(2):231–246

51. NICE. NICE Clinical Guidelines 90 and 91 Depression: Treatment and Management of Depression in Adults, Including Adults With a Chronic Physical Health Problem 2009. Available from: http://www.nice.org.uk/nicemedia/live/12329/45890/45890.pdf. Accessed November 15, 2017

52. Ho FY, Yeung WF, Ng TH, Chan CS: The efficacy and cost-effectiveness of stepped care prevention and treatment for depressive and/or anxiety disorders: a systematic review and meta-analysis. Sci Rep 2016; 6:29281, http://dx.doi.org/10.1038/srep29281 PMID: 27377429

53. Davis MH, Everett A, Kathol R, et al: American Psychiatric Association Ad Hoc Work Group Report on the Integration of Psychiatry and Primary Care 2011 Available at: http://naapimha.org/wordpress/media/Integration-of-Psychiatry-and-Primary-Care.pdf. Accessed November 15, 2017

54. Hussain M, Seitz D: Integrated models of care for medical inpatients with psychiatric disorders: a systematic review. Psychosomatics 2014; 55(4):315–325

55. Dobscha SK, Corson K, Perrin NA, et al: Collaborative care for chronic pain in primary care. J Am Med Assoc 2009; 301:1242–1251

56. Unützer J, Katon W, Callahan CM, et al: Collaborative care management of late-life depression in the primary care setting. J Am Med Assoc 2002; 288:2836–2845

57. Simon GE, Katon WJ, Lin EHB, et al: Cost-effectiveness of systematic depression treatment among people with diabetes mellitus. Arch Gen Psychiatry 2007; 64(1):65–72

58. Vrijhoef HJ, de Belvis AG, de la Calle M, et al: IT-supported integrated care pathways for diabetes: a compilation and review of good practices. Int J Care Coord 2017; 20(1-2):26–40, http://dx.doi.org/10.1177/2053434517714427. Epub 2017 Jun 14. PMID: 28609856

59. Simon GE, Ludman EJ, Tutty S, Operskalski B, Von Korff M: Telephone psychotherapy and telephone care management for primary care patients starting antidepressant treatment: a randomized controlled trial. J Am Med A 2004; 292(8):935–942

60. Christensen H, Griffiths K, Evans K: E-Mental Health in Australia: Implications of the Internet and Related Technologies for Policy. Canberra: Commonwealth Department of Health and Ageing; 2002

61. Chan S, Torous J, Hinton L, Yellowlees P: Towards a framework for evaluating mobile mental health apps. Telemed J E-Health 2015; 21(12):1038–1041

62. Hu C, Kung S, Rummans TA, Clark MM, Lapid M: Reducing caregiver stress with internet-based interventions: a systematic review of open-label and randomized controlled trials. J Am Med Inform Assoc 2015; 22(e1):e194–e209

63. Cape J, Whittington C, Bower P: What is the role of consultation-liaison psychiatry in the management of depression in primary care? A systematic review and meta-analysis Gen Hosp Psychiatry 2010; 32:246–254

64. Zatzick D, Rivara F, Jurkovich G, et al: Enhancing the population impact of collaborative care interventions: mixed method development and implementation of stepped care targeting posttraumatic stress disorder and related comorbidities after acute trauma. Gen Hosp Psychiatry 2011; 33(2):123–134

65. Hilty DM, Maheu M, Drude K, et al: Telebehavioral health, telemental health, e-therapy and e-health competencies: the need for an interdisciplinary framework. J Technol Behav Sci. https://doi.org/10.1007/s41347-017-0036-0

Downloaded for Anonymous User (n/a) at Arrowhead Regional Medical Center from ClinicalKey.com by Elsevier on July 06, 2018.
For personal use only. No other uses without permission. Copyright ©2018. Elsevier Inc. All rights reserved.

AACAP OFFICIAL ACTION

# Clinical Update: Telepsychiatry With Children and Adolescents



American Academy of Child and Adolescent Psychiatry (AACAP) Committee on Telepsychiatry and AACAP Committee on Quality Issues

This Clinical Update reviews the use of telepsychiatry to deliver psychiatric, mental health, and care coordination services to children and adolescents across settings as direct service and in collaboration with primary care providers or other clinicians. The update defines terms and presents the current status of telepsychiatry as a mode of health service delivery. The update presents procedures for conducting telepsychiatry services and optimizing the clinical experience.

**Key words:** telepsychiatry, telemental health, telemedicine, telehealth, e-health

J Am Acad Child Adolesc Psychiatry 2017;56(10):875–893.

The past 2 decades have brought new approaches to effective psychotherapies and pharmacotherapies for the 20% of the nation's youth diagnosed with psychiatric disorders.[1] More individuals are seeking care,[2] and the Patient Protection and Affordable Care Act[3] has broadened eligibility for mental health services.[3] However, most youth with psychiatric conditions do not receive any intervention.[4,5] These deficits in access to mental health care reflect the shortages of child and adolescent mental health specialists, a maldistribution of available specialists, the "aging-out effect" of the psychiatric workforce,[6–9] and insufficient funding to sustain a stable workforce for public mental health programs.[10,11] These access deficits disproportionately affect children and adolescents living outside major metropolitan areas and in inner-city communities.[8,12-15] New approaches to meeting this demand are needed.

Technology makes it possible to increase access to health care using real-time, interactive videoconferencing that allows clinicians and patients at different locations to interact as if meeting in the same room. When videoconferencing is used to deliver medical care, the term *telemedicine* is used, and when specifically used to deliver psychiatric care, the term *telepsychiatry* is used. Telepsychiatry requires little adaptation to provide care comparable to usual in-person care, because emphasis is on verbal communication, nonverbal communication, and clinical observations.

This flexibility has made telepsychiatry a reasonable alternative to office visits for patients who cannot readily access needed care and addresses the workforce shortage and maldistribution of child and adolescent psychiatrists.[16,17] Telepsychiatry extends the psychiatrist's reach across large geographic areas to youth in different community settings, including primary care offices, schools, daycare facilities, detention centers, and homes. As its usefulness is established, telepsychiatry is increasingly being used within smaller geographic areas to augment and improve the quality of care available to selected populations.

As various technical, interpersonal, and financial barriers to telepsychiatry fall, programs are proliferating across the country. Clinical guidance for telepsychiatry is needed to shape practice models, identify provider training needs, and ensure that the quality of care meets the standards of traditional in-person care.

This Clinical Update renews the prior American Academy of Child and Adolescent Psychiatry (AACAP) Practice Parameter for Telepsychiatry With Children and Adolescents[18] and responds to calls for further clinical guidance on this topic.[19] Because of the limited empirical evidence base, this update draws from child-specific telemental health research (Table 1),[20–60] guidelines for evidence-based psychotherapies,[61] the general telemental health evidence base,[62] and expertise of child and adolescent telepsychiatry providers.[23,35,41,63-71]

Telepsychiatry, like all telemedicine, is not a separate medical specialty. Products and services are part of a larger investment by health care institutions in information technology or delivery of clinical care. The telemedicine landscape is rapidly evolving. This Clinical Update provides a scaffold for integrating new technologies and evolving therapeutic interventions into a service delivery model for youth who are underserved by traditional models of care, for those who seek to augment their traditional sources of care, and for psychiatrists who seek to diversify their practices and improve the quality of their care. Modifications and updates will be needed as the field evolves.

## METHODOLOGY

A medical librarian conducted a systematic review of the literature in April 2016 and updated the search through March 2017. Searches were performed in the following databases—on the Ovid platform: Medline, PsycInfo, Cochrane Database of Systematic Reviews, and Cochrane Central Register of Controlled Trials; elsewhere: Embase, Web of Science, and the National Guideline Clearinghouse. Retrieval was limited to publication dates from January 2004

 The Clinical Update series is discussed in an editorial by Drs. Heather J. Walter and Oscar G. Bukstein on page 811.

 This article can be used to obtain continuing medical education (CME) at www.jaacap.org.

**TABLE 1**   Evidence-Base Supporting Child and Adolescent Telepsychiatry

| Citation | Sample | Assessment | Findings |
|---|---|---|---|
| **Randomized controlled trials** | | | |
| Nelson et al., 2003[20] | 28 youth (age 8−14 y; mean 10.3 y) with depression | diagnostic interview and scale | comparable improvement of depressive symptoms in response to therapy delivered in person or through ITV |
| Storch et al., 2011[21] | 31 youth (age 7−16 y; mean 11.1 y) with OCD | ADIS-IV-C/P, CY-BOCS, COIS, MASC, CDI, satisfaction with services | ITV was superior to in-person care on all primary outcome measurements, with significantly larger percentage of individuals in the ITV group meeting remission criteria |
| Himle et al., 2012[22] | 20 children (age 8−17 y) with Tourette's disorder or chronic motor tic disorder | YGTS, PTQ, CGI-S, CGI-I | youth in ITV and in-person service delivery modalities experienced significant tic decrease with no between-group differences |
| Myers et al., 2015[23] | 223 youth (age 5.5−12.9 y) with ADHD | DISC-IV, CBCL, VADPRS, VADTRS, CIS | caregivers reported improved inattention, hyperactivity, combined ADHD, ODD, role performance, and impairment; teachers reported improvement in ODD and role performance |
| Xie et al., 2013[24] | 22 children (age 6−14 y) with behavioral disorder | PCQ-CA, VADPRS, CGAS | parent training through ITV was as effective as in-person training and was well accepted by parents |
| Tse et al., 2015[25] | 38 children (age 5.5−12 y) with ADHD | VADRS, CIS, PSI, CSQ, PHQ-9, FES | parents of children with ADHD received parent training in person or through ITV; children in the 2 groups improved comparably; parents' distress did not change for those who received training through ITV |
| Comer et al., 2017[26] | children 3−5 y old with disruptive behaviors | K-DBDS, CGI-S CGI-I; CGAS, ECBI, CBCL, CSQ-8, TAI | children's behaviors improved comparably for PCIT and i-PCIT service models |
| **Pre-post or comparison studies** | | | |
| Glueckauf et al., 2002[27] | 22 adolescents (mean age 15.4 y; 100% Caucasian), 36 parents | SSRS, WAI, issue-specific measurements of family problems, adherence to treatment | improvement for problem severity and frequency in all conditions; therapeutic alliance high; teens rated alliance lower in ITV format |
| Fox et al., 2008[28] | 190 youth (age 12−19 y; mean 17 y) in juvenile detention | GAS | improvement in rate of attainment of goals associated with family relationships and personality and behavior |
| Yellowlees et al., 2008[29] | 41 children in e-mental health program | CBCL | retrospective assessment of 3-mo outcomes with a convenience sample found improvements in the Affect and Oppositional domains of CBCL |
| Reese et al., 2012[30] | 8 children (mean age 7.6 y; 12.5% Asian) | ADHD | families reported improved child behavior and decreased parent distress with ITV format of Group Triple P Positive Parenting Program |

**TABLE 1**  Continued

| Citation | Sample | Assessment | Findings |
|---|---|---|---|
| Heitzman-Powell et al., 2013[31] | 7 parents; youth age not reported | OASIS training program | parents increased their knowledge and self-reported implementation of behavioral strategies |
| **Satisfaction studies** | | | |
| Blackmon et al., 1997[32] | 43 children (age 2–15 y; mean 9 y) | 12-item telemedicine consultation evaluation | all children and 98% of parents reported satisfaction equal to in-person care |
| Elford et al., 2001[33] | 30 children (age 4–16 y; mean 13 y) | satisfaction questionnaire | showed high satisfaction of children, teens, parents, and psychiatrists with ITV |
| Kopel et al., 2001[34] | 136; article does not specify age but refers to participants as "young persons" | satisfaction questionnaire | high satisfaction by families and rural health workers in New South Wales, Australia |
| Greenberg et al., 2006[35] | 35 PCPs, 12 caregivers; mean age of children 9.3 y | focus groups with PCPs, interviews with caregivers | PCP and caregiver satisfaction with telepsychiatry; frustration with limitations of local supports |
| Hilty et al., 2006[36] | 15 PCPs for children and adults; 400 patients (number of children not specified) | PCP Satisfaction Survey | PCP satisfaction was high and increased over time |
| Myers et al., 2007[37] | 172 patients (age 2–21 y) and 387 visits | 11-item Psychiatrist Satisfaction Survey | describes telepsychiatry services at 4 sites; high satisfaction of PCPs and reimbursement of services; pediatricians more satisfied than family physicians |
| Myers et al., 2008[38] | 172 patients (age 2–21 y) and 387 visits | 12-item Parent Satisfaction Survey | describes use of telepsychiatry by families and their high satisfaction with initial and return visits; less satisfied with care for adolescents than for younger children |
| Myers et al., 2010[39] | 701 patients (18% <7 y, 43% 7–12 y, 39% >12 y); 190 PCPs | collection of patient demographics and diagnoses | telepsychiatry with young people is feasible and acceptable |
| Pakyurek et al., 2010[40] | children and adolescents in primary care; 5 case studies | effectiveness of telepsychiatry in treating range of problems | video might actually be superior to in-person consultation |
| Lau et al., 2011[41] | 45 children and adolescents (age 3–17 y; mean 9.7 y) | description of patients referred for consultation, reason for consultation, treatment recommendations | ITV reached variety of children, with consultants providing diagnostic clarification and modifying treatment |
| Szeftel et al., 2012[42] | 45 patients, 31 <18 y old | retrospective chart review—medication changes, frequency of patient appointments, diagnostic changes, symptom severity and improvement | ITV led to changed Axis I psychiatric diagnosis (excluding developmental disorders) in 70% and changed medication in 82% of patients initially (41% at 1 y and 46% at 3 y); ITV helped PCPs with recommendations for developmental disabilities |
| **Descriptive and service usage** | | | |
| Myers et al., 2004[43] | 159 youth (age 3–18 y) | comparison of patients evaluated through ITV vs. in person | ITV patients were representative of usual outpatient population demographically, clinically, and by reimbursement; more "adverse case mix" for ITV sample |
| Myers et al., 2006[44] | 115 incarcerated youth (age 14–18 y) | 11-item satisfaction survey | described large series of incarcerated youth, including medication management |

**TABLE 1**  Continued

| Citation | Sample | Assessment | Findings |
|---|---|---|---|
| Jacob et al., 2012[45] | 15 children (age 4–18 y; mean 9.73 y) | 12-item Parent Satisfaction Survey | patient satisfaction high and PCPs found recommendations helpful; outcomes pending on follow-up |
| Nelson et al., 2012[46] | 22 youth (mean age 9.3 y) | chart review | no factor inherent to the ITV delivery mechanism impeded adherence to national ADHD guidelines |
| **Diagnostic validity** | | | |
| Elford et al., 2000[47] | 25 children (age 4–16 y) with various diagnoses | diagnostic interviews | 96% concordance between ITV and in-person evaluations; no differences in satisfaction |
| Stain et al., 2011[48] | 11 adolescents and young adults (age 14–30 y) | Diagnostic Interview for Psychosis | strong correlation of assessments done in person vs. ITV |
| Reese et al., 2013[49] | 21 children (age 3–5 y; 90% Caucasian) | ADOS Module 1, ADI-R, parent satisfaction | no difference in reliability of diagnostic accuracy, ADOS observations, ratings for ADI-R parent report of symptoms, and parent satisfaction between ITV and in-person groups |
| **Chart review** | | | |
| Marcin et al., 2005[50] | 223 patients (age 6 mo–84 y; mean 33 y; SD 19 y) including psychiatry and other specialties | chart review | teleconsultation resulted in changes in diagnosis and treatment and was associated with clinical improvement |
| Boydell et al., 2007[51] | 100 children and adolescents (age 2–17 y; mean 11 y) | chart review and interviews with case managers | pros and cons of adherence |
| **Psychosomatic pediatrics interventions** | | | |
| Bensink et al., 2007[52] | 8 youth (inclusion criteria for age is 2–18 y, but no specified age range or mean age for actual sample) | cost-minimization analysis, structured interviews | using ITV over videophone to families with a child diagnosed with cancer, the study noted technical feasibility and high parental satisfaction |
| Clawson et al., 2008[53] | 15 youth (age 8 mo–10 y) | family satisfaction, costs to family, psychiatrist satisfaction, clinical outcomes | ITV was feasible with the pediatric feeding disorder population and resulted in cost savings |
| Shaikh et al., 2008[54] | 99 youth (age 1–17 y) | retrospective review of patient medical records | ITV consultations resulted in substantial changes and additions to diagnoses; for a subset of patients, repeated ITV consultations led to improved health behaviors, weight maintenance, and/or weight loss |
| Witmans et al., 2008[55] | 89 children (age 1–18 y; mean 7.5 y) | sleep diary, childhood sleep habits, PQoL, client satisfaction | patients were very satisfied with the delivery of multidisciplinary pediatric sleep medicine services over ITV |
| Mulgrew et al., 2011[56] | 25 youth (age 4–11 y) | consulting psychiatrists' listening skills; ease of understanding instruction delivered to patients and their families; comfort level of parents in discussing health concerns | no significant difference in parent satisfaction between consultations for weight management delivered by ITV or in person |
| Davis et al., 2013[57] | 58 youth (age 5–11 y; mean 8.6 y) | BMI; 24-h dietary recall, ActiGraph, CBCL, Behavioral Pediatrics Feeding Assessment Scale | both groups showed improvements in BMI, nutrition, and physical activity, and groups did not differ significantly on primary outcomes |

**TABLE 1**  Continued

| Citation | Sample | Assessment | Findings |
|---|---|---|---|
| Freeman *et al.*, 2013[58] | 71 youth (ITV: mean age 15.2 y; in person: mean age 14.9 y) | baseline metabolic control, CBQ, Diabetes Responsibility and Family Conflict Scale, WAI | no differences were found in therapeutic alliance between groups |
| Hommel *et al.*, 2013[59] | 9 youth (mean age 13.7 y) | pill count, PHBI, Pediatric Ulcerative Colitis Activity Index, Feasibility Acceptability Questionnaire | ITV approach resulted in improved adherence and cost-savings across patients |
| Lipana *et al.*, 2013[60] | 243 youth (mean age 11 y) | review of medical records | using a nonrandomized design, the ITV group demonstrated more improvement than the in-person group in enhancing nutrition, increasing activity, and decreasing screen time |

Note: ADHD = attention-deficit/hyperactivity disorder; ADI-R = Autism Diagnostic Interview—Revised; ADIS-IV-C/P = Anxiety Disorders Interview Scale—DSM-IV—Parent and Child Versions; ADOS = Autism Diagnostic Observation Scale; BMI = body mass index; BPFAS = Behavioral Pediatrics Feeding Assessment Scale; CBCL = Child Behavior Checklist; CBQ = Conflict Behavior Questionnaire; CDI = Children's Depression Inventory; CGAS = Clinical Global Assessment Scale; CGH = Clinical Global Impressions of Improvement Scale; CGI-S = Clinical Global Impressions of Severity Scale; CIS = Columbia Impairment Scale; COIS = Child Obsessive Compulsive Impact Scale; CSQ = Caregiver Strain Questionnaire; CSQ-8: Client Satisfaction Questionnaire; CY-BOCS = Child Yale-Brown Obsessive Compulsive Scale; DISC-IV = Diagnostic Interview Scale for Children for DSM-IV; ECBI = Eyberg Child Behavior Inventory; FES = Family Empowerment Scale; GAS = Goal Attainment Scale; ITV = interactive televideo; K-DBDS = Kiddie Disruptive Behavior Disorders Schedule; MASC = Multi-dimensional Anxiety Scale for Children; OCD = obsessive-compulsive disorder; ODD = oppositional defiant disorder; PCIT = Parent-Child Interaction Therapy; PCP = primary care provider; PCQ-CA = Parent Child Relationship Questionnaire; PDD-NOS = pervasive developmental disorder, not otherwise specified; PHBI = Partial Harvey-Bradshaw Index; PHQ-9 = Patient Health Questionnaire—9 Items; PQoL = Pediatric Quality of Life; PSI = Parenting Stress Index; PTQ = Parent Tic Questionnaire; RCT = randomized controlled trial; SSRS = Social Skills Rating System (teen functioning); TAI = Therapy Attitude Inventory; VADPRS = Vanderbilt ADHD Parent Rating Scale; VADTRS = Vanderbilt ADHD Teacher Rating Scale; WAI = Working Alliance Inventory; YGTS = Yale Global Tic Severity Scale.

to March 2017, in the English language, and on human species. In Medline, PsycInfo, and Embase, appropriate Medical Subject Headings (MeSH), terms from the Thesaurus of Psychological Index Terms, and Emtree headings were used, respectively, in addition to text words, and the search strategy was adapted for other databases as appropriate. Terms searched were *telepsychiatry, telepsychology, telemental, telebehavioral medicine, teletherapy, telehealth, telepractice, telemedicine, video conferencing, remote consultation*, and *mental disorders*. The final 1,547 records screened after duplicates were removed included high-level studies such as meta-analyses (n = 146) and lower-level studies such as randomized controlled trials, intervention trials, pre-post interventions, case series, observational studies, and program descriptions (n = 1,346), as well as various expert opinions and experience (n = 55).

In addition to the systematic search, we included material from 3 other sources. We included book chapters from texts published by recognized leaders in telepsychiatry, particularly chapters addressing topics not well addressed in the research literature, such as ethics and cultural competence. Second, we retained several articles published before 2004 from the original Practice Parameter for Telepsychiatry With Children and Adolescents[18] because of their relevance to establishing a telepsychiatry practice. Third, we reviewed multiple websites. The most up-to-date information on telemedicine law, regulation, policy, models of care, prescribing, coding, and reimbursement are addressed on these dynamic websites. We also queried the telemental health special interest group of the American Telemedicine Association (ATA) and telemedicine clinicians at international and national centers regarding trending issues.

The evidence supporting telepsychiatry practice with adults greatly outweighs the evidence for practice with children and adolescents. Therefore, we included material gleaned from work with adults in diverse settings if deemed relevant to the feasibility, acceptability, sustainability, or effectiveness of telepsychiatry practice with youth.

The search methodology is depicted in Figure 1.

## DEFINITIONS

There is no clear definition of telehealth-related activities, and some agencies do not distinguish *telehealth* from *telemedicine*.[72-74] In this Clinical Update, we adhere to definitions from the Centers for Medicare and Medicaid Services (CMS). CMS defines *telehealth* as the use of telecommunications and information technology to provide access to health assessment, diagnosis, intervention, consultation, supervision, and information across distance.[75] The term *telehealth* describes a broad umbrella of services that involves telephones, facsimile machines, e-mail, and remote patient monitoring and interpretation. It does not necessarily meet the CMS definition of telemedicine.

The CMS notes that "for purposes of Medicaid, *telemedicine* seeks to improve a patient's health by permitting two-way, real-time interactive communication between the patient and the physician at the distant site. This electronic communication means the use of interactive telecommunications equipment that includes, at a minimum, audio and video equipment."[76] The CMS views telemedicine as a cost-effective alternative to the more traditional face-to-face method of care.[77,78]

**FIGURE 1**    Literature search flow diagram. Note: VTC = video teleconferencing.



When telemedicine is used to provide psychiatric and more general mental health services, the terms *telepsychiatry* and *telemental health* (TMH), respectively, are often used.[79,80] To optimize efficiency in terminology in this Clinical Update, we use the term *interactive televideo* (ITV) to encompass the broad range of clinical activities related to mental health services for children and adolescents delivered in real time through synchronous (2-way) interactions using video and audio electronic modalities. We reserve the specific terms *telepsychiatry, telemental health,* or *telemedicine* when referring, respectively, to psychiatric, mental health, or medical services rendered to children and adolescents through ITV.

Other terms and definitions relevant to this Clinical Update follow. A comprehensive glossary can be found at the ATA website.[81]

- *Applications or Platforms:* Technology used to provide videoconferencing, classified as standards based or consumer grade.[82,83]
- Standards-based applications and platforms, or "legacy hardware," offer the highest quality of audio and video and the most stable data connection. These proprietary, telephone-based systems transmit data over digital subscriber lines with high bandwidth ($\geq$1.5 Mb/s) over satellite or fiberoptic systems. These systems offer features such as the ability to zoom and pan and tilt cameras at the 2 sites and connect to multiple microphones and multiple monitor systems.
- Consumer-grade software platforms transmit data over the internet, and interface software runs on personal computers, tablets, and smartphones. When run off the

vendor's servers, this is referred to as *cloud-based computing.* Software vendors who advertise as tele-health solutions must provide appropriate software encryption and sign business associate agreements to comply with regulations of the Health Information Portability and Accountability Act (HIPAA).

- *Bandwidth:* Data that can travel through a communications network in a fixed period (expressed as kilobits per second). The higher the bandwidth, the more data that can be transmitted.
- *Broadband:* Transmission of signals in a frequency-modulated fashion over a segment of the total available bandwidth, permitting simultaneous transmission of messages.
- *CODEC:* Acronym for coder-decoder. A microchip that converts analog video and audio to digital and vice versa.
- *Frame and Frame Rate:* A video signal is composed of multiple still images, or frames. Their rate of display is determined by the bandwidth and quality of the camera and monitor. Broadcast-quality video used in most tele-psychiatry work has 25 to 30 frames per second.
- *"Patient Site" (Patient's Location or Originating Site), "Psychiatrist Site" (Psychiatrist's Location or Distant Site):* Participants at each end of the ITV link. The CMS uses originating site for patient location and distant site for physician or psychiatrist location.
- *Telepresenter:* An individual located at the patient site who supports the patient and the psychiatrist. Tele-presenters can include licensed professionals or allied health professionals depending on resources within the community.
- *Teletherapy:* Informally refers to any nonpharmacologic, psychotherapeutic interventions delivered through videoconferencing.
- *Young People or Youth:* Children and adolescents. If a section is specific to children or adolescents, we use that developmentally specific term.

## HISTORICAL REVIEW

As early as the 1920s, the potential for electronic media to influence people's health and health care was recognized with the launch of "The Radio Doctor."[84] Telephony added the ability for interactive, real-time, and personalized health care interactions between a physician and a patient. The first use of interactive video to deliver health care occurred at the University of Nebraska in 1959, when a closed-circuit television system was used for educational and medical purposes, mainly in psychiatry.[85] In 1973, the term *telepsychiatry* was first used to describe consultation services provided from the Massachusetts General Hospital to a medical site in Boston's Logan International Airport and the Bedford Veteran's Administration.[86] Shortly thereafter, telepsychiatry was reported with children and adolescents when the Mount Sinai School of Medicine connected to a child guidance clinic in East Harlem.[87] There was little further published activity until the 1990s, when internet and web-cam technologies

lowered financial and technical barriers to routine video-conferencing and the growth of telemedicine services.

The number of telepsychiatry programs and tele-psychiatrists, particularly those serving children and adolescents, is unknown, but the growing options are evidenced by a simple search of the internet for "telepsychiatry jobs."

The ATA has captured the complex policy landscape of 50 states with 50 different telemedicine policies.[88] At this writing, their report indicates that at least 31 states have enacted telemedicine parity laws mandating commercial insurers to reimburse telemedicine services on par with in-person services. The CMS has established guidelines for telemedicine care and policies for reimbursement that include a small care coordination fee paid to the local site on a per-patient, per-month basis.[75,89,90] There is a national trend to approve statewide Medicaid coverage of tele-medicine, instead of focusing solely on rural areas or designating a mileage requirement, and there is movement away from a clinical site "hub-and-spoke" model in favor of reaching patients in nontraditional service sites, such as schools (23 states and Washington, DC) or homes (40 states).[88] The Office for the Advancement of Telehealth funded the development of several regional Telehealth Resource Centers to provide assistance, education, and information to organizations and individuals who are providing, or interested in providing, health care at a distance.[91] The Patient Protection and Affordable Care Act has recommended telehealth technologies to improve access to and quality of care for underserved populations.[3] Innovative child and adolescent telepsychiatry programs are being integrated into the pediatric medical home model[92,93] and sited in diverse community settings, such as pediatric clinics,[39,41,68] community mental health centers,[43,94] urban daycare centers,[95] schools,[96,97] juvenile correctional centers,[44,98] and homes.[26,99,100] Telepsychiatry services have expanded beyond major medical and academic centers[37,41,101] to the private practice setting.[66,94] Psychiatrists can contract with a commercial vendor that provides a patient base and the practice infrastructure, or more enterprising psychiatrists might assume these activities in their private practice.[66]

## CLINICAL UPDATE

### Legal, Regulatory, and Ethical Issues

*Legal Issues.* The legal and regulatory process in medical practice is dynamic in response to scientific progress, medical research, new products and procedures, best practices per medical disciplines, and stakeholders' interests. Accordingly, state and federal agencies have started to scrutinize telepractice, largely in response to the epidemic of opioid drug abuse.[102] State regulations vary, are in flux, and might not be fully congruent with federal guidelines. Additional regulations might apply to international practice. As a result, it is not possible to provide a set of uniform regulations. Therefore, before initiating telepsychiatry services, psychiatrists should consult their state's laws and medical board guidelines and the Drug Enforcement Administration's (DEA) regulations,[102] particularly the

Office of Diversion Control regarding illicit pharmaceutical activities online.[103] Many professional liability and malpractice carriers cover telepsychiatry services but might require that their clients indicate services provided through ITV. Reimbursement of telepsychiatry services varies at the state level for Medicaid and commercial vendors[88] and at the federal level for Medicare coverage.[90,104,105] Germane issues that vary by state relate to licensure, parameters constituting the practice of medicine, definition of the doctor–patient relationship, and prescribing.[106]

National licensure and/or portability of licensure for telemedicine practice have been widely discussed for several years.[107] The recent launch of the Interstate Medical Licensure Compact will streamline the medical licensure process across states and support the expanded use of telemedicine.[108] As of this writing, 18 states have adopted the compact, and 8 additional states and the District of Columbia have introduced legislation in support of a pathway for license portability. If the patient site and psychiatrist site are located in different states, then full licensure in the 2 states is usually required. The requirement does not pertain to the state where the patient is residing but where the patient is receiving the intervention. Several states allow for limited licensure specific to providing services through ITV. These licenses have different restrictions to the scope and practice allowed but are usually more quickly obtained than a full license. A few states allow telepsychiatry services to be provided by a physician licensed in a neighboring state. Although most states allow consultations between physicians without reciprocal licensure, a few states require the consultant to be licensed in the state where the patient is located.[88] Some states allow for emergency telepsychiatry services without a license but with regulations on the extent and frequency of implementation.

Prospective telepsychiatry providers should assess other legislation. Some states mandate conditions of the clinical encounter or require that a telepsychiatrist maintain a physical practice location in that state. Some states require the patient to be evaluated and treated only in a state or federally operated clinic or hospital, or alternatively for a licensed health care professional to accompany the patient during the evaluation. Even if psychiatrists are licensed in a distant state, regulations could prohibit their participation in the civil commitment process. Regulatory and procedural guidelines regarding the mental health treatment of youth can vary by jurisdiction, including the reporting of child endangerment and the treatment of children in foster care and correctional settings.

Providing pharmacotherapy through ITV is a topic receiving national and state attention. Congress passed the Ryan Haight Online Pharmacy Consumer Protection Act of 2008 to expunge illegitimate online pharmacies that dispense controlled substances without appropriate patient contact and without physician oversight.[109] This act inadvertently caught legitimate medical and psychiatric practice in its broad net. It placed certain restrictions on "the practice of prescribing by means of the internet." Although the act specifically states that telemedicine is an exception to the act, it technically requires that prescribers conduct at least 1 in-person evaluation of the patient before prescribing a controlled substance through telemedicine. Alternatively, patients being treated by and located in a hospital or clinic registered with the DEA and in the presence of a DEA-registered practitioner can be prescribed a controlled substance during telemedicine. The letter of this legislation is difficult to follow and severely dilutes the value of telepsychiatry or any telemedicine-related practice. However, the DEA recently noted that it does not intend to interfere with the legitimate prescribing of controlled substances during telemedicine practice.[110] It has promised to promulgate further rules on telemedicine prescribing and to establish a special telemedicine registration. Unfortunately, these provisions have been left incomplete since 2008. Several states have enacted legislation to allow the prescribing of controlled substances during telemedicine practice, particularly for telepsychiatry. Psychiatrists should carefully review federal and state guidelines in establishing their telepsychiatry practice regarding the prescription of controlled substances and consider the best interests of their patients.

*Regulatory Issues.* Regulatory issues related to confidentiality, records management, and ethical standards governing telepsychiatry are the same for in-person practice. They vary with the patient's site of service. Hospital-based clinics will be accustomed to maintaining charts and abiding by HIPAA regulations.[111] Some community sites have similar guidelines. For example, school-based health clinics must adhere to guidelines of the Family Educational Rights and Privacy Act (FERPA).[112] Other nonmedical clinics will require guidelines to ensure security of private medical information according to HIPAA rules. Telepsychiatry providers should check for federal and state regulations regarding their site of practice.

The Joint Commission on the Accreditation of Healthcare Organizations[113] and other accrediting agencies have established guidelines for medical specialties providing services through telemedicine. Two medical staff standards address telemedicine. One requires medical staff to recommend the clinical services provided by telemedicine providers and the other requires the telemedicine provider to be credentialed at the patient site. Reciprocity of credentialing has recently been authorized. Psychiatrists are encouraged to contact representatives from telemedicine departments, information technology, health information management systems, and information security for assistance. Other resources include the ATA,[114] the regional Telehealth Resource Centers,[91] and the Center for Telehealth and e-Health Law.[115] The CMS also provides guidelines regulating telehealth and telemedicine.[116,117]

*Ethical Issues.* Telepsychiatry practice should comply with the ethical guidelines for child and adolescent psychiatry provided in the AACAP Code of Ethics.[118] Guidelines specific to telepsychiatry with youth are evolving.[118,119] Psychiatrists should give particular attention to practices that might require special implementation, such as obtaining informed consent, preventing malfeasance, and ensuring confidentiality.

As in traditional in-person practice, psychiatrists should document informed consent for ambulatory care and should

determine whether separate consent is needed for delivering care through ITV. This requirement can vary by state or facility. Relevant forms are available online.

Steps to ensure privacy and data security are needed, especially when services are provided in nontraditional settings. Adhering to ethical care during telepsychiatry should be considered in the context of the community-based system of care principles.[120] Of particular relevance, patients and families should be informed of the practice of telepsychiatry, its benefits, and any risks that might be involved at the patient's site, such as equipment malfunction, familiarity with clinic staff, or steps needed to prevent malfeasance. These issues should be addressed by the psychiatrist before commencing services and ensure that the family wants to proceed with tele-psychiatric care.

## Needs Assessment and Model of Care

When planning to implement a child and adolescent tele-psychiatry service, a needs assessment should be considered.[66,121,122] Many underserved communities allocate their mental health funds to the adult chronically mentally ill. A needs assessment conducted with stakeholders in the welfare of children and adolescents will identify communities that are likely to support telepsychiatry services for youth and telepsychiatry services that will complement existing services. Stakeholders and the psychiatrist can identify age groups, behavioral presentations, and interventions that are of highest priority for the community. They can determine the disorders that meet medical necessity criteria by third-party payers in the jurisdiction to ensure sustainability of the program.[88,90]

Child and adolescent psychiatrists should establish their model of care during contracting, which often begins with determining the site of care. Services can be delivered to traditional outpatient medical or psychiatric clinics,[92] clinics within nonmedical facilities such as schools,[97,123,124] juvenile justice programs,[98] or nonclinical settings such as the home.[26,99,100] The site of service will have implications for the model of care and operational procedures, such as staffing, patient selection, patient management, safety, and emergency planning. The model of care can range from direct care of patients to consultation with primary care providers (PCPs). In a direct care model, the psychiatrist is responsible for diagnosis and ongoing treatment. This model might be more common at nonmedical sites, such as mental health clinics or correctional facilities. In a consultation model, the psychiatrist evaluates the patient and makes treatment recommendations to the PCP, who maintains responsibility for patient care. This model might be more common at primary care offices. Although not well described in the child and adolescent literature, collaborative models in which the psychiatrist manages a population of patients with a PCP[125,126] are promising, particularly within the pediatric medical home.[93] Regardless of the model of care chosen, it is recommended that psychiatrists establish partnerships with stakeholders, facilitate communication with others involved in the youth's care (i.e., school staff,

primary care physicians, therapist), and determine their role within the youth's system of care.[120]

Once the site of service and model of care are determined, the psychiatrist should determine the flow of administrative tasks, such as obtaining consent forms, making referrals, and obtaining information from the schools. In most models, a dedicated staff person, the tele-presenter, is assigned these tasks.[66,94] The telepresenter's training and skills can vary, from nurses to case managers to patient advocates. The psychiatrist's role in defining the telepresenter's tasks, identifying the appropriate staff, and providing the optimal level of supervision should be discussed during contracting. Guidelines for this role are available from the ATA.[127]

Documentation for the telepsychiatry service provided should include the location of the patient and the psychiatrist at the time of service. If a shared electronic medical record is not used, then procedures are needed for securely maintaining copies of documentation at the originating (patient) and distant (physician or psychiatrist) sites. The psychiatrist should determine best procedures for providing prescriptions to patients consistent with the preferences of the patient site. Some sites send prescriptions to the site for distribution to patients, but other sites send prescriptions directly to families or pharmacies.

An important issue for partner sites is to note the psychiatrist's availability between sessions and specify staff to respond to patient calls and procedures to obtain medication refills. These tasks are often shared with the patient's PCP. Concisely written instructions with contact numbers will help families and staff to understand the process of tele-psychiatric care.

The psychiatrist and site staff should develop a comprehensive safety plan including protocols for managing urgent needs and emergencies, using local resources, and defining circumstances for involving the psychiatrist.[128] The psychiatrist and staff should establish concrete crisis plans with the patient and family and share the plan with the youth's PCP, therapist, and components of the youth's system of care.[129-131] Emergencies that occur between visits should be managed as for usual care. Psychiatrists should clearly indicate whether they are available for emergencies and, if so, provide patients and staff instructions for contacting them and the role of their PCP.

## Appropriateness of Potential Sites and Patients

There are no absolute contraindications for care delivered through ITV with youth, other than the youth or parent refusing services.[80] Similarly, there are limited criteria for determining patient appropriateness for telepsychiatric care. Some psychiatrists have suggested that telepsychiatry might be especially suited for adolescents who are familiar with the technology and might respond to the feeling of control allowed by ITV.[40,124]

Appropriateness is determined in part by weighing need versus resources. The psychiatrist should assess site appropriateness, including adequate space, visual and auditory privacy, and trained staff, to assist the youth in safely

engaging in the session alone and/or with the parent in the room.[18] If an appropriate site is not available, then the patient might need to be referred to in-person services, recognizing that might mean no psychiatric care. Patient appropriateness can vary by circumstances, such as a youth with depression living within a day's drive of a medical center versus a youth living in an Alaskan village accessible by air or boat, or a youth with a psychotic disorder living in a stressed family versus one living in a residential setting. Appropriateness is determined by the psychiatrist in relation to the referral question, patient's needs, developmental and diagnostic status, system of care, caregivers' abilities, and available alternatives, and the psychiatrist's perceived competence and availability of a collaborating PCP or other clinicians.[18] Determination of appropriateness also addresses interim care such as whether treatment should be stepped up to a higher level of care, to in-patient services or intensive community services, such as wrap-around programs.[120,132]

Parents might be diagnosed with psychiatric disorders, and their ability to supervise youth during sessions might be compromised. Therefore, the psychiatrist should assess the ability of the caregiver to contain the youth and to safely participate in sessions and follow treatment recommendations. If treatment is provided at home, then the psychiatrist should determine whether the parent is a sufficient authority figure to safely supervise care.

Patient appropriateness also considers community factors because psychiatrists often differ in race, ethnicity, or culture from the families they serve through telepsychiatry.[133] Because the psychiatrist will likely reside at a distance from the patient site, it might be difficult to become familiar with the community's values and resources.[134,135] A visit to the patient site might help to appreciate community values. Respectful and candid questions about these differences can help to determine an appropriate "match" between the site and the psychiatrist.[67,121] Staff at the site are a great source for helping the psychiatrist to bridge cultural "gaps."

Some relative contraindications for child and adolescent telepsychiatry services to consider include assessment in settings that are not considered neutral, such as a hostile home environment, settings without resources to contain a disruptive child, or settings without appropriate collaborating systems, especially when escalation of care is needed.

## Sustainability Issues

*Technology Choice.* The psychiatrist should choose a technology that is appropriate to the clinical work. The ATA recommends a bandwidth of at least 384 Kb/s[80] to facilitate detection of clinical details, such as abnormal movements, voice inflections, and subtle dynamic cues, such as changes in affect and relatedness. As noted in the Definitions section, there are 3 technology approaches: standards-based applications, consumer-grade applications, and mobile devices.[82,83]

Standards-based, or "legacy" hardware-based, systems provide the best overall clinical experience for bandwidth, connectedness, monitor resolution, and security, but also have been difficult to implement because of their high upfront costs, relative immobility, infrastructure needs, and maintenance. Such systems are not feasible for clinics with few resources and supports or for the home.

To overcome barriers of legacy systems, many telepsychiatry programs are transitioning to HIPAA-compliant cloud videoconferencing. Users simply download an application or link to a website to join a session. Stakeholders can connect with each other through various devices, such as desktop computers, laptops, tablets, and smartphones.

Most video software clients are programmed to be firewall friendly. Sophisticated algorithms that monitor the network connection are incorporated into the software and automatically adjust the call quality based on the available bandwidth, so it works in suboptimal network conditions (e.g., Wi-Fi, 3G, and 4G). With hosted videoconferencing, the service provider manages the entire back-end information technology infrastructure, decreasing the need for on-site information technology staff. Many vendors offer flexible subscription plans, making it easy to start with a single account and expand as partner sites expand.

There is no evidence that the selected technology is related to treatment outcomes, and no guidelines exist to "match" devices to clinical needs or reimbursement. Psychiatrists should choose the platform that is appropriate to the clinical service, manageable by both sites, and financially sustainable. Psychiatrists also should have a backup plan should the technology system fail. This can include a second line or, more often, a telephone.

*Funding Source.* Various financial models are possible depending on whether the psychiatrist is providing contracted services, billing third-party payers per session, or some other revenue-generating and risk-sharing model.[66] Psychiatrists establishing services across a geographic area might consider cultivating partnerships with other agencies, collaborating with community organizations, working with state programs, and developing a shared vision with other stakeholders.[136] At the federal level, Medicaid and Medicare programs reimburse for specific mental health services. Billing and reimbursement for telepsychiatry services are based on Healthcare Common Procedure Coding System or *Common Procedural Terminology* (*CPT*) codes with a telemedicine modifier ("95") to indicate that services were provided using telemedicine technology.[104] To qualify for the use of modifier "95," it is required to use an interactive audio and video telecommunications system that permits real-time communication between the beneficiary at the originating sites (patient sites) and the provider at the distant site (physician or other qualified health care professional). The telehealth modifier cannot be used with the asynchronous (store and forward) technology.[104,105] The GT modifier "95" can be used for the services provided in *CPT* Appendix P, which include the following *CPT* codes of interest to psychiatrists: 990791, 90792, 90832, 90833, 90834, 90836, 90837, 90838, 90845, 90846, 90847, 90863, 99201, 99202, 99203, 99204, 99205, 99212, 99213, 99214, 99215, 99231, 99232, 99233, 99241, 99242, 99243, 99244, 99245, 99251, 99252, 99253, 99254, 99255, 99354, and 99355. Additional telemedicine codes could be forthcoming, because the

American Medical Association has convened a workgroup to consider codes specific to telemedicine practice. At the state level, telemedicine services are generally covered through Medicaid programs.[137]

As of February 2017, all states and the District of Columbia have reported providing some form of Medicaid reimbursement for telemedicine services.[88,89] Add-on costs such as technical support, transmission charges, and equipment often can be included in the fee-for-service rate or reimbursed as an administrative cost.[76,88,91,104]

Another avenue is for states to require private insurance plans to cover telehealth services. As of 2017, 35 states and the District of Columbia have reported parity requiring private insurance plans to cover telehealth services and 7 other states have proposed parity laws. Of note, these laws only require parity in coverage, not in payment.[88,89] Psychiatrists should check with individual insurance carriers to verify the accepted services and reimbursement rules. The ATA provides periodic analysis of service coverage and reimbursement guides by state.[88] Psychiatrists can find assistance in identifying funding sources at various federal, national, and private websites.[88,91,138,139]

## Creating a Therapeutic Virtual Space

The patient and psychiatrist sites should avoid small, poorly ventilated, dark, or noisy rooms. The room should be appropriate to the intervention to establish a therapeutic alliance. Psychotherapy sessions might warrant a comfortable but minimally decorated room to minimize distractions for the youth. Parent–child training can be facilitated with specific tools for the parent to use in giving clear instructions to the child. Diagnostic sessions can include developmentally appropriate implements, such as a desk and crayons to assess the child's fine motor skills, creativity, and attention span. A small selection of simple toys will help to determine the child's interpersonal and communication skills. Noisy, multiple-component, and messy toys should be avoided because the sensitive microphones will pick up the noise and compromise conversation.

The room should be large enough for at least 1 to 2 adults to be included on screen with the youth. Too large a room, such as a conference room, might allow the youth to wander and preclude maintaining a presence on screen. A medical examination room might overstimulate the youth and risk damage to equipment. One approach to ensure adequate room size and configuration is to communicate the specific room requirements to remote sites before clinical services commence, and then ask a staff member to send a picture while sitting in a chair approximately 8 feet from the camera, facing away from a window. Lighting is crucial so that the entire room can be easily visualized. Overhead fluorescent lights can cast shadows. Natural lighting can change during the day, interfering with the interactions.

"Telepsychiatry etiquette" includes all participants on camera at the 2 sites; if the camera span is too narrow to include all participants, each participant should be identified initially and then when speaking. Families must give permission for observers to be present at the psychiatrist's site.

Youth are dependent on their parents to access care, so the psychiatrist should establish a therapeutic alliance with the youth and the parent. This includes introducing and explaining telepsychiatry in developmentally appropriate terms. The youth and parents should feel that their perspectives are understood. Developing a therapeutic alliance can be challenging when working in person with children with developmental or disruptive behaviors or adolescents who feel alienated. The technology might add another challenge to establishing an alliance. The psychiatrist should ensure that bandwidth is adequate to transcend this challenge, so that visual, auditory, and interactional cues are adequate to understand the youth, convey empathy, respond fluidly, and show variability in emotional tones. Insufficient bandwidth interferes with developing a therapeutic alliance by producing pixilation, delay of the audio signal, and desynchrony of the video and audio signals. When psychiatrists are unsure of the patient's response based on visual cues, they should seek verbal confirmation of their observation and interpretation from the youth or accompanying adults.

Adequate bandwidth ensures high-resolution, synchronized transmission so that the psychiatrist can use real-time changes in visual and auditory cues to determine the youth's affective state, communication, and interpersonal relatedness. High-quality microphones, placed to pick up voices but not ambient noise, facilitate the development of rapport by transmitting a clear signal. Sound quality improves by softening hard surfaces, such as placing carpeting on the floor, draperies on the windows, and sound panels or textiles on the walls. A sound machine outside the room decreases interference from outside noise and increases auditory privacy.

Adequate bandwidth facilitates the accurate assessment of affect, speech, tremors, tics, fine motor control, and neuroleptic-induced abnormal movements. Administration of the Abnormal Involuntary Movement Scale through videoconferencing has shown reliability comparable to its administration in person.[140]

As mentioned earlier, cameras with pan, tilt, and zoom capabilities facilitate the development of a therapeutic alliance.[67,121] Control of the camera at the patient site assists in evaluating dysmorphology and developmental anomalies by zooming in on facial features and assessing motor and activity skills by following the patient around the room.

Assessing eye contact is an essential component of the developmental assessment of youth and is challenging during an ITV encounter because of placement of the camera above or below the monitor. The psychiatrist should determine whether the child's apparent decreased eye contact represents a technical limitation or clinical impairment and query the youth and parent about the ability to sustain eye contact. The psychiatrist can optimize the patient's experience of eye contact by alternating the gaze between the monitor and camera during the session. If the psychiatrist uses 2 monitors, one for the ITV interaction and one for the medical record, vertical placement of the monitors with the camera between them will force eye contact as the

psychiatrist alternately gazes between the 2 monitors and past the camera.[68]

The telepresenter at the patient site can facilitate development of a therapeutic alliance. The telepresenter should be organized and flexible in assisting with tasks during and between sessions, such as assisting with management of the youth, obtaining vital signs, ordering laboratory tests, requesting school records, and triaging medication refill requests. Telepresenters can help psychiatrists to learn about the community and share observations that might be difficult to see through the camera or after the session. However, in smaller communities, the telepresenter might be well known to the family, which can raise concerns about confidentiality and compromise the ability to develop a therapeutic alliance.

Building therapeutic alliances at the community level involves interacting with general psychiatrists, PCPs, local therapists, school personnel, and other families. Involving these stakeholders in appointments or having phone contact can help psychiatrists learn about their patients, feel connected to the community, and build confidence in referral sources.

### Telepsychiatry Evidence Base

The psychiatrist and patient sites should ensure that care delivered through ITV is consistent with established guidelines of care for child and adolescent psychiatry. Methods are needed to evaluate the care provided, including process variables (e.g., appointments kept or cancelled, satisfaction, relationship) to assess the service delivery,[106,141] participants' perspectives,[37,38,142] and outcome variables (e.g., syndromal recovery, symptom reduction, academic progress) to assess patients' progress.[23,51] Patient portals can be an inexpensive and easy approach to collecting rating scales and for providing psychoeducation materials and records from referring providers.[143] The current evidence base for telepsychiatry with youth is presented in Table 1.

*Pharmacologic Care.* Pharmacotherapy is one of the most frequently requested telepsychiatry services, although the evidence base supporting its effectiveness is limited.[144] Therefore, guidelines for pharmacotherapy with youth are extrapolated from systematic studies with adults[145,146] and youth[23,147] and descriptive reports with youth.[43,63]

A psychiatrist might provide pharmacotherapy through various models of care including direct service, consultation to a PCP, collaboration with midlevel mental health providers, or some combination of these. The psychiatrist should ensure that the infrastructure at the patient site supports the chosen model, establish processes that ensure effective communication between the patient and psychiatrist sites, maintain communication with other providers, guide medical record documentation, and maintain compliance with regulatory guidelines.[79,80,148] Any need to modify best practices to accommodate service delivery through ITV should be documented along with the rationale.

There are several logistical issues in establishing a telepharmacotherapy service.[63,67,149] Information sharing is best accomplished with a shared electronic medical record, although other approaches that ensure confidentiality and security of data are used. The psychiatrist can address patient education and medication consent during the telepsychiatry encounter and can be assisted by the telepresenter.[63,67,94] Procedures are needed to share documentation of the session with the site and ideally with the PCP.

Procedures for prescribing noncontrolled medications include e-prescribing, calling prescriptions to the pharmacy, or sending hard copies to the family or pharmacy. Some programs prefer that prescriptions be sent to the patient site for their distribution to the family. As noted earlier, controlled medications, including Schedule II stimulants, have additional regulations under the Ryan Haight Online Pharmacy Consumer Protection Act of 2008.[109,150] Psychiatrists should become familiar with this federal legislation and state guidelines while awaiting clarification from the DEA.

Monitoring the effects of psychotropic medications and managing their side effects require procedures at the psychiatrist's and patient's sites to obtain vital signs, order laboratory tests, or conduct other assessments. Ideally, these tasks would be managed at the patient site, but some nonmedical sites might collaborate with a local medical clinic to assist with monitoring. Psychiatrists can assess abnormal movements through ITV with some minimal assistance from staff at the patient site.[140] Alternatively, local nursing staff can be trained in this assessment. A video is available from the Northern Arizona Regional Behavioral Health Association at www.rbha.net/presentations/AIMSDemo/player.html. Rating scales can be made available for the psychiatrist to use in assessing treatment response.[62,143] If the psychiatrist's schedule does not accommodate unanticipated or increased visits, for example, to assess youth after the initiation of antidepressant medications,[151] then staff at either site can provide telephone, ITV, or in-person follow-up visits and communicate findings to the psychiatrist. Planning for unanticipated issues is a necessary component of pharmacotherapy. Psychiatrists and staff at the patient site should develop procedures for medication refills and reports of adverse medication effects.

*Psychotherapeutic Care.* Requests for psychotherapy services through ITV (teletherapy) for children and adolescents are increasing. Standard practice guidelines for adult psychotherapy should direct teletherapy[79,80] while awaiting formal guidelines with youth.

No specific theoretical orientation or approach for teletherapy has been indicated or contraindicated, and psychiatrists should adapt best practices and evidence-supported approaches from the in-person setting. Cognitive-behavioral approaches appear most common and relevant given their structure and skills-building focus. As in traditional treatment, best practices often include working alone with the youth and together with the parent. Telepresenters assist with managing the session, such as who participates and when, and take steps to ensure privacy. In home-based settings, it is important to acknowledge the parent's role in managing the session. Teletherapy requiring direct one-on-one interaction (e.g.,

play therapy) requires considerations for child characteristics and the setting. Behavioral interventions require coaching of parents in behavior training such as reinforcement or timeout strategies.

Information regarding the effectiveness of teletherapy is limited but growing.[69,152-156] Clinicians have shown high fidelity to manual-based interventions.[157,158] Reviews of treatment outcome studies have concluded that teletherapy is feasible, applicable to diverse populations, tolerable in different therapeutic formats, and acceptable to users with outcomes that are comparable to in-person treatment.[152,155]

Most teletherapy studies with young people are descriptive, indicating that teletherapy is feasible, acceptable, and well tolerated.[69,159] In 10 outcome studies ranging from feasibility trials to pre-post designs and a few randomized controlled trials, PCPs and families endorsed high levels of satisfaction with therapy.[20,46,65,69,160] Several randomized trials are noteworthy. Nelson et al[20] found comparable decreases for childhood depressive symptoms treated with 8 sessions of cognitive-behavioral therapy delivered through ITV versus in person. Storch et al.[21] found superior outcomes for youth diagnosed with obsessive-compulsive disorder who were treated through teletherapy compared with youth treated in person. Outcomes of the behavioral treatment of tics through ITV also appear comparable to in-person treatment.[22] Two pre- to post-intervention outcome studies have suggested the benefit of treatment delivered through ITV including behavior management training[24,25] and consultation to PCPs in the psychiatric care of young patients.[29] Five small randomized trials have demonstrated potential effectiveness of providing family or parenting interventions through ITV.[24,25,27,49,99]

*Consultation and Psychosomatic Care.* Teleconsultation to PCPs concerning mental health care of patients with medical illness is well established for adults.[36,62] Teleconsultation regarding the behavioral and mental health care of children with medical conditions[42,161] developmental disorders[42] and special needs[162] is emerging. The preliminary evidence supports the feasibility and acceptability of providing behavioral interventions through ITV for conditions such as feeding disorders[53] diabetes,[58,59] and obesity.[54,57,60] Given the paucity of child mental health specialists[4,12,13,163] and the development of the pediatric medical home[3,93,164] teleconsultation for psychosomatic medicine appears promising, but further experience is needed.

## Adaptation to Nonclinical Settings

There is a long tradition of moving mental health services out of the traditional clinic and into the community. A natural next step for telepsychiatry is to offer services to more naturalistic and ecologically valid settings—settings that are often more convenient for youth and their families and provide some assistance for staff involved in youths' care. Schools and correctional settings are the most common community settings in which services are provided, and services in the home are increasing. Psychiatrists should establish their model of care appropriate to the community setting and clarify their role to those involved in the child's care.

In community settings, patient privacy, security of information, and an appropriate sound-proof space are more difficult to regulate; also, medical personnel might not be available to obtain vital signs and provide medical monitoring. The psychiatrist should work with staff and family to determine a protocol to ensure that medical monitoring of medications occurs in a timely manner. As in other settings, the psychiatrist should determine how the patient receives medications, particularly controlled substances. In case of equipment failure, the psychiatrist should determine a procedure to ensure prompt patient contact (i.e., telephone contact with family or staff) and a plan for continuity of care.

In community settings, it is important that an emergency intervention protocol be established before initiating care and that all persons involved in the patient's care are informed. All documentation should be maintained at the psychiatrist site, and the psychiatrist should determine whether specific documentation also should be maintained at the patient site. Community settings will require guidelines to ensure security of private medical information.

*School-Based Telepsychiatry.* School-based mental health clinics provide services to more youth than outpatient clinics, with minimal disruption to classroom time or demands on the parent's workday.[165,166] In communities with limited access to mental health professionals, especially psychiatrists, school-based telepsychiatry can provide an array of services and allows the psychiatrist to be efficiently involved in student evaluation and multidisciplinary planning with school personnel.[96,120] School-based telepsychiatry services have demonstrated benefit for students and staff.[96,97,123,167]

The psychiatrist should obtain knowledge of school culture, define the model of care, and clarify the psychiatrist's role and expectations within the school system. Potential services include evaluations, collaborations with the youth's PCP, medication management, psychosocial interventions with students and families, evaluations for support services, and continuing education for staff and consultation on classroom-specific and general school issues.[97,168] When helping the school address an adverse event, such as the untimely death of a student or teacher, natural disaster, or violence, psychiatrists should provide services consistent with in-person consultations and standard protocols.

FERPA[112] specifies privacy rules for accessing student health information and applies to telepsychiatry. FERPA should guide determination of the infrastructure for telepsychiatry services, including privacy of the interview room, which can be challenging in overcrowded schools.[97] Staff accompanying the youth should have a mental health or medical background (i.e., school counselor or school nurse), and participating staff must be educated about protected health information. Documentation and records must be maintained in a private and secure location (e.g., nurses' station or counselor's office) and not be included in educational records.[169] Informed consent should consist of the legal guardian and the patient (if older than the age of

majority).[96,105,148] The consent process should be conducted by the psychiatrist with the patient and guardian in real time according to local, regional, and national laws[79] and in compliance with the minors' access to mental health services in the absence of parental knowledge and consent. The school clinician or nurse can assist in obtaining consents. If the model of care involves direct service, then the psychiatrist must determine whether the psychiatrist or PCP will provide prescriptions and how medications will be managed during the summer.

*Telepsychiatry in Juvenile Corrections.* Youth involved in the juvenile justice system experience psychiatric disorders at a rate far exceeding general population rates.[170] Correctional programs that lack access to psychiatric services are increasingly obtaining services through ITV.[98,171]

Similar to in-person correctional services, psychiatrists delivering services through ITV require knowledge of the legal process in the youth's jurisdiction, especially whether the patient's status is pre- or post-adjudication. This might require virtual meetings with the youth's legal counsel. The psychiatrist should clarify with the patient that he/she is subject to "dual agency" status, that is, responsible to serve the patient and to assist the facility. Then, the psychiatrist must clarify his/her role as a treating clinician or forensic examiner, that he/she is a mandated reporter regarding abuse, and that all information can be accessed by the court. The psychiatrist must work with legal counsel and the facility to obtain consent for services from the legal guardian and patient, which could require a videoconference depending on the facility's regulations.

Protecting confidentiality in correctional settings is challenging. A virtual tour of the site using a mobile device can be helpful to view the records room, examination room, or other relevant service-related space. Digital records management also should be clarified.

Occasional ITV meetings can help correctional staff to understand the needs of mentally ill juvenile offenders, such as the need for a suicide watch, protection from the general community, or monitoring medication side effects. The correctional setting might require staff to chaperone the youth during the sessions. Youth are often concerned about privacy and might be more comfortable if chaperoned by clinical staff rather than security staff. Added benefits are having 2 clinicians to model therapeutic techniques and to align staff, which is critical in the correctional setting.

*Home-Based Telepsychiatry.* Home-based telemental health has been safely and successfully implemented with adults with serious psychiatric disorders.[130] Preliminary work suggests that home-based teletherapy with youth and families is feasible, acceptable, and effective[99,100,149] and might be especially relevant for children who do not tolerate traveling outside the home or to provide continuity of care for families who relocate, such as military families. Using laptop computers and mobile devices in the home offers the potential to observe children's behaviors in their naturalistic setting and to develop interventions in the setting where they will be used.[26,100]

Before initiating home-based services, the psychiatrist should determine whether the family is appropriate for home-based care. Particular attention should be paid to privacy because it is difficult to find an isolated, sound-proof space where conversations are not overheard by others, intentionally or unintentionally. The psychiatrist should develop a safety plan[130] consisting of the physical location and address of the patient in case emergency services are required and consent regarding contact of community resources in case of an emergency. A written informed consent, specific to using home-based telepsychiatry, should be obtained. The psychiatrist should inform the patient's PCP of home-based services and elicit collaboration regarding monitoring the youth's status. Home-based telepsychiatry services should be avoided if there is a serious concern for patient safety and/or if the patient does not consent to developing the safety plan. This assessment of appropriateness should be ongoing, because circumstances can change over time.

There are some relative contraindications for home-based telepsychiatry, including child custody assessments, forensic evaluations, investigating allegations of abuse or neglect, family therapy with a history of interpersonal violence in the family, and/or a volatile parent. The child might not feel free to be candid about his/her environment or circumstance. In the home environment, the psychiatrist will have less ability to redirect the situation should the parent become upset. Some children with developmental disorders might not tolerate the ITV platform.[26]

The patient and family should be given written information regarding the operation of equipment and how to address technical difficulties, because they will not have additional technical support available to them. A backup plan in case of technical difficulties is needed.

## Training in Telepsychiatry

Greater clarification and standardization of legal and regulatory issues and the increased availability of affordable consumer-grade ITV platforms have made it more reasonable for child and adolescent psychiatry residency programs to develop ITV programs based on established clinical and technical guidelines.[18,19,79] However, guidelines describing the use of ITV in curriculum development and adapting training and evaluation goals and objectives to meet the Accreditation Council for Graduate Medical Education (ACGME) Milestone competencies are limited, but increasing.

The goals of ITV training programs are multiple: address the growing demands for access to culturally sensitive psychiatric services and develop a workforce of child and adolescent psychiatrists and PCPs who are proficient with the use of creative technologies in meeting youths' mental health care needs. The objectives of the ITV training curriculum are to achieve the training competencies and capacity for trainee evaluation as described by the ACGME Milestone training competencies for child and adolescent psychiatry[172] that include psychiatric evaluation, medical knowledge, systems-based practice, practice-based learning and improvement, professionalism, and interpersonal and communication skills. In addition, the curriculum would

require evaluation of trainee competencies in the 6 focus areas of the ACGME Clinical Learning Environment Review Program[173]: patient safety, health care quality, clinical transitions, supervision, duty hours, and fatigue and professionalism.

Academic leadership representing the American Psychiatric Association, AACAP, and the ATA are developing standardized frameworks for ITV training programs to ensure that evidence-based outcome metrics support the teaching and evaluation guidelines of the ACGME.[174-176] Emerging ITV training programs have demonstrated that didactic teaching of residents, fellows, and students includes effective variations of clinical service learning protocols, integrating selected articles on telepsychiatric care, and a problem- and case-based learning curriculum that uses clinical vignettes to stimulate learning, critical appraisal, and guide the generation of clinical formulation and knowledge integration for all aspects of ITV training.[101,177-182] Godleski et al.[183] described a national ITV program for trainees in collaboration with the US Department of Veterans Affairs in which technology-enabled learning includes web-based training modules, ITV consultation simulation training, satellite broadcasts of live educational meetings, and teleconferenced evidence-based journal clubs. While awaiting a standardized framework for ITV training, child and adolescent residency programs should consider using these established teaching approaches to introduce trainees to telepsychiatry practice.

## CLINICAL UPDATE LIMITATIONS

The AACAP Clinical Updates are developed to assist psychiatrists in decision making. The information in this update is not intended to define the standard of care or guarantee successful treatment of individual patients, nor should the information be deemed inclusive of all proper methods of care or exclusive of other methods of care directed at obtaining the desired results. This Clinical Update does not usurp sound clinical judgment. The ultimate judgment regarding the care of a particular patient must be made by the clinician in light of all the circumstances, values, and preferences presented by the patient and his/her family, the diagnostic and treatment options available, and the accessible resources. &

This Clinical Update was developed by the AACAP Telepsychiatry Committee (TPC): Kathleen Myers, MD, MPH, MS, and David Pruitt, MD, Co-Chairs, and Ruby Agoha, MD, Daniel Alicata, MD, PhD, Patricio Fischman, MD, Nicole Gloff, MD, Dehra Glueck, MD, Felissa Goldstein, MD, Pamela Hoffman, MD, Daniel Lieberman, MD, Jennifer McWilliams, MD, MHCDS, Ujjwal Ramtekkar, MD, MPE, MBA, David Roth, MD, and Lloyda Williamson, MD; additional contributors Sharon Cain, MD, and Kristopher Kaliebe, MD; and the AACAP Committee on Quality Issues (CQI): Carol Rockhill, MD, PhD, MPH, Christopher Bellonci, MD, John Hamilton, MD, Munya Hayek, MD, Helene Keable, MD, Matthew Siegel, MD, Saundra Stock, MD, and Co-Chairs Oscar G. Bukstein, MD, MPH, and Heather J. Walter, MD, MPH.

AACAP Clinical Updates are developed by AACAP committees under the direction of the AACAP CQI, with review by representatives of multiple constituent groups including topic experts, AACAP members, other relevant AACAP committees, the AACAP Assembly of Regional Organizations, and the AACAP Council. Final approval for publishing Clinical Updates as an AACAP Official Action is conferred by the AACAP Council. The development process for Clinical Updates is described on the AACAP website (www.aacap.org).

The primary intended audience for AACAP Clinical Updates is child and adolescent psychiatrists; however, the information presented also could be useful for other medical or behavioral health clinicians.

The TPC acknowledges the following topic experts for their contributions to this update: L. Lee Carlisle, MD, Jonathan Comer, PhD, Donald Hilty, MD, and Eve-Lynn Nelson, PhD.

Jennifer Medicus, Stephanie Demian, Karen Ferguson, Bryan Shuy, and Emily Rohlffs served as the AACAP staff liaisons for the TPC and the CQI.

This Clinical Update was reviewed by AACAP members from September 2016 to October 2016.

From February 2017 to April 2017, this Clinical Update was reviewed by a consensus group convened by the CQI. Consensus group members and their constituent groups were Heather J. Walter, MD, MPH, Oscar G. Bukstein, MD, MPH, Carol Rockhill, MD, PhD, MPH, and Munya Hayek, MD (CQI); L. Lee Carlisle, MD (topic expert); D. Richard Martini, MD, Committee on Collaboration With Medical Professions, and Benjamin Shain, MD, Committee on Healthcare Access and Economics (AACAP committees); Vera Feuer, MD, and Kai-ping Wang, MD (Assembly of Regional Organizations); and Karen Pierce, MD, and Ian Chi Vo, MD (AACAP Council).

This Clinical Update was approved by the AACAP Council on May 18, 2017.

This Clinical Update is available at www.aacap.org.

Disclosures: During preparation of this Clinical Update, Kathleen Myers, MD, MPH, MS, and David Pruitt, MD, TPC Co-Chairs, and Heather J. Walter, MD, MPH, CQI Co-Chair, have had no financial relationships to disclose. Oscar G. Bukstein, MD, MPH, CQI Co-Chair, has had intellectual property with Routledge Press.

Correspondence to the AACAP Communications Department, 3615 Wisconsin Avenue, NW, Washington, DC 20016.

0890-8567/$36.00/©2017 American Academy of Child and Adolescent Psychiatry

http://dx.doi.org/10.1016/j.jaac.2017.07.008

## REFERENCES

1. Friedman R, Katz-Leavy J, Manderscheid R, Sondheimer DL. Prevalence of serious emotional disturbance in children and adolescents. In: Manderscheid RW, Sonnenschein MA, eds. Mental Health. Rockville, MD: Department of Health and Human Services; 1996.
2. Kessler RC, Berglund P, Demler O, Jin R, Merikangas KR, Walters EE. Lifetime prevalence and age-of-onset distributions of DSM-IV disorders in the National Comorbidity Survey Replication. Arch Gen Psychiatry. 2005;62:593-602.
3. Patient Protection and Affordable Care Act, Pub L No 111-148. In: United States Congress, ed. 42: US Department of Health and Human Services; 2010.
4. Thomas CR, Holzer CE III. The continuing shortage of child and adolescent psychiatrists. J Am Acad Child Adolesc Psychiatry. 2006;45: 1023-1031.
5. Merikangas KR, He JP, Burstein M, et al. Service utilization for lifetime mental disorders in U.S. adolescents: results of the National Comorbidity Survey-Adolescent Supplement (NCS-A). J Am Acad Child Adolesc Psychiatry. 2011;50:32-45.
6. American Medical Association. Physician Characteristics and Distribution in the U.S. Washington, DC: American Medical Association Press; 2010.
7. American Medical Association. AMA physician masterfile. http://www.ama-assn.org/ama/pub/about-ama/physician-data-resources/physician-masterfile.page. Accessed May 11, 2016.
8. Flaum M. Telemental health as a solution to the widening gap between supply and demand for mental health services. In: Myers K, Turvey C, eds. Telemental Health: Clinical, Technical and Administrative Foundation for Evidence-Based Practice. London: Elsevier Insights; 2013:11-25.

9. Hyde PS. Report to Congress on the nation's substance abuse and mental health workforce issues. http://store.samhsa.gov/shin/content//PEP13-RTC-BHWORK/PEP13-RTC-BHWORK.pdf. Published 2013. Accessed March 1, 2017.

10. Glisson C, Schoenwald SK, Kelleher K, et al. Therapist turnover and new program sustainability in mental health clinics as a function of organizational culture, climate, and service structure. Adm Policy Ment Health. 2008;35:124-133.

11. Stirman SW, Kimberly J, Cook N, Calloway A, Castro F, Charns M. The sustainability of new programs and innovations: a review of the empirical literature and recommendations for future research. Implement Sci. 2012;7:1-19.

12. Robiner WN, Yozwiak JA. The psychology workforce: trials, trends and tending commons. National Register of Health Service Psychologists. https://www.nationalregister.org/pub/the-national-register-report-pub/spring-2013-issue/the-psychology-workforce-trials-trends-and-tending-the-commons/ Accessed March 1, 2017.

13. American Psychological AssociationMichalski D, Mulvey T, Kohout J. 2008 APA Survey of Psychology Health Service Providers. Washington, DC: American Psychological Association; 2008.

14. Lambert D, Ziller E, Lenardson JD. Rural Children Don't Receive the Mental Health Care They Need (Research & Policy Brief). Portland, ME: University of Southern Maine, Muskie School of Public Service, Maine Rural Health Research Center; 2009; https://muskie.usm.maine.edu/Publications/rural/pb39/Rural-Children-Mental-Health-Services.pdf. Accessed March 1, 2017.

15. Kazdin AE, Blase SL. Rebooting psychotherapy research and practice to reduce the burden of mental illness. Perspect Psychol Sci. 2011;6:21-37.

16. Broder E, Manson E, Boydell K, Teshima J. Use of telepsychiatry for child psychiatric issues: first 500 cases. Can Psych Assoc Bull. 2004;36:11-15.

17. Diamond JM, Bloch RM. Telepsychiatry assessments of child or adolescent behavior disorders: a review of evidence and issues. Telemed J E Health. 2010;16:712-716.

18. Myers KM, Cain S. Practice parameter for telepsychiatry with children and adolescents. J Am Acad Child Adolesc Psychiatry. 2008;47:1468-1483.

19. Hilty DM, Shoemaker EZ, Myers K, Snowdy CE, Yellowlees PM, Yager J. Need for and steps toward a clinical guideline for the telemental health care of children and adolescents. J Child Adolesc Psychopharmacol. 2016;26:283-295.

20. Nelson E, Barnard M, Cain S. Treating childhood depression over teleconferencing. Telemed J E Health. 2003;9:49-55.

21. Storch EA, Caporino NE, Morgan JR, et al. Preliminary investigation of web-camera delivered cognitive-behavioral therapy for youth with obsessive-compulsive disorder. Psychiatry Res. 2011;189:407-412.

22. Himle MB, Freitag M, Walther M, Franklin SA, Ely L, Woods DW. A randomized pilot trial comparing videoconference versus face-to-face delivery of behavior therapy for childhood tic disorders. Behav Res Ther. 2012;50:565-570.

23. Myers K, Vander Stoep A, Zhou C, McCarty CA, Katon W. Effectiveness of a telehealth service delivery model for treating attention-deficit/hyperactivity disorder: a community-based randomized controlled trial. J Am Acad Child Adolesc Psychiatry. 2015;54:263-274.

24. Xie Y, Dixon JF, Yee OM, et al. A study on the effectiveness of videoconferencing on teaching parent training skills to parents of children with ADHD. Telemed J E Health. 2013;19:192-199.

25. Tse YJ, McCarty CA, Stoep AV, Myers KM. Teletherapy delivery of caregiver behavior training for children with attention-deficit hyperactivity disorder. Telemed J E Health. 2015;21:451-458.

26. Comer JS, Furr JM, Miguel E et al. Remotely delivering real-time parent training to the home: an initial randomized trial of Internet-delivered Parent-Child Interaction Therapy (I-PCIT) [published online ahead of print June 26, 2017]. J Consult Clin Psychol. http://dx.doi.org/10.1037/ccp0000230.

27. Glueckauf RL, Fritz SP, Ecklund-Johnson EP, Liss HJ, Dages P, Carney P. Videoconferencing-based family counseling for rural teenagers with epilepsy: phase 1 findings. Rehabil Psychol. 2002;47:49-72.

28. Fox KC, Connor P, McCullers E, Waters T. Effect of a behavioural health and specialty care telemedicine programme on goal attainment for youths in juvenile detention. J Telemed Telecare. 2008;14:227-230.

29. Yellowlees PM, Hilty DM, Marks SL, Neufeld J, Bourgeois JA. A retrospective analysis of a child and adolescent eMental health program. J Am Acad Child Adolesc Psychiatry. 2008;47:103-107.

30. Reese RJ, Slone NC, Soares N, Sprang R. Telehealth for underserved families: an evidence-based parenting program. Psychol Serv. 2012;9:320-322.

31. Heitzman-Powell LS, Buzhardt J, Rusinko L, Miller T. Formative evaluation of an ABA outreach training program for parents of children with autism in remote areas. Focus Autism Other Dev Disabil. 2014;29:23-38.

32. Blackmon LA, Kaak HO, Ranseen J. Consumer satisfaction with telemedicine child psychiatry consultation in rural Kentucky. Psychiatr Serv. 1997;48:1464-1466.

33. Elford DR, White H, St John K, Maddigan B, Ghandi M, Bowering R. A prospective satisfaction study and cost analysis of a pilot child telepsychiatry service in Newfoundland. J Telemed Telecare. 2001;7:73-81.

34. Kopel H, Nunn K, Dossetor D. Evaluating satisfaction with a child and adolescent psychological telemedicine outreach service. J Telemed Telecare. 2001;7(suppl 2):35-40.

35. Greenberg N, Boydell KM, Volpe T. Pediatric telepsychiatry in Ontario: caregiver and service provider perspectives. J Behav Health Serv Res. 2006;33:105-111.

36. Hilty DM, Yellowlees PM, Cobb HC, Bourgeois JA, Neufeld JD, Nesbitt TS. Models of telepsychiatric consultation-liaison service to rural primary care. Psychosomatics. 2006;47:152-157.

37. Myers K, Valentine JM, Melzer SM. Feasibility, acceptability, and sustainability of telepsychiatry for children and adolescents. Psychiatr Serv. 2007;58:1493-1496.

38. Myers KM, Valentine JM, Melzer SM. Child and adolescent telepsychiatry: utilization and satisfaction. Telemed J E Health. 2008;14:131-137.

39. Myers KM, Vander Stoep A, McCarty CA, et al. Child and adolescent telepsychiatry: variations in utilization, referral patterns and practice trends. J Telemed Telecare. 2010;16:128-133.

40. Pakyurek M, Yellowlees P, Hilty D. The child and adolescent telepsychiatry consultation: can it be a more effective clinical process for certain patients than conventional practice? Telemed J E Health. 2010;16:289-292.

41. Lau ME, Way BB, Fremont WP. Assessment of SUNY Upstate Medical University's child telepsychiatry consultation program. Int J Psychiatry Med. 2011;42:93-104.

42. Szeftel R, Federico C, Hakak R, Szeftel Z, Jacobson M. Improved access to mental health evaluation for patients with developmental disabilities using telepsychiatry. J Telemed Telecare. 2012;18:317-321.

43. Myers KM, Sulzbacher S, Melzer SM. Telepsychiatry with children and adolescents: Are patients comparable to those evaluated in usual outpatient care? Telemed J E Health. 2004;10:278-285.

44. Myers KM, Valentine J, Morganthaler R, Melzer S. Telepsychiatry with incarcerated youth. J Adolesc Health. 2006;38:643-648.

45. Jacob MK, Larson JC, Craighead WE. Establishing a telepsychiatry consultation practice in rural Georgia for primary care physicians: a feasibility report. Clin Pediatr. 2012;51:1041-1047.

46. Nelson EL, Duncan AB, Peacock G, Bui T. Telemedicine and adherence to national guidelines for ADHD evaluation: a case study. Psychol Serv. 2012;9:293-297.

47. Elford R, White H, Bowering R, et al. A randomized, controlled trial of child psychiatric assessments conducted using videoconferencing. J Telemed Telecare. 2000;6:73-82.

48. Stain HJ, Payne K, Thienel R, Michie P, Carr V, Kelly B. The feasibility of videoconferencing for neuropsychological assessments of rural youth experiencing early psychosis. J Telemed Telecare. 2011;17:328-331.

49. Reese RM, Jamison R, Wendland M, et al. Evaluating interactive videoconferencing for assessing symptoms of autism. Telemed J E Health. 2013;19:671-677.

50. Marcin JP, Nesbitt TS, Cole SL, et al. Changes in diagnosis, treatment, and clinical improvement among patients receiving telemedicine consultations. Telemed J E Health. 2005;11:36-43.

51. Boydell KM, Volpe T, Kertes A, Greenberg N. A review of the outcomes of the recommendations made during paediatric telepsychiatry consultations. J Telemed Telecare. 2007;13:277-281.

52. Bensink M, Wootton R, Irving H, et al. Investigating the cost-effectiveness of videotelephone based support for newly diagnosed paediatric oncology patients and their families: design of a randomised controlled trial. BMC Health Serv Res. 2007;5:7-38.

53. Clawson B, Selden M, Lacks M, Deaton AV, Hall B, Bach R. Complex pediatric feeding disorders: Using teleconferencing technology to improve access to a treatment program. Pediatr Nurs. 2008;34:213-216.

54. Shaikh U, Cole SL, Marcin JP, Nesbitt TS. Clinical management and patient outcomes among children and adolescents receiving telemedicine consultations for obesity. Telemed J E Health. 2008;14:434-440.

55. Witmans MB, Dick B, Good J, et al. Delivery of pediatric sleep services via telehealth: the Alberta experience and lessons learned. Behav Sleep Med. 2008;6:207-219.

56. Mulgrew KW, Shaikh U, Nettiksimmons J. Comparison of parent satisfaction with care for childhood obesity delivered face-to-face and by telemedicine. Telemed J E Health. 2011;17:383-387.

57. Davis AM, Sampilo M, Gallagher KS, Landrum Y, Malone B. Treating rural pediatric obesity through telemedicine: outcomes from a small randomized controlled trial. J Pediatr Psychol. 2013;38:932-943.

58. Freeman KA, Duke DC, Harris MA. Behavioral health care for adolescents with poorly controlled diabetes via Skype: does working alliance remain intact? J Diabetes Sci Technol. 2013;7:727-735.

59. Hommel KA, Hente E, Herzer M, Ingerski LM, Denson LA. Telehealth behavioral treatment for medication nonadherence: a pilot and feasibility study. Eur J Gastroenterol Hepatol. 2013;25:469-473.

60. Lipana LS, Bindal D, Nettiksimmons J, Shaikh U. Telemedicine and face-to-face care for pediatric obesity. Telemed J E Health. 2013;19:806-808.

61. Weisz JR, Kazdin AE. Evidence-Based Psychotherapies for Children and Adolescents. 2nd ed. New York: Guilford Press; 2010.

62. Hilty DM, Ferrer DC, Parish MB, Johnston B, Callahan EJ, Yellowlees PM. The effectiveness of telemental health: A 2013 review. Telemed J E Health. 2013;19:444-454.

63. Cain S, Sharp S. Telepharmacotherapy for children and adolescents. J Child Adolesc Psychopharmacol. 2016;26:221-228.

64. Carlisle LL. Child and adolescent telemental health. In: Myers K, Turvey C, eds. Telemental Health: Clinical, Technical, and Administrative Foundation for Evidence-Based Practice. London: Elsevier Insights; 2013:197-221.

65. Duncan AB, Velasquez SE, Nelson EL. Using videoconferencing to provide psychological services to rural children and adolescents: a review and case example. J Clin Child Adolesc Psychol. 2014;43:115-127.

66. Glueck D. Business aspects of telemental health in private practice. In: Myers K, Turvey C, eds. Telemental Health: Clinical, Technical, And Administrative Foundation for Evidence-Based Practice. London: Elsevier Insights; 2013:111-133.

67. Glueck D. Establishing therapeutic rapport in telepsychiatry practice. In: Myers K, Turvey C, eds. Telemental Health: Clinical, Technical and Administrative Foundations for Evidence-Based Practice. London: Elsevier Insights; 2013:29-46.

68. Goldstein F, Myers K. Telemental health: a new collaboration for pediatricians and child psychiatrists. Pediatr Ann. 2014;43:79-84.

69. Nelson EL, Patton S. Using videoconferencing to deliver individual therapy and pediatric psychology interventions with children and adolescents. J Child Adolesc Psychopharmacol. 2016;26:212-220.

70. Pignatiello A, Teshima J, Boydell KM, Minden D, Volpe T, Braunberger PG. Child and youth telepsychiatry in rural and remote primary care. Child Adolesc Psychiatr Clin North Am. 2011;20:13-28.

71. Cain S, Nelson EL, Myers K. Child and adolescent telepsychiatry. In: Dulcan MK, ed. Dulcan's Textbook of Child and Adolescent Psychiatry. Washington, DC: American Psychiatric Press; 2015:669-688.

72. American Telemedicine Association. http://americantelemed.org. Accessed March 11, 2017.

73. American Telemedicine Association. What is telemedicine? http://www.americantelemed.org/about-telemedicine/what-is-telemedicine. Accessed March 1, 2017.

74. US Department of Health and Human Services Health Resources and Services Administration (HRSA). Glossary and acronyms. http://www.hrsa.gov/healthit/toolbox/ruralhealthittoolbox/telehealth/glossary.html. Accessed March 1, 2017.

75. Centers for Medicare and Medicaid. Telemedicine. http://www.medicaid.gov/Medicaid-CHIP-Program-Information/By-Topics/Delivery-Systems/Telemedicine.html. Accessed March 1, 2017.

76. Centers for Medicare and Medicaid Services. Telemedicine. https://www.medicaid.gov/medicaid-chip-program-information/by-topics/delivery-systems/telemedicine.html. Published 2014. Accessed March 1, 2017.

77. Centers for Medicare and Medicaid Services. Medicare telehealth policy. In: CFR, ed 42: Office of the Federal Register Government Publishing Office; 2011.

78. Cornell University Law School. 42 CFR 410.78—telehealth services. https://www.law.cornell.edu/cfr/text/42/410.78. Accessed April 14, 2017.

79. Turvey C, Coleman M, Dennison O, et al. ATA practice guidelines for video-based online mental health services. Telemed J E Health. 2013;19:722-730.

80. Yellowlees P, Shore J, Roberts L. Practice guidelines for videoconferencing-based telemental health—October 2009. Telemed J E Health. 2010;16:1074-1089.

81. American Telemedicine Association. ATA telemedicine nomenclature. http://www.americantelemed.org/resources/nomenclature#.U6utCfldW5o. Published 2012. Accessed March 1, 2017.

82. Chou T, Comer JS, Turvey CL, Karr A, Spargo G. Technical considerations for the delivery of real-time child telemental health care. J Child Adolesc Psychopharmacol. 2016;26:192-197.

83. Spargo G, Karr A, Turvey CL. Technology options for the provision of mental health care through videoteleconferencing. In: Myers K, Turvey C, eds. Telemental Health: Clinical, Technical and Administrative Foundation for Evidence-Based Practice. London: Elsevier; 2013:135-151.

84. Gernsback H. The radio doctor—maybe! Radio News Magazine. 1924;5:1406.

85. Wittson CL, Benschoter R. Two-way television: helping the medical center reach out. Am J Psychiatry. 1972;129:624-627.

86. Dwyer TF. Telepsychiatry: psychiatric consultation by interactive television. Am J Psychiatry. 1973;130:865-869.

87. Straker N, Mostyn P, Marshall C. The use of two-way TV in bringing mental health services to the inner city. Am J Psychiatry. 1976;133:1202-1205.

88. Thomas L, Capistrant G. 50 State Telemedicine Gaps Analysis: Coverage and Reimbursement. Washington DC: American Telemedicine Association; 2017; https://higherlogicdownload.s3-external-1.amazonaws.com/AMERICANTELEMED/2017%20NEW_50%20State%20Telehealth%20Gaps%20%20Analysis-Reimbursement_FINAL.pdf?AWSAccessKeyId=AKIAJH5D4I4FWRALBOUA&Expires=1491883029&Signature=Uks7%2BMKdasWIDYjx0wxcno2vxkw%3D. Accessed March 1, 2017.

89. Center for Connected Health Policy. State telehealth policies and reimbursement schedules: a comprehensive plan for the 50 states and District of Columbia. In: Center NTPR; 2014. http://cchpca.org/sites/default/files/resources/Fifty%20State%20Medicaid%20Report.09.2014_1.pdf. Accessed April 10, 2017.

90. Center for Telemedicine Law. Telemedicine reimbursement report. http://www.hrsa.gov/healthit/telehealth/reimburse.pdf. Accessed March 20, 2017.

91. US Department of Health and Human Services; Telehealth Resource Centers. Health Resources and Services Administration (HRSA) Office for the advancement of telehealth. http://www.telehealthresourcecenter.org/. Accessed March 20, 2017.

92. Kriechman A, Bonham C. Telemental health in primary care. In: Myers K, Turvey C, eds. Telemental Health: Clinical, Technical, and Administrative Foundation. London: Elsevier Insights; 2013:155-170.

93. McWilliams JK. Integrating telemental healthcare with the patient-centered medical home model. J Child Adolesc Psychopharmacol. 2016;26:278-282.

94. Glueck DA. Telepsychiatry in private practice. Child Adolesc Psychiatr Clin North Am. 2011;20:1-11.

95. Spaulding R, Cain S, Sonnenschein K. Urban telepsychiatry: uncommon service for a common need. Child Adolesc Psychiatr Clin North Am. 2011;20:29-39.

96. Grady BJ, Lever N, Cunningham D, Stephan S. Telepsychiatry and school mental health. Child Adolesc Psychiatr Clin North Am. 2011;20:81-94.

97. Stephan S, Lever N, Bernstein L, Edwards S, Pruitt D. Telemental health in schools. J Child Adolesc Psychopharmacol. 2016;26:266-272.

98. Kaliebe KE, Heneghan J, Kim TJ. Telepsychiatry in juvenile justice settings. Child Adolesc Psychiatr Clin North Am. 2011;20:113-123.

99. Comer JS, Furr JM, Cooper-Vince CE, et al. Internet-delivered, family-based treatment for early-onset OCD: a preliminary case series. J Clin Child Adolesc Psychol. 2014;43:74-87.

100. Comer JS, Furr JM, Cooper-Vince C, et al. Rationale and considerations for the internet-based delivery of parent-child interaction therapy. Cogn Behav Pract. 2015;22:302-316.

101. Alicata D, Schroepfer A, Unten T, et al. Telemental health training, team building, and workforce development in cultural context: the Hawai'i experience. J Child Adolesc Psychopharmacol. 2016;26:260-265.

102. Centers for Disease Control and Prevention. CDC grand rounds: prescription drug overdoses—a U.S. epidemic. MMWR Morb Mortal Wkly Rep. 2012;61:10-13.

103. United States Drug Enforcement Administration. http://www.dea.gov/index.shtml. Accessed March 1, 2017.

104. Centers for Medicare and Medicaid Services. Medicare Claims Processing Manual. Publication 100-04, Chapter 12, # 190. Baltimore, MD: Centers for Medicare and Medicaid Services; 2006.

105. Centers for Medicare and Medicaid Services. Medicare learning network catalogue, September 2016. https://www.cms.gov/Outreach-and-Education/Medicare-Learning-Network-MLN/MLNProducts/downloads/MLNCatalog.pdf. Accessed April 8, 2017

106. Kramer GM, Luxton DD. Telemental health for children and adolescents: an overview of legal, regulatory, and risk management issues. J Child Adolesc Psychopharmacol. 2016;26:198-203.

107. Cwiek MA, Rafiq A, Qamar A, Tobey C, Merrell RC. Telemedicine licensure in the United States: the need for a cooperative regional approach. Telemed J E Health. 2007;13:141-147.

108. Interstate Medical Licensure Compact. A faster pathway to medical licensure. https://imlcc.org/. Accessed April 14, 2017.

109. Ryan Haight Online Pharmacy Consumer Protection Act. In: L P, ed. No 110, HR 6353; 2008.

110. James Arnold, Chief, Liaison and Policy Section, Drug Enforcement Administration, United States Department of Justice. Telemedicine and the Controlled Substances Act. Presentation at the Short Course, 21st Annual Meeting of the American Telemedicine Association: Minneapolis, MN; May 2016.

111. US Department of Health and Human Services. Health information privacy: the Health Insurance Portability and Accountability Act (HIPAA) of 1996. http://www.hhs.gov/ocr/privacy/index.html. Accessed April 14, 2017.

112. US Department of Education. 20 USC §1232g; 34 CFR Part 99: Family Educational Rights and Privacy Act (FERPA). http://www2.ed.gov/policy/gen/guid/fpco/ferpa/index.html?src=rn. Accessed April 14, 2017.

113. Joint Commission on the Accreditation of Healthcare Organizations (JCAHO). http://www.jointcommission.org/about_us/about_the_joint_commission_main.aspx. Accessed March 1, 2017.

114. American Telemedicine Association. State Telemedicine Policy Center. http://www.americantelemed.org/policy/state-telemedicine-policy. Accessed May 11, 2016.

115. Robert J Waters Center for Telehealth and e-Health Law (CTeL). http://ctel.org/. Accessed April 7, 2017.

116. Centers for Medicare and Medicaid Services Telehealth. http://www.cms.gov/Medicare/Medicare-General-Information/Telehealth/index.html. Accessed March 1, 2017.

117. Centers for Medicare and Medicaid Services. Medicare Learning Network. Telehealth Services. https://www.cms.gov/Outreach-and-Education/Medicare-Learning-Network-MLN/MLNProducts/downloads/telehealth srvcsfctsht.pdf. Accessed March 1, 2017

118. American Academy of Child and Adolescent Psychiatry. Code of Ethics. Washington, DC: American Academy of Child and Adolescent Psychiatry; 2014; http://www.aacap.org/App_Themes/AACAP/docs/about_us/transparency_portal/Code_Of_Ethics_2014.pdf. Accessed April 14, 2017.

119. Nelson EL, Davis K, Velasquez S. Ethical considerations in providing mental health services over videoconferencing in telepsychiatry. In: Myers K, Turvey C, eds. Telemental Health: Clinical, Technical and Administrative Foundations for Evidence-Based Practice. London: Elsevier Insights; 2012:47-60.

120. Winters NC, Pumariga A; Work Group on Community Child and Adolescent Psychiatry; Work Group on Quality Issues. Practice parameter on child and adolescent mental health care in community systems of care. J Am Acad Child Adolesc Psychiatry. 2007;46:284-299.

121. Gloff N, Lenoue S, Novins D, Myers K. Telemental health for children and adolescents. Int Rev Psychiatry. 2015;27:512-524.

122. Shore JH, Manson SM. A developmental model for rural telepsychiatry. Psychiatr Serv. 2005;56:976-980.

123. Cunningham DL, Connors EH, Lever N, Stephan SH. Providers' perspectives: utilizing telepsychiatry in schools. Telemed J E Health. 2013; 19:794-799.

124. Grady B, Myers KM, Nelson EL, et al. Evidence-based practice for telemental health. Telemed J E Health. 2011;17:131-148.

125. Fortney JC, Pyne JM, Edlund MJ, et al. A randomized trial of telemedicine-based collaborative care for depression. J Gen Intern Med. 2007;22:1086-1093.

126. Fortney JC, Pyne JM, Mouden SB, et al. Practice-based versus telemedicine-based collaborative care for depression in rural federally qualified health centers: a pragmatic randomized comparative effectiveness trial. Am J Psychiatry. 2013;170:414-425.

127. American Telemedicine Association. Expert Consensus Recommendations for Videoconferencing-Based Telepresenting, November 2011. http://dev.americantelemed.org/docs/default-source/standards/expert-consensus-recommendations-for-videoconferencing-based-telepresenting.pdf?sfvrsn=4. Accessed March 11, 2017.

128. Krupinski EA; American Telemedicine Association. Core operational guidelines for telehealth services involving provider-patient interactions. http://www.americantelemed.org/docs/default-source/standards/core-operational-guidelines-for-telehealth-services.pdf?sfvrsn=6. Published 2014. Accessed March 1, 2017.

129. Luxton DD, Sirotin AP, Mishkind MC. Safety of telemental healthcare delivered to clinically unsupervised settings: a systematic review. Telemed J E Health. 2010;16:705-711.

130. Luxton DD, O'Brien K, McCann RA, Mishkind MC. Home-based telemental healthcare safety planning: what you need to know. Telemed J E Health. 2012;18:629-633.

131. Shore JH, Hilty DM, Yellowlees P. Emergency management guidelines for telepsychiatry. Gen Hosp Psychiatry. 2007;29:199-206.

132. Bruns EJ, Pullmann MD, Sather A, Brinson RD, Ramey M. Effectiveness of wraparound versus case management for children and adolescents: results of a randomized study. Admin Policy Ment Health Ment Health Serv Res. 2015;42:309-322.

133. Savin D, Glueck DA, Chardavoyne J, Yager J, Novins DK. Bridging cultures: child psychiatry via videoconferencing. Child Adolesc Psychiatr Clin North Am. 2011;20:125-134.

134. Brooks E, Spargo G, Yellowlees P, O'Neil P, Shore J. Integrating culturally appropriate care into telemental health practice. In: Myers K, Turvey C, eds. Telemental Health: Clinical, Technical and Administrative Foundation for Evidence-Based Practice. London: Elsevier Insights; 2013:63-79.

135. Shore JH, Savin DM, Novins D, Manson SM. Cultural aspects of telepsychiatry. J Telemed Telecare. 2006;12:116-121.

136. Singh R, Mathiassen L, Stachura ME, Astapova EV. Sustainable rural telehealth innovation: a public health case study. Health Serv Res. 2010; 45:985-1004.

137. National Conference of Legislatures. State coverage for telehealth services. http://www.ncsl.org/research/health/state-coverage-for-telehealth-services.aspx. Accessed March 1, 2017.

138. AMD Global Telemedicine. Private payer reimbursement information directory. http://www.amdtelemedicine.com/telemedicine-resources/PrivatePayersByState.html. Accessed March 1, 2017.

139. Denison-Robert CS. Telemedicine Program Funding and Sustainability Webinar. Presented at University of Kentucky College of Medicine and AMD Global Medicine; 2014.

140. Amarendran V, George A, Gersappe V, Krishnaswamy S, Warren C. The reliability of telepsychiatry for a neuropsychiatric assessment. Telemed J E Health. 2011;17:223-225.

141. Boydell KM, Greenberg N, Volpe T. Designing a framework for the evaluation of paediatric telepsychiatry: a participatory approach. J Telemed Telecare. 2004;10:165-169.

142. Boydell KM, Volpe T, Pignatiello A. A qualitative study of young people's perspectives on receiving psychiatric services via televideo. J Can Acad Child Adolesc Psychiatry. 2010;19:5-11.

143. Geyer J, Myers K, Vander Stoep A, McCarty C, Palmer N, DeSalvo A. Implementing a low-cost web-based clinical trial management system for community studies: a case study. Clin Trials. 2011;8:634-644.

144. Rockhill CM, Violette H, Vander Stoep A, Grover S, Myers K. Caregiver's distress: youth with ADHD and comorbid disorders assessed via telemental health. J Child Adolesc Psychopharmacol. 2013;23:379-385.

145. O'Reilly R, Bishop J, Maddox K, Hutchinson L, Fishman M, Takhar J. Is telepsychiatry equivalent to face-to-face psychiatry? Results from a randomized controlled equivalence trial. Psychiatr Serv. 2007;58: 836-843.

146. Ruskin PE, Silver-Aylaian M, Kling MA, et al. Treatment outcomes in depression: comparison of remote treatment through telepsychiatry to in-person treatment. Am J Psychiatry. 2004;161:1471-1476.

147. Rockhill CM, Tse YJ, Fesinmeyer MD, Garcia J, Myers K. Medication strategies used in the Children's ADHD Telemental Health Treatment Study. J Child Adolesc Psychopharmacol. 2016;26:662-671.

148. Kramer GM, Mishkind MC, Luxton DD, Shore JH. Managing risk and protecting privacy in telemental health: an overview of legal, regulatory, and risk management issues. In: Myers K, Turvey C, eds. Telemental

Health: Clinical, Technical and Administrative Foundation for Evidence-Based Practice. London: Elsevier Insights; 2013:83-107.

149. Lieberman D, Myers K, Roth DE, Zekovic-Roth S. Designing and conducting a successful telepsychiatry program. Workshop presented at the 61st annual meeting of the American Academy of Child and Adolescent Psychiatry; San Diego, CA; 2014.

150. Drug Enforcement Agency Department of Justice; Office of Diversion Control. Electronic Prescriptions for Controlled Substances (EPCS). http://www.deadiversion.usdoj.gov/ecomm/e_rx/. Published 2009. Accessed July 29, 2016.

151. Bridge JA, Iyengar S, Salary CB, et al. Clinical response and risk for reported suicidal ideation and suicide attempts in pediatric antidepressant treatment: a meta-analysis of randomized controlled trials. JAMA. 2007;297:1683-1696.

152. Backhaus A, Agha Z, Maglione ML, et al. Videoconferencing psychotherapy: a systematic review. Psychol Serv. 2012;9:111-131.

153. Hilty DM, Ferrer DC, Parish MB, Johnston B, Callahan EJ, Yellowlees PM. The effectiveness of telemental health: a 2013 review. Telemed J E Health. 2013;19:444-454.

154. Frueh BC, Monnier J, Yim E, Grubaugh AL, Hamner MB, Knapp RG. A randomized trial of telepsychiatry for post-traumatic stress disorder. J Telemed Telecare. 2007;13:142-147.

155. Gros DF, Morland LA, Greene CJ, et al. Delivery of evidence-based psychotherapy via video telehealth. J Psychopathol Behav Assess. 2013;35:506-521.

156. Osenbach JE, O'Brien KM, Mishkind M, Smolenski DJ. Synchronous telehealth technologies in psychotherapy for depression: a meta-analysis. Depress Anxiety. 2013;30:1058-1067.

157. Frueh BC, Monnier J, Grubaugh AL, Elhai JD, Yim E, Knapp R. Therapist adherence and competence with manualized cognitive-behavioral therapy for PTSD delivered via videoconferencing technology. Behav Modif. 2007;31:856-866.

158. Morland LA, Greene CJ, Rosen CS, et al. Telemedicine for anger management therapy in a rural population of combat veterans with post-traumatic stress disorder: a randomized noninferiority trial. J Clin Psychiatry. 2010;71:855-863.

159. Nelson EL, Bui T. Rural telepsychology services for children and adolescents. J Clin Psychol. 2010;66:490-501.

160. Slone NC, Reese RJ, McClellan MJ. Telepsychology outcome research with children and adolescents: a review of the literature. Psychol Serv. 2012;9:272-292.

161. Van Allen J, Davis AM, Lassen S. The use of telemedicine in pediatric psychology: research review and current applications. Child Adolesc Psychiatr Clin North Am. 2011;20:55-66.

162. Karp W, Grigsby K, McSwiggan-Hardin M, et al. Use of telemedicine for children with special health care needs. Pediatrics. 2000;105:843-847.

163. Gabel S. Telepsychiatry, public mental health, and the workforce shortage in child and adolescent psychiatry. J Am Acad Child Adolesc Psychiatry. 2009;48:1127-1128.

164. Medicare Program; Medicare Shared Savings Program: Accountable Care Organizations. Final rule. Centers for Medicare & Medicaid Services (CMS), HHS. Fed Regist. 2015;80:32691-32845; https://www.federalregister.gov/articles/2015/06/09/2015-14005/medicare-program-medicare-shared-savings-program-accountable-care-organizations. Accessed March 1, 2017.

165. Burns BJ, Costello EJ, Angold A, et al. Children's mental health service use across service sectors. Health Aff (Millwood). 1995;14:147-159.

166. Rones M, Hoagwood K. School-based mental health services: a research review. Clin Child Fam Psychol Rev. 2000;3:223-241.

167. Grady B, Lever N, Cunningham D, Stephan S. Telepsychiatry and school mental health. Child Adolesc Psychiatr Clin North Am. 2011; 20:81-94.

168. Sanders K, Ramsey AT, Heitkamp R, Ogita S, Donney V. Lessons learned from the implementation of a school-based telepsychiatry enhancement program for students with special education needs. J Rural Com Psychol. 2012;E15.

169. Walter HJ, Berkovitz IH. Practice parameter for psychiatric consultation to schools. J Am Acad Child Adolesc Psychiatry. 2005;44: 1068-1083.

170. Teplin LA, Abram KM, McClelland GM, Dulcan MK, Mericle AA. Psychiatric disorders in youth in juvenile detention. Arch Gen Psychiatry. 2002;59:1133-1143.

171. Bastastini AB. Improving rehabilitative efforts for juvenile offenders through the use of telemental healthcare. J Child Adolesc Psychopharmacol. 2016;26:273-277.

172. Accreditation Council for Graduate Medical Education. The Child and Adolescent Psychiatry Milestone Project. http://www.acgme.org/Portals/0/PDFs/Milestones/ChildandAdolescentPsychiatryMilestones.pdf. Published 2015. Accessed March 20, 2017.

173. Accreditation Council for Graduate Medical Education. Clinical Learning Environment Review (CLER). http://www.acgme.org/What-We-Do/Initiatives/Clinical-Learning-Environment-Review-CLER. Published 2016. Accessed March 20, 2017.

174. Hilty DM, Crawford A, Teshima J, et al. A framework for telepsychiatric training and e-health: competency-based education, evaluation and implications. Int Rev Psychiatry. 2015;27:569-592.

175. Hilty DM, Yellowlees PM, Tuerk PW, et al. Program evaluation and modification: supporting pragmatic data-driven clinical videoconferencing (CV) services. In: Tuerk P, Shore P, eds. Clinical Videoconferencing in Telehealth: Program Development and Practice. New York: Springer; 2014:105-132.

176. Sunderji N, Crawford A, Jovanovic M. Telepsychiatry in graduate medical education: a narrative review. Acad Psychiatry. 2015;39:55-62.

177. Shore JH, Thurman MT, Fujinami L, Brooks E, Nagamoto H. A resident, rural telepsychiatry service: training and improving care for rural populations. Acad Psychiatry. 2011;35:252-255.

178. Chung-Do J, Helm S, Fukuda M, Alicata D, Nishimura S, Else I. Rural mental health: implications for telepsychiatry in clinical service, workforce development, and organizational capacity. Telemed J E Health. 2012;18:244-246.

179. Dzara K, Sarver J, Bennett JI, Basnet P. Resident and medical student viewpoints on their participation in a telepsychiatry rotation. Acad Psychiatry. 2013;37:214-216.

180. Ulzen T, Williamson L, Foster PP, Parris-Barnes K. The evolution of a community-based telepsychiatry program in rural Alabama: lessons learned—a brief report. Community Ment Health J. 2013;49:101-105.

181. Volpe T, Boydell KM, Pignatiello A. Attracting child psychiatrists to a televideo consultation service: the TeleLink experience. Int J Telemed Appl. 2013;2013:146858.

182. Teshima J, Hodgins M, Boydell KM, Pignatiello A. Resident evaluation of a required telepsychiatry clinical experience. Acad Psychiatry. 2016; 40:348-352.

183. Godleski L. A comprehensive national telemental health training program. Acad Psychiatry. 2012;36:408-410.

HHS Public Access
Author manuscript
*J Addict Med.* Author manuscript; available in PMC 2018 March 01.

Published in final edited form as:
*J Addict Med.* 2017 ; 11(2): 138–144. doi:10.1097/ADM.0000000000000287.

# Treatment Outcome Comparison between Telepsychiatry and Face-to-face Buprenorphine Medication-Assisted Treatment (MAT) for Opioid Use Disorder: A 2-Year Retrospective Data Analysis

**Wanhong Zheng, MD**,
Department of Behavioral Medicine and Psychiatry, School of Medicine, West Virginia University, Morgantown, West Virginia 26505

**Michael Nickasch, BS**,
Department of Behavioral Medicine and Psychiatry, School of Medicine, West Virginia University, Morgantown, West Virginia 26505

**Laura Lander, MSW**,
Department of Behavioral Medicine and Psychiatry, School of Medicine, West Virginia University, Morgantown, West Virginia 26505

**Sijin Wen, PhD**,
Department of Biostatistics, School of Public Health, West Virginia University, Morgantown, West Virginia 26505

**Minchan Xiao, PhD**,
Department of Biostatistics, School of Public Health, West Virginia University, Morgantown, West Virginia 26505

**Patrick Marshalek, MD**,
Department of Behavioral Medicine and Psychiatry, School of Medicine, West Virginia University, Morgantown, West Virginia 26505

**Ebony Dix, MD**, and
Department of Behavioral Medicine and Psychiatry, School of Medicine, West Virginia University, Morgantown, West Virginia 26505

**Carl Sullivan, MD**
Department of Behavioral Medicine and Psychiatry, School of Medicine, West Virginia University, Morgantown, West Virginia 26505

Corresponding Author: Wanhong Zheng MD, 930 Chestnut Ridge Road, Department of Behavioral Medicine and Psychiatry, School of Medicine, West Virginia University, Morgantown, West Virginia 26505, wzheng@hsc.wvu.edu, Tel: 304-293-8715, Fax: 304-293-8724.
Co-authors:
Michael Nickasch BS, msnickasch@mix.wvu.edu, Tel: 304-293-5323, Fax: 304-293-8724
Laura Lander MSW, llander@hsc.wvu.edu, Tel: 304-293-5323, Fax: 304-293-8724
Sijin Wen PhD, siwen@hsc.wvu.edu, Tel: 304-581-1971, Fax: 304-293-6685
Minchan Xiao PhD, xiaominchan@gmail.com, Tel: 304-581-1971, Fax: 304-293-6685
Patrick Marshalek MD, pmarshalek@hsc.wvu.edu, Tel: 304-293-5323, Fax: 304-293-8724
Ebony Dix MD, emdix@hsc.wvu.edu, Tel: 304-293-5323, Fax: 304-293-8724
Carl Sullivan MD, csullivan@hsc.wvu.edu, Tel: 304-293-5323, Fax: 304-293-8724

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Zheng et al.

## Abstract

**bjectives**    To retrospectively review clinic records to assess the difference between face-to-face and telepsychiatry buprenorphine Medication-assisted treatment (MAT) programs for the treatment of opioid use disorder on three outcomes: additional substance use, average time to achieve 30 and 90 consecutive days of abstinence, and treatment retention rates at 90 and 365 days.

**Methods**    Medical records of patients (N  100) who were participating in telepsychiatry and in face-to-face group-based outpatient buprenorphine MAT programs were reviewed and assessed using descriptive statistical analysis.

**esults**    n omparison with the telepsychiatry MAT group, the face-to-face MAT group showed no significant difference in terms of additional substance use, time to 30 days (p  0.09) and 90 days of abstinence (p  0.22), or retention rates at 90 and 365 days (p  0.99).

**Conclusions**    We did not find any significant statistical difference between telepsychiatry buprenorphine MAT intervention through videoconference and face-to-face MAT treatment in our Comprehensive  pioid Addiction Treatment (C AT) model for individuals diagnosed with  pioid Use Disorder in terms of additional substance use, average time to 30 and 90 days of abstinence, and treatment retention rates.

**ey ords**

buprenorphine; MAT; opioid use disorder; telepsychiatry; retention

## N    D C   N

ver the past decades, opioid use disorder has become an epidemic health problem both in the United States and globally. Congruent with the peaking prevalence of this epidemic, the demand for Medication-assisted treatment (MAT) for opioid use disorder has risen sharply. n a span of 15 years from 1997 to 2011, opioid dependent Americans seeking MAT had increased by 900  (SAM  SA, 2010; 2013). Despite national data projecting a prevalence of opioid use disorder in sums surpassing 5 million in the United States, only a fraction of this population (22  ) had received MAT from the years 2009 to 2013 (Rinaldo and Rinaldo, 2013; Alexander et al., 2015). While attributable etiologies behind poor treatment engagement are multifactorial, the reality of patient access limitations must be strongly considered, as 96  of all states in the US face a despairing gap between their opioid dependent population and their MAT capacity (Jones et al, 2015). The current waitlist for MAT at West Virginia University Chestnut Ridge Center (CRC) is more than 600 patients. While healthcare, legislative, and collaborative community efforts have produced progress in combating the opioid epidemic, the current state re uires novel solutions to improve access for patients seeking treatment.

pioid use disorder is a complex chronic health condition that often re uires long-term structured treatment and care. The success of treatment often relies on combination of specific pharmacological and psychosocial interventions that aim to reduce both illicit opioid use and its related harms, and to improve uality of life (World  ealth  rganization,

2009). Currently, methadone and buprenorphine are the only two opioid agonist medications approved by the Food and Drug Administration (FDA) for MAT of opioid use disorder.

Methadone is a full opioid agonist and has been used for opioid medication maintenance for many years (Dole and Nyswander, 1965; Mattick et al., 2009). Buprenorphine is a partial opioid agonist that was approved in 2002 by the FDA as a pharmacotherapy agent for the treatment of opioid use disorder in the United States (Fiellin et al., 2001; Food and Drug Administration, 2002). Buprenorphine is considered to be safer than methadone and e ually effective for maintenance treatment (Pinto et al., 2008; Amass et al., 2012; Salisbury et al., 2012;  ser et al., 2014). Treatment using buprenorphine was reported to have good retention rates, treatment adherence, and patient as well as provider satisfaction (Becker and Fiellin, 2006; Pinto et al., 2008; Strobbe et al., 2011). Unlike methadone clinics, which are typically housed in stand-alone facilities, buprenorphine treatment programs are office-based. This allows patients to have easier access to MAT.  owever, many individuals, especially those who live in rural areas, seek this treatment but have limited to no access to buprenorphine providers.

Telepsychiatry may present a promising way to deliver MAT to this population and expand access to care. Using new audio-video technology to remove the barriers of time and distance for individuals who are most in need of medical and health care services is not a new idea, yet it has become increasingly popular in recent years (Wilson and Maeder, 2015).  n he realm of psychiatry, diagnoses and treatment decisions are fre uently based on record review, patient interview, and observation, enabling telepsychiatry to  uickly evolve as an alternative to office visits for patients who do not have easy access to mental health services (Deslich et al., 2013; Ulzen et al., 2013). This could be a particularly attractive option for rural patients for whom face-to-face treatment access is limited. A recent published review of 70 studies found a wide consensus of e uivalence, and in some cases superiority, in terms of diagnosis, clinical outcomes, access to care, and patient satisfaction of telepsychiatry medicine when compared to in-person services ( ilty, 2013).  owever, data regarding the utility of telepsychiatry for MAT for opioid use disorder is very limited. To our knowledge, there have been no studies published regarding outcomes of telepsychiatry using buprenorphine in MAT.

This article reports data from a 2-year retrospective analysis comparing treatment outcomes between telepsychiatry and face-to-face MAT for opioid use disorder with buprenorphine. We introduce our outpatient Comprehensive  pioid Addiction Treatment (C AT) model for opioid maintenance treatment and assess the difference between telepsychiatry MAT and face-to-face treatment in this setting. The purpose of this pilot study is to establish a groundwork of evidence surrounding telepsychiatry and its role as an alternative means of delivering substance use disorder treatment to those outpatients who live in rural areas with limited access to addiction treatment and services.

Author Manuscript    Author Manuscript    Author Manuscript    Author Manuscript

Zheng et al.                                                                                                                    Page 4

## ME H DS

### Study Setting

This study was conducted at West Virginia University Department of Behavioral Medicine and Psychiatry CRC, one of the largest mental health service centers in West Virginia. The center provides opioid use disorder treatment through both face-to-face and telepsychiatry clinics by using an interdisciplinary team approach named the Comprehensive pioid Addiction Treatment (C AT) program. t includes group-based medication management followed by substance use disorder focused group therapy at the same clinic visit. The group therapy content is not standardized, however all therapists use a CBT based therapeutic model incorporating psychoeducation regarding the disease of addiction, relapse prevention, and 12-step facilitation concepts. There were no efforts to ensure the e uivalence of group therapy at the two sites. nitially, patients attend these treatment services weekly. nce they have 90 days of abstinence and are actively involved in 12-step meetings as evidenced by having a 12- step sponsor, they begin to come every other week. After a year of abstinence from alcohol and any illicit drugs, they may attend treatment monthly.

Each patient signs an agreement before being enrolled in the C AT clinic. A list of medications including selected controlled substances is disallowed for the purpose of buprenorphine maintenance treatment. All patients are re uired to attend a minimum of four 12-step meetings a week and submit to random urine drug screens. All urine drug tests are first done on site using enzyme immunoassay (E A) screening that allows for rapid results reporting. The provider gets the screening report immediately during the group time, and discusses the results with patients. Secondary analysis on the same specimen is performed with gas chromatography/mass spectrometry ( C/MS) testing methodology. This serves as confirmatory and provides identification and uantification of the specific drugs present. The final results (if positive) are used to compare with patients self-reports, and discussed in the following week s medication and therapy group session. To ensure treatment adherence, buprenorphine and its metabolite nor-buprenorphine must be present in the urine drug screen in order for a new prescription to be written. f a patient has a positive urine drug screen, they may be re uired to attend more 12-step meetings, to increase individual therapy sessions, or to come back for more fre uent pill counts or urine drug screens. Sometimes, a patient in a bi-weekly group may be sent back to the weekly group if fre uent relapses occur. Patients can only be moved to a bi-weekly group after attaining 90 consecutive days of abstinence, completing the re uired number of 12-step meetings and obtaining a 12-step sponsor. Criteria for patient discharge include evidence of dishonesty, diversion, illegal activity on the premises or if a patient re uires a higher level of care. These circumstances are all clearly specified in the C AT treatment agreement signed before patient enrolls in the program. Patients who discontinue the clinic for any reason can re-enroll after one month. The telepsychiatry program for MAT follows the same model, except that the psychiatrist delivers addiction assessment and care in a group setting through videoconferencing to patients who live in two rural southern West Virginia counties located 225 miles from CRC. Those patients receive their group therapy and random urine drug screenings through local community mental health facilities.

Author Manuscript    Author Manuscript    Author Manuscript    Author Manuscript

Zheng et al.

### Design

The study design is a retrospective chart review. Treatment information regularly recorded for all C AT patients includes current and previous buprenorphine formulation and dosage, abstinence time, random Urine Drug Screen results, peer support group meeting attendance, 12-step sponsorship status, etc. The two telepsychiatry sites in remote counties included in this study keep records of initial psychosocial intakes and therapy notes that include substance use and treatment history, psychosocial history, and therapy progress related information. We reviewed the notes from 01/01/2013 to 12/31/2014 and selected C AT clinic patients who were under the care of the same psychiatrist who provided medication management through both telepsychiatry and face-to-face method during the same study period. Those who enrolled after 10/01/2014 were excluded because they had not been in the treatment program for 90 days by the end of the study window time (12/31/2014) and therefore could not be used for 90 days abstinence or retention calculation. Patients included in the study received MAT services in weekly and biweekly groups at CRC or telepsychiatry sites. roup therapy at all locations had the same structure and goals. The treatment re uirements including meeting and therapy attendance followed the same agreement and policy. The group therapists were different for telepsychiatry and face-to-face treatment. roup therapy was face-to-face for both treatment groups. As this was a retrospective chart review of existing clinical data, the West Virginia University nstitutional Review Board approved this study and granted a waiver regarding the need to obtain informed consent and ealth nsurance Portability and Accountability Act authorization.

At the beginning of this study period the DSM V was still in use and some patients in the study were diagnosed with opioid dependence. Since that time, the DSM 5 has been approved. All patients were assessed to meet criteria for opioid use disorder and that diagnosis is the one referenced in this paper.

### Measures

Abstinence time was defined as days since last use of non-prescribed or illicit opioids or any prohibited drugs or alcohol. Drug use was based on both patient self-report and/or random urine drug screen test results. Though not specifically examined, it appears to the clinicians that patients reported more relapses than detected by urine drug screen tests.

Times to 30 and 90 days abstinence were defined as from the time each patient started the treatment program to the time each patient reached 30 and 90 consecutive days of abstinence time respectively.

Treatment retention was calculated at 90 and 365 days after the enrollment. The admission to treatment programs was on a rolling basis, which means that patients could be admitted anytime during the year. For this study, we reviewed the notes over two years. The retention rate was calculated as the percentage of patients who stayed in treatment over 90 or 365 days. With the study period ending on 12/31/2014, we excluded patients starting the program after 10/01/2014 for 90-day retention calculation and those starting after 01/01/2014 for the 365-day retention calculation. Some patients were discharged but then

Author Manuscript

reenrolled during the study period; these were counted as separate cases for this study purpose.

## Statistical Analysis

The primary endpoints are the treatment outcomes measured in three parameters: rates of additional substance use, average time to get to first 30 and 90 consecutive days of abstinence, and retention rates at 90 and 365 days. For the continuous outcome of time to 90 consecutive days of abstinence with standard deviation of 35 days, our sample size in this study has 80 power to detect a difference of 20 days between two treatment groups using two-sided two-sample t-test. For the binary outcome of retention (yes or no), the same sample size has 80 power to detect a difference of 50 versus 78 retention rates between two treatment groups. Descriptive statistics were used to analyze the parameters being investigated, including mean with standard deviation and range for continuous variables such as time in days to 30 and 90 days of abstinence, and proportions or percentage for categorical variables. Wilcoxon rank sum test was used to assess telepsychiatry and face-to-face groups without normal distribution assumption. Chi-s uared test was applied to assess the observed difference in additional substance use and retention rates between the two groups. eneralized estimating e uations ( EE) with a logit link were used to adjust for covariates for determining the association between treatment modality and retention measured as a binary outcome (yes/no). A p-value 0.05 implies the statistical significance in this study. Statistical calculations were performed using SAS 9.2 and R software, version R 3.1.3.

## Partici ants

A total of 100 patients were included in this study. Basic demographic and opioid use characteristics are presented in Table 1. There were several instances of missing data due to incomplete records.

## ES L S

The demographics of two study populations are illustrated in Table 1. No statistical difference was detected between the telepsychiatry and face-to-face groups, exemplified by p values .05 in each demographic metric examined.

Additional substance use is summarized in Figure 1. The telepsychiatry group percentage of those attaining 90 consecutive days of abstinence before 12/31/2014 is 49 , and 37 in the face-to-face group; Chi-s uared test (p 0.31) indicating no significant difference between the two groups. More than half of each group (51 of the telepsychiatry and 63 of the face-to-face group) was unable to attain 90 days of abstinence before 12/31/2014. Among those reaching 90 days of abstinence time, 10 (43 ) telepsychiatry patients and 6 (27 ) face-to-face patients did not use any additional substances while attending the weekly groups. 6 (13 ) patients from the telepsychiatry group and 4 (7 ) patients from the face-to-face group dropped out of program (mostly had no shows to groups) at an early treatment phase (some less than 1 week), before a possible relapse could be recorded. Additionally, comparison of the percentage of patients with 0, 1–2, or 3 relapses between the two groups

fails to show differences that were statistically significant (p   0.12). There is also no statistical difference (p   0.38) when comparing only those patients who attained 90 consecutive days of abstinence.  n both the telepsychiatry and face-to-face groups, the most common number of relapses was 1–2. Among telepsychiatry patients who eventually attained 90 consecutive days abstinent within the study window, it was almost e ually as common for patients to relapse 1–2 and   3 times. Comparatively overall, there were less face-to-face patients who had   3 relapses, but had more than two times the amount of patients relapsing 1–2 times in contrast to the telepsychiatry 90-day abstinence subgroup.   f note, there were several instances of repeat enrollment.  n the telepsychiatry group, one patient had two separate enrollments in the weekly group and counted twice (total 47 instead of 46), this patient did not advance past weekly group in two enrollments.  n the face-to-face group, five patients had two separate enrollments in the weekly group therefore counted twice (total 59 instead of 54). Among these five, only two advanced to the biweekly group on second attempt.

Table 2 illustrates the comparison of time to reach 30 and 90 days of abstinence between the two groups.  n the telepsychiatry group, it took patients a range of 30–70 days to reach 30 consecutive days of abstinence, whereas it took the patients in the face-to-face group 30–112 days.  n terms of time to reach 90 days of abstinence, telepsychiatry patients re uired 90–194 days, while face-to-face patients re uired 90–236 days. Neither of these differences were statistically significant, although at the .09 p value, the telepsychiatry group trended towards achieving clean time more  uickly. While the face-to-face group has a longer average time to 30 and 90 days of abstinence, the p value indicates that these differences are statistically insignificant.

   roup retention rates are presented in Tables 3 and 4. Table 3 illustrates the group comparison for 90-day retention.  t includes all patients enrolled before 10/01/2014, as patients enrolled after this date could not feasibly meet statistical inclusion for 90-day treatment retention by the end of the study window 12/31/2014. For this same reason, the 365-day retention comparison in Table 4 includes only patients enrolled before 01/01/2014. We also calculated 90-day retention for this subgroup.

For patients who could have potentially stayed in treatment for 90 days, both groups retained close to 50    of patients at 90 days. Between patients that started treatment before 01/01/2014, the retention rates at 90 days are comparable to the previous groups, 12/24 (50    telepsychiatry group) and 17/31 (54.9    face-to-face group), both consistently close to 50  . The retention rates at 365 days decreased to 10/24 (41.7    telepsychiatry group) and 11/31 (35.5    face-to-face group). This difference was not statistically significant between the two groups (p   0.99).  n the multivariate analysis of these retention rates, the fitted    EE logistic model indicates no statistically significant difference between the two groups (p 0.29 for 90 days and p   0.55 for 365 days), adjusting for all variables from Table 1 except for race since there is only one African-American in the telepsychiatry group. Furthermore, when examining only the patients staying more than 90 days, the proportionated retention rates increase to 83.3    (10/12) in the telepsychiatry group and 64.7    (11/17) in the face-to-face group. Chi-s uared test (p   0.49) shows no statistical difference.

## DISCUSSION

The results of this study show that there is no significant difference in terms of three different outcomes when comparing telepsychiatry and face-to-face modalities in MAT of opioid use disorder. In particular, retrospective analysis of patients enrolled in our CLAT clinic failed to exemplify statistically significant differences in terms of demographics, additional substance usage, time to reach 30 and 90 consecutive days of abstinence, and patient retention rates at 90 and 365 days of treatment. From our data, it appears that in both groups, once a patient makes it past the early phase of treatment that they are much more likely to remain in treatment. Additionally, a possible trend was observed towards the telepsychiatry patients having slightly better outcomes in terms of time to reach 30 and 90 consecutive days of abstinence. With a larger sample size, we would be better able to assess if this translated into a significant difference.

Addressing the opioid epidemic and optimizing treatment for opioid use disorder remains a complex and multifaceted undertaking of great significance for patients, public health policy, and healthcare as a whole. With its high prevalence, chronic-relapsing nature, and broad implications (infectious disease, overdose mortality, and crime rates), a measurable strain is placed on local communities and healthcare systems, making opioid use disorder an essential target for continued research, and for the development of new and modification of existing evidence-based treatments. Consequentially, practitioner adaptation has resulted in substantial variability between clinical practices of MAT for opioid use disorder. This creates a challenge in terms of data congruency and outcome measure (such as treatment retention rates and efficacy) compatibility across various clinical and research settings. Unfortunately, this study fails to address this challenge and lacks ability to draw inferences regarding efficacy, as a consequence of the nature of our retrospective study design.

In a recent meta-analysis of retention rates in MAT for opioid use disorder consisting of 55 published (RCT and non-RCT) trials from years 2010–2015, the authors report a staggering overall variability in retention rates of 19–94% at 3 months (Timko et al., 2016). The authors' extensive stratification of this study data by research design, treatment modality, and therapy modifiers clearly illustrates the broad spectrum of MAT in its current clinical form. Acknowledging a lack of study follow-up time for retention studies, the authors report an aggregate 6-month retention of 55% from non-RCT studies with buprenorphine/naloxone MAT with a psychosocial program and group cognitive behavioral therapy. Interestingly, with comparable practices of MAT to that of our study population, the retention statistics between our study and that of the stratified meta-analysis cohort share close resemblance.

The primary strength behind our study is that it presents pilot data on a patient population that has yet to be studied in terms of interventional delivery and associated outcomes through telepsychiatry when compared to its standard-of-care counterpart. In attempts to control for confounding, the study uses a standard delivery of MAT treatment by the same physician using the same MAT CLAT model. While contributing noteworthy strength and validity to our study, it significantly restricts the sample size and statistical power, which is its primary weakness. Our power analyses indicate that the sample size in this retrospective study may be too small to detect small differences between these two treatment groups and

that a larger prospective study should be used to confirm the result. We attempted to increase the length of the study period, but were ultimately restricted to two years due to limitations in medical record access. owever, when compared to the majority of published literature on MAT retention, our two-year analysis period adds to our study s strength. Alternatively, multiple time-to-recurrence analysis may be a better choice to study this population if the data had been available. Additionally, different therapists delivered the group services between study groups, so there was likely some variation in the delivery of group therapy. Furthermore, we must take into account the uni ue characteristics of the population studied. West Virginia faces the highest opioid-related mortality rates nationwide. This population represents a rural population, which differs from that of the general treatment population, with telepsychiatry patients being from even less populated counties. Conse uentially, it is important to recognize and acknowledge the possibility of unaccounted confounding in the study s findings as well as its generalizability to other populations and healthcare systems. Finally, another limitation of this study is the simplified measures of outcome. t should be noted that Recover is not simply sobriety (Schwarzlose et al., 2007). Additional components, such as employment, relationship and marriage, crime activity etc., are also particularly important to the recovering individual and to families and society. Unfortunately we did not collect data about these changes for the participants.

Nonetheless, in response to the lack of research in telepsychiatry outcomes in MAT, it is hoped that this pilot study will expand on the current state of research surrounding telepsychiatry as well as to underline the utility of telepsychiatry in the MAT setting for opioid use disorder. While sample size and statistical power are limited in this study, the novel application and pilot data serve as its primary strength in exemplifying similarity in some objective outcome metrics. The hope is that this study will open further avenues for research, funding, and practical application in increasing access of psychiatric services through telemedicine, specifically in terms of substance use treatment and to populations with limited access to healthcare.

## C NCL S N

ncreasing healthcare access and addressing healthcare disparities remains a top priority in this evolving age of medical practice, policy, and reform. Without uestion, the opioid epidemic demands priority and attention in terms of expanding research, practical solutions, increasing access, and improving treatment uality. Providing buprenorphine MAT for opioid use disorder patients can be done through either videoconference or face-to-face groups. Retrospective analysis of our Comprehensive pioid Addiction Treatment (C AT) model yielded no statistically significant differences in outcome measures between intervention modalities of telepsychiatry and face-to-face in terms of additional substance use, average time to reach 30 and 90 consecutive days of abstinence, and patient retention rates at 90 and 365 days into treatment.

## Ackno ledg ents

The authors thank Rhonda ebb, Takeshi amamoto and other Southern ighlands CM C staff, and Elizabeth Ashley Six-Workman, Tammy Feathers, Jordan Cunningham, and Ashman Dodd at the Chestnut Ridge Center for helping with data collection. Data analysis was conducted by Dr. Sijin Wen whose work was supported by the

Author Manuscript    Author Manuscript    Author Manuscript    Author Manuscript

Zheng et al. Page 10

National nstitute of eneral Medical Sciences of the National nstitutes of ealth under Award Number U54 M104942. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National nstitutes of ealth.

## e erences

1. Alexander, C.Frattaroli, S., ielen, AC., editors. The Prescription pioid Epidemic: An Evidence-Based Approach. Baltimore, MD: Johns opkins Bloomberg School of Public ealth; 2015.

2. Amass L, Pukeleviciene V, Subata E, et al. A prospective, randomized, multicenter acceptability and safety study of direct buprenorphine/naloxone induction in heroin-dependent individuals. Addiction. 2012; 107(1):142–151. PubMed: 21749526

3. Becker WC, Fiellin DA. Provider satisfaction with office-based treatment of opioid dependence: a systematic review. Substance abuse. 2006; 26(1):15–22.

4. Deslich S, Stec B, Tomblin S, Coustasse A. Telepsychiatry in the 21st century: transforming healthcare with technology. Perspectives in ealth nformation Management. 2013; 10(Summer):1f.

5. Dole VP, Nyswander M. A medical treatment for diacetylmorphine (heroin) addiction: a clinical trial with methadone hydrochloride. Journal of the American Medical Association. 1965; 193(8):646–650. PubMed: 14321530

6. Fiellin DA, Rosenheck RA, osten TR. ffice-based treatment for opioid dependence: reaching new patient populations. American Journal of Psychiatry. 2001; 158(8):1200–1204. PubMed: 11481150

7. Food and Drug Administration. Subutex and Suboxone approved to treat opiate dependence. Postmarket Drug Safety nformation for Patients and Providers. ct 8.2002

8. ilty DM, Ferrer DC, Parish MB, Johnston B, Callahan EJ, ellowlees PM. The effectiveness of telemental health: a 2013 review. Telemedicine and e- ealth. 2013; 19(6):444–454. PubMed: 23697504

9. ser , Saxon AJ, uang D, et al. Treatment retention among patients randomized to buprenorphine/naloxone compared to methadone in a multi-site trial. Addiction. 2014; 109(1):79–87. PubMed: 23961726

10. Jones CM, Campopiano M, Baldwin , McCance- atz E. National and state treatment need and capacity for opioid agonist medication-assisted treatment. American Journal of Public ealth. 2015; 105(8)

11. Mattick RP, Breen C, imber J, Davoli M. Methadone maintenance therapy versus no opioid replacement therapy for opioid dependence. Cochrane Database Systematic Reviews. 2009; 3(3)

12. Pinto , Rumball D, Maskrey V, olland R. A pilot study for a randomized controlled and patient preference trial of buprenorphine versus methadone maintenance treatment in the management of opiate dependent patients. Journal of Substance Use. 2008; 13(2):73–82.

13. Rinaldo, S ., Rinaldo, DW. Report prepared for the American Society of Addiction Medicine. San Francisco, CA: The Avis roup; 2013. Availability without accessibility State Medicaid coverage and authorization re uirements for opioid dependence medications.

14. Salisbury AL, Coyle M , rady E, et al. Fetal assessment before and after dosing with buprenorphine or methadone. Addiction. 2012; 107(S1):36–44. PubMed: 23106925

15. Schwarzlose J, et al. The Betty Ford nstitute Consensus Panel. Special Section: Defining and Measuring Recovery. Special article What is recovery A working definition from the Betty Ford nstitute. Journal of Substance Abuse Treatment. 2007; 33:221–228. PubMed: 17889294

16. Strobbe S, Mathias L, ibbons PW, umenay E, Brower J. Buprenorphine clinic for opioid maintenance therapy: program description, process measures, and patient satisfaction. Journal of Addictions Nursing. 2011; 22(1–2):8–12.

17. Substance Abuse and Mental ealth Services Administration (SAM SA), Center for Behavioral ealth Statistics and uality. Discharges from Substance Abuse Treatment Services. Rockville, MD: SAM SA; 2010. Treatment Episode Data Set (TEDS): 2007. DAS S Ser.: S-51, S Publ. No. (SMA) 10-4479

18. Substance Abuse and Mental ealth Services Administration (SAM SA), Center for Behavioral ealth Statistics and uality. National Admissions to Substance Abuse Treatment Services.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Rockville, MD: SAM SA; 2013. Treatment Episode Data Set (TEDS): 2001–2011. B S S Ser. S-65, D S Publ. No. SMA 13-4772

19. Timko C, Schultz NR, Cucciare MA, Vittorio L, arrison-Diehn C. Retention in medication-assisted treatment for opiate dependence: A systematic review. Journal of addictive diseases. 2016; 35(1):22–35. ubMed: 26467975

20. Ulzen T, Williamson L, Foster PP, Parris-Barnes . The evolution of a community-based telepsychiatry program in rural Alabama: lessons learned a brief report. Community Mental ealth Journal. 2013; 49(1):101–105. PubMed: 22322325

21. Wilson LS, Maeder AJ. Recent directions in telemedicine: review of trends in research and practice. ealthcare informatics research. 2015; 21(4):213–222. PubMed: 26618026

22. World ealth rganization, Deptartment of Mental ealth Substance Abuse, nternational Narcotics Control Board, United Nations ffice on Drugs, Crime. uidelines for the psychosocially assisted pharmacological treatment of opioid dependence. Switzerland: W Press; 2009.



**Figure 1.**
Summary of Additional Substance Use

Author Manuscript    Author Manuscript    Author Manuscript    Author Manuscript

Zheng et al.                                                                 Page 13

**able**

Participant Characteristics

| | e e    i r | F e    e | ue |
|---|---|---|---|
| ge | 37.2  7.6 | 34.4  9.9 | 0.11 |
| e    er | | | 0.89 |
| e | 22 (47  ) | 24 (44  ) | |
| Fe    e | 24 (53  ) | 30 (56  ) | |
| e | | | 0.57 |
| ri    eri | 1 (2  ) | 2 (3.7  ) | |
| u    i | 45 (98  ) | 49 (90.7  ) | |
| er | 0 (0  ) | 1 (1.9  ) | |
| | 0 (0  ) | 2 (3.7  ) | |
| u    i | | | 0.99 |
| e    ig | 15 (33  ) | 17 (32  ) | |
| ig    r    e | 31 (48  ) | 32 (13  ) | |
| | 0 (0  ) | 5 (9  ) | |
| e | | | 0.99 |
| e | 43 (93  ) | 39 (72  ) | |
| e | 3 (7  ) | 10 (19  ) | |
| | 0 (0  ) | 5 (9  ) | |
| er    r i    i ri   i g i | | | 0.9 |
| | 13 (28  ) | 17 (31  ) | |
| e | 33 (72  ) | 37 (69  ) | |
| e g    i i u e | | | 0.85 |
| | 43 (94  ) | 50 (93  ) | |
| | 2 (4  ) | 4 (7  ) | |
| | 1 (2  ) | 0 (0  ) | |

Zheng et al.    Page 14

**able**

Comparison of Time to 30-day and 90-day Abstinence between Telepsychiatry    roup and Face-to-face    roup

| | e e    i  r | | F  e    e | | |
|---|---|---|---|---|---|
| | e    e i | ge | e    e i | ge | |
| Time to 30 days | 35/30 (30, 70) | | 42/30 (30, 112) | | 0.09 |
| Time to 90 days | 106/90 (90, 194) | | 112/94 (90, 236) | | 0.22 |

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

Zheng et al.                                                                                      Page 15

**able**

Comparison of 90-day Retention Rates between Telepsychiatry roup and Face-to-face roup for Patients Enrolled Before 10/01/2014

| r u | e e | e re | | |
|---|---|---|---|---|
| Telepsychiatry | 23(48.9 ) | 24(51.1 ) | 47 | |
| Face-to-face | 30(50.8 ) | 29(49.2 ) | 59 | 0.99 |

Zheng et al.

Author Manuscript

Author Manuscript

Author Manuscript

Author Manuscript

**able**

Comparison of 90-day and 365-day Retention Rates between Telepsychiatry   roup and Face-to-face   roup for Patients Enrolled Before 01/01/2014

| r  u | e | ie | | re | | |
|---|---|---|---|---|---|---|
| | | e  ee | | | | |
| Telepsychiatry | 12 (50 ) | 2 (8.3 ) | | 10 (41.7 ) | 24 | 0.99 |
| Face-to-face | 14 (45.1 ) | 6 (19.4 ) | | 11 (35.5 ) | 31 | |

| | ie | e  i  r gr | re | | |
|---|---|---|---|---|---|
| Telepsychiatry | | 2 (16.7 ) | 10 (83.3 ) | 12 | 0.49 |
| Face-to-face | | 6 (35.3 ) | 11 (64.7 ) | 17 | |

*J Addict Med.* Author manuscript; available in PMC 2018 March 01.

Hindawi
International Journal of Telemedicine and Applications
Volume 2018, Article ID 7937610, 7 pages
https://doi.org/10.1155/2018/7937610



## Research Article

# Characterizing the Use of Telepsychiatry for Patients with Opioid Use Disorder and Cooccurring Mental Health Disorders in Ontario, Canada

**Brittanie LaBelle,[1] Alexandra M. Franklyn,[1] Vicky PKH Nguyen,[1] Kathleen E. Anderson,[1] Joseph K. Eibl,[1] and David C. Marsh [1,2]**

[1]*Northern Ontario School of Medicine, 935 Ramsey Lake Rd., Sudbury, ON, Canada P3E 2C6*
[2]*Canadian Addiction Treatment Centers, 13291 Yonge St., Ste. 403., Richmond Hill, ON, Canada L4E 4L6*

Correspondence should be addressed to David C. Marsh; dmarsh@nosm.ca

Received 26 May 2017; Accepted 15 January 2018; Published 11 February 2018

Academic Editor: Malcolm Clarke

Copyright © 2018 Brittanie LaBelle et al. This is an open access article distributed under the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

Rural patients with opioid use disorder (OUD) face a variety of barriers when accessing opioid agonist therapy (OAT) and psychiatric services, due to the limited supply of physicians and the vast geographic area. The telemedicine allows for contact between patients and their physician—regardless of physical distance. *Objective.* We characterize the usage of telemedicine to deliver psychiatric services to patients with OUD in Ontario, as well as traits of treatment-seeking patients with opioid dependence and concurrent psychiatric disorders. *Methodology.* A retrospective cohort study was conducted using an administrative database for patients who received psychiatric services via telemedicine between 2008 and 2014 and who also had OUD. *Results.* We identified 9,077 patients with concurrent opioid use and other mental health disorders who had received psychiatric services via telemedicine from 2008 to 2014; 7,109 (78.3%) patients lived in Southern Ontario and 1,968 (21.7%) in Northern Ontario. Telemedicine was used more frequently to provide mental health services to patients residing in Northern Ontario than Southern Ontario. *Conclusion.* Telemedicine is increasingly being utilized throughout Ontario for delivering mental health treatment. There is an opportunity to increase access to psychiatric services for patients with opioid dependence and concurrent psychiatric disorders through the use of the telemedicine.

## 1. Introduction

Nonmedical use of prescription opioids is a major public health crisis across North America [1]. From 2010 to 2011, 6% of the adult population reported nonmedical prescription opioid use, making opioids the second most prevalent nonprescribed drug following cannabis. This rate becomes further inflated among high-school students (15%–20%) and in marginalized populations [2, 3]. In Canada alone, opioid use disorder (OUD) and opioid-related overdoses account for 12% of deaths in patients between the ages of 25 and 34 [4]. Furthermore, in Ontario, opioid-related overdoses are responsible for higher death rates than all other nonprescribed drugs combined [1, 5].

Methadone and buprenorphine are long-acting synthetic opioid agonists prescribed to treat OUD [6]. Health Canada's Best Practice Guideline on Methadone Maintenance Treatment identifies opioid agonist therapy (OAT) with methadone or buprenorphine as key treatment and prevention strategies to manage OUD and its associated consequences [6]. OAT is associated with a reduction in the use of other substances, criminal activity, mortality, and risk behaviors for blood-borne pathogens [6]. Moreover, OAT leads to improvements in physical and mental health, social functioning, and quality of life among people with OUD [6].

In Ontario, patients who initiate OAT require supervised daily dosing of methadone or buprenorphine in a specialized addiction clinic, family physician's office, or pharmacy [7]. Patients residing in Northern Ontario face a variety of barriers when accessing these healthcare services, such as a lack of primary care physicians and the need to travel long distances to access care [7]. Considering the long-lasting

nature of OAT, patients are required to stay connected with healthcare providers over an extended period of time and, consequently, patients receiving OAT are even more affected by the barriers of living in Northern Ontario.

The barriers experienced by patients seeking OAT mirror those experienced by patients seeking psychiatric services in Northern Ontario. As of 2009, the overall psychiatric supply in Ontario was 15.7 psychiatrists per 100,000 people [8]. Delivery of health care in Ontario is provided across fourteen Local Health Integration Networks (LHINs). Southern Ontario is comprised of LHIN 1–12, and Northern Ontario is comprised of LHIN 13-14. Of the fourteen LHINs, Northern Ontario LHINs are far below average; North Western Ontario (LHIN 14) had the third lowest psychiatrist supply (approximately 7 per 100,000) and North Eastern Ontario (LHIN 13) had the sixth lowest psychiatrist supply (approximately 8.5 per 100,000) [8]. This problem is compounded by the vast geographic landscape of Northern Ontario, where many communities are isolated from larger urban centers. This—combined with the chronic shortage of physicians—leaves many Northern Ontario mental health patients without access to treatment.

To address these barriers, the provincial government invested in the Ontario Telemedicine Network (OTN), which is now one of the largest telemedicine networks in the world [9]. Telemedicine allows for the exchange of health information between providers and their patients from various locations across the province through two-way secure videoconferencing [9, 10]. The Ministry of Health and Long-Term Care reports that 49% of total telemedicine activity is used to service Northern Ontario [9]. According to the OTN, mental health and addiction medicine accounted for 72% of total patients served by telemedicine from 2012 to 2013 [11].

With a high prevalence of mental health disorders and many patients' needs being unmet, more research is required to better understand how access to mental health treatment can be improved, particularly for those patients seeking treatment in geographically isolated regions. In this study, we characterize patients with mental health disorders and concurrent OUD who receive psychiatric services via OTN. We also quantify resource usage by region, with a focus on Northern Ontario versus Southern Ontario.

## 2. Methods

*2.1. Cohort Definition.* We conducted a retrospective cohort study of all patients with OUD (as defined by having been engaged in OAT at some point during the study period) who also received psychiatric services for a mental health diagnosis other than substance use disorder via telemedicine from 2008 to 2014. Patients were at least 15 years or older and were residents of Ontario. Due to the nature of data collection (primarily derived from physician billing data), undiagnosed patients were not captured.

*2.2. Data Sources.* Data was accessed through the Institute for Clinical and Evaluative Sciences (ICES) through the Data Access Services division. The Ontario Drug Benefit (ODB) database was used to identify all patients engaged in OAT and to determine their past medication use of methadone or buprenorphine. The ODB database contains detailed records of all prescriptions dispensed to Ontario residents eligible for public drug coverage. In Ontario, residents are eligible for public drug coverage if they are aged 65 or older, reside in a long-term care facility, are disabled, are receiving social benefits for income support, or have high prescription drug costs relative to their net household income. Health system utilization was identified using the Canadian Institute for Health Information (CIHI) and the National Ambulatory Care Reporting System, and hospital admissions were identified using the CIHI Discharge Abstract Database. All diagnosis information from physician visits was determined using billing data from the physician Ontario Health Insurance Plan (OHIP) database. OHIP covers physician services for all permanent residents of Ontario. We obtained patient location of residence and demographic information from the Ontario Registered Persons Database, which contains a unique entry for each resident who has ever received insured health services. Patient information was linked anonymously across databases using encrypted 10-digit health card numbers. The linking protocol has been described extensively elsewhere [12, 13] and is used routinely for health system research in Ontario [14–16].

*2.3. Telemedicine Definition.* Patients' data were irrevocably stripped of personal identifiers before being made available for analysis. Telemedicine care via the OTN was identified by physician OHIP billing codes, which are specific to telemedicine appointments. Patients were included in the observational cohort if they had received a psychiatric diagnosis between 2008 and 2014 (listed in Table 1) from a psychiatrist via OTN (billing codes listed in Table 1) and if they were also diagnosed with OUD, as defined by having engaged in OAT at some point during the study period. It is worth noting that the treatment of OUD may or may not have involved physician care by OTN for the purposes of this study. Only patient data files with attachment to one of the 14 LHINs in Ontario were included in the analysis to aid subcohort analysis.

*2.4. Methadone/Buprenorphine Subgroups.* Patients with OUD were identified as any patient with a prescription for methadone or buprenorphine for the treatment of OUD during the study window. Patients receiving methadone or buprenorphine for whom the cost of medication was covered by the patient through direct payment or through private insurance or federal government insured health benefits were not identifiable in the data set. Previous research has demonstrated that the vast majority of patients treated with OAT in Ontario utilize the Ontario Drug Benefit program and therefore would be included in this analysis [17]. All patients were at least 15 years or older (to exclude data entry errors for newborns; patients < 18 years of age accounted for <1% of cohort) and were eligible for public drug coverage through the ODB plan. In Ontario, methadone is dispensed exclusively in liquid formulation, with very few exceptions; therefore, patients prescribed methadone in a tablet formulation (with a medication possession ratio

TABLE 1: ICD-9 mental health classifications.

| |
|---|
| 291: alcoholic psychosis, delirium tremens, Korsakov's psychosis |
| 292: drug psychosis |
| 295: schizophrenia |
| 296: manic depressive psychosis, involutional melancholia |
| 297: paranoid states |
| 298: other psychoses |
| 300: anxiety neurosis, hysteria, neurasthenia, obsessive compulsive neurosis, reactive depression |
| 301: personality disorders (e.g., paranoid personality, schizoid personality, obsessive compulsive personality) |
| 302: sexual deviations |
| 303: alcoholism |
| 304: drug dependence, drug addiction |
| 305: tobacco abuse |
| 307: habit spasms, tics, stuttering, tension headaches, anorexia nervosa, sleep disorders, enuresis |
| 309: adjustment reaction |
| 311: depressive or other nonpsychotic disorders, not elsewhere classified |
| 313: behaviour disorders of childhood and adolescence |
| 314: hyperkinetic syndrome of childhood |

greater than 20% over a one-year period) were excluded due to the likelihood that methadone was being administered for chronic pain management, despite being coded for addiction therapy in the billing records. We also excluded patients with missing information regarding place of residence, age, or gender. For evaluation of response to OAT, all patients were followed from their date of OAT initiation to the date of treatment discontinuation (patient did not receive a prescription for methadone or buprenorphine within 30 days of their last prescription), death, one-year follow-up, or end of the study period (December 31st, 2014).

*2.5. Geographical Definition.* Patient's postal codes were used to determine location of residence. Ontario is divided into 14 health care planning areas called Local Health Integration Networks (LHINs) for administrative, funding, and planning purposes. For geographic comparisons, patient data files with attachment to the North East (LHIN 13) or North West LHINs (14) were included in the Northern Ontario group for analysis compared to the remaining LHINs for Southern Ontario.

*2.6. Costing.* In order to calculate costs of OTN, the following variables were considered: inpatient hospitalization, same day surgery, National Ambulatory Care Reporting System (visits to ED, dialysis clinics, and cancer clinics), ODB, rehabilitation, complex and continuing care cost, home care services, OHIP physician billing, OHIP lab billings, OHIP nonphysician billings, OHIP shadowing billings, Family Health Organization/Family Health Network physician capitation cost, long-term care cost, Ontario Mental Health Reporting System Metadata admissions to designated mental health beds, and assisted device costs.

*2.7. Analysis.* Descriptive statistics were summarized for baseline characteristics of patients, and standardized differences were used to compare characteristics between Northern

Ontario and Southern Ontario patients. Standardized differences < 0.1 are generally not considered to be meaningful [18]. All statistical analyses were carried out using SPSS (V.22). We used ArcGIS to produce maps illustrating the distribution of telemedicine delivery and distance between patients and their provider for each LHIN. Geographic boundaries by LHIN were retrieved from Statistics Canada [19].

*2.8. Ethics Review.* This study was approved by the Research Ethics Board of Laurentian University, Sudbury, Ontario, and by Sunnybrook Hospital, Toronto, Ontario.

## 3. Results

From 2008 to 2014, we identified 9,077 publicly insured patients who had received OAT and who received a mental health diagnosis from a psychiatrist through telemedicine. Of these, 7,109 (78.3%) lived in Southern Ontario and 1,968 (21.7%) lived in Northern Ontario. Patient characteristics by geographic location are summarized in Table 3. When comparing patients residing in Northern Ontario to those in Southern Ontario, it was found that Northern Ontario contains a concurrent disorder patient cohort with higher percentage of females (52.74% versus 45.17%), less education (23% high school completion rate versus 27%), greater impoverishment (47.46% in lowest income quintile versus 42.90%), and less enrolment in primary care (46.70% versus 51.68%).

Telemedicine is used more frequently to deliver psychiatric services in Northern Ontario than Southern Ontario for patients with concurrent OUD (Figure 1). In fact, telemedicine accounts for 26% to 40% of all psychiatry delivery to patients with concurrent disorders living in Northern Ontario LHINs; this number ranges from 1% to 30% in Southern Ontario LHINs (Figure 1). Overall, when moving from Southeastern Ontario towards Northwestern Ontario, there



FIGURE 1: Percent of patients with concurrent disorders receiving psychiatric services via telemedicine.

| | | |
|---|---|---|
| <1% | 11%–15% | 26%–30% |
| 1%–5% | 16%–20% | 40% |
| 6%–10% | 21%–25% | |



| | | |
|---|---|---|
| <10 km | 41 km–60 km | 101 km–200 km |
| 10 km–20 km | 61 km–80 km | 200 km–400 km |
| 21 km–40 km | 80 km–100 km | >800 km |

FIGURE 2: Median distances (km) between the residence of patients receiving psychiatry via telemedicine and their provider.

is increased telemedicine usage for delivering psychiatry to patients with concurrent disorders.

Concurrent disorder patients residing in Northern Ontario live farther away from their physicians (Figure 2) (median distance 341 km; interquartile range 73 km–901 km) compared with patients residing in Southern Ontario (median distance 75 km; interquartile range 33 km–142 km) (Table 1). Moreover, patients live a greater distance from their psychiatrist when they are receiving their services through telemedicine. In fact, LHIN 14 has the largest median distance between patients receiving mental health services and their provider (median distance 900 km), followed by LHIN 11 (median distance 322 km), LHIN 2 (median distance 136 km), and LHIN 13 (median distance 122 km) (Figure 2). LHIN 7, Toronto Central, has a median distance of only 4 km between patients and psychiatrists when receiving psychiatric services via telemedicine and it also has less than 1% of its patients serviced by telemedicine.

The number of concurrent disorder patients receiving psychiatry via telemedicine has increased from 347 to 5,879 over a period of six years (Table 2). The mean cost per patient of delivering psychiatric services to patients via telemedicine has also increased during this period; therefore, the total cost to the health care system of using telemedicine for mental health services has increased as well. However, we are not able to describe the costs avoided through the provision of care by telemedicine compared to transportation of patients to see the psychiatrist in person within the data utilized for this analysis.

## 4. Discussion

In the present study, we found that patients with concurrent disorders receive psychiatric services via OTN more often than patients who do not have OUD. Overall, telemedicine is currently heavily utilized for psychiatric service delivery, particularly in Northern and rural regions of Ontario. Notably, OTN is utilized more frequently in the geographically dispersed regions of Northern Ontario.

In Ontario, opioid agonist therapy can be delivered remotely via telemedicine where the physician is remote and a nurse, pharmacist, or clinic staff interact with the patient and dispense observed or carried methadone or buprenorphine doses. While there are no set determinants where virtual addiction medicine clinics can be established, historically, Northern, rural, and remote regions were almost exclusively serviced by telemedicine [7]. More recently, virtual clinics are also being established in urban centers due to the enhanced

TABLE 2: Utilization of telemedicine for psychiatry and mean cost to the health care system.

| Year | Total number of patient visits | Number of unique patients | Mean (± SD) cost to the system per patient |
|---|---|---|---|
| 2008 | 1,588 | 347 | 6,455.64 ± 11,268.20 |
| 2009 | 4,768 | 943 | 7,255.15 ± 12,189.21 |
| 2010 | 11,507 | 1,748 | 7,852.72 ± 12,868.25 |
| 2011 | 22,998 | 3,175 | 8,417.49 ± 13,189.38 |
| 2012 | 46,150 | 4,300 | 9,003.45 ± 15,719.65 |
| 2013 | 56,261 | 5,254 | 9,605.53 ± 17,107.52 |
| 2014 | 58,863 | 5,879 | - |

TABLE 3: Characteristics of patients receiving psychiatry via telemedicine by geographic location.

| Variable | Overall $N = 9{,}077$ | Southern Ontario $N = 7{,}109$ | Northern Ontario $N = 1{,}968$ |
|---|---|---|---|
| Age, yr | | | |
|   Median (IQR) | 36 (29–45) | 36 (29–45) | 35 (28–44) |
| Gender, $N$ (%) | | | |
|   Female | 4,249 (46.81%) | 3,211 (45.17%) | 1,038 (52.74%) |
|   Male | 4,828 (53.19%) | 3,898 (54.83%) | 930 (47.26%) |
| Median (IQR) distance between patient residence and physician address (km) | 86 (36–262) | 75 (33–142) | 341 (73–901) |
| Median percentage of high school completion, % (IQR) | 26 (21–31) | 27 (22–32) | 23 (19–27) |
| Number enrolled in primary care, $N$ (%) | 4,593 (50.60%) | 3,674 (51.68%) | 919 (46.70%) |
| Income quintile, $N$ (%) | | | |
|   Missing | 23 (0.25%) | 15 (0.21%) | 8 (0.41%) |
|   1 | 3,984 (43.89%) | 3,050 (42.90%) | 934 (47.46%) |
|   2 | 2,058 (22.67%) | 1,664 (23.41%) | 394 (20.02%) |
|   3 | 1,385 (15.26%) | 1,089 (15.32%) | 296 (15.04%) |
|   4 | 981 (10.81%) | 789 (11.10%) | 192 (9.76%) |
|   5 | 646 (7.12%) | 502 (7.06%) | 144 (7.32%) |

efficiency of allowing a single physician to service multiple clinic locations regardless of the clinic location or setting.

The heightened demand for telemedicine in isolated regions indicates a need to provide a model of care that overcomes geographical isolation. For this reason, telemedicine is particularly important in Northern Ontario, where there are geographic barriers to accessing services due to the uneven distribution of limited physician supply in a vast geographic area. Similar to patients enrolled in OAT [7], the concurrent disorder cohort residing in Northern Ontario live a greater median distance from their physicians than patients in Southern Ontario. To address this issue, telemedicine can provide a platform for physicians to provide psychiatric care to patients living further away with little to no travel for both the physician and patients.

We also found that the number of patients receiving psychiatry via telemedicine increased from 2008 to 2014. This can be explained by a number of factors, including the increased demand for psychiatry and the billing incentive [20] that is associated with providing treatment via telemedicine. The increase in OTN has resulted in better access to mental

health services—including OAT—throughout Northern and Southern Ontario and a decrease in travel time for patients [10, 21]. In addition, the Ontario Ministry of Health and Long-Term Care have reported that Northern travel costs have been reduced by an estimated $25,000,000 annually [9].

Telemedicine is a key solution for increasing access to mental health services for patients with concurrent disorders, particularly for those patients living in isolated regions. A recent review found not only that telemedicine increases access to psychiatric services, but that it is effective from the perspective of the patient, provider, program, and society as a whole [22]. Patients across diverse clinical populations and receiving a wide-range of services have reported high levels of satisfaction with telemedicine [23]. For example, Lindsay et al. (2015) reported that psychotherapy delivered via telemedicine has similar results as traditional in-person treatment with regard to treatment outcomes, therapeutic relationship, and retention [24]. Moreover, mental health services provided via telemedicine are clinically superior to reduced or no mental health services [23]. A recent study on treatment outcomes in OAT found that patients receiving

services via telemedicine had levels of substance use, time to abstinence, and treatment retention rates that were equal to patients receiving OAT face-to-face [25].

Altogether, as many as 55% of patients receiving OAT have a concurrent mental health disorder [26]. Importantly, without treatment that targets both OUD and other psychiatric symptoms, patients have higher rates of continued substance use and overdose, as well as decreased occupational functioning and quality of life [27–29]. Studies have demonstrated that telemedicine-delivered OAT for OUD is an effective treatment modality [20]; therefore, it is reasonable to conclude that telemedicine may also be an effective platform to coordinate mental health care and OAT for patients with concurrent mental health and OUD.

Our study has some limitations that should be noted. Using the data from ICES, we were able to obtain an accurate and complete picture of telemedicine usage for psychiatry delivery; however, because Ontario's publically funded drug benefit plan only covers patients aged 18–65 who are on social assistance, we did not capture patients whose methadone or buprenorphine medication cost was covered by the patient directly or through private insurance or federal government funded insured health benefits. Considering that this study only includes patients who are provincially insured, the lowest income quintiles may be inflated and, consequently, may not entirely represent the clinical population of patients with OUD and concurrent mental health diagnoses. We were also limited in capturing the true opioid dependent population, as only treatment-seeking patients would be captured in our definition. Patients were only included if they had received a prescription for methadone or buprenorphine within the timeframe; however, a patient with OUD who was not seeking treatment would not have met these criteria. Additionally, given the nature of secondary data, we were unable to evaluate the patient experience, including whether the patient was satisfied with OTN care that they received.

This study also has many strengths, one of which being its large sample size. With over 9,000 patients in our study, we were able to characterize the use of telemedicine to care for patients with OUD and concurrent mental health disorders, further contributing to the existing literature on telemedicine in Ontario. More specifically, we have focused our study on patients who are accessing psychiatry in Northern Ontario, an area that is not well studied. Given the psychiatrist shortage in this region of the province—and the common cooccurrence of OUD in this population—it is important to better understand how telemedicine is being utilized to provide psychiatric care to patients with concurrent disorders throughout the province. Patients in Northern Ontario are often faced with a variety of barriers when accessing treatment; understanding the utilization of telemedicine in this geographic area may enhance care for this patient population.

Telemedicine is increasingly being applied throughout Ontario for delivering mental health treatment to patients with concurrent disorders. Increasing the access to psychiatric care delivered via telemedicine may improve clinical outcomes for patients with OUD and concurrent psychiatric disorders. This is especially true of Northern and rural areas, where physician supply is limited. Future qualitative studies

may aid in measuring telemedicine care outcomes, including patient's perspective of whether OTN achieves the same results as face-to-face care.

The application of telemedicine-delivered mental health and addiction services are very well suited in rural and remote settings. In Ontario, virtual clinics are often employed to service remote communities and include some clinics operating on First Nation reserves in collaboration with the First Nation leadership. While the present study is based on the Ontario context, we believe the findings are generalizable due to high quality video conferencing options being widely available with broadband Internet. It is important to note that not all remote communities will have access to broadband service, and in those instances alternative models may be more appropriate.

## Conflicts of Interest

Dr. David Marsh maintains the following roles: Chief Medical Director at CATC, opioid agonist therapy provider, and Associate Dean of Community Engagement and Deputy Dean of the Northern Ontario School of Medicine. Dr. Marsh has no ownership stake in the CATC as a stipendiary employee. The authors do not foresee any conflicts of interest as data will be made freely available to the public and the CATC, and the universities have no ability to prevent publication and dissemination of knowledge.

## Acknowledgments

This study was funded by a Northern Ontario Academic Medicine Association grant and by the Canadian Observational Cohort Collaboration.

## References

[1] P. Madadi, D. Hildebrandt, A. E. Lauwers, and G. Koren, "Characteristics of Opioid-Users Whose Death Was Related to Opioid-Toxicity: A Population-Based Study in Ontario, Canada," *PLoS ONE*, vol. 8, no. 4, Article ID e60600, 2013.

[2] B. Fischer, A. Ialomiteanu, A. Boak, E. Adlaf, J. Rehm, and R. E. Mann, "Prevalence and key covariates of non-medical prescription opioid use among the general secondary student and adult populations in Ontario, Canada," *Drug and Alcohol Review*, vol. 32, no. 3, pp. 276–287, 2013.

[3] B. Brands, "Nonmedical use of opioid analgesics among Ontario students," *Can Fam Physician*, vol. 56, no. 3, pp. 256–262, 2010.

[4] T. Gomes, M. M. Mamdani, I. A. Dhalla, S. Cornish, J. M. Paterson, and D. N. Juurlink, "The burden of premature opioid-related mortality," *Addiction*, vol. 109, no. 9, pp. 1482–1488, 2014.

[5] O. o. t. C. C. o. Ontario, *Office of the Chief Coroner Report for 2009-2011*, Ministry of Community Safety and Correctional Services Toronto, 2012.

[6] B. Brands et al., *Best practicesmethadone maintenance treatment*, Health Canada, Ottawa, Canada, 2002.

[7] J. K. Eibl, T. Gomes, D. Martins et al., "Evaluating the Effectiveness of First-Time Methadone Maintenance Therapy Across Northern, Rural, and Urban Regions of Ontario, Canada," *Journal of Addiction Medicine*, vol. 9, no. 6, pp. 440–446, 2015.

[8] P. Kurdyak, *Universal coverage without universal access: a study of psychiatrist supply and practice patterns in Ontario. Open Med*, vol. 8, p. e87-99, 8(3, 2014.

[9] O. M. o. H. a. L.-T. Care, "Telemedicine - Improving access to care through technology," 2008, http://www.health.gov.on.ca/en/pro/programs/ecfa/action/primary/pri_telemedecine.aspx.

[10] T. Molfenter, M. Boyle, D. Holloway, and J. Zwick, "Trends in telemedicine use in addiction treatment," *Addiction science & clinical practice*, vol. 10, p. 14, 2015.

[11] S. Stein, *Mental Health Addictions... an OTN Overview*, Centre for Addiction and Mental Health, 2012.

[12] S. Hall, K. Schulze, P. Groome, W. Mackillop, and E. Holowaty, "Using cancer registry data for survival studies: The example of the Ontario Cancer Registry," *Journal of Clinical Epidemiology*, vol. 59, no. 1, pp. 67–76, 2006.

[13] A. R. Levy, "Coding accuracy of administrative drug claims in the Ontario Drug Benefit database," *Can J Clin Pharmacol*, vol. 10, no. 2, pp. 67–71, 2003.

[14] D. N. Juurlink, "Editorial: Proton pump inhibitors and clopidogrel: Putting the interaction in perspective," *Circulation*, vol. 120, no. 23, pp. 2310–2312, 2009.

[15] D. N. Juurlink, T. Gomes, L. L. Lipscombe, P. C. Austin, J. E. Hux, and M. M. Mamdani, "Adverse cardiovascular events during treatment with pioglitazone and rosiglitazone: population based cohort study," *British Medical Journal*, vol. 339, Article ID b2942, 2009.

[16] M. Mamdani, P. Rochon, D. N. Juurlink et al., "Effect of selective cyclooxygenase 2 inhibitors and naproxen on short-term risk of acute myocardial infarction in the elderly," *JAMA Internal Medicine*, vol. 163, no. 4, pp. 481–486, 2003.

[17] J. K. Eibl, K. Morin, E. Leinonen, and D. C. Marsh, "The state of opioid agonist therapy in canada 20 years after federal oversight," *The Canadian Journal of Psychiatry*, vol. 62, no. 7, pp. 444–450, 2017.

[18] M. Mamdani, K. Sykora, P. Li et al., "Reader's guide to critical appraisal of cohort studies: 2. assessing potential for confounding," *British Medical Journal*, vol. 330, no. 7497, pp. 960–962, 2005.

[19] LHIN, "Ontario's LHINs," http://www.lhins.on.ca.

[20] J. K. Eibl, J. Daiter, M. Varenbut, D. Pellegrini, and D. C. Marsh, "Evaluating the effectiveness of telehealth-delivered opioid agonist therapy across Ontario, Canada," *Drug and Alcohol Dependence*, vol. 156, p. e63, 2015.

[21] W. A. Hart, Report of the Methadone Maintenance Treatment Practices Task Force.

[22] D. M. Hilty, D. C. Ferrer, M. B. Parish, B. Johnston, E. J. Callahan, and P. M. Yellowlees, "The effectiveness of telemental health: A 2013 review," *Telemedicine and e-Health*, vol. 19, no. 6, pp. 444–454, 2013.

[23] L. K. Richardson, B. C. Frueh, A. L. Grubaugh, L. Egede, and J. D. Elhai, "Current directions in videoconferencing tele-mental health research," *Clinical Psychology: Science and Practice*, vol. 16, no. 3, pp. 323–338, 2009.

[24] J. A. Lindsay, M. R. Kauth, S. Hudson et al., "Implementation of Video Telehealth to Improve Access to Evidence-Based Psychotherapy for Posttraumatic Stress Disorder," *Telemedicine and e-Health*, vol. 21, no. 6, pp. 467–472, 2015.

[25] W. Zheng, M. Nickasch, L. Lander et al., "Treatment outcome comparison between telepsychiatry and face-to-face buprenorphine medication-assisted treatment for opioid use disorder: A 2-year retrospective data analysis," *Journal of Addiction Medicine*, vol. 11, no. 2, pp. 138–144, 2017.

[26] M. Krausz, P. Degkwitz, A. Kühne, and U. Verthein, "Comorbidity of opiate dependence and mental disorders," *Addictive Behaviors*, vol. 23, no. 6, pp. 767–783, 1998.

[27] J. S. Cacciola, A. I. Alterman, M. J. Rutherford, J. R. McKay, and F. D. Mulvaney, "The relationship of psychiatric comorbidity to treatment outcomes in methadone maintained patients," *Drug and Alcohol Dependence*, vol. 61, no. 3, pp. 271–280, 2001.

[28] K. L. Mills, M. Teesson, J. Ross, S. Darke, and M. Shanahan, "The costs and outcomes of treatment for opioid dependence associated with posttraumatic stress disorder," *Psychiatric Services*, vol. 56, no. 8, pp. 940–945, 2005.

[29] P. J. Carpentier, P. F. M. Krabbe, M. T. van Gogh, L. J. M. Knapen, J. K. Buitelaar, and C. A. J. de Jong, "Psychiatric comorbidity reduces quality of life in chronic methadone maintained patients," *American Journal on Addictions*, vol. 18, no. 6, pp. 470–480, 2009.













Journal of Engineering
The Scientific World Journal
International Journal of Rotating Machinery
Journal of Sensors
Advances in Multimedia
Advances in Civil Engineering
Hindawi
Submit your manuscripts at
www.hindawi.com
Journal of Control Science and Engineering
Journal of Robotics
Journal of Electrical and Computer Engineering
Advances in OptoElectronics
VLSI Design
International Journal of Navigation and Observation
Modelling & Simulation in Engineering
International Journal of Aerospace Engineering
International Journal of Chemical Engineering
International Journal of Antennas and Propagation
Active and Passive Electronic Components
Shock and Vibration
Advances in Acoustics and Vibration
















# The Use of Telepsychiatry to Provide Cost-Efficient Care During Pediatric Mental Health Emergencies

John F. Thomas, Ph.D., Douglas K. Novins, M.D., Patrick W. Hosokawa, M.S., Christina A. Olson, M.D., Dru Hunter, L.C.S.W., Alison S. Brent, M.D., Gerard Frunzi, M.B.A., Anne M. Libby, Ph.D.

**Objective:** This study evaluated a videoconference-based psychiatric emergency consultation program (telepsychiatry) at geographically dispersed emergency department (ED) sites that are part of the network of care of an academic children's hospital system. The study compared program outcomes with those of usual care involving ambulance transport to the hospital for in-person psychiatric emergency consultation prior to disposition to inpatient care or discharge home.

**Methods:** This study compared process outcomes in a cross-sectional, pre-post design at five network-of-care sites before and after systemwide implementation of tele-psychiatry consultation in 2015. Clinical records on 494 pediatric psychiatric emergencies included ED length of stay, disposition/discharge, and hospital system charges. Satisfaction surveys regarding telepsychiatry consultations were completed by providers and parents or guardians.

**Results:** Compared with children who received usual care, children who received telepsychiatry consultations had

significantly shorter median ED lengths of stay (5.5 hours and 8.3 hours, respectively, p<.001) and lower total patient charges ($3,493 and $8,611, p<.001). Providers and patient caregivers reported high satisfaction with overall acceptability, effectiveness, and efficiency of telepsychiatry. No safety concerns were indicated based on readmissions within 72 hours in either treatment condition.

**Conclusions:** Measured by charges and time, telepsychiatry consultations for pediatric psychiatric emergencies were cost-efficient from a hospital system perspective compared with usual care consisting of ambulance transport for in-person consultation at a children's hospital main campus. Telepsychiatry also improved clinical and operational efficiency and patient and family experience, and it showed promise for increasing access to other specialized health care needs.

*Psychiatric Services 2018; 69:161–168; doi: 10.1176/appi.ps.201700140*

Each year, roughly 14% to 20% of children and adolescents experience a behavioral health issue (1), ranging from attention-deficit hyperactivity disorder to severe depression and suicidal or homicidal ideation. Because of shortages of psychiatrists (2) and other pediatric mental health professionals, local emergency department (ED) and urgent care providers are often the only available behavioral health resources (3). As a result, decisions about treatment are made by ED and urgent care providers or generalists directing care from hospital settings. The mismatch of care and need is associated with avoidable inpatient admissions, long wait times, or costly and potentially traumatic emergency medical service ambulance transfers (4) to locations providing specialized services. Because community behavioral care resources interact with overburdened emergency care systems (5), they are central to efforts to redesign policy and practice related to child mental health services (6–10).

Videoconference-based, synchronous psychiatric consultations ("telepsychiatry") have emerged as one solution

for distant providers to access behavioral health expertise (11). The use of telepsychiatry to provide timely access to care has been well documented (11–13). Telehealth broadly has been identified as an avenue for increasing access to care, although whether it produces subsequent medical cost savings is unknown (14,15). Although community telepsychiatry for children and adolescents has been studied, the use of telepsychiatry emergency services for children has not been studied (16), and associated clinical and fiscal outcomes are unknown (13,16,17). This study compared process outcomes in a cross-sectional pre-post design at five pediatric ED and urgent care facilities sites before and after systemwide implementation of telepsychiatry consultation in 2015. Because economic evaluations often include multiple perspectives (13,18–22), telepsychiatry-associated financial charges and time efficiency were evaluated from the hospital system perspective and satisfaction was evaluated from the provider and parent or guardian perspectives.

## METHODS

### Setting

Children's Hospital Colorado (CHCO) consists of a central academic medical center (hereafter, CHCO Main) at the University of Colorado's Anschutz Medical Campus and a network of care comprising five pediatric ED and urgent care facilities (hereafter, network ED) in the greater Denver metropolitan area. Network ED locations are located between eight and 33 miles from CHCO Main, with average estimated travel times of 22 to 36 minutes. [A map of the area with estimated driving times between CHCO Main and the network ED locations is available as an online supplement to this article.] CHCO Main houses an ED with psychiatric emergency services provided 24/7 by a consultative team of behavioral health specialists, including pediatric psychiatrists and clinical social workers. Network ED sites do not staff in-house psychiatric consultants.

Operational data from network EDs indicate that behavioral health emergencies constituted almost 5% of all visits in 2013, more than twice the national average (23). In 2014, 92% of patients presenting to a network ED site with a mental health problem required emergency medical (ambulance) transfer to CHCO Main for in-person psychiatric emergency service evaluation; more than one-half of these patients were subsequently discharged home with outpatient behavioral health resources; wait times between admission to the network ED, transport to and discharge from CHCO Main were typically long, exceeding 12 hours for roughly one-third of these patients.

### Population

Inclusion criteria for telepsychiatric consultation at a network ED were broad: age under 18 years and presentation with a behavioral health complaint that was not immediately life threatening. Exclusion criteria were significant behavioral dyscontrol or complex medical comorbidities, including suicide attempts that required immediate medical treatment. Excluded patients were transferred to CHCO Main for usual care.

### Usual Care for Psychiatric Emergencies

Pediatric patients presenting with a behavioral health emergency at a network ED were evaluated by a physician, nurse practitioner, or physician assistant. If the ED provider determined a need for a psychiatric crisis evaluation, the patient was then transferred by ambulance to the central campus for evaluation by the CHCO Main psychiatric emergency service and subsequent disposition: admission to CHCO Main, admission to another psychiatric inpatient facility on the basis of bed availability and insurance authorization, or discharge home.

### Telepsychiatric Intervention for Psychiatric Emergencies

With the goal of reducing unnecessary patient transfers to CHCO Main, a synchronous telepsychiatry consultation model was implemented, linking patients at network EDs in real time with the centralized psychiatric emergency service staff instead of transporting them to CHCO Main for in-person consultation. The telepsychiatry intervention was progressively deployed during calendar year 2015 to one new network ED every four to six weeks from January to June.

Telepsychiatry implementation began with educational sessions that connected network ED staff to the CHCO Main psychiatric emergency service behavioral health team. Despite historical use of the usual care process, each network site had a unique work flow that was not coordinated with CHCO Main psychiatric emergency services. Work flows at each site were synchronized to create a new, comprehensive, and consistent algorithm that addressed equipment training, initiating consultations, diagnoses or presentations, troubleshooting, and potential consultation outcomes. A final systemwide work flow, described in the following sentences, was adopted. When eligible patients present to network EDs, the ED provider contacts the CHCO Main psychiatric emergency service behavioral health care team by phone to request a synchronous telepsychiatry consultation. The psychiatric emergency service team then secures a private consultation room at CHCO Main and sends a virtual meeting request via encrypted e-mail to the network location by using the hospital's software-based, HIPAA-compliant telehealth platform. At the network ED, the nursing staff secures a room for the patient, assesses vital signs, and ensures patient and staff safety before connecting the patient with the psychiatric emergency service team. At this point, a video-enabled cart is rolled into the patient room to begin the live, virtual encounter. The interaction includes the CHCO Main psychiatric emergency services provider (typically a licensed clinical social worker), the child or adolescent patient, a parent or guardian, and the network ED attending physician or advanced practice provider.

During the virtual consultation, the psychiatric emergency service team member performs a standard clinical interview consistent with the CHCO Main usual care, in-person protocol and consults with the team at CHCO Main to make a disposition decision. After the joint consultation is completed, each parent or guardian is asked (not required) to complete a satisfaction survey for program evaluation. [A flowchart illustrating the steps in the telehealth evaluation is available in the online supplement.]

### Data Collection

Patient encounter data were obtained from multiple sources. Each patient's electronic medical record was linked with an anonymous study unduplicated identifier to a case report form on a secure, encrypted, password-protected research database (RedCap). The psychiatric emergency service staff also abstracted specific text fields from encounter records into a de-identified version of the RedCap database. Billing data for facility charges came from the hospital finance office, and data for provider fees came from the faculty practice plan. Satisfaction data were obtained by using the

point-of-care surveys completed by parents or guardians and providers at CHCO Main and at ED network sites. This study was approved by the Colorado Multiple Institutional Review Board.

**Dependent Variables**

*ED/urgent care length of stay (LOS).* ED LOS was defined as the length of time from initial admission at a network ED to discharge disposition. This time was measured by using a time stamp in the electronic medical record and reported in hours as a median and an interquartile range (IQR).

*Discharge disposition.* Dispositions were measured by a mutually exclusive categorical variable with three possible pathways: path 1, admission to CHCO Main hospital; path 2, admission to another non-CHCO psychiatric facility when no beds were available at CHCO Main; and path 3, discharge home with referral for outpatient follow-up. Paths 1 and 2 were combined in analytic models into one disposition, inpatient admission, for comparison with path 3, discharge home.

*Costs, charges, and expenses.* Costs of emergency care were measured from the hospital system perspective. Because the true costs of production were unknown, they were approximated by using billed charges for any facility and provider services during the network ED–initiated encounter. Average patient transfer cost for ground ambulance transportation was obtained from ambulance provider charges to CHCO Main. Telepsychiatry consultation costs were approximated as a proportion of the operational expenses to the CHCO health care system for the behavioral health team and the technological telehealth infrastructure. Telepsychiatry operational cost included both fixed and variable costs for the year: fixed costs included capital expenditures incurred for the purchase of the equipment (including operational software and technology infrastructure), annualized for the equipment's applicable lifetime (13,20). Because the videoconference equipment was used for numerous other specialty care initiatives, psychiatric emergency service consultation expenses were prorated to the proportion of visits for psychiatric emergency service consultations as a ratio of all videoconference consultations. Variable costs included a prorated allocation of expenses for equipment maintenance, technicians, training, personnel wages, administrative support, and supplies (20). The 2015 operational cost for telepsychiatry was estimated at $222,800.

TABLE 1. Characteristics of 494 children and adolescents with an acute behavioral health condition who were admitted to emergency departments in 2015, by receipt of telepsychiatry consultation or usual care[a]

| Characteristic | Telepsychiatry (N=226) | | Usual care (N=268) | | |
|---|---|---|---|---|---|
| | N | % | N | % | p |
| Age (M±SD) | 13.1±2.7 | | 13.3±2.5 | | .288 |
| 1–6 | 5 | 2 | 2 | 1 | |
| 7–11 | 50 | 22 | 50 | 19 | |
| 12–15 | 135 | 60 | 174 | 65 | |
| 16–19 | 36 | 16 | 41 | 15 | |
| Gender | | | | | .205 |
| Male | 97 | 43 | 100 | 37 | |
| Female | 129 | 57 | 168 | 63 | |
| Race | | | | | .036 |
| Caucasian | 175 | 77 | 185 | 69 | |
| Other | 51 | 23 | 83 | 31 | |
| Insurance type | | | | | .055 |
| Private | 147 | 65 | 146 | 55 | |
| Public | 72 | 32 | 113 | 42 | |
| Self-pay/uninsured | 7 | 3 | 9 | 3 | |
| Chief complaint[b] | | | | | |
| Suicide intent with plan | 65 | 29 | 64 | 24 | .219 |
| Self-harm, no plan | 92 | 41 | 124 | 46 | .215 |
| Harm to others | 24 | 11 | 21 | 8 | .284 |
| Depression or anxiety | 32 | 14 | 40 | 15 | .810 |
| Hallucinations or delusions | 8 | 4 | 7 | 3 | .549 |
| Unknown | 5 | 2 | 10 | 4 | .327 |

[a] Usual care consisted of ambulance transfer for specialist consultation in person at Children's Hospital Colorado. The initial cohort consisted of 502 patients; three patients were excluded because the disposition could not be determined because of missing data, and five patients were excluded from the telepsychiatry arm because of technical failures during an attempted telemedicine visit, such as failed Internet connection, failed access to electronic medical records, or no video cart available for consultation. Means were compared by t tests, and proportions were compared by chi-square tests.

[b] Chief complaints are listed from most to least serious. If a patient had more than one chief complaint, the most serious complaint was considered the chief complaint.

*Satisfaction with telepsychiatry.* A survey to assess the experience of telepsychiatry consultation from the perspectives of the provider and of the parent or guardian was administered immediately following the network ED encounter with items rated on a Likert scale of agreement, with 5 indicating strongly agree and 1 indicating strongly disagree. Respondents included the pediatric patient's guardian, the network ED attending provider, and the CHCO Main–based psychiatric emergency services consultation provider. Surveys contained 14 questions from a previously validated telehealth satisfaction survey instrument (24). The surveys contained no identifiers (other than type of respondent [provider or parent/guardian], and were administered on paper at the point of care, collected by hospital staff, and provided to study staff through the institutionwide e-mail system. Surveys were administered at each interaction and voluntarily completed. No incentives were provided to respondents for survey completion.

**Independent Variables**

Demographic variables included age in years at date of ED admission, gender, race-ethnicity (Caucasian or non-Caucasian), and insurance type (public [Medicaid, State

**FIGURE 1.** Disposition rates, emergency department (ED) length of stay, and charges associated with telepsychiatry emergency consultation and usual care among 494 children and adolescents with an acute behavioral health condition who were admitted to EDs in 2015[a]



[a] Five patients were excluded from analyses because of technical failures in the telemedicine arm. Technical failure was defined as an attempted telemedicine visit that was prevented by something affecting technical capabilities, such as Internet down, Epic system down, all carts in use, and problems with the terminal screen. Charges (in U.S. dollars) and wait time in hours are shown as medians and interquartile ranges (IQRs). LOS, length of stay from time of ED admission at network-of-care site to time of disposition (discharge or admission to inpatient [IP] care); CHCO, Children's Hospital Colorado

Children's Health Insurance Program, or Tricare], private [commercial], or uninsured [self-pay]). Clinical severity was defined as the chief complaint with the highest severity at admission to the network ED, with suicidal intent with plan considered the most severe, followed by harm to self without plan, harm to others, major depression/anxiety, hallucination/delusions, or other complaint not otherwise specified.

## Data Analysis

Descriptive bivariate and categorical variables for telepsychiatry and usual care were compared by using chi-square and Wilcoxon two-sample tests. ED LOS and charges were reported as medians with IQRs because of skewness. The likelihood of disposition to inpatient care compared with discharge home was modeled as a multivariable logistic regression adjusted for patient variables. Cost-efficiency estimated the difference in charges plotted against the difference in time saved for each path, using median values of usual care and telepsychiatry cases for comparison. Statistical analyses were conducted with SAS software, version 9.4.

## RESULTS

Table 1 describes the 494 pediatric patients who presented in 2015 at a network ED with a primary presenting complaint

of an acute behavioral health condition. In early 2015 before implementation, usual care was received by 268 patients (54%), and after implementation telepsychiatry consultation was received by 226 patients (46%). Patients in the two groups did not differ statistically by age, gender, insurance type, or severity of chief complaint at network ED admission; however, there was a significant preponderance of Caucasian patients who received telepsychiatry compared with the proportion of Caucasians who received usual care before telepsychiatry was available (77% versus 69%, p=.036).

A decision tree illustrates the distribution of patients who received telepsychiatry or usual care (Figure 1). For each care type, the figure reports the subsequent disposition of patients in any one of three pathways: path 1, admission to the CHCO Main inpatient psychiatric facility; path 2, admission to another inpatient facility if either a bed was unavailable at CHCO Main or the patient's insurance preferred admission to another inpatient facility; or path 3, discharge home with outpatient follow-up. Each node displays median and IQR charges to the hospital system and also median and IQR ED LOS.

Median charges for telepsychiatry patients were $3,493 per patient (IQR=$2,399–$7,905), significantly lower than the median charge for usual care, which was $8,611 (IQR= $4,643–$11,766) (p<.001). Charges associated with inpatient

pathways (admission to CHCO Main [path 1] or other facility [path 2]) did not differ statistically between telepsychiatry and usual care, with median charges of $22,092 per patient for telepsychiatry and $23,240 for usual care in path 1. Paths 1 and 2 terminal nodes included an ambulance transfer prior to inpatient admission and involved the most acutely ill patients. However, charges for path 3 differed significantly between telepsychiatry (median=$2,399, IQR $1,383–$3,117) and treatment as usual (median=$4,633, IQR=$3,592–$5,008) (p<.001), which included a transfer via ambulance.

The decision tree also describes LOS at network EDs in hours from time of network ED admission to time of final disposition. Overall LOS in the ED was significantly shorter for patients who received telepsychiatry (median=5.5 hours) compared with patients who received usual care (8.3 hours) (p<.001). LOS in the ED was significantly shorter among patients who were discharged home after telepsychiatry (4.3 hours) compared with patients who were discharged home after usual care (6.5 hours) (p<.001). Nearly 30% of telepsychiatry patients had ED LOS fewer than 4 hours compared with only 12% of patients who received usual care (p<.001) (data not reported). In terms of likelihood of disposition pathway, 42% of patients who received telepsychiatry were admitted directly as inpatients (21% to CHCO Main and 20% to another inpatient facility) compared with 56% of patients who received usual care (24% to CHCO and 31% to another facility), a significant difference (p<.001). In a multivariate framework, a logistic model found that after accounting for age group, race, clinical severity, gender, and insurance type, the likelihood of inpatient admission was significantly lower among patients who received telepsychiatry versus usual care (odds ratio=.59, 95% confidence interval=.40–.86, p<.001) [see online supplement].

To assess any safety signals for each type of care, cases of readmission to the network ED within 72 hours of discharge were measured. Among patients who received telepsychiatry emergency consultation, 85% had no return visit in the medical record in any interval compared with 90% of patients who received usual care, which was not a statistically significant difference [see online supplement]. No telepsychiatry patients, and only one usual care patient, returned to the network ED within 72 hours of discharge from the incident psychiatric emergency visit.

Figure 2 is a cost-efficiency plane (25) that illustrates the relationship between the incremental gains for telepsychiatry over usual care in terms of median charges and the absolute value efficiency (time in hours) in ED LOS. A plotted value on the positive vertical axis would indicate that telepsychiatry was more expensive than usual care, and a value on the positive horizontal axis would indicate that telepsychiatry saved more time (fewer hours) than usual care. Current usual care charges and efficiency are represented at the origin; therefore, savings to the hospital system for telepsychiatry relative to usual care are plotted on the vertical axis below the origin. Efficiency in ED LOS is plotted

**FIGURE 2.** Incremental median charges and time savings associated with usual care and telepsychiatry videoconference consultation among 494 children and adolescents with an acute behavioral health condition who were admitted to EDs in 2015, by disposition[a]



[a] Current usual care charges and efficiency are represented at the origin. Telepsychiatry resulted in lower charges and shorter ED LOS for all dispositions; therefore charges (vertical axis) and efficiency (horizontal axis) for each disposition are plotted in the lower right (southeast) quadrant. The upper left (northwest) quadrant is where costs are higher and efficiency is lower for the new program compared with usual care and is generally labeled as the "rejection" region for the new technology. The southeast quadrant is where costs are lower and efficiency is higher for the new program compared with usual care and is generally labeled as the "dominance," "acceptance," or "adoption" region for the new technology. CHCO, Children's Hospital Colorado; ED, emergency department

on the horizontal axis; improved efficiency of telepsychiatry over usual care is plotted to the right of the origin. For each pathway on the decision tree (Figure 1), telepsychiatry resulted in lower charges and shorter ED LOS; therefore incremental median change in each terminal node (paths 1–3, paths 1 and 2 [inpatient admission], and overall) is plotted in the lower right quadrant.

Table 2 reports mean satisfaction ratings for the 226 telepsychiatry consultations by parents or guardians (N=156, 69% response rate), network ED providers (N=160, 71% response rate), and CHCO Main psychiatric emergency service consultation providers (N=148, 65% response rate). The survey questions asked respondents to rate their agreement with statements about the telepsychiatry consultation in terms of overall acceptability, effectiveness, and efficiency and also allowed an open-ended write-in statement. With a 5-point rating scale (5, strong agreement; 4, somewhat agree; 3, neither agree nor disagree; 2, somewhat disagree; and 1, strong disagreement), average ratings by caregivers were above 4 (median=4.21–4.46), including reducing "inconvenience and unnecessary travel," "technology easy to use," and "would recommend it to others." In write-in statements, parents and guardians expressed appreciation for not having to travel to CHCO Main, and ED network providers frequently

**TABLE 2. Satisfaction among parents or guardians and providers with a synchronous telepsychiatry consultation program linking network EDs to the psychiatric emergency service at CHCO Main, by survey item[a]**

| | | | | Providers | | | | | |
| | Parents or guardians | | | Network EDs | | | CHCO Main | | |
| Item | N | M | SD | N | M | SD | N | M | SD |
|---|---|---|---|---|---|---|---|---|---|
| **Overall acceptability** | | | | | | | | | |
| Overall I felt comfortable using the technology | 156 | 4.42 | .74 | 152 | 4.21 | .99 | 143 | 3.40 | 1.18 |
| Technology easy to use for appointment | 156 | 4.42 | .72 | 148 | 4.36 | .66 | 141 | 3.96 | 0.77 |
| Ability to SEE and HEAR | 153 | 4.32 | .74 | 145 | 4.21 | .89 | 141 | 3.57 | .98 |
| Confident it meets needs/would use again | 154 | 4.29 | .83 | | | | | | |
| I will recommend use to others | 153 | 4.20 | .85 | | | | | | |
| **Effectiveness** | | | | | | | | | |
| Telehealth acceptable way to deliver health care | | | | 160 | 4.34 | .62 | 147 | 3.92 | .67 |
| Will use telehealth again with my patients | | | | 159 | 4.47 | .54 | 148 | 4.14 | .53 |
| Overall satisfied with quality of care I am able to provide to patients using telehealth | | | | 160 | 4.33 | .69 | 146 | 3.83 | .80 |
| Telemedicine provides value to health care I provide | | | | 158 | 4.41 | .65 | 147 | 3.79 | .79 |
| Today's telemedicine visit resulted in changes in care | | | | 153 | 4.16 | .85 | 140 | 3.84 | .82 |
| My patient obtains better access to health care | | | | 159 | 4.40 | .64 | 146 | 3.85 | .70 |
| **Efficiency** | | | | | | | | | |
| Reduced inconvenience of unnecessary travel | 156 | 4.42 | .74 | 159 | 4.45 | .73 | 147 | 4.21 | .75 |
| Reduced time missed from school/work | 150 | 4.28 | .80 | | | | | | |
| Reduced delays for next available appointment | 148 | 4.35 | .75 | | | | | | |

[a] CHCO Main, Children's Hospital Colorado academic medical center. ED, emergency department. Surveys were completed by the parent or guardian, the network ED attending provider, and the CHCO Main–based psychiatric emergency services consultation provider. Responses were rated as 1, strongly disagree; 3, neither agree nor disagree; or 5, strongly agree. Surveys were offered to all telemedicine families at discharge, but completion was voluntary. The average response rate per item was 68% for parents or guardians (maximum item response rate, 69%) and 67% for providers (maximum item response rate, 71%) out of a total of 226 possible responses per item.

commented that telepsychiatry "saved this family a transfer by ambulance."

## DISCUSSION

This study used a natural experiment in clinical redesign to study the impact of a telepsychiatry consultation model for pediatric psychiatric emergencies implemented by a large academic children's hospital and its geographically dispersed network sites. Over the year surrounding implementation, all signs indicated a successful clinical program: charges to patients were reduced, time (and therefore resources) was saved, caregivers and providers rated satisfaction high, and there were no safety signals based on readmission. Existing studies indicate that telepsychiatry can reduce travel, wait, and consultation time (26), which

is especially salient for patients with behavioral health complaints, who often use disproportionate amounts of resources and wait, on average, much longer than patients with nonbehavioral health complaints (27).

Despite growing evidence of positive process outcomes associated with telemedicine, it is unknown how telepsychiatry affects patient-physician relationships (28,29) or how to price a telemedicine implementation. The few controlled telehealth trials (30–32) demonstrate either substantially reduced costs or dramatically improved outcomes. This implementation showed that subsequent hospital system resource savings (lower charges) associated with telepsychiatry were large enough to offset the original capital investment after approximately 120 patients had used the service. Other sites that consider implementation would have different costs based on their existing infrastructure and operational capabilities and, therefore, a different "break even" volume.

Telepsychiatry synchronous video consultation reduced unnecessary transfers, saved time for patients and families, and reduced stress associated with ambulance transfer. Patients, parents or guardians, and network ED providers all rated the services high on satisfaction. This finding is similar to other studies in that patients rarely report a less satisfactory interaction by videoconferencing than in-person (24). Satisfaction scores for the behavioral health providers were more modest than those of the network ED providers, likely because they performed new additional telepsychiatry consultations in real time in addition to managing their standard workload and did so without additional staff resources. Point-of-care surveys showed that provider satisfaction was somewhat lower than patient satisfaction, consistent with existing research (24). In postprocess review interviews with members of the CHCO Main psychiatric emergency services team, it was clear that the work flow of the team was affected by this model of telepsychiatry perhaps more than any

network ED process. The team members' biggest concern was that a telepsychiatry-enabled clinical interview could limit their ability to build a patient-provider relationship or decrease their ability to make an accurate clinical judgment. Since the 2015 implementation, the number of telepsychiatry visits have doubled without objection, suggesting that with greater experience using telepsychiatry, providers have become more accepting of the technology and, perhaps, gained some reassurance about its effectiveness as well as its efficiency.

This study had limitations and strengths. One limitation was the short follow-up and single site, nonexperimental design: we observed care for one year in one health care system by using a nonrandomized intervention. Nevertheless, the observed implementation created a quasi-experimental design that allowed us to measure the effect of telepsychiatry by using time and intervention. Also, once a site had implemented telepsychiatry, there were nearly no exclusions governing its use, and therefore confounding by indication was minimized. Primary variables were utilization and charges, rather than clinical outcomes and true costs of care; however, outcomes were all positive and no safety concerns were indicated. A study strength was the use of multiple perspectives, including those of parents and guardians, ED providers, specialty psychiatric emergency services behavioral health providers, and the hospital system.

## CONCLUSIONS

This cost-efficiency analysis indicates that telepsychiatry is a dominant strategy over usual care for pediatric psychiatric emergency consultations presenting to an emergency department, meaning that it should be adopted because it saves resources (lower charges) and time (improved efficiency). The growth of telehealth over the next decade and beyond will have profound implications for health care delivery and medicine (16). This study demonstrated that telepsychiatry synchronous video consultation improved access to specialty health care services, thereby increasing system capacity and promoting the delivery of appropriate care in geographically dispersed settings.

### AUTHOR AND ARTICLE INFORMATION

Except for Ms. Hunter and Mr. Frunzi, the authors are with the University of Colorado School of Medicine, Aurora. Dr. Thomas and Dr. Novins are with the Department of Psychiatry, Mr. Hosokawa is with the Adult and Child Consortium for Outcomes Research and Dissemination Science, Dr. Olson and Dr. Brent are with the Department of Pediatrics, and Dr. Libby is with the Department of Emergency Medicine. Dr. Thomas and Dr. Olson are also with the Department of Telemedicine, where Ms. Hunter and Mr. Frunzi are affiliated, and Dr. Novins is also with the Pediatric Mental Health Institute, all at Children's Hospital Colorado, Aurora. Send correspondence to Dr. Libby (e-mail: anne.libby@ucdenver.edu).

The authors report no financial relationships with commercial interests.

Received March 20, 2017; revision received June 22, 2017; accepted August 3, 2017; published online October 5, 2017.

### REFERENCES

1. Grady BJ, Lever N, Cunningham D, et al: Telepsychiatry and school mental health. Child and Adolescent Psychiatric Clinics of North America 20:81–94, 2011

2. Shortage of child psychiatrists taking big toll (Associated Press). NBCNews.com, April 6, 2006. www.nbcnews.com/id/12190434/ns/health-childrens_health/t/shortage-child-psychiatrists-taking-big-toll

3. Masi R, Cooper J: Children's Mental Health: Facts for Policymakers. New York, National Center for Children in Poverty, 2006. http://www.nccp.org/publications/pub_687.html

4. Goh AY, Mok Q: Centralization of paediatric intensive care: are critically ill children appropriately referred to a regional centre? Intensive Care Medicine 27:730–735, 2001

5. Institute of Medicine: Hospital-based emergency care: at the breaking point. Washington, DC, National Academies, 2006

6. Burns BJ, Costello EJ, Angold A, et al: Children's mental health service use across service sectors. Health Affairs (Project Hope) 14:147–159, 1995

7. Kataoka SH, Zhang L, Wells KB: Unmet need for mental health care among US children: variation by ethnicity and insurance status. American Journal of Psychiatry 159:1548–1555, 2002

8. Leaf PJ, Alegria M, Cohen P, et al: Mental health service use in the community and schools: results from the four-community MECA Study. Journal of the American Academy of Child and Adolescent Psychiatry 35:889–897, 1996

9. Youngsters' Mental Health and Psychosocial Problems: What Are the Data? Los Angeles, Center for Mental Health in Schools, 2003

10. Stephan SH, Weist M, Kataoka S, et al: Transformation of children's mental health services: the role of school mental health. Psychiatric Services 58:1330–1338, 2007

11. Seidel RW, Kilgus MD: Agreement between telepsychiatry assessment and face-to-face assessment for emergency department psychiatry patients. Journal of Telemedicine and Telecare 20:59–62, 2014

12. Care of the Psychiatric Patient in the Emergency Department: A Review of the Literature. Irving, TX, American College of Emergency Physicians, 2014

13. Hilty DM, Ferrer DC, Parish MB, et al: The effectiveness of telemental health: a 2013 review. Telemedicine Journal and e-Health: 19:444–454, 2013

14. Dorsey ER, Topol EJ: State of telehealth. New England Journal of Medicine 375:154–161, 2016

15. Bipartisan Chronic Care Working Group Policy Options Document. Washington, DC, United States Senate, Committee on Finance, Dec 2015

16. Wootton R, Bloomer SE, Corbett R, et al: Multicentre randomised control trial comparing real time teledermatology with conventional outpatient dermatological care: societal cost-benefit analysis. BMJ (Clinical Research Ed) 320:1252–1256, 2000

17. Whitacre BE: Estimating the economic impact of telemedicine in a rural community. Agricultural and Resource Economics Review 40:172, 2011

18. Bishai DM, Ferris DG, Litaker MS: What is the least costly strategy to evaluate cervical abnormalities in rural women? Comparing telemedicine, local practitioners, and expert physicians. Medical Decision Making 23:463–470, 2003

19. Case SD, Case BG, Olfson M, et al: Length of stay of pediatric mental health emergency department visits in the United States. Journal of the American Academy of Child and Adolescent Psychiatry 50:1110–1119, 2011

20. Dávalos ME, French MT, Burdick AE, et al: Economic evaluation of telemedicine: review of the literature and research guidelines for benefit-cost analysis. Telemedicine Journal and e-Health 15:933–948, 2009

21. Persaud DD, Jreige S, Skedgel C, et al: An incremental cost analysis of telehealth in Nova Scotia from a societal perspective. Journal of Telemedicine and Telecare 11:77–84, 2005

22. Yang NH, Dharmar M, Yoo B-K, et al: Economic evaluation of pediatric telemedicine consultations to rural emergency departments. Medical Decision Making 35:773–783, 2015

23. Becker A, Peterson J, Sannar EM: Pediatric emergency behavioral health, suicidal behavior, and non-suicidal self-injury. Colorado Journal of Psychiatry and Psychology 1:84, 2015

24. Yip MP, Chang AM, Chan J, et al: Development of the Telemedicine Satisfaction Questionnaire to evaluate patient satisfaction with telemedicine: a preliminary study. Journal of Telemedicine and Telecare 9:46–50, 2003

25. Rawlins MD: Cost, effectiveness, and value: how to judge? JAMA 316:1447–1448, 2016

26. Baldwin L, Clarke M, Hands L, et al: The effect of telemedicine on consultation time. Journal of Telemedicine and Telecare 9(suppl 1): S71–S73, 2003

27. Baillargeon J, Thomas CR, Williams B, et al: Medical emergency department utilization patterns among uninsured patients with psychiatric disorders. Psychiatric Services 59:808–811, 2008

28. Wachter R: The Digital Doctor. New York, McGraw-Hill Education, 2015

29. Whitten P, Love B: Patient and provider satisfaction with the use of telemedicine: overview and rationale for cautious enthusiasm. Journal of Postgraduate Medicine 51:294–300, 2005

30. Brenes GA, Danhauer SC, Lyles MF, et al: Telephone-delivered cognitive behavioral therapy and telephone-delivered nondirective supportive therapy for rural older adults with generalized anxiety disorder: a randomized clinical trial. JAMA Psychiatry 72:1012–1020, 2015

31. Campbell AN, Nunes EV, Matthews AG, et al: Internet-delivered treatment for substance abuse: a multisite randomized controlled trial. American Journal of Psychiatry 171:683–690, 2014

32. Kroenke K, Krebs EE, Wu J, et al: Telecare collaborative management of chronic pain in primary care: a randomized clinical trial. JAMA 312:240–248, 2014

# Information for Contributors

*Psychiatric Services* uses a Web-based submission system, ScholarOne Manuscripts. Authors of research reports should submit their manuscripts for peer review at mc.manuscriptcentral.com/appi-ps.

Guidelines on preparing manuscripts for submission, a list of tips for uploading files to ScholarOne Manuscripts, and other information for contributors are available at the journal's Web site at ps.psychiatryonline.org/ps_authors_reviewers. Queries about the appropriateness of a submission and other editorial matters, as well as letters to the editor commenting on articles in recent issues of the journal, should be sent to the editorial office at psjournal@psych.org.

# Child and Adolescent Emergency and Urgent Mental Health Delivery Through Telepsychiatry: 12-Month Prospective Study

Downloaded by KAISER PERMANENTE MULTI-SITE ACCESS from www.liebertpub.com at 07/05/18. For personal use only.

Nasreen Roberts, MBBS, MRCPsych, FRCPC,[1] Tina Hu, MSc,[2]
Nicholas Axas, BSW, MSW,[3] and Leanne Repetti, RN[3]

[1]Division of Child and Adolescent Psychiatry, Department of Psychiatry, Queen's University Canada, Kingston, Ontario, Canada.
[2]Faculty of Medicine, University of Toronto, Toronto, Ontario, Canada.
[3]Hotel Dieu Hospital, Kingston, Ontario, Canada.

## Abstract

**Background:** The significant gap between children and adolescents presenting for emergency mental healthcare and the shortage of child and adolescent psychiatrists constitutes a major barrier to timely access for psychiatric assessment for rural and remote areas. Unlike remote areas, urban emergency departments have in-house psychiatric consultation. Telepsychiatry may be a solution to ensure the same service for remote areas. However, there is a paucity of studies on the use of telepsychiatry for child and adolescent emergency consults. Thus, the aim of our study was to (1) assess patient satisfaction with telepsychiatry and (2) compare clinical characteristics and outcome of telepsychiatry with face-to-face emergency child and adolescent assessments.

**Methods:** This is a prospective study of telepsychiatry emergency assessments of children and adolescents referred by emergency physicians. The comparison group was age- and gender-matched patients seen for face-to-face urgent assessments. Data were gathered on demographic and clinical variables. Telepsychiatry satisfaction was assessed using a questionnaire. Descriptive statistics and chi-square tests were used to assess group differences for each variable. Logistic regression was used to assess impact of the variables on outcome after the consult. A p value <0.05 was used to determine statistical significance.

**Results:** Sixty (n = 60) assessments were conducted through telepsychiatry in 12 months. Among the telepsychiatry group, Aboriginal patients were over-represented (50% vs. 6.7%, p < 0.001), a higher proportion received a diagnosis of adjustment disorder (22% vs. 8.3%, p = 0.004) or no diagnosis (27% vs. 6.7%, p = 0.004) compared with controls. There was no statistically significant difference between groups on other clinical variables. Patients reported a high degree of satisfaction with telepsychiatry.

**Conclusions:** Telepsychiatry is acceptable to patients and families for safe emergency assessment and follow-up, reducing unnecessary travel to urban centers. Longer time outcomes are needed to establish validity of telepsychiatry for emergency assessments.

**Keywords:** telemedicine, telepsychiatry, e-health, emergency medicine/teletrauma, behavioral health, pediatrics

## Introduction

Most children and adolescents in Canada and the United States fail to receive adequate and timely mental health services. The prevalence of psychiatric disorders among children and adolescents in Canada ranges from 15% to 25% with only one in five receiving mental health services.[1] The plight of those living in remote communities is far worse because of the severe shortage of psychiatric expertise and mental health practitioners.[2] The gap in service is a function of a number of factors including (1) timely access and geographical distance from specialized services and (2) the perennial lack of an adequate number of child and adolescent psychiatrists for the number of children in need of services.[3]

The use of telepsychiatry for child and adolescent mental health issues represents an innovative approach to timely service delivery. Telepsychiatry may serve as a user-friendly, efficient, and cost-effective method of providing mental health services to rural and remote communities.[4–6] The Canadian Senate and the Canadian Academy of Child and Adolescent Psychiatry have approved telepsychiatry for consultation, education, and training.[7] However, there is limited research on telepsychiatry in children and adolescents, mostly consisting of case reports and project descriptions.

A review of the literature from 1996 to 2009 reported three studies that had comparison groups and only one treatment study. The authors concluded that despite the limitations of the existing evidence, there was no data suggesting negative

DOI: 10.1089/tmj.2016.0269

Downloaded by KAISER PERMANENTE MULTI-SITE ACCESS from www.liebertpub.com at 07/05/18. For personal use only.

outcomes and recommended further studies focusing on outcome.[8] Recently, a small feasibility study of telepsychiatry services for patients in a rural area in the United States examined parental satisfaction with a two-session model consisting of a psychiatric evaluation session and recommendation session, which was followed by provision of a treatment plan to the primary care provider. Results indicated high parental satisfaction with telepsychiatry.[9]

A Canadian study used videoconferencing for psychiatric consultation to enhance staff capacity in the diagnosis, formulation, and management of mental health problems among Nunavut children through delivery of regular professional-to-professional program consultations and continuing education seminars. The results showed that videoconferencing was an innovative and effective way of delivering specialized mental health services to professionals working in remote areas of Nunavut.[10] An Australian study evaluated a telepsychiatry program, Mental Health Emergency Care-Rural Access Program (MHEC-RAP), for emergency mental healthcare of remote communities, with 22% of the population served as children and adolescents. Results showed that availability of this program helped build confidence in emergency physicians to manage and care for emergency mental health patients locally. In addition, emergency physicians valued access to specialists who are able to conduct assessments and provide relevant and responsive advice for patients presenting with emergency mental health concerns. The experience of these providers before MHEC-RAP is consistent with what has been reported in other rural and remote populations, which suggests that similar programs could address limitations in access to specialist care and change the provision of emergency mental healthcare.[11]

Evidence from the aforementioned studies suggest that emergency physicians specifically could benefit from psychiatry consultation through telepsychiatry, as emergency physicians are the first-line contact for most mental health crises in children and adolescents, especially in rural and remote communities. Community agencies, including the local police, bring adolescents in crisis to the nearest emergency department (ED). ED physicians have to manage these patients without having adequate training for dealing with mental health problems and scarcity of community mental health resources such as walk in crisis clinics, which are available in larger urban centers.

Although there are some studies of successful telepsychiatry assessments and treatment by child psychiatrists,[12] and specific treatment for depression using cognitive-behavioral therapy in depressed adolescents,[13,14] there are no studies on delivering emergency mental healthcare through telepsychiatry, specifically for children and adolescents.

Additional research is needed specifically on the effectiveness of telepsychiatry in the ED setting.

We present the results of a 12-month prospective study of urgent telepsychiatry assessment and brief intervention for children and adolescents referred by emergency physicians, primary care physicians, from rural and remote communities in Eastern and Northern Ontario. The Child and Adolescent Mental Health Urgent Consult Clinic (CAMHUCC) acquired its own telepsychiatry suite, linked through the Ontario Telemedicine Network, allowing telepsychiatry assessment for patients and direct consultation to the ED physicians in remote emergency rooms and clinics within 24 h of patient presentation. The service model incorporates both provider- and patient-centered service.

The purpose of this study was to (1) examine physician and patient satisfaction with emergency psychiatric consult through telepsychiatry and (2) compare clinical characteristics and outcome of telepsychiatry emergency consults with face-to-face emergency consults of children and adolescents from rural and remote communities.

## Methods

The population consisted of children and adolescents under 18 years of age, who were assessed by the CAMHUCC at a university hospital from November 2015 to November 2016. The CAMHUCC team includes a full time child and adolescent psychiatrist, a social worker, and a nurse who provides urgent psychiatric assessment within 48 h for children and youth presenting to the ED, primary care physicians, school boards, and children's mental health agencies (CMHAs). When needed, brief intervention (4 weeks) for medication initiation and stabilization, individual and family crisis intervention, and behavior management are also provided. Assessments and interventions are conducted through face-to-face appointment for those who live locally or through telepsychiatry over the Ontario Telehealth Network (OTN), if located in rural or remote communities.

### STUDY SAMPLE

The sample for this study was derived from the 389 patients assessed by CAMHUCC in a 12-month period. The study group (SG) comprised 60 patients who were assessed through telepsychiatry and completed the telepsychiatry satisfaction questionnaire. The matched comparison group (MCG) consisted of 60 patients who had face-to-face assessment in the clinic over the same 12-month period.

### DATA COLLECTION

The clinic gathers information on the following variables: age, gender, referral source, reason for referral, special

**ROBERTS ET AL.**

Downloaded by KAISER PERMANENTE MULTI-SITE ACCESS from www.liebertpub.com at 07/05/18. For personal use only.

**Table 1. Patient Characteristics of Study Group and Matched Comparison Group**

| | MCG (n=60) | SG (n=60) | OVERALL SAMPLE (n=120) |
|---|---|---|---|
| Aboriginal, % | 6.7 | 50* | 28 |
| Referral source, % | | | |
| Emergency physician | 63 | 62 | 63 |
| Primary care | 15 | 20 | 20 |
| School | 22 | 18 | 20 |
| Reason for referral, % | | | |
| Suicidal | 8.3 | 63 | 33 |
| Anxiety | 1.7 | 10 | 5.8 |
| Aggression | 47 | 22 | 34 |
| Other (Psychosis) | 43 | 5 | 24 |
| Family psychiatric history, % | 95 | 93 | 94 |
| ASPD | 75 | 53 | 64 |
| Mood disorders | 3.3 | 3.3 | 3.3 |
| Anxiety disorders | 1.7 | 3.3 | 2.5 |
| Psychotic disorders | 0 | 1.7 | 0.8 |
| Multiple diagnoses | 15 | 32 | 23 |
| IEP, % | 37 | 23 | 30 |
| Bullying, % | 50 | 33 | 42 |
| Substance use, % | | | |
| Alcohol | 3.3 | 9.6 | 6.2 |
| Marijuana | 13 | 12 | 12.5 |
| Polysubstance | 17 | 31 | 23 |
| Physical abuse, % | 13 | 12 | 13 |
| Sexual abuse, % | 17 | 15 | 16 |
| Past admission, % | 5.0 | 13 | 9.2 |
| Repeat admissions | 1.7 | 1.7 | 1.7 |
| Diagnosis, % | | | |
| No diagnosis | 6.7 | 27* | 17 |
| Adjustment disorder | 8.3 | 22* | 15 |
| ADD/ADHD/ODD/CD | 52* | 27 | 39 |
| Anxiety disorder | 25 | 13 | 19 |
| Mood disorder | 5.0 | 6.7 | 5.8 |
| Substance use disorder | 0 | 1.7 | 0.8 |
| Other | 3.3 | 3.3 | 3.3 |

**Table 1.** *continued*

| | MCG (n=60) | SG (n=60) | OVERALL SAMPLE (n=120) |
|---|---|---|---|
| Outcome, % | | | |
| Brief follow-up | 62 | 43 | 53 |
| Referral to CMHA | 32 | 37 | 34 |
| Admission | 5.0 | 18 | 12 |
| Referral to internal OP | 1.7 | 1.7 | 1.7 |

*$p < 0.01$.
ADD, attention deficit disorder; ADHD, attention deficit hyperactivity disorder; ASPD, antisocial personality disorder; CD, conduct disorder; CMHA, children's mental health agency; IEP, individualized education program; MCG, matched comparison group; ODD, oppositional defiant disorder; OP, child and adolescent outpatient clinics; SG, study group.

education at school, bullying, substance use, physical and/or sexual abuse, family history of mental health issues, previous admissions, diagnosis, and outcome after assessment. Outcomes included no further mental health services required, brief (up to 4 weeks) follow-up in CAMHUCC, referral to the local CMHA, referral to other outpatient clinics in the child and adolescent division, or hospital admission. All those who were assessed through telepsychiatry completed the satisfaction questionnaire provided by the OTN after the consults.

## STATISTICAL ANALYSIS

All questionnaires and clinical data were anonymized before analysis. Descriptive statistics and chi-square tests were used to assess for differences between the two groups for each variable. Logistic regression was used to assess the impact of the variables on outcome after the consult. A *p* value <0.05 was used to determine statistical significance. If several pairwise comparisons were used, a Bonferonni correction was applied. Statistical analysis was performed using IBM SPSS Statistics for Windows, Version 20.0 (IBM Corp., Armonk, NY).

## Results and Materials

Patient characteristics for the SG versus MCG are shown in *Table 1*. The average age of patients was $14 \pm 0.36$ years and 67% were females. There was no significant difference between the two groups for referral source, reason for referral, family psychiatric history, special education program at school, bullying, substance use, physical abuse, sexual abuse, previous hospital admission, and outcome after the consult. Among the patients in the telepsychiatry group, there was a higher proportion of Aboriginal children and adolescents (50% vs. 6.7%, $p < 0.001$), a higher proportion with no

© MARY ANN LIEBERT, INC.

## Table 2. Telepsychiatry Patient Satisfaction Questionnaire Responses

| STATEMENTS | LIKERT SCALE* MEANS ± SD (n = 25) |
|---|---|
| I was agreeable to have my assessment through telepsychiatry. | 4.38 ± 0.49 |
| It was no different to communicate than in person. | 3.88 ± 1.08 |
| The telepsychiatry equipment was user friendly. | 4.67 ± 0.48 |
| I knew that the assessment was confidential. | 4.58 ± 0.58 |
| I was satisfied with the quality of the picture. | 4.46 ± 0.59 |
| Telepsychiatry saved me and my family time and/or money. | 4.58 ± 0.65 |
| I would use telepsychiatry services again if needed. | 4.54 ± 0.66 |
| My telepsychiatry appointment was available within 48 h. | 4.17 ± 0.92 |
| I was comfortable with having my treatment on telepsychiatry | 4.17 ± 0.82 |
| I would rather have telepsychiatry than travel to the clinic in Kingston | 4.00 ± 1.22 |

*Where 1, strongly disagree; 2, disagree; 3, neither agree nor disagree; 4, agree; 5, strongly agree.

SD, standard deviation.

Downloaded by KAISER PERMANENTE MULTI-SITE ACCESS from www.liebertpub.com at 07/05/18. For personal use only.

assigned diagnosis (27% vs. 6.7%, $p = 0.004$), and a higher proportion diagnosed with adjustment disorder (22% vs. 8.3%, $p = 0.004$). A higher proportion of patients in the face-to-face group were diagnosed with attention deficit hyperactivity disorder (ADHD) and disruptive disorder than the telepsychiatry group (52% vs. 27%, $p = 0.004$). None of the variables were found to be significant predictors of patient outcome after the consult ($p > 0.05$ for all).

*Table 2* shows the results of the patient satisfaction questionnaire, completed by the SG. Overall, patients reported a high degree of satisfaction with the use of telepsychiatry and the majority stated they would use the service again in the future. Telepsychiatry was noted to be user friendly and helped save patient's family time and money by enabling the opportunity to access assessment without long distance travel.

## Discussion

Overall, results of our study suggest high patient and ED physician satisfaction with emergency consults through telepsychiatry, and the lack of significant difference in consultation outcome is encouraging. The results presented in our study are based on the first 12 months after the acquisition of a dedicated CAMHUCC telepsychiatry suite in 2015. Some of our results, such as the high patient and parent satisfaction with tele-

psychiatry, are similar to previous studies on nonurgent assessments.[6] Our study results differ from previous studies in that there was a significant difference between the face-to-face and telepsychiatry groups, where 50% of those assessed through telepsychiatry were of Aboriginal background. This difference can be explained by the catchment area of CAMHUCC, which serves the remote James Bay coastal communities.

One of these communities has been in the press since April 2016 for increased presentations for suicidality among children and adolescents.[15] In addition to this, our catchment area has a number of private group homes used by child protection services across the provinces to place hard-to-serve Aboriginal youth who have complex mental health histories. These group homes are mostly in rural areas, 1.5–3 h drive (each way) from our clinic. The second difference from previous studies was the difference between those not assigned a diagnosis in the telepsychiatry group: this may be because of an overall lower age range with a significant proportion less than age 12 who imitated older peers in the context of poor adult supervision and multiple psychosocial stressors in the telepsychiatry group compared with the face-to-face group. Another explanation may be the unreliability of collateral developmental history in telepsychiatry.

Lastly, there was a significant difference between the groups on the diagnosis of ADHD and disruptive disorder with the telepsychiatry group being under represented. This difference may be a function of the mentioned unreliability of collateral history, poor and sporadic school attendance, cultural factors, and child-rearing practices with acceptance of certain behaviors as within their cultural norms.

The lack of significant difference in patient outcome for the two groups in our study suggests that telepsychiatry may be suitable for urgent assessment; however, this result needs to be viewed with caution because of the small sample size and the short period to ascertain outcome. Larger sample size with longer duration for postconsult outcome may yield more reliable results. Although not statistically significant, the SG had more admissions to the hospital ward than the MCG. One explanation for this may be the combination of unavailability of CAMHUCC weekends and holidays and a lack of adequate resources to hold a patient for 24–48 h in the remote nursing station and ED. Another reason, specific to the northern communities, for transfer and admission, was the unavailability of a guardian for some of the SG patients and the refusal or inability of the patient to participate in the interview to allow for a diagnostic assessment.

The availability of a child and adolescent psychiatry team 7 days a week could address the weekend issue. Furthermore, ensuring the presence of a family member and a child and

**ROBERTS ET AL.**

Downloaded by KAISER PERMANENTE MULTI-SITE ACCESS from www.liebertpub.com at 07/05/18. For personal use only.

youth mental health worker, at the time of consult, would allow for a comprehensive assessment. In addition, the problems of consistent and regular access to, and patient/guardian agreement to receive service from their local mental health workers, require urgent attention from local health services, the Band councils, community leaders, and mental health agencies.

A larger study is underway to study the long-term outcomes after telepsychiatry urgent consults and brief interventions: nonetheless, at the time of submitting this article, there had been no suicides or other adverse outcomes in the SG. Our preliminary results suggest that telepsychiatry may be used successfully for emergency assessment and follow-up, reducing unnecessary travel to urban centers, and is associated with a high degree of patient satisfaction.

## Special Consideration

There are a number of special considerations if telepsychiatry is to be used for emergency and urgent assessments of children and adolescents. An essential consideration is the quick access to high-quality equipment capable of establishing a secure connection. Another important consideration is to replicate the face-to-face emergency consult conducted in urban EDs. This requires a child and adolescent psychiatrist who is, a) comfortable with telepsychiatry assessment and b) has flexibility in his or her schedule to accommodate urgent requests. Finally, emergency telepsychiatry requires a team experienced in emergency child and adolescent psychiatry, who have the knowledge to negotiate the system in cases where transfer for admission is needed.

The latter requires admitting privileges at the receiving hospital and familiarity with safety protocols for transfer; some patients can be transferred by the scheduled patient air shuttle with a parent or guardian while others may require the air ambulance.

## Acknowledgments

The authors would like to thank Dr. Robert Nesdole, PhD, of Queens University Department of Psychology for his advice on statistical methods.

## Disclosure Statement

The authors have no conflicts of interest or financial interests to declare.

## REFERENCES

1. Parker Z, Steele M, Junek M, Morin L, Davidson S, Fleisher W, Yates T. *Child psychiatry in Canada: Physician resources position statement of the Canadian Academy of Child and Adolescent Psychiatry.* Ottawa, ON: Canadian Psychiatric Association, **2003**.

2. Broder E, Manson E, Boydell K, Teshima J. Use of telepsychiatry for child psychiatric issues: First 500 cases. *CPA Bulletin* **2004**;36:11–15.

3. Gloff NE, LeNoue SR, Novins DK, Myers K. Telemental health for children and adolescents. *Int Rev Psychiatry* **2015**;27:513–524.

4. Elford DR, White H, St John K, Maddigan B, Ghandi M, Bowering R. A prospective satisfaction study and cost analysis of a pilot child telepsychiatry service in Newfoundland. *J Telemed Telecare* **2001**;7:73–81.

5. Persaud DD, Jreige S, Skedgel C, Finley J, Sargeant J, Hanlon N. An incremental cost analysis of telehealth in Nova Scotia from a societal perspective. *J Telemed Telecare* **2005**;11:77–84.

6. Myers KM, Valentine JM, Melzer SM. Child and adolescent telepsychiatry: Utilization and satisfaction. *J E Health* **2008**;14:131–137.

7. Kirby MJL, Keon WJ. Out of the shadows at last: Transforming mental health, mental illness and addiction services in Canada. Ottawa, ON: Standing Committee on Social Affairs, Science and Technology, **2006**.

8. Diamond JM, Bloch RM. Telepsychiatry assessments of child or adolescent behavior disorders: A review of evidence and issues. *Telemed J E Health* **2010**;16:712–716.

9. Jacob MK, Larson JC, Craighead WE. Establishing a telepsychiatry consultation practice in rural Georgia for primary care physicians: A feasibility report. *Clin Pediatr (Phila)* **2012**;51:1041–1047.

10. Volpe T, Boydell KM, Pignatiello A. Mental health services for Nunavut children and youth: Evaluating a telepsychiatry pilot project. *Rural Remote Health* **2014**;14:2673.

11. Saurman E, Kirby SE, Lyle D. No longer 'flying blind': How access has changed emergency mental health care in rural and remote emergency departments, a qualitative study. *BMC Health Serv Res* **2015**;15:156.

12. Elford R, White H, Bowering R, Ghandi A, Maddiggan B, St John K, House M, Harnett J, West R, Battcock A. A randomized, controlled trial of child psychiatric assessments conducted using videoconferencing. *J Telemed Telecare* **2000**;6:73–82.

13. Pesämaa L, Ebeling H, Kuusimäki ML, Winblad I, Isohanni M, Moilanen I. Videoconferencing in child and adolescent telepsychiatry: A systematic review of the literature. *J Telemed Telecare* **2004**;10:187–192.

14. Nelson EL, Barnard M, Cain S. Treating childhood depression over videoconferencing. *Telemed J E Health* **2003**;9:49–55.

15. Roberts N, Axas N, Repetti L. Clinical characteristics and outcome of emergency department referrals for suicidal first nation children and adolescents from Northern Ontario: Preliminary report case report. *Int J Sch Cog Psychol* **2016**;3:180.

Address correspondence to:
*Nasreen Roberts, MBBS, MRCPsych, FRCPC*
*Division of Child and Adolescent Psychiatry*
*Department of Psychiatry*
*Queen's University*
*166 Brock Street*
*Kingston, ON K7L5G2*
*Canada*

*E-mail:* robertsn@hdh.kari.net

*Received:* December 19, 2016
*Revised:* February 3, 2017
*Accepted:* February 6, 2017
*Online Publication Date:* April 20, 2017

© MARY ANN LIEBERT, INC.

Psychiatr Q (2017) 88:271–283
DOI 10.1007/s11126-016-9470-y



REVIEW ARTICLE

# Training Residents in the Use of Telepsychiatry: Review of the Literature and a Proposed Elective

Sy Atezaz Saeed[1] · Toni L. Johnson[2] · Mandeep Bagga[3] · Oliver Glass[3]

Published online: 28 October 2016
© Springer Science+Business Media New York 2016

**Abstract**  Many regions in the United States are deficient in mental health services, especially those in rural areas. As a result of these deficiencies, many patients in need of psychiatric services are often left untreated. Although it is clear that telepsychiatry has great potential in improving patient access to mental health care in areas where psychiatric services are deficient, the lack of familiarity with the technology and inadequate training are current barriers to expanding the use of telepsychiatry. A review of telepsychiatry, its clinical applications, and evidence-based literature regarding competencies in graduate medical education related to telepsychiatry are provided. An approach to implementing telepsychiatry into a curriculum is suggested. We also propose an elective clinical experience with resources for didactics or independent study that will enable residents to develop a knowledge base and competence in the practice of telepsychiatry.

**Keywords**  Telepsychiatry · Telehealth · Telemedicine · Accreditation Council for Graduate Medical Education (ACGME) · Health information technology (HIT) · Videoconferencing

✉  Sy Atezaz Saeed
     saeeds@ecu.edu

1    Department of Psychiatry and Behavioral Medicine, Brody School of Medicine at East Carolina
     University, 600 Moye Blvd., Suite 4E-102, Greenville, NC 27834, USA

2    Department of Psychiatry and Behavioral Medicine, Psychiatric Outpatient Clinic, 905 Johns
     Hopkins Drive, Greenville, NC 27834, USA

3    Department of Psychiatry and Behavioral Medicine, Brody School of Medicine at East Carolina
     University, 905 Johns Hopkins Drive, Greenville, NC 27834, USA



Springer

272                                                        Psychiatr Q (2017) 88:271–283

## Introduction

Mental disorders are common. An estimated 26.2 % of Americans ages 18 and older (about 1 in 4) have a mental disorder in any one-year. However, the main burden of illness is concentrated in about 6 % who suffer from a serious mental illness [1]. Mental disorders are not only common, they are also associated with high levels of distress, disability, morbidity, and mortality. However, many states have scarcity of health and human services, especially in rural areas. Such disparities are particularly apparent in the area of mental health services [2]. Because of the scarcity of resources in rural areas, and areas of lower population density, many people with mental disorders do not have access to mental health services. This lack of access often forcees patients to travel long distances to obtain mental health services, or forgo such services altogether. Telepsychiatry is a demonstrated solution to address the problem of disparities in access to care. However, despite empirical evidence that demonstrates effectiveness of telepsychiatry, when compared to the care provided face-to-face, many psychiatrists are still not at ease with telepsychiatry. Including telepsychiatry in residency training curriculum can help increase the number of psychiatrists that will likely use it in caring for patients in rural and underserved communities. A recent review of use of telepsychiatry in graduate medical education concluded that there was a need for a more evidence-based approach to telepsychiatry training and that such a training, if done right, could not only improve clinical outcomes but also promote social accountability, cultural competence, and interprofessional care [3].

The body of literature that supports the assertion that utilizing telepsychiatry to provide mental health care has the potential to mitigate the workforce shortage that directly affects access to care, especially in remote and underserved areas, has been significant [4] and it continues to grow. Among the general application of telemedicine and telehealth, telepsychiatry has remained as one of the largest medical specialty uses for over a decade now [5, 6]. Telepsychiatry has been referred to by various terms including tele behavioral health, telemedicine, e-behavioral health, telemental health, e-care, telehealth, and telecare.

Health information technologies (HIT) continue to grow in numbers and many of them have the potential to enhance access to mental health care, as well as reduce disparities in use of services across groups in need. Such technologies are not limited to telepsychiatry and include use of Internet, smartphone programs or apps, and text messaging protocols. Utilizing such technologies can help solve the access problem and enable us to extend our clinical reach into underserved populations without significantly expanding our workforce [7].

In this paper we summarize benefits of using telepsychiatry, its clinical applications, relevant technology basics, and what competencies may be required for future psychiatrists with respect to telepsychiatry and technology. We review literature in the area of graduate medical education pertaining to telepsychiatry. We then discuss pedagogical approaches that will promote attainment of these competencies. Using an evidence-based approach, we conclude with proposing an elective that is likely to develop residents' competence to practice telepsychiatry.

## Telepsychiatry- Technology Basics

While telepsychiatry has been defined in various ways, live interactive two-way audio-video communication, often referred to as videoconferencing, is the modality that has become synonymous with telemedicine broadly, and telepsychiatry specifically for mental health care. With videoconferencing, a provider at a distant location evaluates and treats a patient at their



Case 2:90-cv-00520-KJM-SCR    Document 5873-3    Filed 08/03/18    Page 125 of 136

local clinical site via live and interactive audiovisual conferencing systems over high-bandwidth networks. A typical telepsychiatry setup includes a video camera, microphone, speakers (or headset), and one or two displays at each end of the system. Often, separate displays or a picture-in-picture (if one display) are used to enable participants to see both outgoing and incoming video. A pan-zoom-tilt control of video camera is preferred which allows the clinical provider to remotely control his/her view of the patient's site or locally control the view that is being transmitted to the patient. A vital component of this interactive telepsychiatry unit is the coder/decoder (also referred to as codec), which provides the requisite compression and decompression, and synchronization of audio and video signals and it is required at both the patient and consultant ends of the system. A coder/decoder can be a separate device or it can be personal computer-based.

Regarding connectivity, historically telepsychiatry applications have used point-to-point network connections, usually as full or fractional T-1 or Integrated Services Digital Network (ISDN) circuits. With the rapid diffusion of Internet and Ethernet networks, Internet Protocol (IP) has largely replaced these older point-to-point networks. When using IP networks security must be ensured. This can be done by using encrypted codecs or by setting up a virtual private network (VPN) and/or a virtual local area network (VLAN). With the security measures in place, the advantage of IP networks is that they can be shared by multiple applications, e.g. Internet access, e-mail, LAN, etc. This means that the telecommunications or network costs can be shared, or considered a sunk cost.

### Benefits of using Telepsychiatry

A growing body of literature suggests that use of telepsychiatry to provide mental health services has the potential to solve the workforce shortage problem that directly affects access to care, especially in remote and underserved areas [4, 8]. Telepsychiatry is not only effective and well accepted; it can also increase administrative efficiency while providing positive outcomes in most clinical settings [8].

Empirical evidence on the use and effectiveness of telepsychiatry services across the life span has been previously reviewed by our group [4] covering a time period of over half a century. In that review we noted that the evidence on effectiveness of telepsychiatry did not start to emerge until 2000 or later and was relatively weak. This literature began with descriptive articles that looked at acceptance, satisfaction, feasibility, and cost. There was then movement toward comparing telepsychiatry to services provided in-person. It hasn't been until more recent years that studies that provide the same treatment across the two modalities (telepsychiatry versus face-to-face) and measure clinical outcomes have emerged. However, in these studies the treatment tends to be very limited, usually medication management or a short course of CBT. Such studies show the outcomes to be generally similar as in treatment provided face-to-face and the acceptance of telepsychiatry to be generally good. Further, literature shows that if there are acceptance problems, it is usually the professional who is reluctant, not the patient or family. Usage is primarily in rural areas or jails, or with underserved subpopulations such as children. Our review also showed that while the state of the literature was generally not robust, there was more in psychiatry than other medical specialty areas, probably because of the greater reliance on the mental status examination and verbal communication as compared to a physical examination.

Hilty and colleagues also reviewed the published literature on effectiveness of telemental health compared to services provided face-to-face [9]. Their review suggested that telemental



health was not only effective for diagnosis and assessment across many populations and for disorders in many settings (for example emergency, home health), but it also appeared to be comparable to care provided face-to-face.

Deslich and colleagues have summarized the benefits and constraints of using telepsychiatry within the current system of healthcare [10]. On the benefits side, telepsychiatry can provide better access and higher-quality care to patients in need of such care with the potential cost savings to providers. On the challenges and barriers side, reimbursement, licensure, privacy, security, patient safety, and interoperability have all been identified.

In addition to the direct benefits of telepsychiatry to patients and providers, other benefits have also been identified, including:

1.  Improving access to mental health services can help reduce geographic and socioeconomic health disparities
2.  Reducing the time and expenses associated with travel can also improve consumer compliance
3.  Improved education of mental health professionals
4.  Improved coordination of care across mental health system
5.  Improvement in recruiting and retaining mental health professionals to work in underserved or rural areas [11–14].
6.  Potential of reduction of stigma associated with receiving mental health services [15].

## Telepsychiatry Applications

Telepsychiatry can be used for diagnostic and therapeutic use across the age span. Common applications include diagnostic assessments; pre-hospitalization assessment and post-hospital follow-up care; medication management; psychotherapy; and consultation. Videoconferencing consultations can be used on routine as well as for crisis behavioral health cases using a "virtual" case management team. Points of delivery can include hospitals and their emergency departments, clinics, offices, homes, nursing homes, schools, and correction settings. Other uses of telepsychiatry include:

*   Telehealth technologies can be used to restructure the implementation of training efforts, allowing the learning activity to originate from a variety of possible locations inside or outside the state. Designated trainers would not have to travel to multiple sites in order to deliver the desired training to multiple audiences. The provision of telehealth-facilitated training would also allow broader access to the training by the myriad of staff from varied institutions and minimize training related travel. Furthermore, telehealth-facilitated training can ensure that the subject matter is conveyed consistently from site to site, and questions and comments of the participants and their responses are communicated simultaneously to multiple audiences at the different training sites thus enriching the learning experience.
*   The primary services needs of inpatients at most of the state mental health, developmental disabilities, and substance abuse facilities are usually met by facility staff. However, these patients often have co-morbidities or other health conditions that become manifest during their inpatient stay. It is often problematic, costly, and inefficient to provide other clinical services in a timely manner, either on site or by offsite transport. Many of such specialty consultation services are possible by telehealth/telemedicine.

 Springer

Psychiatr Q (2017) 88:271–283

- Many state institutions, such as correctional facilities or special needs schools, require mental health and other health services. Telepsychiatry/telehealth can be quite helpful in providing such services. This has been proven to be cost effective and educationally beneficial, as it has resulted in students remaining at the school and spending more time in the classroom, as they would have otherwise returned home.
- For the current system to work properly and efficiently there is a requirement for a seamless interface between the mental health professional, law enforcement and the judicial system. Commonly, law enforcement officials are responsible for the safety, care and sustenance of consumers in crisis, who often must be transported over great distances to facilities with receiving clinicians who have little or no information on the consumer en route. Other variables such as the changing mental status of the consumer, attitudes and cultural beliefs of the caregivers and drugs and/or alcohol consumed prior to the crisis further complicate the situation. Similar complications arise when law enforcement must interface with rural emergency departments when accompanying those recently apprehended or otherwise in custody that might have significant mental illness. Telepsychiatry and e-mental health systems could greatly improve the efficiency of these situations and improve public safety. Telehealth can also be used for commitment hearings, evaluation of competence, and forensic evaluations
- There is a great need to improve the quality of and access to mental health services in nursing homes and other extended care facilities. Residents' mental health conditions are often misdiagnosed (or underdiagnosed) and nursing staff are increasingly overburdened and inadequately trained to deal with mental health issues. Telepsychiatry and e-mental health services could improve the quality and efficiency of mental health services delivery. Furthermore, other clinical needs could be addressed by telehealth using the same infrastructure.
- The primary care physician is usually the principal gatekeeper for accessing the health care system. Many of the patients seen in the primary care setting have mental disorders, psychiatric co-morbidities, or psychogenic symptoms. Further confounding the problem are the primary care physician's limited mental health training and difficulty in referring patients for mental health services [16]. Therefore, primary care physicians often under diagnose mental health conditions, are unaware of developments in and protocols for pharmacotherapy, and struggle to appropriately refer their patients for external mental health services. There are several primary care applications for telepsychiatry and e-mental health, including training, tele-mentoring, teleconsultation, and care coordination.

## Review of Literature on Training Residents in the Use of Telepsychiatry

Currently, training in telepsychiatry is not a requirement for psychiatry residency programs in the United States, the UK, Canada, Australia, or New Zealand. Training in rural mental health is only required in Australia and New Zealand where telepsychiatry is recommended when available, however. Canada is increasing training requirements in telepsychiatry specifically to meet the mental health needs of marginalized populations and those living in rural and remote areas [3]. In the United States, there appears to be a clear practice gap between resident/ fellow interest in telepsychiatry and the didactic curriculum and clinical experiences offered in residency programs.

 Springer

A 2011 survey by Hoffman and Kane of 183 psychiatry residency programs in the United States found that very few programs offered a curriculum in telepsychiatry even though 72 % of the resident respondents were "interested" or "very interested" in telepsychiatry [17]. This was consistent with a similar response from residents in an earlier study by Glover and colleagues [18]. They surveyed 485 psychiatry residency and fellowship programs in the United States. More than two-thirds of the 283 respondents who completed the survey reported having an interest in telepsychiatry. Trainees viewed it as an important part of training although only 50 of the respondents reported having any clinical exposure to telepsychiatry. Over half of the respondents reported lack of any didactic teaching on telepsychiatry in their training programs. Not surprisingly, those who had some clinical exposure reported a higher interest level in telepsychiatry. Yet, the amount of exposure to pique interest was extremely modest with the majority of respondents reporting either a one-time encounter or less than 6 h of encounter time with several patients via telepsychiatry.

Unlike the Glover report, the Hoffman and Kane survey was sent to program directors and was limited by a low response rate of 25 %. Less than 50 % of responders stated residents in their program were involved in any telepsychiatry (either formal curriculum or informal clinical experience) and only 26 % reported having a formal curriculum in telepsychiatry. Like the Glover study however, those programs in rural areas were more likely to experience exposure to telepsychiatry. Of note, the vast majority of program directors reported an interest in receiving a sample curriculum in telepsychiatry.

Overall, it appears the majority of residents/ fellows as well as program directors in the United States are very interested in clinical telepsychiatry experiences and developing didactic curriculum despite the low percentages of programs currently doing this. Although the interest is apparent, the motivation for program directors to actually add telepsychiatry curriculum and clinical rotations or make any modifications to residency programs, is generally fueled by the Program Requirements outlined by the residency oversight organization, the Accreditation Council for Graduate Medical Education (ACGME). The current ACGME competencies for technology, in general, are very limited and focus mostly on the use of the electronic medical record (EMR). Competencies specifically for telemedicine/ telepsychiatry are not yet defined. There are no goals or objectives, nor any specific milestones to gauge a resident's level of competency in telepsychiatry knowledge or clinical abilities. There remains a great need for specific goals and objectives in curriculum development and also a method to assess the competency of trainees in the delivery of telepsychiatric services. This includes evaluating residents along a vast array of core competencies including clinical skills, technical knowledge, ethical understanding, forensic knowledge as well as inter-professional and communication skills.

Oesterheld and colleagues provide the details of a formal curriculum for training in telepsychiatry [19]. They identified necessary skills including technical skills, assessment skills and adaptation of skills to the telepsychiatry context. In a recent study by Sunderji and colleagues reviewing telepsychiatry in graduate medical education, only 20 peer-reviewed references which describe training psychiatry residents to deliver mental health care via real-time videoconferencing were identified. Of the 20 articles, none described a valid needs assessment of residents and only four defined learning objectives [3]. A needs assessment is, of course, necessary for the foundation of evidence-based curriculum development.

Crawford, Sunderji and colleagues completed a qualitative study to better assess the needs of resident learners in order to guide the development of telepsychiatry curriculum.


Springer

Psychiatr Q (2017) 88:271–283                                                    277

Their study focuses on the reflections of residents with an interest in telepsychiatry and experienced faculty members related to learning telepsychiatry at the University of Toronto. In addition to the basic skills identified years earlier by Oesterheld and colleagues, the curriculum developed by Crawford and colleagues included areas of practice such as collaborative and interprofessional skills, community psychiatry, cultural psychiatry, medico-legal aspects and systems-based practice skills [20]. These additions are better aligned with the competency framework of the ACGME in the United States. A comprehensive telepsychiatry clinical experience may include educating trainees in diagnostic assessment, consultation, psychopharmacologic management, and psychotherapy (individual, couple, or group) via video-conferencing. Specific considerations for demographic variations such as age (adult, child/adolescent), location/ settings (rural, urban, emergency department, nursing home, detention/ jail/ prison) and variation in language ability must also be considered.

Outside of the graduate medical education world, professional guidelines for tele-medicine and telepsychiatry do exist. Recommendations that apply to all medical specialties include the AMA 2014 Practice Parameters for Telemedicine [21]. The report provides a summary of AMA's existing policies with respect to payment, clinical standards, licensure, and ethical guidance. The American Psychiatric Association (APA) Council on Psychiatry & Law published a resource document to discuss the role of internet in the practice of psychiatry, particularly when communicating with patients and the public [22]. While the document provides discussion to frequent questions asked regarding e-therapy, medical practice websites and e-mail, it did not have the intention of addressing detailed aspects of telepsychiatry delivery. The American Telemedicine Association developed practice guidelines on videoconferencing-based telemental health in October 2009 [23]. This was a consensus-based best-practice reference written as a summary of clinical experiences of experts in the practice of telepsychiatry.

Additionally, in 2013, the American Telemedicine Association developed practice guidelines for behavioral health professionals [24]. Practice parameters for telepsychiatry services for child and adolescent psychiatry were developed by the Work Group on Quality Issues, American Academy of Child and Adolescent Psychiatry [25]. Likewise, in 2013, the Telepsychology Task Force (TTF) put forward guidelines for telepsychology, which was then established by the American Psychological Association (APA), the Association of State and Provincial Psychology boards and the APA Insurance Trust [26]. The intention of the guidelines is to ensure that psychologists adhere to a certain standard when delivering their care through telepsychology. It was understood by the TTF that while telepsychology offers opportunities, this form of communication might also have its periods of difficulties. Attention must be paid to the key aspects of what makes telepsychology different from traditional provider to client/patient in-person care delivery.

## Suggested Guidelines for Graduation from Residency Training

Residency programs must take reasonable steps to ensure residents demonstrate competence with the telepsychiatry practice and express understanding of the potential impact of telepsychiatry services on patients or other healthcare professionals.

 Springer

278                                                    Psychiatr Q (2017) 88:271–283

Based on our review of the literature, as summarized above, we suggest the following guidelines for GME:

*Guideline 1*: Residents must demonstrate ethical and professional standards of care are met throughout the duration of the telepsychiatry services provided.

*Guideline 2*: Residents must ensure the identification, location and contact information of patient and provide own identification before the service proceeds.

*Guideline 3*: Resident must be aware of local emergency resources such as location of nearest hospital or emergency room capable of managing psychiatric emergencies in the location of the patient.

*Guideline 4*: Residents must be aware of other local professionals, institutions, agencies or demonstrate ability to coordinate such care with a team member in case a local referral is needed

*Guideline 5*: Residents must discuss contact methods and management of patient concerns in between appointments, how to handle emergencies, etc.

*Guideline 6*: Residents must demonstrate understanding of the applicable laws of where patient is located and regulations, as well as organizational requirements that govern informed consent, involuntary commitment, controlled substances and Tarasoff laws in telepsychiatry care delivery as well as relevant laws and regulations when providing telepsychiatry services to patients across jurisdictional and international borders.

*Guideline 7*: Residents must obtain and document informed consent and release of information processes that specifically addresses the unique concerns related to the telepsychiatry services provided and inform patients of the potentially increased risks to loss of confidentiality inherent in the use of the telecommunication technologies, if any.

*Guideline 8*: Residents must take reasonable steps to ensure that security measures are in place to protect private health data and information from unintended access or disclosure and maintain the confidentiality of the data and information.

*Guideline 9*: Residents should be competent with the culture of the population they are serving, which may or may not be similar to the resident's surrounding environment.

*Guideline 10*: Residents must be able to identify the time at which telepsychiatry services are no longer appropriate, and must be discontinued.

*Guideline 11*: Residents must consider the unique issues that may arise with test instruments and assessment approaches designed for in-person implementation when providing telepsychiatry services.

*Guideline 12*: Resident must document appropriately in the EMR (HER) and have a basic understanding of billing and payment for various telepsychiatry services.

## A Proposed Elective

Due to the ever-increasing importance of teletechnology in the field of psychiatry, new graduates are more than ever expected to be familiar with or at least be comfortable using these cutting edge tools in providing care to patients. In our current system, residency training typically lags behind commercial demand for skills. Therefore, due to the relative scarce use of telepsychiatry in residency training, no current standardized training protocols exist to guide training programs in preparing residents for future jobs in telepsychiatry. As a consequence of the limited training that graduates are receiving at this point, most commercial telepsychiatry providers have taken on the



Psychiatr Q (2017) 88:271–283

burden of training psychiatrists themselves. Most current telepsychiatry job postings state that "telepsychiatry experience" is beneficial but if not, any and all training necessary will be provided. Due to the rapid growth of the field and as telepsychiatry becomes more commonplace, eventually the burden of training will move away from the service sector to the training programs. Residents who do not receive training in telepsychiatry will be less competitive for these positions than those who do and consequently programs that do not offer any telepsychiatry experience may be seen as inferior by potential applicants.

Standardization of telepsychiatry education, at this point, will be difficult due to the limited prevalence of telepsychiatry programs in certain areas as well as the diverse patient population that is used to treat and evaluate. The most common current use of telepsychiatry is in the outpatient clinic, either through a consult system or primary provider system. However, telepsychiatry is continuing to expand into evaluating patients in emergency departments, consultation and liaison services, and even to conduct research. Telepsychiatry can also be used to treat patients across the life span. Each one of these uses of telepsychiatry comes with its own sets of unique challenges and risks, therefore training in each category would be ideal but most likely not feasible in the current market. It may be advisable to start the telepsychiatry training on an "elective" basis to allow interested residents to gain experience in a varying number of settings. Electives should be reserved for advanced placement residents as the elective should be more focused on learning the challenges and unique aspects of using technology to see patients rather than building interviewing skills or enhancing psychopharmacology knowledge. If possible, residents should be given the opportunity to rotate and see patients in the varying settings and at minimum in outpatient clinics and emergency departments, as these are the most predominant locations for telepsychiatry. Resident responsibility should start with shadowing current providers until residents can gain familiarity and comfort with the technology. Shadowing should progress towards more "hands on" patient care but with continued supervision from primary providers to assist with any technical difficulties that may arise. Complete independence with the patient interaction can be assigned, however should be limited as the primary objective of the elective should be, as previously stated, to gain knowledge and understanding of the telepsychiatry system itself and not to teach basic interviewing skill or pharmacology knowledge.

A collection of reading materials should be incorporated into the elective and time should be reserved to allow residents to review these materials. Readings should encompass medico-legal issues, ethical concerns, logistics, challenges unique to telepsychiatry and guidelines on industry standards. Materials should also be included to help residents become familiar with the current equipment that is available, the videoconferencing industry that provides products (e.g. Polycom, Cisco, Tanberg, Lifesize, Cloudvisit, etc.), and the current evidence base for telepsychiatry. Residents should also review on-line training modules that are provided by Northern Arizona Regional Behavioral Health Authority (NARBHA), a telemedicine network serving rural areas of Northern Arizona since 1996. The modules are available at the following link: http://www.rbha.net/TelepsychiatryBasics.html. It provides an on-line telepsychiatry basics seminar which is designed to help clinicians, administrators, and technical staff who are about to start, or who need information about starting and/or overseeing, a telemental health program. The training is divided into a clinical track and an administrative track. Topics offered in the clinical track include an overview of telemental health, best practices, psychodynamics, and use of interpretive services via videoconferencing. Residents should also be



encouraged to join the American Telemedicine Association as "student members", and if available familiarize themselves with the use of the InTouch videoconferencing robot.

An elective would include exposure to telepsychiatry in various clinical settings including emergency department, other acute crisis facilities, consult-liaison service, and outpatient clinics. Such an elective would also include didactics, opportunity for readings and familiarization with telepsych equipment, industry, research, etc. Table below provides a listing of some of the available resources for such an elective.

| Association | Title of Guideline | Year | Topics |
|---|---|---|---|
| American Psychological Associations | Guidelines for Telepsychology http://www.apa.org/practice/guidelines/telepsychology.aspx | 2013 | Discusses differences between classical providers and telehealth providers; Provides 8 guidelines for telepsychologists. |
| American Psychiatric Association | Resource Document on Telepsychiatry and Related Technologies in Clinical Psychiatry https://www.psychiatry.org/psychiatrists/search-directories-databases/library-and-archive/resource-documents | 2014 | Discusses the role of internet in the practice of psychiatry; discusses frequently asked questions regarding e-therapy, medical practice websites and email; medico-legal issues and pitfall/common mistakes of telepsychiatry. |
| American Academy of Child and Adolescent Psychiatry | Practice Parameter for Telepsychiatry with Children and Adolescents http://www.jaacap.com/article/S0890-8567(08)60154-9/fulltext | 2008 | Discusses telepsychiatry with particular focus on C&A psychiatry: history, development, model of delivery, infrastructure, legal issues, management strategies, equipment, optimizing care, informed consent, location considerations, etiquette, and prescribing medications |
| American Telemedicine Association | Practice Guidelines for Video-Based Online Mental Health Services http://www.americantelemed.org/resources/telemedicine-practice-guidelines/telemedicine-practice-guidelines/practice-guidelines-for-video-based-online-mental-health-services#V5-LIusrJdg | 2013 | Generic guidelines covering basics of patient encounters in telepsychiatry such as identity verification, location verification, expectation setting, emergency protocols, medication and cultural competence, technology considerations |
| American Telemedicine Association | Practice Guidelines for VideoConferencing-Based TeleMental Health http://www.americantelemed.org/docs/default-source/standards/practice-guidelines-for-videoconferencing-based-telemental-health.pdf?sfvrsn=6 | 2009 | Creates guidelines for online mental health: initiation, patient appropriateness, informed consent, physical environment, communication and coordination, emergency management, medical issues, technology guidelines, administrative guidelines |

 Springer

Psychiatr Q (2017) 88:271–283 281

| Title of Textbook | Editor(s)/ Author(s) | Year | Topics |
|---|---|---|---|
| Telemental Health | Kathleen Myers, Carolyn Turvey | 2013 | Discusses the clinical, technical, and administrative foundations for the evidence-based practice of telepsychiatry. |
| Telepsychiatry & Telemental Health, An Issue of Child & Adol Psych Clinics of N. Am | Brian Grady, Eve-lynn Nelson | 2011 | Emphasizes use of telepsychiatry and telemental health to children and adolescents in various settings and with a variety of clinical approaches |
| Telepsychiatry and E-mental health | Amanda Oakley, Paul McLaren, Peter Yellowlees | 2009 | A comprehensive overview in the ways telemedicine can aid diagnosis and management. It includes experts' personal experiences |

## Conclusions

The potential for telepsychiatry to improve access to adequate mental health care is becoming more evident. While its continued advances are in progress, the current technology appears to be adequate for most clinical uses. There are numerous applications of telepsychiatry that are already defined and more are ripe for exploration. Barriers to implementation are primarily of the human variety and will require a combination of consumer, provider and governmental advocacy to overcome. Telepsychiatry can be effectively used to bridge mental health providers with the population that may not have access to such services due to various reasons. Aside from helping solve the access problem, use of telepsychiatry can also help with narrowing the gap between science and practice by system-level implementation of measurement-based, standardized, and evidence-based practices. The use of technology has brought down the costs of electronically delivered care besides making the communication easy and accessible. The advancement in technology over the years, has connected the majority of the American population and the Internet has had significant effect of increasing users' social networking.

The benefits of training residents in telepsychiatry include well-established and immediate results as well as probable, and yet, unseen positive impacts. Obtaining competency in telepsychiatry will better prepare residents for the job market of the future. For example, The Veterans Health Administration (VHA) has embraced telepsychiatry and plans to continue expansion of these services over the next several years. With the increasing demand for psychiatric services for increasingly diverse and mobile populations, it is in our best interest to train residents to provide this care without the limitations of geographic proximity. In fact, it has been speculated that telepsychiatry practice for marginalized and underserved populations during residency can promote a sense of responsibility for and interest in providing this type of care post-residency. Telepsychiatry also interfaces well with integrated care and the patient-centered focus of the medical home model which is the model of care for the future. Developing psychiatric leaders for the future who are knowledgeable and comfortable with technology within an integrated practice model will add stability to and protect the practice of psychiatry in the future.

 Springer

In summary, in order for telepsychiatry to reach its full potential in meeting the demands for mental health care in the United States, we will have to develop as well as improve upon graduate medical education curriculum and training. Telepsychiatry education and training will need to be integrated with and complementary to the existing requirements of post graduate medical education as outlined by the ACGME. Some requirements may require significant revision which can be an arduous process. We must begin with evidence-based didactic curriculum and teaching methods which can be used by a variety of residency programs. This framework must also allow for innovation within individual programs. Lastly, curricula must be accurately evaluated and continuously improved upon in order to understand the best methods to ensure resident competency in the practice of telepsychiatry.

**Compliance with Ethical Standards**  This article does not contain any studies with human participants or animals performed by any of the authors.

**Conflict of Interest**  The authors declare that they have no conflict of interest.

## References

1. Kessler RC, Chiu WT, Demler O, Walters EE. Prevalence, severity, and comorbidity of twelve-month DSM-IV disorders in the National Comorbidity Survey Replication (NCS-R). Archives of General Psychiatry, 2005; 62(6): 617–27.
2. *New freedom commission on mental health, subcommittee on rural issues: Background paper* (2004). No. DHHS Pub. No. SMA-04-3890). Rockville, MD.
3. Sunderji N, Crawford A, Jovanovic M. Telepsychiatry in graduate medical education: a narrative review. Acad Psychiatry. 2015; 39 (1): 55–62. Epub 2014 Aug 26.
4. Antonacci DJ, Bloch RM, Saeed, SA, Yildirim Y, Talley J. (2008). Empirical evidence on the use and effectiveness of telepsychiatry via videoconferencing: implications for forensic and correctional psychiatry. Behavioral Sciences and the Law: 26:253–269.
5. Grigsby, J., Rigby, M., Hiemstra, A., House, M., Olsson, S., & Whitten, P. (2002). Telemedicine/telehealth: an international perspective. The diffusion of telemedicine. Telemedicine Journal & E-Health, 8(1), 79–94.
6. Krupinski, E., Nypaver, M., Poropatich, R., Ellis, D., Safwat, R., & Sapci, H. (2002). Telemedicine/ telehealth: an international perspective. Clinical applications in telemedicine/telehealth. Telemedicine Journal & E-Health, 8(1), 13–34.
7. Clarke G, Yarborough BJ. Evaluating the promise of health IT to enhance/expand the reach of mental health services. Gen Hosp Psychiatry. 2013; 35(4): 339–44. doi: 10.1016/j.genhosppsych.2013.03.013. Epub 2013 May 20.
8. Hilty D, Yellowlees PM, Parrish MB, Chan S. Telepsychiatry: effective, evidence-based, and at a tipping point in health care delivery? Psychiatr Clin North Am. 2015; 38(3): 559–92. doi: 10.1016/j.psc.2015.05.006. Epub 2015 Jul 2.
9. Hilty DM, Ferrer DC, Parish MB, Johnston B, Callahan EJ, Yellowlees PM. The effectiveness of telemental health: a 2013 review. Telemed J E Health. 2013;19(6):444–54. doi: 10.1089/tmj.2013.0075.
10. Deslich S, Stec B, Tomblin S, Coustasse A. Telepsychiatry in the 21(st) century: transforming healthcare with technology. Perspect Health Inf Manag. 2013 Summer; 10(Summer): 1 f. Published online 2013 Jul 1.
11. D'Souza R. A pilot study of an educational service for rural mental health practitioners in South Australia using telemedicine. Journal of Telemedicine and Telecare. 2000; 6 (S1): S187–9.
12. Haythornthwaite, S. Videoconferencing training for those working with at-risk young people in rural areas of Western Australia. Journal of Telemedicine and Telecare. 2002; 8 (S3): 29–33.
13. Redford, LJ, and LG Parkins. Interactive televideo and the internet in rural case management. Journal of Case Management. Winter 1997; 6(4): 151–7.
14. Stamm, BH. Clinical applications of telehealth in mental health care. Professional-Psychology: Research-and-Practice, 1998; 29(6), 536–542.



15. Farrell SP and CR McKinnon. Technology and rural mental health. *Archives of Psychiatric Nursing*. 2003; 17(1): 20–6.

16. Trude S, and JJ Stoddard. Referral gridlock: Primary care physicians and mental health services. *Journal of General Internal Medicine*. 2003; 18(6): 442–9.

17. Hoffman, P., & Kane, J. M. (2014). Telepsychiatry Education and Curriculum Development in Residency Training. *Acad Psychiatry Academic Psychiatry, 39*(1), 108–109.

18. Glover, J. A., Williams, E., Hazlett, L. J., & Campbell, N. (2013). Connecting to the future: telepsychiatry in postgraduate medical education. Telemedicine and E-Health, 19(6), 474–479.

19. Oesterheld, J. R., Travers, H. P., Kofoed, L., & Hacking, D. M. (1999). An introductory curriculum on telepsychiatry for psychiatric residents. Acad Psychiatry Academic Psychiatry, 23(3), 165–167.

20. Crawford, A., Sunderji, N., López, J., & Soklaridis, S. (2016). Defining competencies for the practice of telepsychiatry through an assessment of resident learning needs. *BMC Medical Education BMC Med Educ, 16*(1).

21. AMA Adopts Telemedicine Guidelines - OMW Health Law. (2014). Retrieved March 29, 2016, from http://omwhealthlaw.com/amaadoptstelemedicine/.

22. The American Psychiatric Association (APA) Council on Psychiatry & Law Resource Document on Telepsychiatry and Related Technologies in Clinical Psychiatry. Available at https://www.psychiatry.org/File%20Library/Psychiatrists/Directories/Library-and-Archive/resource_documents/Resource-2014-Telepsychiatry-Clinical-Psychiatry.pdf. Accessed 22 Apr 2016.

23. Yellowlees, P., Shore, J., & Roberts, L. (2010). Practice guidelines for videoconferencing based telemental health – October 2009. Telemedicine and E Health, 16(10), 1074–1089.

24. Turvey, C., Coleman, M., Dennison, O., Drude, K., Goldenson, M., Hirsch, P., Bernard, J. (2013). ATA practice guidelines for video-based online mental health services. Telemedicine and E-Health, 19(9), 722–730.

25. Myers, K., & Cain, S. (2008). Practice parameter for telepsychiatry with children and adolescents. *Journal of the American Academy of Child and Adolescent Psychiatry, 47*(12), 1468–1483.

26. American Psychological Association. (2016) Guidelines for the Practice of Telepsychology. Available at: http://www.apa.org/practice/guidelines/telepsychology.aspx. Accessed 22 Apr 2016

**Professor Sy Atezaz Saeed** , MD, MS, FACPsych has been serving as the Chairman of the Department of Psychiatry and Behavioral Medicine at the Brody School of Medicine, East Carolina University since 2004. He also serves as the Chief of Psychiatry for Vidant Health; the Director of the Center for Telepsychiatry at ECU; and as the Director of North Carolina Statewide Telepsychiatry Program (NC-STeP). Dr. Saeed is currently the Editor-in-Chief of the *Journal of Psychiatric Administration and Management* (JPAM).

**Toni Johnson** , M.D. is vice chair and the Director of Residency Training in the Department of Psychiatry and Behavioral Medicine at the Brody School of Medicine at East Carolina University.

**Mandeep Bagga** , M.D. served as the Chief Resident in the Department of Psychiatry and Behavioral Medicine**,** Brody School of Medicine at East Carolina University until his graduation from the program in June 2016.

**Oliver Glass** , M.D. is a 4th year Resident Physician in the Department of Psychiatry and Behavioral Medicine, Brody School of Medicine at East Carolina University.



Psyc iatric  uarterly is a copyri  t of Sprin  er   017.All Ri   ts Reser  ed.