XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
TYLER V. HEATH, State Bar No. 271478
IAN MICHAEL ELLIS, State Bar No. 280254
TOBIAS G. SNYDER, State Bar No. 289095
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3567
 Fax:  (415) 703-5843
 E-mail:  Ian.Ellis@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**

Plaintiffs,

v.

**EDMUND G. BROWN JR., et al.,**

Defendants.

Case No. 2:90-cv-00520 KJM-DB (PC)

**NOTICE OF ASSOCIATION OF COUNSEL**

Judge: The Honorable Kimberly J. Mueller
Action Filed: Aug. 23, 1990

1

Not. Assoc. Counsel  (2:90-cv-00520 KJM-DB (PC))

**TO THE CLERK OF THE COURT AND ALL PARTIES HEREIN:**

PLEASE TAKE NOTICE that Defendants request that the Court add the following person as a Deputy Attorney General to the case as follows:

Ian Michael Ellis, State Bar No. 280254
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 510-3567
Fax:  (415) 703-5843
E-mail:  Ian.Ellis@doj.ca.gov

Please add Ian Michael Ellis to the Court's service list as Defendants' counsel.

Dated:  August 7, 2018                     Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General


*/s/ IAN MICHAEL ELLIS*
IAN MICHAEL ELLIS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
42029425.docx

2

# CERTIFICATE OF SERVICE

Case Name:   *Coleman v. Brown, et al.,*   No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on August 7, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## NOTICE OF ASSOCIATION OF COUNSEL

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 7, 2018, at San Francisco, California.

| E. Tornqvist | */s/ E. Tornqvist* |
|---|---|
| Declarant | Signature |

CF1997CS0003
42029441.docx