# Declaration re: "Expert Report of Pablo Stewart, MD Regarding Defendants' Telepsychiatry Policy, Dated 7/12/18"

The following report is provided by:

Joseph V. Penn, MD, CCHP, FAPA

Director, Mental Health Services, UTMB CMC, Conroe, Texas

Clinical Professor, Department of Psychiatry, UTMB, Galveston, Texas

Diplomate, American Board of Psychiatry and Neurology (ABPN)

Triple Board Certified in General Adult, Child and Adolescent and Forensic Psychiatry

All opinions stated in this document are based upon my years of training and experience, my review of the records and a reasonable degree of medical and psychiatric certainty/probability.

**Data Reviewed**:

Prior to preparing this report, I reviewed the following documents:

1. Expert Report of Pablo Stewart, MD, Regarding Defendants' Telepsychiatry Policy, dated 7/12/18.

2. Letter to Special Master Lopes, from Cara E. Trapani, Rosen, Bien, Galvan & Grunfeld, LLP, dated 7/12/18.

At the request of the California Attorney Generals' Office, I previously prepared a document, "Telepsychiatry in Correctional Healthcare," dated 6/25/18. I relied upon this prior document in preparing the following report.

**Professional Opinions:**

I render the following opinions to a reasonable degree of medical, psychiatric, and scientific certainty:

1) Telepsychiatry, the use of interactive videoconferencing to evaluate, diagnose, and treat patients remotely, is an accepted and standard health care practice and is routinely utilized nationally and internationally within correctional and non-correctional settings.

2) I disagree with Dr. Stewart's opinion that "academic studies suggest caution in using telepsychiatry within correctional settings, particularly large spread out

1

systems like the CDCR's MHSDS." To the contrary, telepsychiatry has a vital role within small, medium, and large correctional systems.

3) I disagree with Dr. Stewart's opinion that "appropriate cautions including severely limiting or banning the use of telepsychiatry at higher levels of care, banning cell-front telepsychiatry, and banning psychiatric nurse practitioners from treating patients by way of telepsychiatry" are clinically warranted. To the contrary, there are no accepted or promulgated national correctional or non-correctional disease management guidelines, psychiatric practice parameters, position statements, or any other clinical recommendations that caution, impose limitations, or ban the use of telepsychiatry at "higher levels of care" at cell fronts or that ban psychiatric nurse practitioners from treating patients by way of telepsychiatry. Psychiatric nurse practitioners have routinely delivered telepsychiatry services to state prisoners within the state of Texas for the past 15 years with no adverse patient outcomes or safety issues. Psychiatric nurse practitioners routinely provide telepsychiatry services to patients within correctional and non-correctional settings across the United States. I am unaware of any state law, medical board, or other health care regulator agency that "bans psychiatric nurse practitioners" from treating correctional or non-correctional patients "by way of telepsychiatry."

4) Telepsychiatry is a standard, widely accepted, and effective method of psychiatric evaluation and treatment delivery system for individuals in residential treatment, both within correctional and non-correctional patient populations. Telepsychiatry could be effectively utilized to provide primary psychiatric services to patients in the Correctional Clinical Case Management System (CCCMS). Telepsychiatry could be effectively utilized to provide primary (and as needed, supplemental) psychiatric services to the CDCR's Enhanced Outpatient Program (EOP).

5) Telepsychiatry could be utilized to provide primary and supplemental psychiatric services to the CDCR's Mental Health Crisis Bed (MHCB) and Intermediate Inpatient Care programs. Telepsychiatry could be utilized to provide supplemental psychiatric services to patients who require higher levels of mental health care, for example, those in the Psychiatric Inpatient Program (PIP).

6) Contrary to Dr. Stewart's assertion, telepsychiatry can be effectively utilized for "emergency evaluations" and for "patients who are "in crisis" (as defined by Dr. Stewart: for those who are "suicidal, homicidal, and/or grossly disabled)."

2

7) Telepsychiatry is a standard, appropriate, safe, widely accepted, and effective method of providing psychiatric evaluation and treatment. It is routinely utilized across the United States and in many developed countries internationally within correctional and non-correctional patient populations. It can be used for a variety of patients and appointment types, to including "emergency evaluations" and for "patients who are in crisis."

8) The use of telepsychiatry should not be limited to the required "criteria" as defined by Dr. Stewart as "non-initiating, routine, and low risk appointments – such as medication renewals for stable patients." This "criteria" is not nationally defined, validated, or recognized. It is not routinely used, defined, or promulgated in any current national correctional standards [e.g., the National Commission on Correctional Health Care (NCCHC) or the American Correctional Association (ACA)]. This "criteria" and resulting requirements as defined by Dr. Stewart have not been published or promulgated, nor are they standardly utilized within any correctional or non-correctional settings or systems nationally.

**Training and Qualifications:**

My training and qualifications are detailed in my C.V. (please see my attached *Curriculum Vitae* (Exhibit A) that includes a list of all my publications) and will not be repeated here. By way of brief review, subsequent to medical school, I pursued specialty training in general, child and adolescent, and forensic psychiatry. I have achieved board certification in all three specialties. I also have held my certification as a Certified Correctional Health Professional (CCHP) since 2004. I have also maintained ongoing communication with other individuals who provide direct clinical, administrative, and consultative work within correctional settings across the United States and internationally. I have dedicated my twenty-year career to the psychiatric care of patients within correctional settings.

I have been the full-time Mental Health Director of the University of Texas Medical Branch (UTMB) Correctional Managed Care (CMC) a university-based correctional health care system–since February 2008.  In this capacity, I oversee the provision of psychiatric and mental health services to approximately 116,000 (80%) adult offenders housed within Texas Department of Criminal Justice (TDCJ) facilities. I also manage the psychiatric services to approximately 1,500 youthful offenders housed statewide within secure residential facilities and halfway houses in the Texas Juvenile Justice Department

3

(TJJD). I also oversee the delivery of telepsychiatry services to the patients detained in the Bexar and Victoria county jails.

I routinely attend and present at correctional healthcare conferences and serve on several committees for the National Commission on Correctional Health Care (NCCHC) and the American Correctional Association (ACA). I have presented on the uses of telepsychiatry within correctional settings at several national and international meetings. I served on the two most recent NCCHC task forces that revised the NCCHC standards for jails, prisons, juvenile health, and mental health standards. I have participated in various American Psychiatric Association (APA), American Academy of Psychiatry and the Law (AAPL), and American Academy of Child and Adolescent Psychiatry (AACAP) committees and work groups that focused on adult and juvenile correctional health best practices, development of correctional standards, and position statements.

I recently served on the most recent APA Work Group (a select group of forensic psychiatrists with specific real world expertise in providing correctional psychiatric and mental health services and/or overseeing the provision of correctional mental health care within the US). The resulting document was published in 2015: *Psychiatric Services in Correctional Facilities,* Third Edition published by the American Psychiatric Association. This document has an entire section on telepsychiatry in corrections. None of Dr. Pablo Stewart's definitions, requirements, banning or prohibitions against utilizing psychiatric nurse practitioners or other circumstances in which telepsychiatry should or should not be utilized are contained in any of the work groups' findings and recommendations regarding the use of telepsychiatry in correctional settings.

I consult nationally regarding the provision of psychiatric and mental health care to jails, prisons, and other correctional settings, and have been qualified and rendered testimony at depositions and trials as an expert witness.

With regard to telepsychiatry, I have extensive professional experience in evaluating, diagnosing, and treating complicated incarcerated adult and juvenile patients via telepsychiatry for the past 10 years. Since February of 2018, I have maintained a combined clinical and administrative role and directly oversee the use and expansion of telepsychiatry for different incarcerated patient populations across a variety of correctional settings, including jails, prisons, and various juvenile correctional settings within Texas statewide.

4

I have personally performed more than 300 psychiatric evaluations in their entirety via telepsychiatry in correctional institutions over the past 10 years. I currently maintain an active outpatient caseload of particularly complex patients that I continue to evaluate and treat via telepsychiatry. I have personally performed numerous telepsychiatry evaluations of complicated patients as defined by Dr. Stewart at "higher levels of care." I have generated timely diagnostic and treatment decisions, with successful clinical results, and no adverse patient outcomes. For the past 10 years, I have also overseen the expansion and delivery of telepsychiatry clinics performed by UTMB CMC staff psychiatrists, psychiatric nurse practitioners, and psychiatric physician assistants to a variety of state prisoners within different outpatient and residential treatment programs and other specialty mental health treatment programs within the TDCJ, juvenile offenders within the TJJD, and jail detainees at two Texas county jails (one small and one large county jail).

I routinely review a random sample of approximately ten percent of all electronic medical record clinical documents of individual telepsychiatric encounters that are performed by several psychiatrists, psychiatric nurse practitioners, and psychiatric physician staff that I directly supervise. These psychiatric evaluations are performed utilizing telepsychiatry on incarcerated juveniles and adults statewide with a myriad of medical and psychiatric comorbidities and various levels of clinical acuity across a variety of outpatient, residential, and other specialized treatment programs regardless of the crisis, emergency, clinical presentation, particular treatment program and level of acuity.

I am responsible for the development and revision of all policies and procedures regarding mental health and psychiatric services for state prisoners within the UTMB CMC sector of the TDCJ, and for psychiatric services for juvenile offenders statewide within the TJJD and telepsychiatry services for two county jails, Bexar County, San Antonio, Texas, and Victoria County, Victoria, Texas.

Due to my direct work experience, direct patient/clinical care and administrative roles, and my career focus on correctional psychiatry for greater than 20 years, I am uniquely qualified to render opinions regarding the provision of psychiatric services in correctional settings, including opinions concerning the safety, acceptability, and effectiveness of telepsychiatry when compared to in-person psychiatric services.

**Academic Studies**

On page 8 of his report, Dr. Stewart opines that "academic studies caution in using telepsychiatry within correctional settings," and "the use of telepsychiatry with prisoner patients has not been rigorously studied."

Contrary to Dr. Stewart's assertion, correctional systems, especially prisons, are in fact the ideal setting for the use of telemedicine for a variety of reasons. A consensus document was created by a national group of correctional and forensic psychiatrists (including this author, J Penn) all with current or prior academic appointments and university affiliations, and all with the ability to review and analyze "academic studies." As part of the task of the work group, each member was tasked to review the existing "academic" scientific literature in order to generate recommendations and best practices. According to the work group's consensus document: *Psychiatric Services in Correctional Facilities*, (third edition) published by the American Psychiatric Association in 2015:

> "Telepsychiatry supplements onsite psychiatry services in many correctional settings. Many state medical boards endorse the use of telemedicine and telepsychiatry and have promulgated rules on the practice of telemedicine and telepsychiatry and grant limited telemedicine licenses. The American Telemedicine Association and several mental health professional groups have developed practice guidelines for telepsychiatry."

> "Correctional settings lend themselves well to telepsychiatry use. Often these facilities are in rural communities where access to psychiatric services is limited or absent."

Providing consistent quality psychiatric treatment to the growing number of offenders with mental illness has been a significant challenge for most correctional systems. Most prison systems have difficulty retaining the number of on-site psychiatrists required to meet the needs of the mental health population. Telepsychiatry has been demonstrated to improve access to mental health care in correctional environments.

On page 9 of his report, Dr. Stewart asserts that a "large body of literature emphasizes the overall lack of rigorous scientific knowledge regarding the comparison of telepsychiatry to in-person care."

The following is an analysis of the studies that Dr. Stewart referenced in this section of his report:

**Acierno et al., 2016**: study sample of 232 outpatient combat veterans within a VA medical center. (This was not a correctional or forensic patient population, but instead a VA outpatient sample):

> Dr. Stewart did not include the study's conclusion in his report: "Evidence based psychotherapy for PTSD and depression can be safely and effectively delivered via HBT (home-based telehealth) with clinical outcomes paralleling those of clinic-based care delivered in person."

**Deslich et al, 2013**: study design literature review of five electronic data bases. The National Bureau of Justice, and the American Psychiatric Association websites were searched and 49 sources were referenced:

> Dr. Stewart did not include the study's results in his report: "Telepsychiatry provided improved access to mental health services for inmates, and this increase in access is through the continuum of mental health care, which has been instrumental in increasing quality of care for inmates. Use of telepsychiatry saved correctional facilities from $12,000 to more than 1 million. The semi structured interview with the telepsychiatric practitioner supported utilization of telepsychiatry to increase access and lower costs of providing mental health care in correctional facilities."

> Dr. Stewart did not include the study's conclusions in his report: "Increasing access to mental health care for this underserved group through telepsychiatry may improve living conditions and safety inside correctional facilities. Providers, facilities, state and federal governments can expect increased safety with utilization of telepsychiatry."

**Farabee et al, 2016:** This study compared the effectiveness of telepsychiatry versus in-person psychiatric sessions (treatment as usual) for 71 parolees receiving outpatient psychiatric treatment over a six-month period (these individuals were outpatients in the community and were not currently incarcerated): Dr. Stewart did not include the study's results in his report: "Findings revealed high satisfaction with telepsychiatry overall and no significant

7

group differences in medication adherence or psychological functioning. However telepsychiatry patients reported lower levels of therapeutic alliance at follow-up."

Dr. Stewart did not include the study's conclusions in his report: "Telepsychiatry appeared to be an acceptable and effective approach for providing psychiatric care for this population."

**Sharp et al, 2011**, "The Use of Videoconferencing with patients with psychosis: a review of the literature:"

Dr. Stewart did not include the following study abstract in his report: "We conducted an extensive review of Medline, PsychINFO, and the Telemedicine Information Exchange databases for literature on videoconferencing and psychosis. Findings generally indicated that assessment and treatment via videoconferencing is equivalent to in person and is tolerated and well accepted. There is little evidence that patients with psychosis have difficulty with videoconferencing or experience any exacerbation of symptoms; in fact, there is some evidence to suggest that the distance afforded can be a positive factor. The results of two large clinical trials support the reliability and effectiveness of centralized remote assessment of patients with schizophrenia."

**Garcia-Lizana & Munoz-Mayorga, 2010**, "What About Telepsychiatry? A Systematic Review": This was a literature search conducted using databases from 1997-2008 by a team of researchers from Spain. Telepsychiatry was still relatively new during this time period. Correctional inmates, offenders, prisoners, and correctional patient populations or systems were not included in the search items.

Dr. Stewart did not include the study's data extraction/synthesis in his report: "Of 620 identified articles, 10 randomized controlled trials are included (1,054 patients with various mental disorders). There were no statistically significant differences between study groups for symptoms, quality of life, and patient satisfaction."

Dr. Stewart did not include the study's conclusions in his report: "There is insufficient scientific evidence regarding the effectiveness of telepsychiatry in the management of mental illness, and more research is needed to further evaluate its efficacy. However, there is a strong hypothesis that videoconference-based

treatment obtains the same results as face-to-face therapy and that telepsychiatry is a useful alternative when face-to-face therapy is not possible."

**Salmoiraghi & Hussain, 2015** "A Systematic Review of the Use of Telepsychiatry in Acute Settings":

> Dr. Stewart did not include the study's abstract in his report: "Telepsychiatry is increasingly being used in many parts of the world. We performed a systematic review of the literature on the use of telepsychiatry in acute treatment settings using MEDLINE, EMBASE, and PsychINFO from inception to June 2013 using the following key words: acute telepsychiatry, teleconsultation, teleconferencing, telemedicine, emergency telepsychiatry, and e-mental health. Only articles in English were included. All study abstracts were reviewed by both authors independently to assess whether the topic of the paper was relevant to the review. References were selected independently until no new papers were found. If there was a disagreement, a discussion between the authors took place. A leading expert in this field was contacted to check for gray literature. The review included 23 papers. No meta-analyses or systematic reviews were found."

> Dr. Stewart did not include the study's results in his report: "The main results are (1) that patients have a positive attitude toward the technology and show a high level of satisfaction with telepsychiatry, (2) that the use of telepsychiatry is correlated with decreased admissions to psychiatric inpatient units, (3) that the quality of clinical interaction in telepsychiatry is similar to that in face-to-face care, and (4) that telepsychiatry seems to be cost effective. The use of telepsychiatry seems to be a viable and relatively inexpensive option for use in places where access to emergency services is difficult."

Dr. Stewart writes in his report on page 9, "Several authors have specifically acknowledged an even greater lack of studies analyzing the appropriateness of telepsychiatry for correctional and/or forensic populations as well as for care in emergencies." The following is an analysis of the studies that Dr. Stewart referenced in this section of his report:

**Nelson et al, 2004:** "A comparison of psychiatrist evaluation and patient symptom report in a jail telepsychiatry clinic."

Dr. Stewart did not include the study's abstract and findings in his report: "The effectiveness of a jail telepsychiatry service was evaluated by comparing psychiatrist and inmate report of psychopathology. Sixty-two inmates completed a total of 107 consultations at a rural county jail via interactive tele video. The inmates completed the Symptom Rating Checklist-90-Revised (SCL-90-R), and the psychiatrist completed a Psychiatrist Evaluation Form including the Clinical Global Impression Scale--Severity Index (CGI) after each teleconsultation. Most inmates were rated mild to moderately ill on the CGI. There was a significant, high correlation between telepsychiatrist evaluation on the CGI and inmate report of overall symptoms on the SCL-90-R [r(101) = 0.35, p < 0.05]. The findings support the effectiveness of telepsychiatric evaluation for the jail population. The patterns of telepsychiatric use in the county jail as well as future directions in this setting are described."

**Antonacci DJ et al (2008)** "Empirical evidence on the use and effectiveness of telepsychiatry via videoconferencing: implications for forensic and correctional psychiatry."

Dr. Stewart did not include the following conclusions from the section, "Implications for forensic or correctional psychiatry" in his report:

"All studies had significant methodological limitations, making confident conclusions difficult. The overall view that emerges is that, despite methodological problems, telepsychiatry seems to be an appropriate option to provide services to patients in correctional facilities in order to improve access to psychiatric services. The Zaylor study (Zaylor et al, 2001) showed improvement in symptoms per patient and psychiatrist report. The Nelson study (Nelson et al, 2004) showed a high correlation between the telepsychiatrist evaluation and inmate report of symptoms. The Brodey study (Brodey et al, 2000) notes that the physician felt comfortable making diagnoses via telepsychiatry and did not find a difference in satisfaction between those who received care via telepsychiatry and those who received care in person."

Dr. Stewart did not include the following conclusions from the section, "Opportunities for forensic and correctional psychiatry" in his report:

"Despite the methodological cautions, there are no data that demonstrate that telepsychiatric services are harmful, either to general psychiatric patients, children, or to prisoners. It appears that telepsychiatric assessments are acceptable to individuals in forensic and correctional facilities, and that telepsychiatric services can be used effectively with prisoners with certain

psychiatric disorders. More comparisons on specific psychiatric subgroups, using specific treatment interventions, are needed to optimally match the technological medium of intervention with particular prisoner or patient problems."

**Magaletta PR, et al. (2000)** "Telehealth in the Federal Bureau of Prisons: Inmates' Perceptions:

> Dr. Stewart did not include the following methodology and findings in his report: "This article examines inmates (n=75) satisfaction with (correctional psychologists) telehealth consultations, reporting initial satisfaction with the consultation process, more comfort with the process over time, and a willingness to return for follow-up. Inmates with thought disorders and inmates with mood disorders were satisfied with telehealth, but difficulties were noted when inmates became frustrated and angry. These difficulties may be accommodated by technological upgrades and spending more time preparing inmates for consultation."

> Dr. Stewart also did not include the following concluding paragraph in his report: "It is clear that telehealth is positioned to be the premier vehicle for health care delivery in corrections. Correctional psychologists are among the first to have access to and to explore the limits and opportunities that such a system can offer those whom they serve. Heeding Stamm's (2000) warning that telehealth is a service delivery mechanism and not a treatment protocol, we urge psychologists to maintain a pioneering spirit and navigate this vehicle toward those we serve."

**Salmoiraghi & Hussain, 2015** "A Systematic Review of the Use of Telepsychiatry in Acute Settings": The study abstract and results that Dr. Stewart did not cite were previously included in this report in its entirety and will not be repeated here.

**Sharp et al, 2011**, "The Use of Videoconferencing with patients with psychosis: a review of the literature:" The study abstract that Dr. Stewart did not cite was previously included in this report in its entirety and will not be repeated here.

Dr. Stewart asserts numerous additional concerns in his report regarding an absence of "well controlled studies evaluating telepsychiatry versus on-site psychiatry within a prison setting," and a lack of "evidence based studies" and "rigorous controlled studies" regarding the telepsychiatry within prison populations.

11

According to the American Psychiatric Association (2018), there is ample evidence to support the use of telepsychiatry:

"Telepsychiatry's evidence base is substantial and satisfaction is extremely high among patients, psychiatrists and other professionals."

"Its effectiveness is comparable to in-person care in terms of therapeutic engagement, quality of care, validity/reliability of assessment, and clinical outcomes. There are two types of study design: head-to-head comparison or non-inferiority (i.e., as good as)."

"The evidence base is formidable for children, adolescents and adults regarding assessment (diagnostic, cognitive, other) and treatment (medication, therapy)."

"Preliminary studies in geriatric patients and across cultures are positive. Indeed, it may facilitate cultural, ethnic and language matching between patients and providers."

"The experience other mental health clinicians using telemedicine (i.e., telemental health), is consistent with, and further substantiates the diagnostic, therapeutic and outcome evidence base."

"Care models that have good evidence include direct care, consultation to primary care and collaborative care. It is being studied specifically, now, as a way to leverage psychiatric expertise in stepped and integrated care models, too."

"There are a few populations in which it may be preferable to in-person care (e.g., autism spectrum, severe anxiety disorders, and geriatric patients with physical limitations, those with significant geographical obstacles)."

"Telepsychiatrists adjust clinical care in a few ways to make it as personal as in-person care. First, they may project a little more in terms of gestures, just as if one is giving a presentation to a large group. Second, it helps to check-in to see how the patient is experiencing it. Third, verbal communication may replace handshakes, handing a tissue box and such. Finally, if a particular examination item is less facile at a distance, another staff or accompanying person can help."

Empirical research and published data have demonstrated that telepsychiatry is successfully being utilized for a variety of clinical services and educational initiatives. Numerous health care organizations such as the Veterans Administration have been using telemedicine and telepsychiatry for many years to provide emergency medicine, critical care, surgical consultation, and psychiatry services. Many well-respected national and international academic medical centers including the University of Texas Medical Branch, (Galveston), Texas Tech Health Sciences Center (Lubbock), Columbia University (New York), University of Washington (Seattle), University of California, Davis (Sacramento); Medical Center of Georgia (Augusta), Wake Forrest University School of Medicine (Winston-Salem, NC), East Carolina University, (Greenville, NC), Emory University (Atlanta, GA), University of Colorado, (Denver), University of South Carolina (Charleston), the Veteran Administration Capitol Network Mental Illness Research Education and Clinical Center (Baltimore, MD), and the University of Toronto, are routinely using telepsychiatry to provide quality care to the patients they serve.

The clinical efficacy of telemedicine and telepsychiatry has also been demonstrated in different practice settings in the US, including academic, medical and rural settings. These include family practice, pediatrics, child and adolescent psychiatry, general adult psychiatry, VA mental health outpatients, American Indian and Alaska Native Programs, geriatric, pediatric dental, obstetrical, and pediatric ophthalmology.

Dr. Stewart asserts on page 10 of his report that "prisoner patients are not comparable to community-based patients, and that existing studies of prisoner patients are all essentially patient or administrator surveys that fail to assess treatment outcomes." I have previously addressed the existing research literature concerns raised by Dr. Stewart. While it is true that state prisoners may have an increased disease burden that includes medical and psychiatric co-morbidities, telemedicine and telepsychiatry have an established exemplary history of use in the correctional setting, and improve access to care and continuity of care for all patients regardless of their comorbid medical, psychiatric, and substance use disorders. Specifically, telepsychiatry has been demonstrated to successfully deliver services to incarcerated adolescents and adults with a wide range of mental health diagnoses.

Contrary to Dr. Stewart's concerns, telepsychiatry has been successfully used in Texas and within multiple other correctional systems—small, medium, and large—to provide clinical services and educational initiatives in areas underserved by psychiatrists and other mental health care specialists. It is my professional opinion that there is much more than adequate clinical research and practical experience among actual correctional care

providers that has convinced them that telepsychiatry is an acceptable approach for providing high quality psychiatric services to correctional populations.

**Patient Safety**

Dr. Stewart asserts on page 14 of his report that "the literature cautions against using telepsychiatry with high-needs populations." Additionally, Dr. Stewart opines on page 36 of his report that "patients in crisis require more aggressive, hands-on treatment." Dr. Stewart's use of "aggressive, hands-on treatment" is problematic. Both of his assertions are incorrect and not supported by clinical research and practical correctional experience. There is no evidence that telepsychiatry has any absolute exclusion criteria or contraindications for any specific psychiatric diagnoses or treatment (Shore 2013).

I have performed specialized psychiatric evaluations and have rendered treatment to complicated TDCJ state prisoners and TJJD adolescent offenders for approximately 10 years via telepsychiatry. I have also evaluated numerous patients and evaluees for a variety of clinical and forensic purposes, respectively, within corrections and in the community (non-incarcerated individuals) in person or face-to-face at different physical locations. I have found no significant differences in my evaluation of a patient face-to-face or in person versus via telepsychiatry. By utilizing telepsychiatry, I am more effectively able to identify subtle physical signs and findings than I would be able to face-to-face. Using telepsychiatry, I am able to zoom in to assess neuropsychiatric and physical signs and stigmata (such as dysmorphia), lesions/scars, tattoos, tics (abnormal muscle movements), medication-associated tremors and subtle movement disorders, and other non-verbal signs and symptoms with greater ease. In the course of these telepsychiatric evaluations, a majority of the patients have expressed to me their preference to be evaluated via telepsychiatry. They appreciate the convenience and consistency of the care provided through telepsychiatry. They have expressed no concerns about talking to the psychiatrist over the monitor and, in fact, some patients felt it was preferred to a face-to-face encounter.

According to the third edition of *Psychiatric Services in Correctional Facilities*:

> "Studies have shown that patients who receive psychiatric services via teleconferencing have had no negative consequences and quickly adapt to the technology."

There is no national correctional or non-correctional psychiatry requirement or prohibition on performing telepsychiatry on "high-needs" populations. Furthermore, Dr.

Stewart's terminology, "high needs populations" is problematic. There is not a standard or accepted definition of "high needs populations" within national correctional health care standards such as the ACA or NCCHC.

Although published studies comparing satisfaction with telepsychiatry visits versus face-to-face encounters are limited, all have concurred that telemedicine was equal to or the same as face-to-face encounters (Brodey et al., 2000, Glaser et al., 2010, Brecht et al. 1996, Morgan et al., 2008). A Canadian study (O'Reilly et al., 2007) compared a variety of clinical outcomes after psychiatric consultation of a sample of 495 community-based outpatients who were randomly assigned to be examined face-to-face or by telepsychiatry (Is Telepsychiatry Equivalent to Face-to-Face Psychiatry? Results from a Randomized Controlled Equivalence Trial) revealed the following results:

> "Psychiatric consultation and follow-up delivered by telepsychiatry produced clinical outcomes that were equivalent to those achieved when the service was provided face to face. Patients in the two groups expressed similar levels of satisfaction with service."

The researchers reached the following conclusion:

> "Psychiatric consultation and short-term follow-up can be as effective when delivered by telepsychiatry as when provided face to face..."

Telepsychiatry is utilized to improve access to care and continuity of care and improve patient safety. According to *Psychiatric Services in Correctional Facilities: Third Edition*, American Psychiatric Association (2015):

> "Another use of telepsychiatry is observation of a patient during after-hours crises or for suspected medication side effects (involuntary movements are used later in the text as an example). Using remote visualization may avoid the costs associated with emergency transportation."

Dr. Stewart raises numerous additional concerns in his report regarding patient safety, and asserts that "documentation errors and omission become more serious and dangerous when using telepsychiatry," and that "telepsychiatry limits providers' ability to identify the signs of medical disorders with psychiatry implication (sic), and the signs and symptoms of mental illness." He also asserts that "on-site providers are more capable of identifying the signs of mental illness." He asserts that "telepsychiatry is not appropriate

15

for emergency evaluations or with patients who are in crisis." He also asserts that "on-site providers are more capable of identifying signs and symptoms of illness."

Unfortunately, Dr. Stewart provides no scientific literature or real world correctional experience to support his assertions. There are no promulgated correctional or non-correctional health care standards, clinical practice guidelines, clinical recommendations, or position statements that support these assertions. In our 15-year actual firsthand clinical experience with over, 500,000 encounters, with the largest population of state prisoners, we have never seen any of what is asserted by Dr. Stewart.

For completeness, I performed a PubMed search using the search engine items, "negative patient outcomes, telepsychiatry, and telemedicine" and similarly, "adverse patient outcomes, telepsychiatry, and telemedicine" and found no articles or references to the search terms. I am not aware of any adverse or negative patient outcomes utilizing telepsychiatry within the UTMB CMC mental health system. I have presented on the use of telepsychiatry at national correctional meetings and have discussed the use of telepsychiatry with other community and correctional psychiatrists nationally and internationally, and I do not recall anyone describing a single instance of adverse or negative patient events or outcomes related to telepsychiatry.

**Appropriateness of Telepsychiatry**

Dr. Stewart asserts on page 37 of his report that "telepsychiatry may be appropriately used for low level, non-initiating, routine, low risk appointments." I have 20 years of direct correctional mental health experience but remain unfamiliar with any of these terms or expectations as listed by Dr. Stewart. None of Dr. Stewart's terminology is nationally accepted or used within any correctional setting or standard. To the contrary, there are no accepted or promulgated national correctional or non-correctional disease management guidelines, psychiatric practice parameters, position statements or any other clinical recommendations that caution, impose limitations or ban the use of telepsychiatry except for "low level, non-initiating, routine, or low risk appointments."

According to the American Psychiatric Association's third edition of *Psychiatric Services in Correctional Facilities*:

> "Psychiatrists and other mental health staff need selection criteria to ensure the appropriateness of patients for videoconferencing (telepsychiatry) services. Patients who are acutely psychotic or paranoid may have difficulty being seen remotely and may be

unable to give consent to participate in this treatment modality."

Telepsychiatry is accepted as a standard vehicle for evaluation and treatment of mental health patients in the "free world" community as evidenced by the recent "Telepsychiatry Practice Guidelines (2018)" developed and promulgated by the APA. Due to the increased utilization of telepsychiatry nationally, the APA has released a Telepsychiatry Toolkit developed by the APA Work Group on Telepsychiatry. The Telepsychiatry Toolkit is available to all APA members. It is described as "an evolving resource for members who want to learn about the various aspects of telepsychiatry, including clinical, training, and policy considerations. As new topics emerge, more resources and information will be added to this toolkit." The toolkit uses leading psychiatrists to cover topics such as history, training, practice/clinical, reimbursement, and legal issues associated with telepsychiatry practice.

The NCCHC adopted a position statement, "Use of Telemedicine Technology in Correctional Facilities," in 1997 that was published in the spring 1998 *Journal of Correctional Health Care*. The position statement noted that the use of telemedicine "affords correctional facilities many opportunities for reducing operational costs associated with providing health care to confined individuals." The position statement also made the following clarification: "Regardless of the type and combination of technologies used to provide medical care, the basic principles governing the physician/patient relationship must remain intact." Issues of patient consent, documentation and storage of information, and correctional health care professional licensing, training and education were paramount.

According to the third edition of *Psychiatric Services in Correctional Facilities*:

> "Telepsychiatry is becoming a more accepted practice in correctional settings and in the community as the shortage of psychiatrists' increases.  Greater comfort by correctional mental health professionals with this technology increases accessibility of expeditious services for patients."

> "Telepsychiatry sessions are scheduled like other sessions with mental health professionals. The equipment may be used for other purposes in the clinic, so scheduling should be coordinated.  If the facility uses stationary videoconferencing equipment, placement near the medical or psychiatric clinic areas in an office that provides sound privacy facilitates clinical access.

A Texas Tech University Department of Psychology article published in the February 2008 Journal of Consultation and Clinical Psychology found "no significant differences in inmates' perception of the work alliance with a mental health professional, post session mood (internal feeling state), or overall satisfaction with services when tele-mental health and face-to-face modalities were compared within each type of mental health service."

**Use of Nurse Practitioners**

Dr. Stewart's assertion on page 32 of his report that "the use of telepsychiatry is not appropriate for psychiatric nurse practitioners" is again unfounded and incorrect. Dr. Stewart cites no references or licensing standards that support his position. There is nothing within the state licensing regulations, APA or any other national psychiatric or medical organizations, or any correctional organization that supports this assertion. This has been addressed previously in this report but the following provides additional information that refutes this assertion.

There is no appreciable difference between the clinical care, clinical outcomes, patient acceptance and satisfaction regarding psychiatric care provided by psychiatrists, psychiatric nurse practitioners, and psychiatric physician assistants. There have been no documented adverse patient outcomes or safety issues related to the type of provider used in providing mental health services.

**Residential Treatment**

Regarding Dr. Stewart's assertion on page 33 of his report that "the enhanced outpatient program, despite its name is actually a residential treatment program" is an issue of terminology. Dr. Stewart has concerns that telepsychiatry, while being a useful evaluation and treatment modality for outpatients, will not satisfy the evaluation and treatment requirements of CDCR state prisoners who are in the Enhanced Outpatient Program (EOP). It has been suggested that the clinical needs of EOP patients are more consistent with patients typically found in residential treatment programs. Such patients may require a higher level of care and have more clinical needs which may necessitate a greater need for face-to-face psychiatric evaluations.

In the Texas state correctional system, face-to-face psychiatric services are provided to crisis management, inpatient diagnostics and evaluations, and inpatient treatment-track patients admitted to one of three mental health behavioral health centers (formerly referred to as inpatient psychiatric facilities) statewide. Although onsite psychiatric

18

services are the primary modality in these settings, telepsychiatry has been successfully utilized, when clinically indicated, to supplement on-site psychiatric services at all of these facilities.

Based on my background, training and review of CDCR policies, procedures and other materials, it is my professional opinion that it is clinically appropriate for CDCR inmates who meet the program designation as an EOP patient to have their psychiatric care delivered via telepsychiatry. As noted below, it would always be the psychiatrist's clinical prerogative to request psychiatric care to be done in an inpatient setting or face to face.

Within the UTMB CMC mental health program, there are several specialized residential treatment programs for TDCJ state prisoners. The following are some examples:

1. Developmental Disabilities Program (DDP) for males: TDCJ Hodge Unit, Rusk, Texas (This is a specialized mental health residential diagnostic and treatment program for individuals with intellectual and adaptive functioning impairments).

2. DDP for females: TDCJ Crain Unit, Valley Satellite, Gatesville, Texas (identical mission to the male DDP program).

3. Substance Abuse Felony Punishment Facility (SAFPF)/In-Prison Therapeutic Community (IPTC) programs for males and females. There are several SAFPF TDCJ facilities statewide. Described earlier in this report.

4. Mental Health Therapeutic Diversion Program (MHTDP): There are two specialized mental health treatment programs for offenders previously assigned to restrictive housing, formerly known as administrative segregation "ad seg." These treatment programs help these offenders achieve the optimal level of functioning in a therapeutic diversion residential setting so they can successfully transition into a less restrictive (non "ad seg") housing assignment. These programs are located at the TDCJ Hughes Unit, Gatesville, Texas and the TDCJ Michael Unit, Tennessee Colony, Texas.

5. Chronic Mentally Ill (CMI) Inpatient and Outpatient Treatment Programs located within the following units: TDCJ Hughes Unit, Gatesville, Texas, TDCJ Michael Unit, Tennessee Colony, Texas, and the PAMIO program, TDCJ Clements Unit, Amarillo, Texas (described earlier in this report). The CMI program is a

specialized residential treatment program for individuals with serious mental illnesses who require specialized treatment to improve their active involvement in psychotropic medication compliance, attention to activities of daily living with a goal to reduce crisis management admissions/off-site transfers, disciplinary infractions, and to improve their general level of functioning.

The majority of psychiatric evaluation, treatment, and consultative services for all of the above specialized "residential" treatment programs based at TDCJ facilities are currently delivered via telepsychiatry. In addition, CMC has routinely provided supplemental psychiatric evaluation and treatment services via telepsychiatry to inpatient state prisoners who are in the crisis management, diagnostic and evaluation, and other treatment tracks.

**Conclusion**:

UTMB CMC utilizes telepsychiatry for all outpatient TDCJ facilities as the primary service delivery mode. Telepsychiatry clinics are operated in the same manner as if the providers were on-site: qualified mental health or other health care professionals with knowledge of the patient participate in all sessions, facilitating the flow of pertinent information to and from the psychiatric provider.

I have served in my role as the Director of Mental Health Services for UTMB CMC for over 10 years. I have personally overseen the growth and expansion of telepsychiatry within the TDCJ healthcare system. I have personally utilized this modality to evaluate, diagnose, and treat the complex mental health pathology of adult TDCJ state offenders as well as juveniles incarcerated in the TJJD residential facilities. It is my professional opinion that telepsychiatry is an effective mode of care delivery. The safety issues and limitations on use as proffered by Dr. Stewart lack any legitimate basis and are discordant with our 500,000 telehealth encounters. None of what Dr. Stewarts speculates on occurring has ever materialized in the actual provision of telepsychiatric care in the TDCJ. We have not experienced or seen the patient safety concerns raised by Dr. Stewart. We have not found that there are classes of patients for which telemedicine is not appropriate. Telepsychiatry is comparable, if not superior, to face-to-face psychiatric encounters and has been demonstrated to have a high degree of both patient and provider satisfaction.

There is great potential for using telepsychiatry to expand access to mental health services to correctional populations. Correctional telepsychiatry is a distinctly more

attractive practice opportunity than working behind prison walls. It provides correctional systems the opportunity to hire the best and the brightest psychiatrists, rather than struggle with vacancies and the use of agency providers. It is the psychiatrist who creates the quality proposition for care delivery rather than the location of the provider and patient.

In conclusion, based on my administrative acumen and clinical experiences in providing direct patient care, it is my professional opinion that telepsychiatry is, at a minimum, equivalent to on-site psychiatric care, if not a significant improvement over the traditional face-to-face methodology.

Sincerely,

Joseph V. Penn, MD, CCHP FAPA  (Signed electronically 8/9/18 4:58 PM CST)

Joseph V. Penn, MD, CCHP FAPA
Clinical Professor, Department of Psychiatry
Diplomate, American Board of Psychiatry and Neurology
Triple Board Certified in General Psychiatry, Forensic Psychiatry, and Child and Adolescent Psychiatry

**References**

American Psychiatric Association. Washington, D.C. Available at:
https://www.psychiatry.org/psychiatrists/practice/telepsychiatry/evidence-base
https://www.psychiatry.org/psychiatrists/practice/telepsychiatry/practice-guidelines
https://www.psychiatry.org/psychiatrists/practice/telepsychiatry/telepsychiatry-toolkit-home

Bashur RL, Shannon BW, Smith BR, et al. The Empirical Foundations of Telemedicine Interventions for Chronic Disease Management. *Telemedicine and e-Health*, 2014;20:769-800.

Brecht RM, Gray CL, Peterson C, et al. The University of Texas Medical Branch – Texas Department of Criminal Justice Telemedicine Project: Findings from The First Year of Operation. *Telemedicine Journal*.1996;2(1):25-35.

Brodey BB, Claypoole KH, Motto J, et al. Satisfaction of Forensic Psychiatric Patients with Remote Telepsychiatry Evaluation. *Psychiatric Services*. 2000;51(10):1305-7.

Deslich S, Stec B, Tomlin S, et al. Telepsychiatry in the 21st Century: Transforming Healthcare with Technology. *Perspectives in Health Information Management*. 2013;10(Summer).
Available at: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3709879/

Dorsey ER, Topol EJ. State of Telehealth. *New England Journal of Medicine* 2016;375:1-2.

Farabee D(1), Calhoun S(1), Veliz R(1)., 2016  Psychiatr Serv. 2016 May 1;67(5):562-5. doi: 0.1176/appi.ps.201500025. Epub 2016 Jan 4. An Experimental Comparison of Telepsychiatry and Conventional Psychiatry for Parolees.
Farabee D(1), Calhoun S(1), Veliz R(1).

Galli R, Keith JC, McKenzie K, et al. TelEmergency: A Novel System for Delivering Emergency Care to Rural Hospitals. *Annals of Emergency Medicine*. 2008;51:275-84.

Glaser M, Winchell T, Plant P, et al. Provider Satisfaction and Patient Outcomes Associated with a Statewide Prison Telemedicine Program in Louisiana. *Telemedicine Journal and e-Health*. 2010;16(4):472-9.

Hilty DM, Ferrer DC, Parish MB, et al. The Effectiveness of Telemental Health: A 2013 Review. *Telemed J E Health* 2013;(19):444-454.

Hilty DM, Yellowlees PM, Parish MB, et al. Telepsychiatry: Effective, Evidence-Based and At a Tipping Point in Healthcare Delivery. *Psych Clin N Amer* 2015;38(3):559-592.

Larsen D, Stamm BH, Davis K, et al. Prison Telemedicine and Telehealth Utilization in the United States: State and Federal Perceptions of Benefits and Barriers. *Telemedicine Journal and e-Health*. 2004;(10, Suppl. 2): S81-90.

Morgan RD, Patrick AR, Magellatta PR, Does the Use of Telemental Health Alter the Treatment Experience? Inmates' Perceptions of Telemental Health Versus Face-to-Face Treatment Modalities. *Journal of Consulting and Clinical Psychology*. 2008;76(1):158-162.

Morgan, RD, Patrick, AR, & Magaletta, PR. Does the Use of Telemental Health Alter the Treatment Experience? Inmates' Perceptions of Telemental Health Versus Face-to-Face Treatment Modalities. *Journal of Consulting and Clinical Psychology,* 2008;76(1), 158-162.

Myers K, vander Stoep A, Zhou C, et al. Effectiveness of a Telehealth Service Delivery Model for Treating Attention-Deficit Hyperactivity Disorder: Results of a Community-Based Randomized Controlled Trial. *J Amer Asso Child Adolesc Psychiatry* 2015;54(4):263-74.

National Commission on Correctional Health Care. *Standards for Health Services in Prisons*. 2018, p. 156

National Commission on Correctional Health Care. *Standards for Mental Health Services in Correctional Facilities*. 2015, pages 76-79.

National Commission on Correctional Health Care, Position Statement, "Use of Telemedicine Technology in Correctional Facilities," *Journal of Correctional Health Care*, Volume 6, Issue 1 1998.

National Institute of Justice. Telemedicine Can Reduce Correctional Health Care Costs: An Evaluation of a Prison Telemedicine Network. Report no. NCJ 175040, Washington DC: US Department of Justice, 1999.

O'Reilly R, Bishop J, Maddox K, Hutchison L, et al. Is Telepsychiatry Equivalent to Face-to-Face Psychiatry? Results From a Randomized Controlled Equivalence Trial. *Psychiatric Services* 58:836-843, 2007.

Rayman RB. 1992, Telemedicine: Military Applications. *Aviation, Space, and Environmental Medicine*. 1992;63(2):135-7.

Shore JH. Telepsychiatry: Videoconferencing in the Delivery of Psychiatric Care. *American Journal of Psychiatry*. 2013;170:256-62.

Stec B, Coustasse A. Benefits and Constraints of Telepsychiatry Utilization in the United States. Business and Health Administration Association Annual Conference 2012. Available at http://mds.marshall.edu/mgmt_faculty/60

Trestman, RL (Chair), Metzner JL, Penn JV, et al. *Psychiatric Services in Correctional Facilities: Third Edition. A Work Group Report of the American Psychiatric Association*. American Psychiatric Publishing. 2015.

US Department of Justice, Office of Justice Programs, National Institute of Justice: Telemedicine Can Reduce Correctional Health Care Costs: An Evaluation of a Prison Telemedicine Network. (1999) Available at https://www.ncjrs.gov/pdffiles1/175040.pdf

US Department of Justice, Federal Bureau of Prisons, Program Statement, Subject: Psychiatric Services, 2005; OPI: HSD/PSY, Number P6340.04, dated 1/15/05. Available at https://www.bop.gov/policy/progstat/6340_004.pdf

Yellowlees PM, Hilty DM, Mucic D: "Global/World Wide Telehealth: International Perspectives of Telepsychiatry and the Future." *In Key Issues in e-Mental Health*. Eds Mucic D, Hilty DM, Springer Publishing, pp. 233-250, 2015

Zollo S, Kienzle M, Loeffelholz P, et al. Telemedicine to Iowa's Correctional Facilities: Initial Clinical Experience and Assessment of Program Costs. *Telemedicine Journal*. 1999;5(3):293-301.