XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Acting SDAG
ANDREW M. GIBSON, State Bar No. 244330
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9549
 Fax: (619) 645-2581
 E-mail: Andrew.Gibson@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF FILED OBJECTIONS TO SPECIAL MASTER'S PROPOSED TELEPSYCHIATRY POLICY**<br><br>Judge: The Honorable Kimberly J. Mueller<br><br>Action Filed: |

On August 15, 2018, the Court issued a minute order identifying the issues to be discussed at the upcoming August 28, 2018 status conference. (ECF No. 5881.) The Court identified the first issue as follows:

> The process the court will follow related to the Proposed Telepsychiatry Policy currently pending before the court, including for review of defendants' objections to the Special Master's proposal. See ECF Nos. 5872, 5873-5. ***If defendants' objections are not already presented in order of priority in their August 1, 2018 letter to the Special Master, defendants shall refile the same objections organizing them in order of priority, on or before August 24, 2018 at 12:00 p.m.***; any refiled objections shall supersede the previously filed objections and shall not include any new objections. Also on or before August 24, 2018 at 12:00 p.m., defendants shall file a fully legible copy of the Brizendine Declaration accompanying their August 1, 2018 letter to the Special Master.

1

1  (*Id*., emphasis added.)

2  On August 13, 2018, Defendants filed formal objections to the Special Master's Proposed Telepsychiatry Policy. (*See* ECF No. 5879.) Defendants' August 13, 2018 objections are set out in order of priority, and include a legible copy of Dr. Brizendine's declaration. (*Id.*) Additionally, although Defendants' August 13, 2018 objections follow the objections in their August 1, 2018 letter, Defendants' August 1 and 13 objections are not identical because the Special Master made changes to his initial draft policy after receiving Defendants' August 1, 2018 letter.

Dated:  August 24, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Acting SDAG

*/s/ Andrew M. Gibson*
ANDREW M. GIBSON
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
71569095.docx

2

## CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on August 24, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF FILED OBJECTIONS TO SPECIAL MASTER'S PROPOSED TELEPSYCHIATRY POLICY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 24, 2018, at San Diego, California.

| T. Huckstep | *T. Huckstep* |
|---|---|
| Declarant | Signature |

CF1997CS0003
71574016.docx