CAED 435
(Rev. 04/18)

United States District Court, Eastern District of California

**FOR COURT USE ONLY**
DUE DATE:

## TRANSCRIPT ORDER

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME<br>Cara E. Trapani SBN 313411 | 2. EMAIL<br>ctrapani@rbgg.com | 3. PHONE NUMBER<br>(415) 433-6830 | 4. DATE<br>08/29/2018 | |
|---|---|---|---|---|

| 5. MAILING ADDRESS<br>Rosen Bien Galvan & Grunfeld LLP, 50 Freemont Street, 19th Floor | 6. CITY<br>San Francisco | 7. STATE<br>CA | 8. ZIP CODE<br>94105 |
|---|---|---|---|

| 9. CASE NUMBER<br>2:90-cv-00520-KJM-DB (PC) | 10. JUDGE<br>Hon. Kimberly J. Mueller | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. FROM 08/28/2018 | 12. TO 08/28/2018 |

| 13. CASE NAME<br>Coleman, et al. v. Brown, et al. | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. CITY Sacramento | 15. STATE CA |

**16. ORDER FOR**

| ☐ APPEAL No. | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☑ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER *(Specify)* |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Status Conference | 08/28/2018 | Kacy Barajas |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☑ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

**ESTIMATE TOTAL**

| 19. SIGNATURE<br>/s/ Cara E. Trapani | PROCESSED BY |
|---|---|
| 20. DATE<br>08/29/2018 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |