1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   ANDREW M. GIBSON, State Bar No. 244330
5  TYLER V. HEATH, State Bar No. 271478
   Deputy Attorneys General
6     1300 I Street, Suite 125
      P.O. Box 944255
7     Sacramento, CA 94244-2550
      Telephone:  (916) 210-7318
8     Fax:  (916) 324-5205
      E-mail:  Andrew.Gibson@doj.ca.gov
9  *Attorneys for Defendants*

10

11                IN THE UNITED STATES DISTRICT COURT

12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13                    SACRAMENTO DIVISION

14

| | |
|---|---|
| 15  **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| 16                          Plaintiffs, | **STIPULATION AND [PROPOSED]** |
| 17       **v.** | **ORDER TO CONTINUE HEARING ON DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S PROPOSED** |
| 18 | **TELEPSYCHIATRY POLICY** |
| 19  **EDMUND G. BROWN JR., et al.,** | |
| 20                          Defendants. | |

21

22        Plaintiffs and Defendants, through their counsel of record, stipulate, subject to Court

23   approval, to continue the currently scheduled September 7, 2018 hearing on Defendants'

24   objections to the Special Master's proposed telepsychiatry policy.

25        Accordingly, the parties stipulate as follows:

26        1.    On August 2, 2018, the Special Master filed his "Report on the Proposed

27   Telepsychiatry Policy Addendum to the California Department of Corrections and Rehabilitation

28

                                         1

1    Mental Health Services Delivery System Program Guide" (Proposed Telepsychiatry Policy).

2    (ECF Nos. 5872, 5872-1.)

3        2.    On August 13, 2018, Defendants filed their objections to the Special Master's

4    Proposed Telepsychiatry Policy (Objections).  (ECF No. 5879.)

5        3.    During a status conference on August 28, 2018, the Court scheduled the hearing on

6    Defendants' Objections to take place at 10:00 a.m. on September 7, 2018.

7        4.    Lead counsel for Defendants Andrew M. Gibson currently has a scheduling conflict

8    that will prevent him from attending the September 7, 2018 hearing.  Defense counsel was not

9    aware of this conflict at the time of the August 28, 2018 status conference.

10       5.    As soon as Defense counsel realized the scheduling conflict, he contacted Plaintiffs'

11   counsel on August 28, 2018 to inquire if they would be amenable to rescheduling the September

12   7, 2018 hearing date.

13       6.    On August 28, 2018, Plaintiffs' counsel agreed to Defendants' request to reschedule

14   the hearing date to September 10, 2018, so long as the hearing starts no earlier than 10:30 a.m. on

15   the rescheduled date.

16       7.    On August 28, 2018, immediately after receiving Plaintiffs' agreement to continue

17   the hearing date, Defense counsel contacted the Court's clerk regarding Defendants' request to

18   move the September 7, 2018 hearing on Defendants' Objections to September 10, 2018.

19       8.    The Court's clerk promptly responded to Defendants' request on the morning of

20   August 29, 2018.  Defense counsel then immediately prepared this stipulation and proposed

21   order.

22       Based on the above, and for good cause shown, the parties stipulate that the Court may

23   continue the September 7, 2018 hearing on Defendants' Objections to September 10, 2018.

24       In the event a September 10, 2018 hearing date is not available, the parties respectfully

25   request a brief conference call to reschedule the September 7, 2018 hearing on Defendants'

26   Objections to the Special Master's Proposed Telepsychiatry Policy.

27   / / /

28   / / /

Stip. & [Prop.] Order Continuing Hrg. (2:90-cv-00520 KJM-DB (PC))

**IT IS STIPULATED AS FOLLOWS:**

1.      The hearing on Defendants' Objections to the Special Master's Proposed Telepsychiatry Policy, currently scheduled for September 7, 2018 at 10:00 a.m., shall be continued to **September 10, 2018, at 10:30 a.m.**, or as soon thereafter as the Court's schedule allows; [or]

2.      A brief conference call shall be set for _____, 2018, at _____ to reschedule the September 7, 2018 hearing on Defendants' Objections to the Special Master's Proposed Telepsychiatry Policy.


Dated:  August 29, 2018                          XAVIER BECERRA
                                                 Attorney General of California
                                                 JAY RUSSELL
                                                 Supervising Deputy Attorney General


                                                 /S/ ANDREW M. GIBSON
                                                 ANDREW M. GIBSON
                                                 Deputy Attorney General
                                                 *Attorneys for Defendants*

Dated:  August 29, 2018                          /s/ LISA A. ELLS
                                                 LISA A. ELLS
                                                 *Attorneys for Plaintiffs*


**IT IS SO ORDERED.**

Dated: _____                 _____
                                         KIMBERLY J. MUELLER
                                         UNITED STATES DISTRICT COURT

3

## CERTIFICATE OF SERVICE

Case Name:    **Coleman v. Brown, et al.,**              No.    **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on <u>August 29, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S PROPOSED TELEPSYCHIATRY POLICY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 29, 2018</u>, at San Diego, California.


_____
T. Huckstep
Declarant

_____
Signature

CF1997CS0003
71579217.docx