| CAED 435 (Rev. 03/15) | United States District Court - Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | DUE DATE: |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME Kevin Voth | 2. EMAIL kevin.voth@doj.ca.gov | 3. PHONE NUMBER 415-510-3744 | 4. DATE 8/31/18 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS 455 Golden Gate Ave., Ste. 11000 | | 6. CITY San Francisco | 7. STATE CA | 8. ZIP CODE 94102 |
| 9. CASE NUMBER 90-cv-00520-KJM-DB | 10. JUDGE Mueller | DATES OF PROCEEDINGS | | |
| | | 11. FROM 2/14/18 & 6/28/18 | 12. TO | |
| 13. CASE NAME Coleman v. Brown, et al. | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Sacramento | 15. STATE CA | |

16. ORDER FOR
- [✓] APPEAL No. 18-16445
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [✓] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Status Conference* | 2/14/18 | Jennifer Coulthard |
| [ ] OPENING STATEMENTS | | | Status Conference* | 6/28/18 | Diane Shepard |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | *Because transcripts for these hearings | | |
| [ ] | | | were already ordered by both parties and | | |
| [ ] | | | filed, no further work is required. | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES N/A | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES N/A | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES N/A | | |
| DAILY | [ ] | [ ] | NO. OF COPIES N/A | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES N/A | | |
| REALTIME | [ ] | [ ] | | | |

| CERTIFICATION (19 & 20) By signing below, I certify I will pay all charges (deposit plus additional). | | ESTIMATE TOTAL | |
|---|---|---|---|
| 19. SIGNATURE s/ Kevin Voth | | PROCESSED BY | |
| 20. DATE 8/31/2018 | | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

# CERTIFICATE OF SERVICE

Case Name: **Ralph Coleman, et al v. Edmund Brown, Jr., et al.**   Case No. **90-cv-00520-KJM-DB**

I hereby certify that on <u>August 31, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**TRANSCRIPT ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 31, 2018</u>, at San Francisco, California.

| B. Chung | *s/ B. Chung* |
|---|---|
| Declarant | Signature |

SF2018401014 /42040634.docx