1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JAY C. RUSSELL, State Bar No. 122626
   Supervising Deputy Attorneys General
3  ELISE OWENS THORN, State Bar No. 145931
   ANDREW M. GIBSON, State Bar No. 244330
4  TYLER V. HEATH, State Bar No. 271478
   IAN MICHAEL ELLIS, State Bar No. 280254
5  TOBIAS G. SNYDER, State Bar No. 289095
   Deputy Attorneys General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 510-4426
    Fax:  (415) 703-5843
8   E-mail:  Tobias.Snyder@doj.ca.gov
   *Attorneys for Defendants*

9              IN THE UNITED STATES DISTRICT COURT

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11                   SACRAMENTO DIVISION

12

13

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' UPDATED MONTHLY PSYCHIATRY VACANCY REPORT** |
| **v.** | Judge:        The Hon. Kimberly J. Mueller |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

20        On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report

21  "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate

22  systemwide . . . for the preceding month."  (ECF No. 5786 at 4.)  The Court ordered Defendants

23  to file the report by the 15th day of the month.  (*Id*.)  On August 22, 2018, the Court agreed to the

24  parties' stipulation shifting the reporting date to the last court day of the month.  (ECF No. 5886.)

25        A letter from Defendant CDCR is attached enclosing an amended version of CDCR's

26  Division of Health Care Services Systemwide Mental Health Program Allocated and Filled

27  Psychiatry Positions for June 2018.  As stated in the March 14, 2018 stipulation, reports filed on

28  the 15th day of each month, necessarily relied on non-validated registry data to report psychiatry

1

vacancy rates for the preceding month.  (ECF No. 5803 at 2.)  The attached letter explains that "the verified data for June, which only became available after July 16, showed that the number of positions filled by registry in June 2018 was different from the number shown by . . . [the] report filed on July 16, 2018."  (Ex. A; *see* ECF No. 5856.)

The August 22, 2018 stipulation and order shifting the reporting date to the end of the month should obviate the need for future amendment reports.


Dated:  August 31, 2018                                  Respectfully submitted,

                                                         XAVIER BECERRA
                                                         Attorney General of California
                                                         JAY C. RUSSELL
                                                         DAMON G. MCCLAIN
                                                         Supervising Deputy Attorneys General

                                                         */s/ Tobias G. Snyder*

                                                         TOBIAS G. SNYDER
                                                         Deputy Attorney General
                                                         *Attorneys for Defendants*

CF1997CS0003
42040744.docx

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



August 31, 2018

Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL
        HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits an updated monthly report identifying the psychiatry vacancy rates at each CDCR institution and in the aggregate systemwide for June 2018. It is attached as Exhibit A. CDCR's prior report for June 2018, submitted on July 16, 2018 in accordance with the Court's February 14, 2018 order, by necessity relied on non-validated registry data to report psychiatry vacancy rates for the preceding month. (ECF No. 5856 at 2.) The verified data for June, which only became available after July 16, showed that the number of positions filled by registry in June 2018 was different from the number shown by the non-verified data included in the report filed on July 16, 2018.

On August 22, 2018, the Court approved the parties' stipulation to shift the filing date for the monthly psychiatry vacancy reports to the end of the following month, rather than the fifteenth of the following month, which should obviate the need to file updated reports. (ECF No. 5886.)

Sincerely,

/s/ Katherine Tebrock
KATHERINE TEBROCK
Deputy Director
Statewide Mental Health Program

# EXHIBIT A

**Division of Health Care Services**
**Statewide Mental Health Program**
**Allocated and Filled Psychiatry Positions - June 2018 Updated 07/30/18**

| Sites | Allocated Jan 2018[1] | | | Filled June 2018 | | | | | Filled w PNP June 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Site | Telepsych | Total | Site[2,5] | Registry[3] | Telepsych[4] | Total | Percentage | PNP[2] | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 5.33 | 0.00 | 5.33 | 107% | 0.00 | 5.33 | 107% |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCI | 5.00 | 3.00 | 8.00 | 0.00 | 3.58 | 1.00 | 4.58 | 57% | 0.00 | 4.58 | 57% |
| CCWF | 10.00 | 2.00 | 12.00 | 6.50 | 0.00 | 0.50 | 7.00 | 58% | 1.00 | 8.00 | 67% |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CHCF | 19.00 | 6.00 | 25.00 | 5.00 | 2.54 | 4.00 | 11.54 | 46% | 1.00 | 12.54 | 50% |
| CHCF PIP | 33.00 | 0.00 | 33.00 | 15.90 | 3.53 | 2.00 | 21.43 | 65% | 0.00 | 21.43 | 65% |
| CIM | 11.50 | 0.00 | 11.50 | 11.00 | 0.00 | 0.00 | 11.00 | 96% | 0.00 | 11.00 | 96% |
| CIW | 9.50 | 1.00 | 10.50 | 4.00 | 2.04 | 0.00 | 6.04 | 58% | 0.00 | 6.04 | 58% |
| CMC | 19.00 | 0.00 | 19.00 | 15.30 | 1.95 | 0.00 | 17.25 | 91% | 0.00 | 17.25 | 91% |
| CMF | 17.00 | 2.00 | 19.00 | 10.00 | 3.95 | 2.00 | 15.95 | 84% | 0.00 | 15.95 | 84% |
| CMF PIP | 28.50 | 0.00 | 28.50 | 12.00 | 2.85 | 0.00 | 14.85 | 52% | 0.00 | 14.85 | 52% |
| COR | 12.00 | 5.00 | 17.00 | 2.50 | 4.78 | 3.50 | 10.78 | 63% | 0.00 | 10.78 | 63% |
| CRC | 5.50 | 0.00 | 5.50 | 5.50 | 0.00 | 0.00 | 5.50 | 100% | 0.00 | 5.50 | 100% |
| CTF | 6.00 | 1.00 | 7.00 | 3.00 | 0.56 | 1.00 | 4.56 | 65% | 1.00 | 5.56 | 79% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.48 | 0.00 | 0.48 | 48% | 0.00 | 0.48 | 48% |
| DVI | 4.50 | 0.00 | 4.50 | 2.00 | 1.79 | 0.00 | 3.79 | 84% | 0.00 | 3.79 | 84% |
| FSP | 3.00 | 0.00 | 3.00 | 4.00 | 0.00 | 0.00 | 4.00 | 133% | 0.00 | 4.00 | 133% |
| HDSP | 3.00 | 4.00 | 7.00 | 1.00 | 0.00 | 4.20 | 5.20 | 74% | 0.00 | 5.20 | 74% |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.42 | 0.00 | 0.42 | 42% | 0.00 | 0.42 | 42% |
| KVSP | 6.00 | 3.00 | 9.00 | 1.00 | 4.32 | 2.30 | 7.62 | 85% | 0.00 | 7.62 | 85% |
| LAC | 13.00 | 3.00 | 16.00 | 4.00 | 7.14 | 3.00 | 14.14 | 88% | 0.00 | 14.14 | 88% |
| MCSP | 11.00 | 4.00 | 15.00 | 7.00 | 3.54 | 2.00 | 12.54 | 84% | 0.00 | 12.54 | 84% |
| NKSP | 10.00 | 0.00 | 10.00 | 3.00 | 2.28 | 1.00 | 6.28 | 63% | 0.00 | 6.28 | 63% |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.20 | 2.20 | 73% | 0.00 | 2.20 | 73% |
| PVSP | 4.50 | 0.00 | 4.50 | 1.00 | 1.72 | 0.00 | 2.72 | 60% | 0.00 | 2.72 | 60% |
| RJD | 16.00 | 3.00 | 19.00 | 6.90 | 5.00 | 3.00 | 14.90 | 78% | 0.00 | 14.90 | 78% |
| SAC | 16.00 | 4.00 | 20.00 | 14.00 | 4.51 | 0.20 | 18.71 | 94% | 0.00 | 18.71 | 94% |
| SATF | 9.00 | 9.00 | 18.00 | 1.00 | 3.57 | 5.00 | 9.57 | 53% | 1.00 | 10.57 | 59% |
| SCC | 2.50 | 0.00 | 2.50 | 2.50 | 0.00 | 0.00 | 2.50 | 100% | 0.00 | 2.50 | 100% |
| SOL | 6.00 | 0.00 | 6.00 | 3.50 | 2.50 | 0.20 | 6.20 | 103% | 0.00 | 6.20 | 103% |
| SQ | 13.00 | 0.00 | 13.00 | 9.00 | 2.08 | 0.00 | 11.08 | 85% | 0.00 | 11.08 | 85% |
| SVSP | 7.00 | 5.00 | 12.00 | 1.00 | 4.84 | 3.20 | 9.04 | 75% | 0.00 | 9.04 | 75% |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 1.00 | 6.90 | 1.00 | 8.90 | 89% | 0.00 | 8.90 | 89% |
| VSP | 7.00 | 3.00 | 10.00 | 1.00 | 1.02 | 4.50 | 6.52 | 65% | 0.00 | 6.52 | 65% |
| WSP | 10.00 | 1.00 | 11.00 | 3.00 | 2.73 | 3.00 | 8.73 | 79% | 0.00 | 8.73 | 79% |
| TOTAL | 336.50 | 63.00 | 399.50 | 159.60 | 85.95 | 47.80 | 293.35 | 73% | 4.00 | 297.35 | 74% |

Footnote

1 Source: MH Memo Jan 2018 Statewide Mental Health Position Allocated

2 Source: July 2, 2018 CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: PSYT-PNP Temp Relief Details (June 2018)

4 Source: June 30, 2018 Telepsychiatry Provider List

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on <u>August 31, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### DEFENDANTS' UPDATED MONTHLY PSYCHIATRY VACANCY REPORT with Exhibit A

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 31, 2018</u>, at San Francisco, California.

|                     |                      |
| :-----------------: | :------------------: |
| B. Chung            | */s/ B. Chung*       |
| Declarant           | Signature            |

CF1997CS0003 /42040750.docx