XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT** |
| v. | Judge: The Hon. Kimberly J. Mueller |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id*.) On August 22, 2018, the Court agreed to the parties' stipulation shifting the reporting date to the last court day of the month. (ECF No. 5886.)

1

Defs.' Monthly Psychiatry Vacancy Report (2:90-cv-00520 KJM-DB (PC))

A letter from Defendant CDCR is attached enclosing CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for July 2018.

Dated: August 31, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
DAMON G. MCCLAIN
Supervising Deputy Attorneys General

*/s/ Tobias G. Snyder*

TOBIAS G. SNYDER
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
42040759.docx

2

Defs.' Monthly Psychiatry Vacancy Report  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION     EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



August 31, 2018

Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. Thorn:

       The California Department of Corrections and Rehabilitation (CDCR) hereby submits its monthly report identifying the psychiatry vacancy rates at each CDCR institution and in the aggregate systemwide for July 2018. It is attached as Exhibit A. In accordance with the Court's February 14, 2018 order, the report contains the vacancy rates at each CDCR institution and systemwide and the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Sincerely,

/s/ Katherine Tebrock
KATHERINE TEBROCK
Deputy Director
Statewide Mental Health Program

# EXHIBIT A

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Psychiatry Positions - July 2018 (Updated Registry 8/30/18)

| Sites | Allocated July 2018[1] | | | Filled July 2018 | | | | | Filled w PNP July 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Site | Telepsych | Total | Site[2,5] | Registry[3] | Telepsych[4] | Total | Percentage | PNP[2] | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 5.60 | 0.00 | 5.60 | **112%** | 0.00 | 5.60 | **112%** |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0%** | 0.00 | 0.00 | **0%** |
| CCI | 4.50 | 3.00 | 7.50 | 0.00 | 3.70 | 2.00 | 5.70 | **76%** | 0.00 | 5.70 | **76%** |
| CCWF | 10.50 | 2.00 | 12.50 | 6.50 | 0.00 | 0.50 | 7.00 | **56%** | 1.00 | 8.00 | **64%** |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CHCF | 20.00 | 6.00 | 26.00 | 5.00 | 2.80 | 4.00 | 11.80 | **45%** | 1.00 | 12.80 | **49%** |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 15.90 | 4.60 | 2.00 | 22.50 | **62%** | 0.00 | 22.50 | **62%** |
| CIM | 11.50 | 0.00 | 11.50 | 11.00 | 0.00 | 0.00 | 11.00 | **96%** | 0.00 | 11.00 | **96%** |
| CIW | 10.80 | 1.00 | 11.80 | 3.00 | 2.30 | 0.00 | 5.30 | **45%** | 0.00 | 5.30 | **45%** |
| CMC | 18.00 | 0.00 | 18.00 | 15.30 | 2.50 | 0.00 | 17.80 | **99%** | 0.00 | 17.80 | **99%** |
| CMF | 17.00 | 2.00 | 19.00 | 10.00 | 4.30 | 2.00 | 16.30 | **86%** | 0.00 | 16.30 | **86%** |
| CMF PIP | 32.00 | 0.00 | 32.00 | 12.00 | 2.50 | 1.00 | 15.50 | **48%** | 0.00 | 15.50 | **48%** |
| COR | 11.50 | 5.00 | 16.50 | 2.50 | 6.10 | 2.50 | 11.10 | **67%** | 0.00 | 11.10 | **67%** |
| CRC | 5.00 | 0.00 | 5.00 | 5.50 | 0.00 | 0.00 | 5.50 | **110%** | 0.00 | 5.50 | **110%** |
| CTF | 7.00 | 1.00 | 8.00 | 2.75 | 0.80 | 1.00 | 4.55 | **57%** | 1.00 | 5.55 | **69%** |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.30 | 0.00 | 0.30 | **30%** | 0.00 | 0.30 | **30%** |
| DVI | 4.50 | 0.00 | 4.50 | 2.00 | 2.00 | 0.00 | 4.00 | **89%** | 0.00 | 4.00 | **89%** |
| FSP | 3.50 | 0.00 | 3.50 | 4.00 | 0.00 | 0.00 | 4.00 | **114%** | 0.00 | 4.00 | **114%** |
| HDSP | 2.50 | 4.00 | 6.50 | 1.00 | 0.00 | 4.20 | 5.20 | **80%** | 0.00 | 5.20 | **80%** |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.30 | 0.00 | 0.30 | **30%** | 0.00 | 0.30 | **30%** |
| KVSP | 5.50 | 3.00 | 8.50 | 1.00 | 3.50 | 2.00 | 6.50 | **76%** | 0.00 | 6.50 | **76%** |
| LAC | 11.00 | 3.00 | 14.00 | 4.00 | 6.90 | 3.00 | 13.90 | **99%** | 0.00 | 13.90 | **99%** |
| MCSP | 12.50 | 4.00 | 16.50 | 8.00 | 3.90 | 2.00 | 13.90 | **84%** | 0.00 | 13.90 | **84%** |
| NKSP | 9.50 | 0.00 | 9.50 | 3.00 | 2.60 | 1.00 | 6.60 | **69%** | 0.00 | 6.60 | **69%** |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 2.20 | 3.20 | **107%** | 0.00 | 3.20 | **107%** |
| PVSP | 4.00 | 0.00 | 4.00 | 1.00 | 2.10 | 0.00 | 3.10 | **78%** | 0.00 | 3.10 | **78%** |
| RJD | 15.00 | 3.00 | 18.00 | 6.90 | 5.50 | 3.00 | 15.40 | **86%** | 0.00 | 15.40 | **86%** |
| SAC | 17.50 | 4.00 | 21.50 | 14.00 | 4.10 | 0.20 | 18.30 | **85%** | 0.00 | 18.30 | **85%** |
| SATF | 10.50 | 9.00 | 19.50 | 1.00 | 3.90 | 5.00 | 9.90 | **51%** | 1.00 | 10.90 | **56%** |
| SCC | 2.50 | 0.00 | 2.50 | 2.50 | 0.00 | 0.00 | 2.50 | **100%** | 0.00 | 2.50 | **100%** |
| SOL | 6.00 | 0.00 | 6.00 | 4.50 | 1.20 | 0.20 | 5.90 | **98%** | 0.00 | 5.90 | **98%** |
| SQ | 13.00 | 0.00 | 13.00 | 10.00 | 1.00 | 0.00 | 11.00 | **85%** | 0.00 | 11.00 | **85%** |
| SVSP | 5.50 | 5.00 | 10.50 | 1.00 | 5.10 | 3.20 | 9.30 | **89%** | 0.00 | 9.30 | **89%** |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 1.00 | 6.50 | 1.00 | 8.50 | **85%** | 0.00 | 8.50 | **85%** |
| VSP | 6.50 | 3.00 | 9.50 | 0.00 | 1.00 | 4.50 | 5.50 | **58%** | 0.00 | 5.50 | **58%** |
| WSP | 9.50 | 1.00 | 10.50 | 3.00 | 1.90 | 3.00 | 7.90 | **75%** | 0.00 | 7.90 | **75%** |
| **TOTAL** | **342.30** | **63.00** | **405.30** | **160.35** | **87.00** | **49.50** | **296.85** | **73%** | **4.00** | **300.85** | **74%** |

**Footnote**

1  Source:  MH Memo July 2018 Statewide Mental Health Position Allocated

2  Source: July 30, 2018 CCHCS Psychiatrist Vacancy/Coverage Report

3  Source: PSYT-PNP - Temp Relief Details July 2018

4  Source:  July 31, 2018 Telepsychiatry Provider List

5  Source: PIP Coleman Report - July 2018

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**        No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on <u>August 31, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT with Exhibit A**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 31, 2018</u>, at San Francisco, California.

| B. Chung | */s/ B. Chung* |
|---|---|
| Declarant | Signature |

CF1997CS0003 /42040765.docx