CAED 435 (Rev. 04/18)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

PLEASE Read Instruction Page (attached):

FOR COURT USE ONLY
DUE DATE:

| 1. YOUR NAME<br>Cara E. Trapani SBN 313411 | 2. EMAIL<br>ctrapani@rbgg.com | 3. PHONE NUMBER<br>(415) 433-6830 | 4. DATE<br>8/31/2018 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS<br>Rosen Bien Galvan & Grunfeld LLP, 50 Fremont St, 19th Fl | | 6. CITY<br>San Francisco | 7. STATE<br>CA | 8. ZIP CODE<br>94105 |
| 9. CASE NUMBER<br>2:90-cv-00520-KJM-DB (PC) | 10. JUDGE<br>Hon. Kimberly J. Mueller | DATES OF PROCEEDINGS | | |
| | | 11. FROM 8/28/2018 | 12. TO 8/28/2018 | |
| 13. CASE NAME<br>Coleman, et al. v. Brown, et al. | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Sacramento | 15. STATE CA | |

16. ORDER FOR
- [✓] APPEAL No. **18-16445**
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [✓] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Status Conference* | 8/28/2018 | Kacy Barajas |
| [ ] OPENING STATEMENTS | | | *Because the transcript for this hearing has already | | |
| [ ] CLOSING ARGUMENTS | | | been ordered by both parties, no further work is required | | |
| [ ] JURY INSTRUCTIONS | | | | | |

18. ORDER    (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES N/A | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES N/A | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES N/A | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES N/A | | |
| DAILY | [ ] | [ ] | NO. OF COPIES N/A | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES N/A | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE<br>/s Cara E. Trapani | PROCESSED BY |
|---|---|
| 20. DATE<br>8/31/2018 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | | | COURT ADDRESS |
|---|---|---|---|
| | DATE | BY | |
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |