UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | **ORDER** |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On December 11, 1995, the court entered an order referring this matter to a special master and directing that the special master's fees and expenses be borne by the defendants as part of the costs of this action. A significant amount of work remains to be done by the special master and additional funds are required to pay his fees and expenses.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Within thirty days from the date of this order, defendants shall deposit with the Clerk of the Court a one hundred and twenty-first interim payment of costs in the amount of $750,000.00 which amount shall be invested in the interest-bearing account previously opened for this action; and

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

DATED: August 31, 2018.

UNITED STATES DISTRICT JUDGE

1