## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
  **Plaintiffs**

  **vs.**         **No. CIV. S-90-0250 KJM DB P**

**EDMUND G. BROWN, JR., et al.,**
  **Defendants**

_____/

### SPECIAL MASTER'S REQUEST FOR THE
### APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the Special Master requests the appointment of Dwight Steward, Ph.D. and the research firm of EmployStats, including but not limited to, Jeffrey Peterson, Ph.D., Valentyna Katsalap, Ph.D., Matt Rigling, and Susan Wirtanen to his staff. The reasons for this request are set forth in the accompanying memorandum.

Dr. Steward is to be compensated at the rate of five hundred dollars ($500.00) per hour for his work as an expert, and at the rate of two hundred twenty five dollars ($225.00) per hour for travel, plus reasonable expenses. Dr. Petersen is to be compensated at the rate of four hundred twenty five dollars ($425.00) per hour for his work as an expert. Dr. Katsalap is to be compensated at the rate of three hundred dollars ($300.00) per hour for her work as an expert. Mr. Rigling is to be compensated at the rate of two hundred twenty five dollars ($225.00) per hour for his work as an expert.

Ms. Wirtanen is to be compensated at the rate of two hundred fifteen dollars ($215.00) per hour for her work as an expert.

Respectfully submitted,

/s/

_____

Matthew A. Lopes, Jr.
Special Master

September 4, 2018