# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA


RALPH COLEMAN, et al.,
    **Plaintiffs**

    **vs.**                                   **No. CIV. S-90-0250 KJM DB P**

EDMUND G. BROWN, JR., et al.,
    **Defendants**

_____/


## MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B (7) of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts and assistants, the Special Master requests the appointment of economist and statistician Dwight Steward, Ph.D. and the research firm of EmployStats, including but not limited to, Jeffrey Peterson, Ph.D., Valentyna Katsalap, Ph.D., Matt Rigling, and Susan Wirtanen to his staff.  Additional expert staff is currently needed in connection with the Special Master's evaluation of mental health staffing, specifically, the recruitment and retention of psychiatrists within the California Department of Corrections and Rehabilitation (CDCR).

At present, the ongoing effort to hire and retain a sufficient number of psychiatrists to comply with court-ordered staffing levels and ratios mandates a review of salary and labor market trends.  The expertise required for this complex undertaking exceeds that of the Special Master's current expert personnel resources; it requires the services of experienced labor economists.  The proposed expert staff offer the necessary professional expertise to conduct the

labor market and salary analyses required to assist the Special Master with his evaluation of mental health staffing. The *curricula vitae* of Dr. Steward and the EmployStats research team are attached as Exhibits A, B, C, D, and E respectively.

On October 10, 2017, this Court entered an order (ECF No. 5711) in which defendants were given one year to achieve compliance with the staffing ratios in their 2009 Staffing Plan and the maximum ten percent vacancy rate required by the court's June 13, 2002 order (ECF No. 1383). As part of their efforts towards compliance, defendants proposed, among other things, to increase psychiatrist salaries in an attempt to recruit and retain psychiatrists. However, as the Special Master previously reported, during discussions on the implementation of defendants' staffing plan, defendants asserted that the issue of salary increases would be handled through the collective bargaining process but would provide no further details, citing the confidential nature of the process—the implication being "that the mere act of engaging in the collective bargaining process satisfied their court-ordered directive to consider salary increases as a measure to recruit and retain psychiatry staff." *See*, Special Master's Report on the Status of Mental Health Staffing and the Implementation of Defendants' Staffing Plan, ECF No. 5564 at 24.

As a result of the position taken by defendants, the Special Master has thus far been unable to determine the sufficiency of those salary increases to reduce the longstanding elevated psychiatry vacancy rates in a sustainable fashion. The Special Master previously informed the parties and confirmed with the court his intention to hire an independent labor economist. *See*, Order filed July 3, 2018, ECF No. 5850 at 3. Neither party objected to the concept. In fact, defendants have retained a labor economics group "[i]n anticipation of the possible need to move to modify the 2009 Staffing Model should the parties be unable to reach agreement on

Defendants' staffing proposal." *See*, Joint Status Report filed June 21, 2018, ECF No. 5841 at 6 n.2.

As stated above, the proposed expert staff offer the necessary expertise to conduct the labor market and salary analyses required to determine the potential efficacy of the collective bargaining salary and compensation increases and thereby assist the Special Master in moving defendants towards compliance with court-approved staffing levels and ratios.

Dr. Steward is the Principal Economist of EmployStats, a research firm specializing in economic and statistical research, with wide-ranging experience in analyses of labor market availability and salary research. Dr. Steward has worked extensively with the Texas Department of Criminal Justice on issues involving pay disparities, salary audits, labor, and mitigation. He has served as an expert in a multitude of pay disparity and employment mitigation cases across the United States. As an expert witness, Dr. Steward has authored hundreds of reports, been deposed in over 200 cases, and testified in over 60 trials. He has worked on numerous criminal justice and police agency research projects with civil rights organizations including the NAACP, ACLU, and Texas Criminal Justice Coalition. Dr. Steward has taught at the University of Texas in the Department of Economics and the Red McCombs School of Business and the College of Business at Sam Houston State University. He received a Ph.D. in Economics from the University of Iowa.

Dr. Petersen is an affiliated Economist at EmployStats and a Partner at Allman & Peterson Economics, LLC. He has extensive experience performing surveys related to salary disparity. Dr. Petersen teaches Economics at St. Mary's College. He received a Ph.D. in Economics from the University of Utah.

Dr. Katsalap is an Economist at EmployStats specializing in Labor Economics and Applied Microeconomics. She has performed complex analyses investigating claims of pay disparities and disparate impacts across the nation. Dr. Katsalap has taught Economics at Austin College. She received a Ph.D. in Economics from the University of Houston.

Mr. Rigling is a Research Analyst at EmployStats specializing in database construction and data analysis. He has conducted research and analysis of information pertaining to employment mitigation and pay disparity cases. Mr. Rigling writes computer software code, assists in creating expert economic reports, reviews and analyzes complex data, and provides research support to the firm's principals. He received a B.A. in Economics from the University of Texas at Austin.

Ms. Wirtanen is a Research Analyst at EmployStats. She has performed analyses with large datasets and provided support in employment mitigation and pay disparity cases across the country. Ms. Wirtanen reviews and analyzes documents and data, assists in the creation and manipulation of large datasets, assists in creating expert reports, and provides research support to the firm's principals. She received a B.A. in Economics from the University of Texas at Austin.

For the foregoing reasons, the Special Master requests the entry of an order appointing Dr. Steward and the EmployStats research team to his staff as experts.

Respectfully submitted,

/s/

_____
Matthew A. Lopes, Jr.
Special Master

September 4, 2018

4