# Exhibit D

**employstats**
Economic & Statistical Research
Employment | Wage & Hour | Damages

# Matt Rigling
# Research Associate

## EXPERIENCE

**Employstats**
*Economic Research Associate,* March 2015 – Present

- Provides research support to the firm's principals.
- Writes computer software code to convert various types of data into an analyzable format.
- Assists in the calculation of economic damages in litigation, and assists in the creation of expert economic reports.
- Creates and manipulates large datasets for analysis.
- Reviews and critically analyzes complex legal documents and data.

## EDUCATION

B.A., Economics
The University of Texas at Austin

## SKILLS

Proficient in Microsoft Office, Stata, Excel, Google Business, Adobe, WordPress, SalesForce, ABBYY Reader, Stat/Transfer

Knowledgeable in Java, Python, C, HTML, CSS, SQL

## AWARDS

University Honors – 2014, 2015
Dean's Honor List, Summa Cum Laude – 2014, 2015

(512) 476-3711          mrigling@employstats.com          (650) 681-4359
Austin, TX                    www.employstats.com              Palo Alto, CA