# Exhibit E

**employstats**
Economic & Statistical Research
Employment | Wage & Hour | Damages

## Susan Wirtanen
### Research Associate

### *EMPLOYMENT*

**EmployStats**
*Economic Research Associate, June 2016* – Present

- Assists with the calculation of economic damages in litigation
- Provides research support to the firm's principals
- Reviews and analyzes documents, facilitating the creation and manipulation of large analysis datasets using the statistical software STATA
- Aides in the construction of expert reports for wage and hour, employment, and personal injury cases

### *EDUCATION*

B.A., Economics
The University of Texas at Austin

### *SKILLS*

Proficient in Stata, Microsoft Office (Word, PowerPoint, Excel, Publisher), Google Docs, Salesforce, HootSuite

(512) 476-3711    swirtanen@employstats.com    (650) 681-4359
Austin, TX    Palo Alto, CA