XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
TYLER V. HEATH, State Bar No. 271478
IAN MICHAEL ELLIS, State Bar No. 280254
TOBIAS G. SNYDER, State Bar No. 289095
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102
 Telephone: (415) 510-3567
 Fax: (415) 703-5843
 E-mail: Ian.Ellis@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' RESPONSE TO THE SPECIAL MASTER'S REQUEST FOR APPOINTMENT OF ADDITIONAL STAFF**<br><br>Judge:   The Honorable Kimberly J. Mueller |

**INTRODUCTION**

On September 4, 2018, the Special Master filed his Request for Appointment of Additional Staff (ECF No. 5903) and supporting memorandum (ECF No. 5903-1), seeking appointment of labor economist, Dr. Dwight Steward, and associates of Dr. Steward's research firm, EmployStats.

Defendants request that the Court limit the scope of any appointment of Dr. Steward or other proposed labor economist. Specifically, the appointment of a labor economist should be for a limited duration, and any appointee or group of appointees should be required to prepare and

1

Defs.' Resp. Special Master's Req. Appointment Add'l Staff (2:90-cv-00520 KJM-DB (PC))

produce a stand-alone expert report of their findings so that the parties can review and respond to it consistent with the Federal Rules of Civil Procedure.[1]

## I. THE LABOR ECONOMIST'S DISCRETE PURPOSE MERITS AN APPOINTMENT OF LIMITED DURATION.

The Special Master expressly requests appointment of Dr. Steward and his team to assist in labor-market and salary analyses to better evaluate Defendants' psychiatric-staffing proposals. (*See* ECF No. 5903-1 at 1-2.) Because the scope of the proposed appointment is narrow, Defendants request a correspondingly limited period for this appointment, not to exceed six months. That amount of time will give a team of labor economists sufficient opportunity to evaluate the state of the market, the competitiveness of the salaries on offer in that market, and the salaries needed to attract additional psychiatrists to the prison setting. (*See* generally ECF No. 5903-1.) Indeed, limiting the term of a labor economist's appointment will further the shared goal of moving the staffing piece of this action towards an efficient conclusion.

Because the Special Master seeks the appointment of a labor economist to study the discrete issue of psychiatrist salaries, Defendants request that the Court limit any such appointment to no more than a six-month term.

## II. THE LABOR ECONOMISTS SHOULD PREPARE A STAND-ALONE EXPERT REPORT.

The Special Master requests appointment of "an expert staff" of labor economists to conduct labor-market and salary analyses to help the Court determine Defendants' progress towards meeting the Court's 2002 and 2017 staffing commitments. (ECF No. 5903-1 at 1-3.) Because the discrete, fact-driven task envisioned by the Special Master resembles the type of labor-economic analyses routinely offered during expert discovery, Defendants request that the Court require the Special Master's labor economist prepare, and circulate, for the parties' review a single, stand-alone report conforming to the requirements of the Federal Rules of Civil Procedure, including but not limited to Rule 26(2)(B)(i)-(v).

---

[1] Neither the Special Master's request nor his supporting memorandum included the *curricula vitae* for the proposed experts. Defendants thus reserve the right to specifically object to the experts' qualifications at the appropriate time.

2

The salary issues that the Special Master seeks to investigate touch on CDCR's day-to-day operations, as well as the state's collective-bargaining power. (*See* ECF No. 5903-1 at 1-3.) It may also have a significant impact on the state's ability to set its own fiscal policy and budgets. Whatever action the Special Master proposes based on his expert's analysis may also severely affect state-hiring functions. Accordingly, the accuracy and dependability of the models, analysis, and conclusions reached by any court-appointed economist opining on these issues is of paramount importance. Defendants should, therefore, be permitted to review and, if necessary, respond to the appointed economist's work.

## CONCLUSION

For the above reasons, Defendants request that the Court limit the duration of any appointment of a labor economist and require an expert report setting forth all conclusions, the data relied upon, any models or figures generated in the course of the expert's analysis, and the qualifications of the persons who contributed to the report.

Dated: September 6, 2018                             Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General


/s/ *IAN MICHAEL ELLIS*
IAN MICHAEL ELLIS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
42043089

3

Defs.' Resp. Special Master's Req. Appointment Add'l Staff (2:90-cv-00520 KJM-DB (PC))

# CERTIFICATE OF SERVICE

Case Name:   *Coleman v. Brown, et al.,*       No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on September 6, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' RESPONSE TO THE SPECIAL MASTER'S REQUEST FOR APPOINTMENT OF ADDITIONAL STAFF**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 6, 2018, at San Francisco, California.

| E. Tornqvist | */s/ E. Tornqvist* |
|---|---|
| Declarant | Signature |

CF1997CS0003
42043686.docx