MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, Nineteenth Floor
San Francisco, California 94105-7104
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2018**<br><br>Judge: Hon. Deborah Barnes |

[3296050.1]

1    Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2 Statement for the Second Quarter of 2018 to Defendants via overnight delivery on
3 August 3, 2018.  The parties completed their meet and confer process on September 6,
4 2018.  The parties have resolved all disputes regarding fees and costs for the Second
5 Quarter of 2018, with an agreement to reduce claimed amounts to a total of $739,710.28
6 calculated at a rate of $220.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).
7    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
8 $739,710.28 plus interest is due and collectable as of forty-five days from the date of entry
9 of this Order.  Interest on these fees and costs will run from September 6, 2018 (31 days
10 after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by
11 28 U.S.C. § 1961.
12    IT IS SO STIPULATED.

14 DATED:  September 10, 2018      /s/ Elise Thorn
                                  Elise Thorn
                                  Deputy Attorney General
                                  Attorneys for Defendants

18 DATED:  September 10, 2018      /s/ Lisa Ells
                                  Lisa Ells
                                  ROSEN BIEN GALVAN & GRUNFELD LLP
                                  Attorneys for Plaintiffs

22    IT IS SO ORDERED.
23 DATED:  _____, 2018

                                  _____
                                  Deborah Barnes
                                  United States Magistrate Judge

[3296050.1]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE
SECOND QUARTER OF 2018

# Coleman v. Brown
## Second Quarter of 2018
### April 1, 2018 through June 30, 2018
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $724,185.35 | $695,217.93 | $14,493.42 |
| **Fees on Fees, 489-5** | $4,630.50 | $4,445.28 | $50.36 |
| **Appeal, 489-18** | $35,456.40 | $34,038.14 | $1,813.32 |
| **Appeal, 489-19** | $43,923.60 | $42,166.66 | $1,485.17 |
| **Totals** | **$808,195.85** | **$775,868.01** | **$17,842.27** |

**Claimed Total:**     $826,038.12

**Settled Total:**     $793,710.28

3282938

**Coleman v. Brown**
**Second Quarter of 2018**
**April 1, 2018 through June 30, 2018**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Benjamin Bien-Kahn | 0.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| Cara E. Trapani | 397.80 | 396.60 | $220.50 | $87,450.30 | $83,952.29 |
| Dylan Verner-Crist | 319.80 | 314.70 | $220.50 | $69,391.35 | $66,615.70 |
| Ernest Galvan | 65.90 | 65.70 | $220.50 | $14,486.85 | $13,907.38 |
| F. Gail LaPurja | 109.00 | 103.70 | $220.50 | $22,865.85 | $21,951.22 |
| Fely F. Villadelgado | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gay C. Grunfeld | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 8.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| Hanna N. Wallace | 39.70 | 39.30 | $220.50 | $8,665.65 | $8,319.02 |
| Jenny S. Yelin | 21.90 | 20.30 | $220.50 | $4,476.15 | $4,297.10 |
| Jessica L. Winter | 254.90 | 244.90 | $220.50 | $54,000.45 | $51,840.43 |
| Karen E. Stilber | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Katherine C. Hamilton | 116.80 | 104.50 | $220.50 | $23,042.25 | $22,120.56 |
| Krista Stone-Manista | 159.50 | 157.00 | $220.50 | $34,618.50 | $33,233.76 |
| Linda H. Woo | 147.10 | 145.30 | $220.50 | $32,038.65 | $30,757.10 |
| Lisa A. Ells | 167.10 | 166.40 | $220.50 | $36,691.20 | $35,223.55 |
| Maisy H. Sylvan | 173.20 | 163.60 | $220.50 | $36,073.80 | $34,630.85 |
| Marc Shinn-Krantz | 185.20 | 177.00 | $220.50 | $39,028.50 | $37,467.36 |
| Marcus V. Levy | 421.50 | 414.50 | $220.50 | $91,397.25 | $87,741.36 |
| Michael S. Nunez | 73.60 | 69.40 | $220.50 | $15,302.70 | $14,690.59 |
| Michael W. Bien | 153.90 | 151.40 | $220.50 | $33,383.70 | $32,048.35 |
| Penny M. Godbold | 18.30 | 18.30 | $220.50 | $4,035.15 | $3,873.74 |
| Sarah J. Essner | 292.60 | 289.20 | $220.50 | $63,768.60 | $61,217.86 |
| Thomas Nolan | 133.40 | 133.40 | $220.50 | $29,414.70 | $28,238.11 |
| **Total** | **3261.30** | **3175.20** | | **$700,131.60** | **$672,126.33** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alexis Hoffman | 4.30 | 4.30 | $220.50 | $948.15 | $910.22 |
| Annelise Finney | 0.80 | 0.80 | $220.50 | $176.40 | $169.34 |
| Donald Specter | 6.20 | 6.20 | $220.50 | $1,367.10 | $1,312.42 |
| Gabby Sergi | 0.80 | 0.80 | $220.50 | $176.40 | $169.34 |
| Gabriela Pelsinger | 5.60 | 5.60 | $220.00 | $1,232.00 | $1,182.72 |
| Juliette Mueller | 0.40 | 0.40 | $220.50 | $88.20 | $84.67 |
| Katie Tertocha | 6.10 | 6.10 | $220.50 | $1,345.05 | $1,291.25 |
| Mae Ackerman-Brimberg | 0.20 | 0.20 | $220.50 | $44.10 | $42.34 |
| Margot Mendelson | 4.70 | 4.70 | $220.50 | $1,036.35 | $994.90 |
| Megan Lynch | 0.80 | 0.80 | $220.50 | $176.40 | $169.34 |
| Molly Petchenik | 2.20 | 2.20 | $220.50 | $485.10 | $465.70 |
| Stacy Amador | 8.70 | 8.70 | $220.50 | $1,918.35 | $1,841.62 |
| Steven Fama | 59.90 | 59.90 | $220.50 | $13,207.95 | $12,679.63 |
| Tania Amarillas | 8.40 | 8.40 | $220.50 | $1,852.20 | $1,778.11 |
| **Total** | **109.10** | **109.10** | | **$24,053.75** | **$23,091.60** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$724,185.35** | **$695,217.93** |

3282938

**Coleman v. Brown**
**Second Quarter of 2018**
**April 1, 2018 through June 30, 2018**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $2,399.80 | $2,399.80 |
| Outside Copying | $2,921.16 | $2,921.16 |
| Transcription | $209.15 | $209.15 |
| Telephone | $21.65 | $21.65 |
| Postage and Delivery | $1,263.85 | $1,263.85 |
| Research (Westlaw/Lexis/PACER/Fees) | $493.01 | $493.01 |
| Experts | $3,749.98 | $3,749.98 |
| Travel | $2,806.90 | $2,806.90 |
| **Total** | | **$13,865.50** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $288.80 | $288.80 |
| Postage | $281.72 | $281.72 |
| Travel | $57.40 | $57.40 |
| **Total** | **$627.92** | **$627.92** |

**GRAND TOTAL**                                          **$14,493.42**

3282938

**Coleman v. Brown**
**Second Quarter of 2018**
**April 1, 2018 through June 30, 2018**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| F. Gail LaPurja | 0.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| Linda Woo | 6.00 | 6.00 | $220.50 | $1,323.00 | $1,270.08 |
| Lisa A. Ells | 14.10 | 14.10 | $220.50 | $3,109.05 | $2,984.69 |
| **Total** | **20.30** | **20.10** | | **$4,432.05** | **$4,254.77** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 0.90 | 0.90 | $220.50 | $198.45 | $190.51 |
| **Total** | **0.90** | **0.90** | | **$198.45** | **$190.51** |

**GRAND TOTAL**                                                                     **$4,630.50**     **$4,445.28**

3282938

**Coleman v. Brown**
**Second Quarter of 2018**
**April 1, 2018 through June 30, 2018**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Postage and Delivery | $50.36 | $50.36 |
| **Total** | | **$50.36** |

**GRAND TOTAL** $50.36

**Coleman v. Brown**
**Second Quarter of 2018**
**April 1, 2018 through June 30, 2018**
Fees on Appeal of 4/19/17 Order, 489-18

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Cara E. Trapani | 2.00 | 0.00 | $220.50 | $0.00 | $0.00 |
| F. Gail LaPurja | 16.00 | 15.40 | $220.50 | $3,395.70 | $3,259.87 |
| Jenny S. Yelin | 2.60 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jessica L. Winter | 67.20 | 66.60 | $220.50 | $14,685.30 | $14,097.89 |
| Karen E. Stilber | 0.80 | 0.00 | $220.50 | $0.00 | $0.00 |
| Krista Stone-Manista | 4.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| Lisa A. Ells | 71.50 | 71.50 | $220.50 | $15,765.75 | $15,135.12 |
| Marc Shinn-Krantz | 7.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| Michael W. Bien | 7.30 | 7.30 | $220.50 | $1,609.65 | $1,545.26 |
| **Total** | **178.80** | **160.80** | | **$35,456.40** | **$34,038.14** |

**GRAND TOTAL**  $35,456.40  $34,038.14

3282938

**Coleman v. Brown**
**Second Quarter of 2018**
**April 1, 2018 through June 30, 2018**
Costs on Appeal of 4/19/17 Order, 489-18

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Filing Fees | $69.00 | $69.00 |
| In-House Copying and Printing | $647.40 | $647.40 |
| Outside Copying and Scanning | $702.23 | $702.23 |
| Westlaw/Lexis/Pacer | $394.69 | $394.69 |

**Total** $1,813.32

**GRAND TOTAL** $1,813.32

3282938

**Coleman v. Brown**
**Second Quarter of 2018**
**April 1, 2018 through June 30, 2018**
Fees on Appeal of 10/10/17 Order, 489-19

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Cara E. Trapani | 1.80 | 0.00 | $220.50 | $0.00 | $0.00 |
| Ernest Galvan | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| F. Gail LaPurja | 15.00 | 14.70 | $220.50 | $3,241.35 | $3,111.70 |
| Jenny S. Yelin | 107.10 | 107.10 | $220.50 | $23,615.55 | $22,670.93 |
| Jessica L. Winter | 10.50 | 10.50 | $220.50 | $2,315.25 | $2,222.64 |
| Krista Stone-Manista | 0.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| Lisa A. Ells | 59.40 | 59.40 | $220.50 | $13,097.70 | $12,573.79 |
| Marc Shinn-Krantz | 2.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| Michael S. Nunez | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Michael W. Bien | 7.50 | 7.50 | $220.50 | $1,653.75 | $1,587.60 |
| Thomas Nolan | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **204.70** | **199.20** | | **$43,923.60** | **$42,166.66** |

**GRAND TOTAL**                                                           $43,923.60   $42,166.66

3282938

**Coleman v. Brown**
**Second Quarter of 2018**
**April 1, 2018 through June 30, 2018**
Costs on Appeal of 10/10/17 Order, 489-19

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Filing Fees | $69.00 | $69.00 |
| In-House Copying/Printing | $300.80 | $300.80 |
| Outside Copying and Scanning | $558.88 | $558.88 |
| Westlaw/Lexis/Pacer | $556.49 | $556.49 |
| **Total** | | **$1,485.17** |

**GRAND TOTAL**　　　　　　　　　　　**$1,485.17**

3282938