# Exhibit B

# JEFFREY S. PETERSEN

Allman & Petersen Economics, LLC
7677 Oakport Street, Suite 610
Oakland, CA 94621

Phone: (510) 382-1550
FAX: (510) 382-1472
E-mail: jeff@allmaneconomics.com

## EMPLOYMENT HISTORY

2003 – present      ***Partner***
                    Allman & Petersen Economics, LLC
                    Oakland, California

2014 – present      ***Adjunct Assistant Professor of Economics***
& 1999 – 2001       St. Mary's College
                    Moraga, CA

1998 – 2003         ***Senior Economist***
                    U.S. Government Accountability Office (formerly the General Accounting Office)
                    San Francisco, California

1999 – 2001         ***Economics Instructor***
                    Golden Gate University
                    San Francisco, California

1995 – 1998         ***Postdoctoral Fellow***
                    University of California, Berkeley

1990 – 1995         ***Research and Teaching Assistant***
                    University of Utah
                    Salt Lake City, Utah

## EDUCATION

1996                Postdoctoral Training Program in Health Economics
                    University of California, Berkeley

1995                Ph.D. in Economics, University of Utah

1989                B.A. in Economics, San Jose State University

## PUBLICATIONS

***Peer-Reviewed Book***

> *"Carve-outs" in Workers' Compensation: An Analysis of the Experience in the California Construction Industry,* W.E. Upjohn Institute for Employment Research, Kalamazoo, MI 2003 (co-authored with David Levine, Frank Neuhauser, Richard Reuben, and Christian Etcheverria).

*Peer-Reviewed Journal Articles*

"The Effect of the Intent to Retire at Age 70 or Older on Work Life Expectancy," *Journal of Legal Economics*, Volume 23, No. 2, April 2017 (co-authored with Phillip Allman).

"Surveys in Class Action Wage and Hour Cases and the Use of Anonymous Respondents," *Journal of Legal Economics*, Volume 22, No. 1, October 2015 (co-authored with Phillip Allman and William Lee).

"Carve-Outs from the Workers Compensation System," *Journal of Policy Analysis and Management*, 2002, Volume 21, No. 3, (co-authored with David Levine and Frank Neuhauser).

"Health Care and Pension Benefits for Construction Workers: The Role of Prevailing Wage Laws," *Industrial Relations*, 2000, Volume 39, No. 2.

"A Comparison of Health Outcomes Among Older Construction and Blue-Collar Employees in the United States," *American Journal of Industrial Medicine*, 1998, Volume 34, No. 3, (co-authored with Craig Zwerling).

*Other Publications*

"International Responses to an Aging Labor Force," *Work Options for Mature Americans*. Teresa Ghilarducci and John Turner eds., Notre Dame, Indiana: University of Notre Dame Press, 2005. (co-authored with Charles Jeszeck, Anthony Defrank, Katherine Leavitt, Janice Peterson, Yunsian Tai, and Howard Wial).

"Benefits vs. Wages: How Prevailing Wage Laws Affect the Mix and Magnitude of Compensation to Construction Workers," in *The Economics of Prevailing Wage Laws*, Peter Philips and Hamid Azari eds., Ashgate Publishing, 2005. (co-authored with Erin Godtland).

"Private and Public Sector Employment Policies to Extend the Labor Force Participation of Older Workers," *Proceedings of the 55ᵗʰ Annual Industrial Relations Research Association Annual Conference, 2003.*

"Return to Economic Productivity Following Acute Traumatic Injury: The Influence of Financial, Physical, and Psychosocial Factors," *Proceedings of the American Association for the Surgery of Trauma Fifty-Ninth Annual Meeting,*1999, (co-authored with Lara Papadakis, Diane Morabito, Herb Ochitill, Alicia Bocellari, and Robert Mackersie).

*Portable Pensions for Casual Labor Markets: Lessons from the Operating Engineers Central Pension Fund*, Quorum Books, Westport, CT, 1996 (co-authored with Teresa Ghilarducci, Garth Mangum, and Peter Philips).

*Selected General Accounting Office Reports*

"Older Workers: Policies of Other Nations to Increase Labor Force Participation,"
GAO-03-307, Feb. 2003

"Older Workers: Demographic Changes Pose Challenges for Employers and Workers,"
GAO-01-85, Nov. 2001

"Characteristics of Persons in Labor Force Without Pension Coverage,"
GAO/HEHS-00-131, Aug. 2000

"Social Security Reform: Implications of Raising the Retirement Age,"
GAO/HEHS-99-112, Aug. 1999

## JOURNAL ARTICLE REVIEWER FOR PEER-REVIEWED JOURNALS

Industrial Relations (University of California, Berkeley)
Perspectives (peer-reviewed section of the Social Security Bulletin)
Journal of Labor Economics

## PRESENTATIONS

"Working to Age 70 or Older – How Much Does Intention Matter? Evidence from the Health and Retirement Study," 28th Annual Meeting of the American Academy of Economic and Financial Experts, Las Vegas, NV, March 2016.

"Policies to Extend the Labor Force Participation of Older Workers" – Industrial Relations Research Association Section of the Allied Social Sciences Association Annual Meeting, Washington, DC, Jan. 2003.

Discussant for the panel "The Population Age 50-70 -- Past Trends and Future Projections" at the National Academy of Social Insurance conference on the Implications of an Aging Workforce for Income Security and Employee Benefits, Washington, D.C., Nov. 2001

"Raising the Eligibility Ages for Social Security Benefits: Work and Health Issues Associated with this Policy Change" - School of Public Policy, University of California, Los Angeles, Jan. 2001

"The Labor Market for Older Workers" - Bay Area Labor Economists Fall Workshop, Public Policy Institute of California, San Francisco, CA, Nov. 2000

"Raising the Eligibility Ages for Social Security Benefits: An Analysis of the Policy Implications"
- Association for Public Policy Analysis and Management Annual Research Conference, New York, NY, Oct. 1998.

"Carving Out Construction Employees from the Workers Compensation System in California: Putting Theory into Practice"
- Industrial Relations Research Association Section of the Allied Social Sciences Association Annual Meeting, Chicago, IL, Jan. 1998
- National Occupational Injury Research Symposium, National Institute of Occupational Safety and Health, Morgantown, WV, Oct. 1997

"Return to Work Following Acute Traumatic Injury"
- American Association for the Surgery of Trauma Annual Meeting, Boston, MA Sept. 1999
- National Occupational Injury Research Symposium, National Institute of Occupational Safety and Health, Morgantown, WV, Oct. 1997

"Health Care and Pension Benefits for Construction Workers: The Role of Prevailing Wage Laws"
- Health Economics Research Organization Section of the Allied Social Sciences Association Annual Meetings, New Orleans, LA, Jan. 1997

"Retirement from the Construction Industry" – University of California, Berkeley, Department of Demography, May 1995.

## HONORS

Member of the Board of Directors, American Academy of Economic and Financial Experts   2017-present

National Research Service Award, Public Health Postdoctoral Fellowship, U.S. Department of Health and Human Services   1995-1997

Outstanding Scholar Athlete Honor Roll, San Jose State University   1988-1989

NCAA Division I Tennis Team, San Jose State University   1987-1989

## PROFESSIONAL ORGANIZATIONS

American Economic Association

National Association of Forensic Economics

American Academy of Economic and Financial Experts

American Association for Public Opinion Research

*Jeffrey S. Petersen, page 4 of 4*