# Exhibit C

**employstats**

Economic & Statistical Research
Employment | Wage & Hour | Damages

# Valentyna Katsalap, Ph.D.
## Economist and Statistician

Dr. Katsalap joined EmployStats in 2015 after graduating with her Ph.D. from the University of Houston. She specializes in labor economics and applied microeconomics. In addition, Dr. Katsalap has performed complex analyses investigating claims of discrimination and disparate impacts in courts across the nation.

## *EMPLOYMENT*

Economist, EmployStats, 2015 – present
Visiting Assistant Professor of Economics, Austin College, 2014 – 2015
Research Assistant, University of Houston 2014 – 2014
Instructor, University of Houston, 2011 – 2012
Teaching Assistant, University of Houston, 2008 – 2013

## *EDUCATION*

Ph.D., Economics, University of Houston
M.A., Economics, National University "Kyiv-Mohyla Academy" and EERC, Ukraine
B.A., Finance, Academy of Municipal Administration, Ukraine
"Sustainable Human Development: from International Frameworks to Regional Policies", organized by United Nations Development Program (UNDP) and Central European University (CEU), Hungary

## *SELECTED ACTIVITIES*

Areas of specialization: Labor Economics, Applied Microeconomics Dissertation Title: "Impacts of Labor Market Policies: Evidence Using German Firm Level Data" Conferences

AEA Annual Conference, Philadelphia, PA, 2014

AEA Annual Conference, San Diego, CA, 2013

Presenter, 13th Missouri Economics Conference, Columbia, MO, 2013

Presenter, STATA Texas Empirical Microeconomics Conference, Austin, TX, 2012

Presenter, 54th Annual Western Social Science Conference, Houston, TX, 2012