Exhibit D

employstats
Economic & Statistical Research
Employment I Wage & Hour I Damages

**Matt Rigling**
**Research Associate**

*EXPERIENCE*

**Employstats**
*Economic Research Associate,* March 2015 – Present

- Provides research support to the firm's principals.
- Writes computer software code to convert various types of data into an analyzable format.
- Assists in the calculation of economic damages in litigation, and assists in the creation of expert economic reports.
- Creates and manipulates large datasets for analysis.
- Reviews and critically analyzes complex legal documents and data.

*EDUCATION*

B.A., Economics
The University of Texas at Austin

*SKILLS*

Proficient in Microsoft Office, Stata, Excel, Google Business, Adobe, WordPress, SalesForce, ABBYY Reader, Stat/Transfer

Knowledgeable in Java, Python, C, HTML, CSS, SQL

*AWARDS*

University Honors – 2014, 2015
Dean's Honor List, Summa Cum Laude – 2014, 2015