UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | No. 2:90-cv-0520 KJM KJN P<br><br><br><br>ORDER |

On September 4, 2018, the Special Master filed a request for appointment of additional staff. ECF No. 5903. On September 5, 2018, the court granted any party the opportunity to respond to the request by September 6, 2018. ECF No. 5904. Defendants have timely filed a response. ECF No. 5908.

The Special Master seeks appointment of Dwight Steward, Ph.D. and the research firm of EmployStats, including but not limited to, Jeffrey Peterson, Ph.D., Valentyna Katsalap, Ph.D., Matt Rigling, and Susan Wirtanen.[1] The court has reviewed the curriculum vitae of these persons, which have been filed on the court's docket. As an expert, Dr. Steward is to be compensated at the rate of five hundred dollars ($500.00) per hour for his work and two hundred twenty-five dollars ($225.00) per hour for travel time, plus reasonable expenses. As an expert

---

[1] Dr. Peterson has his own firm but will serve as a subcontractor of EmployStats for this assignment.

1

economist, Dr. Petersen is to be compensated at the rate of four hundred twenty-five dollars ($425.00) per hour for his work. As an expert economist, Dr. Katsalap is to be compensated at the rate of three hundred dollars ($300.00) per hour for her work. As an expert, Mr. Rigling is to be compensated at the rate of two hundred twenty-five dollars ($225.00) per hour for his work. As an expert, Ms. Wirtanen is to be compensated at the rate of two hundred fifteen dollars ($215.00) per hour for her work.

Defendants request that (1) these appointments be for a limited duration, not to exceed six months; and (2) these experts be required to prepare a stand-alone report that conforms to the requirements of, *inter alia*, Federal Rule of Civil Procedure 26(2)(B)(i)-(v).

The Special Master seeks the appointment of this team of labor economists to conduct labor market and salary analyses in an effort "to determine the potential efficacy of . . . collective bargaining salary and compensation increases" as part of an overall effort to bring defendants into compliance with required mental health staffing levels. That compliance is to be achieved by one year from October 10, 2017, or approximately one month from now. ECF No. 5711. The Special Master is aware of the time constraints that attend the task for which he seeks the current appointments and the court assumes those constraints will inform his work with these experts. That task, to evaluate current salary rates and the efficacy, if any, of compensation increases on defendants' ability to recruit and retain necessary mental health staff to comply with the October 10, 2017 order and the prior court orders described therein, is a discreet task. The court will limit the appointments to completion of the discrete task for which the appointments are made, as set forth in the request, but will not impose a specific time frame for completion of that task.

Defendants also request the experts be required to produce an expert report that meets the requirements of Federal Rule of Civil Procedure 26(2)(B)(i)-(v). Rule 26 governs disclosure by parties of expert testimony by witnesses who may be called at a trial. *See* Fed. R.

Civ. P. 26(A). The Special Master is not a party to this action and Rule 26 does not apply to the work of his experts. Moreover, consistent with the history of these remedial proceedings, the work of these experts is for use as directed by the Special Master and not as an "independent source of evidence" in proceedings before this court. *Federal Trade Com'n v. Enforma Natural Products, Inc.,* 362 F.3d 1204, 1213 (9th Cir. 2004) (discussing circumstances under which court-appointed expert may be a witness subject to Federal Rule of Evidence 706).

As provided by paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Special Master's September 4, 2018 request for appointment of additional staff, ECF No. 5903, is GRANTED; and

2. The Special Master is authorized to appoint Dwight Steward, Ph.D. and the research firm of EmployStats, including but not limited to, Jeffrey Peterson, Ph.D., Valentyna Katsalap, Ph.D., Matt Rigling, and Susan Wirtanen, as experts to perform the discreet duties set forth in the Special Master's Request for the Appointment of Additional Staff, filed September 4, 2018, and to be compensated at the rates set forth therein.

DATED: September 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

3