XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
MANEESH SHARMA, State Bar No. 280084
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3621
  Fax: (415) 703-1234
  E-mail: maneesh.sharma@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone: (415) 777-3200
  Fax: (415) 541-9366
  E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                       Plaintiffs,<br><br>**v.**<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                       Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                       Plaintiffs,<br><br>**v.**<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                       Defendants. | C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' SEPTEMBER 2018 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

1  The State submits this status report on the current in-state and out-of-state adult prison populations and the measures being taken to comply with the Court's February 10, 2014 Order Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013 Deadline (February 10, 2014 Order).  Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined.  Exhibit B sets forth the status of the measures Defendants have implemented as required by the February 10, 2014 Order.  (ECF 2766/5060 at ¶¶ 4-5.)

As of September 12, 2018, 116,027 inmates were housed in the State's 34 adult institutions and 1,659 inmates were housed in out-of-state facilities.[1]  (Ex. A.)  The State's prison population is approximately 136.4% of design capacity.  (Ex. A.)

Dated:  September 17, 2018

XAVIER BECERRA
Attorney General of California

By: */s/ Maneesh Sharma*
    MANEESH SHARMA
    Deputy Attorney General
    *Attorneys for Defendants*

Dated:  September 17, 2018

HANSON BRIDGETT LLP

By: */s/ Paul B. Mello*
    PAUL B. MELLO
    *Attorneys for Defendants*

---

[1] The data in Exhibit A is taken from CDCR's September 12, 2018 weekly population report, available on CDCR's website at https://sites.cdcr.ca.gov/research/population-reports/.