

FILED
SEP 17 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Louis Hollingsworth
California Mens Colony
P.O. Box 8101
San Luis Obispo, California 93409

In pro se

United States District Court
Eastern District of California

| Louis Hollingsworth, Petitioner<br><br>vs.<br><br>J. Castelo, Warden; L. Chauncey, Case Records Analyst; M. Marshall, Case Records Supervisor, Respondents | Case No. 2:90-CV-00520 LKK DAD<br><br>Exparte Motion and Notice of Motion for Injunction to Compel Respondents to Comply with Court-Order; Memorandum of Points and Authorities; Declaration in Support of Motion |
| --- | --- |

Now Comes petitioner, Louis Hollingsworth, to move the Court for a Mandatory injunction to Compel Respondent's to perform the particular act of awarding and applying

the 2 for 1 "Minimum Custody" credits to petitioners term of incarceration as required in the specific and definite language embodied in the above-entitled court case decision.

this Exparte application and motion is made pursuant to 28 U.S.C. 636, and on the grounds that petitioner is being denied release from prison because of contumacy on the part of Respondents.

Respectfully Submitted,

Date: 9/7/2018

[signature]

Louis Hollingsworth

petitioner, In pro se

# Declaration
## In Support Of
## Motion To Compel

I, Louis Hollingsworth, petitioner, do hereby under penalty of perjury, declare as follows:

On or about April 14, 2017, I was delivered to the California Department of Corrections and Rehabilitation ("CDCR") with a term of 12 years, to be served at a 50% (day-for-day) credit ratio, pursuant to penal code section 2933, also known as Half-Time.

Upon application of my 576 presentence credits pursuant to penal code sections 4019 and 2900.5 et seq. to my overall max release date of 10/14/2027, my Half-Time (or) Earliest Possible Release Date ("EPRD") was set at 7/14/2022. See Exhibit "A" (Legal Status Summary).

From 9/22/2017 to 9/7/2018, as per this Courts Order, I have earned 1,068 days (or) 2 years, 11 months, 8 days, "minimum custody" (2-for 1) post-sentence credits that Respondent's refuse to apply to my 7/14/2022 ("EPRD"), Notwithstanding, multiple warnings that their refusal [Contumacy] constitutes Contempt of this Courts Orders. See Exhibit "B" (CDCR - Inmate Request for Service).

I aver, that my ("EPRD") should be set at 9/6/2019, provided the court ordered (2-for 1) credits mentioned above were properly applied to the 7/14/2022 ("EPRD") by Respondent's.

At present, my ("EPRD") is incorrectly set at 12/6/2020, because that date erringly reflects application of my 516 presentence credit days, but does not reflect, as it should, not a single day of the 1,068 (court-ordered) postsentence credits earned from 9/22/2017 through 9/7/2018. See Exhibit "C" (Release Date Change Notice).

I further contend that Respondent's delay in performance of the courts order is unjustly impeding my early release into the "Mens Community Reentry Program" ("MCRP") which is available to eligible inmates, such as myself, 19 months prior to their ("EPRD").

The incorrect 12/6/2020 ("EPRD") makes me ineligible for ("MCRP") release until 5/6/2019. However, if Respondent's had only complied with the courts order, my correct ("EPRD") would have been set at 9/6/2019, and I would have been released already.

Conclusion

For the reasons set forth above and because the Respondents despite having knowledge of the courts order continue to engage in acts of disobedience to clear and unambiguous orders of the court, which constitutes "Contempt of Court". And, whereas, the court has power to punish such acts (18 U.S.C.A. § 401 (3) U.S. v. International Brothers of Teamsters, 726 F. Supp. 943), and whereas, petitioner has no other speedy relief available;

petitioner respectfully prays the Honorable Court for:

1. An "Emergency" mandatory injunction compelling Respondents to comply with the Courts order to award and apply all earned (2 for 1) "minimum custody" credits from 9/22/2017 to petitioners ("EPRD") within 15 days upon reciept of the Courts injunction or to be held in "Contempt of Court".

2. For an order directing Respondents to Release petitioner to the ("MCRP") program forthwith, provided his licit ("EPRD") date places him within the 19 month Range of Eligible Release.

For any further Relief as the Court deems proper. Petitioner begs the Court to take under consideration the inartful pleading of this motion on the grounds that petitioner is untrained in the practice of law. Haines v. Kerner (1972) 404 U.S. 519.

Executed this 7th day of September, 2018, in San Luis Obispo County, State of California.

[signature]

Louis Hollingsworth, Declarant

## Memorandum of Points and Authorities

1. Acts of disobedience to clear and unambiguous orders of the court constitute "contempt of court" and the court has the power to punish such acts.
18 U.S.C.A. § 401(3) U.S. v. International Brotherhood of Teamsters, 726 F. Supp. 943

2. "Contempt of Court" is willful act calculated to embarrass, hinder, or obstruct court in administration of justice. U.S. v. Hanover Insurance Company, 869 F. Supp. 950

3. "Contempt" represents more than delay in performance or lack of perfection, but is failure promptly and meaningfully to accomplish what is ordered. Lelsz v. Kavanagh, 673 F. Supp. 828

4. A party commits "contempt" when he violates a definite and specific order of the court requiring him to perform or refrain from performing a particular act or acts with knowledge of the court's order. Castillo v. Cameron County, Tex., 238 F.3d 339.

5. An "injunction" is a court order commanding or preventing an action; with "contempt", however, the usual sanction is to confine the contemnor until he or she complies

With The Court Order, because a Civil-Contempt proceeding is Coercive or Remedial in Nature. Trinity Marine products Inc. v. Chao, 512 F.3d 198.

EXHIBIT "A"

Inmate Name: HOLLINGSWORTH, LOUIS J. CDC #: BC8024 DOB: 01/14/1946
CCRA: L. Chauncey
Facility: CMC-Facility E [CMC-E] Housing: E 009 1-000003U CCI: C. Stowers
PC2933 Eligible: Yes MCC/RAC/EMC/ECC Eligible: Yes PRCS Eligible: Yes

You have been committed to the CDCR to serve the following sentences.

**Sentencing Overview**

Term Start Date: 04/14/2017 Total Term: 12y 0m 0d Overall Max Date: 10/14/2027
Control Date: 07/14/2022 Control Date Type: EPRD
Time Served: 817 days Time Remaining: 1648 days As of Date: 01/08/2018

**Other Parole Eligibility Dates**

Non-Violent Parole Eligibility Date (NPED): 07/15/2019
Second Strike Parole Eligibility Date (SPED):
Youth Offender Parole Eligibility Date (YPED):
Elderly Parole Eligibility Date (EPED): 07/14/2041

**Sentence Structure**

| Cmt. | County | Sentence Date | Total Time Imposed | Status | Status Date |
|---|---|---|---|---|---|
| BA | Los Angeles | 03/28/2017 | 12y 0m 0d | Imposed | 03/28/2017 |

**Sentence Components (1 - 14 of 14)**

| Cmp. | Count | County/Case # | Crime (Statute) | Offense | Offense Date | Time Imposed | Relationship to Cmt./Cmp. | Credit Rate | Pre-Snt Credit | Post-Snt Credit | Vested Credit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | 01 | Los Angeles/ BA451374 (Offn. Enhan.) | PC115(a)[01] (PC12022.6(a)(1)[02]) | File False/Forged Instrument (Loss Exceeds $65,000) | 03/26/2015 | 3y 0m 0d ( 1y 0m 0d ) | | 50% Day-for-Day | 516 | 16 | 16 |
| 002 | 02 | Los Angeles/ BA451374 | PC118[02] | Perjury | 06/10/2015 | 1y 0m 0d | Consecutive (1/3 Term) to BA / 001 | 50% Day-for-Day | 516 | | |
| 003 | 03 | Los Angeles/ BA451374 | PC115(a)[01] | File False/Forged Instrument | 06/07/2015 | 3y 0m 0d | Stayed to / | 50% Day-for-Day | 516 | | |
| 004 | 04 | Los Angeles/ BA451374 | PC134[02] | Falsifying Documents to be Used in Evidence | 07/07/2015 | 3y 0m 0d | Stayed to / | 50% Day-for-Day | 516 | | |
| 005 | 05 | Los Angeles/ BA451374 | PC132[01] | Offer Forged/Altered Document as Genuine | 07/08/2015 | 3y 0m 0d | Concurrent to BA / 001 | 50% Day-for-Day | 516 | 16 | 16 |
| 006 | 06 | Los Angeles/ BA451374 | PC118[02] | Perjury | 07/08/2015 | 1y 0m 0d | Consecutive (1/3 Term) to BA / 002 | 50% Day-for-Day | 516 | | |
| 007 | 07 | Los Angeles/ BA451374 | PC115(a)[01] | File False/Forged Instrument | 07/30/2015 | 3y 0m 0d | Concurrent to BA / 001 | 50% Day-for-Day | 516 | 16 | 16 |
| 008 | 08 | Los Angeles/ BA451374 (Offn. Enhan.) | PC487(a)[02] (PC12022.6(a)(1)[02]) | Grand Theft Exceeding $950 (Loss Exceeds $65,000) | 09/03/2015 | 3y 0m 0d ( 1y 0m 0d ) | Concurrent to BA / 001 | 50% Day-for-Day | 516 | 16 | 16 |
| 009 | 09 | Los Angeles/ BA451374 | PC115(a)[01] | File False/Forged Instrument | 09/03/2015 | 3y 0m 0d | Concurrent to BA / 001 | 50% Day-for-Day | 516 | 16 | 16 |
| 010 | 10 | Los Angeles/ BA451374 | PC186.10(a)[02] | Money Laundering | 09/04/2015 | 0y 8m 0d | Consecutive (1/3 Term) to BA / 006 | 50% Day-for-Day | 516 | | |
| 011 | 11 | Los Angeles/ BA451374 | PC186.10(a)[02] | Money Laundering | 09/08/2015 | 0y 8m 0d | Consecutive (1/3 Term) to BA / 010 | 50% Day-for-Day | 516 | | |
| 012 | 12 | Los Angeles/ BA451374 | PC186.10(a)[02] | Money Laundering | 09/15/2015 | 0y 8m 0d | Consecutive (1/3 Term) to BA / 011 | 50% Day-for-Day | 516 | | |
| 013 | 13 | Los Angeles/ BA451374 | PC186.10(a)[02] | Money Laundering | 09/17/2015 | 0y 8m 0d (6 CS) | Consecutive (1/3 Term) to BA / 012 | 50% Day-for-Day | 516 | | |

EXHIBIT "B"

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Hollingsworth, Louis | BC 8024 | [signature] |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM a TO m | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| Dorm 9 / 34 up | Edu ? | a to m | "Update" |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:
Don't want to burden you, but as a friendly reminder, Have you had the opportunity to contact Cora Blaunkey concerning her erroneous miscalculation of my "EPRD"? and to inform her that failure on her part to award me my 2 for 1 credits from 9/22/17 through 8/16/18 places her in "Constructive Contempt" of the 2014 (Coleman/Plata v. Brown) Federal Court Order. Thank you for your time.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL: ADDRESSED TO: CC/ Stowers DATE MAILED: 8/18/18
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| C.L. Stowers | 8-22-18 | Cd Stowers | 8-22-18 |

Yes. Case Records believes their calculations are accurate. Continue to utilize the appeals process so you can have a Haygood Hearing to voice your concerns.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

34

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Hollingsworth, Louis | | BE 8024 | [signature] |
| HOUSING/BED NUMBER: Dorm 9/13 up | ASSIGNMENT: Edu.? | HOURS FROM a TO m | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Minimum Custody Credits |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

Are "Minimum A or B" Custody inmates here at CMC entitled to 2-for-1 credits as mandated by the 2014 Federal Court Order to reduce prison overcrowding and departmental Prop. 57 constitutional regulations? Yes or No?

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☑ SENT THROUGH MAIL: ADDRESSED TO: J. Warren, Case Records DATE MAILED: 8/15/18

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| L. Chauncey CCRA | 8.17-2018 | A Chauncey CCRA | 8-17-2018 |

This is a classification issue
See your CCI

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Ms. Chauncey's Supervisor has already apprised me that "yes" noted "Minimum Custody" I'm receive 2 for 1 credits, and that I have been receiving those credits since 9/22/2017, yet Ms. Chauncey refuses to apply those 933 days of credit to my term!

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| [signature] | 8/17/18 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| M. Marshall CCRS | 8/23/18 | M. Marshall | 8/23/18 |

All applicable credit has been applied to your release date already. Your EPRD is correct. We will not be addressing this issue any further.

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| HollinsWorth, Louis | BC 8024 | [signature] |
| HOUSING/BED NUMBER: Dorm 9/3 Up / ASSIGNMENT: Edu? | HOURS FROM 9 TO M | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Earned Credits |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

This is my final question for you... What is the total amount of pen. c. 2933 (1 for 1) and "minimum custody (2 for 1) credits have I earned from 4/14/17 to 8/30/18?

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: Dora L. Chauncey DATE MAILED: 8-30-18

☑ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? |
|---|---|---|---|
| c/o C. Sigmund | 8/30/18 | c/o C [signature] | (CIRCLE ONE) YES NO |
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Hollingsworth, Louis | BC 8024 | [signature] |
| HOUSING/BED NUMBER: Dorm 9/34P — ASSIGNMENT: Edu? | HOURS FROM 9 TO m | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Violation of Court Order |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:
This communication serves as your personal notice that in violation of standing court order federal case No. 2:90-CV-00520, case records staff, in specificity, L. Chauncey and M. Marshall refuses to apply my "2676.1" minimum custody credits to my term of incarceration. At present I am duly eligible for "MCRP" release, but contumacy on the part of your staff is unlawfully depriving me of that right!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: J. Castelo, Warden DATE MAILED: 8/26/18

☒ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| J. Vaughn | 8/26/18 | [signature] | YES |
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| Hollingsworth, Louis | | BC 8024 | [signature] |
| HOUSING/BED NUMBER: Dorm 9/B | ASSIGNMENT: Edu? | HOURS FROM Ø TO Ø | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): "EPRD" Calculation |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

In your 8/15/18 response to my form 22 dated 8/3/18 you acknowledge that I have been earning 2 for 1 good conduct credits as of 9/22/17 which total 333 days through 7/20/18. That number does not reflect the 316 days I got 1 credit earned from 11/11/16 through 9/22/17. For a total of 1,249 days, or 3 yrs. 5 mths. 4 days. Nowhere in the calculation breakdown does it reflect application of these credits to my original 7/14/22 "EPRD". A violation of the 2014 federal court order!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL: ADDRESSED TO: M. Marshall, NCRS DATE MAILED: 8/16/18

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR 22 (10/09)

URGENT!

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Hollingsworth, Louis | BC8024 | [signature] |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM a TO m | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| Dorm 9/Bup | Edu? | | Term Computations |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

This Communication Serves as personal Notice. Effective as of 9/22/17 I was Classified as "minimum Custody", as approved by "CSR" on 7/30/18. Notwithstanding Departmental policy and prevailing federal law, Case Record Staff, in Specifisity L. Chauncey, Refuses to apply my 2 for 1 Credits to my "EPRD", which is unjustly impeding my Due Release to the "MCRP" program forthwith. Please look into this Urgent matter with deliberate speed! Thank you in advance!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL: ADDRESSED TO: Brian Moak, Chief Classification Serv. DATE MAILED: 8/11/18

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED -- TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| LA Scott | 8-13-18 | [signature] | |

We have no Brian Moak here at CMC. Might try CDCR headquarters in Sacramento.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

EXHIBIT "C"



07/30/2018

# RELEASE DATE CHANGE NOTICE

| INMATE NAME: HOLLINGSWORTH, LOUIS JEROME | CDC #: BC8024 |
|---|---|
| FACILITY: CMC-Facility E | HOUSING: E 009 1 - 000003U |
| ASSIGNED CASE RECORDS ANALYST: L. Chauncey | REASON FOR RELEASE DATE CHANGE: CDCR Credits Received/Lost changed |
| ASSIGNED CORRECTIONAL COUNSELOR: C. Stowers | |
| CONTROLLING RELEASE DATE | TYPE OF DATE |
| BEFORE: 07/14/2022 | EPRD |
| AFTER: 12/06/2020 | EPRD |

**CDCR CREDITS RECEIVED/LOST**

| ENTRY DATE | EFFECTIVE DATE | TYPE | WORK GROUP | DURATION (DAYS) | RECD/LOST DAYS | REASON | STATUS | QUALIFIER |
|---|---|---|---|---|---|---|---|---|
| 07/30/2018 | 09/22/2017 | Work Group Change (done by Cls.) | M-Minimum Custody | 311 | | Classification Action | Applied | |
| 08/11/2017 | 08/11/2017 | Work Group Change (Generated by [illegible]) | A1-Full Time Assignment | [illegible] | | [illegible] Assignment | [illegible] | |

THE 12/06/2020 "EPRD" ONLY REFLECTS APPLICATION OF 517 CREDIT DAYS, INSTEAD OF 1,249 DAYS - DEFICIT OF "732" DAYS! (1 YR., 152 DAYS) (3 YRS., 5 MTHS, 4 DAYS) (2 YRS., 2 DAYS)

311 days @ MIN "A" = 933 days = 2 YRS., 7 MTHS., 1 day

Plus Credits (1 for 1) from 4/14/17 to 9/22/17 = 316 Days = 10 MTHS, 16 Days

933
316
1249 days

CDCR SOMS OTCP122
RELEASE DATE CHANGE NOTICE

07/31/2018
03:12:09

PAGE 1

933 days
316 days
1249 days

1249 Days = 3 YRS., 5 MTHS., 4 DAYS

SUBTRACT FROM "EPRD" BEFORE DATE: 7/14/2022

* NEW "EPRD" AFTER DATE: 2/10/2019 * "MCRP" eligible "Now"!!!