| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>KRISTA STONE-MANISTA – 269083<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535 |
| CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California 94111-4805<br>Telephone: (415) 621-2493 | JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>50 Fremont Street, 19th Floor<br>San Francisco, California 94105-2235<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' REQUEST TO RESERVE DATE FOR TESTIMONY OF PABLO STEWART, M.D., REGARDING DEFENDANTS' TELEPSYCHIATRY POLICY**<br><br>Judge: Hon. Kimberly J. Mueller |

On September 20, 2018, this Court set an evidentiary hearing regarding Defendants' proposed use of telepsychiatry to commence on October 15, 2018 at 1:00 p.m. and continuing day to day as necessary.  9/20/18 Order, ECF No. 5928, at 2.

Plaintiffs intend to call Pablo Stewart, M.D., who has already submitted an expert report on the appropriate use of telepsychiatry in connection with this dispute, to testify. *See* Exs. to Special Master's Report re Telepsychiatry, ECF No. 5873, at 8-82 (Expert Report of Dr. Pablo Stewart, M.D., Regarding Defendants' Telepsychiatry Policy). Dr. Stewart has studied CDCR's mental health services delivery system extensively as an expert witness in this case in the original trial, the termination proceedings, and the recent enforcement proceedings, as well as in the three-judge court proceedings.  He has more recently reviewed CDCR's telepsychiatry policies and practices, as well as those of other prison system and jails.  Dr. Stewart's testimony will be an important part of the evidence in the upcoming evidentiary hearing.

Dr. Stewart, however, lives in Honolulu, Hawaii, and has a number of preexisting obligations in the coming weeks that cannot reasonably be rescheduled and which severely limit his availability to prepare for and provide his testimony in Court given the short notice.  Decl. of Lisa Ells In Support of Pls.' Request ("Ells Decl."), filed herewith, ¶ 3. To ensure that Plaintiffs can adequately present their case on this important issue, Plaintiffs request that the Court reserve the afternoon of October 22, 2018, after the Court's regular criminal calendar, and, as necessary, October 23, 2018 for Dr. Stewart to testify, as these are the only dates in October that can accommodate his preexisting obligations.  *See* Ells Decl. ¶ 4.  If the Court cannot accommodate this request, Plaintiffs respectfully request

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  that the Court hold the record open and permit Dr. Stewart to testify at a later date in
2  November when he is available.

4  DATED: September 25, 2018        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Lisa Ells*
　　Lisa Ells

Attorneys for Plaintiffs