| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California  94111-4805<br>Telephone:   (415) 621-2493 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>KRISTA STONE-MANISTA – 269083<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>50 Fremont Street, 19th Floor<br>San Francisco, California  94105-2235<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>            Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' REQUEST TO RESERVE DATE FOR TESTIMONY OF PABLO STEWART, M.D., REGARDING DEFENDANTS' TELEPSYCHIATRY POLICY**<br><br>Judge:  Hon. Kimberly J. Mueller |

I, Lisa Ells, do hereby declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and a partner at the law firm Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this Declaration in Support of Plaintiffs' Request to Reserve Date for Testimony of Pablo Stewart, M.D. Regarding Defendants' Telepsychiatry Policy.

2. After receiving the Court's September 20, 2018 order setting an evidentiary hearing on Defendants' proposed use of telepsychiatry to commence on October 15, 2018 at 1:00 p.m., my firm contacted Pablo Stewart, M.D., who has previously submitted an expert declaration regarding the appropriate use of telepsychiatry, about his availability to testify. Dr. Stewart lives in Honolulu, Hawaii.

3. Dr. Stewart reported that he is travelling to and conducting tours of the Illinois state prison system during the week of October 15, 2018 in connection with his role as a court-appointed monitor in *Rasho v. Baldwin*, No. 1:07-CV-1298 (C.D. Ill.). Dr. Stewart is also unavailable on October 24 and 25 due to preexisting expert work in two capital defense and jail conditions cases that cannot reasonably be rescheduled or put off, and will be travelling on October 26. Finally, he is slated to conduct expert tours of the Nebraska prison system during the week of October 29 through November 2, which cannot reasonably be rescheduled due to impending case deadlines.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

[3303700.1]

2

DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' REQUEST TO RESERVE DATE FOR TESTIMONY OF PABLO STEWART, M.D., REGARDING DEFENDANTS' TELEPSYCHIATRY POLICY

4. Dr. Stewart reported that he could be available to testify in this matter on October 22 and 23, 2018. He is also generally available to testify in November, after the first week of the month.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 25th day of September, 2018.

/s/ *Lisa Ells*
Lisa Ells