1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   DAMON G. MCCLAIN
4  Supervising Deputy Attorneys General
   ELISE OWENS THORN, State Bar No. 145931
5  ANDREW M. GIBSON, State Bar No. 244330
   TYLER V. HEATH, State Bar No. 271478
6  Deputy Attorneys General
     1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone:  (916) 210-7325
     Fax:  (916) 324-5205
9    E-mail:  Tyler.Heath@doj.ca.gov
   *Attorneys for Defendants*

10

11                IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13                       SACRAMENTO DIVISION

14

15  **RALPH COLEMAN, et al.,**                2:90-cv-00520 KJM-DB (PC)

16                            Plaintiffs,     **DEFENDANTS' MONTHLY**
                                              **PSYCHIATRY VACANCY REPORT**
17          v.
                                              Judge:      The Hon. Kimberly J. Mueller
18  **EDMUND G. BROWN JR., et al.,**

19                            Defendants.

20

21        On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report

22  "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate

23  systemwide . . . for the preceding month."  (ECF No. 5786 at 4.)  The Court ordered Defendants

24  to file the report by the 15th day of the month.  (*Id.*)  On August 22, 2018, the Court agreed to a

25  stipulation filed by the parties shifting the reporting date to the last court day of the month.  (ECF

26  No. 5886.)

27

28

                                              1

1       A letter from Defendant CDCR is attached enclosing CDCR's Division of Health Care

2   Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for

3   August 2018.

4

5   Dated:  September 28, 2018                  Respectfully submitted,

6                                             XAVIER BECERRA
        Attorney General of California

7       JAY C. RUSSELL
        DAMON G. MCCLAIN

8       Supervising Deputy Attorneys General

9       */s/ Tobias G. Snyder*

10      TOBIAS G. SNYDER
        Deputy Attorney General

11      *Attorneys for Defendants*

12  CF1997CS0003
    42054662.docx

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Brown, et al.,**          No.      **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on September 28, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT

### LETTER TO ELISE OWENS THORN, ESQ. DATED SEPTEMBER 28, 2018

### EXHIBIT A

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 28, 2018, at San Francisco, California.


| R. Caoile | **/s/ R. Caoile** |
|---|---|
| Declarant | Signature |

CF1997CS0003
42056316.docx

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



September 28, 2018


Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL
        HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. Thorn:

        The California Department of Corrections and Rehabilitation (CDCR) hereby submits its
monthly report identifying the psychiatry vacancy rates at each CDCR institution and in the
aggregate systemwide for August 2018.  It is attached as Exhibit A.  In accordance with the Court's
February 14, 2018 order, the report contains the vacancy rates at each CDCR institution and
systemwide and the same data as the Correctional Health Care Services Mental Health Institution
Vacancies:  Summary by Institution by Classification.  It also includes data from the monthly
telepsychiatry report, as well as a separate column showing the number of psychiatric nurse
practitioners working at each institution and systemwide, and the fill rate including psychiatric
nurse practitioners.

Sincerely,

/s/ Katherine Tebrock
KATHERINE TEBROCK
Deputy Director
Statewide Mental Health Program

# EXHIBIT A

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Psychiatry Positions - August 2018

| Sites | Allocated July 2018[1] | | | Filled Aug 2018 | | | | | Filled w PNP Aug 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Site | Telepsych | Total | Site[2,5] | Registry[3] | Telepsych[4] | Total | Percentage | PNP[2] | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 4.65 | 0.00 | 4.65 | 93% | 0.00 | 4.65 | 93% |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCI | 4.50 | 3.00 | 7.50 | 0.00 | 4.44 | 2.00 | 6.44 | 86% | 0.00 | 6.44 | 86% |
| CCWF | 10.50 | 2.00 | 12.50 | 5.50 | 0.80 | 0.50 | 6.80 | 54% | 1.00 | 7.80 | 62% |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CHCF | 20.00 | 6.00 | 26.00 | 5.00 | 3.85 | 5.00 | 13.85 | 53% | 1.00 | 14.85 | 57% |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 15.90 | 5.54 | 2.00 | 23.44 | 64% | 0.00 | 23.44 | 64% |
| CIM | 11.50 | 0.00 | 11.50 | 11.00 | 0.00 | 0.00 | 11.00 | 96% | 0.00 | 11.00 | 96% |
| CIW | 10.80 | 1.00 | 11.80 | 3.00 | 2.84 | 0.00 | 5.84 | 49% | 0.00 | 5.84 | 49% |
| CMC | 18.00 | 0.00 | 18.00 | 15.30 | 2.42 | 0.00 | 17.72 | 98% | 0.00 | 17.72 | 98% |
| CMF | 17.00 | 2.00 | 19.00 | 11.90 | 4.02 | 2.09 | 18.01 | 95% | 0.00 | 18.01 | 95% |
| CMF PIP | 32.00 | 0.00 | 32.00 | 11.00 | 3.95 | 1.00 | 15.95 | 50% | 0.00 | 15.95 | 50% |
| COR | 11.50 | 5.00 | 16.50 | 2.50 | 6.33 | 2.50 | 11.33 | 69% | 1.00 | 12.33 | 75% |
| CRC | 5.00 | 0.00 | 5.00 | 5.50 | 0.00 | 0.00 | 5.50 | 110% | 0.00 | 5.50 | 110% |
| CTF | 7.00 | 1.00 | 8.00 | 2.75 | 0.83 | 1.00 | 4.58 | 57% | 1.00 | 5.58 | 70% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.37 | 0.00 | 0.37 | 37% | 0.00 | 0.37 | 37% |
| DVI | 4.50 | 0.00 | 4.50 | 2.00 | 2.13 | 0.00 | 4.13 | 92% | 0.00 | 4.13 | 92% |
| FSP | 3.50 | 0.00 | 3.50 | 4.00 | 0.00 | 0.00 | 4.00 | 114% | 0.00 | 4.00 | 114% |
| HDSP | 2.50 | 4.00 | 6.50 | 1.00 | 0.00 | 4.20 | 5.20 | 80% | 0.00 | 5.20 | 80% |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.33 | 0.00 | 0.33 | 33% | 0.00 | 0.33 | 33% |
| KVSP | 5.50 | 3.00 | 8.50 | 1.00 | 3.05 | 2.30 | 6.35 | 75% | 0.00 | 6.35 | 75% |
| LAC | 11.00 | 3.00 | 14.00 | 6.00 | 7.13 | 3.00 | 16.13 | 115% | 0.00 | 16.13 | 115% |
| MCSP | 12.50 | 4.00 | 16.50 | 8.00 | 2.93 | 2.00 | 12.93 | 78% | 0.00 | 12.93 | 78% |
| NKSP | 9.50 | 0.00 | 9.50 | 3.00 | 3.05 | 1.00 | 7.05 | 74% | 0.00 | 7.05 | 74% |
| PBSP | 1.00 | 2.00 | 3.00 | 1.00 | 0.00 | 1.33 | 2.33 | 78% | 0.00 | 2.33 | 78% |
| PVSP | 4.00 | 0.00 | 4.00 | 1.00 | 2.17 | 0.00 | 3.17 | 79% | 0.00 | 3.17 | 79% |
| RJD | 15.00 | 3.00 | 18.00 | 6.40 | 6.21 | 3.00 | 15.61 | 87% | 0.00 | 15.61 | 87% |
| SAC | 17.50 | 4.00 | 21.50 | 14.00 | 4.59 | 0.20 | 18.79 | 87% | 0.00 | 18.79 | 87% |
| SATF | 10.50 | 9.00 | 19.50 | 0.00 | 4.43 | 4.10 | 8.53 | 44% | 1.00 | 9.53 | 49% |
| SCC | 2.50 | 0.00 | 2.50 | 2.50 | 0.00 | 0.00 | 2.50 | 100% | 0.00 | 2.50 | 100% |
| SOL | 6.00 | 0.00 | 6.00 | 4.75 | 1.27 | 0.20 | 6.22 | 104% | 0.00 | 6.22 | 104% |
| SQ | 13.00 | 0.00 | 13.00 | 11.00 | 1.18 | 0.00 | 12.18 | 94% | 0.00 | 12.18 | 94% |
| SVSP | 5.50 | 5.00 | 10.50 | 1.00 | 7.00 | 3.20 | 11.20 | 107% | 0.00 | 11.20 | 107% |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 1.00 | 7.18 | 1.00 | 9.18 | 92% | 0.00 | 9.18 | 92% |
| VSP | 6.50 | 3.00 | 9.50 | 0.00 | 1.15 | 4.50 | 5.65 | 59% | 0.00 | 5.65 | 59% |
| WSP | 9.50 | 1.00 | 10.50 | 3.00 | 2.44 | 3.00 | 8.44 | 80% | 0.00 | 8.44 | 80% |
| TOTAL | 342.30 | 63.00 | 405.30 | 162.00 | 96.28 | 49.12 | 307.40 | 76% | 5.00 | 312.40 | 77% |

Footnote

1 Source:  MH Memo July 2018 Statewide Mental Health Position Allocated

2 Source: Sept 3, 2018 CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: PSYT_PNP Temp Relief Details (August 2018)

4 Source: August 31, 2018 Telepsychiatry Provider List

5 Source: PIP Site -PIP Coleman Report (August 2018)