# TABLE OF APPENDICES

1     Human Resources Recruitment and Retention Reports – May through August 2018

2     Primary Care Provider Vacancy and Coverage Report – August 27, 2018

3     CPR Financial Statements – May through August 2018