# APPENDIX 2



# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
## Primary Care Provider Vacancy / Coverage Report
### August 27, 2018

| Institution | Total Authorized Positions | Filled with P&S Onsite (No Telemed) | Filled with NP/PA Onsite (No Telemed) | % Filled by Civil Service | Civil Service Vacancies | Filled with Telemedicine | % Filled by Civil Service & Telemedicine | Filled with Registry (FTE) | Total % Filled | Net Adjusted Vacancies | Total Civil Service in Hiring Process | % Filled if Candidates Hired |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 8.00 | 4.50 | 4.00 | 106.25% | (0.50) | 0.00 | 106.25% | 0.00 | 106.25% | (0.50) | 0.00 | 106 25% |
| CAC | 4.00 | 3.70 | 1.00 | 117.50% | (0.70) | 0.00 | 117.50% | 0.00 | 117.50% | (0.70) | 0.00 | 117.50% |
| CAL | 6.50 | 6.50 | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% |
| CCC | 6.50 | 0.00 | 2.00 | 30.77% | 4.50 | 3.00 | 76.92% | 1.00 | 92.31% | 0.50 | 0.00 | 92.31% |
| CCI | 9.00 | 6.00 | 2.00 | 88.89% | 1.00 | 2.00 | 111.11% | 2.00 | 133.33% | (3.00) | 1.00 | 144.44% |
| CCWF | 9.50 | 6.50 | 4.00 | 110.53% | (1.00) | 0.00 | 110.53% | 1.50 | 126.32% | (2.50) | 0.00 | 126 32% |
| CEN | 6.00 | 4.00 | 0.00 | 66.67% | 2.00 | 1.00 | 83.33% | 0.75 | 95.83% | 0.25 | 2.00 | 129.17% |
| CHCF | 36.00 | 25.00 | 4.00 | 80.56% | 7.00 | 2.00 | 86.11% | 8.00 | 108.33% | (3.00) | 6.00 | 125.00% |
| CIM | 18.00 | 18.00 | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% |
| CIW | 9.00 | 8.00 | 0.00 | 88.89% | 1.00 | 0.00 | 88.89% | 0.00 | 88.89% | 1.00 | 1.00 | 100.00% |
| CMC | 13.00 | 12.30 | 0.00 | 94.62% | 0.70 | 0.00 | 94.62% | 1.75 | 108.08% | (1.05) | 13.00 | 208.08% |
| CMF | 16.00 | 14.00 | 0.00 | 87.50% | 2.00 | 0.00 | 87.50% | 1.50 | 96.88% | 0.50 | 3.00 | 115 63% |
| COR | 10.00 | 5.00 | 4.00 | 90.00% | 1.00 | 1.00 | 100.00% | 1.00 | 110.00% | (1.00) | 1.00 | 120.00% |
| CRC | 6.00 | 6.00 | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% | 0.00 | 100.00% | 0.00 | 2.00 | 133 33% |
| CTF | 12.00 | 4.00 | 2.00 | 50.00% | 6.00 | 3.00 | 75.00% | 1.50 | 87.50% | 1.50 | 9.00 | 162.50% |
| CVSP | 5.50 | 2.00 | 2.00 | 72.73% | 1.50 | 1.00 | 90.91% | 1.00 | 109.09% | (0.50) | 0.00 | 109.09% |
| DVI | 7.00 | 6.00 | 0.00 | 85.71% | 1.00 | 0.00 | 85.71% | 1.00 | 100.00% | 0.00 | 4.00 | 157.14% |
| FSP | 8.00 | 7.50 | 1.00 | 106.25% | (0.50) | 0.00 | 106.25% | 0.00 | 106.25% | (0.50) | 0.00 | 106 25% |
| HDSP | 8.00 | 1.00 | 4.00 | 62.50% | 3.00 | 1.00 | 75.00% | 1.00 | 87.50% | 1.00 | 1.00 | 100.00% |
| ISP | 5.50 | 0.00 | 2.00 | 36.36% | 3.50 | 0.80 | 50.91% | 0.75 | 64.55% | 1.95 | 2.00 | 100 91% |
| KVSP | 8.00 | 5.00 | 1.00 | 75.00% | 2.00 | 1.80 | 97.50% | 0.00 | 97.50% | 0.20 | 2.00 | 122.50% |
| LAC | 11.00 | 6.00 | 4.00 | 90.91% | 1.00 | 1.00 | 100.00% | 0.50 | 104.55% | (0.50) | 1.00 | 113 64% |
| MCSP | 16.00 | 12.00 | 1.00 | 81.25% | 3.00 | 0.00 | 81.25% | 1.75 | 92.19% | 1.25 | 4.00 | 117.19% |
| NKSP | 11.00 | 6.00 | 4.00 | 90.91% | 1.00 | 1.00 | 100.00% | 1.25 | 111.36% | (1.25) | 1.00 | 120.45% |
| PBSP | 5.50 | 1.00 | 2.00 | 54.55% | 2.50 | 3.00 | 109.09% | 1.00 | 127.27% | (1.50) | 2.00 | 163 64% |
| PVSP | 6.00 | 3.00 | 3.00 | 100.00% | 0.00 | 0.30 | 105.00% | 0.00 | 105.00% | (0.30) | 0.00 | 105.00% |
| RJD | 16.00 | 15.00 | 1.50 | 103.13% | (0.50) | 0.00 | 103.13% | 1.75 | 114.06% | (2.25) | 0.00 | 114.06% |
| SAC | 8.50 | 8.00 | 0.00 | 94.12% | 0.50 | 0.00 | 94.12% | 0.50 | 100.00% | 0.00 | 2.00 | 123.53% |
| SATF | 15.50 | 5.00 | 5.00 | 64.52% | 5.50 | 2.00 | 77.42% | 1.75 | 88.71% | 1.75 | 0.00 | 88.71% |
| SCC | 7.50 | 5.00 | 1.00 | 80.00% | 1.50 | 0.00 | 80.00% | 1.00 | 93.33% | 0.50 | 0.00 | 93.33% |
| SOL | 12.00 | 10.00 | 1.00 | 91.67% | 1.00 | 0.00 | 91.67% | 0.75 | 97.92% | 0.25 | 1.00 | 106 25% |
| SQ | 12.50 | 9.60 | 1.60 | 89.60% | 1.30 | 0.80 | 96.00% | 1.75 | 110.00% | (1.25) | 4.00 | 142.00% |
| SVSP | 12.00 | 8.00 | 1.00 | 75.00% | 3.00 | 1.00 | 83.33% | 2.75 | 106.25% | (0.75) | 2.00 | 122 92% |
| VSP | 9.00 | 3.00 | 2.00 | 55.56% | 4.00 | 2.00 | 77.78% | 1.75 | 97.22% | 0.25 | 1.00 | 108 33% |
| WSP | 12.50 | 5.00 | 4.00 | 72.00% | 3.50 | 1.00 | 80.00% | 2.75 | 102.00% | (0.25) | 0.00 | 102.00% |
| TOTALS | 366.50 | 241.60 | 64.10 | 83.41% | 60.80 | 28.70 | 91.24% | 42.00 | 102.70% | (9.90) | 65.00 | 120.44% |

| Compliance | # by Civil Service | # by Civil Service & Telemed | # by Civil Service, Telemed, & Registry | # of Candidates by Category | # in Compliance if Candidates Hired |
|---|---|---|---|---|---|
| ≥ 90% | 15.00 | 20.00 | 30.00 | 52.00 | 34.00 |
| 80% - 90% | 8.00 | 9.00 | 4.00 | 11.00 | 1.00 |
| < 80% | 12.00 | 6.00 | 1.00 | 2.00 | 0.00 |
| n/a | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

18 Delegated Institutions
13 Institutions Receiving 15% Pay Differential