1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  MARGOT MENDELSON – 268583
   PRISON LAW OFFICE
3  1917 Fifth Street
   Berkeley, California  94710-1916
4  Telephone:   (510) 280-2621

5  CLAUDIA CENTER – 158255
   AMERICAN CIVIL LIBERTIES UNION
6  FOUNDATION OF NORTHERN
   CALIFORNIA, INC.
7  39 Drumm Street
   San Francisco, California  94111-4805
8  Telephone:   (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
KRISTA STONE-MANISTA – 269083
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California  94105-2235
Telephone:   (415) 433-6830

9
   Attorneys for Plaintiffs
10

11                UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

14  RALPH COLEMAN, et al.,          Case No. 2:90-CV-00520-KJM-DB

15            Plaintiffs,           **DECLARATION OF LISA ELLS IN
                                    SUPPORT OF PLAINTIFFS'
16       v.                         REQUEST FOR A STATUS
                                    CONFERENCE REGARDING
17  EDMUND G. BROWN, JR., et al.,   REPORT FROM DR. GOLDING
                                    REGARDING ALLEGATIONS OF
18            Defendants.           MISREPRESENTATIONS OF
                                    COMPLIANCE DATA
19
                                    Judge:  Hon. Kimberly J. Mueller
20

21

22

23

24

25

26

27

28

[3303700.3]

I, Lisa Ells, do hereby declare:

1.      I am an attorney admitted to practice law in California, a member of the bar of this Court, and a partner at the law firm Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify.  I make this Declaration in Support of Plaintiffs' Request For a Status Conference Regarding Report From Dr. Golding Regarding Allegations of Misrepresentations of Compliance Data.

2.      On Thursday October 4, 2018, I received a phone call from Gabriel Sanchez, counsel for the Governor's Office, and Andrew Gibson of the Attorney General's Office informing me that Dr. Michael Golding, Statewide Chief Psychiatrist for the California Department of Corrections and Rehabilitation, had sent a lengthy report with voluminous exhibits to the Receiver's office the night before.  That report contained serious allegations that Defendants had, among other things, provided inaccurate and materially misleading compliance data to the Court, the Special Master, and Plaintiffs' counsel.  Mr. Sanchez and Mr. Gibson also informed me that they were treating the matter very seriously and considering how to proceed, including the possibility of an investigation.  Mr. Sanchez and Mr. Gibson told me they had already provided the report to the Special Master and that Defendants planned to seek an ex parte continuance of the telepsychiatry hearing scheduled for October 15, 2018 in light of the allegations in the Golding report.  Mr. Gibson subsequently sent me the report and exhibits.   Plaintiffs' request to file under seal a true and correct copy of this report as **Exhibit A** to this declaration is pending under separate cover.

3.      That evening, my partner Michael Bien, lead counsel in this case, sent an email to Mr. Sanchez and Mr. Golding, copying the Special Master, asking that Defendants take various steps to preserve the status quo and protect Dr. Golding and others who may have assisted him in the preparation of the report from retaliation, and informing them that Plaintiffs intended to leave any determination regarding postponing the

1

[3303700.3]

1 telepsychiatry hearing to the Court.  A true and correct copy of that email is attached

2 hereto as **Exhibit B**.

3     4. Plaintiffs have not heard anything further from Defendants in response to

4 Mr. Bien's email.

5     5. On October 5, 2018, I informed counsel for Defendants that, given the

6 allegations in the Golding report, Plaintiffs are no longer willing to enter into a stipulated

7 agreement to reduce psychiatrist staffing due to concerns about the accuracy of

8 Defendants' factual representations underlying the proposal, which Plaintiffs had relied on

9 in formulating their position.

10     I declare under penalty of perjury under the laws of the United States and the State

11 of California that the foregoing is true and correct, and that this declaration is executed at

12 San Francisco, California this 5th day of October, 2018.

13

14                                 /s/ *Lisa Ells*

                                Lisa Ells

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE RE
GOLDING REPORT

CONFIDENTIAL
E X H I B I T   A
SUBMITTED UNDER SEAL
PURSUANT TO REQUEST
TO SEAL

# E X H I B I T   B

| | |
|---|---|
| **From:** | Michael W. Bien |
| **Sent:** | Thursday, October 4, 2018 5:36 PM |
| **To:** | Gabriel.Sanchez@GOV.CA.GOV; Andrew Gibson (Andrew.Gibson@doj.ca.gov) |
| **Cc:** | Patrick McKinney; Matt Lopes; Clark Kelso (Clark.Kelso@cdcr.ca.gov); Donald Specter; Steve Fama; Coleman Team - RBG Only |
| **Subject:** | Coleman:  Golding Report [IWOV-DMS.FID6429] |
| **Importance:** | High |

Gabe and Andy

We appreciate your candor in promptly providing plaintiffs' counsel and the Special Master with the Golding Report on the same day that you received it.

We have not fully digested the Report but, as you know, it does raise serious issues that merit an independent and thorough investigation.  Dr. Golding was identified last week by plaintiffs' counsel as a witness in the  Coleman Hearing scheduled to begin on October 15.  Defendants are facing an October 11, 2018 deadline to fill 90% of their psychiatric positions.

It is not appropriate under these circumstances, for the CDCR to investigate itself, or for the AG's Office or the Governor's Office, to be involved in the investigation, as they were directly involved in the litigation and can only be cleared of any involvement by an outside and independent review of the evidence.  By the same token, the Coleman Special Master and the Plata Receiver are too closely connected to the events described in the Report to conduct or supervise the investigation.

We will request that the Court itself make the decision about who should conduct the investigation and how it should be conducted.  We do not agree to postpone the scheduled hearing—any decision about the Hearing should be left to the Court.   The complete Report and Exhibits should be filed with the Court forthwith.

We request that you take the following steps:

1. preserve all relevant evidence and cease any ongoing destruction of documents or information;
2. prohibit any retaliation against Dr. Golding or any person who assisted him in preparing his report;
3. halt any plans to conduct your own investigations into the charges;
4. do not compel any employee of the CDCR, the AG's Office or the Governor's Office to submit to an interview as a condition of their employment;
5. inform Dr. Golding that he should retain his own attorney;
6. permit plaintiffs' counsel and the Special Master to interview Dr. Golding.

Michael Bien

ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
mbien@rbgg.com
www.rbgg.com

**Effective October 15, 2018, our new address is:**

101 Mission street, Sixth Floor
San Francisco, CA  94105


CONFIDENTIALITY NOTICE The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.

IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.