| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>KRISTA STONE-MANISTA – 269083<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535 |
| CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California  94111-4805<br>Telephone:   (415) 621-2493 | JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>50 Fremont Street, 19th Floor<br>San Francisco, California  94105-2235<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge:  Hon. Kimberly J. Mueller |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Pursuant to Local Rule 141, Plaintiffs have submitted to the Court by email a Request to File Under Seal ("Request") a document entitled "Confidential Exhibit A to Ells Declaration in Support of Request for Status Conference Re: Golding Report." The Confidential Exhibit is a report authored by Dr. Michael Golding, Defendant California Department of Corrections and Rehabilitation's Statewide Chief Psychiatrist ("Golding Report"). This document contains confidential class member information covered by the protective order in this case, as well as sensitive information detailing allegations of material misrepresentations of compliance data and information that could implicate the privacy rights of various CDCR employees quoted and discussed therein.

The Request, the Golding Report, and the accompanying [Proposed] Order were provided to the Court by electronic mail and provided to counsel for Defendants in this action by electronic mail on October 5, 2018, pursuant to Local Rule 141.

DATED: October 5, 2018                    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:  /s/ Lisa Ells
     Lisa Ells

Attorneys for Plaintiffs