XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
TYLER V. HEATH, State Bar No. 271478
IAN MICHAEL ELLIS, State Bar No. 280254
TOBIAS G. SNYDER, State Bar No. 289095
Deputy Attorneys General
  455 Golden Gate Ave., Suite 11000
  San Francisco, CA  94102
  Telephone:  (619) 738-9549
  Fax:  (619) 645-2581
  E-mail:  Andrew.Gibson@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' EX PARTE APPLICATION TO STAY PROCEEDINGS**<br><br>Judge:　　The Honorable Kimberly J. Mueller |

TO THE COURT AND TO PLAINTIFFS, BY AND THROUGH THEIR COUNSEL:

PLEASE TAKE NOTICE that Defendants apply ex parte to this Court for a stay of all proceedings, particularly the October 15, 2018 evidentiary hearing on telepsychiatry and related status conference on staffing issues, to allow Defendants time to review and address a document concerning the California Department of Corrections and Rehabilitation's (CDCR) Mental Health Services Delivery System (MHSDS) that was provided to Defendants' counsel on October 3, 2018 by CDCR's Chief Psychiatrist Michael Golding, M.D.  Defendants make this application under Federal Rule of Civil Procedure 7 and Civil Local Rule 144(c).

1

The document authored by Dr. Golding makes allegations concerning various aspects of the MHSDS that potentially impact the evidence that Defendants were preparing to present at the evidentiary hearing currently scheduled to begin on October 15, 2018. The allegations also potentially impact other pending matters related to staffing, including matters the Court intended to discuss at the October 15, 2018 status conference. Among other things, the document, which is 160-pages long and includes approximately 60 referenced exhibits, questions the methodology through which CDCR calculates multiple mental-health compliance figures and data points and alleges that psychiatrists under Dr. Golding's leadership are not seeing patients as reported in the data tracking system. Upon receiving the document from the *Plata* Receiver's staff the night of October 3, 2018, Defendants provided it to the Special Master and Plaintiffs' counsel on the morning of October 4, 2018.

Dr. Golding's allegations include references to confidential inmate medical information, and Defendants have not attached the document or detailed its contents in this ex parte application. Defendants are willing to submit the document with attachments to the Court for *in camera* review upon request.

CDCR takes the allegations and claims raised by Dr. Golding seriously. But given the timing of its disclosure, CDCR needs time to evaluate the allegations and determine the extent to which they may impact multiple outstanding issues before the Court, including those to be raised in the October 15, 2018 evidentiary hearing. Accordingly, Defendants request a stay of the October 15, 2018 evidentiary hearing and all related filing deadlines. Defendants request that the Court instead hold a status conference on October 15, 2018 to discuss how the parties and the Special Master, with the Court's guidance, should proceed to address the document's allegations. If the Court is not inclined to continue the evidentiary proceedings, Defendants request a short extension of time—from October 8, 2018 to October 10, 2018—to file the parties' joint exhibit and witness list and proposed hearing schedule.

2

Defs.' Ex Parte Appl. to Stay Proceedings (2:90-cv-00520 KJM-DB (PC))

| | | |
|---|---|---|
| 1 | Dated: October 5, 2018 | Respectfully submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | ADRIANO HRVATIN<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | /s/ *ANDREW M. GIBSON*<br>ANDREW M. GIBSON |
| 7 | | Deputy Attorney General<br>*Attorneys for Defendants* |
| 8 | CF1997CS0003<br>42060025.docx | |

3

Defs.' Ex Parte Appl. to Stay Proceedings (2:90-cv-00520 KJM-DB (PC))