1  XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2  ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
3  ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
4  TYLER V. HEATH, State Bar No. 271478
IAN MICHAEL ELLIS, State Bar No. 280254
5  TOBIAS G. SNYDER, State Bar No. 289095
Deputy Attorneys General
6   455 Golden Gate Ave., Suite 11000
 San Francisco, CA 94102
7   Telephone:  (619) 738-9549
 Fax:  (619) 645-2581
8   E-mail:  Andrew.Gibson@doj.ca.gov
*Attorneys for Defendants*

9

10                IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12                     SACRAMENTO DIVISION

13

14  **RALPH COLEMAN, et al.,**                Case No. 2:90-cv-00520 KJM-DB (PC)

15                            Plaintiffs,    **DECLARATION OF ANDREW GIBSON
                                            IN SUPPORT OF DEFENDANTS' EX
16          v.                              PARTE APPLICATION TO STAY
                                            PROCEEDINGS**
17
    **EDMUND G. BROWN JR., et al.,**          Judge:        The Honorable Kimberly J.
18                                                        Mueller
                            Defendants.
19

20

21        I, Andrew M. Gibson, declare as follows:

22        1.     I am an attorney admitted to practice before the courts of the State of California and

23  this Court.  I am employed by the California Attorney General's Office as a Deputy Attorney

24  General in the Correctional Law Section.  I am co-counsel for Defendants in this action.  I am

25  competent to testify to the matters set forth in this declaration and, if called upon by this Court, I

26  would do so.  I submit this declaration in support of Defendants' Ex Parte Application to Stay

27  Proceedings.

28

                                            1

2.      At 8:30 p.m. on October 3, 2018, I was forwarded a document authored by Michael

Golding, M.D., the Chief Psychiatrist for the California Department of Corrections and

Rehabilitation (CDCR), sent to the Receiver in *Plata v. Brown* regarding CDCR's Mental Health

Services Delivery System (MHSDS).

3.      At 11:47 a.m. the following morning, October 4, 2018, I forwarded the document to

Plaintiffs' counsel.  I am informed and believe that the Special Master received a copy that same

day.

4.      Dr. Golding makes allegations concerning various aspects of CDCR's MHSDS that

potentially impact the evidence that Defendants were preparing to present at the evidentiary

hearing currently scheduled to begin on October 15, 2018.  The allegations also potentially

impact other pending matters related to staffing, including matters the Court intended to discuss at

the October 15, 2018 status conference.  Among other things, the document authored by Dr.

Golding, which is 160-pages long and includes approximately 60 referenced exhibits, questions

the methodology through which CDCR calculates multiple mental-health compliance figures and

data points and alleges that psychiatrists under Dr. Golding's leadership are not seeing patients as

reported in the data tracking system.

5.      Dr. Golding includes references to confidential inmate medical information, and

Defendants have not attached the document or detailed its contents in their ex parte application.

Defendants are willing to submit the document and attachments to the Court for *in camera* review

upon request.

6.      Given the potential impact of the allegations on multiple issues before the Court,

including issues that will be addressed at the upcoming evidentiary hearing, Defendants request a

stay of the October 15, 2018 evidentiary hearing and all related filing deadlines.  Instead,

Defendants propose that the Court set a status conference for October 15, 2018 so that the parties

and Special Master, with the Court's guidance, may discuss how best to address the allegations.

7.      Upon providing Dr. Golding's allegations to the Special Master and Plaintiffs'

counsel, Defendants informed them of their intention to file an ex parte application to stay

proceedings.  On October 4, 2018, Plaintiffs' counsel stated that they would not agree to postpone

2

1  the October 15, 2018 hearing.  Defendants move ex parte and have not sought to notice this

2  motion on the Court's law and motion calendar because the matter would not be heard prior to the

3  upcoming October 15, 2018 hearing through a regular noticed motion.

4       8.       If the Court is not inclined to continue the evidentiary proceedings, Defendants

5  request a short extension of time—from October 8, 2018 to October 10, 2018—to file the parties'

6  joint exhibit and witness list and proposed hearing schedule.

7       I declare under penalty of perjury that the foregoing is true and correct to the best of my

8  knowledge and that this declaration was executed on October 5, 2018 in San Diego, California.

9                                              */s/ Andrew M. Gibson*
                                               ANDREW M. GIBSON
10                                             Deputy Attorney General

11  CF1997CS0003
    42060026.docx
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28