1
2
3
4
5
6
7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO STAY PROCEEDINGS** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

1

On October 5, 2018, Defendants filed an ex parte application requesting that the Court stay proceedings in this action so that they may review and address a document authored by the California Department of Corrections and Rehabilitation's Chief Psychologist, Dr. Michael Golding, on October 3, 2018. Good cause appearing, Defendants' ex parte application is GRANTED.

The October 15, 2018 status conference and evidentiary hearing, and all related deadlines, are stayed until further order of this Court. The Court will hold a status conference at 1:00 p.m. on October 15, 2018 to address how the document's allegations affect pending proceedings in this matter.

IT IS SO ORDERED.

Dated: _____    _____
The Honorable Kimberly J. Mueller