DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:    (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
KRISTA STONE-MANISTA – 269083
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California  94105-2235
Telephone:    (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>          Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**JOINT LIST OF WITNESSES AND EXHIBITS FOR TELEPSYCHIATRY HEARING AND PROPOSED SCHEDULE**<br><br>Judge:   Hon. Kimberly J. Mueller<br>Date:    October 15, 2018<br>Time:    1:00 p.m.<br>Crtrm.:  3 |

Pursuant to this Court's order dated September 20, 2018, the parties jointly submit the following list of witnesses and exhibits to be presented at the trial on Defendants' use of telepsychiatry slated to commence on October 15, 2018 at 1:00 p.m. in Courtroom No. 3. *See* 09/20/18 Order, ECF No. 5928 at 12. As the Court also ordered, *see* 09/28/18 Minute Order, ECF No. 5933, the parties also hereby file their proposed schedule for the hearing with the joint list of witnesses and exhibits.

## I.    WITNESSES

### A.    Defendants' Witnesses:

1.    Dr. Joseph Penn, M.D.
2.    Kevin Kuich, M.D.
3.    Michael Arca, M.D.
4.    Varendra Gosein, M.D.
5.    Josh Horsley, M.D.
6.    Peter Yellowlees, M.D.

### B.    Plaintiffs' Witnesses:

1.    Pablo Stewart, M.D.
2.    Karen Higgins, M.D.
3.    Katherine Tebrock
4.    Dr. Michael Golding
5.    Dr. Melanie Gonzalez
6.    Dr. Peg McAloon
7.    Dr. James Vess
8.    Dr. Jack Gills
9.    Dr. Olivia Del Pilar
10.   Dr. Gains
11.   Dr. Mark A. Ritchie
12.   Dr. Brittany Brizendine
13.   Plaintiff Class Member **a**

1     **14.**     Plaintiff Class Member **b**

2     **15.**     Plaintiff Class Member **i**

3     **16.**     Plaintiff Class Member **v**

4     **17.**     Plaintiff Class Member **d**

5     **18.**     Plaintiff Class Member **r**

6     **19.**     Plaintiff Class Member **j**

7     **20.**     Plaintiff Class Member **q**

8     **21.**     Plaintiff Class Member **gg**

9     **22.**     Plaintiff Class Member **y**

10     **23.**     Plaintiff Class Member **jj**

11 **II.**     **PROPOSED SCHEDULE**

12      The parties propose the following schedule with estimates for testimony, subject to

13 the Court's availability.

14      October 15-16:  Dr. Kuich (2 hours direct, 3 hours cross)

15      October 16: Dr. Yellowlees (2-3 hours direct, 3 hours cross)

16      October 16-17:  Dr. Arca (1 hour direct, 1 hour cross)

17      October 17: Dr. Gosein (1 hour direct, 2 hours cross)

18      October 17: Dr. Horsley (1 hour direct, 2 hours cross)

19      October 17: Dr. McAloon (1 hour direct, 1 hour cross)

20      October 18: Dr. Penn (2-3 hours direct, 4 hours cross)

21      October 19: Dr. Higgins (2 hours direct, 2 hours cross)

22      October 19: Katherine Tebrock (3 hours direct, 2 hours cross)

23      October 22: Katherine Tebrock (continued)

24      October 23: Dr. Stewart (4 hours direct, 2-3 hours cross)

25      October 24: Dr. Golding (4 hours direct, 2 hours cross)

26      October 25: Dr. Gonzalez (2 hours direct, 1-2 hours cross)

27      October 25: Dr. Vess (1 hour direct, 1 hour cross)

28      October 25: Dr. Gains (1 hour direct, 1 hour cross)

[3308630.3]

1  October 26: Dr. Ritchie (1 hour direct, 1 hour cross)

2  October 26: Dr. Gills (1 hour direct, 1 hour cross)

3  October 26: Dr. Brizendine (2 hours direct, 1 hour cross)

4  October 26: Dr. Del Pilar (1 hour direct, 1 hour cross)

5  Additionally, Plaintiffs intend to move the Court to permit direct testimony by

6  declaration for ten class member witnesses, and one former class member witness,

7  regarding their experiences with treatment by telepsychiatry within CDCR.  Plaintiffs are

8  concerned that requiring the transportation of the class members in question for live

9  testimony would detrimentally affect the class members' mental health by interrupting

10  their mental health treatment and programming.  Plaintiffs will be prepared to detail the

11  basis for their request on October 15, or, if the Court wishes, at a telephonic pre-trial

12  conference.

13  Plaintiffs propose to have the class member witnesses provide their direct testimony

14  by declaration, subject to cross examination by deposition at a time and date to be agreed

15  up on by the parties, should Defendants wish to challenge their testimony directly rather

16  than through testimony by their experts or clinical witnesses.  Should the Court wish to

17  hear these class members' testimony live, Plaintiffs request to address the potential options

18  and methods for receiving their testimony with the Court.

19  Defendants object to Plaintiffs introducing hearsay testimony via declarations at the

20  evidentiary hearing, or otherwise imposing discovery obligations on Defendants in

21  violation of the Court's September 20 Order, and therefore intend to move to exclude any

22  such evidence.  Plaintiffs' proposed procedure violates the Federal Rule of Civil Procedure

23  43, which requires that a witness testimony at trial "must be taken in open court unless a

24  federal statute, the Federal Rules of Evidence, these rules, or other rules adopted by the

25  Supreme Court provide otherwise." Fed. R. Civ. P 43(a).  Moreover, this procedure will

26  prejudice the Defendants.  Plaintiffs will be able to carefully craft their witnesses'

27  testimony.  Defendants will not have an opportunity confront the witnesses with cross-

28  examination or offer impeachment evidence.  It will also deprive the Court of its ability to

3

[3308630.3]

observe the witnesses affect and body language while testifying.  However, all of Defendants witnesses will be subject to live testimony and cross-examination by the Plaintiffs.

**III.     EXHIBITS**

The parties' exhibit lists are attached hereto.


DATED:  October 8, 2018                    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By:   */s/ Marc J. Shinn-Krantz*
       Marc J. Shinn-Krantz

Attorneys for Plaintiffs


DATED:  October 8, 2018                    Respectfully submitted,

XAVIER BECERRA
ATTORNEY GENERAL OF CALIFORNIA
DANIELLE F. O'BANNON
SUPERVISING DEPUTY ATTORNEY
GENERAL


By:   */s/ Andrew Gibson*
       Andrew Gibson
       Deputy Attorney General

Attorneys for Defendants

JOINT LIST OF WITNESSES AND EXHIBITS FOR TELEPSYCHIATRY HEARING AND PROPOSED SCHEDULE

[3308630.3]

# ATTACHMENT   A

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| P-1 | Expert Report of Pablo Stewart, M.D., Regarding Defendants' Telepsychiatry Policy, July 12, 2018 (ECF No. 5873) | | | |
| P-2 | Assessment of the CDCR's Mental Health Staffing Plan and Appendix, by J Allen and Associates, April 6, 2018 | | | |
| P-3 | February 28, 2018 Letter, with attachment, from Tyler Heath to Matthew A. Lopes, Jr. and Michael Bien, re summary information related to J Allen and Associates' Mental Health Staffing Plan and Appendix | | | |
| P-4 | August 30, 2017 Memorandum from Dr. Olivia Del Pilar to All Psychiatrists at Wasco State Prison | | | |
| P-5 | Excerpts from Special Master's 12th Round Monitoring Report, ECF No. 1553 (December 9, 2003) | | | |
| P-6 | Excerpts from Special Master's 14th Round Monitoring Report, ECF No. 1649 (Feb. 11, 2005) | | | |
| P-7 | Excerpts from Special Master's 15th Round Monitoring Report, ECF No. 1746 (Jan. 23, 2006) | | | |
| P-8 | Excerpts from Special Master's 20th Round Monitoring Report, ECF No. 3029 (Sept. 12, 2008) | | | |
| P-9 | Excerpts from Special Master's 24th Round Monitoring Report, ECF No. 4205 (July 2, 2012) | | | |
| P-10 | Excerpts from Special Master's 25th Round Monitoring Report, ECF No. 4298 (Jan. 18, 2013) | | | |
| P-11 | Excerpts from Special Master's 26th Round Monitoring Report, ECF No. 5439 (May 6, 2016) | | | |
| P-12 | Excerpts from Special Master's 27th Round Monitoring Report, ECF No. 5779 (Feb. 13, 2018) | | | |
| P-13 | Excerpts from Special Master's Report on Defendants' Quality Improvement Process, ECF No. 4730 (Aug. 2, 2013) | | | |
| P-14 | Excerpts from Lindsay Hayes Audit of Suicide Prevention | | | |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List

| Exhibit ID | Description | Bates No. | Offered | Admitted |
|---|---|---|---|---|
| | Practices, ECF No. 5259 (Jan. 14, 2015) | | | |
| P-15 | Excerpts from Special Master's Report on His Expert's Audit of Suicide Prevention Practices, ECF No. 5258 (Jan. 14, 2015) | | | |
| P-16 | Excerpts from Lindsay Hayes Re-Audit and Update on Suicide Prevention Practices, ECF No. 5396 (Jan. 13, 2016) | | | |
| P-17 | Excerpts from Special Master's Report on His Expert's Re-Audit and Update on Suicide Prevention Practices, ECF No. 5395 (Jan. 13, 2016) | | | |
| P-18 | Excerpts from Lindsay Hayes Second Re-Audit and Update on Suicide Prevention Practices, ECF No. 5672 (Sept. 7, 2017) | | | |
| P-19 | Excerpts from Special Master's Report on His Expert's Second Re-Audit and Update on Suicide Prevention Practices, ECF No. 5671 (Sept. 9, 2017) | | | |
| P-20 | Excerpts from Special Master's Report on the Proposed Telepsychiatry Policy Addendum, ECF No. 5872 (Aug. 2, 2018) | | | |
| P-21 | Exhibit F to Special Master's Report on the Proposed Telepsychiatry Policy Addendum, ECF No. 5872-1 (Aug. 2, 2018) | | | |
| P-22 | Exhibit A (1 of 2) to Special Master's Report on the Proposed Telepsychiatry Policy Addendum, ECF No. 5873 (Aug. 3, 2018) | | | |
| P-23 | Exhibit A (2 of 2) to Special Master's Report on the Proposed Telepsychiatry Policy Addendum, ECF No. 5873-1 (Aug. 3, 2018) | | | |
| P-24 | Exhibit B to Special Master's Report on the Proposed Telepsychiatry Policy Addendum, ECF No. 5873-2 (Aug. 3, 2018) | | | |
| P-25 | Exhibit C to Special Master's Report on the Proposed Telepsychiatry Policy Addendum, ECF No. 5873-3 (Aug. | | | |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| | 3, 2018) | | | |
| P-26 | Exhibit D to Special Master's Report on the Proposed Telepsychiatry Policy Addendum, ECF No. 5873-4 (Aug. 3, 2018) | | | |
| P-27 | Exhibit E to Special Master's Report on the Proposed Telepsychiatry Policy Addendum, ECF No. 5873-5 (Aug. 3, 2018) | | | |
| P-28 | Special Master's Report on the Status of Mental Health Staffing and the Implementation of Defendants' Staffing Plan, ECF No. 5564 (Feb. 6, 2017) (71 pages) | | | |
| P-29 | Special Master's Report on the Mental Health Inpatient Care Programs, ECF No. 5894 (Aug. 30, 2018) (364 pages) | | | |
| P-30 | Excerpts from Defendants' Regional Continuous Quality Improvement (CQI) Review Report regarding the 2016 review of Chuckawalla Valley State Prison (CVSP) (Transmitted May 24, 2017) | | | |
| P-31 | Excerpts from Defendants' Regional Continuous Quality Improvement (CQI) Review Report regarding the 2016 review of Ironwood State Prison (ISP) (Transmitted May 24, 2017) | | | |
| P-32 | Excerpts from Defendants' Regional Continuous Quality Improvement (CQI) Review Report regarding the 2016 review of Richard J. Donovan Correctional Facility (RJD) (Transmitted August 30, 2017) | | | |
| P-33 | Report of the Special Master on Staffing and the Use of Force, Dkt. 974 (Sept. 24, 1998) | | | |
| P-34 | Defendants' Monthly Psychiatrist Vacancy Report, ECF No. 5813 (Mar. 30, 2018) | | | |
| P-35 | Defendants' Monthly Psychiatrist Vacancy Report, ECF No. 5820 (Apr. 16, 2018) | | | |
| P-36 | Defendants' Monthly Psychiatrist Vacancy Report, ECF No. 5828 (May 15, 2018) | | | |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| P-37 | Defendants' Monthly Psychiatry Vacancy Report, ECF No. 5839 (June 15, 2018) | | | |
| P-38 | Defendants' Monthly Psychiatry Vacancy Report, ECF No. 5856 (July 16, 2018) | | | |
| P-39 | Defendants' Updated Monthly Psychiatry Vacancy Report, ECF No. 5899 (Aug. 31, 2018) | | | |
| P-40 | Defendants' Monthly Psychiatry Vacancy Report, ECF No. 5900 (Aug. 31, 2018) | | | |
| P-41 | Defendants' Monthly Psychiatry Vacancy Report, ECF No. 5934 (Sept. 28, 2018) | | | |
| P-42 | Declaration of Kevin Kuich, M.D., August 13, 2018 (ECF No. 5879-2) | | | |
| P-43 | Declaration of Michael Golding, M.D., March 30, 2017 (ECF No. 5591-1) | | | |
| P-44 | Declaration of Katherine Tebrock, March 30, 2017 (ECF No. 5591-2) | | | |
| P-45 | Declaration of Katherine Tebrock, August 13, 2018 (ECF No. 5879-4) | | | |
| P-46 | June 1, 2018 Mission Change Letter From Nick Weber to Special Master Lopes | | | |
| P-47 | Aboujaoude, Elias 2018. "Telemental Health – Why the Revolution Has Not Arrived." Journal of World Psychiatry Volume 17 (No. 3): 277-278. | | | |
| P-48 | Acierno, Ron, Daniel F. Gros, Kenneth J. Ruggiero, Melba A. Hernandez-Tejada, Rebecca G. Knapp, Carl W. Lejuez, Wendy Muzzy, Christopher B. Frueh, Leonard E. Egede, and Peter W. Tuerk 2016. "Behavioral Activation and Therapeutic Exposure for Posttraumatic Stress Disorder: A Noninferiority Trial of Treatment Delivered in Person Versus Home-Based Telehealth." Depression and Anxiety Volume 33: 415-423. | | | |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| P-49 | Antonacci, Diana J., Richard M. Bloch, Sy Atezaz Saeed, Yilmaz Yildirim, and Jesse Talley 2008. "Empirical Evidence on the Use and Effectiveness of Telepsychiatry via Videoconferencing: Implications for Forensic and Correctional Psychiatry." Behavioral Sciences and the Law Volume 26: 253-269. | | | |
| P-50 | Barrera-Valencia, Camilo, Alexis Vladimir Benit-Deviat, Consuelo Velez- Alvarez, Mario Figueroa-Barrera, and Sandra Milena Franco Idarrago 2017. "Cost-Effectiveness of Synchronous vs. Asynchronous Telepsychiatry in Prison Inmates with Depression." Revista Colombiana de Psiquiatria Volume 46 (No. 2): 65-73. | | | |
| P-51 | Batastini, Ashley B. and Robert D. Morgan 2016. "Connecting the Disconnected: Preliminary Results and Lessons Learned from a Telepsychology Initiative with Special Management Inmates." Psychological Services Volume 13 (No. 13): 282- 291. | | | |
| P-52 | Brodey, Benjamin B., Keith H. Claypoole, Jeffrey Motto, Robert G. Arias, and Richard Goss 2000. "Satisfaction of Forensic Psychiatric Patients with Remote Telepsychiatric Evaluation." Psychiatric Services Volume 51 (No. 10): 1305- 1307. | | | |
| P-53 | Chakrabarti, Subho 2015. "Usefulness of Telepsychiatry: A Critical Evaluation of Videoconferencing-Based Approaches." World Journal of Psychiatry Volume 5 (No. 3): 286-304. | | | |
| P-54 | Deslich, Stacie Ann, Timothy Thistlethwaite, and Alberto Coustasse 2013. "Telepsychiatry in Correctional Facilities: Using Technology to Improve Access and Decrease Costs of Mental Health Care in Underserved Populations." The Permanente Journal Volume 17 (No. 3): 80-86. | | | |
| P-55 | Farabee, David, Stacy Calhoun, and Robert Veliz 2016. "An Experimental Comparison of Telepsychiatry and Conventional Psychiatry for Parolees." Psychiatric Services Volume 67 (No. 5): 562-565. | | | |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| P-56 | Garcia-Lizana, Francisca and Ingrid Munoz-Mayorga 2010. "What About Telepsychiatry? A Systematic Review." The Primary Care Companion to the Journal of Clinical Psychiatry Volume 12 (No. 2): 1-9. | | | |
| P-57 | Glaser, Michelle, Tom Winchell, Patty Plant, Wayne Wilbring, Michael Kaiser, Michael K. Butler, Matthew Goldshore, and Manya Magnus 2010. "Provider Satisfaction and Patient Outcomes Associated with a Statewide Prison Telemedicine Program in Louisiana." Telemedicine and E-Health Volume 16 (No. 4): 472-479. | | | |
| P-58 | Grady, Brian, and Mary Singleton 2011.  "Telepsychiatry 'Coverage' to a Rural Inpatient Psychiatric Unit." Telemedicine and e-Health Volume 17 (No. 8): 603-697. | | | |
| P-59 | Hall, R.C.W., M.K. Popkin, R.A. Devaul, L.A. Faillace, and S.K 1978. Stickney. "Physical Illness Presenting as Psychiatric Disease." Archives of General Psychiatry (35): 1315-1320. | | | |
| P-60 | Hilty, Donald M., Daphne C. Ferrer, Michelle B. Parish, Barb Johnston, Edward J. Callahan, and Peter M. Yellowlees 2013. "The Effectiveness of Telemental Health: A 2013 Review." Telemedicine and E-Health Volume 19 (No. 6): 444- 454. | | | |
| P-61 | James, Doris J. and Lauren E. Glaze 2006. "Mental Health Problems of Prison and Jail Inmates." Bureau of Justice Statistics Special Report (September 2006, NCJ 213600): 1-12. | | | |
| P-62 | Krzystanek, Marek, Krzysztof Krysta, and Katarzyna Skalacka 2017. "Treatment Compliance in the Long-Term Paranoid Schizophrenia Telemedicine Study." Journal of Technology and Behavioral Science Volume 2: 84-87. | | | |
| P-63 | Larsen, Debra, Hudnall Stamm, Kelly Davis, and Phillip R. Magaletta 2004. "Prison Telemedicine and Telehealth Utilization in the United States: State and Federal Perceptions of Benefits and Barriers." Telemedicine Journal and E-Health Volume 10 (Supplement 2): 82-90 | | | |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List

| Exhibit ID | Description | Bates No. | Offered | Admitted |
|---|---|---|---|---|
| P-64 | Leonard, Sarah 2004. "The Development and Evaluation of a Telepsychiatry Service for Prisoners." Journal of Psychiatric and Mental Health Nursing Volume 11: 461-468. | | | |
| P-65 | Magaletta, Philip R. and Thomas J. Fagan 2000. "Telehealth in the Federal Bureau of Prisons: Inmates' Perceptions." Professional Psychology: Research and Practice Volume 31 (No. 5): 497-502. | | | |
| P-66 | Manfredi, Luisa, Joann Shupe, and Steven L. Batki 2005. "Rural Jail Telepsychiatry: A Pilot Feasibility Study." Telemedicine and E-Health Volume 11 (No. 5): 574-577. | | | |
| P-67 | Martinez, Kathryn, Mark Rood, Nikhyl Jhangiani, Adrienne Boissy, and Michael B. Rothberg 2018. "Antibiotic Prescribing for Respiratory Tract Injections and Encounter Length: An Observational Study of Telemedicine." Annals of Internal Medicine: 1-3. | | | |
| P-68 | Morgan, Robert D., Amber R. Patrick, and Philip R. Magaletta 2008. "Does the Use of Telemental Health Alter the Treatment Experience? Inmates' Perceptions of Telemental Health Versus Face-to-Face Treatment Modalities." Journal of Consulting and Clinical Psychology Volume 76 (Number 1): 158-162. | | | |
| P-69 | Nelson, Eve-Lynn, Charles Zaylor, and David Cook 2004. "A Comparison of Psychiatrist Evaluation and Patient Symptom Report in a Jail Telepsychiatry Clinic." Telemedicine Journal and e-Health Volume 10 (Supplement 2): 54-59. | | | |
| P-70 | O'Reilly, Richard, Joan Bishop, Karen Maddox, Lois Hutchinson, Michael Fisman, and Jatinder Takhar 2007. "Is Telepsychiatry Equivalent to Face-to-Face Psychiatry? Results from a Randomized Controlled Trial." Psychiatric Services Volume 58 (No. 6): 836-843. | | | |
| P-71 | Salmoiraghi, Alberto and Shahid Hussain 2015. "A Systematic Review of the Use of Telepsychiatry in Acute Settings." Journal of Psychiatric Practice Volume 21 (No. 5): 389-393. | | | |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List

| Exhibit ID | Description | Bates No. | Offered | Admitted |
|---|---|---|---|---|
| P-72 | Sharp, Ian R., Kenneth A. Kobak, and Douglas A. Osman 2011. "The Use of Videoconferencing with Patient with Psychosis: A Review of the Literature." Annals of General Psychiatry Volume 10 (No. 14): 1-11. | | | |
| P-73 | Shore, Jay H., Daniel Savin, Heather Orton, Jan Beals, and Spero M. Manson 2007. "Diagnostic Reliability of Telepsychiatry in American Indian Veterans." American Journal of Psychiatry Volume 164 (No. 1): 115-118. | | | |
| P-74 | Singh, Surendra P., Dinesh Arya, and Trish Peters 2007. "Accuracy of Telepsychiatric Assessment of New Routine Outpatient Referrals." BMC Psychiatry Volume 7 (No. 55): 1-13. | | | |
| P-75 | Trestman, Robert L., Michael K. Champion, Elizabeth Ford, Jeffrey L. Metzner, Cassandra F. Newkirk, Joseph V. Penn, Debra A. Pinals, Charles Scott, Robert E. Stellman, Henry C. Weinstein, Robert Weinstock, Kenneth L. Appelbaum, and John L. Young 2015. Psychiatric Services in Correctional Facilities: Third Edition.  A Work Group Report of the American Psychiatric Association.  American Psychiatric Publishing. | | | |
| P-76 | Zaylor, Charles, Eve-Lynn Nelson, and David J. Cook 2001. "A Comparison of Psychiatric Evaluation and Patient Symptom Report in a Jail Telepsychiatry Clinic." Journal of Telemedicine and Telecare Volume 7 (Supplement 1): 47-49. | | | |
| P-77 | Zaylor, Charles, Pamela Whitten, and Charles Kingsley 2000. "Telemedicine Services to a County Jail." Journal of Telemedicine and Telecare Volume 6 (Supplement 1): 93-95. | | | |
| P-78 | Zollo, Susan, Michael Kienzle, Paul Loeffelholz, and Susan Sebille 1999.  'Telemedicine to Iowa's Correctional Facilities: Initial Clinical Experience and Assessment of Program Costs." Telemedicine Journal and e-Health Volume 5 (Number 3): 291-301. | | | |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| P-79 | Noonan, Margaret E. "Mortality in State Prisons, 2001-2014 – Statistical Tables." *US Department of Justice, Bureau of Justice Statistics*: December 2016, 1-22. | | | |
| P-80 | Documents provided by Defendants during the workgroup process along with letters, and responses from Defendants:<br><br>(a)  CDCR's May 17, 2018 Psychiatry Staffing Proposal and attachments A, B, F, G, and H thereto<br><br>(b)  CDCR's May 30, 2018 Letter to Plaintiffs re Defendants' April 6, 2018 Report, Assessment of the CDCR's Mental Health Staffing Plan, by J Allen and Associates<br><br>(c)  CDCR's July 27, 2018 chart re MHSDS Population at Desert Institutions Since July 2017<br><br>(d)  CDCR's July 27, 2018 chart re CCCMS ML and RC Psychiatry Contract Refusal Percent October 2017 to March 2018<br><br>(e)  CDCR's June 5, 2018 clustering proposal, attachment F, Psychiatrist EOP Vacancy History<br><br>(f)  May 2, 2018 Letter from Andrew M. Gibson to Marc Shinn-Krantz, Attachment 4, Telepsychiatry Daily Average | | | |
| P-81 | 2017 bargaining agreement of the Union of American Physicians and Dentists (BU 16 MOU) | | | |
| P-82 | Excerpts from *Coleman* monthly reports, enclosures 1, 6, 7, and 8,  from January 1, 2015 to present | | | |
| P-83 | Excerpts from Compstat data, for January 1, 2015 to present | | | |
| P-84 | Excerpts from Receiver Dashboards, from June 1, 2016 to present | | | |
| P-85 | Demonstrative exhibits based on data from *Coleman* monthly reports, Compstat data, and Receiver dashboards, items 82, 83, and 84, above | | | |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| P-86 | Dr. Golding's CDCR Mental Health System Report and attachments | | | |
| P-87 | Special Master's August 2, 2018 draft telepsychiatry policy, ECF No. 5872-1 (Aug. 2, 2018) | | | |
| P-88 | CDCR's May 10, 2018 version of telepsychiatry policy | | | |
| P-89 | CDCR's March 24, 2016 version of telepsychiatry policy | | | |
| P-90 | California Correctional Health Care Services, Mental Health Services Delivery System Program Guide, 2009 Revision | | | |
| P-91 | Defendant California Department of Corrections and Rehabilitation's Report on Review of Mental Health Staffing, ECF No. 5269 (Feb. 2, 2015) | | | |
| P-92 | CDCR's February 1, 2016 Status Update to Court on Court-Ordered Staffing Review | | | |
| P-93 | CDCR's January 26, 2016 Staffing Update and Additional Proposals on Court-Ordered Staffing Review | | | |
| P-94 | CDCR's January 10, 2017 Staffing Plan | | | |
| P-95 | CDCR's January 16, 2018 Status Report on CDCR's January 2017 Staffing Plan | | | |
| P-96 | June 15, 2018 email from Melissa Bentz to Michael Bien, re revision to CDCR's staffing proposal | | | |
| P-97 | CDCR's September 14, 2018 document, Adjustments to the 2009 Staffing Plan | | | |
| P-98 | Suicide Reports and other suicide-related documents produced by Defendants for Plaintiff Class Members **s**, **t**, **u**, **nn**, and **oo**. | | | |
| P-99 | EHRS records for 41 patients: Plaintiff Class Members **a** - **oo** | | | |
| P-100 | June 8, 2017 ASH rejection letter for Plaintiff Class Member **c**. | | | |

ATTACHMENT   B

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB (PC)

Defendants' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| D-A | CDCR's  2016 Telepsychiatry Policy | | | |
| D-B | CDCR's proposed Telepsychiatry Policy (May 2018) | | | |
| D-C | Demonstrative evidence (photographs) of telepsychiatry's use within CDCR (ECF No. 5591-1 at 2-3) | | | |
| D-D | Inmate-patient No. 1 Medical Records | | | |
| D-E | Inmate-patient No. 2 Medical Records | | | |
| D-F | Inmate-patient No. 3 Medical Records | | | |
| D-G | Inmate-patient No. 4 Medical Records | | | |
| D-H | Inmate-patient No. 5 Medical Records | | | |
| D-I | Inmate-patient No. 6 Medical Records | | | |
| D-J | Inmate-patient No. 7 Medical Records | | | |
| D-K | Inmate-patient No. 8 Medical Records | | | |
| D-L | Plaintiffs' Inmate-patient witness A's Central File Records | | | |
| D-M | Plaintiffs Inmate-patient witness B's Central File Records | | | |
| D-N | Plaintiffs Inmate-patient witness C's Central File Records | | | |
| D-O | Plaintiffs Inmate-patient witness D's Central File Records | | | |
| D-P | Plaintiffs Inmate-patient witness E's Central File Records | | | |
| D-Q | Plaintiffs Inmate-patient witness F's Central File Records | | | |
| D-R | Plaintiffs Inmate-patient witness G's Central File Records | | | |
| D-S | Plaintiffs Inmate-patient witness H's Central File Records | | | |
| D-T | Plaintiffs Inmate-patient witness I's Central File Records | | | |
| D-U | Plaintiffs Inmate-patient witness J's Central File Records | | | |
| D-V | Plaintiffs Inmate-patient witness K's Central File Records | | | |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB (PC)

Defendants' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| D-W | California Correctional Health Care Services (CCHCS) Telemedicine Specialty Services and Primary Care Procedure, 11.1.2 | | | |
| D-X | CCHCS Telemedicine Specialty Services and Primary Care Procedure, 11.1.1 | | | |
| D-Y | Program Guide section 12-1-1 | | | |
| D-Z | Program Guide section 12-1-8 | | | |
| D-AA | Program Guide section 12-1-9 | | | |
| D-BB | Program Guide section 12-4-1 | | | |
| D-CC | Program Guide section 12-4-8 | | | |
| D-DD | Program Guide section 12-5-1 | | | |
| D-EE | Program Guide section 12-5-11 | | | |
| D-FF | Program Guide section 12-6-7. | | | |
| D-GG | Mental Health Services, Correctional Treatment Center: Psychiatric Inpatient Program, Treatment Planning and Procedures:  Referral and Admission Policy and Procedure, 12.11.2101(A) | | | |
| D-HH | California Code of Regulations, Title 22, Inpatient Care Requirements | | | |
| D-II | Documents/articles/treatises relied upon by Dr. Penn to reach his expert opinions | | | |
| D-JJ | Curriculum vitae for  Joseph Penn, M.D. | | | |
| D-KK | Curriculum vitae for  Michael Arca, M.D. | | | |
| D-LL | Curriculum vitae for Josh Horsley, M.D. | | | |
| D-MM | Curriculum vitae for Varin Gosein, M.D. | | | |
| D-NN | Curriculum vitae for Peter Yellowlees, M.D. | | | |

*Coleman v. Brown, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB (PC)

Defendants' Exhibit List

| EXHIBIT ID | DESCRIPTION | BATES NO. | OFFERED | ADMITTED |
|---|---|---|---|---|
| D-OO | Yellowlees, Peter & Shore, Jay, Telepsychiatry and Health Technologies: A Guide for Mental Health Professionals (2018). | | | |
| D-PP | Special Master's proposed telepsychiatry policy | | | |
| D-QQ | Excerpts from the Special Master's Report on the 26th Round of Monitoring (ECF No. 5439) | | | |
| D-RR | Data regarding CCHCS use of telemedicine for patients at EOP level of care | | | |
| D-SS | Telepsychiatry in Correctional Healthcare, Joseph Penn, M.D. | | | |
| D-TT | Declaration of Joseph Penn, M.D. re: "Expert Report of Pablo Stewart, MD Regarding Defendants' Telepsychiatry Policy, Dated 7/12/18." | | | |