DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
KRISTA STONE-MANISTA – 269083
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge: Hon. Kimberly J. Mueller |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Pursuant to Local Rule 141, Plaintiffs have submitted to the Court by email a Request to File Under Seal ("Request") a document entitled "Confidential Exhibit A to Shinn-Krantz Declaration in Support of Request for Status Conference Re: Golding Report." The Confidential Exhibit A is a compendium of exhibits associated with a report[1] authored by Dr. Michael Golding, Defendant California Department of Corrections and Rehabilitation's Statewide Chief Psychiatrist ("Exhibits to the Golding Report"). The Exhibits to the Golding Report contain confidential class member information subject to the protective order in this case.

The Request, the Exhibits to the Golding Report, and the accompanying [Proposed] Order were provided to the Court by electronic mail and provided to counsel for Defendants in this action by electronic mail on October 9, 2018, pursuant to Local Rule 141.

DATED: October 9, 2018            Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Marc J. Shinn-Krantz
    Marc J. Shinn-Krantz

Attorneys for Plaintiffs

---

[1] Plaintiffs' related request to seal the Golding Report itself is pending before this Court at ECF No. 5937.