DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
KRISTA STONE-MANISTA – 269083
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California  94105-2235
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF MARC J. SHINN-KRANTZ IN SUPPORT OF PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE REGARDING REPORT FROM DR. GOLDING REGARDING ALLEGATIONS OF MISREPRESENTATIONS OF COMPLIANCE DATA**<br><br>Judge:   Hon. Kimberly J. Mueller |

DECLARATION OF MARC J. SHINN-KRANTZ IN SUPPORT OF PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE REGARDING REPORT FROM DR. GOLDING REGARDING ALLEGATIONS OF MISREPRESENTATIONS OF COMPLIANCE DATA

[3309015.1]

I, Marc J. Shinn-Krantz, do hereby declare:

1. I am an attorney admitted to practice law in California, a member of the bar of this Court, and an associate at the law firm Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the matters set forth herein and if called as a witness I could competently so testify. I make this Declaration in Support of Plaintiffs' Request For a Status Conference Regarding Report From Dr. Golding Regarding Allegations of Misrepresentations of Compliance Data, filed on October 5, 2018 at ECF No. 5936.

2. On Thursday October 4, 2018, Andrew Gibson of the Attorney General's Office sent my office a copy of a report, with numerous exhibits, by Dr. Michael Golding, Statewide Chief Psychiatrist for the California Department of Corrections and Rehabilitation, that contain serious allegations that Defendants had, among other things, provided inaccurate and materially misleading compliance data to the Court, the Special Master, and Plaintiffs' counsel. On Friday October 5, 2018, Plaintiffs requested to file under seal a true and correct copy of this report, which is pending before this Court at ECF No. 5937. In the interest of time, Plaintiffs did not request to file the voluminous exhibits related to Dr. Golding's report under seal on that date, as they were provided to Plaintiffs in a series of numerous separate PDF documents.

3. To ensure the Court has all necessary information before it at the October 10, 2018 status conference concerning, inter alia, Plaintiffs' requests for additional orders regarding Dr. Golding's report, Plaintiffs now seek to file, under separate cover, a true and correct copy of the exhibits to Dr. Golding's report as **Confidential Exhibit A** to this declaration. Please note that, because Dr. Golding's numerous exhibits were provided to Plaintiffs as separate, unpaginated documents, Plaintiffs have assembled the exhibits into a single document, in the order in which they were provided, and paginated them in accordance with Local Rule 141(b). No other modifications were made to the exhibits provided to Plaintiffs that are the subject of the instant request to seal.

[3309015.1]

1

DECLARATION OF MARC J. SHINN-KRANTZ IN SUPPORT OF PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE REGARDING REPORT FROM DR. GOLDING REGARDING ALLEGATIONS OF MISREPRESENTATIONS OF COMPLIANCE DATA

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 9th day of October, 2018.

*/s/ Marc J. Shinn-Krantz*
Marc J. Shinn-Krantz

DECLARATION OF MARC J. SHINN-KRANTZ IN SUPPORT OF PLAINTIFFS' REQUEST FOR A STATUS CONFERENCE REGARDING REPORT FROM DR. GOLDING REGARDING ALLEGATIONS OF MISREPRESENTATIONS OF COMPLIANCE DATA

[3309015.1]

# CONFIDENTIAL EXHIBIT A SUBMITTED UNDER SEAL PURSUANT TO REQUEST TO SEAL