DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
KRISTA STONE-MANISTA – 269083
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF CHANGE OF ADDRESS**<br>Judge:   Hon. Kimberly J. Mueller |

[3310840.1]

1   TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE COURT:

2   Pursuant to Local Rule 182(f), please take notice that the law firm of Rosen, Bien

3   Galvan & Grunfeld, LLP, counsel for Plaintiffs in the above-named case, which was

4   located at 50 Fremont Street, 19th Floor, San Francisco, California 94105, will be

5   changing its address.  The telephone and facsimile numbers will remain the same.

6   <u>Effective as of October 15, 2018</u>, the correct contact information will be:

     Rosen Bien, Galvan & Grunfeld LLP
     101 Mission Street, Sixth Floor
     San Francisco, California  94105-1738

10  DATED:  October 15, 2018          Respectfully submitted,

                                      ROSEN BIEN GALVAN & GRUNFELD LLP

                                      By:  */s/ Jessica Winter*
                                           Jessica Winter

                                      Attorneys for Plaintiffs

[3310840.1]