1  Wendy Musell, SBN 203507
   Stewart & Musell, LLP
2  2200 Powell Street, Suite 440
   Emeryville, CA 94608
3  415-593-0083
   Fax: 415-520-0920
4  E-mail: wmusell@stewartandmusell.com

5  Attorneys for Non-party Witness
   Michael Golding
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  RAPLH COLEMAN, et.al.,                 )  **Case No.: 2:90-CV-0520 KMJ DB P**
                                           )
12          Plaintiffs,                    )  **NOTICE OF DESIGNATION/SUBSTITUTION**
                                           )  **OF COUNSEL FOR DR. MICHAEL GOLDING,**
13      v.                                 )  **WITNESS**
                                           )
14                                         )
                                           )
15  EDMUND G. BROWN, JR. et. al.,          )
                                           )
16          Defendants.                    )
                                           )

17

18          DR. MICHAEL GOLDING, witness in the above captioned matter, hereby designates the

19  following attorney from STEWART AND MUSELL, LLP as counsel for service in this action:

20
    WENDY E. MUSELL (SBN 203507)
21  STEWART AND MUSELL, LLP
    2200 Powell Street, Suite 440
22  Emeryville, CA 94608
    415-593-0083
23  Fax: 415-520-0920
24  E-mail: wmusell@stewartandmusell.com

25          The following attorney is no longer counsel of record for Dr. Golding in this action: Daniel H.

26  Willick, Law Offices of Daniel H. Willick, 1875 Century Park East, Suite 1600, Los Angeles, CA

27  90067, 310-551-8172; Fax: 310-286-0487.

28  **NOTICE OF DESIGNATION/SUBSTITUTION OF COUNSEL FOR DR. MICHAEL**
    **GOLDING, WITNESS**
    Case No. 2:90-CV-0520 KMJ DB P

                                           1

1      All future orders and communications from the Court and party representatives should be made

2  to Ms. Musell at the above noted address and contact information.

3

4
                               /s/ Wendy Musell
                               WENDY MUSELL
                               Attorney for Dr. Michael Golding

5
  I consent to said designation/substitution.

6

7
                               /s/ Daniel H. Willick
                               Daniel H. Willick

8
  I consent to said designation/substitution.

9

10
                               /s/ Michael Golding
                               Michael Golding

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  **NOTICE OF DESIGNATION/SUBSTITUTION OF COUNSEL FOR DR. MICHAEL GOLDING, WITNESS**
Case No. 2:90-CV-0520 KMJ DB P