DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
KRISTA STONE-MANISTA – 269083
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF CARA E. TRAPANI IN SUPPORT OF PLAINTIFFS' POSITION IN JOINT STATUS REPORT REGARDING FILING OF GOLDING REPORT WITH REDACTIONS**<br><br>Judge: Hon. Kimberly J. Mueller<br>Date: October 22, 2018<br>Time: 1:00 PM<br>Crtrm.: 3 |

I, Cara E. Trapani, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs'

position in the Joint Status Report Re: Filing of Golding Report With Redactions, filed herewith.

2. In multiple communications following the October 10, 2018 hearing in this matter, Deputy Attorney General Andrew Gibson, representing Defendants, met and conferred with attorneys in my office regarding submitting a redacted version of a report recently released by CDCR's Chief Psychiatrist, Dr. Michael Golding, and exhibits thereto ("the Golding Report").

3. Attached hereto as **Attachment A** is a true and correct copy of an email chain between Lisa Ells, a partner at my firm, and Mr. Gibson. As set forth in the email, Mr. Gibson and Ms. Ells met and conferred on Friday, October 12, 2018, regarding a plan for submitting the redactions and the scope of the redactions. On Friday afternoon, Defendants confirmed their position that they were requesting that CDCR employee names and titles be redacted from the report and that they would send legal authority for that position on Monday morning, October 15, 2018. However, on Monday morning, Defendants did not provide their position to Plaintiffs and instead notified Plaintiffs of their intent to file a separate statement by the 5:00 p.m. deadline.

4. After further emails between Ms. Ells and Mr. Gibson, I and Marc J. Shinn-Krantz, an associate at my office, called Mr. Gibson at 1:00 p.m. on October 15, 2018 to further meet and confer. During that phone call, Mr. Gibson informed us for the first time that Defendants' position was that the entire Golding Report should remain under seal. Mr. Gibson also informed us that Defendants were not prepared to share their legal authority for this position with Plaintiffs until later in the afternoon.

5. At 2:40 p.m. Mr. Gibson called me to meet and confer further. He confirmed Defendants' position that they would request to keep the entire Golding Report under seal, and only argue in the alternative that the Golding Report should be filed with all identifying information redacted. Mr. Gibson confirmed that this position was new and different from Defendants' position as communicated to Ms. Ells on Friday, October 12.

1 | Mr. Gibson also informed me that Defendants would first share their legal authority for the
2 | position at or around 4:00 p.m., one hour before the filing deadline.
3 |     I declare under penalty of perjury under the laws of the United States of America
4 | that the foregoing is true and correct, and that this declaration is executed at San Francisco,
5 | California this 15th day of October, 2018.

*Cara E. Trapani*
Cara E. Trapani

3
DECLARATION OF CARA E. TRAPANI ISO PLS' POSITION IN JOINT STATUS REPORT RE: FILING OF GOLDING REPORT WITH REDACTIONS

# Attachment A

Case 2:90-cv-00520-KJM-SCR Document 5958-1 Filed 10/15/18 Page 4 of 8

| | |
|---|---|
| **From:** | Andrew Gibson <Andrew.Gibson@doj.ca.gov> |
| **Sent:** | Monday, October 15, 2018 2:14 PM |
| **To:** | Lisa Ells |
| **Cc:** | Elise Thorn; Coleman Team - RBG Only |
| **Subject:** | RE: Coleman - Redactions to Golding Report |

Lisa –

We're working on our portion of the joint statement and will get it to you as soon as possible.

Andy

**From:** Andrew Gibson
**Sent:** Monday, October 15, 2018 12:49 PM
**To:** 'Lisa Ells' <LElls@rbgg.com>
**Cc:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>
**Subject:** RE: Coleman - Redactions to Golding Report

Lisa –

I just left you a VM regarding the below. Please call me at your earliest convenience.

Andy

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Monday, October 15, 2018 12:43 PM
**To:** Andrew Gibson <Andrew.Gibson@doj.ca.gov>
**Cc:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>
**Subject:** RE: Coleman - Redactions to Golding Report

Andy,
Further to the same, to the extent there was any ambiguity (which we dispute) the Court's minute order makes it explicit that a joint filing is required.

Please send us your position ASAP as you agreed to do on Friday.

**From:** Lisa Ells
**Sent:** Monday, October 15, 2018 12:29 PM
**To:** 'Andrew Gibson' <Andrew.Gibson@doj.ca.gov>
**Cc:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>
**Subject:** RE: Coleman - Redactions to Golding Report

Andy,
We strongly disagree with your reading. The Court anticipates a joint filing. Specifically, the Order says: "On or before Monday, October 15, 2018, at 5:00 p.m., **the parties** shall file a redacted version of Dr. Golding's report and exhibits, **or** an explanation why any part [sic] believes the documents cannot be filed in redacted form." (emphasis added)

We have continued to ask for the basis for, and authority supporting, Defendants' position that CDCR employee names and titles should be redacted. You informed me you would provide us with that authority this morning. We still do not know the basis for your position or even the rationale. We cannot and should not have to guess at that, particularly since you are refusing a joint filing.

Please provide us with your position so that we can comply with the Court's order in good faith.
Lisa

---

**From:** Andrew Gibson <Andrew.Gibson@doj.ca.gov>
**Sent:** Monday, October 15, 2018 11:18 AM
**To:** Lisa Ells <LElls@rbgg.com>
**Cc:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>
**Subject:** RE: Coleman - Redactions to Golding Report

Lisa –

Since we've met and conferred, and can't reach an agreement as to filing a redacted version of the Golding documents, the Court's order envisions that the parties' will file statements as to why it can't be filed in redacted form. It doesn't require a joint statement. Defendants will file our statement by the 5 p.m. deadline.

Andy

---

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Friday, October 12, 2018 5:12 PM
**To:** Andrew Gibson <Andrew.Gibson@doj.ca.gov>
**Cc:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>
**Subject:** Re: Coleman - Redactions to Golding Report

Thanks Andy. Given that we have our positions staked out, we should file a joint brief with the court outlining our positions and telling her that we have prepared redactions consistent with each side and can promptly file whichever one she decides is appropriate upon her decision. I also think we should get that on file well in advance of her 5 PM deadline, as that is the deadline she wanted the report itself filed in redacted form. We will expect your portion of the joint statement first thing Monday morning.

Lisa Ells
Rosen Bien Galvan & Grunfeld LLP
50 Fremont Street, 19th Floor
San Francisco, CA 94105
Telephone: 415/433-6830
Fax: 415/433-7104
lells@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.


IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

On Oct 12, 2018, at 3:16 PM, Andrew Gibson <Andrew.Gibson@doj.ca.gov> wrote:

That's correct. We'll get authority for our position by Monday morning, as well.

> **From:** Lisa Ells <LElls@rbgg.com>
> **Sent:** Friday, October 12, 2018 3:02:15 PM
> **To:** Andrew Gibson
> **Cc:** Elise Thorn; Coleman Team - RBG Only
> **Subject:** RE: Coleman - Redactions to Golding Report
>
> To clarify, I understand from our meet and confer earlier that you are requesting that CDCR employee names and titles be redacted in addition to what is covered in the protective order. Let me know if that request has changed.
>
> **From:** Lisa Ells
> **Sent:** Friday, October 12, 2018 3:01 PM
> **To:** Andrew Gibson <Andrew.Gibson@doj.ca.gov>
> **Cc:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>
> **Subject:** RE: Coleman - Redactions to Golding Report
>
> Andy,
>
> I've told you our position on your additional proposed redactions and asked for authority, as we see nothing in the protective order or in the law that supports your request. I don't think we need to see your proposed redactions, just your legal basis for asking the Court or us to agree to them. When will you provide that?
>
> As I indicated, our office is unfortunately shutting down in 1 minute through sometime Sunday night for our office move. We can get you the redactions with patient names and identifying info Monday morning.
>
> Lisa
>
> **From:** Andrew Gibson <Andrew.Gibson@doj.ca.gov>
> **Sent:** Friday, October 12, 2018 2:00 PM
> **To:** Lisa Ells <LElls@rbgg.com>
> **Cc:** Elise Thorn <Elise.Thorn@doj.ca.gov>
> **Subject:** Coleman - Redactions to Golding Report
>
> Lisa -
>
> How do you propose we submit the readacted report? I think it would be best for you to provide us with your proposed redactions and then we can do likewise on top of that and then if we can't reach an agreement, provide our separate arguments to the court regarding defendants' proposed redactions. If that's acceptable, when can you get us your redactions?
>
> Thanks,
>
> Andy

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.