XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
TYLER V. HEATH, State Bar No. 271478
IAN MICHAEL ELLIS, State Bar No. 280254
TOBIAS G. SNYDER, State Bar No. 289095
Deputy Attorneys General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 Telephone: (619) 738-9549
 Fax: (619) 645-2581
 E-mail: Andrew.Gibson@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF TOBIAS SNYDER IN SUPPORT OF EX PARTE APPLICATION FOR RECONSIDERATION OF THE COURT'S OCTOBER 12, 2018 ORDER**<br><br>Judge: The Honorable Kimberly J. Mueller |

I, Tobias G. Snyder, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and this Court. I am employed by the California Attorney General's Office as a Deputy Attorney General in the Correctional Law Section. I am co-counsel for Defendants in this action. I am competent to testify to the matters set forth in this declaration and, if called upon by this Court, I

1

1  would do so.  I submit this declaration in support of Defendants' Ex Parte Application for
2  Reconsideration of the Court's October 12, 2018 Order.
3     2.     On October 10, 2018 the Court held a status conference concerning materials
4  authored by Dr. Michael Golding, Chief Psychiatrist for the California Department of Corrections
5  and Rehabilitation (CDCR) (Golding Materials).On October 12, 2018, the Court issued an order
6  that, among other things, set a hearing for October 22, 2018 at which the testimony of Dr.
7  Golding will be heard; prohibits Defendants or their counsel from investigating the allegations
8  contained in the Golding Materials; prevents Defendants or their counsel from discussing the
9  Golding Materials with employees of CDCR, the Governor's Office, or the Attorney General's
10 Office; and requires Defendants to contact Plaintiffs' counsel and counsel for Dr. Golding before
11 discussing case-related matters with their clients..  No restrictions were placed on Plaintiffs or
12 their counsel.
13    3.     As of October 15, 2018, the earliest available date for a hearing on a motion for
14 reconsideration on the Court's law and motion calendar is November 16, 2018.  Defendants
15 cannot have their motion heard under Eastern District Local Court Rule 230(b) before the
16 October 22, 2018 hearing.
17    4.     The restrictions the Order places on Defendants and their counsel have already
18 harmed Defendants' ability to prepare for the October 22, 2018 hearing, and have even hindered
19 Defendant' ability to draft its *ex parte* application for relief.  Defendants have already suffered
20 substantial prejudice due to the October 12, 2018 Order's impact on Defendants' ability to receive
21 representation from their clients in preparation for the hearing.  This harm compounds daily.
22    5.     Defendants request that the Court reconsider the restrictions contained in the October
23 12, 2018 Order.  Defendants also request that the October 22, 2018 Order be continued for at least
24 a week to allow Defendants to prepare for that hearing.
25    6.     Defendants contacted Plaintiffs regarding Defendants' concerns with the restrictions
26 in the Court's October 12, 2018 Order.  Plaintiffs initially responded that they would not stipulate
27 to a request for reconsideration, but would consider the request and get back to counsel for
28 Defendants.  However, no further response was provided.  Both the Court's staff and Plaintiffs'

2

Snyder Decl. Supp. Defs.' Ex Parte Appl. For Reconsideration (2:90-cv-00520 KJM-DB (PC))

counsel were informed on October 15, 2018 that Defendants planned to file this *ex parte* application; Plaintiffs' counsel has informed Defendants that they intend to oppose the application.

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and that this declaration was executed on October 16, 2018 in San Francisco, California.

                                         */s/ Tobias G. Snyder*
                                         TOBIAS G. SNYDER
                                         Deputy Attorney General

CF1997CS0003

Snyder Decl. Supp. Defs.' Ex Parte Appl. For Reconsideration (2:90-cv-00520 KJM-DB (PC))