IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF THE COURT'S OCTOBER 12, 2018 ORDER** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

1

1     On October 5, 2018, Defendants filed an ex parte application requesting that the Court

2 reconsider its October 12, 2018 Order on shortened time and on an *ex parte* basis.  Good cause

3 appearing, Defendants' ex parte application is GRANTED.

4     The Court vacates Paragraphs 4, 5, 6 and 7 of its October 12, 2018 Order.

5     IT IS SO ORDERED.

Dated: _____   _____
                                                                                                                                                                           The Honorable Kimberly J. Mueller

2

[Proposed] Order Granting Defs.' Ex Parte App. For Reconsideration (2:90-cv-00520 KJM-DB (PC))