## CERTIFICATE OF SERVICE

Case Name:  **Coleman v. Brown, et al.,**          No.  **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on October 18, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER MODIFYING THE COURT'S OCTOBER 12, 2018 ORDER (ECF NO. 5949)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 18, 2018, at San Diego, California.

E.Empero
Declarant

_[signature]_
Signature

CF1997CS0003
71635262.docx