Wendy Musell, SBN 203507
Stewart & Musell, LLP
2200 Powell Street, Suite 440
Emeryville, CA 94608
415-593-0083
Fax: 415-520-0920
E-mail: wmusell@stewartandmusell.com

Attorneys for Non-party Witness
Michael Golding

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPLH COLEMAN, et.al., | Case No.: 2:90-CV-0520 KJM DB P |
| Plaintiffs, | **NOTICE OF DESIGNATION/SUBSTITUTION OF COUNSEL FOR DR. MICHAEL GOLDING, WITNESS** |
| v. | |
| EDMUND G. BROWN, JR. et. al., | |
| Defendants. | |

DR. MICHAEL GOLDING, witness in the above captioned matter, hereby designates the following attorney from STEWART AND MUSELL, LLP as counsel for service in this action:

WENDY E. MUSELL (SBN 203507)
STEWART AND MUSELL, LLP
2200 Powell Street, Suite 440
Emeryville, CA 94608
415-593-0083
Fax: 415-520-0920
E-mail: wmusell@stewartandmusell.com

The following attorney is no longer counsel of record for Dr. Golding in this action: Daniel H. Willick, Law Offices of Daniel H. Willick, 1875 Century Park East, Suite 1600, Los Angeles, CA 90067, 310-551-8172; Fax: 310-286-0487.

**NOTICE OF DESIGNATION/SUBSTITUTION OF COUNSEL FOR DR. MICHAEL GOLDING, WITNESS**
Case No. 2:90-CV-0520 KMJ DB P

1

1  All future orders and communications from the Court and party representatives should be made
2  to Ms. Musell at the above noted address and contact information.

/s/ Wendy Musell
WENDY MUSELL
Attorney for Dr. Michael Golding

I consent to said designation/substitution.

/s/ Daniel H. Willick
Daniel H. Willick

I consent to said designation/substitution.

/s/ Michael Golding
Michael Golding

The proposed substitution is approved nunc pro tunc to October 15, 2018.

IT IS SO ORDERED.

DATED: October 19, 2018.

_____
UNITED STATES DISTRICT JUDGE

**NOTICE OF DESIGNATION/SUBSTITUTION OF COUNSEL FOR DR. MICHAEL GOLDING, WITNESS**
Case No. 2:90-CV-0520 KMJ DB P

2