

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
TYLER V. HEATH, State Bar No. 271478
IAN MICHAEL ELLIS, State Bar No. 280254
TOBIAS G. SNYDER, State Bar No. 289095
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3567
 Fax:  (415) 703-5843
 E-mail:  Ian.Ellis@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF *IN CAMERA* SUBMISSION TO THE COURT REGARDING DEFENDANTS' PROPOSED REDACTIONS TO THE GOLDING ALLEGATIONS**<br><br>Judge:    The Honorable Kimberly J. Mueller |

TO THE COURT AND TO THE PLAINTIFF CLASS, APPEARING BY AND THROUGH CLASS COUNSEL:

PLEASE TAKE NOTICE that Defendants have submitted to the Court, *in camera*, a redacted copy of the Golding Allegations in the event the Court orders the allegations filed in the public record.  Defendants' submission is intended to assist that Court in completing all necessary redactions to the Golding Allegations submitted by Plaintiffs' Counsel and Counsel for non-party Dr. Michael Golding.

1

Not. *In Camera* Submission Regarding Defs.' Proposed Redactions Golding Allegations (2:90-cv-00520 KJM-DB (PC))

The redaction of identifying information belonging to Defendants or other California state employees should be undertaken to minimize any adverse impact that the public filing of the Golding Allegations will have on a full and thorough investigation of those allegations. Protection of the eventual investigation of the Golding Allegations will promote public confidence in the investigation and its eventual outcome. Therefore, in the event the Court is inclined to order the Golding Allegations unsealed, Defendants respectfully request that the Court adopt their requested redactions.

Dated: October 23, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Ian Michael Ellis*
IAN MICHAEL ELLIS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
42067652.docx

2

Not. *In Camera* Submission Regarding Defs.' Proposed Redactions Golding Allegations (2:90-cv-00520 KJM-DB (PC))