# EXHIBIT TT
# (2018-08-15-1352hrs)

CDCR Mental Health Performance Report  for 5/1/18 to 5/31/18   

## Performance Improvement Priorities

**Timely MH Referrals** [1]

**92%**
(15,724) ↔

**Appointments Cancelled Due to Custody** [2]

**2%**
(461,238) ↔

**Primary clinician continuity of care**

**83%**
1,589,344 ↔

**Psychiatrist continuity of care**

**85%**
(344,552) ↔

**Treatment plans with satisfactory documentation**

**67%**
(33) ↔

**Discharges from MHCB with clinician review of d/c summary**

**100%**
(3) ↔

**Diagnostic Monitoring** [3]

**95%**
(126) ↔

**Polypharmacy Medication Review**

**97%**
(6,120) ↔

**Effective Communication Achieved**

**96%**
(148,106) ↔

**Discharge FollowUps**

**93%**
(5,397) ↔

**Timely PC Contacts** [4]

**97%**
(294,708) ↔

**Timely Psychiatry Contacts** [5]

**93%**
(257,390) ↔

## Mental Health Crisis Bed

**DSH/PIP physical discharges within timeframes**

**77%**
(176) ↔

**Timely admission to MHCB**

**86%**
(845) ↔

**MHCB clinical stays within timeframes**

**90%**
(803) ↔

**MHCB physical discharges within timeframes**

**95%**
(674) ↔

## Suicide Prevention

**Suicide Risk Evaluation**

**92%**
(5,557) ↔

**Discharge FollowUps**

**93%**
(5,397) ↔

**SREs that met all audit criteria**

**79%**
(34) ↔

**Suicide Count**

**1**
(1) ▼

## Access to Care

**Timely MH Referrals**

**92%**
(15,724) ↔

**Timely IDTTs**

**98%**
(130,055) ↔

**Timely PC Contacts**

**97%**
(294,708) ↔

**Timely Psychiatry Contacts**

**93%**
(257,390) ↔

**Treatment Scheduled**

**92%**
(25,973) ▲

**Effective Communication Achieved**

**96%**
(148,106) ↔

**all IDTTs observed in which a health record and C-file are available**

**100%**
(22) ↔

**Adequate IDTT space**

**100%**
(3) ↔

**Mental Health Screens**

**93%**
(7,412) ↔

1. Timely MH Referrals only measures the percentage of ordered referrals that were completed on time. Ordered referrals are much more likely to be completed than referrals that should have been ordered but weren't (e.g. most med refusal referrals), thus leading to inflated compliance.
2. For an appointment to be measured as "Cancelled due to custody" the provider must first choose "cancelled", and then give custody as the reason. Most cancelled appointments are labeled as "CancelledUnspecified", because the provider did not choose a cancellation reason.
3. Diagnostic monitoring appears to be measuring MAPIP compliance, but it is unclear how they achieved the above percentage, as MAPIP compliance is nowhere near that value.
4. Timely PC Contacts are measured in patient-weeks, and when a patient transfers institutions the clock resets.
5. Timely Psychiatry Contacts are measured in patient-weeks, when a patient transfers institutions the clock resets, and the indicator only looks at whether an appointment occurred within the maximum allowed period per the Program Guide rules, not whether it occurred within the period ordered by the psychiatrist, per their clinical judgment.

DCR Mental Health Performance Report  for 5/1/18 to 5/31/18

(2) 8_15_18:1352hrs



**MCB and DSH discharges not readmitted within 30 days**

**79%**
**(14,851)** ↔

**SREs that met all audit criteria**

**79%**
**(34)** ↔

**Non-Formulary by Psychiatrist**

**4%**
**(58,470)** ↔

**Appointments seen as scheduled** 6

**92%**
**(10,592,353)** ↔

**Timely IDTTs**

**98%**
**(130,055)** ↔



**5 day follow-ups with documentation of current suicidality**

**93%**
**(14)** ▲

**Treatment Offered**

**87%**
**(25,973)** ▲

**Treatment Attended**

**56%**
**(25,973)** ↔

**MHSDS patient transfers out of desert institutions**

**82%**
**(11)** ▼

**Timely transfers to CCCMS/EOP**

**61%**
**(1,066)** ↔

6. The denominator is defined as "All scheduled appointments", however QM excludes all cancelled appointments, except those cancelled due to ProviderUnavailable, TechnicalDifficulties, or ModifiedProgram. Approximately half of all scheduled appointments are cancelled due to a reason that is not included by this indicator, which makes the true Appointments seen as scheduled percentage closer to 50%, not 90+%.

CCR Mental Health Performance Report  for 5/1/18 to 5/31/18     8_15_8013°52hrs
③

## Quality of Care

**IDTT Staffing**


87%
(11,985)

**IDTTS in which PC intake evals were completed prior to Initial**


100%
(18)

**IDTTS in which psychiatry intake evals were completed prior to initial**


95%
(22)

**Psychiatrist continuity of care**


85%
(344,552)

**MH documentation of consultation from medical staff**


100%
(1)

**Discharges from MHCB with clinician review of d/c summary**


100%
(3)

**IDTTs meeting all audit criteria**


68%
(22)

**Treatment plans with satisfactory documentation**


67%
(33)

**Group treatment in a confidential setting** 7


97%
(160,153)

**Inmate-patients without conflicting diagnoses**


77%
(13)

**Treatment plans with reason for refusal and intervention documented for high refusers**


100%
(6)

**Treatment plans with documented and implemented pre-release plans**


0%
(4)

**RVR MH assessments where the patient was informed of the limits of confidentiality. (Beta)**


80%
(20)

**Average PHQ-9 Score (Beta)**


10.9
(270)

## Utilization and Resource Management

**Treatment Cancelled** 8


19%
(25,973)

**Treatment Refused** 9


24%
(25,973)

**Appointments Cancelled Due to Custody**

2%
(461,238)

**Appointments seen as scheduled**


92%
(10,592,35 3)

**DSH/PIP physical discharges within timeframes**


77%
(176)

**MHCB clinical stays within timeframes**


90%
(803)

**MHCB physical discharges within timeframes**

95%
(674)

## Segregated Housing

**ICCS with MH clinican presence and relevant information provided**


60%
(5)

**Placement of ASU EOPs in appropriate housing within timeframes**


90%
(144)

**Placement of ASU/SHU CCCMS in STRH/LTRH within timeframes**

67%
(191)

**Timely transfer of MHSDS out Standalone ASU**

63%
(16)

7. There is an indicator for group treatment being conducted in a confidential setting, but not for psychiatry appointments being conducted in a confidential setting.

8. Instead of giving a straight-forward percentage of the treatment that is cancelled (e.g. if there are 100 appointments, and 30 were cancelled, this indicator would show 30%), the numerator is defined as "Number of patient-weeks included in denominator during which the following number of hours of treatment were cancelled: More than 3 for ASU EOP Hub, PSU-EOP, and ML-EOP; More than 1.5 for RC-EOP and ASU EOP non hub; More than 1.0 for SRH/LRH CCCMS."

9. Instead of giving a straight-forward percentage of the treatment that is refused (e.g. if there are 100 appointments, and 40 were refused, this indicator would show 40%), the numerator is defined as "Number of patient-weeks included in denominator during which over 50% of all offered treatment was refused AND less than the following hours of treatment were attended: less than 5 for ASU EOP Hub, PSU-EOP, and ML-EOP; less than 2.5 for RC-EOP and ASU EOP non hub; less than 1.0 for STRH CCCMS and LTRH CCCMS.

CR Mental Health Performance Report  for 5/1/18 to 5/31/18

8_ K B_ B5 2hrs

④



**DSH Discharges with Clinican to Clinician Contact within 5 days**



**MHPS meeting audit criteria**



**EOP IDTTs discussion of clinical appropriateness for work, educ, accommodation addressed**



**Primary clinician continuity of care**



**Interventions for high utilizers tailored to decrease risk**

**RVR assessments where all documentation requirements were met (Beta)**

**Alternative Housing Stays**



**MCB and DSH discharges not readmitted within 30 days**



of

CR Mental Health Performance Report  for 5/1/18 to 5/31/18    

## Data Entry 

**Appointment Closure Lag**

1%  ↔
2,166,879)

**MH referral resolved before it was received**

1,977  ▲
(1,977)

**Seen/Refused MH appointment duration greater than 4 hours**

542  ▲
(542)

**MHI change during in-transit/temp departure**

56  ▲
(56)

**Patients in CDCR over 30 days with no MHI entry since admission**

3  ▲
(3)

**MH referral date(s) in the future**

13  ▲
(13)

**MH referral received date later than data entry date**

1,267  ▲
(1,267)

**Unresolved pending appointments**

195  ▲
(195)

CR Mental Health Performance Report for 5/1/18 to 5/31/18



**Program/subprogram change during in-transit/temp departure**

6
(6)

**Use of DSH MHI**

10
(10)

**Inpatient MHI errors**

40
(40)

**MH Milestones Over/Under Awarded**

92%
(231,511)

# EXHIBIT UU
# (2018-08-22-0900hrs)



Appointments seen as scheduled indicator reports that 95% of mainline CCCMS appointments in CDCR in February 2018 were seen as scheduled MG

Actually 42% 35,642 appointments / 84,120 appointments

All of CCC All Insti February 2018

8-22-18 Drcows pg.1

All of

CC C Feb. 2018

95% vs 42%



8_2218-0100115 of 2
SAC ccc Feb

Home > MH > On_Demand > Performance Report                                    Home | My Subscriptions | Help

| | | | |
|---|---|---|---|
| Institution | SAC | Date Range | February |
| Indicators | 5 day follow-ups with documenta | Trendline | No |
| Indicator numbers | No | Colors | Green, Yellow, Red, Other |
| Spotlight | Yes | New page each group | No |
| Number of columns | 6 | | |

View Report

MentalHealthKpisDrilldown - Report Viewer - Internet Explorer

SAC 2/1/18 to 2/28/18
Appointments seen as scheduled

| | | |
|---|---|---|
| Acute | 83% (r=888) | Heat Map |
| ASU | 97% (r=771) | Heat Map |
| ASU EOP Hub | 95% (r=47,440) | Heat Map |
| ICF | 56% (r=1,850) | Heat Map |
| Institution Wide | 52% (n=162) | Heat Map |
| Institution Wide | 50% (n=666) | Heat Map |
| LRH CCCMS | 17% (n=444) | Heat Map |
| MHCB | 98% (n=40,964) | Heat Map |
| ML | 93% (n=3,306) | Heat Map |
| ML CCCMS | 87% (n=36,334) | Heat Map |
| ML EOP | 88% (n=152,666) | Heat Map |
| PSU | 95% (n=243,682) | Heat Map |
| SHU | 94% (n=11,632) | Heat Map |
| SRH CCCMS | 89% | Heat Map |

SAC Mental Health Performance Report for 2/1/18 to 2/28/18

**Performance Improvement Priorities**

| Timely MH Referrals | Appointments Cancelled Due to Custody | Primary clinician continuity of care | Psychiatrist continuity of care | MCB and DSH discharges not readmitted within 30 days | SREs that met all audit criteria |
|---|---|---|---|---|---|
| 96% (536) | 0% (29,507) | 92% (30,650) | 78% (12,479) | 80% (64) | 47% (17) |

| Treatment plans with satisfactory documentation | Discharges from MHCB with clinician review of d/c summary | Diagnostic Monitoring | Polypharmacy Medication Review | Non-Formulary by Psychiatrist | Appointments seen as scheduled |
|---|---|---|---|---|---|
| 53% (38) | 0% (1) | 85% (5) | 99% (150) | 5% (3,318) | 91% (1,060,623) |

| Effective Communication Achieved | Discharge FollowUps | Timely PC Contacts | Timely Psychiatry Contacts | Timely IDTTs | |
|---|---|---|---|---|---|
| 91% (13,779) | 93% (452) | 96% (5,386) | 86% (3,694) | 99% (4,837) | |

**Mental Health Crisis Bed**

| Timely admission to MHCB | MHCB clinical stays within timeframes | MHCB physical discharges within timeframes |
|---|---|---|
| 94% (50) | 97% (94) | 93% (45) |

**Suicide Prevention**

| Suicide Risk Evaluation | Discharge FollowUps | SREs that met all audit criteria | 5 day follow-ups with documentation of current suicidality |
|---|---|---|---|
| 97% (409) | 93% (452) | 47% (17) | 31% (16) |

**Access to Care**

| Timely MH Referrals | Timely IDTTs | Timely PC Contacts | Timely Psychiatry Contacts | Treatment Offered | Treatment Attended |
|---|---|---|---|---|---|
| 96% (536) | 99% (4,837) | 96% (5,386) | 86% (3,694) | 80% (2,597) | 34% (2,597) |

| Treatment Scheduled | Effective Communication Achieved | all IDTTs observed in which a health record and C-file are | Mental Health Screens |
|---|---|---|---|



SAC    P19...

| ...st | CDCR | Offender ID | Current Cell Bed | Appt Program | Appt Sub Program | Appt MHI | Appt Date | Min | Provider Type | Provider Name | Type | Reason | Outcome Type | Status Reason | Modality |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAC | | | | ML | GP | CCCMS | 2/21/2018 11:00:00 AM | 30 | SPS | | PSY_CON TACT | ML CCCMS Continuing Primary Psychiatrist | Completed | Seen | Standard (Standard) |
| SAC | | | | ML | GP | CCCMS | 2/16/2018 10:00:00 AM | 30 | CLIN_SOC_WORK_SAF | | PC_CONT ACT | ML CCCMS Continuing Primary Clinician Co | Cancelled | CancelledU nspecified | Standard (Standard) |
| SAC | | | | ML | GP | CCCMS | 2/5/2018 10:14:00 AM | 42 | CLIN_SOC_WORK_SAF | | PC_CONT ACT | PC_ROUTI NE | Completed | Seen | Standard (Standard) |
| SAC | | | | ML | GP | CCCMS | 2/20/2018 1:15:00 PM | 60 | | | PC_CONT ACT | EOP PC Caseload Group | Cancelled | CancelledU nspecified | |
| SAC | | | | ML | GP | CCCMS | 2/6/2018 1:15:00 PM | 60 | | | PC_CONT ACT | EOP PC Caseload Group | Cancelled | CancelledU nspecified | |
| SAC | | | | ML | GP | CCCMS | 2/2/2018 1:15:00 PM | 120 | | | GROUP_T REATMEN T | Leisure activities | Cancelled | CancelledU nspecified | |
| SAC | | | | ML | GP | CCCMS | 2/14/2018 8:15:00 AM | 15 | PSYCHOLO GY_STUDE NT | | PC_CONT ACT | PC_ROUTI NE | Cancelled | CancelledU nspecified | |
| SAC | | | | ML | GP | CCCMS | 2/16/2018 11:30:00 AM | 30 | SPS | | PSY_CON TACT | ML CCCMS Continuing Primary Psychiatrist | Completed | Seen | Standard (Standard) |
| SAC | | | | ML | GP | CCCMS | 2/20/2018 9:54:00 AM | 9 | CLIN_SOC_WORK_SAF | | PC_CONT ACT | ML CCCMS Continuing Primary Clinician Co | Completed | Seen | Standard (Standard) |
| SAC | | | | ML | GP | CCCMS | 2/2/2018 2:15:00 PM | 10 | CLIN_SOC_WORK_SAF | | PC_CONT ACT | ML CCCMS Continuing Primary Clinician Co | Completed | Seen | CellFront (Standard) |
| SAC | | | | ML | GP | CCCMS | 2/14/2018 8:30:00 AM | 15 | PSYCH_CLI NIC_CF | | IDTT | IDTTRoutin e | Cancelled | Scheduling Error | Standard |
| SAC | | | | ML | GP | CCCMS | 2/1/2018 9:50:00 AM | 20 | CLIN_SOC_WORK_SAF | | PC_CONT ACT | ML CCCMS Continuing Primary Clinician Co | Completed | Seen | Standard (Standard) |
| SAC | | | | ML | GP | CCCMS | 2/12/2018 9:15:00 AM | 15 | SPS | | PSY_CON TACT | PSY_ROU TINE | Cancelled | Scheduling Error | |

Case Record Management DB   Document id: ea7681f7d05e35bf   Page 12 of 52

| CDCR# | OffenderID | CurrentCell | Program | SubProgram | MHT | StartDate | Duration | ProviderTy | ProviderName | TypeCodeValue | ReasonCodeValue | StatusCodeValue | StatusReasonCodeValue | Modality1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ML | SNY | CCCMS | 2/1/2018 0:00 | 30 | | CLIN_SOC | PC_CONTACT | PC_ROUTINE | Cancelled | CancelledUnspecified | Standard (Standard) |
| | | | ML | GP | CCCMS | 2/1/2018 0:00 | 30 | | PSYCH_CLI | OTHER_CLINICAL | Failed 10/31/18 | Cancelled | CancelledUnspecified | Standard (Standard) |
| | | CRC | ML | GP | CCCMS | 2/1/2018 0:00 | 60 | | PSYCH_CLI | PC_CONTACT | PC-initial | Cancelled | CancelledUnspecified | Standard (Standard) |
| | | RJD | ML | GP | CCCMS | 2/1/2018 0:00 | 30 | | OTHER_INT | OTHER_CLINICAL | PRE_RELEASE | Cancelled | ProviderUnavailable | Standard (Standard) |
| | | RJD | ML | SNY | CCCMS | 2/1/2018 0:00 | 15 | | PSYCH_CLI | PC_CONTACT | PC_ROUTINE | Cancelled | ProviderUnavailable | Standard (Standard) |
| | | CCWF | ML | CTC | CCCMS | 2/1/2018 0:00 | 600 | | CLIN_SOC | PC_CONTACT | PC_ROUTINE | Completed | Seen | Standard (Standard) |
| | | CCWF | ML | CTC | CCCMS | 2/1/2018 0:00 | 575 | | CLIN_SOC | PC_CONTACT | PC_ROUTINE | Completed | Seen | Standard (Standard) |
| | | RJD | ML | GP | CCCMS | 2/1/2018 2:15 | 15 | | PSYCH_CLI | PC_CONTACT | PC_ROUTINE | Cancelled | CancelledUnspecified | Standard (Standard) |
| | | SAC | ML | GP | CCCMS | 2/1/2018 6:00 | 30 | | PSYCH_CLI | PC_CONTACT | PC_ROUTINE | Cancelled | CancelledUnspecified | |
| | | SAC | ML | EOP | CCCMS | 2/1/2018 6:15 | 15 | | SR_PSYCH | OTHER_CLINICAL | RVR Evaluation | Completed | Seen | TherapeuticModule (Standard) |
| | | SQ | ML | DR | CCCMS | 2/1/2018 6:45 | 15 | | CLIN_SOC | PC_CONTACT | PC_ROUTINE | Completed | Seen | CellFront (Standard) |
| | | CRC | ML | GP | CCCMS | 2/3/2018 6:59 | 1 | | CLIN_SOC | PC_CONTACT | PC_ROUTINE | Completed | Seen | Standard (Standard) |
| | | SATF | ML | CTC | CCCMS | 2/1/2018 7:00 | | | PSYCH_CLI | PC_CONTACT | PC_ROUTINE | Cancelled | Auto Canceled | |
| | | SQ | ML | DR | CCCMS | 2/1/2018 7:00 | 75 | | | GROUP_TREATMENT | Specific Mental Health Issues | Cancelled | Auto Canceled | |
| | | DVI | ML | SNY | CCCMS | 2/1/2018 7:00 | 30 | | PSYCH_CLI | PC_CONTACT | PC_ROUTINE | Cancelled | AutoCancellation | |
| | | SATF | ML | SNY | CCCMS | 2/1/2018 7:00 | 60 | | | PC_CONTACT | EOP PC Caseload Group | Cancelled | CancelledUnspecified | |
| | | RJD | ML | SNY | CCCMS | 2/1/2018 7:00 | 60 | | | PC_CONTACT | PC-initial | Cancelled | CancelledUnspecified | |
| | | RJD | ML | SNY | CCCMS | 2/1/2018 7:00 | 30 | | PSYCHOLO | PC_CONTACT | PC_ROUTINE | Cancelled | CancelledUnspecified | |
| | | KVSP | ML | EOP | CCCMS | 2/1/2018 7:00 | 120 | | | GROUP_TREATMENT | Recreation Therapy | Cancelled | CancelledUnspecified | |
| | | KVSP | ML | EOP | CCCMS | 2/1/2018 7:00 | 120 | | | GROUP_TREATMENT | Recreation Therapy | Cancelled | CancelledUnspecified | |
| | | RJD | ML | SNY | CCCMS | 2/1/2018 7:00 | 30 | | PSYCH_CLI | PC_CONTACT | PC_ROUTINE | Cancelled | ProviderUnavailable | Standard (Standard) |
| | | CCI | ML | SNY | CCCMS | 2/1/2018 7:00 | 30 | | SPS | PSY_CONTACT | PSY_ROUTINE | Cancelled | SchedulingConflict | Standard (Standard) |
| | | SQ | ML | DR | CCCMS | 2/1/2018 7:00 | 120 | | MH HPS | GROUP_TREATMENT | Specific Mental Health Issues | Completed | Seen | Standard (Standard) |
| | | SQ | ML | DR | CCCMS | 2/1/2018 7:00 | 120 | | MH HPS | GROUP_TREATMENT | Specific Mental Health Issues | Completed | Seen | Standard (Standard) |
| | | SQ | ML | DR | CCCMS | 2/1/2018 7:00 | 120 | | MH HPS | GROUP_TREATMENT | Specific Mental Health Issues | Completed | Seen | Standard (Standard) |
| | | HDSP | ML | SNY | CCCMS | 2/1/2018 7:10 | | | | DC_FU | ML CCCMS 5 Day Follow Up | Completed | Seen | Standard (Standard) |
| | | CRC | ML | SNY | CCCMS | 2/1/2018 7:15 | 60 | | PSYCH_CLI | PC_CONTACT | PC-initial | Cancelled | CancelledUnspecified | Standard (Standard) |
| | | CRC | ML | SNY | CCCMS | 2/1/2018 7:15 | 60 | | PSYCH_CLI | PC_CONTACT | PC-initial | Cancelled | CancelledUnspecified | Standard (Standard) |
| | | CCI | ML | SNY | CCCMS | 43132.30208 | 60 | | PSYCH_CLI | PC_CONTACT | PC-initial | Cancelled | SchedulingConflict | Standard (Standard) |
| | | HDSP | ML | SNY | CCCMS | 43132.30347 | 11 | | PSYCH_CLI | PC_CONTACT | PC_ROUTINE | Completed | Seen | Standard (Standard) |
| | | HDSP | ML | SNY | CCCMS | 43132.30903 | 38 | | PSYCH_CLI | PC_CONTACT | PC_ROUTINE | Completed | Seen | Standard (Standard) |
| | | SQ | ML | GP | CCCMS | 43132.3125 | 45 | | SPS | PSY_CONTACT | PSY_ROUTINE | Cancelled | Auto Canceled | |
| | | COR | ML | SEO | CCCMS | 43132.3125 | 15 | | SOCIAL_W | PC_CONTACT | PC_ROUTINE | Cancelled | CancelledUnspecified | Standard (Standard) |
| | | CCI | ML | SNY | CCCMS | 43132.3125 | 30 | | SPS | PSY_CONTACT | PSY_ROUTINE | Cancelled | SchedulingConflict | Standard (Standard) |
| | | CCI | ML | SNY | CCCMS | 43132.3125 | 30 | | SPS | PSY_CONTACT | PSY_ROUTINE | Cancelled | SchedulingConflict | |
| | | CCI | ML | SNY | CCCMS | 43132.3125 | 30 | | SPS | PSY_CONTACT | PSY_ROUTINE | Cancelled | SchedulingConflict | |
| | | CCI | ML | SNY | CCCMS | 43132.3125 | 30 | | SPS | PSY_CONTACT | PSY_ROUTINE | Cancelled | SchedulingConflict | Standard (Standard) |
| | | HDSP | ML | SNY | CCCMS | 43132.3125 | 25 | | CLIN_SOC | PC_CONTACT | MHPC Consult Routine | Completed | Seen | Standard (Standard) |
| | | WSP | ML | SNY | CCCMS | 43132.32292 | 15 | | CLIN_SOC | PC_CONTACT | PC_ROUTINE | Cancelled | Auto Canceled | |
| | | WSP | ML | SNY | CCCMS | 43132.32292 | 15 | | CLIN_SOC | PC_CONTACT | PC_ROUTINE | Cancelled | Auto Canceled | |
| | | CTF | ML | GP | CCCMS | 43132.32292 | 15 | | PSYCH_CLI | IDTT | IDTT-Initial | Cancelled | CancelledUnspecified | Standard (Standard) |
| | | CCI | ML | SNY | CCCMS | 43132.32292 | 30 | | SPS | PSY_CONTACT | PSY_ROUTINE | Cancelled | SchedulingConflict | |
| | | CCI | ML | SNY | CCCMS | 43132.32292 | 30 | | SPS | PSY_CONTACT | PSY_ROUTINE | Cancelled | SchedulingConflict | Standard (Standard) |
| | | SQ | ML | GP | CCCMS | 43132.32292 | 25 | | SPS | PSY_CONTACT | PSY_ROUTINE | Completed | Seen | Standard (Standard) |
| | | HDSP | ML | SNY | CCCMS | 43132.32708 | 29 | | PSYCH_CLI | PC_CONTACT | PC_ROUTINE | Completed | Seen | Standard (Standard) |
| | | HDSP | ML | SNY | CCCMS | 43132.32917 | 31 | | PSYCH_CLI | DC_FU | ML CCCMS 5 Day Follow Up | Completed | Seen | Standard (Standard) |
| | | SATF | ML | SNY | CCCMS | 43132.32986 | 28 | | SPS | PSY_CONTACT | PSY_ROUTINE | Completed | Seen | Standard (Standard) |
| | | CMC | ML | GP | CCCMS | 43132.32986 | 11 | | PSYCH_CLI | PC_CONTACT | ML CCCMS Continuing Primary Clin | Completed | Seen | Standard (Standard) |
| | | SATF | ML | SNY | CCCMS | 43132.33333 | 60 | | | GROUP_TREATMENT | Coping | Cancelled | Auto Canceled | |
| | | SQ | ML | SNY | CCCMS | 43132.33333 | 75 | | | GROUP_TREATMENT | Other Therapeutic Activities | Cancelled | Auto Canceled | |
| | | CHCF | ML | OHU | CCCMS | 43132.33333 | 30 | | CLIN_SOC | PC_CONTACT | PC_ROUTINE | Cancelled | Auto Canceled | |
| | | CMC | ML | GP | CCCMS | 43132.33333 | 30 | | PSYCH_CLI | PC_CONTACT | PC_ROUTINE | Cancelled | Auto Canceled | |
| | | SATF | ML | SNY | CCCMS | 43132.33333 | 60 | | | GROUP_TREATMENT | Coping | Cancelled | Auto Canceled | |
| | | SATF | ML | SNY | CCCMS | 43132.33333 | 60 | | | GROUP_TREATMENT | Coping | Cancelled | Auto Canceled | |
| | | SAC | ML | GP | CCCMS | 43132.33333 | 120 | | | GROUP_TREATMENT | Health Issues | Cancelled | Auto Canceled | |
| | | SATF | ML | SNY | CCCMS | 43132.33333 | 60 | | | GROUP_TREATMENT | Coping | Cancelled | Auto Canceled | |
| | | CMC | ML | GP | CCCMS | 43132.33333 | 30 | | PHYSICIAN | PSY_CONTACT | PSY_ROUTINE | Cancelled | Auto Canceled | |
| | | COR | ML | SNY | CCCMS | 43132.33333 | 15 | | CLIN_SOC | PC_CONTACT | PC_ROUTINE | Cancelled | Auto Canceled | |
| | | CHCF | ML | CTC | CCCMS | 43132.33333 | 45 | | PSYCH_CLI | OTHER_CLINICAL | SRE | Cancelled | Auto Canceled | |
| | | DVI | ML | SNY | CCCMS | 43132.33333 | 30 | | SPS | PSY_CONTACT | PSY_ROUTINE | Cancelled | Auto Canceled | |
| | | SQ | ML | SNY | CCCMS | 43132.33333 | 75 | | | GROUP_TREATMENT | Other Therapeutic Activities | Cancelled | Auto Canceled | |
| | | COR | ML | SNY | CCCMS | 43132.33333 | 15 | | PSYCH_CLI | DC_FU | ML CCCMS 5 Day Follow Up | Cancelled | Auto Canceled | |
| | | DVI | ML | CTC | CCCMS | 43132.33333 | 60 | | SPS | PSY_CONTACT | PSY-Initial | Cancelled | Auto Canceled | |
| | | SQ | ML | SNY | CCCMS | 43132.33333 | 75 | | | GROUP_TREATMENT | Other Therapeutic Activities | Cancelled | Auto Canceled | |
| | | COR | ML | GP | CCCMS | 43132.33333 | 15 | | CLIN_SOC | PC_CONTACT | PC_ROUTINE | Cancelled | Auto Canceled | |
| | | COR | ML | GP | CCCMS | 43132.33333 | 15 | | PSYCHOLO | PC_CONTACT | PC_ROUTINE | Cancelled | Auto Canceled | |
| | | SQ | ML | SNY | CCCMS | 43132.33333 | 30 | | SPS | PSY_CONTACT | PSY_ROUTINE | Cancelled | Auto Canceled | |

# EXHIBIT VV
# (2018-08-23)

Aug 23, 2018   ①

**Timely Psychiatry Contacts from 10/01/17 thru 3/31/18**
**Mainline CCCMS**

| | Measurements | Avg Days Overdue | Compliance |
|---|---|---|---|
| Timely Psychiatry Contacts | 321011 | 2.6 | 94% |
| Initial | 4239 | 2.7 | 91% |
| Routine | 316772 | 2.6 | 94% |



Aug 23 2018 (2)

**Psychiatry Contacts**
**10/01/17-03/31/18**

# of Psy_Contact Column Labels

| Institutions | EOP ML | EOPMod | Total | Avg per 30 days | Avg EOP ML Pop | Rate |
|---|---|---|---|---|---|---|
| ASP | 12 | | 12 | 2 | 1 | 2.00 |
| CAL | 1 | | 1 | 0 | - | N/A |
| CCI | 33 | | 33 | 6 | 5 | 1.10 |
| CCWF | 1,059 | 14 | 1,073 | 179 | 131 | 1.37 |
| CEN | 2 | | 2 | 0 | - | N/A |
| CHCF | 2,269 | 488 | 2,757 | 460 | 575 | 0.80 |
| CIM | 11 | | 11 | 2 | - | N/A |
| CIW | 701 | 58 | 759 | 127 | 84 | 1.51 |
| CMC | 3,786 | 15 | 3,801 | 634 | 541 | 1.17 |
| CMF | 2,456 | 122 | 2,578 | 430 | 445 | 0.97 |
| COR | 2,490 | 185 | 2,675 | 446 | 585 | 0.76 |
| CRC | 5 | | 5 | 1 | 1 | 0.83 |
| CTF | 11 | | 11 | 2 | 2 | 0.92 |
| DVI | 2 | | 2 | 0 | - | N/A |
| FSP | 32 | | 32 | 5 | 3 | 1.78 |
| HDSP | 9 | | 9 | 2 | 4 | 0.38 |
| ISP | 1 | | 1 | 0 | 1 | 0.17 |
| KVSP | 1,148 | 288 | 1,436 | 239 | 217 | 1.10 |
| LAC | 3,745 | 479 | 4,224 | 704 | 667 | 1.06 |
| MCSP | 3,595 | 344 | 3,939 | 657 | 663 | 0.99 |
| NKSP | 10 | 1 | 11 | 2 | - | N/A |
| PBSP | 10 | | 10 | 2 | 2 | 0.83 |
| PVSP | 3 | | 3 | 1 | 1 | 0.50 |
| RJD | 4,047 | 325 | 4,372 | 729 | 831 | 0.88 |
| SAC | 2,336 | 8 | 2,344 | 391 | 509 | 0.77 |
| SATF | 3,409 | 105 | 3,514 | 586 | 642 | 0.91 |
| SCC | 7 | | 7 | 1 | 1 | 1.17 |
| SOL | 19 | | 19 | 3 | 4 | 0.79 |
| SQ | 549 | 64 | 613 | 102 | 59 | 1.75 |
| SVSP | 2,907 | 18 | 2,925 | 488 | 587 | 0.83 |
| VSP | 1,757 | 59 | 1,816 | 303 | 354 | 0.85 |
| WSP | 10 | 1 | 11 | 2 | - | N/A |
| Total | 36,432 | 2,574 | 39,006 | 6,501 | 6,915 | 0.94 |

↓
In 6 months

↓
In 6-months

# EXHIBIT WW
# (2018-08-23-1207hrs)

*Aug 23, 2018  12:07 PM*

## Golding, Michael@CDCR

*Psychiatry
Our Hapledership team
Can't search datorbace
Unlecc Dr. ▓▓▓ has time.*

| | |
|---|---|
| **From:** | Golding, Michael@CDCR |
| **Sent:** | Thursday, August 23, 2018 12:07 PM |
| **To:** | ▓▓▓@CDCR; ▓▓▓@CDCR |
| **Subject:** | ▓▓▓ Case No. ▓▓▓ |

Hi ▓▓▓

With your permission, can ▓▓▓ take a look at this very high profile case for us?

Michael

 Case No. ▓▓▓

Hi ▓▓▓

This is an extremely high profile case.

Can you search the database to figure out his medication history and whether he is a Clozapine candidate?

He apparently lacks competency.

Obviously issues of voluntary blood draw and voluntary taking-of-medications would be appropriate

**Michael Golding, M.D.**
Statewide Chief Psychiatrist
Mental Health Support Program
California Department of Corrections and Rehabilitation

Phone: 916.662.6541
Email: michael.golding@cdcr.ca.gov



Learn easy ways to save water
during California's drought at
SaveOurWater.com

1

# EXHIBIT XX
# (2018-08-28)

# Physical Health Monitoring for Psychotropic Medication (not High Dose)



This guidance has been developed using BNF and summary of product characteristics for
essential monitoring for psychotropic medication in Adult Mental Health. Annual health
check is recommended.

| Medication | Frequency | BMI/Weight | TFTs | U&Es/ eGFR | ECG | Li levels | FBC | HbA. Glucose | LFTs | BP | Lipids |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lithium* | Initiation/dose change | | √ | √ | B | weekly until stable | | | | | |
| | 3 monthly | | | | | √ for 1st year or risk | | | | | |
| | 6 monthly | | √ | √ | B | √ after 1st year | | | | | |
| | annually | | | | | | | | | | |
| Valproate | initiation | | | | | | C | A | | | |
| | annually | | | | | | | | | | |
| Lamotrigine | initiation skin reaction advice | | | | | | C | | | | |
| Venlafaxine | initiation | | | | | | | | | √ | |
| | post dose increase | | | | | | | | | √ | |
| | 6 monthly | | | | | | | | | √ | |
| Citalopram | initiation | | | | B | | | | | | |
| Escitalopram | initiation | | | | B | | | | | | |
| Tricyclics | initiation | | | D | X | | | | | | |
| Antipsychotics (for the most recent info check SPC for the specific drug) | initiation | √ | | √ | B | | √ | √ | √ | √ | √ |
| | post dose increase | | | | | | | | | √ | |
| | After 1 month | √ | | | | | | olanzapine | | | |
| | 3 months | √ | | | | | | | | | √ |
| | 6 months | clanzapine | | | | | | √ | | | olanzapine |
| | 9 months | clanzapine | | | | | | | | | olanzapine |
| | annually | √ | | √ | B | | √ | √ | √ | | √ |

A = before therapy and during first six months
B = only if suspected or existing cardiac problem
C = recognise signs of blood disorders (anaemia/bruising - info for patients). Check before surgery
D = to rule out hypokalaemia if using clomipramine
X = avoid if pre-existing cardiac disease as can be harmful even at clinical doses
Clozapine - see separate guidance (sign post to...)
HDAT (High Dose Antipsychotic Therapy) = majority monitoring in secondary care. See separate guidance...

Risk Groups with Lithium Therapy*
• Older people
• Concurrent interacting drugs (NSAIDs, ACEIs, diuretics)
• At risk of renal or thyroid dysfunction, increasing Ca etc.
• Significant disease or change in fluid/food intake
• Poor adherence or symptom control

Created by Southern Health NHS Foundation Trust I Agreed by all clinical commissioning groups across Hampshire and Southampton.

# EXHIBIT YY
# (2018-08-31-0242hrs)



8-3|-18_024 /cs     ①

## Medication Non-Compliance Appointments at CHCF

There were 17 medication non-compliance appointments scheduled at CHCF for the month of August.

   10 were "completed": 8 on-time, 2 refused

   7 were cancelled: 5 as CancelledUnspecified, 1 as SchedulingError, 1 as SchedulingConflict

Thus CHCF appears to be 59% compliant with completing medication non-compliance appointments, since refused appointments are counted as completed. The percentage of scheduled medication non-compliance appointments that were seen on time was 47% (8 divided by 17). The Performance Report shows 100% compliance for medication non-compliance consults completed within 7 days. [1]

It is important to note that the Timely MH Referrals report excludes cancelled appointments. Appointments are frequently cancelled on the day of the appointment, often due to the patient refusing to attend or not showing up, and these are sometimes coded as CancelledUnspecified due to the provider not giving an appointment cancellation reason. In the case of the medication non-compliance appointments, these are patients who have been flagged as medication non-compliant and require an appointment with a psychiatrist within 7 days, per policy. Many, but not all, of these cancelled appointments are rescheduled, but the patients who do not have their appointment rescheduled do not receive their required medication non-compliance appointment. By removing cancelled appointments from the calculations, this indicator ignores these patients, and reports a falsely elevated timely completion rate.

One might argue that this is an indicator for *timeliness* of referrals, and thus should only include referrals that were completed. However, if a referral is required by policy, but is never done, that required referral is not timely, and this deficiency needs to be recorded. An indicator that only reports on the timeliness of completed consults, and excludes all consults that were cancelled or never occurred despite being required, is not very helpful, and is incredibly misleading. Plus, the definition of the Timely MH Referrals denominator is "Number of Routine, Urgent, Emergent, Med Refusal, and RVR MHA referrals that either came due or were completed during the reporting period." Thus even though these cancelled appointments were not completed, they *came due* during the reporting period and should be included in the compliance statistics.

More concerning, per the Huddle Report on 8/3/18, for that ONE day, 225 patients were flagged as psychiatric medication non-compliant (had refused 50+% of their psychiatric medication doses in a week, or refused three consecutive days of psychiatric medication, or refused one dose of a critical psychiatric medication). To get this number I had to open the Huddle Report for each Care Team (e.g. D5B, D6A – each entry with a number listed below is a separate Care Team), scroll down to the section titled "EHRS Institutions Only: Patients with Medication Administration Policy Alerts (All Medication Admin Alerts):", and sort through to find the psychiatric medication refusals. Many of the patients only had medical medications listed, so those patients were excluded. Additionally, many patients had medications listed that could have been prescribed by either Medical or Psychiatry – if there were no other psychiatric medications listed for that patient, I excluded the patient and assumed the medication was prescribed by Medical, thus 225 is likely lower than the real total.

---

1. This number was obtained by excluding the cancelled appointments from the denominator, counting the refusals as timely completions, including one of the cancelled appointments as completed, and counting one of the completed appointments twice.



Although it would have taken minutes to get the above data if I had access to the database and could run a query for CHCF patients who were flagged as non-compliant with psychiatric medication, compiling this information manually took me over 3 hours.

Please note, 225 is the number of patients flagged on <u>one</u> day. If we were to extremely conservatively estimate that those 225 patients are the only patients at CHCF who were flagged as psychiatric medication non-compliant for the whole month of August, then 8 of the 225 (3.6%) patients actually received their required appointment. It is highly likely that there were more patients flagged as psychiatric medication non-compliant if the whole month of August were included, not just a single day, in which case this percentage would be lower.

Additionally, the Timely MH Referrals indicator reported 291 MH referrals at CHCF during the month of August. This figure only includes the 12 previously mentioned medication non-compliance appointments. If every patient who required a medication non-compliance appointment had one scheduled for them, at the very least there would be 213 (225 minus 12) additional MH referrals, for a total of 504 MH referrals during the month of August. Using this more accurate, but still extremely conservative, figure, the percentage of MH referrals completed on-time would be <mark>55%</mark>, not 96% as is reported in the Performance Report.

Number of patients who were flagged as psychiatric medication non-compliant on 8/3/2018 in the CHCF Mental Health Huddle Report, listed by Care Team:

| | |
|---|---|
| A1A | 5 |
| A1B | 3 |
| A2A | 5 |
| A2B | 4 |
| B1A | 2 |
| B1B | 3 |
| B2A | 0 |
| B3A | 1 |
| B3B | 2 |
| B4A | 5 |
| B4B | 1 |
| B5A | 6 |
| B5B | 4 |
| B6A | 4 |
| B6B | 3 |



| | |
|---|---|
| B7A | 2 |
| B7B | 4 |
| B8A | 0 |
| B8B | 3 |
| C1A | 1 |
| C1B | 1 |
| C2A | 0 |
| C2B | 1 |
| C3A | 0 |
| C3B | 1 |
| C4A | 0 |
| C4B | 2 |
| C5A | 1 |
| C5B | 0 |
| C6A | 1 |
| C6B | 1 |
| D1A | 1 |
| D1B | 2 |
| D2A | 0 |
| D2B | 1 |
| D3A | 1 |
| D3B | 1 |
| D4A | 0 |
| D4B | 1 |
| D5A | 0 |
| D5B | 0 |
| D6A | 1 |
| D6B | 0 |
| D7A | 0 |



| | |
|---|---|
| E/B    1 | |
| E 01-25 | 32 |
| E 26-50 | 23 |
| E 51-75 | 42 |
| E 76-00 | 34 |
| E1A 01-25 | 2 |
| E1A 26-50 | 1 |
| E1A 51-75 | 3 |
| E1A 76-00 | 2 |
| Work Crew | 11 |

Total    ▪    ==225 patients== (not medications) were flagged as non-compliant with their psychiatric medication at CHCF on 8/3/18. This only includes the patients who: 1) refused 3 consecutive days of psychiatric medication; or 2) refused 50% or more of their psychiatric medication doses in a week; or 3) refused one dose of a critical psychiatric medication.

PCP:Lenoir, Pierrette PS   MH LOC/DDP:EOP/Pass - NCF   Allergies: egg-containing compound   Loc:CHCF
NCM:Christine Escobar,RN/__MHPC:Deanne Welch,Psychologist   Code:   Hold:No
MHMD:Jinae Su,Psychiatrist/__DEN:Sam Tan,Dentist   History Of Suicide Attempts: 3/DPCS-(05/16/2018)   EPRD

**Appointments**

Cancelations by Patient: 5         Rescheduled by Patient: 2   CDCR # : ███████   No Shows: 3
Other Cancelations: 278   Other Rescheduled: 30

**ments**

| | Duration | State | Appointment Type | Appointment Reason | Primary Resource | Location |
|---|---|---|---|---|---|---|
| VM | 60 | Confirmed | Leisure Activities (CHCF) | | Leisure Activities (CHCF) | CHCF E Clinic |
| M | 30 | Confirmed | NL EOP Continuing Primary Clinician Contact | | PC | CHCF E Clinic |
| VM | 60 | Canceled | Leisure Activities (CHCF) | | Leisure Activities (CHCF) | CHCF E Clinic |
| M | 60 | Confirmed | Leisure Activities (CHCF) | | Leisure Activities (CHCF) | CHCF E Clinic |

**ents**

| | Duration | State | Appointment Type | Appointment Reason | Primary Resource | Location |
|---|---|---|---|---|---|---|
| AM | 60 | Canceled | Leisure Activities (CHCF) | | Leisure Activities (CHCF) | CHCF E Clinic |
| PM | 60 | Canceled | Social Skills/Communication (CHCF) | | Social Skills/Communication (CHCF) | CHCF E Clinic |
| PM | 30 | Canceled | Med Non Adherence | | PCT | CMF R Wing Clinic |
| VM | 60 | Canceled | Leisure Activities (CHCF) | | Leisure Activities (CHCF) | CHCF E Clinic |

*Handwritten notes:*

Even in pts who
1. were med non-compliant
2. were scheduled for an appointment
3. did not refuse (as recorded)
4. but the appointment was cancelled

then this pt. still counted as Compliant!

Most cancelled appointments were simply excluded which prevent non-compliance. This pt was somehow "affirmatively cancel! (no note in chart)

6

*So medication non-compliant*

*Reports are said to be seen*
*100% of the time. Actually < 3.7%*

*< 3.7%*
*vs 100%*
*at CHCF*

---

**CHCF Mental Health Performance Report for 8/1/18 to 8/31/18**

**Performance Improvement Priorities**

Timely MH Referrals
96%
[291]

**Access to Care**

Timely MH Referrals
96%
[291]

Report run on: 8/31/2018 8:36:53 AM     Data last refreshed: 8/30/2018 8:06:00 PM     Page

---

Institution: CHCF
Indicators: Timely MH Referrals
Indicator Numbers: No
Spotlight: Yes
Number of Columns: 6

Date Range: August
Trending: No
Colors: Green, Yellow, Red, Other
New page each group: No

**MentalHealthKpisPopup - Report Viewer / Internet Explorer**

Quick List: CHCF
Timely MH Referral from 8/01/18 thru 8/31/18
Placement: ALL
Data last refreshed 8/30/2018 8:06:00 PM

*96% Timely MH Referrals*

*Excess*

*100%!*

| | Measurements | Avg Time Overdue | Compliance |
|---|---|---|---|
| Timely MH Referrals | 291 | 0.1 | 96% |
| CompletedMHMDConsultEmergent in 4 Hours | 2 | 25.0 | 0% |
| CompletedMHPCConsultUrgent in 24 Hours | 27 | 0.9 | 93% |
| CompletedMHMDConsultRoutine in 5 WorkDays | 16 | 0.1 | 94% |
| CompletedMHPCConsultRoutine in 5 WorkDays | 183 | 0.0 | 97% |
| CompletedMHPCConsultEmergent in 4 Hours | 51 | 0.0 | 98% |
| CompletedMedNonComplianceConsult in 7 Days | 12 | 0.0 | 100% |

□ Details

| Timeframe | Placement | Inst | CDCR# | Name | Date | Time Overdue | Details |
|---|---|---|---|---|---|---|---|
| ⊟ CompletedMedNonComplianceConsult in 7 Days (12) | ML EOP | CHCF | ■ | | 8/21/2018 11:59:00 PM | 0 | Initiated on Aug 14 2018 6:44AM  Due Aug 21 2018 11:59PM  Completed on Aug 20 2018 8:51AM |
| | ML EOP | CHCF | ■ | | 8/17/2018 11:59:00 PM | 0 | Initiated on Aug 10 2018 12:01AM  Due Aug 17 2018 11:59PM  Completed on Aug 15 2018 8:25AM |
| | ML CCCMS | CHCF | ■ | | 8/9/2018 11:59:00 PM | 0 | Initiated on Aug 2 2018 4:13PM  Due Aug 9 2018 11:59PM  Completed on Aug 9 2018 2:35PM |
| | ML EOP | CHCF | ■ | | 8/29/2018 11:59:00 PM | 0 | Initiated on Aug 22 2018 7:33AM  Due Aug 29 2018 11:59PM  Completed on Aug 22 2018 7:56AM |
| | ML CCCMS | CHCF | ■ | | 8/9/2018 11:59:00 PM | 0 | Initiated on Aug 2 2018 4:07PM  Due Aug 9 2018 11:59PM  Completed on Aug 9 2018 2:45PM |
| | ML CCCMS | CHCF | ■ | | 8/18/2018 11:59:00 PM | 0 | Initiated on Aug 9 2018 2:47PM  Due Aug 18 2018 11:59PM  Completed on Aug 10 2018 7:34AM |
| | ML EOP | CHCF | ■ | | 8/17/2018 11:59:00 PM | 0 | Initiated on Aug 10 2018 12:01AM  Due Aug 17 2018 11:59PM  Completed on Aug 17 2018 1:00PM |
| | ML CCCMS | CHCF | ■ | | 8/9/2018 11:59:00 PM | 0 | Initiated on Aug 2 2018 4:21PM  Due Aug 9 2018 11:59PM  Completed on Aug 9 2018 1:40PM |
| | ML CCCMS | CHCF | ■ | | 8/9/2018 11:59:00 PM | 0 | Initiated on Aug 2 2018 4:15PM  Due Aug 9 2018 11:59PM  Completed on Aug 7 2018 7:18AM |
| | ML CCCMS | CHCF | ■ | | 8/9/2018 11:59:00 PM | 0 | Initiated on Aug 2 2018 4:03PM  Due Aug 9 2018 11:59PM  Completed on Aug 8 2018 10:00AM |
| | ML CCCMS | CHCF | ■ | | 8/14/2018 11:59:00 PM | 0 | Initiated on Aug 7 2018 6:37PM  Due Aug 14 2018 11:59PM  Completed on Aug 8 2018 10:00AM |
| | ML EOP | CHCF | ■ | | 8/17/2018 11:59:00 PM | 0 | Initiated on Aug 10 2018 12:01AM  Due Aug 17 2018 11:59PM  Completed on Aug 15 2018 10:00AM |

# EXHIBIT ZZ
# (2018-09-01-0900hrs)




## Psychiatry Contacts
### 10/01/17-03/31/18

# of Psy_Contact    Column Labels

| Institutions | EOP ML | EOPMod | Total | Avg per 30 days | Avg EOP ML Pop | Rate |
|---|---|---|---|---|---|---|
| ASP | 12 | | 12 | 2 | 1 | 2.00 |
| CAL | 1 | | 1 | 0 | - | N/A |
| CCI | 33 | | 33 | 6 | 5 | 1.10 |
| CCWF | 1,059 | 14 | 1,073 | 179 | 131 | 1.37 |
| CEN | 2 | | 2 | 0 | - | N/A |
| CHCF | 2,269 | 488 | 2,757 | 460 | 575 | 0.80 |
| CIM | 11 | | 11 | 2 | - | N/A |
| CIW | 701 | 58 | 759 | 127 | 84 | 1.51 |
| CMC | 3,786 | 15 | 3,801 | 634 | 541 | 1.17 |
| CMF | 2,456 | 122 | 2,578 | 430 | 445 | 0.97 |
| COR | 2,490 | 185 | 2,675 | 446 | 585 | 0.76 |
| CRC | 5 | | 5 | 1 | 1 | 0.83 |
| CTF | 11 | | 11 | 2 | 2 | 0.92 |
| DVI | 2 | | 2 | 0 | - | N/A |
| FSP | 32 | | 32 | 5 | 3 | 1.78 |
| HDSP | 9 | | 9 | 2 | 4 | 0.38 |
| ISP | 1 | | 1 | 0 | 1 | 0.17 |
| KVSP | 1,148 | 288 | 1,436 | 239 | 217 | 1.10 |
| LAC | 3,745 | 479 | 4,224 | 704 | 667 | 1.06 |
| MCSP | 3,595 | 344 | 3,939 | 657 | 663 | 0.99 |
| NKSP | 10 | 1 | 11 | 2 | - | N/A |
| PBSP | 10 | | 10 | 2 | 2 | 0.83 |
| PVSP | 3 | | 3 | 1 | 1 | 0.50 |
| RJD | 4,047 | 325 | 4,372 | 729 | 831 | 0.88 |
| SAC | 2,336 | 8 | 2,344 | 391 | 509 | 0.77 |
| SATF | 3,409 | 105 | 3,514 | 586 | 642 | 0.91 |
| SCC | 7 | | 7 | 1 | 1 | 1.17 |
| SOL | 19 | | 19 | 3 | 4 | 0.79 |
| SQ | 549 | 64 | 613 | 102 | 59 | 1.75 |
| SVSP | 2,907 | 18 | 2,925 | 488 | 587 | 0.83 |
| VSP | 1,757 | 59 | 1,816 | 303 | 354 | 0.85 |
| WSP | 10 | 1 | 11 | 2 | - | N/A |
| Total | 36,432 | 2,574 | 39,006 | 6,501 | 6,915 | 0.94 |

# EXHIBIT AAA
# (2018-09-04-1500hrs)

9-4 18 15:00 ①

## Medication Non-Compliance Appointments at CHCF

There were 17 medication non-compliance appointments scheduled at CHCF for the month of August.

10 were "completed": 8 on-time, 2 refused

7 were cancelled: 5 as CancelledUnspecified, 1 as SchedulingError, 1 as SchedulingConflict

Thus CHCF appears to be 59% compliant with completing medication non-compliance appointments, since refused appointments are counted as completed. The percentage of scheduled medication non-compliance appointments that were seen on time was 47% (8 divided by 17). The Performance Report shows 100% compliance for medication non-compliance consults completed within 7 days. [1]

*not nclody of the 100's who not were schedled.*

It is important to note that the Timely MH Referrals report excludes cancelled appointments. Appointments are frequently cancelled on the day of the appointment, often due to the patient refusing to attend or not showing up, and these are sometimes coded as CancelledUnspecified due to the provider not giving an appointment cancellation reason. In the case of the medication non-compliance appointments, these are patients who have been flagged as medication non-compliant and require an appointment with a psychiatrist within 7 days, per policy. Many, but not all, of these cancelled appointments are rescheduled, but the patients who do not have their appointment rescheduled do not receive their required medication non-compliance appointment. By removing cancelled appointments from the calculations, this indicator ignores these patients, and reports a falsely elevated timely completion rate.

One might argue that this is an indicator for *timeliness* of referrals, and thus should only include referrals that were completed. However, if a referral is required by policy, but is never done, that required referral is not timely, and this deficiency needs to be recorded. An indicator that only reports on the timeliness of completed consults, and excludes all consults that were cancelled or never occurred despite being required, is not very helpful, and is incredibly misleading. Plus, the definition of the Timely MH Referrals denominator is "Number of Routine, Urgent, Emergent, Med Refusal, and RVR MHA referrals that either came due or were completed during the reporting period." Thus even though these cancelled appointments were not completed, they *came due* during the reporting period and should be included in the compliance statistics.

More concerning, per the Huddle Report on 8/3/18, for that ONE day, 225 patients were flagged as psychiatric medication non-compliant (had refused 50+% of their psychiatric medication doses in a week, or refused three consecutive days of psychiatric medication, or refused one dose of a critical psychiatric medication). To get this number I had to open the Huddle Report for each Care Team (e.g. D5B, D6A – each entry with a number listed below is a separate Care Team), scroll down to the section titled "EHRS Institutions Only: Patients with Medication Administration Policy Alerts (All Medication Admin Alerts):", and sort through to find the psychiatric medication refusals. Many of the patients only had medical medications listed, so those patients were excluded. Additionally, many patients had medications listed that could have been prescribed by either Medical or Psychiatry – if there were no other psychiatric medications listed for that patient, I excluded the patient and assumed the medication was prescribed by Medical, thus 225 is likely lower than the real total.

1. This number was obtained by excluding the cancelled appointments from the denominator, counting the refusals as timely completions, including one of the cancelled appointments as completed, and counting one of the completed appointments twice.

9418  15.00 ①

Although it would have taken minutes to get the above data if I had access to the database and could run a query for CHCF patients who were flagged as non-compliant with psychiatric medication, compiling this information manually took me over 3 hours.

Please note, 225 is the number of patients flagged on one day. If we were to extremely conservatively estimate that those 225 patients are the only patients at CHCF who were flagged as psychiatric medication non-compliant for the whole month of August, then 8 of the 225 (3.6%) patients actually received their required appointment. It is highly likely that there were more patients flagged as psychiatric medication non-compliant if the whole month of August were included, not just a single day, in which case this percentage would be lower.

Additionally, the Timely MH Referrals indicator reported 291 MH referrals at CHCF during the month of August. This figure only includes the 12 previously mentioned medication non-compliance appointments. If every patient who required a medication non-compliance appointment had one scheduled for them, at the very least there would be 213 (225 minus 12) additional MH referrals, for a total of 504 MH referrals during the month of August. Using this more accurate, but still extremely conservative, figure, the percentage of MH referrals completed on-time would be 55%, not 96% as is reported in the Performance Report.

Number of patients who were flagged as psychiatric medication non-compliant on 8/3/2018 in the CHCF Mental Health Huddle Report, listed by Care Team:

| Care Team | Count |
|-----------|-------|
| A1A | 5 |
| A1B | 3 |
| A2A | 5 |
| A2B | 4 |
| B1A | 2 |
| B1B | 3 |
| B2A | 0 |
| B3A | 1 |
| B3B | 2 |
| B4A | 5 |
| B4B | 1 |
| B5A | 6 |
| B5B | 4 |
| B6A | 4 |
| B6B | 3 |

9L-18  15,00 ③

| | |
|---|---|
| B7A | 2 |
| B7B | 4 |
| B8A | 0 |
| B8B | 3 |
| C1A | 1 |
| C1B | 1 |
| C2A | 0 |
| C2B | 1 |
| C3A | 0 |
| C3B | 1 |
| C4A | 0 |
| C4B | 2 |
| C5A | 1 |
| C5B | 0 |
| C6A | 1 |
| C6B | 1 |
| D1A | 1 |
| D1B | 2 |
| D2A | 0 |
| D2B | 1 |
| D3A | 1 |
| D3B | 1 |
| D4A | 0 |
| D4B | 1 |
| D5A | 0 |
| D5B | 0 |
| D6A | 1 |
| D6B | 0 |
| D7A | 0 |

9-4-18 15.00 ④

| | |
|---|---|
| D7B | 1 |
| E 01-25 | 32 |
| E 26-50 | 23 |
| E 51-75 | 42 |
| E 76-00 | 34 |
| E1A 01-25 | 2 |
| E1A 26-50 | 1 |
| E1A 51-75 | 3 |
| E1A 76-00 | 2 |
| Work Crew | 11 |

Total  =  225 patients (not medications) were flagged as non-compliant with their psychiatric medication at CHCF on 8/3/18. This only includes the patients who: 1) refused 3 consecutive days of psychiatric medication; or 2) refused 50% or more of their psychiatric medication doses in a week; or 3) refused one dose of a critical psychiatric medication.

# EXHIBIT BBB
# (2018-09-04-1600hrs)

2018-09-04-1600hrs          9-4-18 16:00

## Psychiatry Indicators and Biases          ①

<u>Timely Psychiatry Contacts</u>

1. Biases due to measurement:
   a. Measured in weeks, rather than on-time versus late. This causes significant bias towards inflating compliance.
      i. E.g. an Enhanced Outpatient Program (EOP) patient had a psychiatry appointment on Monday, 8/13/18, and their next appointment wasn't until Friday, 9/21/18. They were due to be seen by 9/12/18 (per Program Guide rules), so are 9 days late, but due to compliance being measured by weeks, there are four weeks of compliance and one week of non-compliance, which is then reported as 80% compliant. If you have 100 patients, 50 of whom are seen on time, and 50 of whom are seen late by one week, the reported Timely Psychiatry Contacts compliance rate will be 90%. It would be very easy to think that the 90% compliance rate meant that 90% of the patients were seen on time, when in actuality only 50% were.
   b. The clock resets when patients transfer.
      i. E.g. a Correctional Clinical Case Management System (CCCMS) patient had a psychiatry appointment on 3/5/18, and was due to been seen again by 6/3/18 (90 days later). However, the patient transferred to a different CCCMS institution on 5/25/18. Instead of requiring that the patient still be seen by 6/3/18 (to comply with the Program Guide rules), and reporting it as late if it occurs after 6/3/18, this indicator resets the clock to the date of transfer, and only reports the appointment as late if it occurs more than 90 days after transfer. In this example, the patient could go 172 days (from 3/5/18 to 8/23/18) without seeing a psychiatrist, and still be counted as compliant.
   c. Physician orders for follow-ups prior to maximum time per Program Guide are ignored by this indicator.
      i. E.g. a CCCMS patient has a psychiatry appointment on 3/5/18, and the psychiatrist is concerned about him, so orders a follow-up appointment for three weeks later. This appointment was scheduled but cancelled due to custody, or was refused, or did not occur for any number of reasons, and the patient was not seen again until 6/2/18. This indicator counts that appointment as compliant, because it occurred within 90 days, despite the appointment being 68 days late based on the psychiatrist's clinical judgment, and order, that the patient needed follow-up within three weeks.
   d. Sixty percent of psychiatry supervisors see patients (per our polling data), due to staffing shortages. The compliance numbers in this indicator are presented as having been obtained by line staff alone, and are used to determine psychiatry staffing needs. This both results in an underestimate of staffing needs, and in supervisors being unable to do necessary supervisory work due to having to compensate for the line staff shortage.
   e. In December 2016 the indicator was inexplicably changed to count EOP appointments as timely if they occurred within 45 days of the prior appointment, despite the Program Guide rule that EOP psychiatry appointments must occur at least monthly. This

9-4-18 6:00 2

significantly inflated the compliance percentages statewide, and allowed for an inaccurately favorable report to the court in March 2017. The indicator was not fixed until this change was discovered by the psychiatry team in March 2017.

Appointments seen as scheduled

1. Biases due to measurement:
   a. The definition of this indicator states that it measures "All scheduled appointments", but in actuality it only includes appointments that are coded as Seen, Cancelled due to ProviderUnavailable, Cancelled due to ModifiedProgram, or Cancelled due to TechnicalDifficulties (see snip titled Appointments seen as scheduled). It excludes Refusals, No Shows, and all other cancelled appointments, which account for approximately half of all scheduled appointments.
      i. E.g. the Appointments seen as scheduled indicator reports that 95% of mainline CCCMS appointments in CDCR in February 2018 were seen as scheduled. (see attachment CDCR CCCMS appointments seen as scheduled) However, per the Appointments report, in February 2018 in mainline CCCMS, there were 84,120 mental health appointments, 35,642 of which were seen (see Excel spreadsheets titled CDCR CCCMS all appointments in February 2018 and CDCR CCCMS completed appointments in February 2018). Thus the percentage of appointments that were seen as scheduled was 42%, not 95%.

Timely MH Referrals

1. Biases due to measurement:
   a. Only measures the referrals that were ordered, not all of the referrals that occurred, *or should have occurred*. Ordered referrals are much more likely to be completed and done on time than are referrals that should have been ordered but weren't.
      i. E.g. on 8/3/18 at CHCF, 225 patients were flagged as non-compliant with their psychiatric medication (meaning they refused 50% or more of their psychiatric medication in a week, or refused three consecutive days of psychiatric medication, or refused one dose of a critical psychiatric medication). Each of these patients is supposed to be seen by a psychiatrist to discuss their medication non-compliance within seven days, or within one day for refusal of a critical medication. However, during the entire month of August, there were only 17 medication non-compliance appointments scheduled at CHCF – 10 were seen, 7 were cancelled. The cancelled appointments were excluded from the Timely MH Referrals measurement, with the exception of one cancelled appointment that was counted as completed, despite never having occurred. Additionally, two refused appointments were counted as completed, and one seen appointment was counted twice, so the compliance was recorded as 12/12, or 100% for the month of August (see CHCF August Timely MH referrals screenshot). In actuality, 225 patients required follow-up for medication non-

(handwritten annotations in left and bottom margins)

100's of patients

ned non-compliant

Not scheduled so not ned-non-compliant,

17 scheduled

8 seen
2 Refused
7 cancelled

8/17 seen

→ 2 refused → 8 seen / 15 6 cancelled → 8/9 1 cancelled is seen → 9/10 2 refused counted as seen → 11/12

100% ←

(12/12) ← one cancelled seen

9-4-18
16:00 (3)

compliance on a single day in August, and only 8 patients (12 minus the appointment that was counted twice, minus the cancelled appointment that was counted as completed, and minus the two refused appointments) in the whole month of August had a completed medication non-compliance consult. If we use these numbers (8 out of 225), the compliance percentage is 3.6%. However, if the entire month of August is included – not just a single day – this compliance percentage would be much lower.

    ii. E.g. for the month of July at CSP-Sacramento, there was one urgent MHMD consult, two emergent MHMD consults, and three routine MHMD consults (see snip titled SAC Timely MH referrals). It is unlikely that there were truly only three routine MHMD consults in a month at an institution with such a large mental health population. The far more likely scenario is that most routine MHMD consults were "ordered" by psychologists or social workers via stopping by the psychiatrist's desk, calling them on the phone, or emailing them, rather than placing an official order (see email from Dr. Golding titled "FW: MHMD emergent consults"). This prevents an institution from having a low compliance rate despite insufficient psychiatry staffing to complete these consults, because these consults will not be measured by the indicator. Compare this to an institution with sufficient psychiatry staffing – at San Quentin during the same month there were 32 routine, 11 urgent, and one emergent MHMD consults (see snip titled SQ Timely MH Referrals).

  b. Excludes most cancelled appointments, and counts refusals as "completed". As described in "Appointments seen as scheduled 1 a" above, all cancelled appointments, except those coded as ProviderUnavailable, TechnicalDifficulties, and ModifiedProgram are also excluded from this indicator's calculations.

2. Biases due to lack of knowledge:

  a. Many psychiatrists appear to not know about the medication non-compliance appointment order in EHRS, or are not aware of the requirement to see patients who have been flagged for medication non-compliance. If all psychiatrists had this knowledge, and placed a medication non-compliance appointment order for every patient flagged as non-compliant, there would be thousands of medication non-compliance appointments statewide per month. Psychiatry staffing is not sufficient to complete all, or even most, of these appointments, so the percentage of MH referrals completed on time would significantly decrease.

3. Biases due to random error:

  a. Medication non-compliance appointments may be ordered erroneously as a psychiatry follow-up appointment, and thus not captured by this indicator. Also, as mentioned above, mental health referrals may be communicated to the requested provider verbally and an order never placed in EHRS, despite knowledge of the process and intention to place an order. In both of these examples the appointment is less likely to occur when there is no official order, due to a number of factors, including the increased likelihood of the provider forgetting, the provider having limited time and triaging some of these appointments as less important, and there being less pressure from supervisors on the

9.4.18  16:00
4

provider to complete the appointment in a timely manner to improve the indicator results.

Appointment confidentiality: There is an indicator for "Group treatment in a confidential setting", but not for psychiatry appointment in a confidential setting. However, this is an important indicator of quality care, and should be one of the measured indicators. Currently, there is no easy way to determine the percentage of psychiatry appointments at a given institution or level of care that were confidential, but it is possible to use the Appointments report to check on whether individual appointments were recorded as confidential or non-confidential, count all of the confidential appointments in the population of interest, then divide by the total number of appointments in order to get a percentage. This is time-consuming, but more importantly it is inaccurate, due to the following biases.

1. Biases due to measurement: In the Electronic Health Record System (EHRS), confidentiality is recorded in a drop-down menu on the appointment check-out screen. The default value is "Confidential", thus if the provider does not change this selection, all appointments are recorded as confidential. If an accurate measure of confidentiality was desired, this drop-down menu would default to NULL (no selection), and it would require the provider to change the selection to either confidential or non-confidential.

2. Biases due to lack of knowledge: If a provider does not know how to record an appointment as non-confidential, it is recorded as confidential (due to #1 above).
   a. E.g. in the MHCB at CCWF, the psychiatrists reported that all routine psychiatry appointments are conducted in the patient's cell, not in a confidential treatment room, thus 100% of the routine appointments are non-confidential. All of the psychiatrists stated they did not know how to record an appointment as non-confidential. Per the Appointments report, there were 96 completed psychiatry appointments in CCWF MHCB in May 2018, 100% of which were recorded as confidential.

3. Biases due to random error: Even if a provider knows how to record an appointment as non-confidential, if they forget, or are in too much of a hurry, to change the drop-down menu to non-confidential, it is recorded as confidential.
   a. E.g. in the MHCB at CHCF, the psychiatrists reported that all routine psychiatry appointments are conducted cell-front, not in a confidential treatment room, so 100% of the routine appointments are non-confidential. All of the psychiatrists stated they knew how to record an appointment as non-confidential. Per the Appointments report, there were 289 completed routine psychiatry appointments in CHCF MHCB in May 2018, 31% of which were recorded as confidential.

Diagnostic Monitoring (Medication Administration Process Improvement Program)

1. Biases due to measurement:
   a. Until June 2018, this indicator ONLY measured whether annual labs and tests were done. MAPIP guidelines mandate obtaining baseline, 3 month, and annual labs for antipsychotics (except Clozapine) and mood stabilizers, obtaining labs within 14 days of increasing the dose of mood stabilizers, and obtaining baseline, 3 month, and annual

9418
16.05

weight/height and blood pressure for antipsychotics and Clozapine. However, until June 2018, the indicator monitoring compliance with these guidelines did not even measure whether baseline, 3 month, or dose increase labs and tests were done. It only checked to see if annual labs and tests were done, and reported 100% compliance if the annual lab draw and tests occurred (see Memorandum dated 7/3/2018).

  i. E.g. A patient is prescribed an antipsychotic, and has labs, a blood pressure measurement, and his weight obtained 8 months after starting the medication, but had no tests or labs done at baseline or 3 months. This indicator reports that this patient is 100% compliant with MAPIP, despite being only 33% compliant. This is very misleading, but more importantly it is *dangerous* and poor care. If his blood pressure is elevated, he is morbidly obese, and his fasting lipid levels are critically high at 8 months, we have no idea whether those problems were all present prior to starting the antipsychotic – in which case we likely would not have started the medication – or occurred within the first few months after starting the medication – in which case we would likely have stopped it after obtaining the 3 month test results. Failing to obtain these labs and tests can lead to permanent organ damage or death.

b. Until June 2018, it counted annual labs and tests as completed if the patient had the relevant labs and tests done at any point within a year of starting the medication. Since June 2018, it still counts annual labs and tests as completed if the patient had the relevant labs and tests done between 91 and 365 days after starting the medication. The baseline, 3 month, annual, and after dose increase criteria for obtaining labs and tests is not arbitrary. It was created by physicians, per their clinical judgment of the minimum monitoring necessary to maximize patient safety. Therefore, measuring whether the required tests were done at any point within a year or at any point from 91 to 365 days after starting the medication – not within limited periods around the baseline, 3 month, annual, and dose increase time points – is inappropriate, and leads to falsely elevated compliance.

c. Until June 2018, it excluded patients who were not on the same medication class for the whole year. This inflated MAPIP compliance, because these patients were less likely to have had the required labs and tests, due to the provider not having had an entire year during which to have ordered labs and tests.

Appointments Seen As Scheduled
CHCF

http://cphcspfdccdww01/Reports/Pages/Report.aspx?ItemPath=%2fMH%2fOn_Demanc | Lifeline | Performance Report - Repo...

Home > MH > On_Demand > Performance Report

| | | | |
|---|---|---|---|
| Institution | CHCF | Date Range | July |
| Indicators | 5 day follow-ups with documente | Trendline | No |
| Indicator numbers | No | Colors | Green, Yellow, Red, Other |
| Spotlight | Yes | New page each group | No |
| Number of columns | 6 | | |

1 of 1 100% Find | Next

Treatment Scheduled 88% (2,338) ↔
Executive Communication Achieved 97% (15,519) ↔
Mental Health Screens 94% (18) ▼

**Quality of Care**

IDTT Staffing 55% (863) ▼
Psychiatrist continuity of care 92% (1,298) ↔
MH documentation of consultation from medical staff 0% (1) ↔
Treatment plans with satisfactory documentation 67% (3) ▲
Primary clinician continuity of care
Group tr... setting
Inmate-patients without conflicting diagnoses 67% (3) ▲
Average PHQ-9 Score (Beta) 11.0 (100) ▲

**Utilization and Resource Management**

Treatment Cancelled 5% (2,338) ▼
Treatment Refused 22% (2,338) ▼
Appointments Cancelled Due to Custody 1% (40,823) ↔
Appointments seen as scheduled 98% (30,805) ↔
DSH/PIP physical discharges within timeframes 72% (57) ▼
MHCB clinical stays within timeframes 96% (154) ↔
MHCB physical discharges within timeframes 95% (149) ↔

**Data Entry**

Appointment Closure Lag 1% (190,534) ↔
MH referral resolved before it was received 51 (51) ▲
Seen/Refused MH appointment duration greater than 4 hours 2 (2) ▲
MH referral date(s) in the future 1 (1) ↔
MH Milestones Over/Under Awarded 92% (000) ▲

Report run on: 8/14/2018 9:32:08 AM Data last refreshed: 8/14/2018 8:49:00 AM Page 1 of 1

About - Report Viewer - Internet Explorer

1 of 1 100% Find | Next

**Appointments seen as schedule (ID: 204345)**

| | |
|---|---|
| DESCRIPTION | Percentage of all scheduled appointments that were seen. |
| DENOMINATOR | All scheduled appointments. |
| NUMERATOR | All apointments from the denominator that were completed |
| GREEN CUTOFF | 0.85 |
| RED CUTOFF | 0.75 |
| VALIDATION STATUS | Validated |
| SOURCE | EHRS |

MentalHealthKpisPopup - Report Viewer - Internet Explorer

1 of 1 100% Find | Next

**Quick List: CHCF**
**Appointments seen as scheduled from 7/01/18 thru 7/31/18**
**Placement: ALL**
**Data last refreshed 8/13/2018 8:37:00 PM**

| | Measurements | Appts Seen as Scheduled | Compliance |
|---|---|---|---|
| Appointments seen as scheduled | 30805 | 30317 | 98% |
| ProviderUnavailable | | 0 | 0% |
| ModifiedProgram | | 0 | 0% |
| TechnicalDifficulties | | 0 | 0% |
| Seen | | 30317 | 98% |

⊟ Details

| Seen Reason | Placement | Inst | CDCR# | Name | Date | Appts Seen as Scheduled |
|---|---|---|---|---|---|---|
| ⊟ ModifiedProgram (123) | ML EOP | CHCF | [redacted] | | 7/25/2018 1:00:00 PM | |
| | ML EOP | CHCF | | | 7/3/2018 12:00:00 PM | |
| | ML EOP | CHCF | | | 7/10/2018 12:00:00 PM | |
| | ML EOP | CHCF | | | 7/17/2018 12:00:00 PM | |
| | ML EOP | CHCF | | | 7/24/2018 12:00:00 PM | |
| | ML EOP | CHCF | | | 7/31/2018 12:00:00 PM | |



9-4-18 16:00 7

CDCR CCCMS appointments seen as scheduled by all provider types

http://cphcspfdccdww01/Reports/Pages/Report.aspx?ItemPath=%2fMH%2fOn_Demanc | Lifeline | Quality Improvement - Care T... | Performance Report - Repo...

Home > MH > On_Demand > Performance Report

Home | My Subs

| | | | |
|---|---|---|---|
| Institution | CDCR | Date Range | February |
| Indicators | Appointments seen as scheduled | Trendline | No |
| Indicator numbers | No | Colors | Green, Yellow, Red, Other |
| Spotlight | Yes | New page each group | No |
| Number of columns | 6 | | |

1 of 1 100% Find | Next

## CDCR Mental Health Performance Report for 2/1/18 to 2/28/18

**Performance Improvement Priorities**

Appointments seen as scheduled

91% (19,202,780) ↔

**Utilization and Resource Management**

Appointments seen as scheduled

91% (19,202,780) ↔

Report run on: 8/15/2018 1:29:11 PM   Data last refreshed: 8/14/2018 8:29:00 PM   Page 1 of 1

MentalHealthKpisDrilldown - Report Viewer - Internet Explorer

1 of 1 100% Find | Next

| | | | |
|---|---|---|---|
| ⊞ ML | | 93% (n=325,338) | Heat Map |
| ⊟ ML CCCMS | Feb | 95% (n=2,496,313) | Heat Map |
| | Jan | 95% (n=2,175,863) | Heat Map |
| | Dec | 93% (n=1,309,996) | Heat Map |
| | Nov | 93% (n=730,459) | Heat Map |
| | Oct | 94% (n=587,142) | Heat Map |
| | Sep | 93% (n=1,747,885) | Heat Map |
| | Aug | 94% (n=3,546,098) | Heat Map |
| | Jul | 94% (n=4,537,306) | Heat Map |
| | Jun | 94% (n=6,260,954) | Heat Map |
| | May | 94% (n=7,171,698) | Heat Map |
| | Apr | 94% (n=5,086,891) | Heat Map |
| | Mar | 95% (n=4,272,789) | Heat Map |
| | Feb | 95% (n=2,391,974) | Heat Map |
| | Jan | 94% (n=1,325,139) | Heat Map |

CDCR CCCMS all appointments in February 2018

9-4-18 16:08

(screenshot of Excel file. If printed from Excel it is 8,950 pages)

LDCR/CCCMS all appointments in February 2018 - Excel

L7 — fx  Richardson, Garrick

| Institutio | CdcNumb | Offenderl | CurrentCe | Program | SubProgra | MHI | StartDate | Duration | ProviderT | ProviderN | TypeCodeV | ReasonCode | StatusCodeVal | StatusReasonCodeValue | Modality1 Detail | FacilityLoc | Appointm | Discipline | Reschedu | Confident | EffectiveC | EffectiveC | Structurec | CreatedC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RJD | | | | ML | GP | CCCMS | 2/1/2018 0:00 | 30 | OTHER_IN | Alegre, M | OTHER_CLIN | PRE_RELEASI | Cancelled | ProviderUnavailable | CellFront | ML CCCMS | Pre-Relea | RJD A 003 | Mental He | TRUE | 0 | | 1 | ######## |
| RJD | | | | ML | SNY | CCCMS | 2/1/2018 0:00 | 15 | PSYCH_CL | | PC_CONTAC | PC_ROUTINE | Cancelled | ProviderUnavailable | Standard | ML CCCMS | Continur | RJD B Cha | Mental He | TRUE | 1 | | 1 | ######## |
| HDSP | | | | ML | SNY | CCCMS | 2/1/2018 0:00 | 30 | CLIN_SOC | | PC_CONTAC | PC_ROUTINE | Cancelled | CancelledUnspecified | Standard | ML CCCMS | Continuir | HDSP B Cl | Mental He | TRUE | 1 | | 1 | ######## |
| CRC | | | | ML | GP | CCCMS | 2/1/2018 0:00 | 60 | PSYCH_CL | | PC_CONTAC | PC-Initial | Cancelled | CancelledUnspecified | Standard | ML CCCMS | Initial Pri | CRC A Clir | Mental He | TRUE | 1 | | 1 | ######## |
| CRC | | | | ML | GP | CCCMS | 2/1/2018 0:00 | 60 | PSYCH_CL | | PC_CONTAC | PC-Initial | Cancelled | CancelledUnspecified | Standard | ML CCCMS | Initial Pri | CRC A Clir | Mental He | TRUE | 1 | | 1 | ######## |
| CCWF | | | | ML | CTC | CCCMS | 2/1/2018 0:00 | 600 | CLIN_SOC | | o PC_CONTAC | PC_ROUTINE | Completed | Seen | Standard | ML CCCMS | Continuir | CCWF S 8 | Mental He | FALSE | 1 | | 1 | ######## |
| CCWF | | | | ML | CTC | CCCMS | 2/1/2018 0:00 | 575 | CLIN_SOC | | PC_CONTAC | PC_ROUTINE | Completed | Seen | Standard | ML CCCMS | Continuir | CCWF S 8 | Mental He | FALSE | 1 | | 1 | ######## |
| RJD | | | | ML | GP | CCCMS | 2/1/2018 2:15 | 15 | PSYCH_CL | | 8 PC_CONTAC | PC_ROUTINE | Cancelled | CancelledUnspecified | Standard | ML CCCMS | Continuir | RJD A MHE | Mental He | TRUE | 1 | | 1 | ######## |
| SAC | | | | ML | GP | CCCMS | 2/1/2018 6:00 | 30 | PSYCH_CL | | ( PC_CONTAC | PC_ROUTINE | Cancelled | CancelledUnspecified | | ML CCCMS | Continuir | SAC A Clir | Mental He | TRUE | 0 | | 1 | ######## |
| SAC | | | | ML | EOP | CCCMS | 2/1/2018 6:15 | 15 | SR_PSYCH | | OTHER_CLIN | RVR Evaluati | Completed | Seen | Therapeu | RVR Evaluation | SAC A 3 Bl | Mental He | FALSE | 1 | | 0 | ######## |
| SQ | | | | ML | DR | CCCMS | 2/1/2018 6:45 | 15 | CLIN_SOC | | PC_CONTAC | PC_ROUTINE | Completed | Seen | CellFront | ML CCCMS | Continuir | SQ A AC N | Mental He | FALSE | 0 | | 1 | ######## |
| CRC | | | | ML | GP | CCCMS | 2/1/2018 6:59 | 1 | CLIN_SOC | | PC_CONTAC | PC_ROUTINE | Completed | Seen | Standard | ML CCCMS | Continuir | CRC B Clin | Mental He | FALSE | 1 | | 1 | ######## |
| SQ | | | | ML | DR | CCCMS | 2/1/2018 7:00 | 120 | MH HPS | | GROUP_TRE | Specific Mer | Completed | Seen | Standard | (Specific | Mental Heal | SQ CHSB 2 | Mental He | FALSE | 1 | | 1 | ######## |
| CCI | | | | ML | SNY | CCCMS | 2/1/2018 7:00 | 30 | SPS | | PSY_CONTA | PSY_ROUTIN | Cancelled | SchedulingConflict | Standard | ML CCCMS | Continuir | CCI E Clini | Mental He | TRUE | 1 | | 1 | ######## |
| DVI | | | | ML | SNY | CCCMS | 2/1/2018 7:00 | 30 | PSYCH_CL | | PC_CONTAC | PC_ROUTINE | Cancelled | AutoCancellation | | RC CCCMS | Continuin | DVI A RC ( | Mental He | FALSE | 0 | | 1 | ######## |
| RJD | | | | ML | SNY | CCCMS | 2/1/2018 7:00 | 30 | PSYCHOLO | | PC_CONTAC | PC_ROUTINE | Cancelled | CancelledUnspecified | | ML CCCMS | Continuir | RJD C CCC | Mental He | TRUE | 0 | | 1 | ######## |
| KVSP | | | | ML | EOP | CCCMS | 2/1/2018 7:00 | 120 | | | GROUP_TRE | Recreation T | Cancelled | CancelledUnspecified | Recreation Therapy | r KVSP C Bl | Mental He | FALSE | 0 | | 1 | ######## | |
| RJD | | | | ML | SNY | CCCMS | 2/1/2018 7:00 | 30 | PSYCH_CL | | PC_CONTAC | PC_ROUTINE | Cancelled | ProviderUnavailable | Standard | ML CCCMS | Continuir | RJD B Cha | Mental He | TRUE | 1 | | 1 | ######## |
| RJD | | | | ML | SNY | CCCMS | 2/1/2018 7:00 | 60 | | | UNSPECIF | PC_CONTAC | PC-Initial | Cancelled | CancelledUnspecified | | ML CCCMS | Initial Pri | RJD C CCC | Mental He | TRUE | 0 | | 1 | ######## |
| SATF | | | | ML | SNY | CCCMS | 2/1/2018 7:00 | 60 | | | PC_CONTAC | EOP PC Case | Cancelled | CancelledUnspecified | | EOP PC Caseload | Gr SATF F Cli | Mental He | FALSE | 0 | | 1 | ######## |
| SQ | | | | ML | DR | CCCMS | 2/1/2018 7:00 | 75 | | | GROUP_TRE | Specific Mer | Cancelled | Auto Canceled | | Specific | Mental Heal | SQ CHSB 2 | Mental He | FALSE | 0 | | 1 | ######## |
| SQ | | | | ML | DR | CCCMS | 2/1/2018 7:00 | 120 | MH HPS | | GROUP_TRE | Specific Mer | Completed | Seen | Standard | (Specific | Mental Heal | SQ CHSB 2 | Mental He | FALSE | 1 | | 1 | ######## |
| KVSP | | | | ML | EOP | CCCMS | 2/1/2018 7:00 | 120 | | | GROUP_TRE | Recreation T | Cancelled | CancelledUnspecified | Recreation Therapy | r KVSP C Bl | Mental He | FALSE | 0 | | 1 | ######## | |
| SQ | | | | ML | DR | CCCMS | 2/1/2018 7:00 | 120 | MH HPS | | GROUP_TRE | Specific Mer | Completed | Seen | Standard | (Specific | Mental Heal | SQ CHSB 2 | Mental He | FALSE | 1 | | 1 | ######## |
| SATF | | | | ML | CTC | CCCMS | 2/1/2018 7:00 | 30 | PSYCH_CLINIC_CF | PC_CONTAC | PC_ROUTINE | Cancelled | Auto Canceled | | ML CCCMS | Continuir | SATF S Cir | Mental He | FALSE | 0 | | 1 | ######## | |
| HDSP | | | | ML | SNY | CCCMS | 2/1/2018 7:10 | 20 | CLIN_SOC | | DC_FU | ML CCCMS | Completed | Seen | Standard | ( ML CCCMS | 5 Day Foll | HDSP B Cl | Mental He | FALSE | 1 | | 0 | ######## |
| CRC | | | | ML | SNY | CCCMS | 2/1/2018 7:15 | 60 | PSYCH_CL | | PC_CONTAC | PC-Initial | Canceled | CancelledUnspecified | Standard | ML CCCMS | Initial Pri | CRC B Cl | Mental He | TRUE | 1 | | 1 | ######## |
| CCI | | | | ML | SNY | CCCMS | 2/1/2018 7:15 | 60 | PSYCH_CL | | PC_CONTAC | PC-Initial | Cancelled | SchedulingConflict | Standard | ML CCCMS | Initial Pri | CCI E Clini | Mental He | TRUE | 1 | | 1 | ######## |
| CRC | | | | ML | SNY | CCCMS | 2/1/2018 7:15 | 60 | PSYCH_CL | | PC_CONTAC | PC-Initial | Cancelled | CancelledUnspecified | Standard | ML CCCMS | Initial Pri | CRC D Clir | Mental He | TRUE | 1 | | 1 | ######## |
| HDSP | | | | ML | SNY | CCCMS | 2/1/2018 7:17 | 11 | PSYCH_CL | | PC_CONTAC | PC_ROUTINE | Completed | Seen | Standard | ML CCCMS | Continuir | HDSP B Cl | Mental He | FALSE | 1 | | 1 | ######## |
| HDSP | | | | ML | SNY | CCCMS | 2/1/2018 7:25 | 38 | PSYCH_CL | | PC_CONTAC | PC_ROUTINE | Completed | Seen | Standard | ML CCCMS | Continuir | HDSP B Cl | Mental He | FALSE | 1 | | 1 | ######## |
| HDSP | | | | ML | SNY | CCCMS | 2/1/2018 7:30 | 25 | CLIN_SOC | | PC_CONTAC | MHPC Consu | Completed | Seen | Standard | (MHPC Consult | Routi HDSP B Cl | Mental He | FALSE | 1 | | 1 | ######## |
| CCI | | | | ML | SNY | CCCMS | 2/1/2018 7:30 | 30 | SPS | | PSY_CONTA | PSY_ROUTIN | Cancelled | SchedulingConflict | Standard | ML CCCMS | Continuir | CCI E Clini | Mental He | TRUE | 1 | | 1 | ######## |
| COR | | | | ML | SEO | CCCMS | 2/1/2018 7:30 | 15 | SOCIAL_W | | PC_CONTAC | PC_ROUTINE | Cancelled | CancelledUnspecified | Standard | ML EOP | Continuing | F COR 3A | CC Mental He | TRUE | 1 | | 1 | ######## |
| CCI | | | | ML | SNY | CCCMS | 2/1/2018 7:30 | 30 | SPS | | PSY_CONTA | PSY_ROUTIN | Cancelled | SchedulingConflict | Standard | ML CCCMS | Continuir | CCI E Clini | Mental He | TRUE | 1 | | 1 | ######## |
| CCI | | | | ML | SNY | CCCMS | 2/1/2018 7:30 | 30 | SPS | | PSY_CONTA | PSY_ROUTIN | Cancelled | SchedulingConflict | | ML CCCMS | Continuir | CCI E Clini | Mental He | TRUE | 0 | | 1 | ######## |

Appointments

9C4-18 16:009

# CDCR CCCMS Completed appointments in February

(Screenshot of Excel File. If printed from Excel it is 3,795 pages)

CDCR CCCMS completed appointments in February 2018 - Excel

Gonzalez, Melanie@CDCR

FILE | HOME | INSERT | PAGE LAYOUT | FORMULAS | DATA | REVIEW | VIEW | ACROBAT

D1 · : × ✓ fx | PtName

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z | AA | AB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Institutic | CdcNumb | Offender | CurrentCe | Program | SubProgra | MHI | StartDate | Duration | ProviderT | Providerh | TypeCode | ReasonCo | StatusCod | StatusReason | CodeValu | Modality1 | Detail | FacilityLo | Appointm | Discipline | Reschedu | Confident | EffectiveC | EffectiveC | Structure | CreatedDi | Modifiec |
| 2 | CCWF | | | ML | CTC | CCCMS | | 2/1/2018 0:00 | 600 | CLIN_SOC | | PC_CONT/ | PC_ROUTI | Complete | Seen | | Standard | (ML CCCMS | Continuir | CCWF S BC | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 3 | CCWF | | | ML | CTC | CCCMS | | 2/1/2018 0:00 | 575 | CLIN_SOC | | PC_CONT/ | PC_ROUTI | Complete | Seen | | Standard | (ML CCCMS | Continuir | CCWF S BC | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 4 | SAC | | | ML | EOP | CCCMS | | 2/1/2018 6:15 | 15 | SR_PSYCH | | OTHER_CL | RVR Evalu | Complete | Seen | | Therapeu | RVR Evaluation | | SAC A 3 Bl | Mental He | FALSE | 1 | | | 0 | ######## | ######## |
| 5 | SQ | | | ML | DR | CCCMS | | 2/1/2018 6:45 | 15 | CLIN_SOC | | PC_CONT/ | PC_ROUTI | Complete | Seen | | CellFront | ML CCCMS | Continuir | SQ A AC M | Mental He | FALSE | 0 | | | 1 | ######## | ######## |
| 6 | CRC | | | ML | GP | CCCMS | | 2/1/2018 6:59 | 1 | CLIN_SOC | | PC_CONT/ | PC_ROUTI | Complete | Seen | | Standard | (ML CCCMS | Continuir | CRC B Clin | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 7 | SQ | | | ML | DR | CCCMS | | 2/1/2018 7:00 | 120 | MH HPS | | GROUP_TI | Specific M | Complete | Seen | | Standard | (Specific Mental Heal | SQ CHSB 2 | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 8 | SQ | | | ML | DR | CCCMS | | 2/1/2018 7:00 | 120 | MH HPS | | GROUP_TI | Specific M | Complete | Seen | | Standard | (Specific Mental Heal | SQ CHSB 2 | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 9 | SQ | | | ML | DR | CCCMS | | 2/1/2018 7:00 | 120 | MH HPS | | GROUP_TI | Specific M | Complete | Seen | | Standard | (Specific Mental Heal | SQ CHSB 2 | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 10 | HDSP | | | ML | SNY | CCCMS | | 2/3/2018 7:10 | 20 | CLIN_SOC | | DC_FU | ML CCCMS | Complete | Seen | | Standard | (ML CCCMS | 5 Day Foll | HDSP B Cli | Mental He | FALSE | 1 | | | 0 | ######## | ######## |
| 11 | HDSP | | | ML | SNY | CCCMS | | 2/1/2018 7:17 | 11 | PSYCH_CL | | PC_CONT/ | PC_ROUTI | Complete | Seen | | Standard | (ML CCCMS | Continuir | HDSP B Cli | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 12 | HDSP | | | ML | SNY | CCCMS | | 2/1/2018 7:25 | 38 | PSYCH_CL | | PC_CONT/ | PC_ROUTI | Complete | Seen | | Standard | (ML CCCMS | Continuir | HDSP B Cli | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 13 | HDSP | | | ML | SNY | CCCMS | | 2/1/2018 7:30 | 25 | CLIN_SOC | | PC_CONT/ | MHPC Cor | Complete | Seen | | Standard | (MHPC Consult Routi | HDSP B Cli | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 14 | SQ | | | ML | GP | CCCMS | | 2/1/2018 7:45 | 25 | SPS | | PSY_CON | PSY_ROUT | Complete | Seen | | Standard | (ML CCCMS | Continuir | SQ A 2nd I | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 15 | HDSP | | | ML | SNY | CCCMS | | 2/1/2018 7:51 | 29 | PSYCH_CL | | PC_CONT/ | PC_ROUTI | Complete | Seen | | Standard | (ML CCCMS | Continuir | HDSP B M | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 16 | HDSP | | | ML | SNY | CCCMS | | 2/1/2018 7:54 | 31 | PSYCH_CL | | DC_FU | ML CCCMS | Complete | Seen | | Standard | (ML CCCMS | 5 Day Foll | HDSP B Cli | Mental He | FALSE | 0 | | | 1 | ######## | ######## |
| 17 | SATF | | | ML | SNY | CCCMS | | 2/1/2018 7:55 | 28 | SPS | | PSY_CON | PSY_ROUT | Complete | Seen | | Standard | (ML CCCMS | Continuir | SATF D Cli | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 18 | CMC | | | ML | GP | CCCMS | | 2/1/2018 7:55 | 11 | PSYCH_CL | | PC_CONT/ | ML CCCMS | Complete | Seen | | Standard | (ML CCCMS | Continuir | CMC C Mr | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 19 | CCWF | | | ML | GP | CCCMS | | 2/1/2018 8:00 | 46 | PSYCH_CL | | PC_CONT/ | PC_ROUTI | Complete | Seen | | Standard | (ML CCCMS | Continuir | CCWF S 83 | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 20 | CCWF | | | ML | GP | CCCMS | | 2/1/2018 8:00 | 45 | PSYCH_CL | | PC_CONT/ | MHPC Cor | Complete | Seen | | Standard | (MHPC Consult Routi | CCWF S 83 | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 21 | CMC | | | ML | GP | CCCMS | | 2/1/2018 8:00 | 60 | | | GROUP_TI | Coping | Complete | Seen | | Standard | (Coping (CMC) | | CMC East | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 22 | CMC | | | ML | GP | CCCMS | | 2/1/2018 8:00 | 60 | | | GROUP_TI | Coping | Complete | Seen | | Standard | (Coping (CMC) | | CMC East | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 23 | SQ | | | ML | GP | CCCMS | | 2/1/2018 8:00 | 60 | PSYCHOLO | | PC_CONT/ | PC_ROUTI | Complete | Seen | | Standard | (ML CCCMS | Continuir | SQ A 2nd I | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 24 | CMC | | | ML | GP | CCCMS | | 2/1/2018 8:00 | 60 | | | GROUP_TI | Coping | Complete | Seen | | Standard | (Coping (CMC) | | CMC East | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 25 | CMC | | | ML | GP | CCCMS | | 2/1/2018 8:00 | 60 | | | GROUP_TI | Coping | Complete | Seen | | Standard | (Coping (CMC) | | CMC East | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 26 | CMC | | | ML | GP | CCCMS | | 2/1/2018 8:00 | 60 | | | GROUP_TI | Coping | Complete | Seen | | Standard | (Coping (CMC) | | CMC East | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 27 | CMC | | | ML | GP | CCCMS | | 2/1/2018 8:00 | 60 | | | GROUP_TI | Coping | Complete | Seen | | Standard | (Coping (CMC) | | CMC East | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 28 | CMC | | | ML | GP | CCCMS | | 2/1/2018 8:00 | 60 | REC_THER | | GROUP_TI | Recreatio | Complete | Seen | | | Recreation Therapy | CMC S Gy | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 29 | CMC | | | ML | GP | CCCMS | | 2/1/2018 8:00 | 60 | | | GROUP_TI | Coping | Complete | Seen | | Standard | (Coping (CMC) | | CMC East | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 30 | CMC | | | ML | GP | CCCMS | | 2/1/2018 8:00 | 60 | | | GROUP_TI | Coping | Complete | Seen | | Standard | (Coping (CMC) | | CMC East | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 31 | CMC | | | ML | GP | CCCMS | | 2/1/2018 8:00 | 60 | | | GROUP_TI | Coping | Complete | Seen | | Standard | (Coping (CMC) | | CMC East | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 32 | SQ | | | ML | DR | CCCMS | | 2/1/2018 8:00 | 120 | REC_THER | | GROUP_TI | Specific M | Complete | Seen | | Standard | (Specific Mental Heal | SQ CHSB 2 | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 33 | CMC | | | ML | GP | CCCMS | | 2/1/2018 8:00 | 60 | | | GROUP_TI | Coping | Complete | Seen | | Standard | (Coping (CMC) | | CMC East | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 34 | CMC | | | ML | DR | CCCMS | | 2/1/2018 8:00 | 120 | REC_THER | | GROUP_TI | Specific M | Complete | Seen | | Standard | (Specific Mental Heal | SQ CHSB 2 | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 35 | SQ | | | ML | DR | CCCMS | | 2/1/2018 8:00 | 60 | REC_THER | | GROUP_TI | Recreatio | Complete | Seen | | | Recreation Therapy | CMC S Gy | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 36 | CMC | | | ML | DR | CCCMS | | 2/1/2018 8:00 | 60 | REC_THER | | GROUP_TI | Specific M | Complete | Seen | | Standard | (Specific Mental Heal | SQ CHSB 2 | Mental He | FALSE | 1 | | | 1 | ######## | ######## |
| 37 | SQ | | | ML | DR | CCCMS | | 2/1/2018 8:00 | 120 | REC_THER | | GROUP_TI | Specific M | Complete | Seen | | Standard | (Specific Mental Heal | SQ CHSB 2 | Mental He | FALSE | 1 | | | 1 | ######## | ######## |

CDCR CCCMS completed appointmen

READY     COUNT: 35614     9:07 AM 9/4/2018



9-4-18 6:00 to

CHCF August Timely MH referrals

http://cphcspfdccdww01/Reports/Pages/Report.aspx?ItemPath=%2fMH%2fOn_Demand

Home > MH > On_Demand > Performance Report

| | | | |
|---|---|---|---|
| Institution | CHCF | Date Range | August |
| Indicators | Timely MH Referrals | Trendline | No |
| Indicator Numbers | No | Colors | Green, Yellow, Red, Other |
| Spotlight | Yes | New page each group | No |
| Number of Columns | 6 | | |

1 of 1 100% Find | Next

## CHCF Mental Health Performance Report for 8/1/18 to 8/31/18

**Performance Improvement Priorities**

Timely MH Referrals

96% (291) →

**Access to Care**

Timely MH Referrals

96% (291) →

Report run on: 8/31/2018 8:36:50 AM    Data last refreshed: 8/30/2018 8:06:00 PM    Page

http://cphcspfdccdww01/Reports/Pages/Report.aspx?ItemPath=%2fMH%2fOn_Demand%2fPerformance+Report

MentalHealthKpisPopup - Report Viewer - Internet Explorer

1 of 1 100% Find | Next

**Quick List: CHCF**
**Timely MH Referrals from 8/01/18 thru 8/31/18**
**Placement: ALL**
**Data last refreshed 8/30/2018 8:06:00 PM**

| | Measurements | Avg Time Overdue | Compliance |
|---|---|---|---|
| Timely MH Referrals | 291 | 0.1 | 96% |
| CompletedMHMDConsultEmergent in 4 Hours | 2 | 25.0 | 0% |
| CompletedMHPCConsultUrgent in 24 Hours | 27 | 0.9 | 93% |
| CompletedMHMDConsultRoutine in 5 WorkDays | 16 | 0.1 | 94% |
| CompletedMHPCConsultRoutine in 5 WorkDays | 183 | 0.0 | 97% |
| CompletedMHPCConsultEmergent in 4 Hours | 51 | 0.0 | 98% |
| CompletedMedNonComplianceConsult in 7 Days | 12 | 0.0 | 100% |

⊟ Details

| Timeframe | Placement | Inst | CDCR# | Name | Date | Time Overdue | Details |
|---|---|---|---|---|---|---|---|
| ⊟ CompletedMedNonComplianceConsult in 7 Days (12) | ML EOP | CHCF | [redacted] | [redacted] | 8/21/2018 11:59:00 PM | 0 | Initiated on Aug 14 2018 8:48AM. Due Aug 21 2018 11:59PM. Completed on Aug 20 2018 8:51AM |
| | ML EOP | CHCF | [redacted] | [redacted] | 8/17/2018 11:59:00 PM | 0 | Initiated on Aug 10 2018 12:01AM. Due Aug 17 2018 11:59PM. Completed on Aug 15 2018 8:25AM |
| | ML CCCMS | CHCF | [redacted] | [redacted] | 8/9/2018 11:59:00 PM | 0 | Initiated on Aug 2 2018 4:13PM. Due Aug 9 2018 11:59PM. Completed on Aug 9 2018 2:35PM (Refused) |
| | ML EOP | CHCF | [redacted] | [redacted] | 8/29/2018 11:59:00 PM | 0 | Initiated on Aug 22 2018 7:33AM. Due Aug 29 2018 11:59PM. Completed on Aug 22 2018 7:56AM (Cancelled) |
| | ML CCCMS | CHCF | [redacted] | [redacted] | 8/9/2018 11:59:00 PM | 0 | Initiated on Aug 2 2018 4:07PM. Due Aug 9 2018 11:59PM. Completed on Aug 9 2018 2:45PM (Refused) |
| | ML CCCMS | CHCF | [redacted] | [redacted] | 8/16/2018 11:59:00 PM | 0 | Initiated on Aug 9 2018 2:47PM. Due Aug 16 2018 11:59PM. Completed on Aug 10 2018 7:34AM |
| | ML EOP | CHCF | [redacted] | [redacted] | 8/17/2018 11:59:00 PM | 0 | Initiated on Aug 10 2018 12:01AM. Due Aug 17 2018 11:59PM. Completed on Aug 17 2018 1:00PM |
| | ML CCCMS | CHCF | [redacted] | [redacted] | 8/9/2018 11:59:00 PM | 0 | Initiated on Aug 2 2018 4:21PM. Due Aug 9 2018 11:59PM. Completed on Aug 9 2018 1:40PM |
| | ML CCCMS | CHCF | [redacted] | [redacted] | 8/9/2018 11:59:00 PM | 0 | Initiated on Aug 2 2018 4:15PM. Due Aug 9 2018 11:59PM. Completed on Aug 7 2018 7:18AM |
| | ML CCCMS | CHCF | [redacted] | [redacted] | 8/9/2018 11:59:00 PM | 0 | Initiated on Aug 2 2018 4:03PM. Due Aug 9 2018 11:59PM. Completed on Aug 8 2018 10:00AM (Counted twice) |
| | ML CCCMS | CHCF | [redacted] | [redacted] | 8/14/2018 11:59:00 PM | 0 | Initiated on Aug 7 2018 6:37PM. Due Aug 14 2018 11:59PM. Completed on Aug 8 2018 10:00AM (Counted twice) |
| | ML EOP | CHCF | [redacted] | [redacted] | 8/17/2018 11:59:00 PM | 0 | Initiated on Aug 10 2018 12:01AM. Due Aug 17 2018 11:59PM. Completed on Aug 15 2018 10:00AM |

SAC  Timely  MH  referrals

http://cphcspfdccdww01/Reports/Pages/Report.aspx?ItemPath=%2fMH%2fOn_Deman   🔎 ▾ C   Quality Improvement - Care T...   Performance Report - Repo... ×   Calculate Duration Between T...   Appointments - Report Mana

Home > MH > On_Demand > Performance Report

| Institution | SAC ▾ | Date Range | July ▾ |
| Indicators | Timely MH Referrals ▾ | Trendline | No ▾ |
| Indicator numbers | No ▾ | Colors | |
| Spotlight | Yes ▾ | New page each g | |
| Number of columns | 6 ▾ | | |

◄◄ ◄ 1 of 1 ▷ ▷◄ 100% ▾    Find | Next

SAC Mental Health Performance Report for 7/1/18 to 7/3

**Performance Improvement Priorities**

Timely MH Referrals

**95%** ↔
**(621)**

**Access to Care**

Timely MH Referrals

**95%** ↔
**(621)**

Report run on: 8/16/2018 2:43:49 PM        Data last refreshed: 8/15/2018

---

### MentalHealthKpisPopup - Report Viewer - Internet Explorer                                    ▢ ◻ ✕

◄◄ ◄ 1 of 1 ▷ ▷◄ 100% ▾    Find | Next   🖫 ▾ ⊙ 🖨 🔳

**Quick List: SAC**
**Timely MH Referrals from 7/01/18 thru 7/31/18**
**Placement: ALL**
**Data last refreshed 8/15/2018 8:28:00 PM**

| | Mea surements | Avg Time Overdue ⇕ | Compliance ⇕ |
|---|---|---|---|
| Timely MH Referrals | 621 | 1.4 | 95% |
| CompletedMHMDConsultEmergent in 4 Hours | 2 | 7.0 | 50% |
| CompletedMHMDConsultRoutine in 5 WorkDays | 3 | 1.0 | 67% |
| CompletedMedNonComplianceConsult in 7 Days | 34 | 2.1 | 85% |
| CompletedMHPCConsultUrgent in 24 Hours | 21 | 7.6 | 86% |
| CompletedMHPCConsultEmergent in 4 Hours | 294 | 2.3 | 95% |
| CompletedMHPCConsultRoutine in 5 WorkDays | 266 | 0.0 | 98% |
| CompletedMHMDConsultUrgent in 24 Hours | 1 | 0.0 | 100% |

⊟ Details

| Timeframe | Placement ⇕ | Inst ⇕ | CDCR# ⇕ | Name ⇕ | Date ⇕ | Time Overdue ⇕ | Details |
|---|---|---|---|---|---|---|---|
| ⊟ CompletedMedNonComplianceConsult in 7 Days (34) | ML CCCMS | SAC | | | 7/3/2018 11:59:00 PM | 34 | Initiated on Jun 26 2018 12:47PM. D 2018 11:59PM. Completed on Aug 11:00AM |
| | ML CCCMS | SAC | | | 7/5/2018 11:59:00 PM | 26 | Initiated on Jun 28 2018 6:33AM. D 2018 11:59PM. Completed on Aug 8:45AM |

◄                                                                                    ▶

FW: MHMD emergent consults

**@CDCR**                                                    9'4-18 6'2012

| | |
|---|---|
| **From:** | Golding, Michael@CDCR |
| **Sent:** | Thursday, August 16, 2018 4:35 PM |
| **To:** | @CDCR |
| **Subject:** | FW: MHMD emergent consults |

Hmm
Michael

**Michael Golding, M.D.**
Statewide Chief.Psychiatrist
Mental Health Support Program
California Department of Corrections and Rehabilitation

Phone: 916.662.6541
Email: michael.golding@cdcr.ca.gov

**Save Our Water**

Learn easy ways to save water
during California's drought at
SaveOurWater.com

**From:** @CDCR
**Sent:** Thursday, August 16, 2018 4:17 PM
**To:** @CDCR
**Cc:** @CDCR; Golding, Michael@CDCR; @CDCR; @CDCR
**Subject:** RE: MHMD emergent consults

That is fantastic news!
Thank you so much.

, cchp, Ph.D.

Statewide Mental Health Program

**From:** @CDCR
**Sent:** Tuesday, August 07, 2018 2:24 PM
**To:** @CDCR @cdcr.ca.gov>
**Cc:** @CDCR @cdcr.ca.gov>; Golding, Michael@CDCR <Michael.Golding@cdcr.ca.gov>;
@CDCR @cdcr.ca.gov> @CDCR < @cdcr.ca.gov>
**Subject:** RE: MHMD emergent consults

1

Good Afternoon, Dr. ███ -


9-4-18_6:00
⑲

I believe that your emergent MHMD consult statistic for NKSP is accurate.

One likely reason for this is that inmate-patients requiring Mental Health Alternative Housing very rarely receive an emergent MHMD consult; the process is mostly handled by the primary clinicians on the Crisis Team. While true that after-hours placements of inmate-patients into MHAH usually involve a nurse calling the on-call psychiatrist, our process here at NKSP does not generate an emergent MHMD consult since technically that would require the on-call psychiatrist to complete a face-to-face examination of the patient within the emergent four-hour window (possibly in the middle of the night).

Another reason for our low number of emergent MHMD consults is that we encourage health care staff members to communicate their patient care concerns directly to our psychiatrists who are very responsive overall. For example, if a patient is experiencing a side effect from a medication, the primary clinician, nurse, medical provider, etc. may directly contact the treating psychiatrist who will triage each problem to determine whether this matter can wait until next week; wait until tomorrow; or need to be addressed immediately. This is much preferred to the practice of reflexively ordering an emergent MHMD consult for "side effects."

Finally, I would hope that the relatively low number of emergent MHMD consults at NKSP is an indication that we have things running fairly smoothly here; I certainly am not hoping for more psychiatric emergencies at NKSP!

Please contact me if you have further questions/concerns about this matter.

███████, MD
**SENIOR PSYCHIATRIST SUPERVISOR**
**NORTH KERN STATE PRISON**

███████ (CELL)

---

**From:** ███████ @CDCR
**Sent:** Tuesday, August 07, 2018 11:57 AM
**To:** ███████ @CDCR < ███████ @cdcr.ca.gov>
**Subject:** FW: MHMD emergent consults

Hi, did you see this? The one emergent consult was for ███████ on 7/19.
I think it is best if you respond to this.

Thanks.

███████, Ph.D.

**From:** ███████ @CDCR
**Sent:** Thursday, July 26, 2018 1:29 PM
**To:** ███████ @CDCR ███████ @cdcr.ca.gov>; ███████ @CDCR < ███████ @cdcr.ca.gov>

9-4-8-16;00  14

**Cc:** Golding, Michael@CDCR <u>Michael.Golding@cdcr.ca.gov</u>>; ████@CDCR ████<u>@cdcr.ca.gov</u>>; ████
████@CDCR ████<u>@cdcr.ca.gov</u>>
**Subject:** MHMD emergent consults

Hi,

At our HQ monthly MHPS meeting, NKSP's timeliness with consults was reviewed. We noticed there was only one emergent MHMD consults for the month of July.  While that would be great if it were true that there were that few emergencies, it seems very low.  Can you verify that these consults are being ordered?

Thank You,

████████, cchp, Ph.D.
████████████████████

Statewide Mental Health Program
████████

9-4-18 16:00 13

# SQ Timely MH Referrals

http://cphcspfdccdww01/Reports/Pages/Report.aspx?ItemPath=%2fMH%2fOn_Demanc | Quality Improvement - Care T... | Performance Report - Repo... | Calculate Duration Between T... | Appointments - Report M...

Home > MH > On_Demand > Performance Report

| | | | |
|---|---|---|---|
| Institution | SQ | Date Range | July |
| Indicators | Timely MH Referrals | Trendline | No |
| Indicator numbers | No | Colors | |
| Spotlight | Yes | New page each g | |
| Number of columns | 6 | | |

1 of 1 100% Find | Next

## SQ Mental Health Performance Report for 7/1/18 to 7/31

**Performance Improvement Priorities**

Timely MH Referrals

97% (425) ↔

**Access to Care**

Timely MH Referrals

97% (425) ↔

Report run on: 8/16/2018 2:43:04 PM

Data last refreshed: 8/15/2018

MentalHealthKpisPopup - Report Viewer - Internet Explorer

1 of 1 100% Find | Next

**Quick List: SQ**
**Timely MH Referrals from 7/01/18 thru 7/31/18**
**Placement: ALL**
**Data last refreshed 8/15/2018 8:28:00 PM**

| | Measurements | Avg Time Overdue | Compliance |
|---|---|---|---|
| Timely MH Referrals | 425 | 0.1 | 97% |
| CompletedMHMDConsultRoutine in 5 WorkDays | 32 | 0.1 | 94% |
| CompletedMHPCConsultRoutine in 5 WorkDays | 192 | 0.1 | 94% |
| CompletedMHPCConsultEmergent in 4 Hours | 82 | 0.1 | 99% |
| CompletedMHMDConsultUrgent in 24 Hours | 11 | 0.0 | 100% |
| CompletedMHPCConsultUrgent in 24 Hours | 107 | 0.0 | 100% |
| CompletedMHMDConsultEmergent in 4 Hours | 1 | 0.0 | 100% |

⊟ Details

| Timeframe | Placement | Inst | CDCR# | Name | Date | Time Overdue | Details |
|---|---|---|---|---|---|---|---|
| ⊟ CompletedMHMDConsultEmergent in 4 Hours (1) | RC | SQ | [redacted] | | 7/24/2018 3:00:00 PM | 0 | Initiated on Jul 24 2018 10:45AM. Du 2018 3:00PM, Completed on Jul 24 10:50AM |
| ⊟ CompletedMHMDConsultRoutine in 5 WorkDays (32) | ML CCCMS | SQ | | | 7/20/2018 11:59:00 PM | 6 | Initiated on Jul 14 2018 8:28AM. Du 2018 11:59PM. Completed on Jul 2' 12:21PM |
| | RC | SQ | | | 7/10/2018 11:59:00 PM | 0 | Initiated on Jul 2 2018 9:43AM. Due 2018 11:59PM. Completed on Jul 1 10:30AM |





 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES** 

# MEMORANDUM

| Date | : | July 3, 2018 |
|------|---|--------------|
| To | : | All Healthcare Staff |
| From | : | Headquarters Mental Health |
| Subject | : | CCHCS Healthcare Dashboard Diagnostic Monitoring Methodology Change and Mental Health Registry Enhancements |

Beginning June 2018, the Diagnostic Monitoring measures on the Statewide Dashboard will adopt the new performance measurement methodology included in the new MAPIP Measure Summary. This update also aligns the Dashboard methodology with the current Psychotropic Medication Monitoring Requirements adopted by Mental Health in September 2015 (memo). Various additions and enhancements were also made to the Mental Health Registries to support Institutions in improving patient care following this performance measurement overhaul.

**Dashboard Methodology Explained**

The new dashboard specification documents can be found here and will be added to the PDF version of the dashboard specifications in July. The old specification documents will be stored here for comparison purposes. Although there is some variation between each of the 41 dashboard measures, the table below gives a general overview of how the methodologies differ across most of these measures. As you will see, the new methodology will require a greater level of diligence to achieve higher performance scores on the dashboard.

| | Old Methodology | New Methodology |
|---|---|---|
| **Numerator** | All patients who received appropriate psychotropic monitoring screening / test within the past 12 months. | Received appropriate psychotropic monitoring screening / test within the compliance timeframe*: <br> *Baseline: Completed within 90 days before the medication start date and 14 days after <br> *3 Month: Completed between 15 and 90 days after the start date <br> *Annual: Completed between 91 and 365 days after the start date |
| **Denominator** | Only Patients prescribed the same psychotropic class of medication every month for the past 12 months. | Patients prescribed a psychotropic class of medication with a compliance date that came due* during the measurement period. <br> *Baseline: 14 days after the medication start date <br> *3 Month: 90 days after the medication start date <br> *Annual: 365 days after the medication start date |

*Patients are considered to be consistently on a psychotropic medication class (i.e. Antipsychotics, Lithium, etc.) as long as they do not have a gap of more than 45 days between prescriptions. Switching between different antipsychotic medications does not impact the medication start date.*

9418 6:00 15

 **HEALTH CARE SERVICES** 

Enhancements to the Mental Health Registries

In order to support improvement efforts in these new dashboard performance measures, the Mental Health registries have been updated with new fields, filter options, and alert rules. Institutions can now use these registries to proactively track and monitor patients with labs or charting requirements that are due soon and take action before falling out of compliance, effectively improving future performance.

MENTAL HEALTH – MASTER REGISTRY



The Mental Health Master Registry still exists as a tool for users to quickly find all patients in the Mental Health program at any institution. Users can then navigate to any Sub-Registry (i.e. Anti-Depressants, Clozapine, etc.) by simply clicking on the column header (outlined in yellow above). Three new data points were also added to the report (outlined in red above):

- **Expired Psych Meds**: Shows the count of a patient's psychotropic medication expired in the past 3 days or expiring in the next 3 days (hover for details).
- **Psych Med Admin Alert**: Displays a check mark if a patient missed any High Alert or PC2602 medication, 50% or more of administrations within the past 7 days, or 3 consecutive days of any one medication (Psychotropic Medications only- hover for details).
- **Psych Drug-Drug Alerts**: Displays the highest level of drug interaction, if one exists, between active psychotropic medications and any other active prescription. Users can hover over the interaction for more details or click to access the Drug-Drug Alerts report.

MENTAL HEALTH – SUB-REGISTRIES





All 6 of the Mental Health Sub-Registries will look and act similar to their prior versions but have significantly enhanced functionality outlined below. In addition, all flagging rules have been updated to match the new Diagnostic Monitoring performance measurement methodology.

---

**HEALTH CARE SERVICES** | P.O. Box 588500
Elk Grove, CA 95758



 CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES

| Description | Example |
|---|---|

All Sub-Registries now include each patient's most recent Height, Weight, and Blood pressure



Hovering over any flag in the registries will show the reason for the flag, the compliance interval (i.e. baseline, 3 month, annual), and the last date the lab / charting was completed.



New filter options allow users to quickly find all patients with a lab or charting requirement due within the next 30 days.



ACCESS AND TRAINING

REPORT ACCESS

Click *here* to access the QM Portal Care Team Tools & Operational Reports page; you will find the enhanced Mental Health Registries under the "Behavioral Health" section.  A Definitions document that provides detailed information about report features and data sources is linked on the top right corner of each registry.

TRAINING

Quality Management will hold a training on the MAPIP Measure Summary and Mental health Registry updates at the next two QM Webinars (July 11th and 18th), held every Wednesday from 1-3 pm.  Please click here for more details.

Questions?

Please direct any questions to the appropriate group below:

Mental Health Policies and Procedures: MHPolicyUnit@cdcr.ca.gov
Data Issues: QMStaff@cdcr.ca.gov