# EXHIBIT CCC
# (2018-09-04-1700hrs)

# DASHBOARD 5.0

$9\_4\_18\_17{:}00$ 

Specifications



| Domain | Population Health Management |
|---|---|
| Measure | Antipsychotics - Lipid Monitoring |
| Definition | Percentage of patients prescribed Antipsychotics who received appropriate Lipid Profile monitoring that came due* within the measurement period. |
| Denominator | Patients prescribed Antipsychotics** with a baseline, 3 month, or annual Lipid Profile test that came due* during the measurement period.<br><br>**For specific requirements for patients to be considered on Antipsychotics:<br>    Click Here for Internal HCS Users<br>    Click Here for Public Internet Users<br><br>*Baseline: 14 days after the medication start date<br>*3 Month: 90 days after the medication start date<br>*Annual (Year 1): 365 days after the medication start date<br>*Annual (Year 2+): 365 days from the last Annual Lipid profile test<br><br>*A patient is considered to be consistently on antipsychotics as long as they do not have a gap of more than 45 days since their last prescription. Switching between different antipsychotic medications does not impact the medication start date |
| Numerator | Patients in the denominator who received a Lipid Profile test within the compliance range.<br><br>Baseline: Completed within 90 days before the start date and 14 days after<br>3 Month: Completed between 15 and 90 days after the start date<br>Annual (Year 1): Completed between 91 and 365 days after the start date<br>Annual (Year 2+): Completed within 365 days since the last Lipid Profile Test |
| Rate Calculation | Statewide: Percentage is the sum of the numerators divided by the sum of the denominators times 100.<br>Institution: Percentage is the numerator divided by the denominator times 100.<br>Care Team: Percentage is the numerator divided by the denominator times 100. |
| Data Source(s) | Electronic Health Record System (EHRS) |
| Reporting Frequency | Monthly |
| Background | Health Care Services Performance Improvement Plan (PIP) Objective: |



# DASHBOARD 5.0
Specifications



9/4/18  17:00  ②

| Domain | Population Health Management |
|---|---|
| Measure | Antipsychotics - Lipid Monitoring |
| | By December 31, 2016, 90% or more of patients prescribed select high risk medications will have appropriate diagnostic monitoring. |
| Goal/Ranking | **High > = 90%** <br> **Moderate 75% - 89%** <br> **Low < 75%** |
| Comments | This measure is a component of the Diagnostic Monitoring composite measure shown on the Dashboard. |
| Last Revised | 20180601 SDP |

*Click Here to:*
**Return to Composite**

*Click Here to:*
**Return to Home**

# EXHIBIT DDD
# (2018-09-04-1830hrs)



CDCR Mental Health Performance Report for 6/1/18 to 6/30/18

**Performance Improvement Priorities**

Timely Psychiatry Contacts

93% →
(175,337)

**Access to Care**

Timely Psychiatry Contacts

93% →
(175,337)

Report run on: 8/31/2018 11:12:33 AM      Data last refreshed: 7/31/2018 7:36:00 PM      Page 1 of 1

CDCR 6/1/18 to 6/30/18
Timely Psychiatry Contacts

| Acute | 75% (n=16) | Heat Map |
| ASU | 95% (n=1,638) | Heat Map |
| ASU EOP Hub | 98% (n=5,519) | Heat Map |
| CONDEMNED | 97% (n=1,333) | Heat Map |
| ICF | 63% (n=19) | Heat Map |
| Institution Wide | 67% (n=8,112) | Heat Map |
| LRH CCCMS | 100% (n=80) | Heat Map |
| MHCB | 91% (n=3,804) | Heat Map |
| ML CCCMS | 95% (n=91,212) | Heat Map |
| ML EOP | 83% (n=43,713) | Heat Map |
| PSU | 99% (n=4,283) | Heat Map |
| RC | 99% (n=12,242) | Heat Map |
| SHU | 100% (n=104) | Heat Map |
| SRH CCCMS | 100% (n=2,925) | Heat Map |

*EOP is less than CC*

Report run on: 8/31/2018 11:12:37 AM      Data last refreshed: 7/31/2018 7:36:00 PM      Page 1 of 1

9/4/18  pg 2



9/4/18 PJ 3





# EXHIBIT EEE
# (2018-09-05-1700hrs)

Sept 5, 2018
17:00

 **Definitions - Internet Explorer**

## Seen as Scheduled

### Measure Definition

Percentage of dental, medical, and mental health appointments seen as scheduled (i.e., without being rescheduled). Excludes appointments not seen as scheduled due to patient refusal or similar patient-controlled factors; scheduling error; patient transfer; lay-in; out to court/medical; pending or "to be scheduled" appointments; walk-ins; and appointments scheduled to be seen during the reporting period but not yet closed. Data sources: Dental Scheduling and Tracking System, Medical Scheduling and Tracking System, and Mental Health Tracking System.

*For detailed specifications, please visit the* **Dashboard Glossary**

# EXHIBIT FFF
# (2018-09-18-1619hrs)

**From:** "Golding, Michael@CDCR" <Michael.Golding@cdcr.ca.gov>
**Date:** September 18, 2018 at 4:19:06 PM PDT
**To:** ' ████████████ @CDCR" < ████████████ @cdcr.ca.gov>
**Subject: Re: MH Memorandum: Updated MHCB Referral, Referral Rescission, and Discharge Policy and Procedures**

Hi,

A significant change seems to be that the decision for discharge is made by the primary clinician (the psychologist) OR the IDTT. That's what the memo says.
"Clinical discharge means the primary clinician OR treatment team has determined that a patient requires a different level of care"

So verbal assent even by the psychiatrist is no longer needed, it seems because the primary clinician can now make the decision, per the memo, without even the IDTT.

If the primary clinician needed to consult the treatment team before a discharge decision was made it would've said the primary clinician "AND" the IDTT.

Our psychiatrists noticed this change immediately. It was pointed out to me.

Best,
Michael

Sent from my iPhone

On Sep 18, 2018, at 4:04 PM, ████████████ @CDCR
< ████████████ @cdcr.ca.gov> wrote:

This is just the policy that finally made it through the negotiation with the union.

As we have discussed several times, I have sought legal clarification of discharge requirements.

The language in the attached memo is not a change of the policy. The change had mostly to do with the medical hold issue, which is highlighted and captured in the email below.

Sent from my iPhone

On Sep 18, 2018, at 3:52 PM, Golding, Michael@CDCR
<Michael.Golding@cdcr.ca.gov> wrote:

"Clinical discharge means the primary clinician or treatment team has determined that a patient requires a different level of care and discharge orders are placed and the

inmate/patient can be moved."

Hi,

Is this the clarification of the policy that was elevated twice to deal with the need for psychiatric clearance when a patient leaves a crisis bed to go to a lower level of care?

Or is there something else?

Best,
Michael



Sent from my iPhone

Begin forwarded message:

**From:** "CDCR MHPolicyUnit@CDCR" <m_MHPolicyUnit@cdcr.ca.gov>
**Date:** September 18, 2018 at 2:25:18 PM PDT
**Cc:** ' ▮▮▮▮▮▮▮ @CDCR" < ▮▮▮▮▮▮▮ @cdcr.ca.gov>, '▮▮▮▮▮▮
▮▮ @CDCR" < ▮▮▮▮ ▮ @cdcr.ca.gov>, '▮▮▮▮ ▮ @CDCR"
< ▮▮▮ ▮ @cdcr.ca.gov>, '▮▮▮▮ ▮ @CDCR"
< ▮▮▮ ▮ @cdcr.ca.gov>, '▮▮▮▮ ▮ @CDCR"
< ▮▮▮▮ @cdcr.ca.gov>, '▮▮▮▮ ▮ @CDCR"
< ▮▮▮▮ @cdcr.ca.gov>, '▮▮▮ @CDCR" < ▮▮ ▮ @cdcr.ca.gov>,
'▮▮▮▮ @CDCR" < ▮▮ @cdcr.ca.gov>, "Golding, Michael@CDCR"
<Michael.Golding@cdcr.ca.gov>, '▮▮▮▮ @CDCR" < ▮▮ ▮ @cdcr.ca.gov>,
'▮▮▮ @CDCR" < ▮▮ ▮ @cdcr.ca.gov>, '▮▮▮ @CDCR"
< ▮▮▮ @cdcr.ca.gov>, '▮▮▮ @CDCR"
< ▮▮▮ ▮ @cdcr.ca.gov>, '▮▮▮ @CDCR"
< ▮▮▮ @cdcr.ca.gov>, '▮▮▮ (HCS)@CDCR"
< ▮▮▮ @cdcr.ca.gov>, '▮▮▮ @CDCR"
< ▮▮▮ ▮ @cdcr.ca.gov>, '▮▮▮ @CDCR"
< ▮▮▮ @cdcr.ca.gov>, '▮▮▮ @CDCR"
< ▮▮▮ @cdcr.ca.gov>, '▮▮▮ @CDCR"
< ▮▮▮ @cdcr.ca.gov>, '▮▮▮ @CDCR" < ▮▮ ▮ @cdcr.ca.gov>,
'▮▮▮ @CDCR" < ▮▮ ▮ @cdcr.ca.gov>, '▮▮▮ @CDCR"
< ▮▮▮ @cdcr.ca.gov>, '▮▮▮ @CDCR"
< ▮▮ ▮ @cdcr.ca.gov>, '▮▮▮ @CDCR"
< ▮▮▮ @cdcr.ca.gov>, '▮▮▮ @CDCR"
< ▮▮▮ @cdcr.ca.gov>, '▮▮▮ @CDCR" < ▮▮ ▮ @cdcr.ca.gov>,
'▮▮▮ @CDCR" < ▮▮ ▮ l@cdcr.ca.gov>, '
▮▮▮ @CDCR" < ▮▮ ▮ @cdcr.ca.gov>, '▮▮▮ @CDCR"
< ▮▮▮ @cdcr.ca.gov>
**Subject: MH Memorandum: Updated MHCB Referral, Referral Rescission, and**

**Discharge Policy and Procedures**


# Sent on behalf of ████████████████

████████████████████████████████████████


Please review the attached memorandum and associated policy and disseminate as appropriate. The official implementation date of this memorandum and policy and procedures is **October 15, 2018**.  Local Operating Procedures (LOP) shall be updated to reflect these changes no later than **October 1, 2018**.  Forward copies of the amended LOP to the following email address: CDCR MHPolicyUnit@CDCR.


To ensure staff awareness of these policy changes, Wardens and Chief Executive Officers shall ensure mandatory training on this memorandum and LOP is completed.   In-Service Training Managers shall ensure all Correctional Counselors, C&PR/Assistant C&PR, Sergeants, Lieutenants, Captains, Associate Wardens and MHCB Clinical Staff receive On-the-Job Training on this memorandum and LOP.  Wardens and CEO's shall ensure staff training is completed and submit a proof of practice memorandum to their respective mission's Associate Director by **October 1, 2018**.


Key Revisions
This policy and procedure includes several significant changes to the MHCB referral requirements including but not limited to:
· Medical clearance prior to transfer no longer required unless patients are on medical hold
· Escalation process for delays in clinician to clinician contact (report delays to CMH, and then to CEO)

If you have questions or require additional information related to this memorandum, you may contact the Mental Health Policy Unit by email: CDCR MHPolicyUnit@CDCR.

*(Sent to CEOs, Chiefs of Mental Health, Regional Mental Health*

*Administrators, Regional Health Care Executives, Associate Directors Division of Adult Institutions, Wardens, Correctional Counselors III, Classification Staff Representatives and Classification and Parole Representatives)*

&lt;Updated MHCB Referral Referral Rescission and Discharge Memorandum and Policy and Procedures.pdf&gt;

# EXHIBIT GGG
# (2018-09-18-memo)

 **HEALTH CARE SERVICES** 

# MEMORANDUM

**Date:** September 18, 2018

**To:** **See Distribution List**

**From:**



Statewide Mental Health Program  Division of Adult Institutions

California Correctional Health Care Services   California Correctional Health Care Services

**Subject:** **UPDATED MENTAL HEALTH CRISIS BED - REFERRAL, REFERRAL RESCISSION, AND DISCHARGE POLICY AND PROCEDURES**

This memorandum and the attached revised policies, provides guidance for custody and clinical staff regarding Mental Health Crisis Bed (MHCB) referral and transfer requirements. It also announces updates to the MHCB Referral, Referral Rescission, and Discharge policy (12.05.200) and procedures (12.05.200.P1) (Attached) and provides a summary of the policy and procedural changes for Mental Health staff. Staff shall reference the attached policy and procedures for specific requirements. These changes do **not** apply to Intermediate and Acute referrals.

To ensure compliance with MHCB transfer timelines and up to a maximum of ten day length of stay guidelines, the following policy updates have been made:

1. Medical clearance is no longer required, prior to patient transfer for MHCB referrals, unless a medical hold is present or there are concerns raised by any clinician during the referral period regarding a patient's ability to transfer safely.

    - Patients with **no** medical hold shall transport without medical clearance unless there are concerns raised by any clinician during the referral period regarding a patient's ability to transfer safely.

    - Patients with a medical hold will require an evaluation by a Primary Care Provider as part of the referral documentation. If it is determined a patient is unsafe to transfer, a medical hold will be ordered consistent with Inmate Medical Services Policies and Procedures 12.3.1, *Health Care Transfer Policy.*

- In such cases where a medical clearance is required, the Chief Executive Officer shall ensure the clearances are prioritized and completed within an hour of bed assignment.

2. A facility escalation process for delayed clinician to clinician contact has been added to address delays in obtaining MHCB transfer approvals.

3. To ensure admission as soon as possible and never to exceed the 24 hours mandated by the Mental Health Services Delivery System (MHSDS) Program Guide (2009 Revision), the following processes shall be followed:

   a. For external transfers (patients required to travel to another institution), it is expected that the patient will be in transit in sufficient time to allow the patient to be assigned a bed and housed in the MHCB within 24 hours. Institutions shall contact the Statewide Transportation Unit to check if there is a transport team available to transfer the patient. If a transport team is not available, the referring institution is required to provide their staff to conduct the transfer. However, for trips expected to exceed 10 hours round trip, institutions should arrange for their transportation teams to meet partway in order to reduce travel time. Institutions shall redirect staff and/or utilize overtime as necessary to ensure these timelines are met. Should custody overtime be required for MHCB transports, please ensure staff use the Psychiatric Transport Inmate (PTI) code in Telestaff for the proper tracking of these expenditures. It is understood that the redirection of staff to facilitate transports may result in yard and/or other program closures.

   b. Transfers within the same institution (internal transfers) shall occur within two hours of bed assignment. Institutions shall not delay facilitating movement to wait for medical clearance or clinician acceptance. Once the bed is assigned, custody staff shall escort the patient to the MHCB unit immediately.

   c. When patients are clinically discharged from crisis beds or inpatient beds, they shall be moved from the bed to their assigned institution in an expeditious manner to ensure bed availability for patients awaiting MHCB placement. Per the MHSDS Program Guide (2009 Revision), patients who have been clinically discharged from MHCB shall be transferred as soon as possible and not to exceed 72 hours. However, it is the expectation that patients transfer occur the following calendar day. Institutions shall contact the Statewide Transportation Unit to check if there is a transport team available to transfer the patient. If a transport team is not available, the referring institution is required to provide their staff to conduct the transfer. However, for trips expected to exceed 10 hours round trip, institutions should arrange for their transportation teams to meet partway in order to reduce travel time. Institutions shall redirect staff and/or utilize overtime as necessary to ensure these timelines are met. Should custody overtime be required for MHCB transports, please ensure staff use the Psychiatric Transport Inmate (PTI) code in Telestaff for the proper tracking of

these expenditures.  If no transport is required (internal transfer), the patient shall be returned to housing within two hours of clinical discharge.

- Clinical discharge means the primary clinician or treatment team has determined that a patient requires a different level of care and discharge orders are placed and the inmate/patient can be moved. There will be instances where time frames are not met due to extenuating circumstances such as the patient refusing to exit the cell and the de-escalation process commences, or inclement weather. When a patient refuses to vacate the cell, the institution clinical staff shall order a refusal order and document consistent with the attached policy and controlled use of force policy per Department Operations Manual, Section 51020.12. For all delays, the Classification and Parole Representative (C&PR) or designee shall document the information in the Case Notes section of the Strategic Offender Management System.

d. Patients that cannot be returned to their originating institution shall be referred to Health Care Placement Oversight Program for a "Re-Direct" endorsement. It is understood that these patients may not be moved in the time frames identified in section 4.c above.  The patient should be transported by the following calendar day.  If the patient is endorsed to the MHCB institution where currently housed, the patient shall be moved within two hours of endorsement notification.

e. Clinical staff shall communicate to custody staff immediately when patients are being discharged to eliminate unnecessary discharge delays. Staff shall not wait until all Interdisciplinary Treatment Teams (IDTT) are completed to communicate discharges. Discharge orders shall be written immediately upon discharge and verbal or email communication to designated custody staff shall occur immediately after each individual patient's discharge.

f. Existing policy requires correctional counselor participation in the IDTT process. When a patient is being discharged from an MHCB, the assigned counselor shall make contact with the C&PR's office, as well as the Watch Commander, and provide the CDCR number and name of the pending discharged patient to allow preparation for transport to begin. If counseling staff are not present during the IDTT, Mental Health staff shall make contact with the C&PR's office, as well as the Watch Commander, and provide the CDCR number and name of the pending discharged patient.  This communication may also allow multiple patients to be scheduled on a single transport.

g. Typically when patients are discharged from an MHCB or inpatient bed, the patient's "home" institution is responsible for picking up the patient upon discharge.  The expectation for institutions with 30 or more MHCBs or inpatient beds is that they should arrange for the delivery of the patient back to their home institution via Statewide Transportation or if unavailable, their own transportation teams. For trips expected to exceed 10 hours round trip,

# MEMORANDUM

institutions should arrange for their transportation teams to meet partway in order to reduce travel time. This will allow multiple patients to be placed on a transport and the bed to be vacated sooner and thus allow the bed to be backfilled expeditiously.   Institutions with 30 or more MHCBs include the following institutions:

- California Health Care Facility
- California Medical Facility
- Salinas Valley State Prison
- California Men's Colony
- California Institution for Men
- California State Prison, Sacramento

The following steps shall be taken to ensure patients are not typically retained past ten days without an Intermediate Care Facility (ICF) or Acute referral in place:

1. Start Discharge Planning, including a detailed Safety Plan, on day one of the MHCB stay.
2. Consider referring to a higher level of care at any time, if it is clinically warranted. This includes day one of MHCB placement.
3. Determine if the patient is likely to require further treatment at the MHCB level of care past seven days, and document the consultation within 72 hours of MHCB placement.
4. Do not wait until day ten to refer if either ICF or Acute level of care are warranted. Hold a special IDTT meeting as necessary to refer when clinically indicated.
5. Custody and Mental Health shall address any issues relative to safety concerns or secondary gain issues (e.g. property, bed moves, etc.) at the initial IDTT.  Any action should be documented in the Initial Treatment Plan, when a patient is admitted to MHCB for clinical issues that were exacerbated by Safety Reasons. The treatment team shall contact the sending facility's custody, nursing, medical or mental health staff to help address the patient's needs/concerns and avoid an unnecessary readmission.
6. Initiate the Penal Code (PC) 2602 if a patient meets criteria for a PC 2602, move up the hearing if possible, and if the patient transfers to a higher level of care, a phone testimony may be appropriate.
7. There will be rare exceptions where a length of stay beyond 10 days is justified and appropriate. Per the Mental Health Services Delivery System Program Guide (2009) when the treatment team believes a patient requires length of stay beyond 10 days, the Chief Psychiatrist or designee shall be provided justification and approve the extended stay. These extensions shall be rare and will be monitored. CDCR Headquarters Inpatient Referral Unit may also be utilized as a resource for consultation and discharge planning, and can be contacted at cdcrdchcsdmhreferupdate@cdcr.ca.gov.

The official implementation date of this memorandum and policy and procedures is October 15, 2018. Local Operating Procedures (LOP) shall be updated to reflect these changes no later than October 1, 2018.  Forward copies of the amended Local Operating Procedures to the following email address: CDCR_MHPolicyUnit@CDCR. For custody, transfer, or other

# MEMORANDUM

operational questions, contact the Mental Health Compliance Team at DAI-MHCompliance@cdcr.ca.gov.

To ensure staff awareness of these policy changes, Wardens and Chief Executive Officers shall ensure mandatory training on this memorandum and LOP is completed. In-Service Training Managers shall ensure all Correctional Counselors, C&PR/Assistant C&PR, Sergeants, Lieutenants, Captains, Associate Wardens and MHCB Clinical Staff receive On-the-Job Training on this memorandum and LOP. Wardens and CEO's shall ensure staff training is completed and submit a proof of practice memorandum to their respective mission's Associate Director by October 1, 2018.


Attachments

cc: ██████████████, Esq.
    ██████████████
    ██████████████
    ██████████, M.D.

Distribution List:
        ██████████████

        ████████████

        Associate Directors, Division of Adult Institutions

        Wardens

        ████████████
        ██████████████
        ████████████
        ██████████
        ████████████, Psy.D., MBA
        ████████████
        ██████████, Ph.D.
        ██████████, Ph.D.
        ████████████, Ph.D.
        ████████████. M.D.
        ██████████, M.D.
        ████████████, Psy.D.
        ██████████, Ph.D.
        ████████████, Ph.D.
        Regional Mental Health Administrators
        Regional Healthcare Executives
        Chief Executive Officers
        Chiefs of Mental Health

# MEMORANDUM



Correctional Counselors III, Reception Centers
Classification Staff Representatives
Classification and Parole Representatives

| VOLUME 12:<br>MENTAL HEALTH SERVICES | Effective Date: | October 15, 2018 |
|---|---|---|
| CHAPTER 05:<br>INPATIENT SERVICES | Revision Date(s): | |
| | Supersedes Memoranda<br>dated: | 9/8/2009; 5/23/02;<br>9/06/05;12/20/02 |
| 12.05.200<br>MENTAL HEALTH CRISIS BED- REFERRAL, REFERRAL<br>RESCISSION, AND DISCHARGE POLICY | Attachments: | Yes ☐ No ☒ |
| | Director<br>Approval: | |

**Policy**

A patient suffering from an acute, serious mental disorder resulting in serious functional disabilities or who is a danger to self or others as a consequence of a serious mental disorder shall be referred to a Mental Health Crisis Bed (MHCB). All patient placements into an MHCB shall require authorization from the Health Care Placement Oversight Program (HCPOP) prior to placement. This includes internal placements made by institutions with vacant MHCBs. All MHCB referrals shall be processed with urgency, shall leave the referring facility as soon as possible, and shall be completed within 24 hours.

### Transfer Delays

In some cases, a patient may refuse to transfer to an MHCB. If a patient refuses to transfer, clinical staff shall document the date and time the patient became unavailable to transfer, the reason for the delay, and the resolution date and time of the delay reason in the healthcare record. When transfer is delayed due to transfer to court or outside medical, follow up documentation shall occur immediately upon the patient's return, or on the date of expected return, whichever comes first.

Per existing policy, temporary departures shall be documented in the Strategic Offender Management System (SOMS).

If an MHCB is not available and a bed is occupied by a patient for medical reasons, the medical leadership at the referring institution, in consultation with Utilization Management, may direct the movement of the medical placement to an outside hospital or other appropriate medical placement.

All patients clinically discharged from an MHCB must be transferred as soon as possible and not to exceed 72 hours.

### Out to Court

During the referral process, if a patient is physically unavailable for transfer to an MHCB due to an order to appear in state or federal court, necessitating transfer out of the institution or to an institution nearest the court, HCPOP shall be notified immediately upon the patient's return to the California Department of Corrections and Rehabilitation (CDCR) and shall place the patient in the next available bed. The patient shall be transferred to the next available bed as expeditiously as possible.

### Out to Hospital and Medical Conditions

If a patient is out to hospital or on a medical hold due to a medical condition that cannot be treated at an MHCB and that is deemed more urgent than the mental health treatment

need at or after the time of the referral, the most urgent clinical needs shall be attended to first.

If the medical condition is deemed more urgent than the mental health treatment need, as determined by a joint team of medical and mental health clinicians, a medical hold shall be ordered in accordance with current policy. The relative urgency of the medical and mental health needs shall be continually monitored by the joint team, and mental health staff shall document the reasons that the medical need continues to outweigh the mental health need as dictated by the patient's condition. If resolution of the medical issue delays CDCR's ability to transfer the patient to the MHCB within the transfer timelines, upon clearance for transfer and acceptance to an MHCB, the patient shall be transferred to the next available bed as expeditiously as possible.

**Transfer Refusal**

If a patient refuses to transfer, every effort shall be made by the treating clinician to encourage the patient to vacate the cell voluntarily for transfer. The clinician responding to the patient's cell to discuss the refusal shall enter the *MHCB Refusal to Transfer* order in the electronic healthcare record immediately. When the patient vacates the cell for transport, the order shall be immediately discontinued. If the patient continues to refuse to vacate the cell within 48 hours and still requires inpatient care, the controlled Use of Force policy shall be initiated.

| | |
|---|---|
| **Purpose** | To ensure the effective management of statewide MHCB resources and ensure timely and equal access to care. |
| **Definitions** | **Transfer** – Starts at the day/time the patient's level of care is changed to MHCB (the patient is referred) within the healthcare record and ends upon arrival to the MHCB, according to the SOMS departure date/time. |
| | **Clinical Discharge** – When the primary clinician or treatment team determines that a patient requires a different level of care and discharge orders are placed and the patient can be moved. |
| **Compliance Indicators** | MHCBs operate 24 hours a day, seven days a week. To be in compliance with this policy, the following requirements shall be met: |

1.  HCPOP shall be contacted immediately and not to exceed one hour of clinical determination that a patient requires placement in an MHCB and/or prior to a patient's placement into alternative housing (MH Policy *12.05.301 Housing of Inmate-Patients Pending Mental Health Crisis Bed Transfer*).

2.  HCPOP shall determine bed availability and notify the referring clinician of the bed assignment.

3.  HCPOP shall monitor SOMS for vacant MHCBs. Patient movement out of an MHCB shall be entered into SOMS immediately and reflect physical transfer date and time.

4.  Upon receipt of the Clinical Director's or designee's approval to transfer the patient to the receiving institution's MHCB, the Chief of Mental Health or designee at the receiving institution shall complete the Acceptance Phase within the electronic healthcare record, which notifies the Classification and Parole Representative (C&PR) at the sending institution of acceptance and approval to transport.  Within one hour, the C&PR/Watch Commander at the sending institution shall ensure the C&PR/Watch Commander at the receiving institution is provided the notice of the acceptance and transfer. HCPOP and respective custodial staff (i.e., C&PR/Watch

Commander) are notified within one hour by the referring clinician or designee when a referral is rescinded (See Procedure *12.05.200.P2 Mental Health Crisis Bed: Rescinding a Referral*).

5.  All patients referred to an MHCB, who are being transferred, shall leave the referring institution for transport to the MHCB as soon as possible to ensure the patient is housed in the receiving MHCB within 24 hours.

**Compliance Indicators continued**

6.  All patients referred to an MHCB are admitted within 24 hours of referral to an MHCB unless the MHCB referral is rescinded. All failures to complete an MHCB transfer within 24 hours of the MHCB referral are reported by HCPOP to the Deputy Director, Statewide Mental Health Program via a daily MHCB transfer report. The institution and headquarters Quality Improvement Units shall monitor missed timeframes, review reasons for delays, and implement process improvement plans to address missed timelines.

7.  The treating clinician or designee shall immediately notify HCPOP of any MHCB clinical discharges that occur throughout the day. The treating clinician or designee shall immediately notify the respective C&PR or designee for placement determination of a patient discharged from MHCB.

8.  Patients are returned to the sending institution unless the sending institution is not designated to provide for their mental health level of care or unless the patient was placed on Clozapine and the sending institution is not a Clozapine institution.

9.  No patients are transferred, upon clinical discharge, to an institution that is not designated to provide for their mental health level of care.

10. Per the Mental Health Program Guide (2009) patients who have been clinically discharged from MHCB shall be transferred as soon as possible and not to exceed 72 hours. However, it is the expectation that patients transport shall occur the following calendar day. If no transport is required, the patient shall be returned to housing within two hours of clinical discharge.

Patients that cannot be returned to their originating institution shall be referred to HCPOP for a "Re-Direct" endorsement. The transport should occur by the following calendar day. If the patient is endorsed to the MHCB institution where currently housed, the patient shall be moved to the endorsed housing within two hours of endorsement notification.

11. A local operating procedure, consistent with all requirements of the statewide MHCB Referral, Referral Rescission, and Discharge policy and procedure, shall be developed.

**Retaining Beds for MHCB Cases**

Staff shall retain a patient bed/cell for a minimum of ten days if the patient is moved/transferred to an MHCB. This applies to intra-institutional moves as well as inter-institutional transfers.

**References**

California Code of Regulations (CCR) Title 22, Section 79789. Patient Transfers, licensing standards provide that a patient shall not be transferred unless and until the receiving facility has consented to accept the patient. Specifically, the CCR provides, in part, that no patient shall be transferred, or discharged for purposes of transferring, unless arrangements have been made in advance for admission to a health facility.

Division of Correctional Health Care Services, *Mental Health Services Delivery System Program Guide,* Rev, 2009, Chapter 5, "Mental Health Crisis Bed."

Department Operations Manual, Section 62080.17. Emergency Medical Transfers.

Department Operations Manual, Section 51020.12. Controlled Use of Force General Requirements.

September 8, 2009, *Procedures for Transfer of Inmate-Patients After Discharge from Mental Health Crisis Bed and Department of Mental Health Treatment.*

June 17, 2008, *Primary and Alternate Hub Designations for Placement of Inmates who Require Administrative Segregation Placement and Mental Health Services.*

December 20, 2002, *Retaining Beds for Mental Health Crisis Bed and Outpatient Housing Unit Cases,*

October 9, 2013 MH Policy 12.05.301 *Housing of Inmate-Patients Pending Mental Health Crisis Bed Transfer.*

Inmate Medical Services Policies and Procedures (IMSP&P), Volume 4, Chapters 29, Medical Classification System Policy, and 29.1, Medical Classification System Procedure

**Questions**    If you have any questions or need any additional information related to this policy, you may contact the policy unit via e-mail at:  CDCR MHPolicyUnit@CDCR.

| VOLUME 12:<br>MENTAL HEALTH SERVICES | Effective Date: | October 15, 2018 |
|---|---|---|
| CHAPTER 05:<br>INPATIENT SERVICES | Revision<br>Date(s): | |
| | Supersedes: | |
| PROCEDURE 12.05.200.P1:<br>MENTAL HEALTH CRISIS BED: REFERRAL PROCEDURE | Attachments: | Yes☐ No☒ |

**12.05.200.P1**   Mental Health Crisis Bed: Referral Procedure

**Discussion**   This document describes the steps required for submitting a Mental Health Crisis Bed (MHCB) referral.

Throughout the referral process, the referring clinician, receiving Clinical Director, and referring and receiving Classification and Parole Representatives (C&PR)/Watch Commanders communicate with each other to ensure all health care, classification, and transportation issues are addressed.

| STEP | PROCESS |
|---|---|
| 1 | A referring clinician or interdisciplinary treatment team determines a patient requires MHCB level of care (LOC). |
| | - Referring clinician: Completes the consult appointment, according to the healthcare record workflow, the orders, and documentation required for admission to Mental Health Crisis Bed (Policy 12.05.601, *Documentation Required for Referral to Mental Health Crisis Bed*). |
| | - For physician on call evaluations, the orders and referral documentation may be completed the following morning; however, the Health Care Placement Oversight Program notification noted in step three (3) must be completed at the time of evaluation. |
| 2 | Patients with **no** medical hold shall transport without medical clearance, with the following exception: |
| | - Concerns are raised by any clinician during the referral period regarding a patient's ability to transfer safely. |
| | This exception will require an evaluation by a Primary Care Provider as part of the referral documentation. If it is determined a patient is unsafe to transfer, a medical hold will be ordered consistent with IMSP&P 12.3.1, *Health Care Transfer Policy*. |
| | - In such cases where a medical clearance is required, the Chief Executive Officer shall ensure that the clearances are prioritized and completed within an hour of bed assignment. |
| 3 | **The referring clinician:** |
| | - Contacts HCPOP within one hour of clinical determination that a patient requires placement in an MHCB and prior to placement in alternative housing. |

in conjunction with custodial staff, consults policy 12.05.801, *Housing of Patients Pending Mental Health Crisis Bed Transfer,* when the patient requires alternative housing pending transfer to an MHCB.

- Completes the Referring Admin Phase of the MHCB PowerPlan within the electronic healthcare record.

- Ensures all referral documentation in accordance with MH Policy 12.05.601, *Documentation Required for Referral to Mental Health Crisis Bed is completed.*

**HCPOP**:

- Places the patient on the MHCB pending list upon notification of referral.

- Locates and secures an MHCB for the patient in the following order: MHCB availability at referring institution, within region, or adjacent region. No patient is placed ahead of another (without Mental Health Regional Administrator [MHRA] approval) with the caveat that HCPOP is expected to take time and distance into consideration.  HCPOP uses discretion to balance placements in order to use MHCBs as efficiently as possible based on the overall needs of the Department.

- Directs the receiving MHCB Clinical Director or designee to hold the available MHCB.

- Upon chronological review of the MHCB pending list, immediately contacts the referring clinician or designee with the MHCB bed location and provides the receiving MHCB clinical staff contact information once a vacant MHCB is located.

MHCB Referral With Subsequent Order To Appear

1. If in close proximity to the court, MHRA approval to retain at current institution and/or approval to place at the "top" of the list shall be obtained by the institution's Mental Health (MH) leadership.  HCPOP shall be informed of the approval by the MHRA.  If an MHCB becomes available, HCPOP shall assign immediately or place the patient in a vacant bed once the patient reaches the top of the list.

2. If not in close proximity to the court, the referring institution's MH leadership shall request approval from their MHRA and the MHRA for the receiving institution in closer proximity to the court to facilitate the court appearance. HCPOP shall be informed upon Regional approvals and assign an MHCB accordingly.

MHCB Referral And Subsequent Order to Appear After Being Placed in an MHCB

1. If in close proximity to the court, the patient shall be retained at the local institution.  The MHCB pending list will be back filled to further alleviate waitlist.

2. If not in close proximity to the court, the institution's MH leadership shall request approval from their MHRA and the MHRA for the receiving institution in closer proximity to the court to facilitate the court appearance.

MHCB Referred Patient Return From OTC

- HCPOP shall be informed of all retuning MHCB patients by the receiving institution via the referral process.  HCPOP shall assign the patient to the next available bed.

| 4 | **Clinician to Clinician Contact** |
|---|---|

Shall be initiated between the referring and receiving institutions. Each institution shall institute a local operating procedure in which the institution's Chief of Mental Health, and then the Chief Executive Officer, is engaged when clinician to clinician contact is delayed more than 30 minutes. In all cases, clinician to clinician contact shall occur within one hour of bed assignment notification. Once clinician to clinician contact has been completed, the

receiving clinician should mark the MHP clinician-to-clinician order as complete in the healthcare record within the Acceptance Phase of the MHCB PowerPlan.

- **Referring Clinician**: Upon notification by HCPOP of bed availability, the referring clinician immediately calls the receiving Clinical Director or designee. The call must be completed immediately and never to exceed one hour of bed assignment.

- **Receiving Clinical Director or designee**: Immediately upon notice of bed assignment and not to exceed one hour after referral receipt, the receiving clinician reviews the referral information in the health care record, conducts the pre-admission screening to determine if the patient is appropriate for MHCB placement, and completes the Acceptance Phase of the MHCB PowerPlan in the electronic health care record.

| 5 | The following table describes the steps required based on the pre-admission review by the receiving Clinical Director or designee. |
|---|---|

| If the patient is ... | then ... |
|---|---|
| Accepted* | **Chief of Mental Health or Designee at the Receiving Institution:**<br><br>1. Completes the Acceptance Phase of the MHCB PowerPlan in the electronic health care record.<br><br>**Chief of Mental Health or Designee at the Sending Institution:**<br><br>1. Ensures the sending C&PR/Watch Commander received the acceptance.<br><br>2. If the Acceptance Phase of the MHCB PowerPlan has not been initiated within one hour of HCPOP notice of bed assignment, the Chief Executive Officer at the referring institution will contact the Chief Executive Officer at the receiving facility to secure admission approval. |
| Denied; however, the referring clinician believes the clinical need for transfer remains | The case shall be referred to the MHRA for resolution. If an agreement cannot be reached, the patient shall be admitted and evaluated. |
| Denied and clinician does not believe the need for transfer remains | Patient is not transferred. Referral is rescinded; HCPOP is notified of rescinded referral (refer to Chapter 05: Inpatient Services, Procedure 12.05.200-P2, *Rescinding a Referral*) immediately, but not to exceed one hour after the decision to rescind. |

**\*Note:** Before the patient can be admitted, the receiving inpatient clinician orders acceptance (California Code of Regulations (CCR) Title 22, Section 79743) by completing the Acceptance Phase of the MHCB PowerPlan or provides just cause for the denial.

| 6 | The patient is transferred to an MHCB within 24 hours of referral. Please note: transfer timelines start at the time of MHCB referral (Mental Health Identifier change to MHCB) and ends when the patient has arrived at the receiving MHCB and the bed is assigned in the Strategic Offender Management System. |
|---|---|

**Referring clinical staff**: Contacts HCPOP immediately if any barriers to the transfer process are identified.

- **Receiving clinical staff**: Completes the required evaluations according to the *Mental Health Services Delivery System Program Guide*.

- **Referring clinical staff**: If applicable, notifies HCPOP and the MHRA as soon as possible, but no later than the next business day, of the specific reason(s) which delayed the transfer of a patient to the MHCB institution within 24 hours of referral.

- If transfer is delayed due to patient refusal, the clinician responding to the patient's cell to discuss the refusal shall enter the *MHCB Refusal to Transfer* order in the healthcare record immediately. When the patient vacates the cell for transport, the order shall be immediately discontinued.

| **VOLUME 12:** MENTAL HEALTH SERVICES | | **Effective Date:** | October 15, 2018 |
|---|---|---|---|
| **CHAPTER 05:** INPATIENT SERVICES | | Revision Date(s): | |
| | | **Supersedes Policy:** | August 2014 |
| **POLICY 12.05.601** DOCUMENTATION REQUIRED FOR REFERRAL TO MENTAL HEALTH CRISIS BED | | Attachments: | Yes ☐ No ☒ |
| | | Director Approval: | |

**Policy**

For all Mental Health Crisis Bed (MHCB) referrals, the referring/sending institution shall complete the required documentation and orders as described in this policy.

**Purpose**

To standardize MHCB referral documentation; clarify the expectations between the sending and receiving institutions; improve the efficiency in generating the documentation to provide timely access to care; and ensure that the receiving MHCB staff has the necessary information to admit the patient.

**Discussion**

Prior to acceptance into an MHCB, the referring/sending institution's mental health staff shall complete the required documentation and orders. While the receiving MHCB staff may request additional documentation beyond what is required, the only documentation and orders required for the referral and acceptance into the MHCB are listed in this policy. Each document shall be dated within the specified period of time indicated for the purpose of the MHCB referral documentation.

**Compliance Indicators**

To be in compliance with this policy, the following orders and documentation are required:

1. Referral to MHCB: initiated by the "MH Place In" order (using the default order sentence) in the Referring Admin phase of the MHCB PowerPlan.

2. "MH Notify HCPOP Send" order: initiated and signed upon initiation of the Referring Admin phase of the MHCB PowerPlan.

3. "128C-3" order (*Medical Classification order*): per the medical classification policy (Inmate Medical Services Policies and Procedures (IMSP&P), Volume 4, Chapters 29, Medical Classification System Policy, and 29.1, Medical Classification System Procedure).

4. "Consult to Primary Care Provider" order: requests the "MH Medically Stable for Transport" review by medical personnel for patients on medical hold only.

5. "MH Medically Stable for Transport" order: only patients with a medical hold will require an evaluation by a psychiatrist, who has competence in performing medical assessments, or primary care physician, must check either "Yes or No" and select the appropriate transport needs (required fields) with a corresponding progress note dated within 48 hours of the documented date of referral.

6. Dynamic Documentation Notes – *Interdisciplinary Notes* (Including but not limited to PC 2602 history) associated with healthcare appointments dated

within seven (7) days of the documented date of referral.

7. "Mental Health Primary Clinician (MHPC) Initial Assessment":

- If an "MHPC Initial Assessment" was completed more than seven (7) days prior to referral, no update of the "MHPC Initial Assessment" is required.

- If an "MHPC Initial Assessment" is not available or the most recent document is available but is not complete or accurate, a full "MHPC Initial Assessment" must be completed by the referring clinician or the Primary Clinician at the time of referral.

8. "Suicide Risk Assessment and Self-harm Evaluation" (SRASHE): dated within seven (7) days of the documented date of referral.

- The referring clinician is to complete the SRASHE if the patient is referred for suicidal ideation, a suicide attempt, or any type of self-harm.

- The receiving team may, upon clinical discretion, complete the SRASHE if the patient is referred for any other reason.

9. "Acceptance" phase of the MHCB PowerPlan initiated and signed which includes the "MH Admit to", "MH Clinician to Clinician Contact", and the "MH Notify C&PR" Orders.

**References**    Inmate Medical Services Policies and Procedures (IMSP&P), Volume 4, Chapters 29, Medical Classification System Policy, and 29.1, Medical Classification System Procedure

Division of Health Care Services (DHCS), Mental Health Services Delivery System (MHSDS) Program Guide, 2009 Revision, Chapter 5, Mental Health Crisis Bed, p. 12-5-11.

**Questions**    If you have any questions or need any additional information related to this policy, you may contact the policy unit via e-mail at: CDCR MHPolicyUnit@CDCR

# EXHIBIT HHH
# (2018-09-19-report)

Psychiatry QM

Timely Psychiatry Contacts – measured in weeks, only checked once a week on Sunday, clock resets when patient transfers, physician orders for follow-ups prior to maximum time per program guide are often ignored (especially if the patient transfers institutions).

Routine

Initial

After transfer

After leaving MHCB/PIP

Medication non-compliance – these appointments are only measured if the physician puts in a scheduling order for a medication non-compliance appointment. The appointments that are ordered are *far* more likely to be completed. To accurately capture the percentage of medication non-compliance appointments that are occurring when they should, the denominator needs to be the number of patients who are flagged as medication non-compliant, and the numerator needs to be the number of medication non-compliant patients who are seen within the specified program guide timeframe.

Timely MH Referrals: Denominator = Number of Routine, Urgent, Emergent, Med Refusal, and RVR MHA referrals that either came due or were completed during the reporting period. Due dates determined using the timeframes delineated in the Compliance Rules grid.. This has the same problem as the appointments for medication non-compliance – the denominator is only capturing the referrals that were ordered, not all of the referrals that occurred. Unlike medication non-compliance appointments, there is not an easy way to make the denominator more accurate. Per the CLAC workflows for MH Consults, the staff member who wants the referral is supposed to put in an order (or submit an MH-5 if they do not have EHRS access), and then call the provider if it is an urgent or emergent consult. The scheduler is then supposed to schedule the consult in a timely fashion. If this always occurred, the denominator would be accurate, and the issue would then become the numerator (since it would be measuring the completed consults, which means the psychiatrist would have to have EHRS access, which is not possible outside of business hours), but there are clearly many consults occurring without an order.

Emergent consult

Urgent consult

Routine consult

Psychiatrist continuity of care: "Percentage of psychiatrist contacts seen by the most frequent provider." Denominator = All psychiatry contacts seen in person during the 5 months before the start of the reporting period through the end of the reporting period (6 months total) for any patient who has been EOP in the same housing program at the same institution, without interruption, for the past six months.

Confidential vs. Non-confidential – this is not an indicator, but it is important to note that the check out screen defaults to confidential, so unless a psychiatrist knows how to change it to Non-confidential, and they take the time to change it, all appointments will be recorded as confidential.

Appointments seen as scheduled – The denominator is "All scheduled appointments", and the numerator is "All appointments from the denominator that were completed as seen", but this may not be the case. The percentage for Appointments seen as scheduled is surprisingly high, and the drill down for this indicator only shows appointments that were Seen, Cancelled due to ProviderUnavailable, Cancelled due to ModifiedProgram, or Cancelled due to TechnicalDifficulties. It is unclear why IP Refusals, No Shows, and other cancelled appointments do not appear here.

Encounters Per Psychiatrist (on the Dashboard) – "Average number of patient encounters completed per psychiatrist per workday. Excludes encounters completed by Chief Psychiatrist." This number is extremely low, and doesn't match what we see in the field. Kevin said he has had meetings with Mike Selby and others to fix this indicator, because it is obviously inaccurate, but no changes have been implemented yet.

Non-Formulary by Psychiatrist

Diagnostic Monitoring: "Percentage of patients prescribed select high risk medications who received appropriate diagnostic monitoring consistent with clinical guidelines. This measure is a composite of 29 measures that assess whether patients on medications that meet specified high risk criteria are receiving appropriate monitoring. Data sources: Electronic Unit Health Record, Guardian Pharmacy Database, Quest Diagnostics Laboratory Database, Strategic Offender Management System. The number displayed at each institution each month is the number of measurements (usually 4 or 5). *Need to investigate further to see how many patients are included.*

<u>Under Data Entry Indicators:</u>

Continuity of Meds 1) Upon Arrival at RCs; 2) Upon Inter-Institutional Transfer at R&R; 3) with Intra-Institutional Transfers to ASU/SHU/PSU; 4) Discharge/Transfer from a Community Hospital and/or DSH; 5) Mental Health Crisis Bed (MHCB) Transfers; 6) Continuity of NA/DOT Meds with Intra-Institutional Transfers (Excluding ASU/SHU/PSU)

Diagnostic Monitoring

Diagnostic Monitoring Antidepressants

Diagnostic Monitoring Antipsychotics

Diagnostic Monitoring Clozapine

Diagnostic Monitoring Mood Stabilizers

Diagnostic Monitoring QT Prolongation EKG 12 Months

IDTTs in which psychiatry intake evals were completed prior to initial

MAPIP M12: Non-Adherence PC2602 Meds

MAPIP Medication Administration

MAPIP Medication Continuity-Transfer

Medication Admin: Chronic Care Medications Historical Administration (Psychiatrist)

Medication Admin: Outpatient Provider New Medication Orders (Psychiatrist)

Medication Compliance with PC 2602, Involuntary Meds: Court Order

Medication Compliance with PC 2602, Involuntary Meds: Med Order

Polypharmacy Medication Review

There is an indicator for "Group treatment in a confidential setting", but not for psychiatry appointment in a confidential setting.