# EXHIBIT III

Golding, Michael@CDCR

| | |
|---|---|
| From: | Golding, Michael@CDCR |
| Sent: | Monday, December 18, 2017 7:34 PM |
| To: | @CDCR |
| Cc: | @CDCR;            @CDCR;            @CDCR; |
| | @CDCR |
| Subject: | TTA.docx |
| Attachments: | RCA.docx |

HI,

I received a long analysis of an RCA done on patient ████████████ by Dr. ████████ the ████████████ at CIW. The patient enucleated her left eye after 4-hours of documented "screaming" and "yelling" in a psychotic state, while in a cell in the CIW TTA. Orders had been written for a licensed MHCB admission, but the beds were full and so the patient could not be housed there.

Obviously you can feel free to read the entire attached document or not. My very brief and therefore very incomplete summary of the problems she mentions is as follows.

1. **The psychologist did not contact the psychiatrist on admission:** A psychologist was admitting a patient who was documented to be psychotic and screaming for hours and the psychologist did not feel it necessary to call the psychiatrist during the admission process.

   a. **Psychologist thought the patient would not take meds:** According to the ████████ the admitting psychologist said to her that the reason he did not call the psychiatrist is that he did not think the patient would take meds. If true, that suggests that the psychologist made a determination about whether a 2602 (forced med order from the court which can allow immediate forced mediation administration) should be utilized. Determinations about whether medications or forced medications were needed should have been made by the psychiatrist.

   b. **Psychologist Culture at CIW is biased against calling psychiatrists for sick patients:** According to Dr. ████████, the CTC psychiatrist Dr. ████████ stated that he has not been contacted by the psychologists who are admitting patients (even once in the last two years.) If true, CIW culture does not encourage psychologist to contact psychiatrists who may need medications when admitting psychiatric patients in need of hospitalization, including screaming psychotic patients who can then enucleate their eye. It should be stated that nurses will call the psychiatrist to review medications once the patient is already housed and admitted, but that process occurs too late to be useful when there is acuity.

2. **Root Cause Analysis Excluded Psychiatrist Opinions:** There were no psychiatrists other than Dr. ████ involved with creating the key "Fishbone" part of the RCA document. But Dr. ████ and virtually all psychiatrists who have subsequently reviewed the case at HQ suggested that there was clear indication for emergency psychiatric medications. Dr. ████ wanted to include in the RCA the medical indication for psychiatric medications in a patient in that state and therefore the need for the psychiatrist to have been contacted to make sure the patient got the medications.

   a. **Any psychiatrist's opinion about need for emergency psychiatric medications was not utilized:** Dr. ████ includes an email from the local Senior Psychologist who lead the RCA committee stating that an HQ psychologist helped edit the RCA. Dr. ████ medical opinion that patients like this should be given forced medications was overruled by non-medical personnel with no apparent knowledge about how to make these determinations.

   b. **Statewide Chief Psychiatrist Could Not Intervene:** When Dr. ████ contacted me, I tried to intervene with non-medical HQ representatives to add that I agreed that there was a clear indication for emergency psychiatric medications and therefore forced medications. I therefore suggested that the psychologist should have called the psychiatrist in that emergency situation to help the patient. My suggestion was not utilized, either.

    c.  Policy indicates the psychiatrist should be contacted: Vol 13 Chapter 6 states, "Admitting Psychologists must contact a Psychiatrist for completion of admission process."

3.  A sampling of other concerns of Dr. ▮▮▮▮

    a.  Lack of admitting privileges of ▮▮ the psychologist: The psychologist doing the admission did not have admitting privileges.

    b.  Failure to Train on Policy: Psychologists are not trained on 2C above

    c.  Confusion in roles: There is confusion between psychologists and psychiatrists (psychologists were ordering urine tox screens in crisis beds [I think against the law], the psychologist who did the admit is listed on the CTC census form as the admitting *physician*.)

    d.  The event was not reported to MHCB licensing: The patient was ordered (medical order by a psychologist) to have a licensed admission. Since there was an inability to follow that order because of no licensed beds, it was thought that the adverse event that then occurred (in the less safe, unlicensed condition) did not need to be reported to licensing. Dr. Sepah was concerned that the absence of an ability to provide the mandated licensed (safer) conditions should not have been protection against having to report an unsafe event. The psychologist running the RCA committee was concerned that reporting the event to licensing "could adversely affect our relationship with licensing or conflict with some policy or directive from HQ." Dr. ▮▮▮▮ seemed to be aware that whether the event should be reported to licensing or not was a legal decision.

I am not sure what can be done at this point. I happen to agree and other HQ psychiatrists agree (as well) that  given the documentation available, that psychiatric medications were indicated and that therefore the psychologist should have called the psychiatrist. The fact that the psychologist who did the admission and those writing the RCA did not think it necessary to include the absence of acute medications as a root cause of the problem also suggests that the psychologists did not think medications in that scenario were relevant. The fact that the psychologists, doing hospital admissions at CIW, have not called the CTC  psychiatrist for two years during an admission (or at least do not call psychiatrist's much during admissions), suggests that they do not believe medical consultation is needed when admitting mentally ill patients who are acutely ill.

Even in retrospect, the opinion of the only medical professional on the RCA committee who understands indications for psychiatric medications (the Institutional Chief Psychiatrist) was ignored. Also interestingly, the opinion of an outside reviewer (the Statewide Chief Psychiatrist [this commentator]) was ignored about the need for psychiatric medications. These issues suggest substantial cultural problems at CIW with enabling patients to be helped to utilize medical/psychiatric interventions.

I know that Dr. ▮▮▮ is leaving that institution for many reasons, but also because she is concerned about the ability of psychiatrist to be allowed to help determine care for mentally ill patients in her institution. Psychologists who will not allow a psychiatrist to state and record in an RCA that a medication was needed acutely (after a devastating event) and who did not call the psychiatrist for help before the event suggest that at least some of her observations are accurate.

Best,
Michael

2

7/26/18  9:48  ①

**Golding, Michael@CDCR**

Subject:                FW: Z9 Patient follow- ups and possible MHCB referrals

From: ▮▮▮▮▮@CDCR
Sent: Thursday, July 26, 2018 9:48 AM
To: ▮▮▮▮▮@cdcr.ca.gov>
Cc: ▮▮▮▮@CDCR < ▮▮▮▮@cdcr.ca.gov>
Subject: Re: Z9 Patient follow- ups and possible MHCB referrals

I forwarded your email to Dr. ▮▮▮.

From: ▮▮▮▮▮
Sent: Wednesday, July 25, 2018 4:45:05 PM
To: ▮▮▮▮@CDCR
Cc: ▮▮▮▮@CDCR
Subject: RE: Z9 Patient follow- ups and possible MHCB referrals

Again, my advice is for him to go immediately to crisis bed for safety and stabilization. It is possible he might be a
candidate for emergent PC2602 and this can only be done in crisis bed. I will make a note in the chart to this effect.

From: ▮▮▮▮@CDCR
Sent: Wednesday, July 25, 2018 4:38 PM
To: ▮▮▮▮▮@cdcr.ca.gov>
Cc: ▮▮▮▮@CDCR < ▮▮▮▮@cdcr.ca.gov>
Subject: Re: Z9 Patient follow- ups and possible MHCB referrals

Yes, I agree but they said no. Instead, they said he wants a change in housing and should remain in ASU. He
has been off all week.   I have been encouraging him to take his medications.

From: ▮▮▮▮▮
Sent: Wednesday, July 25, 2018 4:34:17 PM
To: ▮▮▮▮@CDCR
Cc: ▮▮▮▮@CDCR
Subject: RE: Z9 Patient follow- ups and possible MHCB referrals

If he is increasingly symptomatic, non-compliant, and suicidal, it is highly advisable that he be stabilized in crisis bed.

From: ▮▮▮▮@CDCR
Sent: Wednesday, July 25, 2018 3:59 PM
To: ▮▮▮▮@cdcr.ca.gov>
Subject: Re: Z9 Patient follow- ups and possible MHCB referrals

You are welcome, but per the PT, he has not been taking the medication and instead throws them down the
sink. He also admitted that he has not been taking the medication. For the past few days he has been off -
increasingly irritable and verbalizing SI. He was referred to MHCB and was not admitted or seen by
psychiatry.

1



07/25/2018 Psychiatry Note: ███████ was on my schedule today as an emergent consult from psychology. The consult stated that pt was "currently medication non-compliant with increasing mood symptoms - irritability, talkative, depressive symptoms." There was no mention of suicidal ideation. I checked the chart and saw that I had seen the pt on 7/12/2018 and medication compliance was an issue, we discussed it, and he agreed to take his medication. I then checked the MAR, which showed that he had been taking his medication. I informed the psychologist (Dr. ███████ of this, but she then stated that the pt had been throwing his medication down the sink and was verbalizing suicidal ideation and had been referred to Crisis Bed but was not admitted. I informed her that this pt needed to be sent immediately to Crisis Bed for safety, stabilization and consideration for an emergent PC2602, which cannot be accomplished on ASU.

| | |
|---|---|
| **Result type:** | MHMD Progress Note |
| **Result date:** | July 25, 2018 17:23 PDT |
| **Result status:** | Auth (Verified) |
| **Result title:** | Free Text Note |
| **Performed by:** | ███████ Psychiatrist on July 25, 2018 17:37 PDT |
| **Verified by:** | ███████ Psychiatrist on July 25, 2018 17:37 PDT |

**Encounter info:** 10000001512165983BC1958, SVSP, Institutional Encounter, 06/12/18 - 08/02/18

hank you.

②

From: ▓▓▓▓▓
Sent: Wednesday, July 25, 2018 3:49:22 PM
To: ▓▓▓▓▓ @CDCR
Subject: RE: Z9 Patient follow- ups and possible MHCB referrals

Hi ▓▓▓ Thank you for this info! I also want to let you know that I did not see ▓▓▓▓▓▓▓▓▓▓ an urgent consult you requested because of medication non-compliance and increased mood symptoms. I saw this IP on 7/12; med compliance was an issue at that time, but we discussed this issue, he agreed to be compliant, and in looking at his MAR, he has been compliant for at least the last several days.

▓▓▓

From: ▓▓▓▓▓ @CDCR
Sent: Tuesday, July 24, 2018 9:13 AM
To: ▓▓▓▓▓ @cdcr.ca.gov>
Subject: Fw: Z9 Patient follow- ups and possible MHCB referrals

FYI

From: ▓▓▓▓▓ @CDCR
Sent: Tuesday, July 24, 2018 9:09 AM
To: ▓▓▓▓▓ @CDCR; ▓▓▓▓▓ @CDCR
Cc: ▓▓▓▓▓ @CDCR; ▓▓▓▓▓ @CDCR; ▓▓▓▓▓ @CDCR; ▓▓▓▓▓
@CDCR
Subject: RE: Z9 Patient follow- ups and possible MHCB referrals

▓▓▓ has been unclear about his motivation for the hunger strike. We recently put him in CCCMS because we thought this was part of it. Would the assigned clinician please carefully try to figure out what's motivating this behavior? Not just his speech, but what his behavior is telling us?

From: ▓▓▓▓▓ @CDCR
Sent: Tuesday, July 24, 2018 8:52 AM
To: ▓▓▓▓▓ @CDCR < ▓▓▓▓▓ @cdcr.ca.gov>
Cc: ▓▓▓▓▓ @CDCR < ▓▓▓▓▓ @cdcr.ca.gov>; ▓▓▓▓▓ @CDCR < ▓▓▓▓▓ @cdcr.ca.gov>;
▓▓▓ @CDCR < ▓▓▓▓▓ @cdcr.ca.gov>; ▓▓▓▓▓ @CDCR < ▓▓▓▓▓ @cdcr.ca.gov>;
< ▓▓▓▓▓ @cdcr.ca.gov>; ▓▓▓▓▓ @CDCR < ▓▓▓▓▓ @cdcr.ca.gov>; ▓▓▓▓▓ @CDCR
< ▓▓▓▓▓ @cdcr.ca.gov>
Subject: Re: Z9 Patient follow- ups and possible MHCB referrals

Hope you feel better Dr ▓▓▓

Sent from my iPhone

On Jul 24, 2018, at 8:26 AM, ▓▓▓▓▓ @CDCR < ▓▓▓▓▓ @cdcr.ca.gov> wrote:

Unfortunately, i am not feeling well today and will not be coming in to work. I will be monitoring my email periodically. There are two patients that require follow-up and possible intervention today. One of them is ▓▓▓, according to Captain ▓▓▓, he has missed 44

2

meals. Custody staff told us yesterday that it was just a couple of days, apparently this was not accurate. He is refusing to cooperate with medical and has not been evaluated. A referral to MHCB needs to be considered. He is reportedly doing this in an attempt to commit suicide and is not demanding anything.

The other patient is ▉▉▉▉ One of the PTs is reporting that he is dehydrated and appears to be gravely disabled. This is also different than what was reported during morning huddle yesterday. Custody had reported that he was refusing medical care at CTC with the intent of going to an outside hospital. There was no mention of behavior that would suggest grave disability. His clinician needs to follow-up with this today. If, it does appear that he is gravely disabled, a referred to MHCB would be necessary.

*asks EHRS data-base access*

**Golding, Michael@CDCR**

From: Golding, Michael@CDCR
Sent: Tuesday, October 24, 2017 5:18 PM
To: ▓▓▓▓▓@CDCR
Subject: FW: Follow up on Psychiatry SQL Tracking Request
Attachments: CHCF PIP Psychiatry Audit

*Documents*
*RNO access*
*to Data fcr*
*EHRS*

Hi ▓▓▓▓

▓▓▓▓ requests access to the below highlighted information from Dr. ▓▓▓▓ in order to address issues that Dr. ▓▓▓▓ raised with me today about the productivity of well-paid registry psychiatrists.

This is his "Short-Term" request, the details of which are listed in the highlighted information below. In a different situation, ▓▓▓▓ also asked to receive this type of information in June and ▓▓▓▓ had said that ▓▓▓▓ would be allowed to access the data then. Unfortunately it has not been made available. In a third situation, ▓▓▓▓ made a request of ▓▓▓▓ to audit the CHCF PIP (information not made available again).The information was not provided..

▓▓▓▓ really should be able to directly query the data base itself to monitor psychiatric trends, which is his long-term request.

Would you be able to ask Dr. ▓▓▓▓ and those who control this database to honor our short term and long term request so we can answer the questions you and ▓▓▓▓ have repeatedly asked us?

Best,
Michael


▓▓▓▓ said:
- Short Term
  o To address the concerns at a certain institution, I need to know the scheduling information for certain psychiatrists, PLUS the above highlighted data
- Long Term
  o Free, unfettered, direct access to query the data base myself to determine Psychiatry trends to improve both the patient and end user experience

The ask at that time was to have data access to know what work-product Psychiatrists are producing, and not relying on what they said they did through scheduling responses. Specifically, I needed to know and need to know for ▓▓▓▓ current request:

- Orders fired
- Reconciliations done
- Documents signed
- Powerplans ordered
- Medications ordered
- Messages responded to in Message Center

1

Michael Golding, M.D.
Statewide Chief Psychiatrist
Mental Health Support Program
California Department of Corrections and Rehabilitation

Phone: 916.662.6541
Email: michael.golding@cdcr.ca.gov



**Save Our Water**

Learn easy ways to save water
during California's drought at
SaveOurWater.com

From: ▮▮▮▮▮@CDCR
Sent: Tuesday, October 24, 2017 4:53 PM
To: Golding, Michael@CDCR
Subject: FW: Follow up on Psychiatry SQL Tracking Request

Hi Michael,

Back in June, ▮▮▮ was kind enough to be in a meeting with ▮▮▮▮▮▮▮▮▮▮▮ and myself. The purpose of the meeting was to get task-based Psychiatry performance data, not scheduling data. I wanted to make sure we were not duplicating our former paper system where someone indicated they "saw a patient", yet there is no documentation or orders to prove that occurred. As you know, unfortunately, we simply made that inaccurate and uninformative paper tracking system electronic with the EHRS.

The ask at that time was to have data access to know what work-product Psychiatrists are producing, and not to rely just on what the psychiatrists said they did (i.e. their scheduling response.) Specifically, I needed to know then and I need to know now the below items These items are relevant even today to answer a question that ▮▮▮ asked concerning the productivity of well-paid registry psychiatrists at Corcoran.

- Orders fired
- Reconciliations done
- Documents signed
- Powerplans ordered
- Medications ordered
- Messages responded to in Message Center

(All of the above broken down by provider, date and time, so that afterhours work could be assessed as well.)

I requested information a second time after ▮▮ requested ▮▮▮▮▮ and I go to CHCF PIP for an audit.  That information unfortunately was not delivered either (see attached). Your request Michael is our third attempt to get this information.

I have a short term and long term request:

- Short Term
  - To address the concerns at a certain institution, I need to know the scheduling information for certain psychiatrists, PLUS the above highlighted data

- Long Term
  - Free, unfettered, direct access to query the data base myself to determine Psychiatry trends to improve both the patient and end user experience

Thanks Michael. We will get to the bottom of things and find accurate and true information.



████████ M.D.
Senior Psychiatrist, Specialist
Elk Grove - Headquarters
California Correctional Health Care Services
California Department of Corrections and Rehabilitation

 CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**



Learn easy ways to save water
during California's drought at
SaveOurWater.com

IMPORTANT WARNING:  This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify us immediately and destroy the related message. You, the recipient are obligated to maintain it in a safe, secure and confidential manner. Re-disclosure without appropriate patient consent or as permitted by law is prohibited. Unauthorized disclosure or failure to maintain confidentiality could subject you to penalties described in Federal and State Law.

From: ████████@CDCR
Sent: Monday, July 31, 2017 11:54 AM
To: ████████@CDCR
Subject: RE: Follow up on Psychiatry SQL Tracking Request

Sure thing. Done!

Thanks for getting back with me.

3

From: ████████████ @CDCR
Sent: Monday, July 31, 2017 10:13 AM
To: ████████ @CDCR
Subject: RE: Follow up on Psychiatry SQL Tracking Request

Hi ████ ,

I have not had much bandwidth to focus on this since we last spoke. It should be feasible, but my priorities continue to be evaluated. Might I suggest adding this to the newly developed <u>QM data request site</u>? Then you will receive automatic status updates.

Let me know if we need to meet,



Senior Psychologist Specialist

████████████

From: ████████ @CDCR
Sent: Tuesday, July 25, 2017 2:27 PM
To: ████████ @CDCR < ████████ @cdcr.ca.gov>
Subject: FW: Follow up on Psychiatry SQL Tracking Request

Hey ████

I know you have a million things happening right now. Just wondering if you need any additional information from me for this data dive.

I will be here this week and next, then I begin my traveling ways again.

Thanks,



From: ████████ @CDCR
Sent: Wednesday, June 21, 2017 10:24 AM
To: ████████ @CDCR
Cc: ████████ @CDCR; ████████ @CDCR
Subject: Follow up on Psychiatry SQL Tracking Request

Hi ████

Just wanted to circle back around on the EHRS tracking request for psychiatry. Psychiatry needs to have a way to measure discrete tasks. Our current scheduling-based tracking system is useful, but not detailed enough. Although Lighthouse is similarly useful for an overall picture, it does not provide clear data for making critical staffing decisions.

Psychiatrists do many tasks, including:

- Completing documents
- Attending meetings
- Writing orders (labs, meds, scheduling orders)
- Performing Order Reconciliation

4

- Responding to Message Center requests/tasks
- Reviewing charts
- Responding to urgent business hours and afterhours requests

We need to have some way to understand what tasks a psychiatrist has completed for any patient. Ideally, we could query the database looking for the above noted tasks performed per patient, and then aggregate that per day.

It is a difficult transition from a paper tracking sheet entered into the system without regard to task completion, and moving to a task completion based model. We have many strong data analysis options now that EHRS is available. I am happy to work with you to refine this further.

Thanks for your expertise!



███████ M.D.
Senior Psychiatrist, Specialist
Elk Grove - Headquarters
California Correctional Health Care Services
California Department of Corrections and Rehabilitation

 CALIFORNIA CORRECTIONAL
**HEALTH CARE SERVICES**


Learn easy ways to save water
during California's drought at
SaveOurWater.com

IMPORTANT WARNING:  This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message by error, please notify us immediately and destroy the related message. You, the recipient are obligated to maintain it in a safe, secure and confidential manner.  Re-disclosure without appropriate patient consent or as permitted by law is prohibited.  Unauthorized disclosure or failure to maintain confidentiality could subject you to penalties described in Federal and State Law.

## Golding, Michael@CDCR

| | |
|---|---|
| From: | ▮▮▮▮▮ @CDCR |
| Sent: | Thursday, October 11, 2018 8:53 PM |
| To: | Golding, Michael@CDCR |
| Cc: | ▮▮▮▮▮ @CDCR |
| Subject: | Re: Need a quick rule clarification |

I'll look into this once I'm back on Monday, but I don't remember seeing any rules on the dashboard or On Demand about EOP overflow beds. I agree with what you said to ▮▮▮▮ - if they're patients who require EOP LOC, just because we don't have an EOP bed to place them in does not mean they should get less care. Her reasoning for providing them less care ("we're not staffed for it") is completely inappropriate.

Sent from my iPhone

On Oct 11, 2018, at 6:27 PM, Golding, Michael@CDCR <Michael.Golding@cdcr.ca.gov> wrote:

> Hi,
> Here ▮▮▮ is arguing that patients in EOP overflow beds have not been seen once per month.
>
> She says,
> "It has been that way for years"
>
> Then despite my arguing with her, she says,
> "We can leave it like it is"
>
> Definitely check out whether we have any EOP overflow beds and where they are and whether they continue to allow the patients to be seen less than once every 30-days.
>
> Michael
>
> From: ▮▮▮▮▮ @CDCR
> Sent: Monday, December 05, 2016 6:16 PM
> To: Golding, Michael@CDCR <Michael.Golding@cdcr.ca.gov>
> Cc: ▮▮▮▮ @CDCR < ▮▮▮▮ @cdcr.ca.gov> ▮▮▮▮ @CDCR
> < ▮▮▮▮ @cdcr.ca.gov>
> Subject: RE: Need a quick rule clarification
>
> There is no PG rule for it and there never has been. We should do what is clinically appropriate.
>
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>
> DHCS Mental Health Program
>
> ▮▮▮▮▮▮▮▮
>
> <image001.jpg>

CONFIDENTIALITY NOTICE: This communication and contents may have sensitive, confidential and/or legally privileged information. Any unauthorized disclosure, distribution, or action in reliance on the contents of this communication is strictly

*prohibited and may be unlawful. If you are not the intended recipient, please contact the sender and destroy all events of this communication. For IT issues contact our Solutions Center at 1-888-735-3470.*

**From:** Golding, Michael@CDCR
**Sent:** Monday, December 05, 2016 5:43 PM
**To:** ▉▉▉▉▉@CDCR
**Cc:** ▉▉▉▉@CDCR; ▉▉▉▉▉▉@CDCR
**Subject:** RE: Need a quick rule clarification

Well///Do you really think Coleman would be OK with keeping it as it is...
Michael

**Michael Golding, M.D.**
Statewide Chief Psychiatrist
Mental Health Support Program
California Department of Corrections and Rehabilitation

Phone: 916.662.6541
Email: michael.golding@cdcr.ca.gov

<image002.jpg>

**From:** ▉▉▉▉▉@CDCR
**Sent:** Monday, December 05, 2016 3:33 PM
**To:** Golding, Michael@CDCR
**Cc:** ▉▉▉▉@CDCR; ▉▉▉▉▉▉@CDCR
**Subject:** RE: Need a quick rule clarification

We can keep it as clinically indicated if that is the right thing to do. We can leave it as is. It has been this way for years so we can keep if you think that is best.

▉▉▉▉▉▉▉▉▉▉▉▉

DHCS Mental Health Program

▉▉▉▉▉▉▉▉

<image001.jpg>

*CONFIDENTIALITY NOTICE: This communication and contents may have sensitive, confidential and/or legally privileged information. Any unauthorized disclosure, distribution, or action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender and destroy all events of this communication. For IT issues contact our Solutions Center at 1-888-735-3470.*

**From:** Golding, Michael@CDCR
**Sent:** Monday, December 05, 2016 3:27 PM
**To:** ▉▉▉▉▉@CDCR
**Cc:** ▉▉▉▉@CDCR; ▉▉▉▉▉▉@CDCR
**Subject:** RE: Need a quick rule clarification

Hi,

I would very much like to say that each decision should be made given the needs of the patient, but that is not our prerogative.

If the rule is that psychiatrists must see EOP patients every month, the fact that we also do not have enough EOP beds for patients requiring EOP levels of care, cannot reasonably be the reason why such patents require less frequent treatment by psychiatrists.

Unfortunately, I think we need to require monthly visits, to be consistent with what is required in our system for EOP patients.

Yes we are not staffed for that.

But, we make the rules and institutions (hopefully) allocate scarce resources to prevent death and morbidity, while often having to break our rules in order to do so.

Of course the situation is very much imperfect.

Best,
Michael


**Michael Golding, M.D.**
Statewide Chief Psychiatrist
Mental Health Support Program
California Department of Corrections and Rehabilitation

Phone: 916.662.6541
Email: michael.golding@cdcr.ca.gov

<image002.jpg>

From: ███████████@CDCR
Sent: Monday, December 05, 2016 2:12 PM
To: Golding, Michael@CDCR
Cc: ███████████@CDCR
Subject: FW: Need a quick rule clarification

Hi Michael,

████ and I just spoke about this. How often do you think a person who is EOP level of care and prescribed psych meds be seen by a psychiatrist? There are no PG rules for people in EOP overflow waiting for transfer to an EOP program and these programs are not staffed to provide full complement of EOP care so for these I want to create a policy based upon clinical appropriateness – what do you think? Should we create a policy (and then a reporting rule) for frequency of psychiatry visits for EOP overflow patients on meds? If so what makes sense?

Thank You.

██████████████████████████

DHCS Mental Health Program

██████████████

<image001.jpg>

*CONFIDENTIALITY NOTICE: This communication and contents may have sensitive, confidential and/or legally privileged information. Any unauthorized disclosure, distribution, or action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender and destroy all events of this communication. For IT issues contact our Solutions Center at 1-888-735-3470.*

**From:** ███████@CDCR
**Sent:** Monday, August 29, 2016 10:34 PM
**To:** ███████@CDCR; ███████@CDCR
**Subject:** Need a quick rule clarification

████ and ████

I'm in the process of streamlining our psychiatry contact rules for EOPs in all housing situations (due to a bug in one of them that needs to be fixed for PVSP's Coleman data) and I'm seeing that currently, ML EOP/EOPMods on pychiatrist-prescribed meds are only required to be seen by a psychiatrist at institutions with an EOP program.  The other institutions have no ML EOP/EOPMod psychiatry requirement, *even if the patient is on psychiatrist-prescribed meds.*  I'm thinking I should change the rule such that ML EOP/EOPMod patients on psychiatrist-prescribed meds at ALL institutions should be required to be seen regularly by a psychiatrist, regardless of whether or not the institution has an EOP program.  Am I right on this, or do I leave the rule as is?

████████

4

*Documents which psychlst*
*said what for first*
~~DEHS~~ CAC
*report*

From: ▓▓▓▓▓@CDCR
To: Goking, Michael@CDCR
Subject: SAC information
Date: Thursday, November 16, 2017 1:03:00 PM

Hi Michael,

Here's a synopsis of what I've found:           Dr. ▓▓▓▓▓

CTC: Rare custody barriers; there are a couple COs who push back when asked to bring patients they feel will be a lot of work, but overall custody is very helpful. Office space is limited, and the times available for seeing patients are short (due to breakfast, pill line, lunch, change of shift – usually they can see patients from 7:30 – 10:30, and 11 – 1:30), but the psychiatrists denied any significant problems with office availability thanks to COs bringing patients promptly and the psychiatrists and psychologists working well together. There are lots of PC 2602s to do, which somewhat decreases ability to see many patients. Biggest complaint from two of the psychiatrists was how many trainings (SRE, Columbia scale, etc) they have to do. Overall the CTC psychiatrists feel things run smoothly.

MHCBU: "All 3 or 4 custody officers will put on their sunglasses and sleep. If you ask them for patients to be pulled they'll say 'oh, he won't come out'" without even attempting to get the patient. He stated the psychologist has an office, but the psychiatrist does not have an office and has to sit in the hallway to see patients or do any work. He reported it's really noisy in the hallway, there is no privacy, and other prisoners can listen to the appointments and even see his computer/notes if they are in a nearby cell. There are lots of PC 2602s.

PSU A1: Approximately 70% of patients do not show up for their scheduled appointment – 50-60% of those say that they did not attend their appointment because custody never came to pick them up. Custody is mostly helpful when directly asked to do something, although a few are resistant to helping out the psychiatrist. Dr. ▓▓▓▓▓ has forbidden patients from being taken out of groups to see the psychiatrist. The psychiatrist ends up seeing most patients cell-front, which can be time-consuming due to the psychiatrist needing to find them (the patient may be on the yard, in the law library, out to court, in group, or at a medical appointment). There are lots of PC 2602s. MAs come and go frequently – he has had 5 MAs since February – so he has to spend time to train them on expectations each time he gets a new one. Medical had priority over Psychiatry for MAs, so two of the five left because they were re-assigned to Medical.

PSU A2: Custody will pull patients when requested, unless the patient is in a group. He said Dr. ▓▓▓▓▓ informed custody that groups take precedence over psychiatry appointments, and that patients are never to be taken out of a group for a psychiatry appointment. Overall custody is helpful. Patients frequently (~50%+) refuse to attend appointments, and must be seen cell-front, which can result in time spent tracking them down.

PSU B: They were 50% staffed in PSU B until October. No custody issues. The psychology supervisor, Dr. ▓▓▓▓▓ did not allow psychiatrists to pull patients from groups, but she was transferred to PSU A recently, so psychiatrists are now able to pull patients from groups. 90+% of the psychiatrist's patients refuse their 1:1 appointments, largely "because they don't want to be stuck in there for an



hour or two" (custody transports patients in groups, so although the appointment with the psychiatrist may only be 10-15 minutes, they have to sit in the treatment center for 1-2 hours before or after the appointment waiting until custody transports the group back). The psychiatrist sees about 50% of her patients cell-side, due to them refusing both their 1:1 with her and their group. She no longer schedules appointments in advance, due to 90+% of them not coming, so all scheduling orders are placed in arrears by the MA, who places the order, schedules the appointment, and checks them in and out.

A3 EOP: Over 50% of patients do not show up for their scheduled appointments, which the psychiatrist believes is mostly due to them refusing, but could also be due to custody failing to bring them. He said custody is pleasant and helpful overall. He is able to pull patients out of groups without any push-back. He goes cell-front to see the patients that are not in group and that refuse their appointment, and has some difficulty tracking these patients down. There are a fair number of PC 2602s to do, which takes away from direct patient care time.



A5 Ad Seg EOP: One psychiatrist said "Custody won't bring any patients". He clarified that he has patients scheduled, they are ducated, but custody refuses to bring patients for any psychiatry appointments. He stated custody will bring patients for psychology 1:1 appointments, and for groups. He reported he tries to see his patients with the psychologist during the psychology appointment whenever possible, or pull them from group, but frequently ends up having to see patients cell-side. Often the patients aren't in their cell, and "custody says they don't know where [the inmate] is", so he has to go all over the yard trying to find his patients, which takes a significant amount of time. He noted that although he does pull patients from groups, it is "frowned on" to do so, and he has heard other psychiatrists have been told they are not allowed to do that by Dr. ▓▓▓▓▓▓▓▓ Another psychiatrist stated "I cannot see the patients in a confidential setting on the block", and explained that custody will not pull patients out of their cell for a psychiatry appointment, only for groups and psychology appointments. He noted he can only see patients in a confidential setting if he pulls them out of group to see him, and said that custody is cooperative with pulling patients out of groups for him. He sees most of his patients cell-front, and denied significant problems with tracking them down, as they are usually either in their cell or on the yard.



A6 EOP: "Custody is very rude and there are lots of problems. When I try to see my patients they tell me they cannot bring the patient because it's yard time, shower time, they're not in their cells yet, or 'we have a shortage of staff and can't'. If you schedule 6 patients, 1 or 2 will be brought, but the others won't because custody refuses." "Two psychiatrists have left SAC because of working in A6." He reported he ends up having to see most of his patients cell-side, but this takes a lot of time because there are 3 blocks, and "custody will often refuse to even open the block for you". If he is eventually let in to the block, often the patient isn't in his cell, so he then has to try to find out where the patient is.

A7 EOP: 75+% of patients refuse their appointment, especially if they are scheduled for yard at the same time. He tries to see the patients who refuse cell-side, but often can't find them, and spends a lot of time checking their cells, work, yard, groups, etc, which decreases the amount of time he has available for patient care. He reported there are lots of PC 2602s to do, and in order to complete the paperwork and hearings he often has to devote one full day per week to PC 2602s.

Scheduling:

Most of the psychiatrists had more notes than scheduling orders, meaning they are forgetting to place the scheduling order in arrears or not communicating to the MA to place the scheduling order in arrears. On average, the psychiatrists had 5.7 more notes than scheduled appointments in September. I am assuming that scheduled appointments all had a note, and that all notes signified a face-to-face contact – both of which could be false assumptions (███████████ s looking into this for me, but I don't have the results back yet).

Dr. ████████ appears to have only seen 2 patients in September (based on scheduling orders), because her MA checks all cell-front appointments in and out for her. Because of this, the MA got credit for all of those appointments (n = 36), not Dr. ████.

Overall thoughts:

1. Psychiatrists' ability to see patients is significantly impeded by the priority hierarchy of Medical appointments > Groups > Psychiatry appointments.
2. The patient refusal rate is very high on most yards, and the psychiatrists appear to not have much (if any) help locating the patient, so the psychiatrists spend a lot of time just trying to find their patients.
3. Custody transporting many patients at once and making them wait for 1-2 hours while the psychiatrist quickly tries to see each of them, and then transporting them all back at the same time, likely leads to a much higher appointment refusal rate.
4. SAC has a lot of PC 2602s (currently 216), which significantly impacts SAC psychiatrists' time. This is not accounted for when looking at productivity data.
5. Custody is a very significant barrier to patient care on several yards.
6. Psychiatrists are unable to pull patients from groups on several yards. Many of the psychiatrists expressed that psychiatry appointments are often brief (10-15 minutes), and groups are often long (90-120 minutes), so the patient would still be able to participate in most of the group and receive credit for attending the group, even if they were pulled partway through for a psychiatry appointment. Not allowing psychiatrists to pull patients from groups often results in the psychiatry appointment not happening, due to barriers with custody, high patient refusal rates, and difficulty tracking patients down.

Recommendations:

1. Speak with the warden regarding the above custody issues.
2. Speak with relevant parties at HQ regarding the appointment priority hierarchy, and the need for psychiatry appointments to take precedence over groups (just like medical appointments do).
3. Educate psychiatrists and MAs on the importance of making sure there is a scheduling order placed for every appointment. This could be directed just at the psychiatrists who had the biggest difference between number of notes and number of appointments (Dr. ████ at 21, Dr. ████ at 13, Dr. ████ at 15, and Dr. ████ at 12), or at all psychiatrists. Likewise the MAs could be spoken to as a group, or the MA supervisor could be spoken with and asked to make sure the MAs all place scheduling orders appropriately.

4.  Educate Dr. ███████ and MA ███████ that the psychiatrist must be the one to check patients in and out on the ambulatory organizer, or the MA will get credit for the appointment.

5.  From the September data (which could potentially paint a misleading picture, given that it's just one month), it appears these psychiatrists should be instructed to see more patients:

    a.  Dr. ███ (2.4 patients per day). Of note, he works on A5 Ad Seg where custody apparently will not pull anyone from their cell for psychiatry appointments.

    b.  Dr. ███ (3.1 patients per day). Of note, he also works on A5 Ad Seg where custody apparently will not pull anyone from their cell for psychiatry appointments.

    c.  Dr. ███ (3.5 patients per day). Of note, she works in PSU B, where custody transports many patients to her at once, and they have to wait 1-2 hours before custody will transport them back, so 90+% refuse. She also is acting ███████ one day per week.

    d.  Dr. ███ (3.5 patients per day). Works on A7.

I hope this helps. Let me know if you need any more details.

███████

███████

Senior Psychiatrist, Specialist
Elk Grove - Headquarters
California Department of Corrections and Rehabilitation

███████



Dr

What LOC are you assigned to? Was in EOP, just moved to PSU

If anything except MHCB, which yard? A6. Lots of problems in A6. Now PSU A2.


What barriers affect your ability to see patients?

Custody issues? A6 custody very rude, often refuses to pull patients for appointments (it's yard time, they're all taking showers, they're not in their cells yet, we have a shortage of staff and cant). If you schedule 6 patients, 1-2 will be brought, but others won't. When you try to see them cell-front, it takes lots of time because there are 3 blocks, and custody will often refuse to even open the block. Two psychiatrists have actually left working at SAC because of working in A6.

In MHCBU, all 3-4 COs will put on their sunglasses and sleep. If you ask for patients to be pulled they'll say "oh, he won't come out".

A2 custody is better. They will pull patients out when requested.

Are you allowed to pull patients from groups in order to see them? A2 – custody will not because Dr.█████████ said they cannot pull people from groups, even if patient is on his schedule at that time.

Is office space an issue? Not in A2

In MHCBU, there's an office for the psychologist, but none for the psychiatrist. They have to sit in the hallway, prisoners can listen to their conversations, anyone can see his notes, it's really noisy.

About what percentage of your patients refuse to come? A6 66%. PSU most come. A8 (OHU) patients have disabilities so you have to go to them. MHCBU almost everyone refuses/won't be pulled. Do you see them cell-front? Yes.


How do you schedule appointments?

Ahead of time? Yes. Do you place the scheduling order or does your MA? Psychiatrist. Do you check the patients in and out or does your MA? Psychiatrist. Do you or your MA check the Current Due Dates report to ensure people are scheduled before they are due? Dr.█████ does. MAs come and go too much.

After the appointment? If so, do you place the scheduling order or does your MA?


Do you have any other duties that cut into patient care time? E.g. administrative duties, lots of PC 2602s, etc. Lots of PC 2602 hearings and paperwork. Lots of IDTTs. Suggestion: get psychologist to help with PC 2602 paperwork. There is one, but she takes 4 days to do one 2602 paperwork packet.

████████

What LOC are you assigned to? Ad Seg EOP

    If anything except MHCB, which yard? A5

What barriers affect your ability to see patients?

    Custody issues? Custody won't bring any patients for psychiatrists on A5. The patients are on his ambulatory organizer, have scheduled appointments, but custody won't bring them. They only bring patients for psychologist 1:1 appointments, so he tries to see his patients with the PC when possible, find them in a group, or go cell-front. Sometimes custody doesn't know where a patient is, so he has to run around trying to find his patients.

    Are you allowed to pull patients from groups in order to see them? It's frowned on, he has been able to, but other psychiatrists have been told they can't by Dr. ████████

    Is office space an issue? No

    About what percentage of your patients refuse to come? Do you see them cell-front?

How do you schedule appointments?

    Ahead of time? Yes. Do you place the scheduling order or does your MA? MA proposes order, and he co-signs. Do you check the patients in and out or does your MA? Psychiatrist. Do you or your MA check the Current Due Dates report to ensure people are scheduled before they are due?

    After the appointment? Emails MA. If so, do you place the scheduling order or does your MA? MA.

Do you have any other duties that cut into patient care time? E.g. administrative duties, lots of PC 2602s, etc. No.

Dr. ▮▮▮▮

What LOC are you assigned to? EOP PSU

    If anything except MHCB, which yard? PSU B

What barriers affect your ability to see patients?

    Custody issues? No.

    Are you allowed to pull patients from groups in order to see them? Currently yes, but the previous psychology supervisor wouldn't allow it (she was moved to PSU A).

    Is office space an issue? No

    About what percentage of your patients refuse to come? 90+%, because they don't want to be stuck in the treatment center for 2 hours (custody transports them in groups). So she stopped scheduling them and just pulls them out of groups. Do you see them cell-front? About 50% of the time has to do cell-front, because patient also refuses group.

How do you schedule appointments?

    Ahead of time? Do you place the scheduling order or does your MA? Do you check the patients in and out or does your MA? Do you or your MA check the Current Due Dates report to ensure people are scheduled before they are due?

    After the appointment? Yes. If so, do you place the scheduling order or does your MA? MA puts in scheduling order, and places appointment on ambulatory organizer and checks in/out. Psychiatrist doesn't even have to co-sign. The MA checks the Current Due Dates report for the PSU psychiatrists and makes sure everyone stays in compliance. Dr. ▮▮▮▮ was only psychiatrist on PSU B for 2 years (they were 50% staffed), but a new psychiatrist started in PSU B in October so they are now 100% staffed and should meet their psychiatry compliance numbers for the first time.

Do you have any other duties that cut into patient care time? E.g. administrative duties, lots of PC 2602s, etc. Administrative duties all day on Fridays (acting ▮▮▮▮.

Dr. 

What LOC are you assigned to? CTC

    If anything except MHCB, which yard?

What barriers affect your ability to see patients? "There aren't really any barriers in the CTC."

    Custody issues? No. Has a good relationship with custody and anytime he wants to see someone custody will pull them out for him.

    Are you allowed to pull patients from groups in order to see them? N/A (no groups)

    Is office space an issue? No

    About what percentage of your patients refuse to come? Do you see them cell-front?

How do you schedule appointments? After the appointment.

    Ahead of time? Do you place the scheduling order or does your MA? Do you check the patients in and out or does your MA? Do you or your MA check the Current Due Dates report to ensure people are scheduled before they are due?

    After the appointment? Yes. If so, do you place the scheduling order or does your MA? Psychiatrist places the scheduling order, and then MA schedules them (places them on ambulatory organizer and checks them in and out).

Do you have any other duties that cut into patient care time? E.g. administrative duties, lots of PC 2602s, etc.

Lots of PC 2602s. Lots of trainings – Columbia scale, SRE, etc. Trainings definitely get in the way of seeing patients.

In outpatient, custody has always been a problem. Lots of patients refuse, and custody doesn't make them go, so they just won't show up and the psychiatrist has to run all over the institution finding patients. Occasionally (he guesses it's a small minority) patients want to go, but custody won't bring them.



Dr.

What LOC are you assigned to? CTC

> If anything except MHCB, which yard?

What barriers affect your ability to see patients?

> Custody issues? No. Has good rapport with custody. Can see from 7:30 – 10:30, and 11 – 1:30.

> Are you allowed to pull patients from groups in order to see them? N/A

> Is office space an issue? There are only two offices to see patients on the unit, so can sometimes get difficult. But he gets there early (5am).

> About what percentage of your patients refuse to come? 20%. Do you see them cell-front? Yes.

How do you schedule appointments?

> Ahead of time? Do you place the scheduling order or does your MA? Do you check the patients in and out or does your MA? Do you or your MA check the Current Due Dates report to ensure people are scheduled before they are due?

> After the appointment? Yes. If so, do you place the scheduling order or does your MA? Psychiatrist places order in arrears and MA places them on ambulatory organizer and checks them in/out.

Do you have any other duties that cut into patient care time? E.g. administrative duties, lots of PC 2602s, etc. IDTTs, PC 2602 hearings, lots of trainings.

He feels things run smoothly in the CTC.

Dr. ███████

What LOC are you assigned to? CTC-2

> If anything except MHCB, which yard?

What barriers affect your ability to see patients?

> Custody issues? Occasionally, if seeing a difficult inmate is a lot of work for 2 of the COs they'll push back a lot. Others are fine. Overall things run well and she doesn't have issues.

> Are you allowed to pull patients from groups in order to see them? N/A

> Is office space an issue? No

> About what percentage of your patients refuse to come? Do you see them cell-front?

How do you schedule appointments?

> Ahead of time? Do you place the scheduling order or does your MA? Do you check the patients in and out or does your MA? Do you or your MA check the Current Due Dates report to ensure people are scheduled before they are due?

> After the appointment? Yes. If so, do you place the scheduling order or does your MA? Psychiatrist.

Do you have any other duties that cut into patient care time? E.g. administrative duties, lots of PC 2602s, etc. No, but EC box pops up a lot, and all of the EC notes clutter up the chart and make it hard to review notes. Labs in results review sometimes don't show up (like creatine kinase or other specialty labs), so she checks Quest. Smartphrase for labs doesn't pull in all relevant labs.

Dr. ███████

What LOC are you assigned to? EOP

> If anything except MHCB, which yard? A3

What barriers affect your ability to see patients?

> Custody issues?

> Are you allowed to pull patients from groups in order to see them? Yes. No push-back.

> Is office space an issue? No, there are lots of offices in the EOP building.

> About what percentage of your patients refuse to come? 50%+ don't come. It's unclear whether the patients are refusing or custody doesn't bring them. Do you see them cell-front? Yes

How do you schedule appointments?

> Ahead of time? Yes. Do you place the scheduling order or does your MA? MA, with co-sign. Do you check the patients in and out or does your MA? Psychiatrist. Do you or your MA check the Current Due Dates report to ensure people are scheduled before they are due? Yes.

> After the appointment? If so, do you place the scheduling order or does your MA?

Do you have any other duties that cut into patient care time? E.g. administrative duties, lots of PC 2602s, etc. Fair number of PC 2602s.

Dr. ███████

What LOC are you assigned to? EOP

    If anything except MHCB, which yard? A7

What barriers affect your ability to see patients?

    Custody issues? No, the COs are helpful and nice.

There are 2 yard shifts, so patients won't show up if he schedules them during their yard time. He'll go to cell-side, but usually can't find them (in yard, working, group, etc), so has to run around yard. MA could schedule around yard time.

    Are you allowed to pull patients from groups in order to see them? Yes, and custody are helpful with this.

    Is office space an issue? No

    About what percentage of your patients refuse to come? 75%+. Do you see them cell-front? Yes, see above.

How do you schedule appointments?

    Ahead of time? Yes. Do you place the scheduling order or does your MA? MA, and psychiatry co-signs. Do you check the patients in and out or does your MA? Psychiatrist. Do you or your MA check the Current Due Dates report to ensure people are scheduled before they are due? MA does, they put in scheduling orders based on Current Due Dates.

    After the appointment? If so, do you place the scheduling order or does your MA?

Do you have any other duties that cut into patient care time? E.g. administrative duties, lots of PC 2602s, etc. Lots of turnover on his yard. Lots of PC 2602s, has to devote one full day to PC 2602s/hearings most weeks.

He feels things run well on A7, except yard time.

Dr. ████

What LOC are you assigned to? MHCBU

    If anything except MHCB, which yard? I do fill in on other blocks at times.

What barriers affect your ability to see patients?

    Custody issues? Not in MHCBU B1 but it was terrible in PSU 1 and 2

    Are you allowed to pull patients from groups in order to see them? Sometimes, not always.

    Is office space an issue? Yes everywhere. The interview booths are hard to hear the IP in and usually have partially open wire mesh that the IP can gas you if he so chooses. The booths rarely have any air circulation.

    About what percentage of your patients refuse to come? Do you see them cell-front? In MHCBU B1 about 50%. In the PSU A 1&2 it was higher.

How do you schedule appointments?

    Ahead of time? Do you place the scheduling order or does your MA? Do you check the patients in and out or does your MA? Do you or your MA check the Current Due Dates report to ensure people are scheduled before they are due? In the PSU the IPs were scheduled ahead of time. In the MHCBU the schedule is done by the clinicians.

    After the appointment? If so, do you place the scheduling order or does your MA? After seeing the IP I will check them in and check them out in the MHCBU. In the PSU it was a check out procedure

Do you have any other duties that cut into patient care time? E.g. administrative duties, lots of PC 2602s, etc.There are a fair number of PC2602s to be done.

Dr. █████

What LOC are you assigned to? Ad Seg EOP

If anything except MHCB, which yard? A5

What barriers affect your ability to see patients? "I cannot see the patient in a confidential setting on the block."

Custody issues? Was told in a meeting that custody won't pull patients out of their cell to see the psychiatrist, and tried a long time ago to get custody to pull them but was refused, but they are very helpful in pulling patients from group to see him.

Are you allowed to pull patients from groups in order to see them? Yes. Pulling them from groups is the only way he can see patients in a confidential setting.

Is office space an issue? No

About what percentage of your patients refuse to come? Most of them. Do you see them cell-front? Yes. Patients are either in their cell or in a small yard, so they're easy to find.

How do you schedule appointments?

Ahead of time? Yes. Do you place the scheduling order or does your MA? MA puts in scheduling order and places on ambulatory organizer. He cosigns orders. Do you check the patients in and out or does your MA? Psychiatrist. Do you or your MA check the Current Due Dates report to ensure people are scheduled before they are due? MA.

After the appointment? If so, do you place the scheduling order or does your MA?

Do you have any other duties that cut into patient care time? E.g. administrative duties, lots of PC 2602s, etc. A few months ago they had a much higher patient load (there were more Ad Seg EOP patients at SAC in general), so patients were housed on other blocks, and there were many more PC 2602s.

Dr. ██████

What LOC are you assigned to? PSU A1

> If anything except MHCB, which yard?

What barriers affect your ability to see patients? Sees patients via ducats and on tier rounds

> Custody issues? Custody will not pull patients from groups. Most COs are fine, will pull patients out when directly requested, but some are difficult.

> Are you allowed to pull patients from groups in order to see them? No. Dr. ██████ forbids it.

> Is office space an issue? No

> About what percentage of your patients refuse to come? 70% don't show up – about 50% of those inmates say custody didn't go pick them up. Do you see them cell-front? Yes. Sometimes they're on the yard, or in the law library, or out to court, or at a medical appointment, so can be difficult to track them down.

How do you schedule appointments?

> Ahead of time? Yes. Do you place the scheduling order or does your MA? MA proposes order and psychiatrist co-signs. Do you check the patients in and out or does your MA? Psychiatrist. Do you or your MA check the Current Due Dates report to ensure people are scheduled before they are due?

> After the appointment? Only for add-ons. If so, do you place the scheduling order or does your MA? Psychiatrist.

Do you have any other duties that cut into patient care time? E.g. administrative duties, lots of PC 2602s, etc. Lots of PC 2602s. There is a psychologist who helps out with PC 2602. Has about 2 hours of emails every day, mostly about patients and necessary (collaborating with PCs and PCPs).

Has had 5 MAs since February; 2 were pulled for Medicine.

Someone sends an email 2-3 times per week listing everyone who has to be seen this week.

Dr. ███████

What LOC are you assigned to? EOP

    If anything except MHCB, which yard? B5

What barriers affect your ability to see patients? It seems to be getting better – for a while the OTs were insisting on scheduling, but now MAs do.

    Custody issues? No

    Are you allowed to pull patients from groups in order to see them? Yes

    Is office space an issue? Not usually. Psychiatry has dedicated space, and only 1-2

    About what percentage of your patients refuse to come? 50% don't show up - unclear if patient refused, if patient couldn't hear their name called, or if custody didn't call their name or go pick them up. Thinks it's mostly the patient refusing. Do you see them cell-front? Yes. Usually not hard to find them – they're usually in their cell, but if not are probably in group.

How do you schedule appointments?

    Ahead of time? Yes. Do you place the scheduling order or does your MA? MA, with co-sign order. Do you check the patients in and out or does your MA? MA. Explained that psychiatrist has to. Do you or your MA check the Current Due Dates report to ensure people are scheduled before they are due? MA.

    MA puts together a file on each new patient, including previous psych notes from eUHR.

    After the appointment? If so, do you place the scheduling order or does your MA?

Do you have any other duties that cut into patient care time? E.g. administrative duties, lots of PC 2602s, etc. No. She has assistance with PC 2602s from a team.

Lack of continuity (they're constantly moving people within the institution and to and from other institutions) significantly impacts care. It's hard to have effective treatment when you only get to work with a patient for a little while.

SAC PSU

1. Psychiatrist Locations: (Sac A1, A2) & (Sac B7, B8)
2. Psychiatrist Assigned:
   a. PSU A: Drs. ▮▮▮▮ & ▮▮▮
   b. PSU B: Drs. ▮▮▮▮ (only as needed for emergencies) & ▮▮▮
3. Scheduling is usually done in advance
4. Schedules are made by the MA's assigned to each individual psychiatrist
5. Custodial barriers: Groups and Prioritizing Psychiatry Appointments

I just spoke with Dr. ▮▮▮ and was able to get more information about SAC PSUs. He said in PSU B they actually do pull patients out of groups for psychiatry appointments, due to the Senior Psychologist Supervisor being okay with this, and telling custody it is fine. On PSU A, however, the Senior Psychologist Supervisor (he believes her name is Dr. ▮▮▮, although I looked in the directory and couldn't find anyone with any variation of that name) has directed custody to never pull patients out of groups for psychiatry appointments, so custody refuses psychiatrists' requests to see patients during groups. Dr. ▮▮▮ believes this is the case for all groups, including RT groups. He said he has discussed the issue with the CMH, Dr. ▮▮▮ ▮▮▮, and Dr. ▮▮▮ informed him there is a policy that states groups take priority over psychiatry appointments, and you cannot take patients out of groups for any reason, except in a crisis. Do you know if there is such a policy?

Interestingly, Dr. ▮▮▮ said the MAs handle all psychiatry scheduling in both PSUs. The MAs propose the scheduling order, and use the Scheduling program to actually schedule the appointment. The psychiatrists have no control over their schedule, unless they want to add a patient on. He said the MAs have been trained to use the Current Due Date report to make sure the psychiatrists remain in compliance with their appointments, but no one double-checks to ensure that they are doing this. He said they have a supervisor, but the supervisor has been hands off regarding scheduling.

It appears that 1) the MAs may not be closely following Current Due Dates, given the low levels of compliance, and 2) that the psychiatrists may not be properly communicating with the MAs regarding scheduling any add-ons or impromptu appointments they see so they get credit. If ▮▮▮ is able to run that query and it shows the compliance % based on notes is much higher than the compliance based on scheduling orders, that would support #2, but if the compliance % based on notes is about the same as the compliance based on scheduling orders it would support #1 (or a staffing shortage, or that the psychiatrists see too few patients per day – although per Dr. ▮▮▮ their schedules are controlled by the MAs, so they shouldn't be able to see too few patients).

Other info from Dr. ▮▮▮:

Dr. ▮▮▮ works W, Sa, Su in PSU

Dr. ▮▮▮ works MWF in PSU

Dr. ███████ works T, W, Th in PSU. Covers other yard on M.

Dr. ███████ works T, W, Th in PSU. Does admin/supervisory on F.

Tuesdays all PSU IDTTs are done, and psychiatrists are unable to see many/any 1:1 appointments

Wednesdays PC 2602 hearings occur.


PSU B8 has 65 beds, PSU B7 has 64 beds, PSU A1 has 70 beds, PSU A2 has 70 beds