EXHIBIT JJJ

# HEALTHCARE SERVICES DASHBOARD

September 1 - Present

| Dashboard Scorecard | Institution Dashboard | Statewide Comparison | Trended View | Dashboard Glossary |

## SCHEDULING & ACCESS TO CARE

| ACCESS | 6 Mo. Trend | CHCF | Statewide |
|---|---|---|---|
| Medical Services | | 85% | 88% |
| Dental Services | | | |
| Mental Health Services | | 95% | 90% |
| APPTS COMPLETED AS SCHEDULED | | | |
| Cancelled Due to Custody | | 0.4% | 1.3% |
| Seen as Scheduled | | 93% | 89% |
| EFFECTIVE COMMUNICATION | | | |
| Effective Communication Provided | | 98% | 96% |
| Sign Language Interpreter (SLI) Provided | | | |

## MEDICATION MANAGEMENT

| | 6 Mo. Trend | CHCF | Statewide |
|---|---|---|---|
| EHRS INITIATIONS - Med Administration | | | |
| All Medications Received Timely (EHRS) | | 89% | 88% |
| FORMULARY MANAGEMENT | | | |
| Non-Formulary by Psychiatrists | | 4.3% | 3.7% |
| Non-Formulary by Medical Providers | | 7.1% | 5.3% |
| Central Fill Prescriptions | | 66% | 60% |

## CONTINUITY OF CLINICIANS & SERVICES

| | 6 Mo. Trend | CHCF | Statewide |
|---|---|---|---|
| Primary Care Provider (PCP) | | 91% | 91% |
| Mental Health Primary Clinician | | | |
| Psychiatrist | | | |

## STAFFING

| | 6 Mo. Trend | CHCF | Statewide |
|---|---|---|---|
| Annual Vacancy | | | |
| FTE Users | | | |
| Inst Completed Timely Non-PCP 187/408 | | | |

## POPULATION HEALTH MANAGEMENT

| | 6 Mo. Trend | CHCF | Statewide |
|---|---|---|---|
| Asthma Care | | 92% | 88% |
| Therapeutic Anticoagulation | | 82% | 84% |
| Diabetes Care | | 90% | 88% |
| End Stage Liver Disease Care | | 91% | 85% |
| Colon Cancer Screening | | 83% | 79% |
| Women's Care | | | 85% |
| Diagnostic Monitoring | | 85% | 86% |
| Utilization Specialty Services | | 72% | 90% |
| Polypharmacy Medication Review | | 95% | 95% |

## AVAILABILITY OF HEALTH INFORMATION

| | 6 Mo. Trend | CHCF | Statewide |
|---|---|---|---|
| All Documents | | 93% | 84% |
| Specialty Notes | | 94% | 93% |
| Community Hospital Records | | 100% | 96% |
| Scanning Accuracy | | | |
| EHRS Timely Documentation | | 95% | 94% |

## COMPLETE CARE MODEL INFRASTRUCTURE

| | 6 Mo. Trend | CHCF | Statewide |
|---|---|---|---|
| QM Program | | | |
| Patient Safety Program | | | |

## MAJOR COSTS PER INMATE PER MONTH**

| | YTD 17/18 | YTD 16/17 | Statewide |
|---|---|---|---|
| Total Labor Cost | | $4,929 | |
| Total Non-Labor Cost | | $1,561 | |

## GRIEVANCE PROCESSING

| | 6 Mo. Trend | CHCF | Statewide |
|---|---|---|---|
| Timely Grievances | | | |

## CARE MANAGEMENT

| | 6 Mo. Trend | CHCF | Statewide |
|---|---|---|---|
| Appropriate Placement High Risk Patients | | N/A | 79% |
| High Risk Patient Care Plan | | 100% | 95% |
| Timely Completion of Discharge Follow-Ups | | | |
| 30-Day Community Hospital Readmission | | | |
| 30-Day MHCB or PIP Readmission | | | |
| Patients to Avoidable Hospitalizations | | | |
| EOP/MHCB Treatment Plan | | | |
| Suicide Watch Discharge Plan | | | |
| Quality of Suicide Risk Evaluation Documentation | | | |

## RESOURCE MANAGEMENT

| | 6 Mo. Trend | CHCF | Statewide |
|---|---|---|---|
| Specialty Telservices | | | |
| Availability of Medical Equipment | | 81% | 86% |
| Health Care Environment | | | |

## WORKLOAD PER DAY

| | 6 Mo. Trend | CHCF | Statewide |
|---|---|---|---|
| Appointments per PCP | | 2.8 | 8.2 |
| Appointments per PCRN | | 2.5 | 4.9 |
| Encounters per Primary MH Clinician | | 3.1 | 4.2 |
| Encounters Per Psychiatrist | | 2.7 | 3.1 |

## OTHER TRENDS

| | 6 Mo. Trend | CHCF | Statewide |
|---|---|---|---|
| Hospital Admissions* | | | |
| Emergency Department Visits* | | | |
| Specialty Care Referrals* | | 12.9 | 3.3 |
| Prescriptions Per Inmate | | 9.1 | 2.7 |
| Diagnostics Per Inmate | | | |
| Grievances Received* | | | |
| Prison Population Capacity | | | |