# EXHIBIT KKK

# MAPIP DASHBOARD - Trended View

Statewide
April 2018

| Statewide Comparison | Trended View | MAPIP Specifications |

| DIAGNOSTIC MONITORING | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | 12 mo. Trend |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Antidepressants: Thyroid Monitoring | 99% | 99% | 100% | 100% | 99% | 100% | 99% | 99% | 99% | 100% | 100% | 100% | |
| Antidepressants: Venla Blood Pressure | | | | | | | | | | | | | |
| Antipsychotics: AIMS | 90% | 89% | 86% | 84% | 85% | 87% | 84% | 95% | 93% | 96% | 97% | 98% | |
| Antipsychotics: Blood Pressure | 96% | 96% | 65% | 69% | 79% | 87% | 81% | 84% | 87% | 88% | 91% | 89% | |
| Antipsychotics: CBC with Platelets | 94% | 93% | 61% | 59% | 57% | 58% | 81% | 94% | 92% | 97% | 97% | 97% | |
| Antipsychotics: Blood Sugar | 94% | 94% | 71% | 70% | 69% | 70% | 65% | 57% | 51% | 72% | 77% | 78% | |
| Antipsychotics: CMP | 90% | 90% | 49% | 51% | 50% | 53% | 53% | 63% | 56% | 56% | 63% | 60% | |
| Antipsychotics: EKG | 93% | 93% | 62% | 64% | 75% | 84% | 44% | 64% | 59% | 62% | 66% | 68% | |
| Antipsychotics: Height | 93% | 92% | 61% | 62% | 60% | 61% | 78% | 67% | 61% | 65% | 68% | 69% | |
| Antipsychotics: Lipid Monitoring | 99% | 99% | 84% | 80% | 82% | 85% | 54% | 59% | 52% | 55% | 59% | 62% | |
| Antipsychotics: Med Consent | 92% | 92% | 100% | 100% | 100% | 100% | 77% | 79% | 86% | 84% | 88% | 87% | |
| Antipsychotics: Thyroid Monitoring | 92% | 83% | 53% | 14% | 29% | 45% | 98% | 90% | 98% | 100% | 100% | 100% | |
| Antipsychotics: Weight | 92% | 79% | 81% | 50% | 67% | 61% | 38% | 53% | 27% | 23% | 39% | 30% | |
| Carbamazepine: Carbamazepine Level | 92% | 88% | 75% | 45% | 68% | 56% | 45% | 78% | 64% | 58% | 67% | 41% | |
| Carbamazepine: CBC | 92% | 88% | 75% | 45% | 68% | 56% | 64% | 79% | 62% | 64% | 63% | 44% | |
| Carbamazepine: CMP | 88% | 88% | 91% | 90% | 69% | 93% | 60% | 76% | 67% | 79% | 85% | 75% | |
| Carbamazepine: Med Consent | 94% | 87% | 85% | 82% | 76% | 89% | 78% | 83% | 83% | 92% | 90% | 89% | |
| Clozapine: AIMS | | | 68% | 65% | 80% | 100% | 97% | 97% | 100% | 100% | 100% | 100% | |
| Clozapine: Blood Pressure | | | 78% | 78% | 46% | 75% | 56% | 70% | 64% | 100% | 100% | 100% | |
| Clozapine: Blood Sugar | 100% | 100% | 100% | 100% | 100% | 100% | 99% | 100% | 100% | 100% | 100% | 100% | |
| Clozapine: CBC | 98% | 98% | 81% | 78% | 46% | 88% | 48% | 70% | 64% | 76% | 72% | 80% | |
| Clozapine: CMP | 100% | 100% | 64% | 72% | 53% | 88% | 59% | 82% | 64% | 86% | 83% | 77% | |
| Clozapine: EKG | 94% | 92% | 63% | 59% | 57% | 100% | 79% | 88% | 89% | 100% | 100% | 96% | |
| Clozapine: Height | | | | | | | | | | | | | |

# MAPIP DASHBOARD - Trended View
Statewide
April 2018

| Statewide Comparison | Trended View | MAPIP Specifications |

| DIAGNOSTIC MONITORING | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | 12 mo. Trend |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clozapine: Lipid Monitoring | 99% | 97% | 78% | 70% | 46% | 83% | 45% | 63% | 64% | 64% | 81% | 65% | |
| Clozapine: Med Consent | 95% | 93% | 69% | 85% | 56% | 100% | 81% | 82% | 92% | 78% | 92% | 100% | |
| Clozapine: Thyroid Monitoring | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | |
| Clozapine: Weight | | | 68% | 59% | 83% | 100% | 87% | 97% | 97% | 100% | 100% | 100% | |
| Depakote: CBC with Platelets | 96% | 96% | 73% | 73% | 70% | 70% | 71% | 67% | 68% | 71% | 76% | 74% | |
| Depakote: CMP | 96% | 97% | 70% | 72% | 69% | 68% | 63% | 64% | 62% | 67% | 74% | 72% | |
| Depakote: Depakote Level | 93% | 93% | 54% | 61% | 59% | 62% | 51% | 58% | 51% | 56% | 68% | 60% | |
| Depakote: Med Consent | 90% | 90% | 79% | 79% | 85% | 84% | 70% | 75% | 83% | 84% | 86% | 84% | |
| Lamotrigine: Med Consent | | | 87% | 79% | 77% | 85% | 78% | 72% | 78% | 69% | 83% | 76% | |
| Lithium: Creatinine & BUN | 99% | 98% | 78% | 71% | 80% | 72% | 70% | 79% | 67% | 76% | 77% | 79% | |
| Lithium: EKG | 88% | 89% | 38% | 42% | 50% | 40% | 39% | 42% | 42% | 33% | 43% | 50% | |
| Lithium: Lithium Level | 96% | 95% | 71% | 69% | 75% | 68% | 64% | 67% | 58% | 72% | 69% | 72% | |
| Lithium: Med Consent | 91% | 93% | 81% | 85% | 87% | 87% | 81% | 76% | 83% | 86% | 93% | 88% | |
| Lithium: Thyroid Monitoring | 93% | 91% | 77% | 76% | 76% | 70% | 68% | 78% | 66% | 75% | 71% | 72% | |

# MAPIP DASHBOARD - Trended View
Statewide
April 2018

| Statewide Comparison | Trended View | MAPIP Specifications |

| | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | 12 mo. Trend |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MEDICATION MANAGEMENT** | | | | | | | | | | | | | |
| 02A Medication Order Processing - Dental Stock | 100% | 100% | 100% | 100% | 100% | 100% | 88% | 96% | 97% | 97% | 97% | | |
| 02B Medication Order Processing - Routine Orders No Dental Stock KOP | 83% | 100% | 72% | 100% | 96% | 100% | 100% | 93% | 92% | 96% | 92% | | |
| 02B Medication Order Processing - Routine Orders No Dental Stock NA/DOT | 93% | 84% | 88% | 87% | 88% | 77% | 84% | 88% | 83% | 83% | 79% | | |
| 02C Medication Order Processing - Same Day Orders No Dental Stock NA/DOT | 100% | 100% | 99% | 99% | 99% | 100% | 100% | 99% | 98% | 99% | 98% | | |
| 02C Medication Order Processing - Same Day Orders No Dental Stock KOP | 84% | 83% | 84% | 79% | 78% | 82% | 83% | 80% | 78% | 80% | 79% | | |
| 04 Continuity of Meds Upon Arrival at RCs | 62% | 59% | 54% | 38% | 42% | 55% | 51% | 50% | 51% | 54% | 60% | | |
| 05 Continuity of Meds Upon Inter-Institutional Transfer at R&R | 80% | 82% | 82% | 81% | 81% | 81% | 81% | 82% | 82% | 83% | 84% | | |
| 06 Continuity of NA/DOT Meds with Intra-Institutional Transfers (Excluding ASU/SHU/PSU) | 85% | 83% | 83% | 83% | 82% | 84% | 82% | 81% | 82% | 83% | 83% | | |
| 07 Continuity of Meds: Mental Health Crisis Bed (MHCB) Transfers | 86% | 82% | 81% | 78% | 84% | 82% | 79% | 82% | 81% | 81% | 84% | | |
| 08 Continuity of Meds with Intra-Institutional Transfers to ASU/SHU/PSU | 85% | 86% | 85% | 86% | 87% | 84% | 84% | 85% | 87% | 88% | 88% | | |
| 09 Continuity of Meds: Discharge/Transfer from a Community Hospital and/or DSH | 87% | 85% | 90% | 87% | 81% | 81% | 89% | 90% | 88% | 87% | 86% | | |
| 10 Continuity of Meds Upon Parole/Transfer to Community | | | | | 89% | 77% | | 76% | 87% | 71% | 49% | | |
| 12 Medication Compliance with PC 2602, Involuntary Meds: Court Order | 50% | 50% | 58% | 48% | 65% | 71% | 69% | 72% | 69% | 73% | 73% | | |
| 12 Medication Compliance with PC 2602, Involuntary Meds: Med Order | 44% | 24% | 64% | 51% | 72% | | | | 82% | 91% | 89% | | |
| 18A Observation of Medication Preparation and Administration: HS | 91% | 92% | 91% | 92% | 91% | 89% | 83% | 86% | 87% | 87% | 87% | | |
| 18B Observation of Medication Preparation and Administration: AM PM | 72% | 83% | 83% | 82% | 81% | 78% | 76% | 75% | 73% | 73% | 72% | | |
| 20 Medication Admin: Chronic Care Medications Historical Administration (Psychiatrist) | 93% | 94% | 95% | 94% | 94% | 92% | 90% | 91% | 90% | 91% | 90% | | |
| 21 Medication Admin: Chronic Care Medications Historical Administration (Medical Provider) | 75% | 77% | 78% | 76% | 81% | 76% | 75% | 85% | 85% | 86% | 87% | | |
| 22 Medication Admin: Outpatient Provider New Medication Orders (Psychiatrist) | 90% | 90% | 91% | 90% | 88% | 89% | 85% | 89% | 89% | 88% | 87% | | |
| 23 Medication Admin: Outpatient Provider New Medication Orders (Medical Provider) | 63% | 65% | 67% | 65% | 68% | 53% | 56% | 80% | 81% | 82% | 85% | | |
| 24 Medication Administration: Prescribed TB Medications | 88% | 86% | 88% | 89% | 88% | 86% | 87% | 89% | 91% | 94% | 94% | | |
| **DIAGNOSTIC MONITORING** | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | 12 mo. Trend |
| Antidepressants: EKG (tricyclics) | 100% | 80% | 9% | 19% | 39% | 31% | 36% | 0% | 18% | 36% | 33% | 30% | |
| Antidepressants: Med Consent | 92% | 92% | 84% | 81% | 80% | 83% | 72% | 74% | 83% | 77% | 84% | 85% | |

# MAPIP DASHBOARD - Trended View

Statewide
April 2018

| Statewide Comparison | Trended View | MAPIP Specifications |

| DIAGNOSTIC MONITORING | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | 12 mo. Trend |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clozapine: Lipid Monitoring | 99% | 97% | 78% | 70% | 46% | 83% | 45% | 63% | 64% | 64% | 81% | 65% | |
| Clozapine: Med Consent | 95% | 93% | 69% | 85% | 56% | 100% | 81% | 82% | 92% | 78% | 92% | 100% | |
| Clozapine: Thyroid Monitoring | 100% | 100% | 100% | 100% | 100% | 100% | 100% | - | 100% | 100% | 100% | 100% | |
| Clozapine: Weight | - | - | 68% | 59% | 83% | 100% | 87% | 97% | 97% | 100% | 100% | 100% | |
| Depakote: CBC with Platelets | 96% | 96% | 73% | 73% | 70% | 70% | 71% | 67% | 68% | 71% | 76% | 74% | |
| Depakote: CMP | 96% | 97% | 70% | 72% | 69% | 68% | 63% | 64% | 62% | 67% | 74% | 72% | |
| Depakote: Depakote Level | 93% | 93% | 54% | 61% | 59% | 62% | 51% | 58% | 51% | 56% | 68% | 60% | |
| Depakote: Med Consent | 90% | 90% | 79% | 79% | 85% | 84% | 70% | 75% | 83% | 84% | 86% | 84% | |
| Lamotrigine: Med Consent | - | - | 87% | 79% | 77% | 85% | 78% | 72% | 78% | 69% | 83% | 76% | |
| Lithium: Creatinine & BUN | 99% | 98% | 78% | 71% | 80% | 72% | 70% | 79% | 67% | 76% | 77% | 79% | |
| Lithium: EKG | 88% | 89% | 38% | 42% | 50% | 40% | 39% | 42% | 42% | 33% | 43% | 50% | |
| Lithium: Lithium Level | 96% | 95% | 71% | 69% | 75% | 68% | 64% | 67% | 58% | 72% | 69% | 72% | |
| Lithium: Med Consent | 91% | 93% | 81% | 85% | 87% | 87% | 81% | 76% | 83% | 86% | 93% | 88% | |
| Lithium: Thyroid Monitoring | 93% | 91% | 77% | 76% | 76% | 70% | 68% | 78% | 66% | 75% | 71% | 72% | |