# EXHIBIT PP
# (2018-08-14-1100hrs)



8/14/18 at 11:00AM ①

The attached information regards ███████████ who was admitted to MHCB on 7/20/18 for SI with plan. He was clinically discharged on 8/1/18, despite the psychiatrist's strong objections[1]. Two significant issues to note: 1) The psychiatrist saw the patient every day of his admission, with the exception of 7/28/18, whereas the patient was seen by 7 different primary clinicians during his stay. The psychiatrist was the staff member with the most knowledge and familiarity of the patient, but he was overruled regarding the discharge; 2) The patient was discharged by a post-doc psychology intern, on the day she met the patient[2]. The psychiatrist strongly disagreed with discharging the patient, but the patient was still discharged. This clearly demonstrates that the unlicensed psychology intern, and not the psychiatric physician, was the primary clinical decision-maker.

1. Dr. ███████ 8/1/18 MHMD Inpatient Progress Note and 8/1/18 MHMD Discharge Summary
2. Dr. ███████ 8/1/18 IDTT Progress Note

MHPC = Psychologist 8/14/18
or Social Worker



██████████ is a ██ year old ██████ male with a history of depression, CAH and multiple suicide attempts via overdosing on pills and cutting self, who was admitted to MHCB on 7/20/18 for SI with a plan to cut himself due to receiving an RVR for battery on a peace officer, and learning that he may have more time added to his sentence. He has a history of EOP, prior MHCB admissions, and was in DMH Vacaville from 2000 to 2001 for SI, but had not been in MHSDS for one year prior to this MHCB admission. Per the MHPC initial assessment dated 7/21/18, IP has three prior suicide attempts – in 2000 via cutting wrist, unknown date via overdosing on pills, and in 2013 via overdosing on pills. Past medication trials include Zyprexa, Celexa, Remeron, Paxil, and Elavil. On admission to MHCB he was taking Zyprexa and Vistaril. Celexa 20mg daily was started on 7/23/18, titrated to 30mg on 7/27/18, and to 40mg on 7/30/18. Zyprexa was tapered from 20mg QHS to 15mg QHS on 7/24/18, and to 10mg QHS on 7/25/18.

Seen by Dr. ████ (psychiatrist) on: 7/23, 7/24, 7/25, 7/26, 7/27, 7/29, 7/30, 7/31, 8/1

Seen by the following psychologists/social workers: CSW ████ on 7/21, 7/28 and 7/29; CSW ████ on 7/22; Dr. ████ on 7/23, 7/24 (cell front), 7/25, 7/26 (cell front); Dr. ████ on 7/27; Dr. ████ on 7/30; Dr. ████ on 7/31; Dr. ████ (Post-Doc Intern) on 8/1.

un licensed
Intern

In Dr. ████ 8/1/18 IDTT Progress Note, she wrote: "Met with patient for IDTT. Introduced myself as covering for his primary PC. Informed patient that after reviewing his chart notes, emailing yard PC and speaking today with primary PC, there does not appear to be a reason to continue to keep him after 1 days. Asked patient how he has been able to function on the yard for 611 days and this is the first time he has been to crisis? Patient stated he had a TV and his yard PC said he would help him. Patient state he did better at DSH. Told patient that if things just don't get better, his yard PC can send him to the hospital as well or he could come back to crisis. CC1 told patient his case hasn't been heard yet, has a chance to explain his side of the situation. Patient continued to express that he doesn't have any hope, if he paroles can't get a job that will support him, will be too old and he is not a US citizen." Her plan was "DC to LTRH CCCMS, take medication as prescribed to decrease psychosis"

In Dr. ████ 8/1/18 MHMD Inpatient Progress Note, he wrote: "Plan: 1. As per team IP will be discharged back today to his yard. This psychiatrist is recommending additional observation in view of his Hx, long sentence, residual depressive Sxs and the recent initiation of AD medication however this opinion was felt to be unnecessary by the other team members. Will be followed daily for 5 days subsequently will need to be followed weekly initially to monitor risk of self harm."

In Dr. ████ 8/1/18 MHMD Discharge Summary, he wrote: "*Response to Treatment :* Medication adjustment included reduscction of his Zyprexa dose from 20mg to 10 mg a day to reduce sedation and initiation f Celexa which was progressively raised to a dose of 40mg daily to address his depressive Sxs. Vistaril PRN was used for sleep induction.No SIB or aggressive behavior was noted throughout his hospital stay. Team felt IP was ready for discharge on 8/1/8 despite this Psychiatrist recommending additional observation and monitoring in view of his risk factors and the possibility of increased risk of suicide after initiation of Antidepressants."

8/14/18

(3)



(Please refer to discharge summary dated 8/1/18)

█ year old married █████ male serving Life with Parole admitted to COR-MHCB on 7/20/18 for DTS.

## Hx of Present Illness

IP was admitted after expressing suicidal ideation with a plan to cut himself after learning that his term may be extended due to an altercation with custody. He reported insomnia, anxiety, generalized body aches and CAH ordering him to kill himself .Expressed thoughts of committing suicide by hanging or cutting himself. On 7/18/18 he was involved in an altercation and was evaluated at the TTA and asked several questions about DSH and how to get referred there. Recently on 7/3/18 he received an RVR for battery on peace officer (Note that as of the time of this evaluation this RVR is not found lin SOMS). During his recent admission to MHCB (7/5-7/13/18) he denied SI upon his admission and admitted that he had claimed suicidal ideation to obtain medical care.

## Past Psychiatric Hx

Reported a Hx of depression dating back to the age of 17 when he cut wrist but never received MH treatment prior to being incarcerated. Hx of depressive episodes lasting more than 2 weeks with depressed mood, low energy, poor concentration, worthlessness/hopelessness, weight loss and SI. Reported he first started hearing voices at the time of his arrest when he was 21-22. These AH would typically tell him things such as "be good to people" or that "It's all right to drink but don't get crazy drunk". Within the MHSDS he was at the EOP- LOC but more recently was excluded from MHSDS for about year. History of multiple MHCB admissions most recently from 7/5/18 to 7/13/18 at COR- MHCB. Hx of DMH at Vacaville between 2000 to 2001<SI(cut his wrist after being informed he will be transferred away from his family to HDSP). Claimed he attempted to OD on various pills including Ibuprofen but staff was not alerted and he cannot recall when. Reports another OD attempt in 2013. Past medication trials: Zyprexa, Celexa , Remeron, Paxil, Elavil. No clear Hx of manic or miuxed episodes.

### Substance abuse Hx

Alcohol 17-22( mainly beer, No Hx of wdl)

### Past Medical Hx

Asthma; Chronic back pain, Rib contusion S/P altercation 7/04/18 (multiple x-rays negative for fractures); S/P Rhinoplastyx2 (1989,2015)

### Legal Hx

1st termer; Serving Life with Parole for Att.kidnapping with intent to commit rape (5 counts), AWDW, kidnap victim under 14 years, kidnap, ransom, extortion/667, oral copulation with force person<14, rape by force/fear(2 counts), fear of bodily injury (offense committed █████ ). PC 290 registartion required. Denied gang affiliation. █████

### Psychosocial Hx

Denied Hx of abuse, HS graduate, no Hx od special education; Worked in construction

### Family Psychiatric Hx

Denied

### Current Medications

Zyprexa 10 mg PO
QHS
Celexa 40mg PO
QHS
Vistaril 100mg PO QPM
Mometasone MDI 2 puffs PO BID
Polycarbophil 1,250 mg PO BID
PRNs:
Tylenol 650mg PO Q6Hrs
Vistaril 50mg PO QHS
Levalbuterol MDI 2 puff PO Q6Hrs
Triamcinolone nasal spray 1 spray/ Each-nostril Daily



**Informed Consent**
Today 7/23/18

**Allergies**
Indomethacin

**AIMS**
7/6/18: Zero

**Vital signs**
BP108/72; HR 67; RR 18; SpO2 98

**EKG**
7/19/18: NSR; QTc 424ms

**Laboratory test and diagnostics**
(7/24/18)
CBC: WBC 5.2 /Hgb 13.6/Hct 41.5/Plt 190/ANC 1368 * (L)
CMP:Na 144/K 4.2/Bun 8/ Creat 0.79 /Glu 91/ AST 21/ALT 28/ GFR 109
TSH : 2.92
Chest X-ray (7/7/18):L basilar atelectasis vs scarring; Lumbar Spine: DJD w/o Fx; Ribs: Noacute Fx; R wrist: No acute Fx;
UDS: +Methadone
No recent labs found in EHR and IP refused labs orderd for 7/23/18.

**Hospital course**
Medication adjustment included redusction of his Zyprexa dose from 20mg to 10 mg a day to reduce sedation and initiation f
Celexa which was progressively raised to a dose of 40mg daily to address his depressive Sxs. Vistaril PRN was used for sleep
induction.No SIB or aggressive behavior was noted throughout his hospital stay. Team felt IP was ready for discharge on 8/1/8
despite this Psychiatrist recommending additional observation and monitoring in view of his risk factors and the possibility of
increased risk of suicide after initiation of Antidepressants.

**MSE**
Calm and cooperative; Alert and free of PMR or agitation. Eye contact is fair and speech normal in rate and volume; No
TDs /EPSes are noted. Mood is " depressed". Affect is mod congruent. Thought Process is goal directed without loosening of
associations or flight of ideas. Thought Content is free of A/V hallucinations or delusions. I/P reports thoughts of cutting/hanging
w/o intent in MHCB; Denies HI/Plans; His insight and Judgment appear to be limited.

**Assessment**
████ year old married ████████ male serving Life with Parole admitted to COR-MHCB on 7/20/18 for DTS.
Dx: MDD, RS with PF; ASPD; Asthma; Chronic back pain

**Plan:**
1. As per team IP will be discharged back today to his yard. This psychiatrist is recommending additional observation in view of
his Hx, long sentence, residual depressive Sxs and  the recent initiation of AD medication however this opinion was felt to be
unnecessary by the other team members.  Will be followed daily for 5 days subsequently **will need to be followed weekly
initially to monitor risk of self harm.**

2. Medication management: Continue Celexa 40mg daily for depression and  anxiety, continue Zyprexa for AH and Vistrail PRN for
insomnia. Adjust medications as indicated.
3.Non-pharmacological interventions as per MHPC.

**Education**
1. I/P was educated regarding the risks and benefits of his current medications, the need to comply and the possible outcomes of
failing to comply with his treatment.SEs of Celexa,Vistaril and Zyprexa were reviewed including risk of arrhythmia, TDs, NMS and
metabolic syndrome.
2. IP is aware of the need to notify staff should his Sxs worsen, if he experiences S/H intent or if side effects to his medications
occur.

Result type: MHMD Inpatient Progress Note
Result date: 8/1/18    10:50 PDT
Performed by: ████  ███  (Psychiatrist)



8/14/18

## Admission Details

*Reason for Consult Details :* ▮ year old married ▮▮▮▮ male serving Life with Parole admitted to COR-MHCB on 7/20/18 for DTS.

## Hx of Present Illness

IP was admitted after expressing suicidal ideation with a plan to cut himself after learning that his term may be extended due to an altercation with custody. He reported insomnia, anxiety, generalized body aches and CAH ordering him to kill himself .Expressed thoughts of committing suicide by hanging or cutting himself. On 7/18/18 he was involved in an altercation and was evaluated at the TTA and asked several questions about DSH and how to get referred there. Recently on 7/3/18 he received an RVR for battery on peace officer (Note that as of the time of this evaluation this RVR is not found iin SOMS). During his recent admission to MHCB (7/5-7/13/18) he denied SI upon his admission and admitted that he had claimed suicidal ideation to obtain medical care.

## Past Psychiatric Hx

Reported a Hx of depression dating back to the age of 17 when he cut wrist but never received MH treatment prior to being incarcerated. Hx of depressive episodes lasting more than 2 weeks with depressed mood, low energy, poor concentration, worthlessness/hopelessness, weight loss and SI. Reported he first started hearing voices at the time of his arrest when he . was 21-22. These AH would typically tell him things such as "be good to people" or that "It's is all right to drink but don't get crazy drunk". Within the MHSDS he was at the EOP- LOC but more recently was excluded from MHSDS for about year. History of multiple MHCB admissions most recently from 7/5/18 to 7/13/18 at COR- MHCB. Hx of DMH at Vacaville between 2000 to 2001<SI(cut his wrist after being informed he will be transferred away from his family to HDSP). Claimed he attempted to OD on various pills including Ibuprofen but staff was not alerted and he cannot recall when. Reports another OD attempt in 2013. Past medication trials: Zyprexa, Celexa , Remeron, Paxil, Elavil. No clear Hx of manic or miuxed episodes.

## Substance abuse Hx

Alcohol 17-22( mainly beer, No Hx of wdl)

## Past Medical Hx

Asthma; Chronic back pain, Rib contusion S/P altercation 7/04/18 (multiple x-rays negative for fractures); S/P Rhinoplastyx2 (1989,2015)

## Legal Hx

1st termer; Serving Life with Parole for Att.kidnapping with intent to commit rape (5 counts), AWDW, kidnap victim under 14 years, kidnap, ransom, extortion/667, oral copulation with force person<14, rape by force/fear(2 counts), fear of bodily injury(offense committed ▮▮▮ ). PC 290 registartion required. Denied gang affiliation. ▮▮▮▮

## Psychosocial Hx

Denied Hx of abuse, HS graduate, no Hx od special education; Worked in construction

## Family Psychiatric Hx

Denied

 8/14/18 ⑧

Current Medications
Zyprexa 10 mg PO QHS
Celexa 40mg PO QHS
Vistaril 100mg PO QPM
Mometasone MDI 2 puffs PO BID
Polycarbophil 1,250 mg PO BID
PRNs:
Tylenol 650mg PO Q6Hrs
Vistaril 50mg PO QHS
Levalbuterol MDI 2 puff PO Q6Hrs
Triamcinolone nasal spray 1 spray/ Each-nostril Daily

Informed Consent
Today 7/23/18

Allergies
Indomethacin

AIMS
7/6/18: Zero

Vital signs
BP108/72; HR 67; RR 18; SpO2 98

EKG
7/19/18: NSR; QTc 424ms

Laboratory test and diagnostics
(7/24/18)
CBC: WBC 5.2 /Hgb 13.6/Hct 41.5/Plt 190/ANC 1368 * (L)
CMP:Na 144/K 4.2/Bun 8/ Creat 0.79 /Glu 91/ AST 21/ALT 28/ GFR 109
TSH : 2.92
Chest X-ray (7/7/18):L basilar atelectasis vs scarring; Lumbar Spine: DJD w/o Fx; Ribs: Noacute Fx; R wrist: No acute Fx;
UDS: +Methadone
No recent labs found in EHR and IP refused labs orderd for 7/23/18.

_Admitting Date :_ 7/20/2018 15:58 PDT
_Discharge Date :_ 8/1/2018 08:10 PDT
_Consult For MH Inpatient :_ MHCB
_Reason for MHCB Consult :_ Danger to self

▌ Psychiatrist - 8/1/2018 8:14 PDT

▌ Psychiatrist - 8/1/2018 8:10 PDT

Psychiatry Treatment Course
_Response to Treatment :_ Medication adjustment included redusction of his Zyprexa dose from 20mg to 10 mg a day to
reduce sedation and initiation f Celexa which was progressively raised to a dose of 40mg daily to address his depressive
Sxs. Vistaril PRN was used for sleep induction.No SIB or aggressive behavior was noted throughout his hospital stay.
Team felt IP was ready for discharge on 8/1/8 despite this Psychiatrist recommending additional observation and
monitoring in view of his risk factors and the possibility of increased risk of suicide after initiation of Antidepressants.

Printed by: ▌ Psychiatrist
Printed on: 8/13/2018 13:00 PDT

8/14/18
(9)


*Keyhea :* No

*Mental Status on Discharge :* Calm and cooperative; Alert and free of PMR or agitation. Eye contact is fair and speech normal in rate and volume; No TDs /EPSes are noted. Mood is " depressed". Affect is mod congruent. Thought Process is goal directed without loosening of associations or flight of ideas. Thought Content is free of A/V hallucinations or delusions. I/P reports thoughts of cutting/hanging w/o intent in MHCB; Denies HI/Plans; His insight and Judgment appear to be limited.

*IPOC Template :* Current IPOCs
Goals(Activated):
MH Depressed Mood IPOC(Initiated) 07/23/2018 09:25
 Indicators & Orders
 Indicators
 PLO Depressed Mood - Done
 PLO Depressed Mood - 07/23/2018 10:29 - Activated
 PLO Depressed Mood - 07/30/2018 10:47 - Activated
 PLO IDTT - Done
 PLO IDTT - 07/23/2018 10:31 - Activated
 PLO IDTT - 07/30/2018 10:47 - Activated
 MH Master Treatment Plan - Done
 MH Master Treatment Plan - 07/23/2018 15:03 - Activated

MH Depressed Mood IPOC(Initiated) 07/23/2018 09:24
 Outcomes & Interventions
 Outcomes(Initiated):
 Component: Reduce depressed mood - rated as a 8 or below as measured by self report by next IDTT interval(Initiated)
 Status: Activated
 Detail: By Discharge
 Outcome   Description   Author
 07/23/2018 10:27  am  Reduce depressed mood - rated as a 8 or below as measured by self report by next IDTT interval
             ▉▉▉▉▉ Psychologist .Psychologist
 07/25/2018 10:14  am  Reduce depressed mood - rated as a 8 or below as measured by self report by next IDTT interval
             ▉▉▉▉ RN .Inpatient RN

 Component: Depressed mood will remain in remission for a period of three months(Initiated)
 Status: Activated
 Detail: By Discharge
 Outcome   Description   Author
 07/23/2018 10:27  am  Depressed mood will remain in remission for a period of three months ▉▉▉▉▉▉
 Psychologist .Psychologist
 07/25/2018 10:14  am  Depressed mood will remain in remission for a period of three months ▉▉▉▉▉▉ RN
 .Inpatient RN
 07/30/2018 03:15  am  Depressed mood will remain in remission for a period of three months ▉▉▉▉▉▉ RN
 .Inpatient RN

Ineffective Coping IPOC(Initiated) 07/20/2018 20:03
 Ineffective Coping Plan of Care



Outcomes(Initiated):
Component: Verbalize Awareness of Own Coping Abilities/Strengths(Initiated)
Status: Activated
Detail: By Phase End
Outcome  Description  Author

| Outcome | Description | Author |
|---|---|---|
| 07/21/2018 00:05 am | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/21/2018 10:30 am | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/21/2018 10:30 am | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/22/2018 00:50 am | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/23/2018 02:00 am | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/24/2018 04:01 pm | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/25/2018 10:14 am | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/25/2018 03:07 pm | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/26/2018 01:25 am | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/26/2018 10:25 am | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/26/2018 06:01 pm | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/27/2018 01:43 am | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Outpatient RN |
| 07/27/2018 11:04 am | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/28/2018 00:53 am | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/28/2018 10:33 am | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/29/2018 00:38 am | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |
| 07/29/2018 01:02 pm | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Outpatient RN |
| 07/30/2018 03:15 am | Verbalize Awareness of Own Coping Abilities/Strengths | RN .Inpatient RN |

Component: Verbalize Feelings and Meet Psychological Needs(Initiated)
Status: Activated
Detail: By Phase End
Outcome  Description  Author

| Outcome | Description | Author |
|---|---|---|
| 07/21/2018 10:30 am | Verbalize Feelings and Meet Psychological Needs | RN .Inpatient RN |
| 07/21/2018 10:30 am | Verbalize Feelings and Meet Psychological Needs | RN .Inpatient RN |
| 07/22/2018 07:34 am | Verbalize Feelings and Meet Psychological Needs | RN .Inpatient RN |
| 07/24/2018 04:01 pm | Verbalize Feelings and Meet Psychological Needs | RN .Inpatient RN |
| 07/26/2018 10:25 am | Verbalize Feelings and Meet Psychological Needs | RN .Inpatient RN |
| 07/27/2018 11:04 am | Verbalize Feelings and Meet Psychological Needs | RN .Inpatient RN |
| 07/28/2018 10:33 am | Verbalize Feelings and Meet Psychological Needs | RN .Inpatient RN |
| 07/29/2018 01:02 pm | Verbalize Feelings and Meet Psychological Needs | RN .Outpatient RN |

Component: Assess Current Situation Accurately(Initiated)
Status: Activated
Detail: By Phase End
Outcome  Description  Author

| Outcome | Description | Author |
|---|---|---|
| 07/21/2018 00:05 am | Assess Current Situation Accurately | RN .Inpatient RN |
| 07/21/2018 10:30 am | Assess Current Situation Accurately | RN .Inpatient RN |
| 07/21/2018 10:31 am | Assess Current Situation Accurately | RN .Inpatient RN |
| 07/22/2018 00:50 am | Assess Current Situation Accurately | RN .Inpatient RN |
| 07/23/2018 02:00 am | Assess Current Situation Accurately | RN .Inpatient RN |
| 07/24/2018 04:01 pm | Assess Current Situation Accurately | RN .Inpatient RN |
| 07/26/2018 01:25 am | Assess Current Situation Accurately | RN .Inpatient RN |
| 07/26/2018 10:26 am | Assess Current Situation Accurately | RN .Inpatient RN |
| 07/26/2018 06:01 pm | Assess Current Situation Accurately | RN .Inpatient RN |
| 07/27/2018 01:43 am | Assess Current Situation Accurately | RN .Outpatient RN |
| 07/27/2018 11:04 am | Assess Current Situation Accurately | RN .Inpatient RN |


8|14|18 (11)

| Date/Time | Description | Author |
|---|---|---|
| 07/28/2018 00:53 am | Assess Current Situation Accurately | RN .Inpatient RN |
| 07/28/2018 10:33 am | Assess Current Situation Accurately | RN .Inpatient RN |
| 07/29/2018 00:38 am | Assess Current Situation Accurately | RN .Inpatient RN |
| 07/29/2018 01:03 pm | Assess Current Situation Accurately | RN .Outpatient RN |
| 07/30/2018 03:15 am | Assess Current Situation Accurately | RN .Inpatient RN |

Component: Use Effective Coping Strategies(Initiated)
Status: Activated
Detail: By Phase End
Outcome   Description   Author

| | | |
|---|---|---|
| 07/21/2018 00:05 am | Use Effective Coping Strategies | RN .Inpatient RN |
| 07/21/2018 10:30 am | Use Effective Coping Strategies | RN .Inpatient RN |
| 07/21/2018 10:31 am | Use Effective Coping Strategies | RN .Inpatient RN |
| 07/22/2018 00:50 am | Use Effective Coping Strategies | RN .Inpatient RN |
| 07/23/2018 02:00 am | Use Effective Coping Strategies | RN .Inpatient RN |
| 07/24/2018 04:01 pm | Use Effective Coping Strategies | RN .Inpatient RN |
| 07/25/2018 10:14 am | Use Effective Coping Strategies | RN .Inpatient RN |
| 07/25/2018 03:07 pm | Use Effective Coping Strategies | RN .Inpatient RN |
| 07/26/2018 01:25 am | Use Effective Coping Strategies | RN .Inpatient RN |
| 07/26/2018 10:26 am | Use Effective Coping Strategies | RN .Inpatient RN |
| 07/27/2018 01:43 am | Use Effective Coping Strategies | RN .Outpatient RN |
| 07/27/2018 11:04 am | Use Effective Coping Strategies | RN .Inpatient RN |
| 07/28/2018 00:53 am | Use Effective Coping Strategies | RN .Inpatient RN |
| 07/28/2018 10:34 am | Use Effective Coping Strategies | RN .Inpatient RN |
| 07/29/2018 00:38 am | Use Effective Coping Strategies | RN .Inpatient RN |
| 07/29/2018 01:03 pm | Use Effective Coping Strategies | RN .Outpatient RN |
| 07/30/2018 03:15 am | Use Effective Coping Strategies | RN .Inpatient RN |

Interventions(Initiated):
Component: Identify Individual Stressors(Initiated)
Status: Activated
Detail: By Phase End
Outcome   Description   Author

| | | |
|---|---|---|
| 07/21/2018 00:05 am | Identify Individual Stressors | RN .Inpatient RN |
| 07/21/2018 10:30 am | Identify Individual Stressors | RN .Inpatient RN |
| 07/21/2018 10:31 am | Identify Individual Stressors | RN .Inpatient RN |
| 07/22/2018 00:50 am | Identify Individual Stressors | RN .Inpatient RN |
| 07/23/2018 02:00 am | Identify Individual Stressors | RN .Inpatient RN |
| 07/24/2018 04:01 pm | Identify Individual Stressors | RN .Inpatient RN |
| 07/25/2018 10:14 am | Identify Individual Stressors | RN .Inpatient RN |
| 07/25/2018 03:07 pm | Identify Individual Stressors | RN .Inpatient RN |
| 07/26/2018 01:25 am | Identify Individual Stressors | RN .Inpatient RN |
| 07/26/2018 10:26 am | Identify Individual Stressors | RN .Inpatient RN |
| 07/26/2018 06:01 pm | Identify Individual Stressors | RN .Inpatient RN |
| 07/27/2018 01:43 am | Identify Individual Stressors | RN .Outpatient RN |
| 07/27/2018 11:04 am | Identify Individual Stressors | RN .Inpatient RN |
| 07/28/2018 00:53 am | Identify Individual Stressors | RN .Inpatient RN |
| 07/28/2018 10:34 am | Identify Individual Stressors | RN .Inpatient RN |
| 07/29/2018 00:38 am | Identify Individual Stressors | RN .Inpatient RN |
| 07/29/2018 01:03 pm | Identify Individual Stressors | RN .Outpatient RN |
| 07/30/2018 03:15 am | Identify Individual Stressors | RN .Inpatient RN |

Component: Encourage Verbalization of Fears, Anxieties, and Feelings(Initiated)

MHMD Discharge Summary - Text



Status: Activated
Detail: By Phase End
Outcome Description Author
07/21/2018 00:05 am Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN
07/21/2018 10:30 am Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN
07/21/2018 10:31 am Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN
07/22/2018 00:50 am Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN

07/23/2018 02:00 am Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN

07/24/2018 04:01 pm Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN
07/25/2018 10:14 am Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN
07/25/2018 03:07 pm Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN
07/26/2018 01:25 am Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN

07/26/2018 10:26 am Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN
07/26/2018 06:01 pm Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN
07/27/2018 01:43 am Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Outpatient RN
07/27/2018 11:04 am Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN
07/28/2018 00:53 am Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN

07/28/2018 10:34 am Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN
07/29/2018 00:38 am Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN
07/29/2018 01:03 pm Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Outpatient RN
07/30/2018 03:15 am Encourage Verbalization of Fears, Anxieties, and Feelings ... RN .Inpatient RN

Component: Provide for Gradual Implementation of Lifestyle Changes(Initiated)
Status: Activated
Detail: By Phase End
Outcome Description Author
07/21/2018 00:05 am Provide for Gradual Implementation of Lifestyle Changes ... RN .Inpatient RN
07/21/2018 10:30 am Provide for Gradual Implementation of Lifestyle Changes ... RN .Inpatient RN
07/21/2018 10:31 am Provide for Gradual Implementation of Lifestyle Changes ... RN .Inpatient RN
07/22/2018 00:50 am Provide for Gradual Implementation of Lifestyle Changes ... RN .Inpatient RN
07/23/2018 02:00 am Provide for Gradual Implementation of Lifestyle Changes ... RN .Inpatient RN
07/24/2018 04:01 pm Provide for Gradual Implementation of Lifestyle Changes ... RN .Inpatient RN
07/26/2018 01:25 am Provide for Gradual Implementation of Lifestyle Changes ... RN .Inpatient RN
07/26/2018 10:26 am Provide for Gradual Implementation of Lifestyle Changes ... RN .Inpatient RN
07/27/2018 01:43 am Provide for Gradual Implementation of Lifestyle Changes ... RN .Outpatient RN
07/27/2018 11:04 am Provide for Gradual Implementation of Lifestyle Changes ... RN .Inpatient RN
07/28/2018 00:53 am Provide for Gradual Implementation of Lifestyle Changes ... RN .Inpatient RN
07/28/2018 10:34 am Provide for Gradual Implementation of Lifestyle Changes ... RN .Inpatient RN
07/29/2018 00:38 am Provide for Gradual Implementation of Lifestyle Changes ... RN .Inpatient RN
07/29/2018 01:03 pm Provide for Gradual Implementation of Lifestyle Changes ... RN .Outpatient RN
07/30/2018 03:15 am Provide for Gradual Implementation of Lifestyle Changes ... RN .Inpatient RN
Orders

Psychiatrist - 8/1/2018 8:14 PDT
(As Of: 8/1/2018 11:22:43 PDT)

 8/14/18 (13)

**Problems(Active)**

Allergic rhinitis (SNOMED CT :102311013 )

*Name of Problem:* Allergic rhinitis ; *Recorder:* ███ P&S; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 102311013 ; *Contributor System:* PowerChart ; *Last Updated:* 6/13/2018 10:21 PDT ; *Life Cycle Date:* 6/13/2018 ; *Life Cycle Status:* Active ; *Responsible Provider:* ███ P&S; *Vocabulary:* SNOMED CT

Asthma (SNOMED CT :2475605013 )

*Name of Problem:* Asthma ; *Recorder:* ███ P&S; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 2475605013 ; *Contributor System:* PowerChart ; *Last Updated:* 6/13/2018 10:21 PDT ; *Life Cycle Date:* 6/13/2018 ; *Life Cycle Status:* Active ; *Responsible Provider:* ███ P&S; *Vocabulary:* SNOMED CT

Chronic back pain (SNOMED CT :216213018 )

*Name of Problem:* Chronic back pain ; *Recorder:* ███ P&S; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 216213018 ; *Contributor System:* PowerChart ; *Last Updated:* 6/13/2018 10:21 PDT ; *Life Cycle Date:* 6/13/2018 ; *Life Cycle Status:* Active ; *Responsible Provider:* ███ P&S; *Vocabulary:* SNOMED CT

Skin lesion (SNOMED CT :157896011 )

*Name of Problem:* Skin lesion ; *Recorder:* ███ P&S; *Confirmation:* Confirmed ; *Classification:* Medical ; *Code:* 157896011 ; *Contributor System:* PowerChart ; *Last Updated:* 11/7/2017 12:05 PST ; *Life Cycle Date:* 11/7/2017 ; *Life Cycle Status:* Active ; *Responsible Provider:* ███ P&S; *Vocabulary:* SNOMED CT ; *Comments:*

11/7/2017 12:05 - ███ P&S
Pathology report scar with areas of enlarged nuclei. Second opinion pending for the mid abdomen skin excisional biopsy. For the left temporal biopsy pathology reported hyperpigmented lesion and again second opinion pending

**Diagnoses(Active)**

Major depressivedisorder, Recurrent episode, With psychotic features

*Date:* 7/23/2018 ; *Diagnosis Type:* Working ; *Confirmation:* Provisional ; *Clinical Dx:* Major depressivedisorder, Recurrent episode, With psychotic features ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Ranking:* Primary ; *Diagnosis Code:* F33.3

Psychosis

*Date:* 7/24/2018 ; *Diagnosis Type:* Discharge ; *Confirmation:* Confirmed ; *Clinical Dx:* Psychosis ; *Classification:* Medical ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Diagnosis Code:* F29

8|14|18 

**Unspecified anxiety disorder**   *Date:* 7/20/2018 ; *Diagnosis Type:* Working ; *Confirmation:* Possible ; *Clinical Dx:* Unspecified anxiety disorder ; *Classification:* Mental Health ; *Clinical Service:* Non-Specified ; *Code:* ICD-10-CM ; *Probability:* 0 ; *Ranking:* Tertiary ; *Diagnosis Code:* F41.9

## Medication List

*Normal Order*                                              (As Of: 8/1/2018 11:22:43 PDT)

**+triamcinolone 55 mcg Spray-Nasal 16.9 mL (120 Sprays)**   : +triamcinolone 55 mcg Spray-Nasal 16.9 mL (120 Sprays) ; *Status:* Ordered ; *Ordered As Mnemonic:* Nasacort AQ 55 mcg/inh nasal spray ; *Simple Display Line:* 55 mcg, 1 spray, Each-nostril, Daily, PRN: allergic rhinitis ; *Ordering Provider:* ███ P&S; *Catalog Code:* triamcinolone nasal ; *Order Dt/Tm:* 7/20/2018 16:04:01 ; *Comment:* Request Refills. ONE-FOR-ONE EXCHANGE

**+ polycarbophil 625 mg Tab NP**   : + polycarbophil 625 mg Tab NP ; *Status:* Ordered ; *Ordered As Mnemonic:* Fiber Lax ; *Simple Display Line:* 1,250 mg, Oral, BIDAM+BED, PRN: constipation ; *Ordering Provider:* ███ P&S; *Catalog Code:* polycarbophil ; *Order Dt/Tm:* 7/20/2018 16:04:45 ; *Comment:* Take 2 tablets (total dose =1,250mg) by mouth twice a day with lots of water "Request Refill" dispense qty 30

**+1-OLANZapine 10 mg Tab**   : +1-OLANZapine 10 mg Tab ; *Status:* Ordered ; *Ordered As Mnemonic:* ZyPREXA ; *Simple Display Line:* 10 mg, Oral, Once a day at bedtime ; *Ordering Provider:* ███ Psychiatrist; *Catalog Code:* OLANZapine ; *Order Dt/Tm:* 7/25/2018 12:07:34 ; *Comment:* Heat Risk Medication

**+mometasone 100 mcg/inh Aerosol 120 puffs**   : +mometasone 100 mcg/inh Aerosol 120 puffs ; *Status:* Ordered ; *Ordered As Mnemonic:* ASMANEX HFA 100 MCG INHALER ; *Simple Display Line:* 200 mcg, Oral, BIDAM+PM ; *Ordering Provider:* ███ P&S; *Catalog Code:* mometasone ; *Order Dt/Tm:* 7/20/2018 16:05:37 ; *Comment:* Inhale 2 puffs by mouth twice a day 1 for 1 exchange   Request Refill Dispense # 13 gm ***One for One Exchange rinse mouth after use do not swallow

**+levalbuterol 45 mcg/puff Aerosol 15 gm**   : +levalbuterol 45 mcg/puff Aerosol 15 gm ; *Status:* Ordered ; *Ordered As Mnemonic:* XOPENEX HFA 45 MCG INHALER ; *Simple Display Line:* 90 mcg, Oral, QID, PRN: shortness of breath ; *Ordering Provider:* ███ P&S; *Catalog Code:* levalbuterol ; *Order Dt/Tm:* 7/20/2018 16:07:05 ; *Comment:* request refills



| +1-hydrOXYzine pamoate 50 mg Cap | : +1-hydrOXYzine pamoate 50 mg Cap ; *Status:* Canceled ; *Ordered As Mnemonic:* Vistaril ; *Simple Display Line:* 100 mg, Oral, Once a day at bedtime, PRN: insomnia ; *Ordering Provider:* ▪▪▪▪▪ Psychiatrist; *Catalog Code:* hydrOXYzine ; *Order Dt/Tm:* 7/31/2018 06:50:13 |
|---|---|
| +1-hydrOXYzine pamoate 50 mg Cap | : +1-hydrOXYzine pamoate 50 mg Cap ; *Status:* Ordered ; *Ordered As Mnemonic:* Vistaril ; *Simple Display Line:* 100 mg, Oral, qPM, PRN: insomnia ; *Ordering Provider:* ▪▪▪▪▪ Psychiatrist; *Catalog Code:* hydrOXYzine ; *Order Dt/Tm:* 7/31/2018 11:45:40 |
| +1-citalopram 40 mg Tab | : +1-citalopram 40 mg Tab ; *Status:* Ordered ; *Ordered As Mnemonic:* CeleXA ; *Simple Display Line:* 40 mg, Oral, qPM ; *Ordering Provider:* ▪▪▪▪▪ Psychiatrist; *Catalog Code:* citalopram ; *Order Dt/Tm:* 7/31/2018 12:22:33 |

### Discharge Plan

*Discharge Plan :* Assessment
▪ year old married ▪▪▪▪▪ male serving Life with Parole admitted to COR-MHCB on 7/20/18 for DTS.
Dx: MDD, RS with PF; ASPD; Asthma; Chronic back pain

### Plan:

1. As per team IP will be discharged back to his yard. This psychiatrist recommended additional observation in view of his Hx, long sentence, residual depressive Sxs and the recent initiation of AD medication however this was felt to be unnecessary by the other team members. Will be followed daily for 5 days subsequently will need to be followed weekly initially to monitor risk of self harm.
      2. Medication management: Continue Celexa 40mg daily for depressiom and anxiety, continue Zyprexa for AH and Vistrail PRN for insomnia. Adjust medications as indicated.
3.Non-pharmacological interventions as per MHPC.

### Education

1. I/P was educated regarding the risks and benefits of his current medications, the need to comply and the possible outcomes of failing to comply with his treatment.SEs of Celexa,Vistaril and Zyprexa were reviewed including risk of arrhythmia, TDs, NMS and metabolic syndrome.
2. IP is aware of the need to notify staff should his Sxs worsen, if he experiences S/H intent or if side effects to his medications occur.

▪▪▪▪▪ Psychiatrist - 8/1/2018 8:14 PDT


8/14/18 (16)

## Inmate's Program and Level of Care
MHCB, CCCMS

## New Issues/Complaints
Presenting Problem MH

08/01/2018: Met with patient for IDTT. Introduced myself as covering for his primary PC. Informed patient that after reviewing his chart notes, emailing yard PC and speaking today with primary PC, there does not appear to be a reason to continue to keep him after 1 days. Asked patient how he has been able to function on the yard for 611 days and this is the first time he has been to crisis? Patient stated he had a TV and his yard PC said he would help him. Patient state he did better at DSH. Told patient that if things just don't get better, his yard PC can send him to the hospital as well or he could come back to crisis. CC1 told patient his case hasn't been heard yet, has a chance to explain his side of the situation. Patient continued to express that he doesn't have any hope, if he paroles can't get a job that will support him, will be too old and he is not a US citizen.

## Current Status of Illness
unchanged

## Collateral
psychiatrist=explained the medication may take. cc1=RVR hasn't been heard.

## Mental Status
No results documented

## Mental Health Assessments
Long hair, minimal eye contact, Ox3, cooperative, safety smock

## Estimated Length of Stay
12 days

## Assessment/Progress Towards Discharge
Major depressivedisorder, Recurrent episode, With psychotic features
Psychosis
Unspecified anxiety disorder

## Plan/Disposition
DC to LTRH CCCMS, take medication as prescribed to decrease psychosis

## Problem List/Past Medical History
Ongoing
  Allergic rhinitis
  Asthma
  Chronic back pain
  Skin lesion
Historical
  No qualifying data

## IPOC Goals
## Current IPOCs
**Goals(Activated):**
Depressed Mood IPOC(Initiated)
07/23/2018 09:25
**Indicators & Orders**
Depressed Mood IPOC(Initiated)
07/23/2018 09:24
**Outcomes & Interventions**
**Outcomes(Initiated):**
Reduce depressed mood - rated as a 8 or below as measured by self report by next IDTT interval(Initiated)
  X9 - Severe-Extreme-07/23/2018 10:27 am
  O3 - Mild-07/25/2018 10:14 am
Depressed mood will remain in remission for a period of three months(Initiated)
  XProgressing, continue-07/23/2018 10:27 am
  OGoal met-07/25/2018 10:14 am
  OGoal met-07/30/2018 03:15 am
Coping IPOC(Initiated) 07/20/2018 20:03
**Ineffective Coping Plan of Care**
**Outcomes(Initiated):**
Verbalize Awareness of Own Coping Abilities/Strengths(Initiated)
  OMet-07/21/2018 00:05 am
  XProgressing-07/21/2018 10:30 am
  XNot met-07/21/2018 10:30 am
  OMet-07/22/2018 00:50 am
  OMet-07/23/2018 02:00 am
  XProgressing-07/24/2018 04:01 pm
  OMet-07/25/2018 10:14 am
  OMet-07/25/2018 03:07 pm
  OMet-07/26/2018 01:25 am
  XProgressing-07/26/2018 10:25 am
  OMet-07/26/2018 06:01 pm
  OMet-07/27/2018 01:43 am
  XProgressing-07/27/2018 11:04 am
  OMet-07/28/2018 00:53 am
  XProgressing-07/28/2018 10:33 am
  OMet-07/29/2018 00:38 am
  OMet-07/29/2018 01:02 pm
  OMet-07/30/2018 03:15 am
  OMet-07/31/2018 04:29 am
  OMet-07/31/2018 07:12 am

8/14/18   17

OMet-08/01/2018 02:35 am
OMet-08/01/2018 02:35 am
Verbalize Feelings and Meet
Psychological Needs(Initiated)
  OUse of resources-07/21/2018 10:30
  am
  OUse of resources-07/21/2018 10:30
  am
  OExpression of feelings-07/22/2018
  07:34 am
  OUse of resources-07/24/2018 04:01
  pm
  OUse of resources-07/26/2018 10:25
  am
  OUse of resources-07/27/2018 11:04
  am
  OUse of resources-07/28/2018 10:33
  am
  OExpression of feelings-07/29/2018
  01:02 pm
  XExpression of feelings, Options
  identified, Use of resources-08/01/2018
  06:12 am
  Assess Current Situation Accurately
(Initiated)
  OMet-07/21/2018 00:05 am
  XProgressing-07/21/2018 10:30 am
  XNot met-07/21/2018 10:31 am
  OMet-07/22/2018 00:50 am
  OMet-07/23/2018 02:00 am
  XProgressing-07/24/2018 04:01 pm
  OMet-07/26/2018 01:25 am
  XProgressing-07/26/2018 10:26 am
  OMet-07/26/2018 06:01 pm
  OMet-07/27/2018 01:43 am
  XProgressing-07/27/2018 11:04 am
  OMet-07/28/2018 00:53 am
  XProgressing-07/28/2018 10:33 am
  OMet-07/29/2018 00:38 am
  OMet-07/29/2018 01:03 pm
  OMet-07/30/2018 03:15 am
  OMet-07/31/2018 04:29 am
  OMet-07/31/2018 02:57 pm
  OMet-08/01/2018 02:35 am
  OMet-08/01/2018 02:35 am
  OMet-08/01/2018 06:12 am
  Use Effective Coping Strategies
(Initiated)
  OMet-07/21/2018 00:05 am
  XProgressing-07/21/2018 10:30 am
  XNot met-07/21/2018 10:31 am
  OMet-07/22/2018 00:50 am
  OMet-07/23/2018 02:00 am
  XProgressing-07/24/2018 04:01 pm
  OMet-07/25/2018 10:14 am
  OMet-07/25/2018 03:07 pm
  OMet-07/26/2018 01:25 am
  OMet-07/26/2018 10:26 am
  OMet-07/27/2018 01:43 am

IDTT Progress Note



XProgressing-07/27/2018 11:04 am
OMet-07/28/2018 00:53 am
XProgressing-07/28/2018 10:34 am
OMet-07/29/2018 00:38 am
OMet-07/29/2018 01:03 pm
OMet-07/30/2018 03:15 am
OMet-07/31/2018 04:30 am
OMet-07/31/2018 04:50 pm
OMet-08/01/2018 02:35 am
OMet-08/01/2018 02:35 am
OMet-08/01/2018 06:12 am

**Scales and Assessments
Interpretations (for assessments
without interpretations, please
manually enter one here)**
No results documented

**Endorsed Suicide Documentation**
No result documented

**Signature Line**
Electronically Signed on 08/01/2018 12:24 PM PDT

_____

███████ Post-Doc Intern, Post-Doc I



*Transfer/Discharge to: :* CCCMS
*MHLowerRationale :* Patient is assign to CCCMS
IP is being retained in the MHCB at this time. He will have daily PC contact, medication monitoring by MHMD. He continues to report poor sleep, dperession, CAH, and passive SI.

Post-Doc Intern - 8/1/2018 10:53 PDT

**Collateral Information**
*Input from other CDCR disciplines :* cc1=patient stated his RVR hasn't been heard and has a chance to tell his story

Post-Doc Intern - 8/1/2018 10:53 PDT

**EOP Functional Evaluation**
*FE ability to understand instructions FE ability to understand instructions :* same
N/A - CCCMS LOC

*FE ability to respond to coworkers :* same
N/A

*FE ability to be around objects :* same
N/A

*FE ability to respond to work situations :* same
N/A

*FE ability to work in hot weather :* same
N/A

*FE ability to work in large groups :* same
N/A

*FE ability to deal with changes :* same
N/A

*FE any other MH limitations :* same
N/A

*FE activities/tasks the IP can still do :* same
N/A

Post-Doc Intern - 8/1/2018 10:53 PDT

**Clinical Summary & Case Formulation**
*Clinical Summary :* 8/1/2018: Patient stated he is feeling the same, has lost all hope. Has good repore with yard PC, said he would help him. Patient said was hoping to be sent to hospital. Informed patient is ws on the yard for 611 days, couldn't say how he managed.

7/23/18: Patient is a ▉ year old ▉ male who is service Life with Parole, 51 years, for kidnap with intent to commit rape, assault with a deadly weapon, kidnap victim under 14 years, kidnap, ransom, extortion/667, oral copulation with force, rape with force/violence/fear of bodiy injury. IP has a history of multiple MHCB admissions last one was from 7/5/18 to 7/13/18 at Cor MHCB. He was at DMH Vacaville between 2000 to 2001, "they said because I wanted to committ suicide."

IP admitted to the MHCB on 7/20/18 due to reporting SI with plan to cut himself, thus requiring 24 hour nursing supervision. He continues to report passive SI, secondary to CAH, "blurry voices telling me 'kill yourself, just die,'" poor

 8/14/18

sleep, depression, and chronic pain. This is his second MHCB referral in the last month, for similarly reported sxs, after receiving an 115 on 7/4/2018 for battery on a peace officer. The treatment team has elected not to refer to DSH at this time as his sxs and concerns can be addressed with clinical contact at the current LOC, and with medication adjustments/monitoring.

The I/P is alert and oriented X3, looks stated age and appears disheveled with long and unkempt hair. He is drowsy but appears well hydrated/nourished. Speech is slow and mood is "depressed." Affect is blunted and dysphoric. Thought Process is goal directed without loosening of associations or flight of ideas. Thought Content is free of AH/VH or delusions. I/P denies suicidal or homicidal ideation/intent or plans while in MHCB. His insight and Judgment appear to be limited.

*Predisposing Factors :* same

H/o depressive episodes preceding incarceration. H/o moving to US and living here without the benefit of residency. He is from ▮▮▮▮ and it's unclear how long he was there, but it's often thought of as a hardship being from ▮▮▮▮ even for those with resources, given the chronicity and severeity as well as recency of strife in this country. For example, if a person sees a family member's body laying in the street, one dares not investigate it for fear of being seen expressing sympathy or concern and ending up like that themself.

*MH Perpetuating Factors :* same

The inmate-patient has a long sentence and his h/o relatively notorious crimes may lead to conflict with other inmates. He has been trying to cope with physical pain and asthma.

*Precipitating Factors :* same

He received a RVR for battery on a peace officer. Before that, he had been doing relatively well and had been excluded from MHSDS. Now, he feels quite depressed and this morning, endorsed SI with intent to cut. At this interview, he says he now feels hope. He was very interested in getting a referral to DSH.

*Maintaining Factors :* same

Denies family h/o psychiatric disorder. Says he feels hopeful during today's interview, after expressing SI with plan to cut and intent earlier this morning.

*MH Case Formulation :* no new information

In childhood and adolescence, inmate-patient ▮▮▮▮ had to deal with life in a chaotic country and then he came to this country, where he was unable to get help with problems because he was not a resident (ORIGINS). As a result, inmate-patient ▮▮▮▮ may have learned the schemas "I'm inadequate, a loser", and "Others are critical, attacking, and unsupportive of me", it's not clear because he was unable or unwilling to finish this part of the interview (MECHANISMS). These schemas may have been activated recently by a negative interaction with an officer who was to search his cell, leading to charges of battery on an inmate (PRECIPITANT). As a result, inmate-patient ▮▮▮▮ may have begun having many automatic thoughts (MECHANISMS), including, "I can't handle this place", and may have experienced anxiety and depression (SYMPTOMS, PROBLEMS), which he may have coped with by avoiding (MECHANISM) others (PROBLEMS). The avoidance, if any, may have caused inmate-patient ▮▮▮▮ to miss some deadlines (PROBLEM), which may have resulted from inmates and staff (PROBLEM) and may have led to increased sadness, feelings of worthlessness, self-criticism and self-blame, low energy, and/or loss of interest in others (SYMPTOMS, PROBLEMS). Inmate-patient ▮▮▮▮ low energy and hopelessness, if any, (PROBLEM) may cause him to stop his regular program of exercise, which may exacerbated certain medical conditions (PROBLEM).

▮▮▮▮ Post-Doc Intern - 8/1/2018 10:53 PDT

**Goal Setting with Patient**
*Contributed to goals and plan :* Yes
*Aware of plan content :* Yes
*Present at team meeting :* Yes
*Refused to participate :* No
*Unable to participate :* No

MH Master Treatment Plan - Text

*Inmate-patient's comments :* "I tried for 2 years, just couldn't keep things up."
"Nothing coming my way"

8/14/18 (21)

**IPOC Indicator MH MTP**
*MH Master Treatment Plan :* Done

Post-Doc Intern - 8/1/2018 10:53 PDT

Post-Doc Intern - 8/1/2018 10:53 PDT

Suicide Risk and Self-Harm Eval - Text



8/14/18 (22)

Suicide Risk and Self-Harm Evaluation Entered On: 8/1/2018 12:43 PDT
Performed On: 8/1/2018 12:25 PDT by [redacted] Post-Doc Intern

**Reason for Assessment**
*Reason for Assessment: :* Patient is being discharged

*Sources of information :* I/P Interview, UHR, Other: interview & chart review

[redacted] Post-Doc Intern - 8/1/2018 12:25 PDT

**C-SSRS Suicidal Ideation**
*1a. Have you wished you were dead or wished you could go to sleep and not wake up in the past month? (ref) :* Yes
*If yes, describe: :* "Right now... I am in that cell and everything is just gloomy in there and on top of that I got this news... I am tryihng to understnad... no yard, I am not able to go anywhere, they would not let me get my showers, bcut me iof my pain medications, I am
*CSSRS Wish to be Dead 2 :* No
*2a. Have you actually had any thoughts of killing yourself in the past month? (ref) :* Yes
*If yes, describe: :* same
"Right now, over and over, I think so", has been having thoughts to cut and hanging, does not want to hang self, "the way the situation looks, it's the only way I can put myself to rest... it's so cold in the cell that I cannot sleep"
*CSSRS NonSpecific Active Suicide Thought 2 :* Yes
*CSSRS Non Specific Suicide Thought Cmnt 2 :* cut wrist, OD
*3a. Have you been thinking about how you might do this in the last month? (ref) :* Yes
*CSSRS Suicidal Ideation w- Method Cmnt :* same, no plans, just feelings
"A little bit, I guess, I don;t really think about it, it just hits me with it like a big pictures, it just slams in to my head, into my thinking I guess".
*CSSRS Suicide Idea w- Method No Intent 2 :* Yes
*CSSRS Suicidal Ideation w- Method Cmnt 2 :* pills, cutting
*4a. Have you had these thoughts and had some intention of acting on them in the past month? (ref) :* Yes
*If yes, describe: :* 8/1/2018, didn't express a plan
"All I can think about is finding a razor and cutting nmyself and laying down and pass away"
*CSSRS Active Suicide Idea Intent no Plan 2 :* Yes
*CSSRS Suicidal Ideation w- Intent Comment 2 :* pills, cutting
*5a. Have you started to work out or worked out the details of how to kill yourself in the past month? Do you intend to carry out this plan? (ref) :* Yes
*If yes, describe: :* same
Yeah kinda of a little bit, when I go to the showers they give me a rozor, I have thought about breaking it open and pulling the razor out (yawns) I am so tired I want to go to sleep and not think of anything right now"
*CSSRS Suicidal Ideation Intent w-Plan 2 :* Yes
*CSSRS Suicide Idea Intent w- Plan Cmnt 2 :* collected pills
*SRASHE Calculation :* 13

Mims, [redacted]-Doc Intern - 8/1/2018 12:25 PDT

**C-SSRS Intensity of Ideation**
*Intensity of Most Severe Lifetime Ideation :* 3
*Description of Most Severe Lifetime Ideation :* cutting wrist 2013
*Intensity of Most Severe Recent Ideation :* 1
*Description of Most Severe Recent Ideation :* just thoughts, maybe a razor
*How many times have you had these thoughts? :* Less than one week



8|4|8 (23)

*When you have the thoughts how long do they last? :* Fleeting, few seconds or minutes
*CSSRS Controllability of Suicidal Thoughts :* Can control thoughts with some difficulty
*Are there things, anyone or anything (e.g., family, religion, pain of death) that stopped you from wanting to die or acting on thoughts of committing suicide? :* Uncertain that deterrents stopped you
*What sort of reasons did you have for thinking about wanting to die or killing yourself? Was it to end the pain or stop the way you were feeling (in other words you couldn't :* Does not apply

Post-Doc Intern - 8/1/2018 12:25 PDT

### C-SSRS Intensity of Ideation Score
*CSSRS Intensity of Ideation Total Score :* 7

Post-Doc Intern - 8/1/2018 12:25 PDT

### C-SSRS Suicidal Behavior
*1a. Actual Attempt in past 3 months (ref) :* No
*CSSRS Actual Suicide Attempt 2 :* Yes
*Lifetime Total Number of Attempts :* 4
*CSSRS Actual Suicide Attempt Comment 2 :* pills, cutting
*2a. Has subject engaged in Self-harm without intent in past 3 months? :* No
*CSSRS Engaged Non Suicidal Injury 2 :* No
*3a. Has there been a time when you started to do something to end your life but someone or something stopped you before you actually did anything in the past 3 months? (ref) :* No
*CSSRS Interrupted Suicide Attempts 2 :* No
*4a. Has there been a time when you started to do something to try and end your life but you stopped yourself before you actually did anything in the past 3 months? (ref) :* No
*CSSRS Aborted Self Inter Attempts 2 :* No
*5a. Have you taken any steps towards making a suicide attempt or preparing to kill yourself in the last 3 months(such as collecting pills, getting a gun, giving valuables away or writing a suicide note)? (ref) :* No
*CSSRS Prepatory Acts or Behavior 2 :* Yes
*Lifetime Total of Preparatory Acts :* 2
*CSSRS Prep Acts, Behavior Comment 2 :* pills

Post-Doc Intern - 8/1/2018 12:25 PDT

### Lethality and Medical Damage
*Actual Lethality, Most Recent Attempt Date :* 2013, took pills, OD
*Actual Lethality, Most Recent Attempt :* Minor injury
*Preparation for most recent attempt :* Some preparation
*Actual Lethality, Most Lethal Attempt Date :* 2013, took pills
*Actual Lethality, Most Lethal Attempt :* Minor injury
*Preparation for most lethal attempt :* Some preparation
*Actual Lethality, Initial 1st Attempt Date :* 2000, cut wrist
*Actual Lethality, Initial 1st Attempt :* No apparent injury
*Preparation for 1st attempt :* Some preparation

Post-Doc Intern - 8/1/2018 12:25 PDT

### Suicide and Self-Harm Summary
*Suicide and Self-Harm History :* Yes
*Suicide and Self-Harm History Narrative :* no new information
7/21/18: Patient is a ███ year old ████████ male who is service Life with Parole, 51 years, for kidnap with intent to commit rape, assault with a deadly weapon, kidnap victim under 14 years, kidnap, ransom, extortion/667, oral copulation with force, rape with force/violence/fear of bodiy injury. IP has a history of multiple MHCB admissions last one was from 7/5/18 to 7/13/18 at Cor MHCB. He was at DMH Vacaville between 2000 to 2001, "they said because I wanted to committ suicide". Patient was sent to MHCB due to suicidal ideations with a plan to cut himself. Custody informed him that he may be receiving more time on his sentence which caused him to become suicidal. This was due to an incident where he got into an incident with Custody staff. He is also having difficult with sleep. Today patient stated using a scale from 1 to 10(worst) he is at a "10" for suicidal ideations with a plan to cut himself or hang himself, anything that will kill me"; a "0" for homicidal ideations; an "8" for auditory hallucinations telling me to kil myself; he also reports physical pain on his back,



8/14/18 24

chest, arm, jaw, back of his nect, main ones are my ribs and my back".
+++++++++++++++++++++++++++++++++++++++++++++++++++++
Below is Historical Information on Patient:

Admits h/o SA/SIB as follows: "At least twice, could have been three. First time was in prison, by cutting wrist, c. 2000, in context of "when I finally lost it and decided to do it, I was informed that I would be transferred from where my family could see me often to a place where they would probably never see me again... HDSP... I was only an hour away from home... it created such a shock in me I bid them farewell... couldn't handle being away from my family... ended up slash my risk... they found me on the yard passed out and sent me to DSH... can you send me back over there because I am feeling awful... I would really appreciate it and I would work on... they sent me for three months and I ended up making a big mistake of telling them to let me go after two months" Last SA: "I can't pinpoint the date but I took a lot of I think ibuprofen, bunch of other meds I found" in the context of "I don't remember" and resulted in "I don't know" and ended up being placed in EOP after this. had asked other inmates for unwanted meds. Is not sure how anyone found out, woke up in cell after long time feeling sick, throwing up, diarrhea, "you name it, muscle cramps, all that... I don't remember what happened after that... the closest I ever came... worst than clashing my wrist... don't know what happened before that... could hav been the weight of my sentence... if I remember right, that is what led to my decision". Then suddenly recalls fighting his case in the federal courts at the time and all was looking well and he had hope but then the DA started lying and he could not prove otherwise in court, "the procedure was too much for me" and then he started losing the case in the context of the serious allegations, "something snapped in me... this world is so unfair that the lies are going to outweigh the truth and I am going to spend the rest of my life in prison".

███████ Post-Doc Intern - 8/1/2018 12:25 PDT

Suicide History Grid

|  | Suicide Attempt #1 | Suicide Attempt #2 | Suicide Attempt #3 |
|---|---|---|---|
| Suicide Attempt Date : | 1/1/2000 PST |  | 1/1/2013 PST |
| Intent to Die : | Yes | Yes | Yes |
| Suicide Method : | Cut wrist | Pills/Overdose | Pills/Overdose |
| Lethal Method? : | Yes - if the inmate had not been discovered he/she would have died | Yes - if the inmate had not been discovered he/she would have died | Yes - if the inmate had not been discovered he/she would have died |
| Medical Severity (1-4) : | 2 - Minor, superficial | 1 - No apparent injury | 1 - No apparent injury |
| Mental Health Follow-Up : | Yes |  | Yes |
| Details : | Lost enough blood to pass out, that is how he was found | Asked others for pills | He did ask for help and was sent to MHCB |
| Source : | I/P | I/P | I/P |
|  | ████ Post-Doc Intern - 8/1/2018 12:25 PDT | ████ Post-Doc Intern - 8/1/2018 12:25 PDT | ████ Post-Doc Intern - 8/1/2018 12:25 PDT |

Chronic Risk Factors
*Family history of suicide(s) :* Yes
*History of psychiatric disorder :* Yes
*History of abuse :* Yes

History of substance abuse : Yes
History of violence (including index crime) : Yes
Chronic medical illness : No
Chronic pain problem : Yes
First prison term : Yes
Sex offender : Yes
Long or life sentence : Yes
Caucasian/White ethnicity : No
Older than 35 years of age : Yes
Male : Yes

Post-Doc Intern - 8/1/2018 12:25 PDT

**Acute Risk Factors**
Suicidal Ideation MH : No
Recent suicide attempt : No
Current/recent depressive symptoms : Yes
Current/recent psychotic symptoms : No
Current/recent anxiety or panic symptoms : No
Current/recent subst abuse/intoxication : No
Agitated or angry : No
Disturbance of mood/lability : No
Current/recent violent behavior : Yes
Increasing interpersonal isolation : No
Hopelessness/helplessness : Yes
Recent serious medical diagnosis : No
pain problems : Yes
Medication hoarding/cheeking : No
Recent trauma (including sexual trauma) : No
Recent bad news : No
Anniversary date : No
Recent negative staff interactions : Yes
Recent disciplinary ("115") : Yes
Single cell placement : No
Negative housing change in housing : Yes
Safety concerns (e.g., gang dropout) : No
Early in prison term : No

Post-Doc Intern - 8/1/2018 12:25 PDT

**Protective Factors / Buffers**
Family support : Yes
Religious/spiritual/cultural beliefs : Yes
Interpersonal social support : Yes
Future orientation/plans for future : Yes
Exercises regularly : No
Positive coping/conflict resolution : No
Children at home : Yes
Spousal support : No
Insight into problems : No
Job or school assignment : No
Active and motivated in psych treatment : No
Sense of optimism; self-efficacy : Yes

Post-Doc Intern - 8/1/2018 12:25 PDT

**Additional Information and Warning Signs**
Additional Information :  8/1/2018: Patient report has given up hope but if he went to DSH would be better. Pending RVR



8/14/18 26

has put him in this frame of mind, plus loss of TV. Prior patient had been on yard for 611 days but reports it was hard to do.

____year old _____ male is clean, calm, cooperative, often asks to have questions repeated several times, often changes his answers and offers lots of details so as to appear to have circumstantial TP, does not offer immediate answers and often will now select from list of choices when asked a question, such as in the midst of this SRE and will offer his own response, greatly impeding progress. Mood is depressed, affet is appropriate, R knee bouncing rapidly, SI with plan to cut or hang, with intent and now, after getting news of prosecution of his case, says he is agreeing to honor the aggreement to ask for help before acting on SI, asked to see this writer because he was suicidal. The officer who brought him over said the inmate-patient at one point retracted his statement that he was suicidal, patient says he told the officer he was feeling suicidal "so I told him today and he says he was going to try to get you", continues to express interest in DSH, asks to be referred to a doctor to give him something to calm him down and lay him out for a couple days, now feeling he wants "to pass away if I don't pass out, I am tired, I need to sleep". AH: "Just a faint voice, just to end this, get it iover with, gets a little louder but not too loud, just faint, let's get this over with, just wend this because it's too much dread into it, there is too much confusion over this issue... I am not able to...", denies VH, admits PI of staff, is convinced they are out to get him, insight is limited, judgment is poor.

SA x 4 as noted previously above.

*Warning sign of imminent suicide present :* H - Hopelessness: Important, research-based indicator

████████ Post-Doc Intern - 8/1/2018 12:25 PDT

**Risk Levels and Justification**
*CHRONIC RISK :* Moderate
*ACUTE RISK :* Moderate
*Justification of Risk Level :* Chronic and risk both MODERATE. Chronic due to family history of suicide, psychiatric symptoms, emotional.physical abuse, substance abuse, violence, pain, 1st term, sex offender, long sentence. Acute=patient claims hopeless as he thinks he will be found guilty for recent RVR. Patient is Also requesting DSH stating that will help him feel better.

████████ Post-Doc Intern - 8/1/2018 12:25 PDT

**Safety/ Treatment Plan**
*Is this for a MHCB Discharge? :* Yes
*Safety/Treatment Plan :* Patient has a good repore with yard PC and his thinking can be redirected with positive encouragement of his coping skills i.e. ability to stay on yard for 611 dyas.

Patient reports hopeless due to pending RVR that hasn't been heard yet. Encourage patient he has the opportunity to tell his story, might be found innocent.

Contact with his family, children at home and future possibility of being released should be used when he is feeling overwhelmed.

Patient may need a higher loc-EOP for more programming, currently CCCMS/

████████ Post-Doc Intern - 8/1/2018 12:25 PDT

# EXHIBIT QQ
# (2018-08-14-1340hrs)

PS1     8 – 14 R 1340

Aug 14 2018 ①

**From:** ███████ ███CDCR
**Sent:** Tuesday, August 14, 2018 1:40 PM
**To:** Golding, Michael@CDCR
**Subject:** RE: EOP Yard A CSP-Sacramento
**Attachments:** ███████ SAC appointments 7.9.18.PNG

Hi Michael,

Per Dr. ███████ write-up that you attached, he had 11 patients scheduled to be seen on 7/9/18 – 4 came and were seen, 6 did not come and were not seen, and 1 was out to court and was not seen. I have attached a screenshot of the Appointments report for Dr. ███████ on 7/9/18, which shows he only had 5 scheduled appointments, 4 of which were seen.

It appears that the scheduler moved the appointments that were not seen on 7/9/18 to the schedule for 7/10/18, instead of marking them as refused on 7/9/18 and rescheduling them. This is a huge problem for two reasons: 1) Those 6 appointments were NOT seen as scheduled, so the Appointments seen as scheduled percentage should be 36% (4/11), but by erasing any record of them from the 7/9/18 schedule, the Appointments seen as scheduled reported percentage is, erroneously, 80% (4/5); and 2) Those 6 appointments should have been marked as No Shows/Refusals, making the appointment refusal rate 55%, but since they were just moved to a different day, the reported refusal rate is 0%.

███████

███████, MD
Senior Psychiatrist, Specialist
Elk Grove - Headquarters
California Department of Corrections and Rehabilitation

Cell phone: ███████

**From:** Golding, Michael@CDCR
**Sent:** Tuesday, August 14, 2018 12:47 PM
**To:** ███████@CDCR ███████@cdcr.ca.gov>
**Subject:** FW: EOP Yard A CSP-Sacramento

███████ of the 12 inmate patients on the C section of the block cound not be interviewed.....................

So he say a bunch for 2-minute appointments.

But a bit better than I thought

Michael

**Michael Golding, M.D.**
**Statewide Chief Psychiatrist**
**Mental Health Support Program**
**California Department of Corrections and Rehabilitation**

Phone: 916.662.6541

1

Email: michael.golding@cdcr.ca.gov



**Save Our Water**

Learn easy ways to save water
during California's drought at
SaveOurWater.com

Aug 14, 2018 (2)

**From:** ▮▮▮▮ @CDCR
**Sent:** Tuesday, July 10, 2018 5:19 PM
**To:** Golding, Michael@CDCR
**Subject:** EOP Yard A CSP-Sacramento

The following are events following 2 (two) days of providing psychiatric care at CSP-Sacramento.

On Monday 07/09/2018 there were a total of 11 patients scheduled. 1 (One) ▮▮▮▮▮▮▮▮▮▮ of the 11 had an appointment for a PC 2602 renewal interview but had been transferred out to court at 5am that same morning and thus was not seen. Of the remaining 10 only 4 came and were interviewed in the safety of the EOP clinic. The remaining 6 (six ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were to be seen cell side the next day to limit the amount of time exposed to the dangers of the prison yard and prison block. Of note in the last year time there has been a stabbing on the yard, fights on the yard, and it is not uncommon for inmate patients to have manufactured weapons in their cells. Also on the prison block some inmate patients likely are walking around as they await their turn to use the shower, waiting to be escorted by custody, working as porters, etc. The blocks are also two tiered so there is always a risk that an inmate patient might throw a provider off the highest tier severe injuring or even killing a provider.

On Tuesday 07/10/2018 there were a total of 11 entirely different patients scheduled however 2 were moved to a different block and thus the actual patients scheduled to my care were 9 as the other 2 were now under the care of a different psychiatrist given the movement. Only 3 of the 9 came and were interviewed in the safety of the EOP clinic. The remaining 6 were attempted to be seen on the block in addition to the 6 remaining patients to be seen on the block from the previous day making the total of 12 cell side interviews. 5 (Five) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ of the 12 inmate patients on the C section of the block could not be interviewed because custody informed us that an agitated inmate patient ▮▮▮▮▮▮▮▮▮▮ was in section C and it would not be safe to enter as the door to section C was closed. The following is regarding the A and B section of the block. 1 (One) ▮▮▮▮▮▮▮▮▮ was not in his cell to do the cell side interview. His cellmate reported that inmate patient ▮▮▮ was somewhere on the yard.

4 (Four) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ of the remaining 6 were interviewed cell side and 1 (One) ▮▮▮▮▮▮▮▮▮▮ of the 6 was interviewed in the hallways as inmate patient called to me appearing mildly agitated requesting to be taken off his heat medications. Of note the patient was also refusing his other psychiatric medications as well. A brief interview was done in the hallway of the block. Of note, ▮▮▮▮▮▮▮▮▮▮ reported the he left the EOP clinic this morning before his psychiatry appointment because he had a Telemedicine appointment at the same time. 1 (One) ▮▮▮▮▮▮▮▮▮ of the remaining 6 was spoken to in the open section as he had finished showering and was walking back to his cell. ▮▮▮▮▮▮▮ reported that he did not come to his EOP clinic appointment because he was in severe pain secondary to his complications from his end stage liver disease and bilateral severe leg edema.

2

██████ reported that he did not come to his EOP clinic appointment because he just recently saw his clinician (psychologist or social worker) and that the ducat he received must have been an error██ ██████ reported and showed us that he only receive a single ducat for group noting "A EOP Trt Cntr Grp RM 2 MH" but did not receive a ducat for his psychiatry 1:1 appointment.████████████ reported that he had a legal visit at 7:30am that lasted approximately 45 minutes. He reports returning to the block but by this time the second group was already likely brought to the EOP clinic.

██████ is prescribed involuntary psychiatric medications under an active PC 2602 court order and was not able to articulate a clear reason why he did not come to his EOP clinic appointment. When pressured to clarify further the patient then reported that he thinks his cell door was not opened.

Of note, two other inmate patients who were not scheduled for today or yesterday██████████ and █████████ in different cells requested to speak to me to address their questions and needs.███ eemed to commute better in Spanish but spoke some broken English.

Aug 14 2018 (3)

| | NHI | ANY, GP, GP(K), CCCMS, EOP, ☑️ ▼ |
|---|---|---|
| L, PSU ▼ | subProgram | ANY ▼ |
| 📅 | Ending | 7/9/2018 📅 |
| ▼ | Tx Category | Psychiatrist Contact ▼ |
| ▼ | Reason | ALL ▼ |
| ▼ | CDC # | ☑️ NULL |
| ☐ NULL | Current Celibed | ☑️ NULL |
| ☑️ NULL | Max Duration | ☑️ NULL |

Find | Next 🔍 ▼ ⊕ 🖨️ 🔲

| ...ne ⬍ | Current Cell Bed ⬍ | Appt Program ⬍ | Appt Sub Program ⬍ | Appt Bld ⬍ | Appt Date ⬍ | Min ⬍ | Provider Type ⬍ | Provider Name ⬍ | Type ⬍ | Reason ⬍ | Outcome Type ⬍ | Status Reason ⬍ | Modality ⬍ | Detail ⬍ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ▉ | ML | EOP | EOP | 7/8/2018 2:15:00 PM | 15 | SPS | ▉ | PSY_CONTACT | PSY-Initial | Completed | Seen | Standard (Standard) | ML EOP Initial Primary Psychiatrist Contact |
| | | ML | EOP | EOP | 7/8/2018 11:00:00 AM | 15 | SPS | | PSY_CONTACT | ML EOP Continuing Primary Psychiatrist C | Cancelled | AutoCancellation | | ML EOP Continuing Primary Psychiatrist Contact |
| | | ML | EOP | EOP | 7/8/2018 12:15:00 PM | 15 | SPS | | PSY_CONTACT | ML EOP Continuing Primary Psychiatrist C | Completed | Seen | Standard (Standard) | ML EOP Continuing Primary Psychiatrist Contact |
| | | ML | EOP | EOP | 7/8/2018 11:30:00 AM | 15 | SPS | | PSY_CONTACT | ML EOP Continuing Primary Psychiatrist C | Completed | Seen | Standard (Standard) | ML EOP Continuing Primary Psychiatrist Contact |
| | | ML | EOP | EOP | 7/8/2018 11:13:00 AM | 14 | SPS | | PSY_CONTACT | ML EOP Continuing Primary Psychiatrist C | Completed | Seen | Standard (Standard) | ML EOP Continuing Primary Psychiatrist Contact |

Aug 14, 2018 ④

**EXHIBIT RR
(2018-08-15-1004hrs)**

| | |
|---|---|
| **From:** | @CDCR |
| **Sent:** | Wednesday, August 15, 2018 10:04 AM |
| **To:** | Golding, Michael@CDCR |
| **Subject:** | CDCR CCCMS February 2018 Appointments seen as scheduled |
| **Attachments:** | CDCR appointments seen as scheduled.PNG |

Good morning Michael,

Per the attached screenshot of the "Appointments seen as scheduled" report, 95% of ML CCCMS February 2018 appointments in CDCR were seen as scheduled.

To match the data sets up as accurately as possible, I re-ran the "Appointments" report for CDCR ML CCCMS for the month of February 2018 - the 52% figure I gave you previously was from running this report for just one day, 7/10/18, and just for psychiatry appointments. In February 2018 there were 84,120 mental health appointments, 35,642 of which were seen. Thus the percentage of appointments that were seen as scheduled is 42%.

If the "Appointments seen as scheduled" report really included ALL scheduled appointments (as it says it does in the definition of the denominator), these two numbers should be the same. The only reasonable argument for excluding some of the appointments from the denominator is that the system auto-cancels appointments when a patient has been moved to a different institution after their appointment was scheduled but before their appointment occurred. If auto-cancellations are removed from the denominator, then the percentage of appointments seen as scheduled becomes 46%. However, as we previously discussed, this figure does not account for all of the appointments that should have been marked cancelled/refused/no show but are simply rescheduled to a different date. If we were able to include those cases, the percentage of appointments seen as scheduled would be even lower.

The "Appointments seen as scheduled" report does not allow me to filter by psychiatry appointments, but when I filtered by psychiatry appointments in the "Appointments" report I obtained the following numbers: 15,397 appointments, 8,628 of which were seen, for an appointments seen as scheduled percentage of 56%.

One important note about the above - the "Appointments" report is very helpful, but time-intensive. In order to obtain the above percentages, I had to export the data to Excel, and either know how to get Excel to calculate the percentages from the data, or do it manually. The "Appointments seen as scheduled" report is quick and easy - all of the calculations have been done for the user by QM. Most users likely never look at the "Appointments" report, and simply use "Appointments seen as scheduled", which could cause program or clinical decisions to be made based on faulty data.

███████

████████ MD
Senior Psychiatrist, Specialist
Elk Grove - Headquarters
California Department of Corrections and Rehabilitation
███████
Cell phone: ████████

-----Original Message-----
From: Golding, Michael@CDCR
Sent: Wednesday, August 15, 2018 7:03 AM
To: ████████ CDCR <████████@cdcr.ca.gov>
Subject: 91% Sac figure scheduled figure

1

(DVer)

Can you get me a report FOR ALL institutions (ideally mainline CCC) using the same methodology that generated the 91% SAC figure, to match your quick calculation of 52% of patients seen as scheduled statewide. Then we can compare this figure to the lkely more accurate figure of around 50%.

So use the QM method that got 91% for SAC, but apply to all main line CCC.

Thanks,

Michael

Sent from my iPhone

# EXHIBIT SS
## (2018-08-15-1333hrs)

**Golding, Michael@CDCR**

| | |
|---|---|
| **From:** | Golding, Michael@CDCR |
| **Sent:** | Wednesday, August 15, 2018 1:33 PM |
| **To:** | ███████@CDCR |
| **Subject:** | RE: Dr. ████ Patient |

Yes this is interesting. So the patient was discharged from a crisis psychiatric HOSPITAL and given an appointment with a psychiatrist 90 days later, by the supervising psychiatric social worker.

This is again, quite sad. And then the patient bounces back into the hospital.

The patient is again discharged (against the advice of the psychiatric physician) and then sent (once more!) to CCC.

Some of this is just hard to fathom.

Michael

Michael Golding, M.D.
Statewide Chief Psychiatrist
Mental Health Support Program
California Department of Corrections and Rehabilitation

Phone: 916.662.6541
Email: michael.golding@cdcr.ca.gov

-----Original Message-----
From: ████ ████e@CDCR
Sent: Wednesday, August 15, 2018 1:18 PM
To: Golding, Michael@CDCR
Subject: RE: Dr. ████ Patient

I have attached two screenshots. The CCCMS MHMD appointment order was placed on 7/16/18 by a supervising psych social worker. Unfortunately, I can't find a CCCMS MHMD appointment order from his recent MHCB discharge, but the 7/16/18 appointment order is interesting, because he was discharged from the crisis bed on 7/13/18 and the order is for a 90 day MHMD appointment. So although it isn't relevant to his most recent MHCB stay, it does show that upon leaving MHCB previously, the plan was to have him follow up with a psychiatrist within 90 days of his discharge. The EOP initial MHMD appointment order was placed by a post-doc intern on 8/9/18, for an appointment with a psychiatrist within 14 days, and I don't see anything fishy about it.

The patient's psychiatry appointment that was scheduled for this morning was cancelled, but there is another appointment scheduled for tomorrow. And they did it properly, via cancelling the appointment, not just rescheduling it.

████████, MD
Senior Psychiatrist, Specialist
Elk Grove - Headquarters
California Department of Corrections and Rehabilitation
████████

Cell phone: ████████

1

-----Original Message-----
From: ███████████ CDCR
Sent: Wednesday, August 15, 2018 10:17 AM
To: Golding, Michael@CDCR <Michael.Golding@cdcr.ca.gov>
Subject: RE: Dr. ██████ Patient

████████ saw Dr. ██████ on 8/1/18 (day of discharge) and is scheduled for his next MHMD appointment today at 11:45. He was transferred from CCCMS to EOP on 8/8/18. MH Master Treatment Plan dated 8/8/18 states "The IP is unable to function at LOC: Yes". I can't tell from the treatment plan what occurred during the patient's 8/8/18 IDTT, so it's unclear whether transferring to EOP was the psychiatrist's idea or the PC's, or everyone just agreed that he really wasn't properly placed in CCCMS. I will check back later today to see if the MHMD appointment occurred.


████████████, MD
Senior Psychiatrist, Specialist
Elk Grove - Headquarters
California Department of Corrections and Rehabilitation
████████
Cell phone: ███████████


-----Original Message-----
From: Golding, Michael@CDCR
Sent: Tuesday, August 14, 2018 8:38 PM
To: ███████ CDCR ███████████ @cdcr.ca.gov>
Subject: Dr. ██████ Patient

Could you look up when Dr. ██████ patient, discharged against his advice, was scheduled to see the psychiatrist next, at his CCC (I) level of care?

Michael

Sent from my iPhone

2