```
 1              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA
 2            BEFORE THE HONORABLE KIMBERLY J. MUELLER

 3   RALPH COLEMAN, et al.,

 4                  Plaintiffs,
     vs.                              Sacramento, California
 5                                    No. 2:90-CV-0520
     EDMUND G. BROWN, JR.,            Monday, November 5, 2018
 6   et al.,                          3:01 p.m.

 7                  Defendants.
     _____/
 8

 9

10                        --oOo--
              REPORTER'S TRANSCRIPT OF PROCEEDINGS
11                    STATUS CONFERENCE
                          --oOo--
12

13   APPEARANCES:

14   For Plaintiffs:        ROSEN BIEN GALVAN & GRUNFELD LLP
                            LISA A. ELLS
15                          JEFFREY BORNSTEIN
                            Attorneys at Law
16                          101 Mission Street, 6th Floor
                            San Francisco, CA  94105
17
     For the Defendants:    OFFICE OF THE ATTORNEY GENERAL
18                          ANDREW GIBSON
                            Attorney at Law
19                          600 West Broadway, Suite 1800
                            San Diego, CA  92101
20
     (Appearances continued on page 2.)
21
     Official Reporter:     KACY PARKER BARAJAS
22                          CSR No. 10915, RMR, CRR, CRC
                            501 I Street
23                          Sacramento, CA  95814
                            kbarajas.csr@gmail.com
24
     Proceedings recorded by mechanical stenography.  Transcript produced by
25   computer-aided transcription.
```

(Appearances continued on page 2.)

```
 1    APPEARANCES (Continued):

 2    For the Defendants:      OFFICE OF THE ATTORNEY GENERAL
                               TYLER HEATH
 3                             JAY RUSSELL
                               Attorneys at Law
 4                             455 Golden Gate Avenue, Suite 11000
                               San Francisco, CA  94102
 5
                               OFFICE OF THE ATTORNEY GENERAL
 6                             ELISE THORN
                               Attorney at Law
 7                             1300 I Street
                               Sacramento, CA  95814
 8

 9    APPEARANCES BY TELEPHONE:

10    Special Master:          PANNONE LOPES DEVEREAUX & O'GARA LLC
                               MATTHEW A. LOPES, JR.
11                             Attorney at Law
                               1301 Atwood Avenue, Suite 215 N
12                             Johnston, RI  02919

13    Special Master Team:     KERRY WALSH
                               DR. JEFFREY METZNER
14

15                                   --oOo--

16

17

18

19

20

21

22

23

24

25
```

1          SACRAMENTO, CALIFORNIA, MONDAY, NOVEMBER 5, 2018, 3:01 PM

2                              --oOo--

3          THE CLERK:  Calling civil case 90-0520, Coleman, et

4   al. versus Brown, et al.  This matter is on calendar for

5   further status conference.

6          THE COURT:  All right.  Appearances, please, for

7   plaintiffs.

8          MS. ELLS:  Good afternoon, your Honor.  This is Lisa

9   Ells and Jeff Bornstein for the plaintiffs.

10         THE COURT:  Good afternoon to you.

11         And for the defense?

12         MR. GIBSON:  Good afternoon, your Honor.  Andrew

13  Gibson for the defendants.  Sitting beside me are Jay Russell,

14  Elise Thorn, and Tyler Heath.

15         THE COURT:  All right.  Good afternoon to all of you.

16  And you have an army behind you.

17         And on the phone we have Special Master Lopes; you're

18  there?

19         SPECIAL MASTER LOPES:  I am, your Honor.

20         THE COURT:  And also Dr. Metzner is on the line?

21         DR. METZNER:  I am, your Honor.

22         THE COURT:  And Kerry Walsh?

23         MR. WALSH:  Yes, your Honor.

24         THE COURT:  All right.  The special master's team is

25  simply monitoring.

1          So here's what I wanted to discuss with the parties

2    given what I would describe as the current circumstances of the

3    case.  There's the one clearly identifiable whistleblower,

4    Dr. Golding.

5          There's a state case which has been brought to the

6    Court's attention filed by someone who considers herself a

7    whistleblower.  That state case was filed in June of this year,

8    so it's been out there for sometime.  I don't have it in front

9    of me but there's that.

10          There's also, I believe, a person identified in

11    Dr. Golding's report who might claim whistleblower status.  I'm

12    not certain about that.  I haven't heard any such claim, but

13    the Court's reading of that report leads me to think that's a

14    possibility.

15          Also, as I've let the parties know through forwarding

16    to them communications I'm receiving, I am starting to receive

17    communications.  At this point it appears -- I'm not reading

18    them all.  It appears to me there's one set of communications

19    coming from people who are prompted to weigh in based on what

20    they know about CDCR from working inside CDCR, or they have

21    some direct interaction with the department.

22          There's another set of communications I've started to

23    receive as of today which they appear to be psychiatrists from

24    throughout the country weighing in, sending a message to the

25    Court.  But again, I haven't read all of them.  My plan is to

1    forward those to the parties.

2          But here is my current thinking, and so I want to just

3    outline this for the parties, get your initial responses before

4    I finalize a proposal in writing for you to respond to.  And I

5    have reconsidered my initial thoughts.  I still think there may

6    well be the need for an evidentiary hearing in this court, but

7    I do think that it may be advisable given development since our

8    last hearing to have an independent investigator first prepare

9    a report for the Court working for the Court and have that

10   guide any hearing; and it would be a focused investigation with

11   a scope of work defined by the Court but with input from the

12   parties.  The report would be shared with the parties before

13   filing.  So that is my current thinking.

14          But here's what I've learned in attempting to

15   determine how to structure such an independent investigation

16   with the hope that it is focused, it takes as little time as

17   possible, while being complete, and gives the Court what it

18   needs separate from whatever any other party or institution may

19   need based on what Dr. Golding has put in his report.

20          First, just so it's on the record, I did check with

21   the U.S. Attorney's Office.  I did not think that was an option

22   and the U.S. Attorney's Office has confirmed.  I've been in

23   communication with the Executive Assistant U.S. Attorney, who,

24   after doing some checking of her own, has conveyed to the Court

25   that her office is unaware of any mechanism by which the

1    district court could have the U.S. Attorney's Office serve as

2    an investigator concerning allegations of fraud in an ongoing

3    civil action to which the United States is not a party.  The

4    U.S. Attorney would accept a referral if this Court determines

5    there is fraud of some type, either civil or criminal.  But

6    it's not in a position, even if an assistant U.S. attorney was

7    identified, perhaps not even in this district, there is not the

8    authority or the resources to conduct the kind of investigation

9    needed here in any timely fashion and perhaps not at all.

10            I have discussed with the special master, albeit

11   briefly, but I've discussed with him whether or not it would

12   make any sense to have him conduct an independent

13   investigation, and I believe it's safe to say he and I both

14   agree it is not plausible to have him conduct the

15   investigation.  For one thing, he needs to remain as the

16   special master in this action going forward after any

17   investigation is concluded.  He has relationships.  He

18   certainly has the ability to serve in some ways as an ALJ, but

19   he also has served as a form of mediator at times.  It's this

20   Court's determination that to turn him into the independent

21   investigator would undermine his ability to continue serving as

22   the special master in this action.

23            So that leaves the option of a private investigator,

24   someone who is neutral, who is experienced in fraud and

25   whistleblower investigations, who is able to work efficiently,

1    and who is unimpeachable.  I believe at this point, but this is

2    where I'm going to give you an opportunity to respond today and

3    also in response to a more focused written plan, I believe I

4    have the inherent authority to retain an independent

5    investigator, and unless I am disabused of that notion, I'm

6    prepared to provide the parties with a name or names of persons

7    that I've identified who can perform this function in the very

8    near future.

9         The issues a written plan would clarify would be the

10   following:  Who is the client?  And my thought is the Court is

11   the client.  What's the set of witnesses and documents?  How

12   expansive are the witnesses and documents to be reviewed and/or

13   interviewed by an investigator?  That would be driven by the

14   scope of work which the Court will define by identifying the

15   areas identified by Dr. Golding.  And I think there's several

16   different issues raised by Dr. Golding's report.  But there is

17   one subset that raises the question of whether or not fraud has

18   been committed on the Court, and so the scope of work for the

19   independent investigator would identify only those issues.  The

20   independent investigator wouldn't weigh in on the psychiatrist

21   versus psychologist battle.  That is where the special master

22   will ultimately assist the Court, and the Court will decide

23   what's going on there.

24        Also the rate, any independent investigator I believe,

25   if appointed by the Court in the exercise of its independent

1    authority, the rate would not be limited by the PLRA, but there

2    would need to be a rate of pay.  There would be an estimated

3    time frame realistic but as short as possible without having

4    the investigation short shrifted.

5              So I'll bet you can identify the one issue that I'm

6    still working on, and that is, how would that independent

7    investigator be paid.  And so I am awaiting further information

8    from the Administrative Office of the U.S. Courts.  The Court

9    has no checkbook, and so ultimately -- and I'm certainly not

10   finding fraud having been committed.  I need the assistance of

11   someone to help me reach that decision ultimately, and so I

12   think an independent investigator would need to be properly

13   paid.  And the question is would that be something that I would

14   ask the parties to contribute to payment of the investigator.

15             I'm still awaiting details on whether or not there is

16   any court fund.  This Court does not have a fund.  I know that.

17   Not just this judge but this court, the Eastern District of

18   California does not have a fund to pay for an independent

19   investigator given the likely budget.

20             So those are my thoughts.  So I realize you're just

21   hearing those.  If you have initial responses, I'm happy to

22   listen.  Otherwise, my plan would be to, in the relatively near

23   future, issue an order outlining this plan seeking a response

24   from the parties.  Ultimately I would make a proposal about

25   payment.  But do you have any initial reactions today, Ms. Ells

1    or Mr. Bornstein?

2        MS. ELLS:  Your Honor, I think you're absolutely

3    correct that you have inherent authority to appoint somebody to

4    perform this function and this type of independent

5    investigation.  I think that's very well settled under the law.

6    There's a lot of authority for it, and I'm sure you're already

7    familiar with that.  But we would be happy to provide it if

8    there is a dispute.

9        We also agree that this must be somebody independent,

10   cannot be the special master.  We agree with your conclusion on

11   that.  And I think, you know, one thing that I think should be

12   taken into account is the -- in terms of the documents and

13   witnesses and the scope of the investigation, we think it's

14   important that the investigator have access to documents and

15   information that might otherwise be claimed as privileged.  We

16   don't see any way that an investigation can be effective

17   without access to that kind of information.  And there's a lot

18   of precedent for the Court having independent parties and

19   investigators and special masters working directly for the

20   Court have access to that kind of privileged information in

21   circumstances like this and other related circumstances.  So we

22   think that's critical.

23       We also -- you know, once we see what you've written,

24   we agree just generally with the principles you're talking

25   about, and, you know, we look forward to commenting on the

1   specific plan in writing.

2           We do think though that there isn't any authority that

3   we're aware of, and frankly to us it doesn't make sense that

4   the plaintiff class would pay any portion of this

5   investigation.  The plaintiff class and plaintiffs' counsel are

6   not accused of any wrongdoing.  There's no implication that

7   anybody working for us or related to us has engaged in any

8   wrongdoing.  We are not the ones bringing this motion.  As

9   you've indicated, the client is the Court itself, and this is a

10  fraud-on-the-Court matter.  It's ancillary and of course

11  affects us, but the key party at issue here is the Court.  And

12  so we think that we're not aware of any authority or any

13  similar situation where plaintiffs' counsel or the plaintiff

14  class has contributed or paid for any work like that, and we

15  don't agree that that would be appropriate here.

16          THE COURT:  All right.  There would be a need and my

17  order would address the authority, the Court could confer on an

18  investigator to conduct any interview and seek any documents

19  the investigator determined he or she needed.  That is

20  something I would address, but the investigator would be acting

21  on behalf of the Court.

22          MS. ELLS:  Your Honor, could I make one more quick

23  point.

24          THE COURT:  You may.

25          MS. ELLS:  You referenced an additional person who has

1   approached the Court that you consider who I think you said is

2   referenced in the report.

3            THE COURT:  Not someone who has approached the Court.

4   I'm just saying my reading of the report is there might be

5   someone whose name has been redacted in the filed copy of the

6   report who might claim whistleblower status or cowhistleblower

7   status.

8            MS. ELLS:  Okay.  If the Court has received any

9   materials like that, we would appreciate --

10           THE COURT:  I'm forwarding to you any materials I

11  receive.

12           MS. ELLS:  Okay.

13           THE COURT:  If I'm receiving any third party, you're

14  getting it.

15           MS. ELLS:  Okay.

16           THE COURT:  I'm not saying I've heard from someone

17  else claiming whistleblower status.  I'm simply aware of the

18  state case.

19           MS. ELLS:  Yes.  Okay.

20           THE COURT:  I think plaintiffs had referenced

21  whistleblowers.  Is there anyone besides the person who has

22  filed a case in state court in June of this year?

23           MS. ELLS:  We're not certain who has contacted the

24  Court, and we just wanted to be very clear; and I think you

25  have now said that you intend to provide to plaintiffs' counsel

1    anybody that approaches the Court directly because we think

2    there might be people out there who are -- either have or plan

3    to approach the Court that we may not be directly in contact

4    with.

5            THE COURT:  At this point, I'm providing to the

6    parties, Ms. Shultz or Mr. Michel, in her absence, will forward

7    the communications we're receiving.  We'll also provide those

8    to the investigator once retained, assuming I can do this.

9            Mr. Gibson, anything to say initially, recognizing

10   again that you've just heard the Court's proposal?

11           MR. GIBSON:  Yes, your Honor.  And we appreciate the

12   opportunity to respond more fully once the Court makes her

13   ultimate determination.  I think at the outset defendants want

14   to say that, after having an opportunity to speak with our

15   clients, look into the allegations a little bit closer, we can

16   say here and now that unequivocally no fraud has taken place,

17   and we want an opportunity to file a response to Golding's

18   allegations as soon as possible.  I think defendants' position

19   is that, if given that opportunity, this can assist the Court

20   in narrowing the issues which I understand the Court wants to

21   do to try to get this case back on track to resolution, and I

22   think that's in everybody's interest, the parties and the

23   clients and the plaintiffs' class.

24           Now once that's done, once the scope is narrowed, I

25   think the Court should take a second look about whether or not

1   investigation needs to be done, whether by an independent body

2   or simply by hearing.  Defendants are willing and able to

3   participate in whatever the Court ultimately decides to do.

4         Going over Dr. Golding's allegations and taking a

5   closer look, defendants have been nothing but transparent with

6   the special master, with plaintiffs in all of the data methods

7   prepared and reported.  As the Court recognized, there's a

8   large section of -- a large portion of Dr. Golding's

9   allegations that have nothing to do whatsoever with any kind of

10   fraud on the Court as been alleged.  And so that's something

11   that doesn't even need to be addressed in any kind of

12   investigation.  Of course the special master and the parties

13   can address it outside of the courtroom, as we've done a lot of

14   issues.  But going back to --

15         THE COURT:  Well, perhaps with some direction from the

16   Court.

17         MR. GIBSON:  Yes, your Honor.  But as to the data

18   issues, I think a closer look has disclosed that there's

19   either Dr. Golding has a misunderstanding of what the data is

20   and what it's reporting, or he has a disagreement with the way

21   data has been reported.  A policy dispute would be the better

22   way of pointing that out.  There are a few errors that he has

23   pointed out, and either they were corrected 18 months ago and

24   are no longer currently an issue and haven't been for the last

25   year and a half, or they were identified in his report and

1    immediately corrected.  Indeed from what we understand is he

2    identified one issue, and it actually increased defendants'

3    compliance with the program guide.

4         So I think at this point it would be best for all,

5    including the Court, in terms of trying to identify what the

6    issues are, for defendants to provide their response to

7    Dr. Golding's allegations, and I believe we can do that within

8    the next 21 days.

9         Once that's done, the Court can then determine if the

10   investigation needs to go forward.  And we believe that the

11   Court already has the investigator on staff which is the

12   special master.  The special master has the unique position to

13   provide a quick resolution to any outstanding issues that

14   remain after defendants have an opportunity to respond.  He has

15   lived in the case.  He understands the way that this data has

16   been created, the methodologies.  I think an outside

17   investigator, for him or her or their team to get up to speed

18   will take a long time.  It will only prolong this.

19        The order of reference provides the very thing that

20   this Court needs, which is confidential interviews of CDCR

21   employees and officials.  The special master has a history of

22   conducting investigations into allegations by psychiatrists and

23   inmate patients as to wrongdoing within CDCR.  The special

24   master conducts the investigations, prepares a report.  This is

25   all that's happened in this case.  There's nothing different

1    here that defendants have heard as to why the special master or

2    members of his team can't perform this or whether or not the

3    special master can hire additional help to conduct this

4    investigation.

5              THE COURT:  Well, if there's been -- I'm not making

6    any predetermination here.  If there's been fraud on the Court,

7    there's been fraud on the special master, right?  If, if.

8              MR. GIBSON:  Your Honor, we agree.  And the point is

9    that the special master has been a party to all of this, and he

10   and his team will be in the special position to quickly realize

11   that based on any of the allegations and defendants' response

12   when filed, and I think that can certainly resolve this quickly

13   if all of the issues are resolved at that time or if any

14   outstanding issues remain.  And a very focused investigation

15   can be done, and that won't detract the special master or his

16   team from focusing on this case no more than any other

17   investigation has done in the past.

18             THE COURT:  Well, the special master would not be

19   sidelined, and in fact, the special master could assist any

20   independent investigator in getting up to speed as quickly as

21   possible and focusing only where necessary.  So is that a

22   specific objection to the Court's retaining its own independent

23   investigator?

24             MR. GIBSON:  Your Honor, you asked for our initial

25   impressions, and those are them.

1          THE COURT:  All right.  And anything to say on

2     payment?

3          MR. GIBSON:  Your Honor, we will take a look at that

4     closer.  This is obviously a unique situation.  We will look at

5     the law on the Court's authority to appoint an independent

6     investigator including any application that the PLRA may have

7     on that.

8          THE COURT:  All right.

9          MS. ELLS:  Your Honor, may I add some thoughts?

10         THE COURT:  You may.  At this point I'm listening.  I

11    will issue an order that takes account of what you've said.

12    I've identified the areas where I think there's a need to

13    investigate whether or not there was fraud on the Court.  So

14    I've identified those, and certainly the defense will have a

15    chance to make its case fully one way or the other in response

16    to what Dr. Golding is saying in his report.  So Ms. Ells?

17         MS. ELLS:  Yeah.  Your Honor, we find it highly

18    disturbing that defendants are saying that all of these

19    allegations are unequivocally false when they have not

20    investigated them.  There is an order from this Court that

21    limits their ability to have anything but informal, voluntary

22    communications, and that's all that they've conducted presuming

23    they're following that court order.  So concluding

24    unequivocally that these are false allegations is premature, to

25    say the least, particularly because the Attorney General's

1    office themselves are implicated in the allegations.  So this

2    type of affirmation to the Court and a willingness to -- or I

3    guess a demand to provide a formal adversarial response in

4    court without this Court having any ability to pierce any of

5    that information or have any neutral person who is not invested

6    in disproving Dr. Golding's claims, which all of the defendants

7    and the Attorney General's office clearly are, is not

8    appropriate.

9            And as you said, the special master himself,

10   defendants are saying two things about the special master.

11   First, that he is highly neutral and can conduct this kind of

12   investigation properly.  They're also saying, however, that he

13   knew everything, and so there can't be fraud on the Court.  So

14   he is both a witness to the potential investigation arguably,

15   if that is their defense that everything was out in the open

16   and that the special master knew, and he is clearly implicated

17   in his ability to provide a neutral opinion about what

18   happened.  And frankly, we don't think it's appropriate in any

19   way, shape, or form for the special master to be the neutral

20   investigator.  He is not neutral.  He is a potential victim of

21   fraud on the Court as is this Court.

22           And as to defendants' claim that they have been

23   nothing but transparent, obviously we dispute that.  Based on

24   the allegations in the Golding report, we do not agree with

25   that.  And we also do not agree that the potential fraud on the

1    Court is limited to data issues.

2            And as to defendants informing the Court that they are

3    in fact changing things in the data, we request that all of the

4    changes that they are making, after reading these allegations,

5    be tracked and disclosed because that is highly probative as

6    well.

7            And, you know, just generally, I think we remain very

8    disturbed that the state's chief psychiatrist internally

9    reflected many of these concerns, and they were not acted on.

10   It appears some changes have been made since the report went to

11   the public or at least to the Court and the plaintiffs.  And

12   none of that dissuades us certainly of the propriety and the

13   appropriateness of this Court's interest in getting a neutral

14   person, not the defendants themselves who are clearly

15   implicated, having a neutral opinion about what happened here.

16   And, you know, the best way to do that, the most expeditious

17   way to do that is a private law firm or other private

18   investigator who can be -- they do these things all the time,

19   and they do them on shortened time.  They get up to speed on

20   issues that -- you know, and investigations that they have

21   little background in.  That is what these, you know, people do.

22   There are law practices dedicated to this.  They can do it

23   quickly and efficiently, and they can consult with the special

24   master as appropriate.

25           So, you know, we continue to think that it is not

1    appropriate to have pleadings disputing Dr. Golding's

2    allegations in advance of an investigation.  The investigation

3    must come first.  And in particular, if there are going to be

4    pleadings, Dr. Golding should testify and be under oath and so

5    should all of the other people.  But again, that is all more

6    appropriate after there is an investigation so we know how to

7    move forward on this.

8              THE COURT:  All right.

9              MR. GIBSON:  Your Honor, if I may, there's a few

10   things that --

11             THE COURT:  Without genning up the advocacy here.

12             MR. GIBSON:  Your Honor, that was pretty genned up.

13             THE COURT:  This is not a full hearing on the merits,

14   and I'm happy to have you respond.  But I'm not going to dig

15   into the merits here today.  I'm trying to get feedback on a

16   process.  You've proposed a process.  I'm happy to have you say

17   a few words in response, but we're not going to go tit for tat

18   the rest of the afternoon.  That's my only point.  Understood?

19             MR. GIBSON:  Yes, your Honor.

20             THE COURT:  Is there something you feel the need to

21   respond to?

22             MR. GIBSON:  Yes.  Absolutely, your Honor.  I think

23   there's a lot of inflammatory language coming from plaintiffs'

24   counsel.  I don't think the AG's office has been implicated.

25   Whether or not plaintiffs want to read that into Dr. Golding's

1    allegations, that's another thing.  But I think plaintiffs'

2    counsel needs to be very careful accusing, making accusations

3    like that.

4         First off, defendants have been nothing but

5    transparent and will continue to be transparent,

6    notwithstanding Dr. Golding's allegations.  We'll be

7    transparent in any kind of filing.  I don't see how plaintiffs

8    will be prejudiced, how Dr. Golding will be prejudiced.  He's

9    made his allegations.  Defendants should be given the

10   opportunity to respond, that plaintiffs will be given -- will

11   see that filing.  It will change nothing in the way of what

12   will ultimately come down by an investigation.  We just hope

13   that that can narrow the scope of any subsequent investigation.

14        THE COURT:  Ultimately, the defense will be able to --

15   both parties, there will be an even-handed process.  If the

16   Court follows through on its plan to appoint an independent

17   investigator, it will be after that process concludes that the

18   parties will be able to file something.

19        So at this point, the parties should not make any

20   filing.  They will be given that opportunity once the Court

21   clarifies how it's proceeding, and it will only make a final

22   decision once it receives the parties' responses to its

23   specific plan which I will describe in an order.

24        MR. GIBSON:  Okay.  Thank you, your Honor.  Just for

25   clarification, defendants reserve the right to object to any

1   order that may appoint an independent investigator.  I just

2   wanted to make that clear if I wasn't clear before.

3           THE COURT:  Well, by putting my plan in writing, the

4   parties will have that opportunity --

5           MR. GIBSON:  Thank you, your Honor.

6           THE COURT:  -- to provide any response whatsoever

7   including any objections.

8           All right.  I don't think I need anything further

9   unless there's any other update the parties want the Court to

10  know about.

11          MR. BORNSTEIN:  Your Honor, I just wanted to comment

12  that Mr. Gibson last time we were here asked for an independent

13  investigation, and we actually agreed with him over the Court's

14  objection.  Now apparently he's changed his mind on that, but

15  that actually was his idea at the last hearing where we were

16  all here together.  So --

17          THE COURT:  I did think that was the one thing you

18  agreed on at the last hearing was the need for an independent

19  investigation.  You proposed the U.S. Attorney's Office.  I

20  don't think that's a viable route.

21          MR. BORNSTEIN:  I do think, though, that the concept

22  of having someone independent who can come in and give the

23  Court facts and give the Court information for -- and give both

24  sides that information, that's typically what's done.  And we

25  had earlier said that normally that would be a function that we

22

1    would think that the state Attorney General could do, but

2    without castigating anyone, they are acting as lawyers for

3    CDCR, and CDCR's spokesperson has made it very clear in her

4    public statements that they strongly disagree with

5    Dr. Golding's allegations.  And so we're in a place where

6    somebody needs to come in independently and look at this and

7    say, well, this makes sense or it doesn't make sense, or this

8    is a problem or it's not a problem.

9            THE COURT:  Well, and that was the Court's tentative

10   coming into this proceeding.  I'm prepared to confirm that in a

11   written order describing my plan, and you'll have a chance to

12   respond.  But really, I want to keep this on track.  I still

13   believe there may well be an evidentiary proceeding, but at

14   this point the Court's plan would be that that would follow the

15   Court's receipt of a report from an independent investigator.

16   The parties would receive the report as well.

17           All right.

18           MR. GIBSON:  Your Honor, in any order that may be

19   coming in terms of what the scope of an investigation will be,

20   will there actually be an identification of what the fraud is?

21           THE COURT:  Yes.

22           MR. GIBSON:  Okay.  Thank you, your Honor.

23           THE COURT:  There will be categories gleaned from the

24   Golding report.  So I've organized my own thoughts based on a

25   review of the Golding report.  One category is areas where

1   there may have been fraud committed on the Court, and that's --

2   it would be those items that would define the scope of work of

3   any independent investigator.  And then there are policy

4   questions.  I think there are some policy questions, but our

5   normal processes can work through those.

6           MR. GIBSON:  Yes, your Honor.  What I meant was not

7   general areas but specific --

8           THE COURT:  I will provide language in a way that

9   would be included in a scope of work for a contract, and you'll

10  have a chance to respond to my identification of those

11  categories.

12          So all right.  We are in recess.  You'll see my order

13  as soon as I can get it out.  I'm awaiting information from the

14  Administrative Office of the U.S. Courts.  But once I have

15  that, I'll prepare something in final form.

16          MR. GIBSON:  Thank you, your Honor.

17          MS. ELLS:  Thank you, your Honor.

18          (The proceedings concluded at 3:35 p.m.)

19                          --oOo--

20  I certify that the foregoing is a correct transcript from the

21  record of proceedings in the above-entitled matter.

22                      /s/ Kacy Parker Barajas

23                  _____
                    KACY PARKER BARAJAS
                    CSR No. 10915, RMR, CRR, CRC

24

25