UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND J. BROWN, JR., et al., | |
| Defendants. | |

This court is in receipt of a request from Wendy Musell, Esq., counsel for Dr. Michael Golding, concerning another whistleblower complaint that has been provided to the Receiver in *Plata v. Brown*, Case No. 01-cv-01351 JST (N.D. Cal.). Ms. Musell also is counsel for the second whistleblower, Dr. Melanie Gonzalez, and she requests that this court's orders prohibiting defendants from retaliating against Dr. Golding be expanded to prohibit retaliation against Dr. Gonzalez. *See* ECF Nos. 5949, 5973. Good cause appearing, the request will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Paragraph 2 of this court's October 12, 2018 order, ECF No. 5949, is modified to provide as follows: Defendants shall not retaliate against Dr. Golding or Dr. Melanie Gonzalez or any person who assisted Dr. Golding in preparing his report.

1

2. The Clerk of the Court is directed to forward a copy of Dr. Gonzalez's whistleblower complaint to counsel for plaintiffs and defendants in this action, without filing of the complaint at this time.

DATED: November 6, 2018.

_____
UNITED STATES DISTRICT JUDGE