MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>         Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCRIBNER'S ERROR IN STIPULATED ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2018**<br><br>Judge: Hon. Deborah Barnes |

[3318855.2]

STIPULATION AND [PROPOSED] ORDER REGARDING SCRIBNER'S ERROR IN STIPULATED ORDER
CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2018

1    Pursuant to the periodic fees process in this case, Plaintiffs and Defendants filed
2 with this Court their Stipulation and [Proposed] Order Confirming Attorneys' Fees and
3 Costs for the Second Quarter of 2018 ("the Q2 Fees Stipulation") on September 10, 2018
4 stating that the parties had agreed to resolve all disputes regarding fees and costs for the
5 quarter for a total of $739,710.28.  ECF No. 5914.  This Court granted that stipulated order
6 on September 24, 2018, and Defendants duly paid the ordered amount of $739,710.28.
7 ECF No. 5930.

8    Plaintiffs' counsel thereafter discovered that in preparing the Q2 Fees Stipulation,
9 they had accidentally transposed two digits in the amount the parties had agreed upon to
10 resolve the relevant fees and costs for the quarter.  Whereas the text of the stipulation
11 stated that the parties had agreed to resolve their fees and costs for the quarter for
12 $739,710.28, as reflected on page 3 of the Q2 Fees Stipulation (ECF No. 5914), the parties
13 actually agreed to $793,710.28—a differential of $54,000.  The parties agree that
14 $793,710.28 is the true agreed upon amount.

15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1

STIPULATION AND [PROPOSED] ORDER REGARDING SCRIBNER'S ERROR IN STIPULATED ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2018

[3318855.2]

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $54,000 plus interest is due and collectable as of forty-five days from the date of entry of this Order

IT IS SO STIPULATED.

DATED:  November 9, 2018

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED:  November 9, 2018

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED:  _____, 2018

Deborah Barnes
United States Magistrate Judge

2
STIPULATION AND [PROPOSED] ORDER REGARDING SCRIBNER'S ERROR IN STIPULATED ORDER
CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2018

[3318855.2]