| | |
|---|---|
| MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 | DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>DISABILITY RIGHTS PROGRAM<br>39 Drumm Street<br>San Francisco, California 94111<br>Telephone: (415) 343-0770 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND ORDER REGARDING SCRIBNER'S ERROR IN STIPULATED ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2018**<br><br>Judge: Hon. Deborah Barnes |

[3318855.2]

STIPULATION AND ORDER REGARDING SCRIBNER'S ERROR IN STIPULATED ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2018

1       Pursuant to the periodic fees process in this case, Plaintiffs and Defendants filed
2 with this Court their Stipulation and [Proposed] Order Confirming Attorneys' Fees and
3 Costs for the Second Quarter of 2018 ("the Q2 Fees Stipulation") on September 10, 2018
4 stating that the parties had agreed to resolve all disputes regarding fees and costs for the
5 quarter for a total of $739,710.28. ECF No. 5914. This Court granted that stipulated order
6 on September 24, 2018, and Defendants duly paid the ordered amount of $739,710.28.
7 ECF No. 5930.

8       Plaintiffs' counsel thereafter discovered that in preparing the Q2 Fees Stipulation,
9 they had accidentally transposed two digits in the amount the parties had agreed upon to
10 resolve the relevant fees and costs for the quarter. Whereas the text of the stipulation
11 stated that the parties had agreed to resolve their fees and costs for the quarter for
12 $739,710.28, as reflected on page 3 of the Q2 Fees Stipulation (ECF No. 5914), the parties
13 actually agreed to $793,710.28—a differential of $54,000. The parties agree that
14 $793,710.28 is the true agreed upon amount.

15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1
STIPULATION AND ORDER REGARDING SCRIBNER'S ERROR IN STIPULATED ORDER CONFIRMING
ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2018

[3318855.2]

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $54,000 plus interest is due and collectable as of forty-five days from the date of entry of this Order

IT IS SO STIPULATED.

DATED: November 9, 2018

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: November 9, 2018

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: November 13, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[3318855.2]

2
STIPULATION AND ORDER REGARDING SCRIBNER'S ERROR IN STIPULATED ORDER CONFIRMING
ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2018