1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  JAY C. RUSSELL
   Supervising Deputy Attorney General
4  MANEESH SHARMA, State Bar No. 280084
   Deputy Attorney General
5   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
6   Telephone:  (415) 510-3621
    Fax:  (415) 703-1234
7   E-mail:  maneesh.sharma@doj.ca.gov
   *Attorneys for Defendants*
8

Hanson Bridgett LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:   (415) 777-3200
 Fax:  (415) 541-9366
 E-mail: pmello@hansonbridgett.com

9             IN THE UNITED STATES DISTRICT COURTS

10          FOR THE EASTERN DISTRICT OF CALIFORNIA

11          AND THE NORTHERN DISTRICT OF CALIFORNIA

12     UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

13     PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

14

15  **RALPH COLEMAN, et al.,**

16                              Plaintiffs,

17       **v.**

18  **EDMUND G. BROWN JR., et al.,**

19                              Defendants.

2:90-cv-00520 KJM-DB

**THREE-JUDGE COURT**

20

21  **MARCIANO PLATA, et al.,**

22                              Plaintiffs,

23       **v.**

24  **EDMUND G. BROWN JR., et al.,**

25                              Defendants.

C01-1351 JST

**THREE-JUDGE COURT**

**DEFENDANTS' NOVEMBER 2018 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER**

26

27

28

1    The State submits this status report on the current in-state and out-of-state adult prison

2    populations and the measures being taken to comply with the Court's February 10, 2014 Order

3    Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013

4    Deadline (February 10, 2014 Order).  Exhibit A sets forth the current design bed capacity,

5    population, and population as a percentage of design bed capacity for each state prison and for all

6    state prisons combined.  Exhibit B sets forth the status of the measures Defendants have

7    implemented as required by the February 10, 2014 Order.  (ECF 2766/5060 at ¶¶ 4-5.)

8    As of November 14, 2018, 114,934 inmates were housed in the State's 34 adult

9    institutions and 1,939 inmates were housed in out-of-state facilities.[1]  (Ex. A.)  The State's prison

10   population is approximately 135.1% of design capacity.  (Ex. A.)

11

12   Dated:  November 15, 2018                          XAVIER BECERRA
                                                         Attorney General of California
13
                                                         By:  */s/ Maneesh Sharma*
14                                                            MANEESH SHARMA
                                                            Deputy Attorney General
15                                                          *Attorneys for Defendants*

16   Dated:  November 15, 2018                          HANSON BRIDGETT LLP

17                                                       By:  */s/ Paul B. Mello*
                                                            PAUL B. MELLO
18                                                          *Attorneys for Defendants*

19

20

21

22

23

24

25

26

27

28   _____
     [1] The data in Exhibit A is taken from CDCR's November 14, 2018 weekly population report,
     available on CDCR's website at https://sites.cdcr.ca.gov/research/population-reports/.