XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
TYLER V. HEATH, State Bar No. 271478
IAN MICHAEL ELLIS, State Bar No. 280254
TOBIAS G. SNYDER, State Bar No. 289095
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 310-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DECLARATION OF DECLARATION OF B. BRIZENDINE, PSY. D. SUPPORTING DEFENDANTS' RESPONSE TO THE COURT'S NOVEMBER 13, 2018 ORDER TO SHOW CAUSE** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, Brittany Brizendine, declare:

1. I am the Assistant Deputy Director of the Statewide Mental Health Program for the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I have reviewed the report authored by Michael Golding, M.D., CDCR's Chief Psychiatrist,

1

entitled "CDCR Mental Health System Report" (Golding Report), and I make this declaration in response thereto.

2. I was appointed as the Assistant Deputy Director of the Statewide Mental Health Program in May 2017. I am familiar with the numerous and complex policies and procedures that govern the prison mental health care delivery system. I am responsible for assisting in the supervision and management of the mental health system's headquarters and regional operations, and am familiar with *Coleman* mandates. I started my work with the prison mental health care delivery system in 2008 as a staff psychologist at California State Prison, Sacramento, where I also worked in the Mental Health Crisis Bed unit, the Enhanced Outpatient Program Administrative Segregation Unit, and the Psychiatric Services Unit. Prior to my current appointment, I served as the Chief Executive Officer of Salinas Valley State Prison, and have served as the Chief of Mental Health at Salinas Valley State Prison and the California Health Care Facility.

3. As the Assistant Deputy Director of the Statewide Mental Health Program, I am a member of the Change Management Committee that reviews change requests for CDCR's Electronic Health Records System (EHRS) and reporting requests and changes. I am also familiar with CDCR's Performance Reports used to manage resources and patient care for the Statewide Mental Health Program.

**DR. GOLDING'S ALLEGATIONS REGARDING RESTARTING THE CLOCK AFTER INMATE TRANSFERS**

4. The Golding Report alleges that CDCR's policy that restarts the clock on the interval between psychiatric appointments when an inmate transfers to a new institution could result in Correctional Clinical Case Management System patients not being seen every 90-days. In June of 2018, Dr. Golding raised this issue at the monthly Mental Health Quality Management meeting. Following that meeting, CDCR leadership, including engaged in discussions on ways to address Dr. Golding's concerns.

5. To ensure that contacts for patients on medications occur within the first few weeks of arrival at a new program, members of the Mental Health Quality Management Committee

2

Brizendine Decl. Supp. Defs.' Resp. Nov. 13, 2018 OSC  (2:90-cv-00520 KJM-DB (PC))

considered several options to better ensure patients are seen shortly after arrival at a new institution.  The committee recommended that a clarifying memo be issued that would reiterate to psychiatrists their obligation to review all new arrivals and schedule as clinically indicated but no later than the program guide requires.  The committee is also considering developing a policy requiring a psychiatry contact within fourteen days of arrival at a new institution. The resolution of this matter is pending with the mental health division.

6. Dr. Golding alleges that "[s]ometime around May or June 2018," CDCR "eliminated a simple filter option which allowed one to distinguish" between Enhanced Outpatient Program and Correctional Clinical Case Management System when running data reports on psychiatry contact timeliness.  Dr. Golding's statement is not accurate.  While the drop-down menu to access the data changed within the system in mid-2018, the information showing the data for Enhanced Outpatient Program and Correctional Clinical Case Management System patients is still broken-out and is available by selecting a button next to the overall indicator.  Sometime thereafter, I personally showed Dr. Golding and one of his team members how to locate the data and the drop-down menu that allows the user to distinguish between Enhanced Outpatient Program and Correctional Clinical Case Management System when running data reports on psychiatry contact timeliness.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Elk Grove, California on November 20, 2018.

      ___*/s/ Brittany Brizendine*___
      BRITTANY BRIZENDINE, Psy.D.
      Assistant Deputy Director,
      Statewide Mental Health Program
      *(original signature retained by attorney)*

3

Brizendine Decl. Supp. Defs.' Resp. Nov. 13, 2018 OSC  (2:90-cv-00520 KJM-DB (PC))