XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
TYLER V. HEATH, State Bar No. 271478
IAN MICHAEL ELLIS, State Bar No. 280254
TOBIAS G. SNYDER, State Bar No. 289095
Deputy Attorneys General
1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 310-7318
  Fax:  (916) 324-5205
  E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>**v.**<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF LAURA CEBALLOS SUPPORTING DEFENDANTS' RESPONSE TO THE COURT'S NOVEMBER 13, 2018 ORDER TO SHOW CAUSE** |

I, Laura Ceballos, declare:

1.    I am the Mental Health Administrator of Quality Management, Inpatient Facilities, for the Statewide Mental Health Program for the California Department of Corrections and Rehabilitation (CDCR).  I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify.  I have reviewed the document authored by Michael Golding, M.D., CDCR's Chief Psychiatrist, entitled "CDCR Mental Health System

1

1   Report" (Golding Document).  I am informed and believe that the Court in this case issued an

2   order on November 13, 2018 regarding a proposed independent investigation of Dr. Golding's

3   allegations.  I make this declaration in support of Defendants' response to the Court's order.

4        2.   I was appointed as Chief of Quality Management in 2009.  I am familiar with the

5   numerous and complex policies and procedures that govern CDCR's mental health care delivery

6   system.  I am responsible for and supervise the mental health system's quality management and

7   utilization management processes.

8        3.   As the Mental Health Administrator of Quality Management, I am a member of the

9   quality management data team and the Change Management Committee that reviews staff

10  requests and system needs for changes to CDCR's Electronic Health Records System and

11  CDCR's mental health Performance Reports.

12                    **CDCR'S DATA SYSTEM AND REPORTING**

13       4.   I am also familiar with and helped develop CDCR's Performance Reports, which are

14  used to manage resources and patient care for CDCR's mental health program.  The Performance

15  Reports measure the mental health program's performance on selected mental health policies,

16  including requirements under the Mental Health Services Delivery System Program Guide

17  (Program Guide).  The selected Performance Report indicators that capture policy requirements

18  were developed beginning in 2012, with input from the Special Master and his team of experts.

19  Additional performance indicators have been developed since by the Mental Health Quality

20  Management Committee.  The Performance Report indicators and the methodology and rules

21  applied to measure performance are readily available to anyone who accesses the Performance

22  Reports, including CDCR psychiatrists and the Special Master.  The primary purpose of the

23  Performance Report is to facilitate internal management; many of the indicators are not routinely

24  requested by or highlighted for the Special Master and have therefore been used for internal

25  purposes only.

26       5.   The Performance Reports were first presented to the Special Master team in 2012,

27  with additional presentations several times in the following years.

28

6.     In May 2015, during a monitoring tour at the California Men's Colony, Dr. David Leidner and I met with the Special Master's experts and monitors to review the methodology used to measure performance under the Performance Report indicators.  We discussed the methodology underlying the way in which the data is analyzed and the definitions for the Performance Report indicators.

7.     Also in 2015, at the Special Master's request, I gave a PowerPoint presentation to Plaintiffs' counsel about CDCR's quality improvement system and indicators, and Dr. Leidner presented the methodology applied under the Performance Report indicators.  A true and correct copy of that PowerPoint presentation is attached as Exhibit 1.

8.     Beginning in 2015, CDCR provided the Special Master monitoring team CDCR's Performance Report data to use as part of their monitoring.  To improve their ability to check the data, the monitors were given remote access to CDCR's Mental Health Performance Reports.  I also provided copies of the Performance Reports as Excel documents on a Sharepoint site.  This gave the monitors the ability to check actual real-time patient data from a system-wide view down to the individual patient level.  While the Special Master's team has access to all of the Performance Report indicators, CDCR has also provided the Special Master's team with requested data during their regular monitoring rounds that tracks the Program Guide's requirements.

9.     The Special Master received CDCR's Performance Report data in connection with the Twenty-Sixth and Twenty-Seventh monitoring rounds.  Prior to each round of monitoring, the Special Master submits a document request to CDCR.  The Special Master's team began gathering information for its Twenty-Seventh round report in mid-2016, which included site visits to 24 CDCR institutions between May 2016 and January 2017, and extensive review of documents provided by each institution.  At each site visit the Special Master's team was provided with Performance Report data for a number of indicators as well as the methodology used to calculate that data.  Attached as Exhibit 2 is a true and correct copy of the e-mail and letter from Deputy Special Master Mohamedu Jones setting forth the documents and data to be provided for each monitoring tour.  The document request attached to the letter listed the data to

3

See above.

be reviewed at each institution, and a request for the monthly performance dashboard for each month, including a description of the methodology for the data or reports provided.

10. The materials CDCR provided for the Twenty-Seventh round included, for each Performance Report indicator reviewed, the definition for the indicator. As a general practice at each institution, with few exceptions, CDCR provided the methodologies for Timeliness of Initial Primary Clinician Contacts, Timeliness of Routine Primary Clinician Contacts, Timeliness of Initial Psychiatry Contacts, and Timeliness of Routine Contacts. Attached as Exhibit 3 are true and correct copies of samples of the actual methodology definitions provided to the Special Master for the Twenty-Seventh round of monitoring. The cover page for each methodology identifies the program and level of care data reported under each indicator. By providing the data and methodology, the Special Master not only had CDCR's analysis of the data, but could compare that data against what the Special Master and his team observed while monitoring. CDCR has made all of its data available, including patient records and records containing the raw data on its mental health programs (*i.e.*, staffing numbers, treatment offered, etc.) to the Special Master. CDCR has not withheld any data requested by the Special Master's team.

**DR. GOLDING'S ALLEGATIONS REGARDING RESTARTING THE CLOCK AFTER INMATE TRANSFERS**

11. When a patient transfers to a new institution or to a new mental health program, he is assigned to a new set of mental health providers. This transfer triggers a new initial intake process and a series of orders based on the patient's arrival date. The patient is in effect a "new patient" and should be assessed as a new patient with orders triggered by that status.

12. CDCR's counting rules are designed to mirror the Program Guide requirements for timely contacts. In the event of an inmate transfer, where the inmate is a Correctional Clinical Case Management System patient on psychotropic medications, the Performance Report tracks to see whether a patient was seen by a psychiatrist within ninety days of arrival. It is up to the patient's treatment team, including the psychiatrist, to assess the patient upon arrival and order individual appointments as clinically indicated.

4

13.  When patients arrive at a new institution, appointments at the prior institution are cancelled and new orders for new appointments are entered consistent with the Program Guide's requirements for initial contacts.  The Program Guide requires initial contacts with the Primary Clinician to occur within fourteen calendar days of arrival at a new institution for Enhanced Outpatient Program patients and within ten working days of arrival for Correctional Clinical Case Management System patients.  Likewise, the initial treatment team meeting, which is attended by a psychiatrist, must also occur within fourteen working days of arrival for Correctional Clinical Case Management patients and fourteen calendar days of arrival for Enhanced Outpatient Program patients.  However, the Program Guide provides no special initial timeframe for psychiatry appointments.  Thus, initial psychiatry appointments must occur within ninety days of arrival for Correctional Clinical Case Management patients or within thirty days of arrival for patients in the Enhanced Outpatient Program.  Such appointments are automatically scheduled within those timeframes to ensure that patients are seen per policy. However, if a patient needs to see a psychiatrist prior to the scheduled initial appointment, the patient can be referred by the Primary Clinician or can request a psychiatry appointment.  Further, if the psychiatrist sees the patient in the Interdisciplinary Treatment Team meeting and believes the patient should be seen in a one-on-one contact prior to the currently scheduled initial contact, the psychiatrist can move the appointment to an earlier date.  In May 2018, CDCR's psychiatry leadership raised the concern that triggering due dates for transferred patients based on the date of arrival results in an automatic scheduling of a psychiatry appointment within ninety days for Correctional Clinical Case Management patients.  The Mental Health Quality Management Committee has discussed this policy change and its resolution is pending.

## APPOINTMENTS SEEN AS SCHEDULED INDICATOR

14.  The Appointments Seen as Scheduled indicator is an efficiency measure that was updated in 2016 to match the quality management methodology used by the *Plata* Receiver.  It is not intended to measure timeliness of appointments.  The indicator is used internally by CDCR to provide information on appointments that were missed due to circumstances within CDCR's control—"provider unavailable," "lockdown," "modified program," "technical difficulties."  This

5

information helps CDCR identify where appointments are being scheduled inefficiently or are otherwise being unduly impacted by other CDCR activities.

**DR. GOLDINGS' ALLEGATIONS THAT CDCR INFLATES COMPLIANCE NUMBERS BY OVER-COUNTING PSYCHIATRY CONTACTS**

15.   Psychiatrists have the option to define a contact with a patient that is brief and non-confidential.  When entering a patient encounter in the Electronic Health Record System, the clinician has the following options to describe the contact: (a) the mode of the contact (in-person, by telephone, or with telepsychiatry); (b) the location of the contact (bed side, cell-front, holding cell, office, therapeutic module, yard); (c) the reason for the contact of the contact (standard contact, MH modified program, weather, provider or inmate-initiated unplanned contact); and (d) whether the contact was confidential or non-confidential.  A true and correct copy of screen shots showing the available computer menu options are attached as Exhibit 4.

**THE "TREATMENT REFUSED" AND "TREATMENT CANCELLED" INDICATORS**

16.   The Treatment Refused and Treatment Cancelled indicators do not measure compliance with Program Guide requirements and are not reported externally.  They are used internally at CDCR as an efficiency measure to identify whether inmates are missing, via refusal of patient or cancellation by the institution, a substantial percentage of their treatment due to cancellations or refusals.  A separate indicator measures whether institutions are compliant with offering Program Guide required treatment hours.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Boca Raton, Florida on November 19, 2018.

/s/ *Laura Ceballos*
LAURA CEBALLOS, Ph. D.
Administrator of Quality Management,
Field Operations,
Statewide Mental Health Program
*(original signature retained by attorney)*

6

# EXHIBIT 1

# Mental Health Quality Improvement

Project

Court Order Issued August 30, 2012

Laura Ceballos, Ph.D.

David Leidner, Ph.D.

DHCS Statewide Mental Health Program

Quality Management

1

# Quality Management Progress

Prior to QM Project with Coleman Experts:

- Mental Health Program Subcommittee meetings established in 2011

- Statewide MHPS policy drafted - established during QM project July 2013

- MHTS.net made enterprise system

- All requirements clearly defined for reporting purposes

- Reporting tools implemented

2

**Period: 2012 to Current**

| 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|

**8/20/12** Project commences

**9/17/12–2/7/13** Series of meetings with Coleman Expert team, CDCR/CCHCS to develop measures

**9/20/12** All Parties meeting to discuss QI project

**10/16/12** Presentation (Dr. Ceballos, DSH)

**11/13/12– 1/9/13** Indicator Workgroups Meet

**02/13** Limited Site Pilot planning begins (9 institutions)

**04/13** Indicator consultations (DAI)

**05/21/13–06/27/13** Pilot to nine institutions with Coleman expert team

**07/01/13–09/30/13** Review of all institutions not in pilot

**08/02/13** Special Master's report on QI tours released

**11/2013** Planning for 2014 tours begins

**12/2013** Data Validation

**1/2014** Tour reports provided to SM team

**1/23/14** QI Presentation to plaintiff's counsel

**2/14/14** Docs sent to plaintiff's counsel

**05/14/2014** Report development in collaboration with Coleman expert team

**06/2014** HQ training for all auditors

**07/2014** CQI ASU EOP Hub certification.

**06/2015** Insertion of Rules Violations Report, Unclothed body search, tx refusal, Short/Long Term Restricted Housing items

**07/2013– 2014** Clarification and insertion of Limited Issue, High Refusers, Sustainable Process, ASU Welfare criteria

Tool Refinement

Research** Research** Research** Research** Research

Continuous Quality Improvement Initiative Timeline

# QM Project With Coleman Experts:

- A Continuous Quality Improvement (CQI) strategy was utilized

  ○ Anticipate and prevent issues

  ○ Proactive

  ○ Encourages staff participation and responsibility

  ○ Focuses on the process rather than the individual

  ○ Utilizes data collection and measurement for decision making

  ○ Utilizes Deming's Plan Do Study Act (PDSA) cycle of improvement.

4



The PDSA Cycle for Improvement

**Plan**
- Objective
- Predictions
- Plan to carry out the cycle (who, what, where, when)
- Plan for data collection

**Do**
- Carry out the plan
- Document observations
- Record data

**Act**
- What changes are to be made?
- Next cycle?

**Study**
- Analyse data
- Compare results to predictions
- Summarise what was learned

5

# Research

- Examined our own system.
  - Collaboration between mental health headquarters, Division of Adult Institutions, nursing, institutional executive leadership and staff.
- Collaboration with Special Master's expert team.
- Conducted literature search.
- Looked at other organization's processes and measures.

6

# Focus on Quality of Care

- Utilized standard Continuous Quality Improvement processes that include:
  - Review of current applicable guidelines, policies, and regulations.
  - Research of clinical standards.
- Developed comprehensive, standardized, measurable indicators.
  - Indicators developed with workgroups for six full days including institutional staff and leadership.
- Developed methodology to measure each indicator.

# Data Collection and Reporting

- Monthly, Quarterly, Semi-Annual, and Annual Quality Improvement Measurement Reports.

- Use data already being collected whenever possible.

- Develop a Quality Improvement Measurement Tool to collect additional data.

8

# Quality Improvement Indicator Categories

- Access to Care

*Examples:*

○ Percentage of time patients were up-to-date with their primary clinician contacts.

○ Percent of Psychiatry contacts completed within policy timelines

○ Percentage of all IDTTs observed in which a health record and C-file are immediately accessible and is accessed as needed.

○ Percentage of all mental health encounters that occur as scheduled.

9

# Quality Improvement Indicator Categories, cont'd.

- Suicide Prevention

*Examples:*

○ Percentage of Suicide Risk Evaluations (SREs) that met all review criteria.

○ Percentage of all SPR-FIT meetings that satisfy all audit criteria.

○ Percentage of custody staff who are current with CPR training

○ Percentage of five day consecutive clinical follow ups that occur daily starting the day after physical discharge from OHU , MHCB, or ICF/Acute.

○ Percentage of Housing Units, Inmate Living Areas with an approved cut-down kit/tool inventoried daily on an equipment inventory log.

○ Percentage of MH clinicians who have completed at least one SRE Mentor Program cycle.

# Quality Improvement Indicator Categories, cont'd.

- Utilization and Resource Management

*Examples:*

○ Percentage of inmate-patients who were not readmitted to MHCB or ICF/ACUTE within 30 days of discharge.

○ Percentage of MHCB referrals transferred to MHCB within timeframes (24 hours).

○ Percentage of MHCB stays with clinical LOS 10 days or less.

11

# Quality Improvement Indicator Categories, cont'd.

- Quality of Care

*Examples:*

o Of inmate patients who refused more than 50% of structured treatment for the past 90 days, percentage whose treatment plans include documented reason for refusal and interventions to increase attendance.

o Percent of institutions in which standardized statewide peer review is conducted and discussed during MHPS.

o Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards tx goals is discussed during updates

o Percentage of group therapy and psychoeducational groups (as defined in the MHPG) observed in which the group leader relates group content and process to treatment issues.

o Percentage of treatment plans that receive at least a satisfactory score on a treatment plan quality tool, which measures the extent to which the diagnosis, clinical summary, problems, and treatment goals and interventions are consistent

12

# Quality Improvement Indicator Categories, cont'd.

- Safety

*Examples:*

○ Percentage of non-air-conditioned units in which there was a working thermometer in a location that gave an accurate temperature.

○ Number of clinical restraint occurrences within the MHCB.

○ Percentage of clinical restraint occurrences meeting all of the audit criteria.

○ Percentage of Peace Officers observed to carry their CPR mouth shield.

13

# Quality Improvement Indicator Categories, cont'd.

- Medication Management

*Examples:*

- Percentage met on MAPIP MEDICATION ADMINISTRATION measures (M20-24)

- Percentage met on MAPIP measure 12 COMPLIANCE WITH PC 2602 MEDICATION

- Percentage met on MAPIP medication continuity - transfer measures

14

# Quality Improvement Indicator Categories, cont'd.

- Segregated Housing

*Examples:*

○ Percentage of 128Bs for high refusers due to custody in which a plan of action to address reason for high refusal is documented.

○ Percentage of ASU intake inmates that are appropriately housed

○ Percentage of ASU morning meetings observed in which all audit criteria were met (MH reported suicide risk data, clinical concerns were reported by MH clinician, Sgt. And MH staff were in attendance, and new arrivals were discussed).

○ Percentage of ASU Pre-screens MH-7s required completed prior to ASU placement.

15

# Quality Improvement Indicator Categories, cont'd.

- Specialized Custody

*Examples:*

○ Percentage of days where heat plan was activated and alternative out of cell activities were offered to heat alert IPs

○ Percentage of RVRs issued to MHSDS participants, CCCMS, EOP, MHCB, ICF, and ACUTE patients.

○ The percentage of completed RVR's requiring MH assessment.

○ The percentage of completed RVRs where mitigation was recommended where consideration of mitigation was documented.

16

# Tracking and Updating of Indicators



17

# Indicator and Audit Development

- Collaborative
- Updated as new policies are developed
- Developed for both quantitative and qualitative reporting in mind.

18

# Data Sources

- Multiple data sources are pulled together to create the Mental Health Performance report.

  - MHTS.net

  - MAPIP

  - Nursing Psychiatric Technician Audits

  - CQIT

  - Chart Audit Tool (CAT)

  - SOMS

19

# Other Data Sources

- Sustainable Process
- ICF/ACUTE referral numbers
- Self Harm Tracking Database

20

# Data Sources for Indicators

**Percentage of Indicators Measured by Each Data Collection Method**



# On Site Audits

- Completed by Mental Health and Custody Staff
- Regional/Custody training completed ongoing as needed.
- On site training conducted for all new custody and mental health audit staff.

- Training manual completed.
  - Updated as audits evolve and new are added.
- Institution coordinator training developed.
  - Will be provided to institution staff prior to roll out.
- CQIT used for data collection and note taking.
- Reports written after each visit.
  - Report writing outline has been completed.
  - Outline developed after careful review and revision with Coleman monitoring team.

22

# Audit Team Staffing

- Mental health regional teams in place
  - Chief and 3-4 senior psychologist, specialists in each region
  - Two custody staff in each region
  - One analyst in each region
- HQ psychiatry team involved in audit development and prepared to attend audits.
  - Attend all large MH mission institution audits
  - Attend based upon performance

23



CQIT

# Quality Improvement Measurement Tool Principles

- Digitized: All data are electronic
- Portable:  Reviewers can have with them in all areas
- User-friendly: Simple screens, large controls
- Automated: to increase efficiency and reduce error
- Flexible: as part of CQI, items will change over time



**REVIEWS BY AREA**

- Listing of all relevant reviews for selected area
- Each review shows number required and number completed
- Clicking on a review name takes you to Review Selector form



**REVIEW SELECTOR**

- Lists all completed/in progress reviews and "add new".
- Clicking on existing review brings up that data in Audit form
- Clicking on "Add New" brings up blank review form. When applicable, an inmate/cell-bed is randomly selected from appropriate area and used to pre-populate new review





**SIGN-IN**

- Reviewer establishes identity
- Selects Institution being measured

**REVIEW ENTRY**

- Review entry/modification form
- Inmates/cell-beds/clinicians available via pre-populated dropdowns
- Reviewer can save audit in progress



27

# CQIT Demo



28

# Chart Audit Tool

- Automated
- Quarterly training provided
- Validated
- Drill down by program provided on performance report
- Drill down by question provided on separate report.

29

# Accessing the Chart Audit Tool



30

# Bringing it All Together

- Mental Health Performance Report

- CCHCS dashboard

31

# MH Performance Report



32

# Methodology for Measuring Performance on Required Timeframes

33

# Timeframe Performance versus Current Due Dates

- Performance Reports
  - Summarize past performance (i.e., a report card)
  - Aggregated across patients and time
  - Used to identify systemic issues
- Current Due Dates Report
  - Tell you who currently needs what and when
  - Patient-specific
  - Used to identify individual patients requiring attention

34

# Current Due Dates Report

Current 31_ITEM, 7386-MH, 7388-MH, 7447-MH, 7450-MH, ALT_HOUSING_DISCHARGE, ASU_EOP_HUB_ADMISSION, CCCMS_ADMISSION, DC_FU, DESERT_INSTITUTION_DISCHARGE, E MCB_PHYSICAL_DISCHARGE, MH_REFERRAL, MHCB_CLINICAL_DISCHARGE, NonEnc–CliniciantoClinician, PC_CONTACT, PRESCREEN_ASU, PSY_CONTACT, STANDALONE_DISCHAR GERMANOW, KENNETH H (133 total);
Data Last Updated: 7/7/2015 2:14:00 PM; Generated on 7/8/2015 6:36:49 AM

| IP Name | CDCR | Arrival | Placement | Trigger DT | Contact | Contact DT | Rule | Due DT | Next Pending | Late | Sched Flag | Rule Name | PC | PP | Cell |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10/26/12 11:12 | MI, EOP | 7/24/13 00:00 | 7450-MH: Psychotropic | 7/02/14 10:10 | Routine: 365 D (GrPer. 5 WD) | 7/02/15 23:59 | | Y | | Med Consent (MI, On Meds) | GERMANOW, K. H. | SCOTT, L. J. | D 00 221C |
| | | 10/26/12 11:12 | MI, EOP | 10/26/12 15:31 | Psychiatrist Contact | 6/10/15 08:50 | Routine: 30 D | 7/10/15 23:59 | | N | Y | PSY (MI, EOP on Meds) | GERMANOW, K. H. | SCOTT, L. J. | D 00 221C |
| | | 6/26/15 13:41 | MI, EOP | 6/26/15 16:08 | 7388-MH: Mental Health | | | 7/10/15 23:59 | | N | | 7388 (MI, EOP) | GERMANOW, K. H. | SCOTT, L. J. | D 00 119 |
| | | 6/26/15 13:41 | MI, EOP | 6/26/15 16:08 | IDTT | | Initial: 14 D (GrPer. 5 WD) | 7/10/15 23:59 | 7/07/15 12:59 | N | | IDTT (MI, EOP from DMH) | GERMANOW, K. H. | SCOTT, L. J. | D 00 119 |
| | | 4/24/08 15:06 | MI, EOP | 11/25/09 12:48 | Psychiatrist Contact | 6/11/15 09:30 | Routine: 30 D | 7/11/15 23:59 | 7/07/15 12:59 | N | Y | PSY (MI, EOP on Meds) | GERMANOW, K. H. | SCOTT, L. J. | D 00 332A |
| | | 4/07/15 15:51 | MI, EOP | 4/08/15 13:20 | Psychiatrist Contact | 6/11/15 09:10 | Routine: 30 D | 7/11/15 23:59 | 7/08/15 08:30 | N | N | PSY (MI, EOP on Meds) | GERMANOW, K. H. | SCOTT, L. J. | D 00 222A |
| | | 5/01/15 11:59 | MI, EOP | 5/01/15 15:54 | PC Contact | 7/02/15 09:00 | Routine: 1 W (GrPer. 5 WD) | 7/12/15 23:59 | 7/08/15 10:15 | N | N | PC (MI, EOP from DMH | GERMANOW, K. H. | SCOTT, L. J. | D 00 111X |
| | | 8/25/08 14:32 | MI, EOP | 9/06/11 18:36 | PC Contact | 7/01/15 09:30 | Routine: 1 W | 7/12/15 23:59 | 7/08/15 10:30 | N | N | PC (MI, EOP) | GERMANOW, K. H. | SCOTT, L. J. | D 00 229T |
| | | 5/08/15 12:38 | MI, EOP | 5/08/15 12:38 | PC Contact | 7/02/15 13:00 | Routine: 1 W | 7/12/15 23:59 | 7/08/15 10:45 | N | N | PC (MI, EOP) | GERMANOW, K. H. | SCOTT, L. J. | D 00 339C |
| | | 11/08/11 15:41 | MI, EOP | 11/08/11 15:41 | PC Contact | 7/01/15 09:59 | Routine: 1 W | 7/12/15 23:59 | 7/08/15 11:00 | N | N | PC (MI, EOP) | GERMANOW, K. H. | SCOTT, L. J. | D 00 111C |
| | | 4/07/15 15:51 | MI, EOP | 4/08/15 13:20 | PC Contact | 7/02/15 13:30 | Routine: 1 W | 7/12/15 23:59 | 7/08/15 12:00 | N | N | PC (MI, EOP) | GERMANOW, K. H. | SCOTT, L. J. | D 00 222A |
| | | 10/26/12 11:12 | MI, EOP | 10/26/12 15:31 | PC Contact | 7/01/15 12:30 | Routine: 1 W | 7/12/15 23:59 | 7/08/15 13:00 | N | N | PC (MI, EOP) | GERMANOW, K. H. | SCOTT, L. J. | D 00 221C |

35

# Performance statistics can be complex



**Economy grew 2.6% in the fourth quarter**

Paul Davidson, USA TODAY    1:20 p.m. EST January 30, 2015

Table A. Summary National Income and Product Accounts, 2012

[Billions of dollars]

**Account 1. Domestic Income and Product Account**

| Line | | | Line | | |
|---|---|---|---|---|---|
| 1 | Compensation of employees, paid | 8,620.0 | 15 | Personal consumption expenditures (3-3) | 11,149.6 |
| 2 | Wages and salaries | 6,935.1 | 16 | Goods | 3,769.7 |
| 3 | Domestic (3-12) | 6,920.5 | 17 | Durable goods | 1,202.7 |
| 4 | Rest of the world (5-11) | 14.6 | 18 | Nondurable goods | 2,567.0 |
| 5 | Supplements to wages and salaries (3-14) | 1,684.9 | 19 | Services | 7,379.9 |
| 6 | Taxes on production and imports (4-15) | 1,122.9 | 20 | Gross private domestic investment | 2,475.2 |
| 7 | Less: Subsidies (4-8) | 57.3 | 21 | Fixed investment (6-2) | 2,409.1 |
| 8 | Net operating surplus | 4,033.2 | 22 | Nonresidential | 1,970.0 |
| 9 | Private enterprises (2-19) | 4,060.9 | 23 | Structures | 437.3 |
| 10 | Current surplus of government enterprises (4-25) | -27.7 | 24 | Equipment | 907.6 |
| 11 | Consumption of fixed capital (6-14) | 2,542.9 | 25 | Intellectual property products | 625.0 |
| | | | 26 | Residential | 439.2 |
| 12 | **Gross domestic income** | **16,261.6** | 27 | Change in private inventories (6-4) | 66.1 |
| | | | 28 | Net exports of goods and services | -547.2 |
| 13 | Statistical discrepancy (6-20) | -17.0 | 29 | Exports (5-1) | 2,195.9 |
| | | | 30 | Imports (5-9) | 2,743.1 |
| | | | 31 | Government consumption expenditures and gross investment (4-1 plus 6-3) | 3,167.0 |
| | | | 32 | Federal | 1,295.7 |
| | | | 33 | National defense | 817.1 |
| | | | 34 | Nondefense | 478.6 |
| | | | 35 | State and local | 1,871.3 |
| 14 | **GROSS DOMESTIC PRODUCT** | **16,244.6** | 36 | **GROSS DOMESTIC PRODUCT** | **16,244.6** |

Bureau of Economic Analysis, US Department of Commerce

36

# Types of timeframes for which we measure performance

1. **Single events**
   - Screens
   - Evaluations
   - Initial PC, Psychiatrist, and IDTT contacts
   - MH Referrals
   - Referrals to CCCMS, EOP, and MHCB
   - OHU and MHCB stays
   - Transfers out of desert institutions, standalone ASUs, non-ASU EOP hubs

2. **Finite series**
   - 5-day clinical follow-ups
   - Quarterly Suicide Risk Evaluation for the year following discharge
   - ASU EOP Hub high-refusal contacts

3. **Ongoing events**
   - Routine PC, Psychiatrist, and IDTT contacts

37

# How can you have 100% compliance when some cases are out of compliance?

- Answer: Rounding
- We round to the level of precision we determine to be sufficient

| True Value | Tens of Percents | Percents | Tenths of a Percent | Hundredths of a Percent |
|---|---|---|---|---|
| 79 out of 90 = 87.777…% | 90% | 88% | 87.8% | 87.78% |

- For MH compliance percentages, we round to the nearest percent

| Compliant Cases | 2 out of 3 | 70 out of 80 | 400 out of 1100 | 332 out of 333 |
|---|---|---|---|---|
| Raw Value | 66.666…% | 87.5% | 36.363…% | 99.699…% |
| Rounded Value | 67% | 88% | 36% | 100% |

38

# No matter what level of precision you round to, you can still get 100% with less than all cases compliant

- Rounding to the tenth of one percent

| Compliant Cases | 2 out of 3 | 70 out of 80 | 332 out of 333 | 3332 out of 3333 |
|---|---|---|---|---|
| Raw Value | 66.666...% | 87.5% | 99.699...% | 99.969...% |
| Rounded Value | 66.7% | 87.5% | 99.7% | 100.0% |

- Rounding to the hundredth of one percent

| Compliant Cases | 2 out of 3 | 332 out of 333 | 3332 out of 3333 | 33332 out of 33333 |
|---|---|---|---|---|
| Raw Value | 66.666...% | 99.699...% | 99.969...% | 99.996...% |
| Rounded Value | 66.67% | 99.70% | 99.97% | 100.00% |

39

# What about just cutting off the decimal (truncation)?

- Examples:
  - 57.1% → 57%
  - 72.8 % → 72%

- Truncation leads to systematic underestimation whereas rounding does not.

| Actual Value | Rounded Value | Truncated Value |
|---|---|---|
| 0.9 | 1 | 0 |
| 1 | 1 | 1 |
| 1.1 | 1 | 1 |

| Average | Actual Value | Rounded Value | Truncated Value |
|---|---|---|---|
| | 1.0 | 1.0 | 0.7 |

40

# Impact of Electronic Health Record

- MHTS.net sunsetting

- All current MHTS.net reports must be recoded using new data

  - Most reports unavailable until data mapping and programming is complete.
  - Current due dates report available at go live October 2015.
  - All reports estimated recoding by April 2016.
  - Use of Power Insight until full performance report on line.

- Potential to automate many chart audit items

- Ability to look at patient outcomes

41

# Reports

- Written reports follow each regional site visit

  - Intent is to combine sustainable process into QI reports – sustainable process is a data source for a larger QI process.

  - Report outline developed with monitoring team is used for all reports.

  - CQIT reports improve report writing efficiency by allowing regional team members to import all comments made on site into Word document.

  - Reports include qualitative and quantitative information to provide full picture of institution performance.

  - Reports include recommendations for improvement.

42

# QM Structure

- Headquarters Quality Management Committee (QMC)
  - Governed by policy
  - Attended by executive level staff
  - Established high level statewide priorities
  - Held quarterly

43

# QM Structure, cont'd

- Headquarters Mental Health Program Subcommittee (MHPS)

  ✓ Statewide policy to standardize requirements issued July 2013

  ✓ Attended by Mental Health regional teams, management staff, and QM team.

  • Regionals submit corrective action plans for all "red" spotlight items every month.

  ✓ Held monthly

  ✓ Reports to QMC

  ✓ Reviews validation reports

  ✓ Reviews statewide performance report

  ✓ Ensures action plans are in place for all high priority indicators with poor performance.

  ✓ Addresses statewide systemic issues via focused improvement teams.

44

# QM Structure, cont'd

- Suicide Prevention Focused Improvement Team
  - Meets twice per month
  - Includes mental health, custody, and nursing staff
  - Reports to MHPS monthly

# QM Structure, cont'd

- Institution Mental Health Program Subcommittee
  - ⌵ Statewide policy to standardize requirements issues July 2013
  - ⌵ Reports to institution QMC
  - ⌵ Provides all action plans to regional team for submission to HQ MHPS.
  - ⌵ Minutes submitted to HQ and audited quarterly .
    - ➢ To date – basic questions evaluated: More detail will be added as performance evolves.

1. Has the Mental Health Subcommittee met monthly and were minutes submitted?
2. Did the Mental Health Subcommittee achieve the quorum?
3. Is discussion of LOP updates a standing item?
4. Are action items kept open until resolved?

46

# QM Structure, cont'd

- Institution Suicide Prevention Focused Improvement Team
  - Meets once per month
  - Includes mental health, custody, and nursing staff
  - Reports to institution MHPS
  - Minutes submitted to HQ and audited monthly

47

# Next Steps:

- Ongoing updates to indicators as policies change.
- Include all phase III indicators.
- Develop monthly, quarterly, bi-annual, and annual reports.
- Continue to act upon areas requiring attention.
- Revise indicators and measurement tools based upon study findings.
- Conduct on site audits: EOP quarterly, CCCMS twice per year, Desert once per year.
- Train institution staff to self audit using standardized HQ audits.

48

**EXHIBIT 2**

| | |
|---|---|
| **From:** | Jones Mohamedu |
| **To:** | Tebrock, Katherine@CDCR; Ceballos, Laura@CDCR; Elise Thorn; Weber, Nicholas@CDCR |
| **Cc:** | Lopes Matthew; Holden Linda E.; "Jane E. Kahn"; "mbien@rbgg.com"; "sfama@Prisonlaw.com"; Walsh Kerry F.; Hector Kristina; Raffa Steven |
| **Subject:** | 27th Round Document Request |
| **Date:** | Monday, April 11, 2016 11:43:27 AM |
| **Attachments:** | 27th Round Document Request.docx |
| | 27th Round Draft Document Request Cover Letter-MJ-4-11-2016.pdf |

Dear Colleagues,

Please find attached our 27th round document request for CDCR. We propose to conduct the round during May – December 2016.

We have been working with Dr. Laura Ceballos to develop our schedule taking into account the EHRS activity schedule and will share May and June imminently, with the remaining months to follow shortly thereafter. Please observe that we will submit a separate document request regarding monitoring of inpatient care.

Please contact me if you have questions.

Mohamedu

**PL DW**

PANNONE LOPES DEVEREAUX & WEST LLC

*counselors at law*

April 11, 2016

Katherine Tebrock, Esq. Deputy Director
Statewide Mental Health Program,
Division of Health Care Services California
Department of Corrections and
Rehabilitation
P.O. Box 588500
8260 Longleaf Drive
Elk Grove, CA 95758

Laura Ceballos, PhD Ph.D., CCHP
Chief of Quality Management
Field Operations Division of Health
Care Services
Mental Health Program
P.O. Box 588500
8260 Longleaf Drive
Elk Grove, CA 95758

Elise Thorn, Esq.
Deputy Attorney General
1300 I Street
P. O. Box 94455
Sacramento, CA 94244-2550

Nicholas Weber, Esq.
CDCR Legal Affairs Division
1515 S Street, Room 314S
Sacramento, CA 95814

Re: *Coleman v. Brown*

Dear Colleagues:

The *Coleman* Special Master will conduct his 27th Round review of compliance by the California Department of Corrections and Rehabilitation (CDCR) with the plans, policies, and protocols of the Mental Health Services Delivery System Program Guide (Program Guide) and relevant court orders from May 3, 2016 through December 15, 2016.

The 27th Round *Coleman* onsite reviews will focus on the areas outlined in the attached document request, the content of which have been mutually agreed upon. The covered institutions are: Avenal State Prisons, California Correctional Institution, California Health Care Facility, California Institution for Men, California Institution for Women, California Medical Facility, California Men's Colony, California State Prison-Corcoran, California State Prison-Sacramento, California State Prison-San Quentin, California State Prison-Solano, California Substance Abuse Facility, California Rehabilitation Center, Central California Women's Facility, Correctional Training Facility, Deuel Vocational Institution, Kern Valley State Prison, Mule Creek State Prison, Pelican Bay State Prison, Pleasant Valley State Prison, Sierra Conservation Center, Valley State Prison, Wasco State Prison, and Folsom State Prison.



In addition, as agreed between the Special Master and the parties, the below listed ten institutions will be monitored during the 27th Round directly by CDCR via its Continuous Quality Improvement Tool (CQIT), which process will be observed by staff from the Special Master's office: California Correctional Center, California State Prison-Los Angeles County, Calipatria State Prison, Centinela State Prison, Chuckawalla Valley State Prison, High Desert State Prison, Ironwood State Prison, North Kern State Prison, R. J. Donovan and Salinas Valley State Prison.

Please note also as agreed, plaintiffs may attend all ten CQIT site visits at the institutions listed immediately above ("group tours").

It is our further agreement that the documents submitted by institutions in response to the document request will be submitted to the Special Master's office via SharePoint for each institution. Please make the documents available no later than ten business days prior to the first day of the site visit and inform Mohamedu F. Jones (mjones@pldw.com) and Jonelie Navarro (jnavarro@pldw.com) of their availability.

Access to the SharePoint site should be provided to Mohamedu F. Jones (mjones@pldw.com), Kerry Walsh (kwalsh@pldw.com) and Jonelie Navarro (jnavarro@pldw.com). Also, as is the usual practice during the site visits, responses to the document request and proof of practice binders should be available onsite in hard copies. Any additional documents not previously uploaded to the SharePoint should be provided onsite in hard copy and electronic format where available for review by the *Coleman* team. It is our understanding that such documents will subsequently also be uploaded to the SharePoint.

Finally, as in prior rounds, plaintiffs' counsel may provide an institutional monitoring memorandum for each site visit.

Sincerely,



Mohamedu F. Jones, Esq,
*Coleman* Deputy Special Master


cc: *Coleman* Special Master
    Plaintiffs' Counsel
    *Coleman* Team

**Coleman Site Visit, Round 27**
**Document Request**

The 27th round Coleman onsite reviews will run from May 3, 2016 to December 15, 2016, and will focus on the areas outlined in this document request. The covered institutions, site visits dates and review period for each institution are attached.

NOTE: *There are times when, in order to present accurate data, the institution must go outside of the review period dates for purposes of calculations. For example, when reporting an inmate's total length of stay in administrative segregation, it would not begin calculating his/her length of stay on July 1, 2015, just because that was the review period when his/her actual stay in segregation actually began on November 2, 2014.*

All requested information must be available onsite in organized binders, tabbed and sub-tabbed in accordance with this document request. The monitor may remove any and all of the binders and their contents for further review off-site. Any information provided in advance of the site visit electronically must be labeled in accordance with this tab and sub-tab format. For example, electronic CCCMS census data would be in a file folder labeled Tab A: CCCMS census data while CCCMS program compliance data would be in a file folder labeled Tab Z: CCCMS program compliance data. The monitor may also request, review and remove any additional documents related to the MHSDS Program Guides and relevant court orders, even if not included in this document request. Do not provide any original documents to the monitors without saving a copy for your records.

Proof of Practice Material is defined as all audits completed during the review period related to MHSDS inmates and services, including those related to findings presented in the Quality Management section. Each audit and report provided must include a ***detailed description of the methodology, timeframe, sample size, results***, and remedial action (if applicable). If you are including handwritten logs or audits, ***ensure that methodologies are provided***.

Each item in this Document Request is requesting a document or series of documents that the *Coleman* Special Master has determined is necessary to review compliance with the plans, protocols and policies of the Mental Health Services Delivery System (MHSDS) Program Guide and other pertinent court orders. The monitors may review and obtain copies of any documents related to required Program Guide or other court ordered care or treatment of MHSDS inmates, including, but not limited to, those documents specifically requested in this Document Request, as well as any other documents related to the care or treatment of MHSDS inmates mentioned or referenced in any other documents, but not otherwise specifically requested in this document request. The "documents requested" here or "subject to review" mean any written or printed material of any kind, whether stored in hard copy or electronic format.

If a document is provided in response to one request and is requested again in another section of this document request, please simply refer to the document already provided identifying its specific location. Example: See Tab 3: Quality Assurance/Quality Improvement, No.3.

Please prepare and email the following reports to Teresa Owens, Teresa.Owens@cdcr.ca.gov, and Laura Ceballos, Laura.Ceballos@cdcr.ca.gov,three weeks prior to the *Coleman* team's site visit.  The reports shall be electronically submitted or made accessible to Mr. Mohamedu Jones, Coleman Deputy Special Master, two weeks prior to the site visit by HQ staff (e.g., the site visit starts on February 3, 2015; documents due by January 20, 2015).

**Additional Instructions**

1. Provide a list of staff responsible for each subject area or Tab section and their contact information for the duration of the site tour.

2. Provide a schedule of all mental health-related activities for the days of the site visit. Please do not cancel any clinical activities such as therapeutic groups, treatment team meetings or quality management-related meetings solely because of the monitoring tour.

# NARRATIVE SUMMARY

# Preface

I.  **Narrative Summary Narrative):** Provide a narrative summary of the mental health program at that facility for the review period. This should include any significant changes such as mission changes, staffing changes or population shifts in the last six months.

# Tab A:  CENSUS

Complete the following institutional census chart with data that are current within 72 hours of the site visit.

**Institutional Census**

(Review Period and Date)
(Name of Institution)

| | |
|---|---|
| Total Population | |
| Total MHSDS | |
| EOP-Mainline | |
| PSU | |
| EOP with SHU pending transfer to PSU | |
| CCCMS-Mainline | |
| Total SHU | |
| SHU-CCCMS | |
| LTRH (CCCMS) | |
| MHCB | |
| OHU/MHOU | |
| Alternative housing | |
| Total ASU | |
| Total NDS | |
| NDS (CCCMS + EOP) | |
| ASU EOP Hub | |
| ASU EOP pending transfer to hub | |
| ASU CCCMS | |

7

| | |
|---|---|
| STRH CCCMS | |
| Total RC | |
| RC EOP | |
| RC CCCMS | |
| Total RC Parole Violators | |
| RC Parole Violators EOP | |
| RC Parole Violators CCCMS | |

**Additional Census Information**

Electronic copies only: Provide current mental health rosters by housing unit and by level of care.  Housing roster should be broken into one alphabetized roster and one "by cell" roster; level of care roster should be alphabetized.  Level of care should be indicated on all rosters.

# Tab B:  STAFFING

**I.  Staffing Report: Please provide a staffing report using the following format and labeled under Tab B.**

(Name of Institution) Facility Mental Health Staffing and Telemedicine
(Review Period and Date)

| Position | Positions Established | Positions Filled | Vacancies | Vacancy Rate | Full-time Equivalent Contractors, Dual Appts. (i.e. in terms of FTEs) | Functional Vacancies | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|
| Chief Psychiatrist | | | | | | | |
| Senior Psychiatrist | | | | | | | |
| Chief Psychologist | | | | | | | |
| Senior Psychologist | | | | | | | |
| Staff Psychiatrist | | | | | | | |
| Staff Psychologist | | | | | | | |
| Supervising Social Worker | | | | | | | |
| Social Worker | | | | | | | |
| MHSDS Registered Nurse (RN) | | | | | | | |
| Senior Psych Tech | | | | | | | |
| Psych Tech | | | | | | | |
| Recreation Therapist | | | | | | | |
| MHSDS Clerical | | | | | | | |
| Other (specify) | | | | | | | |

TELEMEDICINE

| Psychiatry telemedicine used? | Number of hours per week |
|---|---|
|  |  |
| (yes or no) |  |

II.   **Additional Staffing Information (Tab B:  Additional staffing)**

1. List the name and title of all individuals assigned to mental health (include psych techs and RNs with mental health responsibilities) by program (e.g. EOP, administrative segregation, 3CMS, MHCB, etc.), including the hire and start dates.
2. Report on how any staffing shortages affect provision of mental health treatment or Program Guide compliance.
3. Identify the mental health program each staff is assigned to and list the number of patients on each primary clinician's and psychiatrist's caseload by program. Include ASU and EOP overflow buildings.
4. Describe institutional staffing recruitment efforts and results.

11

# Tab C: QUALITY ASSURANCE/QUALITY IMPROVEMENT

**Tab C: Quality Assurance/Quality Improvement**

1. Provide copies of all CQIT reports (the integrated mental health-custody findings report that results from the CQIT review), corrective action plans and supplemental reports that have occurred and been generated during the review period.

2. Provide copies of all sustainability review reports (major and minor) that occurred during the review period. Please include all corrective action plans and supplemental reports that were generated during the review period.

3. Provide copies of all EOP Hub certification reviews, self-certification reviews, and any action plans that resulted from those reviews.

4. Provide copies of all chart review audit results completed within the review period and any corrective action plans, QITs/FITs or other corrective actions that have resulted from those.

5. Provide copies of minutes for all Local Governing Body meetings (as applicable) that took place during the review period.

6. Provide copies of minutes for all Quality Management Committee meetings that took place during the review period.

7. Provide copies of minutes for all Mental Health Quality Management Subcommittee meetings that took place during the review period.
   a.  If the dashboard is not included as part of those minutes, please provide copies of the monthly performance dashboard for each month of the review period.

8. Provide copies of QI studies not otherwise provided as a proof of practice response to other requests in this document. Include:
   - A detailed description of the audit methodology
   - The audit results
   - An analysis of the audit results
   - Corrective action taken to address any poor audit results

9. Provide a list of QITs and FITs.

10. For all QITs/FITs that were active during the review period, provide the date and reason(s) for activation, and all meeting minutes, reports and audit findings (preferred) generated during the review period.  For QITs/FITs completed during the review period, provide the original charter, date of completion, final report and recommendations.

11. Provide a copy of your peer review policy and protocol for each discipline. Include the LOP if one exists. The detailed description of the peer review processes for psychiatrists,

13

psychologists and social workers at your institution should include at minimum the following information:

    a.  The meeting dates and composition of each peer review committee that met during the review period.

    b.  The number of psychiatrists, psychologists and social workers assessed via peer review committees during the review period.

    c.  The findings for each discipline.

    d.  A description of how feedback is communicated to individual clinicians.

    e.  A description of any trends or patterns of practice that emerged as result of peer review completed during the review period.

# Tab D:  SUICIDE PREVENTION

Tab D: Suicide Prevention

1. Provide minutes of meetings of the SPR-FIT for the reporting period.
2. Provide minutes from the Emergency Response Committee for the reporting period.
3. Logs, audits (preferred), or other documentation concerning custody's follow-up after discharge from suicide watch or precaution.
4. Provide all logs and audits (preferred) regarding compliance with five-day follow-up post discharge.
5. Provide a list of serious self-injuries and attempted suicides that occurred during the review period.
6. Provide a list of completed suicides that occurred during the review period.
7. In case of any completed suicides during the review period, provide copies of the Final Executive Summary, completed corrective action plan (CAP), and steps planned and taken to implement CAP. *Do not include any documents that are still in draft form.*
8. LOP regarding suicide precautions and watches.
9. Provide copy of LOP regarding data entry, transfer, and receipt of Inmate Profiles (including suicide history) and their use in ASU screening.
10. Provide proof of training of all staff in SRE mentoring, emergency response, CPR and suicide prevention as described below:
    a. Annual Suicide Prevention Training: Percent compliance with annual suicide prevention training. Report how many staff is currently employed at the facility and how many were trained in annual suicide prevention during **2015**. Report total numbers and percentage. Report separately for custody, medical, and mental health staff.
    b. CPR Training for Custody Staff: Percent compliance with CPR. Report total number of staff currently employed and how many are current with CPR training requirements. Report total numbers and percentage.
    c. ALS/BCLS Training for Nursing: Percent compliance. Report total number of nursing staff currently employed and how many are current with CPR training requirements. Report total numbers and percentage.
    d. SRE Mentor Program: Percent compliance. Report total number of mental health clinicians and how many have completed the mentoring program. Report total numbers and percentage.
    e. SRE Training: Percent compliance. Report total number of mental health clinicians and how many have received training. Report total numbers and percentage.

16

# Tab E:  MEDICATION MANAGEMENT

**Tab E:  Medication Management**

1. Provide the institution's MAPIP proof of practice binder. The binder shall include but are not limited to the following documents. If there was any gap in MAPIP activities related to EHRS, provide the HQ memo approving and explaining the gap in MAPIP audits:

    a. Provide the Quality Management Institutional Medication Management dashboard report for the designated six-month reporting period.

        i. The report should include percentages for MAPIP mental health measures. The dashboard should show all percentages (above and below the 90% threshold), for the requested reporting period.  For the psychiatrist quarterly reported measures, 1A through 1G, the dashboard report should include, percent of compliance with labs, EKGs and other task related to laboratory studies for patients on psychotropic medications. For the nursing mental health measures 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 20 and 22 the report should provide compliance percentages for patient transfer and on medication, continuity of medications prescribed and compliance with medication administration.

    b. Provide a Corrective Action Plan (CAP) or a Performance Improvement Plan (PIP) for each measure scoring below 90 percent. The CAP or PIP should outline the researched reason for the low score(s), discipline(s) involved in remediating the problem, plans to remediate the problem and timeframe and percent of improvement.  (Example: Measure 7: The PIP includes psychiatrist, nursing and pharmacy. Institution X's goal is to decrease the number of missed medications of inmates in the MHCB prior to discharge by 3% over the next quarter by increasing medication compliance education to all inmates entering STRH and during medication pass. These new strategies will be discussed in morning huddle and in the mental health subcommittee meetings.)

    c. Provide a cover letter that shows a comparative analysis of areas of improvement and deficient between the last monitoring period and the current monitoring period and the success or failure of your CAPs and/or PIPs.

    d. Provide written documentation of any problems with long pill lines or problems with timing of medication administration interfering with mental health programs (if applicable) and plans to correct the problem.

    e. Provide written documentation about psychiatrist prescribing practice, maximum length of medications ordered by psychiatrist, maximum length of bridge ordered medications, and how telephone orders and verbal orders are tracked.

    f. Provide written processes used for approval of non-formulary drugs and utilization of non-formulary medications.

    g. Provide institutional polypharmacy reports and MH Headquarters' utilization of the polypharmacy reports.

h. Provide a written report of the institution's management and tracking of initiation and maintenance of patients on Clozaril, if applicable.

i. Provide institutional criteria for ordering DOT medication by psychiatrist, the number of inmates receiving psychotropic medications DOT and a report of any patient's prescribed psychotropic medications KOP.

j. Provide the number of patients on HS medications and whether HS medications were administered after 2000 hours.

k. Provide the number of PC2602 petitions initiated and the number of petitions renewed including status of any pending; include whether any petitions were denied or withdrawn for non-clinical reasons such as poor tracking or mishandling and provide the number of cases in each category (e.g., 6 were denied due to procedural error, 3 were withdrawn due to failure to meet deadline). Provide the number of inmates who have been non-complaint with the PC2602 process and any use of force associated with administration of medication.

l. Provide the institutional tracking and reporting of PC2602 process to MH Headquarters.

m. Provide any other documents relevant to the Medication Management process.

# Tab F: ACCESS/TRANSFERS TO HIGHER LEVELS OF CARE

**Tab F: Access/Transfers to Higher Levels of Care**

1. Provide a copy of the mhts.net/EHRS DSH referral report or log for acute psychiatric program (APP) and intermediate care facility (ICF) referrals for the review period. The full report with inmate names, CDCR numbers, MHSDS level of care, IDTT referral date, date referral package left institution, acceptance or rejection and date, whether wait listed or not, Vitek decision (if applicable), date of bed assignment, DSH facility and LOC, transfer date, rescinded date (if applicable) and reason rescinded, return date and comments section should all be included. The report should be exported to an Excel file and provided electronically. This Excel file should not include merged or otherwise modified cells whenever possible.

2. Provide a copy of the mhts.net/EHRS DSH non-referral report log covering the review period. The report should be exported to an Excel file and provided electronically as well. Similarly, this report should not include merged or modified cells.

3. Provide copies of all data or audits (preferred) of the DSH referral process (e.g., completion of Form 7388B, compliance with referral packet timeframes, access to data regarding EOP participation, MHCB admissions and RVRs) completed during the review period.

4. Provide a list of all inmates currently (within 72 hours of the site visit) referred to APP or ICF who have been accepted and are awaiting placement, including the referral date.

5. Provide a list of all inmates with Complex Medical Needs who were referred to inpatient care at DSH during the monitoring period whether not the inmate was actually transferred to a DSH facility.

6. In order to identify transfer time lines, provide a list of all inmates transferred to an outside MHCB unit during the review period, including the date placed in MHOHU/OHU/alternative housing, the MHCB referral date, and the date transferred to an MHCB unit.

7. **For prisons without EOP Hubs**: Provide a list of all EOP inmates transferred to an EOP Hub during the review period, including the date inmate's level of care (LOC) became EOP, date placed in segregation, date(s) endorsed for transfer to a Hub, and the date transferred to a Hub.
   a. Include on this list all current EOP inmates in segregation who have not yet transferred.

8. **For prisons without STRH**: Provide a list of all CCCMS inmates transferred to STRH during the review period, including the date the inmate's LOC became CCCMS, date placed in segregation, date(s) endorsed for transfer to STRH, and the date transferred to STRH.

9. Provide a list of all EOP inmates transferred to PSU during the review period, including the date the inmate's LOC was changed to EOP, SHU assessment date, the date(s) endorsed for transfer to PSU and the date transferred to PSU.
   a. Include on this list all inmates pending PSU transfer but have not yet transferred.

10. **For prisons without LTRH**: Provide a list of all CCCMS inmates transferred to LTRH during the review period, including the date inmate's LOC became CCCMS, date placed in segregation, date(s) endorsed for transfer to LTRH, and the date transferred to LTRH.

11. **For prisons without EOP programs**: Provide a list of all inmates transferred to an EOP program during the review period, including the date the inmate was placed at an EOP level of care, the date(s) endorsed for transfer to an EOP program, and the date transferred to an EOP program.

12. **For prisons with reception centers**: a) Provide a list of all 3CMS inmates transferred from the reception center during the review period, including the inmate's name/CDCR number, the arrival date in the reception center, the date the inmate was placed at a 3CMS level of care, and the date transferred to a 3CMS program.

    b) Provide a list of all 3CMS inmates currently (within 72 hours of the site visit) in the reception center who have been pending transfer to a 3CMS program longer than 90 days.

13. **For prisons with reception centers**: Provide a list of all EOP inmates transferred from the reception center during the review period, including the inmate's name/CDCR number, the arrival date in the reception center, the date the inmate was placed at a EOP level of care, and the date transferred to a EOP program.

    b) Provide a list of all EOP inmates currently in the reception center who have been pending transfer to an EOP program longer than 60 days.

22

# Tab G:  RECEPTION CENTER

**Tab G:  Reception Center**
  1.  **Extended Stays**
For institutions with reception center inmates, please provide the following data:

| Level of Care | Average Length of Stay in RC During Review Period |
|---|---|
| EOP | |
| CCCMS | |
| Non-MHSDS | |

  2.  **RC CCCMS and EOP**: Data or MHTS.net reports and/or audit reports (preferred) related to each of the below listed items regarding compliance with requirements. If audited reports are provided, please make available a detailed description of the audit methodology.
  i.   Timeliness of primary clinician contacts;
  ii.  Timeliness of psychiatrist contacts;
  iii. Percentage of clinical contacts that occur in confidential setting

  3.  **RC EOP:** Data or MHTS.net reports and/or audit reports (preferred) related to each of the below listed items regarding compliance with requirements.
  i.   Timeliness of initial and subsequent IDTTs;
  ii.  Attendance of required disciplines at the IDTTs (including CCIs)
  iii. For each person in which 5 hours of treatment offered was required, provide the percentage of time where 5 hours of structured therapeutic activity was:
  a) offered
  b) attended
  iv.  Names and CDCR numbers of current inmates in RC EOP who are considered "high refusers" (attending less than 2.5 hours of STA per week).
  v.   Names and CDCR numbers of any RC EOP inmates who were on a modified treatment plan during the reporting period.

# Tab H: ADMINISTRATIVE SEGREGATION (ASU)

**Tab H:  Administrative Segregation Unit (ASU)**

1. Provide a list of all inmates in ASU and ASU overflow during the review period including the following:

    a. Level of care;

    b. Date of placement;

    c. Reason for initial placement (be specific);

    d. Current reason for retention;

    e. Length of stay (as of date of report);

    f. Status (endorsed and awaiting transfer, pending investigation, pending DA referral) (include prior actions and issues impacting status such as waiting for CSR, RVR reissued and reheard, returned to CSR, etc. The status section should include all of the reasons the inmate remains in segregation); and,

    g. Report average and range of LOS during review period for

        • Non-MHSDS inmates,

        • CCCMS inmates; and,

        • EOP inmates.

2. Provide a separate list of all EOP inmates held in ASU longer than 90 days including the reason(s) for retention.

    a. If awaiting CSR review, please include any delays with CSR endorsement; and,

    b. If retention in ASU beyond 90 days is due to postponement of an RVR pending referral, provide the dates contact was made with the DA's Office to request expedited review.  Also provide CDCR Forms 128-G from subsequent Institution Classification Committee where alternative housing was considered.

    c. To the extent available, provide any tracking information or other data related to liaison with the DA's office regarding each applicable case where the inmate has been retained beyond 90 days in ASU.

3. Provide copies of all 30-day reviews conducted and forwarded to the Warden or his/her designee by the Facility Captain and CCII of EOP inmates in ASU hubs over 90 days. Describe any additional actions taken to remediate delays for these cases as well as those EOP inmates housed in non-hub ASUs.

4. Provide any logs and audits (preferred) documenting timely completion of pre-placement screenings.

    a. Indicate the location where those screenings occur when done out of cell.

    b. Provide the number and percentage of screenings done at cell front.

5. Provide any logs and audits (preferred) documenting timely confidential completion of mental health screenings (31 item questionnaire) within 72 hours of arrival for all inmates who are not in the MHSDS and retained in ASU.

26

6. Provide any logs and audits (preferred) documenting daily morning "check-in" meetings between custody and clinical staff.

7. a. Describe how the 30-minute welfare checks are conducted.

   b. Please describe processes as applicable relative to timeframe before implementation of Guard One and after implementation of Guard One as they apply to the review period.

   c. Be prepared to provide a Guard One report showing time of each cell welfare check in ASUs. Specific request will occur on-site.

   d. Provide a copy of any relevant LOPs regarding 30-minute welfare checks.

8. Provide any institutional logs and audits, including any submitted to CDCR Headquarters related to completion of the 30-minute welfare checks.

9. a. Provide documentation of monthly emergency drills (6 months).

   b. Provide documentation of CPR training (2 years).

10. Identify the percentage of EOP inmates transferred to ASU EOP hub institutions within 30 days of identification.  Also, provide a list of those inmates transferred to ASU EOP institutions beyond 30 days of identification.  Include average and range of length of stay, as well as reasons for each inmate's delay beyond 30 days.

11. Please provide lists of EOP ASU Hub inmates who refuse more than 50 percent of offered treatment during any given week in the review period.

12. Please provide data or MHTS.net/EHRS reports and/or audit reports related to each of the below listed items regarding compliance with EOP ASU Hub requirements. **Describe the methodology underlying the data/report provided**.

   a. The Primary Clinician's completion of a brief evaluation of the inmate within five calendar days of the time of placement in ASU.

   b. Completion of a comprehensive mental health clinical assessment prior to the initial IDTT.

   c. That the initial IDTT was held prior to the initial ICC, as available.

   d. Timeliness of psychiatrist contacts.

   e. Timeliness of primary clinician contacts.

   f. Provide the total number of primary clinician contacts.

      (i) Provide the total number of primary clinician contacts that occur in a confidential setting.

      (ii) Provide the reasons for non-confidential contacts and the percentage of non-confidential contacts that occur in each of those categories.

   g. Provide the total number of psychiatric contacts.

      (i) Provide the total number of psychiatric contacts that occur in a confidential setting.

(ii) Provide the reasons for non-confidential contacts and the percentage of non-confidential contacts that occur in each of those categories.

    h.  Timeliness of initial and subsequent IDTTs.

    i.  Attendance of required disciplines at the ASU IDTTs (including CCIs).

13. Please provide data or MHTS.net/EHRS reports and/or audit reports related to each of the below listed items regarding compliance with *ASU 3CMS requirements*. **Describe the methodology underlying the data/report provided**.

    a.  Timeliness of primary clinician contacts;

    b.  Timeliness of psychiatrist contacts;

    c.  Provide the total number of primary clinician contacts.

        i.  Provide the total number of primary clinician contacts that occurred in a confidential setting.

        ii.  Provide the total number of primary clinician contacts that did not occur in a confidential setting.

        iii.

        iv.  Provide the reasons for non-confidential contacts and the percentage of non-confidential contacts that occur in each of those categories.

        v.  Provide any logs, audits (preferred) and/or other documentation regarding the number of primary clinician contacts conducted cell front. Include whether the cell front contact was necessitated by inmate refusal, mental health staff cancellation, lack of escort officers, lockdowns, and program modifications or other forms of custody actions.

    d.  Provide the total number of psychiatric contacts.

        i.  Provide the total number of psychiatric contacts that occurred in a confidential setting.

        ii.  Provide the total number of psychiatric contacts that did not occur in a confidential setting.

        iii.  Provide the reasons for non-confidential contacts and the percentage of non-confidential contacts that occur in each of those categories.

        iv.  Provide any logs, audits (preferred) and/or other documentation regarding the number of psychiatric contacts conducted cell front. Include whether the cell front contact was necessitated by inmate refusal, mental health staff cancellation, lack of escort officers, lockdowns, and program modifications or other forms of custody actions.

        v.

    e.  Timeliness of initial and subsequent IDTTs;

    f.  Attendance of required disciplines at the ASU IDTTs (including CCIs).

14. **Access to Yard**

    a. Provide any logs, audits and/or (preferred) other documentation, as available, regarding access to 10 hours of out of cell exercise per week for ASU inmates.

    b. Include yard schedules.

15. **Stand-alone ASUs Only**: Provide any logs and audits (preferred) of MHSDS inmates placed in a stand-alone ASU and the percentage of inmates timely transferred out. Additionally, for stand-alone ASUs, provide:

   a. Any logs and audits (preferred) of daily LPT rounds.

   b. Provide logs and audits documenting timely confidential completion of pre-placement screenings.

   c. Documentation of timely confidential completion of mental health screenings (31 item questionnaire) within 72 hours of arrival for all inmates who are not in the MHSDS and retained in ASU.

16. **ASU CCCMS Transfer to STRH or LTRH:**
   Provide any logs or audits concerning the timely transfer (within 30 days of placement in ASU or designation as CCCMS on mental health chrono, whichever occurs later) from CCCMS ASU to CCCMS STRH or LTRH.

17. For Prisons **without a Long or Short Term restricted housing unit**:  Provide a list of all 3CMS inmates designated for transfer to one of these units during the review period, including the inmate's name/CDCR number, date the inmate was designated for placement date in the LTRH/STRH unit, and the date the inmate was transferred to the unit.

18. For Non-Disciplinary Segregation (NDS):
   a. Provide the Local Operating Procedure (LOP) for non-disciplinary segregation.
   b. Provide a list of all MHSDS inmates who were designated as NDS during the review period.
      i. Provide date designated NDS.
      ii. Where applicable, provide the date designated for expedited transfer.
      iii. Provide the date transferred for all NDS MHSDS inmates during the review period.
   c. Provide a list of MHSDS inmates in segregated housing at the time of the site visit (list should be printed within 72 hours of arrival for site visit) who have been designated NDS.
      i. Provide date designated NDS.
      ii. Where applicable, provide the date designated for expedited transfer.

   d. Provide preferably the log with inmate name, CDCR number, date of NDS consideration, date privilege(s) granted, accelerated transfer and transfer date, and which privileges granted for MHSDS inmates who were in ASU during the review period. In lieu of such a log, provide any reports, documents or audits

showing the number of MHSDS inmates who were considered by the NDS process for possible accelerated transfer and/or privileges and property.

    i.  Of those, how many were identified for accelerated transfer and the number and percentage of those transferred from the institution within 72 hours of NDS designation

    ii.  Of those, what number and percentage were transferred to alternative ASU housing?

d.  Provide any reports, documents or audits showing the number of MHSDS inmates identified for NDS status for privileges and property but not considered for accelerated transfer?

e.  Provide any reports, documents or audits showing what percentage of MHSDS inmates designated for NDS status received property and privileges and within what timeframe.

19. For **ASU EOP Hub**, provide:

a.  Any report generated in connection with the Ad Seg Hub certification process.

b.  Any document describing corrective action plans developed to address any deficiencies related to the Ad Seg Hub certification process or on-going review of same.

c.  Any document or audit (preferred) related to the implementation and/or effectiveness of any corrective action plan described in 21 (b) above.

d.  For each person in which 10 hours of treatment offered was required, provide the percentage of time where 10 hours of structured therapeutic activity was:

    a) offered

    b) attended

e.  Most recent LOP regarding unclothed body searches.

    i.  Any audit, report or other continuous quality improvement assessment of this process.

f.  Documentation of training of facility staff by warden on revised DOM/LOP regarding unclothed body searches and memo regarding review of refusal to attend mental health treatment.

g.  Documentation of mental health training on revised DOM/LOP and memo referred to above in 21 (e).

h.  Most recent CQIT procedure/tool for monitoring of revised DOM and memo referred to above in 21 (e).

i.  Any documentation or audit (preferred) regarding implementation of revised DOM/LOP and memo referred above in 21 (e).

j.  A list of all cases subject to the review described in the memo referred to above in 21 (e).

k.  For all cases listed in 21 (i) above, have available on site the 114-A, 128-B, segregation record, central file and medical record, and

l.   Please complete the following chart:

| Name | CDCR Number | Refused 50% of offered treatment in two-month period | Jointly evaluated by custody and MH staff | Alternative security practices identified | Alternative security practices implemented |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

31

# Tab I: MENTAL HEALTH CRISIS BED (MHCB) PROGRAMMING

TAB I: MHCB Programming

1. Provide an MHCB admission report that covers the review period, including the inmate's name and CDCR number, the housing location or outside prison from which the inmate was admitted, the date of MHCB admission, the admission reason/diagnosis, the date of clinical discharge, the date of physical discharge, and the number of days the inmate spent in the MHCB unit.

2. Provide a list of the inmates that had three or more MHCB admissions during the review period, including the admission and discharge dates for each admission.

3. Provide a list of the mental health staff assigned to the MHCB unit, including the number of hours a month dedicated to the MHCB for each staff.

4. Provide any available audit findings or MHTS/EHRS information related to MHCB programming, including timelines for initial and follow-up IDTT reviews, daily clinical contacts, recreational therapy, and completion of suicide risk assessment checklists upon admission and discharge from the MHCB unit.

5. Provide logs that document the use of clinical restraint and seclusion, including the date and time each order was initiated, renewed, and discontinued. If documented, provide the date/time of all nursing checks associated with each restraint/seclusion order.
   a. Provide a list/log with the names and CDCR numbers of all inmates placed in restraints and/or seclusion during the reporting period.

6. Provide a copy of the current Local Operating Procedure/memo (as available) regarding property restrictions, access to dayroom and outside yard, and the use of handcuffs and holding cells for inmates admitted to the MHCB.

7. Provide a copy of the unit log documenting the MHCB inmates' use of the dayroom and outside yard.

# Tab J:  ALTERNATIVE HOLDING AREAS

**TAB J:  Alternative Holding Areas**

1.  a.  If your prison uses alternative holding areas to provide mental health monitoring to inmates, prepare a description of these units/areas, including their locations and capacities.

  b.  For each of the locations, describe where confidential clinical interviews are held. Describe the treatment/monitoring provided in the alternative housing areas.

2.  Provide a copy of the current Local Operating Procedure/memo regarding the operation of the Alternative Holding Areas including property restrictions, and the use of handcuffs and holding cells.

3.  Provide a list of the mental health staff assigned to the alternative holding areas.

4.  For all alternative holding areas used for mental health monitoring during the review period, provide placement logs that include the inmate's name and CDCR number, the housing location from which the inmate was placed, the date and time of placement, the placement reason/diagnosis, the date and time of removal, the number of hours the inmate spent in the alternative holding area, and the location to which the inmate was released.

# Tab K:  SECURITY HOUSING UNIT (SHU) AND/OR LONG TERM RESTRICTED HOUSING (LTRH)

**TAB K:  Long term restricted housing unit (LTRH) or security housing unit (SHU): (COR, PBSP, SAC, CCI and CIW)**

1. Provide the Warden's SHU/LTRH report. If unavailable, at a minimum provide a list of all inmates in the SHU or LTRH during the review period including the following:
   a. Inmate's name;
   b. CDCR number;
   c. Level of care;
   d. Date of placement;
   e. Reason for placement (must be specific; initial placement reason);
   f. Current reason for retention;
   g. Length of stay on date of report (i.e., as of date of report, the number of days that the inmate had been in SHU/LTRH);
   h. Projected MERD;
   i. Status (endorsed and awaiting transfer, pending investigation, pending DA referral) (Include prior actions and issues impacting status such as waiting for CSR, RVR reissued and reheard, returned to CSR, etc. The status section should include all of the reasons the inmate remains in SHU).

2. Provide any reports, documents or audits demonstrating the number of caseload inmates reviewed (1) MHSDS ASU/SHU/PSU; (2) Long term case conference review and the percentage of each released to mainline.

3. Provide any reports, documents or audits demonstrating what percentage of MHSDS cases retained in ASU following the priority case- by case review were referred for a Long-Term Segregated Case Conference with 30 days of completing the institutional case reviews.

4. For SHU programs, report the number and percent CCCMS patients transferred to LTRH within timelines.

5. Provide any logs and audits of 3CMS SHU or LTRH for the following:
   a. Provide a list of all 3CMS inmates transferred to the units during the review period, including the inmate's name/CDCR number, arrival date in the LTRH unit, the date the inmate was designated for placement in the unit, and date transferred to the unit.
   b. Data or MHTS.net/EHRS reports and/or audit reports related to each of the below listed items regarding compliance with requirements. If audited reports are provided, please make available a detailed description of the audit methodology.
      i. Timeliness of primary clinician contacts;
      ii. Timeliness of psychiatrist contacts;
      iii. Timeliness of initial (prior to ICC) and subsequent IDTTs;
      iv. Attendance of required disciplines at the IDTTs (including CCIs);
      v. A list with descriptions of treatment groups offered. Include weekly treatment group schedule.

c. Provide the total number of primary clinician contacts.
   i. Provide the total number of primary clinician contacts that occur in a confidential setting.
   ii. Provide the reasons for non-confidential contacts and the percentage of non-confidential contacts that occur in each of those categories.
d. Provide the total number of psychiatry contacts.
   i. Provide the total number of psychiatry contacts that occur in a confidential setting.
   ii. Provide the reasons for non-confidential contacts and the percentage of non-confidential contacts that occur in each of those categories.
e. Structured out-of-cell activity logs/documentation.
f. Provide any audits or other documentation concerning activities and services afforded inmates in the 3CMS SHU/LTRH in addition to PC contacts, groups.
g. Provide any logs, audits (preferred) or any other documentation concerning required out of cell activities.
h. Provide audits (preferred) or any other documentation of reviews concerning the provision of in-cell therapeutic activities as determined by the IDTT.

# Tab L:  SHORT TERM RESTRICTED HOUSING (STRH) (if applicable)

**Tab L: Short-term Restricted Housing (STRH)**

1. Provide the Warden's STRH report. If unavailable, at minimum provide a list of all inmates in the STRH during the review period including the following:

   a. Inmate's name;

   b. CDCR number;

   c. Level of care;

   d. Date of placement;

   e. Reason for placement (be specific; initial placement reason);

   f. Current reason for retention;

   g. Length of stay on date of report (i.e., as of the date of the report, the number of days that the inmate has been in segregation);

   h. Status (endorsed and awaiting transfer, pending investigation, pending DA referral, NDS) (Include prior actions and issues impacting status such as waiting for CSR, RVR reissued and reheard, returned to CSR, etc. The status section should include all of the reasons the inmate remains in segregation).

2. Report average and range of length of stay during the review period.

3. Provide any logs and audits of CCCCMS STRH units for the following:

   a. For all CCCCMS inmates, provide the date the inmate was designated for placement in the unit.

   b. Data or MHTS.net/EHRS reports and/or audit reports related to each of the below listed items regarding compliance with requirements. If audited reports are provided, please make available a detailed description of the audit methodology.

      i. Timeliness of initial and ongoing primary clinician contacts;

      ii. Timeliness of initial and ongoing psychiatrist contacts;

      iii. Timeliness of initial (prior to ICC) and subsequent IDTTs;

      iv. Attendance of required disciplines at the IDTTs (including CCIs);

      v. A list of treatment groups offered with descriptions of each. Provide the weekly treatment group schedule.

   c. Provide the total number of primary clinician contacts.

      i. Provide the total number of primary clinician contacts that occur in a confidential setting.

      ii. Provide the reasons for non-confidential contacts and the percentage of non-confidential contacts that occur in each of those categories.

   d. Provide the total number of psychiatry contacts.

      i. Provide the total number of psychiatry contacts that occur in a confidential setting.

      ii. Provide the reasons for non-confidential contacts and the percentage of non-confidential contacts that occur in each of those categories.

   e. Provide logs, audits or other documentation regarding required out-of-cell activity logs/documentation.

   f. Provide any audits or other documentation concerning activities and services afforded inmates in the STRH in addition to PC contacts, groups.

   g. Provide any logs, audits or any other documentation concerning required out-of-cell activities.

h.  Provide audits or any other documentation of reviews concerning the provision of in-cell therapeutic activities as determined by the IDTT.

# Tab M:  Psychiatric Services Unit (PSU) (as applicable)

**TAB M: Psychiatric Services Unit (PSU)**

1. Provide a brief description of the PSU program(s) at your institution including the STEP program, housing locations, capacity, average inmate census during the review period, a list of the mental health staff assigned to the program(s), and the allocation of housing and escort officers.

2. Provide a list of patients at each STEP including date of placement and length of stay.

3. Provide any reports, documents or audits demonstrating the number of caseload inmates reviewed (1) MHSDS ASU/SHU/PSU; (2) Long term case conference review and the percentage of each released to mainline.

4. Provide any reports, documents or audits demonstrating what percentage of MHSDS cases retained in ASU following the priority case- by case review were referred for a Long-Term Segregated Case Conference with 30 days of completing the institutional case reviews.

5. Provide a list, and a schedule, of the therapeutic activities available to PSU inmates, including therapy and psycho-educational groups, recreational and occupational therapy, general education, substance abuse, and vocational education as well as jobs.

6. Provide a list of current PSU inmate patients who were offered 10 hours per week of therapeutic treatment activities that includes work and/or education.

7. Provide a list of the PSU inmates currently (**within 72 hours** of site visit) assigned fewer than ten hours of therapeutic activities a week per the recommendation of their treatment team.

8. Provide a list of the PSU inmates currently (**within 72 hours** of site visit) refusing more than half of all offered therapeutic activities, and describe what additional clinical interventions, if any, are extended to these inmates.

9. Provide a report of the percentages of scheduled primary clinician and psychiatrist appointments that occurred in a private office, non-confidential holding cell, and at the inmate's cell-front during the review period. Include the reasons for non-confidential contacts (e.g., inmate refused scheduled appointment, confidential interview space unavailable, escort officers unavailable, mental health provider chose to conduct non-confidential interview).

10. Provide data or MHTS.net reports and/or audit reports (preferred) related to each of the below listed items regarding compliance with PSU requirements. If audited reports are provided, please make available a detailed description of the audit methodology.
    a. Average length of stay for inmates housed in the PSU.

b. Completion of brief intake assessments within five working days of placement in PSU.
c. Completion of initial comprehensive mental health evaluations prior to the initial IDTT.
d. Completion of psychiatric intake evaluation prior to the initial IDTT.
e. Completion of initial IDTT meetings within 14 calendar days and prior to the initial ICC hearing.
f. Provide any logs, data, or audits (preferred) of the development of mental health treatment plan within 14 days of arrival in PSU.
g. Completion of IDTTs at 60 days and 120 days after admission.
h. Completion of quarterly IDTTs after 120 days.
i. For inmates deemed by an IDTT to be **clinically appropriate for full PSU programming:**
   - Quarterly completion of IDTT reviews and updated mental health treatment plans.
j. For inmates deemed by an IDTT to be clinically appropriate for **modified treatment plans or enrolled in special programs** as a result of refusing half or more of all offered treatment:
   - Daily clinical contacts
   - Monthly completion of IDTT reviews and updated mental health treatment plans.
k. attendance of required disciplines at the PSU IDTTs (including PSU captain);
l. Monthly psychiatric contact.
m. Timeliness of psychiatrist contacts.
n. Weekly contacts by primary clinician.
o. Timeliness of primary clinician contacts.
p. Direct access in the IDTT space to eUHR, SOMS, ERMS.
q. Number of inmates who graduated from modified treatment plans or special programs to full PSU programming during the reporting period.

11. **Treatment Hours:**
   a. For inmates deemed by an IDTT to be **clinically appropriate for less than ten therapeutic activities a week:** Provide a report of the weekly averages of therapeutic activities offered to and received by this sub-group of EOP inmates.

   b. For inmates deemed by an IDTT to be **clinically appropriate for full PSU programming:** Provide

   c. For each person in which 10 hours of treatment offered was required, provide the percentage of time where 10 hours of structured therapeutic activity was:
      a) offered
      b) attended

   If consistently unable to offer PSU inmates ten therapeutic activities each week, provide the underlying reasons and any action taken to improve performance.

# Tab N:  ENHANCED OUTPATIENT PROGRAM (EOP)

**Tab N: EOP**

**Enhanced Outpatient Program (EOP)**
1. Provide a brief description of the EOP program(s) at your institution, including the housing location, the security level, capacity, average inmate census during the review period, a list of the mental health staff assigned to the program(s), and the allocation of housing and escort officers.

2. Provide a list, and a schedule, of the therapeutic activities available to EOP inmates, including therapy and psycho-educational groups, recreational and occupational therapy, general education, substance abuse, and vocational education as well as jobs.

   **Note: Must be run within 72 hours of visit**
3. a.  Provide a list of current EOP inmate patients who were offered 10 hours of therapeutic treatment activities that includes work and/or education.

   **Note: Must be run within 72 hours of visit**
   b. Provide a list of the EOP inmates currently (within 72 hours of site visit) assigned fewer than ten hours of therapeutic activities a week per the recommendation of their treatment team.

   **Note: Must be run within 72 hours of visit**
4. Provide a list of the EOP inmates currently **(within 72 hours of site visit)** refusing more than half of all offered therapeutic activities, and describe what additional clinical interventions, if any, are extended to these inmates.

5. Provide a report on the number of scheduled primary clinician and psychiatrist appointments that occurred in a private office, non-confidential holding cell, and at the inmate's cell-front during the review period (these should equal the total number of contacts for each discipline).  Include the reasons for non-confidential contacts (e.g., inmate refused scheduled appointment, confidential interview space unavailable, escort officers unavailable, mental health provider chose to conduct non-confidential interview).

6. Please provide data or MHTS.net/EHRS reports and/or audit reports related to each of the below listed items regarding compliance with EOP requirements. For each report/audit provided, include a detailed description of the methodology underlying the report/audit (e.g., how was the report developed, the data collected and compliance computed).
   a. Completion of initial clinical assessment within 14 days of arrival in EOP.
   b. Completion of initial IDTT review and provide any logs, data, or audits (preferred) of the development of mental health treatment plan within 14 days of arrival in EOP.
   c. **For inmates deemed by an IDTT to be clinically appropriate for full EOP programming:** Quarterly completion of IDTT reviews and updated mental health treatment plans.
   d. **For inmates deemed by an IDTT to be clinically appropriate for less than ten therapeutic activity hours a week:** Monthly completion of IDTT reviews and updated mental health treatment plans.

47

e.  attendance of required disciplines at the EOP IDTTs (including CCIs);

f.  Timeliness of psychiatrist contacts.

g.  Timeliness of primary clinician contacts.

h.  **For inmates deemed by an IDTT to be clinically appropriate for full EOP programming:** For each person in which 10 hours of treatment offered was required, provide the percentage of time where 10 hours of structured therapeutic activity was:

          a) offered

          b) attended

7.  If consistently unable to offer EOP inmates ten therapeutic activities each week, provide the underlying reasons and any action taken to improve performance.

8.  Describe what, if any, accommodations your institution extends to inmates taking heat-sensitive medications in order to maximize their access to outdoor yard, jobs and educational programs.

48

# Tab O:  CORRECTIONAL CLINICAL CASE MANAGEMENT SYSTEM (CCCMS)

**Tab O: Mainline CCCMS**

1. Provide mhts.net data/EHRS reports and/or audit reports related to each of the below listed items regarding compliance with requirements. Ensure that a detailed description of the methodology underlying the report or audit is included.
   a. Timeliness of primary clinician contacts;
   b. Timeliness of psychiatrist contacts;
   c. Timeliness of initial and subsequent IDTTs;
   d. Attendance of required disciplines at the IDTTs.
2. Provide the total number of primary clinician contacts.
   a. Provide the total number of primary clinician contacts that occur in a confidential setting.
   b. Provide the reasons for non-confidential contacts and the percentage of non-confidential contacts that occur in each of those categories.
3. Provide the total number of psychiatric contacts.
   a. Provide the total number of psychiatric contacts that occur in a confidential setting.
   b. Provide the reasons for non-confidential contacts and the percentage of non-confidential contacts that occur in each of those categories.
4. Provide a list of all groups currently offered to CCCMS inmates. Include descriptions of each treatment group.
5. Provide current group schedule (not just for time of group schedule but for entire week).

# Tab P: MENTAL HEALTH REFERRALS

**Tab P: Mental Health Referrals**

Provide the Following Information Regarding Mental Health Referrals During the Reporting Period:

1. Tracking data/logs for all mental health referrals generated during the reporting period.
2. Number of emergent, urgent and routine referrals generated during the reporting period.
3. Percentage of emergent, urgent and routine referrals resulting in a timely response during the reporting period.

# Tab Q: MEDICAL RECORDS/MHTS.NET AND EHRS TRANSITION

**Tab Q: Medical Records/mhts.net and EHRS transition**

1. Provide a report that includes the dates of training on the EHRS for all staff and the date of implementation or projected date of implementation of the EHRS. Explain any delays to implementation.
2. Provide a narrative describing the current status of the EHRS, including advantages, obstacles and ongoing training.
3. Provide any available audits, reports, logs or other documents, if available, that evaluate the accuracy of the EHRS at your facility.

# Tab R: TREATMENT SPACE (INCLUDING ANY PLANNED TO BECOME OPERATIONAL WITHIN 12 MONTHS)

**Tab R:  Treatment Space (including any planned to become operational within 12 months)**

1.  Provide copy of documentation describing individual and group treatment space if available or alternatively during the site visit, provide guidance to the monitor documenting location of treatment areas.

# Tab S: HEAT PLAN

**Tab S:  Heat Plan**

1. Provide a copy of memorandum issued at the beginning of heat season.
2. Provide monthly heat report submitted to CDCR headquarters during the review period.
3. Provide copies of any Local Operating Procedure (LOP) governing heat season.
4. Provide for review onsite documentation related to production of a list of inmates taking heat medications, occurrence of Stage II alerts, access to cooling measures (shower, ice) during Stage II and III heat alerts, conduct of nursing rounds during Stage III alert, and temperatures.
5. Provide access to observe where thermometers are placed in housing units.

# Tab T: RULE VIOLATION REPORTS (RVR)

**Tab T: RVRs**

1. Provide the local operating procedure(s) regarding a) the process for referring an RVR to mental health for completion of an assessment; b) Facility Captain's review if mental health clinician indicates the inmate's mental illness strongly influenced the behavior and an alternative action should be taken; c) the process for reviewing/adjudicating RVRs issued for self-injurious and suicidal behavior; and d) the process for reviewing mental health input as part of ICC decisions to assess SHU terms.

2. Provide an RVR report that lists the total number of RVRs issued by the institution during the review period, the number of RVRs issued to 3CMS inmates during the review period, the number of RVRs issued to EOP inmates during the review period, and the number of RVRs issued to MHCB inmates during the review period.

3. Provide a list of inmates issued RVRs during the review period that were referred to mental health.

    a. Have available for the monitor to review all completed RVRs that were referred to mental health during the review period, including a copy of the completed mental health assessment.

4. Provide a list of all MHSDS inmates who were assessed SHU terms during the review period to the extent available.

5. a. Describe your institution's policy governing the assignment of staff assistants to MHSDS inmates as part of the RVR process.

    b. Describe the assistance provided to MHSDS inmates and the kind of training, if any, provided to staff assistants.

6. Provide proof of practice of compliance with training requirements. This would include an alphabetical list of all staff identified in the May 13, 2015, memorandum signed by K. Allison and T. Belavich as required attendees at training (course code BET 11054429) and a training report for that course code for each work classification identified in same memorandum.

# Tab U:  USE OF FORCE (UOF)

**Tab. U:  Use of Force**

Provide the following information regarding use of force during the reporting period:

I.   **UOF Training** (using Foxpro training code A0219,BIZ training code 11053412, and for clinical training code 11055482):

   1.  Provide training records for all mental health staff trained on the new use of force policy and procedure.

      i.  Demonstrate compliance with policy by identifying the job class, total number in each job class, number trained by job class and percentage by job class of mental health staff trained.

   2.  Provide training records for all correctional staff trained on the new use of force policy and procedure.

      i.  Demonstrate compliance with policy by identifying the job class, total number in each job class, number trained by job class and percentage by job class of custody staff trained.

II.   Provide for review onsite all incident reports documenting all controlled uses of force during the reporting period.

III.   Provide for review onsite a complete copy of all controlled or immediate use of force incidents that occurred in a MHCB, DSH, PIP or other inpatient setting.

IV.   **Table**s: Using the table format presented below, please present the following data for the reporting period:

   1.  Total number of use of force incidents in each yard or facility: Report separately the number of use of force incidents involving MHSDS inmates and number of use of force incidents involving non-MHSDS inmates.

   2.  Total number of non-use of force incidents for each yard or facility: Report separately the number of non-use of force incidents involving MHSDS inmates and number of non-use of force incidents involving non-MHSDS inmates.

   3.  Number of use of force incidents in security or secure housing areas/EOP yards/other specialized housing: Report separately the number of use of force incidents involving MHSDS inmates and number of use of force incidents involving non-MHSDS inmates in ASU, SHU, PSU, EOP, MHCB, OHU and other specialized housing.

   4.  Number of non-use of force incidents: Report separately the number of non-use of force incidents involving MHSDS inmates and number of non-use of force incidents involving non-MHSDS inmates in ASU, SHU, PSU, EOP, MHCB, OHU and other specialized housing.

   5.  Number of use of force incidents involving Level IV inmates:  Report separately the number of use of force incidents involving MHSDS inmates and the number of use of force incidents involving non-MHSDS inmates.

   6.  Number of non-use of force incidents involving Level IV inmates: Report separately the number of non-use of force incidents involving MHSDS inmates and the number of non-use of force involving non-MHSDS inmates.

7. Cumulative number of use of force incidents and non-use of force incidents for the institution: Report separately the total number of incidents involving MHSDS inmates and total number of incidents involving non-MHSDS inmates.

8. For each incident that occurred during the reporting period, indicate at what stage the institutional use of force review process is at.

TABLE FORMATS:

INCIDENTS FOR YARD OR FACILITY "X"
**CONTROLLED**

| MONTH | UOF | MENTAL HEALTH | NON-MENTAL HEALTH |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTALS |  |  |  |

INCIDENTS FOR YARD OR FACILITY "X"
**IMMEDIATE**

| MONTH | UOF | MENTAL HEALTH | NON-MENTAL HEALTH |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTALS |  |  |  |

63

INCIDENTS FOR YARD OR FACILITY "X"

| MONTH | NON-UOF | MENTAL HEALTH | NON MENTAL HEALTH |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | | |

INCIDENTS FOR ASU
(Prepare a similar table separately for EOP/PSU/SHU/LEVEL IV inmates)
**CONTROLLED**

| MONTH | UOF | MENTAL HEALTH | NON-MENTAL HEALTH |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | | | |

INCIDENTS FOR ASU
(Prepare a similar table separately for EOP/PSU/SHU/LEVEL IV inmates)
**IMMEDIATE**

| MONTH | UOF | MENTAL HEALTH | NON-MENTAL HEALTH |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | | | |

INCIDENTS FOR ASU
(Prepare a similar table separately for EOP/PSU/SHU/LEVEL IV inmates)

| MONTH | NON-UOF | MENTAL HEALTH | NON MENTAL HEALTH |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL | | | |

TOTAL NUMBER OF INCIDENTS FOR ALL YARDS OR FACILITIES

| | UOF CONTR | UOF IMMED | MENTAL HEALTH | NON-MENTAL HEALTH | NON-UOF | MENTAL HEALTH | NON-MENTAL HEALTH |
|---|---|---|---|---|---|---|---|
| TOTALS | | | | | | | |

65

# Tab V:  PROGRAM LOCKDOWN

**Tab V:  Program Lockdown**

1.  Provide information on all program lockdowns/shutdowns during the reporting period. Indicate if there was any interruption in mental health service delivery as a result of the program lockdown and when services were reinstated.

# Tab W:  PRE-RELEASE PLANNING

**Tab W: Pre-Release Planning**

1. Provide a narrative describing all pre-release planning activities during the reporting period.
2. Provide group schedules showing pre-release activities during the reporting period.
3. Provide mhts.net/EHRS data or other logs, audits or reports indicating the amount of pre-release programming received by EOP and CCCMS participants scheduled to release during the monitoring round.
4. Provide a list of inmates seen by TCMP at your facility during the reporting period.
    a. Provide a summary of services received from TCMP.
        i. Include the outcome of the applications for benefits.

# Tab Y: PROGRAM ACCESS

**Tab Y: Program Access**

## Y.1: Inmate Assignment Report

1. Provide the following assignment data for your institution for EOP, CCCMS and Non-MHSDS inmates:

Institution: _____   Report   Run   Date: _____

Total Population_____

EOP Population_____CCCMS Population_____Non-MHSDS Population_____

Indicate LOC_____(EOP, CCCMS or Non-MHSDS)

| Program Type | Full Time | Part Time | Voluntary | Re-Entry | Total Program Count | % of Population Assigned |
|---|---|---|---|---|---|---|
| Academic | | | | | | |
| Job | | | | | | |
| Substance Abuse Treatment | | | | | | |
| Vocational Education | | | | | | |
| Voluntary Education | | | | | | |

2. Provide confirmation of implementation of new policies and procedures regarding the Functional Evaluation of EOP inmates for program assignment, including: training materials or curriculum; training rosters/attendance sheets; and examples of completed forms CDC 128-C and CDC 7230.

## Tab Y.2:  MHSDS Earned Milestone Credit

1. Provide the following data for your institution
   Report Run Date: _____

| MHSDS Type | Population | MCC Eligible | MCC Earned |
|---|---|---|---|
| CCCMS | | | |
| EOP | | | |
| Non-MHSDS | | | |

2.  Provide confirmation of implementation of milestone credits for MHSDS EOP inmates, including:  curriculum; training materials; and training rosters/attendance sheets.

## Tab Y.3:  Out-of-Level Housing

Provide the following information for your institution    Report Run Date_____

| Custody Level | Housing Level | CCCMS | EOP | Non-MHSDS | Other | Total |
|---|---|---|---|---|---|---|
| Level I | Level I | | | | | |
| | Level II | | | | | |
| | Level III | | | | | |
| | Level IV | | | | | |
| | Total | | | | | |
| Level II | Level I | | | | | |
| | Level II | | | | | |
| | Level III | | | | | |
| | Level IV | | | | | |
| | Total | | | | | |
| Level III | Level I | | | | | |
| | Level II | | | | | |
| | Level III | | | | | |
| | Level IV | | | | | |
| | Total | | | | | |
| Level IV | Level I | | | | | |
| | Level II | | | | | |
| | Level III | | | | | |
| | Level IV | | | | | |
| | Total | | | | | |

## Tab Y.4:  ADA Reasonable Accommodation and Grievance Procedures

Provide confirmation of implementation of revised ADA accommodation and grievance procedures to include appeals regarding accommodations for psychiatric disabilities, including:  training materials; training rosters/attendance sheets; and examples of completed revised forms CDC 1824 (2014), CDC 1825 (2014), and CDC 1826 (2014).

## Tab Y.5:  Periodic Classification Score Reductions, EOP Inmates

Have available for the Monitor to review completed CDC 840s from the reporting period.

# Tab Z:  CASE BY CASE REVIEWS

**Tab Z:  Case by Case Reviews**

Please provide the following information regarding MHSDS inmates at your institution who have had their 150-day case review or a subsequent case review and were NOT released or whose cases were NOT resolved:

    a.  Name of inmate
    b.  Date of most recent ICC
    c.  Date of next scheduled ICC
    d.  Provide copy of case notes and MH-10 from case by case review with Associate Director.

# Tab AA:  ACCESS TO CARE REPORTS

**Tab AA:  Access to Care Reports**

Provide copies of monthly Access to Care report issued during the monitoring period.

# Tab BB:  PLACEMENT OF CCCMS INMATES IN MINIMUM SUPPORT FACILITIES (MSF)

**Tab BB:  Placement of CCCMS Inmates in Minimum Support Facilities (MSF)**

Provide the names of CCCMS inmates placed in MSF from your facility during  the monitoring period in accordance with January 25, 2016 policy.

# EXHIBIT 3

# INITIAL PC CONTACTS WITHIN 10 WORK DAYS FOR CCCMS

## Timely Initial PC Contacts

| | |
|---|---|
| **Description** | Percentage of time patients were up-to-date on their required PC contacts. |
| **Denominator Description** | Total number of work weeks (starts Monday and ends Sunday) during reporting period patient was in a given placement. |
| **Numerator Description** | Number of work weeks (starts Monday and ends Sunday) or days (any day other than Saturday, Sunday or state holiday) patient was seen as required. PC contact is required within 10 work days after latest arrival date, program start or mhi (which ever happened last). |
| **Calculation Type** | Percentage |
| **Green Cutoff** | 90% or more |
| **Yellow Cutoffs** | 89.99% to 70% |
| **Red Cutoff** | less than 70% |

ROUTINE PC FOR CCCMS

## Timely Routine PC Contacts

| | |
|---|---|
| **Description** | Percentage of time patients were up-to-date on their required PC contacts. |
| **Denominator Description** | Total number of work weeks (starts Monday and ends Sunday) during reporting period patient was in a given placement. |
| **Numerator Description** | Number of work weeks (starts Monday and ends Sunday) or days (any day other than Saturday, Sunday, or state holiday) patient was seen as required. PC contact is required at current institution every 90 calendar days after previous pc contact. |
| **Calculation Type** | Percentage |
| **Green Cutoff** | 90% or more |
| **Yellow Cutoffs** | 89.99% to 70% |
| **Red Cutoff** | less than 70% |

INITIAL PSYCH FOR CCCMS

## Timely Initial Psychiatry Contacts

| | |
|---|---|
| Description | Percentage of work weeks patients were up-to-date on their required psychiatry contacts. |
| Denominator Description | Total number of work weeks (starts Monday and ends Sunday) during reporting period patient was in a given placement. |
| Numerator Description | Number of work weeks in denominator that patient was seen as required. Psychiatrist contact is required 1 work day (any day other than Saturday, Sunday or state holiday) before and 90 calendar days after last arrival, program start or mhi. |
| Calculation Type | Percentage |
| Green Cutoff | 90% or more |
| Yellow Cutoffs | 89.99% to 70% |
| Red Cutoff | less than 70% |

ROUTINE PSYCH CCCMS

## Timely Routine Psychiatry Contacts

| | |
|---|---|
| Description | Percentage of work weeks patients were up-to-date on their required psychiatry contacts. |
| Denominator Description | Total number of work weeks (starts Monday and ends Sunday) during reporting period patient was in a given placement. |
| Numerator Description | Number of work weeks in denominator that patient was seen as required. Psychiatrist contact is required every 90 calendar days after previous psychiatrist contact. |
| Calculation Type | Percentage |
| Green Cutoff | 90% or more |
| Yellow Cutoffs | 89.99% to 70% |
| Red Cutoff | less than 70% |

INITIAL PC CONTACTS WITH 14 CALENDAR DAYS FOR EOP

## Timely Initial PC Contacts

| | |
|---|---|
| **Description** | Percentage of time patients were up-to-date on their required PC contacts. |
| **Denominator Description** | Total number of work weeks (starts Monday and ends Sunday) during reporting period patient was in a given placement. |
| **Numerator Description** | Number of work weeks (starts Monday and ends Sunday) or days (any day other than Saturday, Sunday or state holiday) patient was seen as required. PC contact is required at current institution within 14 calendar days after last arrival date, program start or mhi. |
| **Calculation Type** | Percentage |
| **Green Cutoff** | 90% or more |
| **Yellow Cutoffs** | 89.99% to 70% |
| **Red Cutoff** | less than 70% |

ROUTINE PC FOR EOP

## Timely Routine PC Contacts

| Description | Percentage of time patients were up-to-date on their required PC contacts. |
|---|---|
| Denominator Description | Total number of work weeks (starts Monday and ends Sunday) during reporting period patient was in a given placement. |
| Numerator Description | Number of work weeks (starts Monday and ends Sunday) or days (any day other than Saturday, Sunday, or state holiday) patient was seen as required. PC contact is required every 1 week after previous PC contact. |
| Calculation Type | Percentage |

| Green Cutoff | 90% or more |
|---|---|
| Yellow Cutoffs | 89.99% to 70% |
| Red Cutoff | less than 70% |

INITIAL PSYCH FOR EOP

## Timely Initial Psychiatry Contacts

| | |
|---|---|
| Description | Percentage of work weeks patients were up-to-date on their required psychiatry contacts. |
| Denominator Description | Total number of work weeks (starts Monday and ends Sunday) during reporting period patient was in a given placement. |
| Numerator Description | Number of work weeks included in denominator during which the patient was up-to-date on their required Psychiatrist contact.  Psychiatry contact is required at current institution within 30 calendar days after last arrival, program start or mhi. |

| | |
|---|---|
| Green Cutoff | 90% or more |
| Yellow Cutoffs | 89.99% to 70% |
| Red Cutoff | less than 70% |

ROUTINE PSYCH FOR EOP

## Timely Routine Psychiatry Contacts

| | |
|---|---|
| Description | Percentage of work weeks patients were up-to-date on their required psychiatry contacts. |

| | |
|---|---|
| Denominator Description | Total number of work weeks (starts Monday and ends Sunday) during reporting period patient was in a given placement. |

| | |
|---|---|
| Numerator Description | Number of work weeks included in denominator during which the patient was up-to-date on their required Psychiatrist contact.  Psychiatry contact is required at current institution every 30 calendar days after previous psychiatry contact. |

| | |
|---|---|
| Green Cutoff | 90% or more |

| | |
|---|---|
| Yellow Cutoffs | 89.99% to 70% |

| | |
|---|---|
| Red Cutoff | less than 70% |

# EXHIBIT 4

| | |
|---|---|
| **From:** | Ceballos, Laura@CDCR |
| **To:** | ████████ @CDCR; ████████ @CDCR |
| **Subject:** | FW: check in and check out |
| **Date:** | Friday, October 26, 2018 1:15:03 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

Laura Ceballos, cchp, Ph.D.
Mental Health Administrator, Inpatient Facilities, Quality Improvement
Statewide Mental Health Program
████████

**From:** ████████ @CDCR
**Sent:** Wednesday, August 29, 2018 1:13 PM
**To:** Ceballos, Laura@CDCR <Laura.Ceballos@cdcr.ca.gov>
**Subject:** RE: check in and check out

Are you looking for all the dropdown options when checking out?  If so, see below.



Thanks,

████████████
████████████

Quality Management & EHRS
Statewide Mental Health Program
☎ ████████████

cid:image006.jpg@01D24BBE.0FEBD970

CONFIDENTIALITY NOTICE:  This communication and contents may have
sensitive, confidential, and/or legally privileged information. Any unauthorized
disclosure, distribution, or action in reliance on the contents of this communication
is strictly prohibited and may be unlawful. If you are not the intended recipient,
please contact the sender and destroy all events of this communication.
For IT issues, contact our Solutions Center at 1-888-735-3470.

**From:** Ceballos, Laura@CDCR

**Sent:** Wednesday, August 29, 2018 12:53 PM
**To:** ████████@CDCR <████████@cdcr.ca.gov>
**Subject:** check in and check out

Hi,

Can you send me screen shots of the check out screen options for completion?

Thank You.

Laura Ceballos, cchp, Ph.D.
Mental Health Administrator, Inpatient Facilities, Quality Improvement
Statewide Mental Health Program
████████