Xavier Becerra
Attorney General of California
Monica N. Anderson
Senior Assistant Attorney General
Jay C. Russell
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Andrew M. Gibson, State Bar No. 244330
Tyler V. Heath, State Bar No. 271478
Ian Michael Ellis, State Bar No. 280254
Tobias G. Snyder, State Bar No. 289095
Deputy Attorneys General
1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 310-7318
  Fax:  (916) 324-5205
  E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DECLARATION OF DAVID LEIDNER SUPPORTING DEFENDANTS' RESPONSE TO THE COURT'S NOVEMBER 13, 2018 ORDER TO SHOW CAUSE** |
| v. | |
| **EDMUND G. BROWN JR., et al.,** | |
| Defendants. | |

I, David Leidner, declare:

1.   I am a Senior Psychologist Specialist in the California Department of Corrections and Rehabilitation's (CDCR) Statewide Mental Health Program.  I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify.  I am aware that Michael Golding, M.D., CDCR's Chief Psychiatrist, sent a document entitled "CDCR Mental Health System Report" to the *Plata* Receiver on October 5, 2018.  I received a copy of Dr.

1

1   Golding's submission on October 23, 2018.  I am informed and believe that the Court in this case

2   issued an order on November 13, 2018 regarding a proposed independent investigation of Dr.

3   Golding's allegations.  I make this declaration in support of Defendants' response to the Court's

4   order.

5         2.    My employment with CDCR began in 2003 at the California Men's Colony State

6   Prison in San Luis Obispo, California, where I worked as a Staff Psychologist, Senior

7   Psychologist Supervisor, and Senior Psychologist, Specialist.  I assumed my current position with

8   the psychiatry team at CDCR headquarters as a Senior Psychologist Specialist in 2009.  In my

9   position at headquarters, I have helped develop CDCR's Health Care Data Warehouse and the

10   Statewide Mental Health Program's quality management reporting system.  I continue to maintain

11   and enhance these systems, analyze data, and provide statistics as needed for the Statewide

12   Mental Health Program.

13         3.    I have an extensive background in statistics and research design, including graduate-

14   level training in both fields.  I spent three years analyzing psychosocial data at the George

15   Washington University Medical Center, held a half-time appointment as a statistics consultant at

16   the George Washington University Department of Psychology, and taught statistics in a

17   community college.

18         4.    I have strong technical skills, with over twenty years of experience in database and

19   statistical programming using the SQL, SAS, and R programming languages.

20                    **CDCR'S DATA COLLECTION SYSTEM AND REPORTS**

21         5.    From 2010 to 2017, CDCR collected data regarding mental health treatment through

22   the Mental Health Tracking System (MHTS), a web-based tool developed to track clinical

23   contacts, referrals, and other data related to the provision of mental health services.  Beginning in

24   2016, CDCR implemented an electronic health record called the Electronic Health Record System

25   (EHRS) which replaced MHTS.

26         6.    CDCR compiles data on the mental health delivery system in the Health Care Data

27   Warehouse (Data Warehouse).  The Data Warehouse consists of a group of high-capacity

28   computer servers into which data from numerous sources, including EHRS, CDCR's Strategic

2

1    Offender Management System (SOMS), and the Department of State Hospitals, are routed and

2    stored.  Historical data, such as MHTS data, are also stored in the Data Warehouse.  I write

3    computer programs that generate reports using Data Warehouse data.  These Mental Health

4    Management Reports (Management Reports) are accessible to over 5,000 CDCR staff statewide

5    (report users), including all members of the headquarters psychiatry team, via a website.  When I

6    refer to the headquarters psychiatry team, I mean Dr. Golding the Chief Psychiatrist, the Chief of

7    Telepsychiatry, and the Senior Psychiatrist Supervisor, who work together at the Statewide

8    Mental Health Program's headquarters in Elk Grove, California.  There are currently over fifty

9    Management Reports, all of which can be run on-demand and most of which allow users to select

10   various criteria and generate certain reports.  The Management Reports are designed to help staff

11   provide timely patient care, manage resources, and give feedback on compliance with guidelines,

12   including various requirements imposed by orders in this case.  For example, the Current Due

13   Dates Report tells clinicians when patients on their caseloads are due for mental health services

14   including contacts, evaluations, treatment teams, and consults and can tell a scheduler when

15   patients are due for their next required appointment.

16          7.    Another Management Report is the Mental Health Performance Report (Performance

17   Report), which displays a set of indicators measuring performance in numerous areas, including

18   compliance with mental health treatment required by the Program Guide, by health care

19   regulations, and by CDCR health care policies and procedures.  The indicators are selected and

20   defined by the managers of the Statewide Mental Health Program.  Users can choose to view

21   Performance Report indicator values by institution and month and can drill down on most

22   indicators to view values broken down by program area (e.g., patients in Administrative

23   Segregation, general population Enhanced Outpatient Treatment, or the general population

24   Clinical Correctional Case Management System). Users can also drill down to view individual

25   non-compliant cases.  In many cases, clicking on details in the Performance Report will take you

26   to other reports with additional detailed information, such as the Appointments Report showing

27   details of all included appointments, or the Compliance Rules Report showing the definition of

28

3

the rule being applied to measure performance.  Finally, clicking on the title of any indicator in the Performance Report will display the details of how it is defined and calculated.

8.   The measurement of the Performance Report indicators is complex.  There are over 150 active indicators summarizing about 4,000,000 individual measurements each month.  The logic underlying the indicators relies on over 230 business rules that stipulate a required action, the population it applies to, what triggers that requirement, and how much time is allowed to complete that requirement.  All of these parameters are determined by the managers of the Statewide Mental Health Program.

9.   All business rule parameters are spelled out in a Management Report called the Compliance Rules Report.  As with all Management Reports, the Compliance Rules Report is available to all report users and is often referenced in our communications with users about business rules.  Attached as Exhibit 1 is a true and correct copy of an excerpt of the Compliance Rules Report.

10.   We also have a Management Reporting Help website, available to all report users, which includes posts on our methodology, business rules, answers to frequently asked questions, release notes, and instructions on how to report an error, ask a question, or suggest an improvement.  Attached as Exhibit 2 is a true and correct copy of a printout from the website that shows snapshots of the various postings and links available on this website.

11.   About once a month, we send an email (user notification email) to all report users that includes a link to a description of all changes to the Management Reports, indicator logic, and business rules since the last update.  These descriptions, called Release Notes, are also posted on the Management Reporting Help website and remain permanently available to all report users.

12.   The user notification email also includes a link to directions on how a report user can be added or removed from the report users group.  Membership in the report users group entails authorization and security information certification and guarantees access to all Management Reports, all release notes, all posts on the Management Reporting Help website, and reception of all user notification emails.  All members of the headquarters psychiatry team belong to the report users group.

13.  Any report user can report a potential error in any Management Report by submitting a ticket through CDCR health care's statewide Solution Center system.  Users may also submit questions and requests for report improvements via this process.  Directions for submitting a Management Report ticket are posted on a website and a link to these directions is always included in the user notification email.  We also include this link when responding to users whenever they contact us directly.

14.  We receive over one hundred Management Report tickets per month.  These tickets are usually reviewed by headquarters staff within one day.  The Management Reporting team, consisting of myself, two other programmers, and three analysts—also meets two times each week to discuss tickets and resolve issues.  Many tickets present questions or involve training issues, in which case the question is answered and/or training is provided.

15.  Software errors, also known as "bugs," are placed on the Management Report programmers' task list for resolution.  Any systemic errors, i.e., those that affect more than a single patient, are given priority over all other tasks and are almost always resolved within one week.  I meet almost every workday morning with the other two Management Reporting team programmers to discuss and troubleshoot software errors and authorized changes to the system.

16.  In addition to the Management Reports, CDCR Mental Health headquarters provides mental health data to staff via a weekly Ad Hoc Querying webinar during which I and other headquarters staff write computer queries to retrieve data requested by other staff.  This has included requests from the headquarters psychiatry team.

17.  Outside of the webinar, I also provide data in direct response to data requests from headquarters staff, including requests from headquarters psychiatrists.  To the best of my knowledge, I have never denied a data request from a headquarters psychiatrist.

18.  I have explained our Management Reports, indicator logic, measurement methodology, and business rules to the Special Master and Plaintiffs' counsel in this case on numerous occasions, including during a presentation to the Special Master's team in May 2015 and during a presentation to the Special Master team and Plaintiffs' counsel in July 2015.

5

Attached as Exhibit 3 is a true and correct copy of the PowerPoint slides I prepared and presented in May 2015 to the Special Master team.

19.  It is both my job and a matter of personal ethics to provide accurate and useful data. It is irrelevant to me whether a statistic shows low compliance or high compliance; my primary concern is that the measurement is valid.  From what I have observed among my colleagues and superiors, decisions about rules and calculations are not based on how they will increase or decrease statistics; they are driven by considerations over patient care, guideline adherence, and accuracy.

**DR. GOLDING'S ALLEGATIONS REGARDING RESTARTING THE CLOCK AFTER INMATE TRANSFERS**

20.  As a matter of course, all business rules for primary clinician contacts, psychiatry contacts, and treatment teams include separate parameters for initial contacts and ongoing (routine) contacts.  This is because Mental Health Program leadership have determined that when a mental health patient first enters a new situation—be it a new housing area (e.g, Administrative Segregation), a new level of care (e.g, Enhanced Outpatient Treatment), or a new institution—it is clinically appropriate for the providers and treatment team to conduct an initial contact, substantively different from a routine contact.  For example, when a general population Correctional Clinical Case Management System patient on medication arrives at a new institution, he or she is required to receive an initial primary clinician contact, an initial psychiatrist contact, and an initial treatment team meeting.  The patient shows up on the institution's Current Due Dates Report and both providers and schedulers can see from this report that an initial contact or treatment team is required, rather than a routine one.  The time frames for the initial meeting with the primary clinician, psychiatrist, and treatment team are ten working days, ninety calendar days, and fourteen working days, respectively.  In the case of the primary clinician and treatment team, the initial time frame is different than the routine time frame.  In the case of the psychiatrist, the initial and routine time frames are the same.

21.  Because initial and routine psychiatry contacts have the same time frame in many cases, including mainline Enhanced Outpatient Program and Correctional Clinical Case

6

1   Management patients on medication, when such mainline patients transfer institutions, the

2   maximum allowable time between the previous contact and the next can exceed that established

3   time frame.  However, the claim that CDCR is "resetting" the clock when a patient arrives at an

4   institution is a mischaracterization of the fact that business rules call for an initial psychiatry

5   contact upon arrival, just as they do for the primary clinician contact and treatment team.

6       22.  Dr. Golding's allegation that Correctional Clinical Case Management System patients

7   on medications can go eight months without being seen by a psychiatrist is not based on any

8   particular patient's experience but instead a hypothetical and extreme scenario.

9       23.  I analyzed all instances between August 1, 2017 and August 1, 2018 where a

10   Correctional Clinical Case Management System patient on psychiatrist-prescribed medication

11   transferred from one institution to another.  On average each month, six percent (1,124 patients)

12   of all Correctional Clinical Case Management System patients on psychiatrist-prescribed

13   transferred institutions at least once, and one percent (229 patients on average) went more than

14   ninety days as a Correctional Clinical Case Management System patient on psychiatrist-

15   prescribed medication without being seen by a psychiatrist during a transfer.

16       24.  I ran a parallel analysis for Enhanced Outpatient Program patients on psychiatrist-

17   prescribed medications over the same time frame.  On average each month, eleven percent (816

18   patients) of all Enhanced Outpatient Program patients on psychiatrist-prescribed medications

19   transferred institutions at least once, and three percent (265 patients) went more than thirty days

20   as an Enhanced Outpatient Program patient on psychiatrist-prescribed medications without being

21   seen by a psychiatrist during transfer.

22   **DR. GOLDING'S ALLEGATIONS THAT CDCR SECRETLY INCREASED THE EOP**
    **ROUTINE PSYCHIATRY TIME FRAME**

23

24       25.  Dr. Golding alleges that CDCR increased the routine psychiatry contact time frame

25   "from the court-ordered one-month maximum interval, to up to 45 days" (p. 24).  This is factually

26   incorrect.  The time frame was changed to once every calendar month, and additionally, to never

27   exceed forty-five days between contacts.  In other words, the rule still required a contact at least

28   once every calendar month.  The rule therefore also required at least twelve psychiatry contacts in

7

1  a calendar year, which is far more stringent than a rule that would simply allow up to forty-five

2  days between contacts.

3          26.  By asserting that the rule change moved the time frame past the court-ordered interval

4  of one month, Dr. Golding implies that "monthly" is equivalent to once every thirty days.  It is

5  not, just as daily is not equivalent to once every twenty-four hours and weekly is not equivalent to

6  once every seven days.  This distinction is important and it was clarified with the headquarters

7  psychiatry team in July, 2015.  The difference between monthly and thirty days was also

8  specifically addressed in an exchange with headquarters psychiatry staff in March 2017.

9  Attached as Exhibit 4 is a true and correct copy of the March 22, 2017 email and attached as

10  Exhibit 5 is a true and correct copy of the July 1, 2015 email.

11          27.  The rule change applied to reports run between December 2016 and April 2017.  The

12  change was initiated after an associate government program analyst for mental health at the

13  California Health Care Facility (CHCF) contacted me explaining that increasing the Enhanced

14  Outpatient Program psychiatry time frame would allow psychiatrists to preserve continuity of

15  care rather than have to see a different psychiatrist when they took time off.  A true and correct

16  copy of the email dated December 5, 2016 I received from staff at the California Health Care

17  Facility is attached as Exhibit 6.  Our guidelines call for contacts on a monthly basis, but once

18  every calendar month would mean that contacts could occur as much as sixty-one days apart.

19  One possible solution was to change the rule to require a contact every calendar month with an

20  additional constraint of no more than forty-five days between contacts. This would mean

21  psychiatry contacts would occur at least once every calendar month, never more than forty-five

22  days apart, and continuity of care would be improved.  I spoke with Dr. Ceballos on the phone to

23  propose this option, and she approved it.  The rule was changed in December 2016.

24          28.  The headquarters psychiatry team requested that this rule be changed back to thirty

25  days in April 2017 and CDCR changed the rule again that same month.  All past compliance data

26  was updated to ensure that the December 2016 revision of the rule did not affect any past data.

27  Since May 2017, the December 2016 revision of the rule has not applied to any compliance

28  statistics, regardless of the time period reported.

29.  Dr. Golding states that headquarters psychiatrists had to "painstakingly look at chart after chart to discover how the reported information had been changed, attempting to establish, first, if something had in fact changed, and if so, how it had changed" (p. 24).  This is puzzling since information about the change was readily available the headquarters psychiatry team.  The details regarding the rule change appeared in the Compliance Rules Report for the entire time it was in effect.  The Compliance Rules Report describes time frames for many business rules and is available, both directly and through links from the Performance Report, to any staff who have access to all members of the headquarters psychiatry team.  Dr. Golding quotes the description of this rule from the Compliance Rules Report verbatim in an e-mail dated April 12, 2017, labeled 2017-04-12-1316hrs. (Exhibit D, ECF No.  5988-2 at 93.)  I should also note that any member of the psychiatry team could have simply asked me or any member of the Management Reporting team about this rule and we would have explained how and why it had been changed.

30.  In addition to appearing in the Compliance Rules Report, the rule change was explained in detail at two statewide Management Reporting webinars, one on December 7, 2016 and one on December 8, 2016.  These interactive webinars occurred bi-weekly and were attended by institution staff statewide, including psychiatrists.

**DR. GOLDING'S ALLEGATION THAT EVERY ENCOUNTER IS COUNTED AS AN APPOINTMENT**

31.  Dr. Golding asserts numerous times that headquarters psychiatry staff are not able to obtain the mental health data they desire. (pp. 71-71.)  This is false.  I or my team would have readily shown them how to obtain the data from existing reports if possible or provided such data directly to any member of the headquarters psychiatry team had we been asked, and indeed we have done just this when they have asked us in the past.  Moreover, we have trained one psychiatrist at headquarters how to conduct ad hoc queries directly from the Data Warehouse and he does so routinely.  As a further example, at the request of the headquarters psychiatry team, we developed a special Psychiatrist Appointments Report that has been available to all report users via the Management Reporting website since June of 2017.  Attached as Exhibit 7 is a true and correct copy of my June 5, 2017 email exchange with members of the headquarters psychiatry

9

1    team, regarding their request for the new Psychiatrist Appointments Report.  Attached as Exhibit

2    8 is a true and correct copy of June 23, 2017 use notification e-mail announcing the roll-out of

3    this report to all report users.  Finally, the ability to see whether or not any given appointment, or

4    set of appointments, was conducted cell-side or non-confidentially was directly available to

5    headquarters psychiatry at any time via the Appointments Report on the Management Reporting

6    website.  The data can be filtered and sorted as well as exported to an Excel spreadsheet for

7    further analysis.  Dr. Golding discusses using the Appointments Report in just this way on page

8    37.

9        32.  Dr. Golding also asserts that there "must be a huge cell-side non-confidential rate" for

10   psychiatrist appointments and also notes contacts occurring in other non-confidential settings and

11   for less than three minutes.  I tallied all completed psychiatry contacts between January 1, 2018

12   and October 31, 2018.  Of these 272,149 contacts, five percent had a duration of less than five

13   minutes, ten percent were non-confidential (this includes all cell-side contacts), seven percent

14   were cell-side, and one percent were both cell-front and less than five minutes in duration.

15        33.  Dr. Golding's claim that rescheduled appointments are not counted as cancelled is

16   false.  All rescheduled appointments are automatically coded as cancelled in CDCR's reporting

17   data.  This designation cannot be changed by users.

18 **DR. GOLDING'S ALLEGATIONS THAT COMBINING CORRECTIONAL CLINICAL**

**CASE MANAGEMENT SYSTEM AND EOP COMPLIANCE MEASUREMENTS**

19 **OBSCURES EOP PERFORMANCE**

20        34.  Dr. Golding alleges that combining Correctional Clinical Case Management System

21   and EOP timely psychiatry compliance rates into one reporting category obscures poor Enhance

22   Outpatient Program compliance rates, noting two examples where Correctional Clinical Case

23   Management System compliance rates were greater than Enhance Outpatient Program rates and

24   thus combining them led to a value higher than the Enhance Outpatient Program rate alone.  If

25   this argument was valid, then CDCR would be obscuring all of its data no matter which

26   methodology was used to report its data.  It is a mathematical truism that when you average two

27   or more unequal values, the result will be greater than at least one of them.  If the Enhance

28   Outpatient Program compliance rate had happened to be higher than Correctional Clinical Case

10

1   Management System compliance rate, then we could have been accused of obscuring the

2   performance data for the Correctional Clinical Case Management System patients.  Or, if we had

3   presented Enhance Outpatient Program and Correctional Clinical Case Management System

4   compliance data separately, we could then have been accused of obscuring the fact that a given

5   institution had a lower value than the overall rates or that compliance during a given month was

6   lower than the overall rates or that compliance for females was lower than the overall rates and so

7   on.

8        35.  It should also be noted that when CDCR combines compliance rates, we take the

9   weighted average.  This is to ensure that each patient receives equal weight for each week they

10  are with us.  For example, the Enhance Outpatient Program and Correctional Clinical Case

11  Management System values are weighted in direct proportion to the number of patient-weeks they

12  include.  Since there are more Correctional Clinical Case Management System patients than

13  Enhance Outpatient Program patients, when the two are grouped together, Correctional Clinical

14  Case Management System typically has a larger influence on the overall result, whether higher or

15  lower.

16       36.  All of this being said, the ability to look at Enhance Outpatient Program and

17  Correctional Clinical Case Management System compliance separately has always been possible

18  on the Performance Report, for any month, and for any institution.  This is so despite Dr.

19  Golding's contention that "someone without computer skills looking for information about

20  timeliness of Enhance Outpatient Program and Correctional Clinical Case Management System

21  psychiatry appointments and consults in individual institutions in 2018 would have difficulty

22  finding such information, because CDCR did not report individual timeliness figures." (p. 27.)

23  The removal of the filter that Dr. Golding refers to was included in the release notes, a link for

24  which was sent to all members of the reporting group on May 11, 2018, along with directions on

25  how you could still obtain the program area breakdown from the report.  A true and correct copy

26  of Release 1.10 Notes is attached as Exhibit 9.  Simply clicking on the arrow next to any indicator

27  on the Performance Report will show the measure's breakdown by program.  The Performance

28  Report has functioned this way for several years.  Attached as Exhibit 10 is a true and correct

11

copy of an excerpt of the pop-up obtained by clicking on the Timely Psychiatry Contacts indicator.  Note that each program—"ML EOP," "ASU EOP," "ML CORRECTIONAL CLINICAL CASE MANAGEMENT SYSTEM," "MHCB," and "ASU"—is displayed separately.  Users can further click on the plus sign by any program to see the details of every measurement comprising that program's data.  It should be noted that the release notes refer to clicking on the percentage box rather than the arrow.  Nonetheless and importantly, if for any reason a member of the headquarters psychiatry team found that they could not obtain data previously available on a report, he or she simply had to ask a member of the Management Reporting team directly, through email, or via a solution center ticket and we would have shown the psychiatry team member how to get that data.  To my knowledge, no headquarters psychiatrist ever asked any member of my team for the data Dr. Golding alleges he had trouble finding.

## DR. GOLDING'S ALLEGATIONS REGARDING THE APPOINTMENTS SEEN AS SCHEDULED PERFORMANCE INDICATOR

37.  The Appointments Seen as Scheduled indicator is an efficiency measure that was updated in 2016 to match the quality management methodology used by the *Plata* Receiver.  .  The indicator is not meant to be a measure of compliance with psychiatrist contact time frames and to my knowledge has never been presented by the Statewide Mental Health Program as such.  The indicator provides information on appointments that were missed due to circumstances within CDCR's control—"provider unavailable," "lockdown," "modified program," "technical difficulties."

38.  Dr. Golding correctly states that the Appointments Seen as Scheduled Performance indicator was incorrectly labeled "All scheduled appointments" even though it only includes appointments that were either 1) seen during the reporting range; or 2) scheduled to occur during the reporting range but cancelled and not rescheduled for one of the following cancellation reasons: Technical Difficulties, Modified Program, Lack of Transport, or Provider Unavailable.

39.  On October 9, 2018, I was alerted to this issue and I corrected the error on the same day.  This occurred prior to my having any knowledge of Dr. Golding's allegations.  That the indicator was described incorrectly did not conceal or misrepresent information regarding

12

1   scheduled appointments.  Rather, the indicator was changed to conform to criteria used by the

2   California Correctional Health Care System (CCHCS) for medical appointments, but we

3   neglected to update the description.  To my knowledge, headquarters psychiatry never reported

4   the mislabeling of the indicator to the Management Reporting team.  If the issue had been brought

5   to my attention, my team would have prioritized the issue and addressed it quickly.  As noted

6   previously, any systems issue that affects more than one patient takes priority over all other tasks

7   for the Management Report programmers.

8       40.   Despite the inaccurate label, any user of the Performance Report is able to scroll

9   through the different layers of the data and see precisely the types of appointments included in the

10   Appointments Seen as Scheduled indicator.  Attached as Exhibit 11 is a true and correct copy of a

11   screenshot of the different layers of the data presented under the Appointments Seen as Scheduled

12   indicator.   Each category shown can be further expanded to show each individual appointment

13   included.  The accurate definition of the indicator was also always available on the California

14   Correctional Health Care Services' Dashboard, which is a monthly report that consolidates key

15   performance indicators and other important metrics across CDCR's health care programs and

16   service areas.  A true and correct copy of a screen shot for the SeenAsScheduledDefinitions on

17   the Dashboard is attached as Exhibit 12.

18       41.   Dr. Golding also alleges that the indicator should be defined as the number of all

19   completed appointments divided by all completed, cancelled, refused, and pending appointments.

20   While this may be a useful measure, it is qualitatively different than the current measure, which

21   measures appointments that were cancelled for reasons that could be avoided.  Again, I am not

22   aware of any request from headquarters psychiatry to modify the calculation of this indicator or to

23   create a different one.  Finally, the information Dr. Golding appears to want is already available

24   to any report user, including headquarters psychiatrists, via the Treatment Hours (Tx_Hours)

25   Report, which allows users to query for these values for any date range, institution, and program.

26   A true and correct copy of the initial screen for the Tx_Hours Report for September 2018 is

27   attached as Exhibit 13.  This Report has been continuously operational for the past several years.

28

**DR. GOLDING'S ALLEGATIONS REGARDING TREATMENT HOURS CANCELLED AND REFUSED**

42.   Dr. Golding alleges that the Treatment Hours Cancelled and Treatment Hours Refused indicators use arbitrary cutoffs "chosen to get a particular result in terms of figures." (pp. 62-63.)  Dr. Golding asks why the indicators measure the percentage of patient-weeks exceeding a given threshold for treatment refused or treatment cancelled (e.g., more than three hours cancelled per week) rather than just the percentage of all treatment refused or cancelled.

43.   Treatment Hours Cancelled and Treatment Hours Refused are part of a larger group of treatment hours indicators, which also include Treatment Hours Offered, Treatment Hours Attended, and Treatment Hours Scheduled.  All of these indicators use the same methodology, which is to measure how often (the percentage of patient-weeks) patients meet or exceed an established treatment threshold.  The Treatment Hours Offered indicator, for example, measures how often patients are offered the minimum hours mandated by the Program Guide for any given patient group.  An institution can see, for instance, that it is offering at least ten hours of treatment to general population Enhanced Outpatient Program patients eighty-seven percent of the time. The thresholds for the refused, cancelled, and scheduled treatment hours indicators were determined by Statewide Mental Health Program management and based and based on a proportion of the required amount of treatment.  For example, if an institution is expected to offer at least ten hours of treatment per week to a patient, then the Treatment Hours Cancelled threshold is three or more hours per week.  If the institution is expected to offer at least five hours of treatment per week, then the cancelled threshold is 1.5 or more hours.  Similarly, the threshold for Treatment Hours Refused is refusal of at least fifty percent of all offered treatment and attendance in less than one-half of whatever the Treatment Hours Offered threshold is for that patient group.

44.   Dr. Golding also alleges that CDCR's measurement reflecting treatments cancelled and treatments refused are not straightforward.  (pp. 62-63.)  He contends that the measure should be the number of all completed appointments divided by all completed, cancelled, refused, and pending appointments.  Total percentage of treatment refused and cancelled are legitimate

14

measures too, but their validity does not mean the current measurements are invalid.  And again, I am not aware of any request from headquarters psychiatry to add these measures as new indicators.  I am also not aware of any request from headquarters psychiatry for this data in any other form, a request my team could have addressed.  Finally, as with Appointments Seen as Scheduled indicator, the measurement that Dr. Golding appears to prefer has been available for years via the Tx_Hours Report mentioned above.

## DR. GOLDING'S ALLEGATION REGARDING MH MEDICATION NON-ADHERENCE CONSULTS

45.  CDCR's compliance statistic for medication non-adherence relies on the initiation of an "MH Med Non-Adherence" consultation in the patient's electronic medical record.  This means that if a consultation is not created, no measurement is made.

46.  We therefore must rely on the creation of a medication non-adherence consultation to signal that the provider has determined that a contact with the inmate is required.  It may be that more can be done to ensure that providers initiate medication non-adherence consultations, or that the policy should be revised, but this is simply an example of one of the many ways CDCR can look to improves its health care system.  Nonetheless, the manner in which CDCR currently measures medication non-adherence is valid, based on current policy.  My team is always open to considering other ways to measure a given process or requirement, but I am unaware of ever having received any such suggestions regarding medication non-adherence.

47.  Dr. Golding also states that the medication non-adherence measure, which is included as one item in the larger Timely MH Referrals indicator, counts appointments not scheduled as not being needed, counts refused appointments as completed appointments, and double counts appointments that occurred.  He cites data reported on this measure by California Health Care Facility in August 2018.  Dr. Golding could have reported his concern about this issue to me and my Management Reporting team at any time, but he did not—I first learned about the issue when I read Dr. Golding's allegations.  I since determined that the root cause of this issue is that cancelled consultations were erroneously included in the indicator.  The issue was promptly addressed and resolved.

15

48.  With the corrected indicator, the data now shows nine separate consultations, all of which were resolved by separate, completed appointments.  Attached as Exhibit 14 is a true and correct copy of the report I ran with the corrected data.  No cancelled consultations or appointments are included.  It appears from Dr. Golding's allegations that headquarters psychiatry does not understand how this data is reported.  Consultations are reported in the month they come due or are completed, as expressly described in the definition pop-up window that appears when the user clicks on any measurement in the MH Med Non-Adherence indicator.  Exhibit 15 is a true and correct copy of the screen shot of the pop-up window the user sees for the measurement.  In this specific case, three medication non-compliant consultations initiated at the end of August 2018 were reported in California Health Care Facility's September 2018 Performance Report indicator cited by Dr. Golding (pp. 61-62) because that is when they came due or were completed, two of which were late.  This accounts for all non-cancelled MH med non-adherence consultations created at the California Health Care Facility in August 2018.

49.  This software error had little impact on compliance rates for the medication non-adherence measure, other than to improve them slightly.  A comparison analysis of compliance from January 1, 2018 through October 26, 2018, reveals that removing the cancelled consultations, which were often measured as being late, slightly increased compliance from eighty-five to eighty-six percent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.  Executed in San Luis Obispo, California on November 20, 2018.

_/s/David Leidner_____
DAVID LEIDNER
Senior Psychologist Specialist
Statewide Mental Health Program
*(original signature retained by attorney)*

16

# EXHIBIT 1

| Contact | Rule Name | Wgt | Rule applies to | Requirement | Additional Info |
|---|---|---|---|---|---|
| PSY_CONTACT (3 rules selected) | PSY (ASU 3CMS On Meds) | 0 | ASU-CCMS patients on psychiatrist-prescribed medication. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 90 Calendar Days after the Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | ID# 234445 Computed by mh.dbo.insert_spid_time_frames |
| | PSY (ASU EOP/EOPMod) | 0 | ASU-EOP, ASU-EOPMod patients. Effective 2015-04-06 to present | First Psychiatrist Contact required no later than 14 Calendar Days after the Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | If an initial IDTT is completed for patient within the first 14 calendar days of becoming ASU EOP/EOPMod, then due date of initial psychiatry contact becomes the date of that initial IDTT. ID# 234446 Computed by mh.dbo.insert_spid_time_frames |
| | PSY (MHCB) | 0 | MHCB patients. Effective 2016-12-12 to present | First Psychiatrist Contact required no sooner than 1 Work Day before and no later than 72 Hours after the Arrival Date or Program Start, whichever happened last. Then Routinely within 3 Calendar Days of the prior completion. | ID# 234449 Computed by mh.dbo.insert_spid_time_frames |
| | PSY (ML 3CMS On Meds) | 0 | ML-CCCMS patients on psychiatrist-prescribed medication. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 90 Calendar Days after the Arrival Date or Program Start or MHI Start or Psychotropic Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | ID# 234455 Computed by mh.dbo.insert_spid_time_frames |
| | PSY (ML EOP/Acute/ICF/EOPMod on Meds at EOP instit | 0 | ML-EOP, ML-EOPMod, ML-Acute, ML-ICF patients at CMC, CMF, COR, FSP, LAC, MCSP, NCWF, PBSP, RJD, SAC, SATF, SQ, SVSP, VSP, CCWF, CIW, CHCF, KVSP on psychiatrist-prescribed medication. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 14 Calendar Days after the Arrival Date or Program Start or MHI Start or Psychotropic Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | ID# 234461 Computed by mh.dbo.insert_spid_time_frames |
| | PSY (OHU EOP/EOPMod on Meds) | 0 | OHU-EOP, OHU-EOPMod patients at CHCF on psychiatrist-prescribed medication. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 14 Calendar Days after the Arrival Date or Program Start or MHI Start or Psychotropic Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | ID# 234467 Computed by mh.dbo.insert_spid_time_frames |
| | PSY (PSU) | 0 | PSU patients. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 30 Calendar Days after the Program Start. Then Routinely within 30 Calendar Days of the prior completion. | ID# 234468 Computed by mh.dbo.insert_spid_time_frames |
| | PSY (RC 3CMS on Meds) | 0 | RC-CCCMS patients on psychiatrist-prescribed medication. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 30 Calendar Days after the Arrival Date or Program Start or MHI Start or Psychotropic Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | ID# 234470 Computed by mh.dbo.insert_spid_time_frames |
| | PSY (RC EOP/EOPMod) | 0 | RC-EOP, RC-EOPMod patients. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 30 Calendar Days after the Arrival Date or Program Start or MHI Start or Psychotropic Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | ID# 234471 Computed by mh.dbo.insert_spid_time_frames |
| | PSY (SHU CCCMS on Meds) | 0 | SHU-CCCMS patients on psychiatrist-prescribed medication. Effective 2000-01-01 to present | First Psychiatrist Contact required no sooner than 1 Work Day before and no later than 30 Calendar Days after the Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | ID# 234474 Computed by mh.dbo.insert_spid_time_frames |
| | PSY (SHU | 0 | SHU-EOP, SHU-EOPMod patients. | First Psychiatrist Contact required no later than 30 Calendar Days after the | ID# 234475 Computed by mh.dbo.insert_spid_time_frames |

| Program | Service / Eval | # | Population / Effective | Rule | ID / Notes |
|---|---|---|---|---|---|
| EOP/EOPMod) | Psychiatrist Admission Eval (PIP) | 0 | Effective 2000-01-01 to present | First Psychiatrist Contact required no sooner than 5 Work Days before and no later than 24 Hours after the Arrival Date or Program Start, whichever happened last. Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | ID# 234476 Computed by mh.dbo.insert_spid_time_frames |
| PSY (ASU 3CMS on Meds from GP, GPM) | | 25 | ASU-CCCMS patients on psychiatrist-prescribed medication coming from -GP(M),-GP. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 24 Calendar Days after the Arrival Date or Program Start or MHI Start or Psychotropic Start, whichever happened last. Then Routinely within 90 Calendar Days of the prior completion. | ID# 234443 Computed by mh.dbo.insert_spid_time_frames |
| PSY (ASU) EOP/EOPMod from ASU) | | 25 | ASU-EOP, ASU-EOPMod patients coming from ASU. Effective 2015-04-06 to present | First Psychiatrist Contact required no later than 14 Calendar Days after the Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | ID# 501170 Computed by mh.dbo.insert_spid_time_frames |
| PSY (ML 3CMS on Meds from DSH) | | 25 | ML-CCCMS patients on psychiatrist-prescribed medication coming from DSH. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 10 Work Days after the Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 90 Calendar Days of the prior completion. | ID# 234452 Computed by mh.dbo.insert_spid_time_frames |
| PSY (ML EOP/Acute/ICF/EOPMod from EOPMod on Meds) | | 25 | ML-EOP, ML-Acute, ML-ICF patients at CMC, CMF, COR, FSP, LAC, MCSP, NCWF, PBSP, RJD, SAC, SATF, SQ, SVSP, VSP, CCWF, CIW, CHCF, KVSP on psychiatrist-prescribed medication coming from -EOPMod. Effective 2000-01-01 to present | First Psychiatrist Contact required no sooner than 5 Calendar Days before and no later than 30 Calendar Days after the Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | Note that this rule applied only to EOP patients coming from EOPMod. ID# 501152 Computed by mh.dbo.insert_spid_time_frames |
| PSY (ML EOP/Acute/ICF/EOPMod from DSH on Meds) | | 25 | ML-EOP, ML-Acute, ML-ICF patients at CMC, CMF, COR, FSP, LAC, MCSP, NCWF, PBSP, RJD, SAC, SATF, SQ, SVSP, VSP, CCWF, CIW, CHCF, KVSP on psychiatrist-prescribed medication coming from DSH. Effective 2000-01-01 to present | First Psychiatrist Contact required no sooner than 5 Work Days before and no later than 30 Calendar Days after the Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | ID# 234459 Computed by mh.dbo.insert_spid_time_frames |
| PSY (ML EOP/Mod/Acute/ICF from EOP on Meds) | | 25 | ML-EOPMod, ML-Acute, ML-ICF patients at CMC, CMF, FSP, LAC, MCSP, NCWF, PBSP, RJD, SAC, SATF, SQ, SVSP, VSP, CCWF, CIW, CHCF, KVSP on psychiatrist-prescribed medication coming from -EOP. Effective 2000-01-01 to present | First Psychiatrist Contact required no sooner than 1 Work Day before and no later than 90 Calendar Days after the Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 90 Calendar Days of the prior completion. | Note that this rule applied only to EOPMod patients coming from EOP. ID# 501151 Computed by mh.dbo.insert_spid_time_frames |
| PSY (OHU CCCMS On Meds) | | 25 | OHU-CCCMS patients at CHCF on psychiatrist-prescribed medication. Effective 2000-01-01 to present | First Psychiatrist Contact required no sooner than 5 Work Days before and no later than 90 Calendar Days after the Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 90 Calendar Days of the prior completion. | ID# 234465 Computed by mh.dbo.insert_spid_time_frames |
| PSY (OHU | | 25 | OHU-EOP, OHU-EOPMod patients | First Psychiatrist Contact required no sooner than 5 Work Days before and no | ID# 234466 Computed by mh.dbo.insert_spid_time_frames |

| Category | # | Description | Rule | ID / Notes |
|---|---|---|---|---|
| EOP/EOPMod from DSH on Meds) | | at CHCF on psychiatrist-prescribed medication coming from DSH. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 30 Calendar Days after the Arrival Date or Program Start or MHI Start or Psychotropic Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | ID# 234473 Computed by mh.dbo.insert_spid_time_frames |
| PSY (RC 3CMS On Meds from GP, GP(M)) | 25 | RC-CCCMS patients on psychiatrist-prescribed medication coming from -GP(M), -GP. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 30 Calendar Days after the Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | ID# 234469 Computed by mh.dbo.insert_spid_time_frames |
| PSY (SHU) CCCMS on Meds from GP, GP(M) | 25 | SHU-CCCMS patients on psychiatrist-prescribed medication coming from -GP. -GP(M). Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 90 Calendar Days after the Arrival Date or MHI Start or Psychotropic Start, whichever happened last. Then Routinely within 90 Calendar Days of the prior completion. | ID# 501264 Computed by mh.dbo.insert_spid_time_frames |
| PSY (RC/ASU/SHU/PSU/OHU EOP from EOPMod) | 50 | RC-EOP, ASU-EOP, SHU-EOP, PSU-EOP patients coming from -EOPMod. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 14 Calendar Days after the Arrival Date or MHI Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. Note that this rule applied only to EOP patients coming from EOPMod. | ID# 501208 Computed by mh.dbo.insert_spid_time_frames |
| PSY (ASU EOP/EOPMod from SHU) | 50 | ASU-EOPMod, ASU-EOP patients coming from SHU. Effective 2015-01-01 to present | First Psychiatrist Contact required no later than 90 Calendar Days after the Arrival Date or MHI Start, whichever happened last. Then Routinely within 90 Calendar Days of the prior completion. | ID# 501262 Computed by mh.dbo.insert_spid_time_frames |
| PSY (ASU) CCCMS from SHU On Meds) | 50 | ASU-CCCMS patients at CIW on psychiatrist-prescribed medication coming from SHU. Effective 2015-01-01 to present | First Psychiatrist Contact required no sooner than 5 Work Days before and no later than 90 Calendar Days after the Arrival Date or MHI Start or Psychotropic Start, whichever happened last. Then Routinely within 90 Calendar Days of the prior completion. | ID# 501263 Computed by mh.dbo.insert_spid_time_frames |
| PSY (ML,3CMS On Meds from GP, GP(M)) | 50 | ML-CCCMS patients on psychiatrist-prescribed medication coming from -GP(M), -GP. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 90 Calendar Days after the Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 90 Calendar Days of the prior completion. | ID# 501261 Computed by mh.dbo.insert_spid_time_frames |
| PSY (RC/ASU/SHU/PSU/OHU EOPMod from EOP) | 50 | RC-EOPMod, ASU-EOPMod, SHU-EOPMod, PSU-EOPMod patients coming from -EOP. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 14 Calendar Days after the Arrival Date or MHI Start, whichever happened last. Then Routinely within 90 Calendar Days of the prior completion. | ID# 234453 Computed by mh.dbo.insert_spid_time_frames |
| PSY (SHU) CCCMS from ASU) | 50 | SHU-CCCMS patients at CIW coming from ASU. Effective 2015-01-01 to present | First Psychiatrist Contact required no sooner than 5 Work Days before and no later than 90 Calendar Days after the Arrival Date or MHI Start, whichever happened last. Then Routinely within 90 Calendar Days of the prior completion. Note that this rule applied only to EOPMod patients coming from EOP. | ID# 501175 Computed by mh.dbo.insert_spid_time_frames |
| PSY (SHU EOP/EOPMod from ASU) | 50 | SHU-EOPMod, SHU-EOP patients at CIW coming from ASU. Effective 2015-01-01 to present | First Psychiatrist Contact required no later than 90 Calendar Days after the Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 90 Calendar Days of the prior completion. | ID# 501263 Computed by mh.dbo.insert_spid_time_frames |
| PSY (ASU) CCCMS on Meds from ASU) | 75 | ASU-CCCMS patients at CHCF on psychiatrist-prescribed medication coming from DSH. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 30 Calendar Days after the Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 90 Calendar Days of the prior completion. | ID# 234463 Computed by mh.dbo.insert_spid_time_frames |
| PSY (OHU) CCCMS on Meds from DSH) | 100 | OHU-CCCMS, OHU-CCCMS patients at CHCF on psychiatrist-prescribed medication coming from -GP(M), -GP. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 10 Work Days after the Arrival Date or Program Start or MHI Start, whichever happened last. Then Routinely within 90 Calendar Days of the prior completion. | ID# 234464 Computed by mh.dbo.insert_spid_time_frames |

| PSY (ML-SEO/ML-EOP EOP/Acute/ICF/EOPMod on Meds) | 125 | ML(SEO)-EOP, ML(SEO)-EOPMod, ML(EOP)-EOP, ML(EOP)-EOPMod, ML-Acute, ML-ICF patients at KVSP on psychiatrist-prescribed medication. Effective 2000-01-01 to present | First Psychiatrist Contact required no later than 30 Calendar Days after the Arrival Date or Program Start or MHI Start or Psychotropic Start, whichever happened last. Then Routinely within 30 Calendar Days of the prior completion. | ID# 234472 Computed by mh.dbo.insert_spid_time_frames |

# EXHIBIT 2





Mental Health › MH Data Warehouse Help › Release Notes › All items »

Helpful information about the MH Data Warehouse Reports

Mental Health

**Surveys**
test

**Surveys**

**Libraries**
Site Pages
Shared Documents
Videos
DataAccess

**Lists**
Categories
Questions
Questionaire
Instructions
Areas
CDCRInstitutions
MHIs
ClinicalClassifications
Answers
MH Data Warehouse Help

**Discussions**
MH Data Warehouse Reports

| Type | Title | Modified |
|------|-------|----------|
| | Release 10.0 (Pending) | 11/6/2018 6:00 AM |
| | Release 1.0.1 Notes | 10/25/2018 1:52 PM |
| | Release 1.1.0 Notes | 10/25/2018 1:48 PM |
| | Release 9.0 Notes | 10/24/2018 10:24 AM |
| | Release 1.2 Notes | 10/3/2018 9:02 AM |
| | Release 1.16 Notes | 10/1/2018 11:40 PM |
| | Release 1.15 Notes | 9/12/2018 4:15 PM |
| | Release 1.14 Notes | 8/27/2018 2:20 PM |
| | Release 1.12 Notes | 7/25/2018 11:26 AM |
| | Release 1.13 Notes | 7/24/2018 10:56 AM |
| | Release 1.11 Notes | 5/18/2018 2:34 PM |
| | Release 1.10 Notes | 5/12/2018 10:39 AM |
| | Release 1.9 Notes | 4/20/2018 10:38 AM |
| | Release 1.8 Notes | 3/12/2018 10:21 AM |
| | Release 1.7.1 Notes | 1/18/2018 2:00 PM |
| | Release 1.7 Notes | 1/5/2018 9:36 AM |
| | Release 1.6 Notes | 12/4/2017 5:02 PM |
| | Release 1.5 notes | 10/27/2017 11:13 PM |
| | Release 1.4 notes | 8/31/2017 12:52 PM |
| | Release 1.3 notes | 8/6/2017 11:45 AM |

Add new announcement

# EXHIBIT 3

# Performance versus Current Due Dates

- Performance Reports
  - Summarize past performance (i.e., a report card)
  - Aggregated across patients and time
  - Used to identify systemic issues
- Current Due Dates Reports
  - Tell you who currently needs what and when
  - Patient-specific
  - Used to identify individual patients requiring attention

# Performance statistics can be complex



Bureau of Economic Analysis, US Department of Commerce

# How we measure performance on required timeframes

**For one-time and finite series actions: <u>percentage of expected contacts completed on time</u>**

- Initial PC and Psychiatry contacts
- Initial IDTTs
- Routine, Urgent, and Emergent Referrals
- MHCB Referrals
- Clinical and Physical Discharge from OHU and MHCB
- ASU EOP Hub high-refusal contacts
- Suicide Risk Evaluations
- ML CCCMS and ML EOP referrals
- Transfer out of desert institutions and non-ASU EOP hub
- Five-day clinical follow-ups (all 5 must be done on time for credit)

# How do we calculate percentage of expected contacts completed on time?

- Example 1: Initial IDTTs

| Patient | Due | Completed | Compliant? |
|---|---|---|---|
| A | 1/10/16 | 1/8/16 | Yes |
| B | 1/10/16 | 1/11/16 | No |
| C | 1/10/16 | Not done | No |
| **% Compliant** | | | **33%** |

- Example 2: Five-Day Clinical Follow-ups

| Patient | Due | # Completed on Time | Compliant? |
|---|---|---|---|
| A | 1/10-1/14 | All 5 | Yes |
| B | 1/10-1/14 | 0 out of 5 | No |
| C | 1/10-1/14 | 4 out of 5 | No |
| **% Compliant** | | | **33%** |

4

# How we measure performance on required timeframes (continued)

For routine timeframes: <u>percentage of time up-to-date</u>

- Routine PC Contacts
- Routine Psychiatry Contacts
- Routine IDTTs

# Overall  timeframe performance is often a combination of the two methods

## Timely PC Contacts

| | |
|---|---|
| Description | Percent compliance with required PC contacts |
| Denominator Description | For initial contact compliance, total number of initial contacts that came due during reporting period. For routine contact compliance, total number of work weeks* during the reporting period that each patient was in a given placement ("patient-weeks"). For ASU EOP Hub high-refuser requirement, total number of work days** for each patient during the reporting period ("patient-workdays") where 1) the patient had been in an ASU EOP Hub for at least 3 work weeks* prior to that day; 2) the patient had refused more than 50% of offered treatment the prior week; 3) the patient had attended less than 5 hours of treatment the prior wweek; 4) patient was in ASU EOP Hub that day; and 5) the work day is not a Monday. |
| Numerator Description | Number of contacts/patient-weeks/patient-workdays included in denominator for which the patient was up-to-date on their required PC contact. PC contact requirements delineated in the Compliance Rules grid. |

6

# How do we calculate percentage of time up-to-date?

1. Check each patient every Sunday at 11:59 PM to see whether or not they are up-to-date on any contact required by their level of care.

2. There will be one check per required contact per week for every patient who was in CDCR at the time of the check (Sunday at 11:59 PM).

3. Each check can have one of two values:  Up-To-Date or Late

4. For any given contact and reporting period, divide the number of up-to-date checks by the total number of checks to get the percentage of time up-to-date for that contact.

7

# Why do we use percentage of time up-to-date for routine timeframes?

Least drawbacks and most advantages when compared to next best alternatives:

1. Average/median time between actions

2. Percentage of time periods with an action

3. Percentage of expected actions completed on time

4. Percentage of patients with all contacts completed on time

# Alternative 1: Average/median time between contacts

☞Gives little information about the distribution of times and does not account for uncompleted contacts.

**Example 1**

**Follow-up due every 30 days, 2 out of 4 completed**



☞ **Average and median time between follow-ups = 25 days, but third and fourth follow-ups were not completed**

9

# Alternative 2: Percentage of time periods with an action

☞ Allows for intervals that exceed limits.



## Example 2

Follow-up completed once in each 30-day period

☞ **30-day periods during which there was a follow-up = 100%, but time between follow-ups was 39 and 50 days in two cases**

## Weekly checks

☞ **Up-to-date checks/total checks= 12/17= 71%**

10

# Alternative 3: Percentage of contacts on time

☞ Does not account for how late the contacts are.



**Example 3A**

Follow-up completed 2 days late each time

☞ On-time follow-ups / expected follow-ups = 0/3 = 0%, same as if no follow-ups were completed

**Weekly checks**

☞ Up-to-date checks/total checks= 16/17= 94%

11

# Example 3B

Three follow-ups completed 25 days early, one 75 days late



☞ On-time / total follow-ups = 3/4 = **75%**, but patient was overdue 80 out of 120 days

# Weekly checks



☞ Up-to-date checks/total checks= 6/17= **35%**

12

# Alternative 4: Percentage of patients with all contacts completed on time

☞ Does not account for how late the contacts are or if they were done at all.

☞ Once one action is late, no incentive to meet future timeframes.

☞ Gets smaller as follow-up period grows.

# Example 4
## Two follow-ups completed on-time, one completed 2 days late



☞ **Period 1: Patients with all contacts completed on time / all patients = 1/1 = 100%**

☞ **Period 2: Patients with all contacts completed on time / all patients = 0/1 = 0%, same as if no follow-up was completed**

☞ **Both periods combined: Patients with all contacts completed on time / all patients = 0/1 = 0%, same as if no follow-ups were completed the entire time**

14



# Weekly checks

☞ Period 1: Up-to-date checks/total checks= 8/8= 100%

☞ Period 2: Up-to-date checks/total checks= 8/9= 89%

☞ Both periods combined: Up-to-date checks/total checks= 16/17= 94%

# Why weekly checks?

- Seen as an appropriate level of granularity for historical performance.
  - Daily checks would increase calculations and data volumes by a factor of seven and make reports harder to use.
  - When measuring multiple patients, weekly checks are an accurate estimator of true percentage of time up-to-date (example follows).
- Only applies to routine PC, Psychiatry, and IDTT contacts.  Does not affect initial and finite-series calculations or current due dates.

16

# Comparison of weekly checks versus daily checks



## Example 3A Revisited
## Follow-up completed 2 days late each time

☞ Days up-to-date/days measured= 114/120= .9500= **95%**



# How can you have 100% compliance when some cases are out of compliance?

- Answer: Rounding
- We round to the level of precision we determine to be sufficient

| True Value | Tens of Percents | Percents | Tenths of a Percent | Hundredths of a Percent |
|---|---|---|---|---|
| 79 out of 90 = 88.764…% | 90% | 89% | 88.8% | 88.76% |

- For MH compliance percentages, we round to the nearest percent

| Compliant Cases | 2 out of 3 | 70 out of 80 | 400 out of 1100 | 332 out of 333 |
|---|---|---|---|---|
| Raw Value | 66.666…% | 87.5% | 36.363…% | 99.699…% |
| Rounded Value | 67% | 88% | 36% | 100% |

# No matter what level of precision you round to, you can still get 100% with less than all cases compliant

- ## Rounding to the tenth of one percent

| Compliant Cases | 2 out of 3 | 70 out of 80 | 332 out of 333 | 3332 out of 3333 |
|---|---|---|---|---|
| Raw Value | 66.666…% | 87.5% | 99.699…% | 99.969…% |
| Rounded Value | 66.7% | 87.5% | 99.7% | 100% |

- ## Rounding to the hundredth of one percent

| Compliant Cases | 2 out of 3 | 332 out of 333 | 3332 out of 3333 | 33332 out of 33333 |
|---|---|---|---|---|
| Raw Value | 66.666…% | 99.699…% | 99.969…% | 99.996…% |
| Rounded Value | 66.67% | 99.70% | 99.97% | 100% |

# What about just cutting off the decimal (truncation)?

- Examples:
  - 57.1% → 57%
  - 72.8 % → 72%
- Truncation leads to systematic underestimation whereas rounding does not.

| | Actual Value | Rounded Value | Truncated Value |
|---|---|---|---|
| | 0.9 | 1 | 0 |
| | 1 | 1 | 1 |
| | 1.1 | 1 | 1 |
| **Average** | **1.0** | **1.0** | **0.7** |

# EXHIBIT 4

**From:** Leidner, David@CDCR
**Sent:** Wednesday, March 22, 2017 3:38 PM
**To:** Ceballos, Laura@CDCR; Golding, Michael@CDCR
**Subject:** RE: ML EOP Psychiatry Rule Change Proposition

Given our current discussion about 30 days versus 1 month, I added another case to the description below.

Of necessity, we have a pretty unambiguous policy on how we interpret the time frames verbiage in the PG for our compliance reporting. Appended below is a brief summary I wrote back in September about our method.

The MH management reports have a precise definition for all of the following units of time:

· Month = a full calendar month beginning on the first of the month at 00:00 and ending on the last day of the month at 23:59, inclusive.

· Week = a full week beginning Monday 00:00 and ending Sunday 23:59, inclusive.

· Calendar day = a full day beginning 00:00 and ending 23:59, inclusive.

· Working day = a full day that is not a Saturday, Sunday, or state holiday, beginning 00:00 and ending 23:59, inclusive.

· Hour = a full hour beginning at 00 minutes and ending at 59 minutes, inclusive.

· Minute = a full minute beginning at 00 seconds and ending at 59 seconds, inclusive

Given these definitions, our reports calculate any given due date as follows: given a trigger date, which is the date and time the rule was triggered (e.g., Friday at 09:15), and a time frame of x units, where units is one of the units of time listed above and x is the number of units (e.g., 2 calendar days, 1 week, 24 hours), the due date is the end of the x$th$ full unit after the trigger date.

We are quite literal in our interpretation of the guidelines and policies in this regard, with the two exceptions being that if the rule just says "days" we interpret it as calendar days (versus working days) and if the rule says "year", we interpret it as 365 calendar days. Therefore, if the rule says "1 week" we use the week unit whereas if it says "7 days", we use the calendar day unit. Likewise, if the rule says "1 working day", we use the working day unit whereas if it says "24 hours", we use the hour unit. There can be quite a difference between each of these time frames. The examples below show what the due date would be for a rule with a trigger date of Friday, June 5, 09:15 and different time frames. Given your discussion below, you may want to note in particular the difference in due date between 24 hours and 1 calendar day.

| Trigger Date | Time Frame | Due Date |
|---|---|---|
| Friday, June 5, 09:15 | 60 minutes | Friday, June 5, 10:15:59 |
| Friday, June 5, 09:15 | 1 hour | Friday, June 5, 10:59 |
| Friday, June 5, 09:15 | 24 hours | Saturday, June 6, 09:59 |

| Friday, June 5, 09:15 | 1 calendar day | Saturday, June 6, 23:59 |
|---|---|---|
| Friday, June 5, 09:15 | 1 working day | Monday, June 8, 23:59 |
| Friday, June 5, 09:15 | 7 calendar days | Friday, June 12, 23:59 |
| Friday, June 5, 09:15 | 1 week | Sunday, June 14, 23:59 |
| Friday, June 5, 09:15 | 7 working days | Tuesday, June 16, 23:59 |
| Friday, June 5, 09:15 | 30 calendar days | July 5, 23:59 |
| Friday, June 5, 09:15 | 1 month | July 31, 23:59 |

# EXHIBIT 5

**From:** Leidner, David@CDCR
**Sent:** Wednesday, July 1, 2015 5:13 AM
**To:** Ceballos, Laura@CDCR; Golding, Michael@CDCR; ███████@CDCR
**Subject:** Management Reporting Time Frame Definitions

So, the MH management reports have a precise definition for all of the following units of time:

Week = a full week beginning Monday 00:00 and ending Sunday 23:59, inclusive.

Calendar day = a full day beginning 00:00 and ending 23:59, inclusive.

Working day = a full day that is not a Saturday, Sunday, or state holiday, beginning 00:00 and ending 23:59, inclusive.

Hour = a full hour beginning at 00 minutes and ending at 59 minutes, inclusive.

Minute = a full minute beginning at 00 seconds and ending at 59 seconds, inclusive

Given these definitions, our reports calculate any given due date as follows:  given a <u>trigger date</u>  which is the date and time the rule was triggered (e.g., Friday at 09:15), and a time frame of <u>x units</u>, where <u>units</u> is one of the units of time listed above and <u>x</u> is the number of units (e.g., 2 calendar days, 1 week, 24 hours), the due date is the end of the x*th* full unit after the trigger date.

We are quite literal in our interpretation of the guidelines and policies in this regard, with the two exceptions being that if the rule just says "days" we interpret it as calendar days (versus working days) and if the rule says "year", we interpret it as 365 calendar days.  Therefore, if the rule says "1 week" we use the week unit whereas if it says "7 days", we use the calendar day unit.  Likewise, if the rule says "1 working day", we use the working day unit whereas if it says "24 hours", we use the hour unit.  There can be quite a difference between each of these time frames.  The examples below show what  the due date would be for a rule with a trigger date of Friday, June 5, 09:15 and different time frames.  Given your discussion below, you may want to note in particular the difference in due date between 24 hours and 1 calendar day.

| Trigger Date | Time Frame | Due Date |
|---|---|---|
| Friday, June 5, 09:15 | 60 minutes | Friday 10:15:59 |
| Friday, June 5, 09:15 | 1 hour | Friday 10:59 |
| Friday, June 5, 09:15 | 24 hours | Saturday, 09:59 |
| Friday, June 5, 09:15 | 1 calendar day | Saturday, 23:59 |
| Friday, June 5, 09:15 | 1 working day | Monday, 23:59 |
| Friday, June 5, 09:15 | 7 calendar days | Friday, June 12, 23:59 |

| Friday, June 5, 09:15 | 1 week | Sunday, June 14, 23:59 |
| Friday, June 5, 09:15 | 7 working days | Tuesday, June 16, 23:59 |

Please let me know if you have any questions on this.

-Dave

David Leidner, PhD CCHP

Senior Psychologist Specialist

Mental Health Informatics

**EXHIBIT 6**

**From:** ██████ @CDCR
**Sent:** Monday, December 05, 2016 1:57 PM
**To:** CDCR MHPolicyUnit@CDCR
**Cc:** Leidner, David@CDCR; ███████ @CDCR; ███████ @CDCR
**Subject:** ML EOP Psychiatry Rule Change Proposition

Good Afternoon,

I would like to propose an update to the EOP Psychiatry rule. Per the Program Guide 12-4-9 a psychiatrist will see each EOP inmate patient monthly...We have found that the rule of once every 30 days makes it very difficult for the doctors to schedule their caseloads to be seen if they have time off, etc. Most doctors would like to continue continuity of care, therefore when they take a week off they would be able to schedule the inmates to be seen around that week and still remain compliant, without needing backup coverage. I spoke with Dr. Leidner and we discussed how the rule could be rewritten to still remain compliancy within the once a month rule.

Psychiatrist contact due within 45 days or within one calendar month of the previous contact, whichever is shorter.

An example:

If an inmate was seen on March 20th, then he would have to be seen by April 30th which would not exceed one month, or if an inmate was seen on the 1st of the month, then he would need to be seen by the 15th of the next month in order to be compliant with the once monthly rule.

The way the rule is written now, once every 30 days, actually makes for more than 12 contacts per year. An inmate seen on the 1st, would have to be seen on 30th of the same month.

With psychiatry retention so low here at CHCF, we are trying to find ways to make the job more appealing to the doctors and I think that with this small change in the verbage, it would help them to feel like we are trying to work for them and help make their jobs more manageable.



CHCF Mental Health - CCHCS



**CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communication Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication. Thank you.**

# EXHIBIT 7

**From:** ████████ @CDCR

**Sent:** Monday, June 5, 2017 3:13 PM

**To:** Leidner, David@CDCR; ████████ (HCS)@CDCR; ████████ @CDCR; ████████ @CDCR

**Subject:** RE: 17422 - Create Psychiatrist Appointments report

Perfect!  Thank you Dave.

**From:** Leidner, David@CDCR

**Sent:** Monday, June 05, 2017 3:11 PM

**To:** ████████ @CDCR; ████████ (HCS)@CDCR; ████████ @CDCR ████████ @CDCR

**Subject:** RE: 17422 - Create Psychiatrist Appointments report

Please try now.

**From:** ████████ @CDCR

**Sent:** Monday, June 05, 2017 3:04 PM

**To:** ████████ (HCS)@CDCR; Leidner, David@CDCR; ████████ @CDCR; ████████ @CDCR

**Subject:** RE: 17422 - Create Psychiatrist Appointments report

Me too:

**From:** ████████ (HCS)@CDCR

**Sent:** Monday, June 05, 2017 2:10 PM

**To:** tfsadmin@cdcr.ca.gov  Leidner, David@CDCR; ████████ @CDCR; ████████ @CDCR; ████████ @CDCR

**Subject:** RE: 17422 - Create Psychiatrist Appointments report

I do not have access. I receive this error:

The permissions granted to user 'ACCOUNTS\HCSTLJ' are insufficient for performing this operation.

Thank you,

████████

████████████ | | *Telepsychiatry* | *Mental Health*

'███████ | '██████████████

**From:** tfsadmin@cdcr.ca.gov [mailto:tfsadmin@cdcr.ca.gov]
**Sent:** Monday, June 05, 2017 2:06 PM
**To:** Leidner, David@CDCR <David.Leidner@cdcr.ca.gov>;████████@CDCR <████████@cdcr.ca.gov>;████████@CDCR <████████@cdcr.ca.gov>; (HCS)@CDCR <████████@cdcr.ca.gov>;████████@CDCR <████████cdcr.ca.gov>
**Subject:** 17422 - Create Psychiatrist Appointments report

Leidner, David@CDCR (David.Leidner@cdcr.ca.gov) sent you a work item with a note.

Note:

Team:

Per the item below, I have created a first-draft of the Psychiatrist Appointments report. There are doubtless bugs, questions, and tweaks, so please play around with the report and then we can schedule a time to review issues. I'll also continue to make changes on my end. Here's the link. If you have any trouble accessing, please send me your windows account name and I will check your permissions.

http://cphcssfdccdww01/Reports/Pages/Report.aspx?ItemPath=%2fMH%2fData-Warehouse%2fPsychiatrist+Appointments

-Dave

| ID | Title | Work Item Type | Assigned To | State | Tags |
|----|-------|----------------|-------------|-------|------|
| | | | | | |

| 17422 | Create Psychiatrist Appointments report | User Story | Leidner, David@CDCR | Resolved | |

# EXHIBIT 8

**From:** ██████████@CDCR

**Sent:** Friday, June 23, 2017 2 00 PM

**Subject:** USER NOTIFICATION - MH Build 1 2.0: Fixes & Modifications to MHTS & EHRS Reporting Capabilities

This message is being sent to all members of the MH Management Reporting distribution list.

The following fixes and modifications have been made to the reporting capabilities of MHTS and EHRS. They will go live on the morning of June 26, 2017.

Please contact ██████████ if you have any questions. Thank you.

**15535: MH Build 1.2.0 Release Notes**

1. <u>DRP groups added to all treatment hours offered and attended calculations  except for EOP Milestone credits</u> (15758)
   - For the time being, we will automatically be crediting patients assigned to a given DRP group with following number of hours offered and attended, which is lower than the actual weekly duration of each group.  This is to account for potential cancellations.  We are working on getting more precise data on actual attendance and cancellations each week and will hope to include those calculations in future releases.
     i.    Anger Management =  4 hours
     ii.   Substance Use =  12 hours
     iii.  Criminal Thinking = 4 hours
     iv.   Family Relations = 2 hours
     v.    Transitions = 2 hours

2. <u>Added ASU 12-Item (MH-7709) from MHTS.net to ASU GP/GP(M) screening rule</u> (15432)
   - Changed name of rule to "MH Screen (ASU GP)" and "MH Screen (ASU GP(M)".

3. <u>Change in Performance Report spotlight indicators group</u> (12975)
   - Spotlight indicators group now consists of performance improvement plan targets.

4. <u>Change in color cutoff values for some Performance Report indicators</u> (18680)
   - Red/yellow/green cutoff values for indicators on the MH Performance Report that also appear on the QM Dashboard have been changed to match the cutoffs used by the QM Dashboard.

5. <u>Correction to non-referrals logic on DSH Non Referrals report</u> (CS10109)
   - Changed disposition in DSH Non-Referrals report to show "Referred" whenever the next MHI is a higher level of care.

6. <u>Changed clock stop for MHCB referrals to when patient left institution or entered MHCB housing</u> (17251)
   - Clock stops for MCHB referrals at the time they leave transferring institution or are entered into MHCB housing, whichever comes first.

7. <u>Bug corrected wherein some hourly time frames were being shortened by one hour</u> (17348)
   - Bug fix – corrected appropriate hourly time frames.

8. <u>Sustainable Process report updated to use referrals to count RVRs at EHRS institutions</u> (15459)
   - The RVR (115) calculation now uses RVR consult orders from EHRS.  MHTSnet data continues to be used as usual.

9. <u>Psychiatry appointments report</u> (17422)
   - New report that shows all appointments with psychiatrists within specified date range and outcome.  In the case of IDTTs entered into EHRS, the treatment plan is used, not the appointment.

10. <u>Program History logic modified to capture previously unidentified patients</u> (17379)
    - Fixed bug wherein delayed unassignment of a provider in EHRS was superseding current provider assignment.

11. <u>5-minute grace period added to "entered before received" data entry flag</u> (17382)
    - No data entry flag is triggered for consult orders in EHRS as long as the Received Date is no more than 5 minutes before or any time after the actual entry date into EHRS.

12. <u>Fixed bug in 5-day follow-up rule for MHCB and DSH discharges and rescinded MHCB referrals that was triggering for all patients</u> (16111,18323)
    - Bug fix –rule for 5-day follow-ups following MHCB and DSH discharges and rescinded MHCB referrals now only triggers for patients admitted for danger to self.

13. <u>Updated discharge alert emails to include patients currently in transit to a given institution</u> (CS10503)

- Discharge alert emails go out each morning and afternoon to selected users at each institution, telling them of any patients discharged from MHCB or DSH within the last 24 hours who are at, or in-transit to, their institution.

*(If you would like to be removed from this email distribution, please submit a Solution Center ticket with your request.  Note that removal from this distribution list will also lead to loss of access to all MH management reports.)*

████████

████████████████████

Policy Unit | Statewide Mental Health Program

CDCR | Division of Health Care Services

████████████ |*████████████@cdcr.ca.gov

CONFIDENTIALITY NOTICE: This communication and contents may have sensitive, confidential and/or legally privileged information. Any unauthorized disclosure, distribution, or action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender and destroy all events of this communication. For IT issues contact our Solutions Center at 1-888-735-3470.

# EXHIBIT 9

The following changes were deployed on May 11, 2018

1) **Placement dropdown** removed from Performance Report.  Running the performance report will now show all placements.  For any indicator grouped by placement, you can always see the placement breakdown by clicking on any given percentage box.  This change is temporary and in preparation for an upgrade to our placement logic.  Once the new logic is in place, we should be able to provide a simpler and more consistent placement dropdown.

2) **MH Milestone Over/Under Awarded indicator** logic modified so that the earned and awarded counts restart whenver a patient is readmitted on a new offense or returns from parole.

3) **Housing Program Assignment logic** (i.e. subprogram values) upgraded to use automatically generated MH Housing Arrival Orders in EHRS.  Housing data are no longer coming from MHTSnet and any new changes made in MHTSnet will no longer be reflected in patient housing histories.  The MH Housing Arrival orders are automatically generated and do NOT need to be created by users.  In special cases where a patient's housing is incorrect, authorized users can create, modify, or void MH Housing Arrival orders to make corrections.  This is parallel to the way housing was corrected in the past in MHTSnet using subprogram changes.

4) Bug fixed in **structured treatment logic** that was excluding certain mental health appointments from being counted as structured treatment.  All mental health appointments other than IDTTs, evaluations, screens, five-day follow-ups, and self-help groups are now counted as structured treatment.  The fix was applied retroactively to include all past appointments that were excluded as well.

# EXHIBIT 10

CMC 8/1/18 to 8/31/18
Data filtered to Institution Wide,
ASU, ASU EOP Hub,
Condemned, IN_TRANSIT,
LTRH, MHCB, ML, ML
CCCMS, ML EOP, PSU, RC,
RC CCCMS, RC EOP, SHU,
STRH only.

**Timely Psychiatry Contacts**

| | | |
|---|---|---|
| ⊞ ASU | **100%** (n=15) | Heat Map |
| ⊞ ASU EOP Hub | **100%** (n=178) | Heat Map |
| ⊞ MHCB | **98%** (n=257) | Heat Map |
| ⊞ ML CCCMS | **99%** (n=1,301) | Heat Map |
| ⊞ ML EOP | **99%** (n=1,790) | Heat Map |

# EXHIBIT 11

**Data last refreshed 10/25/2018 8:12:00 PM**

| | Measurements | Appts Seen as Scheduled | Compliance |
|---|---|---|---|
| Appointments seen as scheduled | 22508 | 19278 | 86% |
| LackofTransport | 0 | 0 | 0% |
| ProviderUnavailable | 0 | 0 | 0% |
| TechnicalDifficulties | 0 | 0 | 0% |
| ModifiedProgram | 0 | 0 | 0% |
| Seen | 0 | 19278 | 86% |

⊞ **Details**



| Seen Reason | Placement | Inst | CDC# | Name | Date | Appts Seen as Scheduled |
|---|---|---|---|---|---|---|
| ⊞ LackofTransport (6) | | | | | | |
| ⊞ ModifiedProgram (1207) | | | | | | |
| ⊞ ProviderUnavailable (1969) | | | | | | |
| ⊞ TechnicalDifficulties (48) | | | | | | |

**EXHIBIT 12**

**Seen as Scheduled**

### Measure Definition

Percentage of dental, medical, and mental health appointments seen as scheduled (i.e., without being rescheduled).  Excludes appointments not seen as scheduled due to patient refusal or similar patient-controlled factors; scheduling error; patient transfer; lay-in; out to court/medical; pending or "to be scheduled" appointments; walk-ins; and appointments scheduled to be seen during the reporting period but not yet closed.  Data sources: Dental Scheduling and Tracking System, Medical Scheduling and Tracking System, and Mental Health Tracking System.

*For detailed specifications, please visit the* Dashboard Glossary

# EXHIBIT 13



**CMC ALL Tx Hours between 9/1/2018 and 9/30/2018**

Program: ML; SubProgram: ANY; MHI: CCCMS, EOP, EOPMod Appointment Type: ALL; Status: ALL; Modality: ALL

| Placement | Num Pts | Num Appts | Hours Attended | Hours Refused | Hours Offered | Hours Canceled | Attended / Offered | Refused / Offered | Canceled / Scheduled |
|---|---|---|---|---|---|---|---|---|---|
| ⊞ ML-CCCMS | 596 | 3556 | 759.9 | 292.0 | 1051.9 | 2005.7 | 72% | 28% | 66% |
| ⊞ ML-EOP | 651 | 35499 | 10804.0 | 8950.0 | 19754.0 | 11685.6 | 55% | 45% | 37% |
| ⊞ ML-EOPMod | 26 | 931 | 185.6 | 270.5 | 456.1 | 349.9 | 41% | 59% | 43% |

# EXHIBIT 14

**Quick List: CHCF**
**Timely MH Referrals from 8/01/18 thru 8/31/18**
**Placement: Institution Wide,ASU,ASU EOP**
**Hub,Condemned,IN_TRANSIT,LTRH,MHCB,ML,ML CCCMS,ML**
**EOP,PSU,RC,RC CCCMS,RC EOP,SHU,STRH**
**Data last refreshed 10/27/2018 12:12:00 PM**

| | Measurements | Avg Time Overdue | Compliance |
|---|---|---|---|
| [Timely MH Referrals](#) | 299 | 0.2 | 96% |
| CompletedMHMDConsultEmergent in 4 Hours | 3 | 16.7 | 33% |
| CompletedMHPCConsultUrgent in 24 Hours | 27 | 0.9 | 93% |
| CompletedMHMDConsultRoutine in 5 WorkDays | 16 | 0.1 | 94% |
| CompletedMHPCConsultRoutine in 5 WorkDays | 187 | 0.0 | 97% |
| CompletedMHPCConsultEmergent in 4 Hours | 57 | 0.0 | 98% |
| CompletedMedNonComplianceConsult in 7 Days | 9 | 0.0 | 100% |

**Details**

| Timeframe | Placement | Inst | CDC# | Name | Date | Time Overdue | Details |
|---|---|---|---|---|---|---|---|
| CompletedMedNonComplianceConsult in 7 Days (9) | ML CCCMS | CHCF | ▮ | ▬ | 8/9/2018 11:59:00 PM | 0 | Initiated on Aug 2 2018 4:03PM. Due Aug 9 2018 11:59PM. Completed on Aug 9 2018 8:44AM |
| | ML CCCMS | CHCF | ▮ | ▬ | 8/9/2018 11:59:00 PM | 0 | Initiated on Aug 2 2018 4:13PM. Due Aug 9 2018 11:59PM. Completed on Aug 9 2018 2:35PM |
| | ML CCCMS | CHCF | ▮ | ▬ | 8/9/2018 11:59:00 PM | 0 | Initiated on Aug 2 2018 4:21PM. Due Aug 9 2018 11:59PM. Completed on Aug 9 2018 1:40PM |
| | ML CCCMS | CHCF | ▮ | ▬ | 8/9/2018 11:59:00 PM | 0 | Initiated on Aug 2 2018 4:07PM. Due Aug 9 2018 11:59PM. Completed on Aug 9 2018 2:45PM |
| | ML CCCMS | CHCF | ▮ | ▬ | 8/16/2018 11:59:00 PM | 0 | Initiated on Aug 9 2018 2:47PM. Due Aug 16 2018 11:59PM. Completed on Aug 10 2018 7:34AM |
| | ML EOP | CHCF | ▮ | ▬ | 8/17/2018 11:59:00 PM | 0 | Initiated on Aug 10 2018 12:01AM. Due Aug 17 2018 11:59PM. Completed on Aug 17 2018 1:00PM |
| | ML EOP | CHCF | ▮ | ▬ | 8/17/2018 11:59:00 PM | 0 | Initiated on Aug 10 2018 12:01AM. Due Aug 17 2018 11:59PM. Completed on Aug 15 2018 8:25AM |
| | ML EOP | CHCF | ▮ | ▬ | 8/17/2018 11:59:00 PM | 0 | Initiated on Aug 10 2018 12:01AM. Due Aug 17 2018 11:59PM. Completed on Aug 15 2018 10:00AM |
| | ML EOP | CHCF | ▮ | ▬ | 8/21/2018 11:59:00 PM | 0 | Initiated on Aug 14 2018 8:48AM. Due Aug 21 2018 11:59PM. Completed on Aug 20 2018 8:51AM |

| CompletedMHMDConsultEmergent in 4 Hours (3) |
|---|
| CompletedMHMDConsultRoutine in 5 WorkDays (16) |
| CompletedMHPCConsultEmergent in 4 Hours (57) |

**Quick List: CHCF**
**Timely MH Referrals from 9/01/18 thru 9/30/18**
**Placement: Institution Wide,ASU,ASU EOP**
**Hub,Condemned,IN_TRANSIT,LTRH,MHCB,ML,ML CCCMS,ML EOP,PSU,RC,RC**
**CCCMS,RC EOP,SHU,STRH**
**Data last refreshed 10/27/2018 12:12:00 PM**

| | Measurements | Avg Time Overdue | Compliance |
|---|---|---|---|
| Timely MH Referrals | 188 | 0.2 | 97% |
| CompletedMedNonComplianceConsult in 7 Days | 3 | 1.7 | 33% |
| CompletedMHPCConsultUrgent in 24 Hours | 22 | 0.0 | 95% |
| CompletedMHPCConsultEmergent in 4 Hours | 26 | 0.9 | 96% |
| CompletedMHPCConsultRoutine in 5 WorkDays | 124 | 0.0 | 99% |
| CompletedMHMDConsultUrgent in 24 Hours | 1 | 0.0 | 100% |
| CompletedMHMDConsultRoutine in 5 WorkDays | 12 | 0.0 | 100% |

## Details

| Timeframe | Placement | Inst | CDC# | Name | Date | Time Overdue | Details |
|---|---|---|---|---|---|---|---|
| CompletedMedNonComplianceConsult in 7 Days (3) | ML CCCMS | CHCF | | | 9/5/2018 11:59:00 PM | 6 | Initiated on Aug 29 2018 1:22PM. Due Sep 5 2018 11:59PM. Completed on Sep 11 2018 10:31AM |
| | ML CCCMS | CHCF | | | 9/5/2018 11:59:00 PM | 1 | Initiated on Aug 29 2018 1:06PM. Due Sep 5 2018 11:59PM. Completed on Sep 4 2018 12:07PM |
| | ML CCCMS | CHCF | | | 9/5/2018 11:59:00 PM | 0 | Initiated on Aug 29 2018 1:13PM. Due Sep 5 2018 11:59PM. Completed on Sep 6 2018 8:37AM |
| CompletedMHMDConsultRoutine in 5 WorkDays (12) | | | | | | | |
| CompletedMHMDConsultUrgent in 24 Hours (1) | | | | | | | |
| CompletedMHPCConsultEmergent in 4 Hours (26) | | | | | | | |
| CompletedMHPCConsultRoutine in 5 WorkDays (124) | | | | | | | |
| CompletedMHPCConsultUrgent in 24 Hours (22) | | | | | | | |

# EXHIBIT 15

