XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
State Bar No. 122626
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3617
  Fax:  (415) 703-5843
  E-mail:  Jay.Russell@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                      Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' APPLICATION FOR A 7-MINUTE EXTENSION OF TIME NUNC PRO TUNC TO FILE THEIR RESPONSE TO THE COURT'S ORDER FOR COMMENTS ON THE PROPOSED ORDER OF APPOINTMENT** |

**APPLICATION FOR 7-MINUTE EXTENSION**

Defendants request a 7-minute extension of time, nunc pro tunc, by which to file Defendants' Response to the Court's Order to Show Cause.  As discussed below, good cause exists to grant Defendants' request because their counsel diligently worked to meet the Court's 5:00 p.m. deadline on November 20, 2018 under tight time constraints, and would have filed on time, but for unforeseen difficulties.  No previous extensions of time have been granted for the Response's deadline.  And counsel would have sought the extension earlier, except that its need did not appear until after the deadline had passed.

1

Defs.' App. For 7-Minute EOT Nunc Pro Tunc (2:90-cv-00520 KJM-DB (PC))

On Tuesday, November 13, 2018, at 5:15 p.m., the Court ordered Defendants to show cause why the Court should not appoint an independent investigator by 5:00 p.m. on Tuesday, November 20, 2018. (ECF No. 6002.) Defendants were also ordered to file and serve comments on the proposed order at the same date and time. (*Id.*)

Because of the strict deadlines and other litigation burdens arising during the period of November 12 to November 20, counsel from the Attorney General's Office who had limited experience with this case were necessarily assigned to assist in preparing the responses. Counsel worked very diligently, quickly coming up to speed on the many and varied issues addressed in this case and the responses, with extremely long work hours spent to timely complete the work.

All of the briefing and supporting declarations were essentially complete before 5:00 p.m. on November 20, but were subject to various reviews for legal and factual accuracy. Counsel arranged for several support staff to simultaneously file the documents so that they would be timely. Defendants filed their response to the order to show cause why the Court should not appoint an independent investigator timely. Unfortunately, Attorney General's Office staff encountered some technical difficulty in filing Defendants' comments on the Proposed Order of Appointment, creating an unanticipated delay. As such, Defendants' comments on the proposed order, together with supporting declarations, were filed at 5:07 p.m., 7 minutes past the deadline.

Given counsels' substantial diligence to meet the deadline under pressing work demands and the very minimal extension sought, Defendants respectfully request that the Court grant a 7-minute extension, nunc pro tunc, to accept their filing.

A proposed order is submitted for the Court's consideration.

2

Defs.' App. For 7-Minute EOT Nunc Pro Tunc (2:90-cv-00520 KJM-DB (PC))

| | |
|---|---|
| Dated: November 20, 2018 | Respectfully submitted,<br><br>XAVIER BECERRA<br>Attorney General of California<br>ADRIANO HRVATIN<br>Supervising Deputy Attorney General<br><br><br>*/s/ Jay C. Russell*<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>*Attorneys for Defendants* |

CF1997CS0003
42079364.docx

3

Defs.' App. For 7-Minute EOT Nunc Pro Tunc (2:90-cv-00520 KJM-DB (PC))