XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
ANDREW M. GIBSON, State Bar No. 244330
TYLER V. HEATH, State Bar No. 271478
IAN MICHAEL ELLIS, State Bar No. 280254
TOBIAS G. SNYDER, State Bar No. 289095
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4426
  Fax:  (415) 703-5843
  E-mail:  Tobias.Snyder@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF ERRATA REGARDING ECF NO. 6012 AND ECF NO. 6012-2**<br><br>Judge:   The Honorable Kimberly J. Mueller |

**TO THE COURT, PLAINTIFFS, AND PLAINTIFFS' COUNSEL:**

PLEASE TAKE NOTICE that two clerical errors were made with regard to Defendants' Comments on the Court's Proposed Order of Appointment (ECF No. 6012) and Exhibit 4 to the Declaration of Laura Ceballos supporting this filing (ECF No. 6012-2).

The first error is located at Page 5, Line 15 of the brief, where the document reads, "In short, quasi-criminal independent investigation is required . . . ." (*See* ECF No. 6012 at 5:15[1].)

---

[1] Defendants refer to the Court's ECF pagination for ECF Nos. 6012 and 6012-2.

1

The line should read, "In short, no quasi-criminal independent investigation is required . . . ." A corrected version of Page 5 of the brief is attached as Exhibit A.

The second error is located in an email attached as Exhibit 4 to the Declaration of Laura Ceballos; due to a technical error, the PDF version does not contain the pictures that were included in the original email, and instead contains empty boxes. (*See* ECF No. 6012-2 at 156-157.) A corrected version of Exhibit 4 to the Declaration of Laura Ceballos is attached as Exhibit B.

Counsel apologizes for any inconvenience these errors may have caused the Court, Plaintiffs or their counsel.

Dated:  November 27, 2018                Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General


*/s/ Tobias G. Snyder*
TOBIAS G. SNYDER
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

# EXHIBIT A

some cases, Dr. Golding's allegations regarding the content of certain data indicators are more or less true, but the conclusions he draws are wrong because he misunderstands the Program Guide's requirements, the actual purpose of the indicators, and other critical context. In such cases, further independent investigation is unnecessary. Other allegations are simply incorrect, and instead of implicating fraud, they reveal Dr. Golding's frequent misunderstanding of the Program Guide requirements that govern specific data metrics; his mistaken belief that CDCR has failed to comply with requirements that do not exist; his misunderstanding of how to access data that is readily available to him, even after training; his confusion about what various metrics are intended to measure; or his quickness to attribute nefarious intent to inadvertent error that can occur (and be corrected) in a large, complex, and evolving system like CDCR's mental health delivery system. (*See, infra,* Discussion.) None of this establishes an intent to defraud. In addition, Dr. Golding and the Court's Proposed Order fail to appreciate the extent to which the Special Master has been kept informed of CDCR's data management practices, as these issues can be disposed of through the process proposed in Defendants' concurrently filed response.

In short, no quasi-criminal independent investigation is required, and Defendants therefore oppose the terms of the Court's Proposed Order and the appointment of an independent investigator. (*See* Defendants' concurrently filed Response to the Courts' November 13, 2018 Order to Show Cause Regarding a Proposed Process for Investigating Dr. Golding's Allegations (OSC Response).).

**DISCUSSION**

**I.    ANY FINDING OF FRAUD ON THE COURT MUST MEET A HIGH LEGAL STANDARD.**

The Court's Proposed Order seeks to empower an independent investigator to "investigat[e] . . . whether defendants have committed fraud on the court or intentionally misled the court or the Special Master" in relation to certain areas of alleged data reporting. (ECF No. 6002-1 at 2:4-6.) Fraud is a serious allegation, and fraud on the court is an extremely rare variant, yet the term has been used loosely since Dr. Golding sent his allegations to the *Plata* Receiver.[1] As a threshold matter, a fraud on the court must involve an actual misrepresentation to the court, and is not

---

[1] The word "fraud" does not appear in Dr. Golding's allegations.

2

Defs.' Objs. & Resp. Court's Nov. 13, 2018 Prop. Order (2:90-cv-00520 KJM-DB (PC))

# EXHIBIT B

| | |
|---|---|
| **From:** | Ceballos, Laura@CDCR |
| **To:** | @CDCR; @CDCR |
| **Subject:** | FW: check in and check out |
| **Date:** | Friday, October 26, 2018 1:15:04 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

Laura Ceballos, cchp, Ph.D.

Mental Health Administrator, Inpatient Facilities, Quality Improvement

Statewide Mental Health Program

**From:** @CDCR
**Sent:** Wednesday, August 29, 2018 1:13 PM
**To:** Ceballos, Laura@CDCR <Laura.Ceballos@cdcr.ca.gov>
**Subject:** RE: check in and check out

Are you looking for all the dropdown options when checking out? If so, see below.

Contact Mode:
In Person
<None>
In Person
Phone Only
Telepsychiatry

Contact Location:
Office
<None>
Bed Side
Cell-front
Holding Cell
Office
Therapeutic Module
Yard



Thanks,

Quality Management & EHRS
Statewide Mental Health Program





CONFIDENTIALITY NOTICE: This communication and contents may have sensitive, confidential, and/or legally privileged information. Any unauthorized disclosure, distribution, or action in reliance on the contents of this communication is strictly prohibited and may be unlawful. If you are not the intended recipient, please contact the sender and destroy all events of this communication. For IT issues, contact our Solutions Center at 1-888-735-3470.

**From:** Ceballos, Laura@CDCR

**Sent:** Wednesday, August 29, 2018 12:53 PM
**To:** ▆▆▆▆▆▆▆▆@CDCR ▆▆▆▆▆▆▆▆@cdcr.ca.gov>
**Subject:** check in and check out

Hi,

Can you send me screen shots of the check out screen options for completion?

Thank You.

Laura Ceballos, cchp, Ph.D.
Mental Health Administrator, Inpatient Facilities, Quality Improvement
Statewide Mental Health Program
▆▆▆▆▆▆▆▆