Xavier Becerra, State Bar No. 118517
Attorney General of California
Jay C. Russell, State Bar No. 122626
Adriano Hrvatin, State Bar No. 220909
Supervising Deputy Attorneys General
Elise Owens Thorn, State Bar No. 145931
Andrew M. Gibson, State Bar No. 244330
Tyler V. Heath, State Bar No. 271478
Ian Michael Ellis, State Bar No. 280254
Tobias G. Snyder, State Bar No. 289095
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4426
  Fax:  (415) 703-5843
  E-mail:  Tobias.Snyder@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                        Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                        Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT**<br><br>Judge:     The Hon. Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.)  The Court ordered Defendants to file the report by the 15th day of the month. (*Id*.)  On August 22, 2018, the Court approved a stipulation filed by the parties shifting the reporting date to the last court day of the month. (ECF No. 5886.)

/ / /

/ / /

1

Defs.' Monthly Psychiatry Vacancy Report  (2:90-cv-00520 KJM-DB (PC))

A letter from Defendant CDCR is attached enclosing CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for October 2018.

Dated: November 30, 2018

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
ADRIANO HRVATIN
Supervising Deputy Attorneys General

*/s/ Tobias G. Snyder*

TOBIAS G. SNYDER
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
42081424.docx

2

Defs.' Monthly Psychiatry Vacancy Report  (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION  EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



November 30, 2018

Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. Thorn:

      The California Department of Corrections and Rehabilitation (CDCR) hereby submits its monthly report identifying the psychiatry vacancy rates at each CDCR institution and in the aggregate systemwide for October 2018. It is attached as Exhibit A. In accordance with the Court's February 14, 2018 order, the report contains the vacancy rates at each CDCR institution and systemwide and the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Sincerely,

/s/ Katherine Tebrock
KATHERINE TEBROCK
Deputy Director
Statewide Mental Health Program

## Division of Health Care Services
## Statewide Mental Health Program
## Allocated and Filled Psychiatry Positions - October 2018

| Sites | Allocated July 2018[1] | | | Filled Oct 2018 | | | | | Filled w PNP Oct 2018 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Site | Telepsych | Total | Site[2,5] | Registry[3] | Telepsych[4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 5.00 | 0 00 | 5.00 | 0 00 | 5 92 | 0.00 | 5.92 | **118%** | 0 00 | 5.92 | **118%** |
| CAL | 1.00 | 0 00 | 1.00 | 1 00 | 0 00 | 0.00 | 1.00 | **100%** | 0 00 | 1.00 | **100%** |
| CCC | 0.00 | 1 00 | 1.00 | 0 00 | 0 00 | 0.00 | 0.00 | **0%** | 0 00 | 0.00 | **0%** |
| CCI | 4.50 | 3 00 | 7.50 | 0 00 | 3 96 | 2.00 | 5.96 | **79%** | 0 00 | 5.96 | **79%** |
| CCWF | 10.50 | 2 00 | 12.50 | 5 50 | 0 00 | 0.50 | 6.00 | **48%** | 2 96 | 8.96 | **72%** |
| CEN | 1.00 | 0 00 | 1.00 | 1 00 | 0 00 | 0.00 | 1.00 | **100%** | 0 00 | 1.00 | **100%** |
| CHCF | 20.00 | 6 00 | 26.00 | 5 00 | 4 54 | 5.00 | 14.54 | **56%** | 1 00 | 15.54 | **60%** |
| CHCF PIP | 36.50 | 0 00 | 36.50 | 14.90 | 4 96 | 2.00 | 21.86 | **60%** | 0 00 | 21.86 | **60%** |
| CIM | 11.50 | 0 00 | 11.50 | 11.00 | 0 00 | 0.00 | 11.00 | **96%** | 0 00 | 11.00 | **96%** |
| CIW | 10.80 | 1 00 | 11.80 | 4 00 | 2 69 | 0.00 | 6.69 | **57%** | 0 00 | 6.69 | **57%** |
| CMC | 18.00 | 0 00 | 18.00 | 15.30 | 2.44 | 0.00 | 17.74 | **99%** | 0 00 | 17.74 | **99%** |
| CMF | 17.00 | 2 00 | 19.00 | 11.90 | 3 54 | 2.00 | 17.44 | **92%** | 0 00 | 17.44 | **92%** |
| CMF PIP | 32.00 | 0 00 | 32.00 | 8 00 | 4.46 | 1.00 | 13.46 | **42%** | 0 00 | 13.46 | **42%** |
| COR | 11.50 | 5 00 | 16.50 | 2 50 | 6 07 | 2.50 | 11.07 | **67%** | 1.42 | 12.49 | **76%** |
| CRC | 5.00 | 0 00 | 5.00 | 5 50 | 0 00 | 0.00 | 5.50 | **110%** | 0 00 | 5.50 | **110%** |
| CTF | 7.00 | 1 00 | 8.00 | 2.75 | 0 84 | 1.00 | 4.59 | **57%** | 1 00 | 5.59 | **70%** |
| CVSP | 0.00 | 1 00 | 1.00 | 0 00 | 0 60 | 0.00 | 0.60 | **60%** | 0 00 | 0.60 | **60%** |
| DVI | 4.50 | 0 00 | 4.50 | 2 00 | 2 31 | 0.00 | 4.31 | **96%** | 0 00 | 4.31 | **96%** |
| FSP | 3.50 | 0 00 | 3.50 | 4 00 | 0 00 | 0.00 | 4.00 | **114%** | 0 00 | 4.00 | **114%** |
| HDSP | 2.50 | 4 00 | 6.50 | 1 00 | 0 00 | 3.20 | 4.20 | **65%** | 0 00 | 4.20 | **65%** |
| ISP | 1.00 | 0 00 | 1.00 | 0 00 | 0.46 | 0.00 | 0.46 | **46%** | 0 00 | 0.46 | **46%** |
| KVSP | 5.50 | 3 00 | 8.50 | 1 00 | 3 55 | 1.25 | 5.80 | **68%** | 0 00 | 5.80 | **68%** |
| LAC | 11.00 | 3 00 | 14.00 | 6 00 | 5.41 | 3.00 | 14.41 | **103%** | 1.17 | 15.58 | **111%** |
| MCSP | 12.50 | 4 00 | 16.50 | 7 00 | 2 22 | 2.25 | 11.47 | **70%** | 0 00 | 11.47 | **70%** |
| NKSP | 9.50 | 0 00 | 9.50 | 3 00 | 2.44 | 1.00 | 6.44 | **68%** | 1.12 | 7.56 | **80%** |
| PBSP | 1.00 | 2 00 | 3.00 | 0 00 | 0 00 | 1.20 | 1.20 | **40%** | 0 00 | 1.20 | **40%** |
| PVSP | 4.00 | 0 00 | 4.00 | 1 00 | 1 33 | 0.00 | 2.33 | **58%** | 0 00 | 2.33 | **58%** |
| RJD | 15.00 | 3 00 | 18.00 | 5.40 | 5.70 | 3.00 | 14.10 | **78%** | 0 00 | 14.10 | **78%** |
| SAC | 17.50 | 4 00 | 21.50 | 14.00 | 4 61 | 0.20 | 18.81 | **87%** | 0 00 | 18.81 | **87%** |
| SATF | 10.50 | 9 00 | 19.50 | 0 00 | 4.41 | 5.00 | 9.41 | **48%** | 3 63 | 13.04 | **67%** |
| SCC | 2.50 | 0 00 | 2.50 | 2 50 | 0 00 | 0.00 | 2.50 | **100%** | 0 00 | 2.50 | **100%** |
| SOL | 6.00 | 0 00 | 6.00 | 5 00 | 1 03 | 0.20 | 6.23 | **104%** | 0 00 | 6.23 | **104%** |
| SQ | 13.00 | 0 00 | 13.00 | 11.00 | 1 01 | 0.00 | 12.01 | **92%** | 0 00 | 12.01 | **92%** |
| SVSP | 5.50 | 5 00 | 10.50 | 1 00 | 5 92 | 2.20 | 9.12 | **87%** | 0 00 | 9.12 | **87%** |
| SVSP PIP | 10.00 | 0 00 | 10.00 | 0 00 | 7 30 | 1.00 | 8.30 | **83%** | 0 00 | 8.30 | **83%** |
| VSP | 6.50 | 3 00 | 9.50 | 0.75 | 0 83 | 4.75 | 6.33 | **67%** | 0 00 | 6.33 | **67%** |
| WSP | 9.50 | 1 00 | 10.50 | 3 00 | 0 65 | 3.25 | 6.90 | **66%** | 0 90 | 7.80 | **74%** |
| **TOTAL** | **342.30** | **63.00** | **405.30** | **156.00** | **89.20** | **47.50** | **292.70** | **72%** | **13.20** | **305.90** | **75%** |

**Footnote**

1. Source: MH Memo July 2018 Statewide Mental Health Position Allocated
2. Source: Nov 5, 2018 CCHCS Psychiatrist Vacancy/Coverage Report
3. Source: PSYT_PNP Temp Relief Details (October, 2018)
4. Source: (October 31, 2018 Telepsychiatry Provider List
5. Source: PIP Site -PIP Coleman Report (October, 2018)