DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
KRISTA STONE-MANISTA – 269083
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' RESPONSE TO NOVEMBER 29, 2018 ORDER RE PLAN TO APPOINT CHARLES J. STEVENS AS RULE 706 EXPERT**<br><br>Judge: Hon. Kimberly J. Mueller |

1   On November 29, 2018, the Court granted the parties a period of seven days to file their views on the Court's plan to appoint Charles J. Stevens, Esq. of Gibson, Dunn & Crutcher LLP as an independent expert under Federal Rule of Evidence 706. Order, ECF No. 6018 at 12. Plaintiffs support the appointment of Mr. Stevens and remain in agreement with the Court's determination that the appointment of an independent investigator is warranted and necessary to closely examine "whether there is evidence sufficient to warrant an evidentiary hearing into whether defendants have intentionally presented false or misleading information to the court" on the topics arising out of the Golding Report identified by the Court, subject to expansion as appropriate. *Id.* at 2.

DATED: December 6, 2018

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Marc J. Shinn-Krantz*
    Marc J. Shinn-Krantz

Attorneys for Plaintiffs

[3328487.1]

Case No. 2:90-CV-00520-KJM-DB
PLAINTIFFS' RESPONSE TO NOVEMBER 29, 2018 ORDER RE PLAN TO APPOINT CHARLES J. STEVENS AS RULE 706 EXPERT