| | |
|---|---|
| MICHAEL W. BIEN – 096891 | DONALD SPECTER – 083925 |
| ERNEST GALVAN – 196065 | STEVEN FAMA – 099641 |
| LISA ELLS – 243657 | PRISON LAW OFFICE |
| ROSEN BIEN GALVAN & GRUNFELD LLP | 1917 Fifth Street |
| 101 Mission Street, Sixth Floor | Berkeley, California  94710-1916 |
| San Francisco, California  94105-1738 | Telephone:  (510) 280-2621 |
| Telephone:  (415) 433-6830 | |
| | CLAUDIA CENTER – 158255 |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| | DISABILITY RIGHTS PROGRAM |
| | 39 Drumm Street |
| | San Francisco, California  94111 |
| | Telephone:  (415) 343-0770 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-cv-00520-KJM-DB |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2018** |
| v. | |
| EDMUND G. BROWN, JR., et al., | Judge:  Hon. Deborah Barnes |
| Defendants. | |

[3327710.1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Third Quarter of 2018 to Defendants via overnight delivery on November 1, 2018. The parties completed their meet and confer process on December 4, 2018. The parties have resolved all disputes regarding fees and costs for the Third Quarter of 2018, with an agreement to reduce claimed amounts to a total of $783,639.55 calculated at a rate of $220.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $783,639.55 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from December 3, 2018 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: December 7, 2018

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: December 7, 2018

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: _____, 2018

Deborah Barnes
United States Magistrate Judge

[3327710.1]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2018

# Coleman v. Brown
## Third Quarter of 2018
### July 1, 2018 through September 30, 2018
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $772,632.00 | $749,453.07 | $24,413.89 |
| **Fees on Fees, 489-5** | $5,622.75 | $5,454.08 | $111.28 |
| **Appeal, 489-18** | $1,609.65 | $1,561.35 | $13.70 |
| **Appeal, 489-19** | $1,741.95 | $1,689.69 | $16.19 |
| **Appeal, 489-20** | $948.15 | $919.70 | $6.60 |
| **Totals** | $782,554.50 | $759,077.89 | $24,561.66 |

**Claimed Total:** $807,116.16

**Settled Total:** $783,639.55

3317976

Coleman v. Brown
Third Quarter of 2018
July 1, 2018 through September 30, 2018
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Benjamin Bien-Kahn | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Cara E. Trapani | 310.30 | 308.50 | $220.50 | $68,024.25 | $65,983.52 |
| Dylan Verner-Crist | 270.20 | 260.10 | $220.50 | $57,352.05 | $55,631.49 |
| Emma Cook | 386.60 | 346.80 | $220.50 | $76,469.40 | $74,175.32 |
| Ernest Galvan | 29.80 | 28.00 | $220.50 | $6,174.00 | $5,988.78 |
| F. Gail LaPurja | 107.00 | 96.70 | $220.50 | $21,322.35 | $20,682.68 |
| Gay C. Grunfeld | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 115.20 | 103.10 | $220.50 | $22,733.55 | $22,051.54 |
| Hanna N. Wallace | 43.70 | 43.70 | $220.50 | $9,635.85 | $9,346.77 |
| Jenny S. Yelin | 61.20 | 61.00 | $220.50 | $13,450.50 | $13,046.99 |
| Jessica L. Winter | 250.50 | 239.50 | $220.50 | $52,809.75 | $51,225.46 |
| Karen E. Stilber | 4.40 | 0.00 | $220.50 | $0.00 | $0.00 |
| Krista Stone-Manista | 112.40 | 111.50 | $220.50 | $24,585.75 | $23,848.18 |
| Linda H. Woo | 29.30 | 16.40 | $220.50 | $3,616.20 | $3,507.71 |
| Lisa A. Ells | 276.60 | 269.40 | $220.50 | $59,402.70 | $57,620.62 |
| Maisy H. Sylvan | 47.80 | 41.80 | $220.50 | $9,216.90 | $8,940.39 |
| Marc Shinn-Krantz | 301.70 | 293.50 | $220.50 | $64,716.75 | $62,775.25 |
| Marcus V. Levy | 452.40 | 424.20 | $220.50 | $93,536.10 | $90,730.02 |
| Michael S. Nunez | 175.80 | 166.60 | $220.50 | $36,735.30 | $35,633.24 |
| Michael W. Bien | 120.50 | 117.30 | $220.50 | $25,864.65 | $25,088.71 |
| Nathalie C. Welch | 1.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Sanford Jay Rosen | 1.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Sarah J. Essner | 250.30 | 248.90 | $220.50 | $54,882.45 | $53,235.98 |
| Thomas Nolan | 216.30 | 216.10 | $220.50 | $47,650.05 | $46,220.55 |
| Van Swearingen | 1.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **3567.10** | **3393.10** | | **$748,178.55** | **$725,733.20** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alayna O'Bryan | 15.60 | 15.60 | $220.50 | $3,439.80 | $3,336.61 |
| Alexis Hoffman | 1.40 | 1.40 | $220.50 | $308.70 | $299.44 |
| Donald Specter | 1.50 | 1.50 | $220.50 | $330.75 | $320.83 |
| Gabby Sergi | 14.00 | 14.00 | $220.50 | $3,087.00 | $2,994.39 |
| Gabriela Pelsinger | 4.30 | 4.30 | $220.50 | $948.15 | $919.71 |
| Juliette Mueller | 8.40 | 8.40 | $220.50 | $1,852.20 | $1,796.63 |
| Megan Lynch | 0.20 | 0.20 | $220.50 | $44.10 | $42.78 |
| Rita Lomio | 0.30 | 0.30 | $220.50 | $66.15 | $64.17 |
| Sara Norman | 2.10 | 2.10 | $220.50 | $463.05 | $449.16 |
| Stacy Amador | 1.90 | 1.90 | $220.50 | $418.95 | $406.38 |
| Steven Fama | 61.00 | 61.00 | $220.50 | $13,450.50 | $13,046.99 |
| Tania Amarillas | 0.20 | 0.20 | $220.50 | $44.10 | $42.78 |
| **Total** | **110.90** | **110.90** | | **$24,453.45** | **$23,719.87** |

**GRAND TOTAL** — $772,632.00   $749,453.07

3317976

## Coleman v. Brown
## Third Quarter of 2018
## July 1, 2018 through September 30, 2018
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $4,082.40 | $4,082.40 |
| Outside Copying | $5,347.18 | $5,347.18 |
| Transcription | $2,097.30 | $2,097.30 |
| Telephone | $32.35 | $32.35 |
| Postage and Delivery | $1,412.36 | $1,412.36 |
| Research (Westlaw/Lexis/PACER/Fees) | $329.60 | $329.60 |
| Experts | $2,450.00 | $2,450.00 |
| Travel | $7,871.25 | $7,871.25 |
| **Total** | | **$23,622.44** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $385.40 | $385.40 |
| Postage | $406.05 | $406.05 |
| **Total** | **$791.45** | **$791.45** |

**GRAND TOTAL**   $24,413.89

3317976

**Coleman v. Brown**
**Third Quarter of 2018**
**July 1, 2018 through September 30, 2018**
Fees on Fees, 489-5

### Rosen Bien Galvan & Grunfeld

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ernest Galvan | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Linda Woo | 6.20 | 6.20 | $220.50 | $1,367.10 | $1,326.09 |
| Lisa A. Ells | 18.90 | 18.30 | $220.50 | $4,035.15 | $3,914.10 |
| **Total** | **25.60** | **24.50** | | **$5,402.25** | **$5,240.19** |

### Prison Law Office

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.00 | 1.00 | $220.50 | $220.50 | $213.89 |
| **Total** | **1.00** | **1.00** | | **$220.50** | **$213.89** |

**GRAND TOTAL**  $5,622.75  $5,454.08

3317976

## Coleman v. Brown
### Third Quarter of 2018
### July 1, 2018 through September 30, 2018
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying and Printing | $60.80 | $60.80 |
| Postage and Delivery | $50.48 | $50.48 |
| **Total** | | **$111.28** |

**GRAND TOTAL**                                    **$111.28**

3317976

**Coleman v. Brown**
**Third Quarter of 2018**
**July 1, 2018 through September 30, 2018**
Fees on Appeal of 4/19/17 Order, 489-18

Rosen Bien Galvan & Grunfeld

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| F. Gail LaPurja | 0.60 | 0.40 | $220.50 | $88.20 | $85.55 |
| Jessica L. Winter | 5.70 | 5.70 | $220.50 | $1,256.85 | $1,219.14 |
| Lisa A. Ells | 1.20 | 1.20 | $220.50 | $264.60 | $256.66 |
| Sanford Jay Rosen | 0.40 | 0.00 | $220.50 | $0.00 | $0.00 |
| Total | 7.90 | 7.30 | | $1,609.65 | $1,561.35 |

**GRAND TOTAL**                                             $1,609.65    $1,561.35

3317976

## Coleman v. Brown
## Third Quarter of 2018
## July 1, 2018 through September 30, 2018
Costs on Appeal of 4/19/17 Order, 489-18

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying and Printing | $11.00 | $11.00 |
| Westlaw/Lexis/Pacer | $2.70 | $2.70 |

**Total**                                              $13.70

**GRAND TOTAL**                                        $13.70

## Coleman v. Brown
## Third Quarter of 2018
## July 1, 2018 through September 30, 2018
Fees on Appeal of 10/10/17 Order, 489-19

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| F. Gail LaPurja | 0.60 | 0.30 | $220.50 | $66.15 | $64.17 |
| Jenny S. Yelin | 5.00 | 4.50 | $220.50 | $992.25 | $962.48 |
| Jessica L. Winter | 0.50 | 0.10 | $220.50 | $22.05 | $21.39 |
| Linda H. Woo | 0.60 | 0.40 | $220.50 | $88.20 | $85.55 |
| Lisa A. Ells | 2.50 | 2.50 | $220.50 | $551.25 | $534.71 |
| Michael W. Bien | 0.10 | 0.10 | $220.50 | $22.05 | $21.39 |
| Sanford Jay Rosen | 0.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **9.50** | **7.90** | | **$1,741.95** | **$1,689.69** |

**GRAND TOTAL**  $1,741.95  $1,689.69

3317976

## Coleman v. Brown
### Third Quarter of 2018
### July 1, 2018 through September 30, 2018
Costs on Appeal of 10/10/17 Order, 489-19

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Westlaw/Lexis/Pacer | $16.19 | $16.19 |
| **Total** | | **$16.19** |

**GRAND TOTAL**            **$16.19**

**Coleman v. Brown**
**Third Quarter of 2018**
**July 1, 2018 through September 30, 2018**
Fees on Appeal of 07/03/18 Order, 489-20

Rosen Bien Galvan & Grunfeld

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Cara E. Trapani | 1.10 | 1.10 | $220.50 | $242.55 | $235.27 |
| F. Gail LaPurja | 1.90 | 0.40 | $220.50 | $88.20 | $85.55 |
| Jessica L. Winter | 0.70 | 0.70 | $220.50 | $154.35 | $149.72 |
| Lisa A. Ells | 2.30 | 2.10 | $220.50 | $463.05 | $449.16 |
| Total | 6.00 | 4.30 | | $948.15 | $919.70 |

**GRAND TOTAL**        $948.15    $919.70

3317976

Coleman v. Brown
Third Quarter of 2018
July 1, 2018 through September 30, 2018
Costs on Appeal of 07/03/18 Order, 489-20

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying and Printing | $4.00 | $4.00 |
| Westlaw/Lexis/Pacer | $2.60 | $2.60 |
| **Total** | | **$6.60** |

**GRAND TOTAL**  $6.60

3317976