DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:    (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
KRISTA STONE-MANISTA – 269083
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

Plaintiffs,

v.

EDMUND G. BROWN, JR., et al.,

Defendants.

Case No. 2:90-CV-00520-KJM-DB

**STIPULATION AND [PROPOSED] ORDER CONTINUING START TIME OF DECEMBER 14, 2018 STATUS CONFERENCE**

Judge:  Hon. Kimberly J. Mueller
Date:    December 14, 2018
Time:    10:00 a.m.

1    WHEREAS, on December 7, 2018, the Court set a Status Conference for

2  December 14, 2018 at 10:00 a.m., *see* ECF No. 6024; and

3    WHEREAS, the current start time of the Status Conference poses an intractable

4  scheduling conflict for Plaintiffs' counsel, but Plaintiffs' counsel is able to attend the

5  hearing if the start time is delayed by thirty minutes;

6    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that the start

7  time of the December 14, 2018 Status Conference shall be continued by thirty minutes, to

8  10:30 a.m.

9    IT IS SO STIPULATED.

10  DATED:  December 11, 2018          Respectfully submitted,

11                                   ROSEN BIEN GALVAN & GRUNFELD LLP

12

13                                   By:  */s/ Lisa Ells*
                                         Lisa Ells
14

15                                   Attorneys for Plaintiffs

16

17

18  DATED:  December 11, 2018          */s/ Andrew M. Gibson*
                                         Andrew M. Gibson
19                                       Deputy Attorney General
                                         Attorneys for Defendants
20

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

[3329700.1]

**[PROPOSED] ORDER**

The Status Conference scheduled for December 14, 2018 at 10:00 a.m., *see* ECF No. 6024, is hereby continued by thirty minutes to December 14, 2018 at 10:30 a.m.

IT IS SO ORDERED.

DATED: _____, 2018

_____
Hon. Kimberly J. Mueller

STIPULATION AND [PROPOSED] ORDER CONTINUING START TIME OF
DECEMBER 14, 2018 STATUS CONFERENCE

[3329700.1]