1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  MARGOT MENDELSON – 268583
   PRISON LAW OFFICE
3  1917 Fifth Street
   Berkeley, California  94710-1916
4  Telephone:   (510) 280-2621

5  CLAUDIA CENTER – 158255
   AMERICAN CIVIL LIBERTIES UNION
6  FOUNDATION OF NORTHERN
   CALIFORNIA, INC.
7  39 Drumm Street
   San Francisco, California  94111-4805
8  Telephone:   (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
KRISTA STONE-MANISTA – 269083
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

9
10  Attorneys for Plaintiffs

11            UNITED STATES DISTRICT COURT

12            EASTERN DISTRICT OF CALIFORNIA

13

14  RALPH COLEMAN, et al.,

15         Plaintiffs,

16      v.

17  EDMUND G. BROWN, JR., et al.,

18         Defendants.

19

Case No. 2:90-CV-00520-KJM-DB

**PLAINTIFFS' SUBMISSION
IDENTIFYING POINT OF CONTACT
FOR INDEPENDENT
INVESTIGATOR, CHARLES J.
STEVENS**

Judge:  Hon. Kimberly J. Mueller

20
21
22
23
24
25
26
27
28

PLAINTIFFS' SUBMISSION IDENTIFYING POINT OF CONTACT FOR INDEPENDENT INVESTIGATOR, CHARLES J. STEVENS

1   At the status conference that took place earlier today, the Court directed the parties

2  to identify their primary point of contact for the Court's neutral expert Charles J. Stevens.

3  ECF No. 6035.  Cara Trapani of Rosen Bien Galvan & Grunfeld LLP shall be the primary

4  point of contact for Mr. Stevens on behalf of Plaintiffs' counsel.

5

6  DATED:  December 14, 2018   Respectfully submitted,

7           ROSEN BIEN GALVAN & GRUNFELD LLP

8

9          By:  */s/ Cara E. Trapani*

10             Cara E. Trapani

11          Attorneys for Plaintiffs

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' SUBMISSION IDENTIFYING POINT OF CONTACT FOR INDEPENDENT INVESTIGATOR,
CHARLES J. STEVENS

[3330825.1]