Wendy Musell, SBN 203507
Stewart & Musell, LLP
2200 Powell Street, Suite 440
Emeryville, CA 94608
415-593-0083
Fax: 415-520-0920
E-mail: wmusell@stewartandmusell.com

Attorneys for Non-party Witness
Dr. Michael Golding
Dr. Melanie Gonzales

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPLH COLEMAN, et.al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR. et. al., <br><br> Defendants. | **Case No.: 2:90-CV-0520 KMJ DB P** <br><br> **NOTICE OF NON-PARTY WITNESSES, MICHAEL GOLDING, M.D. AND MELANIE GONZALES, M.D. DESIGNATION OF POINT OF CONTACT** |

PLEASE TAKE NOTICE that Non-Party Witnesses, Dr. Michael Golding. M.D. and Dr. Melanie Gonzales, M.D. Designation of Point of contact is through their attorney, Wendy E. Musell, Stewart and Musell, LLP 2200 Powell Street, Suite 440 Emeryville, CA 94706, telephone: 415-593-0083.

Respectfully Submitted,

/s/ Wendy E. Musell
electronic signature authorized

_____
Wendy E. Musell

**DRS. GOLDING AND GONZALES POINT OF CONTACT DESIGNATION**
Case No. 2:90-CV-0520 KMJ DB P

1