XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
MANEESH SHARMA, State Bar No. 280084
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3621
 Fax: (415) 703-1234
 E-mail: maneesh.sharma@doj.ca.gov

Hanson Bridgett LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: (415) 777-3200
 Fax: (415) 541-9366
 E-mail: pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                              Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**EDMUND G. BROWN JR., et al.,**<br><br>                              Defendants. | C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' DECEMBER 2018 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

1   The State submits this status report on the current in-state and out-of-state adult prison populations and the measures being taken to comply with the Court's February 10, 2014 Order Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013 Deadline (February 10, 2014 Order). Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined. Exhibit B sets forth the status of the measures Defendants have implemented as required by the February 10, 2014 Order. (ECF 2766/5060 at ¶¶ 4-5.)

As of December 12, 2018, 114,575 inmates were housed in the State's 34 adult institutions and 1,988 inmates were housed in out-of-state facilities.[1] (Ex. A.) The State's prison population is approximately 134.7% of design capacity. (Ex. A.)

| | |
|---|---|
| Dated: December 17, 2018 | XAVIER BECERRA<br>Attorney General of California<br><br>By: */s/ Maneesh Sharma*<br>  MANEESH SHARMA<br>  Deputy Attorney General<br>  *Attorneys for Defendants* |
| Dated: December 17, 2018 | HANSON BRIDGETT LLP<br><br>By: */s/ Paul B. Mello*<br>  PAUL B. MELLO<br>  *Attorneys for Defendants* |

---

[1] The data in Exhibit A is taken from CDCR's December 12, 2018 weekly population report, available on CDCR's website at https://sites.cdcr.ca.gov/research/population-reports/.

# Exhibit A

Population as of December 12, 2018

| Institution | Design Capacity | Actual Population | Population as % of design capacity |
|---|---|---|---|
| Total housed in adult institutions[1] | 85,083 | 114,575 | 134.7% |
| Total housed in camps | | 3,480 | |
| Total housed out of state | | 1,988 | |
| **Individual CDCR Institutions - Men** | | | |
| Avenal State Prison | 2,920 | 4,210 | 144.2% |
| California State Prison, Calipatria | 2,308 | 3,475 | 150.6% |
| California Correctional Center* | 3,883 | 4,519 | 116.4% |
| California Correctional Institution | 2,783 | 4,020 | 144.4% |
| California State Prison, Centinela | 2,308 | 3,396 | 147.1% |
| California Health Care Facility, Stockton | 2,951 | 2,648 | 89.7% |
| California Institution for Men | 2,976 | 3,550 | 119.3% |
| California Men's Colony | 3,838 | 3,710 | 96.7% |
| California Medical Facility | 2,361 | 2,336 | 98.9% |
| California State Prison, Corcoran | 3,116 | 3,291 | 105.6% |
| California Rehabilitation Center | 2,491 | 2,334 | 93.7% |
| Correctional Training Facility | 3,312 | 5,132 | 155.0% |
| Chuckawalla Valley State Prison | 1,738 | 2,708 | 155.8% |
| Deuel Vocational Institution | 1,681 | 2,149 | 127.8% |
| Folsom State Prison | 2,066 | 2,850 | 137.9% |
| High Desert State Prison | 2,324 | 3,328 | 143.2% |
| Ironwood State Prison | 2,200 | 2,906 | 132.1% |
| Kern Valley State Prison | 2,448 | 3,714 | 151.7% |
| California State Prison, Los Angeles | 2,300 | 3,150 | 137.0% |
| Mule Creek State Prison | 3,284 | 3,968 | 120.8% |
| North Kern State Prison | 2,694 | 4,128 | 153.2% |
| Pelican Bay State Prison | 2,380 | 2,569 | 107.9% |
| Pleasant Valley State Prison | 2,308 | 3,170 | 137.3% |
| RJ Donovan Correctional Facility | 2,992 | 3,907 | 130.6% |
| California State Prison, Sacramento | 1,828 | 2,059 | 112.6% |
| California Substance Abuse Treatment Facility, Corcoran | 3,424 | 5,610 | 163.8% |
| Sierra Conservation Center* | 3,936 | 4,205 | 106.8% |
| California State Prison, Solano | 2,610 | 4,123 | 158.0% |
| California State Prison, San Quentin | 3,082 | 4,234 | 137.4% |
| Salinas Valley State Prison | 2,452 | 3,345 | 136.4% |
| Valley State Prison | 1,980 | 3,264 | 164.8% |
| Wasco State Prison | 2,984 | 4,881 | 163.6% |
| **Individual CDCR Institutions - Women** | | | |
| Central California Women's Facility | 2,004 | 2,856 | 142.5% |
| California Institution for Women* | 1,398 | 1,889 | 135.1% |
| Folsom Women's Facility | 403 | 421 | 104.5% |

* The individual Design Capacity and Actual Population figures for California Correctional Center, Sierra Conservation Center and California Institution for Women include persons housed in camps. This population is excluded from the "Total housed in adult institutions" included on Exhibit A.

[1] The "Actual Population" includes inmates housed in medical and mental health inpatient beds located within Correctional Treatment Centers, General Acute Care Hospitals, Outpatient Housing Units, and Skilled Nursing Facilities at the State's 34 institutions. Many of those beds are not captured in "Design Capacity".

Source -December 12, 2018 Weekly Population Report, available at: https://sites.cdcr.ca.gov/research/population-reports/.

# Exhibit B

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                   EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Patrick R. McKinney II
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



December 12, 2018

Paul Mello
Hanson Bridgett
1676 N. California Blvd., Suite 620
Walnut Creek, CA 94596

Dear Mr. Mello:

Attached please find the California Department of Corrections and Rehabilitation's December, 2018 Status Update for Three-Judge Court proceeding.

Sincerely,

PATRICK R. MCKINNEY II
General Counsel, Office of Legal Affairs
California Department of Corrections and Rehabilitation

Attachments:

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                         EDMUND G. BROWN JR., GOVERNOR



# DECEMBER 17, 2018 UPDATE TO THE THREE-JUDGE COURT

On February 10, 2014, the Three-Judge Court extended the deadline to achieve the court-ordered reduction in the in-state adult institution population to 137.5% of design capacity to February 28, 2016. (ECF Nos. 2766/5060 & 2767/5061.) This report is CDCR's 59th report submitted since the Court issued its population-reduction order, and the 47th report submitted since February 2015, when Defendants informed the Court that the population was below the court-ordered reduction. (ECF No. 2838/5278, filed February 17, 2015.) It has now been more than three years since Defendants have been in full compliance with the population-reduction order. As of December 12, 2018, the State's prison population is 134.7% of design capacity.

A.   Update on durability:

As previously reported, Proposition 57, the State's durable remedy that enacts many of the Court-ordered reforms as well as expands credit earning increases and opportunities, was approved by voters in November 2016.

On May 1, 2018, final regulations for Proposition 57 were approved and made permanent. The final regulations can be found at: https://www.cdcr.ca.gov/Regulations/Adult_Operations/docs/NCDR/2017NCR/17-05/Adopted-Regulations-Effective-May-1-2018.pdf.

The regulations include:

1. Increased credit earning opportunities for all inmates except the condemned and those serving life without parole.

   1,541 inmates released in October earned credit authorized by Proposition 57 towards their advanced release date. These inmates earned an estimated average of 123.4 days of additional credit.[1]

2. Nonviolent offender parole process.

   CDCR began referring inmates to the Board for this process on July 1, 2017, pursuant to the emergency regulations promulgated on April 13, 2017. From July 1, 2017 through November 30, 2018, 9,488 referrals were made to the Board. As of November 30, 2018, 7,794 referrals have been reviewed on the merits, with 1,628 inmates approved for release and 6,166 denied. Many referrals are pending review, including the 30-day period for written input from inmates, victims, and prosecutors and the Board's jurisdictional review process.

---

[1] This number does not include inmates released from fire camps.

13546461.2

B. **Update on Other Measures Defendants Continue to Implement:**

1. **Contracting for additional in-state capacity in county jails, community correctional facilities, private prison(s), and reduction of out-of-state beds:**

   Defendants have reduced the population in CDCR's 34 institutions by transferring inmates to in-state facilities.

   a. Private Prison (California City):

   The current population of California City is approximately 2,435 inmates.

   b. Community correctional facilities (CCFs) and modified community correctional facilities (MCCFs):

   The State currently has contracted for 4,218 MCCF beds that are in various stages of activation and transfer.

   c. County jails:

   The State continues to evaluate the need for additional in-state jail bed contracts to house CDCR inmates.

   d. Reduction of inmates housed out-of-state:

   On February 10, 2014, the Court ordered Defendants to "explore ways to attempt to reduce the number of inmates housed in out-of-state facilities to the extent feasible." Since that time, the State has reduced the out-of-state inmate population to 1,988, including closing the Oklahoma and Mississippi out-of-state facilities.

2. **Parole process for medically incapacitated inmates:**

   The State continues to work closely with the Receiver's Office to implement this measure. The Receiver's Office is continuing to review inmates and is sending completed recommendations to CDCR. Recommendations received from the Receiver's office are reviewed by DAI and referred to the Board for a hearing. As of December 9, 2018, the Board has held 131 medical parole hearings under the revised procedures. An additional 29 were scheduled, but were postponed, continued, or cancelled.

3. **Parole process for inmates 60 years of age or older having served at least 25 years:**

   The Board continues to schedule eligible inmates for hearings who were not already in the Board's hearing cycle, including inmates sentenced to determinate terms. From February 11, 2014 through November 30, 2018, the Board held 3,097 hearings for inmates eligible for elderly parole, resulting in 859 grants, 1,971 denials, 267 stipulations to unsuitability, and there currently are no split votes that require further review by the full Board. An additional 1,431 hearings were scheduled during this time period but were waived, postponed, continued, or cancelled.

As discussed in prior reports, the State enacted Assembly Bill 1448 on October 11, 2017, authorizing an elderly parole program for inmates age 60 or older who have served at least 25 years of incarceration. The State will continue to implement the Court-ordered elderly parole process until this matter is terminated or the February 10, 2014 Order is modified.

4. Reentry programs:

Contracts for the San Diego, San Francisco, Los Angeles, Kern County, and Butte County reentry programs are in place. The State continues to review and refer eligible inmates for placement consideration. As of December 12, 2018, 631 inmates are housed in reentry facilities.

5. Expanded alternative custody program:

The State's expanded alternative custody program for females, Custody to Community Transitional Reentry Program (CCTRP), provides female inmates with a range of rehabilitative services that assist with alcohol and drug recovery, employment, education, housing, family reunification, and social support. Female inmates in the CCTRP are housed at facilities located in San Diego, Santa Fe Springs (LA), Bakersfield, and Stockton. As of December 12, 2018, 377 female inmates are participating in the CCTRP.

13546461.2