CHARLES J. STEVENS, SBN 106981
cstevens@gibsondunn.com
BENJAMIN B. WAGNER, SBN 163581
bwagner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | **NEUTRAL EXPERT'S DESIGNATION OF INVESTIGATIVE TEAM** |
| v. | |
| EDMUND J. BROWN, JR., et al., | |
| Defendants. | |

Pursuant to the Court's order of appointment on December 14, 2018, Neutral Expert is proposing the following as members of the investigative team in addition to Benjamin Wagner: Vivek Gopalan, Andrew Paulson, Chelsea Thomas, Emma Strong, Courtney Aasen—all associates at Gibson, Dunn & Crutcher LLP who are licensed California attorneys—and Greg Nelson of the VAND Group, an expert in litigation support services (whose bio is attached).  To the extent it is necessary to supplement this investigatory team with additional personnel, Neutral Expert will seek permission from the Court pursuant to its December 14 Order.

///

///

///

Gibson, Dunn &
Crutcher LLP

1    I respectfully request that the Court approve the use of these individuals in this investigation.

Dated: December 17, 2018

                                          CHARLES J. STEVENS
                                          GIBSON, DUNN & CRUTCHER LLP

                                  By:        /s/ - Charles J. Stevens
                                            Charles J. Stevens

 (https://vandgroup.com/)

# GREG NELSON



## Greg Nelson

Greg provides highly-specialized and traditional litigation support services to attorneys in complex civil and criminal litigation, and government investigations. With more than 25 years' experience, Greg

specializes in computer forensics, e-discovery, specialized technical support, investigation, evidence analysis, and settlement valuation. Greg makes custom databases (PC and Mac) that allow lawyers in firms of any size to cost-effectively analyze their case's data without the need to purchase expensive and difficult to maintain software. Greg has a keen understanding of the entire litigation process, and is adept at efficiently managing projects and leveraging technology to meet goals and exceed expectations.

## CONTACT US

### Email

info@vandgroup.com (mailto:info@vandgroup.com)

### Phone

916-883-2020

### CALIFORNIA LOCATION

**Address**

1013 Galleria Blvd #280

Roseville, CA 95678



California PI Lic: 188365

## BOISE LOCATION

**Address**

950 Bannock Street, #1100

Boise, ID 83702



## NEVADA LOCATION

**Address**

200 S Virginia St, 8th Floor

Reno, NV 89501



Nevada PI Lic: 2339A

Copyright © 2018 VAND Group