UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND J. BROWN, JR., et al., | |
| Defendants. | |

The court previously solicited the parties' positions on whether the whistleblower report of Melanie Gonzalez, M.D., should be filed on the docket of this case. Dr. Gonzalez's counsel has now informed the court in an e-mail communication sent earlier today to the courtroom deputy as follows: "Dr. Gonzalez agrees that the submission to the Court meets the requirements for a public record and should be available on the docket and, of course, to the investigative team." The court has considered the positions of all counsel. Good cause appearing, the court has determined that the complaint should be filed in the same manner Dr. Golding's report was filed in this action. Specifically, the parties will be directed to submit to the court a proposed redacted version of the Gonzalez whistleblower complaint or a statement that no redactions are required.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The parties, in consultation with Dr. Gonzalez's counsel, shall prepare a redacted version of the whistleblower complaint by Dr. Gonzalez dated October 24, 2018 and accompanying exhibits, sent to the parties as required by this court's November 7, 2018 order, ECF No. 5999. Said redactions shall be consistent with the method for redacting the Golding Report required by the court's October 25, 2018 order, ECF No. 5986.

2. The parties and Dr. Gonzalez's counsel shall jointly submit the proposed redacted versions to KJMOrders@caed.uscourts.gov, or a joint statement signed by all counsel that no redactions are required, by the close of business on Friday, December 21, 2018.

3. The redacted version of the Gonzalez whistleblower complaint or the joint statement of the parties will be filed on the public docket by subsequent order of court.

4. The Clerk of Court is directed to serve a copy of this order on Ms. Musell, counsel for Dr. Gonzalez.

DATED: December 18, 2018.

_____
UNITED STATES DISTRICT JUDGE