UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN,**
    Plaintiff

    v.                                     **CASE NO. 2:90−CV−00520−KJM−DB**

**CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **December 28, 2018** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

January 2, 2019

                            **MARIANNE MATHERLY**
                            **CLERK OF COURT**

                    **by:** /s/ R. Henshaw
                          Deputy Clerk