| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California  94111-4805<br>Telephone:   (415) 621-2493 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>      Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY ASSOCIATED WITH COUNSEL FOR PLAINTIFFS AND REQUEST TO REMOVE NAME FROM ELECTRONIC SERVICE LIST**<br><br>Judge:   Hon. Kimberly J. Mueller |

PLEASE TAKE NOTICE that attorney Krista Stone-Manista, previously associated with Rosen Bien Galvan & Grunfeld LLP ("RBGG"), no longer works on this case. Please remove Ms. Stone-Manista's name from the electronic service list in the above-captioned case. RBGG attorneys listed above remain as co-counsel for Plaintiffs.

/ / /

/ / /

/ / /

/ / /

Please continue to direct pleadings, motions, notices, correspondence, and other papers relating to the above-captioned case to the above-listed attorneys for Plaintiffs.

DATED: January 3, 2019

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Jessica Winter
Jessica Winter

Attorneys for Plaintiffs