UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    Plaintiffs

    vs.                    No. 2:90-cv-0520 KJM DB P

**GAVIN NEWSOM, et al.,**
    Defendants

**NOTICE OF TRANSMITTAL OF DOCUMENTS TO THE NEUTRAL EXPERT**

    On February 15, 2018, the court directed the Special Master to create a complete factual record to memorialize the efforts undertaken by the parties to achieve adequate mental health staffing levels and for the court to use said factual record for consideration of any disputed issues. ECF No. 5786 at 3. Subsequently, in an order issued on December 14, 2018, the court directed the Special Master to provide a copy of the factual record to the neutral investigator, Charles J. Stevens, and to the parties simultaneously. ECF No. 6038 at 2.

    Pursuant to a request by the court, the Special Master now provides notice that a copy of the complete factual record, together with all referenced exhibits, was transmitted electronically to the neutral investigator and to the designated points of contact for the parties and for Dr. Michael Golding on December 21, 2018.

                                  Respectfully Submitted

                                  /s/

                              Matthew A. Lopes, Jr., Esq.
                              Special Master

January 11, 2019