UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN,

        Plaintiff,

   v.

GAVIN NEWSOM, et al.,

        Defendants.

No.  2:90-cv-0520 KJM DB P

ORDER

Defendants have filed objections to the court's December 21, 2018 minute order, sustaining the objection of counsel for Melanie Gonzalez's, M.D. to providing verification of her whistleblower complaint at the present time. *See* ECF No. 6055.  The parties have complied with the court's December 18, 2018 order, ECF No. 6051, to submit a proposed redacted version of Dr. Gonzalez's whistleblower complaint to the court. With the clarification that Dr. Gonzalez's whistleblower complaint will not be filed in this action, if at all, unless and until it is verified by Dr. Gonzalez, defendants' objections are overruled.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  The parties have complied with the court's December 18, 2018 order, ECF No. 6051.

2.  Dr. Melanie Gonzalez's whistleblower complaint dated October 24, 2018 will not be filed in this action, if at all, unless and until it is verified by Dr. Gonzalez.

3.  With the foregoing clarification, defendants' objections, ECF No. 6057, to the court's December 21, 2018 minute order, ECF No. 6055, are overruled.

DATED:  January 10, 2019.

_____
UNITED STATES DISTRICT JUDGE

2