XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
JAY C. RUSSELL
ADRIANO HRVATIN
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
IAN MICHAEL ELLIS, State Bar No. 280254
TOBIAS G. SNYDER, State Bar No. 289095
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF DEFENDANTS' COMPLIANCE WITH DECEMBER 14, 2018 ORDER REGARDING PRODUCTION OF DOCUMENTS TO THE NEUTRAL EXPERT**<br><br>Judge:     The Honorable<br>            Kimberly J. Mueller |

The Court's December 14, 2018 order directed Defendants to provide two categories of documents to the Court's neutral expert: (a) all Medication Administration Process Improvement Project protocols; and (b) "the business rules and/or data dictionary for the CERNER EHRS (Electronic Health Record System) that produces the reports regarding actual data for patient tracking, scheduling, outcomes, and any other reports" implicated by Dr. Michael Golding's allegations. (ECF No. 6038 at 2.) To meet the Court's order, Defendants produced the following documents to the neutral expert on January 9, 2019:

1

1. Medication Administration Process Improvement Project protocols. The California Correctional Health Care Services does not use the term "protocols" as part of its data analytics nomenclature, and the seven categories the Court identified in its December 14, 2018 order of appointment for the neutral team's analysis (ECF No. 6033) do not concern MAPIP data. To meet the Court's order, Defendants produced documents describing the system of rules and processes related to MAPIP.

2. The California Correctional Health Care Services' Electronic Health Record System Data Dictionary.

3. CDCR's Performance Report Indicator Descriptors.

4. CDCR's current business rules that govern the mental health data that is filtered into various performance report indicators.

The Court's order also required Defendants to produce "Dashboard, CDCR self-monitoring, and/or Mental Health Performance Reports for whatever timeframe Mr. Stevens deems necessary." (ECF No. 6038 at 2.) Mr. Stevens did not request any such documents before Defendants' January 9, 2019 production. This notice confirms Defendants' compliance with the Court's December 14, 2018 order.

Dated: January 18, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Tyler V. Heath*

TYLER V. HEATH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
33747265.docx

2

Not. Defs.' Compliance Dec. 14, 2018 Doc. Prod. Order (2:90-cv-00520 KJM-DB (PC))