UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>    Defendants. | No. 2:90-cv-0520 KJM DB P<br><br><br><br>ORDER |

Pending receipt of the deposit required by the district court's January 14, 2019 order, ECF No. 6068, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

    Pannone Lopes Devereaux & O'Gara LLC
    Attn: Matthew A. Lopes, Jr., Esq., Special Master
    Northwoods Office Park, Suite 215N
    1301 Atwood Avenue
    Johnston, RI 02919

the amount of $400,000.00 as partial payment of the statement attached to this court's January 24, 2019 order;

2. The Clerk of the Court shall pay balance of $50,391.81 on that

1

statement upon receipt of defendants' outstanding deposit; and

        3. A copy of this order shall be served on the financial department of this court.

Dated: January 24, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole18.dec.pp

| | | | |
|---|---|---|---|
| 1 | **RALPH COLEMAN, et al.,** | : | |
| | Plaintiffs, | : | |
| 2 | | : | **No. Civ. S-90-0520 LKK JFM P** |
| | v. | : | |
| 3 | | : | |
| | **EDMUND G. BROWN, JR., et al.** | : | |
| 4 | Defendants. | : | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through December 31, 2018.

Matthew A. Lopes, Jr., Special Master
    Services                                $26,758.00
    Disbursements             $ 7,140.41

        Total amount due                           $33,898.41

Mohamedu F. Jones, J.D., Deputy Special Master
    Services                                $34,400.00
    Disbursements             $     0.00

        Total amount due                           $34,400.00

Kerry F. Walsh, J.D.
    Services                                $33,673.00
    Disbursements             $     0.00

        Total amount due                           $33,673.00

Kristina M. Hector, J.D.
    Services                                $23,993.50
    Disbursements             $     0.00

        Total amount due                           $23,993.50

Steven W. Raffa, J.D.
    Services                                $33,793.00
    Disbursements             $     0.00

        Total amount due                           $33,793.00

Regina M. Costa, MSW., J.D.
    Services                                $27,095.50
    Disbursements             $     0.00

        Total amount due                           $27,095.50

| | | |
|---|---|---|
| LaTri-c-ea McClendon-Hunt | | |
|     Services | $31,325.50 | |
|     Disbursements | $        0.00 | |
|     Total amount due | | $31,325.50 |
| Angelyne E. Cooper | | |
|     Services | $27,142.50 | |
|     Disbursement | $        0.00 | |
|     Total amount due | | $27,142.50 |
| Kerry C. Hughes, M.D. | | |
|     Services | $30,731.00 | |
|     Disbursements | $ 5,355.81 | |
|     Total amount due | | $36,086.81 |
| Jeffrey L. Metzner, M.D. | | |
|     Services | $ 7,742.00 | |
|     Disbursements | $ 1975.17 | |
|     Total amount due | | $ 9,717.17 |
| Mary Perrien, Ph.D. | | |
|     Services | $ 9,446.00 | |
|     Disbursements | $    579.63 | |
|     Total amount due | | $10,025.63 |
| Patricia M. Williams, J.D. | | |
|     Services | $24,974.50 | |
|     Disbursements | $ 3,060.65 | |
|     Total amount due | | $28,035.15 |
| Henry A. Dlugacz, MSW, J.D. | | |
|     Services | $15,286.00 | |
|     Disbursements | $ 2,963.14 | |
|     Total amount due | | $18,249.14 |
| Lindsay M. Hayes | | |
|     Services | $16,175.00 | |
|     Disbursements | $ 1,903.56 | |
|     Total amount due | | $18,078.56 |

Timothy A. Rougeux
    Services                       $11,580.50
    Disbursements          $ 2,076.86

        Total amount due                    $13,657.36

Cynthia A. Radavsky, M.Ed
    Services                       $ 7,755.00
    Disbursements          $ 1,275.47

        Total amount due                    $ 9,030.47

Roderick Q. Hickman
    Services                       $ 9,700.52
    Disbursements          $    372.63

        Total amount due                    $10,073.15

Maria Masotta, Psy.D.
    Services                       $15,921.00
    Disbursements          $ 1,621.82

        Total amount due                    $17,542.82

Karen Rea PHN, MSN, FNP
    Services                       $24,288.16
    Disbursements          $ 1,168.48

        Total amount due                    $25,456.64

EmployStats
    Services                       $ 9,117.50
    Disbursements          $      0.00

        Total amount due                    $ 9,117.50

**TOTAL AMOUNT TO BE REIMBURSED**        **$450,391.81**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.

Special Master