UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | No. 2:90-cv-0520 KJM DB P<br><br><br><br>ORDER |

The court is in receipt of the neutral expert's response to defendants' objections to his proposed monthly invoice for services rendered through December 31, 2018, together with his final invoice for that period. *See* ECF No. 6064 at 5-6. Good cause appearing, IT IS HEREBY ORDERED that within five days from the date of this order defendants shall inform the court in writing whether the neutral expert's response resolved some or all of their objections. Defendants' response shall be submitted to dborders@caed.uscourts.gov.

DATED: January 30, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1