FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
601 Montgomery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
mdodd@fddcm.com

Attorneys for Receiver
J. Clark Kelso

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>　　　*Plaintiffs*,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　*Defendants*. | Case No. C01-1351-JST |
| RALPH COLEMAN, et al.,<br><br>　　　*Plaintiffs*,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　*Defendants*. | Case No. CIV-S-90-0520-KJM-DB |
| JOHN ARMSTRONG, et al.,<br><br>　　　*Plaintiffs*,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　*Defendants*. | Case No. C94-2307-CW |

**NOTICE OF FILING OF RECEIVER'S FORTIETH TRI-ANNUAL REPORT**

///

1

NOTICE OF FILING OF RECEIVER'S FORTIETH TRI-ANNUAL REPORT
U.S.D.C. N. DIST. CASE NO. C01-1351-JST, C94-2307-CW; E. DIST. CASE NO. CIV-S-90-0520-KJM-DB

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

PLEASE TAKE NOTICE that the Receiver in *Plata, et al. v. Newsom., et al.*, Case No. C01-1351-JST; *Coleman, et al. v. Newsom, et al.* Case No. CIV-S-90-0520-KJM-DB; and *Armstrong, et al. v. Newsom, et al.* Case No. C94-2307-CW has filed herewith his Fortieth Tri-Annual Report.

Dated:  February 1, 2019                              FUTTERMAN DUPREE DODD CROLEY MAIER LLP


By:     /s/ Martin H. Dodd
            Martin H. Dodd
            Attorneys for Receiver J. Clark Kelso

2

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

NOTICE OF FILING OF RECEIVER'S FORTIETH TRI-ANNUAL REPORT
U.S.D.C. N. DIST. CASE NO. C01-1351-JST, C94-2307-CW;  E. DIST. CASE NO. CIV-S-90-0520-KJM-DB



# Achieving a Constitutional Level of Medical Care in California's Prisons

**Fortieth Tri-Annual Report of the Federal Receiver
For September 1 – December 31, 2018**

**February 1, 2019**

**California Correctional Health Care Receivership**

**Vision:**

As soon as practicable, provide constitutionally adequate medical care to patients of the California Department of Corrections and Rehabilitation within a delivery system the State can successfully manage and sustain.

**Mission:**

Reduce avoidable morbidity and mortality and protect public health by providing patients timely access to safe, effective and efficient medical care, and integrate the delivery of medical care with mental health, dental and disability programs.

# Table of Contents

|     |     | Page |
| --- | --- | --- |
| 1.  | **Status and Progress Concerning Remaining Statewide Gaps**………………………………….. | 1 |
|     | A. Reporting Requirements and Reporting Format……………………………………………… | 1 |
|     | B. Progress during this Reporting Period………………………………………………………………… | 2 |
|     | C. Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented by Institutions or Individuals………………………………………………………… | 6 |
| 2.  | **Other Matters Deemed Appropriate for Judicial Review** ……………………………………… | 11 |
|     | A. California Health Care Facility – Level of Care Delivered………………………………. | 11 |
|     | B. Statewide Medical Staff Recruitment and Retention……………………………………… | 11 |
|     | C. CCHCS Data Quality………………………………………………………………………………………… | 12 |
|     | D. Coordination with Other Lawsuits…………………………………………………………………… | 13 |
|     | E. Master Contract Waiver Reporting…………………………………………………………………… | 13 |
|     | F. Consultant Staff Engaged by the Receiver…………………………………………………………. | 13 |
|     | G. Accounting of Expenditures……………………………………………………………………………… | 13 |

## Section 1: Status and Progress Concerning Remaining Statewide Gaps

### A. Reporting Requirements and Reporting Format

This is the fortieth report filed by the Receivership, and the thirty-fourth submitted by Receiver J. Clark Kelso.

The Order Appointing Receiver (Appointing Order) filed February 14, 2006, calls for the Receiver to file status reports with the *Plata* Court concerning the following issues:
1. All tasks and metrics contained in the Turnaround Plan of Action (Plan) and subsequent reports, with degree of completion and date of anticipated completion of each task and metric.
2. Particular problems being faced by the Receiver, including any specific obstacles presented by institutions or individuals.
3. Particular success achieved by the Receiver.
4. An accounting of expenditures for the reporting period.
5. Other matters deemed appropriate for judicial review.

(Reference pages 2–3 of the Appointing Order at https://cchcs.ca.gov/wp-content/uploads/sites/60/2017/08/2006-02-14_Order_Appointing_Receiver.pdf)

The Court's March 27, 2014, Order Re: Receiver's Tri-Annual Report directs the Receiver to summarize in each Tri-Annual Report the level of care being delivered at California Health Care Facility (CHCF); difficulties with recruiting and retaining medical staff statewide; sustainability of the reforms the Receiver has achieved and plans to achieve; updates on the development of an independent system for evaluating the quality of care; and the degree, if any, to which custodial interference with the delivery of care remains a problem.

The Receiver filed a report on March 10, 2015, entitled Receiver's Special Report: Improvements in the Quality of California's Prison Medical Care System wherein he outlined the significant progress in improving the delivery of medical care in California's prisons and also the remaining significant gaps and failures that must still be addressed. The identified gaps are availability and usability of health information; scheduling and access to care; care management; and health care infrastructure at facilities.

To assist the reader, this Report provides two forms of supporting data:
- *Appendices*: This Report references documents in the Appendices of this Report.
- *Website References*: Website references are provided whenever possible.

In support of the coordination efforts by the three federal courts responsible for the major health care class actions pending against California Department of Corrections and Rehabilitation (CDCR), the Receiver files the Tri-Annual Report in three different federal court class action cases: *Armstrong, Coleman,* and *Plata.* An overview of the Receiver's enhanced reporting responsibilities related to these cases and to other *Plata* orders filed after the Appointing Order

can be found in the Receiver's Eleventh Tri-Annual Report on pages 15 and 16. (https://cchcs.ca.gov/wp-content/uploads/sites/60/2017/08/T11_20090601_11thTriAnnualReport.pdf)

Court coordination activities include: facilities and construction; telemedicine and information technology; pharmacy; recruitment and hiring; credentialing and privileging; and space coordination.

**B. Progress during this Reporting Period**

Progress towards improving the quality of health care in California's prisons continues for the reporting period of September 1 through December 31, 2018, and includes the following:

    (i)    <u>Office of the Inspector General</u>

As of the filing of this report, the Office of the Inspector General (OIG) has completed or initiated medical inspections at all 35 institutions for Cycle 5.  The OIG issued final reports for Calipatria State Prison (CAL), California Institution for Men (CIM), Deuel Vocational Institution (DVI), and California State Prison, Sacramento (SAC).  CAL received an adequate rating, and CIM, DVI and SAC received inadequate ratings.  The OIG expected to commence Cycle 6 in January 2019; however, in December 2018, California Correctional Health Care Services (CCHCS) was notified that Cycle 6 is delayed.

    (ii)    <u>Delegations</u>

As of the filing of this report, the Receiver has delegated to CDCR authority for the medical operations at 19 institutions.  Meet-and-confer meetings were held on September 26, 2018; October 23, 2018 (Prison Law Office [PLO]); October 25, 2018 (State); November 27, 2018 (PLO); November 28, 2019 (State); and January 8, 2019.  During this reporting period, the Receiver delegated California State Prison, Corcoran (COR) on October 22, 2018.  Monitoring of institution performance for all 19 delegated sites continues to ensure sustainability.  The remaining three meet-and-confer meetings that were scheduled through April 2019 for California State Prison, Los Angeles; Mule Creek State Prison (MCSP); and Salinas Valley State Prison (SVSP) have been cancelled and are not being rescheduled at this time.

    (iii)    <u>*Armstrong*</u>

All parties in the *Armstrong* case continue to refine a joint audit tool to measure compliance components of the case.  An issue resolution process was developed and implemented to facilitate finalization of a joint audit tool.  The process includes a mechanism to address unresolved concerns between the Office of Audits and Court Compliance, plaintiffs' counsel, CDCR, CCHCS, and the Court Expert.  During the December 19, 2018, meeting with plaintiffs' counsel and the Court Expert, all parties agreed to suspend joint audit efforts until approximately June 2019, pending the completion of a final audit tool.

On September 4, 2018, Corrections Services, in collaboration with Division of Adult Institutions (DAI) and Division of Adult Parole Operations, successfully implemented an Allegation Log Tracking System (ALTS) to track and report Disability Placement Program (DPP) and

Developmental Disability Program (DDP) allegations of staff non-compliance. ALTS reports replaced the manual spreadsheet reporting for all newly reported allegations of non-compliance. ALTS offers efficient, customized reporting capabilities and the ability to store historical allegation data indefinitely.

Field Operations staff continue to focus efforts on effective communication (EC) improvements. Enhancements included launching an Americans with Disability Act (ADA)/EC Patient Summary page within the Electronic Health Records System (EHRS). The ADA/EC Patient Summary provides an easily accessible summary listing health care concerns relating to the *Armstrong, Coleman*, and *Clark* court injunctions and will assist staff in determining any EC requirements relative to health care encounters. This page is accessible for all EHRS users and displays the most current information regarding the patient's DPP codes, DDP codes, housing restrictions and accommodations, primary and secondary methods of communication, Test of Adult Basic Education (TABE) score, Learning Disability, Limited English Proficiency and primary language, any Durable Medical Equipment (DME) issued, and the patient's current mental health level of care.

Efforts to eliminate DME discrepancies are underway statewide. On November 6, 2018, Valley State Prison (VSP) completed an institution-wide physical inventory of DME. Richard J. Donovan Correctional Facility (RJD) undertook the physical reconciliation of DME on November 27, 2018. Each of the remaining institutions completed a physical reconciliation during the week of January 7, 2019, and discrepancies will be resolved in early 2019.

   (iv)    Women's Health

The Women's Health Program, in conjunction with CCHCS Medical Services, Nursing Services, Quality Management, and Pharmacy Services developed systems to track data related to contraceptive use, pursuant to California Penal Code, section 3409. New EHRS orders and Powerforms have been created to track access to family planning and contraceptive counseling services with implementation planned shortly. A Dashboard metric will also be included to measure family planning services. An update to the contraceptives included in the CCHCS Formulary will be made in 2019, following analysis of contraceptive use among the female population.

On October 11, 2018, University of California, San Francisco (UCSF), provided on-site clinical training at California Institution for Women (CIW). The training focused on serious illness and population aging in the correctional setting, advance care planning, decision-making capacity, prognostication and cognitive impairment, and dementia. The training was previously offered at Central California Women's Facility (CCWF) in August 2018.

Upon completion of the UCSF report, entitled *Assessing Medical Bed Utilization among Women in the CDCR*, the Women's Health Program began developing new, cost-effective levels of care for the patient population. An assessment was conducted to review health care needs of the women at CCWF in conjunction with the availability of outside health care services, and it was recommended to change the institutional medical designation from basic to intermediate.

Pursuant to Penal Code, section 6500, the Women's Health Program also recommended that women in CDCR adult institutions have enhanced access to sexual barrier protection in order to achieve equity with men, to be consistent with international health and law enforcement recommendations, and to prevent the transmission of sexually transmitted infections.  CCHCS convened a workgroup to complete a literature review and compile the recommendations made by the Women's Health Program.  The CCHCS work product has been shared with CDCR's DAI, and coordination is currently underway to determine next steps.

The Women's Health Program continues to track sterilizations to ensure medical necessity, and the 2018 annual report was posted to the CCHCS website.  (https://cchcs.ca.gov/wp-content/uploads/sites/60/Reports/MNS2018.pdf)

    (v)    <u>Electronic Health Records System</u>

The EHRS was successfully implemented at all institutions statewide as of November 2017.  The remaining functionality includes solutions which will reduce paper processes and simplify the delivery of medical information.  CCHCS continues to work with external providers to implement Cerner Direct and Resonance functionality.  This functionality will provide CCHCS the capability to utilize Health Insurance Portability and Accountability Act (HIPAA) compliant secure electronic communication to send and receive patient data from the EHRS.  Staff will be able to select documents from the patient's chart, along with the transition of care referral summary, to send to external providers who also utilize the Cerner system.

    (vi)    <u>Substance Use Disorder</u>

The Receiver recently directed staff to develop and implement a Medication Assisted Treatment (MAT) program which will address the substantial number of patients within CDCR who have substance and/or opioid use disorders, initially focusing on those patients who are at the highest risk for overdose.  Substance Use Disorder (SUD) is a complex chronic health condition involving dopamine dysregulation in the brain that controls reward and motivation and can lead to uncontrollable cravings, continued substance use and other aberrant behaviors, which contributes to permanent disability, premature death, and other adverse consequences for afflicted individuals, families, and communities.  In recent years, Opioid Use Disorder (OUD) is the primary SUD associated with increases in fatal and non-fatal overdose nationally, in California, and CDCR.  It is estimated that the prevalence of SUD among the CDCR population is approximately 80 percent (100,000 patients) and that at least 26 percent (26,000 patients) of patients with SUD have OUD.

Currently, the Division of Rehabilitation (DRP) offers behavior therapies to all CDCR institutions through various independent contractors.  Although most of the behavioral therapy services delivered by the contractors are based on models that have been shown to be effective in specific groups of patients if implemented as intended, the reliability and effectiveness of these treatments within CDCR is unknown.  Additionally, the current SUD treatment model used by DRP is not based on the chronic care model; instead the treatment duration is only five months and current available treatment capacity is less than 12,000 individuals per year.

The proposed MAT program will involve long-term combination therapy with medications and behavior interventions best delivered in an integrated health care setting using interdisciplinary teams who take care of their patients through the continuum of care.  This approach will provide greater opportunity to ensure reliability, effectiveness and efficiency in the delivery of clinical treatments, which in turn allows better cost control and promotes positive outcomes including decreases in relapse, fatal and non-fatal overdoses, abnormal behaviors within the prison setting and recidivism.

SUD treatment would continue after release from CDCR custody, and coordination with external stakeholders has begun.  On November 27, 2018, the Receiver convened a Treating Substance Use Disorder External Stakeholder Summit.  Attendees included executives from CDCR and CCHCS and representatives from the Legislature, PLO, universities, county probation, Department of Health Services, jails, Oregon Department of Corrections, Department of State Hospitals, CDCR Ombudsman Office, California Prison Industry Authority, Board of Nursing, Statewide Inmate Family Council, Legislative Analyst's Office, Department of Finance, *Coleman* experts, former Governor Brown's office, Department of Public Health, and OIG.  The purpose was to meet with key stakeholders and provide an opportunity to respond to CCHCS/CDCR's plan to ensure access to care for patients with SUD during high-risk transitions.  Additionally, the Summit was held to identify best practices, opportunities and leverage points to improve care during transitions; define key themes gathered from stakeholders input that will inform ongoing program development; and establish ongoing collaboration and communication with partners involved with caring for patients with SUD.  During this reporting period, CCHCS and CDCR also created an educational video regarding the dangers of opioids and access to the MAT program, which will begin showing on a repeated feed at Reception Centers.

    (vii)    <u>Treatment for Hepatitis C Virus</u>

A new class of medication called direct acting antiviral (DAA) agents was released to the market in 2014, vastly improving the treatment of chronic hepatitis C virus (HCV).  At that time, CCHCS began to use the DAA medications focusing first on identifying and treating patients with the most advanced liver disease.  From 2014 to 2018, approximately 4,000 patients were treated for HCV.  After seeking to increase the numbers of patients treated, CCHCS received additional funding to treat over 6,600 patients in Fiscal Year (FY) 2018–19.  As of January 2019, over 3,400 patients have been treated, primarily using a headquarters-based Central Team of telemedicine providers.  The cure rate to date is 97.5 percent, which is slightly better than the cure rate in the community.

As the Central Team continues to identify and treat the subset of patients with the most advanced liver disease (HCV Risk Group 1), plans have begun to transition treatment to the primary care teams which is a more sustainable treatment model and is consistent with treatment trends in the community.  The Central Team HCV Subject Matter Experts have been providing education and training to institutions' primary care teams with the goal to have the treatment of the majority of HCV patients (HCV Risk groups 2 and 3) occur at the institution beginning spring 2019.  Nursing Services is currently developing processes and pathways to

implement a care coordination model which will allow nursing staff to assist in the screening and ongoing follow-up of these patients.

    (viii)    <u>Healthy/Wellness Living Initiative</u>

CCHCS in conjunction with CDCR is developing the Healthy/Wellness Living Initiative program. This program will include a structured exercise program and a formalized dietary education component to coincide with the healthy canteen initiative.  The program's intent is to educate the prison population on living a healthy lifestyle that includes nutrition and exercise.  The program will be available to the entire population on a voluntary basis and will allow participants to earn Rehabilitative Achievement Credits.  The CCHCS and CDCR are currently compiling a campaign of videos and posters to recruit, educate, and motivate patients about exercise. Additionally, these will give nursing staff and providers a tool to refer patients to the program. California Medical Facility (CMF) has been selected to test the program which will be initiated during Third Watch.  CMF is planning for a 12-week program with each week offering different educational structures such as diabetes care, dietary, low impact cardio, warm-up, stretches, circuit training, and some element of game (e.g., basketball).  Week 12 will include a celebration of successes and participants will receive certificates.  Upon completion, the participants will earn 54 hours which is 2 more hours than is required to reduce their sentence by one week.

**C.  Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented by Institutions or Individuals**

    (i)    <u>In-State and Out-of-State Contracting for Community Correctional Facilities</u>

Included in the Governor's Budget for FY 2019–20, is a reduction of $21.7 million in anticipation of all inmates at La Palma Correctional Facility (LPCC) in Arizona being transferred back to California.  As of December 28, 2018, the total out-of-state correctional facility patient population was 1,987 or 99.35 percent of the budgeted capacity of 2,000.  During this reporting period, a limited review audit report for LPCC was published, reflecting improvement in two out of three components previously rated inadequate.

As of December 28, 2018, the total patient population housed at seven in-state contracted facilities is 3,842 or 93.37 percent of the budgeted capacity of 4,115.  During this reporting period, four annual audit reports for the in-state contracted facilities were published.  One facility received a proficient rating, two facilities received adequate ratings, and one facility (McFarland Female Correctional Re-entry Facility) received an inadequate rating.  CCHCS also conducted four limited review audits of in-state contracted facilities.  In addition, CCHCS conducted a re-audit at McFarland Female Correctional Re-entry Facility.  The previous audit resulted in an inadequate rating and it was found that the facility faced several challenges providing adequate health care to the patient population.  As a result, this facility was temporarily closed to intake to provide the administration an opportunity to make the necessary adjustments in staffing to ensure adequate levels of health care are provided.

(ii) <u>Transportation Vehicles</u>

As of December 24, 2018, 52 health care designated vehicles were on-site at the Prison Industry Authority retrofit facility located at the California State Prison, Solano (SOL). Of those 52 vehicles, 14 have been retrofitted and are ready to be placed into service. In addition, 12 para-transit (ADA) vehicles were ordered and of these 6 are currently in service. The FY 2018–19 Budget Change Proposal (BCP) submitted by CDCR for health care vehicles is divided into two parts: replacements and additions. The Fleet Acquisition Plan (FAP) was approved by Department of General Services on December 21, 2018, and the Office of Business Services has begun the purchasing process for the assets itemized on that FAP, beginning with 47 additions. The estimated delivery date for the new vehicles to CDCR is May 2019. The remaining allocated funds from the FY 2018–19 BCP will be exhausted on replacement vehicles.

(iii) <u>Health Care Infrastructure at Facilities</u>

Several sub-projects were activated during this reporting period. The more notable activations include the new Reception Center Health Care Processing Clinic and addition to C yard primary care clinic at CIM; renovation and addition to existing Central Health Services Building, renovation and addition to general population clinic, and renovation of Support Care Unit Clinic at CIW; renovation of Unit IV-Medication Rooms of V-Wing at CMF; renovation of Specialty Clinic at MCSP; renovation and addition to A yard primary care clinic at RJD; renovation of A yard medication distribution room at VSP; new primary care clinic on C yard at Correctional Training Facility (CTF); and renovations of B and D yard primary care clinics at SVSP.

The following chart indicates the original baseline completion date, the previously reported revised completion date, and the further revised completion date as of December 31, 2018. Every project is showing a delay from the previous reporting period for construction completion. Not including the five institutions that will have scope shift changes from General Contractor to inmate ward labor, the greatest delay is at Pelican Bay State Prison (PBSP) which is 457 days.

|  | **Baseline Construction Completion Date** | **August 31, 2018 Revised Construction Completion Date** | **December 31, 2018 Revised Construction Completion Date** |
|---|---|---|---|
| VSP | January 27, 2016 | June 17, 2019 | November 12, 2019 |
| SAC | November 7, 2016 | March 1, 2019 | May 31, 2019 |
| CMF | February 10, 2017 | June 14, 2019 | October 24, 2019 |
| DVI | March 21, 2017 | October 31, 2018 | January 31, 2019 |
| HDSP | April 17, 2017 | August 22, 2019 | January 30, 2020 |
| CCI | May 1, 2017 | August 16, 2019 | October 29, 2019 |
| RJD | May 26, 2017 | April 22, 2019 | April 30, 2019 |
| WSP | June 19, 2017 | October 18, 2019 | December 25, 2019 |
| NKSP | July 4, 2017 | May 24, 2019 | September 19, 2019 |
| SATF | July 28, 2017 | January 2, 2019 | August 30, 2019 |
| COR | July 31, 2017 | October 7, 2019 | February 11, 2020 |
| CTF | September 18, 2017 | May 31, 2019 | November 30, 2021 |
| SVSP | September 20, 2017 | September 10, 2018 | February 1, 2019 |
| CIM | September 26, 2017 | December 24, 2019 | January 31, 2021 |
| CCC | October 16, 2017 | October 1, 2019 | January 31, 2021 |
| SOL | November 6, 2017 | July 21, 2020 | August 24, 2020 |

| | | | |
|---|---|---|---|
| SCC | December 14, 2017 | October 14, 2019 | October 31, 2021 |
| FOL | December 21, 2017 | November 29, 2019 | June 16, 2020 |
| CMC | December 22, 2017 | February 10, 2020 | February 12, 2020 |
| KVSP | January 13, 2018 | September 4, 2019 | January 16, 2020 |
| CCWF | February 16, 2018 | November 13, 2019 | February 18, 2020 |
| PVSP | March 30, 2018 | June 28, 2019 | October 31, 2020 |
| PBSP | August 9, 2018 | June 3, 2019 | September 2, 2020 |
| ISP | February 19, 2019 | November 21, 2019 | July 31, 2020 |
| CVSP | February 28, 2019 | September 22, 2020 | October 15, 2020 |
| CAL | June 15, 2019 | June 6, 2020 | August 25, 2020 |
| CEN | September 1, 2019 | March 20, 2020 | September 21, 2020 |

As referenced in Section 2(F) below regarding Consultant Staff Engaged by the Receiver, the Receiver entered into a consulting services contract with an experienced project manager to examine reasons for the continuing project delays in HCFIP and to make recommendations for solutions to reduce further delays.

With the completion of CIW's Health Care Facility Improvement Program space, the modular medical clinic that was contracted to be built for swing space at CIW will be placed at California Rehabilitation Center to address space deficiencies at that institution until a more permanent solution can be implemented.  Due to this relocation, the site plans had to be revised which will delay the clinic opening until mid-2019.

 (iv) Temporary Closure of Salinas Valley State Prison's Correctional Treatment Center

Out of an abundance of caution, the CDCR Secretary and Receiver made the decision to close the ten-bed, licensed Correctional Treatment Center at SVSP which provides inpatient care.  Recent events suggested potential issues with established care coordination and treatment.  Headquarters and regional teams will work with SVSP to complete an evaluation of the systems of care, care coordination, communication, and inpatient safety processes.  Appropriate improvements to the system(s) will be made based on that evaluation before the facility is reopened to patients.  SVSP will continue to provide outpatient health care services to those housed at SVSP.

 (v) Ducating and Refusals at California State Prison, Sacramento

During a site visit at SAC in November 2018, the PLO reported discovering a significant percentage of patients they interviewed, who had been documented as refusing medical appointments, reported that they had never received a priority ducat for their appointment and that the ducating and refusal processes seemed to have broken down.  This report was disturbing for many reasons, not the least of which is that SAC was the subject of Special Review regarding ducating and refusal practices at SAC.  That Special Review, which took place on May 25-26, 2017, found that in two of the three facilities at SAC, ducats were not regularly being delivered to patients the day before appointments as required by statewide and local policies.  In addition, physicians and nurses were calling patients to medical appointments based on medical prioritization instead of the time called for by the priority ducat.  As a consequence, patients were

frequently called to medical appointments at unexpected times which increased refusal rates. The Special Review Memorandum, dated June 21, 2017, contained the followed conclusions (p. 3-4):

> *Overall, the number of refusals for medical, mental health, dental, and specialty services at CSP-SAC are much higher than most institutions. On Facility A, the mental health refusal rate averages approximately 50%, the medical refusal rate is approximately 25%, and the dental refusal rate is approximately 15%. The high refusal rate seem to be caused due to the patient's independent reasons for refusal, i.e., dislike of programs offered, refusals as leverage for transfer, aversion to group settings, and disdain for sitting in holding cells. The large Enhanced Out-Patient and Psychiatric Security Unit patient population on Facility A are known contributing factors to higher refusal rates. On Facilities B and C, custody staff are not consistently distributing health care priority ducats nor are they following the LOP as it pertains to the distribution of ducats and the requirements for patient refusals. . . .*
>
> *In all three facility clinics, on a daily basis the clinicians triage the patient ducat list to prioritize the order in which they will see each patient based upon the medical conditions, thereby circumventing the scheduled times on the priority ducats, causing long wait times, and increased patient refusals. While CCHCS agrees clinicians need the flexibility to make occasional changes to the order in which a patient is seen, the daily practice of circumventing the priority ducat times is not an acceptable practice.*

As a result of the recommendations in the Special Review, Corrections Services, CCHCS, conducted substantial training sessions at SAC for custody staff and reiterated to medical providers the expectation that priority ducat times should be respected. As noted in the Special Review, this issue was brought to the attention of SAC leadership (p. 5):

> *The review team met with the Warden and Chief Executive Officer upon completion of the review and shared our observations. Both seemed very receptive and stated they will work to address the issues discovered. The audit team feels many of the issues discovered at CSP-SAC can be corrected with training and self-monitoring.*

After learning of the PLO's most recent finding in January 2019, the Receiver immediately directed his executive staff to determine the nature and extent of the problem. The early reports from the executive staff confirmed that the ducating process was not consistently followed. A team was sent from headquarters to SAC to provide additional guidance and training regarding proper handling of priority ducats and refusals.

It is the joint expectation of the CDCR Secretary and Receiver that SAC's leadership will ensure the ducating and refusal documentation processes at SAC conform fully with State and local policies by the beginning of February 2019.

While examining the issue of non-compliance with ducating and refusal policies, it has become clear that a significant contributing factor to SAC's ducating and refusal problem is the very large number of mental health appointments scheduled per month and dysfunctional scheduling practices that have apparently been adopted as a consequence. SAC houses approximately 2,200 inmates, about one-half of whom are patients in the mental health program. Every month, around 23,500 health care ducats are issued which translates into the distribution of over 1,100 ducats every day of the work week. Approximately 80 percent of these ducats (i.e., 18,800) are for mental health appointments. The remaining 4,700 appointments are split between medical and dental. Due to the very high refusal rate at SAC for mental health appointments, a rate that hovers around 50 percent, schedulers at SAC engage in substantial over- and double-booking of mental health appointments (particularly group appointments) in an effort to get the Enhanced Outpatient Program patients to the required 10 hours per week of structured treatment time.

The Special Master in *Coleman* documented in his most recent monitoring report the substantial problems with attendance at mental health appointments at SAC, particularly with group appointments. The observations in that monitoring report clearly have some connection to the scheduling, ducating, and refusal problems that are present at SAC. To ensure effective coordination, the Receiver has notified the *Coleman* Special Master regarding these initial findings and determinations, and the Receiver will notify the Special Master of any additional findings through the court coordination process.

## Section 2: Other Matters Deemed Appropriate for Judicial Review

**A. California Health Care Facility – Level of Care Delivered**

CHCF's health care leadership remains focused on ensuring the delivery of quality health care services to its patient population.  CHCF is open to full admissions to General Population, Enhanced Outpatient Program, Outpatient, Specialized Outpatient, Outpatient Housing Unit, Correctional Treatment Center, and Dialysis levels of care.  CHCF opened a 30-bed Palliative Care Services Unit in July 2018 and had planned to open a 30-bed Memory Unit by the end of the 2018; however, that has been delayed until February 2019.  As of December 31, 2018, CHCF is at 90 percent capacity (2,649 current population; 2,951 capacity).  As depicted in the December 2018 Human Resource Recruitment and Retention Report (Refer to Appendix 1), 28.5 of the 35 budgeted provider positions at CHCF are filled as follows:
- Physician and Surgeon (P&S): 31 positions, 24.5 filled, 6.5 vacant
- Nurse Practitioners: 1 position, 1 filled, 0 vacant
- Physician Assistants: 3 positions, 3 filled, 0 vacant

As reflected in the December 31, 2018, Primary Care Provider Vacancy/Coverage Report (Refer to Appendix 2), civil service telemedicine providers and contract registry providers are utilized to deliver care at CHCF, which increases the coverage to 97 percent for providers.

**B. Statewide Medical Staff Recruitment and Retention**

CCHCS has made significant progress and substantially resolved the challenges present at the beginning of the Receivership, which were outlined in the March 10, 2015, *Special Report: Improvements in the Quality of California's Prison Medical Care System*.  Since that time, CCHCS has developed strategies to adapt and respond to new challenges.  Through frequent assessment of staffing ratios, health care delivery models, and retention strategies, CCHCS has implemented a series of flexible and continuously evolving solutions to ensure the delivery of quality health care services to patients in a timely manner, through a stable provider workforce.  The following summarizes the continuous recruitment efforts during this reporting period:

- Outreach was expanded to new media platforms and a streamlined hiring process.  Since January 2018, CCHCS has hired 61 new physicians, with 13 hired into the Telemedicine Program, 6 hired at headquarters, and 42 hired at institutions.  Nineteen new Advanced Practice Providers were hired, with 6 hired into the Telemedicine Program and 13 at the institutions.
- With the success of the Telemedicine Program, in terms of both recruitment and health care delivery, the program was expanded to 53 primary care provider (PCP) positions.  As of December 31, 2018, the current telemedicine provider workforce is 81 percent filled, with 8 hires pending and 2 scheduled for interviews.  Additional expansion is currently being assessed.

- The Educational Partnership Program provides medical students and residents training opportunities within the correctional setting.  This marketing tool not only serves to expand CCHCS' presence as a premier provider of health care through increased relationships with medical schools, but also exposes future potential candidates to career options within correctional health care for our PCP classifications.  The program is on track to reach its projected expansion of 200 students/residents having rotated through CCHCS by 2020.
- The 15 percent pay differential strategy was broadly implemented in July 2017 for 13 institutions with historically hard-to-recruit missions or locations.  Since that time, 42 external hires have been made, an increase of 55.5 percent since the last report.  As of December 31, 2018, 8 of the 13 institutions are staffed above 90 percent with civil service providers, 4 are staffed between 80 and 89 percent, and only 1 institution is staffed below 80 percent.  Additionally, all 13 institutions have experienced an increase in fill rates since July 2017.  While the effort initially had a negative impact on some institutions, as existing physicians transferred to those sites offering additional compensation, the vacancies created have since been filled or have pending hires.
- As an additional recruitment incentive, CCHCS is assessing the feasibility of a relocation assistance program as part of its centralized hiring initiative.  Providing relocation assistance to new civil service PCP hires is consistent with hiring practices in the private sector and will assist CCHCS in remaining competitive within the labor market, as well as increase CCHCS' nationwide candidate pipeline.

The December 2018 Human Resource Recruitment and Retention Report (refer to Appendix 1), which is CCHCS' legacy reporting mechanism, only reports on-site civil service provider data and depicts 43 percent of institutions (15 institutions) have achieved the goal of filling 90 percent or higher of their civil service provider positions; 31 percent (11 institutions) have filled between 75 and 89 percent of their civil service provider positions, and 26 percent (9 institutions) have filled less than 75 percent of their civil service provider positions.  However, when on-site civil service, telemedicine, and contract registry providers are utilized to deliver care statewide, coverage at 34 institutions is at or above 90 percent (refer to Appendix 2).

**C.  CCHCS Data Quality**

The Receiver continues to assess the impact of the EHRS implementation on the integrity of data presented in CCHCS performance reports and operational tools.  As reported in the previous Tri-Annual Report, CCHCS initiated a number of active interventions which continued during this reporting period to improve data quality in areas currently considered problematic.  The software coding experts hired by the Receiver to independently assess the accuracy and integrity of the Health Care Services Dashboard completed their review.  From August through December 2018, the experts continued reverse-engineering of the Dashboard reporting logic, examining software modules that process information for specific Dashboard metrics.  A report of findings and recommendations is forthcoming.

**D. Coordination with Other Lawsuits**

Meetings between the three federal courts, *Plata, Coleman,* and *Armstrong* (Coordination Group) class actions have occurred periodically. A Coordination Group meeting took place on November 8, 2018.

**E. Master Contract Waiver Reporting**

On June 4, 2007, the Court approved the Receiver's Application for a more streamlined, substitute contracting process in lieu of State laws that normally govern State contracts. The substitute contracting process applies to specified project areas identified in the June 4, 2007, Order and in addition to those project areas identified in supplemental orders issued since that date. The approved project areas, the substitute bidding procedures, and the Receiver's corresponding reporting obligations are summarized in the Receiver's Seventh Quarterly Report and are fully articulated in the Court's Orders, and therefore, the Receiver will not reiterate those details here.

The Receiver used the substitute contracting process during this reporting period for new Omnicell pharmacy contracts as part of a BCP to comply with federal regulations to account for requirements in the accounting, storage, and dispensing of controlled substances. The new Omnicell procurements under the waiver process were as follows:

| Vendor | Execution Date | Subject Area | Method | Agreement # | Type |
|---|---|---|---|---|---|
| Omnicell | 8/31/2018* | Pharmacy | Sole Source | 18-00011 | Contract |
| Omnicell | 12/26/2018 | Pharmacy | Sole Source | 18-00143 | Contract |
| Omnicell | 12/26/2018 | Pharmacy | Sole Source | 18-00157 | Purchase Order |
| Omnicell | 12/26/2018 | Pharmacy | Sole Source | 18-00158 | Purchase Order |

*This contract was not previously reported due to timing of its execution.

**F. Consultant Staff Engaged by the Receiver**

The Receiver did not engage any new consultant staff during this reporting period. However, in January 2019, the Receiver entered into a contract with Sixth Dimension, for the provision of consultant services related to HCFIP. The Receiver has engaged the services of Sixth Dimension to achieve the following goals:
1. Identify the areas/reasons causing project delays.
2. Provide a method to accelerate projects currently behind schedule.
3. Provide the Receiver an unbiased assessment of the conditions affecting the delays of the projects.
4. Provide recommendations and more efficient methods to provide timely direction and quality review oversight to the HCFIP projects.

**G. Accounting of Expenditures**

    (i)    <u>Expenses</u>

The total net operating and capital expenses of the Office of the Receiver for the four month period from September through December 2018 were $1,108,893 and $0.00 respectively. A

balance sheet and statement of activity and brief discussion and analysis is attached as [Appendix 3](#).

    (ii)    <u>Revenues</u>

For the months of September through December 2018, the Receiver requested transfers of $1,000,000 from the State to the California Prison Health Care Receivership Corporation (CPR) to replenish the operating fund of the office of the Receiver. Total year to date funding for the FY 2018–19 to CPR from the State of California is $1,275,000.

All funds were received in a timely manner.