# TABLE OF APPENDICES

1    Human Resources Recruitment and Retention Reports – September through December 2018

2    Primary Care Provider Vacancy and Coverage Report – December 31, 2018

3    CPR Financial Statements – September through December 2018