# APPENDIX 2



# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
## Primary Care Provider Vacancy / Coverage Report
### December 31, 2018

| Institution | Original Authorized Positions | Adjusted Authorized Positions | Filled with P&S Onsite (No Telemed) | Filled with NP/PA Onsite (No Telemed) | % Filled by Civil Service | Civil Service Vacancies | TM Budgeted by Institution | Filled with Telemedicine | % Filled by Civil Service & Telemedicine | Filled with Registry (FTE) | Total % Filled | Net Adjusted Vacancies | Total Civil Service in Hiring Process | % Filled if Candidates Hired |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 8.00 | 8.00 | 4.50 | 4.00 | 106.25% | (0.50) | 0.00 | 0.00 | 106.25% | 0.00 | 106.25% | (0.50) | 0.00 | 106.25% |
| CAC | 4.00 | 4.00 | 3.70 | 1.00 | 117.50% | (0.70) | 0.00 | 0.00 | 117.50% | 0.00 | 117.50% | (0.70) | 0.00 | 117.50% |
| CAL | 6.50 | 6.50 | 6.50 | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% |
| CCC | 6.50 | 5.50 | 0.00 | 2.00 | 36.36% | 3.50 | 2.00 | 0.00 | 72.73% | 1.00 | 90.91% | 0.50 | 4.00 | 163.64% |
| CCI | 9.00 | 9.00 | 6.00 | 2.00 | 88.89% | 1.00 | 0.00 | 1.00 | 100.00% | 1.00 | 111.11% | (1.00) | 4.00 | 155.56% |
| CCWF | 9.50 | 9.50 | 6.50 | 4.00 | 110.53% | (1.00) | 0.00 | 0.00 | 110.53% | 1.50 | 126.32% | (2.50) | 0.00 | 126.32% |
| CEN | 6.00 | 5.00 | 4.00 | 1.00 | 100.00% | 0.00 | 0.00 | 2.00 | 140.00% | 0.75 | 155.00% | (2.75) | 0.00 | 155.00% |
| CHCF | 36.00 | 35.00 | 25.00 | 4.00 | 82.86% | 6.00 | 0.00 | 1.00 | 85.71% | 4.25 | 97.86% | 0.75 | 5.00 | 112.14% |
| CIM | 18.00 | 18.00 | 18.00 | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% |
| CIW | 9.00 | 9.00 | 9.00 | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 1.00 | 111.11% | (1.00) | 0.00 | 111.11% |
| CMC | 13.00 | 13.00 | 12.30 | 0.00 | 94.62% | 0.70 | 0.00 | 0.00 | 94.62% | 1.75 | 108.08% | (1.05) | 1.00 | 115.77% |
| CMF | 16.00 | 16.00 | 14.00 | 0.80 | 92.50% | 1.20 | 0.00 | 0.00 | 92.50% | 0.00 | 92.50% | 1.20 | 1.00 | 98.75% |
| COR | 10.00 | 9.00 | 5.00 | 3.00 | 88.89% | 1.00 | 0.00 | 1.00 | 100.00% | 1.00 | 111.11% | (1.00) | 0.00 | 111.11% |
| CRC | 6.00 | 6.00 | 6.00 | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 100.00% |
| CTF | 12.00 | 10.00 | 5.00 | 0.00 | 50.00% | 5.00 | 0.00 | 3.00 | 80.00% | 1.50 | 95.00% | 0.50 | 4.00 | 135.00% |
| CVSP | 5.50 | 5.00 | 2.00 | 1.00 | 60.00% | 2.00 | 1.00 | 0.00 | 100.00% | 1.00 | 120.00% | (1.00) | 1.00 | 140.00% |
| DVI | 7.00 | 7.00 | 7.00 | 0.00 | 100.00% | 0.00 | 0.00 | 1.00 | 114.29% | 0.00 | 114.29% | (1.00) | 0.00 | 114.29% |
| FSP | 8.00 | 8.00 | 8.00 | 1.00 | 112.50% | (1.00) | 0.00 | 0.00 | 112.50% | 0.00 | 112.50% | (1.00) | 0.00 | 112.50% |
| HDSP | 8.00 | 7.00 | 1.00 | 4.00 | 71.43% | 2.00 | 0.00 | 2.00 | 100.00% | 1.00 | 114.29% | (1.00) | 1.00 | 128.57% |
| ISP | 5.50 | 4.00 | 1.00 | 3.00 | 100.00% | 0.00 | 0.00 | 2.00 | 150.00% | 0.75 | 168.75% | (2.75) | 1.00 | 193.75% |
| KVSP | 8.00 | 7.00 | 5.00 | 2.00 | 100.00% | 0.00 | 0.00 | 2.00 | 128.57% | 0.00 | 128.57% | (2.00) | 0.00 | 128.57% |
| LAC | 11.00 | 11.00 | 7.00 | 4.00 | 100.00% | 0.00 | 0.00 | 1.00 | 109.09% | 1.00 | 118.18% | (2.00) | 0.00 | 118.18% |
| MCSP | 16.00 | 16.00 | 12.00 | 1.00 | 81.25% | 3.00 | 0.00 | 0.00 | 81.25% | 1.00 | 87.50% | 2.00 | 3.00 | 106.25% |
| NKSP | 11.00 | 10.00 | 5.00 | 5.00 | 100.00% | 0.00 | 0.00 | 1.00 | 110.00% | 1.25 | 122.50% | (2.25) | 0.00 | 122.50% |
| PBSP | 5.50 | 4.50 | 1.00 | 2.00 | 66.67% | 1.50 | 0.00 | 1.00 | 88.89% | 2.00 | 133.33% | (1.50) | 0.00 | 133.33% |
| PVSP | 6.00 | 6.00 | 3.00 | 3.00 | 100.00% | 0.00 | 0.30 | 0.30 | 110.00% | 0.00 | 110.00% | (0.60) | 0.00 | 110.00% |
| RJD | 16.00 | 16.00 | 15.00 | 1.50 | 103.13% | (0.50) | 0.00 | 0.00 | 103.13% | 1.50 | 112.50% | (2.00) | 0.00 | 112.50% |
| SAC | 8.50 | 7.50 | 7.50 | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 0.50 | 106.67% | (0.50) | 0.00 | 106.67% |
| SATF | 15.50 | 13.00 | 5.00 | 5.00 | 76.92% | 3.00 | 0.00 | 3.00 | 100.00% | 1.75 | 113.46% | (1.75) | 2.00 | 128.85% |
| SCC | 7.50 | 6.50 | 4.00 | 1.00 | 76.92% | 1.50 | 0.00 | 0.00 | 76.92% | 1.00 | 92.31% | 0.50 | 1.00 | 107.69% |
| SOL | 12.00 | 11.00 | 8.00 | 1.00 | 81.82% | 2.00 | 0.00 | 1.00 | 90.91% | 0.50 | 95.45% | 0.50 | 5.00 | 140.91% |
| SQ | 12.50 | 11.50 | 6.60 | 1.60 | 71.30% | 3.30 | 0.00 | 1.00 | 80.00% | 1.75 | 95.22% | 0.55 | 8.00 | 164.78% |
| SVSP | 12.00 | 11.00 | 8.00 | 1.00 | 81.82% | 2.00 | 0.00 | 2.00 | 100.00% | 2.75 | 125.00% | (2.75) | 4.00 | 161.36% |
| VSP | 9.00 | 7.00 | 4.00 | 2.00 | 85.71% | 1.00 | 0.00 | 3.00 | 128.57% | 1.75 | 153.57% | (3.75) | 1.00 | 167.86% |
| WSP | 12.50 | 11.00 | 5.00 | 4.00 | 81.82% | 2.00 | 0.00 | 1.00 | 90.91% | 2.75 | 115.91% | (1.75) | 2.00 | 134.09% |
| TOTALS | 366.50 | 343.50 | 240.60 | 64.90 | 88.94% | 38.00 | 3.30 | 30.30 | 98.72% | 36.00 | 109.20% | (31.60) | 48.00 | 123.17% |

| Institution | Original Authorized Positions | Adjusted Authorized Positions | Filled with P&S Onsite (No Telemed) | Filled with NP/PA Onsite (No Telemed) | % Filled by Civil Service | Civil Service Vacancies | TM Budgeted by Institution | Filled with Telemedicine | % Filled by Civil Service & Telemedicine | Filled with Registry (FTE) | Total % Filled | Net Adjusted Vacancies | Total Civil Service in Hiring Process | % Filled if Candidates Hired |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF-PIP | 0.00 | 0.00 | 0.00 | 0.00 | n/a | 0.00 | 0.00 | 0.00 | n/a | 0.00 | n/a | 0.00 | 0.00 | n/a |
| CMF-PIP | 8.00 | 8.00 | 3.00 | 1.00 | 50.00% | 4.00 | 0.00 | 0.00 | 50.00% | 2.00 | 75.00% | 2.00 | 1.00 | 87.50% |
| SVSP-PIP | 4.00 | 4.00 | 2.00 | 0.00 | 50.00% | 2.00 | 0.00 | 0.00 | 50.00% | 0.00 | 50.00% | 2.00 | 0.00 | 50.00% |
| TOTALS | 12.00 | 12.00 | 5.00 | 1.00 | 50.00% | 6.00 | 0.00 | 0.00 | 50.00% | 2.00 | 66.67% | 4.00 | 1.00 | 75.00% |

| Compliance | # by Civil Service | # by Civil Service & Telemed | # by Civil Service, Telemed, & Registry | # of Candidates by Category | # in Compliance if Candidates Hired |
|---|---|---|---|---|---|
| ≥ 90% | 19.00 | 28.00 | 34.00 | 45.00 | 35.00 |
| 80% - 90% | 8.00 | 5.00 | 1.00 | 3.00 | 0.00 |
| < 80% | 8.00 | 2.00 | 0.00 | 0.00 | 0.00 |
| n/a | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

19 Delegated Institutions
13 Institutions Receiving 15% Pay Differential