# APPENDIX 3

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Discussion and Analysis of Unaudited Financial Statements
For the Period July 1, 2018 through December 31, 2018

The December 31, 2018 financial statements of the California Prison Health Care Receivership Corp (CPR) are presented in compliance with the measurement focus, basis of accounting and financial presentation set forth by the Government Accounting Standards Board (GASB), and include a Statement of Net Assets and General Fund Balance (Balance Sheet) and a Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance (Revenues and Expenses). In lieu of comparing net asset and operating activities to prior period amounts, operating activities are compared to budget.

A review of expenses included on the unaudited statement of activities compared to what was budgeted for the six months ended December 31, 2018 shows a total difference of $92,200 or 6.6% variance under budget. Professional fees account for the majority of the difference. Under budget by $89,100 or 8.5%.

No Capital assets have been purchased during the first six months of the Fiscal year.

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the six months ended
December 31, 2018

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $135,879 | $            - | $       135,879 |
| Due From Special Deposit Fund | $0 | | |
| Prepaid items | $8,390 | - | 8,390 |
| | 144,269 | - | 144,269 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $       144,269 | - | $       144,269 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 48,659 | - | 48,659 |
| Accrued salaries and benefits | 23,920 | - | 23,920 |
| Other accrued expenses | 57,379 | | 57,379 |
| Compensated absences | 0 | $47,464 | 47,464 |
| Total liabilities | $       129,958 | $     47,464 | $       177,422 |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 8,390 | (8,390) | - |
| Unreserved, undesignated | 5,921 | (5,921) | - |
| Total fund balance | 14,311 | (14,311) | - |
| Total liabilities and fund balance | $       144,269 | | |
| **Net Position:** | | | |
| Unrestricted | | (33,151) | (33,151) |
| **Total Net Position** | | $      (33,151) | $       (33,151) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the six months ended
December 31, 2018

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $     1,275,000 | - | $     1,275,000 |
| General revenues: | | | |
| Investment earnings | 5 | - | 5 |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 1,275,005 | - | 1,275,005 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 338,520 | - | 338,520 |
| Legal and professional services | 956,058 | - | 956,058 |
| Travel | 5,819 | - | 5,819 |
| Insurance | 8,837 | - | 8,837 |
| Other | 4,535 | - | 4,535 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 1,313,768 | - | 1,313,768 |
| Change in fund balance/net position | (38,763) | - | (38,763) |
| Fund balance/net position - July 1, 2018 | 53,076 | ($47,464) | 5,612 |
| Fund balance/net position - December 31, 2018 | $     14,313 | $     (47,464) | $     (33,151) |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the six months ended
December 31, 2018

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| Revenues: | | | |
| State of California appropriation to Receivership | $1,405,968 | $1,275,000 | $ (130,968) |
| Investment earnings | $0 | $5 | 5 |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $1,405,968 | $1,275,005 | (130,963) |
| Expenditures: | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 336,210 | 338,520 | (2,310) |
| Legal and professional services | 1,045,158 | 956,058 | 89,100 |
| Travel | 4,500 | 5,819 | (1,319) |
| Office expenses | 2,550 | 1,561 | 989 |
| Telephone and network | - | - | - |
| Insurance | 9,000 | 8,837 | 163 |
| Other | 8,550 | $2,974 | 5,576 |
| Capital outlay | - | - | - |
| Total expenditures | 1,405,968 | 1,313,768 | 92,200 |
| Change in fund balance | $     - | (38,763) | $ (38,763) |

| | | |
|---|---|---|
| Fund balance - July 1, 2018 | | 53,076 |
| Fund balance December 31, 2018 | | $    14,313 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the five months ended
November 30, 2018

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $297,995 | $ - | $ 297,995 |
| Due From Special Deposit Fund | $0 | | |
| Prepaid items | $10,437 | - | 10,437 |
|  | 308,432 | - | 308,432 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $ 308,432 | - | $ 308,432 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 262,042 | - | 262,042 |
| Accrued salaries and benefits | 23,920 | - | 23,920 |
| Other accrued expenses | 4,573 | | 4,573 |
| Compensated absences | 0 | $47,464 | 47,464 |
| Total liabilities | $ 290,535 | $ 47,464 | $ 337,999 |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 10,437 | (10,437) | - |
| Unreserved, undesignated | 7,460 | (7,460) | - |
| Total fund balance | 17,897 | (17,897) | - |
| Total liabilities and fund balance | $ 308,432 | | |
| **Net Position:** | | | |
| Unrestricted | | (29,565) | (29,565) |
| **Total Net Position** | | $ (29,565) | $ (29,565) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the five months ended
November 30, 2018

|  | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $  725,000 | - | $  725,000 |
| General revenues: | | | |
| Investment earnings | 4 | - | 4 |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 725,004 | - | 725,004 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 282,663 | - | 282,663 |
| Legal and professional services | 461,647 | - | 461,647 |
| Travel | 5,393 | - | 5,393 |
| Insurance | 7,361 | - | 7,361 |
| Other | 3,117 | - | 3,117 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 760,181 | - | 760,181 |
| Change in fund balance/net position | (35,177) | - | (35,177) |
| Fund balance/net position - July 1, 2018 | 53,076 | ($47,464) | 5,612 |
| Fund balance/net position - November 30, 2018 | $  17,899 | $  (47,464) | $  (29,565) |

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the five months ended
November 30, 2018

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $1,171,640 | $725,000 | $ (446,640) |
| Investment earnings | $0 | $4 | 4 |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $1,171,640 | $725,004 | (446,636) |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 280,175 | 282,663 | (2,488) |
| Legal and professional services | 870,965 | 461,647 | 409,318 |
| Travel | 3,750 | 5,393 | (1,643) |
| Office expenses | 2,125 | 1,101 | 1,024 |
| Telephone and network | - | - | - |
| Insurance | 7,500 | 7,361 | 139 |
| Other | 7,125 | $2,016 | 5,109 |
| Capital outlay | - | - | - |
| Total expenditures | 1,171,640 | 760,181 | 411,459 |
| Change in fund balance | $ - | (35,177) | $ (35,177) |

| | | |
|---|---|---|
| Fund balance - July 1, 2018 | 53,076 | |
| Fund balance November 30, 2018 | $ 17,899 | |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the four months ended
October 31, 2018

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $201,746 | $        - | $      201,746 |
| Due From Special Deposit Fund | $0 | | |
| Prepaid items | $12,469 | - | 12,469 |
| | 214,215 | - | 214,215 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $      214,215 | - | $      214,215 |
| | | | |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 152,395 | - | 152,395 |
| Accrued salaries and benefits | 23,920 | - | 23,920 |
| Other accrued expenses | 5,179 | | 5,179 |
| Compensated absences | 0 | $47,464 | 47,464 |
| Total liabilities | $      181,494 | $      47,464 | $      228,958 |
| | | | |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 12,469 | (12,469) | - |
| Unreserved, undesignated | 20,252 | (20,252) | - |
| Total fund balance | 32,721 | (32,721) | - |
| Total liabilities and fund balance | $      214,215 | | |
| | | | |
| **Net Position:** | | | |
| Unrestricted | | (14,740) | (14,740) |
| **Total Net Position** | | $      (14,740) | $      (14,740) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the four months ended
October 31, 2018

| | General Fund | Adjustments | Statement of Activities |
|---|---:|---:|---:|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 575,000 | - | $ 575,000 |
| General revenues: | | | |
| Investment earnings | 3 | - | 3 |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 575,003 | - | 575,003 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 227,950 | - | 227,950 |
| Legal and professional services | 354,914 | - | 354,914 |
| Travel | 4,113 | - | 4,113 |
| Insurance | 5,903 | - | 5,903 |
| Other | 2,475 | - | 2,475 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 595,355 | - | 595,355 |
| Change in fund balance/net position | (20,352) | - | (20,352) |
| Fund balance/net position - July 1, 2018 | 53,076 | ($47,464) | 5,612 |
| Fund balance/net position - October 31, 2018 | $ 32,724 | $ (47,464) | $ (14,740) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the four months ended
October 31, 2018

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $937,312 | $575,000 | $ (362,312) |
| Investment earnings | $0 | $3 | 3 |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $937,312 | $575,003 | (362,309) |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 224,140 | 227,950 | (3,810) |
| Legal and professional services | 696,772 | 354,914 | 341,858 |
| Travel | 3,000 | 4,113 | (1,113) |
| Office expenses | 1,700 | 858 | 842 |
| Telephone and network | - | - | - |
| Insurance | 6,000 | 5,903 | 97 |
| Other | 5,700 | $1,616 | 4,084 |
| Capital outlay | - | - | |
| Total expenditures | 937,312 | 595,355 | 341,957 |
| Change in fund balance | $ - | (20,352) | $ (20,352) |

| | | |
|---|---|---|
| Fund balance - July 1, 2018 | | 53,076 |
| Fund balance October 31, 2018 | $ | 32,724 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the three months ended
September 30, 2018

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $224,341 | $ - | $ 224,341 |
| Due From Special Deposit Fund | $0 | | |
| Prepaid items | $14,518 | - | 14,518 |
| | 238,859 | - | 238,859 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $ 238,859 | - | $ 238,859 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 116,197 | - | 116,197 |
| Accrued salaries and benefits | 23,920 | - | 23,920 |
| Other accrued expenses | 5,578 | | 5,578 |
| Compensated absences | 0 | $47,464 | 47,464 |
| Total liabilities | $ 145,695 | $ 47,464 | $ 193,159 |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 14,518 | (14,518) | - |
| Unreserved, undesignated | 78,646 | (78,646) | - |
| Total fund balance | 93,164 | (93,164) | - |
| Total liabilities and fund balance | $ 238,859 | | |
| **Net Position:** | | | |
| Unrestricted | | 40,010 | 40,010 |
| **Total Net Position** | | $ 40,010 | $ 40,010 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the three months ended
September 30, 2018

| | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $       425,000 | - | $       425,000 |
| General revenues: | | | |
| Investment earnings | 1 | - | 1 |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 425,001 | - | 425,001 |
| | | | |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 173,054 | - | 173,054 |
| Legal and professional services | 201,674 | - | 201,674 |
| Travel | 4,113 | - | 4,113 |
| Insurance | 4,427 | - | 4,427 |
| Other | 1,640 | - | 1,640 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 384,910 | - | 384,910 |
| | | | |
| Change in fund balance/net position | 40,091 | - | 40,091 |
| | | | |
| Fund balance/net position - July 1, 2018 | 53,076 | ($47,464) | 5,612 |
| | | | |
| Fund balance/net position - September 30, 2018 | $       93,167 | $       (47,464) | $       45,703 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the three months ended
September 30, 2018

|  | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** |  |  |  |
| State of California appropriation to Receivership | $702,984 | $425,000 | $ (277,984) |
| Investment earnings | $0 | $1 | 1 |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $702,984 | $425,001 | (277,983) |
| **Expenditures:** |  |  |  |
| Prison health care administration and oversight: |  |  |  |
| Current: |  |  |  |
| Salaries and benefits | 168,105 | 173,054 | (4,949) |
| Legal and professional services | 522,579 | 201,674 | 320,905 |
| Travel | 2,250 | 4,113 | (1,863) |
| Office expenses | 1,275 | 415 | 860 |
| Telephone and network | - | - | - |
| Insurance | 4,500 | 4,427 | 73 |
| Other | 4,275 | $1,225 | 3,050 |
| Capital outlay | - | - | - |
| Total expenditures | 702,984 | 384,910 | 318,074 |
| **Change in fund balance** | $ - | 40,091 | $ 40,091 |

| | |
|---|---|
| Fund balance - July 1, 2018 | 53,076 |
| Fund balance September 30, 2018 | $ 93,167 |