UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

The court is in receipt of defendants' response to the court's January 31, 2019 order. Defendants' continuing objections to the neutral expert's monthly invoice for services rendered through December 31, 2018 call into question certain provisions of the district court's amended order governing compensation of the neutral expert the neutral expert. Accordingly, good cause appearing, IT IS HEREBY ORDERED that defendants' objections to the neutral expert's monthly invoice for services rendered through December 31, 2018 are submitted to the district court for resolution.

Dated: February 6, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE