1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JAY C. RUSSELL, State Bar No. 122626
   ADRIANO HRVATIN, State Bar No. 220909
3  Supervising Deputy Attorneys General
   ELISE OWENS THORN, State Bar No. 145931
4  TYLER V. HEATH, State Bar No. 271478
   IAN MICHAEL ELLIS, State Bar No. 280254
5  TOBIAS G. SNYDER, State Bar No. 289095
   Deputy Attorneys General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 510-4426
    Fax:  (415) 703-5843
8   E-mail:  Tobias.Snyder@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Judge:   The Honorable Kimberly J. Mueller |

On February 14, 2019, Defendants filed a Motion for Protective Order requesting the Court provide due process before Defendants are required to produce documents protected by the attorney-client privilege or work-product doctrine to the Court's appointed Rule 706 expert Charles Stevens of Gibson, Dunn & Crutcher LLP.  Having considered Defendants' Motion for Protective Order, the papers filed therewith, and Plaintiffs' opposition, and good cause appearing therefore, Defendants' motion is GRANTED.

Defendants are not required to produce any document protected by the attorney-client privilege or work-product doctrine to the Court's Rule 706 expert, until (1) Mr. Stevens makes a threshold showing that there exists a factual basis adequate to support a good faith belief by a

1

reasonable person that *in camera* review of the document may reveal evidence that the document was used for the purpose of furthering illegal or unethical activity, and (2) the Court reviews the document *in camera* and determines that the document was used for the purpose of furthering illegal or unethical activity and that the crime-fraud exception applies.

IT IS SO ORDERED

Dated: _____

The Honorable Kimberly J. Mueller