XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
IAN MICHAEL ELLIS, State Bar No. 280254
TOBIAS G. SNYDER, State Bar No. 289095
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-4426
 Fax:  (415) 703-5843
 E-mail:  Tobias.Snyder@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                    Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Judge:     The Honorable Kimberly J. Mueller |

   On February 14, 2019, Defendants filed a Motion for Protective Order requesting the Court provide due process before Defendants are required to produce documents protected by the attorney-client privilege or work-product doctrine to the Court's appointed Rule 706 expert Charles Stevens of Gibson, Dunn & Crutcher LLP.  Having considered Defendants' Motion for Protective Order, the papers filed therewith, and Plaintiffs' opposition, and good cause appearing therefore, Defendants' motion is GRANTED.

   Defendants are not required to produce any document protected by the attorney-client privilege or work-product doctrine to the Court's Rule 706 expert, until (1) Mr. Stevens makes a threshold showing that there exists a factual basis adequate to support a good faith belief by a

1

1 | reasonable person that *in camera* review of the document may reveal evidence that the document
2 | was used for the purpose of furthering illegal or unethical activity, and (2) the Court reviews the
3 | document *in camera* and determines that the document was used for the purpose of furthering
4 | illegal or unethical activity and that the crime-fraud exception applies.
5 |     IT IS SO ORDERED

7 | Dated: _____
8 |                                         The Honorable Kimberly J. Mueller