1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  JAY C. RUSSELL, State Bar No. 122626
   ADRIANO HRVATIN, State Bar No. 220909
4  Supervising Deputy Attorneys General
   ELISE OWENS THORN, State Bar No. 145931
5  TOBIAS G. SNYDER, State Bar No. 289095
   IAN M. ELLIS, State Bar No. 280254
6  TYLER V. HEATH, State Bar No. 271478
   Deputy Attorneys General
7   1300 I Street, Suite 125
    P.O. Box 944255
8   Sacramento, CA 94244-2550
    Telephone: (916) 210-7325
9   Fax: (916) 324-5205
    E-mail: Tyler.Heath@doj.ca.gov
10 *Attorneys for Defendants*

11           IN THE UNITED STATES DISTRICT COURT

12          FOR THE EASTERN DISTRICT OF CALIFORNIA

13                 SACRAMENTO DIVISION

14

15
   **RALPH COLEMAN, et al.,**            2:90-cv-00520 KJM-DB (PC)
16
                           Plaintiffs,   **NOTICE OF DEFENDANTS**
17                                       **CALIFORNIA DEPARTMENT OF**
        **v.**                           **CORRECTIONS AND**
18                                       **REHABILITATION'S AND**
                                         **DEPARTMENT OF STATE**
19 **GAVIN NEWSOM, et al.,**             **HOSPITALS' REQUEST TO SEAL**
                                         **DOCUMENTS**
20                         Defendants.

21

22                         **INTRODUCTION**

23        On May 23, 2007, the Court ordered Defendants to file monthly reports reflecting referrals,

24 pending referrals, rejections, and transfer of inmates from any level of outpatient mental health

25 care to any level of inpatient mental health care, and from any level of inpatient mental health

26 care to a different level of mental health care. (ECF No. 2236.) The report must include a

27 complete list of all class members currently waiting for transfer from any level of outpatient

28 mental health care to any level of inpatient mental health care, and from any level of inpatient

                                    1

1   mental health care to a different level of mental health care.  On July 1, 2017, Defendant

2   California Department of Corrections and Rehabilitation (CDCR) assumed operation of the

3   Department of State Hospitals' (DSH) psychiatric programs in CDCR prisons.  Consequently,

4   both DSH and CDCR provide bed utilization reports under the May 23, 2007 order.  The

5   information contained within the reports include identifying patient information, which is

6   sensitive, private, confidential, and subject to the protective order entered in this action on

7   January 12, 2007.  (Protective Order, ECF No. 2109.)

8                                    **NOTICE**

9            Notice is given under Local Rule 141(b) that DSH and CDCR are filing documents called

10  for by the Court's May 23, 2007 order under seal and shall file the documents via e-mail with the

11  Court and serve copies upon the parties.

12  Dated:  February 15, 2019                    Respectfully submitted,

13                                               XAVIER BECERRA
                                                 Attorney General of California
14                                               ADRIANO HRVATIN
                                                 Supervising Deputy Attorney General
15

16                                               */s/ Tyler V. Heath*

17                                               TYLER V. HEATH
                                                 Deputy Attorney General
18                                               *Attorneys for Defendants*

19  CF1997CS0003
    33783770.docx
20

21

22

23

24

25

26

27

28