XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
IAN MICHAEL ELLIS, State Bar No. 280254
TOBIAS G. SNYDER, State Bar No. 289095
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3577
 Fax:  (415) 703-5843
 E-mail:  Adriano.Hrvatin@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF MOTION AND MOTION TO DEPOSIT FUNDS WITH THE COURT PENDING APPEAL AND REQUEST FOR EXTENSION OF TIME; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:　　　　February 22, 2019<br>Time:　　　　10:00 a.m.<br>Courtroom:　27, 8th Floor<br>Judge:　　　Hon. Deborah Barnes |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Friday, February 22, 2019, at 10:00 a.m., at 501 I Street, Sacramento, California 95814, Courtroom 27, 8th Floor, Defendants will move for an order granting leave to deposit funds into the Court's registry. Defendants further seek an extension of the deadline in the Court's February 11, 2019 order, which ordered Defendants to make payment within five days—*i.e.*, by Saturday, February 16, 2019. This motion is based on this notice of motion and the supporting memorandum of points and authorities.

1

Defs.' Motion to Deposit Funds and Request for Extension of Time (2:90-cv-00520 KJM-DB (PC))

# MEMORANDUM OF POINTS AND AUTHORITIES

## INTRODUCTION

The United States Court of Appeal for the Ninth Circuit will decide the propriety of the Court's order appointing a special investigator at State expense under Federal Rule of Evidence 706. Until that determination is made, Defendants request that any payments ordered in connection with the investigation be deposited with the Court.

Under Local Rule 150(b), Defendants are required to provide seven days' notice of this motion and set it for hearing on the calendar of the Magistrate Judge assigned to the action. The Court issued an order on Monday, February 11, 2019, requiring payment within five days and Magistrate Judge Barnes hears motions in civil actions only on Fridays. To enable timely notice and a hearing, Defendants request an extension of the deadline to tender payment until five days after this motion is decided.

## ARGUMENT

### A. THE COURT SHOULD HOLD FUNDS IN TRUST WHILE THE NINTH CIRCUIT DECIDES THE PROPRIETY OF THE ORDER APPOINTING AN INVESTIGATOR AT STATE EXPENSE.

Defendants timely appealed the orders appointing a special investigator at State expense, as well as the order purporting to modify the original order after the appeal was commenced. (*See* ECF Nos. 6018, 6032, 6033, 6064 (Orders); 6058, 6078 (Notices of Appeal).) Because the propriety of those orders is subject to appellate review and potential reversal, Defendants request that the Court hold in trust any payments tendered in connection with the challenged orders. Such funds may be deposited in the Court's registry account under Local Rule 150(b), 28 U.S.C. § 2041, Federal Rule of Civil Procedure 67, and subject to General Order 573. Given that whether the State must pay for the Court's investigator is one aspect of the challenged order, safeguarding the funds while the appellate court considers the matter is a prudent course of action.

Defendants are prepared to tender funds for safekeeping with the Court, recognizing that the Ninth Circuit has jurisdiction over issues such as appointment of the investigator and how he will be compensated. In addition, the Court has withheld the invoices purportedly justifying payment, and prevented Defendants from evaluating or objecting to the reasonableness of the

2

Defs.' Motion to Deposit Funds and Request for Extension of Time (2:90-cv-00520 KJM-DB (PC))

itemized charges until after the investigation is concluded. (*See* Order, Feb. 11, 2019, ECF No. 6083.) The Court has identified no mechanism for clawing back any State payments later found to be improper, and so the deposit-in-court procedure should be available. "[T]here are situations in which a litigant may wish to be relieved of responsibility for a sum or thing, but continue to claim an interest in all or part of it. In these cases, the deposit-in-court procedure should be available; in addition to the advantages to the party making the deposit, the procedure gives other litigants assurance that any judgment will be collectable." Adv. Comm. Notes, Fed. R. Civ. P. 67.

Because the Ninth Circuit will decide, among other things, whether the State must compensate the investigator, and the parties have been prevented from evaluating the reasonableness of the ordered fees, this Court should permit the State to deposit funds with the Court. Once those payments are deposited, if Defendants succeed on appeal the held funds must be returned to the State. On the other hand, if Defendants are unsuccessful then the investigator's firm is assured of payment from the Court's account for any fees that are adjudicated to be reasonable. In this way, the status quo will be maintained while Defendants' appeal is pending and until the parties are able to assess the reasonableness of the fees charged.

**B.  THE COURT SHOULD EXTEND TIME FOR DEFENDANTS TO TENDER PAYMENT UNTIL THE MATTER OF DEPOSITING FUNDS IS RESOLVED.**

Defendants request an extension of time for payment to enable the Court to decide this motion. On Monday, February 11, 2019, the Court ordered Defendants to make payment to the special investigator within five days—*i.e.*, by February 16, 2019. (ECF No. 6083.) Under Local Rule 150(b), Defendants must provide seven days' notice of this motion, and set it before the assigned Magistrate Judge. Magistrate Judge Barnes hears motions in civil cases only on Fridays. *See* http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/united-states-magistrate-judge-deborah-barnes-db/. Thus, to comply with the seven-day notice period and to have this matter heard by Magistrate Barnes as required by Local Rule 150(b), Defendants request an extension of time to tender payment to five days after this motion is decided.

///

///

**CONCLUSION**

Until the Ninth Circuit decides the propriety of the order appointing a special investigator under Rule 706 and requiring the State to pay the bill, and until the parties are given an opportunity to assess the reasonableness of the fees charged, this Court should hold in trust all amounts claimed as compensation. And, to allow the parties time to have this motion heard, the Court should extend the time for payment until five days after the matter is decided.

Dated: February 15, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General

/s/ Adriano Hrvatin

ADRIANO HRVATIN
Supervising Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
42120629.docx

4

Defs.' Motion to Deposit Funds and Request for Extension of Time (2:90-cv-00520 KJM-DB (PC))