1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JAY C. RUSSELL, State Bar No. 122626
   ADRIANO HRVATIN, State Bar No. 220909
3  Supervising Deputy Attorneys General
   ELISE OWENS THORN, State Bar No. 145931
4  TYLER V. HEATH, State Bar No. 271478
   IAN MICHAEL ELLIS, State Bar No. 280254
5  TOBIAS G. SNYDER, State Bar No. 289095
   Deputy Attorneys General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 510-3577
     Fax:  (415) 703-5843
8    E-mail:  Adriano.Hrvatin@doj.ca.gov
   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS LEAVE TO DEPOSIT FUNDS WITH THE COURT PENDING APPEAL AND GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME** |

On February 15, 2019, Defendants moved for an order seeking leave to deposit funds into the Court's registry.  Defendants also sought an extension of the deadline set forth in the Court's February 11, 2019 order, which ordered Defendants to make payment to the special investigator appointed in this case, Gibson, Dunn & Crutcher LLP, within five days—*i.e.*, by Saturday, February 16, 2019.  Having considered Defendants' motion, all papers and arguments related to Defendants' motion, and all relevant records on file, and good cause appearing, the Court GRANTS Defendants' motion.

Defendants timely appealed the Court's orders appointing Gibson Dunn as a Federal Rule of Evidence 706 expert.  Until the United States Ninth Circuit Court of Appeals decides the

1

propriety of the order appointing a special investigator under Rule 706, including that the State pay all attorneys' fees and costs associated with the investigation, and until the parties are given an opportunity to assess the reasonableness of the fees charged, this Court will hold in trust all amounts claimed as compensation by Gibson, Dunn & Crutcher LLP.

And, to allow the parties time to have this motion heard, Defendants' time for making the payment ordered by the Court's February 11, 2019 order is extended until five days after the Court issues a ruling on Defendants' motion to deposit funds with the Court.

**IT IS SO ORDERED.**

Dated: February ____, 2019

_____
The Honorable Deborah Barnes
United States Magistrate Court Judge

CF1997CS0003
42120630.docx

2

[Prop.] Order Granting Defs.' Mot. Deposit Funds & Extension Req. (2:90-cv-00520 KJM-DB (PC))