UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | No. 2:90-cv-0520 KJM DB P<br><br><br>ORDER |

On February 19, 2019, the court received the neutral expert's monthly invoice for services rendered through January 31, 2019. The court has reviewed the invoice as required by paragraph C(2) of the district court's January 8, 2019 order. ECF No. 6064 at 5. In that invoice, the neutral expert seeks reimbursement for 14.2 hours of time spent by Christopher Karnes at a rate of $270.00 per hour. Mr. Karnes is not included in the list of staff approved by the district court on December 18, 2018. *See* ECF No. 6048 (approving "neutral expert's utilization and retention of the persons identified in his filing titled Neutral Expert's Designation of Investigative Team, ECF 6044.) The neutral expert is required to "seek approval of the court in advance of utilization or retention of additional staff beyond that already approved." ECF No. 6064 at 2. Absent such approval, the court will not authorize payment for those hours.

In addition, the neutral expert seeks reimbursement of costs in the amount of $60.00 for "Specialized Research." Consistent with its duty to review the invoice, the court has made an inquiry to the neutral expert about this cost. He has agreed the amount may be stricken from the invoice.

Good cause appearing, the neutral expert will be directed to submit to dborders@caed.uscourts.gov a new summary invoice that omits the requested payments described *supra*. The revised summary invoice will be sent to the parties upon its submission to this court.

IT IS SO ORDERED.

Dated: February 25, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE