CHARLES J. STEVENS, SBN 106981
cstevens@gibsondunn.com
BENJAMIN B. WAGNER, SBN 163581
bwagner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:  415.393.8306

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | **NEUTRAL EXPERT'S REQUEST TO SUPPLEMENT INVESTIGATIVE TEAM** |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Pursuant to the Court's order of appointment on December 14, 2018 (as amended on January 8, 2019), the Neutral Expert and his staff are to be compensated for services performed as approved by the Court.  ECF No. 6064 at 5.  The Neutral Expert requests that Christopher Karnes be added as a member of the investigative team.  Mr. Karnes is an Electronic Discovery Specialist at Gibson, Dunn & Crutcher LLP.  The Neutral Expert has already received a substantial volume of documents, and anticipates receiving additional data and thousands of documents in the coming weeks.  Mr. Karnes is necessary to assist the investigative team in receiving, storing, processing, and searching these records.

Mr. Karnes will be billed at an hourly rate of $270, which is well below what Gibson Dunn ordinarily charges for his services.  Using Mr. Karnes to assist with electronic discovery in this investigation is far more cost-effective than using an attorney for the same tasks.  Accordingly, I

respectfully request that the Court approve the use of Mr. Karnes in this investigation at an hourly rate of $270.

Dated: February 27, 2019

                                              CHARLES J. STEVENS
                                              GIBSON, DUNN & CRUTCHER LLP

                                              By:      /s/ Benjamin Wagner
                                                           Benjamin B. Wagner