STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                   EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



January 31, 2019


Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL
       HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits its monthly report identifying the psychiatry vacancy rates at each CDCR institution and in the aggregate systemwide for December 2018.  It is attached as Exhibit A.  In accordance with the Court's February 14, 2018 order, the report contains the vacancy rates at each CDCR institution and systemwide and the same data as the Correctional Health Care Services Mental Health Institution Vacancies:  Summary by Institution by Classification.  It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.


Sincerely,

/s/ Katherine Tebrock
KATHERINE TEBROCK
Deputy Director
Statewide Mental Health Program

| Division of Health Care Services Statewide Mental Health Program Allocated and Filled Psychiatry Positions - January 2019 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Allocated Jan 2019[1] | | | Filled Jan 2019 | | | | | Filled w PNP Jan 2019 | | |
| Sites | Site | Telepsych | Total | Site[2] | Registry[3] | Telepsych[4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 5.82 | 0.00 | 5.82 | 116% | 0.00 | 5.82 | 116% |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCI | 5.50 | 3.00 | 8.50 | 0.00 | 3.60 | 1.00 | 4.60 | 54% | 0.00 | 4.60 | 54% |
| CCWF | 10.50 | 2.00 | 12.50 | 5.50 | 0.00 | 0.00 | 5.50 | 44% | 3.78 | 9.28 | 74% |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CHCF | 20.00 | 6.00 | 26.00 | 5.00 | 4.09 | 5.00 | 14.09 | 54% | 1.00 | 15.09 | 58% |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 15.90 | 4.06 | 2.00 | 21.96 | 60% | 0.00 | 21.96 | 60% |
| CIM | 12.00 | 0.00 | 12.00 | 10.00 | 0.00 | 0.00 | 10.00 | 83% | 0.00 | 10.00 | 83% |
| CIW | 12.00 | 1.00 | 13.00 | 4.00 | 3.12 | 1.00 | 8.12 | 62% | 0.00 | 8.12 | 62% |
| CMC | 18.00 | 0.00 | 18.00 | 16.50 | 0.55 | 0.00 | 17.05 | 95% | 0.00 | 17.05 | 95% |
| CMF | 16.50 | 2.00 | 18.50 | 11.65 | 3.40 | 2.00 | 17.05 | 92% | 0.00 | 17.05 | 92% |
| CMF PIP | 0.00 | 0.00 | 32.00 | 8.00 | 4.66 | 1.00 | 13.66 | 43% | 0.00 | 13.66 | 43% |
| COR | 11.00 | 4.00 | 15.00 | 2.50 | 5.41 | 2.50 | 10.41 | 69% | 1.00 | 11.41 | 76% |
| CRC | 6.00 | 0.00 | 6.00 | 5.00 | 0.00 | 0.00 | 5.00 | 83% | 0.00 | 5.00 | 83% |
| CTF | 6.50 | 1.00 | 7.50 | 2.75 | 0.82 | 1.00 | 4.57 | 61% | 1.00 | 5.57 | 74% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.60 | 0.00 | 0.60 | 60% | 0.00 | 0.60 | 60% |
| DVI | 4.00 | 0.00 | 4.00 | 2.00 | 1.94 | 0.00 | 3.94 | 99% | 0.00 | 3.94 | 99% |
| FSP | 3.50 | 0.00 | 3.50 | 4.00 | 0.00 | 0.00 | 4.00 | 114% | 0.00 | 4.00 | 114% |
| HDSP | 2.50 | 4.00 | 6.50 | 0.00 | 0.13 | 3.20 | 3.33 | 51% | 0.00 | 3.33 | 51% |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.45 | 0.00 | 0.45 | 45% | 0.00 | 0.45 | 45% |
| KVSP | 5.50 | 3.00 | 8.50 | 1.00 | 4.28 | 2.25 | 7.53 | 89% | 0.00 | 7.53 | 89% |
| LAC | 11.50 | 3.00 | 14.50 | 6.00 | 4.21 | 2.00 | 12.21 | 84% | 1.10 | 13.31 | 92% |
| MCSP | 12.00 | 3.00 | 15.00 | 8.50 | 0.23 | 2.25 | 10.98 | 73% | 0.00 | 10.98 | 73% |
| NKSP | 8.00 | 1.00 | 9.00 | 2.00 | 2.51 | 2.00 | 6.51 | 72% | 0.00 | 6.51 | 72% |
| PBSP | 1.00 | 2.00 | 3.00 | 0.00 | 0.37 | 1.20 | 1.57 | 52% | 0.00 | 1.57 | 52% |
| PVSP | 3.50 | 0.00 | 3.50 | 1.00 | 1.33 | 0.00 | 2.33 | 67% | 0.00 | 2.33 | 67% |
| RJD | 14.50 | 3.00 | 17.50 | 5.40 | 5.07 | 3.00 | 13.47 | 77% | 0.00 | 13.47 | 77% |
| SAC | 16.50 | 4.00 | 20.50 | 12.00 | 4.18 | 0.20 | 16.38 | 80% | 0.00 | 16.38 | 80% |
| SATF | 10.50 | 9.00 | 19.50 | 0.00 | 4.18 | 5.00 | 9.18 | 47% | 3.25 | 12.43 | 64% |
| SCC | 2.00 | 0.00 | 2.00 | 2.50 | 0.00 | 0.00 | 2.50 | 125% | 0.00 | 2.50 | 125% |
| SOL | 5.50 | 0.00 | 5.50 | 5.00 | 0.46 | 0.20 | 5.66 | 103% | 0.00 | 5.66 | 103% |
| SQ | 13.50 | 0.00 | 13.50 | 10.00 | 1.82 | 0.00 | 11.82 | 88% | 0.00 | 11.82 | 88% |
| SVSP | 6.00 | 5.00 | 11.00 | 1.00 | 5.26 | 2.20 | 8.46 | 77% | 0.00 | 8.46 | 77% |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 0.00 | 4.68 | 1.00 | 5.68 | 57% | 0.00 | 5.68 | 57% |
| VSP | 7.00 | 3.00 | 10.00 | 0.00 | 1.07 | 5.75 | 6.82 | 68% | 0.00 | 6.82 | 68% |
| WSP | 9.00 | 1.00 | 10.00 | 3.00 | 1.51 | 2.25 | 6.76 | 68% | 0.50 | 7.26 | 73% |
| TOTAL | 340.50 | 62.00 | 402.50 | 152.20 | 79.81 | 48.00 | 280.01 | 70% | 11.63 | 291.64 | 72% |

Footnote

1 Source:  MH Memo January 2019 Statewide Mental Health Position Allocated

2 Source: Feb 4, 2019 CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: PSYT_PNP Temp Relief Details (January 2019)

4 Source: January 31, 2019 Telepsychiatry Provider List