XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
JAY C. RUSSELL, State Bar No. 122626
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorneys General
ELISE OWENS THORN, State Bar No. 145931
TOBIAS G. SNYDER, State Bar No. 289095
IAN M. ELLIS, State Bar No. 280254
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7325
  Fax:  (916) 324-5205
  E-mail:  Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
  101 Mission Street, Sixth Floor
  San Francisco, California 94105-1738
  Telephone:  (415) 433-6830
  Facsimile:   (415) 433-7104
  E-mail:  jwinter@rbgg.com
*Attorneys for Plaintiffs*

DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:  (510) 280-2621
*Attorneys for Plaintiffs*

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
  Telephone:  (415) 621-2493
*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                       Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                       Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**JOINT STATUS REPORT RE: SETTLEMENT CONFERENCE AND CUSTODY AND MENTAL HEALTH PARTNERSHIP PLAN**<br><br>Judge:    The Honorable Kimberly J. Mueller |

[3360925.1]                                                      1

**INTRODUCTION**

On February 20, 2019, the Court approved the California Department of Corrections and Rehabilitation's (CDCR) Custody and Mental Health Partnership Plan (CMHPP) with some additional requirements "for the next version." (ECF No. 6095 at 4.) The Court's order specified certain items that must be included in the finalized version of the CMHPP: (1) adding dates certain by which each step of the plan must be carried out; (2) clarifying training requirements for mental health and custodial staff; and (3) expanding the CMHPP to "provide for training focused at the CCCMS programs and the custody staff who interact with inmates and mental health staff in those programs." (*Id*. at 4-6.) The Court directed the parties to file a joint status report "on the status of settlement discussions as they impact the cultural collaboration . . . and . . . whether the parties anticipate that mental health programs . . .will be clustered at fewer prison institutions and, if so, how this clustering should alter the scope of the cultural collaboration training requirement set by the court's August 9, 2016 order." *Id*. at 6-7. The Court also ordered the parties to propose a date by which Defendants "shall provide the next version of the CMHPP" for the Court's consideration. (*Id*. at 7.) In compliance with the Court's orders, the parties provide this joint status report.

**I. THE PARTIES' ONGOING SETTLEMENT NEGOTIATIONS WILL LIKELY NOT HAVE A SIGNIFICANT IMPACT ON CDCR'S CUSTODY AND MENTAL HEALTH PARTNERSHIP PROGRAM.**

In advance of the February 21, 2019 settlement conference, the parties submitted separate settlement conference statements containing clustering options for discussion. The parties attended a full day conference with Judge Drozd regarding proposed clustering options and related issues. At the conclusion of the settlement conference, the parties reached an agreement in principal on three proposals:

1) expedited transfers for inmates out of desert institutions within fourteen days in exchange for reductions in staffing at those institutions and Plaintiffs' agreement not to oppose an end to Special Master monitoring at those institutions;[1]

---

[1] Defendants' final agreement to the expedited transfers is conditioned on an end to Special Master monitoring of the desert institutions.

2) activation of an additional 100 EOP Level II beds at San Quentin's H facility; and

3) conversion of approximately 250 Level III EOP beds at the California Men's Colony to Level II EOP beds.

The settlement conference did not result in the complete closure and consolidation of any of CDCR's CCCMS, EOP, or MHCB program locations. The parties met with the Special Master on March 6, 2019, and Defendants received his approval to activate the additional San Quentin H facility beds. The earliest activation date for those beds is early April 2019. Defendants will notify Plaintiffs and Special Master through the mission change process when the CMC beds are ready to be converted. Presently, the parties are working on finalizing the agreement for the expedited desert institution transfers. This final proposal is the only one of the three that the parties anticipate could have an impact on the scope of CDCR's CMHPP.

The parties also agreed to hold a further settlement conference with Judge Drozd to discuss additional issues in the litigation with the hope of reaching agreement on durable remedies to resolve outstanding constitutional problems. The parties are negotiating potential dates and topics for the additional settlement conference.

## II. CDCR, WITH INPUT FROM THE SPECIAL MASTER AND PLAINTIFFS, WILL WORK TO SUBMIT THE NEXT VERSION OF THE CMHPP TO THE COURT IN 90 DAYS.

After the Court's February 20, 2019 order, CDCR began working on its next version of the CMHPP to meet the Court's order. On March 4, 2019, counsel for Plaintiffs and Defendants met and conferred regarding a proposed schedule for the submission of a draft of the next version of the CMHPP to the workgroup, and then the Court. The parties discussed the schedule with the Special Master on March 6, 2019.

CDCR continues to meet with internal stakeholders and revise the CMHPP as it applies to CCCMS programs, but anticipates that it will have a draft ready for submission to and discussion in the All Parties Workgroup within 30 days from the date of this filling, by April 8, 2019. Plaintiffs and the Special Master anticipate that an additional 60 days will be sufficient time for input from the Plaintiffs and the Special Master and his team of experts and any responsive

[3360925.1]   3

Joint Status Report Re: Settlement Conference and Custody and Mental Health Partnership Plan
(2:90-cv-00520 KJM-DB (PC))

1  revisions. The parties estimate that a final proposal will be ready for presentation to the Court
2  within the next 90 days, or by June 7, 2019.

3  Dated: March 8, 2019                    Respectfully submitted,

4                                          XAVIER BECERRA
                                           Attorney General of California
5                                          ADRIANO HRVATIN
                                           Supervising Deputy Attorney General
6

7
                                           */s/ Tyler V. Heath*
8                                          TYLER V. HEATH
                                           Deputy Attorney General
9                                          *Attorneys for Defendants*

10
    Dated: March 8, 2019                   Respectfully submitted,
11
                                           ROSEN BIEN GALVAN & GRUNFELD
12                                         LLP

13

14
                                           */s/ Jessica L. Winter*
                                           JESSICA L. WINTER
15                                         *Attorneys for Plaintiffs*

16

17  CF1997CS0003 / 13503277.docx

18

19

20

21

22

23

24

25

26

27

28