| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>JAY C. RUSSELL<br>Supervising Deputy Attorney General<br>MANEESH SHARMA, State Bar No. 280084<br>Deputy Attorney General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 510-3621<br>  Fax: (415) 703-1234<br>  E-mail: maneesh.sharma@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>  425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone: (415) 777-3200<br>  Fax: (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                    Plaintiffs,<br>v.<br>**GAVIN NEWSOM, et al.,**<br>                    Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br>                    Plaintiffs,<br>v.<br>**GAVIN NEWSOM, et al.,**<br>                    Defendants. | C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' MARCH 2019 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

The State submits this status report on the current in-state and out-of-state adult prison populations and the measures being taken to comply with the Court's February 10, 2014 Order Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013 Deadline (February 10, 2014 Order).  Exhibit A sets forth the current design bed capacity, population, and population as a percentage of design bed capacity for each state prison and for all state prisons combined.  Exhibit B sets forth the status of the measures Defendants have implemented as required by the February 10, 2014 Order.  (ECF 2766/5060 at ¶¶ 4-5.)

As of March 13, 2019, 113,749 inmates were housed in the State's 34 adult institutions and 1,343 inmates were housed in out-of-state facilities.[1]  (Ex. A.)  The State's prison population is approximately 133.7% of design capacity.  (Ex. A.)

Dated:  March 15, 2019

XAVIER BECERRA
Attorney General of California

By: /s/ Jay Russell
  JAY RUSSELL
  Deputy Attorney General
  *Attorneys for Defendants*

Dated:  March 15, 2019

HANSON BRIDGETT LLP

By: /s/ Paul B. Mello
  PAUL B. MELLO
  SAMANTHA D. WOLFF
  *Attorneys for Defendants*

---

[1] The data in Exhibit A is taken from CDCR's March 13, 2019 weekly population report.  *See* Declaration of Julie Basco In Support of Defs.' March 2019 Status Report.