XAVIER BECERRA
Attorney General of the State of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
MANEESH SHARMA - 280084
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
Email:  Maneesh.Sharma@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF - 240280
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | CASE NO. 2:90-cv-00520 KJM DAD P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | CASE NO. C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF JULIE BASCO IN SUPPORT OF DEFENDANTS' MARCH 2019 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

I, Julie Basco, declare as follows:

1. I am the Deputy Director of the Office of Research within the Division of Correctional Policy Research and Internal Oversight for the California Department of Corrections and Rehabilitation (CDCR). In this role, I oversee publication of reports that are prepared by CDCR's Division of Correctional Policy Research and Internal Oversight, including the weekly population reports setting forth CDCR's total population, including within in-state institutions, camps and contract beds, the Department of State Hospitals, Community Rehabilitative Program Placements Supervision, out-of-state facilities, non-CDCR jurisdictions, and the parole community.

2. Attached as Exhibit A is a true and correct copy of the March 13, 2019 Daily Report of Population. This Daily Report of Population is published on a weekly basis by CDCR's Division of Correctional Policy Research and Internal Oversight as of midnight each Wednesday.

3. The Daily Report of Population has historically been made publicly available through CDCR's website. However, due to CDCR's implementation efforts with respect to Assembly Bill 434, the Daily Report of Population is temporarily unavailable for access through CDCR's website.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Sacramento, California on March _14_, 2019.

_____
Julie Basco