# EXHIBIT A

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
March 13, 2019

```
                         DAILY REPORT OF POPULATION
                         AS OF MIDNIGHT March 13, 2019
```

```
_____
                                  TOTAL CDCR POPULATION
_____

                                                    CHANGE SINCE
                       FELON/     CIVIL               03/13/18      *DESIGN   PERCENT   STAFFED
                       OTHER #1   ADDICT   TOTAL    NO.     PCT.   CAPACITY  OCCUPIED  CAPACITY

A. TOTAL IN-CUSTODY/CRPP SUP 126,534          126,534   -2,822    -2.1

   I.  IN-STATE         125,191            125,191    -170    -0.1
       (MEN, Subtotal)  119,415            119,415    -131    -0.1
       (WOMEN, Subtotal)  5,776              5,776     -39    -0.6

       1. INSTITUTIONS/CAMPS  117,399      117,399    -237    -0.2   89,763    130.8   125,575
          INSTITUTIONS        113,749      113,749    -373    -0.3   85,083    133.7   121,331
          CAMPS(CCC, CIW & SCC) 3,650        3,650    +136    +3.8    4,680     78.0     4,244

       2. IN-STATE CONTRACT BEDS  6,385      6,385     +22    +0.3
          CCF PRIVATE              2,058     2,058      -7    -0.3
          CCF PUBLIC               1,756     1,756     -13    -0.7
          PRISONER MOTHER PGM         13        13      -9   -40.9
          CALIFORNIA CITY CF       2,363     2,363    +109    +4.8
          FCRF(MCFARLAND)            195       195     -58   -22.9

       3. DSH STATE HOSPITALS       177       177     -88   -33.2

       4. CRPP SUPERVISION        1,230     1,230    +133   +12.1
          ACP                        183       183     +71   +63.3
          CCTRP                      384       384     +51   +15.3
          MCRP                       638       638     +17    +2.7
          MEDICAL PAROLE              25        25      -6   -19.3

   II. OUT OF STATE(COCF)       1,343     1,343   -2,652   -66.3
          ARIZONA                 1,343     1,343   -1,714   -56.0

B. PAROLE                       49,215    49,215   +2,775    +5.9
   COMMUNITY SUP(Active)        47,331    47,331   +2,820    +6.3
   COOP CASES    (Active) #3     1,884     1,884     -45    -2.3

C. NON-CDC JURISDICTION #4       1,053     1,053     +26    +2.5
   OTHER STATE/FED. INST.          322       322      -4    -1.2
   OUT OF STATE PAROLE             685       685     +63   +10.1
   OUT OF STATE PAL                 11        11      -4   -26.6
   CYA-W&IC 1731.5(c)
      INSTITUTIONS #5              35        35     -29   -45.3

D. OTHER POPULATIONS #6         6,308     6,308    +339    +5.6
   INMATES
      OUT-TO-COURT, etc.        1,449     1,449    +124    +9.3
      ESCAPED                     199       199      +1    +0.5

   PAROLEES (PAL/RAL)           4,660     4,660    +214    +4.8

TOTAL CDCR POPULATION         183,110   183,110    +318    +0.1
_____

CHANGE FROM LAST DAY
  A. TOTAL IN-CUSTODY           +17         +17
     (MEN, Subtotal)             -8          -8
     (WOMEN, Subtotal)          +25         +25
  B. PAROLE                      -6          -6
  D. PAROLEES (PAL/RAL)          -7          -7
_____
```

This report contains the latest available reliable population figures from SOMS.  They have been carefully audited, but are preliminary, and therefore subject to revision.

*CDCR has added 1,584 beds and corresponding administrative and health care support facilities at Mule Creek State Prison—792 beds on February 22, 2016 and an additional 792 beds on March 28, 2016. On December 12, 2016 an additional 792 beds were added to the RJ Donovan Correctional Facility. The parties in the Three-Judge Court proceeding are currently engaged in the court-ordered meet-and-confer process to reach an agreement on how such capacity should be counted.

Report #: SOMS-TPOP-1.

DAILY INSTITUTION/CAMPS POPULATION DETAIL                               MIDNIGHT March 13, 2019

| INSTITUTIONS/CAMPS | FELON/ OTHER | CIVIL ADDICT | TOTAL | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|
| **MALE** | | | | | | |
| ASP  (Avenal SP) | 4,088 | | 4,088 | 2,920 | 140.0 | 4,370 |
| CAL  (Calipatria SP) | 3,539 | | 3,539 | 2,308 | 153.3 | 3,333 |
| CCC  (CA Correctional Center) | 4,082 | | 4,082 | 3,883 | 105.1 | 4,762 |
| CCI  (CA Correctional Institution) | 3,958 | | 3,958 | 2,783 | 142.2 | 4,120 |
| CEN  (Centinela SP) | 3,458 | | 3,458 | 2,308 | 149.8 | 3,333 |
| CHCF (CA Health Care Fac - Stockton) | 2,700 | | 2,700 | 2,951 | 91.5 | 2,951 |
| CIM  (CA Institution for Men) | 3,725 | | 3,725 | 2,976 | 125.2 | 4,186 |
| CMC  (CA Men's Colony) | 3,589 | | 3,589 | 3,838 | 93.5 | 4,398 |
| CMF  (CA Medical Fac) | 2,328 | | 2,328 | 2,361 | 98.6 | 2,847 |
| COR  (CA SP, Corcoran) | 3,372 | | 3,372 | 3,116 | 108.2 | 4,270 |
| CRC  (CA Rehabilitation Center) | 2,499 | | 2,499 | 2,491 | 100.3 | 3,210 |
| CTF  (Correctional Training Fac) | 5,467 | | 5,467 | 3,312 | 165.1 | 4,887 |
| CVSP (Chuckawalla Valley SP) | 2,736 | | 2,736 | 1,738 | 157.4 | 2,478 |
| DVI  (Deuel Vocational Institution) | 2,585 | | 2,585 | 1,681 | 153.8 | 2,353 |
| FOL  (Folsom SP) | 3,007 | | 3,007 | 2,066 | 145.5 | 2,895 |
| HDSP (High Desert SP) | 3,192 | | 3,192 | 2,324 | 137.3 | 3,361 |
| ISP  (Ironwood SP) | 2,531 | | 2,531 | 2,200 | 115.0 | 3,200 |
| KVSP (Kern Valley SP) | 3,763 | | 3,763 | 2,448 | 153.7 | 3,522 |
| LAC  (CA SP, Los Angeles County) | 3,097 | | 3,097 | 2,300 | 134.7 | 3,300 |
| MCSP (Mule Creek SP) | 4,030 | | 4,030 | 3,284 | 122.7 | 4,009 |
| NKSP (North Kern SP) | 4,150 | | 4,150 | 2,694 | 154.0 | 3,911 |
| PBSP (Pelican Bay SP) | 2,524 | | 2,524 | 2,380 | 106.1 | 3,250 |
| PVSP (Pleasant Valley SP) | 3,207 | | 3,207 | 2,308 | 139.0 | 3,333 |
| RJD  (RJ Donovan Correctional Fac) | 3,771 | | 3,771 | 2,992 | 126.0 | 3,942 |
| SAC  (CA SP, Sacramento) | 2,048 | | 2,048 | 1,828 | 112.0 | 2,449 |
| SATF (CA Substance Abuse Treat Fac) | 5,483 | | 5,483 | 3,424 | 160.1 | 5,111 |
| SCC  (Sierra Conservation Center) | 4,034 | | 4,034 | 3,936 | 102.5 | 4,570 |
| SOL  (CA SP, Solano) | 4,257 | | 4,257 | 2,610 | 163.1 | 3,882 |
| SQ   (San Quentin SP) | 3,832 | | 3,832 | 3,082 | 124.3 | 3,984 |
| SVSP (Salinas Valley SP) | 3,436 | | 3,436 | 2,452 | 140.1 | 3,409 |
| VSP  (Valley SP) | 3,085 | | 3,085 | 1,980 | 155.8 | 2,954 |
| WSP  (Wasco SP) | 4,675 | | 4,675 | 2,984 | 156.7 | 4,351 |
| MALE TOTAL: | 112,248 | | 112,248 | 85,958 | 130.6 | 116,931 |
| **FEMALE** | | | | | | |
| CCWF (Central CA Women's Fac) | 2,935 | | 2,935 | 2,004 | 146.5 | 2,964 |
| CIW  (CA Institution for Women) | 1,800 | | 1,800 | 1,398 | 128.8 | 1,877 |
| FOL  (Folsom SP) | 415 | | 415 | 403 | 103.0 | 530 |
| SQ   (San Quentin SP) | 1 | | 1 | 3,082 | 0.0 | 3,273 |
| FEMALE TOTAL: | 5,151 | | 5,151 | 3,805 | 135.4 | 8,644 |
| INSTITUTIONS/CAMPS TOTAL: | 117,399 | | 117,399 | 89,763 | 130.8 | 125,575 |

Report #: SOMS-TPOP-1, Page 2

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
March 13, 2019

```
                       DAILY REPORT OF POPULATION
                                NOTES
                       AS OF MIDNIGHT March 13, 2019
```

#1  Felon/Other counts are safekeepers, federal cases and inmates from other states, felons, county diagnostic cases and Division of Juvenile Justice youths.

#3  Cooperative Cases are parolees from other states being supervised in California.

#4  Non-CDC Jurisdiction are California cases being confined in or paroled to other states or jurisdictions.

#5  Welfare and Institution Code (W&IC) 1731.5(c) covers persons under the age of 21 who were committed to CDCR, had their sentence amended, and were incarcerated at the Division of Juvenile Justice for housing and program participation.

#6  Other Population includes inmates temporarily out-to-court, inmates in hospitals, escapees, and parole and outpatient absconders.