UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On February 19, 2019, the court received the neutral expert's monthly invoice for services rendered through January 31, 2019. In accordance with the district court's January 8, 2019 order, ECF No. 6064 at 5, the court reviewed the invoice and, by order filed February 26, 2019, directed the neutral expert to submit a new summary invoice omitting certain requested payments. ECF No. 6099. The revised summary invoice was distributed to the parties on March 1, 2019. *See* ECF No. 6064 at 5. A copy of that revised invoice is filed concurrently with this order, along with the detailed billing summary provided for the court's review, under seal.[1] Attachment A, Email dated March 9, 209 from Benjamin Wagner, Esq. (filed under seal).

---

[1] The detailed billing statements of the neutral expert will be maintained under seal pending completion of his work to protect the integrity of his investigation. *See* ECF No. 6083 at 2.

1

On March 8, 2019, defendants submitted objections to the proposed final invoice. *See* Attachment B, March 8, 2019 Letter from Supervising Deputy Attorney General Adriano Hrvatin to Honorable Deborah Barnes. On March 9, 2019, the neutral expert responded to defendants' objections. *See* Attachment C, March 9, 2019 Letter from Benjamin B. Wagner, Esq. to Honorable Deborah Barnes.

The court has reviewed defendants' objections and the neutral expert's response to those objections. Defendants' first objection is interposed to preserve certain rights before the district court and on appeal. Defendants' second objection has been satisfactorily addressed by the neutral expert in his response.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to maintain Attachment A to this order under seal until further order of court; and

2. Within five days from the date of this order defendants shall pay to the neutral expert the amount of $342,771.94 as reflected in the final invoice for services rendered through January 2019.

IT IS SO ORDERED.

Dated: March 14, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE