# ATTACHMENT C

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel 650.849.5300
www.gibsondunn.com

Benjamin Wagner
Direct: +1 650.849.5395
Fax: +1 650.849.5095
BWagner@gibsondunn.com

Client: 93877-00001

March 9, 2019

VIA ELECTRONIC MAIL

Hon. Deborah Barnes
U.S. Magistrate Judge
Eastern District of California
Robert Matsui Courthouse
501 I Street, 8th fl
Sacramento, California 95814

Re:     *Coleman, et al. v. Newsom, et al*.; Response to Defendants' objection

Dear Judge Barnes:

    I am writing to respond to the defendants' letter dated March 8, 2019, objecting to the neutral expert's invoice for services rendered in January, which this Court reviewed as reflected in its Order of February 26, 2019.  ECF 6099.  The invoice was revised in accordance with that Order, and the revised invoice was submitted to the Court.  We understand that a summary of the revised invoice was provided to the defendants on March 1 in accordance with paragraph C(1) of the district court's order of January 8, 2019.  ECF 6064.

    In their letter of March 8, the defendants state and reserve previously-stated objections.  In addition, they assert three objections or requests for clarification.  First, they object to the $13,000 for outside services/consultants, on the ground that, without more information, they cannot determine if that work was performed by someone approved by the Court pursuant to the Court's prior order.  Second, they note that the invoices includes travel and parking costs totaling $389.37, and seek assurance that no compensation was sought for travel time involving travel to Sacramento.  Third, they object to a $25.63 court fee, which is not reflected on the docket of the case.

    The neutral expert responds by providing the following information with respect to these three items.  On the first objection, the neutral expert represents, as it did to the Court, that the $13,000 expense for outside consultants consists entirely of time incurred by Greg Nelson, an expert in litigation support services, who was included in the initial designation of the investigative team in the neutral expert's filing on December 17, 2018.  ECF 6044.  On the second objection, the costs identified by the defendants relate to parking and transportation costs incurred by the neutral expert team in connection with their attendance at

Hon. Deborah Barnes
March 9, 2019
Page 2

meetings with the defendants and their counsel, and with other witnesses.  As noted in the defendants' letter, the Court's order of appointment directed that the neutral expert "shall not be compensated for travel time to and from Sacramento, California."  ECF 6064, at 5.  Gibson Dunn has not billed for any time associated with travel to or from Sacramento.  As to the final matter, the $25.63 court fee referenced in the invoice is to court fees incurred in obtaining good standing certificates required for key members of the neutral expert's team to be admitted to the Eastern District and enrolled in ECF in order to access relevant documents in the underlying litigation.

In accordance with the Court's order, we are submitting the final revised invoice for services rendered in January to the Court, and request that it be approved for payment.

Sincerely,


 /s/  *Benjamin Wagner*
Benjamin B. Wagner