MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone:   (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,

    v.

GAVIN NEWSOM, et al.,

        Defendants.

Case No. 2:90-cv-00520-KJM-DB

**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2018**

Judge:   Hon. Deborah Barnes

[3365158.1]

1   Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2   Statement for the Fourth Quarter of 2018 to Defendants via overnight delivery on
3   February 5, 2019.  The parties completed their meet and confer process on March 20,
4   2019.  The parties have resolved all disputes regarding fees and costs for the Fourth
5   Quarter of 2018, with an agreement to reduce claimed amounts to a total of $940,831.96
6   calculated at a rate of $220.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

7       THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
8   $940,831.96 plus interest is due and collectable as of forty-five days from the date of entry
9   of this Order.  Interest on these fees and costs will run from March 9, 2019 (31 days after
10  Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C.
11  § 1961.

12      IT IS SO STIPULATED.

13

14  DATED:  March 22, 2019            */s/ Elise Thorn*
                                      Elise Thorn
15                                    Deputy Attorney General
16                                    Attorneys for Defendants
17

18  DATED:  March 22, 2019            */s/ Lisa Ells*
                                      Lisa Ells
19                                    ROSEN BIEN GALVAN & GRUNFELD LLP
20                                    Attorneys for Plaintiffs
21

22      IT IS SO ORDERED.

23  DATED:  _____, 2019

24

25                                    _____

26                                    Deborah Barnes
                                      United States Magistrate Judge
27

28

[3365158.1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE
FOURTH QUARTER OF 2018

**Coleman v. Newsom**
**Fourth Quarter of 2018**
**October 1, 2018 through December 31, 2018**
Summary of Fees and Costs

|  | CLAIMED FEES | SETTLED FEES | COSTS |
|---|---|---|---|
| **Monitoring, 489-3** | $885,020.85 | $858,470.22 | $45,028.52 |
| **Fees on Fees, 489-5** | $4,851.00 | $4,705.46 | $14.50 |
| **Appeal, 489-18** | $11,929.05 | $11,571.18 | $418.55 |
| **Appeal, 489-19** | $16,647.75 | $16,148.31 | $813.20 |
| **Appeal, 489-20** | $749.70 | $727.21 | $4.60 |
| **Appeal, 489-21** | $3,020.85 | $2,930.21 | $0.00 |
| **Totals** | **$919,198.35** | **$894,552.59** | **$46,279.37** |

**Claimed Total:**    **$965,477.72**

**Settled Total:**    **$940,831.96**

3344215

**Coleman v. Newsom**
**Fourth Quarter of 2018**
**October 1, 2018 through December 31, 2018**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alex Gourse | 53.10 | 44.10 | $220.50 | $9,724.05 | $9,432.33 |
| Benjamin Bien-Kahn | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Cara E. Trapani | 261.90 | 259.90 | $220.50 | $57,307.95 | $55,588.71 |
| Dylan Verner-Crist | 232.20 | 227.40 | $220.50 | $50,141.70 | $48,637.45 |
| Emma Cook | 380.20 | 369.10 | $220.50 | $81,386.55 | $78,944.95 |
| Ernest Galvan | 21.40 | 21.40 | $220.50 | $4,718.70 | $4,577.14 |
| F. Gail LaPurja | 97.00 | 83.60 | $220.50 | $18,433.80 | $17,880.79 |
| Gay C. Grunfeld | 7.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 244.40 | 225.90 | $220.50 | $49,810.95 | $48,316.62 |
| Hanna N. Wallace | 27.10 | 27.10 | $220.50 | $5,975.55 | $5,796.28 |
| Jeffrey L. Bornstein | 61.50 | 61.50 | $220.50 | $13,560.75 | $13,153.93 |
| Jenny S. Yelin | 83.40 | 83.30 | $220.50 | $18,367.65 | $17,816.62 |
| Jessica L. Winter | 293.20 | 279.80 | $220.50 | $61,695.90 | $59,845.02 |
| Karen E. Stilber | 38.90 | 38.40 | $220.50 | $8,467.20 | $8,213.18 |
| Krista Stone-Manista | 140.60 | 140.00 | $220.50 | $30,870.00 | $29,943.90 |
| Linda H. Woo | 70.50 | 67.80 | $220.50 | $14,949.90 | $14,501.40 |
| Lisa A. Ells | 335.60 | 329.40 | $220.50 | $72,632.70 | $70,453.72 |
| Marc Shinn-Krantz | 424.60 | 412.10 | $220.50 | $90,868.05 | $88,142.01 |
| Marcus V. Levy | 409.60 | 382.20 | $220.50 | $84,275.10 | $81,746.85 |
| Michael Brier | 31.80 | 30.80 | $220.50 | $6,791.40 | $6,587.66 |
| Michael L. Freedman | 2.80 | 0.00 | $220.50 | $0.00 | $0.00 |
| Michael S. Nunez | 176.00 | 155.70 | $220.50 | $34,331.85 | $33,301.89 |
| Michael W. Bien | 175.20 | 173.10 | $220.50 | $38,168.55 | $37,023.49 |
| Nathalie C. Welch | 4.80 | 0.00 | $220.50 | $0.00 | $0.00 |
| Sanford Jay Rosen | 10.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Sarah J. Essner | 300.90 | 295.00 | $220.50 | $65,047.50 | $63,096.08 |
| Thomas Nolan | 142.40 | 141.00 | $220.50 | $31,090.50 | $30,157.79 |
| Van Swearingen | 1.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **4028.20** | **3848.60** | | **$848,616.30** | **$823,157.81** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alayna O'Bryan | 27.60 | 27.60 | $220.50 | $6,085.80 | $5,903.23 |
| Alexis Hoffman | 2.60 | 2.60 | $220.50 | $573.30 | $556.10 |
| Darryl Geyer | 7.10 | 7.10 | $220.50 | $1,565.55 | $1,518.58 |
| Donald Specter | 16.60 | 16.60 | $220.50 | $3,660.30 | $3,550.49 |
| Gabby Sergi | 26.30 | 26.30 | $220.50 | $5,799.15 | $5,625.18 |
| Gabriela Pelsinger | 9.80 | 9.80 | $220.50 | $2,160.90 | $2,096.07 |
| Juliette Mueller | 12.80 | 12.80 | $220.50 | $2,822.40 | $2,737.73 |
| Megan Lynch | 0.40 | 0.40 | $220.50 | $88.20 | $85.55 |
| Sara Norman | 2.00 | 2.00 | $220.50 | $441.00 | $427.77 |
| Steven Fama | 59.90 | 59.90 | $220.50 | $13,207.95 | $12,811.71 |
| **Total** | **165.10** | **165.10** | | **$36,404.55** | **$35,312.41** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$885,020.85** | **$858,470.22** |

3344215

**Coleman v. Newsom**
**Fourth Quarter of 2018**
**October 1, 2018 through December 31, 2018**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $4,440.20 | $4,440.20 |
| Outside Copying | $18,620.28 | $18,620.28 |
| Transcription | $3,493.00 | $3,493.00 |
| Telephone | $40.85 | $40.85 |
| Postage and Delivery | $1,416.52 | $1,416.52 |
| Research (Westlaw/Lexis/PACER/Fees) | $4,174.82 | $4,174.82 |
| Experts | $6,850.00 | $6,850.00 |
| Travel | $4,820.47 | $4,820.47 |
| **Total** | | **$43,856.14** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $63.00 | $63.00 |
| Transcription | $677.16 | $677.16 |
| Postage | $394.27 | $394.27 |
| Travel | $37.95 | $37.95 |
| **Total** | **$1,172.38** | **$1,172.38** |

**GRAND TOTAL**                    **$45,028.52**

3344215

**Coleman v. Newsom**
**Fourth Quarter of 2018**
**October 1, 2018 through December 31, 2018**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|-------------:|--------------:|-------------:|---------------:|---------------:|
| Ernest Galvan | 1.30 | 1.30 | $220.50 | $286.65 | $278.05 |
| F. Gail LaPurja | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Linda Woo | 4.60 | 4.50 | $220.50 | $992.25 | $962.48 |
| Lisa A. Ells | 15.10 | 15.10 | $220.50 | $3,329.55 | $3,229.66 |
| Sanford Jay Rosen | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **21.40** | **20.90** | | **$4,608.45** | **$4,470.19** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|-------------:|--------------:|-------------:|---------------:|---------------:|
| Ashley Kirby | 1.10 | 1.10 | $220.50 | $242.55 | $235.27 |
| **Total** | **1.10** | **1.10** | | **$242.55** | **$235.27** |

**GRAND TOTAL**  $4,851.00  $4,705.46

3344215

**Coleman v. Newsom**
**Fourth Quarter of 2018**
**October 1, 2018 through December 31, 2018**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Postage and Delivery | $14.50 | $14.50 |
| **Total** | | **$14.50** |

**GRAND TOTAL**                        **$14.50**

**Coleman v. Newsom**
**Fourth Quarter of 2018**
**October 1, 2018 through December 31, 2018**
Fees on Appeal of 4/19/17 Order, 489-18

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|-------------:|--------------:|-------------:|---------------:|---------------:|
| Cara E. Trapani | 1.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| Ernest Galvan | 3.90 | 3.90 | $220.50 | $859.95 | $834.15 |
| F. Gail LaPurja | 2.10 | 1.90 | $220.50 | $418.95 | $406.38 |
| Gay C. Grunfeld | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jessica L. Winter | 19.80 | 19.40 | $220.50 | $4,277.70 | $4,149.37 |
| Krista Stone-Manista | 2.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| Lisa A. Ells | 27.10 | 26.90 | $220.50 | $5,931.45 | $5,753.51 |
| Marc Shinn-Krantz | 1.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Marcus V. Levy | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Michael S. Nunez | 0.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| Michael W. Bien | 2.00 | 2.00 | $220.50 | $441.00 | $427.77 |
| Sanford Jay Rosen | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **61.70** | **54.10** | | **$11,929.05** | **$11,571.18** |

**GRAND TOTAL**                                    **$11,929.05**   **$11,571.18**

3344215

**Coleman v. Newsom**
**Fourth Quarter of 2018**
**October 1, 2018 through December 31, 2018**
Costs on Appeal of 4/19/17 Order, 489-18

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying and Printing | $70.00 | $70.00 |
| Westlaw/Lexis/Pacer | $346.55 | $346.55 |
| Travel | $2.00 | $2.00 |

**Total**                                    **$418.55**


**GRAND TOTAL**                    **$418.55**

3344215

**Coleman v. Newsom**
**Fourth Quarter of 2018**
**October 1, 2018 through December 31, 2018**
Fees on Appeal of 10/10/17 Order, 489-19

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|-------------:|--------------:|-------------:|---------------:|---------------:|
| Alex Gourse | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Cara E. Trapani | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Ernest Galvan | 1.90 | 1.90 | $220.50 | $418.95 | $406.38 |
| F. Gail LaPurja | 2.00 | 1.80 | $220.50 | $396.90 | $384.99 |
| Gregoria Z. Gonzalez | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jenny S. Yelin | 24.50 | 24.50 | $220.50 | $5,402.25 | $5,240.18 |
| Jessica L. Winter | 1.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Lisa A. Ells | 45.50 | 45.30 | $220.50 | $9,988.65 | $9,688.99 |
| Marc Shinn-Krantz | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Michael W. Bien | 2.50 | 2.00 | $220.50 | $441.00 | $427.77 |
| Sanford Jay Rosen | 1.90 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **80.60** | **75.50** | | **$16,647.75** | **$16,148.31** |

**GRAND TOTAL**                                         **$16,647.75    $16,148.31**

**Coleman v. Newsom**
**Fourth Quarter of 2018**
**October 1, 2018 through December 31, 2018**
Costs on Appeal of 10/10/17 Order, 489-19

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $13.40 | $13.40 |
| Westlaw/Lexis/Pacer | $784.80 | $784.80 |
| Travel | $15.00 | $15.00 |
| **Total** | | **$813.20** |

| | | |
|---|---|---|
| **GRAND TOTAL** | | **$813.20** |

**Coleman v. Newsom**
**Fourth Quarter of 2018**
**October 1, 2018 through December 31, 2018**
Fees on Appeal of 07/03/18 Order, 489-20

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Cara E. Trapani | 0.80 | 0.80 | $220.50 | $176.40 | $171.11 |
| F. Gail LaPurja | 0.70 | 0.50 | $220.50 | $110.25 | $106.94 |
| Jessica L. Winter | 1.10 | 0.60 | $220.50 | $132.30 | $128.33 |
| Lisa A. Ells | 1.50 | 1.50 | $220.50 | $330.75 | $320.83 |
| **Total** | **4.10** | **3.40** | | **$749.70** | **$727.21** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$749.70** | **$727.21** |

3344215

**Coleman v. Newsom**
**Fourth Quarter of 2018**
**October 1, 2018 through December 31, 2018**
Costs on Appeal of 07/03/18 Order, 489-20

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying and Printing | $4.00 | $4.00 |
| Westlaw/Lexis/Pacer | $0.60 | $0.60 |
| **Total** | | **$4.60** |

**GRAND TOTAL**                **$4.60**

3344215

**Coleman v. Newsom**
**Fourth Quarter of 2018**
**October 1, 2018 through December 31, 2018**
Fees on Writ of Golding Report, 489-21

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Cara E. Trapani | 1.50 | 1.20 | $220.50 | $264.60 | $256.66 |
| Ernest Galvan | 1.20 | 1.20 | $220.50 | $264.60 | $256.66 |
| Gregorio Z. Gonzalez | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jenny S. Yelin | 0.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jessica L. Winter | 3.90 | 3.80 | $220.50 | $837.90 | $812.76 |
| Lisa A. Ells | 3.90 | 3.90 | $220.50 | $859.95 | $834.15 |
| Marc Shinn-Krantz | 1.90 | 1.90 | $220.50 | $418.95 | $406.38 |
| Michael W. Bien | 1.70 | 1.70 | $220.50 | $374.85 | $363.60 |
| Sanford Jay Rosen | 0.80 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **15.20** | **13.70** | | **$3,020.85** | **$2,930.21** |

**GRAND TOTAL**                    $3,020.85      $2,930.21

3344215