Shawna L. Ballard (SBN 155188)
sballard@reichmanjorgensen.com
Kate M. Falkenstien (SBN 313753)
kfalkenstien@reichmanjorgensen.com
Reichman Jorgensen LLP
303 Twin Dolphin Drive, Suite 600
Redwood Shores, California 94065
Telephone: (650) 623-1401

*Attorneys for Plaintiffs Jorge Rico,
Christopher Lipsey, and Maher Suarez*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ANDRADE RICO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY BEARD, et al.,<br><br>　　　　　Defendants. | Case No. 2:17-cv-1402 KJM DB P<br><br>**NOTICE OF RELATED CASE** |

Plaintiff Jorge Rico files this Notice of Related Case pursuant to Local Rule 123(b). *Rico* has already been related to *Coleman v. Brown*, No. Civ. S-90-0520 KJM DAD PC; *Matthews v. Holland*, No. 1:14-cv-1959 KJM DB P; *Murillo v. Holland*, No. 1:15-cv-0266 KJM DB P; *Lipsey v. Barnes*, No. 2:18-cv-0362 KJM DB P; *Suarez v. Beard*, No. 2:18-CV-00340 KJM DB P; and *Wilson v. Beard*, No 1:15-cv-01424 KJM DB P. Undersigned counsel has now become aware of an additional case in this district that is also related to these cases: *Harris v. Sexton*, No. 1:18-cv-00080-DAD-SAB (PC).

The situation in *Harris* is the same as in *Rico* and the other related cases. In *Harris*, as in *Rico*, the plaintiff challenges the Guard One system adopted in *Coleman*. *Rico*, *Murillo*, and *Matthews* were first related to *Coleman* on the same grounds. *See* Order, *Rico v. Beard*, No. 2:17-cv-1402 KJM DB P, ECF #60 (Feb. 2, 2018). *Suarez* and *Lipsey* were also related on the same grounds after they were transferred from the Northern District. *See* Order, *Suarez v. Beard*, No.

1

2:18-cv-00340 KJM DB P, ECF #74 (Mar. 12, 2018). *Wilson* was related in a later order. *See* Order*, Wilson v. Beard*, No. 1:15-cv-01424 KJM DB P, ECF #31 (Oct. 24, 2018).

|  |  |
|---|---|
| DATED: March 27, 2019 | Respectfully submitted, |
|  | REICHMAN JORGENSEN LLP |
|  | By: /s/ Kate Falkenstien |
|  | Shawna L. Ballard (SBN 155188)<br>sballard@reichmanjorgensen.com<br>Kate M. Falkenstien (SBN 313753)<br>kfalkenstien@reichmanjorgensen.com<br>REICHMAN JORGENSEN LLP<br>303 Twin Dolphin Drive, Suite 600<br>Redwood Shores, California 94065<br>Telephone: (650) 623-1401 |
|  | *Attorneys for Plaintiffs Jorge Rico, Christopher Lipsey, and Maher Suarez* |