| | | |
|---|---|---|
| 1 | MICHAEL W. BIEN – 096891 | DONALD SPECTER – 083925 |
| | ERNEST GALVAN – 196065 | STEVEN FAMA – 099641 |
| 2 | LISA ELLS – 243657 | PRISON LAW OFFICE |
| | ROSEN BIEN GALVAN & | 1917 Fifth Street |
| 3 | GRUNFELD LLP | Berkeley, California 94710-1916 |
| | 101 Mission Street, Sixth Floor | Telephone: (510) 280-2621 |
| 4 | San Francisco, California 94105-1738 | |
| | Telephone: (415) 433-6830 | |

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-cv-00520-KJM-DB |
| Plaintiffs, | **STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2018** |
| v. | |
| GAVIN NEWSOM, et al., | Judge: Hon. Deborah Barnes |
| Defendants. | |

[3365158.1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2018 to Defendants via overnight delivery on February 5, 2019.  The parties completed their meet and confer process on March 20, 2019.  The parties have resolved all disputes regarding fees and costs for the Fourth Quarter of 2018, with an agreement to reduce claimed amounts to a total of $940,831.96 calculated at a rate of $220.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $940,831.96 plus interest is due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from March 9, 2019 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED:  March 22, 2019

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED:  March 22, 2019

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:  March 28, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

[3365158.1]