# ATTACHMENT C

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel 650.849.5300
www.gibsondunn.com

Benjamin Wagner
Direct: +1 650.849.5395
Fax: +1 650.849.5095
BWagner@gibsondunn.com

Client: 93877-00001

March 25, 2019

**VIA ELECTRONIC MAIL**

Hon. Deborah Barnes
U.S. Magistrate Judge
Eastern District of California
Robert Matsui Courthouse
501 I Street, 8th fl
Sacramento, California 95814

Re: *Coleman, et al. v. Newsom, et al.*; Response to Defendants' objection

Dear Judge Barnes:

    I am writing to respond to the defendants' letter dated March 22, 2019, responding to the neutral expert's invoice for services rendered in February, which this Court has reviewed. In their letter, the defendants state and reserve previously-stated objections and requests to the Court, but make no specific objections to the summary of the neutral expert's February invoice. Accordingly, we are submitting the final invoice for services rendered in February to the Court, and request that it be approved for payment.

Sincerely,

*/s/ Benjamin Wagner*

Benjamin B. Wagner

cc: Adriano Hrvatin, Supervising Deputy Attorney General
     Cara E. Trapani, Esq
     Matthew A Lopes, Jr., Esq
     Kerry F. Walsh, Esq.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.