Wendy E. Musell (State Bar No. 203507)
Elisa J. Stewart (State Bar No. 219557)
Maraka L. Willits (State Bar No. 209612)
Stewart & Musell, LLP
2200 Powell Street, Suite 440
Emeryville, CA 94608
Telephone: (415) 593-0083
Facsimile: (415) 520-0920
Email: wmusell@stewartandmusell.com
       estewart@stewartandmusell.com
       mwillits@stewartandmusell.com

Attorneys for Non-Party Witnesses
DR. MICHAEL GOLDING, M.D.
DR. MELANIE GONZALES, M.D.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et. al.,<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** WENDY E. MUSELL, counsel for Non- Party Witnesses, Dr. Michael Golding, M.D. and Dr. Melanie Gonzales, M.D., will not available for any purpose, including ex parte and statutory notice of any kind, from April 4th through April 15th, 2019.

Scheduling an appearance or other matter in counsel's absence is conduct subject to discipline. *Tenderloin Housing Clinic v. Sparks* (1992) 8 Cal.4th 299.

---

Notice of Unavailability of Counsel
Case No. 2:90-cv-00520 KJM-DB          Page 1

1  Dated: APRIL 2, 2019                    Respectfully submitted,
2                                          STEWART & MUSELL, LLP
3
4                                          /s/ *Wendy E. Musell*
                                           Wendy E. Musell
5                                          Attorney for Non-Party Witnesses
                                           DR. MICHAEL GOLDING, M.D.
6                                          DR. MELANIE GONZALES, M.D.