CHARLES J. STEVENS, SBN 106981
　cstevens@gibsondunn.com
BENJAMIN B. WAGNER, SBN 163581
　bwagner@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile:　415.393.8306

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | No. 2:90-cv-0520 KJM DB P<br><br>**NEUTRAL EXPERT'S REQUEST TO EXTEND TIME FOR COMPLETION OF REPORT** |

　　　Pursuant to the Court's order of appointment on December 14, 2018 (as amended on January 8, 2019), the Neutral Expert must submit its report within four months. ECF No. 6033 at 3; ECF No. 6064 at 4. "The time allowed for completion of the report will be extended only upon a showing that substantial work remains to complete the duties assigned by this order." *Id.*

　　　Consistent with the order of appointment and with Federal Rule of Civil Procedure 6(a)(1)(C), the Neutral Expert planned to submit the report on Monday, April 15, 2019. This investigation has been a massive undertaking in a relatively brief period of time, involving extensive document review, data analysis, and witness interviews on seven separate and complex issues. The Neutral Expert's team has worked intensely to complete the report without seeking additional time. However, over the past ten days we have received a substantial amount of additional information from Defendants and from various witnesses that is germane to our analysis. We believe that a short extension of time is

Gibson, Dunn &
Crutcher LLP

necessary in order to adequately analyze this information and incorporate the results of our analysis into the report. Accordingly, we request that the Court extend by one week the deadline for the filing of the Neutral Expert's report.

Based on the foregoing, I respectfully request that the Court approve an extension of the deadline for completion of the Neutral Expert's report to Monday, April 22, 2019.

Dated: April 9, 2019

BENJAMIN B. WAGNER
GIBSON, DUNN & CRUTCHER LLP

By: *[signature]*
Benjamin B. Wagner