UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | No. 2:90-cv-0520 KJM DB P<br><br><br><br><br>ORDER |

The neutral expert has requested a one-week extension of time, until Monday, April 22, 2019, to complete his report to the court. *See* ECF No. 6064 at 4. Good cause appearing, IT IS HEREBY ORDERED that:

　　　　1. The neutral expert's motion for extension of time, ECF No. 6123, is granted; and

　　　　2. The neutral expert shall submit his report to the court in accordance with the provisions of ¶ A(3) of the court's January 8, 2019 order on or before April 22, 2019.

DATED: April 10, 2019.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1