UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | |
| GAVIN NEWSOM, et al., | ORDER |
| Defendants. | |

As required by court order, ECF No. 6095, on March 8, 2019, the parties filed a joint status report on the status of settlement discussions as those discussions impact requirements of court orders concerning cultural collaboration training. In the status report, as required by the court's order, the parties propose a deadline of June 7, 2019 for defendants to submit to the court a final proposed Custody and Mental Health Partnership Plan (CMHPP).

Good cause appearing, IT IS HEREBY ORDERED that the proposed schedule for development of a final proposed Custody and Mental Health Partnership Plan (CMHPP) set out in the joint status report filed March 8, 2019, ECF No. 6103, is approved. Defendants shall file the final proposed CMHPP on or before June 7, 2019.

DATED: April 12, 2019.

_____
UNITED STATES DISTRICT JUDGE

1