XAVIER BECERRA
Attorney General of the State of California
MONICA N. ANDERSON
Senior Assistant Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
MANEESH SHARMA - 280084
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
Email: Maneesh.Sharma@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF - 240280
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | CASE NO. 2:90-cv-00520 KJM DAD P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>Defendants. | CASE NO. C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' NOTICE OF ERRATA AND ERRATA TO DECLARATION OF JULIE BASCO IN SUPPORT OF DEFENDANTS' APRIL 15, 2019 STATUS REPORT** |

1    PLEASE TAKE NOTICE that Defendants are filing concurrently with this notice the
2    Declaration of Julie Basco in Support of Defendants' April 15, 2019 Status Report.  (*See Plata*
3    ECF No. 3114 and *Coleman* ECF No. 6129.)  Defendants previously omitted Ms. Basco's
4    declaration from their April 15, 2019 filing.

DATED:  April 16, 2019                                HANSON BRIDGETT LLP

                                                      By:    */s/ Samantha Wolff*
                                                         PAUL B. MELLO
                                                         SAMANTHA D. WOLFF
                                                         *Attorneys for Defendants*

DATED:  April 16, 2019                                XAVIER BECERRA
                                                      Attorney General of California


                                                      By:    */s/ Jay C. Russell*
                                                         JAY C. RUSSELL
                                                         Supervising Deputy Attorney General
                                                         *Attorneys for Defendants*

-2-   Case No. 2:90-cv-00520 KJM DAD P
15419974.1   DEFS.' NOTICE OF ERRATA AND ERRATA