XAVIER BECERRA
Attorney General of the State of California
WILLIAM C. KWONG
Acting Senior Assistant Attorney General
JAY C. RUSSELL
DANIELLE F. O'BANNON
Supervising Deputy Attorneys General
MANEESH SHARMA - 280084
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-5500
Facsimile:  (415) 703-5843
Email:   Maneesh.Sharma@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF - 240280
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>  Defendants. | CASE NO. 2:90-cv-00520 KJM DAD P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>  Defendants. | CASE NO. C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF JULIE BASCO IN SUPPORT OF DEFENDANTS' APRIL 2019 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

I, Julie Basco, declare as follows:

1. I am the Deputy Director of the Office of Research within the Division of Correctional Policy Research and Internal Oversight for the California Department of Corrections and Rehabilitation (CDCR). In this role, I oversee publication of reports that are prepared by CDCR's Division of Correctional Policy Research and Internal Oversight, including the weekly population reports setting forth CDCR's total population, including within in-state institutions, camps and contract beds, the Department of State Hospitals, Community Rehabilitative Program Placements Supervision, out-of-state facilities, non-CDCR jurisdictions, and the parole community.

2. Attached as Exhibit A is a true and correct copy of the April 10, 2019 Daily Report of Population. This Daily Report of Population is published on a weekly basis by CDCR's Division of Correctional Policy Research and Internal Oversight as of midnight each Wednesday.

3. The Daily Report of Population has historically been made publicly available through CDCR's website. However, due to CDCR's implementation efforts with respect to Assembly Bill 434, the Daily Report of Population is temporarily unavailable for access through CDCR's website.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in Sacramento, California on April 16, 2019.

_____
Julie Basco

# Exhibit A

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
April 10, 2019

```
                          DAILY REPORT OF POPULATION
                         AS OF MIDNIGHT April 10, 2019

_____
_____TOTAL CDCR POPULATION_____

                                              CHANGE SINCE
                                              ___04/10/18__    *DESIGN  PERCENT   STAFFED
                        FELON/   CIVIL                                                    
                        OTHER #1 ADDICT  TOTAL    NO.    PCT.  CAPACITY OCCUPIED CAPACITY

A. TOTAL IN-CUSTODY/CRPP SUP  126,413  _____  126,413  -2,858   -2.2

  I.   IN-STATE              125,426  _____  125,426    -151   -0.1
       (MEN, Subtotal)       119,667         119,667     -87   -0.0
       (WOMEN, Subtotal)       5,759           5,759     -64   -1.0

    1. INSTITUTIONS/CAMPS    117,526  _____  117,526    -290   -0.2   89,763   130.9   125,775
       INSTITUTIONS          113,955         113,955    -402   -0.3   85,083   133.9   121,531
       CAMPS(CCC, CIW & SCC)   3,571           3,571    +112   +3.2    4,680    76.3     4,244

    2. IN-STATE CONTRACT BEDS  6,496  _____    6,496    +114   +1.7
       CCF PRIVATE             2,063           2,063      +6   +0.2
       CCF PUBLIC              1,782           1,782     +17   +0.9
       PRISONER MOTHER PGM        19              19      -2   -9.5
       CALIFORNIA CITY CF      2,395           2,395    +129   +5.6
       FCRF(MCFARLAND)           237             237     -36  -13.1

    3. DSH STATE HOSPITALS       188             188     -87  -31.6

    4. CRPP SUPERVISION       1,216  _____    1,216    +112  +10.1
       ACP                      180             180     +67  +59.2
       CCTRP                    377             377     +36  +10.5
       MCRP                     634             634     +14   +2.2
       MEDICAL PAROLE            25              25      -5  -16.6

  II. OUT OF STATE(COCF)       987  _____      987   -2,707  -73.2
      ARIZONA                  987              987   -1,998  -66.9

B. PAROLE                  49,555  _____   49,555   +2,987   +6.4
   COMMUNITY SUP(Active)   47,672          47,672   +3,060   +6.8
   COOP CASES   (Active) #3  1,883          1,883      -73   -3.7

C. NON-CDC JURISDICTION #4  1,041  _____    1,041      +21   +2.0
   OTHER STATE/FED. INST.     318             318      -11   -3.3
   OUT OF STATE PAROLE        675             675      +56   +9.0
   OUT OF STATE PAL            13              13       -1   -7.1
   CYA-W&IC 1731.5(c)
      INSTITUTIONS #5          35              35      -23  -39.6

D. OTHER POPULATIONS #6    6,322  _____    6,322     +329   +5.4
   INMATES
      OUT-TO-COURT, etc.    1,582           1,582     +339  +27.2
      ESCAPED                 200             200       +3   +1.5

   PAROLEES (PAL/RAL)       4,540           4,540      -13   -0.2

TOTAL CDCR POPULATION     183,331  _____  183,331     +479   +0.2

_____
CHANGE FROM LAST DAY
  A. TOTAL IN-CUSTODY        -62             -62
     (MEN, Subtotal)         -60             -60
     (WOMEN, Subtotal)        -2              -2
  B. PAROLE                  +42             +42
  D. PAROLEES (PAL/RAL)      -35             -35
_____
```

This report contains the latest available reliable population figures from SOMS.  They have been
carefully audited, but are preliminary, and therefore subject to revision.

*CDCR has added 1,584 beds and corresponding administrative and health care support facilities at
Mule Creek State Prison—792 beds on February 22, 2016 and an additional 792 beds on March 28, 2016.
On December 12, 2016 an additional 792 beds were added to the RJ Donovan Correctional Facility.  The
parties in the Three-Judge Court proceeding are currently engaged in the court-ordered meet-and-confer
process to reach an agreement on how such capacity should be counted.

Report #: SOMS-TPOP-1.

DAILY INSTITUTION/CAMPS POPULATION DETAIL                                          MIDNIGHT April 10, 2019

| INSTITUTIONS/CAMPS | FELON/OTHER | CIVIL ADDICT | TOTAL | DESIGN CAPACITY | PERCENT OCCUPIED | STAFFED CAPACITY |
|---|---|---|---|---|---|---|
| **MALE** | | | | | | |
| ASP  (Avenal SP) | 4,035 | | 4,035 | 2,920 | 138.2 | 4,370 |
| CAL  (Calipatria SP) | 3,542 | | 3,542 | 2,308 | 153.5 | 3,333 |
| CCC  (CA Correctional Center) | 4,048 | | 4,048 | 3,883 | 104.2 | 4,962 |
| CCI  (CA Correctional Institution) | 3,876 | | 3,876 | 2,783 | 139.3 | 4,120 |
| CEN  (Centinela SP) | 3,502 | | 3,502 | 2,308 | 151.7 | 3,333 |
| CHCF (CA Health Care Fac - Stockton) | 2,686 | | 2,686 | 2,951 | 91.0 | 2,951 |
| CIM  (CA Institution for Men) | 3,634 | | 3,634 | 2,976 | 122.1 | 4,186 |
| CMC  (CA Men's Colony) | 3,498 | | 3,498 | 3,838 | 91.1 | 4,398 |
| CMF  (CA Medical Fac) | 2,364 | | 2,364 | 2,361 | 100.1 | 2,847 |
| COR  (CA SP, Corcoran) | 3,305 | | 3,305 | 3,116 | 106.1 | 4,270 |
| CRC  (CA Rehabilitation Center) | 2,686 | | 2,686 | 2,491 | 107.8 | 3,210 |
| CTF  (Correctional Training Fac) | 5,488 | | 5,488 | 3,312 | 165.7 | 4,887 |
| CVSP (Chuckawalla Valley SP) | 2,763 | | 2,763 | 1,738 | 159.0 | 2,478 |
| DVI  (Deuel Vocational Institution) | 2,456 | | 2,456 | 1,681 | 146.1 | 2,353 |
| FOL  (Folsom SP) | 3,007 | | 3,007 | 2,066 | 145.5 | 2,895 |
| HDSP (High Desert SP) | 3,213 | | 3,213 | 2,324 | 138.3 | 3,361 |
| ISP  (Ironwood SP) | 2,597 | | 2,597 | 2,200 | 118.0 | 3,200 |
| KVSP (Kern Valley SP) | 3,730 | | 3,730 | 2,448 | 152.4 | 3,522 |
| LAC  (CA SP, Los Angeles County) | 3,142 | | 3,142 | 2,300 | 136.6 | 3,300 |
| MCSP (Mule Creek SP) | 4,061 | | 4,061 | 3,284 | 123.7 | 4,009 |
| NKSP (North Kern SP) | 3,998 | | 3,998 | 2,694 | 148.4 | 3,911 |
| PBSP (Pelican Bay SP) | 2,592 | | 2,592 | 2,380 | 108.9 | 3,250 |
| PVSP (Pleasant Valley SP) | 3,302 | | 3,302 | 2,308 | 143.1 | 3,333 |
| RJD  (RJ Donovan Correctional Fac) | 3,735 | | 3,735 | 2,992 | 124.8 | 3,942 |
| SAC  (CA SP, Sacramento) | 2,078 | | 2,078 | 1,828 | 113.7 | 2,449 |
| SATF (CA Substance Abuse Treat Fac) | 5,522 | | 5,522 | 3,424 | 161.3 | 5,111 |
| SCC  (Sierra Conservation Center) | 4,102 | | 4,102 | 3,936 | 104.2 | 4,570 |
| SOL  (CA SP, Solano) | 4,320 | | 4,320 | 2,610 | 165.5 | 3,882 |
| SQ   (San Quentin SP) | 3,869 | | 3,869 | 3,082 | 125.5 | 3,984 |
| SVSP (Salinas Valley SP) | 3,402 | | 3,402 | 2,452 | 138.7 | 3,409 |
| VSP  (Valley SP) | 3,033 | | 3,033 | 1,980 | 153.2 | 2,954 |
| WSP  (Wasco SP) | 4,849 | | 4,849 | 2,984 | 162.5 | 4,351 |
| **MALE TOTAL:** | 112,435 | | 112,435 | 85,958 | 130.8 | 117,131 |
| **FEMALE** | | | | | | |
| CCWF (Central CA Women's Fac) | 2,876 | | 2,876 | 2,004 | 143.5 | 2,964 |
| CIW  (CA Institution for Women) | 1,772 | | 1,772 | 1,398 | 126.8 | 1,877 |
| FOL  (Folsom SP) | 442 | | 442 | 403 | 109.7 | 530 |
| SQ   (San Quentin SP) | 1 | | 1 | 3,082 | 0.0 | 3,273 |
| **FEMALE TOTAL:** | 5,091 | | 5,091 | 3,805 | 133.8 | 8,644 |
| **INSTITUTIONS/CAMPS TOTAL:** | 117,526 | | 117,526 | 89,763 | 130.9 | 125,775 |

Report #: SOMS-TPOP-1, Page 2

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
April 10, 2019

```
                      DAILY REPORT OF POPULATION
                                NOTES
                     AS OF MIDNIGHT April 10, 2019
```

- #1  Felon/Other counts are safekeepers, federal cases and inmates from other states, felons, county diagnostic cases and Division of Juvenile Justice youths.

- #3  Cooperative Cases are parolees from other states being supervised in California.

- #4  Non-CDC Jurisdiction are California cases being confined in or paroled to other states or jurisdictions.

- #5  Welfare and Institution Code (W&IC) 1731.5(c) covers persons under the age of 21 who were committed to CDCR, had their sentence amended, and were incarcerated at the Division of Juvenile Justice for housing and program participation.

- #6  Other Population includes inmates temporarily out-to-court, inmates in hospitals, escapees, and parole and outpatient absconders.