UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | No. 2:90-cv-0520 KJM DB P<br><br><br>ORDER |

The matter of payment of the special master has been referred to this court by the district court. The court has reviewed the bill for services provided by the Special Master in the above-captioned case through the month of March 2019. Pending deposit of additional funds as required by the district court's May 1, 2019 order, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to pay to

    Pannone Lopes Devereaux & O'Gara LLC
    Attn: Matthew A. Lopes, Jr., Esq., Special Master
    Northwoods Office Park, Suite 215N
    1301 Atwood Avenue
    Johnston, RI 02919

the amount of $450,000.00 as partial payment of the statement attached to this order;

2. The Clerk of the Court of the court shall pay balance of $101,339.61 on that statement upon receipt of defendants' next deposit of funds; and

3. A copy of this order shall be served on the financial department of this court.

DATED: May 1, 2019

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

hg/orders.coleman/cole19.mar.pp

| | | |
|---|---|---|
| RALPH COLEMAN, et al.,     :  |  |  |
|     Plaintiffs,     :  |  |  |
|                                :  | No. Civ. S-90-0520 LKK JFM P |  |

**RALPH COLEMAN, et al.,**
    Plaintiffs,

v.

**EDMUND G. BROWN, JR., et al.**
    **Defendants.**

No. Civ. S-90-0520 LKK JFM P

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through March 31, 2019.

Matthew A. Lopes, Jr., Special Master
    Services                             $ 5,720.00
    Disbursements             $25,102.08

        Total amount due                $30,822.08

Mohamedu F. Jones, J.D., Deputy Special Master
    Services                             $48,580.00
    Disbursements             $     0.00

        Total amount due                $48,580.00

Kerry F. Walsh, J.D.
    Services                             $32,803.00
    Disbursements             $     0.00

        Total amount due                $32,803.00

Kristina M. Hector, J.D.
    Services                             $44,767.50
    Disbursements             $     0.00

        Total amount due                $44,767.50

Steven W. Raffa, J.D.
    Services                             $39,279.50
    Disbursements             $     0.00

        Total amount due                $39,279.50

Regina M. Costa, MSW., J.D.
    Services                             $36,836.00
    Disbursements             $     0.00

        Total amount due                $36,836.00

LaTri-c-ea McClendon-Hunt
    Services                       $39,996.50
    Disbursements             $      0.00

        Total amount due                    $39,996.50

Angelyne E. Cooper
    Services                       $26,555.00
    Disbursement              $      0.00

        Total amount due                    $26,555.00

Kerry C. Hughes, M.D.
    Services                       $42,233.00
    Disbursements             $ 3,106.27

        Total amount due                    $45,339.27

Jeffrey L. Metzner, M.D.
    Services                       $18,865.00
    Disbursements             $ 2,181.10

        Total amount due                    $21,046.10

Mary Perrien, Ph.D.
    Services                       $22,770.00
    Disbursements             $ 5,774.41

        Total amount due                    $28,544.41

Patricia M. Williams, J.D.
    Services                       $31,457.00
    Disbursements             $ 2,685.84

        Total amount due                    $34,142.84

Henry A. Dlugacz, MSW, J.D.
    Services                       $14,541.00
    Disbursements             $ 1,654.64

        Total amount due                    $16,195.64

Lindsay M. Hayes
    Services                       $ 2,200.00
    Disbursements             $      0.00

        Total amount due                    $ 2,200.00

| | | |
|---|---|---|
| Timothy A. Rougeux | | |
| Services | $13,341.50 | |
| Disbursements | $ 1,625.37 | |
| Total amount due | | $14,966.87 |
| Cynthia A. Radavsky, M.Ed | | |
| Services | $ 8,002.60 | |
| Disbursements | $   553.29 | |
| Total amount due | | $ 8,555.89 |
| Roderick Q. Hickman | | |
| Services | $ 1,762.50 | |
| Disbursements | $     0.00 | |
| Total amount due | | $ 1,762.50 |
| Maria Masotta, Psy.D. | | |
| Services | $31,281.00 | |
| Disbursements | $ 4,209.22 | |
| Total amount due | | $35,490.22 |
| Karen Rea PHN, MSN, FNP | | |
| Services | $32,494.00 | |
| Disbursements | $ 1,348.79 | |
| Total amount due | | $33,842.79 |
| EmployStats | | |
| Services | $ 9,613.50 | |
| Disbursements | $     0.00 | |
| Total amount due | | $ 9,613.50 |
| **TOTAL AMOUNT TO BE REIMBURSED** | | **$551,339.61** |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master