1 | Wendy Musell, SBN 203507
2 | Stewart & Musell, LLP
  | 2200 Powell Street, Suite 440
3 | Emeryville, CA 94608
  | 415-593-0083
4 | Fax: 415-520-0920
  | E-mail: wmusell@stewartandmusell.com

5

6 | Attorneys for Non-party Witness
  | Michael Golding

7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAPLH COLEMAN, et.al., | ) | **Case No.: 2:90-CV-0520 KMJ DB P** |
|---|---|---|
| Plaintiffs, | ) ) ) | **RESPONSE TO ORDER DATED APRIL 26, 2019 [DOCUMENT 6135] FOR DR. MICHAEL GOLDING AND DR. MELANIE GONZALEZ RE WHETHER NEUTRAL EXPERT REPORT SHOULD BE FILED ON THE PUBLIC DOCKET** |
| v. | ) ) ) ) | |
| EDMUND G. BROWN, JR., et. al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to the Court's Order, dated Aril 26, 2019, Document 6135, requesting that Michael Golding, M.D. and Melanie Gonzalez, M.D. "show cause in writing, if any they have, why the Neutral Expert Report submitted to the court on April 22, 2019 should not be filed on the public docket," Drs. Golding and Gonzalez submit the following:

The Neutral Expert Report, which investigated certain discrete issues set forth in Dr. Golding's CDCR Mental Health Performance Report (referred to as the "Golding Report"), and matters raised by Dr. Gonzalez are matters of great public concern that implicate public safety and the proper administration of justice. There is a compelling public interest in the results of the Neutral Expert Report.

**RESPONSE TO ORDER DATED APRIL 26, 2019 [DOCUMENT 6135] FOR DR. MICHAEL GOLDING AND DR. MELANIE GONZALEZ RE WHETHER NEUTRAL EXPERT REPORT SHOULD BE FILED ON THE PUBLIC DOCKET**
Case No. 2:90-CV-0520 KMJ DB P

1

Further, we are aware of no compelling public interest that would require that the matters set forth in the Neutral Expert Report be redacted or otherwise sealed. As set forth in our prior submissions to the Court, there is a strong public policy, rooted in the First Amendment of the Unites States Constitution as well as statutory law in allowing open court proceedings. *See Nixon v. Warner Communications, Inc*., 435 U.S. 589, 596–97 (1978) (public right of access to court proceedings and records); *Richmond Newspapers, Inc. v. Virginia*, 448 U.S. 555, 580 (1980) (First Amendment of the United States Constitution confers a public right of access to court proceedings and trials).

Sealing or redaction of proceedings or records to preserve confidentiality must be narrowly tailored to a compelling confidentiality interest. *Times Mirror Co. v. United States,* 873 F.2d 1210, 1211, n. 1. (9th Cir. 1989); *San Jose Mercury News v. U.S. Dist. Court*, 187 F.3d 1096, 1102–03 (9th Cir. 1999); *Phoenix Newspapers, Inc. v. U.S. Dist. Court*, 156 F.3d 940 (9th Cir. 1998). *See also Leucadia, Inc. v. Applied Extrusion Techs., Inc.*, 998 F.2d 157, 165 (3d Cir. 1993) ("we hold there is a presumptive right to public access to all material filed in connection with nondiscovery pretrial motions, whether these motions are case dispositive or not, but no such right as to discovery motions and their supporting documents"). As the First Circuit Court of Appeals in *R&G Mortgage Corp. v. Fed. Home Loan Mortgage Corp*., 584 F.3d 1, 12 (1st Cir. 2009) aptly put it, "[s]ealing orders are not like party favors, available upon request or as a mere accommodation." This is consistent with the Federal Rule of Civil Procedure Rule 5.2, Privacy Protection for Filings Made with the Court, which specify limited portions of records that are permitted to be redacted, absent a further court order.

There does not appear to be any identifying patient information, patient names, or medical records in the Neutral Expert Report that would require redaction in order to protect the right to privacy in medical information of patients. Further, Drs. Golding and Gonzalez have already identified themselves as whistleblowers before this Court in prior court submissions. Drs. Golding and Gonzalez, therefore, are not aware of any other interest that would rise to the level of compelling interest that would require redaction or sealing of any part of the Neutral Expert Report.

Respectfully submitted,

/s/ Wendy Musell
WENDY MUSELL

STEWART & MUSELL, LLP
Attorneys for Michael Golding, M.D. and Melanie Gonzalez, M.D.

**RESPONSE TO ORDER DATED APRIL 26, 2019 [DOCUMENT 6135] FOR DR. MICHAEL GOLDING AND DR. MELANIE GONZALEZ RE WHETHER NEUTRAL EXPERT REPORT SHOULD BE FILED ON THE PUBLIC DOCKET**
Case No. 2:90-CV-0520 KMJ DB P

3