XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JAY C. RUSSELL, State Bar No. 122626
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3577
  Fax:  (415) 703-5843
  E-mail:  Adriano.Hrvatin@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' RESPONSE TO THE COURT'S APRIL 26, 2019 ORDER REGARDING THE FILING OF GIBSON, DUNN & CRUTCHER LLP'S APRIL 22, 2019 REPORT** |

Without waiving Defendants' objections to the Court's orders appointing Gibson, Dunn & Crutcher LLP as an expert in this matter, which are pending on appeal, Defendants do not object to the Court filing an unredacted version of Gibson Dunn's April 22, 2019 report on the case's public docket.

Dated:  May 3, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California

/s/ Adriano Hrvatin

ADRIANO HRVATIN
Supervising Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
21441273.docx

1