| | |
|---|---|
| 05-030-DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237 |
| CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California  94111-4805<br>Telephone:   (415) 621-2493 | MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' RESPONSE TO APRIL 26, 2019 ORDER TO SHOW CAUSE RE PUBLIC FILING OF THE NEUTRAL EXPERT REPORT**<br><br>Judge:   Hon. Kimberly J. Mueller |

In response to this Court's April 26, 2019 Order to Show, ECF No. 6135, Plaintiffs hereby join with Drs. Golding and Gonzalez in urging this Court to promptly file the Neutral Expert's April 22, 2019 report on the public docket in unredacted form. The report is a matter of great public concern, and Defendants do not object to its public filing. *See* Defs.' Response to April 26 OSC, ECF. No. 6143; *see also Nixon v. Warner Comm's*, 435 U.S. 589, 596-97 (1978); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1134 (9th Cir. 2003).

DATED: May 3, 2019         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ *Lisa Ells*
    Lisa Ells

Attorneys for Plaintiffs