XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TOBIAS G. SNYDER, State Bar No. 289095
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' REQUEST FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION UNDER FED. R. CIV. P. 67**<br><br>Judge: The Honorable Kimberly J. Mueller |

**TO THE COURT, PLAINTIFFS, AND COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** under this District's Civil Local Rules 230(d) and 137(c), Defendants request leave to file a reply supporting their motion under Federal Rule of Civil Procedure 67 for leave permitting Defendants to deposit any remaining compensation owed the Court's expert into the Court's registry or, alternatively, to modify the Court's December 14, 2018 and January 8, 2019 appointment orders under Federal Rule of Civil Procedure 60(b). Local Rule 230(d) allows the moving party to reply to "any opposition filed by a responding party" at least seven days before the date of the hearing. E.D. Civ. L.R. 230(d). Defendants' motion was

1

Defs.' Request for Leave to File Reply  (2:90-cv-00520 KJM-DB (PC))

noticed for hearing on May 16, 2019.  (ECF No. 6121.)  However, after Plaintiffs filed an opposition to Defendants' motion (ECF No. 6138), the Court vacated the May 16, 2019 hearing and ordered the matter submitted without oral argument under Local Rule 230(g).  (ECF No. 6139.)  The Court's order deprived Defendants of their right to reply under Local Rule 230(d) and prejudiced Defendants' ability to address Plaintiffs' arguments.  Accordingly, Defendants request leave to file the attached reply brief to create a fair and complete record for the Court's consideration of Defendants' motion and for appellate review, particularly given Defendants' pending appeal of the Court's appointment orders.

Dated:  May 14, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Tyler V. Heath*

TYLER V. HEATH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
13723241

2

Defs.' Request for Leave to File Reply  (2:90-cv-00520 KJM-DB (PC))