1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  DAMON MCCLAIN
   ADRIANO HRVATIN
4  Supervising Deputy Attorneys General
   ELISE OWENS THORN, State Bar No. 145931
5  TYLER V. HEATH, State Bar No. 271478
   TOBIAS G. SNYDER, State Bar No. 289095
6  Deputy Attorneys General
    1300 I Street, Suite 125
7   P.O. Box 944255
    Sacramento, CA 94244-2550
8   Telephone:  (916) 324-4921
    Fax:  (916) 324-5205
9   E-mail:  Elise.Thorn@doj.ca.gov
   *Attorneys for Defendants*

10

11                  IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13                        SACRAMENTO DIVISION

14

| | |
|---|---|
| 15 **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| 16                                    Plaintiffs, | |
| 17 **v.** | **DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |
| 18 | |
| 19 **GAVIN NEWSOM, et al.,** | |
| 20                                    Defendants. | |

21

22         Defendants California Department of Corrections and Rehabilitation (CDCR) and

23  Department of State Hospitals (DSH) file the attached reports capturing data concerning patient

24  census, waitlists, and compliance with transfer timelines for inpatient mental health care in

25  compliance with the Court's October 13, 2015 order.  (ECF No. 5367.)  A letter from CDCR and

26  DSH is attached enclosing the following census and inpatient reports, as modified under the

27  April 19, 2017 order (ECF No. 5610):  (1) DSH CDCR Patient Census and Waitlist Report

28  (Exhibit A); (2) CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and

                                          1

1   Waitlist Report as of April 29, 2019; (3) CDCR Mental Health Crisis Bed *Coleman* Patient

2   Census and Waitlist Report as of April 19, 2019 (Exhibit C); (4) Psychiatric Inpatient Programs

3   Census Report as of 04/29/2019 (Exhibit D); (5) CDCR Inpatient Program Referrals: Compliance

4   with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in

5   April 2019 (Exhibit E); and (6) DSH Psychiatric Inpatient Timelines Compliance Report, Patients

6   Admitted April 1 through April 30, 2019 Who Waited Beyond Program Guide Timelines

7   (Exhibit F).

8          The current compliance reports at Exhibits E and F show that no patients admitted to

9   inpatient programs in April 2019 transferred to inpatient care beyond Program Guide timelines

10  without an exception.

11  Dated: May 15, 2019                          Respectfully submitted,

12                                               XAVIER BECERRA
                                                 Attorney General of California
13                                               ADRIANO HRVATIN
                                                 Supervising Deputy Attorney General
14
                                                 */s/ Elise Owens Thorn*
15                                               ELISE OWENS THORN
                                                 Deputy Attorney General
16                                               *Attorneys for Defendants*

17

18  CF1997CS0003

19

20

21

22

23

24

25

26

27

28

2

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                  EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



May 15, 2019

Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. Hrvatin and Ms. Thorn:

        The California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) submit their monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

        The DSH CDCR Patient Census and Waitlist Report, attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted April 1 through April 30, 2019 Who Waited Beyond Program Guide Timelines, attached as Exhibit F, are based on data from the DSH Bed Utilization Management Report.

        The CDCR Psychiatric Inpatient Programs (PIP) Coleman Patient Census and Waitlist Report as of April 29, 2019 (Exhibit B), the CDCR Mental Health Crisis Bed Coleman Patient Census and Waitlist Report as of April 19, 2019 (Exhibit C), the Psychiatric Inpatient Programs Census Report as of 04/29/2019 (Exhibit D), and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in April 2019 (Exhibit E), are generated using data from CDCR's tracking software, the Referrals to Inpatient Programs Application.

        The reports attached as Exhibits A through D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports.  The reports attached as Exhibits E and F are compliance reports from CDCR and DSH, both of which include requested compliance data for all referrals admitted to inpatient care in April 2019, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.  No patients admitted to an inpatient program in April 2019 were transferred beyond Program Guide timelines without an exception.

Sincerely,

/s/ *Katherine Tebrock*                                    /s/ *Stephanie Clendenin*
KATHERINE TEBROCK                                  STEPHANIE CLENDENIN
Deputy Director                                              Acting Director
Statewide Mental Health Program                 Department of State Hospitals

# Exhibit A

Case 2:90-cv-00520-KJM-SCR    Document 6152    Filed 05/15/19    Page 5 of 20

State of California
**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

GAVIN NEWSOM, Governor

DSH

## DSH CDCR Patient Census and Waitlist Report
Data as of: 4/29/19

### Acute Care Patients

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **-** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(Includes 0 Waiting >10 Days)** |

### Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 133 | 0 | 0 | 0 | 123 | | | | |
| Coalinga | 50 | 46 | 1 | 0 | 0 | 3 | | | | |
| **Total** | **306** | **179** | **1** | **0** | **0** | **126** | **6** | **2** | **8** | **16** |
| | | | | | | | | | | **(Includes 0 Waiting >30 Days)** |

### Intermediate Care Low Custody - Unlocked Dorms - Female

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 5 | 0 | 0 | 0 | 25 | 0 | 0 | 0 | 0 |
| **Total** | **30** | **5** | **0** | **0** | **0** | **25** | **0** | **0** | **0** | **(Includes 0 Waiting >30 Days)** |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH.
[2]Redlined beds are temporarily unavailable due to repairs.
[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.
[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.
[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown to DSH or Level of Care change.
[6]Beds at DSH-P are for female patients only.

Source: BUMMs

# Exhibit B

**CDCR Psychiatric Inpatient Programs (PIP)**
**Coleman Patient Census and Waitlist Report as of April 29, 2019**

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals[4] | Accepted Referrals[5] | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 214 | 126 | 2 | 1 | 7 | 78 | 19 | 8 | 27 | 1 | |
| California Medical Facility (CMF) | 182 | 114 | 15 | 2 | 0 | 51 | | | | | |
| Total | 396 | 240 | 17 | 3 | 7 | 129 | 19 | 8 | 27 | 1 | 0 |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 72 | 5 | 0 | 0 | 7 | 2 | 3 | 5 | | |
| Total | 84 | 72 | 5 | 0 | 0 | 7 | 2 | 3 | 5 | | 0 |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 300 | 275 | 2 | 1 | 7 | 15 | 21 | 6 | 27 | | |
| CMF Multi Cell | 70 | 57 | 3 | 0 | 0 | 10 | | | | | |
| CMF Single Cell | 130 | 118 | 8 | 0 | 0 | 4 | | | | | |
| Salinas Valley State Prison (SVSP) Multi Cell | 44 | 19 | 3 | 20 | 0 | 2 | | | | | |
| SVSP Single Cell | 202 | 137 | 7 | 54 | 0 | 4 | | | | | |
| Total | 746 | 606 | 23 | 75 | 7 | 35 | 21 | 6 | 27 | | 0 |

| MALE CONDEMNED PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 34 | 30 | 0 | 1 | 0 | 3 | 0 | 0 | 0 | 0 | |
| Total | 34 | 30 | 0 | 1 | 0 | 3 | 0 | 0 | 0 | 0 | 0 |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 37 | 1 | 0 | 0 | 7 | 1 | 0 | 1 | 0 | |
| Total | 45 | 37 | 1 | 0 | 0 | 7 | 1 | 0 | 1 | 0 | 0 |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days* | Total Intermediate Referrals Waiting > 30 Days** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GRAND TOTALS - ALL PIPS | 1305 | 985 | 46 | 79 | 14 | 181 | 43 | 17 | 60 | 1 | 0 |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient. The referral is either pending clinical acceptance by the PIP or the patient's pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable for patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

*SVPP redline beds are due to plumbing/repair.
**The one Acute referral, waiting greater than 10 days, is pending a medical hold exception.

# Exhibit C

**CDCR Mental Health Crisis Bed**

*Coleman* **Patient Census and Waitlist Report as of**

**April 29, 2019**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 433 | 280 | 39 | 114 | 7 | 7 | 0 |
| Female Programs | 41 | 20 | 0 | 21 | 1 | 1 | 0 |
| **Totals** | **474** | **300** | **39** | **135** | **8** | **8** | **0** |

CCHCS, Health Care Placement Oversight Program

Data Source: HEART

# Exhibit D

Monday, 4/29/2019

Time: 04:30 PM

## PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 04/29/2019

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 182 | No Score: | 9 |
| | | Level I: | 5 |
| | | Level II: | 28 |
| | | Level III: | 22 |
| | | Level IV | 50 |
| | | **Total Census:** | **114** |
| PIP-Stockton | 214 | No Score: | 8 |
| | | Level I: | 7 |
| | | Level II: | 26 |
| | | Level III: | 16 |
| | | Level IV | 69 |
| | | **Total Census:** | **126** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| **Totals for Male Acute** | **396** | | **240** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 300 | No Score: | 8 |
| | | Level I: | 11 |
| | | Level II: | 44 |
| | | Level III: | 51 |
| | | Level IV | 161 |
| | | **Total Census:** | **275** |
| | | *Total out of LRH:* | *182* |
| PIP-Vacaville | 130 | No Score: | 6 |
| | | Level I: | 5 |
| | | Level II: | 32 |
| | | Level III: | 17 |
| | | Level IV | 58 |
| | | **Total Census:** | **118** |
| | | *Total out of LRH:* | *77* |
| PIP-Vacaville Multi-person Cells | 70 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 15 |
| | | Level III: | 11 |
| | | Level IV | 29 |
| | | **Total Census:** | **57** |
| | | *Total out of LRH:* | *27* |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

Monday, 4/29/2019

Time: 04:30 PM

### PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 04/29/2019

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Salinas Valley | 202 | No Score: | 0 |
| | | Level I: | 3 |
| | | Level II: | 20 |
| | | Level III: | 21 |
| | | Level IV | 54 |
| | | PC 1370: | 36 |
| | | WIC 7301: | 3 |
| | | **Total Census:** | **137** |
| | | *Total out of LRH:* | *75* |
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 3 |
| | | Level III: | 5 |
| | | Level IV | 11 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **19** |
| | | *Total out of LRH:* | *10* |
| **Totals for Male ICF High Custody** | **746** | | **606** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 27 |
| | | Level III: | 19 |
| | | Level IV | 24 |
| | | **Total Census:** | **72** |
| | | *Total out of LRH:* | *19* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 12 |
| | | Level II: | 77 |
| | | Level III: | 26 |
| | | Level IV | 18 |
| | | **Total Census:** | **133** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 9 |
| | | Level II: | 22 |
| | | Level III: | 7 |
| | | Level IV | 8 |
| | | **Total Census:** | **46** |
| **Totals for Male ICF Low Custody** | **390** | | **251** |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

Monday, 4/29/2019

Time: 04:30 PM

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 04/29/2019**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Condemned Program** | | | |
| PIP-San Quentin | 33 | Total Census: | **30** |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 3 |
| | | Level III: | 0 |
| | | Level IV | 1 |
| | | **Total Census:** | **5** |
| PIP-California Institution for Women | 45 | No Score: | 4 |
| | | Level I: | 4 |
| | | Level II: | 9 |
| | | Level III: | 5 |
| | | Level IV | 15 |
| | | **Total Census:** | **37** |
| | | *Total out of LRH:* | **8** |
| **Totals for Female ICF/Acute** | **75** | | **42** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1640** | | **1169** |

❖ **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Programs:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

# Exhibit E

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN APRIL 2019 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 199 | 185 | 0 | 14 | 0 | 0 | 0 |
| Acute (APP) | 156 | 153 | 1 | 2 | 1 | 0 | 0 |
| TOTALS | 355 | 338 | 1 | 16 | 1 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP.  Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU); or if accepted at a Department of State Hospitals (DSH) program, upon DSH acceptance.
[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, and/or on medical or Vitek holds.

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**
**APRIL 2019**

| Referral Type | Referring Institution | CDCRNbr | Last Name | Referring Level of Care | IDTT Referral Date | Date Referral Received Complete by MH IRU (Timeframes Start) | Date Referral Sent to HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | KVSP | ▮ | ▮ | MHCB | 04/15/2019 | 04/16/2019 | 04/16/2019 | Acute / preliminary Unlocked Dorms | 04/17/2019 | APP: VPP | 04/17/2019 06:46:00 |

## DETAIL OF APP REFERRALS OUT OF COMPLIANCE
### APRIL 2019

| HCPOP Endorsement Location | HCPOP Endorsement Date | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Review Comments | Referral Status | Days from Referral to MH IRU and Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| APP: VPP | 04/17/2019 10:17:00 | APP: VPP | 04/29/2019 | APP: VPP | 04/30/2019 16:01:00 | EXCEPTION: 4 days Medical Hold | Admitted | 14 | N | 4 |

**TOTAL DAYS OUT OF COMPLIANCE:** 0

# Exhibit F

State of California

# DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

GAVIN NEWSOM, Governor

## DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted April 1 through April 30, 2019 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfers).

[3]Includes patients admitted in April 2019 who waited greater than 30 days from the DSH referral received date.

[4]Includes the total number of days patients admitted in April 2019 waited beyond 30 days from the DSH referral received date.

Source: BUMMs

1 of 2

State of California
GAVIN NEWSOM, Governor

# DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION

Patient Management Unit
1600 North Street, Room 420
Sacramento, CA 95814

## DSH Psychiatric Inpatient Timelines Compliance Report
### Patients Admitted April 1 through April 30, 2019 Who Waited Beyond Program Guide Timelines

### *Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|------|--------|---------------------------|------------------------|-----------------------------------------------------|--------------------|----------------|----------------------------------------|---------------------|
| - | - | - | - | - | - | - | - | - |
| **Total Number of Patients Waiting Over 30 Days** | 0 | **Total Number of Days All Patients** | 0 | 0 | 0 | 0 | 0 | - |

2 of 2