# ATTACHMENT C

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1881 Page Mill Road
Palo Alto, CA 94304-1211
Tel 650.849.5300
www.gibsondunn.com

Benjamin Wagner
Direct: +1 650.849.5395
Fax: +1 650.849.5095
BWagner@gibsondunn.com

MAY 10, 2019

Client: 93877-00001

VIA ELECTRONIC MAIL

Hon. Deborah Barnes
U.S. Magistrate Judge
Eastern District of California
Robert Matsui Courthouse
501 I Street, 8th fl
Sacramento, California 95814

Re:     *Coleman, et al. v. Newsom, et al.*; Response to Defendants' objection

Dear Judge Barnes:

I am writing to respond to the defendants' letter dated May 7, 2019, concerning the
neutral expert's invoice dated April 11, 2019, for services rendered in March. In their letter,
the defendants state and reserve previously-stated objections, and make other requests to the
Court. I write only to address the two specific items in the invoice which the defendants
raise in their letter.

First, defendants inquire about the $15,950 cost item in the invoice for "outside
services/consultants." The neutral expert represents that this expense consists entirely of
time incurred by Greg Nelson, an expert in litigation support services, who was included in
the initial designation of the investigative team in the neutral expert's filing on December 17,
2018. ECF 6044. Second, the defendants inquire about the $3,053 cost item in the invoice
for "transcripts/digesting." This cost is entirely for the preparation of transcripts of
interviews of CDCR witnesses by the court reporter, which cost was necessitated by the
defendants' decision to require formal transcripts of the interviews of their witnesses. There
was no "digesting" of transcripts done – this reference is merely to a description of the
category of costs that Gibson Dunn's billing department assigns to court reporting costs in
invoices.

In accordance with the Court's order, we have submitted the final invoice for services
rendered in march to the Court, and request that it be approved for payment.

Sincerely,

Benjamin B. Wagner

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.