DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | CASE NO. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND ORDER SETTING SCHEDULE FOR FINALIZING PROPOSED ADDENDUM FOR EXCEPTIONS TO 24-HOUR TRANSFER TIMELINE FOR MHCB CARE**<br><br>Judge: Hon. Kimberly J. Mueller |

[3383220.3]

STIPULATION AND ORDER SETTING SCHEDULE FOR FINALIZING PROPOSED ADDENDUM FOR
EXCEPTIONS TO 24-HOUR TRANSFER TIMELINE FOR MHCB CARE

1    The Court's April 26, 2019 Order instructed the parties to suggest a schedule "for
2  finalizing the proposed addendum covering exceptions to the twenty-four hour timeline for
3  transfer to mental health crisis bed (MHCB) care." ECF No. 6135 at 2. The parties have
4  met and conferred regarding a schedule and accordingly stipulate as follows:

5    1.    As contemplated by the August 14, 2017 Supplemental Stipulation and
6  Order, *see* ECF No. 5660 at 3, Defendants shall provide "individual patient-level data" to
7  Plaintiffs and the Special Master "as part of the process for developing the addendum," so
8  that the parties may "discuss on a monthly basis any Mental Health Crisis Bed transfer that
9  may qualify for an exception to the Program Guide timelines." *Id.* at 2. Defendants agree
10 to provide the first set of patient-level data no later than May 24, 2019.

11   2.    The parties and Special Master will meet at least monthly between June 2019
12 and August 2019 to discuss the data and the application of proposed exceptions to the
13 twenty-four hour timeline to individual patients, and to finalize the proposed language for
14 the Program Guide Addendum.

15   3.    The parties will submit the proposed Addendum to the Court no later than
16 August 30, 2019.

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[3383220.3]

4.    The Special Master has reviewed this stipulation and has no objection to the proposed schedule.

DATED:  May 3, 2019                   Respectfully submitted,

                                      ROSEN BIEN GALVAN & GRUNFELD LLP


                                      By:     /s/ *Jenny S. Yelin*
                                              Jenny S. Yelin

                                      Attorneys for Plaintiffs


DATED:  May 3, 2019                   Respectfully submitted,

                                      XAVIER BECERRA
                                      Attorney General of California


                                      By:     /s/ *Tyler V. Heath*
                                              Tyler V. Heath
                                              Deputy Attorney General

                                      Attorneys for Defendants

[3383220.3]

**ORDER**

It is hereby ordered that:

1.      Defendants shall provide the first set of patient-level data, as described in paragraph 1 of the foregoing stipulation, to Plaintiffs and the Special Master no later than May 24, 2019.

2.      The parties and Special Master shall meet at least monthly between June 2019 and August 2019 to discuss the data and the application of proposed exceptions to the twenty-four hour timeline to individual patients, and to finalize the proposed language for the Program Guide Addendum.

3.      The parties will submit the proposed Addendum to the Court no later than August 30, 2019.

IT IS SO ORDERED.

DATED:  May 17, 2019.

_____
UNITED STATES DISTRICT JUDGE

[3383220.3]