XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
   Telephone:  (415) 510-3577
   Fax:  (415) 703-5843
   E-mail:  Adriano.Hrvatin@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>  **v.**<br><br>**GAVIN NEWSOM, et al.,**<br><br>                      Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**A. HRVATIN DECLARATION SUPPORTING DEFENDANTS' REQUEST FOR EXPEDITED RULING ON DEFENDANTS' MOTION FOR DISCLOSURE OF GIBSON, DUNN AND CRUTCHER LLP'S ITEMIZED BILLING RECORDS AND STAY REQUEST**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Adriano Hrvatin, declare:

1.    I am a Supervising Deputy Attorney General in the California Attorney General's Office, counsel for Defendants in this matter.  I submit this declaration supporting Defendants' request under this District's Civil Local Rules 144(e) and 230(g) that the Court issue an expedited ruling by May 31, 2019 and without a hearing on Defendants' motion for the disclosure of Gibson, Dunn & Crutcher's itemized billing records.  I am competent to testify to the matters set forth in this declaration and, if called on by the Court, I would do so.

2.    On May 16, 2019, Magistrate Judge Barnes issued an order directing Defendants to pay Gibson Dunn's invoice in the amount of $396,589.74 for services rendered in March 2019

1

Hrvatin Decl. Supp. Defs.' Req. Expedited Ruling (2:90-cv-00520 KJM-DB (PC))

within ten business days—*i.e.*, by May 31, 2019. (ECF No. 6155 at 3.) In doing so, Magistrate Judge Barnes rejected Defendants' request that, in advance of payment, Gibson Dunn's itemized billing records be disclosed to Defendants, given the conclusion of Gibson Dunn's investigation in this matter. (*Id.* at 2.) Magistrate Judge Barnes concluded that this Court's February 11, 2019 order precluded disclosure of the records. (*Id.* (citing ECF No. 6083 at 4 (district court order holding that "detailed billing statements [of the neutral expert] will be made a part of the record, filed under seal, until the investigation is concluded, and so available for appellate review")).) Accordingly, Magistrate Judge Barnes held "[t]hat [Defendants'] request should be directed to the district court." (*Id.*)

3.   On May 24, 2019, as Magistrate Judge Barnes instructed, Defendants filed a motion with this Court requesting disclosure of Gibson Dunn's itemized billing records. The case's current procedural posture justifies ruling on Defendants' motion on shortened time under Civil Local Rule 144(e).

4.   Gibson Dunn has already been paid over $717,000. Magistrate Judge Barnes ordered Defendants to pay Gibson Dunn approximately $400,000 for their work in March 2019 by May 31, 2019. (ECF No. 6155.) Gibson Dunn recently submitted its invoice for their April 2019 work, increasing its overall compensation to more than $1.5 million since the firm's appointment on December 14, 2018. With the completion of Gibson Dunn's investigation, Defendants' motion seeks to create the record for appellate review that the Court envisioned when it first ordered the invoices to be filed under seal. (*See* ECF No. 6083 at 4.)

5.    Moreover, the Court is authorized to rule on Defendants' motion without oral argument under Civil Local Rule 230(g).

6.   Defendants did not seek a stipulation in connection with their request for an expedited ruling on their motion because no other party in this action has a clear interest in the amount Defendants are ordered to pay Gibson Dunn or the itemized billing records on which Gibson Dunn's summary invoices are based. And Gibson Dunn did not oppose Defendants' request that Magistrate Judge Barnes disclose those records. (ECF No. 6155-2.)

2

Hrvatin Decl. Supp. Defs.' Req. Expedited Ruling (2:90-cv-00520 KJM-DB (PC))

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.  Executed in San Francisco, California, on May 24, 2019.

/s/ Adriano Hrvatin
Adriano Hrvatin
Supervising Deputy Attorney General

CF1997CS0003
21470035.doc

3

Hrvatin Decl. Supp. Defs.' Req. Expedited Ruling (2:90-cv-00520 KJM-DB (PC))