IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GAVIN NEWSOM, et al.,** <br><br> Defendants. | 2:90-cv-00520 KJM-DB (PC) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXPEDITED RULING ON DEFENDANTS' MOTION FOR DISCLOSURE OF GIBSON, DUNN AND CRUTCHER LLP'S ITEMIZED BILLING RECORDS AND STAY REQUEST** |

Under this District's Civil Local Rules 144(e) and 230(g), Defendants request that the Court issue an expedited ruling by May 31, 2019 and without a hearing on Defendants' motion seeking the disclosure of Gibson, Dunn & Crutcher's itemized billing records and for a stay. The Court has considered Defendants' counsel's declaration supporting Defendants' request, as well as the pleadings and records on file in this action. For good cause shown, the Court **GRANTS** Defendants' request.

1

[Prop.] Order Granting Defs.' Req. Expedited Ruling (2:90-cv-00520 KJM-DB (PC))

1 | Defendants' motion for the disclosure of Gibson Dunn's itemized billing records and for a
2 | stay is submitted. The Court will not hold a hearing on Defendants' motion and will issue a
3 | ruling by May 31, 2019.

4 | **IT IS SO ORDERED.**

6 | Dated: May ___, 2019

_____
The Honorable Kimberly J. Mueller
United States District Court Judge

CF1997CS0003
21469937.doc

2

[Prop.] Order Granting Defs.' Req. Expedited Ruling (2:90-cv-00520 KJM-DB (PC))