1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  ADRIANO HRVATIN, State Bar No. 220909
   Supervising Deputy Attorney General
3  ELISE OWENS THORN, State Bar No. 145931
   TYLER V. HEATH, State Bar No. 271478
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3577
6    Fax:  (415) 703-5843
     E-mail:  Adriano.Hrvatin@doj.ca.gov
7  *Attorneys for Defendants*

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10                  SACRAMENTO DIVISION

11

12
   **RALPH COLEMAN, et al.,**                    2:90-cv-00520 KJM-DB (PC)
13
                              Plaintiffs,        **NOTICE OF WITHDRAWAL OF**
14                                               **ATTORNEYS FOR DEFENDANTS**

15         **v.**

16  **GAVIN NEWSOM, et al.,**

17                              Defendants.

18

19

20         **TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

21         **PLEASE TAKE NOTICE** that Christine Marie Ciccotti, Ian Michael Ellis, Andrew M.

22  Gibson, Danielle Felice O'Bannon, Jay Craig Russell, Maneesh Sharma, Tobias Snyder, Chad A.

23  Stegeman, and Kevin Allen Voth are no longer assigned as counsel of record for Defendants and

24  thus withdraw as Defendants' counsel.

25         Please remove these attorneys from all applicable service lists in this matter, including

26  notices of electronic filing.

27

28
                                    1
                                                   Not. Withdrawal Defs.' Counsel (2:90-cv-00520 KJM-DB (PC))

1    Dated:  May 24, 2019                 Respectfully submitted,

2                                   XAVIER BECERRA
                                  Attorney General of California

3

4                                   /s/ Adriano Hrvatin

5                                   ADRIANO HRVATIN
                                  Supervising Deputy Attorney General
                                  *Attorneys for Defendants*

6

7    CF1997CS0003
      21470414.docx

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Not. Withdrawal Defs.' Counsel (2:90-cv-00520 KJM-DB (PC))