ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: ayen@unioncounsel.net
         courtnotices@unioncounsel.net

Attorneys for Union of American Physicians and Dentists

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | No. 2:90-cv-00520-KJM-DB<br><br>**REQUEST FOR LEAVE TO FILE AMICUS BRIEF BY UNION OF AMERICAN PHYSICIANS AND DENTISTS**<br><br>Judge:   Hon. Kimberly J. Mueller |

The Union of American Physicians and Dentists ("UAPD") represents the psychiatrists employed by the California Department of Corrections and Rehabilitation ("CDCR"). UAPD requests leave to file the proposed Amicus Brief attached hereto as Exhibit A, in which UAPD seeks to assist the Court, the parties, and the Special Master with the collective experience and expertise of the psychiatrists providing care to the inmate-patients in the CDCR Mental Health System. The proposed amicus brief is designed to assist the Court in monitoring whether CDCR is providing constitutionally adequate mental health care, as the Court presides over the following proceedings pending or scheduled in this matter:

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

1

REQUEST FOR LEAVE TO FILE AMICUS BRIEF BY UAPD
Case No. 2:90-cv-00520-KJM-DB

<u>Consideration of, and further action upon, the recommendations in the Neutral Expert Report about resolving CDCR's misleading practices</u>:  The Neutral Expert Report submitted on April 22, 2019 recommended the Court direct the parties and the Special Master to meet and confer and seek to resolve five significantly misleading practices, including: 1) counting as compliant a re-set period of time for psychiatric evaluation upon patient transfer (thereby creating a false appearance that CDCR is providing timely evaluations more frequently than the reality); 2) counting all encounters as psychiatric evaluations; 3) refusing to report all instances in which patients require medication non-compliance appointments; 4) excluding Enhanced Outpatient Program ("EOP") patients who are not on psychiatric medication from compliance metrics, and 5) excluding EOP "overflow" patients from compliance metrics.  (See Neutral Report pp. 3-6.)  UAPD requests the Court accept the proposed Amicus Brief in support of ordering corrective measures.

<u>Consideration of whether to hold a hearing regarding whether misleading information has been presented</u>:  The Neutral Expert does not recommend a hearing; but UAPD respectfully disagrees.  In addition to the *five* misleading practices mentioned above, CDCR has unilaterally redefined "monthly" timelines without consulting the Special Master; and refuses to report the extent that Psychiatric Supervisors are carrying caseloads for the purpose of assessing staffing ratios.  (See Neutral Expert Report, pp. 39, 76-77.)  As discussed in the proposed amicus brief, CDCR has engaged in these practices knowingly and deliberately.  CDCR has been on notice that the acts and omissions that CDCR conceals or under-reports are either non-compliant in the Special Master's view, or (with respect to acts and omissions unknown to the Special Master) could be considered non-compliant if discovered.  With that knowledge, CDCR leadership have deliberately engaged in the misleading practices anyway

Indeed, the non-medical Mental Health Leadership of CDCR (defined in footnote 5 of the report, listing non-physicians -- no M.D.'s -- described as "high-ranking officials working out of CDCR's headquarters, excluding the members of Dr. Golding's psychiatry team") has a deliberate practice of excluding psychiatric oversight from the delivery of care, to the detriment of the patients' health and safety.  Increasingly, the non-medical leadership has been shifting

2

**WEINBERG, ROGER &**
**ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

**REQUEST FOR LEAVE TO FILE AMICUS BRIEF BY UAPD**
**Case No. 2:90-cv-00520-KJM-DB**

authority to non-physicians and improperly expanding the scope of non-medical psychologists' practice, while undermining the psychiatrists who have the responsibility to care for the patient population. CDCR's misleading practices in reporting are designed to cover up that ongoing shift of authority and resources from the understaffed psychiatrists to psychologists. Therefore, UAPD urges the Court to proceed with a hearing to decide whether misleading information has been presented in the context of remedial efforts concerning adequate mental health staffing in CDCR's prisons, and if so, what can be done to prevent non-medical leadership from further undermining those remedial efforts.

Similarly, UAPD urges the Court to consider its amicus in <u>evaluating any and all CDCR proposals or plans that involve decreasing psychiatry positions or psychiatry supervisor positions, or which affect the authority of non-medical staff to make decisions affecting patient care</u>. As discussed in the proposed amicus brief, the constitutional standard requires ready access to competent *medical* staff – that is, psychiatrists. (See, e.g., *Coleman v. Wilson*, 912 F.Supp.1282, 1307, 1308 (E.D.Cal. 1995). Dr. Golding's report demonstrates that CDCR psychologists are increasingly marginalizing and overruling psychiatrists, while psychologists inappropriately dominate the decisionmaking at all levels, to the detriment of patient care (see Dkt 5988-1, pp. ix-x and 88-107). In turn, these working conditions undermine recruitment and retention of psychiatrists, exacerbating the understaffing problem.

CDCR reduced psychiatrists in its Staffing Proposal without psychiatry leadership's agreement (see Neutral Expert Report, pp. 19-20), and it has submitted additional revisions on August 24, 2018 and September 17, 2018 (*Id.*). The Court has directed CDCR to file its proposed Custody and Mental Health Partnership Plan ("CMHPP") by June 7, 2019 (Dkt. 6126). UAPD requests the amicus brief be accepted for the Court's and the Special Master's information when considering any and all CDCR proposals affecting the staffing and/or authority of psychiatrists, and UAPD urges the Court and Special Master not to approve any request to reduce psychiatry positions at any level, nor to shift any authority affecting patient care or supervision of psychiatrists from psychiatrists to non-medical psychologists.

///

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

**REQUEST FOR LEAVE TO FILE AMICUS BRIEF BY UAPD**
Case No. 2:90-cv-00520-KJM-DB

For the reasons discussed above, UAPD requests leave to file the attached Amicus Brief.

Dated: May 28, 2019

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Anne I. Yen
    ANNE I. YEN

Attorneys for Union of American Physicians and Dentists

147620\1027092

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

**REQUEST FOR LEAVE TO FILE AMICUS BRIEF BY UAPD**
**Case No. 2:90-cv-00520-KJM-DB**