ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  ayen@unioncounsel.net
            courtnotices@unioncounsel.net

Attorneys for Union of American Physicians and Dentists

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>            Defendants. | No. 2:90-cv-00520-KJM-DB<br><br>**DECLARATION OF DR. NAVREET MANN, M.D. IN SUPPORT OF AMICUS BRIEF OF UNION OF AMERICAN PHYSICIANS AND DENTISTS**<br><br>Judge:     Hon. Kimberly J. Mueller |

I, Dr. Navreet Mann, M.D., hereby declare and state as follows:

1.     I am a Psychiatrist working for California Department of Corrections and Rehabilitation (CDCR) since April 2011.  I am currently a Senior Psychiatrist Specialist at headquarters. My previous positions in the state have been of a Staff Psychiatrist (SQSP[1], CSP-Sac[2]), Supervising Psychiatrist (CHCF[3]), and most recently Chief Psychiatrist (MCSP[4]).

---

[1] San Quentin State Prison

[2] California State Prison, Sacramento

[3] California Health Care Facility, Stockton

[4] Mule Creek State Prison

1

**DECLARATION OF DR. NAVREET MANN, M.D. IN SUPPORT OF AMICUS BRIEF OF UAPD**
Case No. 2:90-cv-00520-KJM-DB

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2. To put things in perspective, I will start by clarifying the differences between Psychiatrists and Psychologists. **Psychiatrists** are physicians. We have around 20,000 hours of structured, standardized medical education prior to practicing medicine. Medical education is required to help us understand complicated medical issues and treatments. After completion of medical school, Psychiatrists complete a minimum of 4 years of post-graduate training in the field of Psychiatry. Psychiatrists' scope of practice is broader than other Mental Health professionals, who lack the medical education. We provide direct Psychiatric care in various inpatient and outpatient settings, and act as consultants for medical patients exhibiting psychiatric symptoms. Our medical education and extensive training enables us to: 1. distinguish between primary psychiatric disorders, and medical conditions presenting as psychiatric symptoms; 2. treat these disorders utilizing Psychotherapeutic (talk therapy) as well as Psychopharmacological (medications) treatment options; 3. understand the risks vs benefits of different treatment modalities, and the risks and benefits to patients of the treatment options they choose. Psychiatrists are required to have completed their post-graduate training, and be independently licensed prior to practicing medicine independently in the United States of America.

3. **Psychologists** have a narrower scope of practice, with no training in medicine. Psychologists either have Ph.D in Psychology, or a Psy.D (Doctor of Psychology). Their education and training is not standardized, with courses available in person at universities, as well as some available online. In CDCR, Psychologists do not need to be independently licensed to be the "Primary Clinician."

4. I have read the Neutral Expert's report, and I wanted to explain a few issues that I thought are of importance.

**a)** Since the report mentions compliance with the program guide and policies, the Court needs to be aware that Psychiatrists have very little say in edits to the program guide, or policies. Our opinions count only if we agree with what leadership wants; otherwise our opinions fall on deaf ears.

**b)** Figure 4 on page 33 of the expert's report provides a clear example of how physicians were overruled by management in regards to Psychiatry contact rules. MH HQ Psychiatry and

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

**DECLARATION OF DR. NAVREET MANN, M.D. IN SUPPORT OF AMICUS BRIEF OF UAPD**
Case No. 2:90-cv-00520-KJM-DB

Tele-Psychiatry advocated for a 14-day policy for a psychiatry contact. The non-medical members of the Mental Health Quality Management Committee out-voted the psychiatry members. Standard of care decisions as such were out of the non-medical leadership's scope.

    **c)** On page 51, CDCR claims that Dr. Golding's allegation is flawed since there is no program guide rule or court order that defines "Psychiatry contact." There is no rule or court order because the Office of Special Master (OSM) and the court expect that subject matter experts in these areas, Psychiatrists, will be making the determination of what is a Psychiatry contact. This points to the biggest flaw in our system, which is that our non-medical leadership is attempting to dictate what they think is appropriate care, without having the appropriate knowledge of the subject. "Psychiatry contacts" should have always been determined by HQ Psychiatrists, or Psychiatry administrator, if CDCR had one.

    **d)** On page 55 of the report, Deputy Director Tebrock admits that psychiatry appointments must be confidential, yet she seeks to cloak CDCR's failure to provide such care based on her own opinion that "you can have a meaningful interaction in a lot of different environments." The reality is that Ms. Tebrock was aware of institutions like CSP-Sac where a majority of the Psychiatry contacts were non-confidential. I visited CSP-Sac in July and 2018, and raised the concerns about non-confidential/cell front contacts at that institution. This issue was discussed with their executive leadership that was aware of the issues, but had failed to make any changes. CDCR MH Leadership was aware that this was not a small issue, but in fact a rampant problem in CDCR. It is unfortunate that the leader of our department states that appointments should be confidential, but has failed to take action to make that happen. Deputy Director Tebrock's statement proves that she is unable or unwilling to differentiate an "interaction" from a Psychiatric (medical) evaluation.

    **e)** Regarding the issue of "Psychiatry supervisors acting as line staff," starting on page 72 of the neutral expert report, CDCR's practice of using psychiatry supervisors as caseload-carrying line staff is material. Carrying full or partial caseloads not only impacts the compliance data, but also keeps Psychiatrists from running successful programs. By overloading Psychiatry supervisors with disproportionate direct care duties, CDCR excludes us from the planning and

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

**DECLARATION OF DR. NAVREET MANN, M.D. IN SUPPORT OF AMICUS BRIEF OF UAPD**
Case No. 2:90-cv-00520-KJM-DB

oversight functions that should be the Psychiatry supervisors' primary focus. Though Psychiatrists are not involved in how their programs should be run, they are held accountable when the plans start to fail.

**f)** CDCR MH leadership has failed to correct the misunderstanding amongst other medical (Primary Care, and Nursing) staff who seem to think that Psychology and Psychiatry are interchangeable. This has led to nursing staff contacting non-medical clinicians in psychiatric emergencies. Our current environment impinges upon the rights of Psychiatric Physicians in CDCR to practice medicine, and should be corrected.

**g)** In certain responses CDCR misuses Psychiatry understaffing, by having Psychologists take over certain services that cannot be provided by Psychiatrists due to short staffing, instead of focusing on hiring new staff. This raises some serious scope of practice issues. Psychologists and Psychiatrists are not interchangeable. Our leadership has been made aware of the differences, but have failed to address these scope of practice issues.

5. **Current Disagreement about Involuntary Psychiatric treatment in CDCR** – Over the past few years questions have been raised from the field regarding the process of involuntary treatment of patients, as allowed under Penal Code 2602. The most pressing issue currently raised by Psychiatry is that patients are not receiving involuntary treatment ordered by the physician, and there is a substantial delay in patients getting their medications after the court has granted an order to involuntarily treat the patient. Patients under a court order need to be medicated as ordered by the court, which is not always happening.

6. **Clinical Decision making** - In CDCR non-medically trained clinicians, with narrower scope of practice, are not only making diagnostic decisions, but also overruling physicians when it comes to diagnosis and treatment of complicated Psychiatric issues. CDCR is the only organization allowing, and enabling non-medical staff to overrule physician's decisions. These clinical decisions impact all levels of patient care from:

- diagnosis;
- changing treatment level of cares;
- determining whether patient requires medical attention;

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4
DECLARATION OF DR. NAVREET MANN, M.D. IN SUPPORT OF AMICUS BRIEF OF UAPD
Case No. 2:90-cv-00520-KJM-DB

- admitting patients to inpatient hospitals;

- medical interventions as putting patients in restraints;

- and discharging patients from the hospitals.

MH management is aware of this issue, and have failed to clarify policies to state that physicians should make treatment decisions, and shall not be overruled by any non-medical discipline. In fact, CDCR has taken no serious actions where Psychologists are practicing beyond their scope.

I declare under penalty of perjury, pursuant to the laws of the State of California, that the foregoing is true and correct of my own personal knowledge.

Executed this 22nd day of May, 2019, in Sacramento, California.

_____
DR. NAVREET MANN, M.D.

147620\1026080

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

5

DECLARATION OF DR. NAVREET MANN, M.D. IN SUPPORT OF AMICUS BRIEF OF UAPD
Case No. 2:90-cv-00520-KJM-DB