ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: ayen@unioncounsel.net
        courtnotices@unioncounsel.net

Attorneys for Union of American Physicians and Dentists

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | No. 2:90-cv-00520-KJM-DB<br><br>**DECLARATION OF DR. AMAR MEHTA, M.D. IN SUPPORT OF AMICUS BRIEF OF UNION OF AMERICAN PHYSICIANS AND DENTISTS**<br><br>Judge:   Hon. Hon. Kimberly J. Mueller |

    I, Dr. Amar Mehta, M.D., hereby declare and state as follows:

    1.    I have been working as a psychiatrist at the California Department of Corrections and Rehabilitation (CDCR) for over 5 years. Prior to that, I completed medical school, residency, and two fellowships. I'm Board-certified in 3 specialties, and I have taught at over five different schools and training programs from New York to California. I have testified in court as an expert witness, and worked in a wide variety of environments including Corrections in other states.

    2.    I would like to make clear that the situation physicians currently face in CDCR is not typical. At every other institution I know of, psychiatrists are supervised only by other psychiatrists. The "Chief" of a service must be able to understand the clinical implications of the

actions performed by those they supervise. Psychiatrists are physicians with an MD degree; we learn psychological skills, but we first have to go through the same full medical training as any other doctor. We dissect human cadavers, perform surgeries, deliver babies, work overnight in the Emergency Department, and everything else that goes along with that. Psychologists receive excellent training in therapeutic skills, administering standardized tests, and many other important areas. They do not, however, receive medical training at a medical school. They cannot be expected to safely overrule a medical decision by a psychiatric physician with more training and education in the field of medicine.

3. I understand that there is a critical psychiatrist shortage in this country, and a larger physician shortage in general. That is a real problem, with real consequences. However, simply handing that responsibility to other professions without adequate training is not a solution. Psychiatric patients do not deserve to be treated as second class citizens, as the sole group of patients that can be treated by people who have no general medical training. Studying the brain alone is not sufficient to practice medicine; cardiologists do not neglect the rest of the body, nor pulmonologists, nor nephrologists. Psychologists are also not allowed to practice neurology, no matter what expertise they claim (short of an actual medical degree). An exception for psychiatry reflects a deep misunderstanding of the interconnected and complicated nature of human physiology, and is demeaning to patients with very real suffering.

I declare under penalty of perjury, pursuant to the laws of the State of California, that the foregoing is true and correct of my own personal knowledge.

Executed this 20th day of May, 2019, in Elk Grove, California.

DR. AMAR MEHTA, M.D.

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

147620\1026128

2
DECLARATION OF DR. AMAR MEHTA, M.D. IN SUPPORT OF AMICUS BRIEF OF UAPD
Case No. 2:90-cv-00520-KJM-DB