ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: ayen@unioncounsel.net
       courtnotices@unioncounsel.net

Attorneys for Union of American Physicians and Dentists

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | No. 2:90-cv-00520-KJM-DB <br><br> **DECLARATION OF DR. R. ANDREW SCHULTZ-ROSS, M.D. IN SUPPORT OF AMICUS BRIEF OF UNION OF AMERICAN PHYSICIANS AND DENTISTS** <br><br> Judge:     Hon. Kimberly J. Mueller |

I, Dr. R. Andrew Schultz-Ross, M.D., hereby declare and state as follows:

1. I am a Senior Psychiatrist Specialist, and I have been employed with the California Department of Corrections and Rehabilitation (CDCR) for a little under five years. I work at Health Care Headquarters in Elk Grove.

2. I write to express serious concerns about the behavior of CDCR with regard to psychiatrists. CDCR employs many psychiatrists, but the department is in a toxic cycle of diminishing the role of psychiatrists and marginalizing them, while expanding the clinical and administrative role of non-physicians. Dr. Michael Golding's report provides facts and exhibits

1

**DECLARATION OF DR. R. ANDREW SCHULTZ-ROSS, M.D. IN SUPPORT OF AMICUS BRIEF OF UAPD**
Case No. 2:90-cv-00520-KJM-DB

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

substantiating this problem.[1]

3. In CDCR, psychologists generally govern psychiatrists at the departmental and facility levels. Psychiatrists generally are not in charge of the treatment team and due to psychiatrist understaffing, often cannot attend treatment team meetings due to scheduled appointments with patients or other tasks. I experienced circumstances in which I was not included in my patients' treatment team meetings, due to the way the workflow was organized.

4. As discussed in more detail in Dr. Golding's report, against the wishes of the psychiatry leaders, CDCR is moving toward granting psychologists the ability to order seclusion and restraint. Psychologists in CDCR already often order admission and discharge into hospital levels of psychiatric care in the prisons. They sometimes overrule psychiatrists in these decisions, not admitting patients that psychiatrists say need more care, and discharging patients who are in the midst of medication changes best done in an inpatient setting. As psychologists have no medical training, they may make decisions involving medical risks that they may not be able to recognize or fully assess.

5. At the outpatient level, a quirk of the electronic health record undermines psychiatrists' authority to order the next visit for the patient. If a psychiatrist orders a patient to be seen in ten days due to clinical instability, but the patient is moved to another prison (a decision made by custody, often with no clinical input), the order for the next visit is canceled and a psychologist or social worker at the new prison often schedules the patient to be seen by the psychiatrist at the interval considered to be the minimally adequate duration for that level of care.[2] Under pressure from psychiatrists, the department may be finally addressing this issue.

6. I have worked collaboratively and amicably with psychologists in other settings, and I believe that a reasonable distribution of duties and scope of practice can help patients.

7. The lack of psychiatric clinical decision-making, which we believe to be unmatched in large healthcare systems in the US, leads many psychiatrists to feel that they cannot

---

[1] See Dr. Golding's report filed October 31, 2018, Document 5988-1, pp. ix-x and 88-107.
[2] See Dr. Golding's report, pp. i, 4-13.

2

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

**DECLARATION OF DR. R. ANDREW SCHULTZ-ROSS, M.D. IN SUPPORT OF AMICUS BRIEF OF UAPD**
Case No. 2:90-cv-00520-KJM-DB

meet a community standard of care due to circumstances beyond their control.

8. Psychiatrists working in the prisons have asked me if the department has determined that we are solely medication consultants, and if psychology has assumed all responsibility and liability for everything else. In fact, psychiatrists remain liable for the care of their patients, but they often are not given authority commensurate with that responsibility. Emotionally, I often felt frightened when I cared for patients in this system in which I was committed to patients improving, but I was held back from managing their care as I had in other settings.

9. The department has created a negative feedback loop, meaning that the results of negative action are used as justification for more negative action. By decreasing our scope of practice and autonomy, the department contributes to poorer recruitment and retention, which leads to understaffing, which is used as justification for expanding the scope of practice of the psychologists.

10. The department has mentioned the understaffing and need for psychiatrists in the prisons as justification for understaffing headquarters psychiatry. The department makes many decisions on a regional level, but has not staffed the regional offices with psychiatrists. When we stressed the importance of having regional psychiatrists, the department threatened that if psychiatrists are added to the regional offices, they may report to psychologists. They already have two psychiatrists at headquarters who report to psychologists and complete tasks for them.

11. In CDCR, most chief psychiatrists report to chiefs of mental health, who are almost all psychologists.

12. We live in a confusing time when non-physicians are being given an expanded scope of practice faster than reasonable care might dictate. We hope that you will see that a large prison system is no place to experiment with the expansion of non-physician control when many patients' lives and well-being are at risk.

///

///

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3

**DECLARATION OF DR. R. ANDREW SCHULTZ-ROSS, M.D. IN SUPPORT OF AMICUS BRIEF OF UAPD**
Case No. 2:90-cv-00520-KJM-DB

///

I declare under penalty of perjury, pursuant to the laws of the State of California, that the foregoing is true and correct of my own personal knowledge.

Executed this __23rd___ day of ____May_____, 2019, in _____Elk Grove_____, California.

_____
DR. R. ANDREW SCHULTZ-ROSS

147620\1027908

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

4

**DECLARATION OF DR. R. ANDREW SCHULTZ-ROSS, M.D. IN SUPPORT OF AMICUS BRIEF OF UAPD**
Case No. 2:90-cv-00520-KJM-DB