XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' STATUS REPORT ON FUNDING FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS** |
| v. | |
| **GAVIN NEWSOM, et al.,** | Judge: The Hon. Kimberly J. Mueller |
| Defendants. | |

## INTRODUCTION

On April 29, 2019, the Court ordered Defendants to file a status report regarding their proposal to build 100 beds assigned to the Mental Health Crisis Bed (MHCB) level of care. (ECF No. 6135.) The Court specifically requested that Defendants identify each stage of the funding process necessary to obtain final approval for the project, and that Defendants identify where they are currently in the funding process. (*Id.*) This status report follows. The California Department of Corrections and Rehabilitation (CDCR) has completed the project's preliminary plan phase of design and is preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget.

1

Defs.' Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

# DISCUSSION

## I. THE FUNDING PROCESS FOR STATE AGENCY CONSTRUCTION PROJECTS.

The Court's April 29, 2019 order directed Defendants to use a 2009 filing in this case as "a point of reference" to outline the stages of the funding process necessary to obtain final approval to build 100 crisis beds at the California Institution for Men (CIM) and the R.J. Donovan Correctional Facility (RJD) (MHCB Construction Project).  (ECF No. 6135 at 2, citing ECF No. 3591, Exhibits 15-17.)  Exhibits 15 and 16 attached to the 2009 filing describe the general funding process for CDCR capital outlay projects—that funding process remains substantially in effect.  This report outlines the funding stages described in the 2009 filing, which remain part of the funding process and thus apply to the MHCB Construction Project.

### A. Funding Requests.

Funding requests for construction projects have three phases: (1) preliminary plans; (2) working drawings; and (3) construction.  The 2017-2018 State Budget approved the funding for the preliminary plans for CDCR's MHCB Construction Project, and the 2018-2019 State Budget approved the funding for the Project's working drawings.  (Borg Decl. ¶ 3.)

### B. The Funding Process.

Each phase of a construction project proceeds through the following stages of the funding process:

1. CDCR prepares a Capital Outlay Budget Change Proposal;
2. CDCR submits a Capital Outlay Budget Change Proposal to the Department of Finance for review;
3. The Department of Finance recommends to the Governor which projects to include in his proposed budget (the Governor's Budget);
4. The Governor submits the Governor's Budget to the Legislature by January 10;
5. The Governor's proposed budget is reviewed by legislative budget committees in the Assembly and Senate;
6. The Budget Act is submitted to both houses for vote; and
7. Funding is available on July 1 after the Governor signs the Budget Act into law.

2

Defs.' Status Report on Funding for 100 MHCBs  (2:90-cv-00520 KJM-DB (PC))

**C.   Approvals Required by the State Public Works Board.**

In addition to a capital outlay project receiving funding approval for each phase of the project, the State Public Works Board assures that the project's scope and costs meet legislatively-approved criteria. The following stages govern the State Public Works Board's approval process:

1. CDCR submits a description of preliminary plans to the Joint Legislative Budget Committee, which is a committee of the California Legislature and includes members of the Senate and Assembly, 45 days before the State Public Works Board's approval;

2. Before approving a project's preliminary plans, the State Public Works Board requires proof of: (1) compliance with the California Environmental Quality Act; and (2) real estate due diligence; and

3. The State Public Works Board approves the project's preliminary plans in a public meeting.

## II.   FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.

In 2017 and 2018, CDCR submitted Capital Outlay Budget Change Proposals for the design phases of 50 new licensed mental health crisis beds at CIM and 50 new licensed mental health crisis beds at RJD. (Borg Decl. ¶ 3.) The 2017-2018 and 2018-2019 State Budgets included funding for the preliminary plans and the working drawings phases of the MHCB Construction Project. (*Id.*)

CDCR contracted with an architectural consultant, Hellmuth, Obata & Kassabaum, to prepare the preliminary plans for the MHCB Construction Project in June 2018. (*Id.* ¶ 4.) Hellmuth, Obata & Kassabaum completed the preliminary plans in April 2019. (*Id.*) CDCR is in the process of obtaining the State Public Works Board's final approval of the MHCB Construction Project's preliminary plans. (*Id.*)

CDCR also contracted with Hellmuth, Obata & Kassabaum to prepare the MHCB Construction Project's working drawings phase. (*Id.* ¶ 5.) But before CDCR can commence the MHCB Construction Project's working drawings phase, the State Public Works Board must

3

Defs.' Status Report on Funding for 100 MHCBs  (2:90-cv-00520 KJM-DB (PC))

approve the Project's preliminary plans. (*Id*.) And the funding for the working drawings cannot be encumbered into the contract until the preliminary plans have been approved. CDCR needs to encumber these funds into its contact with Hellmuth, Obata & Kassabaum by June 30, 2019 to avoid reversion of this funding to the General Fund. (*Id*.)

On April 29, 2019, under Penal Code § 7003, CDCR submitted individual preliminary plan submittals for CIM and RJD to the Joint Legislative Budget Committee. (*Id*. ¶ 6.) On May 1, 2019, CDCR submitted draft agenda items to the State Public Works Board for the CIM and RJD projects. (*Id*. ¶ 7.) The agenda items request approval of preliminary plans, recognition of a scope change, recognition of an anticipated funding deficit, and recognition of revised project costs. (*Id.*) On May 14, 2019, the Department of Finance sent a notification to the Joint Legislative Budget Committee indicating its intention to approve the preliminary plans for both projects (with anticipated funding deficits) and the scope change no sooner than 20 days from that date (*i.e*., May 14, 2019). (*Id*. ¶ 8.)

The next State Public Works Board meeting is scheduled for June 14, 2019. (*Id*. ¶ 7.) If the State Public Works Board approves the preliminary plans on June 14, 2019, CDCR may encumber the approved funding for the working drawings into the consultant's contract. The deadline to encumber those funds is June 30, 2019. (*Id*. ¶ 4.)

Final approval for the construction appropriation for the MHCB Construction Project is subject to the legislative review process, including review and approval by the Department of Finance and the Legislature. (*See* Tebrock Decl. ¶ 4.) This legislative review may include discussion regarding whether CDCR's Spring 2019 Total Institution Population Projections, which forecast a decreased need for crisis beds out to 2023, support revisiting the bed construction needs reflected in the 2017 budget proposals. (*Id.*) CDCR remains supportive of the construction of a sufficient number of additional inpatient beds to assure appropriate and timely care to its mental health population and looks forward to a continued conversation regarding this matter with the Court, the Special Master, and Plaintiffs' counsel. (*Id.*)

///

///

4

Defs.' Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

### III. FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT.

CDCR is currently preparing its submission for funding the construction phase of the MHCB Construction Project. (Borg Decl. ¶ 10.) Should the State Public Works Board approve the MHCB Construction Project, CDCR will submit a Capital Outlay Budget Change Proposal to the Department of Finance in July 2019 to request the construction funding. (*Id*. ¶ 11.) Between January and May 2020, and upon approval of the construction funding requests, the Department of Finance will submit the approved requests to the Legislature for consideration as part of the Governor's 2020-2021 proposed budget. (*Id*. ¶ 12.) The Legislature is required to approve the 2020-2021 Budget by June 15, 2020. (*Id*. ¶ 13.) After the Governor signs the 2020-2021 Budget Act, any approved construction funding for the MHCB Construction Project will be available as early as July 1, 2020. (*Id*.)

### IV. DEFENDANTS WILL FILE MONTHLY STATUS REPORTS.

Consistent with the Court's April 29, 2019 order, Defendants will file monthly status reports identifying CDCR's progress through the funding process as it works toward final approval of the MHCB Construction Project and the Legislature's approval for funding the MHCB Construction Project's construction phase.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 3556 and ECF No. 6135.

Dated: May 28, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003 / 13775966.docx

5

Defs.' Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))