XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF KATHERINE TEBROCK SUPPORTING DEFENDANTS' STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS** |

I, Katherine Tebrock, declare:

1. I am the Deputy Director of the Statewide Mental Health Program for the California Department of Corrections and Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' status report on the funding process for the design and construction of 100 new licensed mental health crisis beds at two prisons in Southern California.

2. I was appointed as Deputy Director of the Statewide Mental Health Program in November 2015. I am familiar with the numerous and complex policies and procedures that govern the CDCR's mental health care delivery system. I am also responsible for and supervise

1

Tebrock Decl. Supp. Defs.' Status Report for Funding 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

the mental health system's headquarters and regional teams, and I am familiar with *Coleman* mandates. I previously served as Chief Deputy General Counsel of Policy with CDCR's Office of Legal Affairs, where my duties included management and oversight of the health care legal team, including the *Coleman* class action litigation.

3. In my current role, I am familiar with the status of the numerous construction, conversion, and renovation projects that the State has completed and is currently undertaking to meet State inmates' mental health needs. I am also familiar with the current plans to construct 100 licensed beds at the California Institution for Men and the R.J. Donovan Correctional Facility (MHCB Construction Project.)

4. As Deputy Director, I participate in hearings before the State Legislature and answer questions the Legislature has concerning budget requests related to the provision of mental health services to CDCR inmates. Final approval for the construction appropriation for the MHCB Construction Project is subject to the legislative review process, including review and approval by the Department of Finance and the Legislature. I anticipate that additional discussion may occur regarding whether CDCR's Spring 2019 Total Institution Population Projections, which forecast a decreased need out to 2023, support revisiting the bed construction needs reflected in the 2017 Capital Outlay Budget Change Proposal. CDCR remains supportive of the construction of a sufficient number of additional inpatient beds to assure appropriate and timely care to its mental health population and looks forward to a continued conversation regarding this matter with the Court, the Special Master, and Plaintiffs' counsel.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed in Elk Grove, California on May 28, 2019.

*/s/ Katherine Tebrock*
KATHERINE TEBROCK
Deputy Director, Statewide Mental Health
Program *(original signature retained by attorney)*

2

Tebrock Decl. Supp. Defs.' Status Report for Funding 100 MHCBs (2:90-cv-00520 KJM-DB (PC))