XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS** |

I, Dean L. Borg, declare:

1. I am the Deputy Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration in support of Defendants' status report on the funding process for the design and construction of 100 new licensed mental health crisis beds at two prisons in Southern California.

2. I began working for CDCR in 1991. I work on healthcare projects on behalf of, and at the direction of, CDCR's Facilities Director, Deborah Hysen, and CDCR Secretary Ralph Diaz.

1

In my current role, I am responsible for the management and oversight of the Facility Planning, Construction and Management Division, which includes all construction of new facilities and renovation of existing facilities. I am familiar with the status of the numerous construction, conversion, and renovation projects that the State has completed and is currently undertaking to meet the mental health needs of the State's inmates. I am also familiar with CDCR's current plans to construct 100 new licensed mental health crisis beds at the California Institution for Men's (CIM) and the R.J. Donovan Correctional Facility (RJD).

3. In 2017, CDCR submitted Capital Outlay Budget Change Proposals for the design of 50 new licensed mental health crisis beds at CIM and 50 new licensed mental health crisis beds at RJD (MHCB Construction Project). The 2017-2018 State Budget approved the funding for the preliminary plans for CDCR's MHCB Construction Project, and the 2018-2019 State Budget approved the funding for the Project's working drawings.

4. An architectural consultant, Hellmuth, Obata & Kassabaum, began preparing preliminary plans for the MHCB Construction Project in June 2018. Hellmuth, Obata & Kassabaum completed the preliminary plans in April 2019. CDCR is in the process of obtaining the State Public Works Board's final approval of the preliminary plans for the MHCB Construction Project.

5. CDCR also contracted with Hellmuth, Obata & Kassabaum for preparation of the working drawings. The Legislature approved the funding for the working drawings in the 2018-2019 Budget Act. Before CDCR can commence the MHCB Construction Project's working drawings phase, the State Public Works Board must approve the Project's preliminary plans. Also, the funding for the working drawings phase cannot be encumbered into the contract until the preliminary plans have been approved. CDCR needs to encumber these funds into its contact with Hellmuth, Obata & Kassabaum by June 30, 2019 to avoid reversion of this funding to the General Fund.

6. Under Penal Code § 7003, CDCR submitted individual preliminary plan submittals for the CIM and the RJD projects to the Joint Legislative Budget Committee on April 29, 2019. This submission included cost estimates, budgets and schedules for the CIM and RJD projects,

2

Borg Decl. Supp. Defs.' Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

along with the preliminary plans.

7. On May 1, 2019, CDCR submitted draft agenda items to the State Public Works Board for the CIM and RJD projects. The next State Public Works Board meeting is scheduled for June 14, 2019. The agenda items request approval of preliminary plans, recognition of a scope change, recognition of an anticipated funding deficit, and recognition of revised project costs.

8. On May 14, 2019, the Department of Finance sent a notification to the Joint Legislative Budget Committee indicating its intention to approve the preliminary plans for both projects with the scope change no sooner than twenty days from the date of the letter (*i.e.*, from May 14, 2019).

9. Pending approval of the preliminary plans for one or both of the CIM and RJD projects by the State Public Works Board on June 14, 2019, CDCR will commence the working drawings phase of the MHCB Construction Project.

10. CDCR is currently preparing its submission for funding the construction phase of the MHCB Construction Project.

11. CDCR will submit a Capital Outlay Budget Change Proposal to the Department of Finance in July 2019 to request the construction funding.

12. Between January and May 2020, and upon approval of the construction funding requests, the Department of Finance will submit the approved requests to the Legislature for consideration as part of the Governor's 2020-2021 proposed budget.

13. The Legislature is required to approve the 2020-2021 Budget by June 15, 2020. After the Governor signs the Budget Act, any approved construction funding for the MHCB Construction Project will be available as early as July 1, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on May 28, 2019.

          */s/ Dean L. Borg*
          DEAN L. BORG
          Deputy Director, Facility Planning, Construction and Management *(original signature retained by attorney)*

3

Borg Decl. Supp. Defs.' Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))