DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:  (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone:  (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:  (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>        v.<br><br>GAVIN NEWSOM, et al.,<br><br>            Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO NEUTRAL EXPERT REPORT** |

1    I, Michael W. Bien, declare:

2    1.    I am an attorney duly admitted to practice before this Court.  I am a partner

3    in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I

4    have personal knowledge of the facts set forth herein, and if called as a witness, I could

5    competently so testify.  I make this declaration in support of Plaintiffs' Response to

6    Neutral Expert Report.

7    2.    During the parties' negotiations about Defendants' psychiatry staffing

8    proposal in Spring and Summer 2018, Plaintiffs' counsel relied on Defendants' data and

9    representations based on their data that they were able to provide adequate psychiatric care

10    to *Coleman* class members in compliance with the Program Guide despite significant and

11    ongoing psychiatry staffing vacancies.

12    3.    At the time Plaintiffs' counsel reported to the Court that "the parties have

13    agreed in principle to Defendants' revised staffing proposal," *see* Joint Status Report (Sept.

14    14, 2018), ECF No. 5922 at 2, Defendants had a 26% vacancy rate for psychiatrists

15    system-wide.  *See* Defs.' Monthly Psychiatry Vacancy Report (Aug. 31, 2018), ECF No.

16    5900 at 5.  As confirmed in a September 17, 2018 email from CDCR's Office of Legal

17    Affairs to Plaintiffs' counsel and the Special Master, a true and correct copy of which is

18    attached hereto as **Exhibit A**, Defendants' staffing proposal called for a total reduction of

19    79 psychiatrist positions, or about 20% of psychiatrist positions allocated at that time under

20    Defendants' 2009 Staffing Plan, ECF No. 3693.  *See also* Defs.' Monthly Psychiatry

21    Vacancy Report (Jan. 31, 2019), ECF No. 6080 at 5 (showing the total psychiatry

22    allocations as of July 2018 was 405.30).

23    4.    Due to the fact that Defendants' mental health program was operating with

24    significant psychiatry vacancies at the time the parties were negotiating Defendants'

25    psychiatry staffing proposal, Plaintiffs' counsel would never have considered agreeing to

26    Defendants' proposal absent assurances that the system was meeting class members' needs

27    in compliance with the Program Guide at the current staffing levels.

28

DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF
PLAINTIFFS' RESPONSE TO NEUTRAL EXPERT REPORT

[3392549.1]

5.      During the staffing negotiations, Plaintiffs' counsel were not persuaded by Defendants' position that certain changes to the 2009 Staffing Plan were justified based on purported errors in the implementation of that plan.  *See, e.g.*, Joint Status Report (June 21, 2018), ECF No. 5841-2 at pdf page 8.  Plaintiffs' counsel's understanding of the 2009 Staffing Plan is that it is based on ratio-driven staffing levels to ensure that the Department of Finance and members of the legislature can automatically change funding for clinical staffing based on overall population fluctuations.  Each prison is then able to reallocate staff as needed, regardless of the specifics of the 2009 Staffing Plan.  It was thus not necessary that each allocation and ratio in the 2009 Plan be perfect.

6.      The key question for Plaintiffs' counsel in the staffing negotiations was whether Defendants were able to demonstrate that they could deliver adequate psychiatric care despite the large vacancies in psychiatric staffing.  Over the course of many workgroup meetings, Plaintiffs' counsel and, to our understanding, the Special Master and his experts, were convinced by Defendants' representations about, and productions of, their data.

7.      The staffing workgroup discussions lasted many months.  As required by the Court's October 10, 2017 order, ECF No. 5711, the Special Master commenced a series of meetings in January 2018 dedicated to mental health staffing and Defendants' staffing proposals.  In addition to conducting near-weekly workgroup meetings, the parties exchanged numerous documents.  Defendants submitted their initial psychiatry staffing proposal to the workgroup on May 17, 2018.  Plaintiffs provided written comments on the proposal on June 8, 2018.  Defendants responded with a revised proposal in a June 15, 2018 email.  Plaintiffs submitted another written response on July 18, 2018, and Defendants provided additional documents in support of their proposal on July 27, 2018. These documents included data regarding the adequacy of care provided at the desert institutions and the medication and psychiatry appointment refusal rates of CCCMS patients system-wide.

2

DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF
PLAINTIFFS' RESPONSE TO NEUTRAL EXPERT REPORT

8.  Plaintiffs' counsel have no way to test Defendants' representations regarding the data they provide to the workgroup.  Despite repeatedly requesting access, Plaintiffs' counsel does not have, and has never had, independent access to Defendants' performance report or Dashboard data.

9.  As memorialized in Defendants' psychiatry staffing proposal filed with the Court, Defendants assured Plaintiffs' counsel that the EOP and CCCMS psychiatry staffing ratios from the 2009 Staffing Plan could be reduced because psychiatrists were seeing their patients timely.  *See* Joint Status Report (June 21, 2018), ECF No. 5841-2 at pdf page 10 ("Current data shows that psychiatrists are going above the minimum required contacts and seeing patients more often as needed.").  Among other representations, Defendants also assured Plaintiffs' counsel that the 2009 Plan's psychiatry allocations for the desert institutions could be reduced because "CDCR is meeting the needs of class members in the desert institutions," as reflected by performance report data showing near-100% compliance with timely psychiatry contacts, psychiatry appointments, and mental health referral measures.  *See id.* at pdf page 4 n.5.

10.  In response to Defendants' proposal to reduce psychiatrists allocated to provide reception center intake and screening functions, *see* Joint Status Report (June 21, 2018), ECF No. 5841-2 at pdf page 8, Plaintiffs' counsel expressed concern in June 8 and July 18, 2018 letters that Defendants had failed to provide evidence the psychiatrists who were allegedly over-allocated to these reception center positions were not sorely needed to meet patients' needs.  On the contrary, our understanding was that reception centers' mental health programs were overburdened and unable to provide adequate care for class members, resulting in a high rate of reception center suicides in recent years.  Accordingly, Plaintiffs initially maintained that the reception centers could not sustain further psychiatry staffing cuts, and requested additional information in support of Defendants' position. Most notably, Plaintiffs asked Defendants to provide performance report data for the last six months showing reception center psychiatry measures—which by itself shows how much trust Plaintiffs' counsel had placed in Defendants to provide accurate, transparent

1   information.  Defendants provided additional data to the workgroup on July 27, 2018, and

2   the parties and Special Master continued their discussions on July 30, 2018, including

3   Defendants' reassurances that their data showed that then-existing numbers of psychiatrists

4   at the reception centers were meeting Program Guide requirements.  Plaintiffs' counsel

5   relied on these representations to tentatively agree to Defendants' proposal.

6        11.     Defendants provided the workgroup with a revised psychiatry staffing

7   proposal on September 14, 2018.  On September 19, 2018, counsel for Defendants emailed

8   Plaintiffs and the Special Master a draft stipulation to adopt CDCR's revised psychiatry

9   staffing proposal.  Plaintiffs' counsel were days away from signing a stipulation and

10  proposed order adopting Defendants' psychiatry staffing proposal when Dr. Michael

11  Golding released his whistleblower report in early October 2018.

12       12.     Plaintiffs' counsel also relies on Defendants' data to assess the adequacy of

13  mental health care provided to class members in segregation settings.  A true and correct

14  copy of one of Defendants' self-certification letters for the Administrative Segregation

15  Unit (ASU) EOP hubs is attached hereto as **Exhibit B**.  In this and other ASU EOP hub

16  self-certifications, Defendants have, more and more recently, certified that segregation

17  units "passed certification with explanation" despite failing to meet the required 90%

18  threshold.  *See* Defs.' Plan & Policies Submitted in Response to Apr. 10, 2014 and May

19  13, 2014 Orders, ECF No. 5190 at 18, 16 (Aug. 1, 2014); Order Adopting Defs.' Plan &

20  Policies, ECF No. 5196 at 2-3 (Aug. 11, 2014).  For example, in July 2018, the California

21  Institution for Women (CIW) scored a 75% rating on the IDTT Measureable Treatment

22  Goals indicator, but Defendants certified the program with explanation because the

23  clinician causing the low score was "new to the milieu."  *See* Exhibit B at 27.

24       13.     Plaintiffs' counsel also relies heavily on Defendants' data representations in

25  the context of Defendants' Continuous Quality Improvement (CQI) process.  Defendants

26  rely on numerous performance report indicators in the CQI process to assess the adequacy

27  of mental health care, including the "Psychiatrist Continuity of Care," "Timely Psychiatry

28  Contact," "Appointments Seen as Scheduled," "Timely Mental Health Referrals,"

1   indicators, as well as IDTT attendance and medication management data, among many

2   other measurements.  Although no CQI report has ever been filed with the Court,

3   Defendants have produced draft reports after their 2016 CQI tours to the Special Master

4   and Plaintiffs' counsel in an effort to show that they are capable of self-monitoring.[1]

5   Plaintiffs have been permitted to observe certain of the CQI tours in 2016 and 2018 with

6   the Special Master.  Plaintiffs' counsel receives reams of data reports from Defendants in

7   advance of and during each tour.

8        14.     Even when Defendants do not specifically report statistics about the

9   adequacy of mental health care provided in CDCR, Plaintiffs' counsel has observed that

10  Defendants rely on "internal" data to assess the overall functioning of the Mental Health

11  Services Delivery System (MHSDS).

12       15.     In support of Defendants' termination motion, CDCR's Director of Health

13  Care Services declared, "[b]ased on my … knowledge of the State's mental health delivery

14  system, the State is now providing inmates with access to high-quality mental health care.

15  Adequate numbers of mental health professionals and administrators proactively diagnose

16  and treat inmates' serious mental health needs…. [T]he State has an effective quality

17  management process, has developed the infrastructure necessary to support its mental

18  health delivery system, proactively manages its medication program, and has implemented

19  a thorough, standardized suicide prevention program."  Decl. of Diana Toche (Jan. 7,

20  2013), ECF No. 4275-3 at 4.  Defendants also submitted an expert report that relied on

21  Defendants' data to opine that CDCR was providing adequate mental health care.  *See*

22  Decl. of Debbie Vorous (Jan. 7, 2013), ECF No. 4275-5 at 11 (attaching expert report

23  prepared by Joel A. Dvoskin, Ph.D., et al., which relied on "Electronic Unit Health Record

24  data").  Numerous exhibits from the termination trial also contained Defendants' data.  *See*

25

26  _____

27  [1] Plaintiffs have never received final versions of the 2016 CQI reports, and have not
    received even draft reports from the 2018 CQI tours.

28

DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF
PLAINTIFFS' RESPONSE TO NEUTRAL EXPERT REPORT

[3392549.1]

*generally* Decl. of Michael W. Bien in Supp. of Pls.' Opp. to Defs.' Mot. to Terminate (Mar. 15, 2013), ECF Nos. 4399 & 4400 (enclosing 59 exhibits in support of Plaintiffs' opposition to Defendants' termination motion).

16.    Similarly, in opposing Plaintiffs' enforcement motion related to housing and treatment of mentally ill prisoners in segregation, Defendants relied on their own "internal" assessment of their mental health system to submit declarations stating that CDCR's segregation units provide safe and adequate mental health care. *See, e.g.*, Decl. of Kathleen Allison (July 24, 2013), ECF No. 4713 at 13 (representing that CDCR "provid[es] adequate mental health care for class members" in segregation units).

17.    During the parties' staffing negotiations in 2018, Plaintiffs' counsel learned that Defendants failed to disclose substantive, unilateral changes to the policies related to CDCR's use of "C-status" as a work or privilege group. The parties, under the guidance of the Special Master, negotiated these policies carefully, and Plaintiffs agreed to the final policy only with specific concessions from Defendants. On June 22, 2018, however, Defendants submitted a C-status regulatory package that proposed material amendments to specifically-negotiated provisions related to class members' assignment to work and privilege group designations, including C-status.

18.    Plaintiffs' counsel discovered further regulatory changes affecting *Coleman* class members in November 2018. The proposed amendments, which appeared to promulgate changes to acute inpatient admissions procedures and shift medical decision-making responsibilities from medical doctors and psychiatrists to non-medically trained mental health clinicians, were published on July 6, 2018 and the comment period ended on August 24, 2018. Defendants failed to alert Plaintiffs' counsel to the changes, which apparently took effect on January 1, 2018. *See* CDCR Notice of Change to Regulations: Sections 3043.7, 3044 and 3371.1, No. 18-06 (July 6, 2018), *available at* https://www.cdcr.ca.gov/Regulations/Adult_Operations/docs/NCDR/2018NCR/18-06/18-06.pdf (last visited May 28, 2019).

DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF
PLAINTIFFS' RESPONSE TO NEUTRAL EXPERT REPORT

[3392549.1]

1    19.    It is Plaintiffs' counsel's observation that the Special Master and his team

2    regularly rely on Defendants' representations regarding the adequacy of their mental health

3    system in the context of workgroups and other procedural and policy negotiations.  Our

4    observations of the Special Master's tours and of various meetings involving the Special

5    Master's experts' participation is that the Special Master and his team depend on

6    Defendants' data and representations based on that data during his monitoring work.

7    While we have observed that the Special Master makes an effort to test the veracity of the

8    data on occasion, the Special Master, like Plaintiffs' counsel, assumes good faith and

9    integrity in Defendants' representations of facts and information about the operation of its

10    programs.

11        I declare under penalty of perjury under the laws of the United States of America

12    that the foregoing is true and correct, and that this declaration is executed at San Francisco,

13    California this 28th day of May, 2019.

14

15                                        _/s/ Michael W. Bien_
                                          Michael W. Bien

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF
PLAINTIFFS' RESPONSE TO NEUTRAL EXPERT REPORT

[3392549.1]

# Exhibit A

**Cara Trapani**

| | |
|---|---|
| **From:** | Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov> |
| **Sent:** | Monday, September 17, 2018 12:18 PM |
| **To:** | Lopes Matthew; Michael W. Bien; Steve Fama; Lisa Ells (LElls@rbgg.com) |
| **Cc:** | Cindy Radavsky (cradavsky@gmail.com); Hector Kristina; Henry Dlugacz (HDlugacz@BLHNY.com); 'jeffrey.metzner@ucdenver.edu' (jeffrey.metzner@ucdenver.edu); Cardoza Jonelie; 'Kerry C. Hughes, M.D.' (dockc99 @aol.com); Walsh Kerry F.; L Hayes; McClendon-Hunt, LaTri-c-ea; Maria Masotta; Lopes Matthew; Jones Mohamedu; mperrien@aol.com; Patricia Williams; Karen Rea; Raffa Steven; Costa Regina; rod@roderickqhickman.com; Tim Rougeux (trougeux@hotmail.com); Ponciano, Angela@CDCR; Tebrock, Katherine@CDCR; Lorey, Dawn@CDCR; Macomber, Jeff@CDCR; Mitchell, Kelly@CDCR; Brizendine, Brittany@CDCR; Weber, Nicholas@CDCR; Hessick, Jerome@CDCR; Adriano Hrvatin; Andrew Gibson; Elise Thorn; Tyler Heath; Renteria, Simone@CDCR; Jay Russell; Ian Ellis; Tobias Snyder; Hockerson, Dillon@CDCR; McKinney, Patrick@CDCR |
| **Subject:** | Coleman: Revised Psychiatry Staffing Reductions |

All,

Please see the estimated reductions for the revised psychiatry staffing proposals. Please note that these reductions are based on the July 2018 allocation revisions and are subject to fluctuation based on population:

- Desert Staff- 2.0 positions
- CCCMS not on medication- 30.0 positions
- Crisis Intervention- 17.0 positions
- RC Intake and Screening- 7.0 positions
- CCCMS ratio change to assume 1.25 routine contacts- 13.0 positions
- EOP ratio change to assume 1.25 routine contacts- 10.0 positions

Thus, there is a total reduction of 79.0 positions. As detailed in the psychiatry staffing proposal, CDCR will retain 8.0 positions to implement nighttime on-call telepsychiatry coverage.

Respectfully,

*Melissa C. Bentz*
Attorney, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email:    Melissa.Bentz@cdcr.ca.gov
Office Phone: (916) 324-7177
Cell Phone: (916) 628-5385
Fax: (916) 327-5306

ATTORNEY CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

# Exhibit B

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 588500
Elk Grove, California 95758



September 24, 2018

Matthew A. Lopes, Jr. Esquire                   via:            Elise Owens Thorn, Esquire
Office of the Special Master                                    Deputy Attorney General
Pannone Lopes & Devereaux LLC                                  Department of Justice
317 Iron Horse Point Way, Suite 301                            1300 "I" Street, Suite 125
Providence, RI 02908                                           P. O. Box 944255
                                                               Sacramento, CA 94244-2550

I have reviewed reports from the institution Chiefs of Mental Health, Chief Executive Officers, Wardens, and Regional Administrators, indicating that performance has remained within Program Guide requirements since initial certification, and have reviewed Mental Health Performance Reports, summarizing institution performance.

After this review, I am able to make a certification based upon the combined clinical expertise of the Regional Mental Health Administrators, the Chief of Quality Management for Mental Health and my personal review of performance information. The following Enhanced Outpatient Program (EOP) Administrative Segregation Unit (ASU) Hubs, with a box checked, have met Mental Health Services Delivery System (MHSDS) Program Guide requirements during a review conducted in August, 2018, for data and reviews conducted from July 1, 2018, through July 31, 2018.

California Men's Colony (CMC) passed certification with explanation, due to IDTTs without measurable goals (80%). During one of the IDTT cases observed, individualized goals were reviewed, but they were not reviewed in a measurable manner. Training has been provided.

Central California Women's Facility (CCWF) passed certification with explanation, due to IDTTs without measurable goals (80%). During one IDTT, measurable treatment goals were discussed, but not in the presence of the patient. Training has been provided.

Californian Institution for Women (CIW) passed certification with explanation, due to Mental Health Screens (78%). This deficiency was due to incorrect Mental Health housing arrival orders that were triggering screens that did not need to be done. Training has been provided. Notably, Mental Health Screens for August are (100%).

☒ California Institution for Women (CIW)
☒ California Men's Colony (CMC)
☒ California State Prison, Los Angeles County (LAC)
☒ California Medical Facility (CMF)
☒ California Healthcare Facility (CHCF)

☒ Central California Women's Facility (CCWF)
☒ Mule Creek State Prison (MCSP)
☒ Richard J. Donovan Correctional Facility (RJD)
☒ California State Prison, Sacramento (SAC)
☒ California State Prison, Corcoran (COR)

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**



If you have any questions, please contact me at (916) 691-0296.

Sincerely,

*Kati Tebrock*

KATHERINE TEBROCK, J.D.
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at <u>CCWF</u> institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements  from <u>7/1/18</u>  to <u>7/31/18</u>  .

The following indicators were examined:
I. Using performance report data on the following items.
  Criteria: Each indicator must typically score 90% or higher for certification.
  1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from <u>7/1/18</u>    to <u>7/31/18</u>    reflects the following percentage:  100%

Total Number of measurements (denominator):  10/10

  2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from <u>7/1/18</u>    to <u>7/31/18</u>    reflects the following percentage:  100%

Total number of measurements (denominator): 24/24

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

  1. IDTT quality
  Criteria:  When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

  Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

  Indicators Measured (on the mental health performance report)

    a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

    b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

    a) 80%    4/5 : In one IDTT the Treatment goals were discussed with I/P, but the measurable aspects were clarified by the team and the Primary Clinician after the I/P left the room.
    b) 92%

  2. Out of cell time offered
  Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered.  When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

  Indicator Measured (on the mental health performance report)
    a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review

Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)

   a. ICCs with clinician present and relevant information provided

     - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

   a) 100%

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

IDTT's with measurable treatment goals, 80%: During one IDTT the Treatment goals were discussed with I/P, but the measurable aspects were clarified by the team and the Primary Clinician after the I/P left the room.

S. Naumann    Naumann _____    8/30/18
Chief of Mental Health - Print and Sign                    Date

JEspinoza    JEsp _____    8/30/18
Warden - Print and Sign                    Date


I  ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Jimmy Webster    S Phinim for _____    9/5/18
Institution CEO - Print and Sign                    Date


I  ✗ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Elineface / Elineface _____    9-10-18
Regional Mental Health Administrator- Print and Sign                    Date


I  ✗ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____    09/18/2018
Regional Healthcare Executive - Print and Sign                    Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___CHCD___ institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements from 7/1/18 to 7/31/18 .

The following indicators were examined:
I. Using performance report data on the following items.
 Criteria: Each indicator must typically score 90% or higher for certification.
 1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 7/1/18    to  7/31/18    reflects the following percentage: 91%

Total Number of measurements (denominator): 22

 2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 7/1/18    to  7/31/18    reflects the following percentage: 100%

Total number of measurements (denominator): 70

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

 a. IDTTs with measurable treatment goals.
  - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

 b. IDTTs meeting all audit criteria
  - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

Indicator A: IDTTs with measurable goals = 5/5  100%

Indicator B: IDTTs meeting all audit critera = 5/5  100%

5 IDTTs observed  Numerator = 115  Denominator = 115

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
 a. ASU Out of Cell Time Offered
  - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review

Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)

a. ICCs with clinician present and relevant information provided

- Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

Data collected through self audits: 5 ICC's were observed
Mental Health Clinician present: 5/5   100%
Committee Chair considered input from Mental Health: 5/5   100%
Started on time: 5/5   100%
Mental Health Clinician provided feedback: 5/5   100%

iii. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

All indicators were above 90%

Y. Revo

8 / 15 / 2016

Chief of Mental Health - Print and Sign                                 Date

M MANTEL          hhur

8/15/18

Warden - Print and Sign                                         Date

I __✓__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

**Raul A. Recarey, CEO**

AUG 17 2018

Institution CEO - Print and Sign                                     Date

I _____ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Kathieen O' Meara          Kathleen O'Meara, Ph.D.

9/5/18

Regional Mental Health Administrator- Print and Sign                         Date

I __✓__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Regional Healthcare Executive - Print and Sign

9/6/18

Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at CMC-E institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements from 7/1/18 to 7/31/18 .

**The following indicators were examined:**
**I. Using performance report data on the following items.**
   **Criteria:  Each indicator must typically score 90% or higher for certification.**
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 7/1/18      to 7/31/18      reflects the following percentage: 100%

Total Number of measurements (denominator): 58/58

   2. EOP Treatment Hours:  Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 7/1/18      to 7/31/18      reflects the following percentage: 98%

Total number of measurements (denominator):  161/165

**II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.**

   1. IDTT quality
   Criteria:  When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

   Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

   Indicators Measured (on the mental health performance report)

      a. IDTTs with measurable treatment goals.
         - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

      b. IDTTs meeting all audit criteria
         - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.
   a.  80%- See explanation below

   b. 95%

   2. Out of cell time offered
   Criteria:  Random sample of weeks offered for each inmate-patient must result in 90% offered.  When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

   Indicator Measured (on the mental health performance report)
      a. ASU Out of Cell Time Offered
         - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 95%

3. ICC Review
Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
     - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

100%

**III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.**

a. IDTTs with measurable treatment goals:  On one of the IDTT cases observed, the PC did not present measurable goals.  Individualized goals were reviewed, but not in a measurable manner.  Training was provided to the whole ASU IDTT and further observation showed that they are consistently presenting them as measurable.  A review of treatment plans on 8/22/18 showed 100% measurable goals.

H G Sanchez      _H S Sanchz PhD_      9/5/18

Chief of Mental Health - Print and Sign        Date

J. GASTELO, WARDEN      _(signature)_      9/5/18

Warden - Print and Sign        Date

I __X__ agree/ ____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

TERESA    MACIAS    _Teresa Macias_      9/4/18

Institution CEO - Print and Sign        Date

I __✓__ agree/ ____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Elinefaee / _Elinefaee_      9-10-18

Regional Mental Health Administrator- Print and Sign        Date

I __X__ agree/ ____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_(signature)_      09/17/2018

Regional Healthcare Executive - Print and Sign        Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___CMF___ institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements  from 7/1/18  to 7/31/18 .

The following indicators were examined:
I. Using performance report data on the following items.
Criteria: Each indicator must typically score 90% or higher for certification.
1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 7/1/18  to 7/31/18  reflects the following percentage: 100%

Total Number of measurements (denominator): 21

2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 7/1/18  to 7/31/18  reflects the following percentage: 97%

Total number of measurements (denominator): 76

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

a. IDTTs with measurable treatment goals.
- Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

b. IDTTs meeting all audit criteria
- Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

J. Tomy, LCSW, ASU QM, observed five IDTT's during the current reporting period and provided feedback using the assessment tools (see attached). All items were assessed as either satisfactory ("Y") or not applicable ("N/A"), making for a 100% (115/115) measurement. No items were assessed as deficient or missing ("N").

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
a. ASU Out of Cell Time Offered
- Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review

Criteria: When Indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)

a. ICCs with clinician present and relevant information provided

- Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

J. Tomy, LCSW, ASU QM, observed five ICC's during the current reporting period and provided feedback using the assessment tools (see attached). All items observed were either satisfactory ("Y") or not applicable ("N/A"), making for a 100% measurement. No items were observed to be missing or deficient ("N").

III. When a Quality Improvement Indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

N/A

Nicole Fisherman
Chief of Mental Health - Print and Sign                    8|29|18
                                                           Date

R w Pox
Warden - Print and Sign                                    8/30/18
                                                           Date


I ___X__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____                           8-31-18
Institution CEO - Print and Sign                           Date


I __√__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Kathleen O' Meara          Kathleen O'Meara Ph.D            9/5/18
_____
Regional Mental Health Administrator- Print and Sign        Date


I __√__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____                           9/6/18
Regional Healthcare Executive - Print and Sign             Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at  CSP-COR  institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements  from 7/1/18   to 7/31/18  .

The following indicators were examined:
I. Using performance report data on the following items.
  Criteria: Each indicator must typically score 90% or higher for certification.
  1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 7/1/18     to 7/31/18     reflects the following percentage: 93%

Total Number of measurements (denominator): 87

  2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 7/1/18     to 7/31/18     reflects the following percentage: 94%

Total number of measurements (denominator): 182

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

  1. IDTT quality
  Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

  Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

  Indicators Measured (on the mental health performance report)

    a. IDTTs with measurable treatment goals.
       - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

    b. IDTTs meeting all audit criteria
       - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and affective communication is addressed.

IDTT's observed were at 100% compliance. Required attendees were present, which included the IDTT Leader, Psychiatrist, Counselor, Psych-Tech, and Primary Clinician. Observed IDTT's were collaborative and centered around the patient's treatment. In all cases, the Primary Clinician presented the team with the patient's progress towards reaching their treatment goals, and were stated in measurable terms within the specified time period. During the IDTT process, IP's were encouraged to participate and were given the opportunity to provide input about reaching their treatment goals. Discussion with the patient included how they could improve in reaching their treatment goals and the importance of their participation in the program. Psychiatry provided the 7230G for initial evaluations and answered IP's questions about any potential side affects with prescribed medication. The PC, Psychiatrist and CCI had a computer available and the CCI provided information to the patient about their length of stay and current HUB placement. Throughout the IDTT process, Effective Communication was achieved by repeating questions and asking open ended questions to ensure compliance.

  2. Out of cell time offered
  Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

  Indicator Measured (on the mental health performance report)
    a. ASU Out of Cell Time Offered
       - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review

Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
 a. ICCs with clinician present and relevant information provided
  - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

Observed ICC's were at 100% compliance. The Primary Clinician presented information to the team about the IP's current Mental Health Status, which also included any History of Dangerousness to Self or Others. The PC discussed any issues related to potential risk for decompensation if the IP was to remain for an extended period of time in the ASU-EOP program. The Custody Chair and CCI were responsive to questions asked by the IP and open to information provided by the MH Clinician. All members of the ICC team ensured that Effective Communication was achieved and the counselor explained to the IP their current custody status in the HUB.

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

_Scott K. Harris, Psy.D_ _[signature]_ BVP                    9-4-18
_____          _____
Chief of Mental Health - Print and Sign                        Date

_[signature]_                                               9-10-18
_____          _____
Warden - Print and Sign                                        Date

I ___✓___ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

**C. Bell, CEO**
_____          9/5/18
Institution CEO - Print and Sign                               Date

I ___✓___ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

**Chris Cornell, Psy.D.**
**Region III Administrator, Mental Health** _4/C. Podratz [signature]_     9/10/2018
_____          _____
Regional Healthcare Executive - Print and Sign                 Date

I ___✓___ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

**Chris Cornell, Psy.D.**
~~Region III Administrator, Mental Health~~ _[signature]_        9/10/2018
_____          _____
Regional Mental Health Administrator- Print and Sign          Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at CSP-LAC institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements from 7/1/2018 to 7/31/2018 .

The following indicators were examined:
I. Using performance report data on the following items.
Criteria: Each indicator must typically score 90% or higher for certification.

1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 07/1/2018 to 7/31/2018 reflects the following percentage: 94%

Total Number of measurements (denominator): 63

2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 7/1/2018 to 7/31/2018 reflects the following percentage: 100%

Total number of measurements (denominator): 154

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

a. IDTTs with measurable treatment goals.
   - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

b. IDTTs meeting all audit criteria
   - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

Regarding variable 2a: Percentage: 100%
Regarding variable 2b: Percentage: 100%

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
a. ASU Out of Cell Time Offered
   - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review

Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
  a. ICCs with clinician present and relevant information provided
    - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

Regarding variable 3a: Percentage: 100%

iii. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

J. Walsh, Ph.D.

Chief of Mental Health - Print and Sign

8/28/18

Date

**Debbie Asuncion, Warden**

Warden - Print and Sign

8-28-18

Date

I ✓ agree/ ____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Institution CEO - Print and Sign

8/30/18

Date

I ✓ agree/ ____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Chris Cornell, Psy.D.
Region III Administrator, Mental Health   4/C. Podratz

Regional Healthcare Executive - Print and Sign

9/10/2018

Date

I ✓ agree/ ____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Chris Cornell, Psy.D.
Region III Administrator, Mental Health

Regional Mental Health Administrator- Print and Sign

9/10/2018

Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at __MCSP__ institution has met ☒ / has not met ☐ / has met with explanation ☐  program guide requirements  from 7/1/18  to 7/31/18 .

The following indicators were examined:
I. Using performance report data on the following items.
  Criteria: Each indicator must typically score 90% or higher for certification.
  1. Timely Mental Health Referrals:  Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 7/1/18   to 7/31/18    reflects the following percentage: 93%

Total Number of measurements (denominator): 90

  2. EOP Treatment Hours:  Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 7/1/18   to 7/31/18    reflects the following percentage: 100%

Total number of measurements (denominator): 94

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria:  When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

  a. IDTTs with measurable treatment goals.
    - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

  b. IDTTs meeting all audit criteria
    - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

Mule Creek self-audited IDTT to ensure maintenance of quality indicators for this month's review.  5 IDTTs were observed.
Average of 100% for IDTT Criteria A.  Average of 99% for IDTT Criteria B.

A. Observed IDTTs included measurable treatment goals (115/115 = 100%).

B. All observed IDTTs reviewed the twenty three question audit criteria as needed per each inmate-patient.  (114/115 = 99%)

2. Out of cell time offered
Criteria:  Random sample of weeks offered for each inmate-patient must result in 90% offered.  When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
  a. ASU Out of Cell Time Offered
    - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review

Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
  a. ICCs with clinician present and relevant information provided
    - Definition:  Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental health condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

Mule Creek self-audited ICC to ensure maintenance of quality indicators for this month's review.  6 ICC's were observed.

Average of (30/30 = 100%) for the ICC review criteria.

In all the ICC's observed/noted, there was a mental health clinician in attendance (6/6 =100%), and the clinician did a thorough job of presenting useful information regarding the inmate patient's current mental health condition (6/6 =100%).  For each inmate-patient, the clinician had prepared documentation to ensure any Effective Communication needs would be addressed (6/6 =100%).  In each of the ICC's observed, it was clear that the committee chair considered input from the mental health clinician (6/6 =100%). Observed ICC's started on time (6/6 = 100%).

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

Wendy Worrell, Psy.D. _W. Worrell, psyD_     8-31-18

Chief of Mental Health - Print and Sign     Date

Joe A. Lizarraga _____     8/31/18

Warden - Print and Sign     Date

I __X__ agree/ ____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Rainbow Brockenborough, MBA _Rainbow Brockenborough MBA_     9/4/18

Institution CEO - Print and Sign     Date

I __✓__ agree/ ____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Kathleen O'Meara, Ph.D. _Kathleen O'Meara, Ph.D._     9/5/18

Regional Mental Health Administrator- Print and Sign     Date

I __✓__ agree/ ____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Eureka Daye, Ph.D.,MPH,MA,CCHP _____     9/6/18

Regional Healthcare Executive - Print and Sign     Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at CSP-SAC institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements from 07/01/2018 to 07/31/2018 .

The following indicators were examined:
I. Using performance report data on the following items.
   Criteria: Each indicator must typically score 90% or higher for certification.
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 7/1/18      to  7/31/18      reflects the following percentage: 97%

Total Number of measurements (denominator): 39

   2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 7/1/18      to  7/31/18      reflects the following percentage: 100%

Total number of measurements (denominator): 89

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

   1. IDTT quality
   Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.
ASU EOP HUB Audited 5 IDTTs on 7-12-2018.

Indicator A: IDTTs with measurable goals: 5/5 = 100%
Indicator B: IDTTs meeting all audit criteria: 114/115 = 99% (1 Item #1: IDTT started late due to waiting LPT to arrive).

   2. Out of cell time offered
   Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
   a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100

3. ICC Review
Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
  a. ICCs with clinician present and relevant information provided
    - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

ASU EOP HUB audited 5 ICCs on 7-5-2018.

All observed ICCs (5/5) met all audit criteria  25/25 =  100%

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

N/A

Kelley Franceschi _____    8/24/18
4 / Chief of Mental Health - Print and Sign                      Date

D Broughton _____    8/29/18
Warden - Print and Sign                      Date


I __✓__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

BEN TRIPOLI _____    8/24/18
4 / Institution CEO - Print and Sign                      Date


I __✓__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Kathleen O' Meara        Kathleen O'Meara Ph.D        9/5/18
Regional Mental Health Administrator- Print and Sign                      Date


I __/__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Eureka Day _____    9/6/18
Regional/Healthcare Executive - Print and Sign                      Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___CIW___ institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements   from 7/1/18   to 7/31/18   .

The following indicators were examined:
I. Using performance report data on the following items.
Criteria: Each indicator must typically score 90% or higher for certification.
1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 7/1/18   to 7/31/18   reflects the following percentage: 100%

Total Number of measurements (denominator): 9

2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 7/1/18   to 7/31/18   reflects the following percentage: 100%

Total number of measurements (denominator): 2

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

a. IDTTs with measurable treatment goals.
   - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

b. IDTTs meeting all audit criteria
   - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

a. IDTTs with measurable treatment goals. 75% Out of 4, one IDTT did not have measurable treatment goals.

b. IDTTs meeting all audit criteria. 90% A total of four (4) IDTTs were observed during this audit period. There were 9 indicators that did not meet criteria. The auditor cited the following: goals were discussed but not measurable; PC did not provide succinct case formulation; appropriateness of level of care was not sufficiently addressed. The auditor; however, acknowledged the PC's excellent case formulation on two occasions even though several audit items were missed. Despite of this, it was noted that the team were engaged and collaborated well.

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
a. ASU Out of Cell Time Offered
   - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review
Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

   a. The evaluator observed three (3) ICCs during this audit period. 100% compliant in all measures.

iii. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

For this certification period, out of 8 measures, one fell below the threshold which is the (78%) MH Screens. This deficiency was due to incorrect MH housing arrival orders that were triggering screens that did not need to be done. This was corrected and now reflects 100% compliance (see attached updated ASU EOP Hub report dated 8/26/18). With regards to the 75% rating (IDTT measurable treatment goals), the clinician is new to the milieu. Supervisor has provided OJT regarding discussion of measurable treatment goals during IDTT. (see attached 844) To be noted measurable treatment goals are included on treatment plan.

Michael Hewitt

9-4-18

Chief of Mental Health - Print and Sign

Date

M Hill Warden

9/4/18

Warden - Print and Sign

Date

I ☒ agree/_____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

J. Elliot

9/5/18

Institution CEO - Print and Sign

Date

I ☒ agree/_____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

9/5/18

Regional Mental Health Administrator- Print and Sign

Date

I ☒ agree/_____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

R. Hemch

9/5/18

Regional Healthcare Executive - Print and Sign

Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___RJD___ institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements from 7/1/18 to 7/31/18 .

The following indicators were examined:
I. Using performance report data on the following items.
Criteria: Each indicator must typically score 90% or higher for certification:
1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 7/1/18 to 7/31/18 reflects the following percentage: 95%

Total Number of measurements (denominator): 101

2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 7/1/18 to 7/31/18 reflects the following percentage: 99%

Total number of measurements (denominator): 95

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

    a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

    b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

a. IDTTS with measurable treatment goals, as per the self audit: written measurable goals and discussed measurable goals is 100% (5 out of 5 discussed).

b. IDTTs 100% started on time (5 out of 5). Purpose of IDTT stated clearly 80% (4 out of 5). Interdisciplinary information elicited 100% (5 out of 5). 100% of the observed cases included input from the inmate patient (IP) (5 out of 5), and 100% addressed effective communication (5 out of 5).

In addition, IDTT Dashboard Numbers for this report period: Timely IDTTs were at 99%, with a total number of measurements at 155.

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
    a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: Shower100% & Yard100%

3. ICC Review

Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

Self audit of ICC yielded results of MH clinician present 100% (5 out of 5 cases reviewed). MH offered appropriate information 100% of the time (5 out of 5 cases reviewed). Effective Communication Established 100% (5 out of 5 cases observed).

On the performance report heat grid, CCII & Captain Review for LOS over 90 days was at 100%. The Warden Review of Cases over 90 days was at 100%.

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

RJD addressed deficiencies in the IDTT assessment completed on 8/22/18. Staff were provided appropriate training, as well as signed the CDCR 844 - Training Participation Sign-In sheet upon completion of training. Another IDTT assessment was conducted on 9/5/18 to monitor and evaluate improvement of the IDTT treatment team's participation for which improvement is reflected on the completed assessment. The Performance Report Heat Grid for 7/1/18 thru 7/31/18 reflects all performance measures above 90%. The other performance measures not stated above have the following results: Timely PC Contacts is 90%, Timely Psychiatry Contacts is 99%, Discharge Follow-ups is 98%, and Mental Health Screens is 97%; while IDTT Staffing is 100% during this reporting period.

Chief of Mental Health - Print and Sign

9/7/18
Date

Warden - Print and Sign

9/7/18
Date

I ___ agree/ ___ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Institution CEO - Print and Sign

9/7/18
Date

I ___ agree/ ___ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Regional Mental Health Administrator - Print and Sign

9/10/18
Date

I ___ agree/ ___ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Regional Healthcare Executive - Print and Sign

9/10/18
Date