FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (104363)
601 Montgomery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
Email: mdodd@fddcm.com

Attorneys for Receiver
J. Clark Kelso

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　*Defendants*. | Case No. C01-1351-JST |
| RALPH COLEMAN, et al.,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　*Defendants*. | Case No. CIV-S-90-0520-KJM-DB |
| JOHN ARMSTRONG, et al.,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　*Defendants*. | Case No. C94-2307-CW |

**NOTICE OF FILING OF RECEIVER'S
FORTY-FIRST TRI-ANNUAL REPORT**

///

1

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

NOTICE OF FILING OF RECEIVER'S FORTY-FIRST TRI-ANNUAL REPORT
U.S.D.C. N. DIST. CASE NO. C01-1351-JST, C94-2307-CW; E. DIST. CASE NO. CIV-S-90-0520-KJM-DB

1  PLEASE TAKE NOTICE that Receiver J. Clark Kelso has filed herewith his Forty-First
2  Tri-Annual Report in *Plata, et al. v. Newsom., et al.*, Case No. C01-1351-JST; *Coleman, et al. v.*
3  *Newsom, et al.* Case No. CIV-S-90-0520-KJM-DB; and *Armstrong, et al. v. Newsom, et al.* Case
4  No. C94-2307-CW.

6  Dated:  May 31, 2019                    FUTTERMAN DUPREE DODD CROLEY
                                           MAIER LLP

8                                          By:      /s/ Martin H. Dodd
                                                    Martin H. Dodd
9                                              Attorneys for Receiver J. Clark Kelso

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2
NOTICE OF FILING OF RECEIVER'S FORTY-FIRST TRI-ANNUAL REPORT
U.S.D.C. N. DIST. CASE NO. C01-1351-JST, C94-2307-CW;  E. DIST. CASE NO. CIV-S-90-0520-KJM-DB



# Achieving a Constitutional Level of Medical Care in California's Prisons

Forty-first Tri-Annual Report of the Federal Receiver
For January 1 – April 30, 2019

May 31, 2019

**California Correctional Health Care Receivership**

## Vision:

As soon as practicable, provide constitutionally adequate medical care to patients of the California Department of Corrections and Rehabilitation within a delivery system the State can successfully manage and sustain.

## Mission:

Reduce avoidable morbidity and mortality and protect public health by providing patients timely access to safe, effective and efficient medical care, and integrate the delivery of medical care with mental health, dental and disability programs.

# Table of Contents

|     |     | Page |
| --- | --- | --- |
| 1.  | **Status and Progress Concerning Remaining Statewide Gaps**……………………………….. | 1 |
|     | A. Reporting Requirements and Reporting Format……………………………………………… | 1 |
|     | B. Progress during this Reporting Period……………………………………………………………… | 2 |
|     | C. Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented by Institutions or Individuals……………………………………………………………… | 4 |
| 2.  | **Other Matters Deemed Appropriate for Judicial Review** ………………………………………… | 9 |
|     | A. California Health Care Facility – Level of Care Delivered………………………………. | 9 |
|     | B. Statewide Medical Staff Recruitment and Retention……………………………………… | 9 |
|     | C. CCHCS Data Quality……………………………………………………………………………………… | 10 |
|     | D. Coordination with Other Lawsuits…………………………………………………………………… | 11 |
|     | E. Master Contract Waiver Reporting…………………………………………………………………. | 11 |
|     | F. Consultant Staff Engaged by the Receiver……………………………………………………… | 11 |
|     | G. Accounting of Expenditures………………………………………………………………………… | 11 |

## Section 1: Status and Progress Concerning Remaining Statewide Gaps

### A. Reporting Requirements and Reporting Format

This is the forty-first report filed by the Receivership, and the thirty-fifth submitted by Receiver J. Clark Kelso.

The Order Appointing Receiver (Appointing Order) filed February 14, 2006, calls for the Receiver to file status reports with the *Plata* Court concerning the following issues:
1. All tasks and metrics contained in the Turnaround Plan of Action (Plan) and subsequent reports, with degree of completion and date of anticipated completion of each task and metric.
2. Particular problems being faced by the Receiver, including any specific obstacles presented by institutions or individuals.
3. Particular success achieved by the Receiver.
4. An accounting of expenditures for the reporting period.
5. Other matters deemed appropriate for judicial review.

(Reference pages 2–3 of the Appointing Order at https://cchcs.ca.gov/wp-content/uploads/sites/60/2017/08/2006-02-14_Order_Appointing_Receiver.pdf)

The Court's March 27, 2014, Order Re: Receiver's Tri-Annual Report directs the Receiver to summarize in each Tri-Annual Report the level of care being delivered at California Health Care Facility (CHCF); difficulties with recruiting and retaining medical staff statewide; sustainability of the reforms the Receiver has achieved and plans to achieve; updates on the development of an independent system for evaluating the quality of care; and the degree, if any, to which custodial interference with the delivery of care remains a problem.

The Receiver filed a report on March 10, 2015, entitled Receiver's Special Report: Improvements in the Quality of California's Prison Medical Care System wherein he outlined the significant progress in improving the delivery of medical care in California's prisons and also the remaining significant gaps and failures that must still be addressed. The identified gaps are availability and usability of health information; scheduling and access to care; care management; and health care infrastructure at facilities.

To assist the reader, this Report provides two forms of supporting data:
- *Appendices*: This Report references documents in the Appendices of this Report.
- *Website References*: Website references are provided whenever possible.

In support of the coordination efforts by the three federal courts responsible for the major health care class actions pending against California Department of Corrections and Rehabilitation (CDCR), the Receiver files the Tri-Annual Report in three different federal court class action cases: *Armstrong, Coleman,* and *Plata.* An overview of the Receiver's enhanced reporting responsibilities related to these cases and to other *Plata* orders filed after the Appointing Order

can be found in the Receiver's Eleventh Tri-Annual Report on pages 15 and 16. (https://cchcs.ca.gov/wp-content/uploads/sites/60/2017/08/T11_20090601_11thTriAnnualReport.pdf)

Court coordination activities include: facilities and construction; telemedicine and information technology; pharmacy; recruitment and hiring; credentialing and privileging; and space coordination.

**B. Progress during this Reporting Period**

Progress towards improving the quality of health care in California's prisons continues for the reporting period of January 1 through April 30, 2019, and includes the following:

    (i)    <u>Office of the Inspector General</u>

As of the filing of this report, the Office of the Inspector General (OIG) has completed medical inspections at all 35 institutions for Cycle 5. The OIG issued final reports for California Institution for Men (CIM), Deuel Vocational Institution (DVI), San Quentin State Prison (SQ), Pleasant Valley State Prison (PVSP), and CHCF. SQ received an adequate rating, and CIM, DVI, PVSP and CHCF received inadequate ratings. The OIG has initiated medical inspections at Ironwood State Prison, Valley State Prison, California State Prison, Los Angeles County (LAC), and Wasco State Prison (WSP), for Cycle 6.

    (ii)    <u>Delegations</u>

As of the filing of this report, the Receiver has delegated to CDCR authority for the medical operations at 19 institutions. A meet-and-confer meeting was held on January 8, 2019. Monitoring of institution performance for all 19 delegated sites continues to ensure sustainability. The remaining three meet-and-confer meetings that were scheduled through April 2019 for LAC; Mule Creek State Prison; and Salinas Valley State Prison (SVSP) were cancelled and are not being rescheduled at this time.

    (iii)    <u>*Armstrong*</u>

All parties in the *Armstrong* case continue to refine a joint audit tool to measure compliance components of the case. Meetings are scheduled through May 2019 to review and resolve outstanding items to complete the development of the final Disability Placement Program/Developmental Disability Program Joint Audit Tool.

Effective communication (EC) improvement efforts continue. Electronic Health Records System (EHRS) updates were implemented on January 12, 2019, to accurately reflect the Methods of Communication section. On April 26, 2019, Corrections Services met with the project manager and staff to discuss further improvement efforts and the next steps necessary to further EC enhancements in EHRS.

Durable Medical Equipment (DME) reconciliation efforts continue. As of April 5, 2019, all 35 institutions have completed an institution-wide physical inventory of DME. Discrepancies are documented and corrections are categorized by priority. For a period of time, Field Operations

staff will provide the institutions monthly reconciliation reports extracted from EHRS and Strategic Offender Management System (SOMS) data. For a number of reasons, the reconciliation of DME continues to provide significant challenges, and efforts to establish a reasonable and sustainable process will be the focus going forward.

    (iv)    <u>Electronic Health Records System</u>

The EHRS was successfully implemented at all institutions statewide as of November 2017. The remaining functionality includes solutions which will reduce paper processes and simplify the delivery of medical information. As of May 21, 2019, five institutions implemented Cerner Direct. This functionality provides California Correctional Health Care Services (CCHCS) the ability to utilize Health Insurance Portability and Accountability Act compliant secure electronic communication to send and receive patient data from the EHRS. Staff will be able to select documents from the patient's chart, including the transition of care referral summary, to send to external providers who utilize the direct messaging solution.

    (v)    <u>Substance Use Disorder</u>

Under the direction of the Receiver, a Medication Assisted Treatment (MAT) program was developed and implemented to address the substantial number of patients within CDCR who have substance-use disorders (SUD), specifically opioid-use disorders, and are at highest-risk for overdose. CCHCS and CDCR have incrementally expanded the provision of MAT beyond the pilots at CIM and California Institution for Women (CIW) to Substance Abuse Treatment Facility (SATF), with the first MAT patients transferred to SATF in February 2019. A short-term plan was developed to ensure continuity of care for patients on MAT. To support continuity of care for patients entering CDCR on methadone, CCHCS established contracts with community Narcotic Treatment Programs to enable patients to continue receiving methadone while CCHCS establishes the ability to provide this medication within selected institutions.

A proposal for a longer-term, cross-divisional plan for program expansion beginning July 1, 2019, through June 30, 2021, was included in the Governor's May Revise as part of the budget process. The proposal for the multi-divisional, collaborative, and integrated Substance-Use Disorder Treatment (SUDT) program was developed with input from national experts and key divisions within CDCR, including CCHCS, Division of Rehabilitative Programs, Division of Adult Institutions (DAI), and Division of Adult Parole Operations. The plan addresses SUD as a chronic illness, as well as builds the staffing resources and infrastructure to identify high-risk patients and link them to the appropriate level of SUDT while incarcerated and upon release into the community. The plan focuses on the first two years of this multi-year implementation plan and outlines plans to screen and risk stratify patients, offering SUDT (including MAT, as appropriate) for patients at highest-risk for morbidity and mortality related to SUD, including the following patients who are:
1) Entering CDCR on MAT;
2) Estimated to be released within 15 to 18 months; or
3) Currently incarcerated within CDCR and are identified as high-risk (patients with a history of overdose while in CDCR, a drug-related emergency department or hospital send-out, hepatitis C with a positive drug test, or other drug-related complications).

Patients from these groups will be evaluated for SUD and linked to the appropriate level of care based on evidence-based assessment results. Together, CDCR and CCHCS have developed this plan to continue, expand, and enhance SUDT by increasing the number of patients treated, number of medication options available, and fidelity of behavioral interventions, and by strengthening care coordination and care management with community partners.

Building upon trainings provided in 2018, CCHCS developed and conducted system-wide training for the Chief Medical Executives during their March 2019 conference, with a focus on treating SUD as a chronic disease and continuing medication for patients entering CDCR on MAT. A similar training was provided to Chief Nursing Executives during their April 2019 conference. Also in April 2019, CDCR and CCHCS conducted focus groups with health care leadership and staff, custody staff, and patients at CIM and CIW to capture lessons learned from the current pilot, as well as to identify training gaps which will be used to guide expansion of SUDT, including MAT under the Integrated SUDT Program. Key themes identified during the focus groups included the need for cross-disciplinary workshops aimed at preparing staff for SUDT expansion and providing a forum for staff to give feedback and input on program implementation, the need for institutional-level training, and greater access to SUDT recovery and peer support groups.

**C. Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented by Institutions or Individuals**

    (i)    <u>In-State and Out-of-State Contracting for Community Correctional Facilities</u>

As of April 26, 2019, the population count at the six in-state contracted modified community correction facilities (MCCF) and the one in-state female correctional re-entry facility (FCRF) was 4,083, with a budgeted capacity of 4,115. McFarland FCRF was closed to intake in November 2018 due to an inadequate audit result. Based on improvements since that time, it was reopened to limited intake in February 2019. The facility currently houses 245 patients and is at 84 percent of capacity.

The return of patients from the La Palma Correctional Center in Arizona to California continues. As of April 26, 2019, the patient out-of-state population was 845. It is anticipated all patients will return to California prior to June 30, 2019.

In January 2019, the final Private Prison Compliance and Monitoring Audit of 2018 was published. Below is a summary of the 2018 audit results.

|  | **Annual Audit Rating** | **Limited Review Findings/ Re-Audit Rating** |
|---|---|---|
| Taft MCCF | *Proficient* | n/a |
| Central Valley MCCF | *Adequate* | *Resolved 14 of 20 Critical Issues* |
| Desert View MCCF | *Adequate* | *Resolved 10 of 19 Critical Issues* |
| La Palma CC | *Adequate* | *Resolved 12 of 21 Critical Issues* |
| Tallahatchie CC | *Adequate* | *Closed June 2018* |
| Delano MCCF | *Proficient* | *Resolved 14 of 16 Critical Issues* |
| Golden State MCCF | *Adequate* | *Resolved 13 of 23 Critical Issues* |
| McFarland FCRF | *Inadequate* | *Inadequate* |
| Shafter MCCF | *Adequate* | *Resolved 9 of 18 Critical Issues* |

The audit guide for 2019 was published in February 2019 with a few noteworthy revisions: more weight was attributed to facility policies, a few components were combined to better distribute the weight of each question, and methodologies were revised where possible to include the use of CCHCS patient registries for automating the sample selection process. During the months of March and April 2019, four on-site audits were completed and one audit report for Taft MCCF was published. Taft MCCF received an adequate rating.

(ii)    Transportation Vehicles

As of April 25, 2019, there are a total of 24 vehicles undergoing retrofitting at the Prison Industry Authority facility located at California State Prison, Solano (SOL). The health care vehicles yet to be received from the Fleet Acquisition Plan for Fiscal Year (FY) 2016–17 include two ambulances for Sierra Conservation Center (SCC) and California Correctional Center (CCC) that are expected to be delivered for retrofitting by May 31, 2019, and one paratransit bus expected to be received by August 30, 2019.

There are a total of 305 health care vehicles and 33 mobile equipment assets (e.g., golf carts) scheduled to be purchased with FY 2018–19 Budget Change Proposal funds. The vehicles are scheduled to arrive beginning in September 2019, which is a delay from what was reported in the Fortieth Tri-Annual Report. Delivery was originally expected in May 2019 and CDCR reports the delay resulted from negotiations with the vendor to order vehicles without seats, which are removed as part of the retrofitting process. CDCR reports this reduced the cost of the vehicles by approximately $115,000. With the purchase of the 338 vehicles, all health care vehicles/mobile assets previously identified as high-priority for replacement will have been accomplished.

(iii)    Health Care Infrastructure at Facilities

Several sub-projects were activated during this reporting period. The more notable activations include the renovation of the pharmacy at CIM; renovation of east facility buildings B and D medication distribution rooms and new pharmacy and laboratory at California Men's Colony; new and renovated A yard primary care clinic at Kern Valley State Prison; new B and D yard primary care clinics and medication distribution rooms at North Kern State Prison; additions to C and D yard primary care clinics and new pharmacy and laboratory at PVSP; and new B, C and D yard primary care clinics and B and D medication distribution rooms at WSP.

The following chart indicates the original baseline completion date, the previously reported revised completion date, and the further revised completion date as of April 30, 2019. Two projects, Pelican Bay State Prison and PVSP, are ahead of schedule. Five projects, CCC, CIM, Correctional Training Facility, Folsom State Prison, and SCC, have not delayed since the previous reporting period for construction completion. All other projects are showing a delay from the previous reporting period for construction completion with the greatest delay at California State Prison, Sacramento (SAC) of 214 days.

|  | Baseline Construction Completion Date | December 31, 2018 Revised Construction Completion Date | April 30, 2019 Revised Construction Completion Date |
|---|---|---|---|
| VSP | January 27, 2016 | November 12, 2019 | January 14, 2020 |
| SAC | November 7, 2016 | May 31, 2019 | December 31, 2019 |
| CMF | February 10, 2017 | October 24, 2019 | January 8, 2020 |
| DVI | March 21, 2017 | January 31, 2019 | March 27, 2019 |
| HDSP | April 17, 2017 | January 30, 2020 | February 18, 2020 |
| CCI | May 1, 2017 | October 29, 2019 | April 16, 2020 |
| RJD | May 26, 2017 | April 30, 2019 | May 30, 2019 |
| WSP | June 19, 2017 | December 25, 2019 | June 2, 2020 |
| NKSP | July 4, 2017 | September 19, 2019 | January 3, 2020 |
| SATF | July 28, 2017 | August 30, 2019 | November 8, 2019 |
| COR | July 31, 2017 | February 11, 2020 | July 6, 2020 |
| CTF | September 18, 2017 | November 30, 2021 | November 30, 2021 |
| SVSP | September 20, 2017 | February 1, 2019 | May 31, 2019 |
| CIM | September 26, 2017 | January 31, 2021 | January 31, 2021 |
| CCC | October 16, 2017 | January 31, 2021 | January 31, 2021 |
| SOL | November 6, 2017 | August 24, 2020 | October 20, 2020 |
| SCC | December 14, 2017 | October 31, 2021 | October 31, 2021 |
| FSP | December 21, 2017 | June 16, 2020 | June 16, 2020 |
| CMC | December 22, 2017 | February 12, 2020 | June 23, 2020 |
| KVSP | January 13, 2018 | January 16, 2020 | February 14, 2020 |
| CCWF | February 16, 2018 | February 18, 2020 | May 19, 2020 |
| PVSP | March 30, 2018 | October 31, 2020 | June 30, 2020 |
| PBSP | August 9, 2018 | September 2, 2020 | August 28, 2020 |
| ISP | February 19, 2019 | July 31, 2020 | October 28, 2020 |
| CVSP | February 28, 2019 | October 15, 2020 | January 14, 2021 |
| CAL | June 15, 2019 | August 25, 2020 | November 19, 2020 |
| CEN | September 1, 2019 | September 21, 2020 | December 16, 2020 |

With the completion of CIW's Health Care Facility Improvement Program space, the modular medical clinic that was contracted to be built for swing space at CIW will be placed at California Rehabilitation Center to address space deficiencies at that institution until a more permanent solution can be implemented. Due to this relocation, the site plans had to be revised which will delay the clinic opening until mid-2019.

(iv) <u>Scheduling and Ducating</u>
  a) California State Prison, Sacramento

In late January 2019, a special review team was assigned to conduct a thorough evaluation of access to health care programs at SAC. During the review, the following critical issues were identified:
- Failure to follow the ducat policy.
- Lack of progressive discipline for patients refusing to report to medical ducats.
- Not maximizing allotted Health Care Access Unit (HCAU) custody positions.
- Over collaboration between custody and health care staff.

As part of the ongoing oversight at SAC, steady improvements have been achieved in many areas. A daily tracking log was developed to track key health care access indicators by facility. The tracking log allows the Warden and Chief Executive Officer (CEO) to quickly identify problematic issues related to Access to Care. From January to April 2019, SAC showed improvement in adherence to the ducating process. Sample data from the SOMS, Health Care Access (HCA) application and the EHRS for January 23, 2019, and April 16, 2019, revealed the following:
- The percentage of patients arriving to their appointment within acceptable timeframes increased from 82.6 percent to 92.2 percent.
- Completed ducats for Medical, Dental, and Mental Health increased from 45 percent to 56 percent. Excluding Mental Health ducats, percent of completed ducats increased from 69 percent to 86 percent.
- Proof of practice relevant to patient refusals is documented on CDCR 7225, Refusal of Examination and/or Treatment, by medical staff in the EHRS. Field Operations staff reviewed CDCR 7225s in EHRS and the number of non-mental health refusals with a signed CDCR 7225 in EHRS increased from 24 percent to 60 percent, respectively.

Other improvements/efforts include the following:
- With the assistance of the review team, SAC developed and implemented a Department Operations Manual supplement that provides supervisory accountability for ducat distribution.
- On-site monitoring reflected substantial increases in real-time utilization of the SOMS HCA application by custody staff.
- Re-training of 816 staff on the Access to Care lesson plan.
- Between March 1 and April 30, 2019, there were a total of 215 rules violation reports (RVR) in SOMS for SAC patients that failed to respond to notices, ranging from counseling chronos to serious RVRs. In contrast, 167 RVRs were written between December 1, 2018, and January 31, 2019. This is a moderate, but upward trend.

One area of concern is that a recommendation was made to align several HCAU custody staff hours to wrap around health care operations. Implementation of this recommendation has not yet occurred.

Staff from the Office of the Receiver, Corrections Services, and the Regional office will continue to monitor SAC's compliance periodically via SOMS, EHRS and on-site reviews.

      b)   Limited Review of Four Additional Institutions

Review of Access Quality Report and EHRS data revealed Richard J. Donovan Correctional Facility, California State Prison, Corcoran, LAC, and SVSP may have some similar challenges as identified at SAC. Limited, one week, on-site special reviews by multi-disciplinary staff at these institutions began in April 2019 and will conclude in May 2019. One month prior to the special review of these institutions, the Wardens and CEOs were provided a "lessons learned" document from SAC with direction that the institutions take immediate steps to come into compliance with CCHCS Inmate Medical Services Policies and Procedures and HCAU standards if they were currently not in compliance. The goal of providing the special review information ahead of time was to provide the institutions an opportunity to self-correct prior to the on-site review. Significant findings of these special reviews will be provided in the next Tri-Annual Report and may drive changes to Round VIII of the HCAU Operational Monitoring Audits.

      c)   Process Improvement Efforts

During their incarceration term, offenders in the California prison system are afforded a multitude of services in education, vocation, health care, and other rehabilitative programs. These programs are intended to maximize an offender's chances of reentering society successfully. Historically, these program areas have worked in silos or in limited partnership, and often have not taken into account the requirements imposed by other program areas on participants needing their services. As a result, offenders at times must choose between competing program services that are equally important to their overall rehabilitation.

To address these challenges, representatives from Medical, Nursing, Mental Health, Quality Management, DAI, and Corrections Services are jointly exploring how best to achieve the following goals:
- Simplify and standardize scheduling and ducating process, while minimizing the use of "priority" ducats whenever and wherever possible.
- Reduce double-booking, so that patients do not have to unnecessarily choose between important services being offered, especially if or when Milestone Credits or Rehabilitation Achievement Credits are being offered.
- Improve coordination and communications between health care and custody stakeholders regarding patient access to services.

This effort will require close coordination between CCHCS and CDCR as well as other institution and headquarters stakeholders. This effort will also closely examine whether changes to various CCHCS and CDCR information technology systems will be required.

## Section 2: Other Matters Deemed Appropriate for Judicial Review

### A. California Health Care Facility – Level of Care Delivered

CHCF's health care leadership remains focused on ensuring the delivery of quality health care services to its patient population. CHCF opened a 30-bed Palliative Care Services Unit in July 2018 and a 30-bed Memory Care Unit in February 2019. As of April 2019, CHCF is just under 90 percent capacity (2,647 current population; 2,951 capacity). As depicted in the April 2019 Human Resource Recruitment and Retention Report (Refer to Appendix 1), 31.5 of the 35 budgeted provider positions at CHCF are filled as follows:
- Physician and Surgeon (P&S): 31 positions, 27.5 filled, 3.5 vacant
- Nurse Practitioners: 1 position, 1 filled, 0 vacant
- Physician Assistants: 3 positions, 3 filled, 0 vacant

As reflected in the April 29, 2019, Primary Care Provider Vacancy/Coverage Report (Refer to Appendix 2), civil service telemedicine providers and contract registry providers are utilized to deliver care at CHCF, which increases the coverage to just under 96 percent for providers.

### B. Statewide Medical Staff Recruitment and Retention

CCHCS has made significant progress and substantially resolved the challenges present at the beginning of the Receivership, which were outlined in the March 10, 2015, *Special Report: Improvements in the Quality of California's Prison Medical Care System*. Since that time, CCHCS has developed strategies to adapt and respond to new challenges. Through frequent assessment of staffing ratios, health care delivery models, and retention strategies, CCHCS has implemented a series of flexible and continuously evolving solutions to ensure the delivery of quality health care services to patients in a timely manner through a stable provider workforce. The following summarizes the continuous recruitment efforts during this reporting period:
- Outreach was expanded to new media platforms and CCHCS developed a streamlined hiring process. Since January 2019, CCHCS has hired 31 new physicians, with 8 hired into the Telemedicine Program, 1 hired at headquarters, and 22 hired at institutions. One new Advanced Practice Providers was hired.
- Recruiting efforts were expanded to include sourcing activities to target passive jobseekers, which include individuals who are not actively looking for a new position. Using a combination of platforms, CCHCS recruiters are able to develop defined candidate pools, such as internal medicine physicians practicing within 75 miles of Delano. Recruiters then engage with these potential candidates to promote opportunities through strategically crafted recruitment marketing messages.
- The Telemedicine Program is experiencing continued success in terms of recruitment and health care delivery. The program was expanded to 52 primary care provider (PCP) positions. As of April 29, 2019, the current telemedicine provider workforce is 92.3 percent filled, with 4 hires pending. Additional expansion is currently being assessed.

- The Educational Partnership Program provides medical students and residents training opportunities within the correctional setting. This marketing tool not only serves to expand CCHCS' presence as a premier provider of health care through increased relationships with medical schools, but also exposes future potential candidates to career options within correctional health care for our PCP classifications. The program is on track to reach its projected expansion of 200 students/residents having rotated through CCHCS by 2020.
- The 15 percent pay differential strategy was broadly implemented in July 2017 for 13 institutions with historically hard-to-recruit missions or locations. Since that time, 49 external hires have been made, an increase of 16.7 percent since the last report. As of April 29, 2019, 6 of the 13 institutions are staffed above 90 percent with civil service providers, 4 are staffed between 80 and 89 percent, and only 3 institution are staffed below 80 percent. Additionally, all 13 institutions have experienced an increase in fill rates since July 2017 with minimal fluctuations. While the effort initially had a negative impact on some institutions, as existing physicians transferred to those sites offering additional compensation, the vacancies created have since been filled.
- CCHCS has implemented a relocation assistance program for PCP hires that are relocating from outside of California to work for the organization. Administered through the centralized hiring initiative, the additional recruitment is consistent with hiring practices in the private sector and will assist CCHCS to remain competitive within the labor market, as well as increase CCHCS' nationwide candidate pipeline. Recruitment materials have been updated to tout this incentive and the program is being promoted at professional conferences nationwide.

The April 2019 Human Resource Recruitment and Retention Report (refer to Appendix 1), which is CCHCS' legacy reporting mechanism, only reports on-site civil service provider data and depicts 57 percent of institutions (20 institutions) have achieved the goal of filling 90 percent or higher of their civil service provider positions; 37 percent (13 institutions) have filled between 75 and 89 percent of their civil service provider positions, and 6 percent (2 institutions) have filled less than 75 percent of their civil service provider positions. However, when on-site civil service, telemedicine, and contract registry providers are utilized to deliver care statewide, coverage at 29 institutions is at or above 90 percent (refer to Appendix 2).

Data has been corrected for October through December 2018 Human Resource Recruitment and Retention Reports, which were provided with the Fortieth Tri-Annual Report. The corrected versions are attached as Appendix 3.

**C. CCHCS Data Quality**

The Receiver continues to assess the impact of the EHRS implementation on the integrity of data presented in CCHCS performance reports and operational tools. As reported in the previous Tri-Annual Report, CCHCS initiated a number of active interventions which continued during this reporting period to improve data quality in areas currently considered problematic. The software coding experts hired by the Receiver to independently assess the accuracy and integrity of the

Health Care Services Dashboard completed their review. From August through December 2018, the experts reverse-engineered the Dashboard reporting logic and examined software modules that process information for specific Dashboard metrics. During this reporting period, the software coding experts worked with CCHCS staff to resolve technical issues which barred evaluation of the final metric, and began evaluating the accuracy of that metric. A report of findings and recommendations is forthcoming.

**D. Coordination with Other Lawsuits**

Meetings between the three federal courts, *Plata, Coleman,* and *Armstrong* (Coordination Group) class actions have occurred periodically. There were no Coordination Group meetings that took place during this reporting period.

**E. Master Contract Waiver Reporting**

On June 4, 2007, the Court approved the Receiver's Application for a more streamlined, substitute contracting process in lieu of State laws that normally govern State contracts. The substitute contracting process applies to specified project areas identified in the June 4, 2007, Order and in addition to those project areas identified in supplemental orders issued since that date. The approved project areas, the substitute bidding procedures, and the Receiver's corresponding reporting obligations are summarized in the Receiver's Seventh Quarterly Report and are fully articulated in the Court's Orders, and therefore, the Receiver will not reiterate those details here.

The Receiver did not use the substitute contracting process during this period.

**F. Consultant Staff Engaged by the Receiver**

The Receiver did not engage any new consultant staff during this reporting period.

**G. Accounting of Expenditures**

    (i)    <u>Expenses</u>
The total net operating and capital expenses of the Office of the Receiver for the four-month period from January through April 2019 were $782,706 and $0.00, respectively. A balance sheet and statement of activity and brief discussion and analysis is attached as Appendix 4.

    (ii)    <u>Revenues</u>
For the months of January through April 2019, the Receiver requested transfers of $700,000 from the State to the California Prison Health Care Receivership Corporation (CPR) to replenish the operating fund of the Office of the Receiver. Total year-to-date funding for the FY 2018–19 to CPR from the State of California is $1,825,000.

All funds were received in a timely manner.