# TABLE OF APPENDICES

1   Human Resources Recruitment and Retention Reports – January through April 2019

2   Primary Care Provider Vacancy and Coverage Report – April 29, 2019

3   Human Resources Recruitment and Retention Reports – October through December 2018

4   CPR Financial Statements – January through April 2019