# APPENDIX 2

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**
**Primary Care Provider Vacancy / Coverage Report**
**April 29, 2019**

| Institution | Original Authorized Positions | Adjusted Authorized Positions | Filled with P&S (Auth) Onsite (No Telemed) | Filled with P&S (918) Onsite (No Telemed) | Filled with NP/PA (Auth) Onsite (No Telemed) | Filled with NP/PA (918) Onsite (No Telemed) | Filled with PCP Onsite (No Telemed) | % Filled by Civil Service Onsite | Civil Service Vacancies Onsite | % Filled by Civil Service | Civil Service Vacancies | TM Budgeted by Institution | Filled with Telemedicine | % Filled by Civil Service & Telemedicine | Filled with Registry (FTE) | Total % Filled | Net Adjusted Vacancies | Total Civil Service in Hiring Process | Registry in Approval Process | % Filled if Candidates and Registrants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 8.00 | 8.00 | 3.50 | 1.00 | 4.00 | 0.00 | 8.50 | 106.25% | (0.50) | 106.25% | (0.50) | 0.00 | 0.00 | 106.25% | 0.00 | 106.25% | (0.50) | - | - | 106.25% |
| CAC | 4.00 | 4.00 | 3.00 | 0.70 | 1.00 | 0.00 | 4.70 | 117.50% | (0.70) | 117.50% | (0.70) | 0.00 | 1.00 | 142.50% | 0.00 | 142.50% | (1.70) | - | - | 142.50% |
| CAL | 6.50 | 6.50 | 6.50 | 0.00 | 0.00 | 0.00 | 6.50 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 0.00 | 100.00% | 0.00 | - | - | 100.00% |
| CCC | 6.50 | 5.50 | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | 36.36% | 3.50 | 30.77% | 4.50 | 2.00 | 1.00 | 76.92% | 1.00 | 92.31% | 0.50 | 2.00 | - | 123.08% |
| CCI | 9.00 | 9.00 | 7.00 | 0.00 | 2.00 | 0.00 | 9.00 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 1.00 | 111.11% | 1.00 | 122.22% | (2.00) | - | - | 122.22% |
| CCWF | 9.50 | 9.50 | 5.50 | 1.00 | 4.00 | 0.00 | 10.50 | 110.53% | (1.00) | 110.53% | (1.00) | 0.00 | 0.00 | 110.53% | 0.25 | 113.16% | (1.25) | - | - | 113.16% |
| CEN | 6.00 | 5.00 | 4.00 | 0.00 | 1.00 | 0.00 | 5.00 | 100.00% | 0.00 | 83.33% | 1.00 | 0.00 | 1.60 | 110.00% | 0.00 | 110.00% | (0.60) | - | - | 110.00% |
| CHCF | 37.00 | 36.00 | 27.50 | 0.00 | 4.00 | 0.00 | 31.50 | 87.50% | 4.50 | 85.14% | 5.50 | 0.00 | 0.00 | 85.14% | 4.00 | 95.95% | 1.50 | 2.00 | - | 101.35% |
| CIM | 18.00 | 18.00 | 18.00 | 0.00 | 0.00 | 0.00 | 18.00 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 0.00 | 100.00% | 0.00 | - | - | 100.00% |
| CIW | 10.00 | 10.00 | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 | 90.00% | 1.00 | 90.00% | 1.00 | 0.00 | 0.00 | 90.00% | 1.00 | 100.00% | 0.00 | - | - | 100.00% |
| CMC | 13.00 | 13.00 | 13.00 | 0.00 | 0.00 | 0.00 | 13.00 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 1.00 | 107.69% | (1.00) | - | - | 107.69% |
| CMF | 16.00 | 16.00 | 13.00 | 0.00 | 0.80 | 0.00 | 13.80 | 86.25% | 2.20 | 86.25% | 2.20 | 0.00 | 0.00 | 86.25% | 0.00 | 86.25% | 2.20 | 4.00 | - | 111.25% |
| COR | 10.00 | 9.00 | 5.00 | 0.00 | 3.00 | 0.00 | 8.00 | 88.89% | 1.00 | 80.00% | 2.00 | 0.00 | 2.00 | 100.00% | 0.00 | 100.00% | 0.00 | 2.00 | - | 120.00% |
| CRC | 6.00 | 6.00 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 83.33% | 1.00 | 83.33% | 1.00 | 0.00 | 0.00 | 83.33% | 0.00 | 83.33% | 1.00 | 4.00 | - | 150.00% |
| CTF | 12.00 | 10.00 | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 | 90.00% | 1.00 | 75.00% | 3.00 | 0.00 | 3.00 | 100.00% | 1.50 | 112.50% | (1.50) | 1.00 | - | 120.83% |
| CVSP | 5.50 | 5.00 | 2.00 | 0.00 | 2.00 | 0.00 | 4.00 | 80.00% | 1.00 | 72.73% | 1.50 | 1.00 | 1.00 | 90.91% | 0.00 | 90.91% | 0.50 | - | - | 90.91% |
| DVI | 7.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 1.00 | 114.29% | 0.00 | 114.29% | (1.00) | - | - | 114.29% |
| FSP | 8.00 | 8.00 | 7.00 | 1.00 | 1.00 | 0.00 | 9.00 | 112.50% | (1.00) | 112.50% | (1.00) | 0.00 | 0.00 | 112.50% | 0.00 | 112.50% | (1.00) | - | - | 112.50% |
| HDSP | 8.00 | 7.00 | 2.00 | 0.00 | 4.00 | 0.00 | 6.00 | 85.71% | 1.00 | 75.00% | 2.00 | 0.00 | 2.00 | 100.00% | 1.00 | 112.50% | (1.00) | 1.00 | - | 125.00% |
| ISP | 5.50 | 3.00 | 1.00 | 0.00 | 2.00 | 0.00 | 3.00 | 100.00% | 0.00 | 54.55% | 2.50 | 0.00 | 1.00 | 72.73% | 0.00 | 72.73% | 1.50 | - | - | 72.73% |
| KVSP | 8.00 | 7.00 | 5.00 | 0.00 | 2.00 | 0.00 | 7.00 | 100.00% | 0.00 | 87.50% | 1.00 | 0.00 | 2.00 | 112.50% | 0.00 | 112.50% | (1.00) | - | - | 112.50% |
| LAC | 11.00 | 11.00 | 6.00 | 0.00 | 4.00 | 0.00 | 10.00 | 90.91% | 1.00 | 90.91% | 1.00 | 0.00 | 1.00 | 100.00% | 0.00 | 100.00% | 0.00 | 1.00 | - | 109.09% |
| MCSP | 16.00 | 16.00 | 14.00 | 0.00 | 1.00 | 0.00 | 15.00 | 93.75% | 1.00 | 93.75% | 1.00 | 0.00 | 0.00 | 93.75% | 1.00 | 100.00% | 0.00 | 1.00 | - | 106.25% |
| NKSP | 11.00 | 10.00 | 5.00 | 0.00 | 5.00 | 0.00 | 10.00 | 100.00% | 0.00 | 90.91% | 1.00 | 0.00 | 1.00 | 100.00% | 1.50 | 113.64% | (1.50) | - | - | 113.64% |
| PBSP | 5.50 | 4.50 | 1.00 | 0.00 | 1.00 | 0.00 | 2.00 | 44.44% | 2.50 | 36.36% | 3.50 | 0.00 | 2.00 | 72.73% | 1.00 | 90.91% | 0.50 | - | - | 90.91% |
| PVSP | 6.00 | 6.00 | 3.00 | 0.30 | 3.00 | 0.00 | 6.30 | 105.00% | (0.30) | 105.00% | (0.30) | 0.00 | 1.00 | 121.67% | 0.00 | 121.67% | (1.30) | - | - | 121.67% |
| RJD | 16.00 | 16.00 | 15.00 | 0.00 | 1.00 | 0.50 | 16.50 | 103.13% | (0.50) | 103.13% | (0.50) | 0.00 | 0.00 | 103.13% | 1.00 | 109.38% | (1.50) | - | - | 109.38% |
| SAC | 8.50 | 7.50 | 6.00 | 0.00 | 0.00 | 0.00 | 6.00 | 80.00% | 1.50 | 70.59% | 2.50 | 0.00 | 1.00 | 82.35% | 0.50 | 88.24% | 1.00 | 11.00 | 2.50 | 247.06% |
| SATF | 15.50 | 13.00 | 5.00 | 0.00 | 5.00 | 0.00 | 10.00 | 76.92% | 3.00 | 64.52% | 5.50 | 0.00 | 3.00 | 83.87% | 0.00 | 83.87% | 2.50 | 3.00 | - | 103.23% |
| SCC | 7.50 | 6.50 | 4.00 | 0.00 | 1.00 | 0.00 | 5.00 | 76.92% | 1.50 | 66.67% | 2.50 | 0.00 | 0.00 | 66.67% | 0.00 | 66.67% | 2.50 | 1.00 | - | 80.00% |
| SOL | 12.00 | 11.00 | 8.00 | 0.00 | 1.00 | 0.00 | 9.00 | 81.82% | 2.00 | 75.00% | 3.00 | 0.00 | 2.00 | 91.67% | 1.75 | 106.25% | (0.75) | 2.00 | - | 122.92% |
| SQ | 12.50 | 11.50 | 7.60 | 0.00 | 1.60 | 0.00 | 9.20 | 80.00% | 2.30 | 73.60% | 3.30 | 0.00 | 2.00 | 89.60% | 2.47 | 109.36% | (1.17) | 2.00 | - | 125.36% |
| SVSP | 12.00 | 11.00 | 8.00 | 0.00 | 1.00 | 0.00 | 9.00 | 81.82% | 2.00 | 75.00% | 3.00 | 0.00 | 2.00 | 91.67% | 0.80 | 98.33% | 0.20 | 1.00 | - | 106.67% |
| VSP | 9.00 | 7.00 | 5.00 | 1.00 | 2.00 | 0.00 | 8.00 | 114.29% | (1.00) | 88.89% | 1.00 | 0.00 | 3.00 | 122.22% | 0.50 | 127.78% | (2.50) | - | - | 127.78% |
| WSP | 12.50 | 11.00 | 7.00 | 0.00 | 4.00 | 0.00 | 11.00 | 100.00% | 0.00 | 88.00% | 1.50 | 0.00 | 1.00 | 96.00% | 0.80 | 102.40% | (0.30) | - | - | 102.40% |
| **TOTALS** | **368.50** | **344.50** | **247.60** | **5.00** | **63.40** | **0.50** | **316.50** | **91.87%** | **28.00** | **85.89%** | **52.00** | **3.00** | **34.60** | **96.09%** | **22.07** | **102.08%** | **(7.67)** | **38.00** | **2.50** | **113.07%** |

| Institution | Original Authorized Positions | Adjusted Authorized Positions | Filled with P&S (Auth) Onsite (No Telemed) | Filled with P&S (918) Onsite (No Telemed) | Filled with NP/PA (Auth) Onsite (No Telemed) | Filled with NP/PA (918) Onsite (No Telemed)3 | Filled with PCP Onsite (No Telemed) | % Filled by Civil Service Onsite | Civil Service Vacancies Onsite | % Filled by Civil Service | Civil Service Vacancies | TM Budgeted by Institution | Filled with Telemedicine | % Filled by Civil Service & Telemedicine | Filled with Registry (FTE) | Total % Filled | Net Adjusted Vacancies | Total Civil Service in Hiring Process | Registry in Approval Process | % Filled if Candidates and Registrants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF-PIP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | n/a | 0.00 | n/a | 0.00 | 0.00 | 0.00 | n/a | 0.00 | n/a | 0.00 | - | - | n/a |
| CMF-PIP | 8.00 | 8.00 | 4.00 | 0.00 | 1.00 | 0.00 | 5.00 | 62.50% | 3.00 | 62.50% | 3.00 | 0.00 | 0.00 | 62.50% | 2.00 | 87.50% | 1.00 | - | - | 87.50% |
| SVSP-PIP | 4.00 | 4.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 50.00% | 2.00 | 50.00% | 2.00 | 0.00 | 0.00 | 50.00% | 2.25 | 106.25% | (0.25) | - | - | 106.25% |
| **TOTALS** | **12.00** | **12.00** | **6.00** | **0.00** | **1.00** | **0.00** | **7.00** | **58.33%** | **5.00** | **58.33%** | **5.00** | **0.00** | **0.00** | **58.33%** | **4.25** | **93.75%** | **0.75** | **0.00** | **0.00** | **93.75%** |

| Compliance | # by Civil Service Onsite | # by Civil Service | # by Civil Service & Telemed | # by Civil Service, Telemed, & Registry | # of Candidates by Category | # of Pending Registry by Category | # if Candidates and Registrants Hired |
|---|---|---|---|---|---|---|---|
| ≥ 90% | 21.00 | 15.00 | 25.00 | 29.00 | 15.00 | 0.00 | 33.00 |
| 80% - 90% | 10.00 | 8.00 | 6.00 | 4.00 | 22.00 | 2.50 | 1.00 |
| < 80% | 4.00 | 12.00 | 4.00 | 2.00 | 1.00 | 0.00 | 1.00 |
| n/a | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**19 Delegated Institutions**
**13 Institutions Receiving 15% Pay Differential**