XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE FOR DEFENDANTS TO FILE THEIR FINAL CUSTODY AND MENTAL HEALTH PARTNERSHIP PLAN** |

　　　On June 20, 2019, the Court ordered Defendants to update, finalize, and file their Custody and Mental Health Partnership (CMHPP). (ECF No. 6095.) On April 12, 2019, the Court approved the parties' joint request providing Defendants until June 7, 2019 to file their final CMHPP. (ECF No. 6126.)

　　　Defendants met and conferred with the Special Master and Plaintiffs on the updated CMHPP and have revised the plan several times to address concerns raised by the Special Master and Plaintiffs. However, more work needs to be done to finalize the plan, including observation and development of proposed trainings, observation of existing medical and mental health huddle

1

1  processes, and holding additional workgroups to discuss identified ambiguities and concerns with

2  the proposed approach. Accordingly, the parties stipulate to extend the June 7, 2019 deadline by

3  ninety days such that Defendants will file their final CMHPP by September 5, 2019.

4  **IT IS SO STIPULATED.**

5  Dated: June 6, 2019                     XAVIER BECERRA
                                            Attorney General of California
6                                           ADRIANO HRVATIN
                                            Supervising Deputy Attorney General
7

8                                           /S/ ELISE OWENS THORN
                                            Elise Owens Thorn
9                                           Deputy Attorney General
                                            *Attorneys for Defendants*
10

11  Dated: June 6, 2019                    ROSEN BIEN GALVAN & GRUNFELD, LLP

12
                                            /S/ THOMAS NOLAN
13                                          Thomas Nolan
                                            *Attorneys for Plaintiffs*
14

15  **IT IS SO ORDERED.**

16

17  Dated: June _, 2019                    _____
                                            The Honorable Kimberly J. Mueller
18                                          United States District Court Judge

19

20  CF1997CS0003

21

22

23

24

25

26

27

28