UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

On May 7, 2019, the court received the neutral expert's monthly invoice for services rendered through April 30, 2019. In accordance with the district court's January 8, 2019 order, ECF No. 6064 at 5, the court reviewed the invoice. On May 17, 2019, the neutral expert's proposed summary invoice was distributed to the parties. *See* ECF No. 6064 at 5. A copy of that summary invoice is filed concurrently with this order, along with the detailed billing summary provided for the court's review, under seal.[1] Attachment A, Invoice dated May 7, 2019 (filed under seal). On May 24, 2019, defendants submitted objections to the proposed final invoice. *See* Attachment B, May 24, 2019 Letter from Supervising Deputy Attorney General Adriano

---

[1] The detailed billing statements of the neutral expert will be maintained under seal pending completion of his work to protect the integrity of his investigation. *See* ECF No. 6083 at 2.

Hrvatin to Honorable Deborah Barnes. The neutral expert has not responded to defendants' objections. *Cf.* ECF No. 6064 at 5-6.

The court has reviewed defendants' objections. Defendants renew their request for itemized billing records, which is pending before the district court. *See* ECF No. 6160. Defendants again preserve "their objection to payment of this and future invoices pending resolution of Defendants' pending motion requesting leave to deposit any remaining funds deemed payable" to the neutral expert and they request "that this Court defer ordering payment of the current invoice directly to Gibson Dunn until the Court resolves Defendants' pending motion." Attachment B at 2. As the court noted in its prior order, ECF No. 6155, the latter request is controlled by the district court's order denying defendants' request for stay pending ruling on their motion, ECF No. 6121, and is denied.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to maintain Attachment A to this order under seal until further order of court; and

2. Within ten business days from the date of this order defendants shall pay to the neutral expert the amount of $389,913.14 as reflected in the invoice for services rendered through April 2019.

IT IS SO ORDERED.

Dated: June 7, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE