ANNE I. YEN, Bar No. 187291
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
E-Mail: ayen@unioncounsel.net
          courtnotices@unioncounsel.net

Attorneys for Amicus Curiae
Union of American Physicians and Dentists

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>                Defendants. | No. 2:90-cv-00520-KJM-DB<br><br>**UNION OF AMERICAN PHYSICIANS AND DENTISTS' REQUEST FOR LETTERS TO BE ADDED TO THE PUBLIC DOCKET**<br><br>Judge:    Hon. Kimberly J. Mueller |

     At a hearing in the above-entitled matter on April 26, 2019, letters were given to Judge Mueller by the Union of American Physicians and Dentists ("UAPD"). In UAPD's Request for Leave to File Amicus Brief filed on May 28th, Doc. 6164, UAPD inadvertently neglected to request these letters be filed on the public docket. The letters, one signed by Navreet Mann, M.D., dated April 25, 2019, and one signed by several Psychiatrists, are attached hereto as

///

///

///

1

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

**UNION OF AMERICAN PHYSICIANS AND DENTISTS' REQUEST FOR LETTERS TO BE ADDED TO THE PUBLIC DOCKET**
Case No. 2:90-cv-00520-KJM-DB

Exhibit A. We apologize for any inconvenience this may have caused the Court and ask that these letters now be added to the public docket in the above case.

Dated: June 13, 2019                                         WEINBERG, ROGER & ROSENFELD
                                                             A Professional Corporation

                                                   By:       */s/ Anne I. Yen*
                                                             ANNE I. YEN

                                                             Attorneys for Amicus Curiae
                                                             Union of American Physicians and Dentists

147620\1031286

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

2

UNION OF AMERICAN PHYSICIANS AND DENTISTS' REQUEST FOR LETTERS TO BE ADDED TO THE PUBLIC DOCKET
Case No. 2:90-cv-00520-KJM-DB