IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>    Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR EXPEDITED RULING ON DEFENDANTS' EX PARTE APPLICATION FOR RECONSIDERATION OF THE COURT'S JUNE 10, 2019 ORDER AND RELATED REQUEST TO EXTEND THE JUNE 17, 2019 DEADLINE TO PRODUCE DOCUMENTS IN CAMERA** |

Under this District's Civil Local Rules 144(e) and 230(g), Defendants request that the Court issue an expedited ruling by June 17, 2019 and without a hearing on Defendants' *ex parte* application for reconsideration of the Court's June 10, 2019 order. Defendants also seek to extend the June 17, 2019 deadline to produce privileged documents in camera. The Court has considered Defendants' application, counsel's supporting declaration, as well as the pleadings and records on file in this action. For good cause shown, the Court **GRANTS** Defendants' application.

Defendants' *ex parte* application for reconsideration is submitted. The Court will not hold a hearing and will attempt to issue an expedited ruling by June 17, 2019. If the Court does not

1

1  issue a ruling by June 17, 2019, the June 17, 2019 document-submission deadline set forth in the
2  Court's June 10, 2019 order is extended until further notice.
3  **IT IS SO ORDERED.**
4  Dated: June ___, 2019                              _____
5                                                                   The Honorable Kimberly J. Mueller
                                                                       United States District Court Judge
6  CF1997CS0003
7  FINAL proposed order.docx.docx