1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   ADRIANO HRVATIN, State Bar No. 220909
    Supervising Deputy Attorney General
3   ELISE OWENS THORN, State Bar No. 145931
    TYLER V. HEATH, State Bar No. 271478
4   Deputy Attorneys General
    Deputy Attorneys General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone:  (916) 210-7325
7    Fax:  (916) 324-5205
     E-mail:  Tyler.Heath@doj.ca.gov
8   *Attorneys for Defendants*

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11                   SACRAMENTO DIVISION

12

13

14   **RALPH COLEMAN, et al.,**                    2:90-cv-00520 KJM-DB (PC)

15                              Plaintiffs,     **DEFENDANTS' REQUEST FOR LEAVE
                                                 TO FILE REPLY SUPPORTING
16        v.                                     MOTION FOR THE DISCLOSURE OF
                                                 GIBSON, DUNN AND CRUTCHER
17   **GAVIN NEWSOM, et al.,**                    LLP'S ITEMIZED BILLING RECORDS,
                                                 STAY REQUEST, AND REQUEST FOR
18                             Defendants.       EXPEDITED RULING**

19                                              Judge:  The Hon. Kimberly J. Mueller

20

21        **TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:**

22        **PLEASE TAKE NOTICE THAT** under this District's Civil Local Rules 230(d) and

23   137(c), Defendants seek leave to file a reply supporting their motion requesting that the Court

24   release Gibson, Dunn & Crutcher LLP's itemized billing records, stay payment of any further

25   invoices directly to Gibson Dunn, and instead permit Defendants to deposit Gibson Dunn's fees

26   and costs into the Court's registry in an interest-bearing account until Defendants have an

27   opportunity to review and submit meaningful objections to Gibson Dunn's invoices.

28

                                              1

1       Local Rule 230(d) allows the moving party to reply to "any opposition filed by a

2   responding party" at least seven days before the date of the hearing.  E.D. Civ. L.R. 230(d).

3   Defendants filed their motion on May 24, 2019, and properly requested that the Court issue an

4   expedited ruling without a hearing.  (ECF No. 6160.)  On May 30, 2019, the Court's clerk issued

5   a minute order giving "any party" and Gibson Dunn until June 7, 2019 to respond to Defendants'

6   motion.  (ECF No. 6171.)  The Court's minute order was silent as to whether Defendants would

7   have an opportunity, consistent with Local Rule 230(d), to file a reply and thus address Gibson

8   Dunn's response (filed on May 31, 2019 (ECF No. 6173)) and Plaintiffs' response (filed on June

9   7, 2019 (ECF No. 6176)).

10      Defendants request leave to file the attached reply brief to create a fair and complete record

11   for the Court's consideration of Defendants' motion and for appellate review, particularly given

12   Defendants' pending appeal of the Court's appointment orders.

13   Dated:  June 14, 2019                          Respectfully submitted,

14                                                  XAVIER BECERRA
                                                    Attorney General of California
15                                                  ADRIANO HRVATIN
                                                    Supervising Deputy Attorney General
16
                                                    /s/ *Tyler V. Heath*
17
                                                    TYLER V. HEATH
18                                                  Deputy Attorney General
                                                    *Attorneys for Defendants*
19
     CF1997CS0003
20   13830214

21

22

23

24

25

26

27

28