XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                           Plaintiffs,<br><br>   v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                           Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR DEFENDANTS TO FILE THEIR FINAL CUSTODY AND MENTAL HEALTH PARTNERSHIP PLAN** |

    On February 20, 2019, the Court ordered Defendants to update, finalize, and file their Custody and Mental Health Partnership (CMHPP). (ECF No. 6095.) On April 12, 2019, the Court approved the parties' joint request providing Defendants until June 7, 2019 to file their final CMHPP. (ECF No. 6126.)

    Defendants met and conferred with the Special Master and Plaintiffs on the updated CMHPP and have revised the plan several times to address concerns raised by the Special Master and Plaintiffs. However, more work needs to be done to finalize the plan, including observation and development of proposed trainings, observation of existing medical and mental health huddle

processes, and holding additional workgroups to discuss identified ambiguities and concerns with the proposed approach. Accordingly, the parties stipulate to extend the June 7, 2019 deadline by ninety days such that Defendants will file their final CMHPP by September 5, 2019.

**IT IS SO STIPULATED.**

Dated: June 6, 2019

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/S/ ELISE OWENS THORN
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

Dated: June 6, 2019

ROSEN BIEN GALVAN & GRUNFELD, LLP

/S/ THOMAS NOLAN
Thomas Nolan
*Attorneys for Plaintiffs*

The parties are reminded that the purpose of the Custody and Mental Health Partnership Plan (CMHPP) is to effect "'long-term and sustainable culture change'", ECF No. 5477 at 7 (quoting ECF No. 5439 at 142), to ensure an adequate collaborative culture between custody and mental health staff at all California Department of Corrections and Rehabilitation (CDCR) prisons where class members are housed. *See* ECF No. 5477 at 6-7. The parties are further reminded that the task at hand is to expand the CMHPP that has already been developed and is "the product of significant effort by everyone involved", ECF No. 6095 at 3, "to provide for training focused at the CCCMS programs and the custody staff who interact with inmates and mental health staff in those programs." *Id*. at 6. With the understanding that the extension of time is necessary to accomplish the foregoing, the stipulation is approved.

**IT IS SO ORDERED.**

DATED: June 7, 2019 (nun pro tunc)

_____
UNITED STATES DISTRICT JUDGE

2