**FILED**

JUN 19 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

In re: GAVIN NEWSOM; et al.

_____

GAVIN NEWSOM; et al.,

        Petitioners,

 v.

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO,

        Respondent,

RALPH COLEMAN; MATTHEW A. LOPES, Jr.,

        Real Parties in Interest.

No. 19-71493

D.C. No.
2:90-cv-00520-KJM-DB
Eastern District of California,
Sacramento

ORDER

---

Before: CLIFTON, N.R. SMITH, and FRIEDLAND, Circuit Judges.

    Petitioners asked this court to order the district court to address the applicability of *United States v. Zolin*, 491 U.S. 554 (1989), to its June 10, 2019 order to produce privileged documents *in camera*. Subsequently, the district court addressed *Zolin* in its June 18, 2019 order.

    To the extent that petitioners have requested any other relief in this petition, petitioners have not demonstrated that this case warrants the intervention of this

sz/MOATT

court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).

Accordingly, the petition is denied.

The motion for a stay pending review (Docket Entry No. 2) is denied as moot.

**DENIED.**