DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**JOINT PROPOSED SCHEDULE IN PREPARATION FOR SEPTEMBER 2019 EVIDENTIARY HEARING AS REQUIRED BY THE COURT'S JUNE 14, 2019 ORDER**<br><br>Judge:  Hon. Kimberly J. Mueller |

**PROPOSED SCHEDULE LEADING UP TO THE SEPTEMBER 13 EVIDENTIARY HEARING**

Pursuant to the Court's June 14, 2019 order, ECF No. 6187, the parties have met and conferred and hereby propose the following schedule "for submission of the stipulation and joint statement required by paragraph 2 of [the June 14] order as well as all steps [the parties] deem necessary in preparation for the evidentiary hearing." *Id.* at 3.

| Date | Event |
| --- | --- |
| July 15, 2019[1] | Last day for parties to submit the stipulation and joint statement required by the Court's June 14, 2019 order. The parties shall include in the joint report their respective proposals for any additional witnesses to provide testimony at the evidentiary hearing. *See* June 14, 2019 Order, ECF No. 6187 at 3:17-20. |
| August 23, 2019 | Last day for parties to exchange list of evidentiary exhibits they intend to offer at the hearing. |
| August 30, 2019 | Last day for parties to exchange any demonstrative exhibits they intend to offer at the hearing. |
| September 5, 2019 | Last day for parties to file a joint list of exhibits to be presented at the hearing. |
| September 13, 2019 | Hearing |

The parties presented the proposed schedule to counsel for Drs. Michael Golding and Melanie Gonzalez, and jointly represent that she approves the schedule.

**FURTHER CONSIDERATIONS FOR THE SEPTEMBER 13 EVIDENTIARY HEARING**

The June 14, 2019 order identified witnesses who may be directed to appear and provide testimony at the September 13, 2019 evidentiary hearing, including Dr. David Leidner. (ECF No. 6187 at 3:17-20.)

Defendants advised Plaintiffs and counsel for Drs. Golding and Gonzalez that Dr.

---

[1] This deadline is thirty-one, rather than thirty, days from the date of the Court's June 14, 2019 order (*see* ECF No. 6187 at 2:23) because July 14 is a Sunday. Fed. R. Civ. P. 6(a)(1)(C).

1  Leidner will be out of the country between September 5, 2019 and October 6, 2019, on a
2  long-planned trip to visit his father, and thus is unavailable on September 13, 2019.
3  Defendants further advised Plaintiffs that Dr. Leidner could be made available for
4  testimony after he returns from vacation.
5      To assist the parties' preparations for the evidentiary hearing, the parties seek
6  clarification as to how the Court would like to proceed with respect to this witness.

8          Respectfully submitted,

9  DATED: June 21, 2019    ROSEN BIEN GALVAN & GRUNFELD LLP

11  By: */s/ Cara E. Trapani*
    Cara E. Trapani

12  Attorneys for Plaintiffs

14  DATED: June 21, 2019    XAVIER BECERRA
15  ATTORNEY GENERAL OF CALIFORNIA

16  By: */s/ Elise Owens Thorn*
17      Elise Owens Thorn
    Deputy Attorney General

18  Attorneys for Defendants