MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone:   (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone:   (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,

     v.

GAVIN NEWSOM, et al.,

        Defendants.

Case No. 2:90-cv-00520-KJM-DB

**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2019**

Judge:   Hon. Deborah Barnes

[3397543.1]

1    Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly

2    Statement for the First Quarter of 2019 to Defendants via overnight delivery on May 6,

3    2019.  The parties completed their meet and confer process on June 10, 2019.  The parties

4    have resolved all disputes regarding fees and costs for the First Quarter of 2019, with an

5    agreement to reduce claimed amounts to a total of $856,938.02 calculated at a rate of

6    $220.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

7    THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that

8    $856,938.02 plus interest is due and collectable as of forty-five days from the date of entry

9    of this Order.  Interest on these fees and costs will run from June 6, 2019 (31 days after

10   Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C.

11   § 1961.

12   IT IS SO STIPULATED.

13

14   DATED:  June 24, 2019                  */s/ Elise Thorn*
                                                            Elise Thorn
15                                                          Deputy Attorney General
16                                                          Attorneys for Defendants

17

18   DATED:  June 24, 2019                  */s/ Lisa Ells*
                                                            Lisa Ells
19                                                          ROSEN BIEN GALVAN & GRUNFELD LLP
20                                                          Attorneys for Plaintiffs

21

22   IT IS SO ORDERED.

23   DATED:  _____, 2019

24

25   _____

26   Deborah Barnes
     United States Magistrate Judge

27

28

**Coleman v. Newsom**
**First Quarter of 2019**
**January 1, 2019 through March 31, 2019**
Summary of Fees and Costs

|  | CLAIMED FEES | SETTLED FEES | COSTS |
|---|---|---|---|
| **Monitoring, 489-3** | $839,421.45 | $810,041.72 | $23,495.54 |
| **Fees on Fees, 489-5** | $8,996.40 | $8,681.53 | $150.38 |
| **Appeal, 489-18** | $0.00 | $0.00 | $0.00 |
| **Appeal, 489-19** | $0.00 | $0.00 | $0.00 |
| **Appeal, 489-20** | $14,067.90 | $13,575.52 | $184.76 |
| **Appeal, 489-22** | $837.90 | $808.57 | $2.90 |
| **Totals** | **$863,323.65** | **$833,107.34** | **$23,830.68** |

**Claimed Total:**          **$887,154.33**

**Settled Total:**          **$856,938.02**

**Coleman v. Newsom**
**First Quarter of 2019**
**January 1, 2019 through March 31, 2019**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alex Gourse | 162.20 | 159.60 | $220.50 | $35,191.80 | $33,960.09 |
| Cara E. Trapani | 330.40 | 329.10 | $220.50 | $72,566.55 | $70,026.72 |
| Dylan Verner-Crist | 253.70 | 250.30 | $220.50 | $55,191.15 | $53,259.46 |
| Emma Cook | 431.60 | 422.00 | $220.50 | $93,051.00 | $89,794.22 |
| Ernest Galvan | 35.20 | 35.10 | $220.50 | $7,739.55 | $7,468.67 |
| F. Gail LaPurja | 87.80 | 81.50 | $220.50 | $17,970.75 | $17,341.77 |
| Gay C. Grunfeld | 1.60 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 290.80 | 263.40 | $220.50 | $58,079.70 | $56,046.91 |
| Hanna N. Wallace | 35.90 | 35.90 | $220.50 | $7,915.95 | $7,638.89 |
| Jeffrey L. Bornstein | 12.30 | 11.90 | $220.50 | $2,623.95 | $2,532.11 |
| Jenny S. Yelin | 78.60 | 78.20 | $220.50 | $17,243.10 | $16,639.59 |
| Jessica L. Winter | 295.40 | 281.60 | $220.50 | $62,092.80 | $59,919.55 |
| Linda H. Woo | 139.80 | 133.00 | $220.50 | $29,326.50 | $28,300.07 |
| Lisa A. Ells | 236.50 | 233.30 | $220.50 | $51,442.65 | $49,642.16 |
| Marc Shinn-Krantz | 394.90 | 377.20 | $220.50 | $83,172.60 | $80,261.56 |
| Marcus V. Levy | 445.00 | 424.70 | $220.50 | $93,646.35 | $90,368.73 |
| Michael Brier | 28.60 | 28.60 | $220.50 | $6,306.30 | $6,085.58 |
| Michael S. Nunez | 98.90 | 77.00 | $220.50 | $16,978.50 | $16,384.25 |
| Michael W. Bien | 67.50 | 64.50 | $220.50 | $14,222.25 | $13,724.47 |
| Penny M. Godbold | 0.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| Sanford Jay Rosen | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Sarah J. Essner | 302.50 | 297.10 | $220.50 | $65,510.55 | $63,217.68 |
| Thomas Nolan | 92.90 | 92.80 | $220.50 | $20,462.40 | $19,746.22 |
| Van Swearingen | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **3823.40** | **3676.80** | | **$810,734.40** | **$782,358.70** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alayna O'Bryan | 26.30 | 26.30 | $220.50 | $5,799.15 | $5,596.18 |
| Alexis Hoffman | 1.90 | 1.90 | $220.50 | $418.95 | $404.29 |
| Donald Specter | 0.80 | 0.80 | $220.50 | $176.40 | $170.23 |
| Gabby Sergi | 16.80 | 16.80 | $220.50 | $3,704.40 | $3,574.75 |
| Gabriela Pelsinger | 12.10 | 12.10 | $220.50 | $2,668.05 | $2,574.67 |
| Juliette Mueller | 11.30 | 11.30 | $220.50 | $2,491.65 | $2,404.44 |
| Margot Mendelson | 0.50 | 0.50 | $220.50 | $110.25 | $106.39 |
| Skye Lovett | 1.40 | 1.40 | $220.50 | $308.70 | $297.90 |
| Steven Fama | 59.00 | 59.00 | $220.50 | $13,009.50 | $12,554.17 |
| **Total** | **130.10** | **130.10** | | **$28,687.05** | **$27,683.02** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$839,421.45** | **$810,041.72** |

3396884_1.xls

**Coleman v. Newsom**
**First Quarter of 2019**
**January 1, 2019 through March 31, 2019**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $5,389.60 | $5,389.60 |
| Outside Copying | $4,450.84 | $4,450.84 |
| Transcription | $1,621.00 | $1,621.00 |
| Telephone | $17.70 | $17.70 |
| Postage and Delivery | $1,625.25 | $1,625.25 |
| Research (Westlaw/Lexis/PACER/Fees) | $739.54 | $739.54 |
| Travel | $9,519.82 | $9,224.21 |
| **Total** | | **$23,068.14** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $94.40 | $94.40 |
| Postage | $294.50 | $294.50 |
| Travel | $38.50 | $38.50 |
| **Total** | **$427.40** | **$427.40** |

**GRAND TOTAL**                                              **$23,495.54**

3396884_1.xls

**Coleman v. Newsom**
**First Quarter of 2019**
**January 1, 2019 through March 31, 2019**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ernest Galvan | 0.70 | 0.70 | $220.50 | $154.35 | $148.95 |
| F. Gail LaPurja | 0.40 | 0.00 | $220.50 | $0.00 | $0.00 |
| Linda Woo | 7.90 | 7.90 | $220.50 | $1,741.95 | $1,680.98 |
| Lisa A. Ells | 30.90 | 30.90 | $220.50 | $6,813.45 | $6,574.98 |
| **Total** | **39.90** | **39.50** | | **$8,709.75** | **$8,404.91** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.30 | 1.30 | $220.50 | $286.65 | $276.62 |
| **Total** | **1.30** | **1.30** | | **$286.65** | **$276.62** |

| **GRAND TOTAL** | | | | **$8,996.40** | **$8,681.53** |

3396884_1.xls

**Coleman v. Newsom**
**First Quarter of 2019**
**January 1, 2019 through March 31, 2019**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying and Printing | $90.20 | $90.20 |
| Postage and Delivery | $60.18 | $60.18 |
| **Total** | | **$150.38** |

**GRAND TOTAL**                              **$150.38**

3396884_1.xls

**Coleman v. Newsom**
**First Quarter of 2019**
**January 1, 2019 through March 31, 2019**
Fees on Appeal of 4/19/17 Order, 489-18

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Jessica L. Winter | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **0.10** | **0.00** | | **$0.00** | **$0.00** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$0.00** | **$0.00** |

3396884_1.xls

**Coleman v. Newsom**
**First Quarter of 2018**
**January 1, 2019 through March 31, 2019**
Fees on Appeal of 10/10/17 Order, 489-19

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Gregoria Z. Gonzalez | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jenny S. Yelin | 0.40 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jessica L. Winter | 0.40 | 0.00 | $220.50 | $0.00 | $0.00 |
| Lisa A. Ells | 0.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| Marc Shinn-Krantz | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Michael W. Bien | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **2.00** | **0.00** | | **$0.00** | **$0.00** |

| | | |
|---|---|---|
| **GRAND TOTAL** | **$0.00** | **$0.00** |

**Coleman v. Newsom**
**First Quarter of 2019**
**January 1, 2019 through March 31, 2019**
Fees on Appeal of 07/03/18 Order, 489-20

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alex Gourse | 0.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| Cara E. Trapani | 58.60 | 58.60 | $220.50 | $12,921.30 | $12,469.05 |
| F. Gail LaPurja | 0.80 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 0.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jessica L. Winter | 1.20 | 1.00 | $220.50 | $220.50 | $212.78 |
| Lisa A. Ells | 3.70 | 3.70 | $220.50 | $815.85 | $787.30 |
| Michael W. Bien | 0.50 | 0.50 | $220.50 | $110.25 | $106.39 |
| **Total** | **65.70** | **63.80** | | **$14,067.90** | **$13,575.52** |

**GRAND TOTAL**                                        **$14,067.90**   **$13,575.52**

3396884_1.xls

**Coleman v. Newsom**
**First Quarter of 2019**
**January 1, 2019 through March 31, 2019**
Costs on Appeal of 07/03/18 Order, 489-20

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying and Printing | $29.20 | $29.20 |
| Westlaw/Lexis/Pacer | $155.56 | $155.56 |
| **Total** | | **$184.76** |

| | | |
|---|---|---|
| **GRAND TOTAL** | | **$184.76** |

3396884_1.xls

**Coleman v. Newsom**
**First Quarter of 2019**
**January 1, 2019 through March 31, 2019**
Fees on Golding Investigation Appeal, 489-22

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|--------------|---------------|--------------|----------------|----------------|
| Cara E. Trapani | 0.40 | 0.00 | $220.50 | $0.00 | $0.00 |
| F. Gail LaPurja | 0.40 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 0.90 | 0.90 | $220.50 | $198.45 | $191.50 |
| Jessica L. Winter | 1.70 | 1.70 | $220.50 | $374.85 | $361.73 |
| Lisa A. Ells | 1.20 | 1.20 | $220.50 | $264.60 | $255.34 |
| Marc Shinn-Krantz | 0.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **4.80** | **3.80** | | **$837.90** | **$808.57** |

| | | | | | |
|------|------|------|------|------|------|
| **GRAND TOTAL** | | | | **$837.90** | **$808.57** |

3396884_1.xls

**Coleman v. Newsom**
**First Quarter of 2019**
**January 1, 2019 through March 31, 2019**
Costs on Golding Investigation Appeal, 489-22

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Westlaw/Lexis/Pacer | $2.90 | $2.90 |
| **Total** | | **$2.90** |

| | | |
|---|---|---|
| **GRAND TOTAL** | | **$2.90** |

3396884_1.xls