XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
Deputy Attorney General
   1300 I Street, Suite 125
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone:  (916) 210-7318
   Fax:  (916) 324-5205
   E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' SECOND STATUS REPORT ON FUNDING FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**<br><br>Judge:  The Hon. Kimberly J. Mueller |

## INTRODUCTION

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds.  (ECF No. 6135.)  The Court further ordered Defendants to file the same information every thirty days until the funding process is complete.  (*Id.*)  On May 28, 2019, Defendants filed their first status report on funding for the construction of 100 mental health crisis beds.  (ECF No. 6168.)  Defendants' first status reported that the California Department of Corrections and Rehabilitation (CDCR) has completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the

1

Defs.' Second Status Report on Funding for 100 MHCBs  (2:90-cv-00520 KJM-DB (PC))

project's construction phase to be included in the 2020-2021 State Budget. As of the date of this second status report, the funding for the project's working drawings phase remains under consideration but will not be encumbered this fiscal year ending June 30, 2019 because of the Legislature's concerns about the project's scope and cost.

## DISCUSSION

### I. THE FUNDING PROCESS FOR STATE AGENCY CONSTRUCTION PROJECTS.

The Court's April 29, 2019 order directed Defendants to use a 2009 filing in this case as "a point of reference" to outline the stages of the funding process necessary to obtain final approval to build 100 crisis beds at the California Institution for Men (CIM) and the R.J. Donovan Correctional Facility (RJD) (MHCB Construction Project). (ECF No. 6135 at 2 (citing ECF No. 3591 at Exhs. 15-17).) Defendants' first status report outlined the funding stages that apply to the MHCB Construction Project. (ECF No. 6168.)

### II. UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.

In 2017 and 2018, CDCR submitted Capital Outlay Budget Change Proposals for the design phases of 50 new licensed mental health crisis beds at CIM and 50 new licensed mental health crisis beds at RJD. (ECF No. 6168-2 at ¶ 3.) The 2017-2018 and 2018-2019 State Budgets included funding for the preliminary plans and the working drawings phases of the MHCB Construction Project. (*Id.*)

In addition to the funding approval for each phase of the MHCB Construction Project, CDCR is required to obtain the State Public Works Board's approval of the project. (ECF No. 6168 at 2-3.) CDCR is still in the process of obtaining the State Public Works Board's approval. (Beland Decl. ¶ 3.) That approval is required before CDCR can authorize Hellmuth, Obata & Kassabaum, the architectural consultant hired to prepare the preliminary plans for the MHCB Construction Project, to begin the project's working drawings phase. (*Id.*) CDCR provided the individual preliminary plan submittals for CIM and RJD to the Joint Legislative Budget Committee, and submitted draft agenda items concerning the project to the State Public Works Board for approval. (ECF No. 6168-2 at ¶¶ 6, 8.)

2

1  On June 12, 2019, the Joint Legislative Budget Committee notified the Department of Finance that, due to CDCR's declining inmate population, CDCR's projections for crisis bed needs in the future, and changes to the project's scope and costs, the MHCB Construction Project may not be justified.  (Beland Decl. ¶ 4 & Exh. 1.)  The Joint Legislative Budget Committee requested that CDCR further analyze its population and explore alternatives to the MHCB Construction Project for discussion and consideration when the Legislature reconvenes after August 12, 2019.  (*Id*.)  On June 19, 2019, the Department of Finance responded to the Joint Legislative Budget Committee to reiterate the Administration support for CDCR's proposed MHCB Construction Project because of the need for additional crisis beds in the state's southern region and because projections for the female population continue to grow.  (*Id*. ¶ 5 & Exh. 2.)  The Department of Finance also confirmed that it will reevaluate the scope of the MHCB Construction Project and work with the Joint Legislative Budget Committee to address the concerns that it identified in its June 12, 2019 letter.  (*Id*.)  Nonetheless, because the funds for the working drawings cannot be encumbered this fiscal year, which ends June 30, 2019, a re-appropriation will be necessary.

Assuming agreement with the Joint Legislative Budget Committee can be reached this summer, CDCR will seek the re-appropriation of the funding for the working drawings pursuant to an amendment to the 2019-2020 Budget Act and then resubmit the approval of preliminary plans for the MHCB Construction Project at the September 13, 2019 State Public Works Board meeting.  (*Id*. ¶ 6.)

**III.   UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT.**

CDCR continues to prepare its submission for funding the construction phase of the MHCB Construction Project with the expectation that the Legislature's concerns will be resolved.  In anticipation of State Public Works Board approval of preliminary plans for the MCHB Construction Project, CDCR will prepare its submission request for funding the construction phase of the MHCB Construction Project and will submit a Capital Outlay Budget Change

///

3

Proposal to the Department of Finance in July 2019 to request the construction funding. (Beland Decl. ¶ 7.)

If CDCR obtains all of the necessary approvals, the Department of Finance between January and March 2020 will submit approved requests to the Legislature for consideration as part of the Governor's 2020-2021 proposed budget. (ECF No. 6168-2 at ¶ 12.) The Legislature is required to approve the 2020-2021 Budget by June 15, 2020. (*Id*. ¶ 13.) After the Governor signs the 2020-2021 Budget Act, any approved construction funding for the MHCB Construction Project will be available as early as July 1, 2020. (*Id*.)

### IV.  DEFENDANTS WILL FILE MONTHLY STATUS REPORTS.

Consistent with the Court's April 29, 2019 order, Defendants will file their third monthly status report identifying CDCR's progress through the funding process for the MHCB Construction Project on July 29, 2019.

### CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 3556 and ECF No. 6135.

Dated:  June 27, 2019                            Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003 / Status Report No. 2 on MHCB Funding.docx

4

Defs.' Second Status Report on Funding for 100 MHCBs  (2:90-cv-00520 KJM-DB (PC))