XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF KEITH BELAND SUPPORTING DEFENDANTS' SECOND STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS** |

I, Keith M. Beland, declare:

1. I am the Associate Director of Project Management Branch (Acting Deputy Director) of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration in support of Defendants' second status report on the funding process for the design and construction of 100 new licensed mental health crisis beds at two prisons in Southern California.

///

1

2.     I began working for CDCR in 1994. I work on healthcare projects on behalf of, and at the direction of, CDCR's Facilities Director, Deborah Hysen, and CDCR Secretary Ralph Diaz. In my current role, I am responsible for the management and oversight of capital construction of new facilities and renovation of existing facilities within the Facility Planning, Construction and Management Division. I am familiar with the status of the numerous construction, and renovation projects that the State has completed and is currently undertaking to meet the mental health needs of the State's inmates. I am also familiar with CDCR's current plans to construct 100 new licensed mental health crisis beds (MHCBs) at the California Institution for Men (CIM) and the R.J. Donovan Correctional Facility (RJD).

3.     CDCR is still in the process of obtaining the State Public Works Board's final approval of the preliminary plans for the MHCB Construction Project, which is required before CDCR can authorize Hellmuth, Obata & Kassabaum, the architectural consultant hired to prepare the preliminary plans for the MHCB Construction Project, to begin the MHCB projects' working drawings phase.

4.     On June 12, 2019, the Joint Legislative Budget Committee notified the Department of Finance that due to: a) the changes in the scope of the project and associated revised project costs, and, b) the declining inmate-patient population, the MHCB projects may not have the sufficient justification to move forward. Attached as Exhibit 1 is a true and correct copy of the June 12, 2019 letter from the Chair of the Joint Legislative Budget Committee, received by my office and kept as part of my office's records for the MHCB Construction Project. The Joint Legislative Budget Committee requested that additional analysis of the population and associated alternatives be explored further for discussion and consideration when the Legislature reconvenes after August 12, 2019.

5.     As set forth in a June 19, 2019 letter from the Department of Finance to the Joint Legislative Budget Committee, the Administration supports CDCR's approach with the projects because of the need for additional crisis beds in the Southern region of the state, and because projections for the female population continue to grow. Attached as Exhibit 2 is true and correct

///

2

Beland Decl. Supp. Defs.' Second Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

1  copy of the June 19, 2019 letter, received by my office and kept as part of my office's records for
2  the MHCB Construction Project.

3    6.    Assuming agreement with the Joint Legislative Budget Committee can be reached
4  this summer, CDCR will seek the re-appropriation of the funding for the working drawings
5  pursuant to an amendment to the 2019-2020 Budget Act and then resubmit the approval of
6  preliminary plans for the MHCB Construction Project at the September 13, 2019 State Public
7  Works Board meeting.

8    7.    In anticipation of State Public Works Board approval of preliminary plans for the
9  MCHB Construction Project, CDCR will prepare its submission request for funding the
10 construction phase of the MHCB Construction Project and will submit Capital Outlay Budget
11 Change Proposals to the Department of Finance in July 2019 to request the construction funding.

12 I declare under penalty of perjury under the laws of the United States of America that the
13 foregoing is true and correct. Executed in Sacramento, California on June 27, 2019.

                                                    */s/ Keith M. Beland*
                                                    KEITH M. BELAND
                                                    Associate Director, Facility Planning,
                                                    Construction and Management
                                                    *(original signature retained by attorney)*

3

Beland Decl. Supp. Defs.' Second Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

# Exhibit 1

| HOLLY J. MITCHELL<br>CHAIR<br>SENATE MEMBERS<br>PATRICIA C. BATES<br>WILLIAM W. MONNING<br>JIM NIELSEN<br>DR. RICHARD PAN<br>ANTHONY J. PORTANTINO<br>NANCY SKINNER<br>JEFF STONE | **California Legislature**<br>**JOINT LEGISLATIVE BUDGET COMMITTEE**<br>GABRIEL PETEK<br>LEGISLATIVE ANALYST | PHILIP Y. TING<br>VICE CHAIR<br>ASSEMBLY MEMBERS<br>JOAQUIN ARAMBULA<br>RICHARD BLOOM<br>KEVIN MCCARTY<br>MELISSA A. MELENDEZ<br>JAY OBERNOLTE<br>LUZ RIVAS<br>SHIRLEY N. WEBER |
|---|---|---|

June 12, 2019

Ms. Keely Martin Bosler, Director
Department of Finance
Room 1145, State Capitol
Sacramento, California 95814

Dear Ms. Bosler:

In a letter dated May 14, 2019, you notified the Joint Legislative Budget Committee, pursuant to Government Code section 13332.11, of a request from the California Department of Corrections and Rehabilitation (CDCR) to change the scope and costs for the Mental Health Crisis Bed (MHCB) projects at the California Institution for Men (CIM) in Chino and at the Richard J. Donovan Correctional Facility (RJD) in San Diego. According to CDCR, the requested changes would: (1) support the facilities' flexibility to serve differing mixes of inmates (including females and inmates with lower level mental health needs), and (2) take into account updated space standards and remedy design deficiencies identified in previously-constructed mental health facilities.

Based on recent data provided by the administration, the Legislative Analyst's Office (LAO) informs me that CDCR currently has more than enough existing capacity statewide to meet all of its current and projected needs for licensed MHCBs and lower-level mental health beds over the next four years. For example, in the current year, according to the LAO, only 75 percent of the 402 licensed MHCBs are expected to be filled and only 79 percent of the 1,537 licensed lower-level mental health beds are expected to be filled. Moreover, the needs for both MHCBs and lower-level mental health beds are projected to decline by about 4 percentage points over the next four years. Given this information, I find that the requested changes have not been justified at this time.

I understand that the department has expressed concerns about a need for care in Southern California and about the court's expectations of the state related to the *Coleman* litigation. In light of current capacity projections, I am requesting that the administration reevaluate the need to move forward with the projects as updated and explore whether there are alternative ways for the state to fulfill its duty of care. For example, the administration could evaluate and present options to the court and to the Legislature that identify how the current capacity can meet the need or how existing beds or facilities could be repurposed, that eliminate some components of the proposed scope or cost changes, and/or that move only one project forward. The Legislature

Ms. Keely Martin Bosler 2 June 11, 2019

will reconvene from our summer recess on August 12, 2019. I hope that the window of time between now and then will be sufficient for the administration to conduct such a review and to engage with the court so that we can then determine together the best path forward.

Sincerely,

*H. Mitchell*

Holly J. Mitchell
Chair

cc: Members of the Joint Legislative Budget Committee

# Exhibit 2

DEPARTMENT OF
**FINANCE**
OFFICE OF THE DIRECTOR

GAVIN NEWSOM · GOVERNOR
STATE CAPITOL ■ ROOM 1145 ■ SACRAMENTO CA ■ 95814-4998 ■ WWW.DOF.CA.GOV

June 19, 2019

Honorable Holly Mitchell, Chair
Joint Legislative Budget Committee
Senate Budget and Fiscal Review Committee

**California Institute for Men and Richard J. Donovan 50-Bed Mental Health Crisis Facility Projects – Joint Legislative Budget Committee Objection**

Dear Senator Mitchell:

Thank you for the correspondence dated June 12, 2019, expressing your current position regarding the two 50-Bed Mental Health Crisis Facility projects (Projects) at the California Department of Corrections and Rehabilitation's (CDCR) California Institute for Men, Chino (CIM) and the Richard J. Donovan Correctional Facility, San Diego (RJD).

In addition to ensuring there are sufficient licensed mental health crisis beds (MHCBs) to meet the anticipated and potentially fluctuating need, the Administration supports CDCR's current approach with these Projects due to the following:

- CDCR geographically lacks licensed MHCB in the Southern region of the state. This results in a significant number of inmate-patient trips to the Northern and Central regions of the state leading to higher operational costs and potentially impacting CDCR's ability to transfer all inmates to these beds within the strict 24-hour timeframes ordered by the *Coleman v. Newsom* (*Coleman*) Court.

- Projections for the female inmate-patient population continue to grow and the lack of availability of licensed MHCBs continues to be a significant concern.

As discussed with your staff, the federal court overseeing the *Coleman* litigation is closely monitoring the progress of the funding and construction of these facilities on a monthly basis. The Projects at CIM and RJD are necessary to continue the Administration's efforts to resolve the important issues at stake in the *Coleman* litigation.

In light of these issues, the Administration will reevaluate the scope of these Projects as requested, notify the Court of your letter and concerns, and work with your staff in the coming weeks to find the best path forward.

If you have any further questions regarding these Projects, please contact Chris Lief, at (916) 445-9694 or Chris.Lief@dof.ca.gov.

KEELY MARTIN BOSLER
Director

cc:  Honorable Phil Ting, Chair, Assembly Budget Committee
Honorable Jim Nielsen, Vice Chair, Senate Budget and Fiscal Review Committee
Honorable Jay Obernolte, Vice Chair, Assembly Budget Committee
Honorable Nancy Skinner, Chair, Senate Budget and Fiscal Review Subcommittee No. 5
Honorable Shirley Weber, Chair, Assembly Budget Subcommittee No. 5
Mr. Gabriel Petek, Legislative Analyst (3)
Mr. Joe Stephenshaw, Staff Director, Senate Budget and Fiscal Review Committee
Mr. Kirk Feely, Budget Fiscal Director, Senate Republican Fiscal Office
Mr. Christopher W. Woods, Senate President pro Tempore's Office (2)
Mr. Christian Griffith, Chief Consultant, Assembly Budget Committee
Ms. Cyndi Hillery, Staff Director, Assembly Republican Fiscal Committee
Ms. Jayme Chick, Deputy Chief of Staff, Policy, Assembly Republican Leader's Office
Mr. Jim Richardson, Policy and Fiscal Director, Assembly Republican Leader's Office
Mr. Jason Sisney, Assembly Speaker's Office (2)
Ms. Deborah Hysen, Director, Facilities Planning, Construction, and Management, Department of Corrections and Rehabilitation
Mr. Dean Borg, Deputy Director, Facility Planning, Construction, and Management, Department of Corrections and Rehabilitation