XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON MCCLAIN, SBN 209508
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR, SBN 263293
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-4435
 Fax: (415) 703-1234
 E-mail: nasstaran.ruhparwar@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone: (415) 777-3200
 Fax: (415) 541-9366
 E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>  Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>  Defendants. | C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**ERRATA RE DEFENDANTS' JUNE 2019 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

It has come to the attention of counsel for Defendants that CDCR's June 17, 2019 Update in Exhibit B to Defendants' June 2019 Status Report (ECF No. 3130-2) contains the following typographical error:

| Document: | Current Text: | Corrected Text: |
|---|---|---|
| Page 3 of CDCR's June 17, 2019 Update (ECF No. 3130-2, at page 5 of 6) | From February 11, 2014 through May 31, 2019, the Board held 3,524 hearings for inmates eligible for elderly parole, resulting in 971 grants, **1,242** denials, 311 stipulations to unsuitability, and there currently are no split votes that require further review by the full Board. | From February 11, 2014 through May 31, 2019, the Board held 3,524 hearings for inmates eligible for elderly parole, resulting in 971 grants, **2,242** denials, 311 stipulations to unsuitability, and there currently are no split votes that require further review by the full Board. |

Defendants respectfully submit this errata to correct this error. A corrected version of CDCR's June 17, 2019 Update is attached hereto as Exhibit A.

Dated: July 8, 2019

XAVIER BECERRA
Attorney General of California

By: */s/ Damon McClain*
    DAMON MCCLAIN
    Supervising Deputy Attorney General
    *Attorneys for Defendants*

Dated: July 8, 2019

HANSON BRIDGETT LLP

By: */s/ Samantha D. Wolff*
    SAMANTHA D. WOLFF
    *Attorneys for Defendants*