UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | |
| GAVIN NEWSOM, et al., | ORDER |
| Defendants. | |

Defendants have filed two motions regarding payment of the court-appointed neutral expert. The first motion, filed April 4, 2019, is a motion under Federal Rule of Civil Procedure 67 for leave to deposit payments for the neutral expert in the court's registry or, in the alternative under Federal Rule of Civil Procedure 60(b) to modify the court's December 14, 2018 and January 8, 2019 orders appointing the neutral expert, ECF Nos. 6033, 6064 (hereafter "appointment orders"). ECF No. 6121. The second motion, filed May 24, 2019, is for disclosure of the neutral expert's billing records, which have been filed under seal, for stay of any further direct payment to the neutral pending disclosure of the records, and for deposit of funds into the court registry instead of direct payment pending resolution of the motion. ECF No. 6160. Plaintiffs have filed oppositions to both motions, ECF Nos. 6138, 6176, and defendants have filed

1

replies, ECF Nos. 6149-1, 6189-1.[1]  The neutral expert has also filed a response to the motion for disclosure of his firm's itemized billing records.  ECF No. 6173.

This court's orders appointing the neutral expert referred the matter of payment to the assigned magistrate judge.  *See* ECF Nos. 6033 at 4-5, 6064 at 5-6.  With the exception of the order for payment of services rendered in December 2018, which this court issued, ECF No. 6083, the magistrate judge has issued orders for payment of the neutral expert's services through April 2019, when his work was complete.  *See* ECF Nos. 6178 (Order for payment of April 2019 services), 6155 (Order for payment of March 2019 services), 6115 (Order for payment of February 2019 services), 6107 (Order for payment of January 2019 services), 6146 (minute order reflecting Neutral Expert Report received 4/22/2019).

Both of defendants' motions seek relief from future court-ordered payments directly to the neutral expert.  Defendants' request for stay pending ruling on the first motion was denied by this court on April 9, 2019.  ECF No. 6122.  As discussed above, this court or the assigned magistrate judge has ordered payment for all services rendered by the neutral expert.  Through its courtroom deputy, the court has received confirmation from the neutral expert that he has received all court-ordered payments.  Accordingly, defendants' motions are moot to the extent they seek to avoid direct payment to the neutral expert.  "'The basic question in determining mootness is whether there is a present controversy as to which effective relief can be granted.'"  *Feldman v. Bomar*, 518 F.3d 637, 642 (9th Cir. 2008) (quoting *Northwest Environmental Defense Center v. Gordon*, 849 F.2d 1241, 1244 (9th Cir. 1988)).  Because defendants have made all required payments to the neutral expert, there are no future payments to be stayed and no funds to be deposited into the court registry pending payment.

Defendants' request for disclosure of the neutral expert's itemized billing records, which is attendant to their other requests, will be denied.  The records are being maintained under seal and are fully available to the Court of Appeals should that court request them.  Given the

---

[1] In both instances, defendants filed requests for leave to file reply briefs; the court granted both requests.  ECF Nos. 6157, 6190.

ongoing proceedings in this court concerning the contents of the neutral expert's report, including but not limited to the evidentiary hearing set for this September, the court is persuaded that the itemized billing records should remain under seal to protect the integrity of the investigation and the privacy of witnesses involved in the investigation at least until such time as all court proceedings related to that report have concluded.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants' April 4, 2019 motion, ECF No. 6121, is denied; and
2. Defendants' May 24, 2019 motion, ECF No. 6160, is denied.

DATED: July 10, 2019.

_____
UNITED STATES DISTRICT JUDGE