XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE JOINT REPORT REQUIRED BY THE COURT'S JUNE 14, 2019 ORDER [ECF NO. 6187]** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | Judge: The Hon. Kimberly J. Mueller |

On June 14, 2019, the Court issued an order following the June 10, 2019 special status conference regarding the Court expert's report. (ECF No. 6187.) Paragraph 2 of the order requires the parties to "meet and confer to determine whether they can stipulate to one or more of the underlying facts suggested by the results of the neutral expert's investigation." (*Id*. at 2.) The order further requires the parties to submit any agreed facts, address other issues falling within the scope of the evidentiary hearing, and set forth their respective positions on Plaintiffs' self-certification proposal and footnote 19 to the expert's report—all by July 15, 2019. (*Id*.)

1  The parties have exchanged proposed stipulations and have met and conferred multiple
2  times to discuss the stipulations and other issues contemplated under the June 14, 2019 order.
3  But the parties require additional time to continue the meet-and-confer process and submit a
4  comprehensive joint report addressing the Court's requests.  Accordingly, the parties request and
5  stipulate to continue the July 15, 2019 deadline by one week.  The parties will submit their joint
6  report by July 22, 2019.

7  **IT IS SO STIPULATED.**

8  Dated:  July 11, 2019                              XAVIER BECERRA
                                                      Attorney General of California
9                                                     ADRIANO HRVATIN
                                                      Supervising Deputy Attorney General
10

11                                                    /S/ ELISE OWENS THORN
                                                      Elise Owens Thorn
12                                                    Deputy Attorney General
                                                      *Attorneys for Defendants*
13

14  Dated: July 11, 2019                              ROSEN BIEN GALVAN & GRUNFELD LLP

15
                                                      /S/ CARA E. TRAPANI
16                                                    Cara E. Trapani
                                                      *Attorneys for Plaintiffs*
17

18  **IT IS SO ORDERED.**

19
    Dated: _____                          _____
20                                                    KIMBERLY J. MUELLER
21                                                    UNITED STATES DISTRICT COURT

22

23  CF1997CS0003
    13400215.docx
24

25

26

27

28