1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  ADRIANO HRVATIN
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   TYLER V. HEATH, State Bar No. 271478
5  ROBERT W. HENKELS, State Bar No. 255410
   Deputy Attorneys General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 210-7318
8   Fax: (916) 324-5205
    E-mail: Elise.Thorn@doj.ca.gov
9  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE JOINT REPORT REQUIRED BY THE COURT'S JUNE 14, 2019 ORDER [ECF NO. 6187]** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | Judge: The Hon. Kimberly J. Mueller |

On June 14, 2019, the Court issued an order following the June 10, 2019 special status conference regarding the Court expert's report. (ECF No. 6187.) Paragraph 2 of the order requires the parties to "meet and confer to determine whether they can stipulate to one or more of the underlying facts suggested by the results of the neutral expert's investigation." (*Id.* at 2.) The order further requires the parties to submit any agreed facts, address other issues falling within the scope of the evidentiary hearing, and set forth their respective positions on Plaintiffs' self-certification proposal and footnote 19 to the expert's report—all by July 15, 2019. (*Id.*)

1

The parties have exchanged proposed stipulations and have met and conferred multiple times to discuss the stipulations and other issues contemplated under the June 14, 2019 order. But the parties require additional time to continue the meet-and-confer process and submit a comprehensive joint report addressing the Court's requests. Accordingly, the parties request and stipulate to continue the July 15, 2019 deadline by one week. The parties will submit their joint report by July 22, 2019.

**IT IS SO STIPULATED.**

Dated: July 11, 2019

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/s/ ELISE OWENS THORN
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

Dated: July 11, 2019

ROSEN BIEN GALVAN & GRUNFELD LLP

/s/ CARA E. TRAPANI
Cara E. Trapani
*Attorneys for Plaintiffs*

The parties' stipulation is approved. The deadline for submission of the parties' stipulation and joint statement set in paragraph 2 of the court's July 11, 2019 order, ECF No. 6216, is extended by one week to and including July 22, 2019.

**IT IS SO ORDERED.**

DATED: July 12, 2019.

_____
UNITED STATES DISTRICT JUDGE