XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General
ROBERT W. HENKELS
Deputy Attorney General
State Bar No. 255410
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3575
  Fax:  (415) 703-5843
  E-mail:  Robert.Henkels@doj.ca.gov
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                          Plaintiffs,<br><br>    v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                          Defendants. | CASE NO. 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS** |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants wish to associate Deputy Attorney General Robert W. Henkels as additional counsel on this case.  Please add Deputy Attorney General Henkels to the service list and files as follows:

    Robert W. Henkels
    Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
    Telephone:  (415) 510-3575
    E-mail: Robert.Henkels@doj.ca.gov

1 | Dated: July 19, 2019

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/ Robert W. Henkels*
ROBERT W. HENKELS
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
21538727.docx

# CERTIFICATE OF SERVICE

Case Name:   *Coleman v. Newsom, et al.,*        No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on July 19, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 19, 2019, at San Francisco, California.

| B. Chung | */s/ B. Chung* |
|---|---|
| Declarant | Signature |

CF1997CS0003 /21544367.docx