8  UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P

12 | Plaintiff,

13 | v. | ORDER

14 | GAVIN NEWSOM, et al.,

15 | Defendants.

16

17

18  The matter of payment of the special master has been referred to this court by the district

19 court. The court has reviewed the bill for services provided by the Special Master in the above-

20 captioned case through the month of June 2019.

21  Good cause appearing, IT IS HEREBY ORDERED that:

22  1. The Clerk of the Court is directed to pay to

23  Pannone Lopes Devereaux & O'Gara LLC
   Attn: Matthew A. Lopes, Jr., Esq., Special Master
24  Northwoods Office Park, Suite 215N
   1301 Atwood Avenue
25  Johnston, RI 02919

26

27 the amount of $548,248.88 as payment of the statement attached to this order; and

28

1

2. A copy of this order shall be served on the financial department of this court.

Dated: July 23, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole19.jun

2

| | | |
|---|---|---|
| **RALPH COLEMAN, et al.,** | : | |
| Plaintiffs, | : | |
| | : | **No. Civ. S-90-0520 LKK JFM P** |
| v. | : | |
| | : | |
| **EDMUND G. BROWN, JR., et al.** | : | |
| Defendants. | | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through June 30, 2019.

Matthew A. Lopes, Jr., Special Master
    Services                        $19,032.00
    Disbursements          $18,387.79

    Total amount due                    $37,419.79

Mohamedu F. Jones, J.D., Deputy Special Master
    Services                        $45,909.00
    Disbursements          $     0.00

    Total amount due                    $45,909.00

Kerry F. Walsh, J.D.
    Services                        $28,425.00
    Disbursements          $     0.00

    Total amount due                    $28,425.00

Kristina M. Hector, J.D.
    Services                        $34,921.00
    Disbursements          $     0.00

    Total amount due                    $34,921.00

Steven W. Raffa, J.D.
    Services                        $36,913.00
    Disbursements          $     0.00

    Total amount due                    $36,913.00

Regina M. Costa, MSW., J.D.
    Services                        $37,354.00
    Disbursements          $     0.00

    Total amount due                    $37,354.00

LaTri-c-ea McClendon-Hunt
    Services                        $35,076.00
    Disbursements          $     0.00

    Total amount due                    $35,076.00

Angelyne E. Cooper
    Services    $33,830.00
    Disbursement    $      0.00

    Total amount due    $33,830.00

Kerry C. Hughes, M.D.
    Services    $36,970.00
    Disbursements    $ 3,188.76

    Total amount due    $40,158.76

Jeffrey L. Metzner, M.D.
    Services    $17,412.00
    Disbursements    $ 2,101.39

    Total amount due    $19,513.39

Mary Perrien, Ph.D.
    Services    $32,884.00
    Disbursements    $ 1,625.65

    Total amount due    $34,509.65

Patricia M. Williams, J.D.
    Services    $17,989.50
    Disbursements    $    587.13

    Total amount due    $18,576.63

Henry A. Dlugacz, MSW, J.D.
    Services    $19,569.00
    Disbursements    $ 1,540.86

    Total amount due    $21,109.86

Lindsay M. Hayes
    Services    $ 9,590.00
    Disbursements    $ 1,903.26

    Total amount due    $11,493.26

Timothy A. Rougeux
    Services    $22,859.78
    Disbursements    $    592.00

    Total amount due    $23,451.78

| | | | |
|---|---|---|---|
| Cynthia A. Radavsky, M.Ed | | | |
| | Services | $ 1,198.50 | |
| | Disbursements | $      0.00 | |
| | Total amount due | | $ 1,198.50 |

Roderick Q. Hickman
    Services                        $ 1,786.00
    Disbursements          $      0.00

         Total amount due                        $ 1,786.00

Maria Masotta, Psy.D.
    Services                        $30,596.00
    Disbursements          $ 2,970.82

         Total amount due                        $33,566.82

Karen Rea PHN, MSN, FNP
    Services                        $16,862.00
    Disbursements          $    371.44

         Total amount due                        $17,233.44

EmployStats
    Services                        $35,803.00
    Disbursements          $      0.00

         Total amount due                        $35,803.00

**TOTAL AMOUNT TO BE REIMBURSED**        **$548,248.88**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master

5