XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER HEATH, State Bar No. 271478
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 510-3577
  Fax: (415) 703-5843
  E-mail: Adriano.Hrvatin@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                Plaintiffs,<br><br>    v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>               Defendants. | No. 2:90-cv-00520 KJM-DB (PC)<br><br>Ninth Circuit Case No. 19-15006<br><br>**SECOND AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>Judge:    The Honorable Kimberly J. Mueller<br>Action Filed: August 23, 1990 |

On December 28, 2018, Defendants appealed to the U.S. Court of Appeals for the Ninth Circuit from this Court's orders of November 29, 2018 (ECF No. 6018), December 13, 2018 (ECF No. 6032), and December 14, 2018 (ECF No. 6033), and from all earlier, non-final orders that produced the December 14 Order and are thereby merged with it. (ECF No. 6058.)

On January 28, 2019, Defendants amended their notice of appeal to include this Court's order of January 8, 2019 (ECF No. 6064). (ECF No. 6078.)

1  On July 11, 2019, this Court issued an order amending its earlier orders, which are the subject of the pending appeal, by denying Defendants an opportunity to review the independent investigator's itemized billing records.  (ECF No. 6215.)  Defendants hereby amend their notice of appeal to the U.S. Court of Appeals for the Ninth Circuit to include the order of July 11, 2019, (ECF No. 6215), as well as the orders identified in the previous notices of appeal, (ECF Nos. 6058 & 6078).

Dated:  July 25, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorneys General

*/s/ Adriano Hrvatin*
ADRIANO HRVATIN
Supervising Deputy Attorneys General
*Attorneys for Defendants*

CF1997CS0003
21541790.docx

# ATTACHMENT
# ECF NO. 6215
# ORDER

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | |
| GAVIN NEWSOM, et al., | ORDER |
| Defendants. | |

Defendants have filed two motions regarding payment of the court-appointed neutral expert. The first motion, filed April 4, 2019, is a motion under Federal Rule of Civil Procedure 67 for leave to deposit payments for the neutral expert in the court's registry or, in the alternative under Federal Rule of Civil Procedure 60(b) to modify the court's December 14, 2018 and January 8, 2019 orders appointing the neutral expert, ECF Nos. 6033, 6064 (hereafter "appointment orders"). ECF No. 6121. The second motion, filed May 24, 2019, is for disclosure of the neutral expert's billing records, which have been filed under seal, for stay of any further direct payment to the neutral pending disclosure of the records, and for deposit of funds into the court registry instead of direct payment pending resolution of the motion. ECF No. 6160. Plaintiffs have filed oppositions to both motions, ECF Nos. 6138, 6176, and defendants have filed

1

1 replies, ECF Nos. 6149-1, 6189-1.[1] The neutral expert has also filed a response to the motion for
2 disclosure of his firm's itemized billing records. ECF No. 6173.

3     This court's orders appointing the neutral expert referred the matter of payment to
4 the assigned magistrate judge. *See* ECF Nos. 6033 at 4-5, 6064 at 5-6. With the exception of the
5 order for payment of services rendered in December 2018, which this court issued, ECF No.
6 6083, the magistrate judge has issued orders for payment of the neutral expert's services through
7 April 2019, when his work was complete. *See* ECF Nos. 6178 (Order for payment of April 2019
8 services), 6155 (Order for payment of March 2019 services), 6115 (Order for payment of
9 February 2019 services), 6107 (Order for payment of January 2019 services), 6146 (minute order
10 reflecting Neutral Expert Report received 4/22/2019).

11     Both of defendants' motions seek relief from future court-ordered payments
12 directly to the neutral expert. Defendants' request for stay pending ruling on the first motion was
13 denied by this court on April 9, 2019. ECF No. 6122. As discussed above, this court or the
14 assigned magistrate judge has ordered payment for all services rendered by the neutral expert.
15 Through its courtroom deputy, the court has received confirmation from the neutral expert that he
16 has received all court-ordered payments. Accordingly, defendants' motions are moot to the
17 extent they seek to avoid direct payment to the neutral expert. "'The basic question in
18 determining mootness is whether there is a present controversy as to which effective relief can be
19 granted.'" *Feldman v. Bomar*, 518 F.3d 637, 642 (9th Cir. 2008) (quoting *Northwest*
20 *Environmental Defense Center v. Gordon*, 849 F.2d 1241, 1244 (9th Cir. 1988)). Because
21 defendants have made all required payments to the neutral expert, there are no future payments to
22 be stayed and no funds to be deposited into the court registry pending payment.

23     Defendants' request for disclosure of the neutral expert's itemized billing records,
24 which is attendant to their other requests, will be denied. The records are being maintained under
25 seal and are fully available to the Court of Appeals should that court request them. Given the

---

[1] In both instances, defendants filed requests for leave to file reply briefs; the court granted both requests. ECF Nos. 6157, 6190.

2

ongoing proceedings in this court concerning the contents of the neutral expert's report, including but not limited to the evidentiary hearing set for this September, the court is persuaded that the itemized billing records should remain under seal to protect the integrity of the investigation and the privacy of witnesses involved in the investigation at least until such time as all court proceedings related to that report have concluded.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Defendants' April 4, 2019 motion, ECF No. 6121, is denied; and
2. Defendants' May 24, 2019 motion, ECF No. 6160, is denied.

DATED: July 10, 2019.

_____
UNITED STATES DISTRICT JUDGE

3

# ATTACHMENT REPRESENTATION STATEMENT

19-15006

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

      Plaintiffs-Appellees,

 v.

**GAVIN NEWSOM, et al.,**

      Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of California

No. 2:90-cv-00520 KJM-DB (PC)
The Honorable Kimberly J. Mueller, Judge

**REPRESENTATION STATEMENT**

    XAVIER BECERRA
    Attorney General of California
    MONICA N. ANDERSON
    Senior Assistant Attorney General
    NEAH HUYNH
    Supervising Deputy Attorneys General
    YEVGENIY PARKMAN
    Deputy Attorney General
    State Bar No. 310302
     455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
     Telephone: (415) 510-3608
     Fax: (415) 703-5843
     Email:  Jenya.Parkman@doj.ca.gov
    *Attorneys for Appellants*

The undersigned represent the State Defendants—Appellants in this case—including Gavin Newsom, Governor of the State of California; Ralph M. Diaz, Secretary of the California Department of Corrections and Rehabilitation; Keely Bosler, Director of the Department of Finance; and Stephanie Clendenin, Acting Director of the Department of State Hospitals. Attached is a service list that provides the names, firms, addresses, telephone numbers, and email addresses for the lead counsel representing the Plaintiffs-Appellees and for the Special Master. The party listing in the district court's docket also includes numerous associated counsel for many parties, as well as additional intervenors, "interested parties," amici curiae, and other individuals who are not included on the attached service list.

Dated: July 25, 2019           Respectfully Submitted

XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
NEAH HUYNH
Supervising Deputy Attorneys General

*/s/ Yevgeniy Parkman*
YEVGENIY PARKMAN
Deputy Attorney General
*Attorneys for Appellants*

*Service List*

| | |
|---|---|
| Michael Bien<br>  (Email: mbien@rbgg.com)<br>Lisa Adrienne Ells<br>  (Email: lells@rbgg.com)<br>Thomas Bengt Nolan<br>  (Email: tnolan@rbgg.com)<br>Jessica L. Winter<br>  (Email: jwinter@rbgg.com)<br>Michael S. Nunez<br>  (Email: mnunez@rbgg.com)<br>Rosen Bien Galvan & Grunfeld, LLP<br>101 Mission Street, 6th Floor<br>San Francisco, CA 94105<br>Phone: (415) 433-6830<br>Fax: (415) 433-7104<br>(Attorneys for Plaintiffs) | Donald Specter<br>  (Email: dspecter@prisonlaw.com)<br>Steve Fama<br>  (Email: sfama@prisonlaw.com)<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Phone: (510) 280-2621<br>Fax: (510) 280-2704<br>(Attorneys for Plaintiffs) |
| Matthew A. Lopes, Jr.<br>Pannone Lopes Devereaux<br>& O'Gara, LLC<br>1301 Atwood Avenue, Suite 215N<br>Johnston, RI 02919<br>Phone: (401) 824-5156<br>Fax: (401) 824-5123<br>Email: mlopes@pldolaw.com<br>(Special Master) | |

SF2018401343
21553328.docx

2

19-15006

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

                Plaintiffs-Appellees,

    **v.**

**GAVIN NEWSOM, et al.,**

                Defendants-Appellants.

## STATEMENT OF RELATED CASES

The following appeal arises from the same district-court matter and so is related:

*Ralph Coleman, et al. v. Edmund Brown, Jr., et al.*, Ninth Cir. No. 18-16445

Dated: July 25, 2019 Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
NEAH HUYNH
Supervising Deputy Attorneys General

*/s/ Yevgeniy Parkman*
YEVGENIY PARKMAN
Deputy Attorney General
*Attorneys for Appellants*

# CERTIFICATE OF SERVICE

Case Name:   *Coleman v. Newsom, et al.,*   No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on July 25, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**SECOND AMENDED NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT (With Attachment)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 25, 2019, at San Francisco, California.

| E. Tornqvist | */s/ E. Tornqvist* |
|---|---|
| Declarant | Signature |

SF2018401343
21553164.docx