XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' THIRD STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS** |

I, Dean L. Borg, declare:

1. I am the Deputy Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration in support of Defendants' third status report on the funding process for the design and construction of 100 new licensed mental health crisis beds at two prisons in Southern California.

///

1

Borg Decl. Supp. Defs.' Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

2. I began working for CDCR in 1991. I work on healthcare projects on behalf of, and at the direction of, CDCR's Facilities Director, Deborah Hysen, and CDCR Secretary Ralph Diaz. In my current role, I am responsible for the management and oversight of the Facility Planning, Construction and Management Division, which includes all construction of new facilities and renovation of existing facilities. I am familiar with the status of the numerous construction, conversion, and renovation projects that the State has completed and is currently undertaking to meet the mental health needs of the State's inmates. I am also familiar with CDCR's current plans to construct 100 new licensed mental health crisis beds at the California Institution for Men's (CIM) and the R.J. Donovan Correctional Facility (RJD).

3. In June 2019, the Joint Legislative Budget Committee requested that CDCR perform an additional analysis of its inmate population and alternatives to the construction of the new crisis bed units for discussion and consideration when the Legislature reconvenes after August 12, 2019. Given this request for further analysis, CDCR has not been able to proceed with further design activities for the projects. State Public Works Board approval of preliminary plans is necessary before further design activities can commence.

5. CDCR is performing the analysis requested by the Joint Legislative Budget Committee and will consult with the Department of Finance in August 2019 regarding further discussion with the Joint Legislative Budget Committee.

6. Provided a consensus and agreement by the Joint Legislative Budget Committee and the Department of Finance, the preliminary plans for both MHCB projects can be considered for approval at the September 13, 2019 State Public Works Board meeting. Approval of preliminary plans, and amendment of the 2019 Budget Act to re-appropriate working drawings funding, are necessary to commence the final phase of design activities.

7. In anticipation of State Public Works Board approval of preliminary plans for the MCHB projects and re-appropriation of the working drawings funding, CDCR will prepare its submission request for funding the construction phase for both MHCB projects and will submit Capital Outlay Budget Change Proposals to the Department of Finance on July 31, 2019 to request the construction funding.

2

Borg Decl. Supp. Defs.' Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

8.  Between January and May 2020, and upon approval of the construction funding requests, the Department of Finance will submit the approved requests to the Legislature for consideration as part of the Governor's 2020-2021 proposed budget.

9.  The Legislature is required to approve the 2020-2021 Budget by June 15, 2020. After the Governor signs the Budget Act, any approved construction funding for the MHCB Construction Project will be available as early as July 1, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on July 29, 2019.

*/s/ Dean L. Borg*
DEAN L. BORG
Deputy Director
Facility Planning, Construction and Management

*(original signature retained by attorney)*

3

Borg Decl. Supp. Defs.' Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))