Xavier Becerra
Attorney General of California
Adriano Hrvatin
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Tyler V. Heath, State Bar No. 271478
Robert W. Henkels, State Bar No. 255410
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>    v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                      Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT** |

    On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*) On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month. (ECF No. 5886.)

/ / /

/ / /

/ / /

1

1   Consistent with the Court's February 14, 2018 order, attached here is a letter from
2   Defendant CDCR setting forth CDCR's Division of Health Care Services Systemwide Mental
3   Health Program Allocated and Filled Psychiatry Positions for June 2019.

Dated: July 31, 2019                                Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/s/ *Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



July 31, 2019

Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:    CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Ms. Thorn:

      The California Department of Corrections and Rehabilitation (CDCR) hereby submits its monthly report identifying the psychiatry vacancy rates at each CDCR institution and systemwide for June 2019. It is attached as Exhibit A. In accordance with the Court's February 14, 2018 order, the report contains the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Sincerely,

/s/ Eureka Daye
EUREKA DAYE
Deputy Director (A)
Statewide Mental Health Program

| Division of Health Care Services<br>Statewide Mental Health Program<br>Allocated and Filled Psychiatry Positions - June 2019 ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Allocated Jan 2019[1] | | | Filled June 2019 | | | | | Filled w PNP June 2019 | | |
| Sites | Site | Telepsych | Total | Site[2] | Registry[3] | Telepsych[4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 5.18 | 0.00 | 5.18 | **104%** | 0.00 | 5.18 | **104%** |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0%** | 0.00 | 0.00 | **0%** |
| CCI | 5.50 | 3.00 | 8.50 | 1.00 | 2.60 | 3.00 | 6.60 | **78%** | 0.00 | 6.60 | **78%** |
| CCWF | 10.50 | 2.00 | 12.50 | 5.50 | 0.00 | 0.00 | 5.50 | **44%** | 4.77 | 10.27 | **82%** |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CHCF | 20.00 | 6.00 | 26.00 | 4.00 | 7.12 | 5.00 | 16.12 | **62%** | 1.00 | 17.12 | **66%** |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 14.90 | 2.41 | 2.00 | 19.31 | **53%** | 0.00 | 19.31 | **53%** |
| CIM | 12.00 | 0.00 | 12.00 | 10.00 | 0.00 | 0.00 | 10.00 | **83%** | 0.00 | 10.00 | **83%** |
| CIW | 12.00 | 1.00 | 13.00 | 3.00 | 6.87 | 1.00 | 10.87 | **84%** | 0.00 | 10.87 | **84%** |
| CMC | 18.00 | 0.00 | 18.00 | 15.50 | 1.04 | 0.00 | 16.54 | **92%** | 0.00 | 16.54 | **92%** |
| CMF | 16.50 | 2.00 | 18.50 | 10.65 | 3.21 | 1.00 | 14.86 | **80%** | 0.00 | 14.86 | **80%** |
| CMF PIP | 32.00 | 0.00 | 32.00 | 10.00 | 4.26 | 0.00 | 14.26 | **45%** | 0.00 | 14.26 | **45%** |
| COR | 11.00 | 4.00 | 15.00 | 2.50 | 3.87 | 2.90 | 9.27 | **62%** | 0.00 | 9.27 | **62%** |
| CRC | 6.00 | 0.00 | 6.00 | 6.00 | 0.00 | 0.00 | 6.00 | **100%** | 0.00 | 6.00 | **100%** |
| CTF | 6.50 | 1.00 | 7.50 | 2.75 | 0.38 | 1.00 | 4.13 | **55%** | 1.00 | 5.13 | **68%** |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.42 | 0.00 | 0.42 | **42%** | 0.00 | 0.42 | **42%** |
| DVI | 4.00 | 0.00 | 4.00 | 2.00 | 1.56 | 0.00 | 3.56 | **89%** | 0.00 | 3.56 | **89%** |
| FSP | 3.50 | 0.00 | 3.50 | 4.00 | 0.00 | 0.00 | 4.00 | **114%** | 0.00 | 4.00 | **114%** |
| HDSP | 2.50 | 4.00 | 6.50 | 0.00 | 0.99 | 3.20 | 4.19 | **64%** | 0.00 | 4.19 | **64%** |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.45 | 0.00 | 0.45 | **45%** | 0.00 | 0.45 | **45%** |
| KVSP | 5.50 | 3.00 | 8.50 | 1.00 | 3.57 | 1.25 | 5.82 | **68%** | 1.00 | 6.82 | **80%** |
| LAC | 11.50 | 3.00 | 14.50 | 6.00 | 4.76 | 1.00 | 11.76 | **81%** | 1.12 | 12.88 | **89%** |
| MCSP | 12.00 | 3.00 | 15.00 | 8.50 | 1.89 | 2.25 | 12.64 | **84%** | 0.00 | 12.64 | **84%** |
| NKSP | 8.00 | 1.00 | 9.00 | 1.00 | 2.24 | 2.00 | 5.24 | **58%** | 0.72 | 5.96 | **66%** |
| PBSP | 1.00 | 2.00 | 3.00 | 0.00 | 0.97 | 0.80 | 1.77 | **59%** | 0.00 | 1.77 | **59%** |
| PVSP | 3.50 | 0.00 | 3.50 | 1.00 | 1.15 | 0.00 | 2.15 | **61%** | 0.00 | 2.15 | **61%** |
| RJD | 14.50 | 3.00 | 17.50 | 6.25 | 4.87 | 3.00 | 14.12 | **81%** | 0.00 | 14.12 | **81%** |
| SAC | 16.50 | 4.00 | 20.50 | 14.00 | 3.65 | 0.20 | 17.85 | **87%** | 0.00 | 17.85 | **87%** |
| SATF | 10.50 | 9.00 | 19.50 | 0.00 | 3.16 | 5.45 | 8.61 | **44%** | 4.42 | 13.03 | **67%** |
| SCC | 2.00 | 0.00 | 2.00 | 2.50 | 0.00 | 0.00 | 2.50 | **125%** | 0.00 | 2.50 | **125%** |
| SOL | 5.50 | 0.00 | 5.50 | 5.00 | 0.45 | 0.20 | 5.65 | **103%** | 0.00 | 5.65 | **103%** |
| SQ | 13.50 | 0.00 | 13.50 | 11.00 | 1.78 | 0.00 | 12.78 | **95%** | 0.00 | 12.78 | **95%** |
| SVSP | 6.00 | 5.00 | 11.00 | 1.00 | 4.90 | 2.20 | 8.10 | **74%** | 0.00 | 8.10 | **74%** |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 0.00 | 7.03 | 0.00 | 7.03 | **70%** | 0.00 | 7.03 | **70%** |
| VSP | 7.00 | 3.00 | 10.00 | 0.00 | 1.01 | 5.75 | 6.76 | **68%** | 0.00 | 6.76 | **68%** |
| WSP | 9.00 | 1.00 | 10.00 | 3.00 | 1.66 | 2.25 | 6.91 | **69%** | 0.70 | 7.61 | **76%** |
| TOTAL | 340.50 | 62.00 | 402.50 | 154.05 | 83.45 | 45.45 | 282.95 | **70%** | 14.73 | 297.68 | **74%** |

**Footnote**

1  Source:  MH Memo January 2019 Statewide Mental Health Position Allocated

2  Source: July1, 2019 CCHCS Psychiatrist Vacancy/Coverage Report

3  Source: PSYT_PNP Temp Relief Details (June 2019)

4  Source: June 30, 2019 Telepsychiatry Provider List