XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE DOCUMENT IDENTIFYING REMEDIAL MEASURES REQUIRED BY PARAGRAPH 2 OF THE COURT'S JULY 9, 2019 ORDER [ECF NO. 6214]** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |
| | Judge: The Hon. Kimberly J. Mueller |

On June 29, 2018, the Special Master filed the "Special Master's Report on the California Department of Corrections and Rehabilitation Mental Health Services Delivery System Program Guide Update." (ECF No. 5844.) On July 30, 2018, the Special Master filed the 2018 revision to the Program Guide, including four appendices. (ECF No. 5864.) On July 3, 2019, the Court approved the 2018 Revision to the Mental Health Services Delivery System Program Guide and appendices and then amended that order on July 9, 2019. The amended order directed the parties to prepare and file, within thirty days, "a document that identifies all negotiated or court-ordered

[3419376.1]                                                    1

remedial measures adopted in this action that cover custodial issues and are not included in the 2018 Program Guide Revision." (ECF No. 6214 at 19.) The order also required the parties to "confirm that the Special Master has reviewed the list and concurs that it is a comprehensive list of such remedial measures." (*Id.*)

The filing deadline for this submission is August 2, 2019. The parties have met and conferred with the Special Master regarding the negotiated or court-ordered remedial measures that should be included on the list requested by the Court. The remedial measures the parties and the Special Master agree belong on the list are set forth in Appendix A. But the parties require additional time to continue the meet-and-confer process concerning a number of policies the parties have not agreed belong on the list. Accordingly, the parties stipulate and request to continue the August 2, 2019 deadline to September 4, 2019.

The Special Master has reviewed and concurs with the parties' request for an extension of the August 2, 2019 deadline to September 4, 2019.

**IT IS SO STIPULATED.**

Dated: August 2, 2019

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/S/ ELISE OWENS THORN
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

Dated: August 2, 2019

ROSEN BIEN GALVAN & GRUNFELD LLP

/S/ JESSICA WINTER
Jessica Winter
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: _____

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT

[3419376.1]

2

# APPENDIX A

Negotiated or Court-Ordered Remedial Measures Related to Custodial Issues Not Included in the 2018 Program Guide Revision

I.   Regulations and Policies

- California Code of Regulations (CCR), Title 15, Section 3375.3, subdivision (a)(5), regarding CDCR Classification Score Sheet, CDCR Form 839, Calculations, Mental Illness (Box 43).
- CCR Title 15, Section 3040.1, subdivisions (a) and (b), regarding Cognitive Behavioral Treatment and Substance Abuse Treatment Criteria.
- CCR Title 15, Section 3043.3, subdivision (f)(2), regarding Credit Earning.
- September 22, 2016, memo regarding Reception Center Privileges for EOPs.
- February 16, 2017, memo regarding Work Group C and Privilege Group C Program.
- CCR Title 15, Section 3190(l)(3), General Policy regarding Personal Property and Religious Personal Property, specifically for inmates in segregation, and Department Operations Manual (DOM) Appendix A, Property Matrix for Segregation.
- CCR Title 15, Section 3335, subdivision (a), Administrative Segregation, Non Disciplinary Segregation (NDS).
- CCR Title 15, Section 3190, subdivision (c), and DOM Appendix D, NDS personal property matrix.
- CCR Title 15, Section 3341.8, subdivision (b), Security Housing Unit/Psychiatric Services Unit Classification Hearings, Pre-MERD Hearing.
- May 3, 2012, memo regarding Therapeutic Treatment Module Specifications.
- September 5, 2018, Court Transfer Documentation and Determination of Patient Ability to Attend a Court Hearing Policy.
- October 29, 2013 memo State Issued Clothing and Bedding for Crisis Bed Patients.
- Revised Use of Force Department Operations Manual (DOM) sections 51020.1 through 51020.24.  Section 51020.5 was modified by the October 28, 2015 Order.  (ECF no. 5371.)
- August 14, 2014 memo regarding the Temporary Moratorium on the Use of Management Cell Status for Inmates in the MHSDS.  That moratorium subsequently became permanent when the Management Cell policy was struck on March 7, 2017.[1]
- Revised DOM section 52050.16.6, which addresses unclothed body searches of inmates in the ASU EOP Hub.
- CCR Title 15, Section 3310, subdivision (d), Definitions as modified via the court's May 4, 2015 Order (ECF no. 5305).
- CCR Title 15, Section 3315, subdivision (h), Serious Rules Violations as modified via the court's May 4, 2015 Order (ECF no. 5305).
- CCR Title 15, Section 3317, Mental Health Assessment for Disciplinary Proceedings

---

[1] https://www.cdcr.ca.gov/Regulations/Adult_Operations/docs/NCDR/2016NCR/16-13/NCR_16-13.pdf

1

- CCR Title 15, Section 3317.1, Documenting Rules Violations in an Alternate Manner for Inmates in the MHSDS or the Developmental Disability Program
- CCR Title 15, Section 3317.2, Behaviors Related to Mental Illness or Developmental Disability/Cognitive or Adaptive Functioning Deficits Excluded from Rules Violation Reports
- DOM Section 52080.5.8, Special Consideration of Rules Violations Related to Mental Illness or Participation in the Developmental Disability Program
- August 31, 2007, memo Amended Policy for Adult Males Referred for Treatment of Exhibitionism
- DOM Sections 52100 through 52100.7 regarding Inmate Indecent Exposure and Sexual Disorderly Conduct Management
- June 30, 2017, Policy Housing Review/Least Restrictive Housing (12.11.2111).
- July 1, 2017, Policy DSH Rules Violation Reporting Policy – CDCR Patients in DSH Inpatient Programs.
- Relevant Heat Plan Order or Policies
- September 19, 2014 memo Case Conference for Returning DSH Level of Care Inmates with Prior Security Housing Unit Placement

II.    Court Orders

- March 12, 2007 Order Regarding Exhibitionism Treatment (ECF no. 2157)
- November 18, 2010 Order Regarding Suicide Prevention Policies and Practices (ECF no. 3954)
- December 5, 2011 Order Regarding Suicide Resistant Beds in MHCBs (ECF no. 4125)
- April 10, 2014 Order Regarding Use of Force, Segregation, and Discipline (ECF no. 5131)
- August 11, 2014 Orders Implementing Defendants Plans and Policies in Response ECF no. 5131 (ECF no. 5196)
- August 29, 2014 Orders Implementing Defendants Plans and Policies in Response to ECF no. 5131 (ECF no. 5212)
- October 28, 2015 Order Modifying the August 11, 2014, Order (ECF no. 5371)
- February 3, 2015 Order Regarding Mr. Hayes's First Suicide Prevention Audit (ECF no. 5271)
- April 5, 2016 Order Regarding Mr. Hayes's First Re-Audit (ECF no. 5429)
- January 25, 2018, Order Regarding Mr. Hayes's Second Re-Audit (ECF no. 5762.)
- May 4, 2015 Order in Response to the Special Master's Report on CDCR's Implementation of Policies and Procedure on Rules Violation Reports (ECF no. 5305.)
- September 24, 2015 Order Regarding the Special Master's Report on Suicides in the Second Half of 2012 (ECF no. 5361.)

- August 9, 2016 Order Adopting the Special Master's Twenty-Sixth Round Monitoring Report (ECF no. 5477.)
- February 20, 2019 Order Regarding Defendant's Custody and Mental Health Partnership Plan (ECF no. 6095)
- September 1, 2016 Order Regarding the Use of Guard One at Pelican Bay State Prison's Security Housing Unit (ECF no. 5487.)