XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                Plaintiffs,<br><br>        v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING SUPPLEMENT TO DEFENDANTS' THIRD STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS** |

I, Dean L. Borg, declare:

1. I am the Deputy Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration in support of Defendants' supplement to their third status report on the funding process for the design and construction of 100 new licensed mental health crisis beds at two prisons in Southern California.

2. I began working for CDCR in 1991. I work on healthcare projects on behalf of, and at the direction of, CDCR's Facilities Director, Deborah Hysen, and CDCR Secretary Ralph Diaz.

1

In my current role, I am responsible for the management and oversight of the Facility Planning, Construction and Management Division, which includes all construction of new facilities and renovation of existing facilities.  I am familiar with the status of the numerous construction, conversion, and renovation projects that the State has completed and is currently undertaking to meet the mental health needs of the State's inmates.  I am also familiar with CDCR's current plans to construct 50 new licensed mental health crisis beds at the California Institution for Men (CIM) and 50 new licensed mental health crisis beds at the Richard J. Donovan Correctional Facility (RJD).

3. The projects for construction of 50 new licensed mental health crisis beds at CIM and 50 new licensed mental health crisis beds at RJD are Major Capital Outlay Projects that require project-specific legislative authorization and are subject to oversight by the State Public Works Board.

4. Given the request for further analysis, CDCR has not been able to proceed with further design activities for the 100-bed project.

5. CDCR is performing the analysis requested by the Joint Legislative Budget Committee and will consult with the Department of Finance in August 2019 regarding further discussion with the Joint Legislative Budget Committee.

6. CDCR anticipates that the analysis and consultation may only justify the 50 proposed beds at CIM, potentially impacting the project's scope.

7. State Public Works Board approval of preliminary plans is necessary before further design activities can commence.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Sacramento, California on August 2, 2019.

/s/ *Dean L. Borg*
DEAN L. BORG
Deputy Director
Facility Planning, Construction and Management

*(original signature retained by attorney)*

2

Borg Decl. Supp. Defs.' Supplement  (2:90-cv-00520 KJM-DB (PC))