XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

|  |  |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF A. PONCIANO SUPPORTING SUPPLEMENT TO DEFENDANTS' THIRD STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS** |

I, Angela Ponciano, declare:

1.    I am employed as the Associate Director of the California Department of Corrections and Rehabilitation's (CDCR) Statewide Mental Health Program. I have held this position since 2014. I offer this declaration in support of Defendants' supplement to their third status report on the funding process for the construction of 100 mental health crisis beds. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify.

2.    CDCR is currently in the process of seeking funding and approvals to construct an additional 100 inpatient beds in California's Southern region. That project will include 50

1

1  inpatient beds at the California Institution for Men (CIM) and 50 inpatient beds at the R.J.

2  Donovan Correctional Facility (RJD).

3       3.    CDCR operates 20 unlicensed mental health crisis beds at California State Prison-

4  Sacramento, and 34 unlicensed mental health crisis beds at CIM.

5       4.    If the Legislature approves CDCR's request to fund the construction of the 100

6  additional crisis beds, the construction and activation of all 100 beds will permit all temporary

7  unlicensed mental health crisis beds to be taken offline.

8       5.    Without the construction and activation of the additional licensed beds at CIM,

9  CDCR may not have sufficient beds to take unlicensed beds in the Walker Unit at the California

10  Institution for Women offline.

11       I declare under penalty of perjury that the foregoing is true and correct and that this

12  declaration was executed in Sacramento, California on August 2, 2019.

13

14                                        /s/ *Angela Ponciano*
                                         Angela Ponciano, Associate Director
15                                        *(original signature retained by attorney)*

16

17

18  CF1997CS0003
    8-2-2019 edits Ponciano Decl
19

20

21

22

23

24

25

26

27

28

Ponciano Decl. Supp. Defs.' Supplement  (2:90-cv-00520 KJM-DB (PC))