1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  ADRIANO HRVATIN
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   TYLER V. HEATH, State Bar No. 271478
5  ROBERT W. HENKELS, State Bar No. 255410
   Deputy Attorneys General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 210-7318
8   Fax: (916) 324-5205
    E-mail: Elise.Thorn@doj.ca.gov
9  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE DOCUMENT IDENTIFYING REMEDIAL MEASURES REQUIRED BY PARAGRAPH 2 OF THE COURT'S JULY 9, 2019 ORDER [ECF NO. 6214]** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | Judge: The Hon. Kimberly J. Mueller |

On June 29, 2018, the Special Master filed the "Special Master's Report on the California Department of Corrections and Rehabilitation Mental Health Services Delivery System Program Guide Update." (ECF No. 5844.) On July 30, 2018, the Special Master filed the 2018 revision to the Program Guide, including four appendices. (ECF No. 5864.) On July 3, 2019, the Court approved the 2018 Revision to the Mental Health Services Delivery System Program Guide and appendices and then amended that order on July 9, 2019. The amended order directed the parties to prepare and file, within thirty days, "a document that identifies all negotiated or court-ordered

remedial measures adopted in this action that cover custodial issues and are not included in the 2018 Program Guide Revision." (ECF No. 6214 at 19.) The order also required the parties to "confirm that the Special Master has reviewed the list and concurs that it is a comprehensive list of such remedial measures." (*Id.*)

The filing deadline for this submission is August 2, 2019. The parties have met and conferred with the Special Master regarding the negotiated or court-ordered remedial measures that should be included on the list requested by the Court. The remedial measures the parties and the Special Master agree belong on the list are set forth in Appendix A. But the parties require additional time to continue the meet-and-confer process concerning a number of policies the parties have not agreed belong on the list. Accordingly, the parties stipulate and request to continue the August 2, 2019 deadline to September 4, 2019.

The Special Master has reviewed and concurs with the parties' request for an extension of the August 2, 2019 deadline to September 4, 2019.

**IT IS SO STIPULATED.**

Dated: August 2, 2019

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/S/ ELISE OWENS THORN
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

Dated: August 2, 2019

ROSEN BIEN GALVAN & GRUNFELD LLP

/S/ JESSICA WINTER
Jessica Winter
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: August 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

[3419376.1]    2

Stip. & Order for EOT to File Doc. on Custody-Related Remedial Measures (2:90-cv-00520 KJM-DB (PC))