DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California  94111-4805
Telephone:   (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

            Plaintiffs,

      v.

GAVIN NEWSOM, et al.,

            Defendants.

Case No. 2:90-CV-00520-KJM-DB

**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO AUGUST 23, 2019 FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO STATUS REPORT RE MHCB FUNDING**

Judge:   Hon. Kimberly J. Mueller

[3422197.2]

1    On July 3, 2019, the Court ordered Defendants to address three additional issues in

2 their third status report on the funding process for the construction of 100 mental health

3 crisis beds ("MHCBs"), and gave Plaintiffs fourteen days to file a limited response. *See*

4 ECF No. 6212 at 12.  On Monday July 29, 2019, Defendants filed their third status report

5 on MHCB funding that did not address the issues identified in the July 3 order, *see* ECF

6 No. 6231, and subsequently filed a supplemental status report containing the required

7 responses on the evening of Friday August 2, 2019, *see* ECF No. 6235.  The same day as

8 Defendants' supplemental filing, the attorney for Plaintiffs who is the lead for MHCB-

9 related issues and who was responsible for preparing the response permitted by the July 3

10 order, Jenny S. Yelin, began a prescheduled two-week vacation, comprising the entire

11 response period anticipated by the July 3 order.  Accordingly, because of the timing of

12 Defendants' supplemental filing and Ms. Yelin's prescheduled vacation, Plaintiffs

13 requested and Defendants agreed to an additional seven days for Plaintiffs to respond to

14 Defendants' supplemental filing.  Accordingly, the parties stipulate and hereby request that

15 this Court extend the August 16, 2019 deadline for Plaintiffs' response to Defendants'

16 supplemental status report by one week, to August 23, 2019.

17    **IT IS SO STIPULATED.**

18 DATED:  August 13, 2019          Respectfully submitted,

19                                  ROSEN BIEN GALVAN & GRUNFELD LLP

20                                  By: */s/ Jessica Winter*

21                                       Jessica Winter

22                                  Attorneys for Plaintiffs

23

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

1   DATED:  August 13, 2019              XAVIER BECERRA
                                          Attorney General of California
2

3                                         By:  */s/ Elise Owens Thorn*
                                               Elise Owens Thorn
4                                              Deputy Attorney General

5                                         Attorneys for Defendants
6

7

8         **IT IS SO ORDERED.**

9
    DATED:  _____, 2019
10
                                          _____
11                                        Honorable Kimberly J. Mueller
                                          United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO AUGUST 23, 2019 FOR PLAINTIFFS'
RESPONSE TO DEFENDANTS' SUPPLEMENT TO STATUS REPORT RE MHCB FUNDING

[3422197.2]