# EXHIBIT A

**Exhibit A**
**Population as of August 14, 2019**

| Institution | Design Capacity | Actual Population | Population as % of design capacity |
|---|---|---|---|
| Total housed in adult institutions[1] | 85,083 | 114,764 | 134.9% |
| Total housed in camps | | 2,786 | |
| Total housed out of state | | 0 | |
| **Individual CDCR Institutions - Men** | | | |
| Avenal State Prison | 2,920 | 3,746 | 128.3% |
| California State Prison, Calipatria | 2,308 | 3,497 | 151.5% |
| California Correctional Center* | 3,883 | 3,971 | 102.3% |
| California Correctional Institution | 2,783 | 3,692 | 132.7% |
| California State Prison, Centinela | 2,308 | 3,504 | 151.8% |
| California Health Care Facility, Stockton | 2,951 | 2,775 | 94.0% |
| California Institution for Men | 2,976 | 3,638 | 122.2% |
| California Men's Colony | 3,838 | 3,834 | 99.9% |
| California Medical Facility | 2,361 | 2,559 | 108.4% |
| California State Prison, Corcoran | 3,116 | 3,154 | 101.2% |
| California Rehabilitation Center | 2,491 | 2,996 | 120.3% |
| Correctional Training Facility | 3,312 | 5,398 | 163.0% |
| Chuckawalla Valley State Prison | 1,738 | 2,710 | 155.9% |
| Deuel Vocational Institution | 1,681 | 2,206 | 131.2% |
| Folsom State Prison | 2,066 | 2,969 | 143.7% |
| High Desert State Prison | 2,324 | 3,098 | 133.3% |
| Ironwood State Prison | 2,200 | 2,675 | 121.6% |
| Kern Valley State Prison | 2,448 | 3,586 | 146.5% |
| California State Prison, Los Angeles | 2,300 | 3,156 | 137.2% |
| Mule Creek State Prison | 3,284 | 3,965 | 120.7% |
| North Kern State Prison | 2,694 | 4,066 | 150.9% |
| Pelican Bay State Prison | 2,380 | 2,609 | 109.6% |
| Pleasant Valley State Prison | 2,308 | 3,284 | 142.3% |
| RJ Donovan Correctional Facility | 2,992 | 4,067 | 135.9% |
| California State Prison, Sacramento | 1,828 | 2,119 | 115.9% |
| California Substance Abuse Treatment Facility, Corcoran | 3,424 | 5,552 | 162.1% |
| Sierra Conservation Center* | 3,936 | 4,096 | 104.1% |
| California State Prison, Solano | 2,610 | 4,576 | 175.3% |
| California State Prison, San Quentin | 3,082 | 4,257 | 138.1% |
| Salinas Valley State Prison | 2,452 | 3,046 | 124.2% |
| Valley State Prison | 1,980 | 2,868 | 144.8% |
| Wasco State Prison | 2,984 | 4,914 | 164.7% |
| **Individual CDCR Institutions - Women** | | | |
| Central California Women's Facility | 2,004 | 2,794 | 139.4% |
| California Institution for Women* | 1,398 | 1,706 | 122.0% |
| Folsom Women's Facility | 403 | 466 | 115.6% |

* The individual Design Capacity and Actual Population figures for California Correctional Center, Sierra Conservation Center and California Institution for Women include persons housed in camps. This population is excluded from the "Total housed in adult institutions" included on Exhibit A.

[1] The "Actual Population" includes inmates housed in medical and mental health inpatient beds located within Correctional Treatment Centers, General Acute Care Hospitals, Outpatient Housing Units, and Skilled Nursing Facilities at the State's 34 institutions. Many of those beds are not captured in "Design Capacity".

Source -August 14, 2019 Weekly Population Report, available at: https://www.cdcr.ca.gov/research/population-reports-2/.

# EXHIBIT B

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                        GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



August 15, 2019


Paul Mello
Hanson Bridgett
1676 N. California Blvd., Suite 620
Walnut Creek, CA 94596

Dear Mr. Mello:

Attached please find the California Department of Corrections and Rehabilitation's August 2019
Status Update for the Three-Judge Court proceeding.

Sincerely,

JENNIFER NEILL
General Counsel, Office of Legal Affairs
California Department of Corrections and Rehabilitation

Attachments:

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                          GAVIN NEWSOM, GOVERNOR



## AUGUST 15, 2019 UPDATE TO THE THREE-JUDGE COURT

On February 10, 2014, the Three-Judge Court extended the deadline to achieve the court-ordered reduction in the in-state adult institution population to 137.5% of design capacity to February 28, 2016.  (ECF Nos. 2766/5060 & 2767/5061.)  This report is CDCR's 65th report submitted since the Court issued its population-reduction order, and the 53rd report submitted since February 2015, when Defendants informed the Court that the population was below the court-ordered reduction.  (ECF No. 2838/5278, filed February 17, 2015.)  It has now been four years since Defendants have been in full compliance with the population-reduction order.  As of August 14, 2019, the State's prison population is 134.9% of design capacity.

A.      Update on durability:

As previously reported, Proposition 57, the State's durable remedy that enacts many of the Court-ordered reforms as well as expands credit earning opportunities, was approved by voters in November 2016.

On May 1, 2018, regulations for Proposition 57 were approved and made permanent.  Information about these regulations can be found at: https://www.cdcr.ca.gov/proposition57/

Subsequently, in December 2018, the Office of Administrative Law approved two emergency regulation packages which: (1) amend the nonviolent offender parole process to distinguish between determinately and indeterminately sentenced offenders and implement a parole consideration process for indeterminately-sentenced, nonviolent offenders ("Nonviolent Offender Package"); and (2) expands credit earning opportunities ("Credit Earning Package") for inmates who achieve a High School diploma or its equivalent and/or who complete 52 hours of programming under the Rehabilitative Achievement Credit program.  The Credit Earning Package also reduces the minimum amount of time an inmate must serve until released following a sudden award of substantial credit.

The Nonviolent Offender Package went into effect on January 1, 2019, and can be found at https://oal.ca.gov/wp-content/uploads/sites/166/2018/12/2018-1211-01EON.pdf

The Credit Earning Package went into effect on January 9, 2019, and can be found at https://oal.ca.gov/wp-content/uploads/sites/166/2019/01/2018-1220-03EON_APP-1.pdf

Both sets of emergency regulations are in the process of being approved to be made permanent.

15500667.1

The impact of the above-described regulations include:

1.  <u>Increased credit earning opportunities for all inmates except the condemned and those serving life without parole.</u>

    1,738 inmates released in July earned credit authorized by Proposition 57 towards their advanced release date. These inmates earned an estimated average of 132.5 days of additional credit.[1]

2.  <u>Determinately Sentenced Nonviolent Offender Parole Process.</u>

    CDCR began referring inmates to the Board for this process on July 1, 2017, pursuant to the emergency regulations promulgated on April 13, 2017. From July 1, 2017 through July 31, 2019, 13,350 referrals were made to the Board. As of July 31, 2019, 10,172 referrals have been reviewed on the merits, with 2,047 inmates approved for release and 8,125 denied. Additionally, 1,637 referrals have been closed because the Board's jurisdictional review of the inmates' criminal history and central file revealed they were not eligible for parole consideration. The remaining referrals are pending review, including the 30-day period for written input from inmates, victims, and prosecutors and the Board's jurisdictional review process.

3.  <u>Indeterminately Sentenced Nonviolent Offender Parole Process.</u>

    CDCR began screening indeterminately-sentenced, nonviolent offenders for eligibility in January 2019. As of July 31, 2019, 1,762 inmates have been referred to the Board for a parole consideration hearing, of which 109 were closed because the Board's jurisdictional review of the inmates' criminal history and central file revealed they were not eligible for parole consideration. The remaining referrals are pending parole suitability hearings.

B.  <u>Update on Other Measures Defendants Continue to Implement</u>:

1.  <u>Contracting for additional in-state capacity in county jails, community correctional facilities, private prison(s), and reduction of out-of-state beds:</u>

    Defendants have reduced the population in CDCR's 34 institutions by transferring inmates to in-state facilities.

    a.  Private Prison (California City):

        The current population of California City is approximately 2,322 inmates.

    b.  Community correctional facilities (CCFs) and modified community correctional facilities (MCCFs):

        The State currently has contracted for 4,218 MCCF beds that are in various stages of activation and transfer.

---

[1] This number does not include inmates released from fire camps.

15500667.1

   c. County jails:

The State continues to evaluate the need for additional in-state jail bed contracts to house CDCR inmates.

   d. Reduction of inmates housed out-of-state:

On February 10, 2014, the Court ordered Defendants to "explore ways to attempt to reduce the number of inmates housed in out-of-state facilities to the extent feasible." Since that time, the State has reduced the out-of-state inmate population to zero.[2] The last inmates in out-of-state contract beds returned to California at the end of June 2019.

2. <u>Parole process for medically incapacitated inmates:</u>

The State continues to work closely with the Receiver's Office to implement this measure. The Receiver's Office is continuing to review inmates and is sending completed recommendations to CDCR. Recommendations received from the Receiver's office are reviewed by DAI and referred to the Board for a hearing. As of August 9, 2019, the Board has held 147 medical parole hearings under the revised procedures, resulting in 90 approvals and 57 denials. An additional 30 were scheduled, but were postponed, continued, or cancelled.

3. <u>Parole process for inmates 60 years of age or older having served at least 25 years:</u>

The Board continues to schedule eligible inmates for hearings who were not already in the Board's hearing cycle, including inmates sentenced to determinate terms. From February 11, 2014 through July 31, 2019, the Board held 3,689 hearings for inmates eligible for elderly parole, resulting in 1,020 grants, 2,330 denials, 339 stipulations to unsuitability, and there currently are no split votes that require further review by the full Board. An additional 1,667 hearings were scheduled during this time period but were waived, postponed, continued, or cancelled.

As discussed in prior reports, the State enacted Assembly Bill 1448 on October 11, 2017, authorizing an elderly parole program for inmates age 60 or older who have served at least 25 years of incarceration. The State will continue to implement the Court-ordered elderly parole process until this matter is terminated or the February 10, 2014 Order is modified.

4. <u>Male Community Reentry Programs:</u>

Contracts for the San Diego, San Francisco, Los Angeles, Kern County, and Butte County Male Community Reentry Programs are in place. The State continues to review and refer eligible inmates for placement consideration. As of August 14, 2019, 629 inmates are housed in Male Community Reentry Program facilities. The State of California's 2019-2020 Budget includes $7.5 million General Fund for CDCR's reentry

---

[2] This statistic only concerns inmates in out-of-state contract beds and does not include inmates housed in other states under interstate compact agreements.

15500667.1

facilities, a portion of which are allocated to expand the Male Community Reentry Program facility in Los Angeles by 10 beds.

5.   Expanded alternative custody program:

The State's expanded alternative custody program for females, Custody to Community Transitional Reentry Program (CCTRP), provides female inmates with a range of rehabilitative services that assist with alcohol and drug recovery, employment, education, housing, family reunification, and social support.  Female inmates in the CCTRP are housed at facilities located in San Diego, Santa Fe Springs (LA), Bakersfield, Stockton, and Sacramento.  As of August 14, 2019, 352 female inmates are participating in the CCTRP.  The State of California's 2019-2020 Budget includes $7.5 million General Fund for CDCR's reentry facilities, a portion of which are allocated to establish two new 60-bed female CCTRP facilities in Los Angeles and Riverside.

**15500667.1**