Wendy Musell, SBN 203507
Stewart & Musell, LLP
2200 Powell Street, Suite 440
Emeryville, CA 94608
415-593-0083
Fax: 415-520-0920
E-mail: wmusell@stewartandmusell.com

Attorneys for Non-party Witnesses
Michael Golding
Melanie Gonzalez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPLH COLEMAN, et.al., )<br>)<br>        Plaintiffs, )<br>)<br>   v. )<br>)<br>)<br>EDMUND G. BROWN, JR. et. al., )<br>)<br>        Defendants. )<br>_____ ) | **Case No.: 2:90-CV-0520 KMJ DB P**<br><br>**NOTICE OF UNAVAILABILITY AND RESPONSE TO STATUS CONFERENCE ORDER DATED AUGUST 8, 2019 AND ORDER OF AUGUST 14, 2019 [DOCUMENTS 6236, 6242] FOR DR. MICHAEL GOLDING, WITNESS** |

Pursuant to the Court's Status Conference Order dated August 8, 2019 [Document 6236] and the Court's Order dated August 14, 2019 [Document 6242], the Court has indicated that it is inclined to move the evidentiary hearing date from September 13, 2019, to October 15, 2019.  The Court also indicated that Drs. Golding and Gonzalez were likely to be called as rebuttal witnesses.

Dr. Golding has an out of the country pre-paid family vacation that cannot be reimbursed to him from October 18, 2019 to November 1, 2019.  Additionally, legal counsel for Drs. Golding and Gonzalez, Wendy Musell, is lead trial counsel in a federal court trial in the Northern District of

**NOTICE OF UNAVAILABILITY AND RESPONSE TO ORDERS [DOCUMENTS 6236, 6242] FOR DR. MICHAEL GOLDING, WITNESS**

Case No. 2:90-CV-0520 KMJ DB P

1

1 California that is scheduled to commence on October 29, 2019 for a duration of at least ten (10) court
2 days.
3     Dr. Golding respectfully requests that if he is called to provide testimony in the evidentiary
4 hearing that his testimony be scheduled for a date prior to October 18, 2019, or after he returns from his
5 vacation and his legal counsel is not in trial.

Respectfully submitted,

/s/ Wendy Musell
WENDY MUSELL
Attorneys for
Dr. Michael Golding
Dr. Melanie Gonzalez

**NOTICE OF UNAVAILABILITY AND RESPONSE TO ORDERS [DOCUMENTS 6236, 6242] FOR DR. MICHAEL GOLDING, WITNESS**

Case No. 2:90-CV-0520 KMJ DB P

2