UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER FOR RELIEF FROM SEPTEMBER 13, 2019 EVIDENTIARY HEARING DEADLINES** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | Judge: Hon. Kimberly J. Mueller |

On June 21, 2019, the parties jointly proposed steps they deemed necessary to prepare for the evidentiary hearing scheduled for September 13, 2019. (ECF No. 6205). On July 11, 2019, the Court approved the parties' joint request and issued an order scheduling deadlines in advance of the hearing. (ECF No. 6216.) The Court ordered the parties to exchange a list of evidentiary exhibits by August 23, 2019, to exchange demonstrative exhibits by August 30, 2019, and to file a joint list of exhibits by September 5, 2019. (*Id.* at 2.) At the parties' request, the Court later extended the deadline for submission of the parties' stipulation and joint statement to July 22, 2019. (ECF No. 6219 at 2.)

In its August 14, 2019 Order, the Court indicated that it was "inclined to move the evidentiary hearing to the week of October 15, 2019," and hold a quarterly status conference on September 13, 2019 instead of the evidentiary hearing. (ECF No. 6242 at

1

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO AUGUST 23, 2019 FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO STATUS REPORT RE MHCB FUNDING

[3426591.1]

13.)  The Court requested that the parties present their views on its proposed schedule.  (*Id*.)

The parties met and conferred regarding the Court's proposed schedule and do not object to continuing any evidentiary hearing to the week of October 15, 2019.  Nor do the parties object to the Court conducting a regular quarterly status conference on September 13, 2019 in lieu of the evidentiary hearing.

Accordingly, the parties jointly request an order granting them relief from the deadlines previously set in anticipation of a hearing on September 13, 2019.  And the parties ask that the Court set new deadlines, or order the parties to meet and confer and stipulate to new pre-hearing deadlines, in any further order scheduling the evidentiary hearing, if appropriate.

**IT IS SO STIPULATED.**

DATED:  August 22, 2019         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Cara E. Trapani*
    Cara E. Trapani

Attorneys for Plaintiffs

DATED:  August 22, 2019         XAVIER BECERRA
                                Attorney General of California

By: */s/ Robert W. Henkels*
    Robert W. Henkels
    Deputy Attorney General

Attorneys for Defendants

### ORDER OF THE COURT

The deadlines set forth in paragraphs 3 through 6 of this Court's July 11, 2019 Order (ECF No. 6216) are hereby VACATED.  The Court shall set new deadlines in its order rescheduling the evidentiary hearing previously set for September 13, 2019, if

appropriate.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____, 2019

_____
Honorable Kimberly J. Mueller
United States District Judge

STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO AUGUST 23, 2019 FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO STATUS REPORT RE MHCB FUNDING

[3426591.1]

# CERTIFICATE OF SERVICE

Case Name:  *Coleman v. Newsom, et al.,*     Case No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on August 22, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND PROPOSED ORDER FOR RELIEF FROM SEPTEMBER 13, 2019 EVIDENTIARY HEARING DEADLINES**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 22, 2019, at San Francisco, California.

| B. Chung | */s/ B. Chung* |
|---|---|
| Declarant | Signature |

CF1997CS0003 /21595054.docx