| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | JEFFREY L. BORNSTEIN – 099358 |
| MARGOT MENDELSON – 268583 | ERNEST GALVAN – 196065 |
| PRISON LAW OFFICE | THOMAS NOLAN – 169692 |
| 1917 Fifth Street | LISA ELLS – 243657 |
| Berkeley, California 94710-1916 | JENNY S. YELIN – 273601 |
| Telephone: (510) 280-2621 | MICHAEL S. NUNEZ – 280535 |
| | JESSICA WINTER – 294237 |
| CLAUDIA CENTER – 158255 | MARC J. SHINN-KRANTZ – 312968 |
| AMERICAN CIVIL LIBERTIES UNION | CARA E. TRAPANI – 313411 |
| FOUNDATION OF NORTHERN | ROSEN BIEN |
| CALIFORNIA, INC. | GALVAN & GRUNFELD LLP |
| 39 Drumm Street | 101 Mission Street, Sixth Floor |
| San Francisco, California 94111-4805 | San Francisco, California 94105-1738 |
| Telephone: (415) 621-2493 | Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

v.

GAVIN NEWSOM, et al.,

    Defendants.

Case No. 2:90-CV-00520-KJM-DB

**STIPULATION AND ORDER TO EXTEND TIME TO AUGUST 23, 2019 FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO STATUS REPORT RE MHCB FUNDING**

Judge: Hon. Kimberly J. Mueller

[3422197.2]

STIPULATION AND ORDER TO EXTEND TIME TO AUGUST 23, 2019 FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO STATUS REPORT RE MHCB FUNDING

1. On July 3, 2019, the Court ordered Defendants to address three additional issues in their third status report on the funding process for the construction of 100 mental health crisis beds ("MHCBs"), and gave Plaintiffs fourteen days to file a limited response. *See* ECF No. 6212 at 12. On Monday July 29, 2019, Defendants filed their third status report on MHCB funding that did not address the issues identified in the July 3 order, *see* ECF No. 6231, and subsequently filed a supplemental status report containing the required responses on the evening of Friday August 2, 2019, *see* ECF No. 6235. The same day as Defendants' supplemental filing, the attorney for Plaintiffs who is the lead for MHCB-related issues and who was responsible for preparing the response permitted by the July 3 order, Jenny S. Yelin, began a prescheduled two-week vacation, comprising the entire response period anticipated by the July 3 order. Accordingly, because of the timing of Defendants' supplemental filing and Ms. Yelin's prescheduled vacation, Plaintiffs requested and Defendants agreed to an additional seven days for Plaintiffs to respond to Defendants' supplemental filing. Accordingly, the parties stipulate and hereby request that this Court extend the August 16, 2019 deadline for Plaintiffs' response to Defendants' supplemental status report by one week, to August 23, 2019.

**IT IS SO STIPULATED.**

DATED: August 13, 2019

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Jessica Winter*
Jessica Winter

Attorneys for Plaintiffs

/ / /
/ / /
/ / /
/ / /
/ / /

1
STIPULATION AND ORDER TO EXTEND TIME TO AUGUST 23, 2019 FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO STATUS REPORT RE MHCB FUNDING

[3422197.2]

1 | DATED: August 13, 2019       XAVIER BECERRA
Attorney General of California

By: */s/ Elise Owens Thorn*
    Elise Owens Thorn
    Deputy Attorney General

Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: August 22, 2019

_____
UNITED STATES DISTRICT JUDGE

2
STIPULATION AND ORDER TO EXTEND TIME TO AUGUST 23, 2019 FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO STATUS REPORT RE MHCB FUNDING

[3422197.2]