UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **STIPULATION AND ORDER FOR RELIEF FROM SEPTEMBER 13, 2019 EVIDENTIARY HEARING DEADLINES** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | Judge: Hon. Kimberly J. Mueller |

On June 21, 2019, the parties jointly proposed steps they deemed necessary to prepare for the evidentiary hearing scheduled for September 13, 2019. (ECF No. 6205). On July 11, 2019, the Court approved the parties' joint request and issued an order scheduling deadlines in advance of the hearing. (ECF No. 6216.) The Court ordered the parties to exchange a list of evidentiary exhibits by August 23, 2019, to exchange demonstrative exhibits by August 30, 2019, and to file a joint list of exhibits by September 5, 2019. (*Id.* at 2.) At the parties' request, the Court later extended the deadline for submission of the parties' stipulation and joint statement to July 22, 2019. (ECF No. 6219 at 2.)

In its August 14, 2019 Order, the Court indicated that it was "inclined to move the evidentiary hearing to the week of October 15, 2019," and hold a quarterly status conference on September 13, 2019 instead of the evidentiary hearing. (ECF No. 6242 at

1
STIPULATION AND ORDER TO EXTEND TIME TO AUGUST 23, 2019 FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO STATUS REPORT RE MHCB FUNDING

[3426591.1]

13.) The Court requested that the parties present their views on its proposed schedule. (*Id.*)

The parties met and conferred regarding the Court's proposed schedule and do not object to continuing any evidentiary hearing to the week of October 15, 2019. Nor do the parties object to the Court conducting a regular quarterly status conference on September 13, 2019 in lieu of the evidentiary hearing.

Accordingly, the parties jointly request an order granting them relief from the deadlines previously set in anticipation of a hearing on September 13, 2019. And the parties ask that the Court set new deadlines, or order the parties to meet and confer and stipulate to new pre-hearing deadlines, in any further order scheduling the evidentiary hearing, if appropriate.

**IT IS SO STIPULATED.**

DATED: August 22, 2019          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Cara E. Trapani*
    Cara E. Trapani

Attorneys for Plaintiffs

DATED: August 22, 2019          XAVIER BECERRA
                                Attorney General of California

By: */s/ Robert W. Henkels*
    Robert W. Henkels
    Deputy Attorney General

Attorneys for Defendants

**ORDER OF THE COURT**

The deadlines set forth in paragraphs 3 through 6 of this Court's July 11, 2019 Order (ECF No. 6216) are hereby VACATED. The Court shall set new deadlines in its order rescheduling the evidentiary hearing previously set for September 13, 2019. The

2
STIPULATION AND ORDER TO EXTEND TIME TO AUGUST 23, 2019 FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO STATUS REPORT RE MHCB FUNDING

[3426591.1]

parties shall meet and confer and propose new pre-hearing deadlines in their next set of filings related to the evidentiary hearing.

**PURSUANT TO STIPULATION, AS CLARIFIED, IT IS SO ORDERED.**

DATED: August 23, 2019.

_____
UNITED STATES DISTRICT JUDGE

3
STIPULATION AND ORDER TO EXTEND TIME TO AUGUST 23, 2019 FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO STATUS REPORT RE MHCB FUNDING

[3426591.1]