# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| Ralph Coleman, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:90-cv-0520 KJM DB |
| Newsom, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants.

Date: 08/27/2019

/s/ Glenn A. Danas
*Attorney's signature*

Glenn A. Danas, SBN 270317
*Printed name and bar number*

Robins Kaplan LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
*Address*

gdanas@robinskaplan.com
*E-mail address*

(310) 552-0130
*Telephone number*

(310) 229-5800
*FAX number*