# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| Ralph Coleman, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:90-cv-0520 KJM DB |
| Newsom, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants                                                                                                                                   .

Date:  08/27/2019

/s/ Roman M. Silberfeld
*Attorney's signature*

Roman M. Silberfeld, SBN 62783
*Printed name and bar number*

Robins Kaplan LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
*Address*

rsilberfeld@robinskaplan.com
*E-mail address*

(310) 552-0130
*Telephone number*

(310) 229-5800
*FAX number*