XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' FOURTH STATUS REPORT ON FUNDING FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**<br><br>Judge: The Hon. Kimberly J. Mueller |

**INTRODUCTION**

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id*.) On May 28, 2019, Defendants filed their first status report on funding for the construction of 100 mental health crisis beds. (ECF No. 6168.) Defendants' first status report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's

1

Defs.' Fourth Status Report on Funding for 100 MHCBs  (2:90-cv-00520 KJM-DB (PC))

construction phase to be included in the 2020-2021 State Budget.  On June 27, 2019, Defendants filed their second status report, which stated that the funding for the working drawings phase and approval of the preliminary plans was suspended pending further discussion with the State Joint Legislative Budget Committee as to whether there is a continued need for additional crisis beds. (ECF No. 6208.)  On July 29, 2019, Defendants filed their third status report, highlighting that the funding for the project's working drawings phase remains under consideration pending further review by the Legislature in August 2019.  (ECF No. 6231.)  On August 2, 2019, Defendants filed a supplement to the third status report (ECF No. 6235), to which Plaintiffs responded on August 23, 2019.[1]  (ECF No. 6251.)

## DISCUSSION

### I. THE FUNDING PROCESS FOR STATE AGENCY CONSTRUCTION PROJECTS.

The Court's April 29, 2019 order directed Defendants to use a 2009 filing in this case as "a point of reference" to outline the stages of the funding process necessary to obtain final approval to build 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD).  (ECF No. 6135 at 2 (citing ECF No. 3591 at Exhs. 15-17).)  Defendants' first status report outlined the funding stages that apply to the MHCB Construction Project.  (ECF No. 6168.)

### II. UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.

As previously reported, in 2017 and 2018, CDCR submitted Capital Outlay Budget Change Proposals for the design phases of 50 new licensed mental health crisis beds at CIM and 50 new licensed mental health crisis beds at RJD.  (ECF No. 6168-2 at ¶ 3.)  The 2017-2018 and 2018-2019 State Budgets included funding for the preliminary plans and the working drawings phases of the crisis bed construction projects.  (*Id.*)

---

[1] The July 3, 2019 order permitting Plaintiffs' response to Defendants' position on three additional questions posed by the Court did not contemplate further briefing.  (ECF No. 6212.) However, Plaintiffs' response includes various requests for relief.  If the Court contemplates entertaining Plaintiffs' requests, Defendants request leave to file objections addressing Plaintiffs' response.

2

Defs.' Fourth Status Report on Funding for 100 MHCBs  (2:90-cv-00520 KJM-DB (PC))

In addition to the funding approval for each phase of the project, CDCR is required to obtain the State Public Works Board's approval of the project's preliminary plans. (ECF No. 6168 at 2-3.) CDCR is still in the process of obtaining the State Public Works Board's approval. (Borg Decl. ¶ 7.)

In June 2019, the Joint Legislative Budget Committee requested additional analysis of CDCR's inmate population and alternatives to the construction of the new crisis bed units for discussion and consideration when the Legislature reconvenes after August 12, 2019. (*Id.*) On June 19, 2019, the Department of Finance responded to the Joint Legislative Budget Committee agreeing to reevaluate the current inpatient population trends before proceeding with either project but also reiterating the Governor's support for the proposed project. (ECF No. 6208-1 at 8.)

CDCR and the Department of Finance completed the review and analysis of the continuing need for additional licensed crisis beds requested by the Joint Legislative Budget Committee. (Borg Decl. ¶ 4 and ¶ 6, Exhibit 1.) The analysis resulted in the continued need for the CIM project. (*Id.*) CDCR is requesting approval of preliminary plans for the fifty bed project at CIM, including a scope change and an increase in the original estimated project costs. (*Id.*) CDCR will defer further action on the RJD project pending evidence of an increased need for crisis beds for the male population. (*Id.*) However, the Administration will seek to reappropriate the working drawing appropriation for both CIM and RJD to maintain budgetary flexibility if there is a subsequent increase in the male inpatient population. (*Id.*)

On July 31, 2019, CDCR submitted a Capital Outlay Budget Change Proposal for the CIM project to the Department of Finance to request construction funding. (Borg Decl. ¶ 5.) On August 26, 2019, the Department of Finance sent a letter to the Joint Legislative Budget Committee requesting an expedited review of the request to recognize a scope change and to approve preliminary plans with estimated costs exceeding costs previously recognized by the legislature for the CIM project. (Borg Decl. ¶ 6.) If the Joint Legislative Budget Committee agrees with the Department of Finance, the preliminary plans for the CIM project will be presented for approval at the September 13, 2019 State Public Works Board meeting. (*Id.* ¶ 7.)

3

Defs.' Fourth Status Report on Funding for 100 MHCBs  (2:90-cv-00520 KJM-DB (PC))

### III. UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT.

If CDCR obtains all of the necessary approvals, the Department of Finance between January and May 2020 will submit the approved requests to the Legislature for consideration as part of the Governor's 2020-2021 proposed budget. (ECF No. 6168-2 at ¶ 12 and Borg Decl. ¶ 8.) The Legislature is required to approve the 2020-2021 Budget by June 15, 2020. (*Id*. ¶ 13.) After the Governor signs the 2020-2021 Budget Act, any approved construction funding for the crisis bed construction project will be available as early as July 1, 2020. (*Id*.)

### IV. DEFENDANTS WILL FILE MONTHLY STATUS REPORTS.

Consistent with the Court's April 29, 2019 order, Defendants will file their fifth monthly status report identifying CDCR's progress through the funding process for the MHCB Construction Project on September 27, 2019.

### CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 3556, ECF No. 6135, and ECF 6212.

Dated: August 28, 2019                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

4

Defs.' Fourth Status Report on Funding for 100 MHCBs  (2:90-cv-00520 KJM-DB (PC))