XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' FOURTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS** |

I, Dean L. Borg, declare:

1. I am the Deputy Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration in support of Defendants' fourth status report on the funding process for the design and construction of 100 new licensed mental health crisis beds at two prisons in Southern California.

1

2. I began working for CDCR in 1991. I work on healthcare projects on behalf of, and at the direction of, CDCR's Facilities Director, Deborah Hysen, and CDCR Secretary Ralph Diaz. In my current role, I am responsible for the management and oversight of the Facility Planning, Construction and Management Division, which includes all construction of new facilities and renovation of existing facilities. I am familiar with the status of the numerous construction, conversion, and renovation projects that the State has completed and is currently undertaking to meet the mental health needs of the State's inmates. I am also familiar with the current status of CDCR's plans to construct 50 new licensed mental health crisis beds at the California Institution for Men (CIM) and 50 new licensed mental health crisis beds at the R.J. Donovan Correctional Facility (RJD).

3. In June 2019, the Joint Legislative Budget Committee requested that CDCR perform an additional analysis of its inmate population and alternatives to the construction of the new crisis bed units for discussion and consideration when the Legislature reconvenes after August 12, 2019.

4. CDCR completed its review and analysis of the continuing need for additional licensed crisis beds requested by the Joint Legislative Budget Committee. The analysis resulted in the continued need for the CIM project and a decision to defer the RJD project. CDCR is requesting approval of preliminary plans for the fifty bed project at CIM, including a scope change and an increase in the original estimated project costs. CDCR will defer further action on the RJD project pending further review of the need for crisis beds for the male population. The Administration will seek to reappropriate the working drawing appropriation for both CIM and RJD to maintain budgetary flexibility if there is a subsequent increase in the male inpatient population.

5. On July 31, 2019, CDCR submitted a Capital Outlay Budget Change Proposal for the CIM project to the Department of Finance to request the construction funding.

6. On August 26, 2019, the Department of Finance sent a letter to the Joint Legislative Budget Committee requesting an expedited review of the request to recognize a scope change and to approve preliminary plans with estimated costs exceeding costs previously recognized by the

1  legislature for the CIM project.  Attached as Exhibit 1 is a true and correct copy of the August 26,
2  2019 letter from the Department of Finance to the Chair of the Joint Legislative Budget
3  Committee, received by my office and kept as part of my office's records for the crisis bed
4  construction projects.

5        7.    If the Joint Legislative Budget Committee agrees with the Department of Finance
6  positions reflected in the August 26, 2019 letter, the preliminary plans for the CIM project will be
7  presented for approval at the September 13, 2019 State Public Works Board meeting.  Approval
8  of preliminary plans, and amendment of the 2019 Budget Act to re-appropriate working drawings
9  funding, are necessary to commence the final phase of design activities.

10        8.    Between January and May 2020, and upon approval of the construction funding
11  request submitted on July 31, 2019, the Department of Finance will submit the approved request
12  to the Legislature for consideration as part of the Governor's 2020-2021 proposed budget.

13        9.    The Legislature is required to approve the 2020-2021 Budget by June 15, 2020.  After
14  the Governor signs the Budget Act, any approved construction funding for the CIM project will
15  be available as early as July 1, 2020.

16      I declare under penalty of perjury under the laws of the United States of America that the
17  foregoing is true and correct.  Executed in Sacramento, California on August 28, 2019.

/s/ *DEAN L. BORG*
DEAN L. BORG
Deputy Director
Facility Planning, Construction and Management

*(original signature retained by attorney)*

3

# Exhibit 1

**DEPARTMENT OF FINANCE**
OFFICE OF THE DIRECTOR

GAVIN NEWSOM ■ GOVERNOR
STATE CAPITOL ■ ROOM 1145 ■ SACRAMENTO CA ■ 95814-4998 ■ WWW.DOF.CA.GOV

August 26, 2019

Honorable Holly Mitchell, Chair
Joint Legislative Budget Committee
Senate Budget and Fiscal Review Committee

Honorable Phil Ting, Chair
Assembly Budget Committee

Honorable Anthony Portantino, Chair
Senate Appropriations Committee

Honorable Lorena Gonzalez, Chair
Assembly Appropriations Committee

**California Institution for Men and Richard J. Donovan 50-Bed Mental Health Crisis Facility Projects – Scope Change and Notice of Increased Project Cost**

In a letter dated June 19, 2019, the Administration pledged to reevaluate the scope of the two 50-Bed Mental Health Crisis Facility (MHCF) projects (Projects) at the California Department of Corrections and Rehabilitation's (CDCR) California Institution for Men, Chino (CIM) and the Richard J. Donovan Correctional Facility, San Diego (RJD) in consultation with your staff and the Legislative Analyst's Office (LAO). Having conducted that reevaluation, at this time the Administration requests to continue design activities on the CIM project, but will defer continued development of the RJD project.

Upon further review of current referral and population statistics for both female and male mental health crisis inpatients, the Administration has determined that the construction of one new 50-Bed MHCF at CIM continues to be necessary to address the on-going deficit of licensed mental health beds for the female inpatient population. CDCR continues to use up to 25 licensed beds at Patton State Hospital and operates 19 unlicensed mental health crisis beds at California Institution for Women under court waiver for purposes of addressing this deficiency. When the CIM MHCF facility is complete, CDCR will be able to discontinue use of the unlicensed beds, and may also be able to discontinue use of licensed beds at Patton State Hospital.

Current data indicates that CDCR presently has adequate capacity to properly treat its male mental health inpatients without the additional capacity from the MHCF at RJD. However, the Administration expresses caution in halting this project. Although current male inpatient population levels do not currently indicate an immediate need for this project, there has recently been a 38 percent increase[1] in male inpatients. If this trend continues, it may be necessary for the Administration to resume this project, after reengaging with your staff.

The federal court overseeing the *Coleman* litigation continues to closely monitor the progress of the funding and construction of both facilities on a monthly basis. The Administration will continue to keep the court apprised of the status of the projects.

---

[1] Total referrals for the male inpatient population increased from 995 on March 19, 2019 to 1,370 on August 5, 2019.

As noted in our letter to you dated May 14, 2019, Government Code section 13332.11(h) allows the Department of Finance to change the administratively or legislatively approved scope for major capital outlay projects with notification to the Joint Legislative Budget Committee (Committee) 20 days prior to recognition of the scope change by the State Public Works Board (Board). In addition Government Code section 13332.11(j) requires Finance to notify the Committee, the chairpersons of the respective fiscal committees, and legislative advisers of the Board 20 days prior to the proposed Board approval of preliminary plans when it is determined that the estimated total cost of a project exceeds the amount recognized by the Legislature by 20 percent or more.

CDCR is currently requesting approval of preliminary plans for the project at CIM, including a recognition of an anticipated deficit. CDCR is also requesting a scope change for the MHCF at CIM due to the increased building area from what was described in the 2017 and 2018 Budget Acts. Specifically, the size of the proposed building has increased from approximately 48,000 square feet to approximately 70,000 square feet. More detail concerning the scope change was provided in our May 14, 2019 letter.

A revised project estimate was prepared for the CIM project in association with completion of preliminary plans. Based on this new estimate, the current total estimated project cost for the CIM project is $92,510,000, which is an increase of the original estimated amount of $35,923,000 (63 percent of previously total estimated project costs).

We concur with this request to recognize a scope change and to approve preliminary plans with estimated costs exceeding costs previously recognized by the Legislature by more than 20 percent. We intend to approve the scope change and to recommend the Board recognize the scope change and approve preliminary plans at its September 13, 2019 meeting.

We respectfully request an expedited review of this request as it is time sensitive. If you have any questions or need additional information regarding this matter, please contact Chris Lief, Assistant Program Budget Manager, at (916) 445-9694.

KEELY MARTIN BOSLER
Director
By:

VIVEK VISWANATHAN
Chief Deputy Director

Cc: On following page

cc: Honorable Jim Nielsen, Vice Chair, Senate Budget and Fiscal Review Committee and Advisor to the Public Works Board
Honorable Jay Obernolte, Vice Chair, Assembly Budget Committee
Honorable Nancy Skinner, Chair, Senate Budget and Fiscal Review Subcommittee No. 5
Honorable Shirley Weber, Chair, Assembly Budget Subcommittee No. 5
Honorable Benjamin Allen, Senator, Advisor to the Public Works Board
Honorable William Monning, Senator, Advisor to the Public Works Board
Honorable Jim Frazier, Assemblymember, Advisor to the Public Works Board
Honorable Ash Kalra, Assemblymember, Advisor to the Public Works Board
Honorable Evan Low, Assemblymember, Advisor to the Public Works Board
Mr. Gabriel Petek, Legislative Analyst (3)
Mr. Joe Stephenshaw, Staff Director, Senate Budget and Fiscal Review Committee
Mr. Kirk Feely, Budget Fiscal Director, Senate Republican Fiscal Office
Mr. Christopher W. Woods, Senate President pro Tempore's Office (2)
Mr. Christian Griffith, Chief Consultant, Assembly Budget Committee
Ms. Cyndi Hillery, Staff Director, Assembly Republican Fiscal Committee
Ms. Jayme Chick, Deputy Chief of Staff, Policy, Assembly Republican Leader's Office
Mr. Jim Richardson, Policy and Fiscal Director, Assembly Republican Leader's Office
Mr. Jason Sisney, Assembly Speaker's Office (2)
Mr. Dean Borg, Deputy Director, Facility Planning, Construction, and Management, Department of Corrections and Rehabilitation
Ms. Michelle Weaver, Assistant Director, Facility Planning, Construction, and Management, Department of Corrections and Rehabilitation