XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF REI ONISHI SUPPORTING DEFENDANTS' RESPONSE TO THE COURT'S AUGUST 14, 2019 ORDER**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Rei Onishi, declare as follows:

1. I am over the age of 18 years and have personal knowledge of the following, and if called as a witness, could competently testify to the following.

2. I am the Deputy Legal Affairs Secretary to Governor Gavin Newsom. Prior to that, I served in the same position under Governor Edmund Brown, Jr., beginning in 2017.

3. As the Deputy Legal Affairs Secretary, I represent and advise the Governor's Office for the State of California, including on the matters at issue in this lawsuit and with respect to the strategy and details of the litigation itself. The Governor and his Office regularly rely on me to provide candid legal advice.

1

Onishi Decl. Supp. Defs.' Resp Aug. 14, 2019 Order (2:90-cv-00520 KJM-DB (PC))

4. I have no personal knowledge as to "why CDCR mental health administrators did not inform Dr. Golding or the Special Master when they changed the definition of 'monthly.'"

5. I have no personal knowledge as to "why the internal 'Appointments Seen as Scheduled' indicator was developed incorrectly and in the absence of consultation with Dr. Golding or other quality control measures.'"

6. I was not involved in any of the policy decisions related either to the change of the business rule or the Appointments Seen as Scheduled indicator, as referenced in the Court's August 14, 2019 Order.

Dated:  August 28, 2019

/s/ Rei Onishi
REI ONISHI
Deputy Legal Affairs Secretary
Governor Gavin Newsom

CF1997CS0003
14058106

2

Onishi Decl. Supp. Defs.' Resp Aug. 14, 2019 Order (2:90-cv-00520 KJM-DB (PC))