XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3577
 Fax:  (415) 703-5843
 E-mail:  Adriano.Hrvatin@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone:  (310) 552-0130
 Fax:  (310) 229-5800
 E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' APPLICATION FOR A 13-MINUTE EXTENSION OF TIME NUNC PRO TUNC TO FILE DEFENDANTS' RESPONSE TO THE COURT'S AUGUST 14, 2019 ORDER**<br><br>Judge: The Hon. Kimberly J. Mueller |

Defendants request a 13-minute extension of time, nunc pro tunc, to file Defendants' response to the Court's August 14, 2019 order.  Good cause exists to grant Defendants' request because their counsel diligently worked to meet the Court's August 28, 2019 deadline under tight time constraints, and would have filed on time, but for unforeseen technical difficulties with the Court's Electronic Case Filing system.  Defendants sought no previous extensions of time in connection with their response.  And counsel would have sought the extension earlier, except that the need for an extension did not appear until after the deadline had passed.

1

On August 14, 2019, the Court issued an order confirming and clarifying matters addressed during the Court's August 8 status conference concerning the evidentiary hearing set to address five issues identified in the Neutral Expert's Report. (ECF No. 6242.) The Court provided the parties a period of fourteen days—up to August 28—to comment on the order. (*Id*. at 4-5, 13.) Defendants' counsel worked diligently during the two-week period to meet the filing deadline— for example, Defendants prepared additional stipulations to further narrow the scope of any evidentiary hearing, met and conferred with Plaintiffs' counsel, and developed further commitments to transparency in their data generation and production practices.

Defendants' response to the Court's August 14 order and supporting materials were complete before 11:59 p.m. on August 28 and ready for electronic filing. Unfortunately, Defendants' counsel, who was working remotely given the late hour, encountered some technical difficulty in logging into the Court's Electronic Case Filing system and uploading the components of Defendants' response for electronic filing, which resulted in an unanticipated delay. Counsel worked quickly to resolve the technical issue. But as a result, Defendants' response and supporting materials were filed at 12:12 a.m. on August 29, 13 minutes past the August 28 deadline. (ECF No. 6257.)

Given counsels' substantial diligence to meet the deadline under pressing work demands, the unexpected technical difficulties, and the minimal extension sought, Defendants request that the Court grant a 13-minute extension, nunc pro tunc, and accept their filing.

Defendants submit a proposed order for the Court's consideration.

Respectfully submitted,

Dated: August 29, 2019

XAVIER BECERRA
Attorney General of California

/s/ Adriano Hrvatin

ADRIANO HRVATIN
Supervising Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
21605275.docx

2

# CERTIFICATE OF SERVICE

Case Name:   **Coleman v. Newsom, et al.,**         No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on <u>August 29, 2019</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANTS' APPLICATION FOR A 13-MINUTE EXTENSION OF TIME NUNC PRO TUNC TO FILE DEFENDANTS' RESPONSE TO THE COURT'S AUGUST 14, 2019 ORDER**

**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR A 13-MINUTE EXTENSION OF TIME NUNC PRO TUNC TO FILE DEFENDANTS' RESPONSE TO THE COURT'S AUGUST 14, 2019 ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 29, 2019</u>, at San Francisco, California.

|  L. Santos  |  */s/ L. Santos*  |
|---|---|
| Declarant | Signature |

CF1997CS0003
21605375.docx