IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KMJ DB PC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR A 13-MINUTE EXTENSION OF TIME NUNC PRO TUNC TO FILE DEFENDANTS' RESPONSE TO THE COURT'S AUGUST 14, 2019 ORDER** |

Good cause appearing, the Court GRANTS Defendants' application for a 13-minute extension of time, nunc pro tunc, by which to file Defendants' response to the Court's August 14, 2019 order.

**IT IS SO ORDERED.**

Dated: August ___, 2019

_____
The Honorable Kimberly J. Mueller
United States District Court Judge

CF1997CS0003
21605366.doc

1

[Proposed] Order (2:90-cv-00520 KJM DB (PC))