IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KMJ DB PC |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' APPLICATION FOR A 13-MINUTE EXTENSION OF TIME NUNC PRO TUNC TO FILE DEFENDANTS' RESPONSE TO THE COURT'S AUGUST 14, 2019 ORDER** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

Good cause appearing, the Court GRANTS Defendants' application for a 13-minute

extension of time, nunc pro tunc, by which to file Defendants' response to the Court's August 14,

2019 order.

**IT IS SO ORDERED.**

Dated:  August 29, 2019.

_____
UNITED STATES DISTRICT JUDGE

1