XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                        Plaintiffs,<br><br>      v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                        Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**PARTIES' JOINT SUBMISSION OF PROPOSED PROGRAM GUIDE ADDENDUM ON EXCEPTIONS TO THE TRANSFER TIMELINE FOR REFERRALS TO MENTAL HEALTH CRISIS BEDS** |

On May 17, 2019, the Court approved the parties' schedule for finalizing the Program Guide Addendum covering exceptions to the twenty-four-hour timeline for inmate-patient transfers to mental health crisis bed care. (ECF No. 6158.) The May 17 order required the parties to meet and confer at least monthly between June 2019 and August 2019 to discuss patient-level data and the application of proposed exceptions to the twenty-four-hour timeline to individual patients, and to finalize and submit the proposed addendum to the Court no later than August 30, 2019. (*Id.*)

Between June 2019 and the present, the parties met and conferred in All Parties' Workgroups and through e-mail communications as ordered, and agreed to the proposed Addendum attached hereto as Exhibit A. The parties request that the Court approve the proposed final Addendum and order that the Addendum be incorporated into the 2018 Program Guide.

Dated: August 30, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/s/ Elise Owens Thorn
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

Dated: August 30, 2019

ROSEN BIEN GALVAN & GRUNFELD LLP

/s/ Jenny S. Yelin
JENNY S. YELIN
*Attorneys for Plaintiffs*

CF1997CS0003

[3430898.1]

2