# Exhibit A

**Addendum to 12.05.200 MHCB Referral, Referral Rescission, and Discharge Policy**

<u>Transfer Timelines</u>

Patients requiring Mental Health Crisis Bed (MHCB) care shall be admitted to the MHCB within 24 hours of referral.

Definition of Transfer: Transfers start at the day and time the patient's level of care is changed to MHCB within the healthcare record and ends upon arrival, according to the Strategic Offender Management System arrival date/time.

<u>Exceptions to Transfer Timeline:</u>

There are circumstances under which the timeline cannot be met as outlined below. The circumstances identified below shall temporarily suspend the transfer timelines only for the period of time in which the governing exception applies, as detailed below. Once the exception ends, inmates must be transferred to an MHCB as expeditiously as possible. The expectation is that most transfers after resolution of the exception will be completed in twelve hours, but in no event will the transfer to the MHCB exceed twenty-four hours. More than one exception may apply.

**Transfer Refusal**

If a patient refuses to transfer, the transfer timeline shall be suspended. Every effort shall be made by the treating clinician to encourage the patient to vacate the cell voluntarily for transfer. The clinician responding to the patient's cell to discuss the refusal shall enter the *MHCB Refusal to Transfer* order in the electronic healthcare record and document the patient's present location on a progress note at the time of refusal. When the patient vacates the cell for transport, the order shall be discontinued. The agreement to transfer date and time is the date and time the order was discontinued. If the patient continues to refuse to vacate the cell, the clinician or other healthcare provider shall make every effort to ensure the patient exits the cell and shall document all actions that occurred in an effort to convince the patient to vacate until controlled Use of Force is initiated. The provider shall document each effort made to encourage the patient to vacate the cell, including the intervention made and the patient's response. This documentation shall ultimately provide a chronological summary of clinical interventions and shall be completed prior to the provider completing his or her work day. The controlled use of force policy per the Department Operations Manual, Section 51020.12, Controlled Use of Force General Requirements, shall be initiated within 48 hours, if the patient continues to refuse to vacate the cell and still requires inpatient care.

**Medical Conditions**

If a patient is out to hospital, on a pre-existing medical hold, or a new medical hold is placed at the time of the MHCB referral due to a medical condition that cannot be treated at an MHCB and that is deemed more urgent than the mental health treatment need at or after the time of the referral, the transfer timeframe shall be suspended.

As soon as possible, but not to exceed four hours, after the MHCB referral is made, a joint team of medical and mental health clinicians shall discuss which clinical needs, mental health treatment or medical care, take precedence. If the medical condition is deemed more urgent than the mental health treatment need, a medical hold shall be ordered in accordance with current policy. Mental health staff shall document the discussion in the electronic healthcare record, including the names and positions of those who participated in the discussion, the date and time the discussion occurred, the determination reached, and the specific rationale for the determination. The relative urgency of the medical and mental health needs, as dictated by the patient's condition, shall be

continually monitored by the joint team, and at each discussion of the continuing appropriateness of the medical hold, the joint team shall determine when the next discussion should take place. Mental health staff shall document in the electronic healthcare record the reasons that the medical need continues to outweigh the mental health need as changes in the patient's status are identified and discussed by the joint team. If a medical hold is removed, the provider removing the hold shall contact the referring mental health clinician and document the communication of the removal of the medical hold in a progress note.

**Out to Court**

During the referral process, if a patient is physically unavailable for transfer to an MHCB due to an order to appear in state or federal court, necessitating transfer out of the institution or to an institution nearest the court, the receiving institution shall track the patient and, upon return from out to court status, reassess the patient's need for an MHCB referral on an emergent basis. If the patient still requires an MHCB placement, the institution shall notify the Health Care Placement Oversight Program which will expedite the MHCB placement.

**Unforeseeable Delays or Obstacles that Arise During Transportation**

Transfer timelines may be suspended in unusual circumstances outside the control of the California Department of Corrections and Rehabilitation. Such circumstances shall be reported to the Statewide Director of the Mental Health Program, and documented by the Inpatient Referral Unit in a report to the statewide Quality Management committee to monitor frequency and any possible corrective action.

Documentation

Staff shall document the date and time the patient became unavailable to transfer, the reason for the delay, and the date and time of the resolution of the delay in the healthcare record for all approved exception reasons. When transfer is delayed due to transfer to court or outside medical, this follow up documentation shall occur expeditiously upon the patient's return, but no longer than one business day after the patient returns.