XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE AN UPDATED CUSTODY AND MENTAL HEALTH PARTNERSHIP PLAN [ECF NO. 6194]**<br><br>Judge: The Hon. Kimberly J. Mueller |

On February 20, 2019, the Court ordered Defendants to update, finalize, and file their Custody and Mental Health Partnership Plan (CMHPP). (ECF No. 6095.) On April 12, 2019, the Court approved the parties' joint request providing Defendants until June 7, 2019 to file their CMHPP. (ECF No. 6126.) On June 17, 2019, the Court approved the parties' stipulated request to extend the deadline for Defendants to file the CMHPP on or before September 5, 2019. (ECF No. 6194.)

Over the past several months, the parties worked diligently and collaboratively to revise and finalize the CMHPP, including through observation of trainings. During the August 29, 2019 policy meeting, the parties, with the Special Master's approval, agreed to seek an extension of

one more week to finalize further edits to the CMHPP.  Accordingly, the parties stipulate and request to continue the September 5, 2019 deadline to September 12, 2019.

The Special Master has reviewed and concurs with the parties' request for an extension of the September 5, 2019 deadline to September 12, 2019.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  September 4, 2019 | XAVIER BECERRA<br>Attorney General of California<br>ADRIANO HRVATIN<br>Supervising Deputy Attorney General<br><br>/S/ *Elise Owens Thorn*<br>Elise Owens Thorn<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: September 4, 2019 | ROSEN BIEN GALVAN & GRUNFELD LLP<br><br>/S/ *Thomas Nolan*<br>Thomas Nolan<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

Dated: _____   _____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT