| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>ROBERT W. HENKELS, State Bar No. 255410<br>Deputy Attorneys General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-7318<br> Fax: (916) 324-5205<br> E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br> 2049 Century Park East, Suite 3400<br> Los Angeles, CA 90067-3208<br> Telephone: (310) 552-0130<br> Fax: (310) 229-5800<br> E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE AN UPDATED CUSTODY AND MENTAL HEALTH PARTNERSHIP PLAN [ECF NO. 6194]**<br><br>Judge: The Hon. Kimberly J. Mueller |

On February 20, 2019, the Court ordered Defendants to update, finalize, and file their Custody and Mental Health Partnership Plan (CMHPP). (ECF No. 6095.) On April 12, 2019, the Court approved the parties' joint request providing Defendants until June 7, 2019 to file their CMHPP. (ECF No. 6126.) On June 17, 2019, the Court approved the parties' stipulated request to extend the deadline for Defendants to file the CMHPP on or before September 5, 2019. (ECF No. 6194.)

Over the past several months, the parties worked diligently and collaboratively to revise and finalize the CMHPP, including through observation of trainings. During the August 29, 2019 policy meeting, the parties, with the Special Master's approval, agreed to seek an extension of

one more week to finalize further edits to the CMHPP. Accordingly, the parties stipulate and request to continue the September 5, 2019 deadline to September 12, 2019.

The Special Master has reviewed and concurs with the parties' request for an extension of the September 5, 2019 deadline to September 12, 2019.

**IT IS SO STIPULATED.**

Dated: September 4, 2019

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/s/ *Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

Dated: September 4, 2019

ROSEN BIEN GALVAN & GRUNFELD LLP

/s/ *Thomas Nolan*
Thomas Nolan
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: September 4, 2019.

_____
UNITED STATES DISTRICT JUDGE