1 | XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2 | ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
3 | ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
4 | ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
5 | 1300 I Street, Suite 125
P.O. Box 944255
6 | Sacramento, CA 94244-2550
Telephone: (916) 210-7318
7 | Fax: (916) 324-5205
E-mail: Elise.Thorn@doj.ca.gov
8 | *Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Fax: (310) 229-5800
E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER FOR SECOND EXTENSION OF TIME TO FILE A DOCUMENT IDENTIFYING REMEDIAL MEASURES REQUIRED BY PARAGRAPH 2 OF THE COURT'S JULY 9, 2019 ORDER [ECF NO. 6214]**<br><br>Judge: The Hon. Kimberly J. Mueller |

On June 29, 2018, the Special Master filed the "Special Master's Report on the California Department of Corrections and Rehabilitation Mental Health Services Delivery System Program Guide Update." (ECF No. 5844.) On July 30, 2018, the Special Master filed the 2018 Revision to the Program Guide, including four appendices. (ECF No. 5864.) On July 3, 2019, the Court approved the 2018 Revision to the Program Guide and appendices; on July 9, 2019, the Court amended its July 3, 2019 order. The amended order directed the parties to prepare and file, within thirty days, "a document that identifies all negotiated or court-ordered remedial measures

1  adopted in this action that cover custodial issues and are not included in the 2018 Program Guide
2  Revision." (ECF No. 6214 at 19.) The order also required the parties to "confirm that the Special
3  Master has reviewed the list and concurs that it is a comprehensive list of such remedial
4  measures." (*Id.*) On August 12, 2019, the Court approved the parties' stipulation to extend the
5  deadline to file the document requested from August 2, 2019 to September 4, 2019. (ECF No.
6  6240.)
7      The parties have continued to meet and confer, under the supervision of the Special Master,
8  regarding the negotiated or Court-ordered remedial measures that should be included on the list
9  requested by the Court. The parties have agreed to include additional policies, but require more
10 time to meet and confer further in order to attempt to agree on the content of the submission to be
11 filed with the Court and to obtain the Special Master's final approval of the list of policies to be
12 submitted for the Court's consideration, along with his confirmation of any policies that remain in
13 dispute. Accordingly, the parties stipulate and request to continue the September 4, 2019
14 deadline by two days, to September 6, 2019.
15 / / /
16 / / /

The Special Master concurs with the parties' request for an extension of the September 4, 2019 deadline to September 6, 2019.

**IT IS SO STIPULATED.**

Dated:  September 4, 2019

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/s/ *Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

Dated: September 4, 2019

ROSEN BIEN GALVAN & GRUNFELD LLP

/s/ *Jessica Winter*
Jessica Winter
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: _____          _____
                                 KIMBERLY J. MUELLER
                                 UNITED STATES DISTRICT COURT