| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN<br>CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, California 94111-4805<br>Telephone: (415) 621-2493 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**SUPPLEMENTAL DECLARATION OF JENNY S. YELIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO THIRD STATUS REPORT ON FUNDING FOR 100 MHCBS**<br><br>Judge: Hon. Kimberly J. Mueller |

[3432671.1]

SUPPLEMENTAL DECLARATION OF JENNY S. YELIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO THIRD STATUS REPORT ON FUNDING FOR 100 MHCBS

SUPPLEMENTAL DECLARATION OF JENNY S. YELIN

I, Jenny S. Yelin, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this supplemental declaration in support of Plaintiffs' Response to Defendants' Supplement to Third Status Report On Funding For 100 MHCBs.

2. Plaintiffs submit this Supplemental Declaration to notify the Court of the sharp increase in the projected 2019 suicide rate since August 23, 2019, the date Plaintiffs filed their Response to Defendants' Supplement to Third Status Report on Funding For 100 MHCBs. *See* ECF No. 6251. As described below, there have been six additional suicides in CDCR during the approximately two week period between August 23, 2019 and September 5, 2019, for a total of twenty-five in 2019 to date. The precipitous rise in the number and rate of CDCR suicides in just the last two weeks alone stands in contrast to Defendants' recent Fourth Status Report on Funding for the Construction of 100 Mental Health Crisis Beds, ECF No. 6256, which reported in the midst of this two-week period that Defendants have now abandoned the long-promised 50-bed project at RJD. *Id.* at 3.

3. As of today, the CDCR suicide rate for 2019 is projected to be 29.4 deaths per 100,000 people. Dylan Verner-Crist, a paralegal employed at my firm working under my direction and supervision, calculated the projected 2019 rate by using the methodology employed by the Special Master's experts in their 2014 Suicide Report. Report on Suicides Completed in the California Department of Corrections and Rehabilitation, January 1, 2014 – December 31, 2014 ("2014 Suicide Report"), March 29, 2016, ECF No. 5428, at 1-6. In the report, the Special Master's experts give the CDCR suicide rates for the years 1999 through 2014, calculated by multiplying the number of suicides for the given year by 100,000 and then dividing this number by the total in-custody population as of June 30 of that same year. *See id.* at 2. Following this methodology, Mr. Verner-Crist

[3432671.1]

SUPPLEMENTAL DECLARATION OF JENNY S. YELIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO THIRD STATUS REPORT ON FUNDING FOR 100 MHCBS

used the total in-custody population figure for June 30, 2019 reported in CDCR's Monthly Total Population Report. Attached hereto as **Exhibit A** is a true and correct copy of the CDCR population report used for this calculation, available at https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2019/07/Tpop1d1906.pdf, which shows that the total in-custody population as of June 30, 2019 was 125,472 prisoners.

4. To calculate the number of CDCR suicides per year, Mr. Verner-Crist used CDCR's Suicide Death Notifications, which Defendants regularly provide to Plaintiffs' Counsel in this case. To obtain the projected suicide rate for 2019, Mr. Verner-Crist first divided the number of suicides by 247, the number of days that had elapsed in 2019 as of September 5, 2019. He then multiplied the resulting number by 365, to find the projected number of suicides for 2019. Mr. Verner-Crist then multiplied this figure by 100,000 and divided the resulting figure by the total in-custody population as of June 30, 2019. He utilized CDCR's Monthly Total Population Report for June 30, 2019 (**Exhibit A**).

DATED: September 5, 2019         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Jenny S. Yelin
Jenny S. Yelin

Attorneys for Plaintiffs

[3432671.1]

2
SUPPLEMENTAL DECLARATION OF JENNY S. YELIN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' SUPPLEMENT TO THIRD STATUS REPORT ON FUNDING FOR 100 MHCBS

# Exhibit A

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
July 1, 2019

Monthly Report of Population
As of Midnight June 30, 2019

Total CDCR Population

| Population | Felon/ Other | Change Since Last Month | Change Since Last Year | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---|---|---|---|---|---|
| A. Total In-Custody/CRPP Supervision | 125,472 | -359 | -3,945 | | | |
| I.  In-State | 125,472 | +13 | -1,100 | | | |
|     (Men, Subtotal) | 119,781 | +42 | -885 | | | |
|     (Women, Subtotal) | 5,691 | -29 | -215 | | | |
|  1. Institution/Camps | 117,682 | +95 | -1,183 | 89,763 | 131.1 | 125,575 |
|     Institutions | 114,831 | +448 | -432 | 85,083 | 135.0 | 121,331 |
|     Camps(CCC, CIW, and SCC) | 2,851 | -353 | -751 | 4,680 | 60.9 | 4,244 |
|  2. In-State Contract Beds | 6,405 | -82 | +108 | | | |
|     Private Community Correctional Facilities | 1,939 | -45 | -66 | | | |
|     Public Community Correctional Facilities | 1,761 | -11 | -16 | | | |
|     Community Prisoner Mother Program | 22 | 0 | 0 | | | |
|     California City Correctional Facility | 2,441 | -8 | +219 | | | |
|     Female Community ReEntry Facility, McFarland | 242 | -18 | -29 | | | |
|  3. Department of State Hospitals | 190 | +4 | -42 | | | |
|  4. CRPP Supervision | 1,195 | -4 | +17 | | | |
|     Alternative Custody Program | 160 | +3 | +2 | | | |
|     Custody to Community Treatment Reentry Program | 383 | -2 | +3 | | | |
|     Male Community Reentry Program | 628 | -5 | +17 | | | |
|     Medical Parole | 24 | 0 | -5 | | | |
| B. Parole | 50,822 | +754 | +3,452 | | | |
|    Community Supervision | 48,950 | +759 | +3,544 | | | |
|    Interstate Cooperative Case | 1,872 | -5 | -92 | | | |
| C. Non-CDCR Jurisdiction | 1,083 | +10 | +72 | | | |
|    Other State/Federal Institutions | 323 | +2 | -6 | | | |
|    Out of State Parole | 717 | +11 | +99 | | | |
|    Out of State Parolee at Large | 13 | -1 | -1 | | | |
|    DJJ-W&IC 1731.5(c) Institutions | 30 | -2 | -20 | | | |
| D. Other Populations | 6,247 | -90 | +468 | | | |
|    Temporary Release to Court and Hospital | 1,536 | +9 | +263 | | | |
|    Escaped | 199 | 0 | +2 | | | |
|    Parolee at Large | 4,512 | -99 | +203 | | | |
| Total CDCR Population | 183,624 | +315 | +47 | | | |

This report contains the latest available reliable population figures from SOMS.  They have been carefully audited, but are preliminary, and therefore subject to revision.

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
July 1, 2019

Monthly Report of Population
As of Midnight June 30, 2019

## Monthly Institution Population Detail

| Institutions | Felon/Other | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---:|---:|---:|---:|
| **Male Institutions** | | | | |
| Avenal State Prison (ASP) | 3,744 | 2,920 | 128.2 | 4,370 |
| Calipatria State Prison (CAL) | 3,493 | 2,308 | 151.3 | 3,333 |
| California Correctional Center (CCC) | 3,853 | 3,883 | 99.2 | 4,762 |
| California Correctional Institution (CCI) | 3,739 | 2,783 | 134.4 | 4,120 |
| Centinela State Prison (CEN) | 3,515 | 2,308 | 152.3 | 3,333 |
| California Health Care Facility - Stockton (CHCF) | 2,704 | 2,951 | 91.6 | 2,951 |
| California Institution for Men (CIM) | 3,665 | 2,976 | 123.2 | 4,186 |
| California Men's Colony (CMC) | 3,540 | 3,838 | 92.2 | 4,398 |
| California Medical Facility (CMF) | 2,539 | 2,361 | 107.5 | 2,847 |
| California State Prison, Corcoran (COR) | 3,179 | 3,116 | 102.0 | 4,270 |
| California Rehabilitation Center (CRC) | 2,933 | 2,491 | 117.7 | 3,210 |
| Correctional Training Facility (CTF) | 5,492 | 3,312 | 165.8 | 4,887 |
| Chuckawalla Valley State Prison (CVSP) | 2,741 | 1,738 | 157.7 | 2,478 |
| Deuel Vocational Institution (DVI) | 2,249 | 1,681 | 133.8 | 2,353 |
| Folsom State Prison (FOL) | 2,995 | 2,066 | 145.0 | 2,895 |
| High Desert State Prison (HDSP) | 3,127 | 2,324 | 134.6 | 3,361 |
| Ironwood State Prison (ISP) | 2,693 | 2,200 | 122.4 | 3,200 |
| Kern Valley State Prison (KVSP) | 3,604 | 2,448 | 147.2 | 3,522 |
| California State Prison, Los Angeles County (LAC) | 3,207 | 2,300 | 139.4 | 3,300 |
| Mule Creek State Prison (MCSP) | 4,035 | 3,284 | 122.9 | 4,009 |
| North Kern State Prison (NKSP) | 4,246 | 2,694 | 157.6 | 3,911 |
| Pelican Bay State Prison (PBSP) | 2,663 | 2,380 | 111.9 | 3,250 |
| Pleasant Valley State Prison (PVSP) | 3,416 | 2,308 | 148.0 | 3,333 |
| RJ Donovan Correctional Facility (RJD) | 3,980 | 2,992 | 133.0 | 3,942 |
| California State Prison, Sacramento (SAC) | 2,112 | 1,828 | 115.5 | 2,449 |
| California Substance Abuse Treatment Facility (SATF) | 5,454 | 3,424 | 159.3 | 5,111 |
| Sierra Conservation Center (SCC) | 3,918 | 3,936 | 99.5 | 4,570 |
| California State Prison, Solano (SOL) | 4,533 | 2,610 | 173.7 | 3,882 |
| San Quentin State Prison (SQ) | 4,243 | 3,082 | 137.7 | 3,984 |
| Salinas Valley State Prison (SVSP) | 3,148 | 2,452 | 128.4 | 3,409 |
| Valley State Prison (VSP) | 2,885 | 1,980 | 145.7 | 2,954 |
| Wasco State Prison (WSP) | 5,023 | 2,984 | 168.3 | 4,351 |
| Male Total | 112,668 | 85,958 | 131.1 | 116,931 |
| **Female Institutions** | | | | |
| Central California Women's Facility (CCWF) | 2,781 | 2,004 | 138.8 | 2,964 |
| California Institution for Women (CIW) | 1,798 | 1,398 | 128.6 | 1,877 |
| Folsom State Prison (FOL) | 434 | 403 | 107.7 | 530 |
| San Quentin State Prison (SQ) | 1 | 3,082 | 0.0 | 3,273 |
| Female Total | 5,014 | 3,805 | 131.8 | 8,644 |
| Institution Total | 117,682 | 89,763 | 131.1 | 125,575 |

Report #: SOMS-TPOP-1, Page 2

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
July 1, 2019

Monthly Report of Population
As of Midnight June 30, 2019

## Notes

- Felon/Other counts are felons, county contract boarders, federal boarders, state boarders, safekeepers, county diagnostic cases, Department of Mental Health boarders, and Division of Juvenile Justice boarders.
- Interstate Cooperative Cases are parolees from other states being supervised in California.
- Non-CDCR Jurisdiction are California cases being confined in or paroled to other states or jurisdictions.
- Welfare and Institution Code (W&IC) 1731.5(c) covers persons under the age of 21 who were committed to CDCR, had their sentence amended, and were incarcerated at the Division of Juvenile Justice for housing and program participation.
- Other Population includes inmates temporarily out-to-court, inmates in hospitals, escapees, and parolees at large.