XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3585
 E-mail: Kyle.Lewis@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone:  (310) 552-0130
 Fax:  (310) 229-5800
 E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>       v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS**<br><br>Judge:  The Hon. Kimberly J. Mueller |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants wish to associate Deputy Attorney General Kyle A. Lewis as additional counsel on this case.  Please add Deputy Attorney General Lewis to the service list and files as follows:

 Kyle A. Lewis
 Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3585
 E-mail: Kyle.Lewis@doj.ca.gov

| | |
|---|---|
| Dated: September 12, 2019 | Respectfully Submitted,<br><br>XAVIER BECERRA<br>Attorney General of California<br>ADRIANO HRVATIN<br>Supervising Deputy Attorney General<br><br>/s/ Kyle A. Lewis<br>KYLE A. LEWIS<br>Deputy Attorney General<br>*Attorneys for Defendants* |

CF1997CS0003
21626261.docx

# CERTIFICATE OF SERVICE

Case Name:   *Coleman v. Newsom, et al.,*   Case No.   **2:90-cv-00520 KJM-DB (PC)**

I hereby certify that on September 12, 2019, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 12, 2019, at San Francisco, California.

|  |  |
|---|---|
| B. Chung | /s/ B. Chung |
| Declarant | Signature |

CF1997CS0003 /21626749.docx