XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7318
  Fax:  (916) 324-5205
  E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone:  (310) 552-0130
  Fax:  (310) 229-5800
  E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' UPDATE TO THE CUSTODY AND MENTAL HEALTH PARTNERSHIP PLAN**<br><br>Judge:  The Hon. Kimberly J. Mueller |

On September 10, 2018, Defendants filed a report on the status of implementation of the California Department of Corrections and Rehabilitation's Custody and Mental Health Partnership Plan.  (ECF No. 5916.)  On February 20, 2019, the Court approved the plan and ordered Defendants to file an updated plan to include:  (1) dates certain by which each step of the plan must be carried out; (2) clarifying training requirements for mental health and custodial staff; and (3) expanding the plan to "provide for training focused at the [Correctional Clinical Case

1  Management System] programs and the custody staff who interact with inmates and mental health

2  staff in those programs."  (ECF No. 6095.)

3       Defendants worked in close collaboration with Plaintiffs and the Special Master over the

4  past six months to respond to the Court's order and to address their questions and concerns.  As a

5  result of those discussions, Defendants here submit the attached Custody and Mental Health

6  Partnership Plan for the Court's consideration and approval.

7  Dated:  September 12, 2019                              Respectfully submitted,

8                                                         XAVIER BECERRA
                                                          Attorney General of California
9                                                         ADRIANO HRVATIN
                                                          Supervising Deputy Attorney General
10

11                                                        /s/ ELISE OWENS THORN
                                                          Elise Owens Thorn
12                                                        Deputy Attorney General
                                                          *Attorneys for Defendants*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[3419376.1]                                    2

Defs.' Update to the Custody & Mental Health Partnership Plan (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



September 12, 2019

Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     UPDATE TO THE CUSTODY AND MENTAL HEALTH PARTNERSHIP PLAN

Dear Mr. Hrvatin and Ms. Thorn:

Attached as Exhibit A is the California Department of Corrections and Rehabilitation Update to Custody and Mental Health Partnership Plan in response to the *Coleman* Court's February 20 and June 17 2019 orders.

Sincerely,

/s/ *Melissa C. Bentz*
MELISSA C. BENTZ
Attorney
State of California
Department of Corrections and Rehabilitation

California Department of Corrections and Rehabilitation

Update to the Custody and Mental Health Partnership Plan

September 12, 2019

I.      Introduction

Pursuant to the *Coleman* Court's orders dated February 20, and June 17, 2019, California Department of Corrections and Rehabilitation (CDCR) now provides the following update to its Custody and Mental Health Partnership Plan (CMHPP) in order "to provide for training focused at the Correctional Clinical Case Management System (CCCMS) programs and the custody staff who interact with inmates and mental health staff in those programs." (June 17, 2019, ORDER, ECF No. 6194.)  The plan adopted by the Court on February 20, 2019 was created specifically for the Enhanced Outpatient Programs (EOP), Mental Health Crisis Beds (MHCB), and CCCMS Segregation units. This update will amend the approved plan to provide clarity at the various levels of care, including application of the previously adopted plan to the Intermediate Care Facility (ICF) and Acute Psychiatric Program (APP), and set forth a revised plan for the General Population (GP) and Reception Center (RC) CCCMS programs.  Through these amendments, CDCR will meet the court's goal of "effect[ing] long term and sustainable culture change [and] ensur[ing] an adequate collaborative culture between custody and mental health staff at all [CDCR] prisons where class members are housed." (*Id.*)

Per the Mental Health Services Delivery System (MHSDS) Program Guide (2009 Revision), "CCCMS inmate-patients are a highly diversified population representing a broad spectrum of functional abilities" (12-3-2) as compared to EOP, where "the most intensive level of outpatient mental health care" (12-4-1). In addition, where EOP provides a therapeutic milieu, CCCMS maintains adequate function of mentally disordered inmate patients in the least restrictive treatment setting possible within the correctional setting to promote integration and normalization (12-3-1 and 12-3-3). This difference lends itself to a modified approach to the patient population in the CCCMS programs. The overarching goal of integrating partnership into the GP and RC CCCMS programs is to increase communication, visibility, and collaboration between mental health and custody staff thus increasing greater access to the inmate-patients and providing a forum to address concerns related to the program itself and staff misconduct.

II.     Status of the Custody and Mental Health Partnership Plan Implementation, approved February 20, 2019

Below is a status update to the Defendant's September 10, 2018 filing:

A.  Local Operating Procedures (LOPs). Each institution has developed an LOP and begun implementation of the current plan.

B.  Huddle Reports. The format of the CMHPP Huddle Reports was finalized in December 2017 and provided to the institutions following the Training for Trainers (T4T) session. Defendants will continue to use the December 2017 manual-entry version on paper while working toward an automated huddle report that will pre-populate relevant patient

healthcare information in real time. All parties will be consulted during the design process of the automated report to ensure that it meets the needs and the spirit of the partnership plan. As part of Continuous Quality Improvement (CQI), the huddle report will require periodic updates to reflect improvements in patient care. Dissemination and storage of the report will be addressed through the LOP and shall be in line with state and federal laws governing the storage of Protected Health Information.

C. Scripts for Huddle Reports. The huddle report referenced above is the script that is used for huddles. To clarify, there was no intention to have a separate script document. Reference to a huddle script was related to the language within the proposed form that was intended to guide clinical discussion about patients that are pre-populated into the huddle report. As we work with the parties on the new automated huddle report, additional comments can be provided in the prompts, to include instructions and examples for information sharing about high-risk patients.

D. Lesson Plans for Training. Quarterly roundtable lesson plans were initially implemented in January 2018. Lesson 4 of the quarterly roundtable lesson plans provides information regarding how proactive problem solving has been incentivized consistent with the Court's inquiry and the parties have agreed to include a definition of pro-active problem solving and specific examples of how to problem solve specific scenarios. CDCR is also developing the1-hour Off-Post Training (OPT) partnership lesson plan for all staff. A multidisciplinary, proactive, problem-solving approach has been emphasized by providing examples and ensuring multiple discussions between staff occur during the training. Defendants agree to take under advisement suggestions plaintiffs have shared for the quarterly roundtable and OPT lesson plans. The quarterly roundtable or OPT lesson plans will be updated based upon findings from the CQI process.

E. Joint Rounding. Two clarifications have been made. First, required executive staff was clarified to include additional classifications: Executive Director of the Psychiatric Inpatient Program (PIP), Chief Psychiatrist or Senior Psychiatrist Supervisor, and Associate Wardens. Second, language regarding formal announcements of the rounding was modified to take into account the need to coordinate executive staff schedules which are shared amongst the executive team and are not confidential. The new language reads: *There will be no formal announcement of the rounding to the unit*.

F. Huddle Locations: In 2017 and 2018, during initial executive leadership kick-offs and T4T meetings of the current model, CDCR leadership encouraged integration of healthcare huddles, where possible. Some institutions have integrated huddles: those institutions are being identified and will be directed to separate their Partnership Huddles from any Complete Care Model Huddles in which they may be participating. However, PIPs, which provide care to the ICF and APP levels of care, and MHCBs will have combined huddles to ensure all aspects of care are being communicated and addressed across the care teams. Partnership huddles will continue to occur in the EOP housing units on both 2nd and 3rd watch during normal business days. Huddles are completed in MHCBs and PIP housing units on 2nd and 3rd watch based upon licensing requirements.

G. Introduction to EOP Groups. The training delivery method for group facilitators was updated to a Webinar. Below is an updated implementation timeline:

Timeline for Introduction to EOP Groups

| TASK NAME | START DATE | END DATE | PERCENT COMPLETE |
|---|---|---|---|
| Developed EOP Curriculum | 11/4/17 | 5/8/19 | 100% |
| Submitted to OSM for review | 5/8/19 | 5/8/19 | 100% |
| Revision Based on OSM Review | 7/18/19 | 9/20/19 | 75% |
| Submit revisions to OSM for review | 9/20/19 | 9/20/19 | 0% |
| Notice union/send to labor[1] | 10/13/19 | 12/30/19 | 0% |
| Develop group type in EHRS | 10/18/18 | 5/31/19 | 100% |
| Final version of training & curriculum | 9/1/19 | 10/9/19 | 0% |
| Completed facilitator training materials | 2/15/2019 | 8/9/2019 | 100% |
| Submit training materials to OSM for Review | 8/9/2019 | 8/9/2019 | 100% |
| Develop EHRS Report for Groups Offered | 10/18/18 | 5/31/19 | 100% |
| Train Custody and Mental Health on Curriculum | 1/1/20 | 1/31/20 | 0% |
| Assignment of inmate peer co-facilitators | 1/1/20 | 2/1/20 | 0% |
| Training of inmate peer co-facilitators | 1/1/20 | 2/1/20 | 0% |
| Groups begin | 2/1/20 | Ongoing | 0% |

Per the above schedule, the "Introduction to EOP" groups will be fully implemented by February 1, 2020.

III. Issues Identified Following Initial Implementation and Proposed Changes in Response CDCR identified operational challenges as follows:

A. Annual Partnership Off-Post Training (OPT): CDCR identified that we do not have a current system that has the ability to reconcile staff who were not on-post on a given day, in a given unit, to allow for fidelity in training, tracking, and monitoring of on-the-job training (OJT). To remedy this issue and further address the Court's concern about a durable remedy for ongoing training, CDCR proposes to incorporate the concepts introduced in the Quarterly Partnership Roundtables in a new one-hour OPT. This training will be provided in conjunction with other required annual block training and

---

[1] Start date and subsequent timeframes are dependent upon final review and approval by the OSM.

will be mandatory for all staff. The OPT lesson plan will be updated annually as needed.

B.  Quarterly Partnership Roundtables: The Court requested clarification regarding staff attendance in the Quarterly Partnership Roundtables. Currently, Quarterly Partnership Roundtables for both mental health and custody staff are provided via OJT.  The Quarterly Partnership Roundtables will continue in the GP EOP, MHCB, PIP, Administrative Segregation EOP (EOP Hubs), Short Term Restricted Housing (STRH), Psychiatric Services Unit (PSU), and Long Term Restricted Housing (LTRH) units. The following classifications are mandated to attend: mental health program supervisors, social workers, psychologists, psychiatrists, and recreational therapists. Nursing staff are invited and encouraged to attend, but are not mandatory participants. The correctional officers and sergeants assigned to mental health housing, program, and treatment areas are mandated to attend when on post if not performing duties associated with direct inmate observation or movement (e.g. control booth responsibilities, emergency response, or escort/transportation).  If these activities are occurring during the roundtable it will be documented on the training document.  Facility Captains and Lieutenants are invited and encouraged to attend on a rotational basis, but are not mandatory participants. Defendants will track those participants in the quarterly roundtables who are on-post the day of the training by attaching a copy of the Fair Labor Standards Act (FLSA) for the unit.  Each institution shall design a schedule for quarterly roundtable trainings for each requisite mental health program and provide the dates of the training to all participants in advance. Sergeants and mental health supervisors are directed to schedule the Quarterly Partnership Roundtables on a day that most of their regularly assigned staff are present.  These roundtables will be offered on an ongoing basis and updated as needed. The annual one-hour mandated OPT training, which reinforces the concepts discussed in the Quarterly Partnership Roundtables will be implemented January 2020.

C.  Joint Rounding: The following programs shall receive joint rounding at least twice per year: EOP, EOP Hubs, PSU, MHCBs, PIPs, STRH, and LTRH. However, joint rounding is not always occurring as outlined in that the appropriate staff are not always conducting the rounds and documentation is lacking in many instances. In order to rectify these issues, CDCR intends to relaunch the joint rounding component of the CMHPP. This relaunch will include a refresher training for executive staff, outlining the purpose of rounding, required staff attendance, required locations, frequency, and documentation and dissemination of information. CDCR will develop a joint rounding form that captures the required elements and requires staff to indicate what issues were identified during the round. This form will be used for rounding in all programs. The forms will be submitted to a central location for tracking purposes. Discussion of issues will continue to be required in the Warden's Executive Staff Meeting, Quality Management Committee and Mental Health Program Subcommittee. Finally, the CMHPP will be a component of Chief Executive Officer and Warden Onboarding.

IV.  CDCR's Proposal to Implement CMHPP in CCCMS GP and RC

CDCR recognizes that patients at CCCMS GP and RC level of care are more stable, high

functioning, and independent than patients at EOP level of care. Consequently, the plan to achieve successful collaboration between custody and mental health staff in CCCMS programs is designed to address the needs of this patient population.

A.  Joint Rounding

1.  The purpose of rounding is twofold: 1. Joint rounding provides visibility to all staff and inmates, ensuring that the custody and mental health partnership is recognized and valued; and 2. Joint rounding facilitates awareness of program issues that might not otherwise rise to the level of top leadership knowledge, ensures inmates have a direct voice to leadership and allows these problems to be addressed and solved expeditiously.

2.  Frequency

Rounding shall be conducted monthly on at least one mental health program.

3.  Program Selection

Each GP CCCMS and RC housing unit will be rounded at least annually.

4.  Staff Conducting Rounds

Institution leadership, to include the Warden, Chief Deputy Warden, Associate Wardens, Chief Executive Officer, Chief of Mental Health, Executive Director of the PIP, Chief Psychiatrist or Senior Psychiatrist Supervisor, and the Chief Nurse Executive, engages in joint rounding of mental health programs. The configuration of staff who will round together, and the program(s) selected to be rounded, will depend on institutional need. At least one custody and one health care representative from the institutional executive staff must conduct the rounds. The required healthcare representatives will be either the Chief Executive Officer or the Chief of Mental Health and the required custody representatives will be the Warden or Chief Deputy Warden; the other executives listed above will be invited and encouraged to attend as optional attendees. Designees may not be substituted to conduct rounding.

5.  Content of Rounds

Rounds consist of touring programs, including clinics, and asking both staff and inmates questions that assess the functioning of the program. Rounding should include, but not be limited to, tier walks, review of physical plant, confidential interviews, and other information gathering activities designed to assess the extent of any issues impacting the functioning of the program.

6. Dissemination of Information

A summary of the programs rounded, critical topics identified through rounding, and identification of staff who rounded will be shared at the Executive Staff meeting (i.e., weekly Warden's Meeting), Quality Management Committee and the Mental Health Program Subcommittee. Summaries shall also be shared with the regional teams and headquarters staff via monthly submittal to the Partnership SharePoint site.

B. Safe Reporting

CDCR's Code of Conduct (Department Operations Manual [DOM], Chapter 3, Article 22, Section 33030.1) instructs employees to report misconduct, or any unethical or illegal activity, and cooperate fully with any investigation. Consistent with the DOM, Chapter 3, Article 14, Sections 31140.5 and 31140.9, any employee may report any form of misconduct, including discrimination and harassment, to a supervisor or manager. The February 17, 2004 memorandum titled "ZERO TOLERANCE REGARDING THE 'CODE OF SILENCE'" reinforces each employee's duty to safely report and remain free of retaliation per DOM, Chapter 3, Article 14, Section 31140.10. The California Whistleblower Protection Act (Government Code section 8547 et seq.), also ensures safe reporting for staff.

These regulations and policies will be addressed in the annual OPT Partnership and Ethics trainings (see Training section below).

In addition, all staff may utilize the Health Care Incident Reporting System to report any incidents impacting patient safety. The Health Care Incident Reporting Form may be accessed through the CCHCS Quality Management Page, Patient Safety portal.

C. Training for CCCMS staff

CDCR proposes to incorporate the concepts introduced in the Quarterly Partnership Roundtables on an annual basis in a new one-hour OPT course entitled *Partnership in the Correctional Environment*.

The outline, learning objectives and lesson plan sections are listed below:

<u>Outline of Training</u>

I. Learning Objectives
   A. You will identify what partnership means in a correctional setting.
   B. You will identify methods to foster a cohesive partnership between all staff.
   C. You will identify the importance of improving communication between all staff.
   D. You will identify proactive problem-solving techniques that when used can strengthen staff partnership.

E.  You will identify behaviors that demonstrate professionalism in a correctional environment.
F.  You will identify the importance of treating all staff and inmate-patients in a respectful, professional, and ethical manner.
G.  You will identify how to report misconduct and the consequences for not reporting misconduct according to CDCR policy.

II.  Introduction
   A.  Overview of Lesson
   B.  Importance
   C.  Confidentiality Statement
   D.  Disclosure

III.  Partnership in the Correctional Environment

IV.  Developing and Strengthening Partnership
   A.  Discussion:  "What does partnership mean to you in CDCR?"
   B.  Ways foster partnership and use proactive problem-solving techniques.

V.  Ethics and Professionalism
   A.  Ethics are...
   B.  Ethical behavior is....
   C.  Unethical behavior can cause you to face...

VI.  Behaviors of a Professional Employee
   A.  The Broken Window Theory.
   B.  Discussion:  How does this relate to CDCR and staff misconduct?

VII.  Definition of the Code of Silence
   A.  Definition provided
   B.  Discussion

VIII.  Zero Tolerance Memorandum
   A. Departmental Memorandum provided as attachment

IX.  Reporting Misconduct
   A.  Discussion

X.  Consequences for Not Reporting Misconduct
   A.  Discussion:  Employee Disciplinary Matrix

XI.  Whistleblower Protection Act
   A.  Copy of Whistleblower Protection Act and directions on how to file, provided as attachment

XII.   Conclusion
   A.  Working together effectively for a safer and more secure environment
   B.  Treatment of incarcerated individuals with mental health problems
   C.  Importance of a cohesive partnership

This portion of the CCCMS Partnership Plan deviates from the EOP Partnership Plan in that quarterly roundtable trainings will not be provided to staff working in the CCCMS programs. The reason for this deviation is the result of the difference in intensity of the CCCMS patient acuity, lower staffing ratios and the fact that CCCMS is not specifically a therapeutic milieu.  CCCMS patients are integrated into the rest of the population and are not clustered like EOP patients. The annual OPT can be updated as needed, which allows CDCR to have a sustainable training plan.

Timelines for the 1 Hour OPT Partnership Training

| TASK NAME | START DATE | END DATE | PERCENT COMPLETE |
|---|---|---|---|
| Develop Curriculum | 5/21/19 | 8/27/19 | 100% |
| Submit to stakeholders for review | 8/28/19 | 8/28/19 | 100% |
| Revise Curriculum with stakeholders comments[2] | 9/30/19 | 10/30/19 | 0% |
| Determination of inclusion in 2020 OPT | 5/20/19 | 5/22/19 | 100% |
| Send to OTPD for format | 11/12/19 | Not applicable | 0% |
| Union and CPOST notice | 11/12/19 | 1/27/20 | 0% |
| T4T of selected Mental Health and custody staff | Upon completion of union notice period | Within 60 days | 0% |
| Monitor Training Attendance | After training concludes | Ongoing | 0% |

1.  Content of Current Trainings

Beginning in 2019, CDCR custodial staff now has 48 hours of required annual block training for custody staff much of which supports key elements of interdisciplinary partnership and collaboration.

The Multiple Interactive Learning Objectives (MILO) training started in 2018 and is required annually for all custody and mental health staff. This training involves staff responding to simulated scenarios, including those with inmates who have mental

---

[2] Start date and subsequent timeframes are dependent upon final review and approval by the OSM.

health issues. This occurs in a collaborative environment in which mental health and custody staff must interact in order to reach a successful resolution to the scenario. The scenarios are reviewed and updated annually to address the changing prison environment.

In addition, custody and mental health receive many relevant trainings pertaining to culture and collaboration. Below is a listing of these courses as well as a summary of the learning objectives and course materials. The OPT courses identified in Appendix A are being provided to staff during the 2019 training year. The staff training syllabi and courses are updated annually.

D. Support Activities in the CCCMS Partnership Program

CDCR examined the most appropriate frequency for CCCMS Partnership activities and established weekly huddles between the mental health supervisor and the facility sergeant, as opposed to twice-daily huddles for the following reasons:
- Facility Factors: The physical plant in CCCMS facilities is significantly different. CCCMS Patients are not clustered and are spread across yards and facilities.
- Staffing: Supervisors would spend their entire work day in meetings with sergeants rather than being available to their staff and providing oversight to their programs. This is particularly true for institutions where a single mental health supervisor is responsible for multiple yards of CCCMS Programs.

These are activities that CDCR believes is meaningful and that we can successfully operationalize on a continual basis and are discussed below:
- Weekly supervisory meetings
- Monthly IAC attendance
- Monthly joint supervisory program area tours.

1. Weekly CCCMS Supervisory Meeting

The weekly CCCMS Supervisory meeting between the sergeant and the CCCMS Mental Health Program supervisor will improve communication and collaboration between custody and mental health staff and is designed to be sustainable in CCCMS programs without significantly impacting correctional operations or patient care. Facility captains and lieutenants are invited and encouraged to attend, but are not mandatory participants. In addition, this meeting facilitates a confidential working relationship between the disciplines where solutions to difficult problems can be addressed in partnership.

Meetings between the sergeant and the CCCMS Mental Health Program supervisor shall occur weekly, on 2nd watch, during regular business days. Pertinent information discussed during these meetings will be documented on the Mental Health Huddle Report template, which is currently in use for the CMHPP huddles occurring in GP EOP, MHCB, PIP, ASU EOP, STRH, PSU, and LTRH. Relevant information from the Mental Health Huddle Report will be discussed and any other

issues that arise within the program. Dissemination and storage of the report will be addressed within the institutions' LOPs. The sergeant and Mental Health Program supervisor shall disseminate pertinent information to their staff following the Supervisory Meetings. If staff misconduct concerns arise during these meetings, established protocols will be followed to report these incidences.

Facility sergeants are required to tour each of the housing units in their assigned facilities on every shift. During these daily tours, sergeants will solicit and document information from the housing unit staff regarding patient or program concerns that require attention from mental health.   These concerns will be presented to the mental health supervisor in writing during these weekly meetings. This flow of information between line staff and supervisors allows for a full feedback loop regarding the care of the patients in the units. Emergent issues will bypass this process and will be referred to mental health following Program Guide mandated timelines.

2.  Monthly Inmate Advisory Council Meeting

Inmate Advisory Council (IAC) meetings are held on a monthly basis in each facility. The CCCMS Mental Health Program Supervisor shall attend the monthly facility IAC meeting where CCCMS patients are housed. A standing agenda item will include a discussion on the CCCMS program. The facility captain or designee who is leading each IAC meeting shall be informed of any concerns related to the CCCMS program that are raised during the weekly supervisory meetings between custody and mental health. The facility captain or designee will discuss any pertinent program issues with the IAC. This will ensure any concerns related to the housing units or program, can be brought forth and addressed at the lowest level. This monthly meeting provides a forum to enhance communication between all disciplines, increases the presence of mental health staff on the facility and provides the inmate-patients with greater access to clinical and custody supervisors. The occurrence of the IAC meetings will be tracked and submitted to the central Partnership SharePoint site.

Expectations for the role of the mental health supervisor in the IAC meetings will be delivered during the CCCMS Partnership Training roll out.

3.  Monthly Joint Supervisory Program Area Tours

The CCCMS Mental Health Program Supervisor and sergeant shall attend a monthly tour of CCCMS program areas to include such areas as work and program assignments, mental health treatment areas, yard, etc. The purpose of these tours is threefold: 1. It provides visibility to all staff and inmates, ensuring that the custody and mental health partnership is recognized and valued; and 2. It facilitates awareness of program issues that might not otherwise rise to the supervisory level; and 3. It ensures inmates have a direct voice to supervisors and allows issues to be addressed and solved expeditiously.

E. CCCMS Orientation

In order to ensure CCCMS inmate-patients have access to a CCCMS orientation, during the initial Primary Clinician session, the inmate-patients will be provided with pertinent information related to their facility both in discussion and by providing them with a CCCMS Orientation Brochure.

When CCCMS inmate-patients arrive at their endorsed CCCMS institution, the assigned primary clinician will provide the inmate-patient with a brochure outlining the program structure, goals, and highlighting the collaboration that occurs between custody and health care in optimizing the inmate-patient's mental health. An outline of the brochure is presented below:

Welcome to CCCMS
Levels of Care
Services Offered in CCCMS
Suicide Prevention/Crisis Services
CCCMS Requirements
Expectations for Participants in CCCMS
Custody is Part of Your CCCMS Team

Timeline for CCCMS Orientation Brochure:

| TASK NAME | START DATE | END DATE | PERCENT COMPLETE |
|---|---|---|---|
| Develop Brochure | 5/30/19 | 7/25/19 | 100% |
| Submit to OSM for review | 7/25/19 | 7/25/19 | 100% |
| Complete revisions[3] | 9/30/19 | 10/30/19 | 0% |
| Print Brochure | 10/30/19 | 11/2/19 | 0% |
| Implementation of Orientation Materials | 2/1/20 | ongoing | |

Proposed Timelines for Implementation of the Revised CMHPP

| TASK NAME | START DATE | END DATE | PERCENT COMPLETE |
|---|---|---|---|
| Draft CMHPP Memo for the field which will announce the relaunch of Exec Rounds, and CCCMS Partnership elements. | 9/16/19 | 9/30/19 | 0% |

---

[3] Start date and subsequent timeframes are dependent upon final review and approval by the OSM

| | | | |
|---|---|---|---|
| Draft CMHPP LOP Template | 9/16/19 | 9/30/19 | 0% |
| Submit to stakeholders for review/ approval.[4] | 9/30/19 | 11/1/19 | 0% |
| Submit Labor Prep Tool to Office of Labor Relations for Union notification. | 11/1/19 | 11/8/19 | 0% |
| Develop Executive Joint Rounding Form. | 10/14/19 | 11/15/19 | 0% |
| Submit to stakeholders for review/ approval. | 11/15/19 | 12/15/19 | 0% |
| Train staff on new elements of CMHPP. | 02/03/20 | 03/31/20 | 0% |
| Implement the new elements of CMHPP. | 04/1/20 | N/A | 0% |

---

[4] Start date and subsequent timeframes are dependent upon final review and approval by the OSM

**APPENDIX A**

**2019 Training (OPT) Courses Containing the Partnership Plan Message and Themes**

I.      <u>**Communication/ De-Escalation Techniques (OPT) – Mandatory for all staff**</u>

     A.  Personal Power versus Position of Authority

     B.  Effective Communication Benefits

     C.  Effective Communication Techniques

     D.  Communication Consistency

     E.  De-Escalation Techniques

         1.  Tactical Advantage

         2.  Conflict v. Crisis

         3.  Stages of De-escalation

     F.  De-escalation with Mentally Ill/ Disabled Inmates

         1.  Developmental Disability Program

         2.  Adaptive Support Services

         3.  Adaptive Communication Skills

         4.  Physical Disabilities

         5.  Mental Health Services Delivery System

         6.  Mental Health Disorders

II.      <u>**Inmate Staff Interactions (OPT) – Mandatory for all staff**</u>

     A.  Correctional Professionalism

         1.  Employee Conduct

         2.  Professionalism

B.  Positive Interactions

C.  Communication Techniques

    1.  Communication with Inmates

    2.  Developing Rapport

    3.  Communication Barriers

D.  Inmate Rights

    1.  Rights of the Confined

    2.  Consequences of Violating Inmate Rights

E.  Inmate Manipulation

    1.  Staff Actions

    2.  Empathy versus Sympathy

F.  Overly Familiar Behavior

    1.  Inappropriate Behavior/Sexual Misconduct

G.  Manipulation Prevention Strategies

    1.  Staff to Staff Assistance


**III.  <u>Rehabilitation: Roles, Evolution and Perspective (OPT) – Mandatory for custody staff</u>**

A.  Importance of Rehabilitation

    1.  Safer working environment

    2.  Incentivizes behavior

    3.  Improves public safety

B.  Peace Officer's Role

     1. Positive role model

     2. Professionalism

     3. Provision of safe and secure environment

     4. Ensure access to programs

     5. Creating Buy-in

C. Incapacitation versus Rehabilitation

D. Programs and Services Available

E. Importance of Public Perception

**IV.**   **Stress Resiliency for the Correctional Environment (OJT) – Mandatory for all staff**

A. Definition/ types of stress

B. Signs of stress

C. Sources of stress in a correctional setting

D. The stress response

E. Effects of stress (including behavioral, PTSD)

F. Developing and Increasing Resiliency (including self-awareness, empathy)

G. Resources

**V.**   **Diversity in the Workplace (OJT) – Mandatory for all staff**

A. Introduction

     1. Reviews CDCR Code of Conduct

B. Diversity in the Workplace

1. Definition of Diversity

2. Facts About Diversity (Benefits)

3. Definitions that Impact Diversity (Types of diversity)

C. How We Interact With Each Other

1. Language

2. Communication (verbal, non-verbal, cultural norms)

3. Comfort Zones

4. Techniques for Enhancing Communication

D. Strategies for Working in a Diverse Environment

E. Identifying and Challenging Pitfalls in a Diverse Environment

1. Stereotype Defined

2. Prejudice Defined

3. Discrimination Defined

4. Bias Defined

5. Developing Diversity Awareness/Competence

6. Search for Contradictory Information

7. Internalize

VI.   **Ethics (OJT) – Mandatory for all staff**

A. CDCR Vision, Mission, Values, and Goals

B. Ethics and Professionalism

1. Definition and examples

2. Consequences of unethical behavior

       3.  CDCR Expectations

       4.  Professional Ethics and Personal Values

C.  Dimensions of Correctional Employees Public Image

       1.  Demeanor, behavior, and appearance

       2.  High moral standards

       3.  Good judgment

       4.  Appropriate use of force

       5.  Good communication skills

D.  8-Step Ethical Decision-Making Model

E.  Code of Silence

       1.  Definition

       2.  Zero Tolerance

       3.  Code of Silence and CDCR

       4.  Peer Pressure

       5.  Intervention of Unethical Behavior

       6.  Reporting Misconduct

       7.  Whistleblower Protection Act

**VII.**   **Corrections Fatigue (OPT) – Mandatory for all staff**

    Relevant sections include:

- Positive Leadership

- Positive Organizational Climate

- Optimism

**APPENDIX A**

- Encouragement

- Empathy

- Compassion

- Organizational Strategies

- Organizational Culture

- Organizational Support

- Work Environment