MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

    Plaintiffs,

    v.

GAVIN NEWSOM, et al.,

    Defendants.

Case No. 2:90-cv-00520-KJM-DB

**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2019**

Judge: Hon. Deborah Barnes

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Second Quarter of 2019 to Defendants via overnight delivery on August 7, 2019. The parties completed their meet and confer process on September 9, 2019. The parties have resolved all disputes regarding fees and costs for the Second Quarter of 2019, with an agreement to reduce claimed amounts to a total of $826,582.22 calculated at a rate of $220.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $826,582.22 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from September 7, 2019 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: September 18, 2019

/s/ Elise Thorn
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: September 18, 2019

/s/ Lisa Ells
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: _____, 2019

Deborah Barnes
United States Magistrate Judge

[3435271.2]

**Coleman v. Newsom**
**Second Quarter of 2019**
**April 1, 2019 through June 30, 2019**
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $788,022.90 | $764,382.19 | $19,961.90 |
| **Fees on Fees, 489-5** | $4,917.15 | $4,769.63 | $61.90 |
| **Appeal, 489-20** | $26,570.25 | $25,773.15 | $1,293.78 |
| **Appeal, 489-22** | $3,483.90 | $3,379.39 | $321.33 |
| **Writ, 489-23** | $6,791.40 | $6,587.66 | $51.29 |
| **Totals** | $829,785.60 | $804,892.02 | $21,690.20 |
| **Claimed Total:** |  | $851,475.80 |  |
| **Settled Total:** |  | $826,582.22 |  |

3417515

**Coleman v. Newsom**
**Second Quarter of 2019**
**April 1, 2019 through June 30, 2019**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alex Gourse | 59.00 | 40.40 | $220.50 | $8,908.20 | $8,640.95 |
| Benjamin C. Hattem | 3.90 | 0.00 | $220.50 | $0.00 | $0.00 |
| Cara E. Trapani | 190.10 | 189.40 | $220.50 | $41,762.70 | $40,509.82 |
| Dylan Verner-Crist | 206.40 | 200.40 | $220.50 | $44,188.20 | $42,862.55 |
| Ellinor Heywood | 6.60 | 0.00 | $220.50 | $0.00 | $0.00 |
| Emma Cook | 409.30 | 403.10 | $220.50 | $88,883.55 | $86,217.04 |
| Ernest Galvan | 4.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| F. Gail LaPurja | 133.70 | 125.90 | $220.50 | $27,760.95 | $26,928.12 |
| Fely F. Villadelgado | 0.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gay C. Grunfeld | 1.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 286.90 | 262.90 | $220.50 | $57,969.45 | $56,230.37 |
| Hanna N. Wallace | 5.90 | 0.00 | $220.50 | $0.00 | $0.00 |
| Hugo D. Cabrera | 0.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jack Gleiberman | 4.90 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jeffrey L. Bornstein | 0.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jenny S. Yelin | 38.50 | 37.80 | $220.50 | $8,334.90 | $8,084.85 |
| Jessica L. Winter | 256.50 | 246.00 | $220.50 | $54,243.00 | $52,615.71 |
| Karen E. Stilber | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Linda H. Woo | 165.20 | 165.20 | $220.50 | $36,426.60 | $35,333.80 |
| Lisa A. Ells | 304.40 | 301.90 | $220.50 | $66,568.95 | $64,571.88 |
| Marc Shinn-Krantz | 307.30 | 298.30 | $220.50 | $65,775.15 | $63,801.90 |
| Marcus V. Levy | 449.60 | 439.90 | $220.50 | $96,997.95 | $94,088.01 |
| Michael Brier | 12.50 | 11.50 | $220.50 | $2,535.75 | $2,459.68 |
| Michael L. Freedman | 3.80 | 0.00 | $220.50 | $0.00 | $0.00 |
| Michael S. Nunez | 203.10 | 172.80 | $220.50 | $38,102.40 | $36,959.33 |
| Michael W. Bien | 128.00 | 123.90 | $220.50 | $27,319.95 | $26,500.35 |
| Penny M. Godbold | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Sanford Jay Rosen | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Sarah J. Essner | 250.20 | 247.80 | $220.50 | $54,639.90 | $53,000.70 |
| Thomas Nolan | 104.30 | 104.00 | $220.50 | $22,932.00 | $22,244.04 |
| Van Swearingen | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **3538.70** | **3371.20** | | **$743,349.60** | **$721,049.10** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alayna O'Bryan | 36.90 | 36.90 | $220.50 | $8,136.45 | $7,892.36 |
| Alexis Hoffman | 17.20 | 17.20 | $220.50 | $3,792.60 | $3,678.82 |
| Alison Hardy | 0.40 | 0.40 | $220.50 | $88.20 | $85.55 |
| Donald Specter | 11.80 | 11.80 | $220.50 | $2,601.90 | $2,523.84 |
| Gabby Sergi | 14.40 | 14.40 | $220.50 | $3,175.20 | $3,079.94 |
| Gabriela Pelsinger | 14.90 | 14.90 | $220.50 | $3,285.45 | $3,186.89 |
| Ilian Meza Pena | 0.90 | 0.90 | $220.50 | $198.45 | $192.50 |
| Juliette Mueller | 4.40 | 4.40 | $220.50 | $970.20 | $941.09 |
| Skye Lovett | 4.50 | 4.50 | $220.50 | $992.25 | $962.48 |
| Steven Fama | 97.20 | 97.20 | $220.50 | $21,432.60 | $20,789.62 |
| **Total** | **202.60** | **202.60** | | **$44,673.30** | **$43,333.09** |

**GRAND TOTAL**      **$788,022.90**      **$764,382.19**

3417515

**Coleman v. Newsom**
**Second Quarter of 2019**
**April 1, 2019 through June 30, 2019**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $3,295.00 | $3,295.00 |
| Outside Copying | $3,574.55 | $3,574.55 |
| Transcription | $3,240.01 | $3,240.01 |
| Telephone | $13.35 | $13.35 |
| Postage and Delivery | $1,568.40 | $1,568.40 |
| Research (Westlaw/Lexis/PACER/Fees) | $374.47 | $374.47 |
| Travel | $6,710.78 | $6,710.78 |
| **Total** | | **$18,776.56** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $371.80 | $371.80 |
| Postage | $294.20 | $294.20 |
| Travel | $519.34 | $519.34 |
| **Total** | **$1,185.34** | **$1,185.34** |

**GRAND TOTAL**                                                                 **$19,961.90**

3417515

**Coleman v. Newsom**
**Second Quarter of 2019**
**April 1, 2019 through June 30, 2019**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---:|---:|---:|---:|---:|
| Alex Gourse | 1.00 | 0.00 | $220.50 | $0.00 | $0.00 |
| Ernest Galvan | 0.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| Linda Woo | 7.10 | 7.10 | $220.50 | $1,565.55 | $1,518.58 |
| Lisa A. Ells | 13.70 | 13.70 | $220.50 | $3,020.85 | $2,930.22 |
| **Total** | **22.50** | **20.80** | | **$4,586.40** | **$4,448.80** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---:|---:|---:|---:|---:|
| Ashley Kirby | 1.50 | 1.50 | $220.50 | $330.75 | $320.83 |
| **Total** | **1.50** | **1.50** | | **$330.75** | **$320.83** |

| | | | | | |
|---|---|---|---|---:|---:|
| **GRAND TOTAL** | | | | **$4,917.15** | **$4,769.63** |

3417515

**Coleman v. Newsom**
**Second Quarter of 2019**
**April 1, 2019 through June 30, 2019**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying and Printing | $0.40 | $0.40 |
| Outside Postage and Delivery | $61.50 | $61.50 |
| **Total** | | **$61.90** |

**GRAND TOTAL** $61.90

3417515

**Coleman v. Newsom**
**Second Quarter of 2019**
**April 1, 2019 through June 30, 2019**
Fees on Appeal of July 3, 2018 Order, 489-20

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alex Gourse | 3.90 | 0.00 | $220.50 | $0.00 | $0.00 |
| Benjamin Bien-Kahn | 2.40 | 0.00 | $220.50 | $0.00 | $0.00 |
| Cara E. Trapani | 45.70 | 45.70 | $220.50 | $10,076.85 | $9,774.54 |
| Ernest Galvan | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| F. Gail LaPurja | 3.70 | 3.60 | $220.50 | $793.80 | $769.99 |
| Gregorio Z. Gonzalez | 10.80 | 10.60 | $220.50 | $2,337.30 | $2,267.18 |
| Jenny S. Yelin | 1.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jessica L. Winter | 2.60 | 2.60 | $220.50 | $573.30 | $556.10 |
| Lisa A. Ells | 57.00 | 57.00 | $220.50 | $12,568.50 | $12,191.45 |
| Michael W. Bien | 1.00 | 1.00 | $220.50 | $220.50 | $213.89 |
| **Total** | **129.30** | **120.50** | | **$26,570.25** | **$25,773.15** |

**GRAND TOTAL**  $26,570.25  $25,773.15

**Coleman v. Newsom**
**Second Quarter of 2019**
**April 1, 2019 through June 30, 2019**
Costs on Appeal of July 3, 2018 Order, 489-20

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying and Printing | $42.80 | $42.80 |
| Outside Copying and Scanning | $872.08 | $872.08 |
| Westlaw/Lexis/Pacer | $279.90 | $279.90 |
| Filing Fees | $99.00 | $99.00 |
| **Total** | | **$1,293.78** |

**GRAND TOTAL**               $1,293.78

3417515

**Coleman v. Newsom**
**Second Quarter of 2019**
**April 1, 2019 through June 30, 2019**
Fees on Golding Investigation Orders Appeal, 489-22

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Cara E. Trapani | 14.80 | 14.80 | $220.50 | $3,263.40 | $3,165.50 |
| Gregoria Z. Gonzalez | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jessica L. Winter | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Lisa A. Ells | 1.00 | 1.00 | $220.50 | $220.50 | $213.89 |
| Marc Shinn-Krantz | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **16.50** | **15.80** | | **$3,483.90** | **$3,379.39** |

| | | |
|---|---|---|
| **GRAND TOTAL** | $3,483.90 | $3,379.39 |

**Coleman v. Newsom**
**Second Quarter of 2019**
**April 1, 2019 through June 30, 2019**
Costs on Golding Investigation Orders Appeal, 489-22

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying and Printing | $9.60 | $9.60 |
| Westlaw/Lexis/Pacer | $311.73 | $311.73 |
| **Total** | | **$321.33** |

**GRAND TOTAL**            **$321.33**

3417515

**Coleman v. Newsom**
**Second Quarter of 2019**
**April 1, 2019 through June 30, 2019**
Fees on Writ re June 10, 2019 Order, 489-23

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alex Gourse | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Cara E. Trapani | 15.40 | 15.40 | $220.50 | $3,395.70 | $3,293.83 |
| Ernest Galvan | 5.90 | 5.90 | $220.50 | $1,300.95 | $1,261.92 |
| F. Gail LaPurja | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jenny S. Yelin | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jessica L. Winter | 6.20 | 6.20 | $220.50 | $1,367.10 | $1,326.09 |
| Lisa A. Ells | 1.90 | 0.00 | $220.50 | $0.00 | $0.00 |
| Marc Shinn-Krantz | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Michael W. Bien | 3.30 | 3.30 | $220.50 | $727.65 | $705.82 |
| **Total** | **33.60** | **30.80** | | **$6,791.40** | **$6,587.66** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | $6,791.40 | $6,587.66 |

3417515

**Coleman v. Newsom**
**Second Quarter of 2019**
**April 1, 2019 through June 30, 2019**
Costs on Writ re June 10, 2019 Order, 489-23

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Westlaw/Lexis/Pacer | $51.29 | $51.29 |
| **Total** | | **$51.29** |

**GRAND TOTAL**     **$51.29**

3417515