XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER APPROVING DESERT INSTITUTIONS TRANSFER POLICY ADDENDUM**<br><br>Judge: The Hon. Kimberly J. Mueller |

In March 2019, Defendants proposed a policy to expedite the transfer of inmates housed in desert institutions who have a level-of-care change and need to be included in the Mental Health Services Delivery System (MHSDS), and of *Coleman* class members who are inadvertently transferred to a desert institution.[1] The policy shortens the transfer timeframes set forth in the MHSDS Program Guide. The parties met and conferred nearly every month for six months and negotiated the terms of a policy under the direction of the Special Master through the workgroup

---

[1] The desert institutions are Calipatria State Prison, California City Correctional Facility, the California Correctional Center, Centinela State Prison, Chuckawalla Valley State Prison, and Ironwood State Prison.

1

process. The final agreed-upon policy, entitled *Desert Institutions Expedited Transfer for Mental Health Services Delivery System Inmates*, was submitted as Exhibit A to the parties' stipulation and proposed order filed on September 12, 2019. (ECF No. 6279.)

On September 19, 2019, the Special Master's deputy informed the parties that the Court required the parties to provide an addendum to the policy submitted on September 12, 2019, defining the terms "calendar day," "working day," and "business day." The final agreed-upon definitions are attached as Exhibit A. The definitions will apply to the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System Inmates* submitted to the Court on September 12, 2019, once the Court approves the policy and definitions.

The Special Master has reviewed and concurs with this stipulation.

**IT IS SO STIPULATED**

Dated: September 20, 2019

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*Elise Owens Thorn*_____
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

Dated: September 20, 2019

ROSEN BIEN GALVAN & GRUNFELD LLP

*Lisa Ells*_____
LISA ELLS
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: _____

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT

# Exhibit A

**Addendum to Desert Institutions Expedited Transfer for Mental Health Services Delivery System Inmates**

For purposes of this policy, the following definitions apply:

Calendar Day – a consecutive 24-hour day running from midnight to midnight; all days in a month, including weekends and holidays.  When not otherwise modified, the word "day" as used in this policy means calendar day.

Business Day – any day Monday through Friday, excluding state holidays, between the hours of 8:00 a.m. and 5:00 p.m.   Business day and working day are used interchangeably.