MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE SECOND QUARTER OF 2019**<br><br>Judge: Hon. Deborah Barnes |

[3435271.2]

| | |
|---|---|
| 1 | Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly |
| 2 | Statement for the Second Quarter of 2019 to Defendants via overnight delivery on |
| 3 | August 7, 2019.  The parties completed their meet and confer process on September 9, |
| 4 | 2019.  The parties have resolved all disputes regarding fees and costs for the Second |
| 5 | Quarter of 2019, with an agreement to reduce claimed amounts to a total of $826,582.22 |
| 6 | calculated at a rate of $220.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3). |
| 7 | THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that |
| 8 | $826,582.22 plus interest is due and collectable as of forty-five days from the date of entry |
| 9 | of this Order.  Interest on these fees and costs will run from September 7, 2019 (31 days |
| 10 | after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by |
| 11 | 28 U.S.C. § 1961. |
| 12 | IT IS SO STIPULATED. |

DATED:  September 18, 2019

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED:  September 18, 2019

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated:  September 23, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE