UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al. | |
| Defendants. | |

As required by court order, on August 30, 2019, the parties jointly submitted a proposed addendum to the Program Guide identifying exceptions to the Program Guide timeline for transfer to mental health crisis beds (MHCBs). ECF Nos. 6261, 6261-1. After review and good cause appearing, IT IS HEREBY ORDERED that the Addendum to 12.05.200 MHCB Referral, Referral Rescission, and Discharge Policy, filed at ECF No. 6261-1, is approved. Said policy shall be incorporated into the 2018 Program Guide and implemented forthwith.

DATED: September 26, 2019.

UNITED STATES DISTRICT JUDGE