XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' FIFTH STATUS REPORT ON FUNDING FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | Judge: The Hon. Kimberly J. Mueller |

## INTRODUCTION

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id.*) Defendants have filed four status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' efforts to advance the construction of additional licensed crisis beds.

[3419376.1]

1

## DISCUSSION

### I. THE STATE IS COMMITTED TO CONSTRUCTION OF ADDITIONAL CRISIS BEDS.

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD). (ECF No. 6168.) The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget.

On June 27, 2019, Defendants filed their second status report, which stated that the funding for the working drawings phase and approval of the preliminary plans was suspended pending further discussion with the State Joint Legislative Budget Committee as to whether there is a continued need for additional crisis beds. (ECF No. 6208.) Specifically, the Joint Legislative Budget Committee asked the administration to reevaluate the need to move forward with the projects given the projected decline in the need for mental health crisis beds over the next four years. (ECF No. 6209-1 at 5.) Defendants conducted the analysis of the continuing need for additional licensed crisis beds requested by the Legislature. In their August 28, 2019 status report (discussed further below), Defendants confirmed the need to proceed with plans to construct 50 new licensed mental health crisis beds at CIM, and to defer plans to construct 50 beds at RJD. (ECF No. 6256-1, Exh. 1.) The Legislature agreed with the change in the plan to proceed with the construction of 50-bed unit at CIM. (Borg Decl. Exh. 1.)

On July 29, 2019, Defendants filed their third status report. Defendants described that the funding for the project's working drawings phase remained under consideration pending further review by the Legislature in August 2019. (ECF No. 6231.) Defendants supplemented that report on August 2, 2019, providing the Court with additional data and information to justify the construction project and the options available to expedite the project. (ECF No. 6235.) Specifically, Defendants confirmed that the construction funding process for the additional crisis beds must follow the Capital Outlay Budget process mandated by state law. (*Id.* at 2 (citing ECF

No. 3591 at 50) (providing that "Capital Outlay Projects require project-specific legislative authorization" and "Article IV, Section 12 of the California Constitution and Government Code Section 13308 specify the Legislative deadlines for the submission of the Governor's Budget and revisions to the Governor's Budget," with exceptions only for "Minor Capital Outlay Projects").)

On August 28, 2019, Defendants filed their fourth status report, explaining that, based on current projections and bed usage, the project would be limited to the construction of 50 licensed beds at CIM and that the RJD project would be deferred pending changes in the projected demand for the beds. (ECF No. 6256.) Defendants acknowledged Plaintiffs' August 23, 2019 response to their August 2, 2019 supplemental report, including Plaintiffs' request for additional relief and discovery, and Defendants requested leave to file objections addressing Plaintiffs' response should the Court entertain Plaintiffs' requests. (ECF No. 6256 at 2, n. 1.) At the quarterly status conference on September 13, 2019, the Court indicated that it intends to order briefing in advance of the December 13, 2019 quarterly status conference to address these issues. As represented at the September 13, 2019 status conference, Defendants anticipate, based on current data and projections, that the construction of the 50-bed unit at CIM will allow CDCR to move away from its reliance on the use of unlicensed crisis beds.

## II.   THE FUNDING PROCESS FOR STATE AGENCY CONSTRUCTION PROJECTS.

The Court's April 29, 2019 order directed Defendants to use a 2009 filing in this case as "a point of reference" to outline the stages of the funding process necessary to obtain final approval to build 50 crisis beds at CIM and 50 crisis beds at RJD. (ECF No. 6135 at 2 (citing ECF No. 3591 at Exhs. 15-17).) Defendants' first status report outlined the funding stages that apply to the proposed construction projects. (ECF No. 6168.)

## III.   UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.

In August 2019, based on a review and analysis of the continuing need for additional licensed crisis beds requested by the Joint Legislative Budget Committee, CDCR decided to proceed with its plans to construct 50 new licensed mental health crisis beds at CIM and to defer plans to construct 50 beds at RJD. (Borg Decl. ¶ 3.) On September 4, 2019, the Joint Legislative

Budget Committee issued a letter concurring with the proposed scope and cost changes and decision to defer the 50-bed project at RJD. (*Id.*)

On September 13, 2019, the State Public Works Board approved the preliminary plans for the CIM project. (*Id.* ¶ 4.) Subject to the re-appropriation of funding, this action was necessary to commence the final phase of design activities. (*Id.*) The re-appropriation of funding for the CIM project, contained in Senate Bill 109, was approved by the Legislature on September 13, 2019, and sent to the Governor for signature. (*Id.* ¶ 5.) The deadline for the Governor to sign Senate Bill 109 is October 13, 2019. (*Id.*) Once the bill is signed, CDCR will proceed with the next phase of design, which includes architect Hellmuth, Obata & Kassabaum's preparation of the working drawings for the project. (*Id.*)

### IV. UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT.

On July 31, 2019, CDCR submitted a Capital Outlay Budget Change Proposal to the Department of Finance to request the construction funding for the CIM project. (Borg Decl. ¶ 6.) Between January and May 2020, and upon approval of the construction funding request submitted on July 31, 2019, the Department of Finance will submit the approved request to the Legislature for consideration as part of the Governor's 2020-2021 proposed budget. (*Id.*) The Legislature is required to approve the 2020-2021 Budget by June 15, 2020. (ECF No. 6168-2 at ¶ 13.) After the Governor signs the 2020-2021 Budget Act, any approved construction funding for the crisis bed construction project will be available as early as July 1, 2020. (*Id.*)

### V. DEFENDANTS WILL FILE MONTHLY STATUS REPORTS.

Consistent with the Court's April 29, 2019 order, Defendants will file their sixth monthly status report identifying CDCR's progress through the funding process for the MHCB Construction Project on October 28, 2019. As reported in Defendants' initial status report on May 28, 2019, CDCR's Spring 2019 bed projections forecasted a decrease in the need for additional crisis beds reflected in 2017 budget proposals. (ECF No. 6168 at 4.) Defendants are mindful that bed needs are subject to change. Defendants will continue to monitor bed needs

///

based on projections and the patient census. If the projections and anticipated bed needs change, Defendants will request additional resources through the legislative process.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 3556, ECF No. 6135, and ECF No. 6212.

Dated: September 27, 2019

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/S/ ELISE OWENS THORN*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*