XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                    Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' FIFTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Dean L. Borg, declare:

1.  I am the Deputy Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration in support of Defendants' fifth status report on the funding process for the design and construction of licensed mental health crisis beds in Southern California.

[3419376.1]                                              1

Borg Decl. Supp. 5th Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

2. I began working for CDCR in 1991. I work on healthcare projects on behalf of, and at the direction of, CDCR's Facilities Director, Deborah Hysen, and CDCR Secretary Ralph Diaz. In my current role, I am responsible for the management and oversight of the Facility Planning, Construction and Management Division, which includes all construction of new facilities and renovation of existing facilities. I am familiar with the status of the numerous construction, conversion, and renovation projects that the State has completed and is currently undertaking to meet the mental health needs of the State's inmates. I am also familiar with the current status of CDCR's plans to construct 50 new licensed mental health crisis beds at the California Institution for Men (CIM) and 50 new licensed mental health crisis beds at the R.J. Donovan Correctional Facility (RJD).

3. In August 2019, based on a review and analysis requested by the Joint Legislative Budget Committee of the continuing need for additional licensed crisis beds, CDCR decided to proceed with its plans to construct 50 new licensed mental health crisis beds at CIM and to defer its plans to construct 50 beds at RJD. Attached as Exhibit 1 is a true and correct copy of a letter from the Joint Legislative Budget Committee dated September 4, 2019, received by my office and kept as part of my office's records for the CIM project, in which the Joint Legislative Budget Committee concurs with the proposed scope and cost changes to the CIM project and the decision to defer the 50-bed project at RJD.

4. On September 13, 2019, the State Public Works Board approved the preliminary plans for the CIM project. Subject to the re-appropriation of funding, this action was necessary to commence the final phase of design activities.

5. The re-appropriation of funding for the CIM project, contained in Senate Bill 109, was approved by the Legislature on September 13, 2019, and sent to the Governor for signature. The deadline for the Governor to sign Senate Bill 109 is October 13, 2019. Once the bill is signed, CDCR will proceed with the next phase of design, which includes architect Hellmuth, Obata & Kassabaum's preparation of the working drawings for the project.

6. On July 31, 2019, CDCR submitted a Capital Outlay Budget Change Proposal to the Department of Finance to request the construction funding for the CIM project. Between January

[3419376.1]   2

Borg Decl. Supp. 5th Status Report on Funding for 100 MHCBs  (2:90-cv-00520 KJM-DB (PC))

and May 2020, and upon approval of the construction funding request submitted on July 31, 2019, the Department of Finance will submit the approved request to the Legislature for consideration as part of the Governor's 2020-2021 proposed budget.

7. The Legislature is required to approve the 2020-2021 Budget by June 15, 2020. After the Governor signs the Budget Act, any approved construction funding for the CIM project will be available as early as July 1, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Sacramento, California on September 26, 2019.

/s/ *DEAN L. BORG*
DEAN L. BORG
Deputy Director
Facility Planning, Construction and Management

*(original signature retained by attorney)*

[3419376.1]                                3

Borg Decl. Supp. 5th Status Report on Funding for 100 MHCBs  (2:90-cv-00520 KJM-DB (PC))

# Exhibit 1

| HOLLY J. MITCHELL<br>CHAIR | | PHILIP Y. TING<br>VICE CHAIR |
|---|---|---|
| SENATE MEMBERS<br>PATRICIA C. BATES<br>WILLIAM W. MONNING<br>JIM NIELSEN<br>DR. RICHARD PAN<br>ANTHONY J. PORTANTINO<br>NANCY SKINNER<br>JEFF STONE | **California Legislature**<br>**JOINT LEGISLATIVE BUDGET COMMITTEE**<br>GABRIEL PETEK<br>LEGISLATIVE ANALYST | ASSEMBLY MEMBERS<br>JOAQUIN ARAMBULA<br>RICHARD BLOOM<br>KEVIN MCCARTY<br>MELISSA A. MELENDEZ<br>JAY OBERNOLTE<br>LUZ RIVAS<br>SHIRLEY N. WEBER |

September 4, 2019

Keely Martin Bosler, Director
Department of Finance
State Capitol, Room 1145
Sacramento, CA 95814-4998

Dear Director Bosler:

In a letter dated August 26, 2019, you informed the Joint Legislative Budget Committee, pursuant to Government Code Section 13332.11 and in follow up to prior communications between us, of the results of your reevaluation of the scope of the two Mental Health Crisis Facility (MHCF) projects at the Department of Corrections and Rehabilitation (CDCR)'s California Institute for Men in Chino (CIM) and Richard J. Donovan Correctional Facility in San Diego (RJD). More specifically, you indicated that the Administration now intends to move forward with design activities related to the CIM project, but to defer any continued development of the RJD project at this time. With respect to the CIM project, you also notified the JLBC in the August 26th letter (and a previous letter dated May 14, 2019) regarding proposed scope and cost changes. Finally, in your August 26th letter, you requested an expedited review of the CIM-related notifications.

I appreciate your reevaluation of the previously proposed projects, and I concur with the proposed scope and cost changes for the CIM project, as well as the decision not to pursue the next steps for the RJD project at this time.

Sincerely,

Holly J. Mitchell
Chair

cc: Members of the Joint Legislative Budget Committee