# TABLE OF APPENDICES

1    Primary Care Provider Vacancy and Coverage Report – September 2, 2019

2    CPR Financial Statements – May through August 2019