# APPENDIX 1

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**
**Primary Care Provider Vacancy / Coverage Report**
**September 02, 2019**

| Institution | Original Authorized Positions | Adjusted Authorized Positions | Filled with P&S (Auth) Onsite (No Telemed) | Filled with P&S (918) Onsite (No Telemed) | Filled with NP/PA (Auth) Onsite (No Telemed) | Filled with NP/PA (918) Onsite (No Telemed) | Filled with PCP Onsite (No Telemed) | % Filled by Civil Service Onsite | Civil Service Vacancies Onsite | % Filled by Civil Service | Civil Service Vacancies | TM Budgeted by Institution | Filled with Telemedicine | % Filled by Civil Service & Telemedicine | Filled with Registry (FTE) | Total % Filled | Net Adjusted Vacancies | Recruitments for Civil Service Onsite | Registry in Approval Process | % Filled if Candidates and Registrants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 9.00 | 9.00 | 8.00 | 0.00 | 4.00 | 0.00 | 8.50 | 94.44% | 0.50 | 94.44% | 0.50 | 0.00 | 0.00 | 94.44% | 0.00 | 94.44% | 0.50 | 4 00 | - | 138.89% |
| CAC | 4.50 | 4.50 | 3.70 | 0.00 | 0.00 | 0.00 | 3.70 | 82.22% | 0.80 | 82.22% | 0.80 | 0.00 | 1.00 | 104.44% | 0.00 | 104.44% | (0.20) | 4 00 | - | 193.33% |
| CAL | 6.40 | 6.40 | 4.50 | 0.00 | 0.00 | 0.00 | 4.50 | 70.31% | 1.90 | 70.31% | 1.90 | 0.00 | 2.00 | 101.56% | 0.50 | 109.38% | (0.60) | 1 00 | - | 125.00% |
| CCC | 6.70 | 5.70 | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | 35.09% | 3.70 | 29.85% | 4.70 | 2.00 | 1.00 | 74.63% | 1.00 | 89.55% | 0.70 | 3 00 | - | 134.33% |
| CCI | 10.60 | 10.60 | 6.00 | 0.00 | 2.00 | 0.00 | 8.00 | 75.47% | 2.60 | 75.47% | 2.60 | 0.00 | 1.00 | 84.91% | 1.00 | 94.34% | 0.60 | 8 00 | - | 169.81% |
| CCWF | 14.10 | 14.10 | 6.50 | 0.00 | 4.00 | 0.00 | 10.50 | 74.47% | 3.60 | 74.47% | 3.60 | 0.00 | 2.00 | 88.65% | 0.25 | 90.43% | 1.35 | 4 00 | - | 118.79% |
| CEN | 6.70 | 5.70 | 4.00 | 0.00 | 1.00 | 0.00 | 5.00 | 87.72% | 0.70 | 74.63% | 1.70 | 0.00 | 0.00 | 89.55% | 0.00 | 89.55% | 0.70 | 1 00 | - | 104.48% |
| CHCF | 37.00 | 36 00 | 29 00 | 0.00 | 4.00 | 0.00 | 33.00 | 91.67% | 3.00 | 89.19% | 4.00 | 0.00 | 0.60 | 90.81% | 4.00 | 101.62% | (0.60) | 6 00 | - | 117.84% |
| CIM | 18.90 | 18 90 | 18 00 | 0.00 | 0.00 | 0.00 | 18.00 | 95.24% | 0.90 | 95.24% | 0.90 | 0.00 | 0.00 | 95.24% | 0.00 | 95.24% | 0.90 | 8 00 | - | 137.57% |
| CIW | 10.20 | 10 20 | 9 00 | 0.00 | 0.00 | 0.00 | 9.00 | 88.24% | 1.20 | 88.24% | 1.20 | 0.00 | 0.00 | 88.24% | 1.00 | 98.04% | 0.20 | 1 00 | - | 107.84% |
| CMC | 12.40 | 12.40 | 11 50 | 1.00 | 0.00 | 0.00 | 12.50 | 100.81% | (0.10) | 100.81% | (0.10) | 0.00 | 0.00 | 100.81% | 1.00 | 108.87% | (1.10) | - | - | 108.87% |
| CMF | 18.40 | 18.40 | 13 00 | 0.00 | 0.80 | 0.00 | 13.80 | 75.00% | 4.60 | 75.00% | 4.60 | 0.00 | 0.00 | 75.00% | 0.00 | 75.00% | 4.60 | 4 00 | - | 96.74% |
| COR | 10.40 | 9.40 | 5.00 | 0.00 | 3.00 | 0.00 | 8.00 | 85.11% | 1.40 | 76.92% | 2.40 | 0.00 | 2.00 | 96.15% | 0.00 | 96.15% | 0.40 | 2 00 | 0.75 | 122.60% |
| CRC | 6.80 | 6.80 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 73.53% | 1.80 | 73.53% | 1.80 | 0.00 | 0.00 | 73.53% | 0.00 | 73.53% | 1.80 | 5 00 | - | 147.06% |
| CTF | 14.20 | 12 20 | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 | 73.77% | 3.20 | 63.38% | 5.20 | 0.00 | 2.00 | 77.46% | 0.50 | 80.99% | 2.70 | 4 00 | - | 109.15% |
| CVSP | 6.20 | 5.70 | 2.00 | 0.00 | 2.00 | 0.00 | 4.00 | 70.18% | 1.70 | 64.52% | 2.20 | 1.00 | 0.00 | 80.65% | 0.00 | 80.65% | 1.20 | 1 00 | - | 96.77% |
| DVI | 7.00 | 7.00 | 6.00 | 0.00 | 0.00 | 0.00 | 6.00 | 85.71% | 1.00 | 85.71% | 1.00 | 0.00 | 1.00 | 100.00% | 0.00 | 100.00% | 0.00 | - | - | 100.00% |
| FSP | 9.70 | 9.70 | 8.00 | 0.00 | 1.00 | 0.00 | 9.00 | 92.78% | 0.70 | 92.78% | 0.70 | 0.00 | 0.00 | 92.78% | 0.00 | 92.78% | 0.70 | - | - | 92.78% |
| HDSP | 7.80 | 6.80 | 2.00 | 0.00 | 4.00 | 0.00 | 6.00 | 88.24% | 0.80 | 76.92% | 1.80 | 0.00 | 2.00 | 102.56% | 0.00 | 102.56% | (0.20) | 2 00 | - | 128.21% |
| ISP | 5.40 | 2.90 | 0.00 | 1.00 | 2.00 | 0.00 | 3.00 | 103.45% | (0.10) | 55.56% | 2.40 | 0.00 | 0.00 | 92.59% | 0.00 | 92.59% | 0.40 | - | - | 92.59% |
| KVSP | 9.00 | 8.00 | 5.00 | 0.00 | 2.00 | 0.00 | 7.00 | 87.50% | 1.00 | 77.78% | 2.00 | 0.00 | 2.00 | 100.00% | 0.00 | 100.00% | 0.00 | 4 00 | - | 144.44% |
| LAC | 10.90 | 10 90 | 6.00 | 0.00 | 4.00 | 0.00 | 10.00 | 91.74% | 0.90 | 91.74% | 0.90 | 0.00 | 0.00 | 91.74% | 0.90 | 100.92% | 0.00 | - | - | 100.92% |
| MCSP | 18.00 | 18 00 | 15 00 | 0.00 | 1.00 | 0.00 | 16.00 | 88.89% | 2.00 | 88.89% | 2.00 | 0.00 | 0.00 | 88.89% | 0.00 | 88.89% | 2.00 | 3 00 | - | 105.56% |
| NKSP | 10.60 | 9.60 | 5.00 | 0.00 | 5.00 | 0.00 | 10.00 | 104.17% | (0.40) | 94.34% | 0.60 | 0.00 | 1.00 | 103.77% | 2.25 | 125.00% | (2.65) | - | - | 125.00% |
| PBSP | 5.80 | 4.80 | 1.00 | 0.00 | 1.00 | 0.00 | 2.00 | 41.67% | 2.80 | 34.48% | 3.80 | 0.00 | 3.00 | 86.21% | 0.00 | 86.21% | 0.80 | - | - | 86.21% |
| PVSP | 6.80 | 6.80 | 3.00 | 0.00 | 2.00 | 0.00 | 5.00 | 73.53% | 1.80 | 73.53% | 1.80 | 0.30 | 1.00 | 92.65% | 0.00 | 92.65% | 0.50 | 1 00 | - | 107.35% |
| RJD | 16.30 | 16 30 | 15 00 | 0.00 | 0.50 | 0.00 | 15.50 | 95.09% | 0.80 | 95.09% | 0.80 | 0.00 | 0.00 | 95.09% | 1.00 | 101.23% | (0.20) | 8 00 | - | 150.31% |
| SAC | 8.20 | 7.20 | 7.00 | 0.50 | 0.00 | 0.00 | 7.50 | 104.17% | (0.30) | 91.46% | 0.70 | 0.00 | 1.00 | 103.66% | 2.75 | 137.20% | (3.05) | - | - | 137.20% |
| SATF | 15.90 | 13.40 | 7.00 | 0.00 | 5.00 | 0.00 | 12.00 | 89.55% | 1.40 | 75.47% | 3.90 | 0.00 | 3.00 | 94.34% | 0.00 | 94.34% | 0.90 | 1 00 | - | 100.63% |
| SCC | 7.50 | 6.50 | 5.50 | 0.00 | 1.00 | 0.00 | 6.50 | 100.00% | 0.00 | 86.67% | 1.00 | 0.00 | 2.00 | 113.33% | 0.00 | 113.33% | (1.00) | - | - | 113.33% |
| SOL | 13.40 | 12.40 | 8.00 | 0.00 | 0.00 | 0.00 | 9.00 | 72.58% | 3.40 | 67.16% | 4.40 | 0.00 | 1.00 | 74.63% | 1.00 | 82.09% | 2.40 | 2 00 | - | 97.01% |
| SQ | 14.50 | 13 50 | 8.60 | 0.00 | 1.60 | 0.00 | 10.20 | 75.56% | 3.30 | 70.34% | 4.30 | 0.00 | 2.00 | 84.14% | 2.25 | 99.66% | 0.05 | 4 00 | - | 127.24% |
| SVSP | 12.30 | 11 30 | 9.00 | 0.00 | 1.00 | 0.00 | 10.00 | 88.50% | 1.30 | 81.30% | 2.30 | 0.00 | 0.00 | 81.30% | 0.80 | 87.80% | 1.50 | - | - | 87.80% |
| VSP | 9.20 | 7.20 | 5.00 | 0.00 | 2.00 | 0.00 | 7.00 | 97.22% | 0.20 | 76.09% | 2.20 | 0.00 | 2.00 | 97.83% | 0.00 | 97.83% | 0.20 | - | - | 97.83% |
| WSP | 12.60 | 11.10 | 7.00 | 0.00 | 4.00 | 0.00 | 11.00 | 99.10% | 0.10 | 87.30% | 1.60 | 0.00 | 1.00 | 95.24% | 0.00 | 101.59% | (0.20) | - | - | 101.59% |
| **TOTALS** | **393.40** | **369.40** | **253.80** | **2.50** | **60.90** | **0.00** | **317.20** | **85.87%** | **52.20** | **80.63%** | **76.20** | **3.30** | **36.60** | **90.77%** | **20.10** | **95.88%** | **16.20** | **82.00** | **0.75** | **116.92%** |

| Institution | Original Authorized Positions | Adjusted Authorized Positions | Filled with P&S (Auth) Onsite (No Telemed) | Filled with P&S (918) Onsite (No Telemed) | Filled with NP/PA (Auth) Onsite (No Telemed) | Filled with NP/PA (918) Onsite (No Telemed)3 | Filled with PCP Onsite (No Telemed) | % Filled by Civil Service Onsite | Civil Service Vacancies Onsite | % Filled by Civil Service | Civil Service Vacancies | TM Budgeted by Institution | Filled with Telemedicine | % Filled by Civil Service & Telemedicine | Filled with Registry (FTE) | Total % Filled | Net Adjusted Vacancies | Total Civil Service in Hiring Process | Registry in Approval Process | % Filled if Candidates and Registrants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF-PIP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | n/a | 0.00 | n/a | 0.00 | 0.00 | 0.00 | n/a | 0.00 | n/a | 0.00 | - | - | n/a |
| CMF-PIP | 8.00 | 8.00 | 4.00 | 0.00 | 1.00 | 0.00 | 5.00 | 62.50% | 3.00 | 62.50% | 3.00 | 0.00 | 0.00 | 62.50% | 0.00 | 62.50% | 3.00 | 1 00 | - | 75.00% |
| SVSP-PIP | 4.00 | 4.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 50.00% | 2.00 | 50.00% | 2.00 | 0.00 | 0.00 | 50.00% | 2.00 | 100.00% | 0.00 | - | - | 100.00% |
| **TOTALS** | **12.00** | **12.00** | **6.00** | **0.00** | **1.00** | **0.00** | **7.00** | **58.33%** | **5.00** | **58.33%** | **5.00** | **0.00** | **0.00** | **58.33%** | **2.00** | **75.00%** | **3.00** | **1.00** | **0.00** | **83.33%** |

| Compliance | # by Civil Service Onsite | # by Civil Service | # by Civil Service & Telemed | # by Civil Service, Telemed, & Registry | # of Candidates by Category | # of Pending Registry by Category | # if Candidates and Registrants Hired |
|---|---|---|---|---|---|---|---|
| ≥ 90% | 13.00 | 8.00 | 21.00 | 25.00 | 59.00 | 0.75 | 33.00 |
| 80% - 90% | 10.00 | 8.00 | 9.00 | 8.00 | 14.00 | 0.00 | 2.00 |
| < 80% | 12.00 | 19.00 | 5.00 | 2.00 | 9.00 | 0.00 | 0.00 |
| n/a | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

19 Delegated Institutions

13 Institutions Receiving 15% Pay Differential