# APPENDIX 2

## CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
### Discussion and Analysis of Unaudited Financial Statements
### For the Period July 1, 2018 through June 30, 2019

The July 2018 through June 2019 financial statements of the California Prison Health Care Receivership Corp (CPR) are presented in compliance with the measurement focus, basis of accounting and financial presentation set forth by the Government Accounting Standards Board (GASB), and include a Statement of Net Assets and General Fund Balance (Balance Sheet) and a Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance (Revenues and Expenses). In lieu of comparing net asset and operating activities to prior period amounts, operating activities are compared to budget.

A review of expenses included on the unaudited statement of activities compared to what was budgeted for the twelve months ended June 30, 2019 shows a total difference of $167,380 or 6.0% variance under budget. One line item or activity in the statement account for the majority of the difference.

Professional fees were $160,231 or 7.7% under budget. The legal and consulting costs anticipated this fiscal year were less than originally considered.

No Capital assets were purchased during the Fiscal year.

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the twelve months ended
June 30, 2019

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| Current assets: | | | |
| Cash | $106,098 | $ - | $ 106,098 |
| Due From Special Deposit Fund | $325,000 | | |
| Prepaid items | $2,953 | - | 2,953 |
| | 434,051 | - | 109,051 |
| Noncurrent assets: | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $ 434,051 | - | $ 109,051 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 331,551 | - | 331,551 |
| Accrued salaries and benefits | 24,496 | - | 24,496 |
| Other accrued expenses | 42,108 | | 42,108 |
| Compensated absences | 0 | $49,833 | 49,833 |
| Total liabilities | $ 398,155 | $ 49,833 | $ 447,988 |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 2,953 | (2,953) | - |
| Unreserved, undesignated | 32,943 | (32,943) | - |
| Total fund balance | 35,896 | (35,896) | - |
| Total liabilities and fund balance | $ 434,051 | | |
| **Net Position:** | | | |
| Unrestricted | | (16,304) | (16,304) |
| **Total Net Position** | | $ (16,304) | $ (16,304) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the twelve months ended
June 30, 2019

|  | General Fund | Adjustments | Statement of Activities |
|---|---:|---:|---:|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 2,625,000 | - | $ 2,625,000 |
| General revenues: | | | |
| Investment earnings | 9 | - | 9 |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 2,625,009 | - | 2,625,009 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 672,277 | - | 672,277 |
| Legal and professional services | 1,930,085 | - | 1,930,085 |
| Travel | 15,889 | - | 15,889 |
| Insurance | 17,692 | - | 17,692 |
| Other | 8,612 | - | 8,612 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 2,644,556 | - | 2,644,556 |
| Change in fund balance/net position | (19,547) | - | (19,547) |
| Fund balance/net position - July 1, 2018 | 53,076 | ($49,833) | 3,243 |
| Fund balance/net position - June 30, 2019 | $ 33,529 | $ (49,833) | $ (16,304) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the twelve months ended
June 30, 2019

| | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual | |
|---|---|---|---|---|
| **Revenues:** | | | | |
| State of California appropriation to Receivership | $2,811,936 | $2,625,000 | $ (186,936) | |
| Investment earnings | $0 | $9 | 9 | |
| Miscellaneous Income | - | $0 | - | |
| Total revenues | $2,811,936 | $2,625,009 | (186,927) | |
| **Expenditures:** | | | | |
| Prison health care administration and oversight: | | | | |
| Current: | | | | |
| Salaries and benefits | 672,420 | 672,277 | 143 | 0% |
| Legal and professional services | 2,090,316 | 1,930,085 | 160,231 | 7.7% |
| Travel | 9,000 | 15,889 | (6,889) | -77% |
| Office expenses | 5,100 | 2,508 | 2,592 | 51% |
| Telephone and network | - | - | - | #DIV/0! |
| Insurance | 18,000 | 17,692 | 308 | 2% |
| Other | 17,100 | $6,104 | 10,996 | 64% |
| Capital outlay | - | - | - | #DIV/0! |
| Total expenditures | 2,811,936 | 2,644,556 | 167,380 | 6.0% |
| Change in fund balance | $ - | (19,547) | $ (19,547) | |

| | | | | |
|---|---|---|---|---|
| Fund balance - July 1, 2018 | | 53,076 | | 2,644,556 |
| | | | | $ 1,536,345 |
| Fund balance June 30, 2019 | | $ 33,529 | | $ (1,108,211) |
| | | | | $2,625,000 |
| | | | | $ 1,351,380 |
| | | | | $ 1,273,620 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eleven months ended
May 31, 2019

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---:|---:|---:|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | ($90,371) | $   - | $   (90,371) |
| Due From Special Deposit Fund | $0 | | |
| Prepaid items | ($1,262) | - | (1,262) |
| | (91,633) | - | (91,633) |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | | - |
| Capital assets, net | - | $0 | - |
| Total assets | $   (91,633) | - | $   (91,633) |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 309,371 | - | 309,371 |
| Accrued salaries and benefits | 23,920 | - | 23,920 |
| Other accrued expenses | 5,214 | | 5,214 |
| Compensated absences | 0 | $47,464 | 47,464 |
| Total liabilities | $   338,505 | $   47,464 | $   385,969 |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | (1,262) | 1,262 | - |
| Unreserved, undesignated | (428,876) | 428,876 | - |
| Total fund balance | (430,138) | 430,138 | - |
| Total liabilities and fund balance | $   (91,633) | | |
| **Net Position:** | | | |
| Unrestricted | | (477,600) | (477,600) |
| **Total Net Position** | | $   (477,600) | $   (477,600) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eleven months ended
May 31, 2019

|  | General Fund | Adjustments | Statement of Activities |
|---|---|---|---|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 2,050,000 | - | $ 2,050,000 |
| General revenues: | | | |
| Investment earnings | 8 | - | 8 |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 2,050,008 | - | 2,050,008 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 621,148 | - | 621,148 |
| Legal and professional services | 1,872,562 | - | 1,872,562 |
| Travel | 15,889 | - | 15,889 |
| Insurance | 16,216 | - | 16,216 |
| Other | 7,405 | - | 7,405 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 2,533,220 | - | 2,533,220 |
| Change in fund balance/net position | (483,212) | - | (483,212) |
| Fund balance/net position - July 1, 2018 | 53,076 | ($47,464) | 5,612 |
| Fund balance/net position - May 31, 2019 | $ (430,136) | $ (47,464) | $ (477,600) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the eleven months ended
May 31, 2019

|  | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** |  |  |  |
| State of California appropriation to Receivership | $2,577,608 | $2,050,000 | $ (527,608) |
| Investment earnings | $0 | $8 | 8 |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $2,577,608 | $2,050,008 | (527,600) |
| **Expenditures:** |  |  |  |
| Prison health care administration and oversight: |  |  |  |
| Current: |  |  |  |
| Salaries and benefits | 616,385 | 621,148 | (4,763) |
| Legal and professional services | 1,916,123 | 1,872,562 | 43,561 |
| Travel | 8,250 | 15,889 | (7,639) |
| Office expenses | 4,675 | 2,258 | 2,417 |
| Telephone and network | - | - | - |
| Insurance | 16,500 | 16,216 | 284 |
| Other | 15,675 | $5,147 | 10,528 |
| Capital outlay | - | - | - |
| Total expenditures | 2,577,608 | 2,533,220 | 44,388 |
| Change in fund balance | $ - | (483,212) | $ (483,212) |

Fund balance - July 1, 2018                                     53,076

Fund balance May 31, 2019                                   $ (430,136)

CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the two months ended
August 31, 2019

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---:|---:|---:|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $354,255 | $ - | $ 354,255 |
| Due From Special Deposit Fund | $0 | | |
| Prepaid items | $16,570 | - | 16,570 |
| | 370,825 | - | 370,825 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $ 370,825 | - | $ 370,825 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 301,262 | - | 301,262 |
| Accrued salaries and benefits | 24,496 | - | 24,496 |
| Other accrued expenses | 7,524 | | 7,524 |
| Compensated absences | 0 | $49,833 | 49,833 |
| Total liabilities | $ 333,282 | $ 49,833 | $ 383,115 |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 16,570 | (16,570) | - |
| Unreserved, undesignated | 20,973 | (20,973) | - |
| Total fund balance | 37,543 | (37,543) | - |
| Total liabilities and fund balance | $ 370,825 | | |
| **Net Position:** | | | |
| Unrestricted | | (14,660) | (14,660) |
| **Total Net Position** | | $ (14,660) | $ (14,660) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the two months ended
August 31, 2019

|  | General Fund | Adjustments | Statement of Activities |
|---|---:|---:|---:|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 400,000 | - | $ 400,000 |
| General revenues: | | | |
| Investment earnings | 2 | - | 2 |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 400,002 | - | 400,002 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 113,915 | - | 113,915 |
| Legal and professional services | 279,900 | - | 279,900 |
| Travel | 71 | - | 71 |
| Insurance | 2,952 | - | 2,952 |
| Other | 1,521 | - | 1,521 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 398,358 | - | 398,358 |
| Change in fund balance/net position | 1,644 | - | 1,644 |
| Fund balance/net position - July 1, 2019 | 33,529 | ($49,833) | (16,304) |
| Fund balance/net position - August 31, 2019 | $ 35,173 | $ (49,833) | $ (14,660) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the two months ended
August 31, 2019

|  | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** | | | |
| State of California appropriation to Receivership | $579,588 | $400,000 | $ (179,588) |
| Investment earnings | $0 | $2 | 2 |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $579,588 | $400,002 | (179,586) |
| **Expenditures:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 112,616 | 113,915 | (1,299) |
| Legal and professional services | 456,872 | 279,900 | 176,972 |
| Travel | 3,000 | 71 | 2,930 |
| Office expenses | 850 | 325 | 525 |
| Telephone and network | - | - | - |
| Insurance | 3,400 | 2,952 | 448 |
| Other | 2,850 | $1,196 | 1,654 |
| Capital outlay | - | - | - |
| Total expenditures | 579,588 | 398,358 | 181,230 |
| Change in fund balance | $ - | 1,644 | $ 1,644 |

| | | |
|---|---|---|
| Fund balance - July 1, 2019 | | 33,529 |
| Fund balance August 31, 2019 | | $ 35,173 |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the one month ended
July 31, 2019

|  | General Fund | Adjustments | Statement of Net Assets |
|---|---|---|---|
| **Assets** | | | |
| **Current assets:** | | | |
| Cash | $244,616 | $ - | $ 244,616 |
| Due From Special Deposit Fund | $0 | | |
| Prepaid items | $909 | - | 909 |
| | 245,525 | - | 245,525 |
| **Noncurrent assets:** | | | |
| Deposits with others | 0 | - | - |
| Capital assets, net | - | $0 | - |
| Total assets | $ 245,525 | - | $ 245,525 |
| **Liabilities** | | | |
| Liabilities: | | | |
| Accounts payable | 177,615 | - | 177,615 |
| Accrued salaries and benefits | 24,496 | - | 24,496 |
| Other accrued expenses | 5,512 | | 5,512 |
| Compensated absences | 0 | $49,833 | 49,833 |
| Total liabilities | $ 207,623 | $ 49,833 | $ 257,456 |
| **Fund Balance/Net Position** | | | |
| Fund balance: | | | |
| Reserved for prepaid items and deposits with others | 909 | (909) | - |
| Unreserved, undesignated | 36,993 | (36,993) | - |
| Total fund balance | 37,902 | (37,902) | - |
| Total liabilities and fund balance | $ 245,525 | | |
| **Net Position:** | | | |
| Unrestricted | | (14,300) | (14,300) |
| **Total Net Position** | | $ (14,300) | $ (14,300) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the one month ended
July 31, 2019

|  | General Fund | Adjustments | Statement of Activities |
|---|---:|---:|---:|
| **Revenues** | | | |
| Program revenues: | | | |
| Operating grants and contributions: | | | |
| State of California appropriation to Receivership | $ 200,000 | - | $ 200,000 |
| General revenues: | | | |
| Investment earnings | 1 | - | 1 |
| Miscellaneous Income | 0 | - | - |
| Total Revenues | 200,001 | - | 200,001 |
| **Expenditures/Expenses:** | | | |
| Prison health care administration and oversight: | | | |
| Current: | | | |
| Salaries and benefits | 56,791 | - | 56,791 |
| Legal and professional services | 139,102 | - | 139,102 |
| Travel | 71 | - | 71 |
| Insurance | 1,476 | - | 1,476 |
| Other | 557 | - | 557 |
| Depreciation | 0 | 0 | - |
| Capital outlay - Fixed Assets | - | - | - |
| Total Expenditures/Expenses | 197,997 | - | 197,997 |
| Change in fund balance/net position | 2,004 | - | 2,004 |
| Fund balance/net position - July 1, 2019 | 33,529 | ($49,833) | (16,304) |
| Fund balance/net position - July 31, 2019 | $ 35,533 | $ (49,833) | $ (14,300) |

**CALIFORNIA HEALTH CARE RECEIVERSHIP CORPORATION**
Statement of Activities and General Fund Revenues, Expenditures and Changes in Fund Balance
For the one month ended
July 31, 2019

|  | Final Budget | Actual (Budgetary Basis) | Variance between Final Budget and Actual |
|---|---|---|---|
| **Revenues:** |  |  |  |
| State of California appropriation to Receivership | $289,794 | $200,000 | $ (89,794) |
| Investment earnings | $0 | $1 | 1 |
| Miscellaneous Income | - | $0 | - |
| Total revenues | $289,794 | $200,001 | (89,793) |
| **Expenditures:** |  |  |  |
| Prison health care administration and oversight: |  |  |  |
| Current: |  |  |  |
| Salaries and benefits | 56,308 | 56,791 | (483) |
| Legal and professional services | 228,436 | 139,102 | 89,334 |
| Travel | 1,500 | 71 | 1,430 |
| Office expenses | 425 | 175 | 250 |
| Telephone and network | - | - | - |
| Insurance | 1,700 | 1,476 | 224 |
| Other | 1,425 | $382 | 1,043 |
| Capital outlay | - | - | - |
| Total expenditures | 289,794 | 197,997 | 91,797 |
| Change in fund balance | $ - | 2,004 | $ 2,004 |

Fund balance - July 1, 2019    33,529

Fund balance July 31, 2019    $ 35,533