XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State BAR No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF ERRATA OF ECF NOS. 5591, 5601, AND 5841**<br><br>Judge: The Hon. Kimberly J. Mueller |

On May 3, 2019, the Court's neutral expert filed his report following a four-month investigation into CDCR Chief Psychiatrist Michael Golding's allegations. (ECF No. 6147.) The neutral expert found no evidence of fraud to warrant an evidentiary hearing. (ECF No. 6147 at 7.) But the neutral expert identified three filings in this action that reported data based on CDCR's interpretation of policy in a way that the neutral expert found may have been misleading to the Court or Special Master. In response, on June 23, 2019, Defendants committed to

/ / /

/ / /

1

Defs.' Notice of Errata Re: ECF Nos. 5591, 5601, and 5841 (2:90-cv-00520 KJM-DB (PC))

correcting the three filings identified in the neutral expert's report.[1] (ECF No. 6226 at 30.) This notice of errata provides the corrections to the record in those three filings: (a) Defendants' March 30, 2017 Response to the Special Master's Report on the Status of Mental Health Staffing (ECF No. 5591); (b) Defendants' April 13, 2017 Reply to Plaintiffs' Response to the Special Master's Report on the Status of Mental Health Staffing (ECF No. 5601); and (c) Defendants' May 17, 2018 staffing proposals, filed as an attachment to the parties' June 21, 2018 Joint Status Report Re: June 28, 2018 Status Conference Re: Staffing. (ECF No. 5841.)

## I. ERRATA TO THE 2017 FILINGS.

In the parties' July 23, 2019 joint status report, Defendants agreed to amend their March 30, 2017 and April 13, 2017 filings by re-running the "Timely Psychiatry Contacts" performance report indicator based on the 30-day definition of "monthly" for routine Enhanced Outpatient Program psychiatry contacts. (ECF No. 6226 at 30.) At the time of those filings, the "Timely Psychiatry Contacts" performance report indicator defined monthly as "once per calendar month, never to exceed 45 days between contacts" for routine EOP psychiatry contacts. The performance report data was included in Exhibit 2 to the Declaration of Katherine Tebrock filed to support Defendants' Response to the Special Master's Report on the Status of Mental Health Staffing. (ECF No. 5591-2 at 9.) The performance report data in Exhibit 2 was cited in Defendants' March 30, 2017 filing on page 14 at lines 16-26, and Defendants' April 13, 2017 filing on page 8, line 25 to page 9, line 2, and on Table 2 on page 9. (ECF No. 5591 at 14; ECF No. 5601 at 8-9.)

Defendants amend their March 30, 2017 filing, based on the Declaration of Nicholas Weber, as follows:

1. Exhibit 2 to the Declaration of Katherine Tebrock is struck and replaced with Exhibit 1 to the Weber Declaration. (ECF No. 5591-2 at 9.)

---

[1] On August 14, 2019, the Court ordered the parties to meet and confer and propose dates for Defendants to correct the filings at issue. (ECF No. 6242 at 5-7.) In their August 28, 2019 filing, Defendants represented that they could correct these filings within thirty days. (ECF No. 6257 at 27.) On September 17, 2019, the Court ordered Defendants to file evidence concerning their efforts to correct their EOP ASU Hub certification reports, but the order did not provide a deadline for Defendants to address the filings addressed by this notice of errata. Notwithstanding, Defendants address the Court's August 14, 2019 order with this submission.

2

Defs.' Notice of Errata Re: ECF Nos. 5591, 5601, and 5841 (2:90-cv-00520 KJM-DB (PC))

2. Page 14, line 25-26 is amended to read "and sixty-eight percent for timely psychiatry contacts." (ECF No. 5591 at 14.)

Defendants amend their April 13, 2017 filing as follows:

Table 2 on page 9 is amended to read:

| Institution | Timely Psychiatric Contacts (Access) | Psychiatric Continuity of Care (Quality) | MAPIP Results |
|---|---|---|---|
| **HDSP** | 99% | n/a | 94% |
| **SATF** | 93% | 93% | 96% |
| **SVSP** | 68% | 90% | 90% |

(ECF No. 5601 at 9.)

## II. ERRATA TO THE JUNE 21, 2018 JOINT REPORT.

In the July 23, 2019 joint status report, Defendants agreed to modify CDCR's 2018 staffing proposals by striking the one reference to the "Appointments Seen as Scheduled" data. (ECF No. 6226 at 31.) The reference to the "Appointments Seen as Scheduled" data is on page 3, footnote 5, of Exhibit 2 to the parties' joint status report, submitted to provide the Court with an update on the parties' negotiations on staffing issues. (ECF No. 5841 at 8-9; and ECF No. 5841-2 at 4.)

Although subsequent versions of the May 17, 2018 staffing proposals did not include the reference to the "Appointments Seen as Scheduled" indicator data, Defendants submit a revised draft of Exhibit 2 to the June 21, 2018 status report striking the reference to the "Appointments Seen as Scheduled" data. (Weber Decl. Ex. 2.)

Dated: October 1, 2019                    Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
14148625.docx

3

Defs.' Notice of Errata Re: ECF Nos. 5591, 5601, and 5841 (2:90-cv-00520 KJM-DB (PC))