XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State BAR No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7325
  Fax: (916) 324-5205
  E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PARAGRAPH 5 OF THE COURT'S SEPTEMBER 17, 2019 ORDER [ECF NO. 6288]**<br><br>Judge: The Hon. Kimberly J. Mueller |

On September 17, 2019, the Court gave Defendants fourteen days, up to October 1, 2019, to file and serve evidence in support of their assertion that CDCR "did not modify the business rule timely psychiatry contacts conducted for patients in the ASU EOP Hub program" and their corresponding assertion that they "no longer need[ ] to resubmit the five ASU EOP Hub certification letters" they represented were based on the "every calendar month, not to exceed 45 days" definition. (ECF No. 6288 at 4.)

Defendants cannot meet the Court's October 1, 2019 deadline because the person most knowledgeable with the information required to respond to the request for evidence is out of the

1

country on vacation.  The CDCR employee who has personal knowledge to support Defendants' assertion that CDCR did not modify the business rule regarding timely psychiatry contacts conducted for patients in the Administrative Segregation Unit Enhanced Outpatient Program hub programs, David Leidner, has been on vacation since September 5, 2019.  Defendants cannot meet paragraph 5 of the Court's September 17, 2019 order until Dr. Leidner returns from vacation and has an opportunity to compile the data and information requested by the Court.

The parties met and conferred and Plaintiffs agree to extend the time for Defendants to respond to paragraph 5 of the Court's September 17, 2019 order to October 10, 2019.

**IT IS SO STIPULATED.**

Dated:  October 1, 2019

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

Dated:  October 1, 2019

ROSEN BIEN GALVAN & GRUNFELD LLP

*Cara Trapani*
CARA TRAPANI
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: _____

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT

2