1 | XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2 | ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
3 | KYLE A. LEWIS, State BAR No. 201041
ELISE OWENS THORN, State Bar No. 145931
4 | TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
5 | Deputy Attorneys General
1300 I Street, Suite 125
6 | P.O. Box 944255
Sacramento, CA 94244-2550
7 | Telephone: (916) 210-7325
Fax: (916) 324-5205
8 | E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF REI ONISHI IN SUPPORT OF DEFENDANTS' TRIAL BRIEF**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Rei Onishi, declare as follows:

1.     I am over the age of 18 years and have personal knowledge of all of the following, and if called as a witness could competently testify to the following.

2.     I am the Deputy Legal Affairs Secretary to Governor Gavin Newsom. Prior to that, I served in the same position under Governor Edmund Brown, Jr., beginning in 2017.

3.     As the Deputy of Legal Affairs, I represent and advise the Governor's Office for the State of California, including on the matters at issue in this lawsuit and with respect to the strategy and details of the litigation itself. The Governor and his office regularly rely on me to provide candid legal advice.

1

1    4.    I have no personal knowledge as to "why CDCR mental health administrators did not

2 inform Dr. Golding or the Special Master when they changed the definition of 'monthly.'"

3    5.    I have no personal knowledge as to "why the internal 'Appointments Seen as

4 Scheduled' indicator was developed incorrectly and in the absence of consultation with Dr.

5 Golding or other quality control measures.'"

6    6.    I have no personal knowledge of CDCR's internal policy development processes

7 concerning development of the "Appointments Seen as Scheduled" indicator.

8    7.    I was not involved in any of the policy decisions related either to the change of the

9 "monthly" business rule or the Appointments Seen as Scheduled indicator, as referenced in the

10 Court's September 17, 2019 Order.

11    8.    My only personal knowledge about staffing that relates to the Court's Issue F is some

12 limited knowledge about the data used in Defendants' 2018 Staffing Proposal.

13    I declare under penalty of perjury under the laws of the United States of America that the

14 foregoing is true and correct.  Executed in Sacramento, California on October 1, 2019.

15

16                                                          /s/ Rei Onishi _____
                                                            Rei Onishi

17

18  CF1997CS0003
    14159736

19

20

21

22

23

24

25

26

27

28

Onishi Decl. Supp. Defs.' Trial Brief (2:90-cv-00520 KJM-DB (PC))