REICHMAN JORGENSEN LLP
Shawna Ballard, State Bar No. 155188
Kate Falkenstien, State Bar No. 313753
100 Marine Parkway, Suite 350
Redwood Shores, CA  94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
Email:  sballard@reichmanjorgensen.com
        kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff Jorge Rico*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JORGE ANDRADE RICO,**<br><br>                                   Plaintiff,<br><br>v.<br><br>**CLARK E. DUCART, et al.,**<br><br>                                   Defendants. | Case No. 2:19-cv-01989-CKD<br><br>**NOTICE OF RELATED CASES**<br><br>Judge:             Hon. Carolyn K. Delaney<br>Action Filed:  August 13, 2019 |

Plaintiff Jorge Rico files this Notice of Related Case pursuant to Local Rule 123(b). This case is related to *Coleman v. Brown*, No. Civ. S-90-0520 KJM DAD PC; *Rico v. Beard*, No. 2:17-cv-1402 KJM DB P; *Matthews v. Holland*, No. 1:14-cv-1959 KJM DB P; *Murillo v. Holland*, No. 1:15-cv-0266 KJM DB P; *Lipsey v. Barnes*, No. 2:18-cv-0362 KJM DB P; *Suarez v. Beard*, No. 2:18-CV-00340 KJM DB P; *Wilson v. Beard*, No 1:15-cv-01424 KJM DB P; and *Harris v. Sexton*, No. 1:18-cv-00080-DAD-SAB (PC). *Rico v. Beard*, *Matthews*, *Murillo*, *Lipsey*, *Suarez*, and *Wilson* have already been related to *Coleman*. See Order, *Rico v. Beard*, No. 2:17-cv-1402 KJM DB P, ECF #60 (Feb. 2, 2018) (concerning *Rico v. Beard*, *Matthews*, and *Murillo*); Order, *Suarez v. Beard*, No. 2:18-cv-00340 KJM DB P, ECF #74 (Mar. 12, 2018); Order, *Wilson v. Beard*, No. 1:15-cv-01424 KJM DB P, ECF #31 (Oct. 24, 2018).

In the *Coleman* case, the Court ordered the California Department of Corrections and Rehabilitation to engage in regular welfare checks of inmates in solitary confinement. The other six related lawsuits all concern the legality of the welfare checks ordered in *Coleman*; all six plaintiffs assert that the noisiness of the checks deprived them of sleep.

This case is similarly related. It concerns Defendants' compliance with an order issued in *Coleman* reducing the frequency of the welfare checks at Pelican Bay State Prison overnight in light of concerns about inmates' ability to sleep. Thus, this lawsuit turns on the interpretation of an order issued in *Coleman*. Rico's claims in this case differ somewhat from the other lawsuits because he alleges that the defendants in this case directly violated an order in *Coleman* (rather than claiming that the welfare checks ordered in *Coleman* have the unintended consequence of causing sleep deprivation). However, all the lawsuits involve similar questions of fact regarding sleep deprivation caused by the *Coleman* welfare checks, as well as overlapping questions of law regarding the constitutionality of sleep deprivation. It would "effect a substantial savings of judicial effort," *see* Local Rule 123(a)(3), for Judge Mueller to adjudicate this case along with the other related cases.

| | | |
|---|---|---|
| 1 | Dated: October 2, 2019 | Respectfully submitted, |
| 2 | | /s/ *Kate M. Falkenstien* |
| 3 | | REICHMAN JORGENSEN LLP |
| | | Shawna L. Ballard (SBN 155188) |
| 4 | | Kate Falkenstien (SBN 313753) |
| | | 100 Marine Parkway, Suite 350 |
| 5 | | Redwood Shores, California 94065 |
| | | Telephone: (650) 623-1401 |
| 6 | | Fax: (650) 623-1449 |
| | | sballard@reichmanjorgensen.com |
| 7 | | kfalkenstien@reichmanjorgensen.com |
| 8 | | *Attorneys for Plaintiff Jorge Rico* |