# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    **Plaintiffs**

    vs.                                No. 2:90-CV-0520 KJM DB

**GAVIN NEWSOM, et al.,**
    **Defendants**
_____/

## SPECIAL MASTER'S
## REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the Special Master requests the appointment of James F. DeGroot, Ph.D., Brian J. Main, Psy.D., and paralegals Rachel Gribbin and Lana L. Lopez to the Special Master's staff. The reasons for this request are set forth in the accompanying memorandum.

Dr. DeGroot and Dr. Main are to be compensated at the rate of two hundred fifty dollars ($250.00) per hour for their work as experts, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses. Ms. Gribbin and Ms. Lopez are to be compensated at the rate of one hundred ninety dollars ($190.00) per hour for their work, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses.

                                        Respectfully submitted,

                                        /s/

                                        Matthew A. Lopes, Jr.
                                        Special Master

October 4, 2019