**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RALPH COLEMAN, et al.,
    **Plaintiffs**

    **vs.**                             **No. 2:90-CV-0520 KJM DB**

GAVIN NEWSOM, et al.,
    **Defendants**
                            /

**MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S**
**REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF**

Pursuant to paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter on the retention of experts, assistants, and administrative support staff, the Special Master submits herewith his request for the court's approval of the appointment of James F. DeGroot, Ph.D., Brian J. Main, Psy.D., and paralegals Rachel Gribbin and Lana L. Lopez to the Special Master's staff.  The *curricula vitae* of these four persons are annexed hereto as Exhibits A through D, respectively.  The Special Master requests these additions to his staff in order to enhance his capacity to efficiently and expeditiously fulfill his various duties and responsibilities, some of which have recently expanded, and to absorb the increased administrative workload that is currently being performed by his court-appointed monitors, straining the Special Master's existing resources.

In addition to his duties of monitoring compliance with Program Guide requirements in California Department of Corrections and Rehabilitation (CDCR) prisons, the Special Master also has a continuing obligation to monitor the adequacy of inpatient care provided to *Coleman* class members in Department of State Hospitals (DSH) programs and facilities and the CDCR

Psychiatric Inpatient Programs, and to work with the All-Parties Workgroup, the Suicide

Prevention Workgroup, and court representatives from the *Armstrong* and *Plata* cases.

At present, in addition to conducting his twenty-eighth round of monitoring CDCR

prisons, the Special Master is also currently engaged in monitoring CDCR mental health

headquarters.  This task, which has been underway for the past few months, requires a substantial

time commitment from the Special Master's mental health experts.  It includes attending

meetings both in-person and via teleconference and collaborating with CDCR mental health staff

in developing substantive policies and addressing outstanding issues resulting from court orders

and workgroup meetings.  The Special Master's team also assists CDCR mental health staff in

clarifying relevant Program Guide requirements as appropriate, and, as needed, provides support

with problem solving and development of solutions regarding specific issues.

Over the past several years, the number of mental health experts on the Special Master's

team has become substantially smaller, while the demands of ongoing monitoring, oversight, and

reporting responsibilities has increased.  To carry out his monitoring and reporting duties in

connection with the clinical aspects of the various inpatient programs, his continuing duty to

maintain the ongoing oversight and reporting on the delivery of mental health care within CDCR

prisons, and the recent undertaking of mental health headquarters monitoring, it has become

necessary to increase the Special Master's staff of clinical experts.  The increased workload, plus

the diminution in the Special Master's existing expert staff, necessitate the addition of mental

health experts to the Special Master's staff at this time.

In addition to the monitoring and reporting responsibilities outlined above, all of which

include administrative components – that currently, in great part, must be performed by the

Special Master's court-appointed monitors – other ongoing projects which require the attention of the Special Master include:

- Development of Mental Health Care Bed and Enhanced Outpatient Program (EOP) Clustering Plans
- Evaluation of results of EOP and Correctional Clinical Case Management System Review Studies
- Monitoring of EOP Dormitories at San Quentin State Prison
- Monitoring of L-1 Intermediate Care Dormitories at California Medical Facility
- Monitoring of Non-Designated Yards
- Implementation of Custody and Mental Health Partnership Plan

At present, the administrative workload related to the Special Master's monitoring duties and other court-ordered tasks has increased to such a degree that his monitors are challenged to perform expeditiously both administrative duties and meet the ongoing demands of monitoring and report writing. As previously stated, all of the above-outlined responsibilities and extant projects include an administrative component. On an ongoing basis, the Special Master receives hundreds of emails, reports, policies, and other documents that must be synthesized, summarized, and archived, in addition to conducting dozens of various workgroup meetings for which minutes and lists of action items must be maintained. Administrative support staff is needed to relieve the strain on the Special Master's existing resources so that he may continue to carry out his duties and responsibilities in a timely manner.

As previously stated, in addition to the projects listed above, the Special Master is currently engaged in his twenty-eighth round of monitoring CDCR prisons, as well as the monitoring of mental health headquarters. Following the conclusion of the monitoring tours, the Special Master will be drafting his Twenty-Eighth Round Monitoring Report. A full complement of staff is necessary to prevent overburdening the current staff and delaying the completion of his court-ordered reports.

For the foregoing reasons, the Special Master requests that James F. DeGroot, Ph.D., Brian J. Main, Psy.D., and paralegals Rachel Gribbin and Lana L. Lopez be appointed to his staff.

**James F. DeGroot, Ph.D.**

Dr. DeGroot is a licensed clinical psychologist who has extensive experience and expertise in correctional mental health care and would be an asset to the Special Master's team of mental health experts. From 1994 to 2017, he served as the Statewide Mental Health Director for the Georgia Department of Corrections (GDC) where he was responsible for the management and oversight of the delivery of mental health care to GDC inmates. Since 2017, he has served as the Statewide Clinical Director for Centurion, a vendor contracted by the GDC to deliver mental health services to the inmate population. For 29 years, Dr. DeGroot was a professor of psychiatry at the Medical College of Georgia in Augusta, Georgia.

Dr. DeGroot presently serves on the boards of the American Board of Correctional Psychology and the International Association for Correctional and Forensic Psychology as a member at large. In 1977, Dr. DeGroot earned his Master of Arts in Clinical Psychology from Antioch University in Columbia, Maryland, and in 1984, earned his Doctor of Philosophy in Psychology from the Catholic University of America in Washington, D.C. He completed postdoctoral studies in Psychology at Wright State University in Dayton, Ohio in 1985. Dr. DeGroot's experience and expertise in correctional mental health care will greatly enhance the Special Master's capacity to monitor, evaluate, and report on the mental health care being provided to CDCR inmates in the inpatient programs and in the prisons. Accordingly, the Special Master asks that Dr. DeGroot be appointed to his staff.

**Brian J. Main, Psy.D.**

Dr. Main is a forensic clinical psychologist who has extensive experience in the field of correctional mental health and would be an asset to the Special Master's team of mental health experts.  Much of his past experience has been within mental health programming in CDCR prisons.  Dr. Main began his employment with CDCR in 2009 at North Kern State Prison where he served as a clinical psychologist and Chief of Mental Health.  From 2011 to 2013, and then again from 2014 to 2015, Dr. Main worked at the Richard J. Donovan Correctional Facility (RJD), serving in multiple roles as a senior psychologist specialist, Inpatient Unit Clinical Director, Suicide Prevention and Response Coordinator, and Chief Psychologist.  For a brief time in 2013/2014, he also served as a consulting forensic psychologist for DSH.  Following his departure from CDCR, Dr. Main worked at Forensic Health Services/MHM in Fall River, Massachusetts as a forensic psychologist.  There, he conducted court-ordered forensic evaluations addressing competency to stand trial, criminal responsibility, civil commitments, and to aid in sentencing.

Dr. Main earned a Master of Arts Degree in Psychology from the California School of Professional Psychology/Alliant University in 2005, and a Doctor of Psychology Degree in Clinical Psychology, also from the California School of Professional Psychology/Alliant University, in 2008.  Dr. Main's experience in correctional mental health care and his experience with management of mental health care in the correctional setting at RJD will provide valuable assistance to the Special Master in monitoring, analyzing, and reporting to the court on the treatment being provided to CDCR inmates in the inpatient mental health programs and in CDCR prisons.  Accordingly, the Special Master asks that Dr. Main be appointed to his staff.

**Rachel Gribbin**

Ms. Gribbin has worked as a paralegal for Pannone Lopes Devereaux and O'Gara in Johnston, Rhode Island for 11 years. In her tenure, she has served as a paralegal for various practice areas within the firm including Trusts and Estates, Government and Legislative Strategies, and Special Masterships.

Ms. Gribbin earned an Associate Degree in Paralegal Studies from the Community College of Rhode Island in 2004. Her years of experience as a paralegal will provide valuable assistance to the Special Master in reducing the current workload of his monitors, alleviating the strain on his existing resources, and enhancing his capacity to monitor, evaluate, and report on the mental health care being provided to CDCR inmates in the inpatient programs and in the prisons.

**Lana L. Lopez**

Ms. Lopez has worked as a senior paralegal for Pannone Lopes Devereaux and O'Gara in Johnston, Rhode Island since September 2019. From 2001 to 2017, Ms. Lopez worked at the law firm of K&L Gates in Boston Massachusetts as a Senior Practice Assistant. During her tenure there, Ms. Lopez supported four partners and one senior associate in the Investment Management Practice and worked in the Probate/Litigation and Corporate practice areas. After her departure from K&L Gates, Ms. Lopez served as a paralegal for Rhode Island Legal Services as part of the Elder Protection Project where she conducted legal research, reviewed and maintained client documents, prepared memoranda for the supervising attorney, and communicated with clients, including assisting with Spanish translation.

Ms. Lopez earned a certificate in Paralegal Studies from Boston University in 2010. Her experience as a paralegal, as well as her years of work as a senior assistant for an international

law firm, will provide valuable assistance to the Special Master in reducing the current workload of his monitors, alleviating the strain on his existing resources, and enhancing his capacity to monitor, evaluate, and report on the mental health care being provided to CDCR inmates in the inpatient programs and in the prisons.

## Conclusion

For the foregoing reasons, the Special Master requests the entry of an order appointing Drs. DeGroot and Main and paralegals Rachel Gribbin and Lana L. Lopez to his staff.  The parties have represented that they do not object to the appointments of any of these persons to the Special Master's staff.

Respectfully submitted,

/s/

_____
Matthew A. Lopes, Jr.
Special Master

October 4, 2019

# Exhibit A

**Updated August 2019**

JAMES FRANCIS DEGROOT, PH.D.
Atlanta, GA 30319
Phone: 770-356-1830
upcjdegroot@gmail.com

## Education

WRIGHT STATE UNIVERSITY, DAYTON, OHIO
Psychology Postdoctoral Program 1983-1985

CATHOLIC UNIVERSITY OF AMERICA, WASHINGTON, D.C.
Doctor of Philosophy 1977-1984

ANTIOCH UNIVERSITY, COLUMBIA, MARYLAND
Master of Arts 1974-1977

CARDINAL STRITCH COLLEGE, MILWAUKEE, WISCONSIN
Bachelor of Arts 1967-1971

## License

Licensed Clinical Psychologist in Georgia, 1986 to Present

## Clinical, Correctional and Forensic Experience: Georgia Department of Corrections

➢ **State-Wide Clinical Director**, 2017-Present (August 2019)

**Employed by Centurion, a vendor contracted by the Georgia Department of Corrections (GDC)**

Centurion is responsible for hiring and delivering mental health services to an offender population of approximately 55,000 of whom 11,500 are diagnosed with a mental illness. I directly supervise 18 facility Clinical Directors and 17 staff psychologists, manage 24 facility Mental Health Administrative Directors, collaborate with the Centurion Regional Medical Director (a psychiatrist), oversee 250+ mental healthcare providers, and help coordinate operations with the leadership of Georgia Department of Corrections in order to deliver quality and timely mental health services.

➢ **State-Wide Mental Health Director,** 1994-2017

**Employed by the State, Georgia Department of Corrections (GDC)**

Responsible for the delivery of mental health services to inmates and detainees who were diagnosed with a mental illness. I spent much of the fist 10 years working on civil rights litigation with experts and attorneys on two certified class action complaints (Guthrie v Evans and Cason v Seckinger) and on one complaint which was never certified as a class and dropped by plaintiffs after two years, (Fluellen v Wetherington). During that time, we made major revisions to the mental health policies and procedures. The number of offenders receiving mental health services continually grew from 2,000 in 1994 to 11,500 in 2019. The severity, complexity and acuity of mental illness also increased. Consequently, I worked closely with GDC leadership and attorneys from the Attorney General's Office on a myriad of issues to include restrictive housing, implementation of the Prison Rape Elimination Act (PREA), transgender offenders, suicides, drugs, and gangs.

➢ **Staff Psychologist at GA's Maximum-Security Prison,** 2988-1994

**Employed by the State as a part-time employee**

I began working at GA State Prison (GSP) shortly after the tenure of Special Master Vincent Nathan. I was responsible for implementing of a consent decree resulting from Guthrie v Evans and for updating Judge Anthony Alaimo on the status of GSP's mental health delivery system. I worked closely with Warden A. G. Thomas, Commissioner Alan Ault, Assistant AGs, and the Medical College of GA which was providing psychiatric services. During this time, critical incidents at GSP declined and the consent decree became a model for upcoming major revisions in GDC's MH Policies and Procedures.

## Clinical, Correctional and Forensic Experience: Independent Practice

➢ **Mental Health Expert for the Department of Homeland Security (DHS),** 2016-Present (August 2019)

**Subcontracted to work as part of a team investigating OIG mental health complaints from ICE detainees.**

Responsible for investigating both the specific detainee complaints on the delivery of mental health services and the facility's overall mental health compliance with the National Detention Standards, other applicable professional standards, and best practices. The results of the investigation are presented to facility leadership during an out-briefing and a formal report is written by each team member for DHS.

➢ **Independent Forensic Mental Health Evaluator of VA Complaints,** 2013-Present (August 2019)

Conduct a comprehensive mental health assessment on Viet Nam, Iraqi, and Afghanistan veterans complaining of combat related PTSD and TBI. The evaluation consists of reviewing the veteran's medical and military records, interviewing both collateral informants and the veteran, and administering psychological tests. The results are discussed with a team of attorneys who are Emory University fellows from the Emory Veteran's Clinic, and supervising attorneys from King & Spalding and/or from Ogletree, Deakins, Nash, Smoak & Stewart. A formal report is written for a VA hearing.

➢ **Contracted with the Dept. of Labor as an Independent Forensic Mental Health Evaluator,** 2008-Present (August 2019)

Evaluate individuals who filed disability claims with the Social Security Administration. The claimants are interviewed, psychological tests are usually administered, collateral informants are interviewed, and collateral documents are reviewed. Formal reports are written and submitted in a timely manner for an administrative hearing.

➢ **Psychology Consultant and Direct Care Provider for the GA Department of Juvenile Justice**, 2008-2016

Worked part-time, providing: direct care at a number of facilities (Augusta Youth Development Center, Bill Ireland YDC, and Emanuel YDC); consultation with DJJ leadership by performing psychological autopsies on two juveniles who committed suicide; consultation to DJJ HR by performing Fitness-for-Duty evaluations on custody staff; and clinical supervision for direct care providers in the field.

➢ **Independent Clinical & Forensic Mental Health Evaluator on Miscellaneous Cases,** 1988-2014

Over 26 years, I served as plaintiff and defendant expert on variety of cases. For example, I testified for a number of defendants on deliberate indifference and wrongful death cases in county jails. I also served as an expert

witness in adult and juvenile criminal cases, performing competency and responsibility evaluations. I was an expert in one capital punishment case, testifying on behalf of the defendant who was represented by the Southern Center for Human Rights.

In 2010 and 2011 I consulted with The Moss Group as a PREA auditor, participating in PREA audits of ICE facilities managed by Correctional Corporation of America (CCA).

While practicing on St. Simon's Island and in Atlanta, I had contracts with Glynn County School System and with Atlanta City Schools to perform psychological evaluations on students to determine if they qualified for special education services.

Additionally, while teaching at the Medical College of GA, I worked for Richmond County Family Court performing evaluations on families to assist two judges with cases involving custody and termination of parental rights.

## Clinical, Correctional and Forensic Experience: Elected /Appointed Professional Positions

➢ **American Board of Correctional Psychology (ABCP)**
   **At-Large Board Member**, January 2018-Present (August 2019)
   Working with the American Board of Professional Psychology (ABPP), the American Psychological Association and other professional associations to create an ABPP subspecialty board certification for Correctional Psychology.

➢ **International Association for Correctional and Forensic Psychology (IACFP)**
   **At-Large Board Member** and Chair of the Nominating Committee, January 2019-Present (August 2019)
   **Past President** and Chair of the Nominating Committee, January 2017-December 2018
   **President**, January 2015-December 2016
   **President-Elect**, January 2013-December 2014

➢ **National Institute of Corrections, Mental Health Network (NIC)**
   **Administrative Committee, Chair**, 2014-2015
   Administrative Committee, Member, 2011-2014
   Steering Committee, Member, 2010-2011
   Suicide & Self Injurious Behavior Committee, Chair,2009-2010

➢ **GA's National Alliance for the Mentally Ill (NAMI)**
   **Board Member** and Nominating Committee Chair, 2011-2014

➢ **GA's Crisis Intervention Team (CIT)**
   **Advisory Board Member**, 2007-2010
   Steering Committee Member, 2008-2011

➢ **The Governor's Mental Health Summit**
   **Member**, 2006-2009

➢ **GA's Reentry Impact Program**
   **Member**, 2005-2008

➢ **GA's Mental Health Planning & Advisory Council (GMHPAC)**

   **Member** 2006-2015

➢ **Association for the Advancement of Behavior Therapy (AABT)**
   **Legislative Committee, Chair**, 2000-2003

## ACADEMIC APPOINTMENTS

2007-2013 Member of GA State University Institutional Review Board, Atlanta, GA

1990-2016 Clinical Professor of Psychiatry, the Medical College of Georgia, Augusta, GA

1987-1990 Assistant Professor of Psychiatry, the Medical College of Georgia, Augusta, GA

1986-1988 Clinical Faculty, Psychiatry Residence & Child Psychiatry Fellowship at Eisenhower Army Medical
   Center, Fort Gordon, GA

1986-1988 Clinical Psychology Internship at Eisenhower Army Medical Center, Fort Gordon, GA.

1981-1983 Clinical Faculty for the General Psychiatry Residence and Child Psychiatry Fellowship at
   Letterman Army Medical Center, San Francisco, California.

1978-1979  Psychology Instructor, Prince's George's Community College, Largo, Maryland

1977-1979  Teaching Assistant, Catholic University of American, Washington, D.C.

## Military Service

➢ **Duties**

I served as a Captain in the US Army. I worked as a clinical psychologist at Eisenhower Army Medical Center (Fort Gordon, Georgia) and at Letterman Army Medical Center (Presidio in San Francisco, CA). During both tours of duty, I provided direct care to active duty service members and their dependents and I clinically supervised psychology practicum students, psychology interns, and child-adolescent psychiatry fellows.

➢ **MILITARY EDUCATION**

   1987        Command and General Staff College, Correspondence
   1986        Officer Advanced Courses at the Academy of Health Sciences, San Antonio, Texas
   1981        Officer Basic Course at the Academy of Health Sciences, San Antonio, Texas

➢ **MILITARY AWARDS**

   1986        Army Commendation Medal
   1981        Army Commendation Medal

## PROFESSIONAL PRESENTATIONS

### 1994-Current

As the current State-wide Clinical Director and previous Mental Health Director for Georgia Department of Corrections, between 1994 and 2019 I've presented papers at state, national and international professional meetings and universities at least every few months.  I also testified in numerous hearings to include a PREA Commission Hearing while they were writing the Prison Rape Elimination Act of 2003 and a NIC Advisory Board Public Hearing entitled "Balancing Fiscal Challenges, Performance-Based Budgeting and Public Safety". Details for any of the above will be provided upon request.

**NATIONAL**

| | |
|---|---|
| June 1995 | "What's Love Got to Do With It?  The Dynamics of Family Violence and Its Implications for the Criminal Justice and Mental Health Systems," (with Annette Z. Henderson).  Presented at the Fifth Annual Midwestern Mental Health in Corrections Symposium in Kansas City, Missouri. |
| August 1994 | "When Staff Burn Out, Students Follow: The Mental Health Consultant's Role in Attenuating Staff's Stress through Consultation and Training."  Presented at Job Corps Annual Meeting for Mental Health Consultants in Los Angeles, California. |
| May 1994 | "The Inevitability of the Mental Health Professional Being Sued by Inmates,"(with Margaret Severson).  Presented at the Fourth Annual Midwestern Mental Health in Corrections Symposium in Kansas City, Missouri. |
| March 1994 | "An Update on the Georgia Prison Study," (with A.R. Bruhn and K. Feigenbaum). Presented at the Society of Personality Assessment's Mid-Winter Meeting in Chicago, Illinois. |
| May 1993 | "Identification of Unsolved Issues with the Early Memory Procedures: Assessing Violence Potential."  Presented at the Third Annual Midwestern Mental Health in Corrections Symposium in Kansas City, Missouri. |
| March 1993 | "Predicting Aggression Potential with the Early Memory Procedure: The Georgia Prison Study," (with A.R. Bruhn and K. Feigenbaum).  Presented at the Society of Personality Assessment's Mid-Winter Meeting in San Francisco, California. |
| May 1992 | "Hurdles in the Implementation of Treatment Programs in Correctional Settings: A Constructivist's Ruminations from a Maximum Security Prison," (with Joe Owens and Janice Deal).  Presented at the Second Annual Midwestern Mental Health in Corrections Symposium in Kansas City, Missouri. |
| March 1992 | "Identifying and Treating the Basis for Delinquent Behavior via Early Memories." Presented at the Society of Personality Assessment's Mid-winter meeting in Washington, D.C. |
| August 1989 | Effects of Abuse on Perspective-Talking Skills in Children," (with Fred Garland as primary, Linda Christiansen and Anthony Zold).  Presented at the American Psychological Association's Annual Convention in New Orleans, Louisiana. |
| August 1989 | "The World According to a Distressed Truck Driver: Constructivist Perspectives," (with Fred Garland).  Presented at the American Psychological Association's Annual Convention in New Orleans, Louisiana. |
| March 1989 | "The Rorschach As a Measure of Behavior."  Presented to graduate students and faculty at Stanford University in Palo Alto, California. |
| February 1989 | "Continuity-Discontinuing in Child-Adult Psychopathology: A Structural-Developmental Perspective," (with Stephen N. Xenakis).  Presented at the AMEDD Clinical Psychology Short Course, sponsored by the Office of the Surgeon General and held in Augusta, Georgia. |
| October 1988 | "Clinical Consideration in Using Parent-Child Rating Scales," (with P.S. Jensen and S.N. Xenakis).  Presented at the 35th Annual Meeting of the American Academy of Child and Adolescent Psychiatry held in Seattle, Washington. |

| October 1988 | "Parents at Risk: An Epidemiological Investigation," (with P.S. Jenson and L.J. Bloedan).  Presented at the World Psychiatric Association Regional Symposium held in Washington, D.C. |
|---|---|
| August 1988 | "Children at Risk: Psychopathology Correlates in Clinical and Community Samples," (with L.J. Bloedan and P.S. Jensen).  Presented at the annual meeting of the American Psychological Association held in Atlanta, Georgia. |
| May 1988 | "Concept of Self in ADD Children:  An Application of Piaget and Projective Testing."  Presented as part of a symposium entitled "ADD: Psychosocial Issues in Treatment and Research."   Presented at the 41st Annual Meeting of the American Psychiatric Association held in Montreal, Canada. |
| May 1988 | "Contributions and Limitations of Projective Tests in the Diagnosis and Treatment of ADHA."  Paper presented to Seoul National Psychiatric Institute in Seoul, Korea. |
| October 1987 | "Interrater Agreement Vis-a-Vis Child Behavior Problems: Research Issues, New Evidence, and Future Direction," (with P.S. Jensen). Presented at the Annual Meeting of the American Academy of Child and Adolescent Psychiatry, Washington, D.C. |
| March 1987 | "A Model of Psychological Interventions for Consultations and Liasion with Medical Clinics," (with R.C. Hulsebus, F.M. Tomayo and R. Sullivan).  Presented at the U.S. Army Neuropsychology and Behavioral Medicine Conference, San Francisco, California. |
| March 1987 | "Relationships Between Parents' Self-Reported Symptoms and Their Perceptions of Their Children's Symptoms: Implications for Using Parent-Child Rating Scales," (with P.S. Jenson and S.N. Xenakis).  Presented at the U.S. Army Neuropsychology and Behavioral Medicine Conference, San Francisco, California. |
| February 1987 | "A Constructivist-Structural Model of Development with Clinical Implications."  Presented at the U.S. Army Child and Family Psychiatry Conference, Honolulu, Hawaii. |

## STATE

| May 1988 | "The Mind of the Hyperactive Child."  Paper presented at a one-ay seminar entitled, "Working with Families: Parenting the Behavior Disorder Child," sponsored by Charter Hospital of Augusta and the Medical College of Georgia; held in August, Georgia. |
|---|---|
| February 1988 | "Therapeutic Consideration with Military Families.   "Presented at the Georgia Psychological Association's Mid-winter Conference, Calloway Gardens, Pine Mountain, Georgia. |
| February 1988 | "Identifying and Managing Problems in Preschool Children."  Presented at Open Door Preschool for the Staff Development in August, Georgia. |
| October 1987 | "Working with Resistant Families."   Presented at one-day continuing education workshop for public school teachers, sponsored by Charter Hospital of August and the Medical College of Georgia; held in August, Georgia. |
| April 1987 | "Typical and Atypical Development Problems."  Presented to the Mothers' League of Augusta, sponsored by St. Joseph's Hospital in Augusta, Georgia. |
| February 1987 | "Learning Disabilities: A Development-Neuropsychological Perspective."  Presented at a one-day continuing education workshop for special education teachers, sponsored by Richmond County Public School and the Medical College of Georgia, August, Georgia. |

| October 1986 | "Developmental Issues and the Foster Child."   Presented to the Foster Parent Associations of Colombia County in Martinez, Georgia. |
| February 1988 | "A Constructivist Approach to Moral Development."   Presented in Psychiatry Grand Rounds, Medical College of Georgia, Augusta, Georgia. |
| December 1987 | "Instruments and Interview: How to Make Them Work."   Presented a the Research Workshop sponsored by Eisenhower Army Medical Center and the Medical College of Georgia, Fort Gordon, Georgia. |
| November 1987 | "A Developmental Model of the Self."   Presented at Psychiatry Grand Rounds, Eisenhower Army Medical Center, Fort Gordon, Georgia. |

## Professional Publications

DeGroot, J.F., (2015). A Roadmap for Providing Psychiatric Services to Incarcerated Veterans: A challenging Subspecialty. In R. L. Trestman et. al. (Ed.), *Correctional Psychiatry* (pp. 310-314). Oxford Press.

DeGroot, J.F." Behavior Therapy in Correctional Settings." The Behavior Therapist, 2003, Vol.26#1.

Jensen, P.S., Xenakis, S.N., Davis, H., and DeGroot, J.F.: "Child Psychopathology Rating Scales and Interrater Agreement:  Child and Family Characteristics."  American Academy of Child and Adolescent Psychiatry, 1988, 17:4, p. 451-461

Jensen, P.S., Xenakis, S.N., Davis, H., and DeGroot, J.F.: "Child Psychopathology Rating Scales and Interrater Agreement:  Child and Family Characteristics."  American Academy of Child and Adolescent Psychiatry, 1988, 17:4, p. 451-461.

DeGroot, J.F., Hulsebus, R.C. Tamayo, F.M., and Sullivan, R: "A Model of Psychological Interventions for Consultation and Liaison with Medical Clinics."   Proceedings of the 1987 AMEDD Clinical Psychology Short Course, 1987, p. 103-112.

DeGroot, J.F., Jensen, P.S., and Xenakis, S.N.: "Relationships Between Parents: Self-Reported Symptoms and Their Perceptions of Their Children's Symptoms: Implications for Using Parent-Child Scales." Proceeding for the 1987 AMEDD Clinical Psychology Short Course, 1987, p. 153-162.

DeGroot, J.F.: "Effects of Person Perception on the Development of Children's Moral Judgment."  The Journal of Genetic Psychology, 1982, 141, p. 41-48.

Ross, B. and DeGroot, J.F.: "How Adolescents Combine Probabilities."  The Journal of Psychology, 1982, 110, p. 75-90.

7

Exhibit B

# BRIAN JOSEPH MAIN, Psy.D.

## CLINICAL & FORENSIC PSYCHOLOGIST

8555 Station Village Lane #3132 • San Diego, CA 92108
Phone: (619) 316-1466 • e-mail: psydocmain@gmail.com
CA License #PSY23222 • MA License #10301

---

## AREAS OF SPECIALTY

Forensic Evaluations / Expert Testimony
Substance Abuse / Relapse Prevention
Suicide Prevention & Response
Correctional Psychology
Risk Assessment / Psychological Testing
Offender Management and Treatment

Cognitive Behavioral Therapy
Personality Disorders / Malingering
Cultural Diversity/ LGBTQ
Intellectually Disabled Offenders
Domestic Violence/Sexual Assault
PTSD / Complex Trauma

## PROFESSIONAL EXPERIENCE

**FORENSIC HEALTH SERVICES** (MHM) – Fall River, Massachusetts          01/2016 –05/2019
*Forensic Psychologist*
- Conduct court ordered forensic evaluations for district and superior courts: Competency to Stand Trial; Criminal Responsibility; Civil Commitments, Aid in Sentencing, etc.
- Testify as an Expert Witness
- Provide consultation to judges, attorneys, probation officers/law enforcement
- Facilitate psychoeducation to court personnel and members of the community

**CALIFORNIA DEPARTMENT OF CORRECTIONS - RICHARD J. DONOVAN
CORRECTIONAL FACILITY -** San Diego, CA          06/2014 – 12/2015
*Chief Psychologist*
- Management/oversight for one of the largest correctional mental health programs in the state - all levels of security; high acuity mental illness; offenders with intellectual and physical disabilities; high risk medical and end of life care, transgendered population, protective custody; administrative segregation; inpatient and outpatient
- Worked collaboratively with all correctional staff to ensure compliance with evidence based and court ordered treatment mandates
- Participated in recruitment and retention of correctional health care staff
- Development, implementation, & oversight for policies and procedures
- Chaired interdisciplinary quality management committees and implemented quality improvement plans
- Implemented progressive discipline measures for staff accountability and patient safety
- Provided consultation for other state and county facilities regarding best practices and offender management
- Participated in the development and implementation of the electronic record (Cerner)
- Oversight of department budget

1

**DEPARTMENT OF STATE HOSPITALS -** Sacramento, CA      12/2013 – 06/2014
*Consulting Forensic Psychologist*

- Conducted evaluations of individuals referred as potentially Mentally Disordered Offenders and Sexually Violent Predators (SVP)
- Conducted in depth forensic reports based on forensic interview, testing, and chart review
- Conducted risk assessments for Sexually Violent Predators/ Mentally Disordered Offenders

**RICHARD J. DONOVAN CORRECTIONAL FACILITY -** San Diego, CA     8/2011 – 12/2013
*Senior Psychologist Specialist; Inpatient Unit Clinical Director; Suicide Prevention and Response Coordinator*

- Managed 14 bed inpatient psychiatric unit
- Developed, implemented, and provided oversight of mental health policies and procedures
- Facilitated trainings for various healthcare disciplines and custody staff on emergency response and suicide prevention
- Quality management through extensive chart reviews and development/implementation of quality improvement plans
- Developed and chaired multidisciplinary clinical case conferences for high risk patients
- Developed tools for tracking inmate suicide/self-injury risk, high utilization of services, and hospital transfers
- Interviewed and hired contract mental health staff

**NORTH KERN STATE PRISON -** Delano, CA      5/2009 – 8/2011
*Clinical Psychologist; Chief of Mental Health*

- Management and oversight for all mental health programs in the institution
- Developed, implemented, and provided oversight of mental health policies and procedures
- Ensured compliance with court mandates and best practices for mental health services
- Maintained appropriate staffing through effective recruitment and retention efforts
- Provided ongoing training and progressive discipline to all mental health staff as needed
- Diagnostic screening of mental illness and developmental disabilities
- Psychological Assessment and intervention for inmates with rape and exhibitionism offenses during incarceration
- Emergency "on-call" crisis intervention and suicide risk assessment
- Psycho-education and process groups with chronically and severely mentally disordered offenders, including intellectually disables inmates
- Long-term weekly individual treatment for mainline "lifer" inmates
- Facilitate weekly individual/group supervision for pre-licensed clinicians accruing their post-doctoral hours

**SHARPER FUTURE -** San Diego, CA     8/2005 – 10/2007; 11/2008 – 5/2009
*Psychologist-Court Mandated Offender Evaluator and Treatment Provider*

- Group and individual therapy sessions with a diverse group of adult *male and female* perpetrators of sexual assault, including *developmentally delayed* offenders
- Psychological assessments for the courts/probation/parole departments for the purpose of diagnosis, treatment planning, and recommendations for managing offenders' risk in the community.

- Psychological testing: Static-99, Abel (measure of sexual interest), SONAR, MCMI-III, MMPI-II, K-BIT, HCL-R, and other measures as needed

- Psychoeducation on topics of healthy sexuality, interpersonal skills, relapse prevention, victim empathy, self-esteem, criminal thinking, and emotion regulation
- Psychological Assessment of parents for the Child Welfare Department
- Group/individual psychotherapy for dually diagnosed federal probationers and parolees
- Initiate and maintain ongoing communication with persons responsible for the supervision of offenders in the community to enhance public safety

**James Reavis, Psy.D. - Psychological Corporation -** San Diego, CA          11/2007 – 11/2008
*Sex Offender Treatment Provider and Evaluator*
- In depth forensic evaluations on pre-adjudicated and adjudicated sexual offenders
- Facilitate psychodynamic group and individual psychotherapy with adult male and female perpetrators of sexual assault
- Psychoeducation on topics of healthy sexuality, interpersonal skills, relapse prevention, victim empathy, criminal thinking, emotion regulation, and self-care
- Administer and score a variety of psychological tests including Cognistat, AASI-Screening Measure of Sexual Interest, SONAR, MCMI-III, HCL-R, and Static-99
- Adhere to the "Containment Model" for risk management (e.g. open communication with the County Probation Department regarding changes in offenders' risk for recidivism)

**D. Wexler, Ph.D. - Relationship Training Institute (RTI) -** San Diego, CA       6/2007 – 6/2008
*Domestic Violence Offender Treatment Provider*
*Individual/Couples/Family Therapy Provider*
- Group and individual psychotherapy with court mandated male and female *perpetrators* of intimate partner violence (CBT-Relapse Prevention and Interpersonal Therapy methods)
- Group psychotherapy targeting the impact of substance abuse and other risk factors on parenting and intimate relationships
- Individual counseling to *victims* of intimate partner violence
- Assessment and treatment for *children* who have been exposed to intimate partner/family violence
- Interpret and synthesize data from psychological testing to identify, classify, and develop treatment plans for a range of psychological disorders
- Provide treatment to community based referrals in San Diego County

**Ellen G. Stein, Ph.D. - Clinical and Forensic Psychology -** San Diego, CA       9/2006 – 4/2008
*Private Practice Clinician* - Psychological Assistant to Ellen G. Stein, Ph.D.
- Individuals, couples, and group short-term and long-term psychotherapy
- Targets in treatment: chemical dependency, PTSD, anxiety and mood disorders, LGBT, sexuality, trauma, personal growth, and phase of life problems
- Routine Assessment of clients and administration of psychological testing for diagnostic and treatment purposes

**Community Research Foundation -** San Diego, CA                          6/2004 – 10/2005
*Psychosocial Rehabilitation Specialist* – Residential Inpatient Facility
- Group and individual brief therapy to homeless and mentally ill patients in acute crisis

3

- Treatment targets: substance abuse, emotion regulation, activities of daily living, coping and interpersonal skills, and emotion regulation

- Psychological testing for diagnostic and treatment purposes using the MCMI-III and MMPI-II
- Ongoing assessment and monitoring of indicators for suicidality, homicidality, and grave disability

## EDUCATION – APA ACCREDITED UNIVERSITY FOR MASTERS AND DOCTORATE

***California School of Professional Psychology/Alliant University***-San Diego, CA    8/2005 - 5/2008
  Psy.D. in Clinical Psychology, *Forensic Emphasis,* GPA: 3.8

***California School of Professional Psychology/Alliant University***-San Diego, CA    9/2003 – 5/2005
  M.A. in Psychology, GPA: 3.8

***California State University, Long Beach***-Long Beach, CA    1/2002 – 5/2003
    B.A. in Psychology, *Magna Cum Laude,* GPA: 3.9

## REFERENCES AVAILABLE UPON REQUEST

4

Exhibit C

# Rachel Gribbin

783 SE 1ˢᵗ Way
Deerfield Beach, FL 33441
(401) 487-8014 • rgribbin@pldolaw.com

## EXPERIENCE:

**Paralegal, Pannone Lopes Devereaux & O'Gara LLC,** Boca Raton, FL
4/2016 – Present

Special Masterships Practice
- Review and catalogue all emails and highlight any action needed to be taken
- Maintain chart to track all meetings both internally and with parties
- Responsible for cataloguing and summarizing all documents and distributing them to the responsible team member
- Maintain monthly calendar and progress report of outstanding matters and commitments
- Review, summarize, compose charts and provide trend analyses for multiple reports
- Assist with the Special Master's reports and court filings
- Assist on projects assigned by the Special Master or members of his team as needed

Government & Legislative Strategies Practice
- Process lobby reports with Rhode Island Secretary of State
- Track PAC account and file campaign finance reports with Rhode Island Board of Elections
- Attend legislative hearings when necessary

Trust & Estates Practice
- Monitor Florida probate matters, research county and judge rules, E-file documents
- Draft estate planning documents
- Support members of the department and the Florida office as needed

**Regulatory Compliance Specialist, Legal, Hilton Grand Vacations,** Orlando, FL
8/2015 – 3/2016

- Prepare legal documents that create the various timeshare projects developed by the company
- Prepare and maintain filings of timeshare registrations with the appropriate state agencies
- Support in-house counsel and the Vice President, Regulatory Compliance

**Paralegal, Pannone Lopes Devereaux & West LLC,** Providence, RI
10/2008 – 6/2015

Litigation Department
- Maintain files, docket necessary deadlines and update calendars
- Prepare pleadings, deposition notices, subpoenas, in connection with the litigation process
- Experience in working with Receivership matters
- Request, organize and produce documents in connection with discovery requests and responses
- Communicate as needed with court clerks and clients, regarding case information and status
- Contact medical providers, insurance adjusters in connection with records and case information

- Prepare demand letters for submission to insurance providers for settlement purposes
- Perform legal research with Lexis
- Proficient in State, Federal and Bankruptcy Courts Electronic Filing Systems

Government & Legislative Department
- Identify and track legislation that pertains to clients
- Calendar legislative hearings
- Update legislative database and produce weekly status reports to clients

**Executive Legal Assistant**, **State of Rhode Island, Office of the Governor,** Providence, RI
1/2003 – 10/2008
- Assist the Governor's Executive Legal Counsel and Deputy Attorneys
- Work closely with other State Departments and Agencies such as coordinating documents through the legal office, scheduling meetings, various requests of the Governor's legal staff
- Answer constituent phone calls and correspondence
- Create and update files; maintain attorney calendars
- Prepare letters, various documents, pleadings and briefs for a variety of litigation
- Trained and experienced in Electronic Case Filing System/Pacer
- Support the Legislative and Policy staff during the Legislative session, finalize transmittal/veto messages for Governor's approval and transmission to the General Assembly

**Legal Assistant, Brown Rudnick Berlack Israels, LLP,** Providence, RI
8/2000 – 1/2003
- Assist attorneys in the corporate and litigation department with daily tasks, answer phones, schedule meetings and maintain calendars

**EDUCATION:**

**Community College of Rhode Island**
Associate Degree in Paralegal Studies, August 2004

Exhibit D

# Lana L. Lopez

335 Pullen Avenue, Pawtucket, RI 02861 | 617.620.0850 | lopezlana@yahoo.com

## Objective

To be an asset and contribute to the success of the company by bringing my knowledge and legal assistant skills of 18 years.  I am a team player and always ready to accept new challenges.

## Education

- Certificate of Paralegal Studies: Boston University, December 18, 2010
- Sociology: University of Massachusetts, 1996 - 1998
- Early Childhood Education: Trinity College, Washington, DC, 1993 – 1995
- Liberal Arts: Inter-American University of Puerto Rico, 1981 - 1983

## Skills & Abilities

Type 100 words per minute
WordPerfect
Exel
PowerPoint
Elite Legal system
Lexis / Pacer
Spanish / English translation

## Experience

### INTAKE PARALEGAL | ELDER PROTECTION PROJECT, RHODE ISLAND LEGAL SERVICES
### 2017 – PRESENT

In my current role as an Intake Paralegal, I conduct initial intakes of prospective clients to determine their qualifications for legal assistance as defined under the department grant for the Elder Protection Project. I review and organize client documents, conduct legal research specific to each case and produce memorandums of findings to the assigned attorney with substantive facts that may help the case. Communicate with clients and other referring agencies to obtain information to support each case and make referrals as needed. I accompany my supervising attorney to court when necessary, and provide assistance with Spanish translation. I follow-up with clients and work with our social worker to better assist clients with need-based resources.  I participate in community outreach programs sponsored by National Grid Expos and other agencies on a monthly basis to provide information about Rhode Island Legal Services.

### SENIOR PRACTICE ASSISTANT | K&L GATES LLP | 2001 - 2017

- I supported four partners and one senior associate in the Investment Management Practice. My work in this practice group has been stellar. Before working in Investment Management, I worked for six years in the Probate/Litigation practice and also the Corporate practice where I was also an excellent assistant. My attention to detail and follow-through work ethic contributes to excellent work product.
- I assist associates and clients with legal translation both oral and written for clients from Spanish speaking countries.

**ASSISTANT TO VICE PRESIDENT | MILTON HOSPTIAL | 1996 - 2001**

· Assisted the vice president with daily processing of Patient Information, hospital surveys, and monthly and annual reports that were a key part of the maintenance of the hospital functions in maintaining proper guidelines for safety and compliance in each area of the hospital.

· I served on the Senior Citizens board of the hospital and attended meetings in the community with the Town of Milton Women's Club.

· I assisted with Milton Hospital fund raising efforts in their Annual Golf Tournament and other Marketing and Professional Development programs.

**References available upon request**