UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiff, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants. | No. 2:90-cv-0520 KJM KJN P <br><br><br> ORDER |

On October 4, 2019, the Special Master filed a request for appointment of additional staff. ECF No. 6307. In the memorandum supporting the request, the Special Master advises that the parties have represented that they have no objection to the requested appointments. ECF No. 6308 at 7.

The Special Master seeks appointment of James F. DeGroot, Ph.D., Brian J. Main, Psy.D., and paralegals Rachel Gribbin and Lana L. Lopez to his staff. As experts, Dr. DeGroot and Dr. Main are each to be compensated at the rate of two hundred fifty dollars ($250.00) per hour for their work and ninety dollars ($90.00) per hour for travel time, plus reasonable expenses. As paralegals, Ms. Gribbin and Ms. Lopes are each to be compensated at the rate of one hundred ninety dollars ($190.00) per hour for their work and ninety dollars ($90.00) per hour for travel time, plus reasonable expenses.

/////

1

Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Special Master's October 4, 2019 request for appointment of additional staff, ECF No. 6307, is GRANTED; and

2. The Special Master is authorized to appoint James F. DeGroot, Ph.D., Brian J. Main, Psy.D., and paralegals Rachel Gribbin and Lana L. Lopez to his staff to perform the duties set forth in the Special Master's Request for the Appointment of Additional Staff and the accompanying memorandum, filed October 4, 2019, and to be compensated at the rates set forth therein.

DATED: October 8, 2019.

_____
UNITED STATES DISTRICT JUDGE