UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOM, et al. | |
| Defendants. | |

As the court has required, ECF Nos. 6095, 6194, 6264, on September 12, 2019, defendants submitted an Update to the California Department of Corrections and Rehabilitation (CDCR) Custody and Mental Health Partnership Plan (CMHPP) (hereafter Update). ECF No. 6278. The Update was filed without objection from plaintiffs and with the approval of the Special Master. Upon review, the court finds the Update responsive to and in compliance with the requirements of the court's February 20, 2019 order, ECF No. 6095, and the timelines contained in the plan reflect appropriately the court's expectations for timely implementation of a complete CMHPP. The court commends all those involved for the effort involved and the complete plan that has been produced. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Defendants' Update to the CDCR Custody and Mental Health Partnership Plan, ECF No. 6278, is approved and shall be implemented in accordance with the timelines set forth in the Update.

2. On or before April 30, 2020, defendants shall certify to the Special Master that all deadlines specified in the Update have been met or that the tasks described as ongoing are in fact ongoing. The certification shall be accompanied by an updated version of ECF No. 6278 that includes all of the original text, with annotations that specify when deadlines have been met and which tasks remain ongoing. If defendants are unable to certify as ordered above, they shall provide a detailed explanation of why any deadline has not been met or any task is not ongoing.

DATED: October 8, 2019.

_____
UNITED STATES DISTRICT JUDGE