DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' LIST OF EXHIBITS FOR OCTOBER 15, 2019 EVIDENTIARY HEARING**<br><br>Judge: Hon. Kimberly J. Mueller<br>Date: October 15, 2019<br>Time: 9:00 a.m.<br>Crtrm.: 3, 15th Floor, Sacramento |

Pursuant to this Court's order dated September 17, 2019, Plaintiffs submit the following list of exhibits, including one demonstrative exhibit, attached hereto, for use at the October 15, 2019 evidentiary hearing. See ECF No. 6288 at 12. Plaintiffs sought to file portions of this exhibit list jointly with Defendants to the extent Plaintiffs' and Defendants' exhibits overlap, but Defendants were unresponsive to Plaintiffs' requests as of the close of business on the day this filing was due.

DATED: October 8, 2019          Respectfully submitted,

                                    ROSEN BIEN GALVAN & GRUNFELD LLP

                                    By: /s/ Cara E. Trapani
                                          Cara E. Trapani

                                    Attorneys for Plaintiffs

*Coleman v. Newsom, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List Re: October 15, 2019 Evidentiary Hearing

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| PL-100 | Dr. Michael Golding Whistleblower CDCR Mental Health System Report | | |
| PL-101 | Golding Report Exhibit A | | |
| PL-102 | Golding Report Exhibit B | | |
| PL-103 | Golding Report Exhibit C | | |
| PL-104 | Golding Report Exhibit D | | |
| PL-105 | Golding Report Exhibit E | | |
| PL-106 | Golding Report Exhibit F | | |
| PL-107 | Golding Report Exhibit G | | |
| PL-108 | Golding Report Exhibit H | | |
| PL-109 | Golding Report Exhibit I | | |
| PL-110 | Golding Report Exhibit J | | |
| PL-111 | Golding Report Exhibit K | | |
| PL-112 | Golding Report Exhibit L | | |
| PL-113 | Golding Report Exhibit M | | |
| PL-114 | Golding Report Exhibit N | | |
| PL-115 | Golding Report Exhibit O | | |
| PL-116 | Golding Report Exhibit P | | |
| PL-117 | Golding Report Exhibit Q | | |
| PL-118 | Golding Report Exhibit R | | |
| PL-119 | Golding Report Exhibit S | | |
| PL-120 | Golding Report Exhibit T | | |
| PL-121 | Golding Report Exhibit U | | |

*Coleman v. Newsom, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB
Plaintiffs' Exhibit List Re: October 15, 2019 Evidentiary Hearing

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| PL-122 | Golding Report Exhibit V | | |
| PL-123 | Golding Report Exhibit W | | |
| PL-124 | Golding Report Exhibit X | | |
| PL-125 | Golding Report Exhibit Y | | |
| PL-126 | Golding Report Exhibit Z | | |
| PL-127 | Golding Report Exhibit AA | | |
| PL-128 | Golding Report Exhibit BB | | |
| PL-129 | Golding Report Exhibit CC | | |
| PL-130 | Golding Report Exhibit DD | | |
| PL-131 | Golding Report Exhibit EE | | |
| PL-132 | Golding Report Exhibit FF | | |
| PL-133 | Golding Report Exhibit GG | | |
| PL-134 | Golding Report Exhibit HH | | |
| PL-135 | Golding Report Exhibit II | | |
| PL-136 | Golding Report Exhibit JJ | | |
| PL-137 | Golding Report Exhibit KK | | |
| PL-138 | Golding Report Exhibit LL | | |
| PL-139 | Golding Report Exhibit MM | | |
| PL-140 | Golding Report Exhibit NN | | |
| PL-141 | Golding Report Exhibit OO | | |
| PL-142 | Golding Report Exhibit PP | | |
| PL-143 | Golding Report Exhibit QQ | | |

*Coleman v. Newsom, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List Re: October 15, 2019 Evidentiary Hearing

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| PL-144 | Golding Report Exhibit RR | | |
| PL-145 | Golding Report Exhibit SS | | |
| PL-146 | Golding Report Exhibit TT | | |
| PL-147 | Golding Report Exhibit UU | | |
| PL-148 | Golding Report Exhibit VV | | |
| PL-149 | Golding Report Exhibit WW | | |
| PL-150 | Golding Report Exhibit XX | | |
| PL-151 | Golding Report Exhibit YY | | |
| PL-152 | Golding Report Exhibit ZZ | | |
| PL-153 | Golding Report Exhibit AAA | | |
| PL-154 | Golding Report Exhibit BBB | | |
| PL-155 | Golding Report Exhibit CCC | | |
| PL-156 | Golding Report Exhibit DDD | | |
| PL-157 | Golding Report Exhibit EEE | | |
| PL-158 | Golding Report Exhibit FFF | | |
| PL-159 | Golding Report Exhibit GGG | | |
| PL-160 | Golding Report Exhibit HHH | | |
| PL-161 | Golding Report Exhibit III | | |
| PL-162 | Golding Report Exhibit JJJ | | |
| PL-163 | Golding Report Exhibit KKK | | |
| PL-164 | Dr. Melanie Gonzalez Complaint re Patient Care and Safety, 10-24-18 | | |
| PL-165 | CDCR 28th Round Pre-Tour Production to Special Master | | |

*Coleman v. Newsom, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List Re: October 15, 2019 Evidentiary Hearing

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| | re COR Psychiatry Data - Compiled, rec'd 04-01-19 | | |
| PL-166 | CDCR 28th Round Pre-Tour Production to Special Master re LAC Psychiatry Data - Compiled, rec'd 04-12-19 | | |
| PL-167 | CDCR 28th Round Pre-Tour Production to Special Master re RJD Psychiatry Data - Compiled, rec'd 03-21-19 | | |
| PL-168 | CDCR 28th Round Pre-Tour Production to Special Master re SAC Psychiatry Data - Compiled, rec'd 05-07-19 | | |
| PL-169 | CDCR 28th Round Pre-Tour Production to Special Master re SVSP Psychiatry Data - Compiled, rec'd 02-12-19 | | |
| PL-170 | EOP ASU Hub Certifications, October 2016 | | |
| PL-171 | EOP ASU Hub Certifications, November 2016 | | |
| PL-172 | EOP ASU Hub Certifications, December 2016 | | |
| PL-173 | EOP ASU Hub Certifications, January 2017 | | |
| PL-174 | EOP ASU Hub Certifications, February 2017 | | |
| PL-175 | EOP ASU Hub Certifications, March 2017 | | |
| PL-176 | EOP ASU Hub Certifications, April 2017 | | |
| PL-177 | ASU EOP HUB Certification Audit Instructions v.3-2, 07-29-14 | | |
| PL-178 | ASU EOP HUB Certification Indicators, 08-16-16 | | |
| PL-179 | PSU Certification Audit Instructions Draft, rec'd 04-20-17 | | |
| PL-180 | ECF No. 3693 Defs' Staffing Plan, 09-30-09 | | |
| PL-181 | ECF No. 5591 Defs' Response to Special Master's Staffing Report, 03-30-17 | | |
| PL-182 | ECF No. 5591-2 Decl of Katherine Tebrock in support of Defs' Response to Special Master's Staffing Report, 03-30-17 | | |

*Coleman v. Newsom, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB
Plaintiffs' Exhibit List Re: October 15, 2019 Evidentiary Hearing

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| PL-183 | ECF No. 5601 Defs' Reply to Pls' Objections and Request for Add'l Relief re Special Master's Staffing Report, 04-13-17 | | |
| PL-184 | ECF No. 5841 Joint Status Report re 06-18-18 Status Conference re Staffing, 06-21-18 | | |
| PL-185 | ECF No. 5856 Defs' Monthly Psychiatry Vacancy Report for June 2018, 07-16-18 | | |
| PL-186 | ECF No. 5864-1 Mental Health Services Delivery System (MHSDS) Program Guide 2018 Revision, 07-30-18 | | |
| PL-187 | ECF No. 5879 Defs' Objections to Special Master's Report re Proposed Telepsychiatry Policy Addendum, 08-13-18 | | |
| PL-188 | ECF No. 5879-2 Decl of Dr. Kevin Kuich in support of Defs' Objections to Special Master's Report re Proposed Telepsychiatry Policy Addendum, 08-13-18 | | |
| PL-189 | ECF No. 5879-4 Decl of Katherine Tebrock in support of Defs' Objections to Special Master's Report re Proposed Telepsychiatry Policy Addendum, 08-13-18 | | |
| PL-190 | ECF No. 5900 Defs' Monthly Psychiatry Vacancy Report for July 2018, 08-31-18 | | |
| PL-191 | ECF No. 5922 Joint Status Report re 10-11-18 Status Conference, 09-14-18 | | |
| PL-192 | ECF No. 5934 Defs' Monthly Psychiatry Vacancy Report for August 2018, 09-28-18 | | |
| PL-193 | ECF No. 5988 Decl of Dr. Michael Golding in support of Whistleblower Report, 10-31-18 | | |
| PL-194 | ECF No. 5991 Defs' Monthly Psychiatry Vacancy Report for September 2018, 10-31-18 | | |
| PL-195 | ECF No. 6012 Defs' Comments on Proposed Order of Appointment, 11-20-18 | | |
| PL-196 | ECF No. 6012-1 Decl of Dr. Brittany Brizendine in | | |

*Coleman v. Newsom, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB
Plaintiffs' Exhibit List Re: October 15, 2019 Evidentiary Hearing

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| | support of Defs Response to 11-13-18 Order to Show Cause, 11-20-18 | | |
| PL-197 | ECF No. 6012-2 Decl of Dr. Laura Ceballos in support of Defs' Response to 11-13-18 Order to Show Cause, 11-20-18 | | |
| PL-198 | ECF No. 6012-3 Decl of Dr. David Leidner in support of Defs' Response to 11-13-18 Order to Show Cause, 11-20-18 | | |
| PL-199 | ECF No. 6015 Defs' Notice of Errata re ECF Nos. 6012 and 6012-2, 11-27-18 | | |
| PL-200 | ECF No. 6086-1 Decl of Nicholas Weber in support of Defs' Motion for Protective Order Against Production by Defs to Expert Investigator, 02-14-19 | | |
| PL-201 | ECF No. 6147 Neutral Expert's Report, 05-03-19 | | |
| PL-202 | ECF No. 6165 Decl of Dr. Navreet Mann in support of Amicus Brief of Union of American Physicians And Dentists, 05-28-19 | | |
| PL-203 | ECF No. 6242 Order re Golding Report Evidentiary Hearing, 08-14-19 | | |
| PL-204 | ECF No. 6257-2 Decl of Rei Onishi in support of Defs' Response to 08-14-19 Order, 08-28-19 | | |
| PL-205 | ECF No. 6288 Order re Golding Report Evidentiary Hearing, 09-17-19 | | |
| PL-206 | ECF No. 6302 Defs Notice of Errata re ECF Nos. 5591, 5601, and 5841, 10-1-19 | | |
| PL-207 | ECF No. 6302-1 Decl of Nicholas Weber in support of Defs Notice of Errata re ECF Nos. 5591, 5601, and 5841, 10-1-19 | | |
| PL-208 | Email from Nicholas Weber re Coleman All Parties Workgroup Data and Associated Documents, 12-06-16 | | |
| PL-209 | Email from Melissa Bentz re CDCR Staffing Update – | | |

*Coleman v. Newsom, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List Re: October 15, 2019 Evidentiary Hearing

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| | January 2018, 01-12-18 | | |
| PL-210 | Email from Melissa Bentz re CDCR Psychiatry Staffing Proposal, 05-17-18 | | |
| PL-211 | Email from Melissa Bentz re Defs' Clustering Proposal, 06-05-18 | | |
| PL-212 | Email from Melissa Bentz re Defs' Revision to Psychiatry Staffing Proposal, 06-15-18 | | |
| PL-213 | Email from Melissa Bentz re Coleman Documents for Monday Staffing Workgroup re CDCR's Psychiatry Staffing Proposal, 07-27-18 | | |
| PL-214 | Email from Melissa Bentz re Revised CDCR Psychiatry Staffing Proposal, 08-24-18 | | |
| PL-215 | Email from Melissa Bentz re Documents for 09-17-18 Workgroup and Revised Psychiatry Staffing Proposal, 09-14-18 | | |
| PL-216 | Email from Melissa Bentz re Revised Psychiatry Staffing Reductions, 09-17-18 | | |
| PL-217 | Email from Elise Thorn re Draft Stipulation and Proposed Order re Defendant CDCR's Adjustments to the 2009 Staffing Plan, 09-19-18 | | |
| PL-218 | Email from Elise Thorn Forwarding 09-28-18 Email From Tyler Heath re Response to the Special Master's Requests for Psychiatry Allocation Data, 10-1-2018 | | |
| PL-219 | Letter from Cara Trapani re Pls' Comments and Questions re Defs' 05-17-18 Psychiatry Staffing Proposal, 06-08-18 | | |
| PL-220 | Letter from Cara Trapani re Pls' Requests for Further Information re Defs' Proposals to Cut Psychiatry Positions, 07-18-18 | | |
| PL-221 | Letter from Cara Trapani re Defs' Commitments from 07-09-18 and 07-23-18 Workgroup Meetings re Defs' Psychiatry Staffing Proposal and DSH's May 2018 Staffing Plan, 07-25-18 | | |

*Coleman v. Newsom, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List Re: October 15, 2019 Evidentiary Hearing

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| PL-222 | Letter from Marc Shinn-Krantz re Defs' Commitments from 07-30-18, 08-02-18, and 08-06-18 Workgroup Meetings, 08-10-18 | | |
| PL-223 | Letter from Cara Trapani re Defs' Commitments from 09-05-18 and 09-10-18 Workgroup Meetings, 09-13-18 | | |
| PL-224 | Letter from Marc Shinn-Krantz re Defs' Commitments from 09-17-18 Workgroup Meeting, 09-21-18 | | |
| PL-225 | CDCR 2018 CQI Monitoring Document Production re CVSP, Mental Health Subcommittee Minutes, May 2018 | | |
| PL-226 | CDCR 2018 CQI Monitoring Document Production re SVSP, Mental Health Subcommittee Minutes, May 2018 | | |
| PL-227 | CDCR 2018 CQI Monitoring Document Production re HDSP, Mental Health Subcommittee Minutes, August 2018 | | |
| PL-228 | CDCR 2016 CQI Monitoring Document Production re SVSP, Mental Health Subcommittee Minutes, February 2016 | | |
| PL-229 | CDCR 2016 CQI Monitoring Document Production re LAC, Performance Report Data from 03-01-16 to 09-26-16 | | |
| PL-230 | CDCR 2016 CQI Monitoring Document Production re RJD, Performance Report Data 03-01-16 to 09-18-16 | | |
| PL-231 | Special Master's 26th Monitoring Round Document Request, 02-12-15 | | |
| PL-232 | Special Master's 27th Monitoring Round Document Request, 04-11-16 | | |
| PL-233 | Special Master's 28th Monitoring Round Document Request, 02-04-19 | | |
| PL-234 | Defs' Draft CQI Report for RJD, rec'd 08-30-17 | | |
| PL-235 | CDCR Final Quality Improvement Plan Report re SVSP Class Member, 05-14-18 | | |

*Coleman v. Newsom, et al.,* USDC, E.D. Cal., Case No. 2:90-cv-00520 KJM-DB

Plaintiffs' Exhibit List Re: October 15, 2019 Evidentiary Hearing

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| PL-236 | CDCR Final Quality Improvement Plan Report re LAC Class Member, 12-13-17 | | |
| PL-237 | CDCR Final Quality Improvement Plan Report re CHCF Class Member, 03-18-19 | | |
| PL-238 | CDCR Final Quality Improvement Plan Report re SVSP Class Member, 10-08-18 | | |
| PL-239 | CDCR Mental Health Organizational Chart, 07-01-18 | | |
| PL-240 | Reporter's Transcript of 12-04-13 Evidentiary Hearing re Segregation | | |
| PL-241 | Agendas for All Parties Workgroup Meetings, January 2018 through October 2018 | | |
| PL-242 | Compilation of Parties' Stipulated Facts re Dr. Michael Golding and Neutral Expert Reports, 10-8-19 | | |
| PL-243 | **Pls' Demonstrative Exhibit for 10-15-19 Hearing:** Chart of CDCR 28th Round Pre-Tour Psychiatry Contact Data Produced to Special Master re Supervising Psychiatrists vs Line Psychiatrists, 10-01-19 | | |