XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State BAR No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                   Plaintiffs,<br><br>        v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                   Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF ERRATA OF ECF NO. 6320**<br><br>Judge: The Hon. Kimberly J. Mueller |

1

Defs.' Notice of Errata Re: ECF No. 6320 (2:90-cv-00520 KJM-DB (PC))

On October 8, 2019, Defendants filed a joint exhibit list for the October 15, 2019 evidentiary hearing. (ECF N0. 6320.) As represented in the filing, Defendants submitted the joint exhibit list subject to the parties' need to resolve questions regarding redacted documents. (*Id.* at 1:24-25.) Defendants included Plaintiffs' signature block on the joint exhibit list without confirming Plaintiffs' agreement to the document. This was inadvertent, and Defendants file this Notice of Errata to remove Plaintiffs' signature block.

Dated: October 9, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
14183076.docx

2

Defs.' Notice of Errata Re: ECF No. 6320 (2:90-cv-00520 KJM-DB (PC))