XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State BAR No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**AMENDED JOINT EXHIBIT LIST RE: OCTOBER 15, 2019 EVIDENTIARY HEARING**<br><br>Judge:   The Hon. Kimberly J. Mueller |

The Court's September 17, 2019 scheduling order for the October 15, 2019 evidentiary hearing directed the parties to file a joint list of evidentiary exhibits and a joint list of demonstrative exhibits that they may seek to present at the hearing. The parties met and conferred and in compliance with the September 17, 2019 order, Defendants submit a list of joint exhibits.[1] Defendants understand that Plaintiffs are submitting a separate list of exhibits. By including an exhibit in either this joint submission or in a separate list, neither party waives any applicable objection the party may assert to the exhibit at the hearing.

---

[1] Plaintiffs requested that Defendants substitute unredacted versions of Exhibits 10-12. Defendants are working on Plaintiffs' request but could not resolve those issues in advance of this filing.

1

**JOINT EXHIBIT LIST**

| Ex. No. | Description | Offered | Admitted |
|---|---|---|---|
| A. | November 19, 2018 Declaration of Laura Ceballos Supporting Defendants' Response to the Court's November 13, 2018 Order, ECF No. 6012-2. | | |
| B. | Mental Health Quality Improvement Project Power Point Presentation attached as Exhibit 1 to November 19, 2019 Declaration of Laura Ceballos Supporting Defendants' Response to the Court's November 13, 2018 Order, ECF No. 6012-2. | | |
| C. | Special Master's 27th Round Review Document Request to CDCR as Exhibit 2 to November 19, 2019 Declaration of Laura Ceballos Supporting Defendants' Response to the Court's November 13, 2018 Order, ECF No. 6012-2. | | |
| D. | Description and Methodologies for Performance Report Indicators attached as Exhibit 3 to the November 19, 2019 Declaration of Laura Ceballos Supporting Defendants' Response to the Court's November 13, 2018 Order, ECF No. 6012-2. | | |
| E. | November 20, 2018 Declaration of David Leidner Supporting Defendants' Response to the Court's November 13, 2018 Order to Show Cause, ECF No. 6012-3. | | |
| F. | Excerpt of the Compliance Rules Report attached as Exhibit 1 to November 20, 2018 Declaration of David Leidner Supporting Defendants' Response to the Court's November 13, 2018 Order to Show Cause, ECF No. 6012-3. | | |
| G. | Snapshots of the Management Reporting Help Website attached as Exhibit 2 to November 20, 2018 Declaration of David Leidner Supporting Defendants' Response to the Court's November 13, 2018 Order to Show Cause, ECF No. 6012-3. | | |
| H. | Power Point Presentation attached Exhibit 3 to November 20, 2018 Declaration of David Leidner Supporting Defendants' Response to the Court's November 13, 2018 Order to Show Cause, ECF No. 6012-3. | | |
| I. | March 22, 2017 Email Regarding Measuring Monthly attached as Exhibit 4 to November 20, 2018 Declaration of David Leidner Supporting Defendants' Response to the Court's November 13, 2018 Order to Show Cause, ECF No. 6012-3. | | |
| J. | July 1, 2015 Email Regarding Time Frame Measurements attached as Exhibit 5 to November 20, 2018 Declaration of David Leidner Supporting Defendants' Response to the | | |

Amended Joint Exhibit List Re: October 15, 2019 Evidentiary Hearing  (2:90-cv-00520 KJM-DB (PC))

| Ex. No. | Description | Offered | Admitted |
|---|---|---|---|
| | Court's November 13, 2018 Order to Show Cause, ECF No. 6012-3. | | |
| K. | December 5, 2016 Email Requesting a Change to the Enhanced Outpatient Program Psychiatry Indicator attached as Exhibit 6 to November 20, 2018 Declaration of David Leidner Supporting Defendants' Response to the Court's November 13, 2018 Order to Show Cause, ECF No. 6012-3. | | |
| L. | June 5, 2017 Email Regarding Psychiatrist Appointments Report attached as Exhibit 7 to November 20, 2018 Declaration of David Leidner Supporting Defendants' Response to the Court's November 13, 2018 Order to Show Cause, ECF No. 6012-3. | | |
| M. | Screenshot of the Layers of Data Presented under Appointments Seen as Scheduled Indicator attached as Exhibit 11 to November 20, 2018 Declaration of David Leidner Supporting Defendants' Response to the Court's November 13, 2018 Order to Show Cause, ECF No. 6012-3. | | |
| N. | Screen Shot of the Seen as Scheduled Definition attached as Exhibit 12 to November 20, 2018 Declaration of David Leidner Supporting Defendants' Response to the Court's November 13, 2018 Order to Show Cause, ECF No. 6012-3. | | |
| O. | May 17, 2018 Staffing Proposals. (ECF No. 5841.) | | |
| P. | June 15, 2018 Email transmitting summary and revisions of CDCR staffing proposals. | | |
| Q. | Adjustments to the 2009 Staffing Plan Ex 1 to September 14, 2018 Joint Status Report. (ECF No. 5922.) | | |

Dated: October 9, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Elise Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003 / 14181882.docx