DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFFS' EXHIBITS FOR OCTOBER 15, 2019 EVIDENTIARY HEARING**<br><br>Judge: Hon. Kimberly J. Mueller<br>Date: October 15, 2019<br>Time: 9:00 a.m.<br>Crtrm.: 3, 15th Floor, Sacramento |

[3447686.1]

PLAINTIFFS' RESPONSE TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFFS' EXHIBITS FOR OCTOBER 15, 2019 EVIDENTIARY HEARING

Plaintiffs file this response to Defendants' Evidentiary Objections to Plaintiffs' Exhibits for October 15, 2019 Evidentiary Hearing (ECF No. 6321) to clarify several misstatements in Defendants' filing. Pursuant to the Court's September 17, 2019 Order, in which the Court ordered "the parties to meet and confer on or before October 6, 2019 in an effort to resolve any evidentiary objections that may be raised in response to proposed exhibits," ECF No. 6288 at 4, counsel for Plaintiffs and Defendants met and conferred telephonically on Friday, October 4, 2019. *See* Decl. of Lisa Ells in Supp. of Pls.' Resp. to Defs.' Evid. Objs., filed herewith ("Ells Decl."), ¶ 4. At no time during that meet and confer session did Defendants provide Plaintiffs notice that they intended to object to any document on Plaintiffs' Exhibit List on hearsay grounds. *Id.* Counsel for Plaintiffs repeatedly made themselves available to further discuss any evidentiary objections prior to the filing deadline, but Defendants did not respond. *Id.* ¶ 5-6. In contravention of the Court's expectation that the parties would meet and confer in good faith, Defendants never notified Plaintiffs, either orally or in writing, of their intent to file hearsay objections, let alone give Plaintiffs an opportunity to "provide an exception to admit" the documents Defendants claim are inadmissible hearsay. *See* Defs.' Evid. Objs., ECF No. 6321 at 4; *see also* Ells Decl. ¶ 7. Accordingly, because Defendants failed to comply with the Court's directive to meet and confer in good faith regarding their hearsay objections in advance of asserting them, Plaintiffs request that this Court decline to issue any pretrial ruling on those objections.

DATED: October 9, 2019              Respectfully submitted,

                                    ROSEN BIEN GALVAN & GRUNFELD LLP

                                    By: */s/ Cara E. Trapani*
                                        Cara E. Trapani

                                    Attorneys for Plaintiffs

[3447686.1]

1

PLAINTIFFS' RESPONSE TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFFS' EXHIBITS FOR OCTOBER 15, 2019 EVIDENTIARY HEARING