DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>   Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' EVIDENTIARY OBJECTIONS TO PLAINTIFFS' EXHIBITS FOR OCTOBER 15, 2019 EVIDENTIARY HEARING**<br><br>Judge: Hon. Kimberly J. Mueller<br>Date:  October 15, 2019<br>Time:  9:00 a.m.<br>Crtrm.: 3, 15th Floor, Sacramento |

[3447688.2]

DECL. OF LISA ELLS ISO PLS.' RESPONSE TO DEFS.' EVIDENTIARY OBJECTIONS TO PLS.' EXHIBITS FOR OCTOBER 15, 2019 EVIDENTIARY HEARING

I, Lisa Ells, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Response to Defendants' Evidentiary Objections to Plaintiffs' Exhibits for October 15, 2019 Evidentiary Hearing.

2. On Friday, September 20, I sent an email to Deputy Attorney General Elise Thorn at 5:19 p.m. setting forth Plaintiffs' understanding of the Court's September 17, 2019 Order (ECF No. 6288) as requiring the parties to meet and confer regarding evidentiary objections by Friday, October 4, as October 6 (the meet and confer deadline specified in the Court's Order) fell on a Sunday. I did not receive any response.

3. On Thursday, October 3, my colleague, Cara Trapani, sent an email to Ms. Thorn and Supervising Deputy Attorney General Adriano Hrvatin at 11:55 a.m. requesting Defendants' availability to hold a telephonic meet and confer session regarding evidentiary objections. Defendants did not respond. At 4:14 p.m. that same day, I emailed Ms. Thorn and Mr. Hrvatin to again request their availability to meet and confer. Mr. Hrvatin responded later that evening and the parties set a time to discuss evidentiary objections on October 4.

4. The parties met and conferred on Friday, October 4 regarding their respective evidentiary objections. I, with my colleagues Ms. Trapani and Jessica Winter, participated on the call for Plaintiffs. Mr. Hrvatin, Ms. Thorn, and Deputy Attorney General Tyler Heath were present for Defendants. At no time during the call did counsel for Defendants provide notice that they would be filing objections to any of Plaintiffs' exhibits on hearsay grounds. Defendants stated they planned to file general objections on Tuesday, October 8, that many of Plaintiffs' exhibits were beyond the scope of the September 17 Order's parameters for the hearing, but did not specify which ones. Both

[3447688.2]

1

DECL. OF LISA ELLS ISO PLS.' RESPONSE TO DEFS.' EVIDENTIARY OBJECTIONS TO PLS.' EXHIBITS FOR OCTOBER 15, 2019 EVIDENTIARY HEARING

parties reserved the right to make additional evidentiary objections at the hearing depending on the development of the evidence.

5. On Monday, October 7 at 11:32 a.m. I emailed Ms. Thorn, Mr. Hrvatin, and Deputy Attorney General Kyle Lewis regarding outstanding items from the parties' October 4 meet and confer. I offered times that Plaintiffs were available to speak that day to resolve these issues. At 1:50 p.m., I received a response email from Ms. Thorn stating she would soon provide Defendants' positions regarding any outstanding evidentiary objections. At 6:00 p.m. that evening, Ms. Thorn provided Defendants' positions regarding various matters via email. Ms. Thorn did not disclose that Defendants planned to file objections to any of Plaintiffs' exhibits on hearsay grounds.

6. At 10:03 a.m. the following day, October 8, I responded to Ms. Thorn's email. Among other things, I offered to further meet and confer regarding any remaining evidentiary issues with Defendants prior to the parties filing their respective objections later that day. I did not receive any response.

7. The first time I learned that Defendants would raise hearsay objections in their pretrial evidentiary objections was when I read Defendants' Evidentiary Objections to Plaintiffs' Exhibits For October 15, 2019 Evidentiary Hearing, ECF No. 6321. Contrary to Defendants' assertions in that filing, Plaintiffs were never provided any opportunity to identify applicable exceptions to Defendants' hearsay objections given that Defendants never raised any such issues during the meet and confer period in advance of their filing. *See* ECF No. 6321 at 4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 9th day of October, 2019.

Lisa Ells