| CAED 435<br>(Rev. 04/18) | United States District Court, Eastern District of California | | FOR COURT USE ONLY |
|---|---|---|---|
| | **TRANSCRIPT ORDER** | | **DUE DATE:** |

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME<br>Elise Owens Thorn | 2. EMAIL<br>Elise.Thorn@doj.ca.gov | 3. PHONE NUMBER<br>(916) 210-7318 | 4. DATE<br>October 10, 2019 | |
|---|---|---|---|---|
| 5. MAILING ADDRESS<br>Office of the Attorney General, P.O. Box 944255 | | 6. CITY<br>Sacramento | 7. STATE<br>CA | 8. ZIP CODE<br>94244-2550 |
| 9. CASE NUMBER<br>2:90-cv-00520 KJM-DB (PC) | 10. JUDGE<br>Kimberly J. Mueller | DATES OF PROCEEDINGS | | |
| | | 11. FROM October 9, 2019 | 12. TO October 9, 2019 | |
| 13. CASE NAME<br>Coleman, et al. v. Newsom, et al. | | LOCATION OF PROCEEDINGS | | |
| | | 14. CITY Sacramento | 15. STATE CA | |

16. ORDER FOR

☐ APPEAL No.     ☐ CRIMINAL     ☐ CRIMINAL JUSTICE ACT     ☐ BANKRUPTCY

☐ NON-APPEAL     ☑ CIVIL     ☐ IN FORMA PAUPERIS     ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | In Camera Telephonic Status Conference | 10/09/19 | KACY PARKER BARAJAS |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| Entire Status Conference | | | | | |

18. ORDER     (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to<br>Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☑ | ☑ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).     ESTIMATE TOTAL

| 19. SIGNATURE<br>/s/ Elise Owens Thorn | PROCESSED BY |
|---|---|
| 20. DATE<br>October 10, 2019 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |