1 XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2 ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
3 ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
4 ROBERT W. HENKELS, State Bar No. 255410
KYLE A. LEWIS, State Bar No. 201041
5 Deputy Attorneys General
  1300 I Street, Suite 125
6 P.O. Box 944255
  Sacramento, CA 94244-2550
7 Telephone: (916) 210-7318
  Fax: (916) 324-5205
8 E-mail: Elise.Thorn@doj.ca.gov
Attorneys for Defendants

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
Special Counsel for Defendants

10 IN THE UNITED STATES DISTRICT COURT

11 FOR THE EASTERN DISTRICT OF CALIFORNIA

12 SACRAMENTO DIVISION

14
15 **RALPH COLEMAN, et al.,**
16                                          Plaintiffs,
17        v.
18 **GAVIN NEWSOM, et al.,**
19                                          Defendants.

Case No. 2:90-cv-00520 KJM-DB (PC)

**DEFENDANTS' RESPONSE TO PARAGRAPH 5 OF THE COURT'S SEPTEMBER 17, 2019 ORDER**

Judge: The Hon. Kimberly J. Mueller

21        In response to the Court's August 14, 2019 order, Defendants stated that they "did not

22 modify the business rule timely psychiatry contacts conducted for patients in the ASU EOP Hub

23 program" and that they "no longer needed to resubmit the five ASU EOP Hub certification

24 letters." On September 17, 2019, the Court ordered Defendants to submit evidence supporting

25 these assertions. (ECF No. 6288 at 4.) On October 4, 2019, the Court approved the parties'

26 stipulation extending Defendants' deadline to submit the requested evidence to October 10, 2019.

27 (ECF No. 6309.)

28

[3419376.1]                                      1

1    To address the Court's order, CDCR performed additional research including a review of

2    the computer codes related to this business rule.  Contrary to its representation that the business

3    rule had not been modified for ASU EOP Hubs, CDCR learned that the business rule for ASU

4    EOP Hubs was changed from every 30 days to "once every calendar month, never to exceed 45

5    days between appointments."  Accordingly, CDCR erred when it reported that it "did not modify

6    the business rule timely psychiatry contacts conducted for patients in the ASU EOP Hub

7    program" and that it "no longer needed to resubmit the five ASU EOP Hub certification letters."

8    Defendants sincerely regret this error and are taking remedial steps, including reaffirming with

9    counsel and program staff the need to confirm the accuracy of all data, particularly data reported

10    to the Court, Special Master, or Plaintiffs or that is otherwise used for patient care or compliance

11    purposes.  Defendants also welcome the opportunity to further clarify the record regarding this

12    issue through declaration or through testimony at the upcoming evidentiary hearing.

13    CDCR has corrected the timely psychiatry contact data submitted to the Special Master for

14    the EOP ASU Hub certifications for November and December 2016, and January, February, and

15    March 2017.  A copy of CDCR's letter to the Special Master confirming these corrections is

16    attached as Exhibit A.  Defendants will file a further declaration from Dr. David Leidner

17    regarding CDCR's modification to the business rule for the ASU EOP timely psychiatry contacts

18    indicator on October 11, 2019.

19                                                          Respectfully submitted,

20    Dated:  October 10, 2019                       XAVIER BECERRA
                                                      Attorney General of California
21                                                    ADRIANO HRVATIN
                                                      Supervising Deputy Attorney General
22

23

24                                                    /S/ ELISE OWENS THORN
                                                      Elise Owens Thorn
25                                                    Deputy Attorney General
                                                      *Attorneys for Defendants*
26

27

28

[3419376.1]                                    2

# Exhibit A

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



October 10, 2019

Special Master Lopes
Pannone Lopes Devereaux and O'Gara LLC
Northwoods Office Park, Suite 215N
1301 Atwood Avenue
Johnston, RI 02919

VIA EMAIL

Special Master Lopes:

I write regarding data for five Administrative Segregation Unit (ASU) Enhanced Outpatient Program (EOP) Hub certification letters originally submitted to you between January 2017 and May 2017. The California Department of Corrections and Rehabilitation (CDCR) previously reported that the timely psychiatry indicator for its ASU EOP Hub program had not been altered when the rest of the indicator for EOP psychiatry contacts was changed from every 30 days to "once every calendar month, to never exceed forty-five days between appointments." (ECF No. 6275 at 27.) The Court's September 17, 2019 order directed CDCR to produce evidence supporting this representation within fourteen days. (ECF 6288 No. at 4.) That deadline was later extended to October 10, 2019. (ECF No. 6309.)

Upon reviewing its computer code, CDCR now realizes that the representation that the indicator was not altered was in error. To address the Court's order, CDCR reviewed the timely psychiatry indicator computer codes used during the time period that the business rule was changed and confirmed that the code used in the 2016 indicator modification suggests that the change applied to all EOP psychiatry contacts, including those for patients in ASU EOP Hubs. In other words, the performance indicator for the ASU EOP Hubs was changed at the same time the indicator for the mainline EOP psychiatry contacts was changed from every 30 days to "once every calendar month, to never exceed forty-five days between appointments."

CDCR has reloaded the raw appointments data from the period in question and ran that through the current Performance Report business rule for ASU EOP Hub timely psychiatry contacts. Discussed below are the limitations to the revised data, the methodology for producing the revised data, and the revised data itself.

<u>Limitations</u>

There are several limitations to running historical data produced on a now defunct data system (MHTS.net) through current Performance Report methodology. First, CDCR was unable to produce data using the same timeframes reported in 2016 and 2017. For instance, the February

Page 2

2017 ASU EOP Hub reports relied on Performance Report data between January 31 and March 2, 2017. The revised data could only be pulled from full calendar months. Accordingly, the data for February 2017 reflects compliance data from February 1 to February 28, 2017.

Second, the data used in 2016 and early 2017 was derived from MHTS.net, a now defunct data system that has been replaced by the Electronic Health Record System (EHRS). Unlike EHRS, MHTS.net data relied on manual data entry, which meant that entries could be made weeks after the appointment was completed. The raw data used for the revised compliance scores, below, may include appointments that were not entered into MHTS.net at the time the data was originally analyzed in 2016 and 2017. And because the MHTS.net is now offline, the ability to validate this data is limited. CDCR was able to validate non-compliant cases for potential false negatives. Of the sixty-three non-compliant cases reviewed, none were found to be false negatives.

Lastly, the timely psychiatry indicator has been updated since 2016 to measure whether *all* EOP patients are seen every thirty days for a psychiatry appointment, not just those EOP patients that are already prescribed psychiatric medications. Those changes were retroactively applied to the Performance Report. Thus, the indicator today now measures more patients than when the data was originally reported.

<u>Methodology</u>

The data was sourced from the MH Datawarehouse Database, its On Demand report for Appointments, and its On Demand Report for Patient Placement History. The data range is November 1, 2016, to present.

CDCR ran a special ad hoc query for the timely psychiatry contacts indicator. This data was reloaded on October 1, 2019 and October 2, 2019, and reflects all current rule and indicator logic and all data entered as of this date. The revised data was generated on October 2, 2019.

The timely psychiatry contacts indicator in the Performance Report for ASU EOP Hubs runs on the following business rules. For initial psychiatry contacts, the trigger date is the patient's placement in the ASU EOP Hub per the On Demand Patient Placement History Report. The due date for initial contacts is either fourteen calendar days later or the date and time of the initial meeting with the Interdisciplinary Treatment Team, whichever comes first, as sourced from the On Demand Appointments Report.

For routine contacts, the trigger is the date and time of the last psychiatry appointment as recorded in the On Demand Appointments Report. The due date is thirty calendar days after the trigger date. Compliance for the due date is sourced from the On Demand Appointments Report.

The timely psychiatry contacts indicator measures whether patients are up to date on their appointments. It does not differentiate on whether the appointment was provided by a line or supervising psychiatrist because the indicator was designed to see whether patients are accessing care in a timely manner.

Page 3

Revised Data

The timely psychiatry contacts indicator is not one of the five Performance Report indicators requiring ninety percent compliance for certification. However, in the course of their reviews, some of the regional staff reviewed the full set of Performance Report indicators for the ASU EOP Hub program and included that data with the materials sent to CDCR Headquarters for the final certification. Accordingly, data from the timely psychiatry contacts indicator was included with the materials submitted to your team for the ASU EOP Hub certifications for November and December 2016, and January, February, and March 2017.

As stated above, data reviewed for the certifications was derived from a monthly "heat grid" of Performance Report indicators for each ASU EOP Hub. An example of that heat grid was attached to page 4 of the January 2017 individual report for California State Prison, Los Angeles County, submitted to the Special Master on March 23, 2017. Those heat grids are provided by headquarters to the regional mental health team and the ASU EOP Hub institutions each month to aid them in the certification process. Defendants ran revised data for those Hub certification letters that relied on heat grids generated between December 5, 2016, and April 23, 2016. A description of those hub certifications with a comparison of the original data run under the changed business rule and the revised data run under the "every 30 day rule" follows.

   A.  November 2016 Hub Certification

The November 2016 Hub certification letter was signed on January 18, 2017, and emailed to your team on January 30, 2017. An amended letter was emailed on February 17, 2017. The January 30, 2017 email included individual institution reports. The November 2016 heat grid was generated on December 19, 2016.

| Institution | Document and Page | Original Data | Original Date Range | Revised Data | Revised Date Range |
|---|---|---|---|---|---|
| **SAC** | January 30 and February 1, 2017 Letter at 1. | 89% | 11/1/16-12/1/16 | 85% | Nov 2016 |
| **SAC** | SAC Individual Report at 5. | 95% | 11/15/16-12/15/16 | 85% 90% | Nov 2016 Dec 2016 |

Both the January 18 and February 17, 2017, cover letters report that "[c]urrent performance (14 to 44 days report) brings [California State Prison, Sacramento (SAC)] into compliance for" timely psychiatry contacts, citing a 96% score. The letters provide no date range for this figure. However, SAC's compliance rate in January 2017, when this data was most likely pulled, was 94%. SAC's ASU EOP Hub did not certify in November 2016 and was in fact closed to intake.

   B.  December 2016 Hub Certification

The December 2016 Hub certification letter was signed on March 2, 2017, and emailed to your team on March 6, 2017. The March 6, 2017 email included individual institution reports. The December 2016 heat grid was generated on January 20, 2017.

Page 4

| Institution | Document and Page | Original Data | Original Date Range | Revised Data | Revised Date Range |
|---|---|---|---|---|---|
| **RJD** | RJD Individual Report at 2. | 100% | 12/6/16 – 1/5/17 | 94% | Dec 2016 |

      C.  January 2017 Hub Certification

The January 2017 Hub certification letter was signed on March 10, 2017, and emailed to your team on March 23, 2017.  The March 23, 2017 email included individual institution reports.  The January 2017 heat grid was generated on February 17, 2017.

| Institution | Document and Page | Original Data | Original Date Range | Revised Data | Revised Date Range |
|---|---|---|---|---|---|
| **CDCR** | LAC Individual Report at 4. | 98% | 1/3/17 – 2/2/17 | 93% | Jan 2017 |
| **CHCF** | LAC Individual Report at 4 and CHCF Individual Report at 2. | 95% | 1/3/17 – 2/2/17 | 83% | Jan 2017 |
| **CMF** | LAC Individual Report at 4. | 97% | 1/3/17 – 2/2/17 | 98% | Jan 2017 |
| **MCSP** | LAC Individual Report at 4. | 100% | 1/3/17 – 2/2/17 | 95% | Jan 2017 |
| **SAC** | LAC Individual Report at 4. | 96% | 1/3/17 – 2/2/17 | 94% | Jan 2017 |
| **CCWF** | LAC Individual Report at 4. | 100% | 1/3/17 – 2/2/17 | 86% | Jan 2017 |
| **CMC** | LAC Individual Report at 4. | 98% | 1/3/17 – 2/2/17 | 98% | Jan 2017 |
| **COR** | LAC Individual Report at 4. | 98% | 1/3/17 – 2/2/17 | 99% | Jan 2017 |
| **LAC** | LAC Individual Report at 4. | 99% | 1/3/17 – 2/2/17 | 86% | Jan 2017 |
| **CIW** | LAC Individual Report at 4 and CIW Individual Report at 2. | 100% | 1/3/17 – 2/2/17 | 100% | Jan 2017 |
| **RJD** | LAC Individual Report at 4 and RJD Individual Report at 2. | 100% | 1/3/17 – 2/2/17 | 91% | Jan 2017 |

/

Page 5

### D.  February 2017 Hub Certification

The February 2017 Hub certification letter was signed on April 18, 2017, and emailed to your team on April 19, 2017.  The April 19, 2017 email included individual institution reports.  The February 2017 heat grid was generated on March 17, 2017.

| Institution | Document and Page | Original Data | Original Date Range | Revised Data | Revised Date Range |
|---|---|---|---|---|---|
| **CHCF** | CHCF Individual Report at 2. | "Over 90%" | 1/31/17-3/2/17 | 78% | Feb 2017 |
| **CIW** | CIW Individual Report at 2, noting all indicators at 100% but EOP Tx Hours Offered. | 100% | 1/31/17-3/2/17 | 100% | Feb 2017 |
| **RJD** | RJD Individual Report at 2. | 100% | 1/31/17-3/2/17 | 94% | Feb 2017 |

### E.  March 2017 Hub Certification

The March 2017 Hub certification letter was signed on May 10, 2017, and emailed to your team on May 18, 2017.  The May 18, 2017 email included individual institution reports.  The March 2017 heat grid was generated on April 21, 2017.

| Institution | Document and Page | Original Data | Original Date Range | Revised Data | Revised Date Range |
|---|---|---|---|---|---|
| **CIW** | CIW Individual Report at 2, noting all indicators above 90% | "Above…90%" | 3/8/17 – 4/7/17 | 100% | March 2017 |
| **RJD** | RJD Individual Report at 2. | 97% | 3/8/17 – 4/7/17 | 91% | March 2017 |

/

/

/

/

/

Page 6


CDCR sincerely regrets its prior representations regarding the ASU EOP Hub certifications, and is taking remedial steps, including reaffirming with counsel and program staff the need to confirm the accuracy of all data, particularly data reported to the Court, Special Master, or Plaintiffs or that is otherwise used for patient care or compliance purposes.

Please let me know if you have any questions.



Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs