XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
SHARON A. GARSKE, State Bar No. 215167
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorneys General
 1515 Clay Street, 20th Floor
 Oakland, CA  94612-1492
 Telephone:  (510) 879-0263
 E-mail: Sharon.Garske@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone:  (310) 552-0130
 Fax:  (310) 229-5800
 E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS**<br><br>Judge:  The Hon. Kimberly J. Mueller |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants wish to associate Supervising Deputy Attorney General Sharon A. Garske as additional counsel on this case.  Please add Supervising Deputy Attorney General Garske to the service list and files as follows:

Sharon A. Garske
Supervising Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA  94612-1492
Telephone:  (510) 879-0263
E-mail: Sharon.Garske@doj.ca.gov

| | | |
|---|---|---|
| 1 | Dated: October 11, 2019 | Respectfully Submitted, |
| 2 | | |
| 3 | | XAVIER BECERRA<br>Attorney General of California<br>ADRIANO HRVATIN |
| 4 | | Supervising Deputy Attorney General |
| 5 | | |
| 6 | | */s/ Sharon A. Garske*<br>SHARON A. GARSKE |
| 7 | | Supervising Deputy Attorney General<br>*Attorneys for Defendants* |
| 8 | CF1997CS0003<br>91169483.docx | |

2