| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>MONICA N. ANDERSON, State Bar No. 182970<br>Senior Assistant Attorney General<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>SHARON A. GARSKE, State Bar No. 215167<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>ROBERT W. HENKELS, State Bar No. 255410<br>KYLE A. LEWIS, State Bar No. 201041<br>JEFFREY T. FISHER, State Bar No. 303712<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 510-3568<br>  E-mail: Jeffrey.Fisher@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS**<br><br>Judge: The Hon. Kimberly J. Mueller |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants wish to associate Deputy Attorney General Jeffrey T. Fisher as additional counsel on this case. Please add Deputy Attorney General Fisher to the service list and files as follows:

　　Jeffrey T. Fisher
　　Deputy Attorney General
　　455 Golden Gate Avenue, Suite 11000
　　San Francisco, CA 94102-7004
　　Telephone: (415) 510-3568
　　E-mail: Jeffrey.Fisher@doj.ca.gov

1

| | |
|---|---|
| Dated: October 11, 2019 | Respectfully Submitted,<br><br>XAVIER BECERRA<br>Attorney General of California<br>ADRIANO HRVATIN<br>Supervising Deputy Attorney General<br><br>*/s/ Jeffrey T. Fisher*<br>JEFFREY T. FISHER<br>Deputy Attorney General<br>*Attorneys for Defendants* |

CF1997CS0003
91169485.docx