XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-73258
 Facsimile: (916) 324-5205
 E-mail: Tyle.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Facsimile: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [*PROPOSED*] ORDER RE THE EVIDENTIARY HEARING TESTIMONY OF MELISSA BENTZ, NICHOLAS WEBER AND REI ONISHI AND SUPPLEMENTAL DECLARATIONS OF MELISSA BENTZ, NICHOLAS WEBER AND REI ONISHI**<br><br>Judge: The Hon. Kimberly J. Mueller |

This stipulation and the supplemental declarations of Melissa Bentz, Nicholas Weber and Rei Onishi are presented by counsel for plaintiffs and defendants in reference to the evidentiary hearing that the Court has scheduled for October 15, 16 and 18, 2019. The Court has announced its intention to examine Melissa Bentz, Nicholas Weber and Rei Onishi at the hearing on October 16, 2019. Defendants, through counsel, have provided the Court with a trial brief, supported by individual declarations from Ms. Bentz, Mr. Weber and Mr. Onishi, in which concerns are expressed about the attorney client privilege and work product implications of these three

/ / /

attorneys testifying as witnesses. Plaintiffs, through counsel, have expressed their own views on this subject in their trial brief.

The Court held a pre-hearing conference with the parties on October 9, 2019. At that hearing, the Court advised the parties that it had read and considered the three declarations of attorneys Bentz, Weber and Onishi. The Court inquired whether it was possible for the attorneys to answer two further questions that the Court had. The parties understand those two questions to be:

1. Can the attorneys testify that they did not participate in any process that knowingly resulted in misleading data being provided to the Court or the Special Master?

2. Can the attorneys testify that they were not aware of any effort to manipulate or massage data in an effort to mislead the Court or the Special Master?

The parties have met and conferred to attempt to reach an agreement as to the provision of the attorneys' answers to the Court's questions while at the same time protecting the claim of attorney client privilege and work product protection which defendants have maintained. Following this meet and confer process, the parties now stipulate, subject to the Court's approval of these terms and adoption of the stipulation as an order of the Court, as follows:

A. Melissa Bentz, Nicholas Weber and Rei Onishi will answer the Court's two questions under oath in supplemental declarations attached to this stipulation and to be provided to the Court before the commencement of the evidentiary hearing on October 15, 2019;

B. The testimony of Melissa Bentz, Nicholas Weber and Rei Onishi, in the form of their original and supplemental declarations provided in connection with the evidentiary hearing shall not be a waiver of attorney client privilege and work product protection in any respect;

/ / /

/ / /

/ / /

C. In light of these agreements, and upon consideration of the supplemental declarations, Plaintiffs agree they will not oppose any determination by this Court that live testimony of Melissa Bentz, Nicholas Weber, and Rei Onishi at the evidentiary hearing is no longer necessary, assuming the Court makes such a determination.

**IT IS SO STIPULATED.**

DATED: October 14, 2019   ROBINS KAPLAN LLP

By: /s/ *Roman M. Silberfeld*
ROMAN M. SILBERFELD
*Special Counsel for Defendants*

DATED: October 14, 2019   ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ *Lisa Ells*
Lisa Ells
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: October ___, 2019

HON. KIMBERLY J. MUELLER
United States District Judge

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
LOS ANGELES

[3448597.7] 61579176.1   - 3 -   Stip. & Order Re The Evidentiary Testimony Of Melissa Bentz, Nicholas Weber And Rei Onishi
2:90-cv-00520 KJM-DB (PC)

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-73258
 Facsimile:  (916) 324-5205
 E-mail:  Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA  90067-3208
 Telephone: (310) 552-0130
 Facsimile:  (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No.  2:90-cv-00520 KJM-DB (PC)<br><br>**SUPPLEMENTAL DECLARATION OF MELISSA BENTZ**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Melissa Bentz, declare as follows:

 1  I am over the age of 18 years and have personal knowledge of all of the following. If called as a witness, I could competently testify to the following.

 2.  I incorporate by reference my declaration filed with the Court on October 1, 2019, ECF 6304 – 1, 2, or 3.

 3.  I respectfully submit this supplemental declaration to respond to the two additional questions which the Court described at the pre-hearing conference on October 9, 2019.  Although the precise transcript of the Court's remarks are not yet available, I believe the essence of the two

questions which the Court wishes to have answered is as follows:

      1.     Can the attorneys testify that they did not participate in any process that knowingly resulted in misleading data being provided to the Court or the Special Master?

      2.     Can the attorneys testify that they were not aware of any effort to manipulate or massage data in an effort to mislead the Court or the Special Master?

      4.     I can and am willing to answer both questions subject to the stipulation of the parties that my answer to these two questions does not constitute a waiver of the attorney client privilege.

      5.     My answer to question 1 is: I did not participate in any process that knowingly resulted in misleading data being provided to the Court or the Special Master.

      6.     My answer to question 2 is: I was not aware of any effort, at any time, to manipulate or massage data in an effort to mislead the Court or the Special Master.

      7.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on October 14, 2019.

By:   /s/ *Melissa Bentz*  
       MELISSA BENTZ

Xavier Becerra, State Bar No. 118517
Attorney General of California
Adriano Hrvatin, State Bar No. 220909
Supervising Deputy Attorney General
Kyle A. Lewis, State Bar No. 201041
Elise Owens Thorn, State Bar No. 145931
Tyler V. Heath, State Bar No. 271478
Robert W. Henkels, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-73258
 Facsimile: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

Roman M. Silberfeld, State Bar No. 62783
Glenn A. Danas, State Bar No. 270317
Robins Kaplan LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Facsimile: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**SUPPLEMENTAL DECLARATION OF NICHOLAS WEBER**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Nicholas Weber, declare as follows:

1  I am over the age of 18 years and have personal knowledge of all of the following. If called as a witness, I could competently testify to the following.

2.  I incorporate by reference my declaration filed with the Court on October 1, 2019, ECF 6304 – 1, 2, or 3.

3.  I respectfully submit this supplemental declaration to respond to the two additional questions which the Court described at the pre-hearing conference on October 9, 2019. Although

the precise transcript of the Court's remarks are not yet available, I believe the essence of the two questions which the Court wishes to have answered is as follows:

    1.    Can the attorneys testify that they did not participate in any process that knowingly resulted in misleading data being provided to the Court or the Special Master?

    2.    Can the attorneys testify that they were not aware of any effort to manipulate or massage data in an effort to mislead the Court or the Special Master?

4. I can and am willing to answer both questions subject to the stipulation of the parties that my answer to these two questions does not constitute a waiver of the attorney client privilege.

5. My answer to question 1 is: I did not participate in any process that knowingly resulted in misleading data being provided to the Court or the Special Master.

6. My answer to question 2 is: I was not aware of any effort, at any time, to manipulate or massage data in an effort to mislead the Court or the Special Master.

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on October 14, 2019.

By:   /s/ *Nicholas Weber*
      NICHOLAS WEBER

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-73258
 Facsimile:  (916) 324-5205
 E-mail:  Tyler.Heath@doj.ca.gov
Attorneys for Defendants

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA  90067-3208
 Telephone: (310) 552-0130
 Facsimile:  (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No.  2:90-cv-00520 KJM-DB (PC)<br><br>**SUPPLEMENTAL DECLARATION OF REI ONISHI**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Rei Onishi, declare as follows:

1   I am over the age of 18 years and have personal knowledge of all of the following. If called as a witness, I could competently testify to the following.

2.   I incorporate by reference my declaration filed with the Court on October 1, 2019, ECF 6304 – 1, 2, or 3.

3.   I respectfully submit this supplemental declaration to respond to the two additional questions which the Court described at the pre-hearing conference on October 9, 2019.  Although the precise transcript of the Court's remarks are not yet available, I believe the essence of the two

questions which the Court wishes to have answered is as follows:

      1.    Can the attorneys testify that they did not participate in any process that knowingly resulted in misleading data being provided to the Court or the Special Master?

      2.    Can the attorneys testify that they were not aware of any effort to manipulate or massage data in an effort to mislead the Court or the Special Master?

      4.    I can and am willing to answer both questions subject to the stipulation of the parties that my answer to these two questions does not constitute a waiver of the attorney client privilege.

      5.    My answer to question 1 is: I did not participate in any process that knowingly resulted in misleading data being provided to the Court or the Special Master.

      6.    My answer to question 2 is: I was not aware of any effort, at any time, to manipulate or massage data in an effort to mislead the Court or the Special Master.

      7.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on October 14, 2019.

By:   /s/ *Rei Onishi*
        REI ONISHI

Supplemental Declaration of Rei Onishi
2:90-cv-00520 KJM-DB (PC)

[3448597.7] 61579176.1    - 9 -