XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7325
 Fax:  (916) 324-5205
 E-mail:  Tyler.Heath@doj.ca.gov
Attorneys for Defendants

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone:  (310) 552-0130
 Fax:  (310) 229-5800
 E-mail:  RSilberfeld@RobinsKaplan.com
Special Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF DEFENDANTS CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S AND DEPARTMENT OF TATE HOSPITALS' SUBMISSION OF DOCUMENTS UNDER SEAL** |

## INTRODUCTION

On May 23, 2007, the Court ordered Defendants to file monthly reports reflecting referrals, pending referrals, rejections, and transfer of inmates from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care.  (ECF No. 2236.)  The report must include a complete list of all class members currently waiting for transfer from any level of outpatient mental health care to any level of inpatient mental health care, and from any level of inpatient mental health care to a different level of mental health care.  On July 1, 2017, Defendant California Department of Corrections and Rehabilitation (CDCR) assumed operation of the

1

1  Department of State Hospitals' (DSH) psychiatric programs in CDCR prisons.  Consequently,

2  both DSH and CDCR provide bed utilization reports under the May 23, 2007 order.  The

3  information contained within the reports include identifying patient information, which is

4  sensitive, private, confidential, and subject to the protective order entered in this action on

5  January 12, 2007.  (Protective Order, ECF No. 2109.)

6  **NOTICE**

7       Under this District's Civil Local Rule 141(b), DSH and CDCR give notice that they are

8  filing documents called for by the Court's May 23, 2007 order under seal, will file the documents

9  via e-mail with the Court, and serve the parties with copies of the documents.

10  Dated:  October 15, 2019                                    Respectfully submitted,

11                                                              XAVIER BECERRA
                                                                Attorney General of California
12                                                              ADRIANO HRVATIN
                                                                Supervising Deputy Attorney General
13

14                                                              */s/ Tyler V. Heath*

15                                                              TYLER V. HEATH
                                                                Deputy Attorney General
16                                                              *Attorneys for Defendants*

17  CF1997CS0003
    14193419.docx
18

19

20

21

22

23

24

25

26

27

28

2