XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7318
Fax: (916) 324-5205
E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Fax: (310) 229-5800
E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**RALPH COLEMAN, et al.,**

Plaintiffs,

**v.**

**GAVIN NEWSOM, et al.,**

Defendants.

Case No. 2:90-cv-00520 KJM-DB (PC)

**DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE**

Defendants California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) file the attached reports capturing data concerning patient census, waitlists, and compliance with transfer timelines for inpatient mental health care in compliance with the Court's October 13, 2015 order. (ECF No. 5367.) Attached is a letter from CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's April 19, 2017 order (ECF No. 5610): (1) DSH CDCR Patient Census and Waitlist Report (Exhibit A); (2) CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and

Waitlist Report as of September 30, 2019; (3) CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report as of September 30, 2019 (Exhibit C); (4) Psychiatric Inpatient Programs Census Report as of 09/30/2019 (Exhibit D); (5) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in September 2019 (Exhibit E); and (6) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted September 1 through September 30, 2019 Who Waited Beyond Program Guide Timelines (Exhibit F).

The current compliance reports at Exhibits E and F show that all patients admitted to inpatient programs in September 2019 transferred to inpatient care within Program Guide timelines.

Dated: October 15, 2019

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

***/s/ Elise Owens Thorn***
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758

October 15, 2019

Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. Hrvatin and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) submit their monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care.

The DSH CDCR Patient Census and Waitlist Report, attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted September 1 through September 30, 2019 Who Waited Beyond Program Guide Timelines, attached as Exhibit F, are based on data from the DSH Bed Utilization Management Report.

The CDCR Psychiatric Inpatient Programs (PIP) Coleman Patient Census and Waitlist Report as of September 30, 2019 (Exhibit B), the CDCR Mental Health Crisis Bed Coleman Patient Census and Waitlist Report as of September 30, 2019 (Exhibit C), the Psychiatric Inpatient Programs Census Report as of 09/30/2019 (Exhibit D), and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in September 2019 (Exhibit E), are generated using data from CDCR's tracking software, the Referrals to Inpatient Programs Application.

The reports attached as Exhibits A through D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports. The reports attached as Exhibits E and F are compliance reports from CDCR and DSH, both of which include requested compliance data for all referrals admitted to inpatient care in September 2019, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16. All patients admitted to inpatient programs in September 2019 transferred within Program Guide timelines.

Sincerely,

/s/ Eureka Daye
EUREKA DAYE
Deputy Director (A)
Statewide Mental Health Program

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Acting Director
Department of State Hospitals

# Exhibit A

Case 2:90-cv-00520-KJM-DB Document 6342 Filed 10/15/19 Page 5 of 18

DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

## DSH CDCR Patient Census and Waitlist Report

Data as of: 9/30/19

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| **Total** | **-** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(Includes 0 Waiting >10 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Atascadero | 256 | 226 | 5 | 0 | 0 | 25 | Referrals Pending Review | Accepted Referrals | | |
| Coalinga | 50 | 48 | 1 | 0 | 0 | 1 | | CDCR Prison[4] | CDCR PIP[5] | 41 |
| **Total** | **306** | **274** | **6** | **0** | **0** | **26** | **16** | **11** | **14** | **(Includes 0 Waiting >30 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 15 | 1 | 0 | 0 | 14 | | | | 2 |
| **Total** | **30** | **15** | **1** | **0** | **0** | **14** | **1** | **1** | **0** | **(Includes 0 Waiting >30 Days)** |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH.
[2]Redlined beds are temporarily unavailable due to repairs.
[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.
[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.
[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.
[6]Beds at DSH-P are for female patients only.

Source: BUMMs

# Exhibit B

**CDCR Psychiatric Inpatient Programs (PIP)**
**Coleman Patient Census and Waitlist Report as of**
**September 30, 2019**

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals[4] | Accepted Referrals[5] | Total Waitlist | Total Acute Referrals Waiting > 10 Days | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 214 | 205 | 5 | 4 | 8 | -8 | | | | | |
| California Medical Facility (CMF) | 218 | 188 | 4 | 23 | 0 | 3 | | | | | |
| **Total** | **432** | **393** | **9** | **27** | **8** | **-5** | **51** | **8** | **59** | **0** | |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 78 | 8 | 0 | 0 | -2 | | | | | |
| **Total** | **84** | **78** | **8** | **0** | **0** | **-2** | **6** | **4** | **10** | | **0** |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 300 | 287 | 2 | 1 | 10 | 0 | | | | | |
| CMF Multi Cell | 70 | 58 | 6 | 0 | 0 | 6 | | | | | |
| CMF Single Cell | 94 | 89 | 3 | 0 | 0 | 2 | | | | | |
| Salinas Valley State Prison (SVSP) Multi Cell | 44 | 42 | 2 | 0 | 0 | 0 | | | | | |
| SVSP Single Cell | 202 | 191 | 13 | 0 | 0 | -2 | | | | | |
| **Total** | **710** | **667** | **26** | **1** | **10** | **6** | **73** | **7** | **80** | | **0** |

| MALE CONDEMNED PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California State Prison, San Quentin | 34 | 31 | 0 | 0 | 0 | 3 | | | | | |
| **Total** | **34** | **31** | **0** | **0** | **0** | **3** | **0** | **0** | **0** | **0** | **0** |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 35 | 1 | 0 | 0 | 9 | | | | | |
| **Total** | **45** | **35** | **1** | **0** | **0** | **9** | **2** | **0** | **2** | **0** | **0** |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days* | Total Intermediate Referrals Waiting > 30 Days** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTALS - ALL PIPs** | **1305** | **1204** | **44** | **28** | **18** | **11** | **132** | **19** | **151** | **0** | **0** |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable fpr patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

**VPP Acute redline beds are due to maintenance and staffing issues.*

# Exhibit C

# CDCR Mental Health Crisis Bed
# *Coleman* Patient Census and Waitlist Report as of
# September 30, 2019

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 433 | 317 | 24 | 92 | 11 | 11 | **0** |
| Female Programs | 41 | 27 | 1 | 13 | 2 | 2 | **0** |
| **Totals** | **474** | **344** | **25** | **105** | **13** | **13** | **0** |

Data Source: HEART

CCHCS, Health Care Placement Oversight Program

# Exhibit D

## PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 09/30/2019

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 218 | No Score: | 7 |
| | | Level I: | 14 |
| | | Level II: | 54 |
| | | Level III: | 22 |
| | | Level IV | 91 |
| | | **Total Census:** | **188** |
| PIP-Stockton | 214 | No Score: | 6 |
| | | Level I: | 14 |
| | | Level II: | 44 |
| | | Level III: | 28 |
| | | Level IV | 113 |
| | | **Total Census:** | **205** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| **Totals for Male Acute** | **432** | | **393** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 300 | No Score: | 4 |
| | | Level I: | 13 |
| | | Level II: | 44 |
| | | Level III: | 34 |
| | | Level IV | 192 |
| | | **Total Census:** | **287** |
| | | *Total out of LRH:* | *181* |
| PIP-Vacaville | 94 | No Score: | 3 |
| | | Level I: | 3 |
| | | Level II: | 18 |
| | | Level III: | 16 |
| | | Level IV | 49 |
| | | **Total Census:** | **89** |
| | | *Total out of LRH:* | *62* |
| PIP-Vacaville Multi-person Cells | 70 | No Score: | 5 |
| | | Level I: | 1 |
| | | Level II: | 5 |
| | | Level III: | 15 |
| | | Level IV | 32 |
| | | **Total Census:** | **58** |
| | | *Total out of LRH:* | 16 |

Monday, 9/30/2019

Time: 04:30 PM

## PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 09/30/2019

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Salinas Valley | 202 | No Score: | 0 |
| | | Level I: | 4 |
| | | Level II: | 27 |
| | | Level III: | 27 |
| | | Level IV | 105 |
| | | PC 1370: | 25 |
| | | WIC 7301: | 3 |
| | | **Total Census:** | **191** |
| | | *Total out of LRH:* | *102* |
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 7 |
| | | Level III: | 7 |
| | | Level IV | 27 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **42** |
| | | *Total out of LRH:* | *15* |
| **Totals for Male ICF High Custody** | **710** | | **667** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 5 |
| | | Level I: | 6 |
| | | Level II: | 17 |
| | | Level III: | 21 |
| | | Level IV | 29 |
| | | **Total Census:** | **78** |
| | | *Total out of LRH:* | *14* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 26 |
| | | Level II: | 112 |
| | | Level III: | 42 |
| | | Level IV | 42 |
| | | **Total Census:** | **222** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 5 |
| | | Level II: | 26 |
| | | Level III: | 5 |
| | | Level IV | 11 |
| | | **Total Census:** | **47** |
| **Totals for Male ICF Low Custody** | **390** | | **347** |

## PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 09/30/2019

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Condemned Program** | | | |
| PIP-San Quentin | 34 | **Total Census:** | **31** |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 1 |
| | | Level I: | 3 |
| | | Level II: | 9 |
| | | Level III: | 1 |
| | | Level IV | 1 |
| | | **Total Census:** | **15** |
| PIP-California Institution for Women | 45 | No Score: | 7 |
| | | Level I: | 1 |
| | | Level II: | 6 |
| | | Level III: | 4 |
| | | Level IV | 17 |
| | | **Total Census:** | **35** |
| | | *Total out of LRH:* | **2** |
| **Totals for Female ICF/Acute** | **75** | | **50** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1641** | | **1488** |

- **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.
- **Male Acute Care Programs:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.
- **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.
- **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

# Exhibit E

**CDCR INPATIENT PROGRAM REFERRALS:**
**COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS**
**ADMITTED OR CLOSED IN SEPTEMBER 2019**

| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | **Number of Referrals Out of Compliance** | **Total Days Out of Compliance** |
|---|---|---|---|---|---|---|---|
| Intermediate (ICF) | 237 | 224 | 0 | 13 | 0 | 0 | 0 |
| Acute (APP) | 185 | 179 | 0 | 6 | 0 | 0 | 0 |
| TOTALS | **422** | **403** | **0** | **19** | **0** | **0** | **0** |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU); or if accepted at a Department of State Hospitals (DSH) program, upon DSH acceptance.
[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, and/or on medical or Vitek holds.

# Exhibit F

Case 2:90-cv-00520-KJM-DB Document 6342 Filed 10/15/19 Page 17 of 18

State of California

GAVIN NEWSOM, Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted September 1 through September 30, 2019 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.
[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfers).
[3]Includes patients admitted in September 2019 who waited greater than 30 days from the DSH referral received date.
[4]Includes the total number of days patients admitted in September 2019 waited beyond 30 days from the DSH referral received date.

Source: BUMMs

Case 2:90-cv-00520-KJM-DB Document 6342 Filed 10/15/19 Page 18 of 18

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted September 1 through September 30, 2019 Who Waited Beyond Program Guide Timelines

***Patients Admitted to Intermediate Care***

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - |
| **Total Number of Patients Waiting Over 30 Days** | **0** | **Total Number of Days All Patients** | **0** | **0** | **0** | **0** | **0** | **-** |

Source: BUMMs