```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

RALPH COLEMAN, et al.,          No. 2:90-cv-0520 KJM DB P

      Plaintiffs,

  v.                             **MINUTES**

GAVIN NEWSOM, et al.,           Date: October 15, 2019
                                Deputy Clerk: C. Schultz
      Defendants.      Court Reporter: Jennifer Coulthard
_____/

**Counsel for Plaintiffs:**
Lisa Ells
Michael Bien
Jessica Winter
Cara Trapani
(Also present, Gregorio Gonzalez, paralegal)

**Counsel for Defendants:**
Roman Silberfeld
Glenn Danas
Elise Thorn
Kyle Lewis
Adriano Hrvatin
Sharon Garske
Jeff Fisher

**Counsel for Non-Party Witnesses, Dr. Michael Golding and Dr. Melanie Gonzalez**:
Wendy Musell

**EVIDENTIARY HEARING (Day 1):**

9:05 a.m.   All parties present as listed above, including non-party witnesses, Dr. Michael Golding and Dr. Melanie Gonzalez. The court and counsel discussed preliminary matters. Plaintiffs' motion to exclude witnesses was GRANTED, except as to Dr. Melanie Gonzalez and Diana Toche. Remaining witnesses excused.

| | |
|---|---|
| 9:15 a.m. | Witness, Dr. Michael Golding, sworn and testified. (Examination conducted by the court.) |
| 10:00 a.m. | Ms. Ells began examination of the witness. |
| 10:25 a.m. | Mr. Silberfeld began examination of the witness. |
| 10:50 a.m. | All parties excused for morning break. |
| 11:10 a.m. | Court back in session. All parties present as noted above.  Ms. Ells continued examination of the witness, Dr. Michael Golding. |
| 11:20 a.m. | Witness excused.  Witness, Katherine Tebrock, sworn and testified. (Examination conducted by the court.) |
| 11:55 a.m. | Ms. Ells began examination of the witness. |
| 12:15 p.m. | Mr. Lewis began examination of the witness. |
| 12:30 p.m. | The court continued its examination of the witness. |
| 12:35 p.m. | Witness excused for a lunch break. All parties excused for lunch break. |
| 1:30 p.m. | Court back in session. All parties present as noted above. Outside the presence of any witness, the court and counsel discussed housekeeping matters. |
| 1:35 p.m. | Ms. Ells continued examination of the witness, Katherine Tebrock. |
| 1:40 p.m. | Witness excused. Witness, Angela Ponciano, sworn and testified. (Examination conducted by the court.) |
| 1:55 p.m. | Ms. Ells began examination of the witness. |
| 2:10 p.m. | Ms. Garske began examination of the witness. |
| 2:20 p.m. | Ms. Ells continued examination of the witness. |
| 2:25 p.m. | Witness excused.  Court in recess to allow video conference connection to be made. |
| 2:30 p.m. | Court back in session. All parties present as noted above. Witness, Dr. John Rekart, sworn and testified. (Examination conducted by the court.) |
| 2:50 p.m. | Ms. Trapani began examination of the witness. |

| | |
|---|---|
| 3:10 p.m. | Witness excused. All parties excused for an afternoon break. |
| 3:30 p.m. | Court back in session. All parties present as noted above. Witness, Dr. David Leidner, sworn and testified. (Examination conducted by the court.) |
| 4:00 p.m. | Ms. Trapani began examination of the witness. |
| 4:25 p.m. | Mr. Fisher began examination of the witness. |
| 4:30 p.m. | Ms. Trapani continued examination of the witness. |
| 4:34 p.m. | Mr. Fisher continued examination of the witness. |
| 4:35 p.m. | Witness excused. The court and counsel discussed housekeeping matters. |
| 4:50 p.m. | All parties excused for evening recess. Evidentiary Hearing (Day 2) set for October 16, 2019 at 1:30 PM. |

**EXHIBITS ADMITTED:**

Joint O, 101, 172, 173, 174, 175, 176, 201, 210, 212, 214, 215 and 240

**TIME IN COURT:** 6 Hours, 5 Minutes