

101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
T: (415) 433-6830 ▪ F: (415) 433-7104
www.rbgg.com

Jessica Winter
Email:  jwinter@rbgg.com

October 16, 2019

The Honorable Kimberly J. Mueller
United States District Judge
United States District Court for the
  Eastern District of California
Robert T. Matsui Federal Courthouse
501 I Street, 15th Floor
Sacramento, CA  95814

      Re:    *Coleman v. Brown*
              E.D. Cal. Case No. 2:90-CV-00520-KJM-DB
              Case Law Regarding the Admissibility of Party-Opponent Statements
              Pursuant to Federal Rule of Evidence 801(d)(2)(D)
              Our File No. 0489-3

Dear Judge Mueller:

      Plaintiffs provide the following authority in support of admission of the October 24, 2018 non-hearsay report of CDCR headquarters psychiatrist Dr. Melanie Gonzalez, entitled Whistleblower Complaint Regarding Patient Care and Safety, Plaintiffs' Exhibit 164.  *See* Fed. R. Evid. 801(d)(2)(D) (exempting from the hearsay rule any "statement … offered against an opposing party," where the statement "was made by the party's … employee on a matter within the scope of that relationship and while it existed").

      The following cases support the admission of the Gonzalez Report into evidence under Rule 801(d)(2)(D):  *Larch v. Mansfield Mun. Elec. Dep't*, 272 F.3d 63, 72 (1st Cir. 2001) ("To qualify as nonhearsay under Rule 801(d)(2)(D), a statement must concern 'a matter within the scope' of the declarant's agency or employment.  The statement itself is not required to be 'within the scope of the declarant's agency.  Rather, it need only be show that the statement be related to a matter within the scope of the agency.'"); *Aliotta v. Nat'l R.R. Passenger Corp.*, 315 F.3d 756, 762-63 (7th Cir. 2003); *Corley v. Burger King Corp.*, 56 F.3d 709 (5th Cir. 1995) (per curiam).  The portions of the report containing analyses Dr. Gonzalez submitted to Dr. Golding at his direction, and emails

[3450328.1]

The Honorable Kimberly J. Mueller
United States District Judge
Case No. 2:90-CV-00520-KJM-DB
October 16, 2019
Page 2

she sent or received as a CDCR employee, in the regular course of her employment also constitute admissible business records pursuant to Federal Rule of Evidence 803(6).

        Sincerely,

        ROSEN BIEN
        GALVAN & GRUNFELD LLP

        */s/ Jessica Winter*

        By:  Jessica Winter

JLW:cg

[3450328.1]