**XAVIER BECERRA**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Public: (916) 445-9555
Telephone: (916) 210-7318
Facsimile: (916) 324-5205
E-Mail: Elise.Thorn@doj.ca.gov

October 16, 2019

The Honorable Kimberly J. Mueller
United States District Court Judge
Eastern District of California
501 I Street
Sacramento, CA 95814

RE: *Coleman, et al. v. Newsom, et al*.
U. S. District Court, Eastern District of California, Case No. 2:90-cv-00520 KJM-DB

Dear Judge Mueller:

Defendants provide the following authority in support of their hearsay objection to Plaintiffs' Exhibit 164:

- *Merrick v. Farmers Ins. Group*, 892 F.2d 1434, 1440 (9th Cir. 1990); and

- *Perkins v. Kaiser Found. Health Plan, Inc.*, No. CV-09-8499, 2010 WL 11506884, at *7 n.9 (C.D. Cal. June 10, 2010).

Sincerely,

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General

For   XAVIER BECERRA
Attorney General