XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                             Plaintiffs,<br><br>    v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                            Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COUNTER-DESIGNATIONS FROM DEPOSITION OF DR. KEVIN KUICH FOR OCTOBER 15, 2019 EVIDENTIARY HEARING** |

      On October 14, 2019, Plaintiffs filed designations from the deposition of Dr. Kevin Kuich for the evidentiary hearing commencing on October 15, 2019. (ECF No. 6336.) Defendants submit the following counter-designations to the deposition of Dr. Kevin Kuich. Plaintiffs' designations are provided for context and a point of reference. Defendants request that the Court rule on all stated objections.

///

///

[3419376.1]                               1

| | **Plaintiffs' Designations** | **Defendants' Counter-Designations and Objections** |
|---|---|---|
| 1 | | |
| 2 | 8:3-19:9 | 19:10 – 19:19 |
| 3 | 19:24-41:3 | 41:4 – 42:10 |
| 4 | 42:14-45:12 | |
| 5 | 48:8-49:16 | 45:13 – 46:10 |
| 6 | | 47:10 – 48:4 |
| 7 | 52:22-57:6 | 52:11-21 |
| 8 | 59:23-61:12 | |
| 9 | 62:21-64:16 | 64:17-24 |
| 10 | 64:25-73:15 | |
| 11 | 76:2-78:18 | |
| 12 | 80:14-82:24 | |
| 13 | 83:22-84:16 | |
| 14 | 84:22-88:11 | |
| 15 | 88:17-92:9 | 92:10 - 93:2 |
| 16 | 93:3-97:15 | 97:16 – 98:18 |
| 17 | 98:19-103:6 | 103:7-16 |
| 18 | 104:3-106:4 | 106:5-17 |
| 19 | | 107:10-18 |
| 20 | 108:23-118:12 | 108:4-22 |
| 21 | 119:3-120:5 | 120:7-9 |
| 22 | 120:22-122:23 | |
| 23 | 127:14-130:13 | 130:14 – 131:12 |
| 24 | 132:11-133:16 | |
| 25 | 134:18-135:2 | |
| 26 | 136:15-153:4 | 153:10 – 157:12 |
| 27 | 157:14-164:25 | 165:1 - 19 |
| 28 | 165:20-170:9 | 170:17 – 171:2 |

[3419376.1]                                    2

Defs.' Counter-Designations from the Deposition of Dr. Kevin Kuich (2:90-cv-00520 KJM-DB (PC))

| Plaintiffs' Designations | Defendants' Counter-Designations and Objections |
|---|---|
| 171:5-172:1 | 172:2 – 173:17 |
| 173:18-174:14 | 174:15 – 175:18 |
| 175:22-193:10 | 194:2-18; |
|  | 195:10-13 |
|  | 195:18 – 126 |
|  | 197:8-16 |
|  | 198:14 – 199:16 |
| 200:4-201:12 | 201:13-24 |
| 202:8-203:6 | 203:10 – 204:9 |
| 206:21-207:5 | 207:6 – 209:18 |
|  | 211:1-15 |
|  | 211:24 – 213:1 |
| 222:18-225:2 | 225:3 - 22 |
| 225:23-226:10 | 226:25 – 228:10 |
|  | 230:17 – 231:24 |
| 231:25-234:12 | 234:20 – 236:9 |
| 241:2-242:15 |  |
|  | 251:6 – 253:9 |
| 253:16-254:6 | 254:10 – 17 |
| **Exhibits** |  |
| Exhibit 1: (also designated as Pls' Trial Ex. 239): 16:16-17:1 | No objection. |
| Exhibit 2: 19:20-20:2 | No objection. |
| Exhibit 3: (also designated as Pls' Trial Ex. 127): 50:1-20 | 51:3-5.  The exhibit and line of questioning exceeds the scope of the September 17, 2019 order. |

[3419376.1]   3

Defs.' Counter-Designations from the Deposition of Dr. Kevin Kuich (2:90-cv-00520 KJM-DB (PC))

| Plaintiffs' Designations | Defendants' Counter-Designations and Objections |
|---|---|
| Exhibit 4: (also designated as Pls' Trial Ex. 182): 54:6-20 | 55:3-12. Lack of foundation.<br>104:6-16. Calls for speculation and lack of foundation.<br>211:16 – 212:12. Lack of foundation and calls for speculation.<br>252:21 – 253:3. |
| Exhibit 5: (with class member identifying information redacted) (also designated as Pls' Trial Ex. 210): 62:21-63:3 | 64:6-8. |
| Exhibit 6: (also designated as Pls' Trial Ex. 216): 63:4-8 | 73:4-9.<br>73:18-25. Lack of foundation. |
| Exhibit 7: (also designated as Pls' Trial Ex. 194): 63:9-18 | 74:6 – 75:9. Lack of foundation.<br>218:16 – 219:10. |
| Exhibit 8: (excerpt of document designated as Pls' Trial Ex. 164): 89:20-90:5 | No objection. |
| Exhibit 9: (also designated as Pls' Trial Ex. 121): 144:2-145:19 | Objection: beyond the scope of the September 17, 2019 order. |
| Exhibit 10: (also designated as Pls' Trial Ex. 119): 152:6-19 | No objection. |
| Exhibit 11: (also designated as Pls' Trial Ex. 139): 160:13-161:16 | Objection: beyond the scope of the September 17, 2019 order. |
| Exhibit 12: (excerpt of document designated as Pls' Trial Ex. 161): 183:20-184:17 | Objection: beyond the scope of the September 17, 2019 order. |

Dated: October 16, 2019

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/S/ ELISE OWENS THORN*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

[3419376.1]    4

Defs.' Counter-Designations from the Deposition of Dr. Kevin Kuich (2:90-cv-00520 KJM-DB (PC))