**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE KIMBERLY J. MUELLER**

```
RALPH COLEMAN, et al.,      No. 2:90-cv-0520 KJM DB P

        Plaintiffs,

   v.                       MINUTES

GAVIN NEWSOM, et al.,       Date: October 16, 2019
                            Deputy Clerk: C. Schultz
        Defendants.         Court Reporter: Jennifer Coulthard
_____/
```

**Counsel for Plaintiffs:**
Lisa Ells
Michael Bien
Jessica Winter
Cara Trapani

**Counsel for Defendants:**
Kyle Lewis
Elise Thorn
Roman Silberfeld
Glenn Danas
Sharon Garske
Adriano Hrvatin
Tyler Heath

**Counsel for Non-Party Witnesses, Dr. Michael Golding and Dr. Melanie Gonzalez:**
Wendy Musell

**EVIDENTIARY HEARING (Day 2):**

1:30 p.m.   All parties present as listed above, including non-party witnesses, Dr. Michael Golding. The court and counsel discussed housekeeping matters.

1:35 p.m.   As stated on the record, Mr. Silberfeld corrected Dr. David Leidner's October 15, 2019 testimony.

| | |
|---|---|
| 1:40 p.m. | Witness, Dr. Laura Ceballos, sworn and testified. (Examination conducted by the court.) |
| 2:15 p.m. | Ms. Ells began examination of the witness. |
| 2:35 p.m. | Mr. Lewis began examination of the witness. |
| 2:55 p.m. | Ms. Ells continued examination of the witness. |
| 3:00 p.m. | Witness and all parties excused for an afternoon break. |
| 3:20 p.m. | Court back in session. All parties present as noted above. Witness present. The court continued examination of the witness, Dr. Laura Ceballos. |
| 3:25 p.m. | Ms. Ells continued examination of the witness. |
| 3:30 p.m. | Mr. Lewis continued examination of the witness. |
| 3:35 p.m. | Witness, Brittany Brizendine, sworn and testified. (Examination conducted by the court.) |
| 3:40 p.m. | Ms. Trapani began examination of the witness. |
| 3:55 p.m. | Ms. Garske began examination of the witness. |
| 4:00 p.m. | Ms. Trapani continued examination of the witness. |
| 4:05 p.m. | The court continued examination of the witness. |
| 4:08 p.m. | Ms. Trapani continued examination of the witness. |
| 4:10 p.m. | Witness excused subject to recall. Witness, Diana Toche, sworn and testified. (Examination conducted by the court.) |
| 4:30 p.m. | Mr. Bien began examination of the witness. |
| 4:40 p.m. | Mr. Lewis began examination of the witness. |
| 4:45 p.m. | The court continued examination of the witness. |

| | |
|---|---|
| 4:50 p.m. | Witness excused. The court and counsel discussed housekeeping matters. Ms. Garske advised the court that Ms. Brizendine could not authenticate Exhibit 239, so that witness did not need to be recalled. Ms. Garske added that the Defendants are trying to locate someone that could authenticate the Exhibit and they will work with Plaintiffs' counsel this evening and tomorrow, and if they reach an agreement they will file it with the court.  The court advised the parties that it will provide defense counsel with copies of the documents it received from Ms. Musell, so they can review the documents and let the court know if they have standing objections or if the documents can be made part of the record. Once the court determines which of these documents will be made part of the record, copies will be made available for Plaintiffs' counsel to retrieve. The court advised Ms. Musell that she may present her closing statements in writing. |
| 5:05 p.m. | All parties excused for evening recess. Evidentiary Hearing (Day 3) set for October 18, 2019 at 10:30 AM. |

**EXHIBITS ADMITTED:**

Joint C, Joint D, 181, 182, 183, and 206

**TIME IN COURT:** 3 Hours, 15 Minutes