1   DONALD SPECTER – 083925
    STEVEN FAMA – 099641
2   MARGOT MENDELSON – 268583
    PRISON LAW OFFICE
3   1917 Fifth Street
    Berkeley, California  94710-1916
4   Telephone:    (510) 280-2621

5   CLAUDIA CENTER – 158255
    AMERICAN CIVIL LIBERTIES UNION
6   FOUNDATION OF NORTHERN
    CALIFORNIA, INC.
7   39 Drumm Street
    San Francisco, California  94111-4805
8   Telephone:    (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830

9   Attorneys for Plaintiffs

10

11              UNITED STATES DISTRICT COURT

12             EASTERN DISTRICT OF CALIFORNIA

13

14   RALPH COLEMAN, et al.,

15            Plaintiffs,

16        v.

17   GAVIN NEWSOM, et al.,

18            Defendants.

19

20

Case No. 2:90-CV-00520-KJM-DB

**DECLARATION OF CARA E.
TRAPANI IN SUPPORT OF
PLAINTIFFS' RESPONSE TO
DEFENDANTS' RESPONSE TO
PARAGRAPH 5 OF THE COURT'S
SEPTEMBER 17, 2019 ORDER**

Judge:  Hon. Kimberly J. Mueller

21

22

23

24

25

26

27

28

[3451565.1]

DECLARATION OF CARA E. TRAPANI

I, Cara E. Trapani, declare:

1.     I am an attorney duly admitted to practice before this Court.  I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in support of Plaintiffs' Response to Defendants' Response to Paragraph 5 of the Court's September 17, 2019 Order.

2.     Attached hereto as **Exhibit A** is a true and correct copy of an email that Plaintiffs' counsel received from Nicholas Weber on July 29, 2014.  Also included as part of Exhibit A are true and correct copies of three documents that Mr. Weber transmitted to Plaintiffs' counsel as attachments to his July 29, 2014 email.  These three documents concern Defendants' proposals for the Administrative Segregation Unit (ASU) Enhanced Outpatient Program (EOP) Hub compliance process, and are entitled "ASU EOP Hub Certification Requirements and Processv2.docx" (1 page); "Chief of Mental Health Affirmation of PG criteria met ASUHUBv5.docx" (3 pages); and "ASU EOP HUB Certification Audit Instructions v3.docx" (19 pages).  As these documents show, performance report data concerning "Timely Psychiatry Contacts" is one of the enumerated areas for which "the program must meet a threshold of 90% [to certify]." *See* Ex. A at 8.

3.     Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' Exhibit 176, which was admitted into evidence by the Court on October 15, 2019 during the evidentiary hearing related to Dr. Michael Golding's whistleblower allegations.  This document is Defendants' ASU EOP Hub self-certification letter for the review period of April 4 through May 4, 2017, dated June 22, 2017.

4.     In 2017, 11 of the 31 prisoners who died by suicide in CDCR were housed in a segregation setting at the time of their deaths.  In 2018, 7 of CDCR's 34 suicides occurred in segregation.  As of the date of this filing, 10 of the 30 suicides that have

1

[3451565.1]

1    occurred in 2019 occurred in segregation.  Of the 10 suicides that have occurred in

2    segregation setting to date in 2019, 4 of those occurred in a Psychiatric Services Unit

3    (PSU).

4         5.    Marcus Levy, a paralegal employed at my firm working under my direction

5    and supervision, computed these figures using the following methodology.  To determine

6    the total number of CDCR suicides per year, Mr. Levy reviewed CDCR's Suicide Death

7    Notifications, which Defendants regularly provide to Plaintiffs' counsel.  To obtain the

8    total number of suicides that occurred in segregation settings each year, Mr. Levy

9    reviewed the housing information included in CDCR's Final Suicide Reports, which

10   Defendants regularly provide to Plaintiffs' counsel, and in CDCR's Electronic Health

11   Records System ("EHRS").

12        I declare under penalty of perjury under the laws of the State of California that the

13   foregoing is true and correct, and that this declaration is executed at San Francisco,

14   California this 21st day of October, 2019.

15

16

17                                        *Cara E. Trapani*
                                         Cara E. Trapani
18                                        Attorney for Plaintiffs

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CARA E. TRAPANI IN SUPPORT OF PLAINTIFFS RESPONSE TO DEFENDANTS'
RESPONSE TO PARAGRAPH 5 OF THE COURT'S SEPTEMBER 17, 2019 ORDER

[3451565.1]

# Exhibit A

| | |
|---|---|
| **From:** | Steve Fama |
| **To:** | Coleman Team - RBG Only |
| **Subject:** | FW: Coleman v. Brown, April 10, 2014 Court Order, CDCR Policies and Procedures |
| **Date:** | Tuesday, July 29, 2014 7:38:21 PM |
| **Attachments:** | UOF Policy clean 7-28 v 17.docx |
| | UOF Policy Redline 7-28 v 17.docx |
| | Mental Health Clinician Checklists for Controlled Use of Force.docx |
| | MH Clinician"s Guide to Use of Force Policies 8 Rev 7-29-14.docx |
| | MCS 7-28-2014 clean.doc |
| | MCS 7-28-2014 redline.doc |
| | Unclothed Body Search DOM Revision.doc |
| | ASU EOP HUB Certification Requirements and Processv2.docx |
| | Chief of Mental Health Affirmation of PG criteria met ASUHUBv5.docx |
| | ASU EOP HUB Certification Audit Instructions v3.docx |
| | NON DISCIPLINARY SEGREGATION PROCESSING 7-29-14 (2).doc |
| | 120 Day Pre-MERD Memo.docx |

**From:** Weber, Nicholas@CDCR [mailto:Nicholas.Weber@cdcr.ca.gov]
**Sent:** Tuesday, July 29, 2014 6:24 PM
**To:** 'mlopes@pldw.com' (mlopes@pldw.com); Jones, Mohamedu; 'kwalsh@pldw.com'
(kwalsh@pldw.com); 'jeffrey.metzner@ucdenver.edu' (jeffrey.metzner@ucdenver.edu); Henry Dlugacz
(HDlugacz@BLHNY.com); hownani@aol.com; rod@roderickghickman.com; Tim Rougeux
(trougeux@hotmail.com); mbien@rbgg.com; Jane E. Kahn (JKahn@rbgg.com); 'Acharya, Ranjini
(Ranjini.Acharya@klgates.com)' (Ranjini.Acharya@klgates.com); 'Bornstein, Jeffrey L.
(Jeffrey.Bornstein@klgates.com) (Jeffrey.Bornstein@klgates.com)' (Jeffrey.Bornstein@klgates.com);
Steven Fama (sfama@prisonlaw.com); 'Don Specter (dspecter@prisonlaw.com)'
(dspecter@prisonlaw.com)
**Cc:** Tebrock, Katherine@CDCR; Gilevich, Thomas@CDCR; Patrick McKinney
(patrick.mckinney@doj.ca.gov); Christine Ciccotti (Christine.Ciccotti@doj.ca.gov); elise.thorn@doj.ca.gov
**Subject:** Coleman v. Brown, April 10, 2014 Court Order, CDCR Policies and Procedures

All,

      The Court's Order of April 10, 2014, requires that Defendants (1) "work under the guidance
of the Special Master to revise their use of force policies and procedures"; (2) "work with the Special
Master on a timeline for completion of their review of the use of management status"; (3) "file a
plan to limit or eliminate altogether placement of class members removed from the general
population for non-disciplinary reasons in administrative segregation[] units that house inmates
removed from the general population for disciplinary reasons" and remove non-disciplinary
segregation inmates from those units in no more than seventy-two hours; (4) "provide to the court
and the Special Master monthly reports on whether each EOP ASU hub meets Program Guide
requirements for an EOP ASU level of care;" and (5) "file a revised policy concerning strip searches."

      Defendants have met with the Special Master's team on multiple occasions over June and
July, including engaging in discussions and detailed reviews of Defendants' revisions to policies and
procedures. At the resolution of the discussions with the Special Master's team, Defendants
provided Plaintiffs' counsel with drafts of the proposed revisions which incorporated input from the
Special Master.

Plaintiffs' counsel responded with their letters and proposals of July 9, July 15, July 21, and July 22, 2014, and discussed the proposed revisions in detail with Defendants and the Special Master on July 10 through 11 and July 23 through 25, 2014. Defendants completed their revisions to the policies and procedures, incorporating many of Plaintiffs' counsel's suggestions.

Defendants substantially revised their use of force policies, created statewide policies for management cell status and unclothed body searches in Enhanced Outpatient Program Administrative Segregation hubs (EOP ASU hub), built a report for EOP ASU hub compliance, and developed memos to implement a rapid transfer timeframe for inmates in administrative segregation for non-disciplinary reasons. Those documents are attached. Defendants intend to file these revised policies and procedures with the Court and begin implementation on August 1, 2014.

Defendants appreciates the input provided and look forward to meeting with you tomorrow. Please be advised that hard copies will not be provided in the morning.

Sincerely,

Nick Weber
Attorney

Department of Corrections & Rehabilitation
Healthcare Legal Team
1515 S Street, Suite 314S
Sacramento, CA  95811-7243
Office (916) 323-3202
Fax (916) 322-9696

## ASU EOP HUB Certification Requirements and Process

1. The regional administrator and custody auditor will assess each ASU EOP HUB program using CQI audits and performance report data as outlined on the "EOP HUB Certification Audit" document.
   - Visits will occur around the same time each month.
   - The HQ auditors will train local staff regarding how to conduct audits.
   - Visits will occur monthly until each HUB certifies for two consecutive months.
   - The regional administrative team will assist each program with barriers to certification.

2. Once certification is achieved, the CMH and Warden are responsible to ensure audits and data review as outlined on the "EOP HUB Certification Audit" document occur.
   - Audits will be conducted by local staff around the same time each month.
   - Institution staff will establish a method to collect the audit information systematically.
   - The local staff will notify the regional administrator immediately if performance issues are identified.

3. The Chief of Mental Health and Warden will use the institution self assessment to determine if their institution can be re-certified each month.
   - Performance must be at 90% on all criteria outlined in the "EOP HUB Certification Audit" document.

4. The Chief of Mental Health and Warden will submit the certification letter to the mental health Regional Administrator as instructed on the certification form.

5. Upon receipt of the certification form (after it has been vetted through all parties on the signature blocks of the form), the mental health Chief of Quality Management will review each form against the institution EOP HUB's performance. Any disagreements regarding certification will be discussed with the regional administrator, Chief of Mental Health, Custody Team, and/or Warden as necessary.

6. Once approved, the certification letter, and a recommendation from the mental health Chief of Quality Management, will be provided to Dr. Belavich. Recommendation will be provided by the 12th of each month to ensure a report to the court is made by the 15th of each month.

**ASU EOP HUB Program Performance Certification**

Based upon the mental health performance report and local audits of the EOP HUB unit, I DO____ / DO NOT ____(check one) certify that, based upon my clinical expertise, the ASU EOP HUB program at institution has met program guide requirements from _____ to _____, 2014.

Check One Below:

_____ The EOP HUB program has not had any significant changes in performance since certification by the regional administrator on _____.

_____ The EOP HUB program HAS had significant changes in performance since certification by the regional administrator on _____. Notes regarding performance changes below.

Provide a brief summary of areas assessed. If certification is recommended, describe the rationale for this. If certification is not recommendation, describe the areas in which performance has lapsed.

_____          _____

           Chief of Mental Health Signature                              Date

               Printed name and title

_____          _____

               Warden Signature                                          Date

               Printed name and title

I _____ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's Assessment.

_____                    _____
                Institution CEO                                                          Date

                Printed name and title

I _____ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's Assessment.

_____                    _____
Mental Health Regional Administrator Signature                                 Date

I _____ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's Assessment.

                Printed name and title

_____                    _____
Regional Chief Executive Officer Signature                                     Date

                Printed name and title

Instructions

1. Using your audit and performance report data and using a 90% benchmark, select the correct box to establish that you are or are not recommending certification.

2. Enter the first day and last day of the month in which you are reporting.  Submit all reports for performance of the month prior to your institution CEO by the 3rd of each month.

3. The Chief of Mental Health will check the correct selection to establish if the program has had lapses in performance since initial certification by the regional administrator. **If lapses are identified, you may NOT certify.**

4. Enter the most recent date of the regional certification.

5. The Chief of Mental Health and Warden will both provide succinct observations regarding the EOP HUB program as they relate to the program's performance on the items outlined in the audit instructions. If performance has remained within a 90% threshold on all items, provide specific examples of what was observed. If performance has lapsed, list the areas where improvement is needed.

6. If, in your assessment, your program has failed to meet program guide requirements, contact your regional administrator and/or the Chief of Quality Management/Coleman Compliance immediately.

7. Both the Chief of Mental Health and the Warden will sign before forwarding to the institution CEO. If the Chief of Mental Health and Warden disagree on certification, they must examine data together and come to an agreement.

8. The institution CEO will select if they agree with the CMH's assessment, sign, and ensure the signed report is sent to the Mental Health Regional Administrator for signature by the 5th of each month.

9. The Mental Health Regional Administrator will select if they agree with the CMH's assessment, sign, facilitate obtaining the signature of the Regional Chief Executive Officer, and submit to the Chief of Quality Management/Chief of Coleman Compliance by the 9th of each month.

10. The Chief of Quality Management/Chief of Coleman Compliance will ensure the Director of Mental Health received the documents within one business day of receipt.

11. The Director of Mental Health will use the information to submit a final verification to the court by the 15th of each month.

# EOP HUB Certification Assessment

The following items will be assessed monthly to determine if the institution meets certification requirements. To certify, the program must meet a threshold of 90% in each area. All performance report items are listed exactly as they are in the performance report for easy detection. Each item is described in further detail throughout this document.

| Item | Data Source(s) | Discipline Responsible for Review |
|---|---|---|
| Availability of Confidential Treatment Space | On site audit | Mental Health |
| ASU Morning Meetings meeting all audit criteria | On site audit | Mental Health |
| ICCS with MH clinician presence and relevant information provided | On site audit | Mental Health |
| EOP tx hours offered | Performance Report | Mental Health |
| Timely PC contacts | Performance Report | Mental Health |
| Timely Psychiatry Contacts | Performance Report | Mental Health |
| Timely IDTTs | Performance Report | Mental Health |
| Discharge follow ups (five day clinical) | Performance Report | Mental Health |
| Daily PC Contact for high refusers | Performance Report* | Mental Health |
| Timely MH referrals (referral response timeliness) | Performance Report | Mental Health |
| Completion of PT rounds daily | Performance Report* | Nursing/Mental Health |
| Medication Administration | Performance Report | Mental Health |
| Completion of ASU Pre-Screen | Performance Report* | Mental Health |
| Staff Attendance at IDTTs | Performance Report* | Mental Health |
| Yard Time | On site audits | Custody |
| Welfare Check Completion | On site audit/performance report* | Custody |
| Warden review for LOS over 90 days | Performance Report* | Custody |
| Entertainment Appliances | On site audit | Custody |
| Treatment Module Standards | On site audit | Custody |
| Custody MH Referrals | On site audit | Custody |
| Custody Officers with CPR training | On site audit | Custody |
| Custody Officers with suicide prevention training | On site audit | Custody |
| ASU inmates on 21 day intake status with markers posted | On site audit | Custody |

*These items are in the process of being programmed into the MH Performance Report.

# Mental Health Assessment Criteria and Instructions

## I. Treatment Space

a. General instructions

- The standardized questions below do not need to be assessed each month, once an initial treatment space audit has been conducted, the reviewer only needs to note any changes to space.
- Respond one time for each treatment room observed.
- If possible, ask staff about accessibility to each space; otherwise enter the overall response each time you enter data for the space.
- In the audit sections relating to staff's report of access to space, respond one time for each staff person interviewed.
- In auditing treatment space, it is not necessary to observe a room in use. Instead, staff may be asked about the size of the space.
- If possible, complete the IDTT and group tx space audits while observing IDTT and group.

b. Group Treatment Space

1. Is the group treatment space confidential?
   - Confidential means other inmates cannot see or hear the interaction and other staff cannot hear the interaction.
2. Is the space large enough to accommodate chairs for each participant?
   - If you do not respond to this question while observing a group, you may need to ask staff if they usually (more than half of the time) have enough chairs for everyone.
3. Does the space have adequate ventilation and temperature control (not too hot)?
   - Noting that everyone prefers a different room temperature, respond if the room is judged by the auditor to be too "stuffy" or if participants report it is too hot.

c. Individual Treatment Space

1. Is the treatment space observed confidential?
   - Confidential means other inmates cannot see or hear the interaction and other staff cannot hear the interaction.
2. Is there space enough for two chairs?
   - If you do not respond to this question while observing an individual session, you will need to determine if the space has enough room for two chairs to fit in comfortably.
3. Is the space configured so the space is safe?*

- Examples of unsafe space include:
    - The space is set up so the inmate has to sit by the door, blocking the door from custody being able to get in if there were an emergency.
    - The space is used for storage of items (ie. broom closet, storage for beds or other items).
    - The space is in a remote area with no custody supervision or proximity to respond in case of an emergency.
    - The space is in an area where an alarm will not work.
4. Is the space well ventilated and temperature controlled (not too hot)?
    - This is more difficult to assess in an individual room with no people using the space. To assess you may:
        - Interview staff and ask about ventilation.
        - Noting that everyone prefers a different room temperature, respond if the room is judged to be too "stuffy".
5. Do staff report that they have access to confidential individual tx space when needed?
    - Confidential means other inmates cannot see or hear the interaction and other staff cannot hear the interaction.

d. IDTT Treatment Space
    - Complete this audit while observing the quality of the IDTT
1. Is there enough space for each participant to have a chair?
    - Do not count the audit team. Only determine this by judging if there is enough space for regular institution team members.
2. Is there a chair for each participant?
    - Do not count the audit team. Only determine this by judging if there is a chair for regular institution team members.
    - This includes the inmate-patient having a chair, but the custody escort does not require a chair.
3. Is there a conference table?*
    - Some rooms have a small side table in the middle used as a conference table. This is not adequate and does not count as a "yes".
4. Is the space free from unnecessary and distracting noise?
    - Some examples of unnecessary and distracting noise are:
        - Loud fans that make it difficult to hear.
        - A crowd of people and activity right outside the room that make it difficult to hear.

5. Is the space free from unnecessary interruptions (i.e. People walking through)?
   - Some examples of unnecessary interruptions include:
     o Space in which people have to walk through the meeting to get to other locations in the facility.
     o Space in a large area (such as the dining room) where many people are regularly entering and exiting the area during the meeting.

6. Is the space well ventilated and temperature controlled (not too hot)?
     o Noting that everyone prefers a different room temperature, respond if the room is judged by the auditor to be too "stuffy" or if participants report it is too hot.

## II. Patient Interviews

Patient Interviews will be used to inform your assessment of the program. A 90% threshold is not required on these interviews since information obtained will not be verified. These interviews are only designed to help you determine if the program is performing well.

a. First Steps: Logistics

1. Inmates must be randomly selected. This can be accomplished by either running a random list from MHTS.net prior to your audit and schedule a "CQIT Patient Group Survey" in MHTS.net OR you can select say every 7th cell until you have the desired number of participants. To participate in the survey, inmates need to have been in the program for at least two weeks.

2. You will want to interview 5-10 inmate-patients in a confidential group setting.

3. Ask custody escort officers to explain that you are conducting a confidential interview to see how well the program is run. At a minimum a senior supervisor needs to conduct this survey but preferably the Chief of Mental Health and/or the CEO.

b. Conducting the Interviews

1. Introduction - Before you begin asking the standardized questions:
   - introduce yourself
   - explain that you are there to conduct a patient survey to see how they rate the treatment that is being provided to them.
   - Explain that they were randomly selected
     o "You were selected randomly.  Our computer system mixed up all of the names of inmates in the MH program in ML EOP at this

institution and we just picked the first names that came up for our interview."

- Explain that the survey is anonymous.
  - o "This is anonymous. Although you were ducated for this, we do not know who you are and we are not keeping the ducats nor are we putting any names or CDCR numbers into our computer. We want you to be as honest as possible."
- Explain that you have to ask each question in positive and negative format because some people don't respond and we need both to calculate the responses. Remind the I/Ps to only respond once.
- Explain what is meant by usually or mostly.
  - o "When I say usually or mostly, I mean more than half of the time.
- Remind inmate-patients to only answer about the program and institution in which you are conducting the survey.
  - o answer about your experiences here at _____ only
- Explain to the inmate-patients that you need to count responses, so you need them to raise their hand high in the air and hold it up while you count when they respond.
- Explain to inmates that you also want to hear more about their experiences but to please hold off until the end, because many of the things they will likely want to tell you about will likely be asked in the survey.

2. Asking the standardized questions
   - Although it is critical that all assessors utilize the standardized questions as their template, to create an improved communication flow and ensure we obtain as many accurate responses as possible, questions may be amended as needed.
     - o *For Example:* Instead of asking "What keeps you from going to your MH appointments?" you might ask "There are times when you may not be able to get to your MH appointments, when that happens, what are some of the reasons you aren't able to go?"
   - The most important thing here is to use your clinical skills to read the patients.
   - Another example is when you have a smaller group of inmates you may not need to ask the positive and negative question each time.
     - o *For Example:* Let's say you are interviewing five inmate patients and you ask "Raise your hand if you feel that you are seen as often as you need to be?" Rather than asking the next question "Raise your hand if you feel that you are NOT seen as often as you need to be?" You may just be able to turn to the inmates that did not raise their hand on the

first question and ask, "you didn't raise your hand, does that mean you do not think you are seen as often as you need to be?"

3. Getting qualitative details
   o Once you have ascertained how many inmate patients are satisfied and/or dissatisfied, you need to get information about where we can make improvements.
   o Ask each inmate who reported satisfaction to raise their hand then, one by one, ask what they like about the treatment.  Record the responses.
   o Now ask each inmate who reported dissatisfaction to raise their hand, one by one, and ask how we can make improvements. Again, record the responses.

4. Managing group leaders
   - A limitation of conducting interviews in a group setting is that a strong group leader can take over the group and influence other's responses.
   o Use your clinical skills and to minimize this.
   o Let every person in the group know their responses are kept among the group.
   o If anyone is uncomfortable responding within the group they can see you after.
   o If any inmate-patient expresses disinterest in participating and wants to leave, let him or her leave.

5. Managing non responders
   - You may encounter a situation where an inmate patient does not respond to your questions, or does so but not according to what you asked (ie. Shrugs shoulders when you ask who likes/dislikes their group therapy).
   o Do not immediately make assumptions about their responses. Again use your clinical skills to engage the patient.  Ask for clarification if needed.
   o If it appears the patient is not stable and the responses are not likely to be meaningful, do not count this patient in your sample as they meet our exclusionary criteria.
   o If they are stable but simply withdrawn, offer to get responses afterwards or do what you can to draw them out.

c. Standardized Questions
   1. Raise your hand if you go to most of your MH appointments?

2.  Raise your hand if you do NOT go to most of your MH appointments?
3.  What keeps you from going to your MH appointments?
    - Did not get ducat
    - Escort problems
    - Modified program
    - Discouraged by others
    - Weather (too cold, too hot)
    - Schedule conflicts (other appointments, work, visiting, canteen)
    - Treatment is not helpful
    - I don't like my clinician
    - symptoms of mental illness (e.g, "too depressed")
    - Other
4.  Raise your hand if you are usually able to get to your MH appointments on time?

5.  Raise your hand if you are NOT usually able to get to your MH appointments on time?
6.  When you don't get there on time, what types of things keep you from getting to your appointments on time?

    - Did not get ducat
    - Escort problems
    - Modified program
    - Discouraged by others
    - Weather (too cold, too hot)
    - Schedule conflicts (other appointments, work, visiting, canteen)
    - Other: Describe

7.  Raise your hand if you feel that you are seen as often as you need to be?
8.  Raise your hand if you feel that you are NOT seen as often as you need to be?
9.  Raise your hand if you are usually seen quickly (ex. emergency- same day, routine – within 5 days) when you need to be?
10. Raise your hand if you are NOT usually seen quickly when you need to be?
11. Raise your hand if you know your MH treatment plan?
    Item Tip: Describe treatment team and tx plan to pts – this is the plan that is developed when your psychiatrist, PC, CCI, and you all meet and discuss your treatment.  It is what you are working on for your mental health treatment.

The issues that you and your clinicians have identified and that you want help with in your treatment sessions.

12. Raise your hand if you do NOT know your MH treatment plan?

13. Raise your hand if you agree with your MH treatment plan?

14. Raise your hand if you do NOT agree with your MH treatment plan?

15. Raise your hand if you are mostly satisfied with your MH tx team meetings?

16. What do you like about your MH tx team meetings (IDTT)?
    - The clinicians listen to me
    - They help me get the tx I need
    - The IDTT asks what I think
    - The IDTT is helpful
    - I get to discuss treatment with all of my providers at once
    - Other:  Specify

17. Raise your hand if you are NOT mostly satisfied with your MH tx team meetings (IDTT)?

18. How can your mental health treatment team meetings be improved?
    - Listen to my opinion more
    - Less people in the room
    - They ask what I think
    - Take more time with me

19. Raise your hand if you know how to make an appt with your PC or psychiatrist?

20. Raise your hand if you do NOT know how to make an appt with your PC or psychiatrist?

21. Raise your hand if you are satisfied with the tx from your PC?

22. What do you like about the tx you receive from your PC?
    - He/she listens to me
    - He/she cares about me (or understands me)
    - He/she provides methods to help cope

23. Raise your hand if you are NOT satisfied with the tx from your PC?

24. How can the treatment you receive from your PC be improved?
    - Be seen more often
    - Spend more time with me
    - More individualized treatment
    - We would make treatment progress rather a quick check in

25. Raise your hand if you are satisfied with the tx from your psychiatrist?

26. What do you like about the tx you receive from your psychiatrist?
    - He/she listens to me
    - He/she explains the medications to me

- He/she provides methods to cope

27. Raise your hand if you are NOT satisfied with the tx from your psychiatrist?

28. How can the treatment you receive from your psychiatrist be improved?
    - Be seen more often
    - Spend more time with me
    - Better explain medications

29. Raise your hand if you are mostly satisfied with your group tx?

30. What do you like about your group tx?
    - The group leader encourages discussion
    - The group leader helps me with my MH issues
    - The clinician pays attention to my tx needs
    - The clinician asks us all to contribute.
    - I learn new skills/techniques
    - I get support from others
    - I get out of cell
    - I get to interact with others
    - Other: Specify

31. Raise your hand if you are NOT mostly satisfied with your group tx?

32. How can your group treatment be improved?
    - More groups offered
    - Groups more directed to my treatment issues

33. Raise your hand if you are usually seen by MH clinicians in a confidential setting?
    Item Tip: Explain confidential – a private setting where other inmates cannot hear or see the interaction and other staff cannot hear the interaction.

34. Raise your hand if you are NOT usually seen by your MH clinicians in a confidential setting?

35. For those of you who take psychiatric medication, raise your hand if you usually do NOT have to wait more than 24 hours to start getting a new medication that was prescribed to you?

36. Raise your hand if you usually have to wait more than 24 hours to start getting a new medication that was prescribed to you?

37. Raise your hand if you usually get your regular medications on time (ex. AM meds are received between 6:30-8:00 AM, afternoon meds between 1130-1300, PM meds between 1630-1830, and HS meds after 2000).

38. Raise your hand if you usually do NOT get your regular medications on time?

39. How many of you are offered at least 10 hours of treatment per week.

40. How many of you are NOT offered at least 10 hours of treatment per week?

41. Raise your hand if you received the ASU orientation guide?

42. Raise your hand if you have NOT received the ASU orientation guide?

## III. Morning Meeting Observation

a. General guidelines

- To respond to questions related to the morning meeting, you may either interview the ASU sergeant and ASU MH clinical staff about the morning meeting the day of the audit OR observe the morning meeting.

b. Responding to questions.

1. Did MH staff identify high risk inmates?

   - Mental health staff should explicitly state which inmates are identified as high risk. On the rare occasion there are none identified, they should also state this or the response on this item is "no".

2. Were the ASU Sgt and MH clinician in attendance?

   - If both the ASU sgt or designee and a MH clinician were not is attendance, the response on this item is "no."

3. Were new arrivals discussed?

4. Method of measurement:  (interview or observation)

   - Select the method you utilized to respond to the questions above.

## IV. ICC Observation

a. General guidelines

- Ask for a list of inmates scheduled to attend the ICC before the meeting begins. This is often referred to as the "call sheet".
- You may have to look up the inmate in the eUHR to determine who is in the mental health program.
- Respond to questions for each MH inmate's ICC.
- Before the first inmate is brought in, introduce yourself to the group and tell them:
  o You want to introduce yourself to each inmate
  o Other than your initial introduction, proceed with the meeting as they typically would.  You want to see business as usual.

b. Responding to questions.

1. Is a MH clinician in attendance?

   - If this isn't apparent, after the inmate leaves ask if a clinician was present.

2. Did the MH clinician provide useful information regarding each inmate's current mental condition (e.g. need for medication, tendency for behavioral difficulties, suggested interventions, LOC, need for staff assistant)?

   - Some examples from the program guide (p. 12-7-2)are:

- o Inmate-patient's current participation in treatment
- o Medication compliance
- o Suitability of single or double celling
- o Risk assessment of self-injurious or assaultive behavior
- o Status of ADLs
- o Ability to understand Due Process proceedings
- o Likelihood of decompensation if retained in ASU
- o Recommendations for alternative placement
- o Any other custodial and clinical issues that have an impact on inmate-patients' mental health treatment.
- Not all of the items above must be included to qualify for a "yes" response on this question, but relevant information regarding an inmate's current mental health condition is expected. For example, if the clinician only addresses effective communication, the response to this question is "no."

3. Did the committee chair consider both the clinical and custody needs of the inmate patient for program review?
   - It is expected that this consideration will occur after the mental health clinician provides input but may also surface in terms of a discussion regarding the inmate's level of care and/or questions the committee chair asks the MH clinician.

4. If it appears that the inmate's mental health status had an impact on his/her understanding of the ICC, did staff members ensure effective communication?
   - This applies only to inmate patients who you, as a clinician, observe are having difficulty paying attention to or understanding what ICC members are saying. This is NOT required for all inmate-patients.
   - Note N/A if you judge the inmate-patient as being able to understand.
   - Note this as a "yes" if any member in the ICC checked the inmate for understanding by asking him/her to restate what was said.

## V.    Psych Tech Rounds

This item is currently audited locally by nursing staff. The following audit questions are asked. The CMH should obtain the audit results from nursing staff until this information is available on the mental health performance report.

Indicator: Percentage of required rounds for inmates in lock up units audited that were completed according to PG requirements.

Question on nursing audit: Did the PT complete all rounds as indicated by policy?

**Mental Health Performance Report Items to Review**

The following items are collected via MHTS.net or at HQ. The mental health performance report shall be utilized to assess performance in these areas.

Below is the link to the performance report. If the link does not work, you will need to put in a solution center ticket to obtain access:

http://mhts-reporting.cphcs.ca.gov/Reports/Pages/Report.aspx?ItemPath=%2fProgram_Reports%2fON_DEMAND%2fPerformance+Report

1.  EOP Treatment Hours Offered
    Complete Indicator:
    Percentage of EOP patient-weeks during which required minimum number of structured treatment hours required by MH Program Guide were offered.

2.  Timely PC Contacts
    Complete Indicator:
    Percent of PC contacts completed within policy timelines

3.  Timely Psychiatry Contacts
    Complete Indicator:
    Percentage of patient-weeks during which patients were up-to-date on their required psychiatry contacts.

4.  Timely IDTTs
    Complete Indicator:
    Percentage of patient-weeks during which patients were up-to-date on their required IDTT contacts.

5.  Discharge Follow Ups
    Complete Indicator:
    On-time completion of all required clinical follow-ups after discharge from a higher level of care.

6. Daily PC contact for high refusers*
   Complete Indicator:
   Percentage of inmates on modified treatment who receive increased PC contact as required by PG.

7. Timely Mental Health Referrals
   Complete Indicator:
   Percentage of emergent, urgent, and routine referrals that are completed within required time frames.

8. Completion of PT rounds daily*
   Complete Indicator:
   Percentage of required rounds for inmates in lock up units audited that were completed according to PG requirements.

9. Medication Administration
   Complete Indicator:
   Percentage met on MAPIP MEDICATION ADMINISTRATION measures (M20-24)

10. ASU Pre-Screen*
    Complete Indicator:
    Percentage of ASU screenings that occurred within 72 hours of placement/arrival.

11. Staff Attendance at IDTTs*
    Complete Indicator:
    Percentage of IDTTs that include all Program Guide required staff.

# Custody Audit Instructions

## I.    Treatment Module Standards

a.  General Instructions:

- While visiting areas of the institution for other purposes, view treatment modules to respond to each question.
- You may need to ask staff which modules are used for MH treatment to determine which are used as treatment modules.
- For institutions and program in which ADA TTMs are required, note in comments if an ADA TTM is not available and address in comments and provide to regional for reporting.

b.  Treatment (Tx) Module Questions:

1.  For groups, are the modules in a semi-circle?

   - This would primarily relate to segregated units where treatment modules are used for group.

2.  Are the modules in an area where other inmates and/or staff are not able to hear the interaction?

   - Locate all Therapeutic Treatment Modules used for clinical interaction with inmates and confirm that they are located in an area where other inmates and/or staff are not able to hear the interaction.

3.  Do the modules meet PIA approval standards?

   - PIA standards are: 42 inches wide, 72 inches tall, depth 49.5 inches. Must have a fold down desk and fold down chair (May 3, 2012 Memorandum: *Therapeutic Treatment Module Specifications*).

4.  Do staff report sufficient number of Tx modules for providing treatment?

   - Ask several MH clinicians if they usually have a sufficient number of Tx modules available to provide treatment.

5.  Are the Tx modules clean? (free of debris, spider webs, clean walls, floor)

   - Look for garbage on the floors, grime on the walls and floor, spider webs. If any are present, mark "no."

## II.    Welfare Checks

**Welfare Check Completion** – A report is being developed by HQ to automate a report on completion of ASU welfare checks using guard one data. Until further notice that this has been completed, audit the following:

a.  General Instructions:

- Review the Guard 1 Rounds Tracker report for the prior 30 day period.

b. Questions
   1. How many checks were required?
   2. Of those, how many were staggered (no checks with the exact same interval between then), occurred within 30 minutes, and in which there were two per hour?

## Supervisor Review
a. General Instructions:
- Review the Guard 1 Rounds Tracker report summaries for the prior 30-day period.

b. Questions:
   1. How many rounds tracker summaries were reviewed?
   2. Of those, how many were signed by the custody supervisor?

### III.   Custody Training
a. General Instructions
- Use Staffing information for your institution prior to the visit to determine overall custody staffing numbers in your ASU EOP program.
- Use the IST foxpro program to determine who has received training.

b. Custody Training Questions

1. How many custody staff are there (less long term leave)?

2. Of those, how many are current with biennial CPR training?

3. Of the total staff how many are current with annual suicide prevention training?

### IV.   ASU Out of Cell Time and Showers
a. General Instructions:
- Count "R" refused times as offered.
- Review twenty (20) randomly selected 114-A's per ASU program (to qualify, the inmate's length of stay must be over 4 weeks).  If you select one and the inmate's length of stay is less than 4 weeks, skip that file, select another, and move on.

b. Questions:

1. Out of the past 4 weeks, how many weeks were required (note: when safety and security issues preclude out of cell/yard time the week is not counted as required)?

   - For each of the randomly selected inmate files, enter the total number of weeks in which there were no documented safety or security issues that would have prevented the institution staff from offering out of cell/yard time.

2. Of those, for how many weeks was ten hours of exercise outside the room (out of cell) offered?
   - For each of the randomly selected inmate files, enter the number of weeks in which he/she was offered out of cell/yard time for at least ten hours.

3. Out of the past 4 weeks, how many weeks were showers offered at least three times per week?
   - For each of the randomly selected inmate files, enter the number of weeks in which showers were offered at least three times per week.


## V. ASU Intake Procedures

a. General Instructions.
   - On the day of the audit:
     - Utilize the 21 day ASU placement report from the COMSTAT ASU tracking system provided by the institution in the custody binder.
     - Generate a SOMS housing roster for ASU buildings.
     - Cross reference the two reports to determine current 21 day inmate roster.
   - Identify ASU inmates on 21-day Intake Status by reviewing the "Intake Markers" posted outside the cell door. Cross reference that information with the ASU placement information from COMSTAT ASU tracking and SOMS.

b. Questions.

1. How many inmates are in ASU 21 days or less on "intake" status?
2. How many inmates on intake status have "intake" identifying markers posted on the outside of their cell doors?
3. How many inmates housed in ASU for the first 72 hours are celled alone (due to being single-cell or being double-cell with no appropriate cell partner available) and require placement in an ASU retrofitted intake cell?

- Identify ASU inmates housed in ASU for the first 72 hours of confinement, without a cell partner (from SOMS/COMPSTAT housing reports).
- Input the total number of inmates that are required to be in a designated retrofitted intake cell.

4. Of those, how many are housed in designated retrofitted "intake cells"?

- Of the inmates who require placement in a retrofitted intake cell, enter the number of inmates that are actually housed in a designated retrofitted "intake cell."

## VI.    ASU Entertainment Appliances

    a.  General Instructions.

- Identify the prison's ASU cells with electricity in which inmates are allowed to possess approved entertainment appliances (no approved exemption).
- Query staff on the number of cells that have electricity (bring list of ASU housing electricity cell survey).
- Review institution's DOM sup or LOP regarding property.
- Spot check presence of entertainment appliances in cells.

    b.  Questions.

1. Number of ASU cells with electricity.
2. Number of ASU cells with electricity where inmates are allowed to possess approved entertainment appliances.

- Of the total number of cells checked, enter the total number in which inmates are allowed to possess entertainment appliances – this may be accomplished by asking inmates and staff on site.

## VII.    Custody MH Referral Process

    a.  Questions

1. Is housing unit staff aware of their responsibility to complete a 128-MH5 Mental Health Referral Chrono when inmates exhibit signs of mental illness?

- Interview all staff in housing units regarding awareness of their responsibility to complete a 128-MH5, Mental Health Referral Chrono, when inmates exhibit signs of mental illness.
- Respond to the question once for each individual housing unit staff person interviewed.

2. Are CDCR Forms 128-MH5 (revised 5/14), Mental Health Referral Chronos accessible and available to staff?

- Physically check each housing unit for availability of 128MH-5.
- Respond once for each housing unit observed.

## Custody Performance Report Items to Review

The following items are collected via MHTS.net or at HQ. The mental health performance report shall be utilized to assess performance in these areas.

Below is the link to the performance report. If the link does not work, you will need to put in a solution center ticket to obtain access:

http://mhts-reporting.cphcs.ca.gov/Reports/Pages/Report.aspx?ItemPath=%2fProgram_Reports%2fON_DEMAND%2fPerformance+Report

Warden Review for LOS Over 90 days

Complete Indicator:

Percentage of EOP-ASU Hubs reviewed where all cases beyond 90 days are reviewed according to MHPG timeline guidelines and the Warden ensured action was taken to resolve issues impacting EOP ASU length of stay.

# Exhibit B

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN, JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California  95758**

June 22, 2017

Matthew A. Lopes, Jr. Esquire            via:       Elise Owens Thorn, Esquire
Office of the Special Master                         Deputy Attorney General
Pannone Lopes & Devereaux LLC                       Department of Justice
317 Iron Horse Point Way, Suite 301                 1300 "I" Street, Suite 125
Providence, RI 02908                                P. O. Box 944255
                                                    Sacramento, CA 94244-2550

I have reviewed reports from the institution Chiefs of Mental Health, Chief Executive Officers, Wardens, and Regional Administrators, indicating that performance has remained within Program Guide requirements since initial certification, and have reviewed Mental Health Performance Reports, summarizing institution performance.

After this review, I am able to make a certification based upon the combined clinical expertise of the Regional Mental Health Administrators, the Chief of Quality Management for Mental Health and my personal review of performance information. The following Enhanced Outpatient Program (EOP) Administrative Segregation Unit (ASU) Hubs, with a box checked, have met Mental Health Services Delivery System (MHSDS) Program Guide requirements during a review conducted in May 2017, for data and reviews conducted from April 4 through May 4, 2017.

California Healthcare Facility (CHCF) did not pass certification, due to Timely Psychiatry Contacts (80%). New coding for the indicator went into effect on April 24th, requiring contacts to be held every 30 calendar days versus monthly or every 45 calendar days, based on whichever comes first. Prior to the coding change, 19 of 22 contacts were compliant. The remaining three were due to scheduling errors, and the scheduling staff has since been retrained.

California State Prison, Sacramento (SAC) did not pass certification, due to Timely Psychiatry Contacts (83%). New coding for the indicator went into effect on April 24th, requiring contacts to be held every 30 calendar days versus monthly or every 45 calendar days, based on whichever comes first.

California State Prison, Corcoran (COR) passed certification with explanation, due to Mental Health Screens (89%). One patient left CSP-LAC as an ASU EOP Hub transfer but arrived to CSP-COR and went straight to MHCB. MHTS did not capture this, although SOMS did. The EOP Hub QIT team has recommended backup processes. Custody now includes a signature block for all completed MH7s for all patients coming into ASU.

California Institution for Women (CIW) passed certification with explanation, due to Timely Mental Health Referrals (89%) and Mental Health Screens (50%). EHRS generated an emergent consult automatically, based on the response on the ASU pre-screen question. Documentation in EHRS verified the patient was seen on time, but was not checked in and checked out. The Mental Health Screens indicator was affected due to an IP who arrived after hours to ASU and the pre-screen was completed. The patient was then moved to MHCB. The

Matthew A. Lopes, Jr. Esquire
Page 2

system did not recognize the patient's placement in ASU so the completed pre-screen did not count, which is currently a known issue.

☒ California Institution for Women (CIW)
☒ California Men's Colony (CMC)
☒ California State Prison, Los Angeles County (LAC)
☒ California Medical Facility (CMF)
☐ California Healthcare Facility (CHCF)
☒ Central California Women's Facility (CCWF)

☒ Mule Creek State Prison (MCSP)
☒ Richard J. Donovan Correctional Facility (RJD)
☐ California State Prison, Sacramento (SAC)
☒ California State Prison, Corcoran (COR)

If you have any questions, please contact me at (916) 691-0433.

Sincerely,

KATHERINE TEBROCK, J.D.
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at **CCWF** institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements from **4/1/17** to **4/30/17** .

The following indicators were examined:
I. Using performance report data on the following items.
Criteria: Each indicator must typically score 90% or higher for certification.

1. **Timely Mental Health Referrals:** Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from **4/4/17** to **5/4/17** reflects the following percentage: 94%

Total Number of measurements (denominator): 18

2. **EOP Treatment Hours:** Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from **4/4/17** to **5/4/17** reflects the following percentage: 94

Total number of measurements (denominator): 31

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. **IDTT quality**
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

a. **IDTTs with measurable treatment goals.**
   - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

b. **IDTTs meeting all audit criteria**
   - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.
a. 100%
b. 100%

2. **Out of cell time offered**
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
a. **ASU Out of Cell Time Offered**
   - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

**3. ICC Review**
Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

96%

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

S. Neumann, Psy.D., CMH _____    5/30/17

Chief of Mental Health – Print and Sign                          Date

D. Adams, Warden (A) _____    4/31/17

Warden – Print and Sign                                        Date


I __✓__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Jimmy Webster, Ph.D., CCHP _____    5/31/17

Institution CEO – Print and Sign                               Date


I __X__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

E. Force, Ph.D. _____    6-5-17

Regional Mental Health Administrator– Print and Sign           Date


I __✓__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

R. Michael Hutchinson, MHA, CCHP, FACHE _____    6/6/17

Regional Healthcare Executive – Print and Sign                 Date


R. Michael Hutchinson, MHA, CCHP, FACHE
Regional Health Care Executive
Region II Fresno, CA

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___CHCF___ institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements from 4/4/17 to 5/4/17.

The following indicators were examined:
1. Using performance report data on the following items.
Criteria: Each indicator must typically score 90% or higher for certification.

1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 4/4/17 to 5/4/17 reflects the following percentage: 100

Total Number of measurements (denominator): 21

2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 4/4/17 to 5/4/17 reflects the following percentage: 100

Total number of measurements (denominator): 42

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

    a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

    b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

Indicator A: IDTTs with measurable treatment goals: 5/5 100%

Indicator B: IDTTs meeting all audit criteria: 99.1%
        5 IDTTs observed: Numerator= 114; Denominator= 115

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
    a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review

Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
  a. ICCs with clinician present and relevant information provided
    - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

Data obtained through self-audit: 5 ICCs observed on 4/20/17 and 4/27/17
Mental Health Clinician Present:                    5/5 100%
Committee Chair Considered Mental Health Input:     5/5 100%
Effective Communication Addressed:                 5/5 100%
Started On Time:                                    5/5 100%
Mental Health Clinician Provided Feedback:         5/5 100%

iii. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

Timely Psychiatry Contacts for 4/4/17 to 5/4/17 were at 80%. For explanation please see Addendum To Section III attached.

PL-176, Page 007

Addendum To Section III

## CHCF 4/1/17 to 4/30/17
## Timely Psychiatry Contacts



| | | | |
|---|---|---|---|
| | Apr | **83%** (n=163) | Heat Map |
| | Mar | **80%** (n=117) | Heat Map |
| | Feb | **78%** (n=147) | Heat Map |
| | Jan | **82%** (n=157) | Heat Map |
| | Dec | **83%** (n=106) | Heat Map |
| ⊟ ASU EOP Hub | Nov | 98% (n=111) | Heat Map |

CHCF uses the Current Due Dates report to schedule for ASU EOP Hub Psychiatry.  When the rule was re-coded on April 24, 2017 to have a psychiatry contact once every 30 calendar days vs monthly or 45 calendar days, whichever comes first, CHCF ASU Psy Contacts were all affected.  However, from the Heat Grids shown for those same months, prior to April 24th, we were in the green.

Because the rule change hit at the end of April, CHCF was not able to get the heat grid for April prior to the rule change, but after doing an audit of the contacts that were out of compliance, the adjusted percentage for compliance is 98%.

There were 3 scheduling errors, 2 by the OT who did not know that an EOP to EOP Mod MHI change triggered an initial or that the psychiatrist had to see an ASU inmate prior to the initial IDTT (That is not outlined in the rule, brought to Dave Leidner to correct), and one error by an MA that scheduled an initial one day late, also due to the IDTT rule.  They have both been trained on the correct timelines for scheduling.

19 out of 22 errors were compliant prior to the rule change.

_____    _____
Chief of Mental Health - Print and Sign                            Date

_____    _____
Warden - Print and Sign                                           Date

I ___ agree/ ___ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____    _____
Institution CEO - Print and Sign                                 Date

I ___ agree/ ___ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____    _____
Regional Mental Health Administrator- Print and Sign             Date

I ___ agree/ ___ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____    _____
Regional Healthcare Executive - Print and Sign                   Date

PL-176, Page 009

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at __CIW__ institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements from __4/4/17__ to __5/4/17__ .

The following indicators were examined:
I. Using performance report data on the following items.
   Criteria: Each indicator must typically score 90% or higher for certification.
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from __4/4/17__ to __5/4/17__ reflects the following percentage: 89%

Total Number of measurements (denominator): 9

   2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from __4/4/17__ to __5/4/17__ reflects the following percentage: 100%

Total number of measurements (denominator): 7

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.
   1. IDTT quality
   Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

   a. IDTTs with measurable treatment goals : 100% - A total of four (4) IDTTs were observed during this audit period.

   b. IDTTs meeting all audit criteria. During this cert period, this measure met 100% of all audit criteria.

   2. Out of cell time offered
   Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
   a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review
Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
a. ICCs with clinician present and relevant information provided
   - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

a. Total ICC observed is five (5) ; 100% met compliance.

III. When a Quality Improvement Indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

Our performance report heat grid for 4/4/17 thru 5/4/17 reflects the following: Out of 8 measures, 2 were reported below 90%.

Timely MH Referrals (89%) - the system automatically generated an emergent consult order based on the answer from the ASU Pre-Screen question. Notes in EHRS documentation verified that the inmate-patient (IP) was seen by a clinician well within the four-hour required time frame; however, the order was not checked in/out which triggered the deficiency.

Mental Health Pre-Screens (50%) - IP arrived in ASU after normal business hours and a pre-screen was completed. No PC was available to complete the place in order and, shortly thereafter, the IP was transferred to MHCB. The system did not recognize that the IP was in ASU and therefore, the pre-screen that was completed did not count.

Michael Hewitt
**Chief of Mental Health**

_____     _____
Chief of Mental Health - Print and Sign                    6-6-17
                                                                        Date

_____     _____
Warden - Print and Sign                                      6/6/17
                                                                        Date

I ___ agree/ ___ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____     _____
Institution CEO - Print and Sign                           6/6/17
                                                                        Date

I ___ agree/ ___ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____     _____
Regional Mental Health Administrator- Print and Sign  *(see attached)*     6/7/17
                                                                        Date

I ___ agree/ ___ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____     _____
Regional Healthcare Executive - Print and Sign            6/7/17
                                                                        Date

PL-176, Page 012

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___CMC-E___ institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements from _04/01/2017_ to _04/30/2017_ .

The following indicators were examined:
I. Using performance report data on the following items.
    Criteria: Each indicator must typically score 90% or higher for certification.
    1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from _4/4/17_ to _5/4/17_ reflects the following percentage: 94%

Total Number of measurements (denominator): 107/114

    2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from _4/4/17_ to _5/4/17_ reflects the following percentage: 99%

Total number of measurements (denominator): 184/185

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

    1. IDTT quality
    Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

    Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

    Indicators Measured (on the mental health performance report)

        a. IDTTs with measurable treatment goals.
            - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

        b. IDTTs meeting all audit criteria
            - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.
    a. 100%

    b. 98%

    2. Out of cell time offered
    Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

    Indicator Measured (on the mental health performance report)
        a. ASU Out of Cell Time Offered
            - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 98%

3. ICC Review
Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

100%

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

_____                     5-31-17
Chief of Mental Health - Print and Sign                  Date

_____                     5-31-17
Warden - Print and Sign                                  Date


I **X** agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____                     5-31-17
Institution CEO - Print and Sign                         Date


I **X** agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____                     6-5-7
Regional Mental Health Administrator- Print and Sign     Date


I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____                     050617
Regional Healthcare Executive - Print and Sign           Date
R. Michael Hutchinson, MHA, CCHP, FACHE
Regional Health Care Executive
Region II Fresno, CA

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___CMF___ institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements  from _4/4/2017_ to _5/4/2017_ .

The following indicators were examined:
I. Using performance report data on the following items.
  Criteria: Each indicator must typically score 90% or higher for certification.
  1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from _4/4/2017_ to _5/4/2017_ reflects the following percentage: 100%

Total Number of measurements (denominator): 26

  2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from _4/4/2017_ to _5/4/2017_ reflects the following percentage: 100%

Total number of measurements (denominator): 74

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

  1. IDTT quality
  Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

  Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

  Indicators Measured (on the mental health performance report)

    a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

    b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

There were three IDTTs audited on 4/20/17, one audited on 4/25/17, and one audited on 4/27/17 by D. Silbaugh, Ph.D., Chief Psychologist.
Indicator A: IDTT's with measurable goals: 5/5 100%
Indicator B: IDTTs meeting all audit criteria: 115/115 100%

| Indicator B: | | | | | |
|---|---|---|---|---|---|
| 1) Started timely | 5/5 100% | 9) CCI engagement/informed | 5/5 100% | 18) Work/Education assignment | 5/5 100% |
| 2) Leader state purpose | 5/5 100% | 10) Leader facilitation | 5/5 100% | 19) Reasonable Accommodation | 5/5 100% |
| 3) 7386 Completed | 5/5 100% | 11) Interactive discussion | 5/5 100% | 20) Mgmt of resistant patients | 5/5 100% |
| 4) 7230-G prior | 5/5 100% | 12) Language at patient's level | 5/5 100% | 21) RVR write ups | 5/5 100% |
| 5) Effective Comm | 5/5 100% | 14) 7388b consideration reviewed | 5/5 100% | 22) Behavior correlates with RVRs | 5/5 100% |
| 6) Case formulation | 5/5 100% | 15) Update progress noted | 5/5 100% | 23) Suicidal patients safety plan | 5/5 100% |
| 7) PC relevant info | 5/5 100% | 16) Access to eUHR | 5/5 100% | | |
| 8) Open-ended questions | 5/5 100% | 17) CCI access to SOMS/ERMS | 5/5 100% | | |

  2. Out of cell time offered
  Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

  Indicator Measured (on the mental health performance report)
    a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review
Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

There were five ICCs audited on 4/26/17 by P. Orellana, Psy.D., Senior Psychologist Supervisor.

| Indicator A: 1) Mental health clinician present | 5/5 100% |
|---|---|
| 2) Useful mental health information provided | 5/5 100% |
| 3) Chair considered clinical and custody needs | 5/5 100% |
| 4) Staff ensured effective communication as needed | 5/5 100% |
| 5) ICC started on time | 5/5 100% |

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

No indicators fell below 90%.

N. Fisherman, Ph.D.

Chief of Mental Health - Print and Sign

5/25/17

Date

Warden - Print and Sign

5/30/17

Date

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Dan Gerbas, DMD

CEO (A) Institution CEO - Print and Sign

5/30/17

Date

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Kathleen O'Meara

Regional Mental Health Administrator- Print and Sign

6/6/17

Date

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Regional Healthcare Executive - Print and Sign

6/7/17

Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at **CSP-COR** institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements   from 4/4/17   to 5/5/17   .

The following indicators were examined:
I. Using performance report data on the following items.
   Criteria: Each indicator must typically score 90% or higher for certification.
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 4/4/17   to 5/5/17   reflects the following percentage: 100%

Total Number of measurements (denominator): 44

   2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 4/4/17   to 5/5/17   reflects the following percentage: 96%

Total number of measurements (denominator): 198

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

Observed IDTTs were at 100% compliance. The required attendees were present, and discussion included IP treatment goals and participation in the program. Discussion also included the patient's progress towards meeting their treatment goals and objectives, and was discussed in measurable terms within the time framework period. The patient was allowed to provide input about their treatment. In all cases, Effective Communication was achieved. Psychiatry provided the 7230G for initial evaluations, and the IDTT process was collaborative and patient centered.

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
   a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

**3. ICC Review**

**Criteria:** When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
a. ICCs with clinician present and relevant information provided
   - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

Observed ICC meetings were at 100% compliance. The ICC started on time, with the Primary Clinician present. The PC discussed the IP's current Mental Health Status, along with any History of Dangerousness to Self or Others, and issues related to the IP's potential for decompensation if they were to remain for an extended period of time in the ASU-EOP program were addressed. The Custody Chair engaged the IP in discussion about their current status and also was receptive to feedback from MH clinician. In all cases the ICC team ensured that Effective Communication was achieved.

iii. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

Mental Health Screenings were observed to be at 89%. In one case an IP who was sent to COR, left LAC as an ASU Hub transfer, but when he arrived through R&R he went straight into MHCB, and was never housed in ASU-EOP. SOMS showed that the IP was in MHCB, however, MHTS did not capture that change. This is most likely the result of a system error. An attempt was made to correct this through MHTS, but has not been resolved successfully. In this one instance, and with correction, we would have been at 90% compliance. Since identifying this problem, the EOP-HUB QIT team has recommended that some back up systems be put in place to rectify this process. Custody has now included a signature block for all completed MH7's on the lock up order check list for all IP's coming into the AdSeg units.

_Joe Walsh, Ph.D._ _____    6-1-17
Chief of Mental Health - Print and Sign                    Date

_J. Perez_ _____    6/1/17
Warden - Print and Sign                    Date

I __✓__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____    6/1/17
Institution CEO - Print and Sign                    Date

I __/__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____    6.5.17
Regional Healthcare Executive - Print and Sign                    Date

I _____ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Chris Cornell, Psy.D.
Region III Administrator, Mental Health _____    6/5/2017
Regional Mental Health Administrator- Print and Sign                    Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at **CSP-COR** institution has met ☐ / has not met ☐ / has met with explanation ☒ program guide requirements   from 4/4/17    to 5/5/17    .

The following indicators were examined:
I. Using performance report data on the following items.
Criteria: Each indicator must typically score 90% or higher for certification.
1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 4/4/17    to 5/5/17    reflects the following percentage: 100%

Total Number of measurements (denominator): 44

2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 4/4/17    to 5/5/17    reflects the following percentage: 96%

Total number of measurements (denominator): 198

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

  a. IDTTs with measurable treatment goals.
    - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

  b. IDTTs meeting all audit criteria
    - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

Observed IDTTs were at 100% compliance. The required attendees were present, and discussion included IP treatment goals and participation in the program. Discussion also included the patient's progress towards meeting their treatment goals and objectives, and was discussed in measurable terms within the time framework period. The patient was allowed to provide input about their treatment. In all cases, Effective Communication was achieved. Psychiatry provided the 7230G for initial evaluations, and the IDTT process was collaborative and patient centered.

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
  a. ASU Out of Cell Time Offered
    - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

**3. ICC Review**
Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

Observed ICC meetings were at 100% compliance. The ICC started on time, with the Primary Clinician present. The PC discussed the IP's current Mental Health Status, along with any History of Dangerousness to Self or Others, and issues related to the IP's potential for decompensation if they were to remain for an extended period of time in the ASU-EOP program were addressed. The Custody Chair engaged the IP in discussion about their current status and also was receptive to feedback from MH clinician. In all cases the ICC team ensured that Effective Communication was achieved.

III. When a Quality Improvement Indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

Mental Health Screenings were observed to be at 89%. In one case an IP who was sent to COR, left LAC as an ASU Hub transfer, but when he arrived through R&R he went straight into MHCB, and was never housed in ASU-EOP. SOMS showed that the IP was in MHCB, however, MHTS did not capture that change. This is most likely the result of a system error. An attempt was made to correct this through MHTS, but has not been resolved successfully. In this one instance, and with correction, we would have been at 90% compliance. Since identifying this problem, the EOP-HUB QIT team has recommended that some back up systems be put in place to rectify this process. Custody has now included a signature block for all completed MH7's on the lock up order check list for all IP's coming into the AdSeg units.

_Joe Walsh, Ph.D_ _(signature)_                      6-1-17
Chief of Mental Health - Print and Sign                Date

_J. Perez_ _(signature)_                             6/1/17
Warden - Print and Sign                                Date

I __✓__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_(signature)_                                        6/1/17
Institution CEO - Print and Sign                       Date

I __/__ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_(signature)_                                        6.5.17
Regional Healthcare Executive - Print and Sign         Date

I _____ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Chris Cornell, Psy.D.
Region III Administrator, Mental Health _(signature)_   6/5/2017
Regional Mental Health Administrator- Print and Sign    Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___LAC___ institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements  from 4/4/17      to 5/4/17      .

The following indicators were examined:
I. Using performance report data on the following items.
 Criteria: Each indicator must typically score 90% or higher for certification.
  1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 4/4/17      to 5/4/17      reflects the following percentage: 98%

Total Number of measurements (denominator): 84

  2. EOP Treatment Hours:  Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 4/4/17      to 5/4/17      reflects the following percentage: 100%

Total number of measurements (denominator): 187

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

  1. IDTT quality
  Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

  a. IDTTs with measurable treatment goals.
    - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

  b. IDTTs meeting all audit criteria
    - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

a. 100% of the IDTTs observed had measurable treatment goals and progress toward the treatment goals was discussed during the update.

b. 100% of IDTTs met all of the audit criteria. The IDTTs started on time, had the purpose of the IDTT stated and discussed with the patient, had full interdisciplinary input into the treatment planning discussion and engaged the patient in the discussion of their treatment.  Effective communication was addressed 100% of the time.

  2. Out of cell time offered
  Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered.  When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
  a. ASU Out of Cell Time Offered
    - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100%

3. ICC Review

Criteria:  When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
     - Definition:  Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.


a.  100% of the observed ICCs had a mental health clinician present.  In all of the cases the mental health clinician provided useful and pertinent information regarding the patient's current mental condition and Effective Communication was established in 100% of cases as required.  The committee chair considered the input from the mental health clinician in 100% of the cases.


iii. When a Quality Improvement Indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

EveLynn McGuinness, Ph.D.

_____

Chief of Mental Health - Print and Sign

6/1/17

Date

Debbie Asuncion

_____

Warden - Print and Sign

6-1-17

Date

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Christina Galstian

_____

Institution CEO - Print and Sign

6/5/2017

Date

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____

Regional Healthcare Executive - Print and Sign

6-5-17

Date

I _____ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Chris Cornell, Psy.D.
Region III Administrator, Mental Health

_____

Regional Mental Health Administrator- Print and Sign

6/5/2017

Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___MCSP___ institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements  from __4/4/17__  to __5/4/17__ .

The following indicators were examined:
I. Using performance report data on the following items.
   Criteria:  Each indicator must typically score 90% or higher for certification.
   1. Timely Mental Health Referrals:  Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from __4/4/17__   to __5/4/17__   reflects the following percentage: 100%

Total Number of measurements (denominator): 79

   2. EOP Treatment Hours:  Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from __4/4/17__   to __5/4/17__   reflects the following percentage: 99%

Total number of measurements (denominator): 95

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

   1. IDTT quality
   Criteria:  When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

   Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria.  When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

   Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition:  Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition:  Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

Mule Creek self-audited IDTT to ensure maintenance of quality indicators for this month's review.  6 IDTTs were observed.
Average of 100% for IDTT Criteria A.  Average of 99% for IDTT Criteria B.

A. Observed IDTTs included measurable treatment goals (138/138 = 100%).

B. All observed IDTTs reviewed the twenty three question audit criteria as needed per each inmate-patient. (137/138 = 99%)

   2. Out of cell time offered
   Criteria:  Random sample of weeks offered for each inmate-patient must result in 90% offered.  When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

   Indicator Measured (on the mental health performance report)
   a. ASU Out of Cell Time Offered
      - Definition:  Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 99%

3. ICC Review

Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
  a. ICCs with clinician present and relevant information provided
    - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

Mule Creek self-audited ICC to ensure maintenance of quality indicators for this month's review. 7 ICC's were observed.

Average of 100% for the ICC review criteria.

In all the ICC's observed/noted, there was a mental health clinician in attendance (100%), and the clinician did a thorough job of presenting useful information regarding the inmate patient's current mental health condition (100%). For each inmate-patient, the clinician had prepared documentation to ensure any Effective Communication needs would be addressed (100%). In each of the ICC's observed, it was clear that the committee chair considered input from the mental health clinician (100%). Observed ICC's started on time (100%).

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

Wendy Worrell, Psy.D.    W. Worrell, PSYD                    6/2/17
                        Chief of Mental Health - Print and Sign              Date

Joe A. Lizarraga                                            6/2/17
                        Warden   Print and Sign                    Date


I ___(agree)___    do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Rainbow Brockenborough, MBA    Rainbow Brockenborough, MBA    6/5/17
                        Institution CEO - Print and Sign               Date


I ___✓___ agree/ ____    do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Kathleen O'Meara, Ph.D.    Kathleen O'Meara                 6/6/17
                        Regional Mental Health Administrator- Print and Sign       Date


I ___✓___ agree/ ____    do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Eureka Daye, Ph.D.,MPH,MA,CCHP                              6/7/17
                        Regional Healthcare Executive - Print and Sign           Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at ___RJD___ institution has met ☒ / has not met ☐ / has met with explanation ☐ program guide requirements from 4/4/17 to 5/4/17

The following indicators were examined:
I. Using performance report data on the following items,
 Criteria: Each indicator must typically score 90% or higher for certification.

1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 4/4/17 to 5/4/17 reflects the following percentage: 94%

Total Number of measurements (denominator): 67

2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 4/4/17 to 5/4/17 reflects the following percentage: 99%

Total number of measurements (denominator): 101

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

 a. IDTTs with measurable treatment goals.
   - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

 b. IDTTs meeting all audit criteria
   - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

a. IDTTS with measurable treatment goals, as per the self audit: written measurable goals and discussed measurable goals is 100% (5 out of 5 discussed).

b. IDTTs 100% started on time (5 out of 5). Purpose of IDTT stated clearly 100% (5 out of 5) . Interdisciplinary information elicited 100% (5 out of 5). 100% of the observed cases included input from the inmate patient (IP) (5 out of 5), and 100% addressed effective communication (5 out of 5).

In addition, IDTT Dashboard Numbers for this report period: Timely IDTTs were at 98%, with a total number of measurements at 193.

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
 a. ASU Out of Cell Time Offered
   - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: Shower100% & Yard100%

3. ICC Review

Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
  a. ICCs with clinician present and relevant information provided
    - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

Self audit of ICC yielded results of MH clinician present 100% (5 out of 5 cases reviewed). MH offered appropriate information 100% of the time (5 out of 5 cases reviewed). Effective Communication Established 100% (5 out of 5 cases observed).

On the performance report heat grid, CCII & Captain Review for LOS over 90 days was at 100%. The Warden Review of Cases over 90 days was at 100%.

III. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

Currently, the Performance Report Heat Grid for 4/4/17 thru 5/4/17 time frame reflects all of the performance measures are above 90%. The performance measures data above 90% are as follows: Timely MH Referrals is 94%; Timely PC Contacts is 92%; Timely Psychiatry Contacts is 91%; and Discharge Follow Ups is 93%; EOP Tx Hours Offered is 99%; Timely IDTTs 98%; while IDTT Staffing and Mental Health Screens are 100% during the reporting period.

Chief of Mental Health - Print and Sign

6/2/17
Date

Warden - Print and Sign

6/2/2017
Date

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Institution CEO - Print and Sign

6/2/17
Date

I _____ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Regional Mental Health Administrator- Print and Sign

6/5/17
Date

I _____ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Regional Healthcare Executive - Print and Sign

6/6/17
Date

Based upon the mental health performance report, personal observation of the EOP HUB unit, review of chart audit data, and random interview of EOP HUB inmate patients, I certify that, based upon my clinical expertise, the ASU EOP HUB program at   CSP-SAC   Institution has met ☐ / has not met ☐ / has met with explanation ☒  program guide requirements   from 4/4/17     to 5/4/17     .

The following indicators were examined:
I. Using performance report data on the following items.
   Criteria: Each indicator must typically score 90% or higher for certification.
   1. Timely Mental Health Referrals: Percentage of emergent, urgent, and routine referrals that are complete within required timeframes (emergent currently coded as within 4 hours, urgent within 25 hours, and routine within 5 calendar days).

Report from 4/4/17     to 5/4/17     reflects the following percentage: 93%

Total Number of measurements (denominator): 67

   2. EOP Treatment Hours: Percentage of EOP patient-weeks during which offered treatment met or exceeded benchmarks.

Report from 4/4/17     to 5/4/17     reflects the following percentage: 92%

Total number of measurements (denominator): 156

II. Report performance on the following items based upon information from on site audits conducted using the EOP HUB Program Performance Certification guidelines, and when available, performance report data from regional on site audits.

1. IDTT quality
Criteria: When indicator data are current and available on the performance report, performance must typically score 90% or higher to recommend certification.

Because indicator data are dependent upon on site regional audits, you may also self audit; overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When significant lapses, such as failure to discuss treatment goals or lack of all participants attending or engaging in discussion, are noted on a regular basis, you may not recommend certification.

Indicators Measured (on the mental health performance report)

   a. IDTTs with measurable treatment goals.
      - Definition: Percentage of all IDTTs observed in which measurable treatment goals are expressed and progress towards treatment goals is discussed during updates.

   b. IDTTs meeting all audit criteria
      - Definition: Percentage of all IDTTs observed that started timely, purpose of the IDTT was stated, interdisciplinary input is elicited and provided in developing the treatment plan during the IDTT, including input from the inmate-patient, and effective communication is addressed.

The Senior Psychologist Specialist self-audited the IDTT to ensure the maintenance of quality indicators for this month's review.
A) All of the IDTTs observed included measurable treatment goals (5/5=100%) and for routine follow-ups, progress towards those goals was addressed.
B) All observed IDTTs observed met all all audit criteria (111/115=96%). See attached self-audit for additional comments.

2. Out of cell time offered
Criteria: Random sample of weeks offered for each inmate-patient must result in 90% offered. When data are current and available on the performance report via regional reviews, this data may be used in lieu of local audit data.

Indicator Measured (on the mental health performance report)
   a. ASU Out of Cell Time Offered
      - Definition: Percentage of weeks required in which one hour per day, five days per week exercise outside of the rooms of the use of the yard at least three days per week for a total of not less than 10 hours a week was offered.

Percentage: 100

PL-176, Page 034

3. ICC Review

Criteria: When indicator data are current and available on the performance report, performance must score 90% or higher to recommend certification.

Because indicator are dependent upon on site regional audits, you may also self audit: overall performance for questions on the EOP HUB Performance Certification guidelines must meet criteria. When critical items are not met such as lack of mental health input or acknowledgement from custody hearing officer, you may not certify.

Indicator Measured (on the mental health performance report)
   a. ICCs with clinician present and relevant information provided
      - Definition: Percentage of ICCs observed in which a mental health clinician is in attendance and provides useful information regarding the inmate-patient's current mental condition, effective communication is addressed as needed, and the committee chair considers the mental health input.

All ICCs self-audited during the month met audit criteria (25/25=100%). See attached self-audit for additional comments.

iii. When a Quality Improvement indicator fails to score 90% or higher, but you believe that the program is providing adequate care, notwithstanding the compliance percentage, please provide a narrative explanation which supports your assessment. Only include factual information related to performance.

Please see attached memo for explanation regarding Timely Psychiatry contacts.

R. Valencia

_____

Chief of Mental Health - Print and Sign

6/1/17

Date

D. BAUGHMAN

_____

Warden - Print and Sign

6/2/17

Date

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

**Michael A. Felder, MS., MBA**
**Chief Executive Officer**

Institution CEO - Print and Sign

6-2.17

Date

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

Kathleen O'Meara

_____

Mental Health Regional Administrator- Print and Sign

6/6/17

Date

I ✓ agree/ _____ do not agree (check one) with the Chief of Mental Health and Warden's assessment.

_____

Regional Chief Executive Officer- Print and Sign

6/7/17

Date

 **CALIFORNIA CORRECTIONAL**
# HEALTH CARE SERVICES


# MEMORANDUM

| | | |
|---|---|---|
| **Date** | : | April 26, 2017 |
| **To** | : | R. Valencia, PsyD  Chief of Mental Health |
| **From** | : | C. Montoya, PsyD  Senior Psychologist – ASU EOP |
| **Subject** | : | **TIMELY PSYCHIATRY CONTACTS** |

On April 24, 2017 several fixes and modifications were made at the headquarters level to improve the reporting capabilities of MHTS and EHRS. Per the informational e-mail sent on Friday, April 21st, one of these changes was the "rollback of monthly, not exceeding 45 day timeframes for psychiatry contacts back to 30 days." (Please see attached.) This adjusted the Current Due Dates to require a routine psychiatry appointment every 30 days, rather than once a month not to exceed 45 days between contacts.

This change also affected the Current Due Dates report retroactively, in that previous appointments that had been scheduled and completed compliantly are now considered non-compliant under the new parameters. Thus, the compliance for this indicator has dropped from 96% as indicated on the ASU EOP Heat Grid (data collected on 4/21/17 for the time period of 3/7/17-4/7/17) to 85% on the 14-44 day report pulled today (time period 3/12/17-4/12/17).

It has been our practice to rely on the Current Due Dates report to guide scheduling of all contacts, including the routine psychiatry appointments. The scheduling staff have been instructed to consult the report, and to schedule individual, confidential psychiatry appointments 1-2 weeks prior to the due date. Using this strategy, we have consistently maintained compliance in this area (see attached performance reports). Given that there were no procedural errors, no corrective action is needed at this time. We will continue to utilize the Current Due Dates report, which has been updated to reflect the most recent parameters, to schedule and monitor timeliness of psychiatry contacts within the program. It is expected that the compliance indicator will improve significantly as the retroactively affected contacts exceed the 14-44 day timeline.

## Spotlight

**1.1 Timely MH Referrals**


94% (66)

**1.2 Treatment Offered**


94% (142)

**1.3 Timely IDTTs**


99% (341)

**1.4 Timely PC Contacts**


95% (666)

**1.7 Discharge FollowUps**


97% (124)

**1.8 Suicide Risk Evaluation**


93% (28)

**1.9 Appointments seen as scheduled**


100% (1,980)

**1.10 Effective Communication Achieved**


97% (441)

**1.13 Treatment plans with satisfactory documentation**


100% (1)

## Suicide Prevention

**2.1 Discharge FollowUps**


97% (124)

**2.2 Suicide Risk Evaluation**


93% (28)

## Access to Care

**3.1 Timely MH Referrals**


94% (66)

**3.2 Treatment Offered**


94% (142)

**3.3 Treatment Attended**


29% (142)

**3.4 Treatment Scheduled**


95% (142)

**3.7 Timely Psychiatry Contacts**


84% (346)

**3.8 Effective Communication Achieved**


97% (441)

**3.9 Mental Health Screens**


94% (64)

## Quality of Care

**5.1 IDTT Staffing**


100% (87)

**5.2 Primary clinician continuity of care**


79% (213)

**5.3 Psychiatrist continuity of care**


88% (24)

**5.4 Inmate-patients without conflicting diagnoses**


100% (1)

**5.7 RVR MH assessments where the patient was informed of the limits of confidentiality. (Beta)**


100% (2)

## Utilization and Resource Management

**6.1 Treatment Cancelled**


1% (142)

**6.2 Treatment Refused**


53% (142)

**6.3 Appointments Cancelled Due to Custody**


0% (2,941)

**6.4 Appointments seen as scheduled**


100% (1,980)

PL-176, Page 038



**1.5 Timely Psychiatry Contacts**

**84%**
(346) ▼

**1.6 Appointments Cancelled Due to Custody**

**0%**
(2,941) ↔

**1.11 Primary clinician continuity of care**

**79%**
(213) ▲

**1.12 Psychiatrist continuity of care**

**88%**
(24) ↔



**3.5 Timely IDTTs**

**99%**
(341) ↔

**3.6 Timely PC Contacts**

**95%**
(666) ↔



**5.5 Treatment plans with satisfactory documentation**

**100%**
(1) ↔

**5.6 RVR assessments where all documentation requirements were met (Beta)**

**100%**
(2) ▲

SAC Mental Health Performance Report for 11/1/16 to 11/30/16
Data filtered to ASU EOP Hub only.
Case 2:90-cv-00520-KJM-SCR   Document 6360-1   Filed 10/21/19   Page 70 of 82

## Segregated Housing

**7.1 Warden review of cases over 90 days**

**7.2 EOP HUB CCII and Captain Review for LOS over 90 days**

100%
(35) ↔

100%
(35) ↔

## Data Entry

**9.1 Appointment Closure Lag**

5%
(3,121) ↔

Case 2:90-cv-00520-KJM-SCR   Document 6360-1   Filed 10/21/19   Page 71 of 82

## Spotlight

**1.1 Timely MH Referrals**


93% (106)

**1.2 Treatment Offered**


96% (201)

**1.3 Timely IDTTs**


99% (414)

**1.4 Timely PC Contacts**


93% (942)

**1.7 Discharge FollowUps**


96% (138)

**1.8 Suicide Risk Evaluation**


90% (31)

**1.9 Appointments seen as scheduled**


99% (2,154)

**1.10 Effective Communication Achieved**


96% (547)

**1.13 SREs that met all audit criteria**


100% (2)

**1.14 Treatment plans with satisfactory documentation**


100% (8)

## Suicide Prevention

**2.1 Discharge FollowUps**


96% (138)

**2.2 Suicide Risk Evaluation**


90% (31)

**2.3 SREs that met all audit criteria**


100% (2)

## Access to Care

**3.1 Timely MH Referrals**


93% (106)

**3.2 Treatment Offered**


96% (201)

**3.3 Treatment Attended**


31% (201)

**3.4 Treatment Scheduled**


97% (201)

**3.7 Timely Psychiatry Contacts**


89% (414)

**3.8 Effective Communication Achieved**


96% (547)

**3.9 Mental Health Screens**


92% (53)

## Quality of Care

**5.1 IDTT Staffing**


100% (104)

**5.2 Primary clinician continuity of care**


79% (142)

**5.3 Psychiatrist continuity of care**


93% (15)

**5.4 Inmate-patients without conflicting diagnoses**


100% (8)

**5.7 Use of force MH assessments meeting documentation requirements (Beta)**


0% (1)

## Utilization and Resource Management

**6.1 Treatment Cancelled**


0% (201)

**6.2 Treatment Refused**


58% (201)

**6.3 Appointments Cancelled Due to Custody**


0% (3,324)

**6.4 Appointments seen as scheduled**


99% (2,154)

SAC Mental Health Performance Report for 12/1/16 to 12/31/16
Data filtered to ASU EOP Hub only.
Case 2:90-cv-00520-KJM-SCR   Document 6360-1   Filed 10/21/19   Page 72 of 82



**1.5 Timely Psychiatry Contacts**

89%
(414)   ▲

**1.6 Appointments Cancelled Due to Custody**

0%
(3,324)   ↔

**1.11 Primary clinician continuity of care**

79%
(142)   ↔

**1.12 Psychiatrist continuity of care**

93%
(15)   ▲



**3.5 Timely IDTTs**

99%
(414)   ↔

**3.6 Timely PC Contacts**

93%
(942)   ↔



**5.5 Treatment plans with satisfactory documentation**

100%
(8)   ↔

**5.6 Interventions for high utilizers tailored to decrease risk**

100%
(1)   ↔

## Segregated Housing

**7.1 Warden review of cases over 90 days**

100%
(33) ↔

**7.2 EOP HUB CCII and Captain Review for LOS over 90 days**

100%
(33) ↔

## Data Entry

**9.1 Appointment Closure Lag**



8%
(3,528) ↔



## Spotlight

**1.1 Timely MH Referrals**

**86%**
**(111)** ▼

**1.2 EOP Tx Offered**

**96%**
(262) ↔

**1.3 Effective Communication Achieved**

**97%**
(520) ↔

**1.4 Primary clinician continuity of care**

**81%**
**(175)** ↔

**1.7 Timely PC Contacts**

**95%**
(1,118) ↔

**1.8 Timely Psychiatry Contacts**

**96%**
(562) ↔

**1.9 Appointments Cancelled Due to Custody**

**0%**
(3,707) ↔

**1.10 Appointments seen as scheduled**

**100%**
(2,414) ↔

## Suicide Prevention

**2.1 Suicide Risk Evaluation**

**77%**
**(22)** ▼

**2.2 Discharge FollowUps**

**77%**
(26) ▼

## Access to Care

**3.1 Timely MH Referrals**

**86%**
**(111)** ▼

**3.2 Timely IDTTs**

**99%**
(546) ↔

**3.3 Timely PC Contacts**

**95%**
(1,118) ↔

**3.4 Timely Psychiatry Contacts**

**96%**
(562) ↔

**3.7 EOP Tx Scheduled**

**97%**
(262) ↔

**3.8 Mental Health Screens**

**88%**
**(66)** ▼

**3.9 Percentage of all IDTTs observed in which a health record and C-file are available**

**100%**
(6) ↔

**3.10 Effective Communication Achieved**

**97%**
(520) ↔

## Quality of Care

**5.1 IDTT Staffing**

**98%**
(112) ↔

**5.2 IDTTs meeting all audit criteria**

**17%**
**(6)** ▼

**5.3 IDTTS in which PC intake evals were completed prior to initial**

**100%**
(6) ↔

**5.4 IDTTS in which psychiatry intake evals were completed prior to initial**

**100%**
(6) ↔

**5.7 IDTTs with Measurable treatment goals**

**83%**
**(6)** ▼

**5.8 Interventions for high utilizers tailored to decrease risk**

**0%**
**(1)** ▼

**5.9 EOP IDTTs discussion of clinical appropriateness for work, educ, accommodation addressed**

**100%**
(6) ↔

## Utilization and Resource Management

**6.1 Appointments Cancelled Due to Custody**

**0%**
(3,707) ↔

**6.2 EOP Tx Cancelled**

**0%**
(262) ↔

**6.3 EOP Tx Refused**

**57%**
(262) ↔

**6.4 Appointments seen as scheduled**

**100%**
(2,414) ↔



**1.5 Psychiatrist continuity of care**

82%
(22) ▼

**1.6 Timely IDTTs**

99%
(546) ↔

**1.11 Discharge FollowUps**

77%
(26) ▼

**1.12 Suicide Risk Evaluation**

77%
(22) ▼



**3.5 EOP Tx Offered**

96%
(262) ↔

**3.6 EOP Tx Attended**

28%
(262) ↔



**5.5 Primary clinician continuity of care**

81%
(175) ↔

**5.6 Psychiatrist continuity of care**

82%
(22) ▼

SAC Mental Health Performance Report  for 1/1/17 to 1/31/17
Data filtered to ASU-EOP Hub only.
Case 2:90-cv-00520-KJM-SCR   Document 6360-1   Filed 10/21/19   Page 76 of 82

## Segregated Housing

**7.1 Warden review of cases over 90 days**

100%
(28) ↔

**7.2 EOP HUB CCII and Captain Review for LOS over 90 days**

100%
(28) ↔

## Data Entry

**9.1 Appointment Closure Lag**



2%
(3,940) ▼

## Spotlight

**1.1 Timely MH Referrals**

96%
(83) ▲

**1.2 EOP Tx Offered**

97%
(205) ↔

**1.3 Effective Communication Achieved**

95%
(486) ↔

**1.4 Primary clinician continuity of care**

81%
(139) ↔

**1.7 Timely PC Contacts**

93%
(912) ↔

**1.8 Timely Psychiatry Contacts**

96%
(443) ↔

**1.9 Appointments Cancelled Due to Custody**

1%
(3,411) ↔

**1.10 Appointments seen as scheduled**

98%
(2,155) ↔

## Suicide Prevention

**2.1 Suicide Risk Evaluation**

93%
(14) ▲

**2.2 Discharge FollowUps**

97%
(32) ▲

## Access to Care

**3.1 Timely MH Referrals**

96%
(83) ▲

**3.2 Timely IDTTs**

99%
(451) ↔

**3.3 Timely PC Contacts**

93%
(912) ↔

**3.4 Timely Psychiatry Contacts**

96%
(443) ↔

**3.7 EOP Tx Scheduled**

97%
(205) ↔

**3.8 Mental Health Screens**

94%
(47) ▲

**3.9 Effective Communication Achieved**

95%
(486) ↔

## Quality of Care

**5.1 IDTT Staffing**

95%
(105) ↔

**5.2 Primary clinician continuity of care**

81%
(139) ↔

**5.3 Psychiatrist continuity of care**

85%
(13) ↔

## Utilization and Resource Management

**6.1 Appointments Cancelled Due to Custody**

1%
(3,411) ↔

**6.2 EOP Tx Cancelled**

0%
(205) ↔

**6.3 EOP Tx Refused**

59%
(205) ▲

**6.4 Appointments seen as scheduled**

98%
(2,155) ↔

## Segregated Housing

**7.1 Warden review of cases over 90 days**

100%
(20) ↔

**7.2 EOP HUB CCII and Captain Review for LOS over 90 days**

100%
(20) ↔





**Data Entry**

**9.1 Appointment Closure Lag**

**5%**
**(3,636)**     ↔

## Spotlight

**1.1 Timely MH Referrals**

95%
(40) ↔

**1.2 Treatment Offered**

97%
(169) ↔

**1.3 Timely IDTTs**

99%
(337) ↔

**1.4 Timely PC Contacts**

94%
(826) ↔

**1.7 Discharge FollowUps**

96%
(169) ↔

**1.8 Suicide Risk Evaluation**

96%
(23) ↔

**1.9 Appointments seen as scheduled**

99%
(1,897) ↔

**1.10 Effective Communication Achieved**

97%
(512) ↔

## Suicide Prevention

**2.1 Discharge FollowUps**

96%
(169) ↔

**2.2 Suicide Risk Evaluation**

96%
(23) ↔

## Access to Care

**3.1 Timely MH Referrals**

95%
(40) ↔

**3.2 Treatment Offered**

97%
(169) ↔

**3.3 Treatment Attended**

24%
(169) ↔

**3.4 Treatment Scheduled**

99%
(169) ↔

**3.7 Timely Psychiatry Contacts**

97%
(343) ↔

**3.8 Effective Communication Achieved**

97%
(512) ↔

**3.9 Mental Health Screens**

99%
(67) ▲

## Quality of Care

**5.1 IDTT Staffing**

100%
(93) ▲

**5.2 Primary clinician continuity of care**

75%
(174) ▼

**5.3 Psychiatrist continuity of care**

72%
(18) ▼

## Utilization and Resource Management

**6.1 Treatment Cancelled**

0%
(169) ↔

**6.2 Treatment Refused**

61%
(169) ↔

**6.3 Appointments Cancelled Due to Custody**

0%
(2,986) ↔

**6.4 Appointments seen as scheduled**

99%
(1,897) ↔

## Segregated Housing

**7.1 Warden review of cases over 90 days**

100%
(11) ↔

**7.2 EOP HUB CCII and Captain Review for LOS over 90 days**

100%
(11) ↔





**Data Entry**

**9.1 Appointment Closure Lag**



1%
(3,159)