# PROOF OF SERVICE

I am employed in the City of Emeryville and County of Alameda, State of California in the office of a member of the bar of this Court whose direction the following service was made. I am over the age of 18 and not a party to this action. My business address is 2200 Powell Street, Suite 440, Emeryville, California, 94608. On the date set forth below, I served the following document(s) described as:

1. **DECLARATION OF MELANIE GONZALEZ, M.D. WITH EXHIBIT A**

On the parties in this action as follows:

Adriano Hrvatin
Email: Adriano.Hrvatin@doj.ca.gov

Elise Thorn
Email: Elise.Thorn@doj.ca.gov

Danas, Glenn A
Email: GDanas@robinskaplan.com

Kyle Lewis
Email: Kyle.Lewis@doj.ca.gov

Lisa Ells
Email: LElls@rbgg.com

Michael W. Bien
Email: MBien@rbgg.com

Silberfeld, Roman M
Email: RSilberfeld@robinskaplan.com

Sharon Garske
Email: Sharon.Garske@doj.ca.gov

Tyler Heath
Email: Tyler.Heath@doj.ca.gov

Casey Schultz
Email: CSchultz@caed.uscourts.gov

[ X ] **[BY ELECTRONIC SERVICE]** By agreement of the parties, I caused each document to be sent via email in Adobe "PDF" format to the above email address(es), as set forth on this date. Each transmission was complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on *October 18, 2019* at Emeryville, California.

_____
Heidi A. Hayame