```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF CALIFORNIA
                 BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

RALPH COLEMAN, et al.,          No. 2:90-cv-0520 KJM DB P

       Plaintiffs,

    v.                              **MINUTES**

GAVIN NEWSOM, et al.,           Date: October 22, 2019
                                Deputy Clerk: C. Schultz
       Defendants.              Court Reporter: Jennifer Coulthard
_____/

**Counsel for Plaintiffs:**
Lisa Ells
Michael Bien
Cara Trapani
Jessica Winter

**Counsel for Defendants:**
Roman Silberfeld
Kyle Lewis
Elise Thorn
Adriano Hrvatin
Tyler Heath

**EVIDENTIARY HEARING (Day 3):**

  2:00 p.m.   All parties present as listed above. The court and counsel discussed housekeeping matters.

  2:10 p.m.   Ms. Ells presented Plaintiffs' closing arguments.

  2:45 p.m.   Mr. Silberfeld presented Defendants' closing arguments.

  3:20 p.m.   Ms. Ells presented Plaintiffs' rebuttal closing arguments.

  3:40 p.m.    All parties excused for evening recess. Evidentiary Hearing (Day 4) set for October 23, 2019 at 2:00 PM.

**EXHIBITS ADMITTED:**

100-163, 164, 193, 194, 207, 216 and 239

**TIME IN COURT:** 1 Hour, 40 Minutes