*Coleman, et al., v. Newsom, et al., 2:90-cv-00520-KJM-DB*

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| JOINT C | Special Master's 27th Round Review Document Request to CDCR as Exhibit 2 to November 19, 2019 Declaration of Laura Ceballos Supporting Defendants' Response to the Court's November 13, 2018 Order, ECF No. 6012-2. | 10/16/2019 | 10/16/2019 |
| JOINT D | Description and Methodologies for Performance Report Indicators attached as Exhibit 3 to the November 19, 2019 Declaration of Laura Ceballos Supporting Defendants' Response to the Court's November 13, 2018 Order, ECF No. 6012-2 | 10/16/19 | 10/16/2019 |
| JOINT O | May 17, 2018 Staffing Proposals. (ECF No. 5841.) | 10/15/2019 | 10/15/2019 |
| PL-100 | Dr. Michael Golding Whistleblower CDCR Mental Health System Report | 10/22/2019 | 10/22/2019 |
| PL-101 | Golding Report, Exhibit A | 10/15/2019 | 10/15/2019 |
| PL-102 | Golding Report, Exhibit B | 10/22/2019 | 10/22/2019 |
| PL-103 | Golding Report, Exhibit C | 10/22/2019 | 10/22/2019 |
| PL-104 | Golding Report, Exhibit D | 10/22/2019 | 10/22/2019 |
| PL-105 | Golding Report, Exhibit E | 10/22/2019 | 10/22/2019 |
| PL-106 | Golding Report, Exhibit F | 10/22/2019 | 10/22/2019 |
| PL-107 | Golding Report, Exhibit G | 10/22/2019 | 10/22/2019 |
| PL-108 | Golding Report, Exhibit H | 10/22/2019 | 10/22/2019 |
| PL-109 | Golding Report, Exhibit I | 10/22/2019 | 10/22/2019 |
| PL-110 | Golding Report, Exhibit J | 10/22/2019 | 10/22/2019 |
| PL-111 | Golding Report, Exhibit K | 10/22/2019 | 10/22/2019 |
| PL-112 | Golding Report, Exhibit L | 10/22/2019 | 10/22/2019 |
| PL-113 | Golding Report, Exhibit M | 10/22/2019 | 10/22/2019 |
| PL-114 | Golding Report, Exhibit N | 10/22/2019 | 10/22/2019 |
| PL-115 | Golding Report, Exhibit O | 10/22/2019 | 10/22/2019 |
| PL-116 | Golding Report, Exhibit P | 10/22/2019 | 10/22/2019 |

*Coleman, et al., v. Newsom, et al., 2:90-cv-00520-KJM-DB*

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| PL-117 | Golding Report, Exhibit Q | 10/22/2019 | 10/22/2019 |
| PL-118 | Golding Report, Exhibit R | 10/22/2019 | 10/22/2019 |
| PL-119 | Golding Report, Exhibit S | 10/22/2019 | 10/22/2019 |
| PL-120 | Golding Report, Exhibit T | 10/22/2019 | 10/22/2019 |
| PL-121 | Golding Report, Exhibit U | 10/22/2019 | 10/22/2019 |
| PL122 | Golding Report, Exhibit V | 10/22/2019 | 10/22/2019 |
| PL-123 | Golding Report, Exhibit W | 10/22/2019 | 10/22/2019 |
| PL-124 | Golding Report, Exhibit X | 10/22/2019 | 10/22/2019 |
| PL-125 | Golding Report, Exhibit Y | 10/22/2019 | 10/22/2019 |
| PL-126 | Golding Report, Exhibit Z | 10/22/2019 | 10/22/2019 |
| PL-127 | Golding Report, Exhibit AA | 10/22/2019 | 10/22/2019 |
| PL-128 | Golding Report, Exhibit BB | 10/22/2019 | 10/22/2019 |
| PL-129 | Golding Report, Exhibit CC | 10/22/2019 | 10/22/2019 |
| PL-130 | Golding Report, Exhibit DD | 10/22/2019 | 10/22/2019 |
| PL-131 | Golding Report, Exhibit EE | 10/22/2019 | 10/22/2019 |
| PL-132 | Golding Report, Exhibit FF | 10/22/2019 | 10/22/2019 |
| PL-133 | Golding Report, Exhibit GG | 10/22/2019 | 10/22/2019 |
| PL-134 | Golding Report, Exhibit HH | 10/22/2019 | 10/22/2019 |
| PL-135 | Golding Report, Exhibit II | 10/22/2019 | 10/22/2019 |
| PL-136 | Golding Report, Exhibit JJ | 10/22/2019 | 10/22/2019 |
| PL-137 | Golding Report, Exhibit KK | 10/22/2019 | 10/22/2019 |
| PL-138 | Golding Report, Exhibit LL | 10/22/2019 | 10/22/2019 |
| PL-139 | Golding Report, Exhibit MM | 10/22/2019 | 10/22/2019 |
| PL-140 | Golding Report, Exhibit NN | 10/22/2019 | 10/22/2019 |

*Coleman, et al., v. Newsom, et al., 2:90-cv-00520-KJM-DB*

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| PL-141 | Golding Report, Exhibit OO | 10/22/2019 | 10/22/2019 |
| PL-142 | Golding Report, Exhibit PP | 10/22/2019 | 10/22/2019 |
| PL-143 | Golding Report, Exhibit QQ | 10/22/2019 | 10/22/2019 |
| PL-144 | Golding Report, Exhibit RR | 10/22/2019 | 10/22/2019 |
| PL-145 | Golding Report, Exhibit SS | 10/22/2019 | 10/22/2019 |
| PL-146 | Golding Report, Exhibit TT | 10/22/2019 | 10/22/2019 |
| PL-147 | Golding Report, Exhibit UU | 10/22/2019 | 10/22/2019 |
| PL-148 | Golding Report, Exhibit VV | 10/22/2019 | 10/22/2019 |
| PL-149 | Golding Report, Exhibit WW | 10/22/2019 | 10/22/2019 |
| PL-150 | Golding Report, Exhibit XX | 10/22/2019 | 10/22/2019 |
| PL-151 | Golding Report, Exhibit YY | 10/22/2019 | 10/22/2019 |
| PL-152 | Golding Report, Exhibit ZZ | 10/22/2019 | 10/22/2019 |
| PL-153 | Golding Report, Exhibit AAA | 10/22/2019 | 10/22/2019 |
| PL-154 | Golding Report, Exhibit BBB | 10/22/2019 | 10/22/2019 |
| PL-155 | Golding Report, Exhibit CCC | 10/22/2019 | 10/22/2019 |
| PL-156 | Golding Report, Exhibit DDD | 10/22/2019 | 10/22/2019 |
| PL-157 | Golding Report, Exhibit EEE | 10/22/2019 | 10/22/2019 |
| PL-158 | Golding Report, Exhibit FFF | 10/22/2019 | 10/22/2019 |
| PL-159 | Golding Report, Exhibit GGG | 10/22/2019 | 10/22/2019 |
| PL-160 | Golding Report, Exhibit HHH | 10/22/2019 | 10/22/2019 |
| PL-161 | Golding Report, Exhibit III | 10/22/2019 | 10/22/2019 |
| PL-162 | Golding Report, Exhibit JJJ | 10/22/2019 | 10/22/2019 |
| PL-163 | Golding Report, Exhibit KKK | 10/22/2019 | 10/22/2019 |

*Coleman, et al., v. Newsom, et al., 2:90-cv-00520-KJM-DB*

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| PL-164 | Dr. Melanie Gonzalez Complaint re Patient Care and Safety, 10-24-18 | 10/15/2019 | 10/21/2019 |
| PL-172 | EOP ASU Hub Certifications, December 2016 | 10/15/2019 | 10/15/2019 |
| PL-173 | EOP ASU Hub Certifications, January 2017 | 10/15/2019 | 10/15/2019 |
| PL-174 | EOP ASU Hub Certifications, February 2017 | 10/15/2019 | 10/15/2019 |
| PL-175 | EOP ASU Hub Certifications, March 2017 | 10/15/2019 | 10/15/2019 |
| PL-176 | EOP ASU Hub Certifications, April 2017 | 10/15/2019 | 10/15/2019 |
| PL-181 | ECF No. 5591 Defs' Response to Special Master's Staffing Report, 03-30-17 | 10/16/2019 | 10/16/2019 |
| PL-182 | ECF No. 5591-2 Decl of Katherine Tebrock in support of Defs' Response to Special Master's Staffing Report, 03-30-17 | 10/16/2019 | 10/16/2019 |
| PL-183 | ECF No. 5601 Defs' Reply to PIs' Objections and Request for Add'l Relief re Special Master's Staffing Report, 04-13-17 | 10/16/2019 | 10/16/2019 |
| PL-193 | ECF No. 5988 Decl. of Dr. Michael Golding in support of Whistleblower Report, 10-31-18 | 10/22/2019 | 10/22/2019 |
| PL-194 | ECF No. 5991 Defs' Monthly Psychiatry Vacancy Report for September 2018, 10-31-18 | 10/22/2019 | 10/22/2019 |
| PL-201 | ECF No. 6147 Neutral Expert's Report, 05-03-19 | 10/15/2019 | 10/15/2019 |
| PL-206 | ECF No. 6302 Defs Notice of Errata re ECF Nos. 5591, 5601, and 5841, 10-1-19 | 10/16/2019 | 10/16/2019 |
| PL-207 | ECF No. 6302-1 Decl of Nicholas Weber in support of Defs Notice of Errata re ECF Nos. 5591, 5601, and 5841, 10-1-19 | 10/22/2019 | 10/22/2019 |
| PL-210 | Email from Melissa Bentz re CDCR Psychiatry Staffing Proposal, 05-17-18 | 10/15/2019 | 10/15/2019 |
| PL-212 | Email from Melissa Bentz re Defs' Revision to Psychiatry Staffing Proposal, 06-15-18 | 10/15/2019 | 10/15/2019 |
| PL-214 | Email from Melissa Bentz re Revised CDCR Psychiatry Staffing Proposal, 08-24-18 | 10/15/2019 | 10/15/2019 |
| PL-215 | Email from Melissa Bentz re Documents for 09-17-18 Workgroup and Revised Psychiatry Staffing Proposal, 09-14-18 | 10/15/2019 | 10/15/2019 |

*Coleman, et al., v. Newsom, et al., 2:90-cv-00520-KJM-DB*

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| PL-216 | Email from Melissa Bentz re Revised Psychiatry Staffing Reductions, 09-17-1 | 10/22/2019 | 10/22/2019 |
| PL-239 | CDCR Mental Health Organizational Chart, 07-01-18 | 10/22/2019 | 10/22/2019 |
| PL-240 | Reporter's Transcript of 12-04-13 Evidentiary Hearing re Segregation | 10/15/19 | 10/15/19 |