```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF CALIFORNIA
          BEFORE THE HONORABLE KIMBERLY J. MUELLER
```

RALPH COLEMAN, et al.,     No. 2:90-cv-0520 KJM DB P

      Plaintiffs,

  v.                  **MINUTES**

GAVIN NEWSOM, et al.,    Date: October 23, 2019
                             Deputy Clerk: C. Schultz
      Defendants.     Court Reporter: Jennifer Coulthard

**Counsel for Plaintiffs:**
Lisa Ells
Michael Bien
Cara Trapani
Jessica Winter

**Counsel for Defendants:**
Kyle Lewis
Roman Silberfeld
Glenn Danas
Adriano Hrvatin
Elise Thorn

**Counsel for Non-Party Witnesses, Dr. Michael Golding and Dr. Melanie Gonzalez**:
Wendy Musell

**EVIDENTIARY HEARING (Day 4):**

  2:00 p.m.    All parties present as listed above, including non-party witnesses, Dr. Melanie Gonzalez.  The court issued a bench ruling.  The defendants were directed to file non-privileged portions of the document identified on the record forthwith.  The parties are directed to meet and confer regarding certification, and file a joint statement outlining their joint proposals, or competing proposals within 7 days. Plaintiffs shall file their proposed remediation within 7 days, and defendants response shall be filed 14 days thereafter; whereupon, the question of remedies will be submitted.

3:15 p.m.    Court adjourned.

**TIME IN COURT:** 1 Hour, 15 Minutes