XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' SIXTH STATUS REPORT ON FUNDING FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**<br><br>Judge: The Hon. Kimberly J. Mueller |

**INTRODUCTION**

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id.*) Defendants have filed five status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' efforts to advance the construction of additional licensed crisis beds.

## DISCUSSION

**I.  SUMMARY OF DEFENDANTS' UPDATES TO THE COURT ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.**

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD).  (ECF No. 6168.)  The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget.

Defendants filed four additional status reports every thirty days between June 27, 2019, and September 27, 2019 (ECF Nos. 6208, 6235, 6256, and 6297) and a supplemental report on August 2, 2019.  (ECF No. 6256.)  On August 23, 2019, Plaintiffs filed a response to Defendants' August 2, 2019 supplemental report disputing Defendants' position that the construction of the additional crisis beds, together with Defendants' improvements in bed utilization and management, will allow Defendants to deactivate unlicensed crisis beds.  (ECF No. 6251.)  Plaintiffs requested additional relief and discovery.  (*Id.*)  In their August 28, 2019 status report, Defendants requested leave to file objections addressing Plaintiffs' response should the Court entertain Plaintiffs' requests.  (ECF No. 6256 at 2 & n.1.)  The Court has not ruled on this dispute.

On September 13, 2019, the Court held a quarterly status conference during which Plaintiffs restated their objections to Defendants' position that the construction of additional licensed beds will allow Defendants to deactivate unlicensed beds. Tr. of Proceedings.  15:4 – 21:16.  The Court indicated that it would order briefing for the December 13, 2019 quarterly status conference to address this dispute.   Tr. of Proceedings 22:3-9 .  Defendants anticipate, based on current data and projections, that construction of the 50-bed unit at CIM will allow CDCR to limit its reliance on unlicensed crisis beds.

## II. UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.

In August 2019, based on a review and analysis of the continuing need for additional licensed crisis beds requested by the Joint Legislative Budget Committee, CDCR decided to proceed with its plans to construct 50 new licensed mental health crisis beds at CIM and to defer plans to construct 50 beds at RJD. (ECF No. 6297 at 3.) On September 13, 2019, the State Public Works Board approved the preliminary plans for the CIM project. (*Id*. at 4.) On September 13, 2019, the Legislature approved Senate Bill 109 and on September 27, 2019, the Governor signed the bill into law. (Borg Decl. at ¶ 4.) CDCR is now working with architect Hellmuth, Obata & Kassabaum on the preparation of the working drawings for the project. (*Id.* at 4.)

## III. UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT.

As previously reported, on July 31, 2019, CDCR submitted a Capital Outlay Budget Change Proposal to the Department of Finance to request the construction funding for the CIM project. (ECF No. 6297 at 4.) Between January and May 2020, and upon approval of the construction funding request submitted on July 31, 2019, the Department of Finance will submit the approved request to the Legislature for consideration as part of the Governor's 2020-2021 proposed budget. (*Id*.) The Legislature is required to approve the 2020-2021 Budget by June 15, 2020. (ECF No. 6168-2 at ¶ 13.) After the Governor signs the 2020-2021 Budget Act, any approved construction funding for the crisis bed construction project will be available as early as July 1, 2020. (*Id*.)

## IV. DEFENDANTS WILL FILE MONTHLY STATUS REPORTS.

Consistent with the Court's April 29, 2019 order, Defendants will file their seventh monthly status report identifying CDCR's progress through the funding process for the MHCB Construction Project on November 27, 2019. As reported in Defendants' initial status report on May 28, 2019, CDCR's Spring 2019 bed projections forecasted a decrease in the need for additional crisis beds reflected in 2017 budget proposals. (ECF No. 6168 at 4.) Defendants will

continue to monitor bed needs based on projections and the patient census. If projections and anticipated bed needs change, Defendants will request additional resources through the legislative process.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.

Dated October 28, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/S/ ELISE OWENS THORN
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*