| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>ROBERT W. HENKELS, State Bar No. 255410<br>KYLE A. LEWIS, State Bar No. 201041<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                            Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                            Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' SIXTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Dean L. Borg, declare:

1. I am the Deputy Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration in support of Defendants' sixth status report on the funding process for the design and construction of licensed mental health crisis beds in Southern California.

[3419376.1]   1

Borg Decl. Supp. Defs.' 6th Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

2.  I began working for CDCR in 1991. I work on healthcare projects on behalf of, and at the direction of, CDCR's Facilities Director, Deborah Hysen, and CDCR Secretary Ralph Diaz. In my current role, I am responsible for the management and oversight of the Facility Planning, Construction and Management Division, which includes all construction of new facilities and renovation of existing facilities. I am familiar with the status of the numerous construction, conversion, and renovation projects that the State has completed and is currently undertaking to meet the mental health needs of the State's inmates. I am also familiar with the current status of CDCR's plans to construct 50 new licensed mental health crisis beds at the California Institution for Men (CIM) and 50 new licensed mental health crisis beds at the R.J. Donovan Correctional Facility (RJD).

3.  In August 2019, based on a review and analysis requested by the Joint Legislative Budget Committee of the continuing need for additional licensed crisis beds, CDCR decided to proceed with its plans to construct 50 new licensed mental health crisis beds at CIM and to defer its plans to construct 50 beds at RJD.

4.  The Governor signed Senate Bill 109 for the re-appropriation of funding for the CIM project on September 27, 2019.

5.  CDCR is proceeding with the next phase of design. With the funding provided in Senate Bill 109, the design contract with architect Hellmuth, Obata & Kassabaum (HOK) was amended by CDCR to authorize the preparation of the working drawings for the project. HOK subsequently commenced the working drawings phase of design in which the details needed by the contractor to construct the building are added to the preliminary plans. HOK will provide a 50% working drawings deliverable to CDCR for review in December 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on October 28, 2019.

/s/ *DEAN L. BORG*_____
DEAN L. BORG
Deputy Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*

[3419376.1]   2

Borg Decl. Supp. Defs.' 6th Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[3419376.1]                         3

Borg Decl. Supp. Defs.' 6th Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))