XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE THE PARTIES' JOINT REPORT ON PROPOSALS FOR CERTIFICATION OF DATA**<br><br>Judge: The Hon. Kimberly J. Mueller |

On October 23, 2019, the Court directed the parties to meet and confer regarding Plaintiffs' request that Defendants self-certify data, and to file a joint statement outlining their joint proposal for certification, or competing proposals, by October 30, 2019. (ECF No. 6365.) On Friday, October 25, 2019, the parties scheduled a teleconference to discuss their respective proposals for self-certification. On October 28, 2019 the parties met and conferred. And on October 29, 2019, Defendants requested additional information concerning Plaintiffs' proposal, which Plaintiffs provided that day. Defendants provided additional information on October 30, 2019, as did Plaintiffs in response.

///

Based on the information shared during their October 28, 29, and 30, 2019 meet-and-confer sessions, the parties agree that they need more time to discuss the certification process and their respective proposals. Accordingly, the parties stipulate and request to continue the October 30, 2019 deadline to November 5, 2019.

**IT IS SO STIPULATED.**

Dated:  October 30, 2019

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/s/ *Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

Dated: October 30, 2019

ROSEN BIEN GALVAN & GRUNFELD LLP

/s/ *Jessica Winter*
Jessica Winter
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: _____   _____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT