| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>ROBERT W. HENKELS, State Bar No. 255410<br>Deputy Attorneys General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-7318<br> Fax: (916) 324-5205<br> E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br> 2049 Century Park East, Suite 3400<br> Los Angeles, CA 90067-3208<br> Telephone: (310) 552-0130<br> Fax: (310) 229-5800<br> E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>         Plaintiffs,<br><br>  **v.**<br><br>**GAVIN NEWSOM, et al.,**<br><br>         Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE TO FILE THE PARTIES' JOINT REPORT ON PROPOSALS FOR CERTIFICATION OF DATA**<br><br>Judge: The Hon. Kimberly J. Mueller |

  On October 23, 2019, the Court directed the parties to meet and confer regarding Plaintiffs' request that Defendants self-certify data, and to file a joint statement outlining their joint proposal for certification, or competing proposals, by October 30, 2019. (ECF No. 6365.) On Friday, October 25, 2019, the parties scheduled a teleconference to discuss their respective proposals for self-certification. On October 28, 2019 the parties met and conferred. And on October 29, 2019, Defendants requested additional information concerning Plaintiffs' proposal, which Plaintiffs provided that day. Defendants provided additional information on October 30, 2019, as did Plaintiffs in response.

/ / /

[3457022.1]                   1

Stip. & Order for EOT to File Joint Report on Certification of Data (2:90-cv-00520 KJM-DB (PC))

1    Based on the information shared during their October 28, 29, and 30, 2019 meet-and-confer
2  sessions, the parties agree that they need more time to discuss the certification process and their
3  respective proposals. Accordingly, the parties stipulate and request to continue the October 30,
4  2019 deadline to November 5, 2019.
5      **IT IS SO STIPULATED.**

6   Dated: October 30, 2019                    XAVIER BECERRA
                                               Attorney General of California
7                                              ADRIANO HRVATIN
                                               Supervising Deputy Attorney General
8

9                                              /s/ *Elise Owens Thorn*
                                               Elise Owens Thorn
10                                             Deputy Attorney General
                                               *Attorneys for Defendants*
11

12  Dated: October 30, 2019                    ROSEN BIEN GALVAN & GRUNFELD LLP

13
                                               /s/ *Jessica Winter*
14                                             Jessica Winter
                                               *Attorneys for Plaintiffs*
15

16      **IT IS SO ORDERED.**

17  Dated: October 30, 2019

18                                             _____
                                               UNITED STATES DISTRICT JUDGE