XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State BAR No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT**<br><br>Judge:　　The Hon. Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*) On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month. (ECF No. 5886.)

/ / /

/ / /

/ / /

1

Consistent with the Court's February 14, 2018 order, attached here is a letter from Defendant CDCR setting forth CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for September 2019.  Additionally, CDCR is also providing an amended version of its Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for August 2019.

## CERTIFICATION

Defendants' counsel certifies that he reviewed the following orders relevant to this filing: ECF No. 5786, ECF No. 5803, and ECF No. 5886.

Dated:  October 31, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Tyler V. Heath*

TYLER V. HEATH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
14224897.docx

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



October 31, 2019

Tyler V. Heath, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Mr. Heath:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits its monthly report identifying the psychiatry vacancy rates at each CDCR institution and systemwide for September 2019. It is attached as Exhibit A. In accordance with the Court's February 14, 2018 order, the report contains the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

In addition, CDCR submits an amended version of the August 2019 monthly report identifying the psychiatry vacancy rates at each CDCR institution and systemwide. It is attached as Exhibit B. During the process of reviewing the September 2019 monthly report, CDCR staff discovered an error in the telepsychiatry portion of the report that appeared in the August 2019 report. Specifically, the report showed that 1.0 telepsychiatrist was providing services to LAC. However, the telepsychiatrist assigned to provide services to LAC stopped providing those services on July 31, 2019 due to unique circumstances regarding the telepsychiatrist's reasonable accommodation. The amended August 2019 report shows that the total psychiatry fill rate for LAC was reduced from 100 percent to 92 percent (including psychiatric nurse practitioners). This amendment did not change the overall statewide psychiatry fill rate.

Sincerely,

/s/ Eureka Daye
EUREKA DAYE
Deputy Director (A)
Statewide Mental Health Program

# EXHIBIT A

| Division of Health Care Services<br>Statewide Mental Health Program<br>Allocated and Filled Psychiatry Positions - September 2019 ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Allocated July 2019[1] ||| Filled Sept 2019 |||||| Filled w PNP Sept 2019 |||
| Sites | Site | Telepsych | Total | Site[2] | On-Site Registry[3] | Telepsych[4] | Telepsych Registry[3,4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 4.50 | 0.00 | 4.50 | 0.00 | 5.48 | 0.00 | 0.00 | 5.48 | **122%** | 0.00 | 5.48 | **122%** |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.27 | 0.00 | 1.27 | **127%** | 0.00 | 1.27 | **127%** |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0%** | 0.00 | 0.00 | **0%** |
| CCI | 4.00 | 4.00 | 8.00 | 1.00 | 2.56 | 3.00 | 0.00 | 6.56 | **82%** | 0.00 | 6.56 | **82%** |
| CCWF | 11.50 | 0.00 | 11.50 | 5.50 | 0.00 | 0.00 | 0.00 | 5.50 | **48%** | 4.80 | 10.30 | **90%** |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CHCF | 19.00 | 6.00 | 25.00 | 4.00 | 4.68 | 5.00 | 0.00 | 13.68 | **55%** | 1.00 | 14.68 | **59%** |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 14.90 | 1.76 | 2.00 | 0.00 | 18.66 | **51%** | 0.00 | 18.66 | **51%** |
| CIM | 12.00 | 0.00 | 12.00 | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | **83%** | 0.00 | 10.00 | **83%** |
| CIW | 11.50 | 1.00 | 12.50 | 5.00 | 5.71 | 0.00 | 0.00 | 10.71 | **86%** | 0.00 | 10.71 | **86%** |
| CMC | 16.50 | 0.00 | 16.50 | 14.50 | 1.04 | 0.00 | 0.00 | 15.54 | **94%** | 0.00 | 15.54 | **94%** |
| CMF | 17.00 | 2.00 | 19.00 | 10.65 | 4.92 | 1.00 | 0.00 | 16.57 | **87%** | 0.00 | 16.57 | **87%** |
| CMF PIP | 32.00 | 0.00 | 32.00 | 10.00 | 2.89 | 0.00 | 0.00 | 12.89 | **40%** | 0.00 | 12.89 | **40%** |
| COR | 10.00 | 5.00 | 15.00 | 2.50 | 3.75 | 4.00 | 0.00 | 10.25 | **68%** | 0.00 | 10.25 | **68%** |
| CRC | 6.50 | 0.00 | 6.50 | 5.00 | 0.05 | 0.00 | 0.00 | 5.05 | **78%** | 0.00 | 5.05 | **78%** |
| CTF | 7.00 | 1.00 | 8.00 | 1.75 | 0.33 | 1.00 | 0.00 | 3.08 | **39%** | 1.00 | 4.08 | **51%** |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.46 | 0.00 | 0.00 | 0.46 | **46%** | 0.00 | 0.46 | **46%** |
| DVI | 4.00 | 0.00 | 4.00 | 2.00 | 1.44 | 0.00 | 0.00 | 3.44 | **86%** | 0.00 | 3.44 | **86%** |
| FSP | 3.50 | 0.00 | 3.50 | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | **114%** | 0.00 | 4.00 | **114%** |
| HDSP | 2.00 | 4.00 | 6.00 | 0.00 | 1.36 | 3.17 | 0.03 | 4.56 | **76%** | 0.00 | 4.56 | **76%** |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.47 | 0.00 | 0.00 | 0.47 | **47%** | 0.00 | 0.47 | **47%** |
| KVSP | 6.00 | 2.00 | 8.00 | 1.00 | 2.18 | 1.25 | 0.00 | 4.43 | **55%** | 0.00 | 4.43 | **55%** |
| LAC | 13.00 | 0.00 | 13.00 | 7.00 | 3.58 | 0.00 | 0.00 | 10.58 | **81%** | 1.31 | 11.89 | **91%** |
| MCSP | 12.00 | 3.00 | 15.00 | 9.40 | 0.00 | 1.20 | 0.00 | 10.60 | **71%** | 0.00 | 10.60 | **71%** |
| NKSP | 6.50 | 2.00 | 8.50 | 1.00 | 3.22 | 2.00 | 0.53 | 6.75 | **79%** | 1.91 | 8.66 | **102%** |
| PBSP | 1.00 | 2.00 | 3.00 | 0.00 | 0.79 | 0.90 | 0.00 | 1.69 | **56%** | 0.00 | 1.69 | **56%** |
| PVSP | 3.00 | 0.00 | 3.00 | 1.00 | 1.10 | 0.00 | 0.00 | 2.10 | **70%** | 0.00 | 2.10 | **70%** |
| RJD | 14.00 | 3.00 | 17.00 | 6.25 | 4.15 | 3.17 | 0.00 | 13.57 | **80%** | 0.00 | 13.57 | **80%** |
| SAC | 19.00 | 0.00 | 19.00 | 13.00 | 3.65 | 0.17 | 0.00 | 16.82 | **89%** | 0.00 | 16.82 | **89%** |
| SATF | 9.50 | 9.00 | 18.50 | 0.00 | 0.38 | 6.00 | 0.00 | 6.38 | **34%** | 3.93 | 10.31 | **56%** |
| SCC | 3.00 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | **67%** | 0.00 | 2.00 | **67%** |
| SOL | 5.00 | 0.00 | 5.00 | 5.00 | 0.00 | 0.14 | 0.00 | 5.14 | **103%** | 0.00 | 5.14 | **103%** |
| SQ | 13.00 | 0.00 | 13.00 | 11.00 | 1.93 | 0.00 | 0.00 | 12.93 | **99%** | 0.00 | 12.93 | **99%** |
| SVSP | 6.50 | 3.00 | 9.50 | 0.00 | 1.60 | 2.32 | 0.00 | 3.92 | **41%** | 0.00 | 3.92 | **41%** |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 0.00 | 6.78 | 0.00 | 0.00 | 6.78 | **68%** | 0.00 | 6.78 | **68%** |
| VSP | 4.50 | 4.00 | 8.50 | 0.00 | 0.92 | 5.50 | 0.00 | 6.42 | **76%** | 0.00 | 6.42 | **76%** |
| WSP | 9.00 | 2.00 | 11.00 | 3.00 | 1.76 | 3.20 | 0.00 | 7.96 | **72%** | 1.89 | 9.85 | **90%** |
| **TOTAL** | **335.50** | **55.00** | **390.50** | **152.45** | **68.94** | **45.29** | **0.56** | **267.24** | **68%** | **15.84** | **283.08** | **72%** |

**Footnote**

1 Source: MH Memo July 2019 Statewide Mental Health Position Allocated

2 Source: September 30, 2019 CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: PSYT_PNP Temp Relief Details (September 2019)

4 Source: September 30, 2019 Telepsychiatry Provider List (revised AG-102419)

# EXHIBIT B

| Division of Health Care Services<br>Statewide Mental Health Program<br>Allocated and Filled Psychiatry Positions - August 2019 ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Allocated July 2019[1] ||| Filled Aug 2019 ||||| Filled w PNP Aug 2019 |||
| Sites | Site | Telepsych | Total | Site[2] | Registry[3] | Telepsych[4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 4.50 | 0.00 | 4.50 | 0.00 | 5.94 | 0.00 | 5.94 | **132%** | 0.00 | 5.94 | **132%** |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.20 | 1.20 | **120%** | 0.00 | 1.20 | **120%** |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0%** | 0.00 | 0.00 | **0%** |
| CCI | 4.00 | 4.00 | 8.00 | 1.00 | 2.85 | 3.00 | 6.85 | **86%** | 0.00 | 6.85 | **86%** |
| CCWF | 11.50 | 0.00 | 11.50 | 5.50 | 0.00 | 0.00 | 5.50 | **48%** | 4.94 | 10.44 | **91%** |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.20 | 1.20 | **120%** | 0.00 | 1.20 | **120%** |
| CHCF | 19.00 | 6.00 | 25.00 | 4.00 | 4.71 | 5.00 | 13.71 | **55%** | 1.00 | 14.71 | **59%** |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 14.90 | 2.20 | 2.00 | 19.10 | **52%** | 0.00 | 19.10 | **52%** |
| CIM | 12.00 | 0.00 | 12.00 | 9.00 | 0.00 | 0.00 | 9.00 | **75%** | 0.00 | 9.00 | **75%** |
| CIW | 11.50 | 1.00 | 12.50 | 5.00 | 6.33 | 0.00 | 11.33 | **91%** | 0.00 | 11.33 | **91%** |
| CMC | 16.50 | 0.00 | 16.50 | 14.50 | 1.04 | 0.00 | 15.54 | **94%** | 0.00 | 15.54 | **94%** |
| CMF | 17.00 | 2.00 | 19.00 | 10.65 | 4.15 | 1.00 | 15.80 | **83%** | 0.00 | 15.80 | **83%** |
| CMF PIP | 32.00 | 0.00 | 32.00 | 10.00 | 3.29 | 0.00 | 13.29 | **42%** | 0.00 | 13.29 | **42%** |
| COR | 10.00 | 5.00 | 15.00 | 2.50 | 5.49 | 3.50 | 11.49 | **77%** | 0.00 | 11.49 | **77%** |
| CRC | 6.50 | 0.00 | 6.50 | 5.00 | 0.00 | 0.00 | 5.00 | **77%** | 0.00 | 5.00 | **77%** |
| CTF | 7.00 | 1.00 | 8.00 | 2.75 | 0.80 | 1.00 | 4.55 | **57%** | 1.00 | 5.55 | **69%** |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.44 | 0.00 | 0.44 | **44%** | 0.00 | 0.44 | **44%** |
| DVI | 4.00 | 0.00 | 4.00 | 2.00 | 1.79 | 0.00 | 3.79 | **95%** | 0.00 | 3.79 | **95%** |
| FSP | 3.50 | 0.00 | 3.50 | 4.00 | 0.00 | 0.00 | 4.00 | **114%** | 0.00 | 4.00 | **114%** |
| HDSP | 2.00 | 4.00 | 6.00 | 0.00 | 0.96 | 4.20 | 5.16 | **86%** | 0.00 | 5.16 | **86%** |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.37 | 0.00 | 0.37 | **37%** | 0.00 | 0.37 | **37%** |
| KVSP | 6.00 | 2.00 | 8.00 | 1.00 | 3.21 | 1.25 | 5.46 | **68%** | 0.00 | 5.46 | **68%** |
| LAC | 13.00 | 0.00 | 13.00 | 6.00 | 4.63 | 0.00 | 10.63 | **82%** | 1.31 | 11.94 | **92%** |
| MCSP | 12.00 | 3.00 | 15.00 | 9.40 | 0.29 | 1.25 | 10.94 | **73%** | 0.00 | 10.94 | **73%** |
| NKSP | 6.50 | 2.00 | 8.50 | 1.00 | 2.76 | 2.68 | 6.44 | **76%** | 1.30 | 7.74 | **91%** |
| PBSP | 1.00 | 2.00 | 3.00 | 0.00 | 1.06 | 0.80 | 1.86 | **62%** | 0.00 | 1.86 | **62%** |
| PVSP | 3.00 | 0.00 | 3.00 | 1.00 | 1.27 | 0.00 | 2.27 | **76%** | 0.00 | 2.27 | **76%** |
| RJD | 14.00 | 3.00 | 17.00 | 6.25 | 5.06 | 3.00 | 14.31 | **84%** | 0.00 | 14.31 | **84%** |
| SAC | 19.00 | 0.00 | 19.00 | 13.00 | 3.72 | 0.20 | 16.92 | **89%** | 0.00 | 16.92 | **89%** |
| SATF | 9.50 | 9.00 | 18.50 | 0.00 | 0.90 | 6.00 | 6.90 | **37%** | 4.30 | 11.20 | **61%** |
| SCC | 3.00 | 0.00 | 3.00 | 2.50 | 0.00 | 0.00 | 2.50 | **83%** | 0.00 | 2.50 | **83%** |
| SOL | 5.00 | 0.00 | 5.00 | 5.00 | 0.00 | 0.20 | 5.20 | **104%** | 0.00 | 5.20 | **104%** |
| SQ | 13.00 | 0.00 | 13.00 | 11.00 | 1.65 | 0.00 | 12.65 | **97%** | 0.00 | 12.65 | **97%** |
| SVSP | 6.50 | 3.00 | 9.50 | 0.00 | 1.62 | 4.20 | 5.82 | **61%** | 0.00 | 5.82 | **61%** |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 0.00 | 7.27 | 0.00 | 7.27 | **73%** | 0.00 | 7.27 | **73%** |
| VSP | 4.50 | 4.00 | 8.50 | 0.00 | 0.51 | 5.75 | 6.26 | **74%** | 0.00 | 6.26 | **74%** |
| WSP | 9.00 | 2.00 | 11.00 | 3.00 | 2.01 | 2.48 | 7.49 | **68%** | 2.04 | 9.53 | **87%** |
| TOTAL | 335.50 | 55.00 | 390.50 | 151.95 | 76.32 | 47.91 | 276.18 | **71%** | 15.89 | 292.07 | **75%** |

**Footnote**

1  Source: MH Memo July 2019 Statewide Mental Health Position Allocated

2  Source: September 2, 2019 CCHCS Psychiatrist Vacancy/Coverage Report

3  Source: PSYT_PNP Temp Relief Details (August 2019)

4  Source: August 31, 2019 Telepsychiatry Provider List (Corrected August report on 10/25/19 removing 1.0 LAC provider)