DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

      Plaintiffs,

v.

GAVIN NEWSOM, et al.,

      Defendants.

Case No. 2:90-CV-00520-KJM-DB

**STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT REPORT ON MEDICATION ADHERENCE POLICY REQUIRED BY THE COURT'S AUGUST 14, 2019 ORDER [ECF NO. 6242]**

Judge: Hon. Kimberly J. Mueller

[3456867.1]

STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT REPORT ON MEDICATION ADHERENCE POLICY REQUIRED BY THE COURT'S AUGUST 14, 2019 ORDER [ECF NO. 6242]

On August 14, 2019, the Court referred the issue of timeframes for and monitoring of medication non-adherence counseling sessions by CDCR psychiatrists and psychiatric nurse practitioners to the All-Parties Workgroup in this case for clarification. Aug. 14, 2019 Order, ECF No. 6242 at 11. The Court directed that after engaging in the Workgroup process "under the guidance and leadership of the Special Master," the parties "shall file a further joint report on this issue discussing the results of this additional work." *Id*. The Court directed that the joint report be filed "[o]n or before November 1, 2019." *Id.*

The parties have been working with the Special Master team to craft a clarifying memorandum on the issue of medication non-adherence counseling sessions by psychiatrists and psychiatric nurse practitioners. In addition to significant collaborative effort between the Special Master team and defendants throughout October, the parties and the Special Master team participated in two workgroup meetings during the week of October 28, 2019. Although the parties have made considerable progress, there are some remaining issues that the parties are working through, and the parties require an additional two weeks to complete the Workgroup process and file a complete joint report on this issue.

The parties agree that a two-week extension of time to file the joint report required by the Court's August 14, 2019 Order is appropriate, extending the time for the required filing from Friday November 1, 2019 to Friday November 15, 2019.

The parties have shared this stipulation and proposed order with the Special Master and he concurs with the parties' request for an extension of time.

**IT IS SO STIPULATED.**

1
STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT REPORT ON MEDICATION ADHERENCE POLICY REQUIRED BY THE COURT'S AUGUST 14, 2019 ORDER [ECF NO. 6242]

[3456867.1]

Respectfully submitted,

DATED: October 31, 2019  ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Cara E. Trapani*
Cara E. Trapani

Attorneys for Plaintiffs

DATED: October 31, 2019  XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

By: */s/ Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General

Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: November 1, 2019.

UNITED STATES DISTRICT JUDGE

2
STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT REPORT ON MEDICATION ADHERENCE
POLICY REQUIRED BY THE COURT'S AUGUST 14, 2019 ORDER [ECF NO. 6242]

[3456867.1]