1   DONALD SPECTER – 083925              MICHAEL W. BIEN – 096891
    STEVEN FAMA – 099641                 JEFFREY L. BORNSTEIN – 099358
2   MARGOT MENDELSON – 268583            ERNEST GALVAN – 196065
    PRISON LAW OFFICE                    THOMAS NOLAN – 169692
3   1917 Fifth Street                    LISA ELLS – 243657
    Berkeley, California 94710-1916      JENNY S. YELIN – 273601
4   Telephone:  (510) 280-2621           MICHAEL S. NUNEZ – 280535
                                         JESSICA WINTER – 294237
5   CLAUDIA CENTER – 158255              MARC J. SHINN-KRANTZ – 312968
    AMERICAN CIVIL LIBERTIES UNION       CARA E. TRAPANI – 313411
6   FOUNDATION OF NORTHERN               ROSEN BIEN
    CALIFORNIA, INC.                     GALVAN & GRUNFELD LLP
7   39 Drumm Street                      101 Mission Street, Sixth Floor
    San Francisco, California 94111-4805 San Francisco, California 94105-1738
8   Telephone:  (415) 621-2493           Telephone:  (415) 433-6830

9   Attorneys for Plaintiffs

10

11                  UNITED STATES DISTRICT COURT

12                 EASTERN DISTRICT OF CALIFORNIA

13

14  RALPH COLEMAN, et al.,               Case No. 2:90-CV-00520-KJM-DB

15           Plaintiffs,                 **STIPULATION AND [PROPOSED]
                                         ORDER MODIFYING BRIEFING
16       v.                              SCHEDULE RE MHCB
                                         CONSTRUCTION**
17  GAVIN NEWSOM, et al.,
                                         Judge:  Hon. Kimberly J. Mueller
18           Defendants.

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE RE MHCB CONSTRUCTION

1    On October 8, 2019, the Court ordered the parties to file briefing regarding

2  questions raised by Plaintiffs at the September 13, 2019 hearing regarding MHCB

3  construction, access, capacity, and transfer compliance, and regarding whether an unmet

4  bed need study for the MHCB level of care should be conducted.  *See* ECF No. 6312.  The

5  briefing schedule set by the October 8, 2019 Order requires opening briefs to be filed on

6  November 29, 2019, which is an office holiday for both Plaintiffs' counsel and

7  Defendants' counsel.  Moreover, the due date for responsive briefs is December 6, 2019,

8  the same date as the oral argument in the Ninth Circuit for Defendants' appeal of the

9  Court's July 3, 2018 Order regarding telepsychiatry.  *See* ECF No. 5850.  Lisa Ells, who

10  will be arguing for Plaintiffs in that appeal, is also one of the attorneys who will be

11  primarily responsible for the responsive brief regarding MHCBs.  The parties therefore

12  request an alternative briefing schedule to the one the Court set on October 8, 2019, with

13  opening briefs to be filed on November 27, 2019, and responsive briefs to be filed on

14  December 9, 2019.

15  / / /

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE RE MHCB CONSTRUCTION

[3460552.2]

1    **IT IS SO STIPULATED.**

2

3    DATED:  November 7, 2019          ROSEN BIEN GALVAN & GRUNFELD LLP

4

                                        By:          /s/ Jenny S. Yelin
5                                                    Jenny S. Yelin

6                                        Attorneys for Plaintiffs

7

8    DATED:  November 7, 2019          XAVIER BECERRA
9                                       Attorney General of California
                                        ADRIANO HRVATIN
10                                       Supervising Deputy Attorney General

11

12                                       By:          /s/ Elise Owens Thorn
13                                                    Elise Owens Thorn
                                                      Deputy Attorney General
14

15                                       Attorneys for Defendants

16

17                          **[PROPOSED] ORDER**

18        The modified briefing schedule proposed by the parties is adopted.  Opening briefs

19    are due November 27, 2019.  Responsive briefs are due December 9, 2019.

20        **IT IS SO ORDERED.**

21

22    DATED:  _____, 2019

23

24                                        _____
25                                        Kimberly J. Mueller

26

27

28

[3460552.2]                    STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE RE MHCB CONSTRUCTION