DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 621-2493

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE MHCB CONSTRUCTION** |
| v. | |
| GAVIN NEWSOM, et al., | Judge: Hon. Kimberly J. Mueller |
| Defendants. | |

On October 8, 2019, the Court ordered the parties to file briefing regarding questions raised by Plaintiffs at the September 13, 2019 hearing regarding MHCB construction, access, capacity, and transfer compliance, and regarding whether an unmet bed need study for the MHCB level of care should be conducted.  *See* ECF No. 6312.  The briefing schedule set by the October 8, 2019 Order requires opening briefs to be filed on November 29, 2019, which is an office holiday for both Plaintiffs' counsel and Defendants' counsel.  Moreover, the due date for responsive briefs is December 6, 2019, the same date as the oral argument in the Ninth Circuit for Defendants' appeal of the Court's July 3, 2018 Order regarding telepsychiatry.  *See* ECF No. 5850.  Lisa Ells, who will be arguing for Plaintiffs in that appeal, is also one of the attorneys who will be primarily responsible for the responsive brief regarding MHCBs.  The parties therefore request an alternative briefing schedule to the one the Court set on October 8, 2019, with opening briefs to be filed on November 27, 2019, and responsive briefs to be filed on December 9, 2019.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE MHCB CONSTRUCTION

[3460552.2]

**IT IS SO STIPULATED.**

DATED:  November 7, 2019          ROSEN BIEN GALVAN & GRUNFELD LLP


                                  By:          /s/ Jenny S. Yelin
                                            Jenny S. Yelin

                                  Attorneys for Plaintiffs


DATED:  November 7, 2019          XAVIER BECERRA
                                  Attorney General of California
                                  ADRIANO HRVATIN
                                  Supervising Deputy Attorney General


                                  By:          /s/ Elise Owens Thorn
                                            Elise Owens Thorn
                                            Deputy Attorney General

                                  Attorneys for Defendants


## ORDER

The modified briefing schedule proposed by the parties is adopted.  Opening briefs are due November 27, 2019.  Responsive briefs are due December 9, 2019.

**IT IS SO ORDERED.**

DATED:  November 12, 2019.


                                  _____
                                  UNITED STATES DISTRICT JUDGE

[3460552.2]