REICHMAN JORGENSEN LLP
SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone: (650) 623-1401
  Fax: (650) 623-1449
  Email: sballard@reichmanjorgensen.com
         kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiff,<br><br>          v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | Case No. CIV S-90-0520 KJM DB P<br><br>**DECLARATION OF KATE FALKENSTIEN IN SUPPORT OF CHRISTOPHER LIPSEY'S MOTION TO INTERVENE**<br><br>Judge:         Hon. Kimberly Mueller<br>Action Filed:  April 23, 1990 |

I, Kate Falkenstien, hereby declare as follows:

1. I am an attorney with Reichman Jorgensen LLP, counsel for Plaintiff-Intervenor Christopher Lipsey in this matter. I am admitted to the California bar. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently hereto.

2. This Declaration is submitted in support of Lipsey's Motion to Intervene.

3. Exhibit A to this Declaration is a true and correct copy of emails I exchanged with Steven Fama, a Staff Attorney at Prison Law Office, in June 2017.

4. Exhibit B to this Declaration is a true and correct copy of Defendants' Responses to Lipsey's First Set of Requests for Admission in *Lipsey v. Norum*.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed this 14th day of November, 2019, in Redwood Shores, California.

/s/ Kate Falkenstien