IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al._____Plaintiffs,_____v.___GAVIN NEWSOM, et al.,_____Defendants. | Case No. CIV S-90-0520 KJM DB P___**[PROPOSED] ORDER GRANTING CHRISTOPHER LIPSEY'S MOTION TO INTERVENE** |

Before the Court is Christopher Lipsey's Motion to Intervene. Having considered the parties' arguments and written submissions, the relevant law, and the record in the case, the Court orders that the Motion should be **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that Christopher Lipsey's Motion to Intervene is **GRANTED** and he is permitted to intervene as a plaintiff in this action.

**IT IS SO ORDERED.**

DATED: _____        _____
                                The Honorable Kimberly J. Mueller
                                United States District Judge