IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.
    Plaintiffs,

    vs.                              No. 2:90-cv-0520 KJM DB (PC)

GAVIN NEWSOM, et al.,
    Defendants.

**SPECIAL MASTER'S REQUEST FOR AN ENLARGEMENT OF TIME IN WHICH TO PRESENT PROPOSED PROCESSES FOR UPDATING THE 2018 PROGRAM GUIDE REVISION, RELATED STATE REGULATIONS, AND RELATED ADDITIONS OR CHANGES TO THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION DEPARTMENT OPERATIONS MANUAL TO THE COURT**

**INTRODUCTION**

On July 3, 2019, the court issued an order directing the parties, under the guidance and supervision of the Special Master, "to develop an improved method for regular administrative updating of the 2018 Program Guide Revision and to develop a process for updates and revisions to any part of the remedy found in state regulations and/or provisions of the California Department of Corrections and Rehabilitation's [Department] Operations Manual." ECF No. 6211 at 19. The court directed the Special Master to submit the final proposed processes to the court on or before November 15, 2019. *Id*.

For the reasons set forth below, the Special Master requests that he be granted relief from the court's November 15, 2019 deadline and be granted an additional 90 days, or up to and including February 14, 2020, to present the final proposed processes to the court.

1

## BACKGROUND

On December 15, 2017, the court issued an order directing the parties, under the supervision of the Special Master, to complete an update to the Program Guide in order to provide ease of reference to the policies and procedures governing the provision of mental health care to *Coleman* class members, and to ensure that both the parties and the court agreed on the contents. ECF No. 5750. On March 30, 2018, the parties filed a stipulated request asking that the court extend the deadline to file the consolidated Program Guide to May 30, 2018. ECF No. 5812. In an April 10, 2018 order granting the parties' request for an extension of time to complete the update, the court directed the Special Master to present the final version of the updated Program Guide to the court. ECF No. 5816.

The Special Master filed his report on the consolidated Program Guide update on June 28, 2018. ECF No. 5844. He recommended that the court formally adopt the policies and a clarification memo attached to the report as addenda to the MHSDS Program Guide 2009 Revision. *Id*. at 10. The Special Master further recommended, in part, "that the court enter an order directing the parties, under the guidance and supervision of the Special Master, to work on the development of an improved method for modifying the Program Guide, utilizing the workgroup process already in place" and direct him to report back to the court on the new proposed Program Guide modification process within 60 days of entry of the order. *Id*.

On July 3, 2019, the court issued an order directing the parties, under the guidance and supervision of the Special Master, to develop an improved method for updating the 2018 Program Guide Revision and a process to update and revise any Program Guide-related state regulations and/or provisions of the California Department of Corrections and Rehabilitation

(CDCR) Department Operations Manual (DOM).  ECF No. 6211 at 19.  The Special Master was directed to submit the final proposed processes to the court on or before November 15, 2019.  *Id*.

The Special Master asked defendants to prepare a draft proposal comporting with the court's direction for discussion in the All-Parties Workgroup.  Defendants provided the Special Master with an initial draft proposal on November 5, 2019.  The proposal was divided into three parts: (1) Proposal for Review of Regulations Adopting or Revising All Negotiated or Court-Ordered Remedial Measures Adopted in *Coleman*, (2) Proposal for Review of Additions or Changes to CDCR's DOM or the Health Care DOM (HC DOM) Adopting or Revising All Negotiated or Court-Ordered Remedial Measures Adopted in *Coleman*, and (3) Proposal for Review of Administrative Revisions to the Program Guide.  The Special Master tasked a small group of his experts and monitors to review and comment on the draft proposal and highlight any recommended areas for discussion in the All-Parties Workgroup.

On November 8, 2019, members of the Special Master's staff met with defendants to discuss the initial draft proposal.  Based on the discussion and feedback received during the meeting, defendants prepared a revised draft proposal.  On November 12, 2019, defendants submitted the revised draft proposal to plaintiffs and the Special Master for review.  Plaintiffs provided a response on November 13, 2019, in which they provided some initial comments on the revised draft proposal and included a redlined version of suggested changes.

On November 14, 2019, the Special Master convened an All-Parties Workgroup meeting to further discuss the draft proposal.  As defendants' intention to include mental health regulations into the HC DOM administered by California Correctional Health Care Services (CCHCS) had only recently become clear to plaintiffs and the Special Master, negotiations, while somewhat positive overall, stalled on the topic of the regulations process and how

plaintiffs and the Special Master would be notified of Program Guide-related proposed regulations and changes.

## **CONCLUSION**

The incorporation of mental health regulations into the Health Care DOM that is administered by CCHCS, an entity under the court-ordered supervision of the *Plata* Receiver, was not contemplated by the Special Master at the time he issued his report on the Program Guide update, as such, neither was it when the court issued its July 3, 2019 order.  As a result, negotiations have proven more complex than initially anticipated and additional time is needed for the parties and the Special Master to complete discussions and develop improved policies for updates to the 2018 Program Guide Revision, Program Guide-related state regulations, and Program Guide-Related CDCR DOM and Health Care DOM provisions.  Accordingly, the Special Master requests that he be granted relief from the court's November 15, 2019 deadline and be granted an additional 90 days, or up to and including February 14, 2020, to present the final proposed processes to the court.

Respectfully Submitted,

/s/

_____

Matthew A. Lopes, Jr., Esq.
Special Master

November 15, 2019

4