XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON MCCLAIN, SBN 209508
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR , SBN 263293
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-4435
  Fax:  (415) 703-1234
  E-mail:  nasstaran.ruhparwar@doj.ca.gov
*Attorneys for Defendants*

Hanson Bridgett LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
  425 Market Street, 26th Floor
  San Francisco, California 94105
  Telephone:   (415) 777-3200
  Fax:  (415) 541-9366
  E-mail: pmello@hansonbridgett.com

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' NOVEMBER 2019 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

1         The State submits this status report on the current in-state and out-of-state adult prison

2    populations and the measures being taken to comply with the Court's February 10, 2014 Order

3    Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013

4    Deadline (February 10, 2014 Order).  Exhibit A sets forth the current design bed capacity,

5    population, and population as a percentage of design bed capacity for each state prison and for all

6    state prisons combined.  Exhibit B sets forth the status of the measures Defendants have

7    implemented as required by the February 10, 2014 Order.  (ECF 2766/5060 at ¶¶ 4-5.)

8         As of November 13, 2019, 114,725 inmates were housed in the State's 34 adult

9    institutions and zero inmates[1] were housed in out-of-state facilities.  (Ex. A.[2])  The State's prison

10   population is approximately 134.8% of design capacity.  (Ex. A.)

11

12   Dated:  November 15, 2019                XAVIER BECERRA
                                             Attorney General of California

13
                                             By:  */s/ Nasstaran Ruhparwar*
14                                               NASSTARAN RUHPARWAR
                                                 Deputy Attorney General
15                                               *Attorneys for Defendants*

16   Dated:  November 15, 2019                HANSON BRIDGETT LLP

17                                           By:  */s/ Paul B. Mello*
                                                 PAUL B. MELLO
18                                               *Attorneys for Defendants*

19

20

21

22

23

24

25

26

27   [1] This statistic only concerns inmates in out-of-state contract beds and does not include inmates
     housed in other states under interstate compact agreements.
28   [2] The data in Exhibit A is taken from CDCR's November 13, 2019 weekly population report,
     available on CDCR's website at https://www.cdcr.ca.gov/research/population-reports-2/.