XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **JOINT REPORT, STIPULATION AND [PROPOSED] ORDER ON THE MEDICATION ADHERENCE PROCEDURE POLICY** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |
| | Judge: The Hon. Kimberly J. Mueller |

On December 14, 2018, the Court appointed a neutral expert to investigate, among other things, the way in which Defendants measure medication non-compliance. (ECF No. 6033 at 3.) On May 5, 2019, the neutral expert found that, *inter alia,* there is confusion within CDCR about what California Correctional Health Care Services' (CCHCS) Medication Adherence Procedure policy requires. (ECF No. 6147 at 91-92.) On August 14, 2019, the Court agreed. (ECF No. 6242 at 11.) The Court referred the issue to the All Parties Workgroup for further work under the

[3463762.1]                                              1

Jnt. Rep. and Stip. and [Prop.] Order on Medication Adherence Proc. Policy (2:90-cv-00520 KJM-DB (PC))

1  guidance and leadership of the Special Master and directed the parties to file a joint report on this
2  issue discussing the results of this additional work by November 15, 2019.  (*Id*. and ECF No.
3  6381.)
4      CDCR drafted a memorandum clarifying the CCHCS Medication Adherence Procedure
5  policy titled, *Draft Proposed Psychiatric Medication Adherence Clarifying Directives*.  The
6  parties have met and conferred numerous times under the guidance of the Special Master
7  concerning the proposed clarifying memorandum.  The Plaintiffs and the Special Master agree
8  with the proposed clarifying memorandum, attached as Exhibit A, subject to monitoring by the
9  Special Master.
10     In addition to issuing the clarifying memorandum, CDCR has agreed to develop and
11 implement, with input from the Special Master and from Plaintiffs' Counsel, a process to monitor
12 compliance with the medication adherence policy.
13     Accordingly, the parties request that the Court adopt the clarifying memorandum attached
14 as Exhibit A.  The parties also agree to continue to meet and confer in the Workgroup process to
15 discuss a process to monitor compliance with the medication adherence policy, and to file a joint
16 report, within sixty days from the date of the order approving this stipulation, that sets forth the
17 agreement for monitoring, if completed, or a description of the progress made towards finalizing
18 the monitoring process.  The Special Master has reviewed and approved this stipulation and
19 proposed order.
20 **IT IS SO STIPULATED.**

[3463762.1]　　　2

Jnt. Rep. and Stip. and [Prop.] Order on Medication Adherence Proc. Policy (2:90-cv-00520 KJM-DB (PC))

| | |
|---|---|
| Dated: November 15, 2019 | XAVIER BECERRA<br>Attorney General of California<br>ADRIANO HRVATIN<br>Supervising Deputy Attorney General<br><br>/S/ ELISE OWENS THORN<br>Elise Owens Thorn<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: November 15, 2019 | ROSEN BIEN GALVAN & GRUNFELD LLP<br><br>/S/ *Thomas Nolan*<br>Thomas Nolan<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

Dated: _____        _____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT

[3463762.1]    3

Jnt. Rep. and Stip. and [Prop.] Order on Medication Adherence Proc. Policy (2:90-cv-00520 KJM-DB (PC))

# Exhibit A

*Draft Proposed Psychiatric Medication Adherence Clarifying Directives*

The Program Guide references the medication management policies set forth in California Correctional Health Care Services' (CCHCS) "Inmate Medical Services Policies and Procedures" (IMSP&P) governing medication management, and medication adherence. (See Program Guide at 12-3-12, 12-4-9, 12-4-12, 12-4-19, 12-6-15, 12-9-8, and 12-10-7).

This memorandum clarifies how the IMSP&P governing medication adherence counseling are to be implemented in the MHSDS in accordance with the Program Guide. As defined by the IMSP&P, critical medications include clozapine and medications prescribed pursuant to a Penal Code section 2602 order. (CDCR/CCHCS Health Care Department Operations (HCDOM) Manual, Chapter 3, Article 2.5, Medication Administration, section (c)(6)(A).)

When a patient misses three consecutive days or at least fifty percent of scheduled doses of non-critical medication in one week, or when a patient misses one dose of a critical medication, an e-mail alert will automatically be generated by the electronic health record system and delivered to the mental health prescriber (defined as a psychiatrist or a psychiatric nurse practitioner acting under the supervision of a psychiatrist).

For non-critical medications a mental health prescriber shall review the health record and document in the health record the plan of action within seven (7) calendar days from receipt of the notification of medication non-adherence. The documented plan of action should take into account anticipated future medication non-adherence.  A mental health prescriber shall follow up with a face to face session addressing the medication non-adherence as soon as clinically indicated, but no longer than 30 calendar days from the first day the mental health prescriber is notified of non-adherence. For critical medications (HCDOM, Chapter 3, Article 2.5, section (c)(6)(A)), the patient shall be seen by a mental health prescriber for an urgent mental health referral within 24 hours from receipt of the notification of medication non-adherence. Any medication adherence counseling session with a mental health prescriber shall be documented in a detailed note, and shall take place in a confidential setting, unless the patient refuses to attend.