XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State BAR No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                        Plaintiffs,<br><br>         v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                        Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' RESPONSE TO PARAGRAPH 3 OF THE NOVEMBER 19, 2019 ORDER [ECF NO. 6396]** |

On November 19, 2019, the Court issued an order directing Defendants to file within seven days a separate statement identifying any and all "channels and committee/subcommittee structures relevant to mental health data collection and reporting, whether currently in place or put on hold during the Golding proceedings." (ECF No. 6396 at 5.) Attached as Exhibit A is a letter from the California Department of Corrections and Rehabilitation's Office of Legal Affairs listing the committees and subcommittees relevant to mental health data collection and reporting.

1

Defs.' Resp. Nov. 19, 2019 Order (2:90-cv-00520 KJM-DB (PC))

| | |
|---|---|
| 1 | **CERTIFICATION** |
| 2 | Defendants' counsel certifies that she reviewed the following orders relevant to this filing: |
| 3 | ECF No. 6396. |

Dated: November 25, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/s/ *Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
Response to 11.19.19 Order

2

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                          GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



November 25, 2019

Elise Thorn
Office of the Attorney General
1300 I Street
Sacramento, CA 95814

VIA EMAIL

Dear Elise,

I write regarding the court's November 18, 2019, order requiring Defendants to file a statement identifying any and all "reporting channels and committee/subcommittee structures relevant to mental health data collection and reporting, whether currently in place or put on hold during the Golding proceedings." (ECF No. 6396 at 5.)

The California Department of Corrections and Rehabilitation (CDCR) and California Correctional Health Care Services (CCHCS) maintain many formal and informal governance committees aimed at developing policy, processes, and data management systems, among other things. Below is a list of committees or subcommittees relevant to mental health data collection and reporting:

1) CCHCS Forms Committee – Reviews new and revised forms that are to be finalized by the Department.
2) Clinical Guidelines Committee – Establishes a mechanism to improve patient care and outcomes by supporting the application of proven prevention, diagnosis and treatment strategies, and the overall practice of evidence-based medicine; developing recommendations conforming to current evidence in clinical science in the form of treatment guidelines; and providing assistance in clinical decision-making for CCHCS health care staff.
3) Clinical Leadership Advisory Committee - Responsible for reviewing, approving and prioritizing changes in the Electronic Health Record System (EHRS).
4) Complete Care Oversight Team (CCOT) Committee - Oversees statewide implementation of the Complete Care Model for delivery of patient health care services.
5) Comprehensive Accommodation Formulary – Develops, revises, and maintains the comprehensive accommodation formulary.
6) Designated Standing Improvement Committee - Oversees the population management system monitoring activities and reports to the local Quality Management Committee (QMC).

7) Governing Body – The highest-level committee in the network of headquarters and institution committees that makes up the CDCR, and CCHCS' organizational governance structure.
8) Information Security Policy Review Committee - Accountable for representing and addressing information security policy development and maintenance activities.
9) Institutional Utilization Management (UM) Committee - Serves as a subcommittee of the institution QMC and is responsible for oversight of the UM program at the local level, developing program-specific improvement plans, and managing implementation of improvement initiatives.
10) Mental Health Program (MHP) Subcommittee (Institution) - Provides oversight to and coordinates the local MHP to achieve statewide strategic objectives.
11) Patient Safety Program Committee – Identifies and improves problematic health care processes by emphasizing the prevention, reduction, reporting, and analysis of health care incidents that if left unaddressed may result in adverse drug reactions, sentinel events, or preventable patient harm.  Protects patients, staff, and visitors from poor health outcomes due to flawed health care processes; improves health care quality and cost effectiveness; increases health care process efficiencies and reduce waste; and complies with legal and regulatory requirements.
12) Quality Management Committee (Headquarters) - Provides oversight to the CCHCS Quality Management Program and oversees organization-wide system performance and improvement activities.
13) Quality Management Committee (Institution) – Describes strategies, processes, tools, and a governance structure that institutions use to plan, prioritize, develop, implement, and evaluate performance improvement initiatives and sustain improvements.
14) Statewide Health Care Incident Review Committee - Responsible for providing oversight of the health care incident reporting system and Root Cause Analysis process at the statewide level, and identifying and communicating related data and trends.
15) Suicide Case Review Subcommittee - Reviews the documentation and reports submitted by the institution and suicide reviewer (Mental Health), determines compliance with the statewide Suicide Prevention and Response Focused Improvement Team (SPRFIT) policy and procedures, reviews the Quality Improvement Plans (QIP) and continues review until the QIPS are completed and the cases are closed.
16) Suicide Prevention and Response Focused Improvement Team - Provides employees with training and guidance with regard to suicide prevention, response, reporting, and review for the purpose of reducing the risk of patient suicides.
17) Bi-Weekly Mental Health Chief's Meeting - Communication between mental health Leadership Staff; Supervision; Discuss Standardization of Policies & Procedures.
18) Bi-Weekly Mental Health Regional Teleconference - Communication between mental health Deputy Director & Regional Administrators; Supervision; Discuss Standardization of Policies & Procedures.

19) Change Advisory Board (CAB) – A business-driven body that reviews, approves, and prioritizes changes to the portfolio of business applications and the related information technology (IT) infrastructure that support clinical and administrative operations and the delivery of health care services to patients.
20) Change Advisory Prioritization Committee - Maintain and utilize a standardized approval and completion process for all MHP changes that occur in the EHRS, data reporting, and ad hoc data requests.
21) Change Control Board (CCB) - CCHCS/CDCR agency change approval committee for changes associated with IT infrastructure. The CCB ensures that changes made to any CCHCS IT production system are managed in a manner consistent with the CCHCS IT Services Division (ITSD) change management process.
22) Data Governance - Data Governance provides overall management of the availability, usability, integrity and security of data used within the organization.
23) IT Governance Board - ITSD utilizes a four-step process for Information Technology Governance Board project approvals. Each stage consists of a set of prescribed, cross-functional, and parallel activities to develop deliverables used as the inputs for the next stage. As additional information is collected and refined, the cost estimates, schedules and business objectives are progressively updated and evaluated to determine if the project is still practical.
24) Multi-Disciplinary Integrated Workgroup - Approves all EHRS requests for change.
25) Psychiatric Inpatient Program (PIP) Policy Workgroups - Standardize PIP Policies.
26) PIP Alignment Workgroup - To realign the PIP programs from the Department of State Hospitals structure to CDCR/CCHCS Structure.
27) Scheduling Initiative - Develop/finalize EHRS process/workflows and streamline order sets for both individual and group; create scheduling "blocks" and "tracks" across all programs to facilitate consistency and predictability of scheduling; integrate other established workgroups that may be impacted or impact scheduling (e.g. SUDT group treatment with associated Milestone credits); determine if an implementation strategy can be completed via: a pilot process or at all institutions; provide necessary reporting requirements for all program areas; develop metrics for ongoing performance management in scheduling; present findings from scheduling to CCOT and Case Planning & Prioritization Initiative.
28) Statewide EHRS Call - Weekly communication with the Institution/Regional Chief Nursing Executives to discuss clinical initiatives, updates, changes in policy and procedures and staffing related concerns.
29) Weekly Core Call (Cerner) - Activities associated with the operation, functionality of the electronic health record (Cerner).

In addition to these committees, CDCR and CCHCS maintain several other committees, both formal and informal, which, while not directly tied to data or reporting, may impact CDCR or CCHCS's quality management data collection and reporting processes. A list of those other committees, is attached as Attachment A.

Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs

ATTACHMENT A

| Committee | Mission |
|---|---|
| CCHCS Nutrition Subcommittee | Responsible for annual review of the Health Care Department Operations Manual (HCDOM), Section 3.1.12, Outpatient Dietary Intervention; recommending diet education handouts for approval by the Joint Clinical Executive Team (JCET); and overseeing the distribution of diet education handouts to all institutions. |
| Clinical Operations Team | Part of the revision process of existing official CDCR medical form; once approved by the program, forms will be heard at the Forms Committee, followed by the Clinical Operations Team, and then the Joint Clinical Executive Team (JCET). |
| Clinical Performance Enhancement and Review Subcommittee | A committee that oversees the clinical performance and enhancement process as a component of correctional health care personnel development and training program. Provides guidance and focuses only on the quality of the clinical care that is provided. |
| Contract Selection Committee | To assist in the selection of the recommended bidders by the Contracting Unit. |
| Death Review Committee | To deliberate on the information presented in the Death Review Summary, the institution feedback, and mental health suicide case reviews. |
| Emergency Medical Response Review Committee | To provide systematic assessment, risk stratification, and monitoring of the effectiveness of the Emergency Medical Response System and coordination at the regional and statewide levels. Designate crash cart locations approved by the CCHCS Systemwide Pharmacy and Therapeutics Committee |
| Headquarters Durable Medical Equipment (DME) Committee | Provides HQ level oversight and management of functions necessary for the implementation of the HCDOM, Section 3.6.1, Durable Medical Equipment and Medical Supply. Reviews all approved requests for non-formulary DME from institutions; reviews provider appeals of denied non-formulary DME requests, reviews and resolves issues pertaining to security concerns versus health care needs, provides written response to the requestor, maintains the DME and medical supply formularies, and provides periodic guideline review. |
| Health Care Ethics Committee | To provide multidisciplinary consultation, guidance, and education about the ethical aspects of providing health care within the California prison system. |
| Institutional Classification Committee | Reviews the housing, custody, or classification issues of a patient receiving mental health care within the Department. |

| | |
|---|---|
| Joint Clinical Executive Team | JCET reviews and determines whether revisions to the care guide are indicated and/or approves the care guide in original form; approves the care guide as submitted and or with revisions; or recommends revisions. |
| Judicial Review Committee | To determine by a preponderance of the evidence whether the nature of the action pertaining to privileges as set forth in the Notice of Final Proposed Action is reasonable and warranted (Business and Professions Code, Section 809.3(b)(3)) and whether the action pertaining to employment is therefore just and proper based on privileging conclusions and findings of fact relating to the standard of care. |
| Licensed Inpatient Services Committee | Each institution with licensed beds has an organized Licensed In-Patient Committee that oversees the regulations and ensures standards of Title 15 and 22 are met to include notifying the Department of Public Health in accordance with regulations of events impacting the licensed units. |
| Local Governing Body | Shall act as the institution level for the Governing Body. |
| Medical Peer Review Committee | Conducts non-routine or for cause peer reviews of the clinical practice and professional conduct of licensed medical providers within CDCR adult institutions and the regional and headquarters offices of the CCHCS. |
| Medical Program Subcommittee | Each institution at the local level has a Medical Subcommittee Committee charged with oversight of quality patient care and clinical reviews to include pain management, care guides and tools, standards of care. |
| Mental Health Peer Review Committee | Each institution has a local Peer Review Committee (PRC) charged with oversight of the routine peer review process at that specific institution. PRC is of psychologists, psychiatrists, and clinical social workers employed in licensed MHCB within California Department of Corrections and Rehabilitation. |
| Pharmaceutical Care Committee | Provides professional multidisciplinary oversight of the clinical aspects of pharmacy services and to implement policies and procedures and other therapeutic initiatives approved by the CCHCS Systemwide Pharmacy and Therapeutics Committee. |
| Resources Management Subcommittee | Organized committee at the local institutions charged with the oversight of resources to include vacancy reports, hiring trends and fill rates. |
| Specialized Health Care Housing Standing Committee | Responsible for the endorsement of patients to specialized health care housing units in the event that the institution does not have any appropriate, non-contract inpatient level of care beds available. |
| Statewide Nursing Standardized Procedures Committee | Responsible for the development and review of standardized procedures, protocols, order sets, clinical |

| | |
|---|---|
| | pathways, guidelines, and standing orders at an organizational level. |
| Statewide Patient Education Committee | Oversees all aspects of the Patient Education Program within CCHCS/CDCR. |
| Steering Committee | Decides on the priorities and order of business of the Business Continuity Unit. |
| Suicide Prevention Committee | Multidisciplinary committee at the institutional level comprised of the Chief of Mental Health, SPRFIT Coordinator, Health Care Access Associate Warden, Health Care Access Captain, Chief Nursing Executive, others as designated to address the institutions compliance and quality indicators of the local institutions suicide prevention program. |
| Systemwide Pharmacy and Therapeutics Committee | Shall provide overall direction to Pharmacy Services at all CDCR institutions. |
| Utilization Management Specialty Services Committee | Responsible for providing oversight of the UM program at the statewide level, identifying and communicating program goals, developing program-specific improvement plans, and managing implementation of improvement initiatives. |
| No Committee Name Given (Reception Center Committee) | Briefly stated in the HCDOM, 3.1.8(b)(1)(A) as "Responsible for oversight of the development, training, implementation, maintenance, record keeping, appropriate tools, technical assistance, and ensuring the levels of resources are available so that health care staff can successfully implement the procedure as described in the HCDOM, Section 3.1.8, Reception Center." |
| CCHCS Policy Initiatives - Quarterly Meeting with Prison Law Office | To discuss major policy initiatives underway or which are upcoming with the Prison Law Office. |
| Continuing Health Care Education | Continuing medical education consists of educational activities which serve to maintain, develop, or increase the knowledge, skills, and professional performance and relationships that a physician uses to provide services for patients, the public, or the profession. The content of continuing medical education is that body of knowledge and skills generally recognized and accepted by the profession as within the basic medical sciences, the discipline of clinical medicine, and the provision of health care to the public. |

| | |
|---|---|
| Continuing Healthcare Education Planning Committee | Identifying the specific and specialized educational needs of our employed and contracted physicians, and other health care providers, in order to advance physician competence, enhance practice performance, promote patient safety and where possible improve patient outcomes in the patient population through the provision of providing high quality, evidence-based and effective continuing medical education activities. |
| Coordinated Clinical Assessment Team | Clinical Discussion of patient treatment plans and level of care, to reach consensus about appropriate clinical care across agencies, facilities and disciplines. |
| Disability Advisory Committee | To address issues or concerns of CCHCS employees with disabilities, and matters relating to the formulation and implementation of equal employment opportunity plans, to overcome and correct any underrepresentation while promoting disability employment awareness to all CCHCS employees. |
| Department of State Hospitals (DSH)/CDCR 2684 Patient Review | Develop and implement recommendations to ensure patients referred to DSH are clinically appropriate for Intermediate Care Facility level of care and unlocked dorm housing. |
| DSH Policy Workgroup | Revise DSH/CDCR MOU |
| Educational Contracts (Nursing) | Obtains and monitor contracts with CDCR and the colleges that have nursing students within the corrections setting. |
| Emergency Medical Response Program Meetings | To align with the latest evidence-based practice by providing our staff with the knowledge, skills and equipment needed to appropriately manage and handle medical activations within our institutions. Restructuring our current system will also ensure a safe hand-off and transition for our patients being sent to local hospitals, emergency departments via community Emergency Medical Services partners. |
| Formulary and Equipment Mgmt. (Supply Chain Management) | Creating and maintaining the standard medical supply and durable equipment list. |
| Gender Affirming Surgery Review Committee | To evaluate each request for Gender Affirming Surgery for medical necessity and make a recommendation to the Statewide Medical Authorization Review Team for final decision. |

| | |
|---|---|
| Health Workforce Initiative (HWI) | To promote the advancement of California's health care workforce through quality education and services. The purpose of the HWI is to identify health care workforce needs and cultivate solutions. The role of the HWI is to facilitate a community college response to workforce needs. HWI provides direct services to health care related businesses, with a major focus on incumbent worker training. Topics include registered nurse Specialty Certification Review Courses and Health Care Leadership Development and Customer Service courses utilizing Development Dimensions International and Achieve Global curriculum. |
| Human Resources (HR) Summit and Clinical Operations Workgroup | The mission of the HR Summit and Clinical Operations Workgroup is to improve Recruitment and Retention for all health care positions within CCHCS. |
| Integrated Call | Developing concepts, ideas, and suggestions prior to presentation in the Clinical Leadership Advisory Committee. |
| Integrated Substance Abuse Treatment (ISUDT) sub-committee | The mission of the ISUDT sub-committee is to discuss hiring status and ensure CCHCS and CDCR Human Resources are meeting the hiring targeted date. Address the Employee Health and Wellness component through CDCR's Employee Health and Wellness Office. |
| Inter-Agency Advisory Committee (IACA) Apprenticeship Program | To gather historical and current data about California health care apprenticeships, identify workforce gaps that health care apprenticeships can address and make recommendations to the IACA and Division of Apprenticeships Standards about how to better support and expand current healthcare apprenticeships and propose potential new opportunities for healthcare apprenticeships. |
| Inpatient Referral Unit (IRU) Inter-Rater Reliability Workgroup | Obtain increased inter-rater reliability in individual ratings of appropriate level of care and housing from IRU Reviewers for specific patient referrals. |
| IRU Staff Meeting | Communication between IRU Staff; Supervision; Standardization of IRU Procedures. |
| IRU Utilization Review | Review specific patients for appropriate level of care and housing. |

| | |
|---|---|
| ISUDT Transition Services | To develop and standardized the transition process of CDCR/CCHCS ISUDT and all patients from entry to release, connecting patient to needed community resources. |
| ISUDT Workflow | Development of workflow process to identify and treat, monitor and transition ISUDT patients to the community. |
| Information Technology Governance Board | ITSD utilizes a four-step process for Information Technology Governance Board project approvals. Each stage consists of a set of prescribed, cross-functional, and parallel activities to develop deliverables used as the inputs for the next stage. As additional information is collected and refined, the cost estimates, schedules and business objectives are progressively updated and evaluated to determine if the project is still practical. |
| Leadership Team Weekly Meeting | Reports from the Secretary's weekly Cabinet meeting and from CCHCS and Division of Health Care Services( Deputy Director and Directors. |
| Licensed Vocational Nurse (LVN) to Registered Nurse Apprenticeship Committee | The mission of the LVN to Registered Nurse (RN) Apprenticeship Committee is to jointly manage the apprenticeship program and apprenticeship selection process.  The LVN to RN Apprenticeship Program is designed to provide an opportunity for LVNs, who meet specific criteria, to earn an Associate's Degree in Nursing in preparation to take the state licensing examination to obtain licensure as an RN in the state of California. |
| Medical Assistant (MA) Conversion Workgroup | The mission of the MA conversation is to convert LVN provider post positions to MA positions and recruit MA employees |
| Medical Technical Assistant (MTA) sub-committee | The mission of the MTA sub-committee is to successfully transition the MTA, Sr. MTA, and Health Program Coordinator employees into custody or nursing classifications prior to implementing a layoff. |
| Medication Management Committee | Issues related to Joint Commission-Medication management, ISUDT, medication related policy and procedure concerns. |
| Mental Health Flash Meetings | Communication between mental health Leadership; Supervision; Discuss Standardization of Policies and Procedures |

| | |
|---|---|
| Mental Health Peer Review Subcommittee | Provide oversight of clinical services provided by licensed clinical social workerse and psychologists |
| Monthly Inpatient Coordinator Conference | Communication between Inpatient Coordinators, IRU, and Regional Teams; Procedure Standardization for Referrals to higher levels of care |
| Monthly IRU/ Health Care Population Oversight Program (HCPOP) Meeting | Communication between IRU and HCPOP; Standardization of IRU/HCPOP Procedures |
| Monthly IRU/Regional Meeting | Communication between IRU and Regional Teams regarding policy development, training, and monitoring of PIP and crisis bed programs. |
| Mortality and Morbidity Committee | To streamline the process and improve the quality of death reviews completed by the Nursing Consultant Program Reviewers, in collaboration with other health care disciplines. |
| Nursing Education and Workforce Advisory Committee | Advises the Board members and staff of the California Board of Registered Nursing (BRN) on current and projected issues affecting the nursing workforce and education in California and reviews and provides input on the BRN biennial RN survey instrument, Annual School Survey and other research related to the RN workforce in California. |
| Nursing Professional Practice Council | To maintain a program to evaluate nursing care and professional practice based on standards of clinical nursing practice established by regulatory agencies, accrediting bodies, and CCHCS health care policies and procedures. At a minimum, this program shall include a statewide Nursing Professional Practice Council and organized processes for surveillance of professional nursing practice at all levels of the organization. |
| PIP Post-Discharge Suicide Prevention Workgroup | Develop and implement initiatives to reduce suicides in the patient population who are within 90 days of discharge from a PIP. |
| Shared Governance | Model designed to integrate core values and beliefs that professional practice embraces, as a means of achieving quality care to the patient.  The intention of Shared Governance is to provide direction for the professional practice of nursing. Shared Governance is a model for shared decision-making which includes all levels of nursing. |

| Statewide Education Call | Communication with the Nurse Instructors and Mental Health Educators to advise on training, competencies, updates in policy and procedures. |
|---|---|
| TeleStaff Statewide Meeting | .Monitor, audit, train, improvement activates related to the statewide nursing scheduling system. |
| Welfare and Institutions Code section 7301 Joint Conferences | Discuss patients placed into CDCR from DSH per Welfare and Institutions Code section 7301 related to their readiness to return to DSH. |