1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   ADRIANO HRVATIN, State Bar No. 220909
    Supervising Deputy Attorney General
3   ELISE OWENS THORN, State Bar No. 145931
    TYLER V. HEATH, State Bar No. 271478
4   ROBERT W. HENKELS, State Bar No. 255410
    KYLE A. LEWIS, State Bar No. 201041
5   Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone:  (916) 210-7318
     Fax:  (916) 324-5205
8    E-mail:  Elise.Thorn@doj.ca.gov
    Attorneys for Defendants

    ROMAN M. SILBERFELD, State Bar No. 62783
    GLENN A. DANAS, State Bar No. 270317
    ROBINS KAPLAN LLP
     2049 Century Park East, Suite 3400
     Los Angeles, CA 90067-3208
     Telephone:  (310) 552-0130
     Fax:  (310) 229-5800
     E-mail:  RSilberfeld@RobinsKaplan.com
    Special Counsel for Defendants

9

10                 IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12                      SACRAMENTO DIVISION

13

14

15   **RALPH COLEMAN, et al.,**                Case No. 2:90-cv-00520 KJM-DB (PC)

16                              Plaintiffs,    **DEFENDANTS' SEVENTH STATUS
                                               REPORT ON FUNDING FOR THE
16                                             CONSTRUCTION OF 100 MENTAL
17        **v.**                               HEALTH CRISIS BEDS**

18   **GAVIN NEWSOM, et al.,**
                                               Judge:  The Hon. Kimberly J. Mueller
19                              Defendants.

20

21                            **INTRODUCTION**

22        On April 29, 2019, the Court ordered Defendants to file a status report on the funding

23   process for the construction of 100 mental health crisis beds.  (ECF No. 6135.)  The Court further

24   ordered Defendants to file an update every thirty days until the funding process is complete.  (*Id.*)

25   Defendants have filed six status reports and a supplemental report providing additional

26   information requested by the Court, which outline the funding process, the reduction in the scope

27   of the project, and Defendants' efforts to advance the construction of additional licensed crisis

28   beds.

     [3419376.1]                                1

1                                          **DISCUSSION**

2   **I.    SUMMARY OF DEFENDANTS' UPDATES TO THE COURT ON THE CONSTRUCTION OF
          ADDITIONAL CRISIS BEDS.**
3

4          On May 28, 2019, Defendants filed their first status report on funding for the construction

5   of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J.

6   Donovan Correctional Facility (RJD).  (ECF No. 6168.)  The report explained that the California

7   Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan

8   phase of design, was seeking approval to begin the project's working drawings phase, and was

9   preparing a request for funding to the Department of Finance for the project's construction phase

10  to be included in the 2020-2021 State Budget.

11         Defendants filed five additional status reports every thirty days between June 27, 2019, and

12  October 28, 2019 (ECF Nos. 6208, 6235, 6256, 6297, and 6371) and a supplemental report on

13  August 2, 2019.  (ECF No. 6256.)

14  **II.   UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS
          PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.**
15

16         As previously reported to the Court, in August 2019, based on a review and analysis of the

17  continuing need for additional licensed crisis beds requested by the Joint Legislative Budget

18  Committee, CDCR decided to proceed with its plans to construct 50 new licensed mental health

19  crisis beds at CIM and to defer plans to construct 50 beds at RJD.  (ECF No. 6297 at 3.)  The

20  Legislature and the Governor approved the plan.  (ECF No. 6371 at 3.)  CDCR is now working

21  with architects Hellmuth, Obata & Kassabaum on the preparation of the working drawings for the

22  project.  (Borg Decl. ¶ 3.)  The project remains on schedule for the architects to provide a fifty-

23  percent working-drawings deliverable to CDCR for review in December 2019.  (*Id.*)

24  **III.  UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB
          CONSTRUCTION PROJECT.**
25

26         Defendants do not have any updates on the funding approvals for the construction phase of

27  the project.  As previously reported, on July 31, 2019, CDCR submitted a Capital Outlay Budget

28  Change Proposal to the Department of Finance to request the construction funding for the CIM

[3419376.1]                                      2

1  project.  (ECF No. 6297 at 4.)  Between January and May 2020, and upon approval of the

2  construction-funding request submitted on July 31, 2019, the Department of Finance will submit

3  the approved request to the Legislature for consideration as part of the Governor's 2020-2021

4  proposed budget.  (*Id.*)  The Legislature is required to approve the 2020-2021 Budget by June 15,

5  2020.  (ECF No. 6168-2 at ¶ 13.)  After the Governor signs the 2020-2021 Budget Act, any

6  approved construction funding for the crisis bed construction project will be available as early as

7  July 1, 2020.  (*Id.*)

8  **IV.    DEFENDANTS WILL FILE MONTHLY STATUS REPORTS.**

9      Consistent with the Court's April 29, 2019 order, Defendants will file their eighth monthly

10  status report identifying CDCR's progress through the funding process for the MHCB

11  Construction Project on December 27, 2019.  As reported in Defendants' initial status report on

12  May 28, 2019, CDCR's Spring 2019 bed projections forecasted a decrease in the need for

13  additional crisis beds reflected in 2017 budget proposals.  (ECF No. 6168 at 4.)  Defendants will

14  continue to monitor bed needs based on projections and the patient census.  If projections and

15  anticipated bed needs change, Defendants will request additional resources through the legislative

16  process.

17                                          **CERTIFICATION**

18      Defendants' counsel certifies that she reviewed the following orders relevant to this filing:

19  ECF Nos. 3556, 6135, 6212, and 6312.

20  / / /

21  / / /

22

23

24

25

26

27

28

[3419376.1]                                          3

1    Dated: November 27, 2019                    Respectfully submitted,

2                                                XAVIER BECERRA
                                                 Attorney General of California
3                                                ADRIANO HRVATIN
                                                 Supervising Deputy Attorney General
4

5                                                /s/ ELISE OWENS THORN
                                                 Elise Owens Thorn
6                                                Deputy Attorney General
                                                 *Attorneys for Defendants*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defs.' 7th Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  ADRIANO HRVATIN, State Bar No. 220909
   Supervising Deputy Attorney General
3  ELISE OWENS THORN, State Bar No. 145931
   TYLER V. HEATH, State Bar No. 271478
4  ROBERT W. HENKELS, State Bar No. 255410
   KYLE A. LEWIS, State Bar No. 201041
5  Deputy Attorneys General
    1300 I Street, Suite 125
6   P.O. Box 944255
    Sacramento, CA 94244-2550
7   Telephone:  (916) 210-7318
    Fax:  (916) 324-5205
8   E-mail:  Elise.Thorn@doj.ca.gov
   *Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone:  (310) 552-0130
  Fax:  (310) 229-5800
  E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

9

10                IN THE UNITED STATES DISTRICT COURT

11            FOR THE EASTERN DISTRICT OF CALIFORNIA

12                     SACRAMENTO DIVISION

13

14

15  **RALPH COLEMAN, et al.,**

16                                   Plaintiffs,

17             **v.**

18  **GAVIN NEWSOM, et al.,**

19                                   Defendants.

Case No. 2:90-cv-00520 KJM-DB (PC)

**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' SEVENTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**

Judge:  The Hon. Kimberly J. Mueller

20

21       I, Dean L. Borg, declare:

22       1.    I am the Deputy Director of the Facility Planning, Construction and Management

23  Division for the California Department of Corrections and Rehabilitation (CDCR).  I have

24  personal knowledge of the facts stated in this declaration and if called to testify to those facts I

25  could and would do so competently.  I make this declaration in support of Defendants' seventh

26  status report on the funding process for the design and construction of licensed mental health

27  crisis beds in Southern California.

28

[3419376.1]                                       1

1    2.    I began working for CDCR in 1991.  I work on healthcare projects on behalf of, and

2  at the direction of, CDCR's Facilities Director, Deborah Hysen, and CDCR Secretary Ralph Diaz.

3  In my current role, I am responsible for the management and oversight of the Facility Planning,

4  Construction and Management Division, which includes all construction of new facilities and

5  renovation of existing facilities.  I am familiar with the status of the numerous construction,

6  conversion, and renovation projects that the State has completed and is currently undertaking to

7  meet the mental health needs of the State's inmates.  I am also familiar with the current status of

8  CDCR's plan to construct 50 new licensed mental health crisis beds at the California Institution

9  for Men (CIM).

10    3.    Architect Hellmuth, Obata & Kassabaum (HOK) continues to prepare the working-

11  drawings phase of design, in which the details needed by the contractor to construct the building

12  are added to the preliminary plans.  The project remains on schedule for HOK to provide a fifty-

13  percent working-drawings deliverable to CDCR for review in December 2019.

14    I declare under penalty of perjury under the laws of the United States of America that the

15  foregoing is true and correct.  Executed in Sacramento, California on November 20, 2019.

16

17                                /s/ *DEAN L. BORG*_____
                                DEAN L. BORG
                                Deputy Director
18                                Facility Planning, Construction and Management
                                *(original signature retained by attorney)*

19

20

21

22

23

24

25

26

27

28

[3419376.1]                              2