| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>ROBERT W. HENKELS, State Bar No. 255410<br>KYLE A. LEWIS, State Bar No. 201041<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                          Plaintiffs,<br>v.<br>**GAVIN NEWSOM, et al.,**<br>                          Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF JAY POWELL IN SUPPORT OF DEFENDANTS' RESPONSE TO OCTOBER 8, 2019 ORDER**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Jay Powell, declare:

1. I am the Correctional Administrator for the Health Care Placement Oversight Program, Corrections Services division of the California Correctional Health Care Services. I am competent to testify to the matters set forth in this declaration and if called upon to do so, I would and could so testify. I make this declaration in support of Defendants' Response to the October 8, 2019 Order.

[3419376.1]                          1

Powell Decl. ISO Defs.' Brief in Response to October 8, 2019 Order (2:90-cv-00520 KJM-DB (PC))

2. I was appointed as the Correctional Administrator of the Health Care Placement Oversight Program (HCPOP) on May 1, 2018. I am familiar with the numerous and complex policies and procedures that govern the movement of inmates within the mental health care delivery system. I supervise and direct the activities of the Health Care Placement Oversight Program (HCPOP). This program area is responsible for managing and tracking the statewide movement of inmates into and out of designated health care beds and treatment facilities, including oversight of tracking, endorsing, managing movement of CDCR patients into and out of crisis beds, and inpatient psychiatric care including at the Department of State Hospitals (DSH). HCPOP uses a program called the HCPOP Endorsement and Referrals Tracking or HEART to track an inmate's referral, transfer, and placement in a crisis bed.

3. CDCR currently has 54 male unlicensed Mental Health Crisis Beds (MHCB) (20 at California State Prison-Sacramento and 34 at the California Institution for Men) and 373 male licensed crisis beds. CDCR has 19 female unlicensed crisis beds and 10 licensed beds at the California Institution for Women, and 12 female licensed crisis beds at the Central California Women's Facility.

4. In 2019, the highest census for the male crisis beds was 349 in September. In 2018, the highest census for the male crisis bed population was 378 in January and the lowest was 224 in October. In 2019, the highest census for the female crisis bed population was 32 in June. In 2018, the highest census for the female crisis bed population was 21 in July and August. The reported numbers are based on actual patient census data from the HEART program.

5. From September 2018 through September 2019, CDCR's compliance with transfers of male patients within twenty-four hours was 97.26%. Between March 1, 2019 and September 30, 2019, compliance with transfers of male patients to crisis beds increased to 98.26%. Compliance with the transfer of female patients to crisis beds within Program Guide timelines also improved since March 2019, with 96.26% of the transfers within twenty-four hours. HCPOP staff calculated the foregoing percentages based on MHCB data for the designated time period pulled from the HEART database system. HEART stores numerous data points in the life cycle of a MHCB referral including date and time of referral, as well as date and time of MHCB

[3419376.1]                                2

Powell Decl. ISO Defs.' Brief in Response to October 8, 2019 Order (2:90-cv-00520 KJM-DB (PC))

placement of the patient. These data points are validated against secondary sources such as Strategic Offender Management System (SOMS), Electronic Health Record System (EHRS) and email correspondence. To determine compliant referrals, HCPOP filters MHCB referrals that exceeded the 24-hour transfer timeline from referral initiation to MHCB placement. The total number of referrals that transferred over 24 hours were divided by the total number of referrals for the time period to calculate the percentage of placements that were conducted within 24 hours.

6. The non-clinical portion of the crisis bed referral process is overseen by CDCR's Health Care Placement Oversight Program (HCPOP). The HCPOP Endorsements and Referrals Tracking (HEART) system is designed to track each step of the referral and transfer process for referrals to Mental Health Crisis Beds. HEART tracks and identifies vacant crisis beds that are available for patient placement, redlined beds, and filled beds. The data on bed availability in HEART is based on data imported from the Strategic Offender Management System (SOMS).

7. In 2018, in response to the Court's October 2017 order concerning transfer of patients to crisis beds, CDCR changed the manner in which it measures compliance with the 24-hour timeline. Instead of measuring the transfer as complete when a patient is placed on a transport vehicle, CDCR began to measure compliance by starting the transfer clock when HCPOP receives notice of the referral, either via an email or directly through the Electronic Health Record System (EHRS), whichever comes first, and stopping the clock when the patient is placed in a crisis bed. The monthly crisis bed census and waitlist report uses this HEART-based data.

8. Between September 2015 and June 2019, the HEART program tracked and reported an inmate's referral, transfer, and placement in a crisis bed, using the receipt of an email from the referring clinician requesting assignment of a crisis bed to start the transfer timeline.

9. Starting in June 2019, HEART started to use a second method of notification based on EHRS data. The HEART transfer timeline starts when HCPOP receives an order notification of crisis bed level of care automatically from EHRS. After a clinician makes the determination a patient needs crisis bed level of care, the clinician enters a level-of-care change in EHRS, which is then automatically sent to the HEART program as a referral notification and all referral information, including patient information, date and time of referral, referring institution, and

[3419376.1]   3

Powell Decl. ISO Defs.' Brief in Response to October 8, 2019 Order (2:90-cv-00520 KJM-DB (PC))

patient's prior level of care, are automatically populated in HEART.  Simultaneously, HCPOP staff continue to receive emailed referral notifications as the new EHRS automated process is validated.  HCPOP staff continue to manually enter referral details upon receipt of the email notification.   This dual notification process is temporary as HCPOP and CDCR Mental Health validate the accuracy of the automated notification system from EHRS and complete phase II of the project, which includes automatic notification of referrals and rescissions from EHRS to HEART.  HCPOP records the final disposition of all referrals (i.e., transferred, internally admitted, rescinded) in HEART.

10. HCPOP began the process to align HEART with EHRS in March 2018, to transition from e-mail notification to an automatic notice of a referral when the clinician enters the order for a referral in EHRS. The transition requires addition of the auto-export of rescind data (Phase II), and validation of the new system. Phase II of the project will begin after Phase I validation is complete.

11. According to data maintained by HCPOP in the HEART database, in 2017, CDCR referred 15,623 patients to crisis bed level of care; in 2018, CDCR referred 15,889 patients to crisis bed level of care; and in 2019, as of the end of October, CDCR referred 11,024 patients to crisis bed level of care.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Sacramento, California on November 27, 2019.

/s/ *JAY POWELL*_____
JAY POWELL
Correctional Administrator
Health Care Placement Oversight Program
*(original signature retained by attorney)*

[3419376.1]                                                                  4

Powell Decl. ISO Defs.' Brief in Response to October 8, 2019 Order (2:90-cv-00520 KJM-DB (PC))