1    XAVIER BECERRA, State Bar No. 118517
     Attorney General of California
2    ADRIANO HRVATIN, State Bar No. 220909
     Supervising Deputy Attorney General
3    ELISE OWENS THORN, State Bar No. 145931
     TYLER V. HEATH, State Bar No. 271478
4    ROBERT W. HENKELS, State Bar No. 255410
     KYLE A. LEWIS, State Bar No. 201041
5    Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone: (916) 210-7318
     Fax: (916) 324-5205
8    E-mail: Elise.Thorn@doj.ca.gov
     *Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
   2049 Century Park East, Suite 3400
   Los Angeles, CA 90067-3208
   Telephone: (310) 552-0130
   Fax: (310) 229-5800
   E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DECLARATION OF LAURA CEBALLOS IN SUPPORT OF DEFENDANTS' RESPONSE TO OCTOBER 8, 2019 ORDER** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |
| | Judge: The Hon. Kimberly J. Mueller |

I, Laura Ceballos, declare:

1.   I am the Mental Health Administrator of Quality Management, Inpatient Facilities,

for the Statewide Mental Health Program for the California Department of Corrections and

Rehabilitation (CDCR). I am competent to testify to the matters set forth in this declaration and if

called upon to do so, I would and could so testify. I make this declaration in support of

Defendants' response to the Court's October 8, 2019 order.

[3419376.1]

1

1        2.    I was appointed as Chief of Quality Management in 2009.  I am familiar with the

2    numerous and complex policies and procedures that govern CDCR's mental health care delivery

3    system.  I am responsible for and supervise the mental health system's quality management and

4    utilization management processes.

5        3.    As the Mental Health Administrator of Quality Management, I am a member of the

6    quality management data team and the Change Management Committee that reviews staff

7    requests and system needs for changes to CDCR's Electronic Health Records System and

8    CDCR's mental health Performance Reports.

9        4.    I am familiar with the initiatives CDCR proposed and implemented in 2017 designed

10    to improve timely access to crisis care.  As of November 26, 2019, 19 institutions have

11    implemented crisis intervention teams, which included plans for onsite staff after hours, with two

12    more scheduled for implementation in the coming months.  In addition, a statewide crisis

13    intervention team policy and procedure is currently under review by the Special Master.  While

14    Dialectical Behavior Therapy is offered at some programs, CDCR has not formalized a

15    Dialectical Behavior Therapy program.  Enhanced trainings for staff on clinical evaluations began

16    September 2016 and training are continually offered.  Case formulation training is under

17    development. Regionalization of transfers started December 13, 2016; and removal of medical

18    clearance requirements and the inclusion of an escalation process for acceptance delays were

19    implemented via policy directive September 18, 2018.  Finally, reports to allow for proactive

20    monitoring of transfer timelines were released March 9, 2018, and an oversight alerting process

21    utilizing these reports was implemented on April 2, 2018.  All of these combined efforts have

22    impacted MHCB transfer and admission timelines, which have gradually improved since October

23    2018 to over ninety-eight percent of transfers compliant in October 2019.

24        5.    In July, 2019, CDCR reinitiated its focus on identifying patients who could be placed

25    at Atascadero State Hospital (ASH) and Coalinga State Hospital (CSH), a process that was first

26    initiated in July 2017 following the transfer of responsibility for the prison psychiatric programs

27    to CDCR.  The more recent effort included daily and close monitoring of all unlocked dorm

28    eligible patients within the inpatient beds by headquarters staff and drafting of a local operating

Ceballos Decl. ISO Defs' Response to October 8, 2019 Order (2:90-cv-00520 KJM-DB (PC))

1  procedure template and oversight plan for each inpatient facility for long-term sustainability.  As

2  of November 2019, this local operating procedure is under review and negotiation with the

3  Special Master and Plaintiffs.  As of November 26, 2019, all CDCR contracted beds at

4  Atascadero State Hospital and Coalinga State Hospital are filled.

5        6.  In 2018, CDCR developed its Mental Health Crisis Bed Referrals Report.  The report

6  measures the correct start and end time for referrals and provides monthly data of all patients

7  referred and admitted to a crisis bed in a given period of time and data on how long each transfer

8  took.  Plaintiffs and the Special Master have received this report since 2018 as part of the

9  *Coleman* monthly report.

10      I declare under penalty of perjury under the laws of the United States of America that the

11  foregoing is true and correct.  Executed in Sacramento, California on November 27, 2019.

12

/s/ *Laura Ceballos*_____
LAURA CEBALLOS, Ph.D.
13  Administrator of Quality Management,
14  Field Operations,
Statewide Mental Health Program
15  *(original signature retained by attorney)*

16

17

18

19

20

21

22

23

24

25

26

27

28

[3419376.1]                                3