| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>ROBERT W. HENKELS, State Bar No. 255410<br>KYLE A. LEWIS, State Bar No. 201041<br>Deputy Attorneys General<br>　1300 I Street, Suite 125<br>　P.O. Box 944255<br>　Sacramento, CA 94244-2550<br>　Telephone: (916) 210-7318<br>　Fax: (916) 324-5205<br>　E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>　2049 Century Park East, Suite 3400<br>　Los Angeles, CA 90067-3208<br>　Telephone: (310) 552-0130<br>　Fax: (310) 229-5800<br>　E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' BRIEF IN RESPONSE TO OCTOBER 8, 2019 ORDER RE: THIRD QUARTERLY STATUS CONFERENCE**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Dean L. Borg, declare:

1. I am the Deputy Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration in support of Defendants' Brief in Response to October 8, 2019 Order Re: Third Quarterly Status Conference.

[3419376.1]                                      1

Borg Decl. Supp. Defs.' Brief in Response to 10/8/19 Order (2:90-cv-00520 KJM-DB (PC))

2. I began working for CDCR in 1991. I work on healthcare projects on behalf of, and at the direction of, CDCR's Facilities Director, Deborah Hysen, and CDCR Secretary Ralph Diaz. In my current role, I am responsible for the management and oversight of the Facility Planning, Construction and Management Division, which includes all construction of new facilities and renovation of existing facilities. I am familiar with the status of the numerous construction, conversion, and renovation projects that the State has completed and is currently undertaking to meet the mental health needs of the State's inmates. I am also familiar with the current status of CDCR's plan to construct a new 50 bed Mental Health Crisis Facility (MHCF) at the California Institution for Men (CIM).

3. The standard design and construction schedule for a project of the size and complexity of the MHCF project is approximately four to five years. This standard schedule is divided between two to two-and-a-half years of design (including State Fire Marshal approval and general contractor bidding) and two to two-and-a-half years of construction.

4. CDCR has incurred delays in the design phase of this project. The contract with the design consultant, architects Hellmuth, Obata and Kassebaum, was executed in June 2018, approximately three to four months later than anticipated. An additional delay occurred between June and October 2019, to address concerns from the Legislature over the preliminary plans and the project's cost.

5. Notwithstanding the delays, State Fire Marshal approval is anticipated in September 2020, and award of the construction contract is anticipated in December 2020. Absent further delays, the planned twenty-four-month construction duration forecasts completion of the project in December 2022.

///

///

///

[3419376.1]

2

6. CDCR will continue to report monthly to the Court on the progress of design and identify any additional delays that may occur. CDCR will also make every effort to complete design and general contractor bidding activities before the current scheduled dates listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on November 20, 2019.

/s/ *DEAN L. BORG*
DEAN L. BORG
Deputy Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*

[3419376.1]                3

Borg Decl. Supp. Defs.' Brief in Response to 10/8/19 Order (2:90-cv-00520 KJM-DB (PC))