Deposition designations and objections thereto are indicated as follows:

Color 1: Deposition testimony Plaintiffs designate, including Defendants' objections stated within the section of the transcript designated.

Color 2: Deposition testimony Defendants designate, including Plaintiffs' objections stated within the section of the transcript designated.

Color 3: Deposition testimony and an exhibit to which Defendants object. An explanation of the objection and Plaintiffs' response is included in a corresponding text box.

The un-highlighted portions of the deposition are not designated by either party.