**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

RALPH COLEMAN, et al.
     Plaintiffs,

     vs.                            No. 2:90-cv-0520 KJM DB (PC)

GAVIN NEWSOM, et al.,
     Defendants.

**SPECIAL MASTER'S REQUEST FOR AN ENLARGEMENT OF TIME IN WHICH TO SUBMIT HIS RECOMMENDATIONS ON THE DISPUTED POLICIES AND COURT ORDERS IN THE COMPENDIUM IN RESPONSE TO THE COURT'S JULY 9, 2019 ORDER**

**INTRODUCTION**

On October 8, 2019, the court issued an order granting the Special Master 60 days to resolve the dispute between the parties and/or file his specific recommendations with the court regarding four policies and/or court orders that plaintiffs wanted included in the list of custodial remedial measures and are not included in the 2018 Program Guide Revision. ECF No. 6315 at 2-3.

For the reasons set forth below, the Special Master requests that he be granted relief from the court's December 9, 2019 deadline and be granted an additional ten (10) days, or up to and including December 19, 2019, to file his recommendations with the court.

**BACKGROUND**

On July 9, 2019, the court issued an order directing the parties to file within 30 days "a document that identifies all negotiated or court-ordered remedial measures adopted in this action that cover custodial issues and are not included in the 2018 Program Guide Revision." ECF No.

1

6214 at 16, 19.  The parties were to confirm that the Special Master had reviewed the list and concurred as to its comprehensiveness.  *Id.*

On September 6, 2019, the parties filed their joint submission.[1]  ECF No 6271.  Attached as Appendix A were 70 regulations, policies, and court orders the parties agreed were responsive to the court's July 9, 2019 order.  *Id.*  There were four remaining court orders and/or policies that plaintiffs wanted added to the list of negotiated or court-ordered custodial remedial measures, which defendants contended were not responsive to the court's July 9, 2019 order.  ECF No. 6271 at 2.

In an order issued October 8, 2019, the court approved and adopted Appendix A to the parties' joint submission and referred the remainder of the matter to the Special Master to "determine whether to convene an additional meeting of the parties to resolve the disputes and/or to file his specific recommendations with the court."  ECF No. 6315 at 2.

In response to the court's order, the Special Master has negotiated with the parties both jointly and separately regarding the four remaining orders and/or policies at issue.  Those orders and policies are:

1.  March 8, 2017 Order (ECF No. 5573) and Department of State Hospitals' (DSH) Hospital Access System (HAS) Policies;

2.  June 18, 2009 Order (ECF No. 3613) to Fill the Full Complement of 256 Beds at Atascadero State Hospital (ASH);

---

[1] On August 2, 2019, the parties filed a stipulated request and proposed order to extend the filing deadline to September 4, 2019 (ECF No. 6234), which was approved by the court on August 12, 2019.  ECF No. 6240.  On September 4, 2019, the parties filed a second stipulated request and proposed order to extend the filing deadline by an additional two days, to September 6, 2019. ECF No. 6265.

3. July 5, 2016 Memorandum – Utilization of Administrative Determinants Based Upon Positive and Negative Behavior and Increased Access to Rehabilitation Programs (15 C.C.R. §§ 3375, 3375.2); and

4. August 8, 2016 Memorandum – C&PR Approval for Movement to a Higher or Lower Level Facility Within the Same Institution. (ECF No. 6271 at 2.)

Discussions with the parties have proven fruitful thus far; as a result, defendants have waived their objections regarding two of the items and have agreed to include the July 5, 2016 and August 8, 2016 memos in the 2018 Program Guide Revision. The parties have not yet reached an agreement on the remaining two items – the March 8, 2017 order and DSH HAS policies and the June 18, 2009 order to fill all 256 beds at ASH. However, ongoing discussions are promising as the Special Master continues to work with the parties on a settlement.

## CONCLUSION

As thus far, negotiations with the parties have yielded promising results, the Special Master believes that with a small amount of additional time, the parties can reach an agreement on the remaining two items. Accordingly, the Special Master requests that he be granted relief from the December 9, 2019 deadline and be granted an additional ten (10) days, or up to and including December 19, 2019 in which to file his recommendations with the court.

Respectfully Submitted,

/s/

_____

Matthew A. Lopes, Jr., Esq.
Special Master

December 9, 2019

3