XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 210-7318
 Fax:  (916) 324-5205
 E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone:  (310) 552-0130
 Fax:  (310) 229-5800
 E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF CATHERINE HENDON IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFFS' OPENING BRIEF REGARDING MENTAL HEALTH CRISIS BED CONSTRUCTION AND UNMET BED NEED STUDY** |

I, Catherine Hendon, declare:

1.     I am the Deputy Director of Hospital Strategic Planning and Implementation for the Department of State Hospitals (DSH).  I have held this position since December 26, 2018.  In the course of my duties, I am responsible for overseeing the utilization of beds throughout DSH's statewide system, which includes beds utilized for the provision of inpatient care to *Coleman* class members.  I also oversee DSH's Research, Evaluation, and Data unit that produces the regular reporting regarding the *Coleman* waitlist, census, and admission data for *Coleman* monitoring purposes.

1

2. Each month, my office submits Bed Utilization Reports to the Court under seal. Those reports describe the beds utilized by *Coleman* class members at DSH facilities, and include the number of accepted referrals from DSH by the California Department of Corrections and Rehabilitation (CDCR) and the number of accepted referrals, pending referrals, rejected referrals, and transfers of patients from any level of inpatient mental health care, as well as any patients internally transferred within DSH facilities.

3. My office compiled data from the Bed Utilization Reports submitted since July 2017 to create a spreadsheet showing total referrals, admissions, and the census for each month during that time. A true and correct copy of the report is attached here as Exhibit A. The data contained in Exhibit A accurately reflects the data submitted in our Bed Utilization Reports.

4. Each month my office also submits a DSH Psychiatric Inpatient Timelines Report, which identifies any patient who was not transferred to DSH within Program Guide timelines.

5. My office has reviewed the Psychiatric Inpatient Timelines Reports since July 2017, the same time frame addressed in Exhibit A. Despite the increase in referrals, DSH has admitted all *Coleman* patients accepted to its facilities within Program Guide timeframes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on December 9, 2019.


*/s/ Catherine Hendon*
CATHERINE HENDON

*(original signature retained by attorney)*

CF1997CS0003

Exhibit A

State of California
**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Research, Evaluation, and Data
1600 Ninth Street, Room 420
Sacramento, CA 95814

## Coleman Monthly Data
## July 2017 through November 2019

### Total Referrals Received by Month

| Month | Male Referrals | | | | | Female Referrals | | | | Combined Totals | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Accepted DSH-A | Accepted DSH-C | Rescinded | Rejected | Total Male Referrals | Accepted DSH-P | Rescinded | Rejected | Total Female Referrals | Total Accepted | Total Rescinded | Total Rejected | Total Received |
| 07-2017 | 21 | 5 | 3 | 2 | 31 | 10 | 4 | 0 | 14 | 36 | 7 | 2 | 45 |
| 08-2017 | 55 | 6 | 1 | - | 62 | 2 | 1 | 1 | 4 | 63 | 2 | 1 | 66 |
| 09-2017 | 44 | 9 | 4 | - | 57 | 4 | 2 | 1 | 7 | 57 | 6 | 1 | 64 |
| 10-2017 | 46 | 9 | 3 | - | 58 | 3 | 1 | 0 | 4 | 58 | 4 | 0 | 62 |
| 11-2017 | 32 | 11 | 1 | 1 | 45 | 2 | 0 | 0 | 2 | 45 | 1 | 1 | 47 |
| 12-2017 | 23 | 11 | 1 | - | 35 | 1 | 0 | 1 | 2 | 35 | 1 | 1 | 37 |
| 01-2018 | 45 | 11 | - | 2 | 58 | 8 | 0 | 0 | 8 | 64 | 0 | 2 | 66 |
| 02-2018 | 38 | 5 | 1 | 2 | 46 | 2 | 0 | 0 | 2 | 45 | 1 | 2 | 48 |
| 03-2018 | 43 | 9 | 2 | 3 | 57 | 7 | 0 | 0 | 7 | 59 | 2 | 3 | 64 |
| 04-2018 | 36 | 8 | 1 | 3 | 48 | 3 | 0 | 0 | 3 | 47 | 1 | 3 | 51 |
| 05-2018 | 27 | 10 | - | 2 | 39 | 5 | 0 | 0 | 5 | 42 | 0 | 2 | 44 |
| 06-2018 | 33 | 9 | 2 | 7 | 51 | 3 | 0 | 0 | 3 | 45 | 2 | 7 | 54 |
| 07-2018 | 15 | 8 | 2 | 1 | 26 | 2 | 0 | 0 | 2 | 25 | 2 | 1 | 28 |
| 08-2018 | 48 | 8 | 2 | 1 | 59 | 0 | 0 | 0 | 0 | 56 | 2 | 1 | 59 |
| 09-2018 | 26 | 7 | 4 | 0 | 37 | 2 | 0 | 0 | 2 | 35 | 4 | 0 | 39 |
| 10-2018 | 33 | 10 | 1 | 1 | 45 | 3 | 0 | 0 | 3 | 46 | 1 | 1 | 48 |
| 11-2018 | 22 | 7 | 8 | 3 | 40 | 2 | 0 | 0 | 2 | 31 | 8 | 3 | 42 |
| 12-2018 | 12 | 8 | 8 | 2 | 30 | 1 | 0 | 0 | 1 | 21 | 8 | 2 | 31 |
| 01-2019 | 10 | 7 | 1 | 1 | 19 | 1 | 1 | 0 | 2 | 18 | 2 | 1 | 21 |
| 02-2019 | 21 | 11 | 5 | 1 | 38 | 0 | 0 | 0 | 0 | 32 | 5 | 1 | 38 |
| 03-2019 | 29 | 10 | 1 | 0 | 40 | 1 | 0 | 0 | 1 | 40 | 1 | 0 | 41 |
| 04-2019 | 25 | 8 | 5 | 0 | 38 | 1 | 0 | 0 | 1 | 34 | 5 | 0 | 39 |
| 05-2019 | 29 | 2 | 2 | 0 | 33 | 4 | 0 | 0 | 4 | 35 | 2 | 0 | 37 |
| 06-2019 | 37 | 2 | 9 | 0 | 48 | 2 | 1 | 0 | 3 | 41 | 10 | 0 | 51 |
| 07-2019 | 46 | 4 | 6 | 1 | 57 | 2 | 0 | 0 | 2 | 52 | 6 | 1 | 59 |
| 08-2019 | 71 | 9 | 1 | 0 | 81 | 4 | 0 | 0 | 4 | 84 | 1 | 0 | 85 |
| 09-2019 | 65 | 9 | 11 | 2 | 87 | 5 | - | - | 5 | 79 | 11 | 2 | 92 |
| 10-2019 | 44 | 21 | 8 | 3 | 76 | 1 | 1 | - | 2 | 66 | 9 | 3 | 78 |
| 11-2019 | 39 | 5 | 11 | - | 55 | 1 | - | - | 1 | 45 | 11 | 0 | 56 |
| **Total** | **1015** | **239** | **104** | **38** | **1396** | **82** | **11** | **3** | **96** | **1336** | **115** | **41** | **1492** |
| **Monthly Average** | **35** | **8** | **4** | **2** | **49** | **3** | **0** | **0** | **3** | **46** | **4** | **1** | **51** |

### Census Snapshot by Month

| Month | Male | | | Female | Total All |
|---|---|---|---|---|---|
| | DSH-A | DSH-C | Total Male | DSH-P | |
| 07-2017 | 178 | 48 | 226 | 5 | 231 |
| 08-2017 | 206 | 50 | 256 | 11 | 267 |
| 09-2017 | 219 | 48 | 267 | 9 | 276 |
| 10-2017 | 229 | 47 | 276 | 12 | 288 |
| 11-2017 | 223 | 50 | 273 | 10 | 283 |
| 12-2017 | 216 | 47 | 263 | 7 | 270 |
| 01-2018 | 190 | 49 | 239 | 8 | 247 |
| 02-2018 | 196 | 50 | 246 | 13 | 259 |
| 03-2018 | 202 | 47 | 249 | 17 | 266 |
| 04-2018 | 191 | 49 | 240 | 20 | 260 |
| 05-2018 | 180 | 49 | 229 | 21 | 250 |
| 06-2018 | 162 | 48 | 210 | 24 | 234 |
| 07-2018 | 155 | 47 | 202 | 24 | 226 |
| 08-2018 | 147 | 47 | 194 | 22 | 216 |
| 09-2018 | 157 | 48 | 205 | 17 | 222 |
| 10-2018 | 154 | 48 | 202 | 9 | 211 |
| 11-2018 | 151 | 48 | 199 | 9 | 208 |
| 12-2018 | 138 | 48 | 186 | 10 | 196 |
| 01-2019 | 126 | 48 | 174 | 7 | 181 |
| 02-2019 | 129 | 47 | 176 | 5 | 181 |
| 03-2019 | 125 | 49 | 174 | 5 | 179 |
| 04-2019 | 133 | 46 | 179 | 5 | 184 |
| 05-2019 | 132 | 47 | 179 | 7 | 186 |
| 06-2019 | 137 | 37 | 174 | 8 | 182 |
| 07-2019 | 150 | 36 | 186 | 9 | 195 |
| 08-2019 | 188 | 48 | 236 | 11 | 247 |
| 09-2019 | 226 | 48 | 274 | 15 | 289 |
| 10-2019 | 255 | 41 | 296 | 17 | 313 |
| 11-2019 | 254 | 49 | 303 | 17 | 320 |
| **Monthly Average** | **178** | **47** | **225** | **12** | **237** |

### Total Direct Admissions by Month

| Month | Male | | | Female | Total All |
|---|---|---|---|---|---|
| | DSH-A | DSH-C | Total Male | DSH-P | |
| 07-2017 | 19 | 4 | 23 | 5 | 28 |
| 08-2017 | 48 | 5 | 53 | 6 | 59 |
| 09-2017 | 39 | 5 | 44 | 4 | 48 |
| 10-2017 | 50 | 9 | 59 | 4 | 63 |
| 11-2017 | 26 | 15 | 41 | 2 | 43 |
| 12-2017 | 27 | 8 | 35 | - | 35 |
| 01-2018 | 32 | 10 | 42 | 3 | 45 |
| 02-2018 | 49 | 7 | 56 | 7 | 63 |
| 03-2018 | 41 | 10 | 51 | 8 | 59 |
| 04-2018 | 35 | 9 | 44 | 3 | 47 |
| 05-2018 | 36 | 6 | 42 | 5 | 47 |
| 06-2018 | 16 | 11 | 27 | 3 | 30 |
| 07-2018 | 34 | 10 | 44 | 1 | 45 |
| 08-2018 | 30 | 6 | 36 | 1 | 37 |
| 09-2018 | 42 | 10 | 52 | 2 | 54 |
| 10-2018 | 33 | 8 | 41 | 3 | 44 |
| 11-2018 | 26 | 6 | 32 | 2 | 34 |
| 12-2018 | 12 | 11 | 23 | 1 | 24 |
| 01-2019 | 15 | 7 | 22 | 1 | 23 |
| 02-2019 | 19 | 11 | 30 | 0 | 30 |
| 03-2019 | 24 | 10 | 34 | 1 | 35 |
| 04-2019 | 22 | 6 | 28 | 1 | 29 |
| 05-2019 | 27 | 6 | 33 | 3 | 36 |
| 06-2019 | 35 | 2 | 37 | 2 | 39 |
| 07-2019 | 37 | 3 | 40 | 2 | 42 |
| 08-2019 | 85 | 7 | 92 | 3 | 95 |
| 09-2019 | 45 | 11 | 56 | 5 | 61 |
| 10-2019 | 63 | 11 | 74 | 2 | 76 |
| 11-2019 | 26 | 16 | 42 | 1 | 43 |
| **Total** | **993** | **240** | **1233** | **81** | **1314** |
| **Monthly Average** | **34** | **8** | **43** | **3** | **45** |

*Data Source: BUMMs

**Does not include 14 internal referrals to transfer patients from DSH-Atascadero to DSH-Coalinga.