DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION DISABILITY RIGHTS
PROGRAM
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 343-0762

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**ERRATA TO PLAINTIFFS' RESPONSE TO DECEMBER 4, 2019 ORDER**<br><br>Judge: Hon. Kimberly J. Mueller<br>Date: December 13, 2019<br>Time: 10:00 a.m.<br>Crtrm.: 3 |

1    Plaintiffs' response to the Court's December 4, 2019 order, filed yesterday at ECF
2 No. 6413, contained an errata at page 1, lines 21-23, that requires clarification.  Plaintiffs
3 receive the CCHCS death reviews for suicides, but not for other *Coleman* class member
4 deaths.

DATED:  December 11, 2019         Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By: */s/ Lisa Ells*
    Lisa Ells

Attorneys for Plaintiffs