| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION DISABILITY RIGHTS PROGRAM<br>39 Drumm Street<br>San Francisco, California  94111-4805<br>Telephone:   (415) 343-0762 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge:  Hon. Kimberly J. Mueller |

[3474689.2]

NOTICE OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Pursuant to Local Rule 141, Plaintiffs have submitted to the Court by email a Request to File Under Seal ("Request") a document entitled "Under Seal Supplemental Declaration of Jenny S. Yelin in Support of Plaintiffs' Reply to Defendants' Response to October 8, 2019 Order" (hereinafter "Under Seal Declaration"). The Under Seal Declaration includes the names and CDCR numbers of sixteen individuals who committed suicide in 2018, as well as the dates of their deaths and the institutions where they died. The exhibits to the Under Seal Declaration are the sixteen Final Suicide Reports for these individuals. In addition to basic identifying information, which is also subject to the Protective Order in this case, the Final Suicide Reports include sensitive and private information such as the patients' medical and mental health histories, their family histories and family members' identities, details regarding their juvenile and criminal records, information about their institutional functioning, including their disciplinary histories, and extremely detailed (often minute by minute) accounts of the individuals' deaths and any efforts at resuscitation.

The Request, the Under Seal Declaration, and the accompanying Proposed Order were provided to the Court by electronic mail and provided to counsel for Defendants in this action by electronic mail on December 12, 2019, pursuant to Local Rule 141.

DATED: December 12, 2019    Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Jenny S. Yelin
Jenny S. Yelin

Attorneys for Plaintiffs