DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION DISABILITY RIGHTS
PROGRAM
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 343-0762

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

Plaintiffs,

v.

GAVIN NEWSOM, et al.,

Defendants.

Case No. 2:90-CV-00520-KJM-DB

**SUPPLEMENTAL DECLARATION OF JENNY S. YELIN IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE TO OCTOBER 8, 2019 ORDER**

Judge: Hon. Kimberly J. Mueller

SUPPLEMENTAL DECLARATION OF JENNY S. YELIN

I, Jenny S. Yelin, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this supplemental declaration in support of Plaintiffs' Reply To Defendants' Response To October 8, 2019 Order (ECF No. 6410).

2. In my November 27, 2019 and December 9, 2019 declarations (ECF No. 6401-1 and 6410-1 respectively), I described my review of the 28 Final Suicide Reports our office has thus far received from CDCR regarding the 2019 suicides (there have been 34 suicides to date this year, but CDCR has not yet produced final suicide reports for six of those). My analysis concluded that in 16 of the 28 reports (57%), CDCR's suicide case reviewers concluded that there was at least one concern regarding a discharge from a higher level of care or a failure to refer to a higher level of care that merited a Quality Improvement Plan (QIP).

3. In Defendants' Reply to Plaintiffs' Opening Brief Re MHCB Construction and Unmet Bed Need Study, ECF No. 6411, Defendants raised concerns regarding the reliability of my review of the Final Suicide Reports. *See id.* at 5. In order for the Court to evaluate the evidence itself, Plaintiffs have submitted, as confidential exhibits to my sealed supplemental declaration and related Request to File Under Seal that is being filed herewith, the sixteen Final Suicide Reports that I determined contained at least one QIP related to a discharge from a higher level of care and/or a failure to refer to a higher level of care.

/ / /

/ / /

/ / /

/ / /

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 12th day of December, 2019.

/s/ *Jenny S. Yelin*
Jenny S. Yelin