CAED 435 (Rev. 04/18)

United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

*PLEASE Read Instruction Page (attached):*

| FOR COURT USE ONLY |
|---|
| DUE DATE: |

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| Cara Trapani | ctrapani@rbgg.com | (415) 433-6830 | 12/13/2019 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| Rosen Bien Galvan & Grunfeld LLP, 101 Mission Street, Sixth Floor | San Francisco | CA | 94105 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 2:90-cv-00520-KJM-DB | Hon. Kimberly J. Mueller | 11. FROM 12/13/2019 | 12. TO 12/13/2019 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Colemen, et al. v. Newsom, et al. | 14. CITY Sacramento | 15. STATE CA |

16. ORDER FOR
- [ ] APPEAL No.
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [x] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Third Quarterly Status Conference | 12/13/2019 | Kacy Barajas |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |

18. ORDER   (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE | PROCESSED BY |
|---|---|
| /s/ Cara E. Trapani | |

| 20. DATE | PHONE NUMBER |
|---|---|
| 12/13/2019 | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |