1   XAVIER BECERRA
    Attorney General of California
2   MONICA N. ANDERSON
    Senior Assistant Attorney General
3   DAMON MCCLAIN, SBN 209508
    Supervising Deputy Attorney General
4   NASSTARAN RUHPARWAR , SBN 263293
    Deputy Attorney General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 510-4435
     Fax:  (415) 703-1234
7    E-mail:  nasstaran.ruhparwar@doj.ca.gov
    *Attorneys for Defendants*
8

Hanson Bridgett LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:   (415) 777-3200
 Fax:  (415) 541-9366
 E-mail: pmello@hansonbridgett.com

9                 IN THE UNITED STATES DISTRICT COURTS

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11             AND THE NORTHERN DISTRICT OF CALIFORNIA

12        UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

13         PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

14

15   **RALPH COLEMAN, et al.,**                    2:90-cv-00520 KJM-DB

16                              Plaintiffs,        **THREE-JUDGE COURT**

17        v.

18   **GAVIN NEWSOM, et al.,**

19                              Defendants.

20

21   **MARCIANO PLATA, et al.,**                   C01-1351 JST

22                              Plaintiffs,        **THREE-JUDGE COURT**

23        v.

24   **GAVIN NEWSOM, et al.,**                     **DEFENDANTS' DECEMBER 2019
                                                   STATUS REPORT IN RESPONSE TO
25                              Defendants.        FEBRUARY 10, 2014 ORDER**

26

27

28

1    The State submits this status report on the current in-state and out-of-state adult prison

2    populations and the measures being taken to comply with the Court's February 10, 2014 Order

3    Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013

4    Deadline (February 10, 2014 Order).  Exhibit A sets forth the current design bed capacity,

5    population, and population as a percentage of design bed capacity for each state prison and for all

6    state prisons combined.  Exhibit B sets forth the status of the measures Defendants have

7    implemented as required by the February 10, 2014 Order.  (ECF 2766/5060 at ¶¶ 4-5.)

8    As of December 11, 2019, 114,643 inmates were housed in the State's 34 adult

9    institutions and no inmates[1] were housed in out-of-state facilities.  (Ex. A.[2])  The State's prison

10   population is approximately 134.7% of design capacity.  (Ex. A.)

11

12   Dated:  December 16, 2019                    XAVIER BECERRA
                                                  Attorney General of California

13
                                                  By:  */s/ Nasstaran Ruhparwar*
14                                                NASSTARAN RUHPARWAR
                                                  Deputy Attorney General
15                                                *Attorneys for Defendants*

16   Dated:  December 16, 2019                    HANSON BRIDGETT LLP

17                                                By:  */s/ Paul B. Mello*
                                                  PAUL B. MELLO
18                                                *Attorneys for Defendants*

19

20

21

22

23

24

25

26

27   [1] This statistic only concerns inmates in out-of-state contract beds and does not include inmates
     housed in other states under interstate compact agreements.
28   [2] The data in Exhibit A is taken from CDCR's December 11, 2019 weekly population report,
     available on CDCR's website at https://www.cdcr.ca.gov/research/population-reports-2/.