MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
DISABILITY RIGHTS PROGRAM
39 Drumm Street
San Francisco, California 94111
Telephone: (415) 343-0770

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-cv-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2019**<br><br>Judge: Hon. Deborah Barnes |

1  Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly
2  Statement for the Third Quarter of 2019 to Defendants via overnight delivery on
3  November 5, 2019.  The parties completed their meet and confer process on December 17,
4  2019.  The parties have resolved all disputes regarding fees and costs for the Third Quarter
5  of 2019, with an agreement to reduce claimed amounts to a total of $844,635.87 calculated
6  at a rate of $220.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

7  THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that
8  $844,635.87 plus interest is due and collectable as of forty-five days from the date of entry
9  of this Order.  Interest on these fees and costs will run from December 12, 2019 (31 days
10 after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by
11 28 U.S.C. § 1961.

12 IT IS SO STIPULATED.

14 DATED:  December 19, 2019         */s/ Elise Thorn*
                                     Elise Thorn
15                                   Deputy Attorney General
16                                   Attorneys for Defendants

18 DATED:  December 19, 2019         */s/ Lisa Ells*
                                     Lisa Ells
19                                   ROSEN BIEN GALVAN & GRUNFELD LLP
20                                   Attorneys for Plaintiffs

22 IT IS SO ORDERED.
23 DATED:  _____, 2019

26                                   Deborah Barnes
                                     United States Magistrate Judge

[3476337.1]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE
THIRD QUARTER OF 2019

## Coleman v. Newsom
## Third Quarter of 2019
## July 1, 2019 through September 30, 2019
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $830,821.95 | $801,743.17 | $18,106.05 |
| **Fees on Fees, 489-5** | $5,578.65 | $5,383.41 | $61.23 |
| **Appeal, 489-20** | $0.00 | $0.00 | $0.00 |
| **Appeal, 489-22** | $19,580.40 | $18,895.08 | $446.93 |
| **Totals** | **$855,981.00** | **$826,021.66** | **$18,614.21** |

**Claimed Total:**     $874,595.21

**Settled Total:**     $844,635.87

3456278

**Coleman v. Newsom**
**Third Quarter of 2019**
**July 1, 2019 through September 30, 2019**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adiba Khan | 286.90 | 178.80 | $220.50 | $39,425.40 | $38,045.51 |
| Alex Gourse | 10.50 | 10.20 | $220.50 | $2,249.10 | $2,170.38 |
| Benjamin Bien-Kahn | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Benjamin C. Hattem | 48.20 | 47.60 | $220.50 | $10,495.80 | $10,128.45 |
| Cara E. Trapani | 336.10 | 326.40 | $220.50 | $71,971.20 | $69,452.21 |
| Dylan Verner-Crist | 200.90 | 199.60 | $220.50 | $44,011.80 | $42,471.39 |
| Ellinor Heywood | 47.40 | 46.20 | $220.50 | $10,187.10 | $9,830.55 |
| Emma Cook | 348.40 | 342.60 | $220.50 | $75,543.30 | $72,899.28 |
| Ernest Galvan | 18.60 | 17.30 | $220.50 | $3,814.65 | $3,681.14 |
| F. Gail LaPurja | 129.20 | 118.20 | $220.50 | $26,063.10 | $25,150.89 |
| Gay C. Grunfeld | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 227.20 | 203.80 | $220.50 | $44,937.90 | $43,365.07 |
| Heather Gans | 208.90 | 179.00 | $220.50 | $39,469.50 | $38,088.07 |
| Hugo D. Cabrera | 1.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jack Gleiberman | 64.60 | 64.40 | $220.50 | $14,200.20 | $13,703.19 |
| Jenny S. Yelin | 90.60 | 90.40 | $220.50 | $19,933.20 | $19,235.54 |
| Jessica L. Winter | 316.30 | 302.30 | $220.50 | $66,657.15 | $64,324.15 |
| Linda H. Woo | 103.50 | 103.50 | $220.50 | $22,821.75 | $22,022.99 |
| Lisa A. Ells | 347.20 | 344.00 | $220.50 | $75,852.00 | $73,197.18 |
| Marc Shinn-Krantz | 410.00 | 381.00 | $220.50 | $84,010.50 | $81,070.13 |
| Marcus V. Levy | 386.90 | 370.30 | $220.50 | $81,651.15 | $78,793.36 |
| Michael L. Freedman | 2.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| Michael S. Nunez | 49.90 | 46.10 | $220.50 | $10,165.05 | $9,809.27 |
| Michael W. Bien | 128.30 | 123.00 | $220.50 | $27,121.50 | $26,172.25 |
| Penny M. Godbold | 12.60 | 12.60 | $220.50 | $2,778.30 | $2,681.06 |
| Thomas Nolan | 104.50 | 101.70 | $220.50 | $22,424.85 | $21,639.98 |
| **Total** | **3880.40** | **3609.00** | | **$795,784.50** | **$767,932.04** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alayna O'Bryan | 20.40 | 20.40 | $220.50 | $4,498.20 | $4,340.76 |
| Donald Specter | 7.80 | 7.80 | $220.50 | $1,719.90 | $1,659.70 |
| Gabriela Pelsinger | 23.20 | 23.20 | $220.50 | $5,115.60 | $4,936.55 |
| Ilian Meza Pena | 15.10 | 15.10 | $220.50 | $3,329.55 | $3,213.02 |
| Juliette Mueller | 2.90 | 2.90 | $220.50 | $639.45 | $617.07 |
| Margot Mendelson | 3.90 | 3.90 | $220.50 | $859.95 | $829.85 |
| Megan Lync | 1.50 | 1.50 | $220.50 | $330.75 | $319.17 |
| Michael Brodheim | 5.70 | 5.70 | $220.50 | $1,256.85 | $1,212.86 |
| Skye Lovett | 2.90 | 2.90 | $220.50 | $639.45 | $617.07 |
| Steven Fama | 75.50 | 75.50 | $220.50 | $16,647.75 | $16,065.08 |
| **Total** | **158.90** | **158.90** | | **$35,037.45** | **$33,811.13** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$830,821.95** | **$801,743.17** |

3456278

**Coleman v. Newsom**
**Third Quarter of 2019**
**July 1, 2019 through September 30, 2019**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $3,208.40 | $3,208.40 |
| Outside Copying | $4,655.44 | $4,655.44 |
| Transcription | $4,850.59 | $4,850.59 |
| Telephone | $29.05 | $29.05 |
| Postage and Delivery | $1,905.38 | $1,905.38 |
| Research (Westlaw/Lexis/PACER/Fees) | $848.67 | $848.67 |
| Filing Fees | $23.90 | $23.90 |
| Travel | $1,852.12 | $1,852.12 |
| **Total** | | **$17,373.55** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying | $308.00 | $308.00 |
| Postage | $309.10 | $309.10 |
| Travel | $115.40 | $115.40 |
| **Total** | **$732.50** | **$732.50** |

**GRAND TOTAL**                                       $18,106.05

3456278

**Coleman v. Newsom**
**Third Quarter of 2019**
**July 1, 2019 through September 30, 2019**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| F. Gail LaPurja | 0.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| Linda Woo | 6.00 | 6.00 | $220.50 | $1,323.00 | $1,276.70 |
| Lisa A. Ells | 17.90 | 17.90 | $220.50 | $3,946.95 | $3,808.81 |
| **Total** | **24.10** | **23.90** | | **$5,269.95** | **$5,085.51** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.40 | 1.40 | $220.50 | $308.70 | $297.90 |
| **Total** | **1.40** | **1.40** | | **$308.70** | **$297.90** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$5,578.65** | **$5,383.41** |

3456278

**Coleman v. Newsom**
**Third Quarter of 2019**
**July 1, 2019 through September 30, 2019**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| Outside Postage and Delivery | $61.23 | $61.23 |
| **Total** | | **$61.23** |

| | |
|---|---:|
| **GRAND TOTAL** | **$61.23** |

**Coleman v. Newsom**
**Third Quarter of 2019**
**July 1, 2019 through September 30, 2019**
Fees on Appeal of July 3, 2018 Order, 489-20

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Cara E. Trapani | 0.40 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jessica L. Winter | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Lisa A. Ells | 0.90 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **1.90** | **0.00** | | **$0.00** | **$0.00** |

| **GRAND TOTAL** | | | | **$0.00** | **$0.00** |

3456278

**Coleman v. Newsom**
**Third Quarter of 2019**
**July 1, 2019 through September 30, 2019**
Fees on Golding Investigation Orders Appeal, 489-22

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Benjamin C. Hattem | 2.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Cara E. Trapani | 64.60 | 64.60 | $220.50 | $14,244.30 | $13,745.75 |
| Caroline E. Jackson | 0.60 | 0.00 | $220.50 | $0.00 | $0.00 |
| F. Gail LaPurja | 0.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 1.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jenny S. Yelin | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jessica L. Winter | 4.90 | 4.90 | $220.50 | $1,080.45 | $1,042.63 |
| Lisa A. Ells | 17.00 | 17.00 | $220.50 | $3,748.50 | $3,617.30 |
| Marc Shinn-Krantz | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Michael W. Bien | 2.30 | 2.30 | $220.50 | $507.15 | $489.40 |
| **Total** | **94.00** | **88.80** | | **$19,580.40** | **$18,895.08** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$19,580.40** | **$18,895.08** |

3456278

**Coleman v. Newsom**
**Third Quarter of 2019**
**July 1, 2019 through September 30, 2019**
Costs on Golding Investigation Orders Appeal, 489-22

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---:|---:|
| In-House Copying and Printing | $27.80 | $27.80 |
| Westlaw/Lexis/Pacer | $419.13 | $419.13 |
| **Total** | | **$446.93** |

**GRAND TOTAL**                $446.93