XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3585
 Fax:  (415) 703-5843
 E-mail:  Kyle.Lewis@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone:  (310) 552-0130
 Fax:  (310) 229-5800
 E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                          Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                          Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**PARTIES' SUPPLEMENTAL JOINT SUBMISSION OF CUSTODY-RELATED POLICIES AND ORDERS REQUIRED BY JULY 9, 2019 ORDER [ECF NO. 6214]**<br><br>Judge:  The Hon. Kimberly J. Mueller |

On July 3, 2019, the Court directed the parties to "prepare and file a document that identifies all negotiated or court-ordered remedial measures adopted in this action that cover custodial issues and are not included in the 2018 Program Guide Revision." (ECF No. 6211 at 16, 19.) The Court requested this information to identify, "except for specific disputes . . ., the content of the completed remedial plan," and therefore to make the remedy "fully transparent . . . for the court and the parties going forward." (*Id*. at 4-5.) The order also required the parties to confirm that the Special Master has reviewed the list and concurs that it is a comprehensive list of such remedial measures. (*Id*. at 16, 19.) The July 3, 2019 order was amended on July 9, 2019, but did not change the obligation to file a document that identifies custody-related policies and

[3477485.2]                                                   1

orders by August 2, 2019. (ECF No. 6214.) The August 2, 2019 deadline was extended to September 4, 2019, and later to September 6, 2019 by Court orders entered on August 12, 2019 and October 8, 2019. (ECF Nos. 6240 and 6315.) On September 6, 2019, the parties filed their Joint Submission of Custody-Related Policies and Orders required by the July 9, 2019 Order. (ECF No. 6271.)

In their September 6, 2019 Joint Submission, the parties disagreed on the inclusion of four policies and/or orders in the document. (ECF No. 6271 at 2.) On October 8, 2019, the court ordered the Special Master to file a report with his position on the disputed items, and to convene an additional meeting of the parties to resolve the disputes if appropriate. (ECF No. 6315 at 2.) In the meantime, the parties, with the Special Master's participation, met and conferred several times and have resolved the disputes. As reflected in revised Appendix A, the parties have agreed to include the following items: (1) the July 5, 2016 Memo – Utilization of Administrative Determinants Based Upon Positive and Negative Behavior and Increased Access to Rehabilitation Programs, and Associated Regulations, 15 C.C.R. §§ 3375, 3375.2; and (2) the August 8, 2016 Memo – C&PR Approval for Movement to a Higher or Lower Level Facility Within the Same Institution. The parties have agreed not to include the following items: (1) Department of State Hospitals' Hospital Access System Policies and the March 8, 2017 Order; and (2) the June 18, 2009 Order regarding filling Atascadero State Hospital beds. Defendants agree that the Department of State Hospitals will provide notification to the Special Master and Plaintiffs' Counsel at least 15 days in advance of any future proposed modifications to the Hospital Access System Regulations package (Notice File No.: Z-2019-0319-04) currently pending before the Office of Administrative Law. The 15-day advance notice will be in advance of the public notice and comment period required by the Administrative Procedure Act.

The parties also agree that all future proposed modifications to the Hospital Access System Regulations and/or future modifications to the underlying Hospital Access System Policies at Department of State Hospital's facilities with *Coleman* programs will be included in, and governed by, the notice process being developed by the parties and Special Master pursuant to the Court's July 3 and July 9, 2019 orders.

1  Accordingly, the parties agree that the dispute is resolved and Appendix A represents the complete list of negotiated or court-ordered remedial measures related to custodial issues not already included in the 2018 Program Guide Revision.

The Special Master has reviewed and approved the Parties' Supplemental Joint Submission.

Dated: December 19, 2019          Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General


*/s/ Tyler V. Heath*
TYLER V. HEATH
Deputy Attorney General
*Attorneys for Defendants*


Dated: December 19, 2019          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Lisa Ells*
Lisa Ells
*Attorneys for Plaintiffs*


CF1997CS0003
33901166.DOCX

APPENDIX A

Negotiated or Court-Ordered Remedial Measures Related to Custodial Issues Not Included in the 2018 Program Guide Revision

I.     Regulations and Policies.

- California Code of Regulations (CCR), Title 15, Section 3375.3, subdivision (a)(5), regarding CDCR Classification Score Sheet, CDCR Form 839, Calculations, Mental Illness (Box 43).  This regulation codifies provisions of the June 26, 2012, memo Classification Score Sheet (CDCR Form 839) Mental Health Services Delivery System (MHSDS) Assessment Points, and the September 5, 2008, memo Discontinuance of the "Four Points" Assessment.
- CCR Title 15, Section 3040.1, subdivisions (a) and (b), regarding Cognitive Behavioral Treatment and Substance Abuse Treatment Criteria.  This regulation codifies provisions of the April 16, 2013, memo Placement Criteria for Substance Abuse Treatment Programs.
- CCR Title 15, Section 3043.3, subdivision (f)(2), regarding Credit Earning.  This regulation codifies provisions of the July 7, 2014, memo Milestone Completion Credits for Participants in the Mental Health Services Delivery System at the Enhanced Outpatient Program Level of Care.
- September 22, 2016, memo regarding Reception Center Privileges for EOPs.
- February 16, 2017, memo regarding Work Group C and Privilege Group C Program.
- CCR Title 15, Section 3190(l)(3), General Policy regarding Personal Property and Religious Personal Property, specifically for inmates in segregation, and Department Operations Manual (DOM) Appendix A, Property Matrix for Segregation.   This regulation codifies provisions of the March 12, 2007, memo Televisions in Segregation Units, the April 27, 2007, memo Classification Regarding Entertainment Appliances in Administrative Segregation Units, the December 14, 2010, memo Entertainment Appliances in Administrative Segregation, the March 20, 2013, memo Administrative Segregation Unit Requirements Regarding Clustering and Entertainment Appliances, and the January 22, 2014, memo Multi-Powered Radio Loaner Program in Administrative Segregation Units.
- CCR Title 15, Section 3335, subdivision (a), Administrative Segregation, Non Disciplinary Segregation (NDS).
- CCR Title 15, Section 3190, subdivision (c), and DOM Appendix D, NDS personal property matrix.  This property matrix was first announced in CDCR's September 25, 2013, memo Non Disciplinary Segregation Training.
- CCR Title 15, Section 3341.8, subdivision (b), Security Housing Unit/Psychiatric Services Unit Classification Hearings, Pre-MERD Hearing.  This regulation codifies

[3475810.1]

- provisions of the September 12, 2014, memo 120-Day Pre-Minimum Eligible Release Date Review Expectations.
- May 3, 2012, memo regarding Therapeutic Treatment Module Specifications.
- September 5, 2018, Court Transfer Documentation and Determination of Patient Ability to Attend a Court Hearing Policy.
- October 29, 2013 memo State Issued Clothing and Bedding for Crisis Bed Patients.
- Revised Use of Force Department Operations Manual (DOM) sections 51020.1 through 51020.24.  Section 51020.5 was modified by the October 28, 2015 Order. (ECF No. 5371.)
- August 14, 2014 memo regarding the Temporary Moratorium on the Use of Management Cell Status for Inmates in the MHSDS.  That moratorium subsequently became permanent when the Management Cell policy was struck on March 7, 2017.[1]
- Revised DOM section 52050.16.6, which addresses unclothed body searches of inmates in the ASU EOP Hub.
- CCR Title 15, Section 3310, subdivision (d), Definitions as modified via the court's May 4, 2015 Order (ECF no. 5305).
- CCR Title 15, Section 3315, subdivision (h), Serious Rules Violations as modified via the court's May 4, 2015 Order (ECF no. 5305).
- CCR Title 15, Section 3317, Mental Health Assessment for Disciplinary Proceedings.
- CCR Title 15, Section 3317.1, Documenting Rules Violations in an Alternate Manner for Inmates in the MHSDS or the Developmental Disability Program.
- CCR Title 15, Section 3317.2, Behaviors Related to Mental Illness or Developmental Disability/Cognitive or Adaptive Functioning Deficits Excluded from Rules Violation Reports.
- DOM Section 52080.5.8, Special Consideration of Rules Violations Related to Mental Illness or Participation in the Developmental Disability Program.
- August 31, 2007, memo Amended Policy for Adult Males Referred for Treatment of Exhibitionism.
- DOM Sections 52100 through 52100.7 regarding Inmate Indecent Exposure and Sexual Disorderly Conduct Management.
- June 30, 2017, Policy Housing Review/Least Restrictive Housing (12.11.2111).
- July 1, 2017, Policy DSH Rules Violation Reporting Policy – CDCR Patients in DSH Inpatient Programs.
- September 19, 2014 memo Case Conference for Returning DSH Level of Care Inmates with Prior Security Housing Unit Placement
- DOM sections 91020.18 through 91020.18.2, Electronic Control Device, Review of Medical/Psychiatric Records,  Documenting Review of Medical/Psychiatric Records
- DOM section 52080.32, Case Review

---

[1] https://www.cdcr.ca.gov/Regulations/Adult_Operations/docs/NCDR/2016NCR/16-13/NCR_16-13.pdf

[3475810.1]

- DOM section 54046.10, Recommendations for Double Cell or Single Cell Due to Mental Health Concerns.
- March 21, 2013, Case-Work Expectations, Classification Time Frames, and Psych and Return.
- March 30, 2007, CCCMS Housing and Program Accessibility.
- Psychiatric Services Unit Behavioral Incentive Plan (CSP-SAC OP 129).
- DOM section 51030.3, Reportable Incidents.
- March 25, 2013, memo Notification of All Attempted or Completed Suicides during Non-Business Hours.
- May 1, 2019, 2019 Heat Plan and Updates.  This memorandum is updated annually.
- January 22, 2018, memo Response to Suicide Attempts by Hanging or Asphyxiation, Introduction of the Replacement Cut-Down Tool, and Standardization of the Cut-Down Kit.
- September 22, 2016, memo Reason for Retaining Inmates in Segregation, Removing Medical Hold from COMPSTAT.
- January 7, 2015, memo Change in Credit Earning Status for Inmates Eligible for Day for Day Work Credit and Assigned Minimum A/B Custody
- CCR, Title 15 sections 3377.1(b)(6)-(b)7), 3043.2(b)(5)(A), and 3044(b)(8)(B).
- June 5, 2015, memo Minimum A Custody and Minimum B Custody Criteria and Application.
- May 18, 2006, memo Instructions for Awarding Favorable Behavior Points to I/Ps assigned to EOP GP.
- May 5, 2015, memo Weekly Supervisory Review of CDCR For 114-A IM Segregation Log.
- CDCR PIP STEP Policy – CDCR has not finalized this policy as of this writing.
- February 13, 2013, memo Removal of Health Care Appliances .
- August 21, 2015, memo Elimination of Inmate Clerks Typing Rules Violation Report Hearing Summaries for Inmate Participants in the Mental Health Services Delivery System.
- September 11, 2015, memo (Update) Elimination of Inmate Clerks Typing Rules Violation Report Hearing Summaries for Inmate Participants in the Mental Health Services Delivery System.
- January 19, 2016, memo Inmate Housing Assignment Consideration During the Screening and Housing Process.
- CCR Title 15, section 3269, Inmate Housing Assignment.
- CCR Title 15, section 3341.2, Psychiatric Services Unit
- CCR Title 15, section 3342, subdivision (b), regarding Case Review
- CCR Title 15, section 3344, subdivision (b), regarding Administrative Segregation Records

- CCR Title 15, section 3315, subdivision (d)(2)(A)(3) and subdivision (d)(2)(E)(1), regarding Serious Rule Violations
- CCR Title 15, section 3340, subdivision (a)(4) and (a)(4)(A), regarding Assistance to Inmates for Administrative Segregation Classification Hearings
- July 5, 2016 Memo – Utilization of Administrative Determinants Based Upon Positive and Negative Inmate Behavior and Increased Access to Rehabilitative Programs, and associated regulations, 15 C.C.R. §§ 3375, 3375.2; and
- August 8, 2016 Memo – C&PR Approval for Movement to a Higher or Lower Level Facility Within the Same Institution

II.     Court Orders.

- March 12, 2007 Order Regarding Exhibitionism Treatment (ECF No. 2157.)
- November 18, 2010 Order Regarding Suicide Prevention Policies and Practices (ECF No. 3954.)
- December 5, 2011 Order Regarding Suicide Resistant Beds in MHCBs.  (ECF No. 4125.)
- April 10, 2014 Order Regarding Use of Force, Segregation, and Discipline (ECF No. 5131.)
- August 11, 2014 Orders Implementing Defendants Plans and Policies in Response ECF No. 5131 (ECF No. 5196.)
- August 29, 2014 Orders Implementing Defendants Plans and Policies in Response to ECF no. 5131. (ECF No. 5212.)
- October 28, 2015 Order Modifying the August 11, 2014, Order  (ECF no. 5371)
- February 3, 2015 Order Regarding Mr. Hayes's First Suicide Prevention Audit (ECF No. 5271.)
- April 5, 2016 Order Regarding Mr. Hayes's First Re-Audit (ECF No. 5429.)
- January 25, 2018, Order Regarding Mr. Hayes's Second Re-Audit (ECF No. 5762.)
- May 4, 2015 Order in Response to the Special Master's Report on CDCR's Implementation of Policies and Procedure on Rules Violation Reports (ECF No. 5305.)
- September 24, 2015 Order Regarding the Special Master's Report on Suicides in the Second Half of 2012 (ECF No. 5361.)
- August 9, 2016 Order Adopting the Special Master's Twenty-Sixth Round Monitoring Report (ECF No. 5477.)
- February 20, 2019 Order Regarding Defendant's Custody and Mental Health Partnership Plan (ECF No. 6095.)
- September 1, 2016 Order Regarding the Use of Guard One at Pelican Bay State Prison's Security Housing Unit (ECF No. 5487.)
- July 26, 1999, Order Regarding Staff Obligation to Report Incidents (ECF No. 1055 at ¶ 10.)

[3475810.1]

- March 24, 1992 and May 11, 1992 Orders Regarding the Heat Plan (ECF Nos. 161 and 232.)

[3475810.1]