1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   ADRIANO HRVATIN, State Bar No. 220909
    Supervising Deputy Attorney General
3   ELISE OWENS THORN, State Bar No. 145931
    TYLER V. HEATH, State Bar No. 271478
4   ROBERT W. HENKELS, State Bar No. 255410
    KYLE A. LEWIS, State Bar No. 201041
5   Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone:  (916) 210-7318
     Fax:  (916) 324-5205
8    E-mail:  Elise.Thorn@doj.ca.gov
    Attorneys for Defendants

    ROMAN M. SILBERFELD, State Bar No. 62783
    GLENN A. DANAS, State Bar No. 270317
    ROBINS KAPLAN LLP
     2049 Century Park East, Suite 3400
     Los Angeles, CA 90067-3208
     Telephone:  (310) 552-0130
     Fax:  (310) 229-5800
     E-mail:  RSilberfeld@RobinsKaplan.com
    Special Counsel for Defendants

9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12                     SACRAMENTO DIVISION

13

14

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DEFENDANTS' EIGHTH STATUS REPORT ON FUNDING FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | Judge:  The Hon. Kimberly J. Mueller |

20

21                      **INTRODUCTION**

22         On April 29, 2019, the Court ordered Defendants to file a status report on the funding

23   process for the construction of 100 mental health crisis beds.  (ECF No. 6135.)  The Court further

24   ordered Defendants to file an update every thirty days until the funding process is complete.  (*Id.*)

25   Defendants have filed seven status reports and a supplemental report providing additional

26   information requested by the Court, which outline the funding process, the reduction in the scope

27   of the project, and Defendants' ongoing efforts to advance the construction of additional licensed

28   crisis beds.

[3419376.1]                          1

**DISCUSSION**

I.    **SUMMARY OF DEFENDANTS' UPDATES TO THE COURT ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.**

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD).  (ECF No. 6168.)  The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget.

Defendants filed six additional status reports every thirty days between June 27, 2019, and November 27, 2019 (ECF Nos. 6208, 6235, 6256, 6297, 6371, and 6399) and a supplemental report on August 2, 2019.  (ECF No. 6256.)

II.   **UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.**

As previously reported to the Court, in August 2019, based on a review and analysis of the continuing need for additional licensed crisis beds requested by the Joint Legislative Budget Committee, CDCR decided to proceed with its plans to construct 50 new licensed mental health crisis beds at CIM and to defer plans to construct 50 beds at RJD.  (ECF No. 6297 at 3.)  The Legislature and the Governor approved the plan.  (ECF No. 6371 at 3.)  Architect Hellmuth, Obata & Kassabaum (HOK) continues to prepare the working-drawings phase of design, in which the details needed by the contractor to construct the building are added to the preliminary plans. (Borg Decl. ¶ 3.)  HOK provided the fifty-percent working drawing deliverable to CDCR on December 16, 2019.  (*Id.*)  CDCR will review the deliverable and provide design review comments to HOK by January 31, 2020.  (*Id.*)

III.  **DEFENDANTS WILL FILE MONTHLY STATUS REPORTS.**

Consistent with the Court's April 29, 2019 order, Defendants will file their ninth monthly status report identifying CDCR's progress through the funding process for the MHCB

[3419376.1]                                                 2

1   Construction Project on January 26, 2020.  As reported in Defendants' initial status report on May

2   28, 2019, CDCR's Spring 2019 bed projections forecasted a decrease in the need for additional

3   crisis beds reflected in 2017 budget proposals.  (ECF No. 6168 at 4.)  Defendants will continue to

4   monitor bed needs based on projections and the patient census.  If projections and anticipated bed

5   needs change, Defendants will request additional resources through the legislative process.

6                                    **CERTIFICATION**

7        Defendants' counsel certifies that she reviewed the following orders relevant to this filing:

8   ECF Nos. 3556, 6135, 6212, and 6312.

9
Dated: December 27, 2019                          Respectfully submitted,

10
                                                  XAVIER BECERRA
11                                                Attorney General of California
                                                  ADRIANO HRVATIN
12                                                Supervising Deputy Attorney General

13
                                                  /S/ ELISE OWENS THORN
14                                                Elise Owens Thorn
                                                  Deputy Attorney General
15                                                *Attorneys for Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

[3419376.1]                                    3