XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' EIGHTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Dean L. Borg, declare:

1. I am the Deputy Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration in support of Defendants' eighth status report on the funding process for the design and construction of licensed mental health crisis beds in Southern California.

[3419376.1]                                      1

Borg Decl. Supp. Defs.' 8th Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

2.      I began working for CDCR in 1991.  I work on healthcare projects on behalf of, and at the direction of, CDCR's Administration Undersecretary, Jeff Macomber, and CDCR Secretary Ralph Diaz.  In my current role, I am responsible for the management and oversight of the Facility Planning, Construction and Management Division, which includes all construction of new facilities and renovation of existing facilities.  I am familiar with the status of the numerous construction, conversion, and renovation projects that the State has completed and is currently undertaking to meet the mental health needs of the State's inmates.  I am also familiar with the current status of CDCR's plan to construct 50 new licensed mental health crisis beds at the California Institution for Men (CIM).

3.      Architect Hellmuth, Obata & Kassabaum (HOK) continues to prepare the working-drawings phase of design, in which the details needed by the contractor to construct the building are added to the preliminary plans.  HOK provided the fifty-percent working drawing deliverable to CDCR on December 16, 2019.  CDCR will review the deliverable and provide design review comments to HOK by January 31, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Sacramento, California on December 27, 2019.

/s/ *DEAN L. BORG*
DEAN L. BORG
Deputy Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*

[3419376.1]                                    2

Borg Decl. Supp. Defs.' 8th Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))