FILED

JAN 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RALPH COLEMAN; et al.,<br><br>    Plaintiffs-Appellees,<br><br>  v.<br><br>GAVIN NEWSOM, Governor of the State of California; et al.,<br><br>    Defendants-Appellants. | No.   19-15006<br><br>D.C. No.<br>2:90-cv-00520-KJM-DB<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

The appellants' unopposed motion (Docket Entry No. 34) for voluntary dismissal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7

GS 01/13/2020/Pro Mo