# Exhibit A

State of California                                         California Department of Corrections and Rehabilitation

# Memorandum

Date     :   January 13, 2020

To       :   CDCR and CCHCS Employees Statewide

Subject  :   **COMPLIANCE WITH *COLEMAN V NEWSOM* COURT ORDERS AND THE MENTAL HEALTH SERVICES DELIVERY SYSTEM PROGRAM GUIDE**

In 1995, the federal district court overseeing the *Coleman v. Newsom* prisoner class action found that the mental health care provided to inmates by the State of California, including the California Department of Corrections and Rehabilitation (CDCR), violated the Eighth Amendment of the United States Constitution. Since that time, the State and CDCR have been under a remedial order supervised by the court, monitored by a Special Master, and upheld by the United States Supreme Court to bring CDCR's mental health program into compliance with the Constitution. Although CDCR has developed a comprehensive mental health program under the Mental Health Services Delivery System (MHSDS) Program Guide, custodial, mental health, and medical policies, and general and local operating procedures, the court recently questioned CDCR's commitment to ensuring compliance with the court's remedial order. In particular, the court found that CDCR submitted misleading data in connection with certain mental health metrics to the court and its Special Master.

Under the January 6, 2020 Memorandum, *New Vision and Mission Statement for the California Department of Corrections and Rehabilitation and California Correctional Health Care Services*, CDCR reiterates that both leadership and staff must follow all court orders, the MHSDS Program Guide, and CDCR policies and procedures concerning the provision of mental health services to patients. The provision of adequate mental health care is not optional, but is critical to a functional, safe, and humane correctional system. It is only through strict adherence to both department and court-ordered policies that we can meet the State's obligations to provide mental health treatment consistent with the United States Constitution. All staff, whether clinicians, civilians, or sworn personnel, are responsible to ensure the proper care, treatment, and housing of *Coleman* class members.

If you encounter any barriers or issues complying with the MHSDS Program Guide or court orders, or if you are uncertain of your obligations, we encourage you to report those concerns through your managerial reporting structure. If any staff member is unable to resolve the matter through those reporting structures, they may also reach out to the Office of Internal Affairs, (916) 255-1301, Office of the Inspector General, (800) 700-5952, (https://www.oig.ca.gov/) or the California State Auditor Whistleblower Hotline, (800) 952-5665, (https://www.auditor.ca.gov/).

CDC 1617 (3/89)

CDCR and CCHCS Employees Statewide
Page 2

In addition, all employees are reminded that they may engage with any member of the *Coleman* Special Master's team at any time, whether it be at headquarters or in the field, regarding any mental health program issue or concern.

DIANA L. TOCHE, D.D.S.
Undersecretary
Health Care Services

GUILLERMO VIERA ROSA
Undersecretary
Operations

cc: Clark Kelso, Receiver, CCHCS
    Richard Kirkland, Chief Deputy Receiver, CCHCS
    Ralph Diaz, Secretary, CDCR