XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
ROBERT W. HENKELS, State Bar No. 255410
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>  Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NINTH STATUS REPORT ON FUNDING FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**<br><br>Judge: The Hon. Kimberly J. Mueller |

**INTRODUCTION**

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id.*) Defendants have filed eight status reports and a supplemental report providing additional information requested by the Court, which outline the funding process, the reduction in the scope of the project, and Defendants' ongoing efforts to advance the construction of additional licensed crisis beds.

# DISCUSSION

## I. SUMMARY OF DEFENDANTS' UPDATES TO THE COURT ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD). (ECF No. 6168.) The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget.

Defendants filed seven additional status reports every thirty days between June 27, 2019, and December 27, 2019 (ECF Nos. 6208, 6235, 6256, 6297, 6371, 6399, and 6436) and a supplemental report on August 2, 2019. (ECF No. 6256.)

## II. UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.

As previously reported to the Court in August 2019, based on a review and analysis of the continuing need for additional licensed crisis beds requested by the Joint Legislative Budget Committee, CDCR decided to proceed with its plans to construct 50 new licensed mental health crisis beds at CIM and to defer plans to construct 50 beds at RJD. (ECF No. 6297 at 3.) The Legislature and the Governor approved the plan. (ECF No. 6371 at 3.) Architect Hellmuth, Obata & Kassabaum (HOK) continues to prepare the working-drawings phase of design, in which the details needed by the contractor to construct the building are added to the preliminary plans. (Borg Decl. ¶ 3.) HOK provided the fifty-percent working drawing deliverable to CDCR on December 16, 2019. (*Id.*) CDCR reviewed the fifty-percent working drawings deliverable and provided specific design review comments to HOK on January 14, 2020. (*Id.*) HOK is incorporating the CDCR design review comments into the one-hundred-percent working drawings deliverable, which is due to CDCR in March 2020. (*Id.*)

### III. UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.

The Governor's proposed budget for the 2020-21 fiscal year was released on January 10, 2020. (Borg Decl. ¶ 4.) The proposed budget contained an appropriation of $91,032,000 for construction of 50 new licensed crisis beds at CIM. (*Id.*) This proposal will be considered by the Legislature in the 2020 Budget Act, which should be enacted in June 2020. (*Id.*)

### IV. DEFENDANTS WILL FILE MONTHLY STATUS REPORTS.

Consistent with the Court's April 29, 2019 order, Defendants will file their tenth monthly status report identifying CDCR's progress through the funding process for the MHCB Construction Project on February 26, 2020. As reported in Defendants' initial status report on May 28, 2019, the need for additional crisis beds now is different than the need projected in 2017 to support the construction project. CDCR's Spring 2019 bed projections forecasted a need for fewer additional crisis beds in the future than was initially anticipated in the 2017 budget proposals. (ECF No. 6168 at 4.) Defendants continue to monitor bed needs based on projections and the patient census. If projections and anticipated bed needs change, Defendants will request additional resources through the legislative process.

### CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.

\\

\\

1  Dated: January 27, 2020          Respectfully submitted,

              XAVIER BECERRA
              Attorney General of California
              ADRIANO HRVATIN
              Supervising Deputy Attorney General

              /S/ ELISE OWENS THORN
              Elise Owens Thorn
              Deputy Attorney General
              *Attorneys for Defendants*