| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>KYLE A. LEWIS, State Bar No. 201041<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>ROBERT W. HENKELS, State Bar No. 255410<br>Deputy Attorneys General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-7325<br> Fax: (916) 324-5205<br> E-mail: Tyler.Heath@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br> 2049 Century Park East, Suite 3400<br> Los Angeles, CA 90067-3208<br> Telephone: (310) 552-0130<br> Fax: (310) 229-5800<br> E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT**<br><br>Judge: The Hon. Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*) On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month. (ECF No. 5886.)

///

///

///

1  Consistent with the Court's February 14, 2018 order, attached here is a letter from
2  Defendant CDCR setting forth CDCR's Division of Health Care Services Systemwide Mental
3  Health Program Allocated and Filled Psychiatry Positions for December 2019.

**CERTIFICATION**

Defendants' counsel certifies that he reviewed the following orders relevant to this filing: ECF No. 5786, ECF No. 5803, and ECF No. 5886.

Dated:  January 31, 2020                           Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General


<u>/s/ Tyler V. Heath</u>
TYLER VANCE HEATH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
14395604.docx

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                              GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



January 31, 2020

Tyler Vance Heath, Esq.
California Department of Justice
1300 I Street
Sacramento, CA 95814

RE:   CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Mr. Heath:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits its monthly report identifying the psychiatry vacancy rates at each CDCR institution and systemwide for December 2019. It is attached as Exhibit A. In accordance with the Court's February 14, 2018 order, the report contains the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Sincerely,

/s/ Eureka Daye
EUREKA DAYE
Deputy Director (A)
Statewide Mental Health Program

| Division of Health Care Services<br>Statewide Mental Health Program<br>Allocated and Filled Psychiatry Positions - December 2019 ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Allocated July 2019[1] ||| Filled Dec 2019 ||||||| Filled w PNP Dec 2019 |||
| Sites | Site | Telepsych | Total | Site[2] | On-Site Registry[3] | Telepsych[4] | Telepsych Registry[3,4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 4.50 | 0.00 | 4.50 | 0.00 | 5.09 | 0.00 | 0.00 | 5.09 | **113%** | 0.00 | 5.09 | **113%** |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.12 | 0.00 | 1.12 | **112%** | 0.00 | 1.12 | **112%** |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0%** | 0.00 | 0.00 | **0%** |
| CCI | 4.00 | 4.00 | 8.00 | 1.00 | 1.41 | 2.00 | 0.00 | 4.41 | **55%** | 0.00 | 4.41 | **55%** |
| CCWF | 10.50 | 1.00 | 11.50 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | **43%** | 4.08 | 9.08 | **79%** |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CHCF | 18.00 | 7.00 | 25.00 | 4.00 | 4.37 | 5.00 | 0.00 | 13.37 | **53%** | 1.00 | 14.37 | **57%** |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 13.90 | 1.60 | 2.00 | 1.56 | 19.06 | **52%** | 0.00 | 19.06 | **52%** |
| CIM | 12.00 | 0.00 | 12.00 | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 | **75%** | 0.00 | 9.00 | **75%** |
| CIW | 11.50 | 1.00 | 12.50 | 7.00 | 3.98 | 0.00 | 0.00 | 10.98 | **88%** | 0.00 | 10.98 | **88%** |
| CMC | 16.50 | 0.00 | 16.50 | 11.00 | 1.32 | 0.00 | 0.00 | 12.32 | **75%** | 0.00 | 12.32 | **75%** |
| CMF | 17.00 | 2.00 | 19.00 | 8.65 | 5.05 | 1.00 | 0.00 | 14.70 | **77%** | 0.00 | 14.70 | **77%** |
| CMF PIP | 32.00 | 0.00 | 32.00 | 9.00 | 2.30 | 1.00 | 0.87 | 13.17 | **41%** | 0.00 | 13.17 | **41%** |
| COR | 10.00 | 5.00 | 15.00 | 2.50 | 5.04 | 4.70 | 0.00 | 12.24 | **82%** | 0.00 | 12.24 | **82%** |
| CRC | 6.50 | 0.00 | 6.50 | 7.00 | 1.06 | 0.00 | 0.00 | 8.06 | **124%** | 0.00 | 8.06 | **124%** |
| CTF | 7.00 | 1.00 | 8.00 | 1.75 | 0.79 | 1.00 | 0.00 | 3.54 | **44%** | 1.00 | 4.54 | **57%** |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.54 | 0.00 | 0.00 | 0.54 | **54%** | 0.00 | 0.54 | **54%** |
| DVI | 4.00 | 0.00 | 4.00 | 2.00 | 1.25 | 0.00 | 0.00 | 3.25 | **81%** | 0.00 | 3.25 | **81%** |
| FSP | 3.50 | 0.00 | 3.50 | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | **114%** | 0.00 | 4.00 | **114%** |
| HDSP | 2.00 | 4.00 | 6.00 | 0.00 | 1.45 | 3.17 | 0.29 | 4.91 | **82%** | 0.00 | 4.91 | **82%** |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.43 | 0.00 | 0.00 | 0.43 | **43%** | 0.00 | 0.43 | **43%** |
| KVSP | 6.00 | 2.00 | 8.00 | 1.00 | 0.68 | 2.20 | 0.00 | 3.88 | **49%** | 1.04 | 4.92 | **62%** |
| LAC | 13.00 | 0.00 | 13.00 | 6.00 | 3.39 | 0.00 | 0.00 | 9.39 | **72%** | 1.24 | 10.63 | **82%** |
| MCSP | 12.00 | 3.00 | 15.00 | 8.00 | 0.00 | 1.20 | 0.00 | 9.20 | **61%** | 0.00 | 9.20 | **61%** |
| NKSP | 6.50 | 2.00 | 8.50 | 1.00 | 2.98 | 2.00 | 0.00 | 5.98 | **70%** | 3.29 | 9.27 | **109%** |
| PBSP | 1.00 | 2.00 | 3.00 | 0.00 | 1.59 | 0.95 | 0.00 | 2.54 | **85%** | 0.00 | 2.54 | **85%** |
| PVSP | 3.00 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | **67%** | 0.00 | 2.00 | **67%** |
| RJD | 14.00 | 3.00 | 17.00 | 6.25 | 4.53 | 3.17 | 0.00 | 13.95 | **82%** | 0.00 | 13.95 | **82%** |
| SAC | 19.00 | 0.00 | 19.00 | 12.50 | 3.67 | 0.16 | 0.00 | 16.33 | **86%** | 0.00 | 16.33 | **86%** |
| SATF | 9.50 | 9.00 | 18.50 | 0.00 | 0.39 | 6.86 | 0.00 | 7.25 | **39%** | 4.29 | 11.54 | **62%** |
| SCC | 3.00 | 0.00 | 3.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | **33%** | 0.00 | 1.00 | **33%** |
| SOL | 5.00 | 0.00 | 5.00 | 5.00 | 0.00 | 0.16 | 0.00 | 5.16 | **103%** | 0.00 | 5.16 | **103%** |
| SQ | 13.00 | 0.00 | 13.00 | 11.00 | 1.81 | 0.00 | 0.00 | 12.81 | **99%** | 0.00 | 12.81 | **99%** |
| SVSP | 6.50 | 3.00 | 9.50 | 0.00 | 1.32 | 4.17 | 0.00 | 5.49 | **58%** | 0.00 | 5.49 | **58%** |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 0.00 | 6.05 | 0.00 | 0.00 | 6.05 | **61%** | 0.00 | 6.05 | **61%** |
| VSP | 2.50 | 6.00 | 8.50 | 0.00 | 0.29 | 5.71 | 0.00 | 6.00 | **71%** | 0.00 | 6.00 | **71%** |
| WSP | 8.00 | 3.00 | 11.00 | 3.00 | 1.54 | 2.29 | 0.00 | 6.83 | **62%** | 1.79 | 8.62 | **78%** |
| **TOTAL** | **330.50** | **60.00** | **390.50** | **144.55** | **63.92** | **48.86** | **2.72** | **260.05** | **67%** | **17.73** | **277.78** | **71%** |

**Footnote**

1 Source: MH Memo July 2019 Statewide Mental Health Position Allocated and Staff Psychiatrist Position Movement to Telepsychiatry Unit Memorandum dated 9/25/19

2 Source: December 30, 2019 CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: PSYT_PNP Temp Relief Details (December 2019)

4 Source: December 31, 2019 Telepsychiatry Provider List