FUTTERMAN DUPREE DODD CROLEY MAIER LLP
MARTIN H. DODD (SBN 104363)
601 Montgomery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
Email: mdodd@fddcm.com

Attorneys for Receiver
J. Clark Kelso

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, et al., | Case No. C01-1351-JST |
| *Plaintiffs*, | |
| v. | |
| GAVIN NEWSOM, et al., | |
| *Defendants*. | |
| RALPH COLEMAN, et al., | Case No. CIV-S-90-0520-KJM-DB |
| *Plaintiffs*, | |
| v. | |
| GAVIN NEWSOM, et al., | |
| *Defendants*. | |
| JOHN ARMSTRONG, et al., | Case No. C94-2307-CW |
| *Plaintiffs*, | |
| v. | |
| GAVIN NEWSOM, et al., | |
| *Defendants*. | |

**NOTICE OF FILING OF RECEIVER'S
FORTY-THIRD TRI-ANNUAL REPORT**

1

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

NOTICE OF FILING OF RECEIVER'S FORTY-THIRD TRI-ANNUAL REPORT
U.S.D.C. N. DIST. CASE NO. C01-1351-JST, C94-2307-CW; E. DIST. CASE NO. CIV-S-90-0520-KJM-DB

PLEASE TAKE NOTICE that Receiver J. Clark Kelso has filed herewith his Forty-Third Tri-Annual Report in *Plata, et al. v. Newsom., et al.*, Case No. C01-1351-JST; *Coleman, et al. v. Newsom, et al.* Case No. CIV-S-90-0520-KJM-DB; and *Armstrong, et al. v. Newsom, et al.* Case No. C94-2307-CW.

Dated:  February 3, 2020

FUTTERMAN DUPREE DODD CROLEY MAIER LLP

By:      /s/ Martin H. Dodd
             Martin H. Dodd
    Attorneys for Receiver J. Clark Kelso

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

2

NOTICE OF FILING OF RECEIVER'S FORTY-THIRD  TRI-ANNUAL REPORT
U.S.D.C. N. DIST. CASE NO. C01-1351-JST, C94-2307-CW;  E. DIST. CASE NO. CIV-S-90-0520-KJM-DB



# Achieving a Constitutional Level of Medical Care in California's Prisons

**Forty-third Tri-Annual Report of the Federal Receiver
For September 1 – December 31, 2019**

February 3, 2020

**California Correctional Health Care Receivership**

**Vision:**

We enhance public safety and promote successful community reintegration through education, treatment and active participation in rehabilitative and restorative justice programs.

**Mission:**

To facilitate the successful reintegration of the individuals in our care back to their communities equipped with the tools to be drug-free, healthy, and employable members of society by providing education, treatment, rehabilitative and restorative justice programs, all in a safe and humane environment.

# Table of Contents

|  |  | Page |
|---|---|---|
| 1. | **Status and Progress Concerning Remaining Statewide Gaps**……………………………….. | **1** |
|  | A.  Reporting Requirements and Reporting Format…………………………………………… | 1 |
|  | B.  Progress during this Reporting Period……………………………………………………………. | 2 |
|  | C.  Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented by Institutions or Individuals……………………………………………………… | 5 |
| 2. | **Other Matters Deemed Appropriate for Judicial Review** …………………………………… | **8** |
|  | A.  California Health Care Facility – Level of Care Delivered…………………………….. | 8 |
|  | B.  Statewide Medical Staff Recruitment and Retention…………………………………… | 8 |
|  | C.  CCHCS Data Quality…………………………………………………………………………………… | 10 |
|  | D.  Coordination with Other Lawsuits……………………………………………………………… | 10 |
|  | E.  Master Contract Waiver Reporting…………………………………………………………….. | 10 |
|  | F.  Consultant Staff Engaged by the Receiver………………………………………………… | 11 |
|  | G.  Accounting of Expenditures……………………………………………………………………… | 11 |

## Section 1: Status and Progress Concerning Remaining Statewide Gaps

A.  **Reporting Requirements and Reporting Format**

This is the forty-third report filed by the Receivership, and the thirty-seventh submitted by Receiver J. Clark Kelso.

The Order Appointing Receiver (Appointing Order) filed February 14, 2006, calls for the Receiver to file status reports with the *Plata* Court concerning the following issues:
1. All tasks and metrics contained in the Turnaround Plan of Action (Plan) and subsequent reports, with degree of completion and date of anticipated completion of each task and metric.
2. Particular problems being faced by the Receiver, including any specific obstacles presented by institutions or individuals.
3. Particular success achieved by the Receiver.
4. An accounting of expenditures for the reporting period.
5. Other matters deemed appropriate for judicial review.

(Reference pages 2–3 of the Appointing Order at https://cchcs.ca.gov/wp-content/uploads/sites/60/2017/08/2006-02-14_Order_Appointing_Receiver.pdf)

The Court's March 27, 2014, Order Re: Receiver's Tri-Annual Report directs the Receiver to summarize in each Tri-Annual Report the level of care being delivered at California Health Care Facility (CHCF); difficulties with recruiting and retaining medical staff statewide; sustainability of the reforms the Receiver has achieved and plans to achieve; updates on the development of an independent system for evaluating the quality of care; and the degree, if any, to which custodial interference with the delivery of care remains a problem.

The Receiver filed a report on March 10, 2015, entitled Receiver's Special Report: Improvements in the Quality of California's Prison Medical Care System wherein he outlined the significant progress in improving the delivery of medical care in California's prisons and also the remaining significant gaps and failures that must still be addressed. The identified gaps are availability and usability of health information; scheduling and access to care; care management; and health care infrastructure at facilities.

To assist the reader, this Report provides two forms of supporting data:
- *Appendices*: This Report references documents in the Appendices of this Report.
- *Website References*: Website references are provided whenever possible.

In support of the coordination efforts by the three federal courts responsible for the major health care class actions pending against California Department of Corrections and Rehabilitation (CDCR), the Receiver files the Tri-Annual Report in three different federal court class action cases: *Armstrong, Coleman,* and *Plata.* An overview of the Receiver's enhanced reporting responsibilities related to these cases and to other *Plata* orders filed after the Appointing Order

can be found in the Receiver's Eleventh Tri-Annual Report on pages 15 and 16. (https://cchcs.ca.gov/wp-content/uploads/sites/60/2017/08/T11_20090601_11thTriAnnualReport.pdf)

Court coordination activities include: health care contracting; facilities, construction, and activation; telemedicine, information technology, and the Electronic Health Records System (EHRS); nursing; pharmacy; recruitment and hiring; statewide health care grievances; institutional Chief Executive Officers; credentialing and privileging; and space coordination.

**B. Progress during this Reporting Period**

Progress towards improving the quality of health care in California's prisons continues for the reporting period of September 1 through December 31, 2019, and includes the following:

(i)    Office of the Inspector General

As of the filing of this report, the Office of the Inspector General (OIG) completed Cycle 6 medical inspections at Valley State Prison; California State Prison, Los Angeles County (LAC); Wasco State Prison; California Correctional Center (CCC); California State Prison, Solano (SOL); and California Rehabilitation Center (CRC).  The draft reports for these institutions are expected to be issued by the OIG by the end of February 2020.  As reported in the forty-second Tri-Annual Report, the OIG initiated and subsequently completed an initial Cycle 6 medical inspection at Ironwood State Prison (ISP); however, due to concerns raised by various stakeholders regarding the draft medical inspection report, the OIG retracted the draft report and will conduct a new medical inspection at ISP at a later date in Cycle 6.

(ii)    Delegations

As of the filing of this report, the Receiver has delegated to CDCR authority for the medical operations at 19 institutions.  No additional delegations were made during this reporting period.

(iii)    *Armstrong*

California Correctional Health Care Services (CCHCS) Field Operations and Information Technology Services Division staff completed development of on-demand reports for institutions to self-audit and correct Durable Medical Equipment (DME) discrepancies on a continuous basis. The DME Documentation Discrepancy Reports are interactive Microsoft Power Business Intelligence reports that summarize and detail DME documentation discrepancies between the EHRS and the Strategic Offender Management System (SOMS) for *Armstrong* class members, based on data from EHRS and SOMS, which is updated three times daily.  The reports are available to the field on the Corrections Services Reports Portal as of January 2020.

CCHCS Field Operations, in collaboration with CDCR's Class Action Management Unit (CAMU) and California State University (CSU), Chico, is developing an updated Learning Management System (LMS) training specific to the Reasonable Accommodation Panel (RAP) process.  The training is intended for all staff that participate in the RAP process.  The training module is in the final stages of coding with CSU, Chico.  Once completed, Field Operations and CAMU will review for final approval and publishing to LMS.

All parties in the *Armstrong* case continue to meet and discuss refinement of the joint audit tool, which will measure compliance with the case. The review was originally projected to be complete by May 2019. Parties accomplished minimal progress specific to the Effective Communication section of the tool and further progress is impeded due to an inability of plaintiffs and defendants to reach agreements on processes and content.

In an effort to comply with *Armstrong* requirements, CCHCS Field Operations identified off-site health care encounters requiring Sign Language Interpreter services as a challenge to access to care. Field Operations is currently researching the extent of the concern and will explore options for resolution and compliance with *Armstrong* requirements.

  (iv) <u>Electronic Health Records System</u>

The EHRS was successfully implemented at all institutions statewide as of November 2017. The remaining functionality includes solutions which will reduce paper processes and simplify the delivery of health information. As of the end of the reporting period, 20 institutions implemented Cerner Direct. This functionality provides CCHCS the ability to utilize Health Insurance Portability and Accountability Act compliant electronic communication to securely send and receive patient data between the EHRS and outside providers. Staff select documents from the patient's chart, including the transition of care referral summary, to send to external providers who utilize the Cerner Direct messaging solution.

The California Immunization Registry (CAIR) interface implementation was complete on October 2, 2019. As immunizations are administered, this near real-time automated interface sends immunization data from EHRS to CAIR, ensuring patient confidentiality is protected. The patient consent defaults to "Do Not Re-disclose" until the patient answers a consent question in EHRS for CAIR re-disclosure. The communication from CAIR to EHRS allows staff to query CAIR for a patient match to a CCHCS patient (primarily those associated with Reception Center facilities). If data is available within CAIR, the previous immunizations administered to the patient will be sent to EHRS. This information will be used to determine the appropriate immunizations needed for patients entering the CDCR system, thereby decreasing duplication of administered immunizations.

  (v) <u>Integrated Substance Use Disorder Treatment</u>

Significant progress has been made in developing the necessary infrastructure and resources to begin implementation of the Integrated Substance Use Disorder Treatment (ISUDT) program on January 1, 2020.

The hiring of addiction medicine providers is expected to be complete by the end of January 2020. While statewide training of Primary Care Providers (PCP) continues through calendar year 2020, these providers will be centrally based and primarily treat patients via telehealth to ensure services are available at all 35 institutions. The hiring of Licensed Clinical Social Workers has proven more challenging than anticipated, with only 8 of 43 positions currently filled. There is not a lack of qualified applicants; rather, the difficulty is due to the inability to offer safety pay if the position is not located at an institution; competition with positions that allow alternate work

week schedules; and the inability to provide specific location information pending a potential relocation of the southern California telehealth offices. Nursing Services is actively reviewing additional strategies to fill these crucial positions.

Training is underway with over 400 medical and 200 nursing staff completing training on motivational interviewing. Over 250 medical providers have completed the training necessary to apply for a Drug Enforcement Agency (DEA) waiver to prescribe buprenorphine for Medication Assisted Treatment (MAT). A contract has been executed with Focused-e-Health Innovations (FEI) Systems for both access to, and training on, the use of the American Society of Addiction Medicine (ASAM) CONTINUUM for conducting a standardized assessment of patient substance use disorder needs resulting in a level of care placement recommendation. Training has been completed for 80 health care staff and will continue through the first half of 2020. Certified Alcohol and Other Drug Counselors are scheduled to receive training related to Cognitive Behavioral Intervention (CBI) facilitation through the University of California, Los Angeles, with the first training scheduled for January 27-31, 2020. CCHCS is also in the process of initiating two additional training contracts, via non-competitive bids, for CBI curriculum training to address criminal thinking and parenting, which are expected to be executed by March 2020.

MAT medications are now stocked on-site at all institutions with the exception of methadone, which must be administered by a licensed Narcotic Treatment Program (NTP). A contract has been executed with a community-based NTP to provide methadone on-site, five days per week at the Substance Abuse Treatment Facility (SATF). Negotiations are underway to bring services on-site at the California Institution for Men (CIM), the California Institution for Women (CIW), and San Quentin State Prison (SQ). An application has been submitted to the California Department of Health Care Services for CCHCS to become licensed as an NTP. The application process also requires approval through the DEA and Substance Abuse and Mental Health Services Administration and, if successful, will significantly reduce the need for daily transports off-site for methadone (at sites other than SATF).

In addition to continuing treatment for patients arriving on MAT, the addiction medicine providers are seeing new patients and initiating treatment when clinically indicated. Beginning in early 2020, new patients will also be assessed using standardized tools and referred to the CDCR's Division of Rehabilitative Programs for CBI and potential assignment to a supportive housing unit. Taking into account the diverse population needs, such as patients identified as part of the Enhanced Outpatient Program, Developmentally Disabled Program, or Disability Placement Program, the availability of supportive housing will gradually increase throughout calendar year 2020, with a goal of 500 program participants, per institution, by year-end.

Communication remains a key component of ensuring the success of the ISUDT program. On December 4, 2019, an internal Stakeholder Summit was held to kick-off a campaign that will be led by Ambassador Teams at each institution and all headquarters offices. The Ambassador Teams are comprised of staff at all levels of the organization who will assist in messaging the

importance of the ISUDT program. An all-staff training was also developed through a joint effort between the CDCR Office of Training and Professional Development and CCHCS.

    (vi)    New Vision and Mission Statements

In January 2020, CDCR and CCHCS released a new, joint vision and mission statement with an emphasis on successful community reintegration and public safety. The new vision and mission statement reflect the ongoing commitment of CDCR and CCHCS to provide education, treatment, rehabilitation, health care, and restorative justice in a safe and humane environment. All staff and inmates were notified of this important effort.

**C. Particular Problems Faced by the Receiver, Including Any Specific Obstacles Presented by Institutions or Individuals**

    (i)    In-State Contracting for Community Correctional Facilities

As of December 31, 2019, the population at the six in-state contracted modified community correctional facilities (MCCF) and the one in-state female correctional re-entry facility (FCRF) was 3,012. This is a decrease of 709 inmates during this reporting period. The Division of Adult Institutions anticipates the closure of two MCCFs by June 30, 2020.

In July 2019, the process to re-examine the four facilities rated as Inadequate during the 2019 annual audit cycle began. As of December 12, 2019, re-audits at Central Valley MCCF, Desert View MCCF, Golden State MCCF, and McFarland FCRF had been completed. Auditors found each facility was able to correct the majority of identified deficiencies, which increased their rating to Adequate. Specific areas of non-compliance were related to the local operating procedures, staff training, health care grievance process, emergency medical response and/or drill incident packages, and physician performance.

The Health Care Compliance and Monitoring Audit Guide Instructions were revised and published in December 2019. Revisions to the guide include: removal of all questions and audit methodologies specific to the out-of-state contracted facilities; modification of question methodologies consistent with recent policy changes regarding health care transfers, laboratory services, and specialty services; and addition of five questions related to annual training, expired medications, and specialty consultant reports. The first audit of the 2020 annual audit cycle is scheduled for February 4, 2020.

    (ii)    Transportation Vehicles

As reported in the forty-second Tri-Annual Report, the two ambulances scheduled for retrofitting in June 2019 were completed and delivered to Sierra Conservation Center (SCC) and CCC. As of December 31, 2019, there are 46 Americans with Disabilities Act vehicles requiring inspection by the Department of General Services prior to retrofitting at the Prison Industry Authority facility located at SOL. The CDCR Office of Business Services is expecting the delivery of a Class 'C' Paratransit bus for Centinela State Prison (CEN), which has been delayed by the manufacturer multiple times.

(iii)   Health Care Infrastructure at Facilities

Several sub-projects were activated during this reporting period. The more notable activations include the renovation and addition of B yard primary care clinic at Kern Valley State Prison; renovation and addition of A and B yard primary care clinics at Pelican Bay State Prison (PBSP); renovation and addition of A, B, C, and D yard primary care clinics at Pleasant Valley State Prison (PVSP); renovation and addition of A and D yard primary care clinics at CEN; renovation and addition of A and B yard primary care clinics at SATF; renovated central health services specialty and staff support areas at SATF; and renovation of East Facility Building B, L2 medication distribution room, and new C yard primary care clinic at North Kern State Prison.

The following chart indicates the original baseline completion date, the previously reported revised completion date, and the further revised completion date as of December 31, 2019. Three projects at California Correctional Institution, Correctional Training Facility, and SCC, are ahead of schedule. Two projects at CIM and PVSP have improved dates for construction completion. All other projects are showing a delay from the previous reporting period for construction completion with the greatest delay at PBSP of 169 days. Richard J. Donovan Correctional Facility (RJD) completed construction on July 19, 2019, and Salinas Valley State Prison (SVSP) completed construction on August 1, 2019.

|      | Baseline Construction Completion Date | August 31, 2019 Revised Construction Completion Date | December 31, 2019 Revised Construction Completion Date |
|------|----------------------------------------|-------------------------------------------------------|---------------------------------------------------------|
| VSP  | January 27, 2016   | May 1, 2020        | July 19, 2020       |
| SAC  | November 7, 2016   | June 26, 2020      | August 27, 2020     |
| CMF  | February 10, 2017  | April 7, 2020      | July 23, 2020       |
| HDSP | April 17, 2017     | June 28, 2020      | October 4, 2020     |
| CCI  | May 1, 2017        | March 31, 2020     | July 15, 2020       |
| WSP  | June 19, 2017      | September 2, 2020  | January 30, 2021    |
| NKSP | July 4, 2017       | May 4, 2020        | August 20, 2020     |
| SATF | July 28, 2017      | February 6, 2020   | June 29, 2020       |
| COR  | July 31, 2017      | September 23, 2020 | January 5, 2021     |
| CTF  | September 18, 2017 | August 16, 2021    | January 11, 2022    |
| CIM  | September 26, 2017 | March 3, 2021      | February 3, 2021    |
| CCC  | October 16, 2017   | November 1, 2021   | March 21, 2022      |
| SOL  | November 6, 2017   | April 22, 2021     | May 24, 2021        |
| SCC  | December 14, 2017  | June 14, 2021      | September 10, 2021  |
| FSP  | December 21, 2017  | July 15, 2020      | September 14, 2020  |
| CMC  | December 22, 2017  | December 29, 2020  | April 15, 2021      |
| KVSP | January 13, 2018   | May 21, 2020       | June 25, 2020       |
| CCWF | February 16, 2018  | October 20, 2020   | February 17, 2021   |
| PVSP | March 30, 2018     | April 7, 2021      | February 23, 2021   |
| PBSP | August 9, 2018     | February 25, 2021  | August 13, 2021     |
| ISP  | February 19, 2019  | October 28, 2020   | February 16, 2021   |
| CVSP | February 28, 2019  | January 13, 2021   | April 7, 2021       |
| CAL  | June 15, 2019      | June 2, 2021       | June 30, 2021       |
| CEN  | September 1, 2019  | December 16, 2020  | February 18, 2021   |

Due to the planned closure of CRC in the 2012 Blueprint, CRC was not included in the original scope of the Health Care Facility Improvement Program. The current clinical conditions at CRC are considered a "barrier to care" rather than appropriate "access to care." To date, CRC has not been delegated back to the CDCR. It is anticipated that due to current clinical conditions that make it difficult to provide appropriate care, delegation back to CDCR will be challenging. In order to address the clinical space issues at CRC, a decision was made to redirect the Mobile Medical Clinic, originally intended to address swing space issues at CIW, to CRC. This Mobile Medical Clinic will provide ten exam rooms and support space to begin to address the clinical space issues at CRC. The original contract started in January 2018 and was intended to result in delivery within 90 days; however, due to various issues, including the need for State Fire Marshal approval, the construction was delayed well beyond the original intended activation date.

There are two components to placing the Mobile Medical Clinic at CRC: site improvements and clinic construction. Site improvements were completed in July 2019 by Inmate Ward Labor. Clinic construction is being performed by the Aleph Group, Incorporated, based in Riverside, California. The original construction was expected to take three months, but has now exceeded two years. During a significant portion of that period, very little work was performed on the clinic. Recently, work on the clinic has progressed; however, another contract amendment was necessary to extend the time frames. It appears the contractor has not prioritized completion of the contract, despite repeated visits and communication from CCHCS. It is possible the clinics will be delivered during the next reporting period, but the lack of sustained progress by the vendor has resulted in a lack of confidence. Unfortunately, the contract as written provides little recourse to address the slow pace of construction.

In addition to the Mobile Medical Clinic, the Governor's Proposed 2020-21 Budget includes $5.9 million one-time General Fund to replace damaged flooring, walls, wall-mounted air conditioning units, counters, and storage spaces in existing health care treatment areas. This project will also replace existing medical distribution windows with newer windows that are consistent with current standards and will allow for improved medication distribution. Funding will be available in July 2020 when design work will commence, with actual construction beginning in the spring of 2021.

    (iv)    <u>Scheduling and Ducating</u>

Subsequent to the Scheduling and Ducating Program Special Reviews that were conducted at California State Prison, Corcoran, LAC, SVSP, and RJD during the last reporting period, new and revised questions were developed for the Operational Monitoring Audits (OMA) Guide to better identify and monitor issues going forward. Changes to the Round VIII OMA Guide include the following methodology changes:

- Compliance ranges between 85 to 100 percent have been developed based on a new Risk Matrix.
- Questions failing to meet 85 percent will be noted as significant findings, if they are not direct patient safety or access to care concerns.

Questions designed to measure patient safety and access to care remain critical issues. The Round VIII audit cycle will encompass two years with full audits at each institution in 2020 and focused reviews for institutions warranting a review in 2021.

In addition, a new reporting tool summarizing OMA results is now available. Management can view and compare OMA results, quickly identify critical issues, analyze issues by category, and evaluate areas of improvement for each institution. As future audits are completed and finalized, the results will be added. The new tool also provides the ability to efficiently separate and view information. As the need is identified, additional queries and filters can be created, giving management the ability to view data at a high level and drill down to specific details, as needed, within the following:

- Quantitative Results by Audit Cycle. Interactive report summarizing quantitative audit results for each question since Round VI by audit cycle, region, institution, and component.
- Qualitative Critical Issues. Interactive report detailing qualitative critical issues since Round VI by institution and status.
- Institution Trend Report (Overall Scores by Audit Cycle). Interactive report summarizing component and overall audit scores by institution since Round VI.
- Top Critical Issues by Question and Institution. Interactive report identifying top critical issues and institution failure rates by question since Round VI.

## Section 2: Other Matters Deemed Appropriate for Judicial Review

### A. California Health Care Facility – Level of Care Delivered

CHCF's health care leadership remains focused on ensuring the delivery of quality health care services to its patient population. CHCF opened a 30-bed Palliative Care Services Unit in July 2018 and a 30-bed Memory Care Unit in February 2019. As of December 30, 2019, CHCF is just under 96 percent capacity (2,831 current population; 2,951 capacity) and 34 of the 36 budgeted provider positions at CHCF are filled as follows:

- Physician and Surgeon (P&S): 32 positions, 30 filled, 2 vacant
- Nurse Practitioners: 1 position, 1 filled, 0 vacant
- Physician Assistants: 3 positions, 3 filled, 0 vacant

As reflected in the December 30, 2019, Primary Care Provider Vacancy/Coverage Report (Refer to Appendix 1), civil service telemedicine providers and contract registry providers are utilized to deliver care at CHCF, which increases the coverage to just over 107 percent for providers.

### B. Statewide Medical Staff Recruitment and Retention

CCHCS has made significant progress and substantially resolved the challenges present at the beginning of the Receivership, which were outlined in the March 10, 2015, *Special Report: Improvements in the Quality of California's Prison Medical Care System*. Since that time, CCHCS

has developed strategies to adapt and respond to new challenges. Through frequent assessment of staffing ratios, health care delivery models, and retention strategies, CCHCS has implemented a series of flexible and continuously evolving solutions to ensure the delivery of timely, quality health care services to patients through a stable provider workforce. The following summarizes the continuous recruitment efforts during this reporting period:

- The expanded media outreach combined with a CCHCS streamlined hiring process continues to produce positive results. In 2019, CCHCS hired 61 new physicians, with 13 hired into the Telemedicine Program, 1 hired at headquarters, 2 hired at regional offices, and 45 hired at institutions. Two new Advanced Practice Providers were also hired.
- The Telemedicine Program is experiencing continued recruitment and health care delivery success. The program has expanded to 56 PCP positions. As of January 2, 2020, the current telemedicine provider workforce is 93.8 percent filled, with three hires pending.
- The 15 percent pay differential strategy was broadly implemented in July 2017 for 13 institutions with historically hard-to-recruit missions or locations. Since that time, 63 external hires have been made, an increase of 12.5 percent since the last report. As of December 30, 2019, 5 of the 13 institutions are staffed above 90 percent with civil service providers, 6 are staffed between 80 and 89 percent, and 2 institutions are staffed below 80 percent. Additionally, all 13 institutions have experienced an increase in fill rates since July 2017 with minimal fluctuations. While initial interest consisted primarily of current CCHCS physicians, the majority of hires now consist of externally-recruited physicians.
- CCHCS continues to move forward with its efforts to highlight statewide physician opportunities by developing new recruiting landing pages for the CCHCS website. The implementation of these updates will allow candidates to easily access recruiter's contact information and highlight salary and benefits of working with CCHCS.
- CCHCS' engagement with an external marketing firm to redesign its PCP recruitment marketing campaigns has begun. The firm will develop new marketing and branding concepts based on current best practice for PCP recruitment efforts with the ultimate goal of delivering a strategic marketing campaign that supports CCHCS' image as a modern and current health care provider.
- To aid in the recruitment of Registered Nurses in difficult-to-recruit, rural locations, CCHCS is developing a Rural Nursing Recruitment Plan. The plan will rely on mainstream platforms, rural-specific media outlets, and local sources for comprehensive outreach. This multi-pronged approach will target local nurses, to increase awareness of career opportunities with CCHCS at specific institutions, as well as nursing professionals throughout California and the nation, to generate interest in working and living in rural communities.

As of November 30, 2019, 40 percent of institutions (14 institutions) have achieved the goal of filling 90 percent or higher of their civil service provider positions; 31 percent (11 institutions) have filled between 75 and 89 percent of their civil service provider positions; and 29 percent (10 institutions) have filled less than 75 percent of their civil service provider positions. However,

when on-site civil service, telemedicine, and contract registry providers are utilized to deliver care statewide, coverage at 21 institutions is at or above 90 percent (refer to Appendix 1).

### C. CCHCS Data Quality

As reported in the forty-second Tri-Annual Report, as a result of findings from Intueor Consulting (Intueor), CCHCS has been making changes over the past year to improve Dashboard reporting. CCHCS has temporarily suspended making large scale changes to the Dashboard Glossary as it transitions to a new platform to host the Glossary, which will make it easier to maintain consistency between the Glossary used internally and the one displayed externally. The new platform will also enable the new Glossary to be more compliant with disability requirements. For this reason, the recommended updates and corrections from Intueor have not yet been made but will be implemented in 2020.

In late 2019, the Statewide Quality Management Committee voted to temporarily remove workload measures from the Dashboard in order to revise the methodology for these measures. As a result, the Intueor recommended changes to these measures have not yet been made; however, the changes will be incorporated if it is determined they are still applicable to the new methodology. All other software discrepancies identified by Intueor were addressed in 2019.

### D. Coordination with Other Lawsuits

Meetings between the three federal courts, *Plata, Coleman,* and *Armstrong* (Coordination Group) class actions have occurred periodically. The Coordination Group met on December 12, 2019.

### E. Master Contract Waiver Reporting

On June 4, 2007, the Court approved the Receiver's Application for a more streamlined, substitute contracting process in lieu of state laws that normally govern state contracts. The substitute contracting process applies to specified project areas identified in the June 4, 2007, Order and in addition to those project areas identified in supplemental orders issued since that date. The approved project areas, the substitute bidding procedures, and the Receiver's corresponding reporting obligations are summarized in the Receiver's Seventh Quarterly Report and are fully articulated in the Court's Orders, and therefore, the Receiver will not reiterate those details here.

The Receiver did use the substitute contracting process during this period. The Information Technology Services Division obtained approval to utilize the Alternative Contracting Waiver Process for a sole source contract with FEI Systems for a Software as a Service (SaaS), cloud hosted solution for an ISUDT tool using the ASAM CONTINUUM criteria. The solution includes CONTINUUM WITS shared site access, user management, data hosting, storage, support, and training for clinical staff. The term of the contract runs through June 30, 2021. The cost over two

years is $843,697, which allows for set-up, training, materials, support, hosting, maintenance, subscription licenses, and per user costs.

**F. Consultant Staff Engaged by the Receiver**

The Receiver did not engage any new consultant staff during this reporting period.

**G. Accounting of Expenditures**

    (i)    <u>Expenses</u>

The total net operating and capital expenses of the Office of the Receiver for the four-month period from September through December 2019 were $878,982 and $0.00, respectively. A balance sheet and statement of activity and brief discussion and analysis is attached as Appendix 2.

    (ii)    <u>Revenues</u>

For the months of September through December 2019, the Receiver requested transfers of $650,000 from the state to the California Prison Health Care Receivership Corporation (CPR) to replenish the operating fund of the Office of the Receiver. Total year to date funding for the FY 2019-20 to the CPR from the State of California is $1,050,000.

All funds were received in a timely manner.