# TABLE OF APPENDICES

1    Primary Care Provider Vacancy and Coverage Report – December 30, 2019

2    CPR Financial Statements – September through December 2019