# APPENDIX 1

# CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
## Primary Care Provider Vacancy / Coverage Report
### December 30, 2019

| Institution | Original Authorized Positions | Adjusted Authorized Positions | Filled with P&S (Auth) Onsite (No Telemed) | Filled with P&S (918) Onsite (No Telemed) | Filled with NP/PA (Auth) Onsite (No Telemed) | Filled with NP/PA (918) Onsite (No Telemed) | Filled with PCP Onsite (No Telemed) | % Filled by Civil Service Onsite | Civil Service Vacancies Onsite | % Filled by Civil Service | Civil Service Vacancies | TM Budgeted by Institution | Filled with Telemedicine | % Filled by Civil Service & Telemedicine | Filled with Registry (FTE) | Total % Filled | Net Adjusted Vacancies | Recruitments for Civil Service | Registry in Approval Process | % Filled if Candidates and Registrants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 9.00 | 9.00 | 4.50 | 0.00 | 4.00 | 0.00 | 8.50 | 94.44% | 0.50 | 94.44% | 0.50 | 0.00 | 0.00 | 94.44% | 0.00 | 94.44% | 0.50 | - | - | 94.44% |
| CAC | 4.50 | 4.50 | 3.70 | 0.00 | 0.80 | 0.00 | 4.50 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 0.00 | 100.00% | 0.00 | - | - | 100.00% |
| CAL | 6.40 | 6.40 | 3.00 | 0.00 | 0.00 | 0.00 | 3.00 | 46.88% | 3.40 | 46.88% | 3.40 | 0.00 | 2.00 | 78.13% | 0.75 | 89.84% | 0.65 | 3 00 | - | 136.72% |
| CCC | 6.70 | 5.70 | 0.00 | 0.00 | 2.00 | 0.00 | 2.00 | 35.09% | 3.70 | 29.85% | 4.70 | 2.00 | 1.00 | 74.63% | 0.70 | 89.55% | 0.70 | 4 00 | - | 149.25% |
| CCI | 10.60 | 10.60 | 6.00 | 0.00 | 3.00 | 0.00 | 9.00 | 84.91% | 1.60 | 84.91% | 1.60 | 0.00 | 1.00 | 94.34% | 1.00 | 103.77% | (0.40) | 6 00 | - | 160.38% |
| CCWF | 14.10 | 14.10 | 5.50 | 0.00 | 4.00 | 0.00 | 9.50 | 67.38% | 4.60 | 67.38% | 4.60 | 0.00 | 2.00 | 81.56% | 0.25 | 83.33% | 2.35 | 7 00 | 1.75 | 145.39% |
| CEN | 6.70 | 5.70 | 4.70 | 0.00 | 1.00 | 0.00 | 5.70 | 100.00% | 0.00 | 85.07% | 1.00 | 0.00 | 0.60 | 94.03% | 0.00 | 94.03% | 0.40 | - | - | 94.03% |
| CHCF | 37.00 | 36.00 | 30 00 | 0.00 | 4.00 | 0.00 | 34.00 | 94.44% | 2.00 | 91.89% | 3.00 | 0.00 | 0.00 | 91.89% | 5.75 | 107.43% | (2.75) | 6 00 | - | 123.65% |
| CIM | 19.00 | 19.00 | 18.00 | 0.00 | 0.00 | 0.00 | 18.00 | 94.74% | 1.00 | 94.74% | 1.00 | 0.00 | 0.00 | 94.74% | 1.00 | 100.00% | 1.00 | 1 00 | - | 100.00% |
| CIW | 10.20 | 10.20 | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 | 88.24% | 1.20 | 88.24% | 1.20 | 0.00 | 0.00 | 88.24% | 1.00 | 98.04% | 0.20 | 6 00 | - | 156.86% |
| CMC | 12.40 | 12.40 | 11.50 | 1.00 | 0.00 | 0.00 | 12.50 | 100.81% | (0.10) | 100.81% | (0.10) | 0.00 | 0.00 | 100.81% | 1.00 | 108.87% | (1.10) | - | - | 108.87% |
| CMF | 18.40 | 18.40 | 15.00 | 0.00 | 0.80 | 0.00 | 15.80 | 85.87% | 2.60 | 85.87% | 2.60 | 0.00 | 0.00 | 85.87% | 1.00 | 91.30% | 1.60 | 3 00 | - | 107.61% |
| COR | 10.40 | 9.40 | 5.00 | 0.00 | 3.00 | 0.00 | 8.00 | 85.11% | 1.40 | 76.92% | 2.40 | 0.00 | 2.00 | 96.15% | 0.00 | 96.15% | 0.40 | 2 00 | 1.00 | 125.00% |
| CRC | 7.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 1.00 | 114.29% | (1.00) | - | - | 114.29% |
| CTF | 14.20 | 12.20 | 9.00 | 0.00 | 0.00 | 0.00 | 9.00 | 73.77% | 3.20 | 63.38% | 5.20 | 0.00 | 2.00 | 77.46% | 0.60 | 81.69% | 2.60 | 1 00 | - | 88.73% |
| CVSP | 6.20 | 5.70 | 2.30 | 0.00 | 2.00 | 0.00 | 4.30 | 75.44% | 1.40 | 69.35% | 1.90 | 1.00 | 0.00 | 85.48% | 0.00 | 85.48% | 0.90 | 3 00 | - | 133.87% |
| DVI | 7.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 1.00 | 114.9% | 0.00 | 114.29% | (1.00) | - | - | 114.29% |
| FSP | 9.70 | 9.70 | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 | 82.47% | 1.70 | 82.47% | 1.70 | 0.00 | 0.00 | 82.47% | 0.00 | 82.47% | 1.70 | 2 00 | - | 103.09% |
| HDSP | 7.80 | 6.80 | 2.00 | 0.00 | 3.00 | 0.00 | 5.00 | 73.53% | 1.80 | 64.10% | 2.80 | 0.00 | 2.00 | 89.74% | 1.00 | 102.56% | (0.20) | 3 00 | - | 141.03% |
| ISP | 5.40 | 2.90 | 0.00 | 1.00 | 2.00 | 0.00 | 3.00 | 103.45% | (0.10) | 55.56% | 2.40 | 0.00 | 3.00 | 111.11% | 0.00 | 111.11% | (0.60) | - | - | 111.11% |
| KVSP | 9.00 | 8.00 | 5.00 | 0.00 | 2.00 | 0.00 | 7.00 | 87.50% | 1.00 | 77.78% | 2.00 | 0.00 | 1.00 | 88.89% | 0.00 | 88.89% | 1.00 | 4 00 | - | 133.33% |
| LAC | 10.90 | 10.90 | 5.90 | 0.00 | 3.00 | 0.00 | 8.90 | 81.65% | 2.00 | 81.65% | 2.00 | 0.00 | 0.00 | 81.65% | 0.00 | 81.65% | 2.00 | 8 00 | - | 155.05% |
| MCSP | 18.00 | 18.00 | 15.00 | 0.00 | 1.00 | 0.00 | 16.00 | 88.89% | 2.00 | 88.89% | 2.00 | 0.00 | 0.00 | 88.89% | 0.00 | 88.89% | 2.00 | 1 00 | 1.00 | 100.00% |
| NKSP | 10.60 | 9.60 | 5.00 | 0.00 | 5.00 | 0.00 | 10.00 | 104.17% | (0.40) | 94.34% | 1.00 | 0.00 | 0.00 | 103.77% | 2.25 | 125.00% | (2.65) | - | - | 125.00% |
| PBSP | 5.80 | 4.80 | 1.00 | 0.00 | 1.00 | 0.00 | 2.00 | 41.67% | 2.80 | 34.48% | 3.80 | 0.00 | 3.00 | 86.21% | 0.00 | 86.21% | 1.00 | 1 00 | - | 103.45% |
| PVSP | 6.80 | 6.80 | 4.00 | 0.00 | 2.00 | 0.00 | 6.00 | 88.24% | 0.80 | 88.24% | 0.80 | 0.30 | 1.00 | 107.35% | 0.00 | 107.35% | (0.50) | - | - | 107.35% |
| RJD | 16.30 | 16.30 | 15.80 | 0.00 | 0.50 | 0.00 | 16.30 | 100.00% | 0.00 | 100.00% | 0.00 | 0.00 | 0.00 | 100.00% | 1.00 | 106.13% | (1.00) | - | - | 106.13% |
| SAC | 8.20 | 7.20 | 5.00 | 0.50 | 0.00 | 0.00 | 5.50 | 76.39% | 1.70 | 67.07% | 2.70 | 0.00 | 1.00 | 79.27% | 2.00 | 103.66% | (0.30) | 1 00 | - | 115.85% |
| SATF | 15.90 | 13.40 | 7.00 | 0.00 | 5.00 | 0.00 | 12.00 | 89.55% | 1.40 | 75.47% | 3.90 | 0.00 | 2.00 | 88.05% | 0.00 | 88.05% | 1.90 | 2 00 | - | 100.63% |
| SCC | 7.50 | 6.50 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 76.92% | 1.50 | 66.67% | 2.50 | 0.00 | 1.90 | 92.00% | 0.00 | 92.00% | 0.60 | - | - | 92.00% |
| SOL | 13.40 | 12.40 | 8.00 | 0.00 | 1.00 | 0.00 | 9.00 | 72.58% | 3.40 | 67.16% | 4.40 | 0.00 | 2.00 | 82.09% | 0.00 | 82.09% | 2.40 | 2 00 | - | 97.01% |
| SQ | 14.50 | 13.50 | 7.60 | 0.00 | 1.60 | 0.00 | 9.20 | 68.15% | 4.30 | 63.45% | 5.30 | 0.00 | 1.00 | 70.34% | 1.25 | 78.97% | 3.05 | 4 00 | - | 106.55% |
| SVSP | 12.30 | 11.30 | 6.00 | 0.00 | 1.00 | 0.00 | 7.00 | 61.95% | 4.30 | 56.91% | 5.30 | 0.00 | 2.00 | 73.17% | 0.80 | 79.67% | 2.50 | 3 00 | 2.00 | 120.33% |
| VSP | 9.20 | 7.20 | 5.00 | 0.00 | 2.00 | 0.00 | 7.00 | 97.22% | 0.20 | 76.09% | 2.20 | 0.00 | 2.00 | 97.83% | 0.00 | 97.83% | 0.20 | 2 00 | - | 119.57% |
| WSP | 12.60 | 11.10 | 7.00 | 0.00 | 4.00 | 0.00 | 11.00 | 99.10% | 0.10 | 87.30% | 1.60 | 0.00 | 0.00 | 87.30% | 0.50 | 91.27% | 1.10 | - | 1.00 | 99.21% |
| **TOTALS** | **393.70** | **369.70** | **253.50** | **2.50** | **58.70** | **0.00** | **314.70** | **85.12%** | **55.00** | **79.93%** | **79.00** | **3.30** | **34.50** | **89.54%** | **22.15** | **95.16%** | **19.05** | **75.00** | **6.75** | **115.93%** |

| Institution | Original Authorized Positions | Adjusted Authorized Positions | Filled with P&S (Auth) Onsite (No Telemed) | Filled with P&S (918) Onsite (No Telemed) | Filled with NP/PA (Auth) Onsite (No Telemed) | Filled with NP/PA (918) Onsite (No Telemed)3 | Filled with PCP Onsite (No Telemed) | % Filled by Civil Service Onsite | Civil Service Vacancies Onsite | % Filled by Civil Service | Civil Service Vacancies | TM Budgeted by Institution | Filled with Telemedicine | % Filled by Civil Service & Telemedicine | Filled with Registry (FTE) | Total % Filled | Net Adjusted Vacancies | Total Civil Service in Hiring Process | Registry in Approval Process | % Filled if Candidates and Registrants |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHCF-PIP | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | n/a | 0.00 | n/a | 0.00 | 0.00 | 0.00 | n/a | 0.00 | n/a | 0.00 | - | - | n/a |
| CMF-PIP | 8.00 | 8.00 | 3.00 | 0.00 | 1.00 | 1.00 | 5.00 | 62.50% | 3.00 | 62.50% | 3.00 | 0.00 | 0.00 | 62.50% | 0.00 | 62.50% | 3.00 | - | - | 62.50% |
| SVSP-PIP | 4.00 | 4.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 50.00% | 2.00 | 50.00% | 2.00 | 0.00 | 0.00 | 50.00% | 0.00 | 50.00% | 2.00 | - | - | 50.00% |
| **TOTALS** | **12.00** | **12.00** | **5.00** | **0.00** | **1.00** | **1.00** | **7.00** | **58.33%** | **5.00** | **58.33%** | **5.00** | **0.00** | **0.00** | **58.33%** | **0.00** | **58.33%** | **5.00** | **0.00** | **0.00** | **58.33%** |

| Compliance | # by Civil Service Onsite | # by Civil Service | # by Civil Service & Telemed | # by Civil Service, Telemed, & Registry | # of Candidates by Category | # of Pending Registry by Category | # if Candidates and Registrants Hired |
|---|---|---|---|---|---|---|---|
| ≥ 90% | 13.00 | 9.00 | 16.00 | 21.00 | 30.00 | 2.00 | 34.00 |
| 80% - 90% | 10.00 | 9.00 | 13.00 | 12.00 | 38.00 | 2.75 | 1.00 |
| < 80% | 12.00 | 17.00 | 6.00 | 2.00 | 7.00 | 2.00 | 0.00 |
| n/a | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

19 Delegated Institutions
13 Institutions Receiving 15% Pay Differential