1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   ADRIANO HRVATIN, State Bar No. 220909
    Supervising Deputy Attorney General
3   ELISE OWENS THORN, State Bar No. 145931
    TYLER V. HEATH, State Bar No. 271478
4   KYLE A. LEWIS, State Bar No. 201041
    Deputy Attorneys General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 510-3577
     Fax:  (415) 703-5843
7    E-mail:  Adriano.Hrvatin@doj.ca.gov
    *Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone:  (310) 552-0130
 Fax:  (310) 229-5800
 E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

13   **RALPH COLEMAN, et al.,**

14                              Plaintiffs,

15            **v.**

16   **GAVIN NEWSOM, et al.,**

17                              Defendants.

2:90-cv-00520 KJM-DB (PC)

**NOTICE OF WITHDRAWAL OF ATTORNEYS FOR DEFENDANTS**

21       **TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

22       **PLEASE TAKE NOTICE** that Jeffrey T. Fisher, Sharon A. Garske, and Robert W.

23   Henkels are no longer assigned as counsel of record for Defendants and thus withdraw as

24   Defendants' counsel.

25   / / /

1

1    Please remove these attorneys from all applicable service lists in this matter, including

2  notices of electronic filing.

3  Dated:  February 5, 2020                              Respectfully submitted,

4                                                        XAVIER BECERRA
                                                         Attorney General of California
5
                                                         /s/ Adriano Hrvatin
6
                                                         ADRIANO HRVATIN
7                                                        Supervising Deputy Attorney General
                                                         *Attorneys for Defendants*
8
   CF1997CS0003
9  21805102.docx

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Not. Withdrawal Defs.' Counsel (2:90-cv-00520 KJM-DB (PC))