1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RALPH COLEMAN, et al.,                    No.  2:90-cv-0520 KJM DB P

12                    Plaintiff,

13         v.                                   ORDER

14    GAVIN NEWSOM, et al.,

15                    Defendants.

16

17

18          The matter of payment of the special master has been referred to this court by the district

19    court. The court has reviewed the bill for services provided by the Special Master in the above-

20    captioned case through the month of December 2019.

21          Good cause appearing, IT IS HEREBY ORDERED that:

22          1.   The Clerk of the Court is directed to pay to

23                    Pannone Lopes Devereaux & O'Gara LLC
                      Attn:  Matthew A. Lopes, Jr., Esq., Special Master
24                    Northwoods Office Park, Suite 215N
                      1301 Atwood Avenue
25                    Johnston, RI  02919

26

27    the amount of $657,943.11 as payment of the statement attached to this order; and

28                                              1

2. A copy of this order shall be served on the financial department of this court

Dated: February 5, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

/cole19.dec

| | | |
|---|---|---|
| **RALPH COLEMAN, et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | **No. Civ. S-90-0520 LKK JFM P** |
| **v.** | : | |
| | : | |
| **EDMUND G. BROWN, JR., et al.** | : | |
| **Defendants.** | : | |

The Special Master hereby submits his latest statement for fees and disbursements, including those accrued through December 31, 2019.

Matthew A. Lopes, Jr., Special Master
| | | |
|---|---|---|
| Services | $40,660.00 | |
| Disbursements | $21,156.38 | |
| Total amount due | | $61,816.38 |

Mohamedu F. Jones, J.D., Deputy Special Master
| | | |
|---|---|---|
| Services | $48,770.00 | |
| Disbursements | $ 0.00 | |
| Total amount due | | $48,770.00 |

Kerry F. Walsh, J.D.
| | | |
|---|---|---|
| Services | $39,356.00 | |
| Disbursements | $ 0.00 | |
| Total amount due | | $39,356.00 |

Kristina M. Hector, J.D.
| | | |
|---|---|---|
| Services | $39,104.00 | |
| Disbursements | $ 0.00 | |
| Total amount due | | $39,104.00 |

Steven W. Raffa, J.D.
| | | |
|---|---|---|
| Services | $35,790.50 | |
| Disbursements | $ 0.00 | |
| Total amount due | | $35,790.50 |

Regina M. Costa, MSW., J.D.
| | | |
|---|---|---|
| Services | $45,165.50 | |
| Disbursements | $ 0.00 | |
| Total amount due | | $45,165.50 |

LaTri-c-ea McClendon-Hunt
        Services                   $26,398.00
        Disbursements         $      0.00

              Total amount due           $26,398.00

Angelyne E. Cooper
        Services                   $34,869.50
        Disbursement          $      0.00

              Total amount due           $34,869.50

Rachel Gribbin
        Services                   $15,428.00
        Disbursement          $      0.00

              Total amount due           $15,428.00

Lana L. Lopez
        Services                   $33,440.00
        Disbursement          $      0.00

              Total amount due           $33,440.00

Kerry C. Hughes, M.D.
        Services                   $24,314.00
        Disbursements         $  3,086.59

              Total amount due           $27,400.59

Jeffrey L. Metzner, M.D.
        Services                   $23,110.00
        Disbursements         $  2,664.73

              Total amount due           $25,774.73

Mary Perrien, Ph.D.
        Services                   $19,898.00
        Disbursements         $  1,735.38

              Total amount due           $21,633.38

Patricia M. Williams, J.D.
        Services                   $30,382.00
        Disbursements         $  2,984.90

              Total amount due           $33,366.90

| | | | |
|---|---|---|---|
| **Henry A. Dlugacz, MSW, J.D.** | | | |
| | Services | $ 9,600.00 | |
| | Disbursements | $ 0.00 | |
| | Total amount due | | $9,600.00 |
| **Lindsay M. Hayes** | | | |
| | Services | $12,147.00 | |
| | Disbursements | $ 1,599.82 | |
| | Total amount due | | $13,746.82 |
| **Timothy A. Rougeux** | | | |
| | Services | $32,712.00 | |
| | Disbursements | $ 0.00 | |
| | Total amount due | | $32,712.00 |
| **Cynthia A. Radavsky, M. Ed.** | | | |
| | Services | $11,491.50 | |
| | Disbursements | $ 0.00 | |
| | Total amount due | | $11,491.50 |
| **Roderick Q. Hickman** | | | |
| | Services | $11,679.50 | |
| | Disbursements | $ 0.00 | |
| | Total amount due | | $11,679.50 |
| **Maria Masotta, Psy.D.** | | | |
| | Services | $23,616.00 | |
| | Disbursements | $ 3,219.49 | |
| | Total amount due | | $26,835.49 |
| **Karen Rea PHN, MSN, FNP** | | | |
| | Services | $28,030.76 | |
| | Disbursements | $ 0.00 | |
| | Total amount due | | $28,030.76 |
| **EmployStats** | | | |
| | Services | $ 0.00 | |
| | Disbursements | $ 0.00 | |
| | Total amount due | | $ 0.00 |

James F. DeGroot, Ph.D.

| | | |
|---|---|---|
| Services | $12,534.00 | |
| Disbursements | $ 2,315.89 | |
| Total amount due | | $14,849.89 |

Brian J. Main, Psy.D.

| | | |
|---|---|---|
| Services | $19,383.00 | |
| Disbursements | $ 1,300.67 | |
| Total amount due | | $20,683.67 |

**TOTAL AMOUNT TO BE REIMBURSED**     **$657,943.11**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Matthew A. Lopes, Jr.

Matthew A. Lopes, Jr.
Special Master