DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION DISABILITY RIGHTS
PROGRAM
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 343-0762

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PROTECTIVE ORDERS**<br><br>Judge: Hon. Kimberly J. Mueller |

1   On January 7, 2020, the Court ordered the parties to present a proposed stipulation
2   and protective order to facilitate information sharing between the *Coleman* and *Plata*[1]
3   classes.  ECF No. 6441 at 3.
4   The parties understand counsel in *Plata* are filing a stipulation and proposed order
5   to modify the protective order in that matter to permit confidential material received in
6   *Plata* to be shared with and used in connection with *Coleman*.
7   The Protective Orders filed in this action on September 12, 1991, ECF No. 90;
8   July 29, 1992, ECF No. 291; and January 12, 2007, ECF No. 2109, are hereby expanded as
9   follows:
10  The definition of "confidential material" is hereby expanded to include California
11  Department of Corrections and Rehabilitation ("CDCR") records that are designated by
12  defendants as threatening prison safety or security if disclosed without protective
13  conditions ("security information"), and which are produced by defendants in informal or
14  formal discovery in this action.
15  Confidential material may be disclosed to individuals—as described in Paragraph
16  3(a)-3(e) of the *Coleman* January 12, 2007 order, ECF No. 2109—in *Plata* who agree to be
17  bound by the terms of the *Coleman* protective orders; and all such confidential material
18  can be used in connection with *Plata*.
19  / / /
20
21  / / /
22
23  / / /
24
25  / / /
26
---

[1] *Plata, et al. v. Newsom, et al.*, No. 4:01-01351-JST, currently pending in the United States District Court for the Northern District of California.

**IT IS SO STIPULATED.**

DATED: February 6, 2020  Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Marc J. Shinn-Krantz*
    Marc J. Shinn-Krantz

Attorneys for Plaintiffs

DATED: February 6, 2020  XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

By: */s/ Kyle A. Lewis*
    Kyle A. Lewis
    Deputy Attorney General

Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: _____, 2020

_____
Hon. Kimberly J. Mueller
UNITED STATES DISTRICT COURT