| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

This matter is before the court on the Special Master's Report and Recommendations on the Disputed Policies and Court Orders in Response to the Court's July 9, 2019 Order, filed December 19, 2019.[1] ECF No. 6432. The Special Master reports that the parties have reached agreement on a complete list of "negotiated or court-ordered remedial measures adopted in this action that cover custodial issues and are not included in the 2018 Program Guide Revision," ECF No. 6214 at 19, and he recommends the court approve and adopt the list filed by the parties on December 19, 2019, ECF No. 6431. The Special Master's Report sets forth the relevant history and is adopted in full, as is his recommendation.

---

[1] The court granted the Special Master's December 9, 2019 motion for extension of time to file this report and recommendations, ECF No. 6409, in open court on December 13, 2019. *See* Reporter's Transcript of Proceedings (RT), ECF No. 6445, at 33:11-21. That oral ruling is confirmed and the findings and recommendations deemed timely filed.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Special Master's December 19, 2019 Report and Recommendations, ECF No. 6432, are adopted in full.
2. The list styled "Negotiated or Court-Ordered Remedial Measures Related to Custodial Issues Not Included in the 2018 Program Guide Revision" and attached as Appendix A to the stipulation of the parties filed December 19, 2019, ECF No. 6431, is approved and adopted as the complete list of remedies in this action related to custodial measures not already included in the Program Guide.
3. This list shall be updated and filed annually simultaneously with the updated Program Guide, consistent with the process and on the schedule to be proposed by the Special Master on or before February 14, 2020.

DATED: February 10, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE