# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,
      **Plaintiffs,**

      **vs.**                             **No. 2:90-CV-0520 KJM DB**

GAVIN NEWSOM, et al.,
      **Defendants.**

## SPECIAL MASTER'S PROPOSAL FOR ADDITIONAL STAFF

In accordance with paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter, the Special Master submits to the court this proposal for additional staff. The number, variety, and critical nature of the Special Master's current duties and responsibilities as well as his potential need for additional staff, were recently remarked upon by the court in an order issued January 7, 2020, which stated in pertinent part:

> The work of the Special Master is divided into several areas: he and his team are monitoring at CDCR Headquarters, they are monitoring delivery of mental healthcare at institutions in the field, they are supervising ongoing work in the All-Parties Workgroup, they are preparing for and participating in settlement discussions supervised by Judge Drozd, and they are staying abreast of ongoing litigation activity before this court. At this critical juncture, none of those critical tasks can give way in favor of others. As the court informed the parties, the Special Master has advised the court this may require the addition of additional staff to his team. The court is prepared to receive and consider such a request in due course. ECF No. 6441 at 7.

The recent delay in progress towards compliance related to the proceedings that followed the submission of the whistleblower report by the California Department of Corrections and Rehabilitation's (CDCR) chief psychiatrist, Dr. Michael Golding (hereafter Golding Report) (ECF No. 5988), has required that the Special Master's numerous duties and responsibilities shift in certain areas and expand in others. This has resulted in an immediate need to supplement the Special Master's existing staff to enhance his ability to work on all projects simultaneously and

1

ensure that he maintains his capacity to efficiently and expeditiously fulfill his various duties and responsibilities.

<u>THE SPECIAL MASTER'S NEED FOR ADDITIONAL RESOURCES</u>

The submission of the Golding Report had a ripple effect, permeating the entire case and affecting the Special Master's duties and responsibilities in several different ways.  Among the most notable of these effects was on the scope and manner of the Special Master's monitoring, discussed in further detail below.  In addition, a monitor with nearly a decade of experience on the Special Master's staff has recently taken an extended leave of absence.  A loss of this magnitude during such a critical time in the case only increases the urgency of the need for additional staff.

<u>CDCR Mental Health Headquarters Monitoring</u>

During July 2019, as a result of the allegations documented in the Golding Report, the Special Master began monitoring CDCR's Mental Health Headquarters ("Central Office").  Prior to the issuance of the court's January 7, 2020 order, the Special Master had reduced his monitoring at CDCR institutions due to the competing interest of monitoring Central Office activities.  As a result of the increase in the workload being generated by the Central Office and an exodus of mental health executive staff members, which left a void in leadership, it became apparent that a continued presence at the Central Office was necessary.  As such, since the commencement of Central Office monitoring, the Special Master's experts and monitors have maintained a constant presence there.

Maintaining this constant presence has required a major shift of the Special Master's resources.  Central Office monitoring requires a level of oversight that dictates the involvement of a Deputy Special Master; accordingly, the Special Master reassigned the deputy who had been

2

overseeing field operations to assume responsibility over Central Office monitoring.  This shift has also required the reassignment of two experts and a monitor from monitoring institutions to Central Office monitoring.  This has resulted in a smaller number of experts and monitors available to monitor in the field and workloads having to be adjusted accordingly.

Mental Health Care Data Monitoring

As Central Office monitoring continued, it became apparent that the Special Master had not been provided with a complete understanding of the relationship between CDCR mental health leadership and the *Plata* Receiver and exactly how the two entities were working together on mental health issues—the process for generating, storing, validating, and reporting mental health care data being one major example.  This, coupled with the many questions about the reliability of data provided by CDCR raised as a result of the Golding Report, has resulted in an additional workload, unforeseen at the commencement of Central Office monitoring, which necessitates the Special Master's establishment of a dedicated team to monitor data-related issues.

As part of this effort, the Special Master is currently seeking to hire an expert in data quality management who would be responsible for advising him on all mental health data-related issues and also working with both CDCR and the *Plata* Receiver's Quality Management departments on the same.[1]  Relatedly, defendants have engaged Dr. David Leidner to assist Undersecretary Diana Toche in navigating mental health data issues.[2]  It is expected that the

---

[1] The court's January 7, 2020 order stated that upon his identification of an appropriate expert, the Special Master would be authorized to submit a request to approve their hiring.  ECF No. 6441 at 4.

[2] This is an encouraging development, which seems to demonstrate that defendants are in agreement with the court's statement that "…Dr. Leidner's significant skills could continue to play an important role both in these remedial proceedings and at CDCR Headquarters more generally."  ECF No. 6427 at 19.

expert in data quality management hired by the Special Master would also work closely with Dr. Leidner.  The Special Master is currently conducting interviews to find a suitable candidate.

<u>Monitoring the Delivery of Mental Health Care in the Field</u>

The court's January 7, 2020 order made clear that the Special Master's monitoring of CDCR institutions and the five Psychiatric Inpatient Programs (PIPs) should continue on a parallel track, uninterrupted.  At the time of this writing, the Special Master had completed site visits at 14 CDCR institutions, Patton State Hospital, and four of the five CDCR PIPs as part of his Twenty-Eighth Round of Monitoring.  The Special Master will also be sending teams into the field to monitor the remaining Department of State Hospital (DSH) facilities where *Coleman* class members receive mental health treatment—Atascadero State Hospital and Coalinga State Hospital—and to conduct one re-visit to the California Health Care Facility (CHCF) PIP.  It is important to note that every member of the Special Master's staff responsible for monitoring in the field also has a varying number of additional assignments they maintain responsibility for.

<u>All-Parties Workgroup Process</u>

Due to the range and potential complexity of agenda items, All-Parties Workgroup meetings require the participation of a select group of the Special Master's experts and monitors. This, in addition to the extensive preparatory work required in advance of each meeting, e.g., review of policies, memoranda, and other documents, and pre-meetings, represents another of the assignments that all experts, monitors, and paralegals must balance as part of their regular job responsibilities.  However, with the Special Master's constant presence at the Central Office resulting in many issues being addressed in that forum with briefings provided to plaintiffs, the Special Master is moving toward his former practice of conducting quarterly policy meetings with the *Coleman* parties.  While this would decrease the frequency of All-Parties Workgroup

meetings, the expectations of staff with regard to preparation and participation would remain the same.

Suicide Prevention Efforts

The Special Master's work around suicide prevention efforts are varied and remain ongoing.  In addition to the statewide monitoring of institutions performed by his suicide prevention expert, certain of the Special Master's experts and monitors are assigned to participate in CDCR's suicide prevention and review process, which includes review of completed suicides, attending and participating in suicide case review conferences, involvement in suicide prevention conferences, and meetings and review of suicide-related documents, policies, and memoranda.

Special Projects

In addition to his regular duties and responsibilities, the Special Master is also responsible for a number of special projects either occurring concurrently or scheduled to commence in the very near future.  Those special projects include the following:

- Restructure and strengthen coordination efforts with the *Plata* Receiver
- Monitor implementation of Custody Mental Health Partnership Program training
- Monitor defendants' upcoming 18-month telepsychiatry pilot program
- Monitor the San Quentin State Prison 200-bed EOP units
- Monitor the California Medical Facility L-1 PIP
- Monitor desert institution transfers
- Re-visit Richard J. Donovan Correctional Facility to review complaints of excessive use of force against *Coleman* class members
- Participate in defendants' planned project to send support teams to select institutions related to suicide prevention efforts, e.g., California State Prison/Sacramento, California State Prison/Corcoran, and CHCF

Each of the special projects listed above requires or will require varying degrees of involvement from current members of the Special Master's staff in addition to their regular

duties of monitoring institutions and PIPs, preparing reports, and, for the clinical experts, preparing case reviews.

Reports to the Court

One of the Special Master's primary ongoing responsibilities is preparing reports to the court detailing his findings on the delivery of mental health care to *Coleman* class members, in addition to reporting on the status of various court-ordered projects. As part of his current round of monitoring tours, the Special Master is concurrently preparing his report of findings. In addition, the Special Master's suicide prevention expert has completed his latest round of monitoring tours, about which both he and the Special Master will prepare a report on the findings.

As part of monitoring in the field, every expert and monitor on the Special Master's staff must prepare an individual report after each site visit. Experts are also responsible for preparing clinical case reviews. However, the preparation of an all-encompassing monitoring round report to the court is an involved undertaking; due to the enormity of the task—which includes synthesizing data and analyzing trends and patterns for all institutions treating *Coleman* class members—the Special Master has also established a writing team, dedicating to a select group of his staff the responsibility of helping him to prepare the final reports. Members of the writing team continue to be responsible for their regular monitoring duties and any special projects they are assigned to.

It should also be noted here that the questions raised by the Golding Report regarding the reliability of CDCR-provided data has had a major impact on how the Special Master must gather and report data for the Twenty-Eighth Monitoring Round. The current process—which consists of extracting data via a review of a randomly generated sample of health care records for

each program at an institution—is labor-intensive and requires a dedicated team of experts and monitors to perform the work involved in addition to their regular assignments.

<u>THE STRAIN ON THE SPECIAL MASTER'S CURRENT RESOURCES</u>

The above referenced workloads, projects, and responsibilities do not include the daily issues and litigation matters that remain a part of the Special Master's duties regardless of what is occurring in the institutions and Central Office. The sheer volume of docket entries—over 6,400—speaks to the litigiousness of the case, which clearly has an impact on the volume of work required at any given time. The Special Master's resources were notably strained even as he had the ability to take his staff off of one project to focus on another one, as evidenced by the fact that he had to shift his resources instead of being able to absorb the increased workload without doing so. Currently, the Special Master's staff includes only two psychiatrists, which makes it nearly impossible to provide review of issues unique to the practice of psychiatry for all the work that needs to be completed.

Per the court's January 7, 2020 order, the Special Master has been charged with continuing the above described projects concurrently, completing them without sacrificing one for another. In view of this directive, it is clear that the workload cannot be sustained with the Special Master's current resources. With the departure of one of his monitors and the shift of existing resources to keep pace with the current workload, there exists a void that would need to be filled in order to comply with the court's order.

<u>PROPOSED USES FOR ADDITIONAL STAFF</u>

The Special Master proposes to have designated teams to cover the array of projects underway. Additional positions would supplement his current staff and allow him to make

adjustments to current assignments, ensuring full and simultaneous coverage of all current and ongoing projects as ordered by the court.

### Central Office Monitoring

The team assigned to monitor the Central Office would consist of two experts, one monitor, and a Deputy Special Master.  This team, at times, would also include a paralegal whose duty would be to maintain minutes of the myriad of meetings that occur at the Central Office as well as those meetings that occur in conjunction with the *Plata* Receiver's office.  All minutes of meetings and documents provided by Central Office as well as the *Plata* Receiver's office would be documented and archived in the Special Master's office.

### Institutional Monitoring

The size of each monitoring team for the CDCR institutions, PIPs, and DSH facilities is dependent on the size of the institution and the complexity of their mental health program.  The Special Master also intends to conduct more than one site visit during certain weeks which would require multiple experts and monitors for each week that multiple facilities are visited.

### Report Writing

The establishment of additional monitoring positions will allow the Special Master to keep a full complement of writing team staff, ensuring all report writing activities continue on schedule and uninterrupted.

### POTENTIAL CANDIDATES FOR THE COURT'S CONSIDERATION

In anticipation of submitting this proposal to the court for additional staff, the Special Master has identified the following individuals as potential candidates for the court's consideration.

**Kahlil A. Johnson, M.D.**

Dr. Johnson is a psychiatrist who has extensive experience in correctional mental health care.  His expertise would provide valuable assistance to the Special Master in carrying out his duties and responsibilities.  Since 2017, he has worked as both an independent mental health care monitor and as a psychiatric hospitalist with George Washington University Hospital in Washington, D.C.  As an independent mental health monitor, part of his responsibilities include touring jail facilities and preparing reports of his findings and recommendations on issues relating to psychiatric treatment, suicide prevention, quality management, and peer review.  As a psychiatric hospitalist, Dr. Johnson provides psychiatric treatment and conducts psychiatric evaluations of adults on issues of decisional capacity, suicidality, and risk of violence.  Dr. Johnson also maintains a private practice, which includes correctional psychiatry as an area of focus.  From 2008 until 2012, he worked at the Washington, D.C. jail, starting first as a staff psychiatrist and eventually assuming the position of lead psychiatrist.

Dr. Johnson currently serves as an assistant professor in the Department of Psychiatry and Behavioral Sciences at George Washington University School of Medicine and Sciences in Washington, D.C.  In 2004, Dr. Johnson earned his Doctor of Medicine from Howard University College of Medicine in Washington, D.C.  He completed partial coursework for a Masters in Public Health from George Washington University School of Public Health in Washington, D.C. in 2008.  Dr. Johnson's *curriculum vitae* is attached as Exhibit A.

**Sharen E. Barboza, Ph.D., CCHP-MH, CiWPP**

Dr. Barboza is a clinical psychologist who would be an asset to the Special Master's team of mental health experts.  Dr. Barboza currently serves as vice president of Mental Health at Centurion in Vienna, Virginia.  Centurion, formerly MHM/Centurion, is a national provider of

health care services to government agencies in a variety of patient settings, including correctional facilities.  In her position as vice president, Dr. Barboza oversees mental health services provided in correctional facilities and develops and provides training programs to mental health and correctional staff, among her other responsibilities.  She also maintains a separate practice providing consultative services to correctional systems on behavioral and mental health care.  Prior to working in her current capacity as vice president, Dr. Barboza worked for MHM/Centurion in various capacities for 13 years.  Pre-dating her tenure with MHM/Centurion, for more than three years Dr. Barboza worked as a clinical psychologist at the Bedford Hills Correctional Facility in Bedford Hills, New York.

Dr. Barboza presently serves on the board of trustees of the National Commission of Correctional Health Care and on the editorial board of the International Journal of Prisoner Health.  In 2001, Dr. Barboza earned her Doctor of Philosophy in Clinical Psychology from Fairleigh Dickinson University in Teaneck, New Jersey.  Dr. Barboza's *curriculum vitae* is attached as Exhibit B.

**William J. Trezvant, Esq.**

Mr. Trezvant presently maintains a solo legal practice in Providence, Rhode Island representing clients in both state and federal court.  From 2002 to 2019, he served as a Special Assistant Attorney General in the Rhode Island Office of the Attorney General.  During his 17-year tenure, Mr. Trezvant worked in several areas, including the district court, intake, and narcotics and organized crime units and the general and daily criminal trial calendars.  He was responsible for prosecuting a range of misdemeanor and felony cases, in addition to supervising defendants in drug court and screening felony cases for prosecution.  Prior to his time at the Rhode Island Office of the Attorney General, Mr. Trezvant worked for three years as assistant

counsel for the Foxwoods Resort and Casino in Mashantucket, Connecticut where his duties included, in part, serving as a liaison to the Justice Department, Internal Revenue Service, Connecticut Attorney General's Office and other federal, state, and local government agencies.

Mr. Trezvant presently serves on the Board of Directors of Rhode Island Legal Services and as President of the Thurgood Marshall Law Society.  He received his *Juris Doctor* from the College of William and Mary, Marshall-Wythe School of Law in 1994.  Mr. Trezvant would assist the Special Master with on-site prison monitoring and writing of all monitoring reports as well as researching and writing of interim reports on special issues and projects, as required.  Mr. Trezvant's *curriculum vitae* is attached as Exhibit C.

**Michael F. Ryan, Jr., Esq.**

Mr. Ryan graduated *summa cum laude* from the University of Massachusetts School of Law in 2018, where he was the Executive Notes Editor of the University of Massachusetts Law Review.  Mr. Ryan received his undergraduate degree from University of Rhode Island, where he graduated *summa cum laude* with a major in political science.  Since January 2019, Mr. Ryan has worked for the firm of Duffy & Sweeney, Ltd. in Providence, Rhode Island, where he co-founded the firm's government relations practice.  He has extensive experience working with legislators and state government agencies and serves as a member of the Greater Providence Chamber of Commerce Government Affairs Committee.

Mr. Ryan would assist the Special Master with on-site prison monitoring and writing of all monitoring reports as well as researching and writing of interim reports on special issues and projects, as required.  Mr. Ryan's *curriculum vitae* is attached as Exhibit D.

**Braxton H. Medlin, J.D.**

Mr. Medlin is a 2019 graduate of the Roger Williams University School of Law, where he was a Dean's Scholar and the recipient of the 2019 Public Interest Award. He was also a member of the Trial Team and served as president of the Student Bar Association. Mr. Medlin received his undergraduate degree from North Carolina A&T University in 2011, where he majored in Romance Languages and was a member of the Dean's List.

Upon completing law school, Mr. Medlin worked as a contract public defender for the Colorado State Public Defender's Office. Mr. Medlin would assist the Special Master with on-site prison monitoring and writing of all monitoring reports as well as researching and writing of interim reports on special issues and projects, as required. Mr. Medlin's *curriculum vitae* is attached as Exhibit E.

**Sofia A. Millham, Paralegal**

Ms. Millham has over ten years of paralegal experience in federal and state litigation. For the past five years, she has worked for the City and County of San Francisco, San Francisco Employees' Retirement System in San Francisco, California as a senior management assistant. Her responsibilities include providing legal support to operations staff, providing litigation support on cases involving the Retirement System, and analyzing policies and procedures, among others. From 2006 to 2010, Ms. Millham worked as a paralegal for plaintiffs' counsel, known then as Rosen Bien & Galvan. During her tenure, she was responsible for the case management of complex litigation matters in federal and state courts, including the *Coleman* case. Ms. Millham also performed legal research, corresponded with clients, and supervised and trained other paralegals and support staff. From 2003 to 2005, Ms. Millham worked for Van Der

Hout, Brigagliano & Nightingale, LLP as a team legal assistant where she provided litigation assistance to the senior partner and was responsible for 30 client matters.

Ms. Millham completed the ABA Paralegal Certificate Program at San Francisco State University in San Francisco, California in 2010.  She received her undergraduate degree from the University of Massachusetts, Dartmouth where she majored in history.  Her experience as a paralegal, highlighted by her previous work on the *Coleman* case, would provide valuable assistance to the Special Master in reducing the current workload of his monitors, alleviating the strain on his existing resources, and maintaining his capacity to monitor, evaluate, and report on the mental health care being provided to CDCR inmates in the inpatient programs and in the prisons.  Ms. Millham's *curriculum vitae* is attached as Exhibit F.

<u>CONCLUSION</u>

In view of all of the above, the Special Master proposes that the court approve the establishment of two additional expert positions, three additional monitor positions, and one additional paralegal position to his staff.  The establishment of these additional positions would enhance the Special Master's ability to comply with the court's January 7, 2020 directive to work on current and upcoming projects concurrently, completing them without sacrificing one for another.

Respectfully Submitted,

/s/

_____

Matthew A. Lopes, Jr.
Special Master

February 12, 2020

Exhibit A

# Kahlil A. Johnson, M.D.

Phone: 240-495-9555

Email: kjohnson@kahliljohnsonpsychiatry.com

## LICENSES AND CERTIFICATIONS:

Current Board Certifications in General and Forensic Psychiatry by the American Board of Psychiatry and Neurology
Current Washington, D.C. and Maryland Medical Licenses
Current Washington, D.C. and Maryland Controlled Substances License
Current DEA License

## POST-GRADUATE TRAINING:

**Forensic Psychiatry Fellow, Saint Elizabeths Hospital, Washington, D.C., July 2016 to June 2017**
Forensic Psychiatry Fellow at Saint Elizabeths Hospital which is part of the Washington D.C. Department of Behavioral Health (DBH).  Rotations include: Saint Elizabeths Hospital Forensic Consult Service, Washington D.C. Jail, Comprehensive Psychiatric Emergency Program, Washington D.C. Superior Court Mental Health Urgent Care Clinic, D.C. DBH Outpatient Competency Restoration Program, and the George Washington University Human Rights Clinic.

**Congressional Fellow, American Psychiatric Association, Washington, D.C., January 2009 to November 2009**
Jeanne Spurlock Congressional Health Policy Fellow in the Office of Congressman Edolphus Towns (New York-10th Congressional District).

**Psychiatry Resident, George Washington University Hospital, Washington, D.C., June 2005 to June 2009**
Administrative Chief Resident, July 2008 to December 2008; Administrator of Medication Management Clinic, July 2008 to December 2008; Resident Representative, Hospital Emergency Preparedness Committee, July 2006 to December 2009.

## EDUCATION:

**George Washington University School of Public Health, Washington, D.C., September 2006 to July 2008**
Partial coursework completed for a Masters of Public Health

**M.D., Howard University College of Medicine, Washington, D.C., May 2004**
President, Class of 2004 Student Council
Chair, Class of 2004 Scholarship Committee
Recipient, Dr. Charles A. Pinderhughes Psychiatry Scholarship
Delegate, Student National Medical Association
Group Leader, Department of Pediatrics Youth Anger Management Initiative
Student Leader Representative, Liaison Committee for Medical Education
Student Tutor, Howard University College of Medicine Psychiatry Course

**Fellow, University of Regensburg, Regensburg, Germany, September 2003**
Certificate of International Telemedicine Applications, Asklepios International Telemedicine Consortium

**B.S., Howard University, Washington, DC, May 1999**
Major: Biology; Minor: Chemistry

## ACADEMIC APPOINTMENTS:

**Assistant Professor, August 2017 to Present**
Department of Psychiatry and Behavioral Sciences
George Washington University School of Medicine and Health Sciences
Washington, DC

**Clinical Faculty, July 2015 to 2018**
Forensic Psychiatry Fellowship Program
Saint Elizabeths Hospital
Washington, DC

# WORK EXPERIENCE:

**Psychiatric Hospitalist, George Washington University Hospital, August 2017 to Present**
- Provide comprehensive psychiatric assessment and treatment, including medication management and psychotherapy, to inpatients who are on the psychiatry unit, consultation-liaison service, or in the emergency room.
- Conduct evaluations for the decisional capacity, presence of suicidal thoughts, plans and and risk as well as evaluations for risk for violence, and underlying medical causes of symptoms presenting as a mental illness.
- Provide clinical and formal instruction on the field of psychiatry to Psychiatry and Neurology Residents, and, Medical and Physician Assistant Students.
- Responsibilities also include: participating in hospital committees, quality improvement endeavors, assisting with educational seminars for residents and medical students, forensic psychiatry evaluations, and participation in research.

**Independent Mental Health Monitor, May 2017 to Present**
- Provide recommendations on evidence-based correctional psychiatry in a jail setting in accordance with the U.S. Department of Justice Consent or Settlement Agreements (CA/SA) with various departments of corrections and/or jail health care provider companies.
- Collaborate with a multi-disciplinary court-appointed team that includes Independent Monitors, Attorneys, and correctional professionals with specialization in correctional standards of operation and policy for officers, evidence-based correctional medicine, and safety in a correctional setting.
- Areas of focus for clinical recommendations include, but are not limited to, psychiatric assessment and treatment, including medication management, psychotherapy, behavioral management, and crisis intervention for patients incarcerated in correctional facilities with psychiatric illness or who presented with psychiatric symptoms.
- Provide recommendations on mental health policies, grievances, quality improvement, and peer review.
- Review incidents of suicide, suicide attempt, self-harm, and violence involving mentally ill patients.
- Work with correctional and correctional health care company leadership on an as needed basis for all areas of focus above.
- Perform bi-annual site visits to all jail facilities to assess the progress of all parties towards meeting the directives in the CA/SA, prepare a report of the findings, and report the findings to the court.
- Provide regular reports to the court regarding the progress of the correctional staff and the correctional health care provider in meeting the directives in the CA/SA.
- Participate in monthly meetings with all parties.

**Owner, Kahlil Johnson Psychiatry, LLC, May 2017 to Present**
- Evaluate and assess human behavior and mental health within a legal context and assist the court, legal professionals, or others with cases involving parties who may have mental disabilities and disorders that interest with my areas of expertise.
- Perform psychiatric assessment and forensic evaluations of persons in correctional institutions, secure hospitals, the community, and other settings.
- Areas of focus include but are not limited to: Correctional Psychiatry, Asylum and Immigration, Competency to Stand Trial, Decisional Capacity, Criminal Responsibility, Fitness-for-Duty, and Disability Assessment.

**Psychiatrist, MedOptions, Inc., September 2016 to September 2017**
- Provide psychiatric assessment and treatment, including medication and behavioral management, to patients residing in assisted living and skilled nursing facilities who are in need of evaluation for psychiatric illness or who present with psychiatric symptoms due to underlying medical illness.
- Perform decisional capacity evaluations on patients with dementia or other illnesses.
- Conduct evaluations for the presence of suicidal thoughts, plans, and risk as well as evaluations for risk for violence.

- Work with a collaborative treatment team that includes psychiatric nurse practitioners, psychologists, and clinical social workers.
- Coordinate patient care with facility clinicians and administrators.

**Psychiatric Consultant, Bread for the City, May 2013 to July 2016**
- Led monthly on-site meetings to provide training that includes evidenced-based diagnosis, treatment, and best-practice chronic care management of common outpatient psychiatric conditions.
- Reviewed cases with both primary care providers and social work staff and advised on best-practice evidence-based treatment.
- Provided non-urgent Psychiatric consultation via phone, email, or text message with a 24-hour response time and served as an informational resource for psychiatric and mental health service options in the District of Columbia.

**Director of Psychiatry, Unity Health Care, Inc., January 2012 to June 2016**
- Ensured all Psychiatry providers observed HIPAA and other local and federal compliance regulations and functioned collaboratively with the health and human services offered at Unity Healthy Care, Inc. and the Washington, D.C. Department of Corrections and that all personnel of the Department were compliant with the administrative policies and procedures of both organizations.
- Identified, implemented, and supervised the clinical delivery of best practice behavioral healthcare.
- Ensured that Psychiatry providers were fully trained in all aspects of their work; especially in crisis intervention and suicide prevention at the Washington, D.C. Department of Corrections.
- Monitored psychiatric and mental health providers to assure accuracy and quality in their work. Also, periodically monitored psychiatric and mental health records, provided appropriate feedback and took corrective action, when necessary.
- Oversaw and conducted peer review of Psychiatric Providers.
- Established collaborations and partnerships with mental health providers within the District of Columbia and with national networks of Community Health Centers and Departments of Correction.
- Participated effectively as a representative of Unity Health Care, Inc. with the Washington D.C. Departments of Mental Health and Corrections, other offices of the District of Columbia, and local and national community/advocacy groups.
- Prepared testimony on mental health policy and testified under oath on behalf of Unity Health Care, Inc.
- Assessed opportunities to increase reimbursement for mental health services.
- Collaborated with the Medical and Health Center Directors to provide leadership and ensure coverage for all Unity Health Care, Inc. sites and services.
- Provided leadership with Unity Health Care, Inc. quality improvement efforts, including outside agency evaluation and accreditation review.
- Performed the clinical duties of an adult Psychiatrist at Unity Health Care, Inc. at the Washington, D.C. Department of Corrections, and various Community Health Centers in Washington, D.C.

**Lead Psychiatrist at Washington D.C. Jail, Unity Health Care, Inc., August 2011 to January 2012**
- Developed comprehensive and therapeutic treatment plans for assigned caseload and provided direct services based on established treatment.
- Managed on-site crisis intervention.
- Conducted evaluations for the presence of suicidal thoughts, plans, and risk as well as evaluations for risk for violence and underlying medical causes of symptoms presenting as a mental illness.
- Assisted with educational seminars for Unity Health Care, Inc. and the Washington, D.C. Department of Corrections staff, and interviewing potential new hires for psychiatric staff. Supervised the Psychiatrists at the D.C. Central Detention Facility and Central Treatment Facility.
- Performed duties as assigned, which included but were not limited to: psychiatry peer review and quality improvement activities, attending the Washington, D.C. Department of Corrections Quality Improvement monthly meetings, directing the Psychiatry monthly meetings, and attending other meetings as assigned.
- Worked closely with the Mental Health Coordinator, Health Services Administrator, and Medical Director on tasks involving overall mental health care management to effectively promote quality of care, operational efficiency, problem-solving, etc.
- Coordinated psychiatry schedule to include approval of scheduled absences and ensure psychiatry coverage.

- Collaborated to improve or maintain provider/staff/patient satisfaction, quality of care, and productivity, provided feedback to the Medical Director and completed annual psychiatric provider evaluations.
- Represented Unity Health Care, Inc. in city-based mental health functions as determined by the Medical Director of Correctional Medicine.
- Oriented new psychiatric providers to site and served as a psychiatric resource to all providers at site.

**Staff Psychiatrist at Washington D.C. Jail, Unity Health Care, Inc., November 2009 to August 2011**
- Provided comprehensive psychiatric assessment and treatment, including medication management, to inmates who had a previous history of mental illness or who are in need of evaluation for possible mental illness.
- Conducted evaluations for the presence of suicidal thoughts, plans, and risk as well as evaluations for risk for violence and underlying medical causes of symptoms presenting as a mental illness.
- Interviewed potential new hires for psychiatric staff.
- Responsibilities also included: participating in quality improvement endeavors at the facility, updating jail mental health policies and clinical procedures, assisting with educational seminars for Unity Health Care, Inc. and Washington, D.C. Department of Corrections staff.

**Congressional Fellow, American Psychiatric Association, January 2009 to November 2009**
- Jeanne Spurlock Congressional Health Policy Fellow in the Office of Congressman Edolphus Towns, Chairman of the Committee on Oversight and Government Reform (NY-10th Congressional District), acting as a liaison between the Congressman, constituents, private and public sector representatives and Congressional staff regarding health policy.
- Advised and briefed the Congressman on proposed legislation, laws and contemporary issues of debate within health policy, including providing the Congressman with talking points for speeches and language regarding health care for presentations and letters to Congressional members and constituents.
- Prepared and delivered remarks on the Congressman's behalf.
- Researched health care issues for the Health Counsel on the Committee of Oversight and Government Reform and interviewed expert and lay witnesses for pre-hearing investigation and information gathering.
- Presented on the Health Care Reform Initiative at a Health Care Town Hall meeting, held in Brooklyn, NY and assisted with its planning.
- Facilitated negotiations to include two of the Congressman's bills in the current House of Representatives Affordable Health Choices Act (H.R. 3200). Duties also included writing and altering bill language before the presentation of bills to the House of Representatives Clerk's Office for assignment of a bill number, performing district health care site visits on behalf of the Congressional office with the Deputy Chief of Staff and staffing several events for the Congressman.

**PRN Psychiatrist, Washington D.C. Jail, Unity Health Care, Inc., February 2008 to November 2009**
- Provided comprehensive psychiatric assessment and treatment, including medication management, to inmates who have a previous history of mental illness or who are in need of evaluation for possible mental illness.
- Conducted evaluations for the presence of suicidal thoughts, plans, and risk as well as evaluations for risk for violence and underlying medical causes of symptoms presenting as a mental illness.

**Core Member, Homeland Security Institute Panel on Community Perception of New Technology, August 2007 to February 2008**
- Worked with a multi-speciality panel of experts drawn from a crosssection of all relevant professions to provide expert opinion on the potential populaton impact of new technologies in consideration for use by the U.S. Department of Homeland Security.
- Provided specific expert opinion on the potential medical, psychiatric, and behavioral impacts of the new technologies underconsideration for use.
- Provided written feedback upon request.

**Research Intern, American Psychiatric Association, August 2004 to February 2005**
- Assisted with the implementation and preparation of a grant proposal for a psychiatric study examining first episode of antipsychotic use.
- Conducted literature reviews for treatment patterns of Attention Deficit Hyperactivity Disorder and literature

reviews to identify strategies that have been effective in bringing about quality improvement in physicians' practices, and reported that information to the Director of the American Psychiatric Institute for Research and Education for presentation to the American Board of Psychiatry and Neurology for the physician practice recertification proposal.

## PUBLICATIONS & ARTICLES:

- Johnson K.  The Road to Health Policy: One Resident's Story.  American Journal of Psychiatry Resident's Online Journal, pg. 4, May 2009.
- Maxwell C.J., Reddy R., White-Coleman D, Taylor G.L., Johnson K.A.  A Comparison of Pre/Post-Menopausal HIV Infected African American Women at a Minority Teaching Hospital. Presented at the 15th International AIDS Conference, Bangkok (Thailand), July 11- 16, 2004.  Printed in the International Proceedings by Medimond, Bologna, Italy; pg. 127-131.  Vol. ISBN 88-7587-065-9.

## MEDIA:

- Arehart-Treichel, J. Nothing Bars This Psychiatrist From Helping Inmates. Psychiatric News, March 2, 2012, Vol 47 (5), pg. 12-29.
- Hausman, K. Resident Finds Rewards Atop Capitol Hill. Psychiatric News, April 2, 2010, Vol 45 (7), pg. 11.

## PRESENTATIONS:

- **"Excellence in Mental Health Advocacy: Case Studies in the Nongovernmental, Federal, and Legislative Arena"** Session, American Psychiatric Association Annual Meeting, May 2019
- **"Depression in Primary Care"** George Washington University School of Medicine and Health Sciences, recurring 3rd year medical student primary care clerkship lecture, March 2019 to present
- **"Substance Related Disorders"** George Washington University School of Medicine and Health Sciences, part of the annual 2nd year medical student Brain and Behavior lecture series, September 2018 to present
- **"Managing Psychiatric Emergencies: A Brief Guide for the Intern"** George Washington University Department of Psychiatry, Annual Lecture, June 2018
- **"Violence Risk: Practice Relevance"** George Washington University Department of Psychiatry, Grand Rounds, January 2018
- **"Risk Factors for Terrorism: A Literature Review"** St. Elizabeths Hospital Forensic Psychiatry Fellowship, Washington, D.C., Presentation, May 2017
- **"The Appropriateness of Psychiatric Diagnosis and Psychotropic Medication Prescribing"** St. Elizabeths Hospital Forensic Psychiatry Fellowship, at the Washington, D.C. Department of Corrections, QI Study Presentation, December 2016
- **"The Appropriateness of Psychotropic Prescribing Practices"** Unity Health Care, Inc., at the Washington, D.C. Department of Corrections, QI Study Presentation, December 2010
- **"Psychiatric Disorders and Treatment Options"** Unity Health Care, Inc. at the Washington, D.C. Department of Corrections, Quarterly Mental Health Correctional Officer's Training, November 2009 to June 2016
- **"Interactions Between ART and Psychiatric Medications"** with Andrew Catanzaro, M.D., Unity Health Care, Inc., Washington, D.C. Department of Corrections Provider Meeting, May 2010
- **"America Can't Afford to Wait for Healthcare Reform"** Health Reform Town Hall, U.S. Representative Ed Towns, May 2009 **"The Man Who Can't Stop Swallowing Sharp Objects: Medical Ethics and Management Limitations in Patients with Chronic Factitious Disorder"** Issue Workshop, American Psychiatric Association Annual Meeting, May 2008
- **"Factitious Disorder: Clinical, Ethical and Legal Management Issues"** Morbidity and Mortality Conference, November 2007
- **"Dying, Death, and Bereavement"** George Washington University Department of Psychiatry, Medical Illness Conference, August 2007
- **"Uncontrollable Swallowing: A Case Conference"** Medical Illness Conference, July 2007
- **"Near Death Experiences: A Closer Look"** George Washington University Department of Psychiatry, Grand Rounds, January 2007

## PROFESSIONAL DEVELOPMENT:

- American Academy of Psychiatry and the Law Annual Conference
- American Psychiatric Association Annual Conference
- Annual Forensic Conference at Saint Elizabeths Hospital
- American Academy of Psychiatry and the Law Board Review Course, October 2016
- Harvard Medical School, Risk Management Update for Physicians and Other Healthcare Professionals, December 2015
- Harvard Medical School, Meditation for Everyday Living and Peak Performance for Mental Health, Primary Care, and Medical/Surgical Practices, December 2014
- National Association of Community Health Centers, New Medical Director's Training, March 2012
- National Commission on Correctional Health Care (NCCHC) Medical Director Boot Camp, Boston, July 2010
- Participated in American Association of Medical Colleges minority recruitment campaign through www.aspiringdocs.org, 2006
- Don Quijote Spanish School, Beginners and Intermediate Spanish, including medical terminology, Tenerife, Canary Islands, Spain, March to May 2005
- American Psychiatric Association Program for Minority Research Training in Psychiatry Mini-Fellowship, May 2005

## PROFESSIONAL MEMBERSHIPS:
American Psychiatric Association
American Academy of Psychiatry and the Law
National Commission on Correctional Health Care

## LANGUAGE PROFICIENCY:
Fluent in English.
Beginners level Spanish

## REFERENCES PROVIDED UPON REQUEST

Exhibit B

**Sharen E. Barboza, Ph.D., CCHP-MH, CiWPP**
**Licensed Clinical Psychologist**
*NY License #15436 / FL License #PY9637*
www.sharenbarboza.com

### EDUCATION

**Fairleigh Dickinson University**, Teaneck, New Jersey

| | |
|---|---|
| *Ph.D., Clinical Psychology* | 9/2001 |
| Dissertation | 2/2001 |

Discriminant validity of the Abel Screen for Sexual Interest in juvenile sex offenders who admit and deny their offenses

**Tufts University**, Medford, Massachusetts

| | |
|---|---|
| *M.S., Experimental Psychology* | 5/1994 |
| *B.S., Psychology*, Cum Laude, Magna Cum Laude en thesi | 5/1992 |

### CERTIFICATIONS

**Certificate in Wholebeing Positive Psychology**

| | |
|---|---|
| *Wholebeing Institute* | 9/2019 |

### HONORS/AWARDS

**2018 B. Jaye Anno Award of Excellence in Communication**

| | |
|---|---|
| *National Commission on Correctional Health Care* | 10/2018 |

This award pays tribute to innovative, well-executed communications that have had a positive impact on the field of correctional health care, or to individuals for bodies of work. The award is named after NCCHC's cofounder and first vice president. https://www.ncchc.org/excellence-in-communication-2018

### WORK EXPERIENCE

**Vice President**
**Mental Health**

| | |
|---|---|
| *Centurion (Previously MHM/Centurion)*, Vienna, Virginia | 5/2018-Present |

Supervisor:  Steven Wheeler, Chief Executive Officer

Oversee mental health services provided by the company.  Supervise the Clinical Operations mental health team, audit clinical services and contract/standards compliance of mental health services being provided within correctional and forensic settings.  Provide oversight of our community-based alternatives to incarceration programs in Connecticut and our conditional release programs in California.  Create and collaborate on the development of therapeutic program curricula for seriously mentally ill individuals, individuals who engage in self-injury, and sexual offenders. Develop and deliver training programs to mental health, medical, and corrections professionals.  Provide consultation to correctional systems regarding mental health, behavior change and sexual offender programming.  Assist with proposal development and supervise clinical operations staff.

## Sharen Barboza Correctional Consulting

*Sole Proprietor*                                                                 5/2013-Present

Provide consultation to correctional systems on behavioral and mental health services. Conduct a comprehensive analysis of current services and programs, comparing those to national standards.  Offer training for clinical and correctional staff on the implementation of behavioral health programs and services including self-injury reduction, suicide prevention, managing mental illness in corrections, correctional stress/burnout, and other topics as requested. Provide expert witness evaluation, consultation, and opinion.

## Vice President
### Clinical Operations – Mental Health

*MHM Services, Inc.*, Vienna, Virginia                                            9/2014-5/2018

<u>Supervisors</u>:  Jane Haddad, Psy.D.; Julie Mueller, RN, MBA

Oversaw national clinical operations of mental health services provided by the company.  Supervised the Clinical Operations mental health team, audited clinical services and contract/standards compliance of mental health services being provided within correctional and forensic settings.  Created and collaborated on the development of therapeutic program curricula for seriously mentally ill individuals, individuals who engage in self-injury, and sexual offenders.  Developed and delivered training programs to mental health, medical, and corrections professionals.  Provided consultation to correctional systems regarding mental health, behavior change and sexual offender programming.  Assisted with new business development.

## Director of Clinical Operations

*MHM Services, Inc.*, Vienna, Virginia                                            10/2008-9/2014

<u>Supervisor</u>:  Jane Haddad, Psy.D.

Served as a director of the clinical operations team, overseeing the auditing of clinical services and contract compliance of mental health services being provided within correctional and forensic settings.  Created and collaborated on the development of therapeutic program curricula for seriously mentally ill individuals, individuals who self-injure and sexual offenders.  Developed and deliver training programs to mental health, medical health, and corrections professionals.  Provided consultation to correctional systems regarding mental health, behavior change and sexual offender programming.  Assisted with new business development and supervision of clinical operations staff.

## Senior Clinical Operations Specialist

*MHM Services, Inc.*, Vienna, Virginia                                            2/2007-10/2008

<u>Supervisor</u>:  Jane Haddad, Psy.D.

Served as a senior member of the clinical operations team, auditing clinical services and contract compliance of mental health services being provided within correctional and forensic settings.  Created and collaborated on the development of therapeutic program curricula; developed and delivered training programs to mental health, medical health, and corrections professionals; and provided consultation to correctional systems regarding mental health and sexual offender programming.

## Director, Sex Offender Treatment Program

*NYS OMH & Central New York Psychiatric Center*, Marcy, New York                    11/2005-2/2007

<u>Deputy Commissioner:</u> Richard Miraglia, C.S.W.

<u>Executive Director</u>:  Donald Sawyer, Ph.D., MBA

Served as clinical expert consultant in the development of the Sex Offender commitment initiative in New York.  Consulted to the Division of Forensic Services in the development of the comprehensive evaluation and treatment process for civilly committed sex offenders in New York State. Consulted to the Commissioner of OMH and the Department of Budget regarding this initiative.  Provided weekly consultation, staff training, and clinical supervision to multidisciplinary teams at Manhattan Psychiatric Center and Kirby Forensic Psychiatric Center.   Made contacts and visited with civil commitment programs in other states and developed an inpatient treatment program for this population including intake assessment process and outcome measurements.  Participated in all aspects of program development: consulting on construction, developing and implementing policy, hiring staff, creating staff training programs, coordinating risk assessments, supervising clinical and direct care staff, preparing clinicians for court testimony, and overseeing community reintegration planning

## Chief Psychologist

*Central New York Psychiatric Center*, Marcy, New York                    1/2004-2/2007

<u>Executive Director</u>:  Donald Sawyer, Ph.D., MBA

Served as Chief of Psychology Department for a state psychiatric facility treating patients incarcerated within New York State; developed, monitored, and maintained standards of performance for psychologists throughout the system; developed policies and procedures related to the delivery of psychological services (e.g., suicide risk assessment and prevention, violence risk assessment and prevention, behavioral management policies and programs, special housing unit (SHU) services, psychological assessment); provided supervision to psychologists and psychology student interns; developed and conducted research regarding initiatives and programs; coordinated system-wide risk assessment initiative; coordinated system-wide implementation and maintenance of behavioral management program; recruited and hired psychologists; consulted to physicians, administration, and risk managers with regard to public safety, accreditation, and quality of care.

## Licensed Psychologist/ Psychologist II

*Bedford Hills Correctional Facility*, Bedford Hills, New York                    9/2001-1/2004

<u>Supervisors</u>:  Carolyn Subin, Ph.D., David Stang, Ph.D.

Provided individual psychotherapy to incarcerated women at a maximum security correctional facility; conducted assessments of suicidal and homicidal ideation & intent; provided mental health consultation and assessment to women in solitary confinement; consulted to Department of Corrections regarding mentally ill inmates with lengthy confinement sanctions; provided supervision to Ph.D. level psychologists for licensure; provided mental health training to Department of Corrections staff; participated in crisis intervention and inpatient referral process.

**Sex Offender Risk Assessment Consultant**

*Juvenile Sexual Offender Treatment Program*

*Westchester Jewish Community Services*, Hartsdale, New York                    8/2001-10/2003

> Supervisor:  Kenneth Lau, CSW
>
> Assessed the re-offense risk for adolescents accused of committing sexual offenses within Westchester County, NY; provided pre-sentencing consultation to the courts regarding supervision and treatment needs as well as further assessments and/or agency involvement

**Director, Adolescent Sexual Abuse Program**

*Iowa State Training School for Boys*, Eldora, Iowa                    1/1995-8/1996

> Supervisor:  William Fields, Clinical Director
>
> Treated adolescent male offenders & victims of sexual abuse using group and individual therapy; assessed adolescents; supervised staff of 15-20 and provided training; provided sex education to delinquent male adolescents; received 175 hours of training meeting certification requirements as Sex Offender Treatment Provider for the State of Iowa. Clinical populations included: BD, LD, ADD, ADHD, Pedophilia, Oppositional-Defiant Disorder, Conduct Disorder.

## EDITORIAL DUTIES

### International Journal of Prisoner Health

*Editorial Board Member*                    10/2013-Present

### Journal of Correctional Health Care

*Reviewer*                    10/2018-Present

## COMMITTEE MEMBERSHIPS/AFFILIATIONS

### NCCHC Correctional Health Foundation Board of Trustees

*Board Member*                    4/2019-Present

> National Commission on Correctional Health Care

### Education Committee

*Member*                    10/2018-Present

> National Commission on Correctional Health Care

### Certified Correctional Healthcare Professionals (CCHP) Mental Health Subcommittee/Task Force

*Member*                    1/2014-Present

> National Commission on Correctional Health Care

### Certified Correctional Healthcare Professionals (CCHP) Board of Trustees

*Appointed Trustee*                    3/2014-11/2017

> National Commission on Correctional Health Care

### Mental Health Subcommittee

*Member*                    4/2013-4/2017

> American Correctional Association

SPECIALIZED TRAINING

**Leading from Your Strengths:  Positive Psychology and Professional Development**
*Kripalu Center for Yoga and Health*
M. Sirois, Psy.D.                                                              11/2017

**The Prison Rape Elimination Act: Understanding the Law and How to Meet Compliance**
*National Commission on Correctional Healthcare*
A. Moss                                                                       10/2012

**Sex Offender Treatment**
*NYS Office of Mental Health, Division of Forensic Services*
A. Schlank, Ph.D.                                                             2/2007

**PCL-R Training**
R. Hare, Ph.D., A. Forth, Ph.D.                                               11/2006

**Using the Structured Risk Assessment Model to Guide Treatment Planning**
D. Thornton, Ph.D., R. Mann, M.Sc. L. Daniels, MSSW                           9/2006

**Penile Plethysmography Training – Level I & Level II**
*Monarch -- Behavioral Technologies Inc.*, Salt Lake City, UT
P. Byrne, Ph.D.                                                               6/2006

**Sex Offender Risk Assessment**
*NYS Office of Mental Health, Division of Forensic Services.*
D. Doren, Ph.D., D. Epperson, Ph.D., D. Anderson, Ph.D.                       3/2006

**Legal/Ethical Issues in Mental Health**
*Specialized Training Services, Inc.*
Philip Resnick, MD                                                           6/2004

**Risk Assessment of the Mentally Ill**
*Specialized Training Services, Inc.*
Philip Resnick, MD                                                           6/2004

**Intensive DBT Training**
*Behavioral Tech, Inc.*
Cindy Sanderson, Ph.D.                                                        10/2001

TEACHING EXPERIENCE

**Facilitator for Executive Manager in Correctional Healthcare Training (EMCHT)**
*National Institute of Corrections*, Aurora, Colorado                         5/2014-9/2015

**Adjunct Professor**
*Hamilton College*, Clinton, New York                                        1/2005-5/2005

**Instructor**
*Marist College*, Goshen Extension Site, Goshen, New York                     5/2001-8/2001
*Fairleigh Dickinson University*, Teaneck, New Jersey                         5/1997–12/1998

## Adjunct Instructor

*Correctional Release Center*, Newton, Iowa                                                                      8/1994-1/1995

*Des Moines Area Community College*, Ankeny, Iowa                                                   9/1994-12/1994

## PUBLICATIONS

Barboza, S., Blair, R., Cook, G., Elliott, W., and Kern, E. (2019).  *Suicide Prevention and Resource Guide: National Response for Suicide Prevention in Corrections*.  Chicago, IL.  National Commission on Correctional Health Care.  www.ncchc.org/suicide-prevention-plan

Boren, E. A., Folk, J. B., Loya, J. M., Tangney, J. P., Barboza, S. E. and Wilson, J. S. (2018), The Suicidal Inmate: A Comparison of Inmates Who Attempt Versus Complete Suicide.  *Suicide and Life Threatening Behavior*, 48(5), 570-579. DOI: 10.1111/sltb.12374

Folk, J. B., Loya, J. M., Boren, E. A., Tangney, J. P., Wilson, J. S., & Barboza, S. E. (in press). Differences between inmates who attempt suicide and who die by suicide: Staff-identified psychological and treatment-related risk factors. *Psychological Services.*

Folk, J. B., Disabato, D. J., Daylor, J. M., Tangney, J. P., Barboza, S., Wilson, J. S., Bonieskie, L., & Holwager, J. (2016). Effectiveness of a Self-Administered Intervention for Criminal Thinking: Taking a Chance on Change. *Psychological Services*, 13(3), 272-82.

Barboza, S. (2016).  Elevating personality disorders:  Changes and challenges in treating incarcerated patients.  *The International Association for Correctional and Forensic Psychology Newsletter*, 48(2), 11-12.

Disabato, D., Folk, J. Wilson, J.S., Barboza, S., Daylor, J. & Tangney, J.  (2015).  Psychometric validation of a simplified form of the PICTS in low-reading level populations.  *Journal of Psychopathology and Behavioral Assessment*,38(3), 456-64.

Andrade, J.T., Wilson, J.S., Franko, E., Deitsch, J. & Barboza, S. (2014).  Developing the Evidence Base for Reducing Chronic Inmate Self-Injury: Outcome Measures for Behavior Management.  *Corrections Today*, 76(6), 30-35.

Barboza, S. & Wilson, J. (2013).  Your Patient is My Patient:  The Need for Integrated Medical-Mental Health Care for Inmates with Serious Mental Illness.  *CorrDocs*, 17(5).

Barboza, S. & Wilson, J.S. (2011).  Behavior Management Plans Decrease Inmate Self-Injury. *Corrections Today*, 73(5).

Wilson, J. & Barboza, S. (2010). The Looming Challenge of Dementia in Corrections. *CorrectCare*, 24(2), 12-14.

Way, B. B., Sawyer, D. A., Barboza, S., & Nash, R. (2007). Inmate suicide and time spent in special disciplinary housing in New York state prison. *Psychiatric Services*, 58, 558-560.

Abel, G. G., Jordan, A., Rouleau, J. L., Emerick, R., Barboza-Whitehead, S., and Osborn, C. (2004). The use of visual reaction time to identify male adolescent child molesters and the frequencies of their acts. *Sexual Abuse: A Journal of Research and Treatment*, 16 (3), 255-265.

**PRESENTATIONS**

Barboza, S. "Understanding Personality Disorders: Practical Insights for Nurses" Workshop presented at the National Commission on Correctional Healthcare Conference, October 2019, Fort Lauderdale, FL.

Barboza, S. "Self-Injurious Behavior and Trauma Informed Care" Keynote at Health Care in Secure Settings Conference, Justice Health and Forensic Mental Health Network, May 2019, Sydney, Australia.

Barboza, S. "Vicarious Trauma and Self-Care" Keynote at Health Care in Secure Settings Conference, Justice Health and Forensic Mental Health Network, May 2019, Sydney, Australia.

Masotta, M. & Barboza, S. "Bipolar Disorder, Borderline Personality Disorder and PTSD: Improving Diagnostic Accuracy" Workshop presented at the National Commission on Correctional Healthcare Conference, April 2019, Nashville, TN.

Riley, K. & Barboza, S.  "Continuous Quality Improvement:  Strategies to Measure Change" Pre-Conference Workshop presented at the National Commission on Correctional Healthcare Conference, April 2019, Nashville, TN.

Cox, J & Barboza, S.  "An In-Depth Review of NCCHC's 2015 Standards for Mental Health Services" Pre-Conference seminar at National Commission on Correctional Healthcare Conference, November 2017, Chicago, IL; October, 2018, Las Vegas, NV; April 2019, Nashville, TN and October, 2019, Fort Lauderdale, FL.

Barboza, S "Hazardous Duty:  The Invisible Effects of Working in Corrections" Workshop presented at the National Commission on Correctional Healthcare National Conference, October 2015, Dallas, TX and October, 2019, Fort Lauderdale, FL.

Barboza, S & Riley, K.  "Continuous Quality Improvement:  Strategies to Measure Change" Pre-Conference Workshop presented at the National Commission on Correctional Healthcare Conference, October 2018, Las Vegas, NV.

Barboza, S., Andrade, J.T., & Wilson, J.S.  "Trauma in the Practice of Correctional Medicine." Workshop presented at the American College of Correctional Physicians Fall Conference, October, 2018, Las Vegas, NV.

Barboza, S. "Strategies for Understanding and Working with Personality-Disordered Patients." Workshop presented at the National Commission on Correctional Healthcare Conference, October 2018, Las Vegas, NV.

Barboza, S. "The Value of Positivity in Correctional Mental Health."  Workshop presented at the National Commission on Correctional Healthcare Conference, October 2018, Las Vegas, NV.

Gibson, B., Kern, E., Barboza, S. "The National Response Plan for Suicide Prevention in Corrections."  Workshop presented at the National Commission on Correctional Healthcare Conference, October 2018, Las Vegas, NV.

Barboza, S.  "Measuring Mental Health Treatment Outcomes: Building an Evidence Base" Conference Workshop presented at the National Commission on Correctional Healthcare Spring Conference, April 2018, Minneapolis, MN.

Barboza, S. & Wilson, J.S.  "Trauma-Informed Care:  How We Can Better Support Our Patients" Pre-Conference Workshop presented at the National Commission on Correctional Healthcare Spring Conference, April 2018, Minneapolis, MN.

Barboza, S.  "Continuous Quality Improvement:  Strategies to Measure Change" Pre-Conference Workshop presented at the National Commission on Correctional Healthcare Spring Conference, April 2018, Minneapolis, MN.

Barboza, S.  "CCHP-MH Exam Content Review Course" National Commission on Correctional Healthcare sponsored webinar, April 12, 2018.

Barboza, S.  "Use of Behavior Management Plans to Reduce Self-Injury."  National Commission on Correctional Healthcare sponsored webinar, February 21, 2018.

Barboza, S. "Practical Behavior Management Strategies:  Decreasing Self-Injurious Behavior" Luncheon presentation at the National Commission on Correctional Healthcare Mental Health Care Conference, July 2017, Las Vegas, NV

Barboza, S. "CCHP-MH Content Review Course."  Workshop at the National Commission on Correctional Healthcare Mental Health Care Conference, July 2017, Las Vegas, NV

Barboza, S. & Kearns, J.D. "Crisis Intervention:  Planning and Implementing Effective Strategies."  Workshop at the National Commission on Correctional Healthcare Mental Health Care Conference, July 2017, Las Vegas, NV

Barboza, S & Puerini, M.  "Personality Disorder in Corrections – Affliction, Identity, Label" Workshop at the National Commission on Correctional Healthcare Conference, October 2016, Las Vegas, NV

Barboza, S. "Strategies for Understanding and Working with Personality-Disordered Patients" Workshop at the National Commission on Correctional Healthcare Correctional Mental Health Care Conference, July 2016, Boston, MA.

Barboza, S. Wilson, J.S., McGinty, M., and Brown, L.  "Creating Practice-Based Evidence for Mental Health Treatment in Corrections" Workshop presented at the National Commission on Correctional Health Care National Conference, October 2015, Dallas, TX.

Barboza, S "Hazardous Duty:  The Invisible Effects of Working in Corrections" Workshop presented at the National Commission on Correctional Healthcare Spring Conference, April 2015, New Orleans, LA.

Barboza, S. & McGinty, M.  "Practice-Based Evidence:  Creating Evidence for Mental Health Treatment in Corrections" Workshop presented at the American Correctional Health Services Association National Conference, March 2015, Orlando, FL.

Barboza, S. & Wilson, J.S.  "Hazardous Duty:  The Invisible Effects of Working in Corrections" Workshop presented at the American Correctional Health Services Association Multidisciplinary Educational Conference, March 2014, New Orleans, LA.

Barboza, S. & Ammons, L.  "How Can I Tell If It's Working:  Measuring Mental Health Treatment Outcomes."  Workshop presented at the American Correctional Association Winter Conference, January 2014, Tampa, FL.

Simpson, M. & Barboza, S. "Times They Are a Changing:  DSM-5 and the Impact on Corrections."  Workshop presented at the American Correctional Association Winter Conference, January 2014, Tampa, FL.

Wilson, J.S., Barboza, S. & Andrade, J.  "Behavior Management:  Strategies for Individual and Group Programs."  Workshop presented at National Commission on Correctional Health Care Correctional Mental Health Care Conference, July 2013, Las Vegas, NV.

Barboza, S.  "Mental Health in Corrections:  An Overview for Health Care Leaders" Workshop presented at Correctional Health Care Leadership Institute, July 2012, Chicago, IL.

Shaw-Taylor, E.; Baker, M.; Tyler, C. & Barboza, S.  "Taking a Chance on Change:  In-Cell Programming Success in Maryland" Workshop offered at American Correctional Association Congress of Corrections, July, 2012, Denver, CO.

DeGroot, J.; Cadreche, M.; & Barboza, S.  "Managing Self Harm by Standardizing the Definition, Tracking its Prevalence, and Using a Behavioral Plan" Workshop presented at Academic & Health Policy Conference on Correctional Health, March, 2012.

DeGroot, J.; Thompson, J. M.; Jackson, J. & Barboza, S.  "It's Not Mental Illness, It's Just Behavior: Identifying and Treating Personality Disorders Rather Than Dismissing Them" Workshop presented at Academic & Health Policy Conference on Correctional Health, March, 2012.

Barboza, S. & Wilson, J.S.  "Evidence for the Efficacy of Behavioral Interventions in Reducing Self-Injury" Workshop offered at NCCHC Conference, May, 2011, Phoenix, AZ.

Barboza, S. & Wilson, J.S.  "Real Results: Successful Reduction in Self-Injury in Correctional Settings."  Workshop offered at American Correctional Health Services Association Conference, April, 2011, Orlando, FL.

Barboza, S. & Wilson, J.S.  "Let's Get Practical:  Real Answers to Inmate Self-Injury."  Workshop offered at North American Association of Wardens and Superintendents Conference, April, 2011, Baton Rouge, LA.

Barboza, S. & Wilson, J.S. "Behavior Management – Effective Reduction in Self-Injury." Workshop offered at American Correctional Association Winter Conference, February, 2011, San Antonio, TX.

Wilson, J.S. & Barboza, S. "Addressing the Rising Prevalence of Dementia in Inmate Populations" Pre-Conference Seminar offered at Updates in Correctional Healthcare, National Commission on Correctional Health Care sponsored, April, 2010, Nashville, TN.

Wilson, J.S.; Barboza, S.; & Andrade, J. "Ending It All:  Data Informed Suicide Prevention." Presentation at Updates in Correctional Healthcare, National Commission on Correctional Health Care sponsored, April, 2010, Nashville, TN.

Barboza, S. & Wilson, J.S. "Bringing Recovery Inside the Walls: Recovery-Oriented Treatment Plans."  Presentation at CMHS National GAINS Center Conference, February, 2010, Orlando, FL.

Wilson, J.S. & Barboza, S. "In Search of Solutions:  Does Behavior Management Work?" Presentation at ACHSA Multidisciplinary Professional Development Conference, February 2010, Portland, OR.

Barboza, S. "Mental Health Risk Management."  Invited speaker, Academy of Correctional Health Professionals Regional Seminar, June, 2009, Farmington, CT.

Barboza, S. "Mental Health Risk Management."  Invited speaker, Academy of Correctional Health Professionals Regional Seminar, May, 2009, Fairfax, VA.

Andrade, J. T. & Barboza, S. "Taking a Chance on Change: Treating Offenders in Restricted Housing."  Presentation at Mental Health in Corrections Conference, Forest Institute sponsored, April, 2009, Kansas City, MO.

Barboza, S. "Prison Rape Elimination Act & Draft Standards:  Implications for Mental Health Practice."  Presentation at Caulking the Seams of Continuity Conference, Drexel University Behavioral Healthcare Education, December 2008, Grantville, PA.

Barboza, S. "Documenting Progress:  Writing Good Progress Notes Based on Good Treatment Plans."  Presentation at Unlock the Mystery Conference, Indiana Department of Corrections, June 2008, Indianapolis, IN.

Wilson, J.S., and Barboza, S. "Autonomy, Safety, and Connection:  Ethical Challenges in Working with Self-Injurious Inmates" Presentation at Mental Health in Corrections Consortium Symposium, April 2008, Kansas City, MO.

Barboza, S. "Strategies for Modifying Programming for Inmates Significantly Impaired by Mental Illness" Presentation at National Conference on Correctional Health Care, NATIONAL COMMISSION ON CORRECTIONAL HEALTH CARE sponsored, October 2007, Nashville, TN.

Abel, G. G., Barboza-Whitehead, S., & Rouleau, J. L. "Usefulness of Visual Reaction Times with Adolescents." Paper presentation at Association for the Treatment of Sexual Abusers Conference, October 2003, Saint Louis, MO

Barboza-Whitehead, S., Abel, G. G., & Reddy, L. A. "A Model for Discriminating Juvenile Sex Offenders Who Deny from Those Who Admit Using the Abel Screen for Sexual Interest." Poster presented at Association for the Treatment of Sexual Abusers Conference, September 1999, Lake Buena Vista, FL

**POSTER**

Folk, J. B., Disabato, D. J., Daylor, J. M., Tangney, J. P., Bonieskie, L.,... Barboza, S. & Wilson, J. S. (2017, November). Effectiveness of a self-administered intervention for criminal thinking among inmates in restrictive housing. Poster to be presented at the Annual Meeting of the Association for Behavioral and Cognitive Therapies, San Diego, CA.

Exhibit C

**WILLIAM J. TREZVANT**
98 Ethel Drive, Portsmouth, RI 02871
(401) 487-8262   ●   wtrezvant@hotmail.com

## BAR ADMISSIONS:

2010 - United States District Court of Rhode Island
2000 - State of Rhode Island
1996 - State of Connecticut

## PROFESSIONAL EXPERIENCE:

2019 –Present

**Trezvant Law Group LLC**

Represented clients in criminal, civil and family law in State and Federal Court in Rhode Island.

2002 - 2019

**Rhode Island Department of Attorney General - Special Assistant**

2002-2004: *District Court Unit* - Prosecuted bail hearings, violation hearings and misdemeanor cases in the District Court, Rhode Island Traffic Tribunal.

2004-2009: *Narcotic and Organized Crime Unit* - Criminal Division, Supervised defendants in Drug Court.

2009-2012: *General Criminal Trial Calendar* - Prosecuted felony criminal cases in the Superior Court.

2012-2014: *Intake Unit (Felony Screening)* - Screened all Non-Grand Jury felony cases for prosecution in Superior Court for Providence County.

2014-2016: *Daily Criminal Calendar* - Prosecuted probation and bail violations in Courtroom 14, Providence County Superior Court.

2016-2019: *General Criminal Trial* Calendar - Prosecuted felony criminal cases, in Superior Court.

2001- 2002

**Rhode Island Department of Administration - Budget Analyst**

Analyzed and made recommendations for $330 million dollar operating budget for the Department of Transportation and the Rhode Island Public Transit Authority; analyzed and assessed the financial impact of proposed legislation from the Rhode Island House of Representatives and from the Rhode Island Senate on behalf of the Governor of Rhode Island.

2000

**Governor's Rhode Island Commission on Police and Community Relations**

Wrote an advisor opinion for the commission on the use of deadly force by police.

1999 - 2001

**Law Office of William Trezvant**

Private Practice - Represented clients in the District Court on criminal matters.

William J. Trezvant
2.2

1996-1999 **Foxwoods Resort and Casino, Connecticut - Assistant Counsel**

Reviewed, negotiated and drafted construction, management and entertainment contracts. Reviewed currency transaction reporting. Trained gaming employees. Liaison to various Federal, State and local government agencies, the Justice Department, the Internal Revenue Service and the Connecticut Attorney General's Office.

**PROFESSIONAL ACTIVITIES AND AWARDS:**

2018 - Present Rhode Island Legal Services Inc. - Board of Directors

2014 – Present Thurgood Marshall Law Society (minority lawyers association) - President

2014 -2019 RI Urban Debate League (inner city debate program) - Board of Directors

2008-2009 Roger Williams University - Board of Advisors

2008-2019 Protestant Committee of Scouting - Chairperson

2006 Whitney Young Award - Boy Scouts of America

2005-2009 Thurgood Marshall Law Society (minority lawyers association) - President

2005-2008 Narragansett Council Boy Scouts of America Scout Outreach Program - Vice President

2001 - Present National Association for the Advancement of Colored People - Member

2001 - Present National Eagle Scout Association - Member/Eagle Scout

2001 - Present Boy Scouts of America (Narragansett Council) - Board of Directors

**EDUCATION:**

1991-1994 College of William & Mary, Marshall-Wythe School of Law, J.D.

1987 - 1991 University of Rhode Island, BS in Accounting

Exhibit D

**Michael F. Ryan, Jr.**
**79 Pilgrim Drive, Warwick, RI 02888**
**Phone (Cell): 401.258.9751**
**Email: mryan258@gmail.com**

<u>**EXPERIENCE**</u>

**Duffy & Sweeney, Ltd. – Providence, RI (January 2019 – Present)**

   *Associate Attorney*

   • Drafted pleadings, memoranda in support of various motions, and conducted legal research in support of
     firm's representation of clients in various complex commercial litigation matters.
   • Advised client in negotiations with municipal and state government agencies regarding economic incentives
     for significant Opportunity Zone real estate development.
   • Co-founded firm's government relations practice.
   • Developed and executed government relations strategies and represented clients before General Assembly and
     state regulatory agencies.

**Advocacy Solutions LLC – Providence, RI (September 2008 – Present)**

   *Manager of Public Affairs and Government Relations (September 2008 – December 2018)*

   • Provided strategic government relations counsel to diverse client roster, including large multistate companies
     operating in Rhode Island and small non-profit organizations.
   • Led client negotiations regarding compromise legislation among various interested parties.

<u>**EDUCATION**</u>

**University of Massachusetts School of Law – Dartmouth, MA**
   Juris Doctor, May 2018 (GPA: 3.827)

   *Honors and Activities*
   • Summa Cum Laude
   • Executive Notes Editor, *University of Massachusetts Law Review*, (May 2017 – May 2018)
   • Student Fellow, Community Development Clinic (August 2017 – December 2017)
   • Instructional Assistant, Prof. Richard Peltz-Steele (August 2015 – May 2016)

   *Publication*
   • *Too Clever by Half: Commanding the Nonuse of State Authority to Regulate Health Benefits in the ACA*, 12
     U. MASS. L. REV. 326 (2017).

**University of Rhode Island – Kingston, RI**
   Bachelor of Arts in Political Science, May 2008 (GPA: 3.85)

   *Honors and Activities*
   • Summa Cum Laude; Phi Beta Kappa

<u>**BAR MEMBERSHIP**</u>

   *Rhode Island*

<u>**PROFESSIONAL AND COMMUNITY INVOLVEMENT**</u>

   *Member, Rhode Island Bar Association Business Organizations Committee*
   *Member, Greater Providence Chamber of Commerce Government Affairs Committee*

Exhibit E

# Braxton H. Medlin

919.824.0464| braxmed@gmail.com | 391 Wood St. Bristol, RI 02809

---

**EDUCATION:**

| | |
|---|---|
| **Roger Williams University School of Law** | Bristol, Rhode Island |
| *Juris Doctor* | May 2019 |

Transferred from Charlotte School of Law, December 2016

*Honors*:      Member, Trial Team; CALI Award for Highest Grade in Trial Advocacy; Dean's Scholar; Recipient, 2019 Public Interest Award; Recipient, Jurisprudence Scholarship

*Activities*:    President, Student Bar Association; Black Law Students Association; The Alliance

| | |
|---|---|
| **North Carolina A&T State University** | Greensboro, North Carolina |
| *Bachelor of Arts in Romance Languages (Spanish)* | December 2011 |

*Honors*:      Sigma Delta Pi; Dean's List

*Study Abroad*:  El Tec de Monterrey, Campus Queretaro, Mexico

**LEGAL EXPERIENCE:**

| | |
|---|---|
| **Colorado State Public Defender** | Centennial, Colorado |
| *Contract Public Defender* | August 2019 – October 2019 |

Argued motions, probation hearings, and bond hearings. Negotiated agreements with the district attorney and probation officers. Drafted and argued motions.

| | |
|---|---|
| **RWU Law Criminal Defense Clinic** | Providence, Rhode Island |
| *Student Attorney* | January 2019 – June 2019 |

Appeared in RI District Court and Traffic Tribunal as a student attorney under Rule 9. First-chaired trial at the Rhode Island Traffic Tribunal. Conducted initial interviews and counseling sessions with clients. Conducted research and investigations prior to pretrial. Negotiated with prosecutors. Drafted motions, memorandums, and closing letters to clients.

| | |
|---|---|
| **Mecklenburg County Public Defender's Office** | Charlotte, North Carolina |
| *Certified Summer Legal Intern – McMillan Legal Fellow* | May 2018 – August 2018 |

First-chaired a bench trial. Argued motions, probation hearings, and release (bond) hearings under NC Practice Rule. Drafted questions for voir dire. Negotiated agreements with the district attorney and probation officers. Conducted research about abolishing money bail. Met regularly with attorneys to discuss trial strategies, case management, and review court procedures.

| | |
|---|---|
| **Federal Public Defender – District of Delaware** | Wilmington, Delaware |
| *Alternative Spring Break Volunteer* | March 2018 |

Drafted statement of facts for a suppression motion. Drafted a sentencing memo. Observed oral arguments at the United States Court of Appeals for the Third Circuit.

| | |
|---|---|
| **Guilford County Public Defender's Office** | High Point, North Carolina |
| *Summer Legal Intern* | May 2017 – August 2017 |

Conducted client intake in Spanish. Reviewed and analyzed discovery to identify potential issues and relevant evidence. Helped prepare clients and witnesses for trial by explaining evidence, trial procedure, and reviewing discovery. Reviewed plea offers and transcripts.

| | |
|---|---|
| **Catholic Social Services – ILEAP** | Fall River, Massachusetts |
| *Alternative Spring Break Volunteer* | March 2017 |

Helped prepare applications for persons seeking relief under the Deferred Action for Childhood Arrivals (DACA) immigration policy. Translated documents for Special Immigrant Juvenile (SIJ) applications. Attended community presentation on DACA.

**LEGAL EXPERIENCE (continued):**

**Coalter Law, PLLC**                                          Greensboro, North Carolina
*Paralegal*                                                   August 2014 – August 2016
    Interpreted for attorneys during jail visits and initial intakes. Conducted initial client intake process. Prepared discovery motions and client correspondence and filed appropriate documents.

**FaithAction International House**                            Greensboro, North Carolina
*Immigration Legal Assistant*                                 August 2014 – December 2014
    Managed organization and execution of 60-80 immigration cases. Performed legal research, organized evidence, and drafted correspondence for supervising attorney and clients.

**PROFESSIONAL EXPERIENCE:**

**AmeriCorps ACCESS Project**                                 Greensboro, North Carolina
*Member/Family Support Specialist at Centro La Comunidad*     September 2011 – August 2013
    Provided direct client services including family case management, information and referrals focused on health, safety and family finances in Spanish. Advocated on behalf of individual clients, families and the community at large. Coordinated community outreach activities and programs, including public education events and regularly distributed informational updates and newsletter.

**LANGUAGE:** Fluent in Spanish.

Exhibit F

**Sofia A. Millham**

**PROFESSIONAL SUMMARY**

Paralegal professional with over 10 years of experience in Federal and State litigation. Significant experience in civil rights litigation, immigration law, employment law and benefits administration.

**PROFESSIONAL EXPERIENCE**

**City and County of San Francisco, San Francisco Employees' Retirement System**
**9/2014 – Present**
*Senior Management Assistant*
Assist the Deputy Executive Director for the San Francisco Employees' Retirement System in managing the Operations, Accounting and Deferred Compensation Divisions of the Retirement System.

- Provide legal support to Operations Staff as issues arise.
- Ongoing analysis of current policies and procedures.
- Provide litigation support on active cases which involve the Retirement System.
- Acting Board Secretary for the San Francisco Retiree Health Care Trust Fund.

**City and County of San Francisco, Office of the City Attorney**
**9/2010 – 9/2014**
*Legal Secretary I, Child and Family Services*
Assisted a team of six attorneys in all aspects of case management for litigation in Family and State Appellate Courts.

**Rosen Bien & Galvan, San Francisco, CA**
**5/2006-9/2010**
*Paralegal*
Responsible for the case management of over seventeen complex litigation matters and individual cases in Federal and State courts.

- Trial and hearing preparation in Federal Court.
- Legal Research.
- Extensive correspondence with clients, one civil rights case had over 35,000 class members.
- Supervised and trained new paralegals and other support staff.

**Van Der Hout, Brigagliano & Nightingale, LLP**
**3/2003-6/2005**
*Team Legal Assistant*
Assisted the Senior Partner and his legal team in all aspects of case management for litigation in Immigration and Federal Appellate Courts.

- Responsible for 30 client matters.

**CERTIFICATES**
**San Francisco State University**
ABA Paralegal Certification Program Spring 2010

**EDUCATION**
**University of Massachusetts, Dartmouth** August 2001
Bachelor's Degree, History

*References available upon request.*