1  REICHMAN JORGENSEN LLP
   Shawna Ballard, State Bar No. 155188
2  Kate Falkenstien, State Bar No. 313753
   100 Marine Parkway, Suite 300
3  Redwood Shores, CA 94065
   Telephone: (650) 623-1401
4  Fax: (650) 623-1449
   Email: sballard@reichmanjorgensen.com
5         kfalkenstien@reichmanjorgensen.com
   *Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. CIV S-90-0520 KJM DB P<br><br>**PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge:          Hon. Kimberly Mueller<br>Action Filed:  April 23, 1990 |

TO THE PARTIES AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff-Intervenor Christopher Lipsey moves this Court for a Temporary Restraining Order barring Defendants from conducting twice-hourly Guard One checks in his unit at Corcoran State Prison and requiring Defendants to adopt an alternative system to replace Guard One. Lipsey's motion is based on this notice; his memorandum of points and authorities; the declarations of Christopher Lipsey, Kate Falkenstien, Dr. Rafael Pelayo, Joaquin Murillo, Steve Corotan, Cesar Francisco Villa, Nick Denham, and Joseph Hernandez; exhibits attached to those declarations; and the pleadings and records on file with the Court in this action.

    Lipsey further requests an order to show cause why a preliminary injunction should not be granted.

Dated: February 14, 2020

Respectfully submitted,

/s/ Kate Falkenstien

REICHMAN JORGENSEN LLP
Shawna L. Ballard (SBN 155188)
Kate Falkenstien (SBN 313753)
100 Marine Parkway, Suite 350
Redwood Shores, California 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
sballard@reichmanjorgensen.com
kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*