**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**TEMPORARY RESTRAINING ORDER**
**(TRO)**
**CHECKLIST**

NOTE:   When filing a Motion for a TRO with the court, you must choose Motion for TRO. You must complete this document and attach it to your motion as an attachment in CM/ECF. If you have questions, please call the CM/ECF Help Desk at 1-866-884-5525 (Sacramento) or 1-866-884-5444 (Fresno).

(A)   *Check one.*   Filing party is represented by counsel   ☐

Filing party is acting in pro se   ☐

(B)   Has there been actual notice, or a sufficient showing of efforts to provide notice to the affected party? *See Local Rule 231 and FRCP 65(b).*

Did applicant discuss alternatives to a TRO hearing?

Did applicant ask opponent to stipulate to a TRO?

Opposing Party:

Telephone No.:

(C)   Has there been undue delay in bringing a TRO?

When Lipsey was assigned to the SHU in 08/2019, he had injunctive claims in Lipsey v. Norum, No. 2:18-cv-00362-KJM-DB, and counsel began assembling the evidence for a PI in that case. Judge Barnes then recommended dismissing the injunctive claims. Lipsey moved for intervention and attempted to wait for a ruling before seeking emergency relief. Because he may be released from the SHU in a month but intervention has not been granted, Lipsey now has no procedural vehicle other than a TRO.

Could this have been brought earlier?

Yes:   ☐         No:   ☒

(D)  What is the irreparable injury?


Why the need for an expedited hearing?


(E)  Documents to be filed and (unless impossible) served on affected parties/counsel:

- ☐ (1) Complaint   Proposed intervention complaint filed on 11/14/2019, Dkt. 6389-5.
- ☐ (2) Motion for TRO
- ☐ (3) Brief on all legal issued presented by the motion
- ☐ (4) Affidavit detailing notice, or efforts to effect notice, or showing why it should not be given
- ☐ (5) Affidavit in support of existence of irreparable harm
- ☐ (6) Proposed order with provision for bond
- ☐ (7) Proposed order with blanks for fixing:
    - ☐ Time and date of hearing for motion for preliminary injunction
    - ☐ Date for filing responsive papers
    - ☐ Amount of bond, if any
    - ☐ Date and hour of issuance
- ☐ (8) For TROs requested *ex parte*, proposed order shall notify affected parties they can apply to the court for modification/dissolution on 2 days notice or such shorter notice as the court may allow. *See Local Rule 231 and FRCP 65(b)*