I, Christopher Lipsey, hereby declare as follows:

1. I am the Plaintiff-Intervenor in this matter. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently hereto.

2. This Declaration is submitted in support of my Motion for a Preliminary Injunction.

3. I am currently incarcerated in the Security Housing Unit ("SHU") at Corcoran State Prison. I have been in the Corcoran SHU since August 2019.

4. In the Corcoran SHU, the officers conduct rounds of checks every thirty minutes, all day and all night. They use the "Guard One" system to log their checks. This system involves hitting a Guard One pipe against a Guard One button attached to each cell. Both the pipe and the buttons are made of metal.

5. Many officers do not even look in my cell when they walk by to log the checks. They simply hit the Guard One button and keep going.

6. There are three sections of the Corcoran SHU, each of which contains 22 cells. During each round of checks, the officer hits metal buttons on all 66 cells in the unit.

7. When the metal Guard One pipe hits the metal buttons on the cells in the Corcoran SHU, it makes a loud banging noise.

8. Officers often attempt to hit the Guard One button repeatedly, because they miss the button when they swing the first time. When the officers miss, they hit the metal of the cell surrounding the button. The extra, missed swings make more noise.

9. Officers also often hit the button harder than they need to as they get tired of conducting the checks, which makes even more noise.

10. Sometimes, the pipe makes a loud, high-pitched beep when it connects with the button. Some officers turn off the beeping at night, but others do not.

11. I can also hear the guards moving around the unit as they conduct the checks. For example, I can hear their keys clanging and their loud footsteps.

12. The noise from the checks wakes me up. I can hear the checks not just on my cell, but also on many other nearby cells. There is nothing to muffle the noise, because the cell doors are made of metal, too.

13. When a round of checks wakes me up, I have trouble falling back asleep. I anticipate the next round of checks starting, and I can't relax enough to fall asleep. And by the time I am beginning to fall asleep again, the next round of checks starts.

14. Some nights, I am exhausted enough to sleep in total for 6-7 hours, broken up into several intervals because I am repeatedly awakened by the Guard One checks. But after a night where I sleep 6 or so hours, the next night I can only sleep 2-3 hours, again broken into pieces by the checks. I normally alternate between nights where I sleep very little, and nights where I am tired enough to manage slightly more sleep.

15. I have experienced these problems each time I have been subject to the Guard One checks. I have been in units using Guard One most of the time since 2013, although I was recently in the general population for about a year starting in May 2018.

16. Exhibit A to this Declaration is a true and correct copy of the grievances I filed when I was first subject to the Guard One checks in 2013 in the Pelican Bay ASU.

17. Before the Guard One checks, I was able to sleep a normal amount, about 7-8 hours per night. (Please See Exhibit #1).

18. I have experienced medical problems from the lack of sleep, including sleep deprivation, including headaches, dizziness and sudden fainting, an increased heart rate, blurred vision, excessive

-2-

hunger, changes in weight, body cramps, irritability, anxiety, mood swings, memory loss, and inability to concentrate. Before the Guard One checks, I had never experienced these symptoms.

19. My irritability from sleep deprivation has also led to conflict in my relationship with my mother. She has cut off contact with me, causing me severe emotional distress.

20. I have been diagnosed with schizoaffective disorder, and the sleep deprivation makes my symptoms worse. When I am subject to Guard One checks, I experience more hallucinations, hear voices, and suffer greater depression and thoughts of self-harm. (Please see Exhibits #2). I have a minimum estimated release date (MERD) from the Security housing unit (SHU) where this device is used of March 2020 but I have two more pending offenses (Please see Exhibit #3)

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed this 24th day of November, 2019, in Corcoran, California.

*Christopher Lipsey Jr.*