# Exhibit 1

* Auth (Verified) *

Page 3 of 4                                                                 Date: 07-26-2012

**Mental Health Treatment Plan Part One:**

**IV. DSM IV** Numerical ☑ Last MSE 7/19/12    ☑ Last TP 2/8/12    MH1 ☐    Last MH 4 ☐

Axis I.    295.70-SCHIZOAFFECTIVE DISORDER

Axis II.   301.70-ANTISOCIAL PERSONALITY

Axis III.  999999-REFER TO UHR

Axis IV.   999999-LIFE / LONG PRISON TERM

Axis V.    999999-GAF   65, GAF: 65

**V. Problem/Symptom List**
PROBLEMS AND SYMPTOMS:

long history of substance use. Placed on DOT meds due to medications found in cell
Depression
poor coping skills
History of auditory hallucinations

**VI. Inmates Strength and Weakness, Goals**
STRENGTHS AND WEAKNESSES

STRENGTHS:

Strong cognitive skills with ability to obtain some insight from treatment
good ADLs
Able to advocate for self

WEAKNESS:

Easily influenced by others
Tends to minimize problems
Long hsitory of substance use

**VII. Discharge Plan To:**
Discharge from CCCMS level of care when stable and off psychotropic medication
for 6 months or longer. IDTT to determine when I/P meets criteria for discharge

| MENTAL HEALTH TREATMENT PLANS UPDATES, REJUSTIFICATION MH 2 [3/29/96] | LEVEL OF CARE | Last Name: LIPSEY | First Name: CHRISTOPHER | MI: |
|---|---|---|---|---|
| Part One: General, Team, MSE Diagnosis, Problems, Inmate Strengths Part Two: Problem Pages -- Results | Inpatient | | | |
| Use Insert-a-Page of MH 1 Confidential Client/Patient Information See W & I Code, Section 5328 | Outpatient | CDC#: F18039 | DOB: 06-22-1985 | |

Facility: CALIFORNIA CORRECTIONAL HEALTH CARE SYST