# Exhibit 2

* Auth (Verified) *

| Chronological Interdisciplinary Progress Notes  State of California. Department of Corrections -Pelican Bay State Prison |
|---|

Date: 12-10-2013  Time: 1000  Chart available? NO  Reason for visit? MH FU 7 DAY ADSEG  Location of Visit: MH AS1 (OLD)

**S:** Entry By: BROWN, PHD, PETER      Entry Dt/Tm: 12-10-2013 0832

```
CDCR MH-7230A INTERDISCIPLINARY PROGRESS NOTE - GENERAL
Confidential Inmate/Patient Information
Initial AdSeg, Pt refused, CF
Previous clinician contacted.

S: Pt stated he was "all right" and endorsed feeling safe. Pt stated he
prefered to not come out as he does not like to do that, but that he would try
to come out for IDTT tomorrow.  Endorsed sleeping "one hour" but not more and
no other complaints.

O: Appearance Clean/groomed
Activity/Bx WNL
Attitude Refused 2x meetings, otherwise cooperative.
Mood/Affect WNL
Speech/Lang. WNL
Thought content / process No evidence of issues; Pt denied HI/SI.
Sensorium/Cog A&Ox4

Pt denied HI/SI.

A: Schizoaffective by hx; ASPD by hx.

P: Therapeutic Alliance , MI for goals, IPT for roles and stressors, psychoedn
with Continue to focus on reduction of depression and psychosis and sleep
issues..

E: Come to IDTT tomorrow.

- - - - - - - - - - -
Disability Code
 ( ) TABE score 4.0 or lower
 ( ) DPH ( ) DNH ( ) DPV ( ) DPS ( ) LD  ( ) DDP
 (X) NOT APPLICABLE
Accommodation
 ( ) Additional Time ( ) Equipment  ( ) SLI  ( ) Louder  ( ) Slower
 (X) Basic  ( ) Transcribe  ( ) Other - see comments
Effective Communication
 ( ) I/P asked questions ( ) I/P summed information
 (X) Reached   ( ) Not reached - see comments
Comments: DECS TABE 9.4 NCF
```

**O:** Appearance, Behavior, Speech, LOC, Orientation, Cognition, Memory, Concentration, Affect, Mood, Insight, Judgement, Thought processes and content, Suicidal and/or homicidal ideation.

☒ SEE PAGE 2

Signature: MPIMSPAB1, BROWN, PH  Print Name: BROWN, PHD , PETER       Phd / LCSW / MD / PsyTech/ Other:

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTE MH3 (10/11/02) Confidentail Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | Last Name: LIPSEY CDC#: F18039 | First Name: CHRISTOPHER HOUSE: A02L114L | MI: |

\* Auth (Verified) \*

| Chronological Interdisciplinary Progress Notes  State of California. Department of Corrections -Pelican Bay State Prison |
|---|

Date: 12-11-2013 Time: 0930 Chart available? NO  Reason for visit? MH IDTT           Location of Visit: MH AS1 (OLD)

**S:** Entry By: BROWN, PHD, PETER              Entry Dt/Tm: 12-11-2013 1625

```
CDCR MH-7230D INTERDISCIPLINARY PROGRESS NOTE
IDTT SUMMARY
Confidential Inmate/Patient Information

Purpose of IDTT: INITIAL.      Date of IDTT: 12/11/2013.

( ) I/P Did Not Attend IDTT    (X) I/P Attended IDTT

IDTT Members: Drs. Brown, Kelly, Rich; Utecht, MD; RN Rochuba; CCII Melton; LPT
Smith

Current Diagnosis:
AXIS I:  SCHIZOAFFECTIVE DISORDER by hx
AXIX II: ASPD by hx
AXIS III:DEFERRED TO MEDICAL
AXIS IV: LIFE SENTENCE.
AXIS V: GAF: 65    LOC: CCCMS

Current Problems: depression/mood, sleep, psychosis, stress

Current Rx includes venlafaxine and aripriprazole (non formulary)

Current Treatment Plan: REFER TO CDCR 7388B - IDTT LEVEL OF CARE DECISION on
12/11/2013 with no criteria that would indicate the need for a higher level of
care.

Participation in Treatment:Pt states he does not like to come out.  He came out
today but has not come to either of the two previously offered initial sessions
despite my asking him which day is best for hima nd his naming Tuesday.

Treatment Plan Update: None at this time. Encouraged to go to all his groups
and come to 1:1 if even to simply to get out of his cell (effort at tx alliance
building).  MD advised him to keep a sleep journal; added to it, to chart his
moods; pt expressed resistance./

- - - - - - - - - -
Disability Code
( ) TABE score 4.0 or lower
( ) DPH ( ) DNH ( ) DPV ( ) DPS ( ) LD  ( ) DDP
(X) NOT APPLICABLE
Accommodation
( ) Additional Time ( ) Equipment  ( ) SLI  ( ) Louder  ( ) Slower
(X) Basic  ( ) Transcribe  ( ) Other - see comments
Effective Communication
( ) I/P asked questions ( ) I/P summed information
(X) Reached   ( ) Not reached - see comments
Comments: A review of DECS disclosed a TABE score of 9.4 and he is NCF per
Clark. I spoke in clear, simple English, and the I/M demonstrated the
communication was effective with his congruent responses.
```

☒ SEE PAGE 2

Signature: MPIMSPAB1, BROWN, PH  Print Name: BROWN, PHD , PETER      Phd / LCSW / MD / PsyTech/ Other:

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTE MH3 (10/11/02) Confidentail Client/Patient Information See W & I Code, Section 5328 | Level of Care  INPATIENT  Outpatient | Last Name: LIPSEY  CDC#: F18039 | First Name: CHRISTOPHER  HOUSE: A02L114L | MI: |
|---|---|---|---|---|

* Auth (Verified) *

RECEIVED DEC 18 2013

| Institution: PBSP | Clinician: BROWN, PsyD | Date: 11/6/2013 |

**VIII. Mental Status Examination**

**A. Appearance:** Clean/groomed

**B. Behavior/Cooperation:** Refused 2x out-of-cell

**C. Orientation:** ☒ WNL

**D. Speech:** ☒ WNL

**E. Affect:** ☒ WNL   Range: ~~Restricted~~ WNL   Appropriateness: Congruent

**F. Mood:** ☒ WNL  euthymic

**G. Sleep/Appetite:** ☐ WNL  Sleep "one hour"  appetite WNL

**H. Cognition:**
- Fund of Information ☒ WNL  TABE 9.4, NCF
- Intellectual Functioning ☐ WNL
- Concentration ☐ WNL   seems wnl, not assessed
- Attention ☐ WNL   other than casually/observed
- Memory ☐ WNL

**I. Thought Processes:** ☒ WNL   ☐ Tangential   ☐ Circumstantial   ☐ Loose

**J. Perception:**
Hallucinations ☒ None  none reported

**K. Thought Processes:**
- Delusions ☐ None
- Ideas of Reference ☐ None   None reported
- Obsessions ☐ None
- Magical Thinking ☐ None

**L. Insight** ☐ WNL
**Judgment** ☐ WNL  poor

MENTAL HEALTH TREATMENT PLAN
CDCR 7388 (Rev. 06/06)
Page 3 of 6

Inmate's Name (Last, First, MI), CDC Number, DOB

LIPSEY, Christopher
F18039
8/7/1985

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS AND REHABILITATION

* Auth (Verified) *

RECEIVED DEC 18 2013

## MENTAL HEALTH TREATMENT PLAN

| [X] Initial | [ ] Update | [ ] BiWeekly MHCB Review | [ ] Quarterly Review | [ ] Annual Review |
|---|---|---|---|---|

**I. General Information**

Treatment Setting: **PBSP ASU**

Arrival Date This Treatment Setting: **12/2/13**

From: **B Yard PBSP**

Custody Level: I / II / III / IV / AdSeg / SHU

Current Level of Care: [ ] NONE  [X] CCCMS  [ ] EOP  [ ] MHCB  [ ] OTHER _____

Current Housing: [ ] RC  [ ] GP  [ ] CTC  [X] ASU  [ ] PSU  [ ] SHU  [ ] OTHER: _____

EPRD: **2048**

TODAY'S DATE: **12/11/2013**

NEXT UPDATE: **3/5/2014**

| Date Reviewed: | Initials: | Date: | Initials: | Date: | Initials: |
|---|---|---|---|---|---|

**II. CLINICAL SUMMARY**

28 y.o. AA male, attempt murder serving from 2006. Dx Adjustment Dx at first CTC admit in 2011 when he was stressed due to gang drop out and schizoaffective at 2nd MHCB at PBSP when his hardship transfer was denied and he reported SI. Stable on Rx aripriprazole 10 and venlafaxine 75. Presentation A&Ox4, w/o FTD but records of psychosis (AH) on file w/o evidence at time of interview; has been treated for yrs for depression on venlafaxine to good effect. One conflicted report of attempted hanging/possibly to play games with custodians.

**III. PROBLEM LIST**

| Number | Problem | Intervention/Clinician | Goal | Progress / Date |
|---|---|---|---|---|
| 1 | depression/mood / sleep issues. | CBT  Education re: dx, tx  Supportive psychotherapy | Decrease sx  Improve coping  Mitigate stressors | In progress |
| 2 | psychosis | Est. therapeutic alliance  Med. review and monitoring  Supportive psychotherapy | Mitigate stressors  Improve coping  Improve functioning | In progress |
| 3 | stress | Individual counseling  Supportive psychotherapy | Monitor sx  Identify tx needs | In progress |

**IV. PSYCHOTROPIC MEDICATION**

| Number | Problem/Target Symptom | Medication | Goal | Progress / Date |
|---|---|---|---|---|
| 1 | depression | venlafaxine | Decrease symptoms | In progress |
| 2 | psychosis | aripriprazole | Decrease sxs | In progress |

**V. CURRENT RISK FACTORS/BEHAVIORAL ALERTS:**  [ ] Suicidal  [ ] Self Injurious  [ ] Assaultive  [ ] Keyhea

See Form **7447**   Dated **12/4/13**   For Detailed Description

Summary: Low-mod

**VI. RECOMMENDED HOUSING:**  [ ] Single Cell  [ ] Double Cell  [X] No Recommendation

**VII. TRANSFER/DISCHARGE TO:**  [ ] Non-MHSDS  [X] CCCMS  [ ] EOP  [ ] MHCB  [ ] APP  [ ] ICF  [ ] DTP  [ ] Parole

| INSTITUTION  PBSP | CLINICIAN  BROWN, PsyD | Name (Last, First, MI), CDC Number, DOB |
|---|---|---|
| INMATE BED NUMBER  A2-114 | DATE  12/11/2013 | LIPSEY, Christopher  F18039  8/7/1985 |

MENTAL HEALTH TREATMENT PLAN
CDCR 7388 (Rev. 06/06)
Confidential Client/Patient Information
Page 1 of 6

STATE OF CALIFORNIA                                       DEPARTMENT OF CORRECTIONS AND REHABILITATION

\* Auth (Verified) \*

**Chronological Interdisciplinary Progress Notes** State of California. Department of Corrections - Pelican Bay State Prison

Date: 12-27-2013  Time: 0845  Chart available? NO  Reason for visit? MH 5-DAY FOLLOW-UP  Location of Visit: MH AS1 (OLD)

**S:** Entry By: PRICE, PH.D., MICKEY              Entry Dt/Tm: 12-27-2013 0918

CDCR MH-7230A INTERDISCIPLINARY PROGRESS NOTE - GENERAL
Confidential Inmate/Patient Information

DAY 1 OF 5-DAY F/U
Seen at CF 0845-0850

S: Pt. was in MHCB 12/23/13-12/26/13 for SI after saying he had ripped up some
sheets to make a noose. Reported trigger was missing son/family around the
holidays. MHCB D/C Plan just stated "D/C MHCB". HU COs report no
problems/concerns with Pt. They state he is expecting a TV but is in a capped
cell. They indicate they will deal with that issue when he actually receives
his TV. Pt. reports feeling "alright". He reports a poor sleep last night, but
reports mood, energy, and appetite all are good and denies any AH/VH/SI.
Reports Rx compliance with no reported SE complaints. Pt. states he is
expecting to be receiving a TV from his property but states he is in a cell
without outlets. Pt. informed that HU CO's aware of the issue.



O: Got out of bed, came to door, turned on light, cell orderly, hygiene
appeared good, mood euthymic with congruent affect, speech coherent,
goal-oriented and relevant, no reported/observed distress, thoughts appear
organized and linear. Denies SI.

A: Appears stable at this time.

P: continue 5-Day FU protocol

E: Pt. informed of custodial awareness of him being in a capped cell.

- - - - - - - - - - -
Disability Code
( ) TABE score 4.0 or lower
( ) DPH ( ) DNH ( ) DPV ( ) DPS ( ) LD  ( ) DDP
(X) NOT APPLICABLE
Accommodation
( ) Additional Time ( ) Equipment  ( ) SLI  ( ) Louder  ( ) Slower
( ) Basic  ( ) Transcribe  ( ) Other - see comments
Effective Communication
(X) I/P asked questions  ( ) I/P summed information
(X) Reached   ( ) Not reached - see comments
Comments: 9.4 TABE, NCF

☒ SEE PAGE 2

Signature: MPIMSMJP, PRICE, PH.D.  Print Name: PRICE, PH.D., MICKEY    Phd / LCSW / MD / PsyTech/ Other:

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTE MH3 (10/11/02) Confidential Client/Patient Information See W & I Code, Section 5328 | Level of Care **INPATIENT** Outpatient | Last Name: LIPSEY CDC#: F18039 | First Name: CHRISTOPHER HOUSE: A02L121L | MI: |

\* Auth (Verified) \*

| Chronological Interdisciplinary Progress Notes   State of California. Department of Corrections -Pelican Bay State Prison |

Date: 01-08-2014 Time: 0915 Chart available? NO Reason for visit? MH IDTT        Location of Visit: MH AS1 (OLD)

**S:** Entry By: BROWN, PHD, PETER            Entry Dt/Tm: 01-08-2014 1341

```
CDCR MH-7230D INTERDISCIPLINARY PROGRESS NOTE
IDTT SUMMARY
Confidential Inmate/Patient Information

Purpose of IDTT: Post MHCB     Date of IDTT: 1/8/14

(x ) I/P Did Not Attend IDTT    () I/P Attended IDTT

IDTT Members: Drs. Brown, Kelly, Penn, Price; Utecht, MD; RN Rochuba; CCII
Melton; LPT Smith

Current Diagnosis:
AXIS I:   SCHIZOAFFECTIVE DISORDER by hxD/Dx MDD psychotic
AXIX II:  Def.
AXIS III: DEFERRED TO MEDICAL
AXIS IV:  LIFE SENTENCE.
AXIS V:   GAF: 62    LOC: CCCMS
```



```
Current Problems: depression/mood, sleep, "psychosis," stress, SI/MHCB use

Current Rx includes venlafaxine, 225mg

Current Treatment Plan:  REFER TO CDCR 7388B - IDTT LEVEL OF CARE DECISION on
1/8/14 with no criteria that would indicate the need for a higher level of
care.

Participation in Treatment: Pt only comes to tx very sporadically and reports
feeling very stressed and depressed.  his last SI/MHCB was helpful to him

Treatment Plan Update: Addition of goal to reduce and identify other tx needs
wrt to SI/MHCB use. Encouraged to go to all his groups and come to 1:1 even if
he does not feel like it.

- - - - - - - - - - -
Disability Code
( ) TABE score 4.0 or lower
( ) DPH ( ) DNH ( ) DPV ( ) DPS ( ) LD  ( ) DDP
(X) NOT APPLICABLE
Accommodation
( ) Additional Time ( ) Equipment  ( ) SLI  ( ) Louder  ( ) Slower
(X) Basic  ( ) Transcribe  ( ) Other - see comments
Effective Communication
( ) I/P asked questions ( ) I/P summed information
) Reached   (x ) Not reached - see comments
Comments: Pt did not attend.  A review of DECS disclosed a TABE score of 9.4
and he is NCF per Clark.
```

☒ SEE PAGE 2

Signature: MPIMSPAB1, BROWN, PH Print Name: BROWN, PHD , PETER        Phd / LCSW / MD / PsyTech/ Other:

| **MENTAL HEALTH** **INTERDISCIPLINARY PROGRESS NOTE** **MH3 (10/11/02)** Confidential Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | Last Name: LIPSEY CDC#: F18039 | First Name: CHRISTOPHER HOUSE: A02U224L | MI: |

* Auth (Verified) *

RECEIVED JAN 10 2014    **MENTAL HEALTH TREATMENT PLAN**

☐ Initial   ☒ Update   ☐ BiWeekly MHCB Review   ☐ Quarterly Review   ☐ Annual Review

### I. General Information

Treatment Setting: PBSP ASU

Arrival Date This Treatment Setting: 12/26/13

From: MHCB

Current Level of Care: ☐ NONE  ☒ CCCMS  ☐ EOP  ☐ MHCB  ☐ OTHER _____

Current Housing: ☐ RC  ☐ GP  ☐ CTC  ☒ ASU  ☐ PSU  ☐ SHU  ☐ OTHER: _____

TODAY'S DATE: 1/8/2014

NEXT UPDATE: 04/09/2014

Custody Level: I / II / III / IV / AdSeg / SHU    EPRD: 2048

| Date Reviewed: | Initials: | Date: | Initials: | Date: | Initials: |
|---|---|---|---|---|---|
| | | | | | |

### II. CLINICAL SUMMARY

28 y.o. AA male, attempt murder serving from 2006. Dx Adjustment Dx at first CTC admit in 2011 when he was stressed due to gang drop out and schizoaffective at 2nd MHCB at PBSP when his hardship transfer was denied and he reported SI. Stable on Rx venlafaxine 225. Presentation A&Ox4, w/o FTD; has been treated for yrs for depression on venlafaxine to good effect. One conflicted report of attempted hanging/possibly to play games with custodians. Last MHCB was due to fears he would act out to hurt himself or staff.

### III. PROBLEM LIST

| Number | Problem | Intervention/Clinician | Goal | Progress / Date |
|---|---|---|---|---|
| 1 | depression/mood/sleep | Est. therapeutic alliance; Monitor adjustm't & fxng; Teach sleep hygiene | Decrease sx; Improve coping; Mitigate stressors | In progress |
| 2 | "psychosis" | Individual counseling; Med. review and monitoring; Supportive psychotherapy | Mitigate stressors; Improve coping; Improve functioning | In progress |
| 3 | stress | CBT | Monitor sx | In progress |
| 4 | SI/MHCB | Teach stress management | Identify tx needs | In progress. |

### IV. PSYCHOTROPIC MEDICATION

| Number | Problem/Target Symptom | Medication | Goal | Progress / Date |
|---|---|---|---|---|
| 1 | depression | venlafaxine, 225mg | Decrease symptoms | In progress |
| | | | | |
| | | | | |
| | | | | |

### V. CURRENT RISK FACTORS/BEHAVIORAL ALERTS:
☐ Suicidal  ☐ Self Injurious  ☐ Assaultive  ☐ Keyhea

See Form 7447   Dated 12/30/13   For Detailed Description

Summary: Mod-mod

### VI. RECOMMENDED HOUSING:
☐ Single Cell   ☐ Double Cell   ☒ No Recommendation

### VII. TRANSFER/DISCHARGE TO:
☐ Non-MHSDS  ☒ CCCMS  ☐ EOP  ☐ MHCB  ☐ APP  ☐ ICF  ☐ DTP  ☐ Parole

| INSTITUTION | CLINICIAN | |
|---|---|---|
| PBSP | BROWN, PsyD | |
| INMATE BED NUMBER | DATE | Name (Last, First, MI), CDC Number, DOB |
| A2-224 | 1/8/2014 | LIPSEY, Christopher  F18039  8/7/1985 |

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388 (Rev. 06/06)
Confidential Client/Patient Information
Page 1 of 6

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

\* Auth (Verified) \*

| Chronological Interdisciplinary Progress Notes | State of California. Department of Corrections -Pelican Bay State Prison |

Date: 02-19-2014  Time: 1044  Chart available? NO  Reason for visit? MH FU 7 DAY ADSEG   Location of Visit: MH AS1 (OLD)

**S:** Entry By: BROWN, PHD, PETER          Entry Dt/Tm: 02-19-2014 0943

```
CDCR MH-7230A INTERDISCIPLINARY PROGRESS NOTE - GENERAL
Confidential Inmate/Patient Information
CF refused, no LPT or HCO issues noted.

S: Pt answered questions regarding his safety and if he was doing ok at CF with
only a "yeah, I'm sleeping. I'm fine. Have a good day." He did not make any
further verbalizations.

Pt refused to sign form 7225, which states the following (as well as other
information provided on std form): "Pt has refused the weekly out of cell,
1:1, private office session per report of the HCOs. The risk of refusing
treatment are exacerbation of reported symptoms, entrenchment of symptoms and
future therapeutic resistance, as well as potential impacts on medical
treatment and/or other effects that can be impacted by a failure to provide for
one's well-being. The benefits of intervention and psychotherapy, at minimum a
mental health status update and assessment, can be manifold, including
reduction in symptoms, increase in levels of functioning, and lasting change
that can improve one's ability to program sucessfully, work, avoid further
incarceration, and enter into and maintain satisfying relationships, amongst
other benefits." Reviewed by unit Psy MD.

O: No SI/HI or other issues noted; cell very dark, pt viewable with his
mattress on the floor, curled up. Pt face not visible. cell tidy. no odor.

A: Pt typically answers questions very minimally.

P: f/u next week.

E: None.

- - - - - - - - - - -
Disability Code Identified
( ) TABE score 4.0 or lower
( ) DPH ( ) DNH ( ) DPV ( ) DPS ( ) LD  ( ) DDP
(X ) NOT APPLICABLE
Accommodations Provided
( ) Additional Time ( ) Equipment  ( ) SLI  ( ) Louder  ( ) Slower
(X ) Basic   ( ) Transcribe  ( ) Other - see comments
Effective Communication Verification
( ) I/P asked questions (X ) I/P summed information
Please Check One:
(x ) Reached    ( ) Not reached - see comments
Comments:
```

☒ SEE PAGE 2

Signature: MPIMSPAB1, BROWN, PH  Print Name: BROWN, PHD , PETER   Phd / LCSW / MD / PsyTech/ Other:

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTE MH3 (10/11/02) Confidentail Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | Last Name: LIPSEY CDC#: F18039 | First Name: CHRISTOPHER HOUSE: A02U224L | MI: |

* Auth (Verified) *

| Chronological Interdisciplinary Progress Notes  State of California. Department of Corrections -Pelican Bay State Prison |

Date: 02-24-2014 Time: 1424 Chart available? NO  Reason for visit? MH FU 7 DAY ADSEG    Location of Visit: MH AS1 (OLD)

**S:** Entry By: BROWN, PHD, PETER           Entry Dt/Tm: 02-24-2014 1523

CDCR MH-7230A INTERDISCIPLINARY PROGRESS NOTE - GENERAL
Confidential Inmate/Patient Information
CF refused, no LPT or HCO issues noted.

S: Pt answered questions regarding his safety and if he was doing ok at CF; pt asked if I could let him see the doctor for free, and he was told that he would need to put in a health care request and that it wasnt up to me if they charged him. Pt stated that he was doing well, was working on his legal material and that he generally sleeps until 11am and that is why he doesnt see me much, even at cell front when it is before that time.

O: No issues noted; pt has scant property, cell clean and tidy, mattress and linens on the floor and pt states that he does this because the bunks vibrate and he finds that irritating. no odor. pt clean and groomed, made good eye contact, smiled appropriately, full range, mood / affect congruent and euthymic, pt generally stable.

A: It is clear that pt now sleeps until the late am as he works at night on his legal materials. He seemed to be doing remarkably better than expected and took the opportunity to let me know that he misses sessions because they are generally in the am; however, pt did refuse session again today even when offered again at cf.

P: f/u next week.

E: None.

- - - - - - - - - - - -
Disability Code Identified
( ) TABE score 4.0 or lower
( ) DPH ( ) DNH ( ) DPV ( ) DPS ( ) LD ( ) DDP
(X) NOT APPLICABLE
Accommodations Provided
( ) Additional Time ( ) Equipment ( ) SLI ( ) Louder ( ) Slower
(X) Basic ( ) Transcribe ( ) Other - see comments
Effective Communication Verification
( ) I/P asked questions (X) I/P summed information
Please Check One:
(x) Reached  ( ) Not reached - see comments
Comments:

**O:** Appearance, Behavior, Speech, LOC, Orientation, Cognition, Memory, Concentration, Affect, Mood, Insight, Judgement, Thought processes and content, Suicidal and/or homicidal ideation

☒ SEE PAGE 2

Signature: MPIMSPAB1, BROWN, PH  Print Name: BROWN, PHD , PETER       Phd / LCSW / MD / PsyTech/ Other:

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTE MH3 (10/11/02) Confidential Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | Last Name: LIPSEY CDC#: F18039 | First Name: CHRISTOPHER HOUSE: A02U224L | MI: |

* Auth (Verified) *

RECEIVED APR 0 3 2014

## MENTAL HEALTH TREATMENT PLAN

☐ Initial  ☒ Update  ☐ BiWeekly MHCB Review  ☐ Quarterly Review  ☐ Annual Review

### I. General Information

Treatment Setting: **PBSP ASU**

Arrival Date This Treatment Setting: **12/26/13**

From: **MHCB**

Custody Level: I / II / III / IV / ÀdSeg / SHU

Current Level of Care: ☐ NONE  ☒ CCCMS  ☐ EOP  ☐ MHCB  ☐ OTHER _____

Current Housing: ☐ RC  ☐ GP  ☐ CTC  ☒ ASU  ☐ PSU  ☐ SHU  ☐ OTHER: _____

EPRD: **2048**

TODAY'S DATE: **4/2/2014**

NEXT UPDATE: **07/02/2014**

| Date Reviewed: | Initials: | Date: | Initials: | Date: | Initials: |
|---|---|---|---|---|---|
| | | | | | |

### II. CLINICAL SUMMARY

28 y.o. AA male, convicted of attempted murder, 2006. Adjustment Dx at first CTC admit in 2011 when he was stressed due to gang drop out and schizoaffective at 2nd MHCB at PBSP when his hardship transfer was denied and he reported SI. Stable on Rx venlafaxine 225. Presentation A&Ox4, w/o FTD; has been treated for yrs for depression on venlafaxine to good effect. One conflicted report of attempted hanging/possibly to play games with custodians. Last MHCB was due to fears he would act out to hurt himself or staff.

### III. PROBLEM LIST

| Number | Problem | Intervention/Clinician | Goal | Progress / Date |
|---|---|---|---|---|
| 1 | depression/mood/sleep | Maintain alliance conversatio Monitor adjustm't & fxng Teach sleep hygiene | maintain reports at zero identify relapse sxs 1/weel Titrate wake time 15min/v | In progress |
| 2 | psychosis | Resolve D/Dx Med. review and monitoring Supportive psychotherapy | Id. 1 pos. sxs in 90 days Attend 90% Rx meetins attend 50%+ sessions | In progress |
| | | | | |

### IV. PSYCHOTROPIC MEDICATION

| Number | Problem/Target Symptom | Medication | Goal | Progress / Date |
|---|---|---|---|---|
| 1 | depression | venlafaxine, 225mg | Decrease symptoms | In progress |
| | | | | |
| | | | | |

### V. CURRENT RISK FACTORS/BEHAVIORAL ALERTS:
☐ Suicidal  ☐ Self Injurious  ☐ Assaultive  ☐ Keyhea

See Form **7447**  Dated **03/26/13**  For Detailed Description

Summary: Mod chronic, low acute

### VI. RECOMMENDED HOUSING:
☐ Single Cell  ☐ Double Cell  ☒ No Recommendation

### VII. TRANSFER/DISCHARGE TO:
☐ Non-MHSDS  ☒ CCCMS  ☐ EOP  ☐ MHCB  ☐ APP  ☐ ICF  ☐ DTP  ☐ Parole

| INSTITUTION | CLINICIAN | | Name (Last, First, MI), CDC Number, DOB |
|---|---|---|---|
| PBSP | BROWN, PsyD | | |
| INMATE BED NUMBER | DATE | | LIPSEY, Christopher |
| A2-224 | 4/2/2014 | | F18039 |
| | | | 8/7/1985 |

**MENTAL HEALTH TREATMENT PLAN**
CDCR 7388 (Rev. 06/06)
Confidential Client/Patient Information
Page 1 of 6

STATE OF CALIFORNIA                                     DEPARTMENT OF CORRECTIONS AND REHABILITATION

* Auth (Verified) *

| Chronological Interdisciplinary Progress Notes  State of California. Department of Corrections -Pelican Bay State Prison |

Date: 03-03-2014  Time: 0835  Chart available? NO  Reason for visit? MH FU 7 DAY ADSEG     Location of Visit: MH AS1 (OLD)

**S:** Entry By: BROWN, PHD, PETER           Entry Dt/Tm: 03-03-2014 0835

CDCR MH-7230A INTERDISCIPLINARY PROGRESS NOTE - GENERAL
Confidential Inmate/Patient Information
CF refused, no LPT or HCO issues noted.

S: Pt answered questions regarding his safety and if he was doing ok at CF and
stated he did not wish to sign form.

O: No issues noted; no odor. cell clean and tidy; pt laying on mattress and
linens on the floor with TV positioned in front of them.   pt sleeping but
responded adequately to questions at CF.

A: pt now sleeps until the late am as he works at night on legal matters.

P: f/u next week; endeavor to hold sessions later in day.

E: None.

- - - - - - - - - - -
Disability Code Identified
( ) TABE score 4.0 or lower
( ) DPH ( ) DNH ( ) DPV ( ) DPS ( ) LD  ( ) DDP
(X ) NOT APPLICABLE
Accommodations Provided
( ) Additional Time ( ) Equipment  ( ) SLI  ( ) Louder  ( ) Slower
(X ) Basic  ( ) Transcribe  ( ) Other - see comments
Effective Communication Verification
( ) I/P asked questions (X ) I/P summed information
Please Check One:
(x ) Reached   ( ) Not reached - see comments
Comments:

**O:** Appearance, Behavior, Speech, LOC, Orientation, Cognition, Memory, Concentration, Affect, Mood, Insight, Judgement, Thought processes and content, Suicidal and/or homicidal ideation

☒ SEE PAGE 2

Signature: MPIMSPAB1, BROWN, PH   Print Name: BROWN, PHD , PETER    Phd / LCSW / MD / PsyTech/ Other:

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTE MH3 (10/11/02) Confidential Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | Last Name: LIPSEY CDC#: F18039 | First Name: CHRISTOPHER HOUSE: A02U224L | MI: |

\* Auth (Verified) \*

### Chronological Interdisciplinary Progress Notes  State of California. Department of Corrections - Pelican Bay State Prison

Date: 04-07-2014  Time: 0847  Chart available? NO  Reason for visit? MH FU 7 DAY ADSEG    Location of Visit: MH AS1 (OLD)

**S:** Entry By: BROWN, PHD, PETER          Entry Dt/Tm: 04-07-2014 1332

CDCR MH-7230A INTERDISCIPLINARY PROGRESS NOTE - GENERAL
Confidential Inmate/Patient Information
CF/Refusal
No HCO or PT issues noted

S: Pt endorsed not wanting to come to tx today because he was tired and was sleeping. He said he felt safe, and not having any issues.



O: Pt in bunk on floor of cell; tidy otherwise; no movement problems observed. Pt seemed to have been sleeping; answered questions appropriately.

A: Pt typically does not get up early for sessions.

P: Continue new tpoc per IDTT today

E: As above.

- - - - - - - - - -
Disability Code Identified
( ) TABE score 4.0 or lower
( ) DPH ( ) DNH ( ) DPV ( ) DPS ( ) LD  ( ) DDP
( x) NOT APPLICABLE
Accommodations Provided
( ) Additional Time ( ) Equipment  ( ) SLI  (x ) Louder  (x ) Slower
(x ) Basic  ( ) Transcribe  ( ) Other - see comments
Effective Communication Verification
( ) I/P asked questions (x ) I/P summed information
Please Check One:
(x ) Reached   ( ) Not reached - see comments
Comments: Currernt TABE is 9.4 NCF

O:. Appearance, Behavior, Speech, LOC, Orientation, Cognition, Memory, Concentration, Affect, Mood, Insight, Judgement, Thought processes and content, Suicidal and/or homicidal ideation

☒ SEE PAGE 2

Signature: MPIMSPAB1, BROWN, PH    Print Name: BROWN, PHD , PETER    Phd / LCSW / MD / PsyTech/ Other:

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTE MH3 (10/11/02) Confidential Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | Last Name: LIPSEY CDC#: F18039 | First Name: CHRISTOPHER HOUSE: A02U224L | MI: |

\* Auth (Verified) \*

| Chronological Interdisciplinary Progress Notes State of California. Department of Corrections -Pelican Bay State Prison |

Date: 07-02-2014  Time: 0910  Chart available? NO  Reason for visit? MH IDTT        Location of Visit: MH AS1 (OLD)

S:  Entry By: PENN, PH.D, CAROL                 Entry Dt/Tm: 07-02-2014 1212

```
CDCR MH-7230D INTERDISCIPLINARY PROGRESS NOTE
IDTT SUMMARY
Confidential Inmate/Patient Information

Purpose of IDTT: 90 day      Date of IDTT: 7-2-14, 0910-0920

(x) I/P Did Not Attend IDTT    ( ) I/P Attended IDTT

IDTT Members: Drs. Brown, Kelly, Penn, Price; Utecht, MD; RN Rochuba; CCII
Thornton; LPT Smith, LT Bond

Current Diagnosis:
AXIS I:    295.70 Schizoaffective DO
AXIX II:   301.7  ASPD
AXIS III:  Defer to medical, see eUHR
AXIS IV:   Incarceration, life sentence
AXIS V:    GAF 62   LOC: CCCMS

Current Problems: depression/mood, sleep, psychosis

Current Treatment Plan: REFER TO CDCR 7388B - IDTT LEVEL OF CARE DECISION on
7-2-14

Participation in Treatment: Good, 75%

Treatment Plan Update: See 7388 completed this date. Continue current goals.

SRE completed 6-16-14 suggests low acute and moderate chronic risk, with two
attempts.

DSH Checklist completed with no positive indicators for HLOC.

IP declined to attend, and IDTT was completed in absentia.
- - - - - - - - - -
Disability Code
( ) TABE score 4.0 or lower
( ) DPH ( ) DNH ( ) DPV ( ) DPS ( ) LD ( ) DDP
(X) NOT APPLICABLE
Accommodation
( ) Additional Time ( ) Equipment  ( ) SLI  ( ) Louder  ( ) Slower
( ) Basic  ( ) Transcribe ( ) Other - see comments
Effective Communication
( ) I/P asked questions ( ) I/P summed information
) Reached   (x ) Not reached - see comments
Comments: Pt did not attend. Per DECS NCF, TABES 9.4
```

☒ SEE PAGE 2

Signature: MPIMSCLP1, PENN, PH.D  Print Name: PENN, PH.D , CAROL         Phd / LCSW / MD / PsyTech/ Other:

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTE MH3 (10/11/02) Confidentail Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | Last Name: LIPSEY CDC#: F18039 | First Name: CHRISTOPHER HOUSE: A02U224L | MI: |

* Auth (Verified) *

RECEIVED JUL 0 3 2014

## MENTAL HEALTH TREATMENT PLAN

☐ Initial  ☒ Update  ☐ BiWeekly MHCB Review  ☐ Quarterly Review  ☐ Annual Review

**I. General Information**

Treatment Setting: PBSP ASU

Arrival Date This Treatment Setting: 12/26/13

From: MHCB

Custody Level: I / II / III / IV / AdSeg / SHU  EPRD: 2048

Current Level of Care: ☐ NONE  ☒ CCCMS  ☐ EOP  ☐ MHCB  ☐ OTHER

Current Housing: ☐ RC  ☐ GP  ☐ CTC  ☒ ASU  ☐ PSU  ☐ SHU  ☐ OTHER:

TODAY'S DATE: 7/2/2014
NEXT UPDATE: 10/02/2014

| Date Reviewed: | Initials: | Date: | Initials: | Date: | Initials: |
|---|---|---|---|---|---|
| | | | | | |

**II. CLINICAL SUMMARY**

29 y.o. AA male, convicted of attempted murder, 2006. Adjustment Dx at first CTC admit in 2011 when he was stressed due to gang drop out and schizoaffective at 2nd MHCB at PBSP when his hardship transfer was denied and he reported SI. Currently stable on Effexor, participates actively in programming, and is motivated in tx; desire to "become a better person." GAF has gone from 59 to 62 but sx of depression and possibly paranoid thoughts continue. IP will be removed from MHSDS when he has demonstrated a 6 month period of stability without medication.

**III. PROBLEM LIST**

| Number | Problem | Intervention/Clinician | Goal | Progress / Date |
|---|---|---|---|---|
| 1 | depression/mood/sleep | Maintain alliance conversation Monitor adjustm't & fxng Teach sleep hygiene | maintain reports at zero identify relapse sxs 1/week Titrate wake time 15min/w | In progress |
| 2 | psychosis | Resolve D/Dx Med. review and monitoring Supportive psychotherapy | Id. 1 pos. sxs in 90 days Attend 90% Rx meetins attend 50%+ sessions | In progress |
| | | | | |

**IV. PSYCHOTROPIC MEDICATION**

| Number | Problem/Target Symptom | Medication | Goal | Progress / Date |
|---|---|---|---|---|
| 1 | depression | Effexor | Decrease symptoms | In progress |
| | | | | |

**V. CURRENT RISK FACTORS/BEHAVIORAL ALERTS:** ☐ Suicidal  ☐ Self Injurious  ☐ Assaultive  ☐ Keyhea

See Form 7447  Dated 06/16/14  For Detailed Description

Summary: Mod chronic, low acute

**VI. RECOMMENDED HOUSING:** ☐ Single Cell  ☐ Double Cell  ☒ No Recommendation

**VII. TRANSFER/DISCHARGE TO:** ☐ Non-MHSDS  ☒ CCCMS  ☐ EOP  ☐ MHCB  ☐ APP  ☐ ICF  ☐ DTP  ☐ Parole

INSTITUTION: PBSP
CLINICIAN: PENN, PhD
INMATE BED NUMBER: A2-224
DATE: 7/2/2014

Name (Last, First, MI), CDC Number, DOB

LIPSEY, Christopher
F18039
8/7/1985

MENTAL HEALTH TREATMENT PLAN
CDCR 7388 (Rev. 06/06)
Confidential Client/Patient Information
Page 1 of 6

STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

\* Auth (Verified) \*

## MENTAL HEALTH TREATMENT PLAN

| ☐ Initial | ☐ Update | ☐ BiWeekly MHCB Review | X☐ Quarterly Review | ☐ Annual Review |

**I. General Information**

Treatment Setting: Corcoran SHU
Arrival Date To This Treatment Setting: 6-27-2014
From: CC1 A Facility

Current Level of Care: ☐ None  xCCCMS  ☐ EOP  ☐ MHCB  ☐ OTHER

Current Housing: ☐ RC  ☐ GP  ☐ CTC  ☐ ASU  ☐ PSU  x SHU  ☐ OTHER:

TODAY'S DATE: 10-2-2014
NEXT UPDATE: Within 90 days

Custody Level: I / II / III / IV / SHU     EPRD: 1-23-2019

| Date Reviewed: | Initials: | Date: | Initials: | Date: | Initials: |

**II. CLINICAL SUMMARY**

IP 29 y/o AA male convicted of attempted murder, 2006. He had an Adjustment D/O in 2011 when he was stressed due to gang drop out and Schizoafective D/O and 2nd MHCB at PBSP. when his hardship transfer was denied and he reported SI. He is currently stable on Effexor and sometimes participates in programming. IPs GAF has gone from 59 to 62. But Sx of depression and possibly paranoid thoughts continue. IP will be removed from MHSDS when he has demonstrated a 6 month period of stability without medication.

**III. PROBLEM LIST**

| Number | Problem | Intervention/Clinician | Goal |
|---|---|---|---|
| → | Depression<br>Mood<br>Sleep<br>Psychosis | +PC contact 30 days/PRN<br>IP will be measured on a scale 10 being worst.<br>+Weekly welfare checks by PT<br>+Out of Cell activity with PT as available/appropriate<br>+Developing 3 coping skills within 90 day<br>Decrease paranoid Sx intensity<br>+Exercise<br>+Medication | Provide support and increase affective Coping skills<br>Maintain reports at zero<br>Identify relapse sx<br>Stabilize Mood<br>Decrease paranoid Sx-intensity and duration<br>3-4x week to improve mood<br>Maintain med compliance |

**IV. PSYCHOTROPIC MEDICATION**

| Number | Problem / Target Symptoms | Medication | Goal | Progress / Date |
|---|---|---|---|---|
| | Depression | Effexor | Decrease Sx and stabilize Mood- In progress | |

**V. CURRENT RISK FACTORS/BEHAVIORAL ALERTS:**   ☐ Suicidal   ☐ Self Injurious   ☐ Assaultive   ☐ Keyhea

See Form SRE Dated 6-16-2014  For Detailed Description

Summary: Chronic and Acute low, IP has Hx of SI but no attempt.

**VI. RECOMMENDED HOUSING:**  ☐ Single Cell  ☐ Double Cell  X No Recommendation

**VII. TRANSFER/DISCHARGE TO:**  ☐ Non-MHSDS  ☐ CCCMS  ☐ EOP  ☐ MHCB  ☐ APP  ☐ ICF  ☐ DTP  ☐ Parole

Continue Regular CCCMS until 6 months free of MH symptoms and no psychotropic medication.

INSTITUTION: CSP CORCORAN    CLINICIAN: R. Orr - MSW    NAME (LAST, FIRST, MI), CDC NUMBER, DOB

INMATE BED NUMBER: 4A1    DATE: 10-2-2014

Lipsey, Christopher
F18039
8-7-1985

MENTAL HEALTH TREATMENT PLAN
CDCR 7388 (Rev. 06/06)
Confidential client/Patient Information

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION

RECEIVED CSP MEDICAL MENTAL HEALTH RECORDS NOV 10 2014

| Disability Code<br>☐Tabe: score < 4.)<br>☐DPH ☐DPV ☐LD  0<br>☐DPS ☐DNH ☐DNS ☐DDP<br>☐Not applicable 9.4 | Accommodation<br>☐Additional time ☐equipment ☐SLI<br>☐Louder ☐Slower ☐Basic<br>☐Transcribe ☐Other | Effective Communication: ☐P/I asked questions<br>☐PI summed information<br>Please check one: ☐Not reached ☐reached<br>Comments: |

\* Auth (Verified) \*

| Chronological Interdisciplinary Progress Notes  State of California. Department of Corrections -Pelican Bay State Prison |

Date: 08-29-2014  Time: 0945  Chart available? NO  Reason for visit? MH FU 7 DAY ADSEG    Location of Visit: MH AS1 (OLD)

**S:** Entry By: PENN, PH.D, CAROL          Entry Dt/Tm: 08-29-2014 1016

```
CDCR MH-7230A INTERDISCIPLINARY PROGRESS NOTE-GENERAL
Confidential Inmate/Patient Information
```



```
S: Seen CF approximately 0945-0950 in non-confidential ASU housing unit due to
refusing routine weekly MH 1:1.  IP was not cooperative in coming CF calling
from his bed "I don't want to talk, I'm sleeping."  He was informed of next
week's schedule, and responded positively to the information.

IP denied SI, and a more detailed assessment did not appear to be indicated.

PT consulted, log checked: No concerns.

Problems:

1. Depressed mood/poor sleep: Monitored for decompensation

2. Reported psychotic sx: Monitored

O: As IP would not turn on his light, he could not be visually assessed.
Speech rate/volume WNL, cell was not malodorous.  Demeanor irritable.

A:  Axis I:    295.70 Schizoaffective DO by hx, D/Dx MDD psychotic features
    Axis II:   301.7  ASPD
    Axis III:  Defer to medical; multiple head injuries
    Axis IV:   Incarceration
    Axis V:    GAF 62

P: Continue current treatment plan dated 7-2-14

E: None this encounter

---------------------------
Disability Code Identified
( ) TABE score 4.0 or lower
( ) DPH    ( ) DNH    ( ) DPV    ( ) DPS    ( ) LD    ( ) DDP
(x) NOT APPLICABLE
Accommodations Provided
( ) Additional Time    ( ) Equipment    ( ) SLI    ( ) Louder    ( ) Slower
(x) Basic    ( ) Transcribe    ( ) Other-see comments
Effective Communication Verification
(x) I/P asked/answered questions    ( ) I/P summed information
Please Check One:
(x) Reached    ( ) Not reached;see comments.
Comments: NCF, TABES 9.4
```

☒ SEE PAGE 2

Signature: MPIMSCLP1, PENN, PH.D  Print Name: PENN, PH.D , CAROL          Phd / LCSW / MD / PsyTech/ Other:

| MENTAL HEALTH INTERDISCIPLINARY PROGRESS NOTE MH3 (10/11/02) Confidential Client/Patient Information See W & I Code, Section 5328 | Level of Care INPATIENT Outpatient | Last Name: LIPSEY CDC#: F18039 | First Name: CHRISTOPHER HOUSE: A02L130L | MI: |

*Auth (Verified)*

## MENTAL HEALTH TREATMENT PLAN

| ☐ Initial | ☐ Update | ☑ BiWeekly MHCB Review | ☑ Quarterly Review | ☐ Annual Review |
|---|---|---|---|---|

### I. General Information

| | | TODAY'S DATE |
|---|---|---|
| Treatment Setting: COR - SHU | Current Level of Care: ☐ NONE ☑ CCCMS ☐ EOP ☐ MHCB ☐ OTHER____ | 04/30/2015 |
| Arrival Date This Treatment Setting: 09 / 11 / 14 | Current Housing: ☐ RC ☐ GP ☐ CTC ☐ ASU ☐ PSU ☑ SHU ☐ OTHER: | NEXT UPDATE 90 Days |
| From: PBSP | | |
| Custody Level: I / II / III / IV / AdSeg / SHU | EPRD: 03/02/2055 | |

| Date Reviewed: | Initials: | Date Reviewed: | Initials: | Date Reviewed: | Initials: |
|---|---|---|---|---|---|

### II. CLINICAL SUMMARY

Mr. Lipsey is a 29 yr old AA male with a controlling charge of attempted murder. He has been incarcerated since 2006 and is a former Crips gang member. Mr. Lipsey participated in a confidential treatment planning session with his PC 2 days prior to his IDTT hearing. Additional information was culled from eUHR, SOMS, and consultation with Mr. Lipsey's previous PC. He has a hx of significant depression including several MHCB admits for SI/SA. On a scale of 1 to 10, he self-rated his current depression as 2, but indicated that at times his depression reaches an 8 or 9. He denies current SI/HI/AH/VH. When asked what issues he would like to focus on in his tx, Mr. Lipsey indicated that he is troubled by nightmares wherein he relives stressful experiences in his life. He would also like to work on improving his personal rxs, particularly w/regard to trusting others. Mr. Lipsey currently actively participates in a Trauma/PTSD group and his 1:1 sessions. He is currently prescribed Effexor (75mg) and Vistaril (50mg). He reported that he is taking the Effexor and it is working well. He stopped taking Vistaril 2 weeks ago bc it made him feel "out of it" and he would like the Rx discontinued.

### III. PROBLEM LIST

| Number | Problem | Intervention/Clinician | Goal | Progress / Date |
|---|---|---|---|---|
| 1 | Depression | Weekly Individual and Group Session/ PC | Decrease depressive sx & stabilize mood using CBT, meditation, and relaxation practices. | Q7 day PC Contact. Ongoing w/ cont progress. |
| 2 | Suicidal Ideation | Weekly Individual and Group Session/ PC | Decrease SI by increasing interpersonal contact w/ peers/ family, & assisting tP to find purpose/meaning in his life | Q7 day PC Contact. Ongoing w/ cont progress. |
| 3 | Trauma - Nightmares | Weekly Individual and Group Session/ PC | Decrease trauma sx using psychoeducation, PTSD tx (iRest) and group processing of trauma experiences | Q7 day PC Contact. Ongoing w/ cont progress. |
| 4 | Relationship issues - trust | Weekly Individual and Group Session/ PC | Regular group attendance and participation in yard to improve social skills | Q7 day PC Contact. Ongoing |
| 5 | | | | |

### IV. PSYCHOTROPIC MEDICATION

| Number | Problem/Target Symptom | Medication | Goal | Progress / Date |
|---|---|---|---|---|
| 1 | Depression | Effexor 75 mg | | F/U per psych |
| 2 | Insomnia | Vistaril 50 mg | | F/U per psych |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

### V. CURRENT RISK FACTORS / BEHAVIORAL ALERTS: ☑ Suicidal ☐ Self Injurious ☐ Assaultive ☐ Keyhea

See Form 7447    Dated 03/06/15    For Detailed Description

Summary: Moderate acute and chronic risk.

### VI. RECOMMENDED HOUSING: ☐ Single Cell ☐ Double Cell ☑ No Recommendation

### VII. TRANSFER/DISCHARGE TO: ☐ Non-MHSDS ☑ CCCMS ☐ EOP ☐ MHCB ☐ APP ☐ ICF ☐ DTP ☐ Parole

Discharge from MHSDS when symptom and medication free for 6 months.

| INSTITUTION | CLINICIAN |
|---|---|
| CSP-COR | B. Mueller, PhD |
| INMATE BED NUMBER | DATE |
| 4A1L | 04/30/2015 |

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: |
|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☒ P/I asked questions |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: |
| ☐ DNS ☐ DDP | ☒ Basic ☐ Transcribe | ☐ Not Reached* ☒ Reached |
| ☒ Not Applicable | ☐ Other* | *See chrono/notes |

4. Comments: TABE: 9.4

Name (Last, First, MI), CDC Number, DOB

Lipsey, Christopher
F18039
06/22/1985

STATE OF CALIFORNIA                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION