# Exhibit A

# Product Information

## THE PIPE II



### The World's Most Rugged Data Collector!

- Comfortable grip, designed to fit your hand
- Extremely shock-resistant
- Tamper-resistant
- Water-resistant
- Reads durable metal touch memory buttons
- Compact downloader requires minimal desk space
- Downloader connects to a PC's USB port for data transfer
- Fast download time
- Large battery capacity
- Battery connections are soldered, not spring-loaded
- Data is stored in non-volatile flash memory if main battery fails
- The best warranty in the industry

Introducing THE PIPE — designed for the most rugged use and the toughest environments. It reads durable metal touch memory buttons and will withstand extreme temperatures and heavy shock.

Electronics and batteries are enclosed in a sealed compartment. All electronics are encased in epoxy and batteries are held in a vinyl sleeve mounting for added shock resistance.

THE PIPE will read hundreds of thousands of times without a battery change. From its stainless steel probe on one end to its heavy duty ring on the other, THE PIPE is built to take it.

THE PIPE is powered by lithium batteries and does not have any of the problems associated with rechargeable batteries. There is no downtime waiting for batteries to recharge, so THE PIPE is available 24 hours a day.

Each touch button has a unique ID number. Touch buttons are tamper- and weather-resistant, and several mounting options are available.

Data transfer is *fast*. With the USB Downloader it is possible to download a full PIPE containing over 4800 records in under ten seconds.

THE PIPE carries a five year hardware warranty and a five year battery warranty. Our warranty is *the best in the industry*.

**The Guard Tour Experts™**



# Product specifications





## Part Number

| | |
|---|---|
| PIPE-II-TKS | THE PIPE II |

## Mechanical

| | |
|---|---|
| Body | Corrosion resistant #304 stainless steel |
| Dimensions | 6.65" length (16.89 cm) 1.46" width (3.71 cm) |
| Weight | 12 oz. (373 g) |
| Ring Strength | 100 lb. tensile load (45 kg) |

## Electrical

| | |
|---|---|
| Read Indicator | Bright red LED and loud buzzer |
| Data Collection | Durable memory touch button |
| Battery Capacity | 4,000,000+ reads depending on usage conditions |
| Memory Capacity | 4800+ reads |

## Communications

| | |
|---|---|
| Download Rate | 115,200 bps |
| Download Time | Full PIPE in under 10 seconds |
| Data Communication | Bidirectional 57,600 bps |

## Environmental

| | |
|---|---|
| Temperature Operating | -4º to +122ºF (-20º to 50ºC) |
| Sealed Case | Tamper resistant Water resistant |
| Shock | 10' drop (3 m) |
| Altitude | Up to 10,000' (3048 m) |

## Regulatory

| | |
|---|---|
| Emissions | FCC and CE approved |
| Conform To | IEN 50082-1 IEN 801-2.1984 IEN 801-3.1984 IEN 801-4.1984 IEN 55022.198 |

All specifications are subject to change without notice.

**The Guard Tour Experts™**



30700 Bainbridge Road • Solon, Ohio 44139 • Tel. 216-595-0890 • sales@guard1.com • www.guard1.com
© Copyright 2010 TimeKeeping Systems, Inc. • Guard1 and THE PIPE are registered trademarks of TimeKeeping Systems, Inc.