# Exhibit B



# CHECKPOINTS AND ACCESSORIES

Checkpoints are used to identify the locations to be visited during security guard patrols, to identify the officer performing the patrol, and to note any incidents or observations.

Shop Buttons & Mounting Options

## Touch Memory Buttons

See All



Touch Memory Buttons are the checkpoints used by the Guard1 system. Each button contains a microchip with a unique ID number. THE PIPE reads and stores the button's ID number. Officers, tour stations, and incident codes can all be recorded using touch buttons.

Buttons are attractive, durable, and unobtrusive, making them equally suitable for a corporate headquarters or an industrial setting. They are waterproof, and resist tampering and abuse, making them ideal for outdoor applications beause they will not corrode or degrade. Touch memory buttons are the modern, electronic patrol system equivalent of the old-fashioned Detex watchclock station.

We offer a variety of mounting options for touch buttons including plastic mounts and adhesive foam "dots".

Buy Touch Memory Buttons

## PrisonProof® Checkpoints

See All



Where intentional abuse is an issue, our super-rugged PrisonProof® Buttons and Stainless Steel Mounts are the answer. Originally designed for use in correctional facilities, they have stood the test of time in the toughest environments. Stainless steel checkpoints are ideal for correctional institutions or abuse-prone locations.

## Mounts

Stainless Steel Mounts (pictured at left, above) offer secure mounting for our standard **touch memory buttons**. They can be installed using standard or tamper-resistant screws. Because the buttons they protect are hollow, determined abuse can still damage them. Where this is an issue, we recommend our PrisonProof Buttons.

## Buttons

Our PrisonProof Buttons (on the right) are truly "sledgehammer proof". They replace the touch memory button and can resist the most extreme abuse.

## We Can Help

We have over two decades of experience assisting companies and organizations with *abuse-resistant guard tour solutions*. If you are dealing with this problem, our product support team can help you as well.

**Buy PrisonProof® Buttons**

**Buy Stainless Steel Mounts**

---

## Leather Incident Wallet

**See All**



The button wallet is an ideal way for officers to carry incident buttons. The wallet holds up to twelve buttons. It's easy to use - just flip it open and read.

Using our GUARD1 PLUS or EasyTour software, you define the incidents or observations that the buttons represent. A card on the upper flap identifies each button and is protected by clear vinyl. While making a patrol, scan the button representing the observation you wish to record.

For more than 12 incidents, the wallet can be used for numeric entry. Buttons represent the numbers 0 to 9, *Enter* and *Clear*. With GUARD1 PLUS, you can assign up to ten thousand different numeric codes to your observations, and the program interprets the buttons read by THE PIPE according to the numeric code.

Buy Incident Wallets (12 button)

Buy Incident Wallets (6 button)

## Key Fobs and Button Holders for Security Guard Monitoring

See All

One of the most important functions of any security guard monitoring system is identifying the officer performing the patrol. Our software uses officer buttons to monitor security guard activity. The security manager defines a button and provides it to the officer, who reads this button at the beginning of a shift or the start of a tour.



### Plastic Keyring Button Holder

Convenient and economical for general, the plastic button holder attaches to the officer's keyring. The button snaps into the holder. (Button sold separately.)

Buy Now



### Login Board

Holds up to thirty officer buttons. The Login Board can be written on with a dry-erase marker. Buttons (sold separately) are held in place by a flexible magnetic sheet. Mounts with four screws.

Buy Now



### Brass PrisonProof® Keyring Button Holder

Tough 1/8" thick brass button holders with an extra-large hole for large keyrings. (Button included — ships with button installed.)

Buy Now

# Mounting Options for Touch Memory Buttons

See All

We offer a variety of alternatives for mounting buttons.





### Plastic Wall Mount Button Holder

Plastic button mounts can be attached to most surfaces with drywall or tamper resistant screws. Button sold separately.

Buy Now

### Cover for Plastic Wall Mount Button Holder

Our button mount cover provides protection from weather, water and oil.

Buy Now





### Stainless Steel Mount

Where abuse is a concern, our stainless steel mounts provide a rugged, durable solution. Button sold separately.

Buy Now

### Weatherproof Button Cover

Our outdoor mount can be installed on wood, concrete or other surfaces. A gasket protects the button from water, oil, and other contaminants when the cover is closed.

Buy Now



**Protecting lives and reputations**

**APPLICATIONS**    **SOLUTIONS**    **PRODUCTS**    **SUPPORT**
**COMPANY**    **STORE**

Site Map    |    Privacy Policy    |    Terms of Use

Copyright TimeKeeping Systems, Inc. All Rights Reserved.