# Exhibit C



# THE PIPE

## THE PIPE — The world's most rugged data collector

This is THE PIPE — **designed for the most rugged use and the toughest environments.**

THE PIPE is **durable.** It will withstand extreme shock and impact. Customers tell us it has continued to work after being thrown out of windows, dropped from rooftops, balconies, and second-tier cellblocks, and thrown down elevator shafts.

THE PIPE offers **long battery life.** For a commercial guarding application, **typical battery life is fifteen to twenty years.**

THE PIPE is **waterproof.** It will work after immersion. A Florida marina found its PIPE was still working after two weeks in the Atlantic Ocean.

THE PIPE will withstand **extreme temperatures.** It is used in the heat of the Arizona desert and the cold of the Arctic Circle.

### Easy to use

THE PIPE is easy to use — simply touch a **memory button** with THE PIPE. The button's ID number is stored in the PIPE's memory along with the date and time.

### Advanced Features

Reminders — **Select a reminder interval** of 1, 2, or 4 hours, or 15 or 30 minutes, and THE PIPE will beep to remind your officers to begin a tour.

Abuse Detection — PIPE II logs impacts, immersions and more. You can **view a log of these abuse events**.

### The best warranty in the industry

The ruggedness and long battery life of THE PIPE make it possible for us to offer a **five-year hardware and battery warranty.** You avoid the repair costs that are a major expense with many guard tour systems.

> "For the money, there is no system better for staff accountability and tour reporting than THE PIPE."
>
> **DAVE STEINBERG**
> Superintendent, Lacrosse County Juvenile Detention

**Product Flyer**

**Buy THE PIPE**

## What makes THE PIPE so rugged?



The answer is in the details.

THE PIPE is made of corrosion-resistant **#304 stainless steel** alloy. This gives it **many times the strength of plastic or aluminum readers**.

The case is sealed, making it **tamper-resistant and waterproof.**

All of THE PIPE's electronics are embedded in epoxy resin for additional **protection against shock and moisture.**

Batteries are encased in a special rubber sleeve and all battery connections are welded — there are **no spring loaded terminals to deform and fail** over time. Even the ring at the end of THE PIPE is a special heavy-duty split ring.

**We do our own manufacturing**, which allows us to maintain a high level of **product quality.**

These and other features — some confidential to protect against copying or tampering — add up to long product life and reliability for you.

## The Stubby PIPE



The Stubby PIPE is the newest low-cost member of our PIPE family, with the same **durability and reliability** you have come to expect from TimeKeeping Systems.

The Stubby PIPE features a revolutionary power technology that can extend battery life almost indefinitely. This is implemented by a combination of a rechargeable power source and a non-rechargeable battery. Placing the Stubby PIPE in a downloader for just a few minutes daily will allow it to operate from its rechargeable power source, with no reduction of battery capacity. The Stubby PIPE's battery will last three to five years on its own; with periodic charging, it can last ten, fifteen years, or more.

The Stubby PIPE has a two-year hardware and battery warranty.

The Stubby PIPE works with our **EasyTour software**, offering a very **economical** guard tour solution. If you have minimal guard tour requirements or a limited budget, the Stubby PIPE is a great choice.

Buy the Stubby PIPE

## Belt Holster for THE PIPE

See All



Our holster is made of ballistic nylon with an easy-open Velcro closure. It holds THE PIPE securely and provides an attractive, professional appearance. Available with belt loop or metal belt clip.

Buy Belt Loop Style Holster

Buy Clip-on Style Holster

Buy Holster for Stubby Pipe

## The IP Downloader



Download THE PIPE from anywhere with the IP Downloader and collect data from remote sites via LAN, WAN or the Internet.

- Transfers data across your local or wide area network or the Internet
- Connects to any network Ethernet port
- Remote configuration and setup from any browser
- Automatically detects and downloads THE PIPE

**No computer required** — Just plug the IP Downloader into an Ethernet connection, configure, and you're ready to go. The IP Downloader can transfer data across your LAN, WAN, or the Internet.

**Simple setup** — The IP Downloader can be configured from any browser. In most cases, you simply need to provide a destination address to tell the IP Downloader where to send its data.

**Remote management** — The IP Downloader offers a complete set of management and configuration options. You can reconfigure communication settings remotely, including IP and port addresses. You can even configure PIPE options remotely.

Case 2:90-cv-00520-KJM-SCR    Document 6462-11    Filed 02/14/20    Page 5 of 9

**Extensive diagnostics** — View download history, downloader and PIPE activity logs, and diagnose errors – all from your browser.

**Large memory capacity** — The IP Downloader can store between one million and six million reads – actual storage capacity depends on several factors affecting database paging.

**Fault tolerant** — The IP Downloader downloads and stores PIPE data in its internal memory. If a host connection is unavailable, the IP Downloader retains the information and attempts to connect, downloading after a host becomes available.

**Field upgradeable** — In the event of future enhancements or bug fixes, the IP Downloader's firmware can be upgraded remotely.

**IP Attendant** — Our IP Attendant software utility provides a seamless connection between the IP Downloader and our G‍uard1 P‍lus software.

**No Fees or Third Party Hosts** — Unlike some remote guard tour solutions, there are no one-time charges or monthly fees. Your data stays on your own computers.

Product Flyer 

Buy the IP Downloader

## The USB Downloader



The USB Downloader is simple to set up and easy to use. Just insert T‍he PIPE and the host software downloads your data automatically. And because it takes its power from the USB port, there is no wall adapter needed.

- Easy to set up
- Connects to USB port
- No power adapter required
- PIPE battery status indicator
- Communication status indicator

Buy the USB Downloader

## Battery Life

PIPE II and Stubby PIPE have exceptionally long battery life, which translates into long, trouble-free service life for you.

### Factors Affecting Battery Life

- **Usage** — The number of buttons read per day is the primary factor affecting battery life.
- **Temperature** — Operation at high ambient temperature results in shorter battery life.
- **Impact** — Impact can damage the internal structure of lithium batteries and shorten battery life.
- **Charging** — The Stubby PIPE uses both rechargeable and non-rechargeable power sources. Leaving it in the downloader for a short time daily or weekly can greatly extend battery life.

## How to Use the Charts

1. Determine the average number of buttons you will read daily. (Typical use in most commercial guarding applications is less than 100 buttons per day.)
2. Find the number of buttons on the left axis of the chart.
3. From the curve, determine the typical battery life in years. This is an approximate but useful estimate of battery life.

## PIPE II

PIPE II offers ten to twenty year battery life, depending on usage and other factors.



## Stubby PIPE

The already long battery life of the Stubby PIPE can be extended further by periodic charging.



## PIPE Utility

The PIPE Utility allows you to view and adjust the settings of the PIPE II. PIPE II is the current version of Tʜᴇ PIPE, available since 2008.

## Status

PIPE Utility displays battery status and other information.



## Silent Mode

For use in hospitals, dormitories and other facilities where quiet is required, you can turn off the PIPE's beeper.

## Reminders

PIPE II can be set to beep to remind your officers to begin their patrols. Available settings are every 1, 2, or 4 hours, and every 15, or 30 minutes. After the initial reminder, the PIPE will beep once every minute until a button is read.



## Abuse Logging

Although THE PIPE withstands very high levels of abuse, a record of these events can indicate an attempt to damage or defeat the PIPE.

PIPE II senses and logs external event types:

- Impact and Mechanical shock
- Overvoltage or undervoltage
- Tip shorts (Immersion of the PIPE is recorded as a tip short.)

| # | Timestamp | EventType | EventValue | EUs | Critical Event Description |
|---|---|---|---|---|---|
| 24 | 5/1/2008 3:45:53 PM | OverVolta... | 9453 | Millivolts | The PIPE received high voltage of 9453 milliv |
| 25 | 5/1/2008 3:45:32 PM | OverVolta... | 9445 | Millivolts | The PIPE received high voltage of 9445 milliv |
| 48 | 5/1/2008 3:46:32 PM | UnderVolt... | 8828 | Millivolts | The PIPE received low voltage of 8828 millivo |
| 49 | 5/1/2008 3:45:40 PM | UnderVolt... | 8827 | Millivolts | The PIPE received low voltage of 8827 millivo |
| 72 | 5/2/2008 3:39:30 PM | TipShorted | 65535 | Second | The tip was short circuited for 65535 second(s |
| 73 | 5/5/2008 11:33:45 AM | TipShorted | 74 | Second | The tip was short circuited for 74 second(s). |
| 74 | 5/2/2008 3:40:39 PM | TipShorted | 61 | Second | The tip was short circuited for 61 second(s). |
| 75 | 5/1/2008 3:42:27 PM | TipShorted | 7 | Second | The tip was short circuited for 7 second(s). |
| 76 | 5/5/2008 1:03:29 PM | TipShorted | 7 | Second | The tip was short circuited for 7 second(s). |
| 77 | 5/1/2008 3:46:43 PM | TipShorted | 4 | Second | The tip was short circuited for 4 second(s). |
| 78 | 5/5/2008 11:32:12 AM | TipShorted | 4 | Second | The tip was short circuited for 4 second(s). |
| 79 | 5/5/2008 1:03:14 PM | TipShorted | 2 | Second | The tip was short circuited for 2 second(s). |
| 80 | 5/5/2008 1:03:42 PM | TipShorted | 1 | Second | The tip was short circuited for 1 second(s). |

PIPE Utility User's Manual

Downloads

## Reader Comparison Chart

Compare THE PIPE and the Stubby PIPE and choose the one that's best for you.

| Electronic Guard Tour Reader | THE PIPE[1] | Stubby PIPE |
|---|---|---|
| **Software Compatibility** | | |
| EasyTour | ■ | ■ |
| Guard1 Plus Basic Edition | ■ | |
| Guard1 Plus Professional Edition | ■ | |
| Guard1 Plus Server Edition | ■ | |
| **Downloader Compatibility** | | |
| USB Downloader | ■ | ■ |
| Direct Downloader[2] | ■ | ■ |
| IP Downloader | ■ | |
| Mobile Downloader[2] | ■ | |
| Modem Downloader[2] | ■ | |
| **Warranty** | | |
| Hardware Warranty | Five Years | Two Years |
| Battery Warranty | Five Years | Two Years |
| **Abuse Recording** | | |
| Impact Detection | ■ | ■ |
| Overvoltage | ■ | ■ |
| Undervoltage | ■ | ■ |
| Short / Immersion | ■ | ■ |
| Case Open | | ■ |
| User Access to Abuse Data | ■ | |
| **Other Features** | | |
| Silent Mode | ■ | |
| Tour Reminders | ■ | |

1. This information applies to our current model, PIPE II.
2. Item is no longer available.

APPLICATIONS    SOLUTIONS    PRODUCTS    SUPPORT



**COMPANY**   **STORE**

Site Map | Privacy Policy | Terms of Use

Copyright TimeKeeping Systems, Inc. All Rights Reserved.