# Exhibit E



Business Type   Solutions   Industries   Products   Resources   Request a Demo

# Increase Productivity With the Leading Security Guard Tour System

Monitor guard tours in real time. Instantly know the status of each tour – When it is in progress, when it is complete, and if any checkpoints have been missed.

+1 (845) 474 0033   About   Careers   Support   Customer Login   United States and Canada (English)





Business Type    Solutions    Industries    Products    Resources    Request a Demo

described in the Privacy Statement.

Request Demo

# Get Rid of Your Antiquated Security Guard Wand System and Arm Your Officers With Guard Tour Software on Their Smartphone.



+1 (845) 474 0033    About    Careers    Support    Customer Login    United States and Canada (English)



Business Type    Solutions    Industries    Products    Resources    Request a Demo

## Keep Track of Your Officers

Receive notification alerts if a guard tour is not carried out properly, is incomplete, or if an incident occurs. Information captured is instantly updated.



## Increase Officer Productivity

Forget about paper and spreadsheets. Ensure officers perform their tasks efficiently and document their tours digitally.



+1 (845) 474 0033     About     Careers     Support     Customer Login         United States and Canada (English)



Business Type    Solutions    Industries    Products    Resources    Request a Demo



# Ensure Complete Guard Tours



+1 (845) 474 0033    About    Careers    Support    Customer Login    United States and Canada (English)



Business Type    Solutions    Industries    Products    Resources    Request a Demo








48% 14:51
IMPACT
Do you need help?
8
YES
NO

IMPACT ALARM
CARTMELL James
– Demo - James Cartmell
Route
Avenue du Général Leclerc
Rue de Normandie
Rue Roger François
Rue Chevreul
Rue Raspail
Rue Cecile
Today at 15:03
Live
Alarm
Bing
Terms
Close Acknowledge







Business Type    Solutions    Industries    Products    Resources    Request a Demo

geolocation data.



+1 (845) 474 0033    About    Careers    Support    Customer Login    United States and Canada (English)





Business Type  Solutions  Industries  Products  Resources  Request a Demo



# Leverage Data to Smart Decision Making



+1 (845) 474 0033    About    Careers    Support    Customer Login    United States and Canada (English)



Business Type    Solutions    Industries    Products    Resources    Request a Demo

+1 (845) 474 0033    About    Careers    Support    Customer Login    United States and Canada (English)



Business Type    Solutions    Industries    Products    Resources    Request a Demo

Trackforce has been vital to our success and continues to go above and beyond to meet all of our objectives."

Dave Katzenmeyer, SecureNet Protective Services

○ ○ ○

# Get Started Today With Our Guard Tour Solution

Request Demo



+1 (845) 474 0033    About    Careers    Support    Customer Login    United States and Canada (English)



Business Type　Solutions　Industries　Products　Resources　Request a Demo

Patrol

For Security Companies

For Corporate Security

**COMPANY**

About

Careers

Contact

Support

Policies | GDPR

**LET'S TALK**

**North America**

San Diego: +1 (845) 474 0033

**Europe & Middle East**

Paris: +33 (0)184.23.76.16



+1 (845) 474 0033　About　Careers　Support　Customer Login　United States and Canada (English)



Business Type   Solutions   Industries   Products   Resources   Request a Demo

