# Exhibit F





Guard Tour System

Empower your guards to do their best work

REQUEST DEMO

# Know where your guards are, streamline communications, run a more efficient company.



## How Kugadi Works

### Guard completes tour and hits checkpoints



Using GPS and RFID technology, we know where your officer is 100% of the time. Have direct visibility where your officers are at all times during their shifts.

### You receive real-time information



Have insight into whether your officers are doing their job. Receive incident and accident reports, including pictures captured by the officer.

### Customers receive automatic status reports



Make sure everyone gets the information they need, when they need it most. Never worry about manually providing reports again.

## Build a Better Business With Us

As a manager of a security company, we let you know who's on duty and where they are, 100% of the time. You will cut costs supervising while simultaneously giving better customer service.

We help you get new clients. Its a great sales tool to prove you are doing the job they are paying for. Our easy automated reporting means you will keep the clients you already have by providing superior service.

Kugadi reduces the amount of time spent managing employees and reporting so you focus on operational efficiency: provide better supervision, lower costs, and allow full accountability of your services.

Implementing a guard tour system will bring you into the 21st century and help you stand out from all the competition. Our security guard app, coupled with comprehensive dispatch and automated reporting really gives you the edge when it comes to great customers service, at very little cost.

Compare us to other guard tour systems and you quickly realize how easy we are to work with and what a great return on investment we can give you in a very short time.

## Features of the Kugadi Guard Tour System

### Security Guard Tracking



Have direct visibility into precisely where your officers are at all times during their shifts. Dispatchers can identify when officers may be in danger, when they're moving, and when they're not.

Using checkpoints based on secure RFID NFC tags and GPS, we keep constant watch on just how a guard tour is doing and give you the operational awareness you need.

### Security Guard Management



Kugadi's guard tour system is designed to give you real-time situational awareness by automating routine actives, empowering officers and simplifying management.

Cut costs of in person supervision by always understanding where your employees are and if they are doing the tasks you assigned to them.

There's no other security guard system that can give you as much as cheaply or simply.

## Automated Activity Reporting

## Smartphone Based Simpicity





As guards patrol, they easily create incident reports and daily activity reports through the Kugadi Officer Assist mobile app. When they are at an incident, they can easily take pictures to ensure quality records are kept. Data is available in real time to your command center and your clients.

With our automatically emailed daily activity reports, you can ensure that your clients get everything they need in a timely fashion. It keeps them happy and you never have to do a manual report again.

No need for hardware or new equipment.

Kugadi is not a security guard wand or other device. Kugadi's Officer Assist is a mobile app that empowers your officers to do their job to the best of there ability wherever they are using just a smartphone.

Everything is tracked and stored in the cloud and available from the web whenever you need it.

## See What Some of Our Customers are Saying

"Kugadi has become essential to our operation, all existing and new customers are always impressed by quality of the reports and the data provided"

**Francois DeLafe, District Manager - Admiral Security**

"We first implemented Kugadi for a big customer in the fast food chain industry, now we are rolling the software to our entire operation, including Colombia. The data analysis tool is key to get new customers and retain the existing ones"

**Javier Mejia - Director USA - Legacy Protection US**

"Kugadi software is saving us thousands of dollars in supervision, most of our operations are remote in California and used to have multiple supervisors for night operations.We now see live all the activities from the computer"

**Tunde Oluwadare - CEO California Profesional Security**













**Head Office**
120 SW 8th Street,
Suite 113
Miami
FL 33130

**West Coast Office**
39488 Stevenson
Place, Suite 100
Fremont
CA 94539

Call us on (888) 236-5031
Email us at
info@kugadi.com



© 2019, Kugadi Inc. All rights reserved

Privacy Policy