# Exhibit G

☰

 (/)

🔍

- Home (/)
- ▼ System (/system)
    - Features (/features)
    - ▼ QR-Patrol (/qr-patrol-system)
        - Mobile application (/mobile-application)
        - Web application (/web-application)
    - ▼ QR-Patrol PRO (/qr-patrol-pro)
        - QR-Patrol PRO features (/qr-patrol-pro-features)
        - QR-Patrol M.A.R.S. (/qr-patrol-mars)
        - QR-PTT (http://www.qrptt.com)
    - QR-Patrol GOLD (/qr-patrol-gold)
    - Guard tour systems (/13-reasons-you-need-a-guard-tour-system%20)
    - Lone Worker Monitoring (/lone-worker-monitoring)
    - Web App login (https://followmystaff.com/)
- Pricing (/Pricing)

- ▼ Our network (/global-partners)
  - Global Partners (/global-partners)
  - Become a QR-Patrol Partner (/become-a-partner)
  - Customers (/customers)
  - Customer Testimonials (/customer-testimonials)
- ▼ Support (/support)
  - ▼ Training (/training)
    - User Guides (/user-guides)
    - How To Guides (/how-to-guides)
    - Video Tutorials (/video-tutorials)
  - FAQ's (/frequently-asked-questions)
  - Marketing (/marketing)
  - Case Studies (/case-studies)
  - Free Testing (/free-test)
  - Search (/search)
- ▼ Blog (/blog)
  - Blog (/blog)
  - Media (/media%20)
- Contact (/contact-form)
- Account (/user)

# Features

🇬🇧 (/features)
🇪🇸 (/es/features)
🇬🇷 (/el/features)
🇫🇷 (/fr/features)
🇩🇪 (/de/features)
🇷🇺 (/ru/features)



## Incidents Report

Monitor incidents in real-time by gathering multimedia data (image, voice, detailed notes) with signature fields.



## Guard Tour monitoring

Monitor your guards and manage your workflow in an efficient way, automating all internal work process.



## Guards' schedules

Create guards' schedule templates and follow specific scheduling during the whole patrol monitoring activities.



## Timekeeping

Automatic record of check in and check out in real-time giving the ability to track working hours and control budget.



## Advanced Reporting

Create multiple reports (scanned, missed check points / incidents / patrol duration) using advanced filtering and export abilities (PDF, excel).



## NFC / QR code / Beacons

Scan NFC tags, QR codes or Beacon checkpoints placed on buildings and territories and send immediate alerts and reports.

## Interested in QR-Patrol? Request a distributor plan now!

✉ Contact us (/contact-form)



## QR-Patrol at a glance

Case 2:90-cv-00520-KJM-SCR     Document 6462-15     Filed 02/14/20     Page 8 of 18

QR-Patrol is a Real Time guard monitoring system which skyrockets the efficiency of security companies and offers them the ability to upgrade their services via technology. In brief, QR-Patrol incorporates all the basic features of a smart guard tour system solution:

- Create and connect sites with checkpoints
- Receive SOS alerts and take immediate action
- Get e-mail notifications for missed, early or late passed checkpoints
- Send incidents reports to your clients or to the Monitoring Center
- Manage patrols remotely in real-time
- Verify guard tours online and check missed patrols

Get Started Now ➜ (/free-test)





## Increase Officers productivity and potential

QR-Patrol guard tour system relieves officers from daily time-consuming processes such as filling paper reports and making repetitive phone calls to the Monitoring Center, provoking confusion and misunderstandings. The whole procedure is defined by strict guidelines and simple actions to take. Guards and officers can quickly send incidents reports, implement patrols and any other guard service by taking advantage of the latest innovations in technology.

Companies and Clients are also informed and engaged in the monitoring process in real-time, keeping remote control on every aspect of guard tour services and reacting immediately to any incidents as required. Every guard tour is verified in real-time and any promised service is met or unaccomplished.

# Instant Data availability - Centralized monitoring

- User-friendly interface – minimal training required
- Neither hardware infrastructure required nor software installation - minimum cost requirements
- Complete visibility into scanned or missed checkpoints in real-time
- Weather-proof, low-cost, and high resistance NFC tags and QR-codes tags
- Data interoperability. Real-time access from any point worldwide
- Instant activities reports and history logs
- English, French, German, Italian, Greek, Portuguese multilingual interface

See Video tutorials ➜ (/video-tutorials)





## Unique reporting capabilities

QR-Patrol is a smart guard tour and patrol monitoring system aiming to improve daily operations in security companies and arm clients with total control over their territories. Multiple reporting options are available:

- Finished Scheduled Routes (Scanned or Missed Check Points – filtering by date or missed checkpoints routes)

- Advanced filtering by client in all patrol events (including Incidents, MME, scans) and PDF/Excel export capabilities
- Total patrol duration report filtered by guard and patrol
- Incidents reports filtered by Client, site and guard with the option to send them via e-mail to Client

Copyright 2014-2020 © Terracom S.A. All Rights Reserved.

