# Exhibit J

Message

| | |
|---|---|
| **From**: | Bradbury, Darin@CDCR [Darin.Bradbury@cdcr.ca.gov] |
| **Sent**: | 1/29/2016 3:25:02 PM |
| **To**: | Ducart, Clark@CDCR [Clark.Ducart@cdcr.ca.gov] |
| **Subject**: | FW: Appeals Numbers |
| **Attachments**: | Program Policy 08-01-15 to 01-01-16.pdf; Compstat Report 08-01-15 to 01-01-16.pdf |

Here is the information requested from Appeals, we ran the reports from August through January to ensure that we captured all of the SHU Guard One appeals. Please let me know if you need anything else.

---

**From:** Bramucci, Naomi@CDCR
**Sent:** Friday, January 29, 2016 3:16 PM
**To:** Bradbury, Darin@CDCR
**Subject:** Appeals Numbers

From August 1, 2015 to January 1, 2016 the Appeals Office received 82 appeals regarding the Security/Welfare Checks. Out of the 82 appeals, 21 are group appeals. See attached report Program Policy for list of appeals regarding the Security/Welfare Checks.
(Only 4 appeals regarding the Security/Welfare Checks were received from December 1, 2015 to January 1, 2016.)

At this point in time if we receive an appeal regarding the Security/Welfare Checks prior to accepting or rejecting the appeal we take into consideration if the inmates issue is ongoing or if he is just appealing the policy. The inmates housing is also reviewed to see if he was just recently housed in the SHU within the last 30 days.

The COMPSTAT report from August 1, 2015 to January 1, 2016, is also attached for review.

Thank you,

*Naomi Bramucci*
*Associate Governmental Program Analyst*
*Inmate Appeals Office*
*Pelican Bay State Prison*
*(707) 465-1000 x 5086*

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communication Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of this communication. Thank you.