# Exhibit O



# Verkada Announces People Analytics to Simplify Investigations

**Brandon Davito**  Aug 13, 2019



Today, Verkada is pleased to announce the general availability of our newest game-changing feature, People Analytics. Built on advanced computer vision technology that detects and compares people and faces in frame, People Analytics is another step forward as Verkada pushes the boundaries of enterprise video security with simple, powerful tools accessible to users of our Command platform.

Leveraging our state-of-the-art computer vision technology, Verkada is focused on helping users simplify and manage the detection of people and vehicles in frame. To date, our team has launched a range of tools built on AI, including people detection, bounding boxes and heat maps.

Now, People Analytics builds on those tools by combining intelligent edge-based video processing with computer vision in the cloud to give users high-quality images of all individuals identified in the scene. From there, users can search and filter based on many different attributes, including gender traits, clothing color, and even a person's face.





How it works

People Analytics takes advantage of the powerful processors on our Mini cameras, including the D40 and the newly released CM61 Mini 4K, to find people in frame. Once detected, the high-resolution image is cropped and then sent to the cloud-based Command platform. New images are continuously added to a camera's People History view. Users then have the ability to filter by date/time, gender traits, and upper body/lower body clothing colors.  The filtered results are displayed starting with the highest confidence matches within each day. A search icon on the image indicates that the person matches other images seen by the camera - clicking on it will return the results across days.





Users can also click on the Face Search tab to see thumbnails of people seen in frame. Clicking on a thumbnail finds all matches for that face, sorted by date. Snapshots can be downloaded using the icon, or clicking on the thumbnail will load the original video. Powerfully, users can upload their own image or use the phone's camera to find a person of interest in that camera's history.





## How to get started

People Analytics is available on any D40 or CM61 Mini 4K camera. To get started:

To enable People Analytics:

1. Open *Settings*
2. Go to *Additional Settings*
3. Click *Enable People History*

To enable Face Search:



The camera will load new firmware, reboot, and begin analyzing people and displaying them in People History.

The People History results will be analyzed for matching faces, and thumbnails will begin populating the Face Search tab as matches are identified. Note that People Analytics will consume additional bandwidth as new firmware is deployed initially and in steady-state.

These features are now live in your Command software. Follow the instructions in our Knowledge Base to learn more.

—

*Want to learn more? Get a 20-Minute Demo and see how Verkada can help your organization modernize its approach to physical security.*

Brandon Davito

Brandon Davito is Verkada's Vice President of Product and Operations. He is passionate about bringing technology solutions to established industries and has extensive experience in the communications, utility, smart city and construction markets. Brandon is a graduate of Stanford University and the Kellogg School of Management.

Try Verkada For Free

Get a trial camera, risk-free for 30 days. We cover shipping both ways.



# Jul

## Announcing Verkada's Simplified Streaming Architecture

**Brandon Davito**  Jul 19, 2019

One of Verkada's primary goals is to simplify and improve the management of enterprise video surveillance systems. With that goal in mind, today we've launched a new, simplified streaming architecture for all Verkada customers. With this update, we have improved image performance, reduced latency, and streamlined our user experience. Users now choose between HD and…

Read more ›

# Aug

## Product Updates Week of August 12: CM61 Mini 4K, People Analytics, Shared Archives, and More

**Brandon Davito**  Aug 13, 2019

Today, Verkada is excited to announce our new Mini 4K camera, the CM61, the launch of our powerful AI-based People Analytics, and many additional updates to our feature set.



Read more  ›



Products

Dome Series

Mini Series

Fisheye Series

Viewing Station

Command

Access Control

Pricing

Compare

Solutions

Overview

Education

Banks

Healthcare

Government

Business

Restaurants

Retail

Resources

Why Verkada

Webinars

eBooks

Blog

Company

About

Customers

Press & News

Partners



## Support

Support

Knowledgebase

Trust

Platform SLA

Login



Request a Demo

sales@verkada.com

US Number

+1 (650) 514-2500 (Local)

(833) 837-5232 (Toll-Free)

UK Number

+44 (20) 30486050 (Local)

0808 196 2600 (Toll-Free)

Terms of Sale                    Terms of Service                    Privacy Policy

© Copyright 2020 Verkada Inc. All rights

