# Exhibit A

Accepted: 28 February 2017
DOI 10.1002/ajim.22714



RESEARCH ARTICLE

WILEY AMERICAN JOURNAL OF INDUSTRIAL MEDICINE

# The negative impact of prison work on sleep health

Lois James PhD[1]  |  Natalie Todak MS[2]  |  Suzanne Best PhD[3]

[1] College of Nursing, Washington State University, Spokane, Washington

[2] Department of Criminology and Criminal Justice, Arizona State University, Tempe, Arizona

[3] Department of Psychology, Lewis and Clarke College, Portland, Oregon

**Correspondence**
Lois James, PhD, College of Nursing, Washington State University, 412 E Spokane Falls Blvd, Spokane, WA 99201.
Email: lois_james@wsu.edu

**Funding information**
Teamsters Union 117, Grant number: 13K-5702-2049

**Objectives:** To examine the prevalence of sleep disorders, deprivation, and quality in a sample of prison employees, and investigate the relationship between exposure to work-related critical incidents and sleep.

**Methods:** We surveyed 355 Washington State Department of Corrections employees. The survey included the Pittsburg Sleep Quality Index and the Critical Incident History Questionnaire.

**Results:** We found 28% and 45% of the sample reported suffering from Apnea and insomnia, respectively. Over half of the sample reporting sleeping *less than 2 h* between shifts and being constantly fatigued. We found significant associations between exposure to critical incidents and sleep problems.

**Conclusions:** Prison workers are in desperate need of help to improve their sleep. Our findings suggest the importance of continued investigation of prison worker sleep health using objective measures, toward the development of programs for improving sleep and resilience to critical incidents and stress.

**KEYWORDS**
critical incident exposure, fatigue, health, prison workers, sleep

## 1 | INTRODUCTION

Prison work is highly stressful, dangerous, and linked to numerous negative health and wellness outcomes. In prisons, the threat of exposure to critical incidents is constant with inmate criminality, mental illness, gang membership, and drug use making acts of violence commonplace, difficult to predict, and even more difficult to control.[1] Critical incidents, which include having to witness or experience a tragedy, death, serious injury, or serious threat, are defined by their potential to negatively affect an employee's ability to function in daily life.[2] These workplace factors can also impact employees' long-term physical health; prison workers have elevated rates of diabetes, stroke, cardiovascular disease, metabolic disorders, blood pressure, hypertension, and obesity compared to the general population.[3–8] Prison workers are also at increased risk of physical injury,[9–11] with inmate violence being the leading cause.[9,10] Furthermore, connections have been observed between prison work and depression, anxiety, PTSD, and suicide.[12] Finally, prison facilities are known to be high-risk environments for contracting infectious diseases from being bitten or spit on by inmates, or splashed in the face with blood, urine, or feces.[12]

Although there is a wealth of evidence connecting prison work with negative health outcomes, very little attention has been paid to the impact of prison work on sleep. We know from the research literature that shift work and long work hours negatively impact sleep quantity and quality.[13,14] Shift work and resulting fatigue are further linked to on-the-job injuries, accidents, poor health, and negative health behaviors.[13,15–23] High levels of stress have a major impact on sleep functioning,[24,25] while sleep disruption in turn affects the body's sensitivity to and ability to process stress.[26,27]

Prison and police work have many similarities, including shift work, high stress, frequent interactions with difficult populations, the potential for violence, and the authority to use coercive force. Research has established that police officers are at higher risk for sleep disorders and poorer quantity and quality of sleep compared to the general public.[28] Vila found 14% of officers are always or usually tired at the beginning of their shift. Similarly, a survey of 2269 Canadian and U.S. officers found 91% were routinely fatigued, 85% had driven while drowsy, and 39% had fallen asleep at the wheel at least once.[29] In a separate study, Rajaratnam et al[30] found that 40% of a sample of 4957 police officers screened positive for at least one sleep disorder.

---

Institution at which the work was performed: Washington State University.

**450** | Case 2:90-cv-00520-KJM-SCR  Document 6462-25  Filed 02/14/20  Page 3 of 9  JAMES ET AL.

AMERICAN JOURNAL OF INDUSTRIAL MEDICINE —WILEY

Some evidence suggests prison workers also suffer from sleep-related problems. Goldberg et al[31] found that prison guards reported more sleep-related problems compared to other prison employees. In a study of correctional officer fatalities, transportation accidents were found to be a prevalent cause of work-related death, and fatigue was identified as a primary contributor to these accidents.[10] In Australia, prison workers were found to consume prescription sleeping aids at a significantly higher rate than the general population.[32] In sum, there appears to be link between prison work and sleep-related problems, but little research has explored this possibility. In the prison environment, where vigilance and fast response times are critical to employees' safety, sleep deprivation and consequent fatigue can be life threatening. Accordingly, the present study seeks to address this gap in the literature by examining sleep problems in a sample of prison employees, and investigating the relationship between sleep and exposure to critical incidents.

## 2 | METHODS

### 2.1 | Design

This study employed a cross sectional design, surveying a sample of Washington State prison workers recruited from a single labor union. Every member with the union was invited to participate via email. The total number of union members at the time of sampling was approximately 2000 recruited from 12 different prison facilities. The survey consisted of a comprehensive set of questions investigating the physical and psychological risks associated with prison work. One of the major themes within the survey was sleep health. From these data, we describe sleep patterns and problems within our sample, investigate correlations between on-the-job critical incidents and sleep, and determine whether these critical incidents are significantly associated with sleep problems in prison employees.

### 2.2 | Participants

All participants in the current study were Washington State Department of Corrections employees ($N = 355$), sampled from a single labor union that at the time of the survey had approximately 2000 members. This particular pool of participants was selected because the union wished to gather information on the nature of prison work and its impact on employee health and wellness. Participants completed an anonymous online survey in Summer 2013. All members were sent an email invitation to participate, resulting in a response rate of 17.75%.

### 2.3 | Materials

The survey instrument included items from each of the following validated measures: The World Health Organization Quality of Life instrument (WHIQL[33]), the Pittsburg Sleep Quality Index (PSQI[34]), the six-item psychological distress symptom checklist 90 (SCL-90-R[35]), the life events checklist for the DSM-5 (LEC-5[36]), the PTSD checklist for the DSM-5 (PCL-5[36]), and the Critical Incident History Questionnaire, a measure originally developed for assessing duty-related stress experienced among police officers and modified to assess critical incidents encountered in the prison environment (CIHQ-C[37]). Taken together, the survey provided a comprehensive assessment of participants' health and wellbeing, including physical and psychological health, and overall quality of life, as well as the extent to which prison workers are exposed to physical injury and critical incidents on the job. The survey took approximately 30 min to complete and was approved by the Washington State University Internal Review Board (IRB) for human subjects research prior to recruitment.

In addition to all questions within the PSQI (which ask about hours sleep per night, satisfaction with sleep quantity, trouble sleeping, sleep medication, and rating of sleep satisfaction, difficulty staying awake while working/driving/socializing, and restlessness while sleeping; all over the previous 4-week period) other sleep-related questions within the survey included:

- During the past 6 months, have you been bothered by the following condition? (Sleep Apnea—Yes/No) (Insomnia—Yes/No)
- In the past 4 weeks, how satisfied were you with the following things… (Your Sleep? Very dissatisfied/Dissatisfied/Neither satisfied nor dissatisfied/Satisfied/Very satisfied)
- During the past 4 weeks, how often have you felt… (Tiredness or fatigue? Never/Some of the time/A lot of the time/All of the time)

Chronbach's Alpha for sleep items was high at 0.8. The critical incident questions relevant to the current study included:

- Being seriously injured at work
- Being present when a fellow employee was seriously injured or killed
- Being seriously beaten
- Being seriously bitten
- Being taken hostage
- Receiving serious threats against self or loved ones
- Being threatened with a gun
- Being threatened with a knife, shank, or other weapon
- Being trapped in a potentially life threatening situation
- Having to kill or seriously injure someone
- Making a mistake that led to the serious injury or death of an inmate
- Seeing someone dying
- Encountering the body of a dead inmate
- Encountering an inmate committing suicide
- Encountering sexual assault of an inmate
- Being ambushed by inmates
- Managing an aggressive riot

Chronbach's Alpha for critical incident items was high at 0.91. Participants were asked to list the number of times they had experienced each of these critical incidents during their careers.

Case 2:90-cv-00520-KJM-SCR    Document 6462-25    Filed 02/14/20    Page 4 of 9

## 2.4 | Procedures

Study participants were recruited via correspondence from their labor union. All members had email addresses connecting them to the union. An email was sent to all members providing a link to the survey and informing them that participation in the study was voluntary and anonymous, and that results could not be connected to them in any way. The email included a cover letter describing the study and the risks and benefits associated with it. Members then had the option to click on the link that took them to the survey, or to disregard the link. If they clicked on the link, they were provided with an informed consent form, which they had to agree to in order to access the survey.

Prior to survey distribution, we pilot tested the protocol using a small sample (n = 10) of prison workers and administrators to ensure suitable wording of items. Next, the full online survey was deployed and kept open for a 30-day period following its distribution to study participants. At this point we had reached a slowing down of participant responses (only five responses between day 20 and 30). During this time, union members were sent two brief reminder emails with links to the survey, prompting them to participate if they were interested, and disregard if they were not or had already taken the survey.

## 2.5 | Analytical framework

To describe the sleep patterns and problems within our sample we calculated frequencies for self-reported prevalence of sleep disorders, sleep quantity between shifts and during off-duty nights, and sleep quality. We also calculated exposure rates for each of the critical incidents listed in the materials section. We then investigated correlations (using Pearson's Correlation for continuous level data and Spearman's Rho for ordinal level data) between each sleep variable and each critical incident to determine whether a relationship existed between exposure to critical incidents and sleep problems. Finally, we used regression models (generalized linear and binary logistic) to determine whether exposure to critical incidents was significantly associated with sleep disorders, reduced sleep quantity, and poor sleep quality. All analyses were conducted in SPSS (Version 24).

**TABLE 1** Participant demographics and work assignments

| Demographics | N (%) | Assignment | N (%) |
| --- | --- | --- | --- |
| Sex | | Facility[b] | |
|   Female | 114 (34.4[a]) |   Closed custody | 120 (37) |
|   Male | 217 (65.6) |   Maximum security | 132 (41) |
| Race | |   Medium security | 208 (64) |
|   Alaskan native | 1 (0.3) |   Minimum security | 192 (59) |
|   American-Indian | 4 (1.2) | Service population | |
|   Asian | 3 (0.9) |   Male inmates | 205 (63) |
|   Black | 8 (2.4) |   Female inmates | 43 (13.3) |
|   Hispanic | 16 (4.8) | Position[b] | |
|   Pacific islander | 6 (1.8) |   Correctional officer | 205 (65) |
|   White | 270 (81) |   Medical | 47 (14.8) |
|   Other | 12 (3.6) |   Counselor | 30 (9.5) |
| Age | |   Administrative | 12 (3.8) |
|   18-25 | 10 (3.1) |   Other services | 61 (17.2) |
|   26-30 | 22 (6.8) | Shift | |
|   31-40 | 74 (22.8) |   Days | 176 (56) |
|   41-50 | 92 (28.3) |   Swing | 103 (33) |
|   51-60 | 103 (32) |   Graveyard | 34 (10.9) |
|   61+ | 24 (7.4) | Inmate contact (% of workday) | |
| Years in prison work | |   Less than 10 | 33 (10) |
|   Less than 1 | 5 (1.5) |   11-25 | 26 (7.9) |
|   1-5 | 75 (23) |   26-50 | 30 (9.1) |
|   6-10 | 96 (29) |   51-75 | 46 (14) |
|   11-15 | 66 (19.9) |   76-90 | 85 (25.9) |
|   16-20 | 41 (14.5) |   More than 90 | 109 (33) |
|   20+ | 41 (12.4) | | |

[a]Table reports valid percentages.
[b]These categories are not mutually exclusive. Participants were instructed to select all responses that apply. As such, totals can add up to greater than the sample total.

**452** | AMERICAN JOURNAL OF INDUSTRIAL MEDICINE WILEY JAMES ET AL.

Case 2:90-cv-00520-KJM-SCR   Document 6462-25   Filed 02/14/20   Page 5 of 9

## 3 | FINDINGS

Participant demographics are presented in Table 1 above. A majority of the sample was male (65.6%) and white (81%). Most participants (83.1%) were between 30 and 60 years old. Years of prison work experience are approximately normally distributed with about half of the sample having over 10 years of experience. Participants worked across all types of prison facilities, and mostly with male inmates (63%). The sample was largely comprised of correctional officers (65%). Most worked during the day shift and had a significant amount of exposure to prisoners in the course of their daily work.

### 3.1 | Description of participants' sleep health

Table 2 summarizes participants' sleep quality, quantity, and prevalence of self-reported disorders. Prison workers reported serious problems with sleep and fatigue. Over a quarter of the sample reported suffering from sleep Apnea,[1] and almost half reported suffering from insomnia. Reported hours of sleep per night were highly insufficient (the National Heart Lung and Blood Institute recommends 7-8 h per night). Over one-half of the sample reported 2 h or less sleep per night while working in the prison, and just over 14.3% reported 2 or less hours per night during their days off. Only 1.4% of respondents reported receiving 6 or more hours of sleep while on duty, and 11.2% got 6 or more hours of sleep while off duty. Almost three-quarters of the sample said they wished they got more sleep.

Almost one-quarter of the sample was either dissatisfied or very dissatisfied with their sleep. Further, over half reported that their sleep quality was either fairly bad or very bad. The most common problems experienced by the sample were constant tiredness and fatigue (58.3%), and waking up during the night for three or more nights per week (47.2%). Almost one-third of the sample used medicinal sleep aids to fall asleep, 17.4% used alcohol to fall asleep, and 39.2% used caffeine daily for fatigue management. Furthermore, 39.9% had little to no energy for everyday life and over a quarter reported trouble staying awake during daily activities.

### 3.2 | Description of participants' exposure to critical incidents

As detailed in Table 3, respondents were asked to report how many times they had experienced various forms of workplace violence and trauma in their prison careers. Collectively, respondents had either witnessed or experienced a high volume of negative and violent incidents in their prison careers. The most commonly reported negative experiences were receiving serious threats to oneself or loved ones, with 23.7% of respondents reporting this happened more than ten times in their careers. Encountering someone who was recently badly beaten, encountering someone recently sexually assaulted, encountering an inmate attempting suicide, and watching an employee get seriously injured were reported as frequent experiences.

**TABLE 2** Indicators of sleep problems

| Sleep disorders | Frequency (%)[a] |
|---|---|
| Sleep apnea | 82 (27.6) |
| Insomnia | 133 (44.8) |
| **Sleep quantity** | **Frequency (%)** |
| Desire for more sleep | 218 (74.1) |
| Hours of sleep (on duty) | |
| 0-2 h | 157 (53) |
| 3-5 h | 135 (45.6) |
| 6 or more hours | 4 (1.4) |
| Hours of sleep (off duty) | |
| 0-2 h | 42 (14.3) |
| 3-5 h | 219 (74.5) |
| 6 or more hours | 33 (11.2) |
| **Sleep quality** | **Frequency (%)** |
| Sleep satisfaction | |
| Dissatisfied | 55 (19) |
| Very dissatisfied | 14 (4.8) |
| Sleep quality | |
| Fairly bad | 141 (48.1) |
| Very bad | 14 (4.8) |
| Problems falling asleep (3+ times per week) | 118 (40.7) |
| Mid-sleep wakening (3+ times per week) | 137 (47.2) |
| Medicinal sleep aid use (1+ times per week) | 89 (30.5) |
| Alcohol use for sleep (1+ times per week) | 50 (17.4) |
| Tiredness and fatigue (a lot or all the time) | 168 (58.3) |
| Little or no energy for everyday life | 117 (39.9) |
| Caffeine for fatigue management | 115 (39.2) |
| Trouble staying awake for daily activities | 76 (26.2) |

[a]Table reports valid percentages.

### 3.3 | Correlations[2] between critical incidents and participants' sleep

When investigating the relationship between critical incident exposure and sleep disorders, we found Apnea was significantly correlated with being seriously bitten by an inmate ($r = 0.13$, $P < 0.05$). Insomnia however was significantly correlated with a number of critical incidents, including being seriously injured ($r = 0.16$, $P < 0.01$), beaten ($r = 0.13$, $P < 0.05$), and bitten ($r = 0.14$, $P < 0.05$) by an inmate; being present when an employee was injured ($r = 0.25$, $P < 0.01$); receiving serious threats from an inmate ($r = 0.26$, $P < 0.01$); being trapped in a life threatening situation ($r = 0.15$, $P < 0.05$); seeing an inmate dying ($r = 0.18$, $P < 0.01$), being sexually assaulted ($r = 0.21$, $P < 0.01$) or beaten ($P = 0.23$, $P < 0.01$); being ambushed by an inmate ($r = 0.13$, $P < 0.05$); and managing an aggressive riot ($r = 0.14$, $P < 0.05$).

When investigating the relationship between critical incident exposure and sleep quantity, we found that less sleep during the work week was significantly correlated with being seriously injured ($r = 0.23$, $P < 0.01$) and bitten ($r = 0.15$, $P < 0.05$) by an inmate; being trapped in a life threatening situation ($r = 0.16$, $P < 0.01$); seeing an inmate dying

Case 2:90-cv-00520-KJM-SCR    Document 6462-25    Filed 02/14/20    Page 6 of 9
AMERICAN JOURNAL OF INDUSTRIAL MEDICINE

TABLE 3  On-the-job exposure to critical incidents

| Critical incidents | Once (%) | 2-5 times (%) | 6-10 times (%) | 10+ times (%) |
| --- | --- | --- | --- | --- |
| Receiving serious threats to self or loved ones | 20 (7.2)[a] | 60 (21.6) | 26 (9.4) | 66 (23.8) |
| Being threatened with gun | 7 (2.6) | 7 (2.6) | 4 (1.5) | 7 (2.6) |
| Being threatened w/knife, shank, or other weapon | 14 (5) | 35 (12.6) | 7 (2.5) | 7 (2.52) |
| Being ambushed | 24 (8.7) | 10 (3.6) | 3 (1.1) | 1 (0.4) |
| Being trapped in a life threatening situation | 33 (11.9) | 39 (14.1) | 10 (3.6) | 10 (3.6) |
| Managing an aggressive riot | 30 (10.8) | 28 (10.1) | 3 (1.1) | 3 (1.1) |
| Being taken hostage | 4 (1.5) | 2 (0.7) | 1 (0.4) | 1 (0.4) |
| Being seriously injured intentionally | 26 (9.4) | 29 (10.5) | 5 (1.8) | 1 (0.4) |
| Being seriously beaten | 20 (7.3) | 17 (6.2) | 2 (0.7) | 1 (0.4) |
| Being seriously bitten | 13 (4.7) | 14 (5.1) | 5 (1.8) | 1 (0.4) |
| Being seriously injured accidentally | 40 (14.4) | 47 (16.6) | 9 (3.2) | 2 (0.7) |
| Having to kill or seriously injure someone | 8 (2.9) | 3 (1.1) | 3 (1.1) | 3 (1.1) |
| Watching employee killed intentionally | 14 (5) | 4 (1.5) | 1 (0.4) | 2 (0.7) |
| Watching employee killed accidentally | 6 (2.2) | 1 (0.4) | 2 (0.7) | 2 (0.7) |
| Watching employee seriously injured intentionally | 26 (9.4) | 68 (24.6) | 29 (7.2) | 18 (6.5) |
| Watching employee seriously injured accidentally | 36 (13) | 95 (34.3) | 14 (5.1) | 1 (0.4) |
| Seeing someone dying | 35 (12.6) | 79 (28.4) | 15 (5.4) | 12 (4.3) |
| Encountering someone recently dead | 40 (14.4) | 76 (27.3) | 12 (4.3) | 8 (2.9) |
| Encountering an inmate attempting suicide | 38 (13.8) | 75 (27.2) | 20 (7.2) | 21 (7.6) |
| Encountering someone recently sexually assaulted | 33 (11.9) | 71 (25.6) | 16 (5.8) | 13 (4.7) |
| Encountering someone recently badly beaten | 17 (6.1) | 86 (31.1) | 34 (12.3) | 63 (22.8) |

[a]Table reports valid percentages.

($r = 0.22$, $P < 0.01$), being sexually assaulted ($P = 0.17$, $P < 0.01$) or beaten ($r = 0.20$, $P < 0.01$); being ambushed by an inmate ($r = 0.14$, $P < 0.05$); and managing an aggressive riot ($r = 0.18$, $P < 0.05$). Furthermore, we found that taking sleep medication was significantly correlated with being seriously beaten ($r = 0.15$, $P < 0.05$) and bitten ($r = 0.15$, $P < 0.05$) by an inmate; being present when an employee was killed ($r = 0.12$, $P < 0.05$) or injured ($r = 0.17$, $P < 0.05$); and witnessing beating of an inmate ($r = 0.20$, $P < 0.01$).

Finally, when investigating the relationship between critical incident exposure and sleep quality, we found that lower satisfaction with sleep quality was significantly correlated with being seriously injured ($\rho = 0.20$, $P < 0.01$), beaten ($\rho = 0.25$, $P < 0.01$), and bitten ($\rho = 0.19$, $P < 0.01$) by an inmate; being present when an employee was injured ($\rho = 0.30$, $P < 0.01$); receiving serious threats from an inmate ($\rho = 0.26$, $P < 0.01$); being trapped in a life threatening situation ($\rho = 0.21$, $P < 0.01$); seeing an inmate dying ($\rho = 0.27$, $P < 0.01$), being sexually assaulted ($\rho = 0.22$, $P < 0.01$) or beaten ($\rho = 0.18$, $P < .01$); being ambushed by an inmate ($\rho = 0.19$, $P < 0.01$); and managing an aggressive riot ($\rho = 0.13$, $P < 0.05$).

### 3.4 | Impact of critical incidents on participants' sleep

We investigated whether any of the critical incident items were significantly associated with sleep problems when tested with regression models. We found that exposure to critical incidents was not associated with sleep quantity ($R^2 = 0.12$; $P = 0.13$). However, it *was* associated with insomnia ($\chi^2 = 40.67$; $P < 0.01$). Specifically, witnessing an inmate being sexually assaulted, and being ambushed by an inmate significantly were associated with a prison employee suffering from insomnia.

Exposure to critical incidents was also significantly associated with poor satisfaction with sleep quality ($R^2 = 0.17$; $P < 0.01$). The sole significant critical incident item was being seriously injured by an inmate (see Table 4 for details). Finally, we found that being bitten by an inmate was significantly associated with the use of medication as a sleep aid.

## 4 | DISCUSSION

This study examined the prevalence of sleep disorders, sleep deprivation, and poor sleep quality among prison employees, as well as the relationship between exposure to critical incidents commonly associated with prison work and sleep. In general, the study found prison employees suffered greatly from sleep-related health issues that could significantly impact their ability to perform their jobs, and to adequately maintain prison and personal safety. Of particular concern was the grossly inadequate amount of sleep prison workers reported getting between shifts (over one-half of the sample reported 2 h or less sleep per night). Not surprisingly, about three quarters of the sample wished they got more sleep. The rates of sleep disorders were

**TABLE 4** OLS regressions associating exposure to critical incidents with sleep problems

| Sleep problems | β | b (se) | t/wald |
|---|---|---|---|
| Insomnia | | | |
| Witness inmate sexual assault | 1.21 | 0.19 (0.08) | 5.87* |
| Being ambushed by inmate | 2.58 | 0.95 (0.39) | 5.94* |
| Sleep quality | | | |
| Being seriously injured on accident | −0.27 | −0.11 (0.04) | −2.79** |
| Sleep medication use | | | |
| Being seriously bitten by inmate | 1.53 | 0.43 (0.21) | 4.03* |

Reported numbers are unstandardized regression coefficients (*b*), standard errors (se) in parentheses, and standardized regression coefficients (*β*)
*$P < 0.05$, **$P < 0.01$.
Insignificant variables are not displayed.

also high—with almost 30% reporting suffering from Apnea and almost half reporting suffering from insomnia. Insomnia was correlated with exposure to many different types of critical incidents. Reduced sleep quantity and quality were also correlated with critical incidents ranging from personal injury, injury to colleagues, and witnessing inmate suffering. In fact, some of these variables were significantly associated with sleep problems in prison workers when tested using regression models. Of particular note was the connection between being bitten by an inmate and insomnia, reduced sleep quantity, and poorer sleep quality. It is possible that this speaks to prison employees' anxiety over exposure to and contamination by inmate body fluids.

These findings suggest the critical importance of improving prison employee's sleep quantity and quality through sleep education programs tailored to this particular population. Several sleep education programs exist for law enforcement officers (eg, the Calgary Fatigue Management model) that could provide excellent starting points for developing effective fatigue management for prison employees. Of particular importance are emphases on coping with shift work, stress mitigation, resilience building, and providing clear recommendations to reduce fatigue (such as strategic napping, caffeine management, and hydration) and promote sleep health (such as sleep disorder screening, sleep monitoring, establishing sleep hygiene, melatonin use, and light therapy). It is of course also important to reduce prison worker exposure to critical incidents, to the extent possible, though this is arguably a bigger challenge than promoting resilience to trauma and improving prison worker sleep.

The current study has several limitations. First, prison employees from a single labor union in one state were sampled, limiting the broad generalizability of the findings. Second, due to the anonymous nature of the survey, email addresses (or any other identifying information) were not collected from participants. As such, we have to way to track whether any participants completed the survey more than once, which could lead to dependencies and correlation error. Given however that the survey took 30 min to complete we think it is highly unlikely that this is the case. Third, the sample had limited racial and ethnic heterogeneity, with over 80% of the sample being White. Fourth, the response rate for the current study (17.75%) is low compared to those reported by other studies using the online survey method, though the current survey was lengthy and took over 30 min to complete. Finally, it is important to note that recall bias is a limitation of self-report survey research. Although subjective ratings of sleep quality reflect how individuals feel about the sleep they are getting, subjective ratings of sleep quantity can be less reliable. Given the alarmingly low hours of sleep reported by many in the sample, we recommend future research in this area fit participants with wrist actigraphs (objective sleep monitoring devices) to determine if prison workers really do receive this little sleep, or whether they just perceive that they do. Even if the latter is the case, given the poor sleep quality and dramatic rates of fatigue reported by the sample, attempts to increase sleep quantity are clearly warranted.

## 5 | CONCLUSION

The negative impact of prison work on employee health and wellness has been well documented. Our goal was to examine an under-reported component of prison worker health: sleep. In keeping with the deleterious nature of prison work on general health, we found very concerning levels of sleep disorders, sleep deprivation, and poor sleep quality throughout the sampled prison workers. We also found significant associations between exposure to critical incidents and sleep problems. The key public health implication arising from these findings is that prison workers are in desperate need of help to improve their sleep. It is possible that a pattern exists of exposure to critical incidents, leading to increased stress, contributing to worse sleep, which results in decreased resilience to trauma from critical incident exposure. This vicious spiral may impact prison workers' ability to do their jobs, while damaging their overall health and wellness. It is well known that sleep deprivation is related to almost every major disease.[15,19–22] By targeting sleep this cycle could be interrupted, and prison workers' health and safety could be significantly improved.

### AUTHORS' CONTRIBUTIONS

Lois James designed the survey used in the reported study, collected the data, led analysis, and assisted in the preparation of this manuscript. Natalie Todak assisted in data analysis and led the writing of this manuscript (drafting and revising). Suzanne Best was responsible for the conceptualization of the study, assisted in all elements of data collection and analysis, and reviewed this manuscript for contextual content. All authors have thoroughly reviewed the submitted manuscript, and are accountable for the work represented within it.

### FUNDING

Grant sponsor: Teamsters Union 117; Grant number: 13K-5702-2049.

## ETHICS APPROVAL AND INFORMED CONSENT

The work was performed at Washington State University (WSU), and reviewed by the WSU Institutional Review Board (IRB) prior to subject recruitment. Given the anonymous nature of the survey, the WSU IRB waived documentation of informed consent, and as such the only consent required was clicking "I agree" on the consent form page of the survey.

## DISCLOSURE (AUTHORS)

The authors declare no conflicts of interest.

## DISCLOSURE BY AJIM EDITOR OF RECORD

Steven Markowitz declares that he has no competing or conflicts of interest in the review and publication decision regarding this article.

## DISCLAIMER

None.

## ENDNOTES

[1] Sleep Apnea and Insomnia questions were included in a long list of other disorders (with no explanation of symptoms). As such, we anticipate that the reported numbers are of workers who had diagnoses of Sleep Apnea and Insomnia, instead of personal speculation based on poor sleep quality.

[2] Data not shown in table.

## REFERENCES

1. Brower J. *Correctional Officer Wellness and Safety Literature Review*. Washington, DC: Office of Justice Programs, US Department of Justice; 2013.
2. Occupational Safety & Health Administration. 2016. Critical Incident Stress Guide. Retrieved January 30, 2017, from https://www.osha.gov/SLTC/emergencypreparedness/guides/critical.html
3. Adwell ST, Miller LE. Occupational burnout. *Corrections Today*. 1985;47:70–72.
4. Dowden C, Tellier C. Predicting work-related stress in correctional officers: a meta-analysis. *J Crim Justice*. 2004;32:31–47.
5. Finn P. Correctional officer stress: a cause for concern and additional help. *Fed Probat*. 1998;62:65–74.
6. Härenstam A, Palm U-B, Theorell T. Stress, health and the working environment of Swedish prison staff. *Work Stress*. 1988;2:281–290.
7. Morgan W. Correctional officer stress: a review of the literature 1977–2007. *Am Jails*. 2009;23:36–43.
8. Swenson DX, Waseleski D, Hartl R. Shift work and correctional officers: effects and strategies for adjustment. *J Correct Health Care*. 2008;14:299–310.
9. Bureau of Labor Statistics. 2010. Nonfatal occupational injuries and illnesses requiring days away from work for state government and local government workers, 2009. Retrieved from http://www.bls.gov/news.release/archives/osh2_11092010.pdf Last accessed 20 October 2011.
10. Konda S, Reichard AA, Tiesman HM. Occupational injuries among US correctional officers, 1999–2008. *J Safety Res*. 2012;43:181–186.
11. Lincoln JM, Chen LH, Mair JS, Biermann PJ, Baker SP. Inmate-made weapons in prison facilities: assessing the injury risk. *Inj Prev*. 2006;12:195–198.
12. Morse T, Dussetschleger J, Warren N, Cherniack M. Talking about health: correction employees' assessments of obstacles to healthy living. *J Occup Environ Med*. 2011;53:1037–1045.
13. Caruso CC, Bushnell T, Eggerth D, et al. Long working hours, safety, and health: toward a National Research Agenda. *Am J Ind Med*. 2006;49:930–942.
14. Pilcher JJ, Coplen MK. Work/rest cycles in railroad operations: effects of shorter than 24-h shift work schedules and on-call schedules on sleep. *Ergonomics* 2000;43:573–588.
15. Caruso CC, Waters TR. A review of work schedule issues and musculoskeletal disorders with an emphasis on the healthcare sector. *Ind Health*. 2008;46:523–534.
16. Dembe AE, Erickson JB, Delbos RG, Banks SM. The impact of overtime and long work hours on occupational injuries and illnesses: new evidence from the United States. *Occup Environ Med*. 2005;62:588–597.
17. Folkard S, Lombardi DA, Spencer MB. Estimating the circadian rhythm in the risk of occupational injuries and accidents. *Chronobiol Int*. 2006;23:1181–1192.
18. Frazier LM, Grainger DA. Shift work and adverse reproductive outcomes among men and women. *Clin Occup Environ Med*. 2003;3:279–292.
19. Knutsson A, Bøggild H. Gastrointestinal disorders among shift workers. *Scand J Work Environ Health*. 2010;36:85–95.
20. Mozurkewich EL, Luke B, Avni M, Wolf FM. Working conditions and adverse pregnancy outcome: a meta-analysis. *Obstet Gynecol*. 2000;95:623–635.
21. Puttonen S, Härmä M, Hublin C. Shift work and cardiovascular disease—pathways from circadian stress to morbidity. *Scand J Work Environ Health*. 2010;36:96–108.
22. Puttonen S, Oksanen T, Vahtera J, et al. Is shift work a risk factor for rheumatoid arthritis? The Finnish Public Sector study. *Ann Rheum Dis*. 2010;69:679–680.
23. Rohr SM, Von Essen SG, Farr LA. Overview of the medical consequences of shift work. *Clin Occup Environ Med*. 2003;3:351–361.
24. Akerstedt T, Knutsson A, Westerholm P, Theorell T, Alfredsson L, Kecklund G. Sleep disturbances, work stress and work hours: a cross-sectional study. *J Psychosom Res*. 2002;53:741–748.
25. Morin CM, Rodrigue S, Ivers H. Role of stress, arousal, and coping skills in primary insomnia. *Psychosom Med*. 2003;65:259–267.
26. Minkel J, Moreta M, Muto J, et al. Sleep deprivation potentiates HPA axis stress reactivity in healthy adults. *Health Psychol*. 2014;33:1430.
27. Mrug S, Tyson A, Turan B, Granger DA. Sleep problems predict cortisol reactivity to stress in urban adolescents. *Physiol Behav*. 2016;155:95–101.
28. Vila B. *Tired Cops: The Importance of Managing Police Fatigue*. Washington, DC: Police Executive Research Forum; 2000.
29. AAA Foundation for Traffic Safety. 2004. Safety of US and Canadian police officers about the public's drowsy driving behavior. Retrieved July 1, 2014, from www.aaafoundation.org/pdf/PoliceDD.pdf
30. Rajaratnam SM, Barger LK, Lockley SW, Shea SA, Wang W, Landrigan CP. Sleep disorders, health, and safety in police officers. *J Am Med Assoc*. 2011;306:2567–2578.
31. Goldberg P, David S, Landre MF, Goldberg M, Dassa S, Fuhrer R. Work conditions and mental health among prison staff in France. *Scand J Work Environ Health*. 1996;22:45–54.
32. Webster IW, Porritt DW, Brennan PJ. Reported health, life-style and occupational stress in prison officers. *Community Health Stud*. 1983;7:266–277.
33. Bonomi AE, Patrick DL, Bushnell DM, Martin M. Validation of the United States' version of the World Health Organization Quality of Life (WHOQOL) instrument. *J Clin Epidemiol*. 2000;53:1–12.

**456** | AMERICAN JOURNAL OF INDUSTRIAL MEDICINE — WILEY  JAMES ET AL.

Case 2:90-cv-00520-KJM-SCR   Document 6462-25   Filed 02/14/20   Page 9 of 9

34. Buysse DJ, Reynolds CF, Monk TH, Berman SR, Kupfer DJ. The Pittsburgh Sleep Quality Index: a new instrument for psychiatric practice and research. *Psychiatry Res*. 1989;28:193–213.
35. Rosen C, Drescher KD, Moos RD, Finney JW, Murphy RT, Gusman F. Six and ten item indices of psychological distress based on the Symptom Checklist-90. *Assessment*. 2000;7:103–111.
36. Weathers FW, Litz BT, Keane TM Palmieri PA, Marx BP, Schnurr PP. 2013. The PTSD Checklist for DSM5 (PCL5). National Center for PTSD. Retrieved from http://www.ptsd.va.gov/professional/assessment/adult-sr/ptsd-checklist.asp
37. Weiss DS, Brunet A, Best SR, et al. Frequency and severity approaches to indexing exposure to trauma: The Critical Incident History Questionnaire for police officers. *J Trauma Stress*. 2010;23:734–743.

**How to cite this article:** James L, Todak N, Best S. The negative impact of prison work on sleep health. *Am J Ind Med*. 2017;60:449–456. https://doi.org/10.1002/ajim.22714