# Exhibit B

Article

Journal of Correctional Health Care
2017, Vol. 23(2) 193-202
© The Author(s) 2017
Reprints and permission:
sagepub.com/journalsPermissions.nav
DOI: 10.1177/1078345817700163
journals.sagepub.com/home/jcx

# Sleep Disorders and Therapeutic Management: A Survey in a French Population of Prisoners



Anaïs Goudard, PharmD[1], Laure Lalande, PharmD, PhD[1], Camille Bertin, PharmD[1], Marie Sautereau, MD[2], Marc Le Borgne, PhD[3], and Delphine Cabelguenne, PharmD, PhD[1]

## Abstract

In a French prison, most inmates reported not being satisfied with their sleep. Life habits between good and bad sleepers were not significantly different except for television and smoking. The most frequently reported symptom of insomnia was several awakenings at night, and the most frequently cited etiologies were rumination of thoughts and noise. Most patients reported that their sleeping problems began or worsened after incarceration. A quarter of the inmates were following a hypnotic treatment, and most of these treatments began in prison. Only 42% of patients were satisfied with its effectiveness. These observations enabled us to make recommendations for healthy sleep patterns such as respecting normal night-and-day cycles, encouraging to stop smoking, and promoting appropriate use of hypnotic treatments.

## Keywords

sleep disorders, prison, hypnotics, patient knowledge, pharmacist

## Introduction

The prevalence of chronic insomnia in the French population is estimated to be 15.8% (Beck, Richard, & Léger, 2013). Insomnia has various causes, both psychological and somatic: psychiatric diseases (44%) such as depression, anxiety, and bipolar disorders; somatic diseases (7%), especially those causing pain or respiratory disorders; and substance consumption or abuse (2%), such as alcohol, caffeine, tobacco, some medicines, and illicit drugs like cocaine or cannabis (Ohayon, 2002).

[1] Unité de pharmacie clinique en milieu carcéral, Groupement Hospitalier Sud, Hospices Civils de Lyon, Lyon, France
[2] Unité sanitaire de la maison d'arrêt de Lyon-Corbas, Centre Hospitalier le Vinatier, Bron, France
[3] Faculté de pharmacie, Université Claude Bernard Lyon 1, Lyon, France

**Corresponding Author:**
Laure Lalande, PharmD, PhD, Unité de pharmacie clinique en milieu carcéral, Groupement Hospitalier Sud, Hospices Civils de Lyon—Pharmacy, Avenue du Grand Revoyet, Pierre Bénite 69310, France.
Email: laure.lalande@chu-lyon.fr

Several studies and medical observations showed that the prevalence of insomnia was higher in prison than in the general population (Dewa, Kyle, Hassan, Shaw, & Senior, 2014). In a Swiss prison, according to Elger (2004b), the prevalence of insomnia was estimated to be 44%. Hypnotic prescriptions were 10 times more frequent (Elger, Bindschedler, Goehring, & Revaz, 2004). These facts are commonly explained by the specificity of the prison environment and its population. Four main factors of insomnia in prison have already been identified: external environmental conditions, psychological reactions to incarceration, type of prison population, and behavior factors (Dewa et al., 2014; Elger, 2008). Indeed, the prison environment is not ideal for healthy sleep due to noise, light, overcrowding, lack of exercise, and boredom (Elger, 2008). Monceau and Jaeger (1995) proved that the number of hypnotic prescriptions was lower in penal institutions where a wide choice of activities was offered, such as sport or work, whereas it increased with the number of inmates per cell. Prisoners can also develop a psychological reaction to imprisonment, such as anxiety disorders or depression caused by an environmental change or waiting for ongoing trial (Elger, 2008). Also, the inmate population presents risk factors of insomnia, such as drug addiction or psychiatric disorders (Falissard et al., 2006). Finally, life habits have a large impact on sleep quality, and inmates often have irregular lifestyles due to their living conditions (inactivity, watching television at night, having long and late naps, and spending a lot of time in bed).

In this context, it can be helpful for health care providers to assess the sleep quality in detention in order to establish an effective therapeutic strategy for patients' treatment. The aim of this study was to describe the sleep quality, the epidemiology, the characteristics and etiologies of sleep disorders, and the associated therapeutic support in a French prison.

## Method

The study took place in the prison of Lyon (France), which is a recent center with a capacity of 690 adult inmates, including a section for women (60 places). Health care is provided by a medical team dedicated to somatic diseases and another one to psychiatric disorders. The pharmaceutical team of the prison cooperates with both medical units and supplies the medications.

This project was divided into two substudies: a questionnaire completed by the inmates themselves and a survey of the ongoing hypnotic prescriptions. For the first part, a specific questionnaire was elaborated using insomnia items and questions identified from the literature (Elger, 2004a; Ohayon & Lemoine, 2004; Sateia & Nowell, 2004). It was first tested by 10 patients during a psychiatric consultation to check whether all of the questions were understandable.

The questionnaire was distributed in June and July 2011, and its aim was to collect anonymous epidemiological data on the quality of sleep in detention. More specifically, it explored the main symptoms, causes, daytime consequences, treatments, and their treatment effectiveness from the patient's point of view. Another objective was to evaluate the impact of incarceration on the sleep quality and identify the particularities of the inmates' life habits that could influence it. This would then serve to inform recommendations to improve patients' sleep. The target population included all inmates of the prison, except those recently arrived and who were hosted in a specific ward during their first week in prison, on the premise that their experience of detention was too recent to be relevant in such a study. The questionnaires were given to the prisoners directly in their cells during lunch distribution. At this time, all of the inmates were in their cells and the prison officer in charge of serving lunch opened the cells one by one. This made the moment particularly appropriate for explaining briefly the aim of the study and how to return the questionnaire completed. In the same way, the questionnaires were recovered the same evening during dinner distribution, so that the inmates had had time to complete them during the afternoon. Inmates were also able to return the questionnaires via the mailbox of the medical unit. When all of the questionnaires were collected, the data were logged and coded in an Excel® file to be analyzed.



**Figure 1.** Sleep quality reported by the inmates.

For the analysis of the therapeutic support, all ongoing medical prescriptions were reviewed twice, in July 2010 and July 2011. Only prescriptions including a hypnotic or another medicine used with a hypnotic aim, such as anxiolytic or sedative neuroleptic taken at bedtime, were taken into account. Collected data included patients' age and sex, medical treatment, treatment duration, and psychiatric coprescriptions (antidepressants, neuroleptics, normothymics, and opioid agonists for maintenance therapy). This survey aimed at defining the therapeutic profile of inmate-patients treated for insomnia.

For the analysis of results, comparisons between good sleepers and bad sleepers regarding sleep duration, life habits, and insomnia treatment were performed with the $\chi^2$ test. The differences were significant if the *p* value was below .05.

## Results

Of the 664 prisoner survey questionnaires distributed, 374 (56%) were returned and 358 (54%) were usable. Of the respondents, 89% were men and 11% were women. Their mean and median lengths of stay were 13.4 and 6.2 months, respectively.

The first question focused on the inmates' feelings regarding their sleep. As shown in Figure 1, 56% of the respondents were dissatisfied with their sleep, whereas 43% were satisfied. From this result, two groups of patients were considered for subsequent interpretation of the results: "good sleepers" and "bad sleepers."

The distribution of sleep duration illustrated in Figure 2 was significantly different between the good and the bad sleepers ($p < .01$). On average, the good sleepers seemed to sleep longer than the bad sleepers. Sleep habits of the inmates are presented in Table 1. There was no difference in sleep habits between the two groups: In both, about 47% of the inmates had naps regularly. Interestingly, we noticed that some inmates had completely changed their sleep–wake schedule, with a maximal bedtime reported at 07:00 a.m. and a maximal wake time at 04:00 p.m.

Concerning life habits (Table 2), patients from the bad sleepers group watched significantly more television at night than the good sleepers (67% vs. 51%, $p = .02$). Regarding inmates' consumptions, there were significantly more tobacco smokers in the bad sleepers group (64%) than in the good sleepers group (52%; $p = .03$). Other substances consumed, such as cannabis or stimulating beverages like coffee or tea, were not significantly different between the two groups of patients.



**Figure 2.** Distribution of sleep duration in good sleepers and bad sleepers groups.

**Table 1.** Sleep Habits of the Prisoners.

|  | Mean | Minimum | Maximum |
| --- | --- | --- | --- |
| Time spent in bed | 7 hr 38min | 1 hr 30min | 13 hr |
| Nap time | 01:42 p.m. | 09:00 a.m. | 05:00 p.m. |
| Nap duration | 73 min | 10 min | 6 hr |

Inmates in the bad sleepers' group reported more insomnia symptoms. These symptoms and other insomnia characteristics in the bad sleepers' group are presented in Table 2. In this group, the most frequently reported symptom was several awakenings at night, and the most frequently cited etiologies were thought rumination and noise, which disturbed more than 60% of the bad sleepers. According to the *Diagnostic and Statistical Manual of Mental Disorders*, fifth edition (DSM-5), one of the characteristics of insomnia produces some diurnal consequences (American Psychiatric Association, 2013). Bad sleeper inmates mainly reported tiredness as a consequence of their insomnia, followed by psychological consequences such as bad mood, dejection, and anxiety. But surprisingly, nearly 20% of the bad sleepers reported no daytime consequences.

This survey also evaluated the impact of confinement on sleep quality: 57% of the bad sleepers declared that their sleep disorders had begun after their arrival in prison and 31% already had sleeping disorders that worsened in prison. Only 11% of this group reported similar sleeping problems before and after incarceration. Finally, more than half (53%) of the bad sleepers declared they had never talked to a physician or nurse about their sleeping disorders.

Regarding the treatment of insomnia, the review of the prescriptions showed that about 25% of the inmates had a hypnotic treatment. This was in accordance with hypnotic records of the prison of Lyon from previous years (29% taking hypnotics in 2010 and 24% in 2011). Benzodiazepines were the most frequently prescribed drugs (78%) and psychiatric coprescriptions were present in 60% of cases. Regarding the duration of hypnotic treatments, 85% exceeded 4 weeks, which is the theoretical maximum duration of a hypnotic prescription in France. In fact, most prescriptions lasted between 1 and 3 months, and 17% of them lasted over a year.

The questionnaire also focused on the treatment of insomnia. In 67% of cases, the inmates declared that their insomnia treatments had begun in prison. About 50% of the bad sleepers had a drug therapy versus 30% of the good sleepers ($p < .05$). The effectiveness of the treatments reported by the patients is depicted in Figure 3. Only 42% of the patients under treatment were satisfied with

**Table 2.** Insomnia Characteristics and Life Habits Self-Reported by the Inmates in the Bad Sleepers' and the Good Sleepers' Group.

|  | Proportion of Bad Sleepers (%) | Proportion of Good Sleepers (%) | $p\ (\chi^2)$ |
|---|---|---|---|
| Insomnia symptoms |  |  |  |
|   Awakenings at night | 75 | 25 | — |
|   Difficulties to fall asleep | 65 | 24 | — |
|   Nonrestorative sleep | 54 | 22 | — |
|   Early awakening in the morning | 53 | 37 | — |
|   Nightmares | 40 | 14 | — |
| Etiologies of insomnia |  |  |  |
|   Thought rumination | 77 | 42 | — |
|   Noise | 66 | 37 | — |
|   Anxiety | 55 | 19 | — |
|   Depressed feelings | 48 | 14 | — |
|   Temperature | 40 | 21 | — |
|   Lack of physical exercise | 33 | 25 | — |
|   Physical pain | 29 | 9 | — |
|   Breathing problems | 26 | 9 | — |
|   Light | 17 | 9 | — |
|   Illness | 15 | 5 | — |
|   Religious observance | 7 | 3 | — |
| Daytime consequences |  |  |  |
|   Tiredness | 65 | 38 | — |
|   Bad mood | 58 | 30 | — |
|   Dejection | 53 | 15 | — |
|   Anxiety | 53 | 20 | — |
|   Difficulties to concentrate | 47 | 24 | — |
|   Memory troubles | 37 | 12 | — |
|   Daytime sleepiness | 37 | 15 | — |
|   Headache | 36 | 13 | — |
|   Difficulties at work | 26 | 13 | — |
|   No daytime consequences | 19 | 21 | — |
| Life habits |  |  |  |
|   Tea consumption | 18 | 20 | .84 |
|   Soda consumption | 29 | 23 | .45 |
|   Tobacco smoking | 64 | 52 | .03* |
|   Cannabis smoking | 14 | 11 | .57 |
|   Watching TV during the night | 67 | 51 | .02* |
|   Large evening meal | 22 | 25 | .30 |
|   Sport before bedtime | 15 | 13 | .45 |

*Note.* For each category of symptoms, insomnia, and consequences, responders could select one or more answers, and thus the sum of the percentages exceeds 100%.
*Indicates a significant difference ($p < .05$).

its effectiveness. Concerning medication use, the patients reported an average time of 1 hour and 35 minutes between drug intake and bedtime.

## Discussion

The aim of this study was to characterize sleep disorders in prison and evaluate their drug management. For this purpose, a questionnaire was addressed to the inmates and a review of the prescriptions was conducted.



**Figure 3.** Treatment effectiveness reported by the patients.

The response rate to the questionnaire was 54%. This is quite satisfying, given the number of illiterate or non-French-speaking prisoners. Besides, as only 2% of the questionnaires were unusable, we can suppose that the inmates answered seriously, and subsequent results may be representative of the studied population.

Analysis of the questionnaire showed that more than half of the respondents were not satisfied with their sleep quality and/or quantity. This exceeds the prevalence of insomnia in the general French population, which is estimated to be 15.8% by Beck, Richard, and Léger (2013). A study conducted by Elger (2004b) in a Swiss prison evaluated the prevalence of insomnia at 44% among its inmates. This is less than the result of our study but can be explained by the data collection method: The Swiss study relied on inmates' interviews by a physician with a true diagnosis of insomnia, whereas our insomnia prevalence was based on patients' personal assessments and thus the prevalence may be overestimated. This was confirmed by the question referring to the daytime consequences, as one fifth of the bad sleepers reported no daytime consequence while it is a diagnosis criterion of insomnia according to the DSM-5 (American Psychiatric Association, 2013).

Most of the patients in the bad sleepers' group mentioned multiple symptoms of insomnia, but the most common was multiple awakenings during the night. This symptom is also the most frequent among the general French population, and it is reported in similar proportions (Ohayon & Lemoine, 2004). However, the inmates seemed to have more difficulties falling asleep than the rest of the French population. This could be secondary to the anxiety caused by the prison environment. Indeed, thought rumination is often present after incarceration and subsequent anxiety usually impairs sleep initiation. The results of the questionnaire about the etiologies of insomnia support this theory: Two of the main causes reported by the patients in the bad sleepers group are the ruminative thoughts and anxiety, while outside prison, anxiety is reported by about 25% of the insomniacs (Ohayon, 2002). Depressed feelings were also indicated as a cause of insomnia by almost half of the bad sleepers. Indeed, there is a relationship between insomnia and psychiatric diseases, especially anxiety, depression, and personality disorders. These troubles are more frequent in prison (Dewa et al., 2014; Falissard et al., 2006). The second cause of insomnia reported by the inmates was noise. Similar environmental etiology has already been reported and is typical of life in prison: overcrowding, cellmate watching television or listening to music, night rounds by the prison officers. The distribution of earplugs is an inexpensive and efficient solution to this problem. As benzodiazepines' efficacy decreases with long-term treatment, they should not be recommended to treat chronic

environmental-related insomnia. Other environmental causes highlighted, such as light, temperature in the cells, and poor bed quality, have already been reported in the literature (Dewa et al., 2014; Elger, 2004b). It is important to note that most insomniac inmates reported that their sleep problems had begun or worsened after their incarceration. Thus, incarceration has a huge impact on sleep quality, and this has also been described in a hospital setting by Fagnoni et al. (2007).

In our study, as in the French population, the most frequently reported daytime consequence of insomnia was fatigue (65%), ahead of irritability (58%), dejection (53%), and anxiety (53%), which are psychological consequences (Ohayon & Lemoine, 2004). These consequences of insomnia are less frequent among bad sleepers from the general population (27%, 19%, and 22% respectively; Ohayon & Lemoine, 2004). Thus, the inmates seem more sensitive to the psychological consequences of insomnia than noninmates. This can be explained by the higher prevalence of psychiatric illnesses in prison (Falissard et al., 2006). Prisoners are more likely to have these kinds of disorders, whether or not they are caused by insomnia. Finally, these psychological consequences may also self-induce sleep problems.

This study enabled us to understand inmates' habits that may cause or worsen sleeping disorders. Although most inmates have appropriate sleeping schedules, some of them have completely shifted the sleep–wake schedule. Going to bed very late at night and sleeping for most of the day definitely has an impact on sleep quality. Reminding them of the importance of respecting normal night-and-day cycles might improve some inmates' sleep. Regarding sleep duration, logically, we found a difference between the good and the bad sleepers, but surprisingly, there were no significant differences between good and bad sleepers regarding naps. Almost half of the respondents had naps regularly, but they lasted too long (73 minutes in average). It is recommended to reduce nap frequency or to avoid long and late naps (Schutte-Rodin, Broch, Buysse, Dorsey, & Sateia, 2008). However, in the context of prison where inmates lack activity and spend most of their time in cells, this advice is hard to follow. Other life habits were taken into account, but for most of them, there were no significant differences between the two groups, except for television. More bad sleepers reported watching television at night. This can be a consequence of insomnia: They watch television because they cannot sleep. And this can also be a cause of insomnia, as it generates light and noise. But the impact of television on sleep disorders should be interpreted with caution, as a Swiss study from Elger (2009) found that the inmates watching more television were the good sleepers. Furthermore, a study by Brunborg et al. (2011) investigating the use of media in the bedroom reported that television did not alter sleep habits. Finally, regarding substance consumption, the only habit that differed between the good and the bad sleepers was cigarette consumption. Tobacco is very common in prison but is proved to have a negative impact on sleep (Bixler, 2009; Elger, 2009). A diagnosis of insomnia could be an opportunity to offer medical support to reduce or stop smoking. But currently, in the absence of changes in the prison organization and in the inmates' way of life, preventive measures, such as not watching television in bed or avoiding cigarette consumption, can hardly be applied in the prison setting. They would probably only have a very limited impact.

The prescription of hypnotic drugs, based on drug reviews and the questionnaire, concerned one quarter of the inmates. This is greater than in the general French population, where the prevalence of hypnotics and anxiolytics is 16.5% (Boyd et al., 2015). This finding is consistent with the observations made in the Swiss prison of Champ-Dollon (Elger et al., 2004). The difference in the general population can be explained by the higher prevalence of insomnia in prison. Also, the fact of getting hypnotics for substance misuse and illegal trafficking cannot be excluded (Elger, 2004b). We also observed a higher proportion of women than men taking hypnotic medications. This result is compatible with a higher prevalence of insomnia among women and is also observed in the general population (Boyd et al., 2015; Ohayon, 2002). Moreover, this is associated with the higher prevalence of psychiatric disorders among women (Finlay et al., 2015).

Hypnotic treatments were associated with psychiatric medications in 60% of the cases. This is correlated with the impact of psychiatric diseases on sleep quality: Insomnia is a current symptom in psychiatric disorders such as anxiety, depression, and schizophrenia. In the general population, mental diseases are present in up to 40% of the cases of insomnia (Ohayon, 2002). In prison, psychiatric illnesses are more frequent and could therefore contribute to higher insomnia and hypnotic prescriptions prevalence (Dewa et al., 2014; Falissard et al., 2006).

In France, the length of prescription for most hypnotic medications, particularly benzodiazepines, is limited to 4 weeks, including a progressive dose decrease at the end of the treatment. However, the prescription review revealed that most hypnotic treatments exceeded the recommended duration. Indeed, treatments were usually renewed every month and the attempts to decrease the doses were not frequent. In 2011, in a prison in Lyon, one third of hypnotic treatments lasted more than 6 months. This duration is possibly underestimated because the drugs review only included treatments prescribed within the prison, but some inmates were already taking hypnotics before their arrival. This long-term use of benzodiazepines is frequent and not specific to incarceration, as it has been reported even for outpatients (Elger, 2004b; Guerlais et al., 2015). In the case of transitory insomnia due to incarceration (sudden change of lifestyle and environment), a hypnotic can be prescribed, but this should be for the shortest possible period and progressively stopped. Indeed, the long-term consumption of hypnotics only partially improves sleeping and may lead to chronic insomnia (Elger, 2003).

The questionnaire also evaluated the effectiveness of hypnotic treatments. About 40% of the patients considered their treatment effectiveness as low or nil, and only 20% were fully satisfied with their medications. This is in accordance with the decreased hypnotic efficacy when drugs are prescribed for a long time. But this could also be explained by inappropriate use of hypnotics, as observed in this survey. Some patients declared taking their hypnotics more than 1 hour before bedtime, whereas it should be just before. Besides, for substances with a short half-life such as zolpidem or zopiclone, the therapeutic effect is almost finished after a few hours. This may explain treatment ineffectiveness if the hypnotics are taken too early or if patients suffer from awakenings late at night. We can conclude from these observations that caregivers can have a major role in promoting the correct use of hypnotics and making sure that patients understand the instructions.

The major limitation of this study is the fact that the results relied on a questionnaire given to inmates. The answers can be biased according to the level of understanding but also to the respondent's personal perception. A consultation with each patient would have been more robust, but it is time-consuming. Observations on such a large cohort of patients could not have been collected. Besides, as discussed, our observations are consistent with the literature and may therefore be representative.

This study enabled us to better understand psychological and environmental causes of insomnia in prison and its management with hypnotic drugs. Our results in terms of prevalence and etiologies of insomnia, life habits, and hypnotic drugs use and management are consistent with previous studies carried out in prison settings. This work is original, as it was mostly based on the self-reporting of patients, especially regarding life habits that could modify their sleep, their perception of treatment efficacy, and the way they take their medications.

The results enabled us to make recommendations for the caregivers and for the patients in order to improve their quality of sleep. First, it is important to understand insomnia etiologies in order to optimize the solutions. For sleeping disorders caused by the environment, such as noise, nonpharmaceutical measures such as earplugs should be systematically proposed to inmates. Inmates should also be informed about the negative effects of reversed night-and-day sleep cycles and tobacco. Inmates should be encouraged to stop smoking. Regarding hypnotic treatments for patients with no psychiatric disorders associated, their prescription should be limited to transitory insomnia. One should make sure that the patients understand how to take hypnotic medications properly, the

simpler advice being to take hypnotic drugs just before bedtime. The risks of tolerance and dependence to benzodiazepines therapy should also be explained to the patients. The physicians should be reminded of the importance to limit as much as possible the dose and duration of hypnotic prescriptions and plan a progressive treatment cessation. To apply these recommendations, we developed a brochure summarizing good sleeping advice and information about hypnotic treatment. We also recommend offering a consultation with a nurse or a pharmacist to all inmates when requested. Some of these recommendations could be applied in other prisons, given that insomnia is a frequently reported problem in these settings. Advice regarding appropriate use of hypnotic treatments may also be helpful for the community setting, as there is a large consumption of benzodiazepines. Also, we can imagine that hypnotic treatment knowledge of patients is quite similar in the general population and in the prison setting. Besides, lifestyle and dietary measures, such as smoking cessation, not staying in bed during the day, and respecting normal night-and-day cycles, may be easier to apply outside the prison environment. But first, evaluating the impact of these simple measures and recommendations should be performed before generalizing them.

## Acknowledgments

The authors wish to acknowledge the helpful suggestions made by Mrs. Christine Paladino and Sylvie Riffard.

## Declaration of Conflicting Interests

The authors disclosed no conflicts of interest with respect to the research, authorship, or publication of this article. For information about JCHC's disclosure policy, please see the Self-Study Program.

## Funding

The authors received no financial support for the research, authorship, and/or publication of this article.

## References

American Psychiatric Association. (2013). *Diagnostic and statistical manual of mental disorders* (5th ed.). Washington, DC: Author.

Beck, F., Richard, J. B., & Léger, D. (2013). Prévalence et facteurs sociodémographiques associés à l'insomnie et au temps de sommeil en France [Insomnia and total sleep time in France: Prevalence and associated sociodemographic factors in a general population survey]. *Revue Neurologique*, *169*, 956–964.

Bixler, E. (2009). Sleep and society: An epidemiological perspective. *Sleep Medicine*, *10*, S3–S6.

Boyd, A., Van de Velde, S., Pivette, M., Ten Have, M., Florescu, S., & O'Neill, S., . . . EU-WMH investigators (2015). Gender differences in psychotropic use across Europe: Results from a large cross-sectional, population-based study. *European Psychiatry*, *30*, 778–788.

Brunborg, G. S., Mentzoni, R. A., Molde, H., Myrseth, H., Skouverøe, K. J. M., Bjorvatn, B., & Pallesen, S. (2011). The relationship between media use in the bedroom, sleep habits and symptoms of insomnia. *Journal of Sleep Research*, *20*, 569–575.

Dewa, L. H., Kyle, S. D., Hassan, L., Shaw, J., & Senior, J. (2014). Prevalence, associated factors and management of insomnia in prison populations: An integrative review. *Sleep Medicine Reviews*, *24*, 13–27.

Elger, B. S. (2003). Does insomnia in prison improve with time? Prospective study among remanded prisoners using the Pittsburgh Sleep Quality Index. *Medicine, Science and the Law*, *43*, 334–344.

Elger, B. S. (2004a). Management and evolution of insomnia complaints among non-substance-misusers in a Swiss remand prison. *Swiss Medical Weekly*, *134*, 486–499.

Elger, B. S. (2004b). Prevalence, types and possible causes of insomnia in a Swiss remand prison. *European Journal of Epidemiology*, *19*, 665–677.

Elger, B. S. (2008). Prisoners' insomnia: To treat or not to treat? Medical decision-making in places of detention. *Medicine, Science and the Law*, *48*, 307–316.

Elger, B. S. (2009). Prison life: Television, sports, work, stress and insomnia in a remand prison. *International Journal of Law and Psychiatry*, *32*, 74–83.

Elger, B. S., Bindschedler, M., Goehring, C., & Revaz, S. A. (2004). Evaluation of drug prescription at the Geneva prison's outpatient service in comparison to an urban outpatient medical service. *Pharmacoepidemiology and Drug Safety*, *13*, 633–644.

Fagnoni, P., Limat, S., Haffen, E., Henon, T., Jacquet, M., Sechter, D., & Woronoff-Lemsi, M. C. (2007). Does hospitalisation affect hypnotic and anxiolytic drug prescribing? *Pharmacy World & Science*, *29*, 611–618.

Falissard, B., Loze, J. Y., Gasquet, I., Duburc, A., de Beaurepaire, C., Fagnani, F., & Rouillon, F. (2006). Prevalence of mental disorders in French prisons for men. *BMC Psychiatry*, *6*, 33.

Finlay, A. K., Binswanger, I. A., Smelson, D., Sawh, L., McGuire, J., Rosenthal, J., . . . Frayne, S. (2015). Sex differences in mental health and substance use disorders and treatment entry among justice-involved veterans in the Veterans Health Administration. *Medical Care*, *53*, S105–S111.

Guerlais, M., Grall-Bronnec, M., Feuillet, F., Gérardin, M., Jolliet, P., & Victorri-Vigneau, C. (2015). Dependence on prescription benzodiazepines and Z-drugs among young to middle-aged patients in France. *Substance Use & Misuse*, *50*, 320–327.

Monceau, M., & Jaeger, M. (1995). La consommation des médicaments psychotropes en prison [Psychotropic drug consumption in prison]. *Soins*, *598*, 41–44.

Ohayon, M. M. (2002). Epidemiology of insomnia: What we know and what we still need to learn. *Sleep Medicine Reviews*, *6*, 97–111.

Ohayon, M. M., & Lemoine, P. (2004). Répercussions diurnes de l'insomnie dans la population générale française [Daytime consequences of insomnia complaints in the French general population]. *L'Encéphale*, *30*, 222–227.

Sateia, M. J., & Nowell, P. D. (2004). Insomnia. *Lancet*, *364*, 1959–1973.

Schutte-Rodin, S., Broch, L., Buysse, D., Dorsey, C., & Sateia, M. (2008). Clinical guideline for the evaluation and management of chronic insomnia in adults. *Journal of Clinical Sleep Medicine*, *4*, 487–504.