# Exhibit E

# Management of Chronic Insomnia Disorder in Adults: A Clinical Practice Guideline From the American College of Physicians

Amir Qaseem, MD, PhD, MHA; Devan Kansagara, MD, MCR; Mary Ann Forciea, MD; Molly Cooke, MD; and Thomas D. Denberg, MD, PhD; for the Clinical Guidelines Committee of the American College of Physicians*

**Description:** The American College of Physicians (ACP) developed this guideline to present the evidence and provide clinical recommendations on the management of chronic insomnia disorder in adults.

**Methods:** This guideline is based on a systematic review of randomized, controlled trials published in English from 2004 through September 2015. Evaluated outcomes included global outcomes assessed by questionnaires, patient-reported sleep outcomes, and harms. The target audience for this guideline includes all clinicians, and the target patient population includes adults with chronic insomnia disorder. This guideline grades the evidence and recommendations by using the ACP grading system, which is based on the GRADE (Grading of Recommendations Assessment, Development and Evaluation) approach.

**Recommendation 1:** ACP recommends that all adult patients receive cognitive behavioral therapy for insomnia (CBT-I) as the initial treatment for chronic insomnia disorder. (Grade: strong recommendation, moderate-quality evidence)

**Recommendation 2:** ACP recommends that clinicians use a shared decision-making approach, including a discussion of the benefits, harms, and costs of short-term use of medications, to decide whether to add pharmacological therapy in adults with chronic insomnia disorder in whom cognitive behavioral therapy for insomnia (CBT-I) alone was unsuccessful. (Grade: weak recommendation, low-quality evidence)

*Ann Intern Med.* 2016;165:125-133. doi:10.7326/M15-2175 www.annals.org
For author affiliations, see end of text.
This article was published at www.annals.org on 3 May 2016.

Insomnia is a major health care problem in the United States. It is defined as dissatisfaction with sleep quantity or quality and is associated with difficulty initiating or maintaining sleep and early-morning waking with inability to return to sleep (1). Approximately 6% to 10% of adults have insomnia that meets diagnostic criteria (1–4). Insomnia is more common in women and older adults (5, 6) and can occur independently or be caused by another disease. People with the disorder often experience fatigue, poor cognitive function, mood disturbance, and distress or interference with personal functioning (2, 4). An estimated $30 billion to $107 billion is spent on insomnia in the United States each year (7). Insomnia also takes a toll on the economy in terms of loss of workplace productivity, estimated at $63.2 billion in the United States in 2009 (8).

Chronic insomnia, also referred to as "chronic insomnia disorder" in the American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition* (DSM-5), is diagnosed according to the DSM-5 (9) and the International Classification of Sleep Disorders (10), which have similar criteria for making the diagnosis. These criteria specify that symptoms must cause clinically significant functional distress or impairment; be present for at least 3 nights per week for at least 3 months; and not be linked to other sleep, medical, or mental disorders (1). Symptoms of insomnia differ between older adults and the younger population. Older adults are more likely to report problems with waking after sleep onset (difficulty maintaining sleep) than they are to report problems with sleep onset latency (time to fall asleep).

The goal of treatment for insomnia is to improve sleep and alleviate distress or dysfunction caused by the disorder. Insomnia can be managed with psychological therapy, pharmacologic therapy, or a combination of both. Psychological therapy options include cognitive behavioral therapy for insomnia (CBT-I); multicomponent behavioral therapy or brief behavioral therapy (BBT) for insomnia; and other interventions, such as stimulus control, relaxation strategies, and sleep restriction (see **Appendix Table 1**, available at

See also:

Related articles. . . . . . . . . . . . . . . . . . . . . . . 103, 113
Editorial comment . . . . . . . . . . . . . . . . . . . . . . 149
Summary for Patients. . . . . . . . . . . . . . . . . . . . I-26

*Web-Only*
CME quiz

* This paper, written by Amir Qaseem, MD, PhD, MHA; Devan Kansagara, MD, MCR; Mary Ann Forciea, MD; Molly Cooke, MD; and Thomas D. Denberg, MD, PhD, was developed for the Clinical Guidelines Committee of the American College of Physicians. Individuals who served on the Clinical Guidelines Committee from initiation of the project until its approval were Mary Ann Forciea, MD† (*Chair*); Thomas D. Denberg, MD, PhD† (*Immediate Past Chair*); Michael J. Barry, MD†; Cynthia Boyd, MD, MPH‡; R. Dobbin Chow, MD, MBA†; Molly Cooke, MD†; Nick Fitterman, MD†; Russell P. Harris, MD, MPH†; Linda L. Humphrey, MD, MPH†; Devan Kansagara, MD, MCR†; Scott Manaker, MD, PhD†; Robert McLean, MD†; Tanveer P. Mir, MD‡; Holger J. Schünemann, MD, PhD‡; Sandeep Vijan, MD, MS†; and Timothy Wilt, MD, MPH‡. Approved by the ACP Board of Regents on 25 July 2015.
† Author (participated in discussion and voting).
‡ Nonauthor contributor (participated in discussion but excluded from voting).

© 2016 American College of Physicians **125**

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

www.annals.org, for a description of these interventions). Cognitive behavioral therapy for insomnia is multimodal cognitive behavioral therapy targeted specifically to insomnia. It consists of a combination of cognitive therapy, behavioral interventions (such as sleep restriction and stimulus control), and educational interventions (such as sleep hygiene). Various delivery methods are available, including in-person individual or group therapy, telephone- or Web-based modules, and self-help books. Trained clinicians or mental health professionals can administer CBT-I.

Pharmacologic therapy in the United States includes drugs approved by the U.S. Food and Drug Administration (FDA) for insomnia treatment, including benzodiazepines (triazolam, estazolam, temazepam, flurazepam, and quazepam); nonbenzodiazepine hypnotics (zaleplon, zolpidem, and eszopiclone); the recently approved orexin receptor antagonist suvorexant; the melatonin receptor agonist ramelteon; the antidepressant doxepin; off-label use of drugs, such as other antidepressants, antihistamines, and antipsychotics; and melatonin.

Complementary and alternative approaches, including acupuncture and Chinese herbal medicine, have also been used to treat insomnia.

## GUIDELINE FOCUS AND TARGET POPULATION

The purpose of this American College of Physicians (ACP) guideline is to present recommendations based on the evidence on the efficacy, comparative effectiveness, and safety of treatments for chronic insomnia disorder. The target audience for this guideline includes all clinicians, and the target patient population includes all adults with chronic insomnia disorder. These recommendations are based on 2 background evidence review papers (11, 12) and an evidence review sponsored by the Agency for Healthcare Research and Quality (AHRQ) (13).

## METHODS

### Systematic Review of the Evidence

The evidence review was conducted by the AHRQ's Minnesota Evidence-based Practice Center. The summary of methods for the evidence review is provided in the **Appendix** (available at www.annals .org), and additional details are included in the accompanying background evidence review papers (11, 12) and the full evidence report (13). Reviewers searched several databases for randomized, controlled trials (RCTs) published in English from 2004 through September 2015. The study population included adults (aged ≥18 years) with chronic insomnia disorder (insomnia definitions that match diagnostic criteria for insomnia disorder).

The systematic evidence review evaluated psychological therapies, including CBT-I, multicomponent behavioral therapy or BBT for insomnia, stimulus control, relaxation strategies, and sleep restriction; pharmacologic therapies, including doxepin, triazolam, estazolam, temazepam, flurazepam, quazepam, zaleplon, zol-

*Table.* The American College of Physicians' Guideline Grading System*

| Quality of Evidence | Strength of Recommendation | |
|---|---|---|
| | Benefits Clearly Outweigh Risks and Burden or Risks and Burden Clearly Outweigh Benefits | Benefits Finely Balanced With Risks and Burden |
| High | Strong | Weak |
| Moderate | Strong | Weak |
| Low | Strong | Weak |
| Insufficient evidence to determine net benefits or risks | | |

* Adopted from the classification developed by the GRADE (Grading of Recommendations Assessment, Development, and Evaluation) workgroup.

pidem, eszopiclone, ramelteon, suvorexant, off-label use of drugs (such as antidepressants and antipsychotics), and melatonin; and complementary and alternative approaches, including acupuncture and Chinese herbal medicine. Evaluated outcomes included global outcomes assessed by questionnaires (such as treatment response), patient-reported and intermediate sleep outcomes, and harms.

### Grading the Evidence and Developing Recommendations

This guideline was developed by the ACP Clinical Guidelines Committee according to the ACP guideline development process, details of which can be found in the ACP methods paper (14). The Clinical Guidelines Committee used the evidence tables in the accompanying systematic review and full report (11, 12) when reporting the evidence and graded the recommendations by using the ACP system, which is based on the GRADE (Grading of Recommendations Assessment, Development and Evaluation) approach (**Table**).

### Peer Review

The AHRQ evidence review was sent to invited peer reviewers and posted on the AHRQ Web site for public comments. The guideline was peer reviewed through the journal and was posted online for comments from ACP Regents and Governors, who represent physician members at the national level.

## BENEFITS OF TREATMENTS FOR CHRONIC INSOMNIA DISORDER

The efficacy, safety, and comparative effectiveness of psychological and pharmacologic treatments for chronic insomnia disorder are summarized in **Appendix Tables 2** to **5** (available at www.annals.org) and in the accompanying evidence reviews (11, 12). Evidence is described for the general adult population as well as for older adults (aged >55 years).

### Psychological Treatment

Evidence for most psychological therapies was limited, and there was insufficient evidence to determine the comparative effectiveness of different psychological treatments for chronic insomnia disorder in the general population or in older adults.

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020.

*General Population*

Moderate-quality evidence showed that CBT-I improved remission, treatment response, sleep onset latency, wake after sleep onset, sleep efficiency, and sleep quality in the general population (15–34). Improvements were seen across the various methods of CBT-I delivery, including in-person individual therapy (18, 24, 33, 35, 36), in-person group therapy (19, 20, 31), telephone-based modules (21), Web-based modules (17, 22, 23, 25), and self-help books (26, 29, 37); however, evidence was insufficient to determine the superiority of one method over another.

Low-quality evidence showed that stimulus control improved sleep onset latency and total sleep time in the general population (38, 39).

*Older Population*

For older adults, moderate-quality evidence showed that CBT-I improved Insomnia Severity Index (ISI) and Pittsburgh Sleep Quality Index (PSQI) scores compared with controls, and low- to moderate-quality evidence showed that CBT-I improved sleep onset latency, wake after sleep onset, and sleep efficiency (40–46).

Low- to moderate-quality evidence showed that multicomponent behavioral therapy or BBT improved sleep onset latency, wake after sleep onset, sleep efficiency, and sleep quality in older adults (47–50). Low-quality evidence showed that stimulus control improved total sleep time in older adults (51, 52).

**Pharmacologic Treatment**

Evidence was insufficient to determine the benefits of pharmacologic therapy with benzodiazepines in the general population or in older adults. Few trials met the inclusion criteria for the evidence review, largely because many assessed short durations of treatment.

*General Population*

Low-quality evidence showed that eszopiclone improved remission, and low- to moderate-quality evidence showed that it improved sleep onset latency, total sleep time, and wake after sleep onset compared with placebo in the general population (53–55). Zaleplon did not improve total sleep time in the general population (low-quality evidence) (56, 57). Moderate-quality evidence showed that zolpidem improved sleep onset latency and total sleep time in the general population (56–61). Zolpidem taken "as needed" improved Clinical Global Impression scores (62) (low-quality evidence), sleep onset latency, and total sleep time (moderate-quality evidence) in the general population (62–64). Zolpidem extended-release improved Clinical Global Impression scores, sleep onset latency, total sleep time, and wake after sleep onset in the general population (low-quality evidence) (65). Low-quality evidence showed that sublingual zolpidem reduced sleep onset latency after middle-of-the-night waking (66). Moderate-quality evidence showed that suvorexant increased treatment response and improved sleep onset latency, total sleep time, and wake after sleep onset compared with placebo in mixed general populations (67). Doxepin improved total sleep time and wake after sleep onset in the general population (low-quality evidence) (68).

*Older Population*

In older adults, low-quality evidence showed that eszopiclone improved remission, total sleep time, and wake after sleep onset (69). Low-quality evidence showed that zolpidem reduced sleep onset latency in older adults (70). Suvorexant increased treatment response and improved sleep onset latency, total sleep time, and wake after sleep onset compared with placebo in mixed older populations (moderate-quality evidence) (67). Low-quality evidence showed that ramelteon reduced sleep onset latency in older adults (71). Doxepin improved mean ISI scores, sleep onset latency, total sleep time, and wake after sleep onset in older adults (low- to moderate-quality evidence) (72, 73).

**Complementary and Alternative Treatments**

There was insufficient evidence to determine the safety or efficacy of complementary and alternative treatments for insomnia disorder in the general population or in older adults (13).

## COMPARATIVE EFFECTIVENESS OF DIFFERENT TYPES OF INTERVENTIONS

Overall, evidence was insufficient to determine the comparative efficacy of pharmacologic treatments for insomnia disorder in the general population or in older adults.

## HARMS OF TREATMENTS FOR CHRONIC INSOMNIA DISORDER

A full summary of the evidence supporting the harms of treatments for chronic insomnia disorder is provided in **Appendix Tables 2** to **5** and the accompanying evidence reviews (11, 12).

**Psychological Treatment**

Specific adverse effects were not reported for psychological interventions, and withdrawals were not reported for treatment versus control groups. Therefore, evidence was insufficient to determine the harms of psychological interventions. However, due to the noninvasive nature of CBT-I, adverse effects are likely to be mild.

**Pharmacologic Treatment**

Harms were insufficiently reported in many of the included RCTs, which most often provided data only on study withdrawals. In addition to evidence from the systematic review on study withdrawals and adverse effects, specific adverse effects associated with the various pharmacologic treatments are summarized in **Appendix Tables 4** and **5**.

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

Data from observational studies suggest that serious adverse effects, such as dementia and fractures, may be associated with hypnotic drugs (74, 75). Product labels from the FDA warn patients about cognitive and behavioral changes, such as possible driving impairment and motor vehicle accidents, as well as other adverse effects. The FDA also recommends lower doses of benzodiazepine and nonbenzodiazepine hypnotics in women and in older or debilitated adults. In addition, the FDA recommends short-term use of these drugs, although many patients may continue their use for extended periods.

**Comparative Safety of Pharmacologic Treatments**

Evidence was generally insufficient to determine the comparative safety of various pharmacologic treatments.

The Figure summarizes the recommendations and clinical considerations.

## RECOMMENDATIONS

*Recommendation 1: ACP recommends that all adult patients receive cognitive behavioral therapy for insomnia (CBT-I) as the initial treatment for chronic insomnia disorder. (Grade: strong recommendation, moderate-quality evidence)*

Cognitive behavioral therapy for insomnia consists of a combination of treatments that include cognitive therapy around sleep, behavioral interventions (such as sleep restriction and stimulus control), and education (such as sleep hygiene). It can be performed in primary care (18, 19). There are various delivery methods for CBT-I, such as individual or group therapy, telephone- or Web-based modules, or self-help books. Most studies focused on in-person CBT-I; however, the data suggest that other delivery methods are also effective.

Cognitive behavioral therapy for insomnia should be considered first-line treatment for adults with chronic insomnia disorder. Although the current evidence is insufficient to show the harms associated with behavioral interventions, any such harms are likely to be mild. Moderate-quality evidence showed that CBT-I improved global outcomes in the general population, including increased remission and treatment response and reduced ISI and PSQI scores compared with controls. Moderate-quality evidence showed that CBT-I also improved sleep outcomes in the general population, including reduced sleep onset latency and wake after sleep onset and improved sleep efficiency and sleep quality. Low- to moderate-quality evidence showed that CBT-I also improved global and sleep outcomes in older adults, including improved PSQI and ISI scores, reduced sleep onset latency, and improved sleep efficiency. Moderate-quality evidence showed that CBT-I reduced wake after sleep onset in older adults.

*Recommendation 2: ACP recommends that clinicians use a shared decision-making approach, including a discussion of the benefits, harms, and costs of short-term use of medications, to decide whether to add pharmacological therapy in adults with chronic insomnia disorder in whom cognitive behavioral therapy for insomnia (CBT-I) alone was unsuccessful. (Grade: weak recommendation, low-quality evidence)*

Benefits of pharmacologic treatment include improved sleep outcomes, such as sleep onset latency and total sleep time, and in some cases improved global outcomes in the general population and in older adults. Most studies have examined newer medications, whereas commonly used older and generic medications, such as diphenhydramine and trazodone, have not been studied. Low-quality evidence showed that both eszopiclone and zolpidem improved global outcomes in the general population, and low- to moderate-quality evidence showed that eszopiclone, zolpidem, and doxepin improved sleep outcomes, such as sleep onset latency, total sleep time, and wake after sleep onset. Moderate-quality evidence showed that suvorexant, an orexin antagonist recently approved by the FDA, improved treatment response and sleep outcomes in mixed general and adult populations. Low-quality evidence showed no statistically significant difference between ramelteon and placebo for sleep outcomes in the general population.

In older adults, low-quality evidence showed that eszopiclone improved global and sleep outcomes and both zolpidem and ramelteon decreased sleep onset latency. Moderate-quality evidence showed that doxepin improved ISI scores, and low- to moderate-quality evidence showed that it improved sleep outcomes.

Evidence was insufficient for melatonin in the general population and in older adults. Benzodiazepines, although widely used, were not addressed in this guideline because few studies met the inclusion criteria of the systematic review (insufficient evidence).

Evidence on harms was limited from RCTs that met the inclusion criteria for the review, which mostly reported on study withdrawals. However, observational studies have shown that hypnotic drugs may be associated with infrequent but serious adverse effects, such as dementia, serious injury, and fractures (74, 75, 76, 77). In addition, FDA labels warn of daytime impairment, "sleep driving," behavioral abnormalities, and worsening depression. The FDA suggests dosages lower than those used in many of the included studies, especially for older adults.

Evidence is insufficient to evaluate the balance of the benefits and harms of long-term use of pharmacologic treatments in adults with chronic insomnia disorder. The FDA has approved pharmacologic therapy for short-term use (4 to 5 weeks), and patients should not continue using the drugs for extended periods. The FDA also recommends that patients with insomnia that does not remit within 7 to 10 days of treatment should be further evaluated.

There was insufficient evidence overall on the comparative effectiveness and safety of the various pharmacologic treatments. See Appendix Tables 4 and 5 for a summary of efficacy, adverse events, and costs for

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

*Figure.* Summary of the American College of Physicians guideline on management of chronic insomnia disorder in adults.



Summary of the American College of Physicians Guideline on Management of Chronic Insomnia Disorder in Adults

| Disease/Condition | Chronic insomnia disorder |
|---|---|
| Target Audience | Internists, family physicians, other clinicians |
| Target Patient Population | Adults with insomnia disorder |
| Interventions Evaluated | Psychological: CBT-I, BBT, multicomponent behavioral therapy, sleep restriction, stimulus control, relaxation therapy |
| | Pharmacologic: benzodiazepines (triazolam, estazolam, temazepam, flurazepam, quazepam), nonbenzodiazepines (eszopiclone, zaleplon, zolpidem, suvorexant, melatonin, ramelteon, antidepressants) |
| | Complementary and alternative treatments: acupuncture, Chinese herbal medicine |
| Outcomes Evaluated | Global outcomes: CGI, PSQI, Patient Global Impression Scale, ISI |
| | Sleep outcomes (patient-reported): SOL, number of awakenings, WASO, TST, sleep efficiency (total sleep time / total time in bed), sleep quality |
| | Adverse effects |
| | Study withdrawals |
| Benefits | General Population |
| |   Psychological |
| |     CBT-I: improved remission, treatment response, PSQI (2.1 points) and ISI (4.8 points) scores, SOL (11.6 min), WASO (21.4 min), sleep efficiency, sleep quality |
| |     Stimulus control: improved SOL (31.2 min), TST (43.5 min) |
| |   Pharmacologic |
| |     Eszopiclone: improved remission, ISI scores (4.6 points), SOL (19.1 min), TST (44.8 min), WASO (10.8 min) |
| |     Zolpidem: improved SOL (15 min), TST (23 min) |
| |     Zolpidem "as needed": improved CGI, SOL (14.8 min), TST (48.1 min) |
| |     Zolpidem extended-release: improved CGI, SOL (9 min), TST (25 min), WASO (16 min) |
| |     Zolpidem sublingual: improved SOL (18 min) |
| |     Suvorexant: improved treatment response, ISI score (1.2 points), SOL (6.0 min), TST (16.0 min), WASO (4.7 min) |
| |     Doxepin: improved TST (11.9 min for 3 mg, 17.3 min for 6 mg), WASO (10.2 min for 3 mg, 14.2 min for 6 mg) |
| | Older Adults |
| |   Psychological |
| |     CBT-I: improved PSQI (3.0 points) and ISI (3.6 points) scores, SOL (8.2 min), WASO (37.6 min), sleep efficiency |
| |     Multicomponent behavioral therapy/BBT: improved SOL (10.4 min), WASO (14.9 min), sleep efficiency, sleep quality |
| |     Stimulus control: improved TST (40.4 min) |
| |   Pharmacologic |
| |     Eszopiclone: improved remission, ISI score (2.3 points), TST (30.0 min), WASO (21.6 min) |
| |     Zolpidem: improved SOL (18.3 min) |
| |     Ramelteon: improved SOL (10.1 min) |
| |     Doxepin: improved ISI score (1.7 points), SOL (14.7 min), TST (23.9 min), WASO (17.0 min) |
| |   Complementary and alternative |
| |     Insufficient evidence |

*Continued on following page*

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

*Figure*–Continued

| | |
|---|---|
| Harms | Psychological: sparsely reported but likely small because of noninvasive nature of therapy |
| | Pharmacologic: sparsely reported overall from the included RCTs |
| |   Benzodiazepines |
| |     Daytime drowsiness, dizziness or lightheadedness, dementia |
| |     Increased risk for falls, hip fractures, and mobility problems in older adults |
| |     Temazepam associated with an increase in incident cancer cases |
| |   Nonbenzodiazepines |
| |     Eszopiclone: somnolence, unpleasant taste, myalgia, memory impairment, psychiatric-related adverse effects, depression, anxiety, accidental injury |
| |     Zaleplon: pain, somnolence or dizziness, gastrointestinal events, arrhythmia, hallucinations |
| |     Zolpidem: anxiety, somnolence, mood alterations, hallucinations, depression, psychiatric-related adverse events, memory and driving impairment, risk for fractures or major head injury or fracture requiring hospitalization, increase in incident cancer cases |
| |     Suvorexant: somnolence; cognitive and behavioral changes, such as amnesia, anxiety, hallucinations, and other neuropsychiatric symptoms; complex behaviors, such as "sleep-driving"; worsening of depression, including suicidal thinking in persons with depression; daytime impairments; sleep paralysis; hypnagogic/hypnopompic hallucinations |
| |     Ramelteon: dizziness; somnolence (similar to placebo); fatigue; headache; unpleasant taste; nausea; new cognitive or behavioral abnormalities; complex behaviors, such as "sleep-driving"; exacerbation of depression and suicidal ideation in primarily depressed patients |
| |     Doxepin: sedation, fatigue, weakness, lethargy, dry mouth, constipation, blurred vision, headache |
| |     Infrequent but serious adverse events, such as fractures and dementia, have been reported for hypnotic drugs in observational studies. FDA label warnings include daytime impairment, "sleep driving," behavioral abnormalities, and worsening depression in depressed patients. |
| | Complementary and alternative treatments: none reported |
| Recommendations | *Recommendation 1: ACP recommends that all adult patients receive cognitive behavioral therapy for insomnia (CBT-I) as the initial treatment for chronic insomnia disorder. (Grade: strong recommendation, moderate-quality evidence)* |
| | *Recommendation 2: ACP recommends that clinicians use a shared decision-making approach, including a discussion of the benefits, harms, and costs of short-term use of medications, to decide whether to add pharmacological therapy in adults with chronic insomnia disorder in whom cognitive behavioral therapy for insomnia (CBT-I) alone was unsuccessful. (Grade: weak recommendation, low-quality evidence)* |
| Clinical Considerations | Medications should ideally be used for no longer than 4 to 5 wk, and the skills learned in CBT-I can manage insomnia over the longer term. |
| | Studies of chronic insomnia disorder typically excluded patients with insomnia due to another disorder. Before recommending that patients continue use of insomnia medications, clinicians should consider treatable secondary causes of insomnia, such as depression; pain; benign prostatic hypertrophy; substance abuse disorders; and other sleep disorders, such as sleep apnea and restless legs syndrome. |
| | If, after a trial of CBT-I, a shared decision is made to continue medications for longer than 4 to 5 wk, clinicians should revisit the need for medication continuation at periodic intervals. |
| | Chronic insomnia disorder itself may have deleterious health effects. However, whether medications decrease the harmful health effects of sleep deprivation is unknown, and evidence is insufficient to assess the balance of benefits and harms from long-term use of medications. |
| | Older adults more frequently report WASO than SOL. |
| | Older adults can be more sensitive to medications and their adverse effects and should be monitored closely when treated with pharmacologic agents. |

BBT = brief behavioral therapy; CBT-I = cognitive behavioral therapy for insomnia; CGI = Clinical Global Impression Scale; FDA = U.S. Food and Drug Administration; ISI = Insomnia Severity Index; PSQI = Pittsburgh Sleep Quality Index; RCT = randomized, controlled trial; SOL = sleep onset latency; TST = total sleep time; WASO = wake after sleep onset.

pharmacologic treatments and the Figure for clinical considerations.

## AREAS WITH INSUFFICIENT EVIDENCE

For nonpharmacologic therapy, evidence was insufficient to determine the effect of multicomponent behavioral interventions or BBT, sleep restriction, stimulus control, or relaxation therapy on global outcomes in the general population or in older adults with chronic insomnia disorder. There was also insufficient evidence to determine the effect of sleep restriction or relaxation therapy on sleep outcomes in these populations.

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

For pharmacologic therapy, there was insufficient evidence on the effectiveness of benzodiazepine hypnotics (temazepam, triazolam, flurazepam, or quazepam), melatonin, or trazodone on global or sleep outcomes in the general population or in older adults with chronic insomnia disorder. Evidence was also insufficient for the effectiveness of complementary and alternative treatments.

There was insufficient evidence to determine the comparative safety or efficacy of pharmacologic or psychological treatments for insomnia disorder in the general population or in older adults. Trials comparing pharmacologic and nonpharmacologic therapies are lacking and would be useful. Evidence was insufficient for pharmacologic therapy or the choice of agent to treat patients with sleep maintenance insomnia if CBT-I alone was unsuccessful. There was insufficient evidence for the balance of the benefits and harms of long-term use of pharmacologic treatments in adults with chronic insomnia disorder.

## HIGH-VALUE CARE

Cognitive behavioral therapy for insomnia is an effective therapy for chronic insomnia disorder and can be performed and prescribed in the primary care setting. Evidence showed that CBT-I was effective in treating the general population of adults as well as older adults with chronic insomnia disorder. There is insufficient evidence to directly compare CBT-I and pharmacologic treatment. However, because CBT-I is noninvasive, it is likely to have fewer harms, whereas pharmacologic therapy can be associated with serious adverse events. Thus, CBT-I provides better overall value than pharmacologic treatment. As indicated on FDA labeling, pharmacologic treatments for insomnia are intended for short-term use, and patients should be discouraged from using these drugs for extended periods. Because few studies evaluated the use of the medications for more than 4 weeks, long-term adverse effects are unknown.

From the American College of Physicians and Penn Health System, Philadelphia, Pennsylvania; Portland Veterans Affairs Medical Center, Portland, Oregon; University of California, San Francisco, San Francisco, California; and Carilion Clinic, Roanoke, Virginia.

**Note:** Clinical practice guidelines are "guides" only and may not apply to all patients and all clinical situations. Thus, they are not intended to override clinicians' judgment. All ACP clinical practice guidelines are considered automatically withdrawn or invalid 5 years after publication or once an update has been issued.

**Disclaimer:** The authors of this article are responsible for its contents, including any clinical or treatment recommendations.

**Financial Support:** Financial support for the development of this guideline comes exclusively from the ACP operating budget.

**Disclosures:** Dr. Barry reports grants, personal fees, and non-financial support from the Informed Medical Decisions Foundation and Healthwise outside the submitted work. Dr. Manaker reports personal fees from work as a grand rounds speaker, lecturer, consultant, and expert witness on documentation, coding, billing, and reimbursement to hospitals, physicians, departments, practice groups, professional societies, insurers, and attorneys; personal fees from work as an expert witness in workers' compensation and medical negligence matters; dividend income from stock held by his spouse in Pfizer and Johnson & Johnson; and meal and travel expenses for serving on the Centers for Medicare & Medicaid Services Hospital Outpatient Panel, the American Medical Association/Specialty Society Relative Value Unit Update Committee, the Board of Regents of the American College of Chest Physicians (ACCP), and the Board of Directors of ACCP Enterprises. Authors not named here have disclosed no conflicts of interest. Disclosures can also be viewed at www.acponline.org/authors/icmje/ConflictOfInterestForms.do?msNum=M15-2175. All financial and intellectual disclosures of interest were declared, and potential conflicts were discussed and managed. Drs. Boyd and Wilt participated in the discussion for this guideline but were each recused from voting on the recommendations because of an active indirect conflict. A record of disclosures and management of conflicts of interest is kept for each Clinical Guidelines Committee meeting and conference call and can be viewed at www.acponline.org/about-acp/who-we-are/leadership/committees-boards-councils/clinical-guidelines-committee/disclosure-of-interests-for-clinical-guidelines-committee.

**Requests for Single Reprints:** Amir Qaseem, MD, PhD, MHA, American College of Physicians, 190 N. Independence Mall West, Philadelphia, PA 19106; e-mail, aqaseem@acponline.org.

Current author addresses and author contributions are available at www.annals.org.

## References

1. **American Psychiatric Association.** Sleep-Wake Disorders. Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5). Arlington, VA: American Psychiatric Association; 2013.
2. **Morin CM, Benca R.** Chronic insomnia. Lancet. 2012;379:1129-41. [PMID: 22265700] doi:10.1016/S0140-6736(11)60750-2
3. Insomnia. DynaMed Web site. Accessed at www.dynamed.com/home on 5 December 2015.
4. **Buysse DJ.** Insomnia. JAMA. 2013;309:706-16. [PMID: 23423416] doi:10.1001/jama.2013.193
5. **Xu M, Bélanger L, Ivers H, Guay B, Zhang J, Morin CM.** Comparison of subjective and objective sleep quality in menopausal and non-menopausal women with insomnia. Sleep Med. 2011;12:65-9. [PMID: 21147026] doi:10.1016/j.sleep.2010.09.003
6. **Rybarczyk B, Lund HG, Garroway AM, Mack L.** Cognitive behavioral therapy for insomnia in older adults: background, evidence, and overview of treatment protocol. Clin Gerontol. 2013;36:70-93. doi:10.1080/07317115.2012.731478
7. **Kraus SS, Rabin LA.** Sleep America: managing the crisis of adult chronic insomnia and associated conditions. J Affect Disord. 2012;138:192-212. [PMID: 21652083] doi:10.1016/j.jad.2011.05.014
8. **Kessler RC, Berglund PA, Coulouvrat C, Hajak G, Roth T, Shahly V, et al.** Insomnia and the performance of US workers: results from the America insomnia survey. Sleep. 2011;34:1161-71. [PMID: 21886353] doi:10.5665/SLEEP.1230
9. **American Psychiatric Association.** Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5). Arlington, VA: American Psychiatric Association; 2013.

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

10. **American Academy of Sleep Medicine.** The International Classification of Sleep Disorders – Third Edition (ICSD-3). Darien, IL: American Academy of Sleep Medicine; 2014.
11. **Wilt TJ, MacDonald R, Brasure M, Olson CM, Carlyle M, Fuchs E, et al.** Pharmacologic treatment of insomnia disorder: an evidence report for a clinical practice guideline by the American College of Physicians. Ann Intern Med. 2016;165:103-12. doi:10.7326/M15-1781
12. **Brasure M, Fuchs E, MacDonald R, Nelson VA, Koffel E, Olson CM, et al.** Psychological and behavioral interventions for managing insomnia disorder: an evidence report for a clinical practice guideline by the American College of Physicians. Ann Intern Med. 2016;165:113-24. doi:10.7326/M15-1782
13. **Brasure M, MacDonald R, Fuchs E, Olson CM, Carlyle M, Diem S, et al.** Management of Insomnia Disorder. Comparative Effectiveness Review 159. (Prepared by the Minnesota Evidence-based Practice Center under contract 290-2012-00016-I.) AHRQ Publication no. 15(16)-EHC027-EF. Rockville, MD: Agency for Healthcare Research and Quality; 2015. Accessed at www.effectivehealthcare.ahrq.gov/search-for-guides-reviews-and-reports/?pageaction=displayproduct&productid=2164 on 29 March 2016.
14. **Qaseem A, Snow V, Owens DK, Shekelle P; Clinical Guidelines Committee of the American College of Physicians.** The development of clinical practice guidelines and guidance statements of the American College of Physicians: summary of methods. Ann Intern Med. 2010;153:194-9. [PMID: 20679562] doi:10.7326/0003-4819-153-3-201008030-00010
15. **Bothelius K, Kyhle K, Espie CA, Broman JE.** Manual-guided cognitive-behavioural therapy for insomnia delivered by ordinary primary care personnel in general medical practice: a randomized controlled effectiveness trial. J Sleep Res. 2013;22:688-96. [PMID: 23859625] doi:10.1111/jsr.12067
16. **Jernelöv S, Lekander M, Blom K, Rydh S, Ljótsson B, Axelsson J, et al.** Efficacy of a behavioral self-help treatment with or without therapist guidance for co-morbid and primary insomnia–a randomized controlled trial. BMC Psychiatry. 2012;12:5. [PMID: 22264332] doi:10.1186/1471-244X-12-5
17. **Ritterband LM, Thorndike FP, Gonder-Frederick LA, Magee JC, Bailey ET, Saylor DK, et al.** Efficacy of an Internet-based behavioral intervention for adults with insomnia. Arch Gen Psychiatry. 2009;66:692-8. [PMID: 19581560] doi:10.1001/archgenpsychiatry.2009.66
18. **Edinger JD, Sampson WS.** A primary care "friendly" cognitive behavioral insomnia therapy. Sleep. 2003;26:177-82. [PMID: 12683477]
19. **Espie CA, MacMahon KM, Kelly HL, Broomfield NM, Douglas NJ, Engleman HM, et al.** Randomized clinical effectiveness trial of nurse-administered small-group cognitive behavior therapy for persistent insomnia in general practice. Sleep. 2007;30:574-84. [PMID: 17552372]
20. **Jansson M, Linton SJ.** Cognitive-behavioral group therapy as an early intervention for insomnia: a randomized controlled trial. J Occup Rehabil. 2005;15:177-90. [PMID: 15844675]
21. **Arnedt JT, Cuddihy L, Swanson LM, Pickett S, Aikens J, Chervin RD.** Randomized controlled trial of telephone-delivered cognitive behavioral therapy for chronic insomnia. Sleep. 2013;36:353-62. [PMID: 23450712] doi:10.5665/sleep.2448
22. **Espie CA, Kyle SD, Williams C, Ong JC, Douglas NJ, Hames P, et al.** A randomized, placebo-controlled trial of online cognitive behavioral therapy for chronic insomnia disorder delivered via an automated media-rich web application. Sleep. 2012;35:769-81. [PMID: 22654196] doi:10.5665/sleep.1872
23. **Ström L, Pettersson R, Andersson G.** Internet-based treatment for insomnia: a controlled evaluation. J Consult Clin Psychol. 2004;72:113-20. [PMID: 14756620]
24. **Edinger JD, Olsen MK, Stechuchak KM, Means MK, Lineberger MD, Kirby A, et al.** Cognitive behavioral therapy for patients with primary insomnia or insomnia associated predominantly with mixed psychiatric disorders: a randomized clinical trial. Sleep. 2009;32:499-510. [PMID: 19413144]
25. **Vincent N, Lewycky S.** Logging on for better sleep: RCT of the effectiveness of online treatment for insomnia. Sleep. 2009;32:807-15. [PMID: 19544758]
26. **Mimeault V, Morin CM.** Self-help treatment for insomnia: bibliotherapy with and without professional guidance. J Consult Clin Psychol. 1999;67:511-9. [PMID: 10450621]
27. **van Straten A, Cuijpers P, Smit F, Spermon M, Verbeek I.** Self-help treatment for insomnia through television and book: a randomized trial. Patient Educ Couns. 2009;74:29-34. [PMID: 18801639] doi:10.1016/j.pec.2008.07.050
28. **van Straten A, Emmelkamp J, de Wit J, Lancee J, Andersson G, van Someren EJ, et al.** Guided Internet-delivered cognitive behavioural treatment for insomnia: a randomized trial. Psychol Med. 2014;44:1521-32. [PMID: 24001364] doi:10.1017/S0033291713002249
29. **Bjorvatn B, Fiske E, Pallesen S.** A self-help book is better than sleep hygiene advice for insomnia: a randomized controlled comparative study. Scand J Psychol. 2011;52:580-5. [PMID: 21790620] doi:10.1111/j.1467-9450.2011.00902.x
30. **Edinger JD, Wohlgemuth WK, Radtke RA, Coffman CJ, Carney CE.** Dose-response effects of cognitive-behavioral insomnia therapy: a randomized clinical trial. Sleep. 2007;30:203-12. [PMID: 17326546]
31. **Espie CA, Inglis SJ, Tessier S, Harvey L.** The clinical effectiveness of cognitive behaviour therapy for chronic insomnia: implementation and evaluation of a sleep clinic in general medical practice. Behav Res Ther. 2001;39:45-60. [PMID: 11125723]
32. **Kaldo V, Jernelöv S, Blom K, Ljótsson B, Brodin M, Jörgensen M, et al.** Guided internet cognitive behavioral therapy for insomnia compared to a control treatment – a randomized trial. Behav Res Ther. 2015;71:90-100. [PMID: 26091917] doi:10.1016/j.brat.2015.06.001
33. **Morgan K, Dixon S, Mathers N, Thompson J, Tomeny M.** Psychological treatment for insomnia in the management of long-term hypnotic drug use: a pragmatic randomised controlled trial. Br J Gen Pract. 2003;53:923-8. [PMID: 14960215]
34. **Edinger JD, Wohlgemuth WK, Radtke RA, Marsh GR, Quillian RE.** Cognitive behavioral therapy for treatment of chronic primary insomnia: a randomized controlled trial. JAMA. 2001;285:1856-64. [PMID: 11308399]
35. **Jansson-Fröjmark M, Linton SJ, Flink IK, Granberg S, Danermark B, Norell-Clarke A.** Cognitive-behavioral therapy for insomnia co-morbid with hearing impairment: a randomized controlled trial. J Clin Psychol Med Settings. 2012;19:224-34. [PMID: 22323041] doi:10.1007/s10880-011-9275-y
36. **Pigeon WR, Moynihan J, Matteson-Rusby S, Jungquist CR, Xia Y, Tu X, et al.** Comparative effectiveness of CBT interventions for co-morbid chronic pain & insomnia: a pilot study. Behav Res Ther. 2012;50:685-9. [PMID: 22982083] doi:10.1016/j.brat.2012.07.005
37. **Morin CM, Beaulieu-Bonneau S, LeBlanc M, Savard J.** Self-help treatment for insomnia: a randomized controlled trial. Sleep. 2005;28:1319-27. [PMID: 16295218]
38. **Harris J, Lack L, Kemp K, Wright H, Bootzin R.** A randomized controlled trial of intensive sleep retraining (ISR): a brief conditioning treatment for chronic insomnia. Sleep. 2012;35:49-60. [PMID: 22215918] doi:10.5665/sleep.1584
39. **Espie CA, Lindsay WR, Brooks DN, Hood EM, Turvey T.** A controlled comparative investigation of psychological treatments for chronic sleep-onset insomnia. Behav Res Ther. 1989;27:79-88. [PMID: 2914008]
40. **Irwin MR, Olmstead R, Carrillo C, Sadeghi N, Breen EC, Witarama T, et al.** Cognitive behavioral therapy vs. Tai Chi for late life insomnia and inflammatory risk: a randomized controlled comparative efficacy trial. Sleep. 2014;37:1543-52. [PMID: 25142571] doi:10.5665/sleep.4008
41. **Morin CM, Colecchi C, Stone J, Sood R, Brink D.** Behavioral and pharmacological therapies for late-life insomnia: a randomized controlled trial. JAMA. 1999;281:991-9. [PMID: 10086433]
42. **Morin CM, Kowatch RA, Barry T, Walton E.** Cognitive-behavior therapy for late-life insomnia. J Consult Clin Psychol. 1993;61:137-46. [PMID: 8450099]

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

43. **Rybarczyk B, Stepanski E, Fogg L, Lopez M, Barry P, Davis A.** A placebo-controlled test of cognitive-behavioral therapy for comorbid insomnia in older adults. J Consult Clin Psychol. 2005;73:1164-74. [PMID: 16392989]
44. **Morgan K, Gregory P, Tomeny M, David BM, Gascoigne C.** Self-help treatment for insomnia symptoms associated with chronic conditions in older adults: a randomized controlled trial. J Am Geriatr Soc. 2012;60:1803-10. [PMID: 23035962] doi:10.1111/j.1532-5415.2012.04175.x
45. **Sivertsen B, Omvik S, Pallesen S, Bjorvatn B, Havik OE, Kvale G, et al.** Cognitive behavioral therapy vs zopiclone for treatment of chronic primary insomnia in older adults: a randomized controlled trial. JAMA. 2006;295:2851-8. [PMID: 16804151]
46. **Lovato N, Lack L, Wright H, Kennaway DJ.** Evaluation of a brief treatment program of cognitive behavior therapy for insomnia in older adults. Sleep. 2014;37:117-26. [PMID: 24470701] doi:10.5665/sleep.3320
47. **Buysse DJ, Germain A, Moul DE, Franzen PL, Brar LK, Fletcher ME, et al.** Efficacy of brief behavioral treatment for chronic insomnia in older adults. Arch Intern Med. 2011;171:887-95. [PMID: 21263078] doi:10.1001/archinternmed.2010.535
48. **McCrae CS, McGovern R, Lukefahr R, Stripling AM.** Research Evaluating Brief Behavioral Sleep Treatments for Rural Elderly (RESTORE): a preliminary examination of effectiveness. Am J Geriatr Psychiatry. 2007;15:979-82. [PMID: 17974868]
49. **Soeffing JP, Lichstein KL, Nau SD, McCrae CS, Wilson NM, Aguillard RN, et al.** Psychological treatment of insomnia in hypnotic-dependant older adults. Sleep Med. 2008;9:165-71. [PMID: 17644419]
50. **Germain A, Moul DE, Franzen PL, Miewald JM, Reynolds CF 3rd, Monk TH, et al.** Effects of a brief behavioral treatment for late-life insomnia: preliminary findings. J Clin Sleep Med. 2006;2:403-6. [PMID: 17557467]
51. **Epstein DR, Sidani S, Bootzin RR, Belyea MJ.** Dismantling multicomponent behavioral treatment for insomnia in older adults: a randomized controlled trial. Sleep. 2012;35:797-805. [PMID: 22654199] doi:10.5665/sleep.1878
52. **Morin CM, Azrin NH.** Behavioral and cognitive treatments of geriatric insomnia. J Consult Clin Psychol. 1988;56:748-53. [PMID: 3192792]
53. **Krystal AD, Walsh JK, Laska E, Caron J, Amato DA, Wessel TC, et al.** Sustained efficacy of eszopiclone over 6 months of nightly treatment: results of a randomized, double-blind, placebo-controlled study in adults with chronic insomnia. Sleep. 2003;26:793-9. [PMID: 14655910]
54. **Walsh JK, Krystal AD, Amato DA, Rubens R, Caron J, Wessel TC, et al.** Nightly treatment of primary insomnia with eszopiclone for six months: effect on sleep, quality of life, and work limitations. Sleep. 2007;30:959-68. [PMID: 17702264]
55. **Zammit GK, McNabb LJ, Caron J, Amato DA, Roth T.** Efficacy and safety of eszopiclone across 6-weeks of treatment for primary insomnia. Curr Med Res Opin. 2004;20:1979-91. [PMID: 15701215]
56. **Elie R, Rüther E, Farr I, Emilien G, Salinas E.** Sleep latency is shortened during 4 weeks of treatment with zaleplon, a novel non-benzodiazepine hypnotic. Zaleplon Clinical Study Group. J Clin Psychiatry. 1999;60:536-44. [PMID: 10485636]
57. **Fry J, Scharf M, Mangano R, Fujimori M.** Zaleplon improves sleep without producing rebound effects in outpatients with insomnia. Zaleplon Clinical Study Group. Int Clin Psychopharmacol. 2000;15:141-52. [PMID: 10870872]
58. **Randall S, Roehrs TA, Roth T.** Efficacy of eight months of nightly zolpidem: a prospective placebo-controlled study. Sleep. 2012;35:1551-7. [PMID: 23115404] doi:10.5665/sleep.2208
59. **Scharf MB, Roth T, Vogel GW, Walsh JK.** A multicenter, placebo-controlled study evaluating zolpidem in the treatment of chronic insomnia. J Clin Psychiatry. 1994;55:192-9. [PMID: 8071269]
60. **Lahmeyer H, Wilcox CS, Kann J, Leppik I.** Subjective efficacy of zolpidem in outpatients with chronic insomnia. Clin Drug Investig. 1997;13:134-44. doi:10.2165/00044011-199713030-00003
61. **Jacobs GD, Pace-Schott EF, Stickgold R, Otto MW.** Cognitive behavior therapy and pharmacotherapy for insomnia: a randomized controlled trial and direct comparison. Arch Intern Med. 2004;164:1888-96. [PMID: 15451764]
62. **Allain H, Arbus L, Schück S; Zolpidem Study Group.** Efficacy and safety of zolpidem administered 'as needed' in primary insomnia. Clin Drug Investig. 2001;21:391-400. doi:10.2165/00044011-200121060-00001
63. **Perlis ML, McCall WV, Krystal AD, Walsh JK.** Long-term, non-nightly administration of zolpidem in the treatment of patients with primary insomnia. J Clin Psychiatry. 2004;65:1128-37. [PMID: 15323600]
64. **Walsh JK.** Zolpidem "as needed" for the treatment of primary insomnia: a double-blind, placebo-controlled study. Sleep Med Rev. 2002;6 Suppl 1:S7-10. [PMID: 12607571]
65. **Krystal AD, Erman M, Zammit GK, Soubrane C, Roth T; ZOLONG Study Group.** Long-term efficacy and safety of zolpidem extended-release 12.5 mg, administered 3 to 7 nights per week for 24 weeks, in patients with chronic primary insomnia: a 6-month, randomized, double-blind, placebo-controlled, parallel-group, multicenter study. Sleep. 2008;31:79-90. [PMID: 18220081]
66. **Roth T, Krystal A, Steinberg FJ, Singh NN, Moline M.** Novel sublingual low-dose zolpidem tablet reduces latency to sleep onset following spontaneous middle-of-the-night awakening in insomnia in a randomized, double-blind, placebo-controlled, outpatient study. Sleep. 2013;36:189-96. [PMID: 23372266] doi:10.5665/sleep.2370
67. **Herring WJ, Connor KM, Ivgy-May N, Snyder E, Liu K, Snavely DB, et al.** Suvorexant in patients with insomnia: results from two 3-month randomized controlled clinical trials. Biol Psychiatry. 2016;79:136-48. [PMID: 25526970] doi:10.1016/j.biopsych.2014.10.003
68. **Krystal AD, Lankford A, Durrence HH, Ludington E, Jochelson P, Rogowski R, et al.** Efficacy and safety of doxepin 3 and 6 mg in a 35-day sleep laboratory trial in adults with chronic primary insomnia. Sleep. 2011;34:1433-42. [PMID: 21966075] doi:10.5665/SLEEP.1294
69. **Ancoli-Israel S, Krystal AD, McCall WV, Schaefer K, Wilson A, Claus R, et al.** A 12-week, randomized, double-blind, placebo-controlled study evaluating the effect of eszopiclone 2 mg on sleep/wake function in older adults with primary and comorbid insomnia. Sleep. 2010;33:225-34. [PMID: 20175406]
70. **Leppik IE, Roth-Schechter GB, Gray GW, Cohn MA, Owens D.** Double-blind, placebo-controlled comparison of zolpidem, triazolam, and temazepam in elderly patients with insomnia. Drug Dev Res. 1997;40:230-8. doi:10.1002/(SICI)1098-2299(199703)40:3<230::AID-DDR3>3.0.CO;2-L
71. **Roth T, Seiden D, Sainati S, Wang-Weigand S, Zhang J, Zee P.** Effects of ramelteon on patient-reported sleep latency in older adults with chronic insomnia. Sleep Med. 2006;7:312-8. [PMID: 16709464]
72. **Krystal AD, Durrence HH, Scharf M, Jochelson P, Rogowski R, Ludington E, et al.** Efficacy and safety of doxepin 1 mg and 3 mg in a 12-week sleep laboratory and outpatient trial of elderly subjects with chronic primary insomnia. Sleep. 2010;33:1553-61. [PMID: 21102997]
73. **Lankford A, Rogowski R, Essink B, Ludington E, Heith Durrence H, Roth T.** Efficacy and safety of doxepin 6 mg in a four-week outpatient trial of elderly adults with chronic primary insomnia. Sleep Med. 2012;13:133-8. [PMID: 22197474] doi:10.1016/j.sleep.2011.09.006
74. **Chen PL, Lee WJ, Sun WZ, Oyang YJ, Fuh JL.** Risk of dementia in patients with insomnia and long-term use of hypnotics: a population-based retrospective cohort study. PLoS One. 2012;7:e49113. [PMID: 23145088] doi:10.1371/journal.pone.0049113
75. **Kang DY, Park S, Rhee CW, Kim YJ, Choi NK, Lee J, et al.** Zolpidem use and risk of fracture in elderly insomnia patients. J Prev Med Public Health. 2012;45:219-26. [PMID: 22880153] doi:10.3961/jpmph.2012.45.4.219
76. **Lai MM, Lin CC, Lin CC, Liu CS, Li TC, Kao CH.** Long-term use of zolpidem increases the risk of major injury: a population-based cohort study. Mayo Clin Proc. 2014;89:589-94. [PMID: 24684782] doi:10.1016/j.mayocp.2014.01.021
77. **Kripke DF, Langer RD, Kline LE.** Hypnotics' association with mortality or cancer: a matched cohort study. BMJ Open. 2012;2:e000850. [PMID: 22371848] doi:10.1136/bmjopen-2012-000850

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

**Current Author Addresses:** Dr. Qaseem: American College of Physicians, 190 N. Independence Mall West, Philadelphia, PA 19106.
Dr. Kansagara: Portland VA Medical Center, 3805 NE 34th Avenue, Portland, OR 97212.
Dr. Forciea: Penn Health System, 3615 Chestnut Street, Philadelphia, PA 19104.
Dr. Cooke: University of California, San Francisco, 550 16th Street, San Francisco, CA 94158.
Dr. Denberg: Carilion Clinic, PO Box 13727, Roanoke, VA 24036.

**Author Contributions:** Conception and design: A. Qaseem, D. Kansagara, M. Cooke, R. McLean.
Analysis and interpretation of the data: A. Qaseem, D. Kansagara, M.A. Forciea, M. Cooke, M.J. Barry, R.P. Harris, S. Manaker, R. McLean, S. Vijan.
Drafting of the article: A. Qaseem, D. Kansagara, M. Cooke, T. Denberg, R.D. Chow.
Critical revision of the article for important intellectual content: A. Qaseem, D. Kansagara, M.A. Forciea, M. Cooke, T. Denberg, M.J. Barry, R.D. Chow, R.P. Harris, S. Manaker, R. McLean, S. Vijan.
Final approval of the article: A. Qaseem, D. Kansagara, M.A. Forciea, M. Cooke, T. Denberg, M.J. Barry, R.D. Chow, N. Fitterman, R.P. Harris, L.L. Humphrey, S. Manaker, R. McLean, S. Vijan.
Statistical expertise: A. Qaseem.
Obtaining of funding: A. Qaseem.
Administrative, technical, or logistic support: A. Qaseem.
Collection and assembly of data: A. Qaseem, M. Cooke.

## APPENDIX: DETAILED METHODS

The evidence review was conducted by the Minnesota Evidence-based Practice Center to address the following key questions:

1. What are the efficacy and comparative effectiveness of treatments for insomnia disorder in adults?
   a. What are the efficacy and comparative effectiveness of treatments for insomnia disorder in specific subgroups of adults?
   b. What are the efficacy and comparative effectiveness of combined treatments (e.g., cognitive behavioral therapy and drug therapy) for the treatment of insomnia disorder in adults?
   c. What are the long-term efficacy and comparative effectiveness of treatments for insomnia disorder in adults?
2. What are the harms of treatments for insomnia disorder in adults?
   a. What are the harms of treatments for insomnia disorder in specific subgroups of adults?
   b. What are the harms of combined treatments (e.g., cognitive behavioral therapy and drug therapy) for insomnia disorder in adults?
   c. What are the long-term harms of treatments for insomnia disorder in adults?

### Search Strategy

The systematic literature search included English-language RCTs published from 2004 through September 2015 (nonpharmacologic interventions), identified using MEDLINE, EMBASE, the Cochrane Central Register of Controlled Trials, and PsycINFO bibliographic databases as well as hand-searches of references of relevant studies. Studies were limited to RCTs of at least 4 weeks' duration that enrolled participants with insomnia disorder and reported global or sleep outcomes. Studies focused on patient-reported outcomes rather than sleep measures obtained by actigraphy and polysomnography. Large observational studies on pharmacologic hypnotics in adults with insomnia were included for consideration of harms data.

### Quality Assessment

The quality of studies was assessed using the Cochrane Risk of Bias tool and the AHRQ handbook (78, 79), and the quality of systematic reviews was assessed using the AMSTAR (A Measurement Tool to Assess Systematic Reviews) criteria (80). Additional information, including inclusion and exclusion criteria, is in the full evidence report (13) and the accompanying articles (11, 12). This guideline rates the evidence and recommendations by using the ACP guideline grading system (**Table**).

### Population Studied

Studies were limited to adults older than 18 years with chronic insomnia disorder (that is, insomnia definitions that matched diagnostic criteria for insomnia disorder). "Older adults" were those older than 55 years. Patients who use alcohol to treat their insomnia disorder and those who misuse or abuse alcohol were outside the scope of this guideline.

### Interventions Evaluated

Psychological therapy included CBT-I, multicomponent behavioral therapy or BBT for insomnia, stimulus control, relaxation strategies, and sleep restriction. Pharmacologic therapy included doxepin, triazolam, estazolam, temazepam, flurazepam, quazepam, zaleplon, zolpidem, eszopiclone, ramelteon, and suvorexant; off-label use of drugs, such as antidepressants and antipsychotics; and melatonin. Complementary and alternative approaches included acupuncture and Chinese herbal medicine.

### Comparators

Psychological interventions were compared with usual care, wait-list controls (patients who have not yet received the intervention but are on a wait list to receive it), or other insomnia treatments. Efficacy or effectiveness of pharmacologic interventions and complementary and alternative approaches were compared with those of placebo or another agent in the same or another drug class.

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

## Outcomes

The goal of insomnia treatment is meaningful improvement in sleep and associated distress and/or dysfunction. Outcomes evaluated included 1) global outcomes, which measure improvements in sleep and related daytime dysfunction or distress and were assessed by the ISI and the PSQI; 2) sleep outcomes, which can be objective or patient-reported from sleep diaries and include sleep onset latency, wake after sleep onset, total sleep time, the intermediate sleep measures of sleep efficiency (total sleep time divided by the total time in bed) and sleep quality, function, mood, and quality of life; and 3) harms of treatment, such as adverse effects and study withdrawals.

## Target Audience

The target audience for this guideline includes all clinicians, patients, health system leaders, and policymakers.

## Target Patient Population

The target patient population includes all adults with chronic insomnia disorder.

## Limitations

Sample sizes were small in most of the included RCTs, which were also of short duration. Minimally important differences were often not established or used in the studies. A large placebo response was observed for pharmacologic treatments.

## Grading the Evidence and Developing Recommendations

This guideline was developed by the ACP Clinical Guidelines Committee according to the ACP guideline development process, details of which can be found in the ACP methods paper (14). The Clinical Guidelines Committee used the evidence tables in the accompanying systematic review and full report (11–13) when reporting the evidence and graded the recommendations by using the ACP guideline grading system (Table).

## Peer Review

The AHRQ evidence review was sent to invited peer reviewers and posted on the AHRQ Web site for public comments. The guideline underwent a peer review process through the journal and was posted online for comments from ACP Regents and Governors, who represent physician members at the national level.

### Web-Only References

78. Higgins JPT, Altman DG, Sterne JAC. Assessing risk of bias in included studies. In: Higgins JPT, Green S, eds. Cochrane Handbook for Systematic Reviews of Interventions. Version 5.1.0 [updated March 2011]. The Cochrane Collaboration; 2011.
79. Viswanathan M, Ansari MT, Berkman ND, Chang S, Hartling L, McPheeters M, et al. Assessing the Risk of Bias of Individual Studies in Systematic Reviews of Health Care Interventions. Methods Guide for Comparative Effectiveness Reviews. AHRQ publication no. 12-EHC047-EF. Rockville, MD: Agency for Healthcare Research and Quality; 2008.
80. White CM, Ip S, McPheeters M, Carey TS, Chou R, Lohr KN, et al. Using Existing Systematic Reviews to Replace De Novo Processes in Conducting Comparative Effectiveness Reviews. Methods Guide for Comparative Effectiveness Reviews. Rockville, MD: Agency for Healthcare Research and Quality; 2009.

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

*Appendix Table 1.* Psychological Interventions for Insomnia Disorder*

| Treatment | Description |
| --- | --- |
| Stimulus control | Behavioral treatment that aims to establish consistency in sleep patterns and maintain an association of sleep with the bed and bedroom (e.g., only go to sleep when tired) |
| Sleep restriction | Behavioral intervention that limits time in bed to sleep time, gradually increasing the time spent in bed as sleep efficiency improves |
| Relaxation training | Training to reduce somatic tension and control bedtime thought patterns that impair sleep |
| Cognitive behavioral therapy for insomnia | Combination treatments that include cognitive and behavioral components, including stimulus control, sleep restriction, and sometimes relaxation training |
| Multicomponent therapy or brief behavioral therapy for insomnia | Multicomponent behavioral therapies without cognitive therapy |

* Adapted from reference 13.


*Appendix Table 2.* Efficacy and Safety of Psychological Treatments for Chronic Insomnia Disorder in All Adults*

| Outcome | Direction of Effect | Quality of Evidence | Data |
| --- | --- | --- | --- |
| **CBT-I vs. inactive control** | | | |
| Remission | Improved | Moderate | RR, 2.89 (95% CI, 2.02 to 4.15) |
| Response to treatment | Improved | Moderate | RR, 2.31 (CI, 1.06 to 5.03) |
| ISI score | Improved | Moderate | WMD, −4.78 (CI, −6.45 to −3.11) |
| PSQI score | Improved | Moderate | WMD, −2.10 (CI, −2.87 to −1.34) |
| Sleep onset latency | Improved | Moderate | WMD, −11.63 (CI, −16.55 to −6.71) |
| Wake after sleep onset | Improved | Moderate | WMD, −21.39 (CI, −35.78 to −7.00) |
| Sleep efficiency | Improved | Moderate | WMD, 6.86 (CI, 4.55 to 9.16) |
| Sleep quality | Improved | Moderate | WMD, 0.39 (CI, 0.20 to 0.57) |
| **Stimulus control vs. inactive control** | | | |
| Sleep onset latency | Improved | Low | WMD, −31.24 (CI, −45.26 to −17.22) |
| Total sleep time | Improved | Low | WMD, 43.54 (CI, 12.67 to 74.42) |

CBT-I = cognitive behavioral therapy for insomnia; ISI = Insomnia Severity Index; PSQI = Pittsburgh Sleep Quality Index; RR = relative risk; WMD = weighted mean difference.
* Evidence was insufficient to determine global or sleep outcomes or adverse events for sleep restriction or relaxation therapy in the general population with chronic insomnia disorder.


*Appendix Table 3.* Efficacy and Safety of Psychological Treatments for Chronic Insomnia Disorder in Older Adults*

| Outcome | Direction of Effect | Quality of Evidence | Data |
| --- | --- | --- | --- |
| **CBT-I vs. inactive control** | | | |
| ISI mean change | Improved | Moderate | MD, −3.60 (95% CI, −2.13 to −5.07) |
| PSQI score | Improved | Moderate | WMD, −2.98 (CI, −4.01 to −1.95) |
| PSQI mean change | Improved | Moderate | MD, −2.60 (CI, −1.54 to −3.66) |
| Sleep onset latency | Improved | Low | WMD, −8.21 (CI, −13.43 to −2.99) |
| Total sleep time | NS | Low | – |
| Wake after sleep onset | Improved | Moderate | WMD, −37.59 (CI, −55.83 to −19.35) |
| Sleep efficiency | Improved | Low | WMD, 9.53 (CI, 6.54 to 12.52) |
| **Multicomponent behavioral therapy or brief behavioral therapy for insomnia vs. inactive control** | | | |
| Sleep onset latency | Improved | Moderate | WMD, −10.43 (CI, −16.31 to −4.55) |
| Wake after sleep onset | Improved | Low | WMD, −14.90 (CI, −22.66 to −7.14) |
| Sleep efficiency | Improved | Low | WMD, 6.33 (CI, 3.38 to 9.29) |
| Sleep quality | Improved | Low | SMD, 0.56 (CI, 0.20 to 0.92) |
| **Stimulus control vs. inactive control** | | | |
| Total sleep time | Improved | Low | WMD, 40.37 (CI, 23.47 to 57.27) |

CBT-I = cognitive behavioral therapy for insomnia; ISI = Insomnia Severity Index; MD = mean difference; NS = not statistically significant; PSQI = Pittsburgh Sleep Quality Index; SMD = standardized mean difference; WMD = weighted mean difference.
* Evidence was insufficient to determine global or sleep outcomes or adverse events for sleep restriction or relaxation therapy in older adults (those aged >55 y) with chronic insomnia disorder.

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

*Appendix Table 4.* Efficacy and Safety of Pharmacologic Treatments for Insomnia Disorder in All Adults*

| Outcome | Direction of Effect | Quality of Evidence | Data | AEs | Cost of Medication (30-d Supply) |
|---|---|---|---|---|---|
| **Eszopiclone (2-3 mg) vs. placebo** | | | | Somnolence, unpleasant taste, myalgia, memory impairment, psychiatric-related AEs, depression, anxiety, accidental injury | Brand (3 mg, Lunesta): $340<br>Generic: $24 |
| Remission | Improved | Low | RR, 2.7 (95% CI, 2.1 to 3.4) | | |
| ISI score | Improved | Low | MD, −4.6 (CI, −5.3 to −3.9) | | |
| Sleep onset latency | Improved | Moderate | WMD, −19.1 (CI, −24.1 to −14.1) | | |
| Total sleep time | Improved | Moderate | WMD, 44.8 (CI, 35.4 to 54.2) | | |
| Wake after sleep onset | Improved | Low | WMD, −10.8 (CI, −19.8 to −1.70) | | |
| Study withdrawals | Higher with placebo | Low | RR, 0.8 (CI, 0.7 to 1.0) | | |
| Withdrawal due to AE | NS | Low | RR, 1.4 (CI, 0.97 to 2.0) | | |
| >1 AE | Higher with eszopiclone | Moderate | RR, 1.2 (CI, 1.1 to 1.4) | | |
| **Zaleplon (5-20 mg) vs. placebo** | | | Results not pooled | Headache, dizziness, nausea, abdominal pain, weakness, dysmenorrhea, eye pain, amnesia, paresthesia, tremor | Brand (10 mg, Sonata): $184.50<br>Generic: $19 |
| Total sleep time | NS | Low | | | |
| Study withdrawals | NS | Low | RR, 1.4 (CI, 0.9 to 2.3) | | |
| >1 AE | NS | Moderate | RR, 0.96 (CI, 0.9 to 1.1) | | |
| **Zolpidem (5-15 mg) vs. placebo** | | | | Dizziness, headache, drowsiness, allergy, hallucinations, myalgia, sinusitis, memory disorder, visual disturbance, pharyngitis, lightheadedness, palpitation, rash, constipation, depression, drowsiness, asthenia, diarrhea, dry mouth, flu-like symptoms | Brand (10 mg, Ambien): $364<br>Generic: $9 |
| Sleep onset latency | Improved | Moderate | WMD, −15.0 (CI, −22.1 to −7.8) | | |
| Total sleep time | Improved | Moderate | WMD, 23.0 (CI, 2.0 to 43.9) | | |
| Study withdrawals | NS | Low | RR, 1.2 (CI, 0.8 to 1.7) | | |
| Withdrawal due to AE | Higher with zolpidem | Moderate | RR, 2.8 (CI, 1.2 to 6.4) | | |
| >1 AE | NS | Moderate | RR, 1.05 (CI, 0.9 to 1.2) | | |
| **Zolpidem "as needed" (10 mg) vs. placebo** | | | | Somnolence, mood alterations, hallucinations, depression | Brand (10 mg, Ambien): $364<br>Generic: $9 |
| Clinical Global Impression | Improved | Low | RR, 2.2 (CI, 1.6 to 3.2) | | |
| Sleep onset latency | Improved | Moderate | WMD, −14.8 (CI, −23.4 to −6.2) | | |
| Total sleep time | Improved | Moderate | WMD, 48.1 (CI, 34.8 to 61.5) | | |
| Study withdrawals | NS | Low | RR, 1.0 (CI, 0.5 to 2.0) | | |
| **Zolpidem ER (12.5 mg) vs. placebo** | | | | Somnolence, anxiety, disturbance in attention | NA |
| Clinical Global Impression | Improved | Low | RR, 1.8 (CI, 1.6 to 2.0) | | |
| Sleep onset latency | Improved | Low | Greater by approximately 9 min | | |
| Total sleep time | Improved | Low | Greater by approximately 25 min | | |
| Wake after sleep onset | Improved | Low | Greater by approximately 16 min | | |
| Study withdrawals | Higher with placebo | Low | RR, 0.7 (CI, 0.6 to 0.9) | | |
| Withdrawal due to AE | Higher with zolpidem ER | Low | RR, 1.8 (CI, 1.0 to 3.1) | | |
| >1 AE | Higher with zolpidem ER | Low | RR, 1.2 (CI, 1.1 to 1.4) | | |
| **Zolpidem sublingual (3.5 mg) vs. placebo** | | | | NA | - |
| Sleep onset latency (minutes after awakening in middle of night) | Improved | Low | 38 vs. 56; −18 (CI NR) | | |
| **Ramelteon (4-16 mg) vs. placebo** | | | | Dizziness, somnolence (similar to placebo), fatigue, headache, unpleasant taste, nausea, new cognitive or behavioral abnormalities, complex behaviors (such as "sleep-driving"), exacerbation of depression and suicidal ideation in primarily depressed patients | Brand (8 mg, Rozerem): $254<br>Generic: NA |
| Sleep onset latency | NS | Low | WMD, −3.1 (CI, −7.4 to 1.2) | | |
| Total sleep time | NS | Low | WMD, 0.1 (CI, −10.0 to 10.0) | | |
| Wake after sleep onset | NS | Low | WMD, −5.9 (CI, −6.1 to 17.9) | | |
| Study withdrawals | Higher with ramelteon | Low | RR, 1.5 (CI, 1.1 to 1.9) | | |
| Withdrawal due to AE | NS | Low | RR, 1.2 (CI, 0.5 to 3.3) | | |
| >1 AE | NS | Moderate | RR, 1.0 (CI, 0.9 to 1.1) | | |

*Continued on following page*

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

*Appendix Table 4*–Continued

| Outcome | Direction of Effect | Quality of Evidence | Data | AEs | Cost of Medication (30-d Supply) |
|---|---|---|---|---|---|
| **Doxepin (1–3 or 6 mg) vs. placebo** | | | | Sedation, fatigue, weakness, lethargy, dry mouth, constipation, blurred vision, headache, agitation, insomnia, anxiety, nausea, vomiting, sweating, confusion, extrapyramidal symptoms, dizziness, paresthesia, orthostatic hypotension, electrocardiographic changes, tachycardia, increased liver function tests, tinnitus, sexual dysfunction, rash, seizure, agranulocytosis, thrombocytopenia, eosinophilia, leukopenia, SIADH | Generic (10 mg): $6.33 |
| Total sleep time (3 mg) | Improved | Low | MD, 11.9 (CI NR) ($P = 0.05$) | | |
| Total sleep time (6 mg) | Improved | Low | MD, 17.3 (CI NR) ($P = 0.004$) | | |
| Wake after sleep onset (3 mg) | Improved | Low | MD, −10.2, (CI NR) ($P = 0.02$) | | |
| Wake after sleep onset (6 mg) | Improved | Low | MD, −14.2 (CI NR) ($P = 0.001$) | | |
| >1 AE | NS | Low | RR, 1.1 (CI, 0.96 to 1.3) | | |
| **Suvorexant (15 or 20 mg) vs. placebo†** | | | | Somnolence, cognitive and behavioral changes (such as amnesia, anxiety, hallucinations, and other neuropsychiatric symptoms), complex behaviors (such as "sleep-driving"), worsening of depression (including suicidal thinking in persons with depression), daytime impairments, sleep paralysis, hypnagogic/hypnopompic hallucinations | Brand (10 mg, Belsomra): $277 Generic: NA |
| Response to treatment | Improved | Moderate | RR, 1.3 (CI, 1.2 to 1.5) | | |
| ISI score mean change | Improved | Moderate | MD, −1.2 (CI, −1.8 to −0.6) | | |
| Sleep onset latency | Improved | Moderate | WMD, −6.0 (CI, −10.0 to −1.9) | | |
| Total sleep time | Improved | Moderate | WMD, 16.0 (CI, 4.7 to 27.2) | | |
| Wake after sleep onset | Improved | Moderate | WMD, 4.7 (CI, −8.9 to −0.5) | | |
| Study withdrawals | NS | Low | RR, 0.95 (CI, 0.7 to 1.3) | | |
| Withdrawal due to AE | NS | Low | RR, 0.6 (CI, 0.3 to 1.3) | | |
| >1 AE | NS | Moderate | RR, 1.0 (CI, 0.9 to 1.1) | | |
| **Comparative effectiveness** | | | | | |
| Zolpidem (5–10 mg) vs. temazepam (15–20 mg) | | | | | |
| Total sleep time | Improved | Low | MD, 27.0 (CI, 2.1 to 51.9) | NA | NA |
| Zaleplon (5–20 mg) vs. zolpidem (10 mg) | | | | | |
| Study withdrawals | NS | Low | RR, 1.0 (CI, 0.7 to 1.5) | NA | NA |
| >1 AE | NS | Moderate | RR, 0.95 (CI, 0.9 to 1.03) | | |

AE = adverse effect; ER = extended-release; ISI = Insomnia Severity Index; MD = mean difference; NA = not applicable; NR = not reported; NS = not statistically significant; RR = relative risk; WMD = weighted mean difference; SIADH = syndrome of inappropriate antidiuretic hormone secretion.
* Cost data were taken from the Healthcare Bluebook. Specific AEs associated with each drug were derived from the Evidence-based Practice Center report when available and from Medscape (limited to those with reported frequencies >1% where the frequencies were available [suvorexant, zaleplon, zolpidem]).
† Mixed population of general and older adults.

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

*Appendix Table 5.* Efficacy and Safety of Pharmacologic Treatments for Insomnia Disorder in Older Adults*

| Outcome | Direction of Effect | Quality of Evidence | Data | AEs | Cost of Medication (30-d Supply) |
|---|---|---|---|---|---|
| **Eszopiclone (2 mg) vs. placebo** | | | | Somnolence, unpleasant taste, myalgia | Brand (3 mg, Lunesta): $340<br>Generic: $24 |
| Remission | Improved | Low | RR, 1.5 (95% CI, 1.1 to 2.1) | | |
| ISI score | Improved | Low | MD, −2.3 (CI, −3.3 to −1.3) | | |
| Total sleep time | Improved | Low | MD, 30.0 (CI, 19.7 to 40.3) | | |
| Wake after sleep onset | Improved | Low | MD, −21.6 (CI, −29.6 to −13.6) | | |
| **Zolpidem (5 mg) vs. placebo** | | | | Dizziness, headache, drowsiness, allergy, hallucinations, myalgia, sinusitis, memory disorder, visual disturbance, pharyngitis, lightheadedness, palpitation, rash, constipation, depression, drowsiness, asthenia, diarrhea, dry mouth, flu-like symptoms | Brand (10 mg, Ambien): $364<br>Generic: $9 |
| Sleep onset latency | Improved | Low | MD, −18.3 (CI, −31.5 to −5.4) | | |
| **Ramelteon (4–8 mg) vs. placebo** | | | | Dizziness, somnolence (similar to placebo), fatigue, headache, dysgeusia, nausea | Brand (8 mg, Rozerem): $254<br>Generic: NA |
| Sleep onset latency | Improved | Low | MD, −10.1 (CI, −15.6 to −4.6) | | |
| **Doxepin (1–3 or 6 mg) vs. placebo** | | | | Sedation, fatigue, weakness, lethargy, dry mouth, constipation, blurred vision, headache, agitation, insomnia, anxiety, nausea, vomiting, sweating, confusion, extrapyramidal symptoms, dizziness, paresthesia, orthostatic hypotension, electrocardiographic changes, tachycardia, increased liver function tests, tinnitus, sexual dysfunction, rash, seizure, agranulocytosis, thrombocytopenia, eosinophilia, leukopenia, SIADH | |
| ISI mean change | Improved | Moderate | WMD, −1.7 (CI, −2.6 to −0.9) | | |
| Sleep onset latency | Improved | Low | MD, −14.7 (CI, −24.0 to −5.4) | | |
| Total sleep time | Improved | Moderate | WMD, 23.9 (CI, 12.0 to 35.7) | | |
| Wake after sleep onset | Improved | Low | MD, −17.0 (CI, −29.3 to −4.7) | | |
| Study withdrawals | NS | Low | RR, 0.6 (CI, 0.4 to 1.1) | | |
| >1 AE | NS | Low | RR, 0.9 (CI, 0.6 to 1.3) | | |

AE = adverse effect; ISI = Insomnia Severity Index; MD = mean difference; NA = not applicable; NS = not statistically significant; RR = relative risk; WMD = weighted mean difference; SIADH = syndrome of inappropriate antidiuretic hormone secretion.
* Cost data were taken from the Healthcare Bluebook. Specific AEs associated with each drug were derived from the Evidence-based Practice Center report when available and from Medscape (limited to those with reported frequencies >1% where the frequencies were available [suvorexant, zaleplon, zolpidem]).

Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020