# Exhibit F

Annals of Internal Medicine REVIEW

# Psychological and Behavioral Interventions for Managing Insomnia Disorder: An Evidence Report for a Clinical Practice Guideline by the American College of Physicians

**Michelle Brasure, PhD, MSPH, MLIS; Erika Fuchs, MPH, PhD; Roderick MacDonald, MS; Victoria A. Nelson, MSc; Erin Koffel, PhD; Carin M. Olson, MD, MS; Imran S. Khawaja, MD; Susan Diem, MD, MPH; Maureen Carlyle, MPH; Timothy J. Wilt, MD, MPH; Jeannine Ouellette; Mary Butler, PhD; and Robert L. Kane, MD**

**Background:** Psychological and behavioral interventions are frequently used for insomnia disorder.

**Purpose:** To assess benefits and harms of psychological and behavioral interventions for insomnia disorder in adults.

**Data Sources:** Ovid MEDLINE, Embase, the Cochrane Central Register of Controlled Trials, and PsycINFO through September 2015, supplemented with hand-searching.

**Study Selection:** Randomized, controlled trials of psychological or behavioral interventions that were published in English and enrolled adults with insomnia disorder lasting 4 or more weeks.

**Data Extraction:** Data extraction by single investigator confirmed by a second reviewer; dual investigator assessment of risk of bias; consensus determination of strength of evidence.

**Data Synthesis:** Sixty trials with low to moderate risk of bias compared psychological and behavioral interventions with inactive controls or other psychological and behavioral interventions. Cognitive behavioral therapy for insomnia (CBT-I) improved posttreatment global and most sleep outcomes, often compared with information or waitlist controls (moderate-strength evidence). Use of CBT-I improved several sleep outcomes in older adults (low- to moderate-strength evidence). Multicomponent behavioral therapy improved several sleep outcomes in older adults (low- to moderate-strength evidence). Stimulus control improved 1 or 2 sleep outcomes (low-strength evidence). Evidence for other comparisons and for harms was insufficient to permit conclusions.

**Limitations:** A wide variety of comparisons limited the ability to pool data. Trials did not always report global outcomes and infrequently conducted remitter or responder analysis. Comparisons were often information or waitlist groups, and publication bias was possible.

**Conclusion:** Use of CBT-I improves most outcomes compared with inactive controls. Multicomponent behavioral therapy and stimulus control may improve some sleep outcomes. Evidence on other outcomes, comparisons, and long-term efficacy were limited.

**Primary Funding Source:** Agency for Healthcare Research and Quality. (PROSPERO: CRD42014009908)

*Ann Intern Med.* 2016;165:113-124. doi:10.7326/M15-1782 **www.annals.org**
For author affiliations, see end of text.
This article was published at www.annals.org on 3 May 2016.

Sleep difficulties, including the inability to initiate or maintain sleep, are common in adults. Sleep difficulties are typically transient; however, when they become chronic and cause distress or daytime dysfunction, insomnia disorder may be present. The American Psychiatric Association's *Diagnostic and Statistical Manual of Mental Disorders*, *Fifth Edition*, defines insomnia disorder as a predominant symptom of difficulty with sleep initiation, difficulty maintaining sleep, or early-morning waking with inability to return to sleep causing clinically significant distress or impairment in activities, occurring at least 3 nights per week for 3 months or more (1). Furthermore, individuals must have adequate opportunity for sleep and the symptoms cannot be better explained by medical or mental conditions, including another sleep disorder (such as breathing-related sleep disorder), or medication or substance use. The term previously used for insomnia disorder is *chronic insomnia* (1–4), for which diagnostic criteria required sleep problems lasting from weeks to months. These criteria are empirically similar to current criteria for insomnia disorder. We use the term *insomnia disorder* even though much of the primary research has used other terminology (such as *chronic insomnia* and *persistent insomnia*).

Between 6% and 10% of adults meet the diagnostic criteria for insomnia disorder (4). Duration ranges from 1 to 20 years across longitudinal studies (5). Insomnia disorder is more common in female patients and older adults (6, 7). Older adults typically report difficulty maintaining sleep as opposed to initiating sleep, which is common in younger adults (8).

Many treatment types are available once insomnia disorder is accurately diagnosed by using established diagnostic criteria (4, 9). These include psychological and behavioral treatments, pharmacologic therapies, and complementary and alternative medicine. The American Academy of Sleep Medicine recommends psychological and behavioral interventions and supports short-term supplementary medication (9, 10). Psychological and behavioral interventions include

**See also:**

Related articles. . . . . . . . . . . . . . . . . . . . . . . . 103, 125
Editorial comment . . . . . . . . . . . . . . . . . . . . . . . . . 149

*Web-Only*
Supplement



Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

*Table.* Psychological and Behavioral Interventions for Insomnia Disorder*

| Type of Treatment | Definition |
|---|---|
| Sleep hygiene education | Behavioral intervention aiming to educate patients about health and environmental factors they can change to improve sleep. Educational materials describe avoiding caffeine and nicotine, limiting consumption of alcoholic beverages, maintaining a regular sleep schedule, avoiding napping, regular exercise, and maintaining a quiet and dark bedroom. |
| Stimulus control | Behavioral treatment that aims to change behaviors associated with bed and bedroom and establish consistency in sleep patterns. Techniques include restricting bedroom for sleep only; going to bed only when sleepy; avoiding reading, television, and phone in the bedroom; leaving the bedroom when unable to sleep; and maintaining regular sleep schedule. |
| Sleep restriction | Behavioral intervention that limits time in bed to sleep time, gradually increasing as sleep efficiency improves. Techniques include setting strict bedtime and rising schedules and keeping a set wake-up time, with modifications based on sleep efficiency after certain duration. |
| Relaxation training | Training to reduce somatic tension and control bedtime thought patterns that impair sleep. Techniques include progressive muscle relaxation, guided imagery, and paced breathing. |
| Brief behavioral treatment | Combines core behavioral interventions of stimulus control and sleep restriction. |
| Cognitive therapy | Intervention that aims to change how patients think about sleep by identifying, challenging, and replacing dysfunctional beliefs and attitudes. Dysfunctional beliefs create tension, impair sleep, and reinforce the beliefs. Techniques include challenging notions about requisite amounts of sleep, that sleep is out of their control, and fears about missed sleep; thought journaling; and behavioral experiments around sleep beliefs. |
| Cognitive behavioral therapy | Multimodal combination of treatments that include cognitive therapy around sleep and behavioral interventions (sleep restriction, stimulus control) and education (sleep hygiene). |

* Data obtained from references 5 and 10.

cognitive behavioral therapy for insomnia (CBT-I), multicomponent behavioral therapy (brief behavioral therapy for insomnia), and single-component interventions (such as sleep hygiene and education, stimulus control, sleep restriction, and relaxation) (**Table**). Cognitive behavioral therapy for insomnia most commonly includes behavioral therapies (sleep restriction, stimulus control, relaxation training), cognitive therapy (cognitive restructuring) to change dysfunctional beliefs about sleep, as well as sleep hygiene education (3). Multicomponent behavioral therapies combine several behavioral therapies and do not include a cognitive component.

Treatment goals include improving quality and quantity of sleep and associated impairments (10). Ideally, meaningful improvements in "global" outcomes measuring sleep and associated distress and dysfunction are realized. The Insomnia Severity Index (ISI) and the Pittsburgh Sleep Quality Index (PSQI) are commonly used for measuring global outcomes. Sleep outcomes include specific sleep variables (sleep-onset latency [SOL], wake time after sleep onset [WASO], total sleep time [TST], sleep efficiency (sleep time/time in bed), and sleep quality. Sleep variables can be measured objectively (with polysomnography or actigraphy) or subjectively (sleep diaries). Guidelines suggest monitoring symptoms with sleep diaries and polysomography is not indicated (10).

We conducted a systematic review on the management of insomnia disorder for the Agency for Healthcare Research and Quality (11). This article reports evidence on psychological and behavioral interventions. Another article reports on the evidence on pharmacologic interventions and the comparison of pharmacologic interventions with psychological and behavioral interventions (12), and the full report provides evidence on complementary and alternative interventions. This evidence was used by the American College of Physicians to develop the guideline on the treatment of insomnia disorder in primary care. Evidence summarized here enhances previous reports (13–15) by providing a comprehensive evaluation of psychological and behavioral interventions across all delivery modes with a primary emphasis on global outcomes.

## METHODS

### Data Sources and Searches

We searched bibliographic databases, including MEDLINE, Embase, and PsycINFO via Ovid, as well as the Cochrane Library, to identify randomized, controlled trials published from 2004 through September 2015 (**Supplement**, available at www.annals.org). We identified studies published before 2004 by searching the citations in relevant systematic reviews.

### Study Selection

Two investigators independently reviewed titles and abstracts of search results to identify potentially eligible references. Two investigators independently screened full texts of those references to determine whether inclusion criteria were met. We included randomized, controlled trials of psychological and behavioral interventions if they enrolled adults, provided at least 4 weeks of treatment, reported global or sleep outcomes, and were published in English. We excluded trials enrolling pure subgroups of patients with major medical conditions or conditions that may explain the sleep problems (such as menopause, pregnancy, and neurologic conditions).

### Data Extraction and Quality Assessment

Risk of bias was independently assessed by two investigators using an instrument developed using Agency for Healthcare Research and Quality guidance (16) and was summarized as low, medium, or high on the basis of summary risk of bias and confidence that



Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

results were believable given limitations. Study, participant, and treatment characteristics; outcomes; and adverse events were extracted from eligible trials with low or moderate risk of bias.

### Data Synthesis and Analysis

We used RevMan 5.2 (Nordic Cochrane Center) for pooling when adequate data were provided and populations, interventions, and outcomes were similar (17). DerSimonian and Laird random-effects estimates of risk ratios and absolute risk differences with 95% CIs were calculated for categorical outcomes, and weighted mean differences (WMDs) and/or standardized mean differences with 95% CIs were calculated for continuous outcomes. We assessed heterogeneity with the Cochran *Q* test and $I^2$ statistic (≥75% indicates substantial heterogeneity) (18). We analyzed the general adult population and older adults separately because sleep measures vary.

We used established minimum important differences (MIDs) to capture clinical significance in global outcomes. The MID for the ISI is a 6-point change from baseline (19). Trials that conducted remitter or responder analysis on the basis of established MID offer simplistic interpretation. When trials provided mean scores, we interpreted WMDs in relation to MID by using the method of Johnson and colleagues (20). Weighted mean differences equal to or greater than the MID suggest that many patients gain important benefits, WMDs greater than half the MID but less than the MID suggest that an appreciable number of patients benefit, and WMDs less than half of the MID suggest that patients do not achieve important benefits (20).

One investigator assessed strength of evidence for unique comparisons as high, moderate, low, or insufficient (21); assessments were confirmed through consensus.

### Role of Funding Source

This topic was nominated to and funded by the Agency for Healthcare Research and Quality Effective Health Care Program. Key informants representing various perspectives offered suggestions as refined the review scope. Our draft protocol was shared with a technical expert panel that had the opportunity to review the draft report. The American College of Physicians provided support for this manuscript preparation. The authors are solely responsible for its contents.

## RESULTS

We identified 3572 citations; 559 required full-text review after title and abstract screening (**Appendix Figure 1**, available at www.annals.org). Seventy-six articles (22–97) reporting on 70 trials that compared psychological and behavioral interventions with inactive controls or other psychological and behavioral interventions were eligible. We extracted data and analyzed results for 60 trials with low to moderate risk of bias. We grouped trials by intervention type and comparison. Interventions for CBT-I had cognitive and behavioral components; multicomponent behavioral therapy interventions had several behavioral components and no cognitive component; and single-component interventions included sleep restriction, stimulus control, and relaxation.

Eligible trials (**Tables 1** and **2** of the **Supplement**) enrolled individuals most commonly diagnosed with chronic insomnia according to *Diagnostic and Statistical Manual of Mental Disorders*, *Fourth Edition*, with mean durations of several years. Participants were predominantly female and white. Trials were conducted in the United States, Canada, the United Kingdom, Sweden, Australia, Norway, Scotland, the Netherlands, and China. Mean age was mid-40s in general adult populations and lower 70s in older adults. Baseline ISI scores were approximately 17, indicating moderate severity, and baseline SOL was more than 45 minutes. Comparisons varied across trials. Inactive controls included information (such as sleep hygiene education) or waitlist; trials infrequently used sham treatments. Adverse effects were rarely reported. Withdrawals were not always reported by group. Evidence on adverse effects and withdrawals was insufficient for all comparisons. We assessed strength of evidence for unique intervention-comparison combinations (**Tables 1** and **2** of the **Supplement**).

### CBT-I Compared With Inactive Control

We analyzed 22 trials that enrolled a general adult population and compared CBT-I with inactive control (23, 25, 27, 30–33, 36, 38, 39, 51, 52, 55, 58, 67, 68, 80, 86, 91–93, 96). Five trials reported long-term results (>6 months). Delivery characteristics (mode, intensity, duration, components, and follow-up) differed across CBT-I interventions. Seven delivered CBT-I individually in person (30–33, 50, 55, 68); 5 in groups (27, 36, 39, 52, 96); 1 by phone (23); and 10 by books, handouts, or electronic resources as self-help (25, 38, 58, 62, 67, 80, 86, 91–93). The CBT-I sessions were typically once a week for 1 hour or less and lasted 4 to 6 weeks. Twenty trials provided data sufficient for pooling for 1 or more outcomes (**Table 2** of the **Supplement**) (23, 25, 27, 30–33, 38, 39, 50, 52, 55, 58, 67, 80, 86, 91–93, 96).

The studies showed that CBT-I improved posttreatment global and most sleep outcomes across several delivery modes and inactive control types (moderate-strength evidence). Eleven trials measured and reported global outcomes (23, 25, 27, 30, 32, 39, 55, 58, 67, 80, 92, 93). Five trials (*n* = 327) assessed remission by using ISI and PSQI threshold scores (23, 30, 32, 55, 58); 3 compared CBT-I with sham treatment and 2 with attention/waitlist controls. Three of these trials (*n* = 271) conducted a responder analysis by using ISI thresholds (23, 55, 58); only 1 compared CBT-I with sham treatment. One trial (*n* = 60) conducted a responder analysis defining response as a report of "very much improved" on the Clinician's Global Impression scale (93). These 5, and 6 other CBT-I efficacy trials, reported mean posttreatment ISI or PSQI scores. Remission and response rates were higher with CBT-I than with inactive control (**Figures 1** and **2**). Mean ISI and



Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

***Figure 1.*** CBT-I versus inactive control: remitters.

| Study or Subgroup, Year (Reference) | CBT Events | CBT Total | Control Events | Control Total | Weight, % | Risk Ratio M-H, Random (95% CI) |
|---|---|---|---|---|---|---|
| **CBT-I individual vs. placebo/sham: <6 mo** | | | | | | |
| Edinger and Sampson, 2003 (30) | 5 | 9 | 0 | 8 | 1.7 | 9.90 (0.63–155.08) |
| Edinger et al, 2009 (32) | 14 | 19 | 5 | 20 | 20.1 | 2.95 (1.32–6.59) |
| Subtotal | | 28 | | 28 | 21.8 | 3.24 (1.50–7.02) |
| Total events | 19 | | 5 | | | |
| Heterogeneity: $\tau^2 = 0.00$; $\chi^2 = 0.77$, df = 1 ($P$ = 0.38); $I^2 = 0\%$ | | | | | | |
| Test for overall effect: $Z$ = 2.98 ($P$ = 0.003) | | | | | | |
| **CBT-I individual vs. waitlist/no treatment: <6 mo** | | | | | | |
| Jernelöv et al, 2012 (55) | 27 | 52 | 5 | 44 | 17.4 | 4.57 (1.92–10.86) |
| Subtotal | | 52 | | 44 | 17.4 | 4.57 (1.92–10.86) |
| Total events | 27 | | 5 | | | |
| Heterogeneity: Not applicable | | | | | | |
| Test for overall effect: $Z$ = 3.44 ($P$ = 0.0006) | | | | | | |
| **CBT-I telephone vs. waitlist/no treatment: <6 mo** | | | | | | |
| Arnedt et al, 2013 (23) | 12 | 15 | 5 | 12 | 25.5 | 1.92 (0.94–3.93) |
| Subtotal | | 15 | | 12 | 25.5 | 1.92 (0.94–3.93) |
| Total events | 12 | | 5 | | | |
| Heterogeneity: Not applicable | | | | | | |
| Test for overall effect: $Z$ = 1.79 ($P$ = 0.07) | | | | | | |
| **CBT-I Internet vs. placebo/sham** | | | | | | |
| Kaldo et al, 2015 (58) | 31 | 73 | 11 | 75 | 35.3 | 2.90 (1.58–5.32) |
| Subtotal | | 73 | | 75 | 35.3 | 2.90 (1.58–5.32) |
| Total events | 31 | | 11 | | | |
| Heterogeneity: Not applicable | | | | | | |
| Test for overall effect: $Z$ = 3.43 ($P$ = 0.0006) | | | | | | |
| **Total** | | 168 | | 159 | 100.0 | 2.89 (2.02–4.15) |
| Total events | 89 | | 26 | | | |
| Heterogeneity: $\tau^2 = 0.00$; $\chi^2 = 3.35$, df = 4 ($P$ = 0.50); $I^2 = 0\%$ | | | | | | |
| Test for overall effect: $Z$ = 5.77 ($P$ < 0.00001) | | | | | | |
| Test for subgroup differences: $\chi^2 = 2.42$, df = 3 ($P$ = 0.49); $I^2 = 0\%$ | | | | | | |



CBT = cognitive behavioral therapy; CBT-I = cognitive behavioral therapy for insomnia; M-H = Mantel–Haenszel.

PSQI scores after treatment were also higher with CBT-I (**Figures 3** and **4**); a WMD of −5 points on ISI shows that an appreciable number benefit from treatment. Few trials reported long-term follow-up for global outcomes; pooled results from 2 trials show that PSQI scores remained lower with face-to-face interventions, but a third trial shows that remission, response, and ISI scores were similar with Internet CBT-I and Internet sham treatment. Thus, there was insufficient evidence on the efficacy for global outcomes at long-term follow-up because of inconsistency and imprecision.

Four of 5 sleep outcomes were better with CBT-I than inactive control when 11 to 17 trials representing 957 to 1415 participants were pooled. Sleep onset latency was 12 minutes lower, WASO was 21 minutes lower, sleep efficacy was 7 percentage points higher, and sleep quality was moderately improved with CBT-I compared with inactive control. Improvements in SOL, WASO, and sleep efficiency were maintained at long-term follow-up (low-strength evidence). Evidence on long-term sleep quality was insufficient to permit conclusions.

Two trials provided data that could not be pooled with the other trials. Morgan and colleagues compared CBT-I with inactive control in long-term hypnotic users and tested and reported mean changes in PSQI and sleep outcomes (68). Mean changes in PSQI scores, SOL, and sleep efficiency were better with CBT-I than control at 3-month follow-up (no posttreatment data reported). Both PSQI and SOL remained improved at 6-month follow-up, but sleep efficiency did not. Espie and colleagues compared CBT-I with waitlist controls



Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

Case 2:90-cv-00520-KJM-SCR Document 6462-30 Filed 02/14/20 Page 6 of 14


and reported results graphically for 3 sleep outcomes (36). With CBT-I, posttreatment SOL and WASO were better and TST was similar compared with waitlist. Although the authors report collecting information on sleep quality, they did not report these results, suggesting possible reporting bias.

Six trials compared CBT-I with inactive control in older adults (64, 69, 70, 73, 82, 83). Posttreatment global outcomes were better with CBT-I than inactive comparisons in 3 trials ($n$ = 303) (moderate-strength evidence). The WMD in ISI scores of −3.60 (95% CI, −2.13 to −5.07) reported in 1 trial suggests that an appreciable number benefit from treatment. Posttreatment SOL, WASO, and sleep efficiency were also better with CBT-I than control (low- to moderate-strength evidence). Total sleep time was similar with CBT-I and control (low-strength evidence). Sleep quality was not reported. Three studies assessed efficacy at 6 months or more. Both PSQI and ISI scores were higher with CBT-I than with inactive control, but this evidence was insufficient to permit conclusions about sustainability because of moderate risk of bias and unknown consistency. (Improvements in WASO and sleep efficiency were maintained in 2 small trials [low-strength evidence].) At follow-up SOL was similar in the intervention and control groups, but evidence was insufficient to permit conclusions about sustainability of effects.

### Multicomponent Behavioral Therapy Compared With Inactive Control

A study that enrolled a general adult population compared intensive sleep retraining plus stimulus control with sleep hygiene education in 2 of its 4 groups ($n$ = 40) (45). Evidence was insufficient to permit conclusions for all outcomes.

Three trials, reported in 4 publications, that enrolled older adults compared multicomponent behavioral therapies, including brief behavioral therapy for insomnia, with inactive control ($n$ = 146) (28, 43, 65, 85). Two trials randomly assigned older adults to multicomponent behavioral therapy or information control (28, 43, 65), and 1 randomly assigned hypnotics-dependent older adults to multicomponent behavioral therapy or placebo (85). Evidence was insufficient for global outcomes, with only 1 small trial reporting. Posttreatment SOL was 10 minutes shorter, WASO was 15 minutes shorter, sleep efficiency was 7 percentage points higher, and sleep quality was moderately better with multicomponent behavioral therapy than inactive control (low- to moderate-strength evidence). Total

***Figure 2.*** CBT-I versus inactive control: responders.

| Study or Subgroup, Year (Reference) | CBT Events | CBT Total | Control Events | Control Total | Weight, % | Risk Ratio M-H, Random (95% CI) |
|---|---|---|---|---|---|---|
| **CBT-I individual vs. waitlist/no treatment: <6 mo** | | | | | | |
| Jernelöv et al, 2012 (55) | 28 | 52 | 4 | 44 | 26.9 | 5.92 (2.25–15.59) |
| Subtotal | | 52 | | 44 | 26.9 | 5.92 (2.25–15.59) |
| Total events | 28 | | 4 | | | |
| Heterogeneity: Not applicable | | | | | | |
| Test for overall effect: $Z$ = 3.60 ($P$ = 0.0003) | | | | | | |
| **CBT-I telephone vs. waitlist/no treatment: <6 mo** | | | | | | |
| Arnedt et al, 2013 (23) | 9 | 15 | 6 | 12 | 33.5 | 1.20 (0.60–2.42) |
| Subtotal | | 15 | | 12 | 33.5 | 1.20 (0.60–2.42) |
| Total events | 9 | | 6 | | | |
| Heterogeneity: Not applicable | | | | | | |
| Test for overall effect: $Z$ = 0.51 ($P$ = 0.61) | | | | | | |
| **CBT-I Internet vs. placebo/sham** | | | | | | |
| Kaldo et al, 2015 (58) | 37 | 73 | 18 | 75 | 39.6 | 2.11 (1.33–3.35) |
| Subtotal | | 73 | | 75 | 39.6 | 2.11 (1.33–3.35) |
| Total events | 37 | | 18 | | | |
| Heterogeneity: Not applicable | | | | | | |
| Test for overall effect: $Z$ = 3.17 ($P$ = 0.002) | | | | | | |
| Total | | 140 | | 131 | 100.0 | 2.31 (1.06–5.03) |
| Total events | 74 | | 28 | | | |
| Heterogeneity: $\tau^2$ = 0.34; $\chi^2$ = 7.68, df = 2 ($P$ = 0.02); $I^2$ = 74% | | | | | | |
| Test for overall effect: $Z$ = 2.10 ($P$ = 0.04) | | | | | | |
| Test for subgroup differences: $\chi^2$ = 6.86, df = 2 ($P$ = 0.03); $I^2$ = 70.9% | | | | | | |

Risk Ratio M-H, Random (95% CI)
0.05 0.2 1 5 20
Favors Control Favors CBT

CBT = cognitive behavioral therapy; CBT-I = cognitive behavioral therapy for insomnia; M-H = Mantel–Haenszel.



Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

***Figure 3.*** CBT-I versus inactive control: posttreatment Insomnia Severity Index.

| Study or Subgroup, Year (Reference) | CBT Mean | CBT SD | CBT Total | Control Mean | Control SD | Control Total | Weight, % | Mean Difference IV, Random (95% CI) |
|---|---|---|---|---|---|---|---|---|
| **CBT-I individual vs. waitlist/no treatment: <6 mo** | | | | | | | | |
| Jernelöv et al, 2012 (55) | 8.4 | 5.1 | 44 | 14.2 | 4.7 | 43 | 18.2 | −5.80 (−7.86 to −3.74) |
| Subtotal | | | 44 | | | 43 | 18.2 | −5.80 (−7.86 to −3.74) |
| Heterogeneity: Not applicable | | | | | | | | |
| Test for overall effect: $Z$ = 5.52 ($P$ < 0.00001) | | | | | | | | |
| **CBT-I group vs. waitlist/no treatment: <6 mo** | | | | | | | | |
| Bothelius et al, 2013 (27) | 13.4 | 6.3 | 32 | 17.1 | 3.9 | 34 | 15.9 | −3.70 (−6.25 to −1.15) |
| Subtotal | | | 32 | | | 34 | 15.9 | −3.70 (−6.25 to −1.15) |
| Heterogeneity: Not applicable | | | | | | | | |
| Test for overall effect: $Z$ = 2.85 ($P$ = 0.004) | | | | | | | | |
| **CBT-I telephone vs. waitlist/no treatment: <6 mo** | | | | | | | | |
| Arnedt et al, 2013 (23) | 5.8 | 4.4 | 15 | 8.9 | 5.6 | 15 | 11.6 | −3.10 (−6.70 to 0.50) |
| Subtotal | | | 15 | | | 15 | 11.6 | −3.10 (−6.70 to 0.50) |
| Heterogeneity: Not applicable | | | | | | | | |
| Test for overall effect: $Z$ = 1.69 ($P$ = 0.09) | | | | | | | | |
| **CBT-I self-help (any) vs. waitlist/no treatment: <6 mo** | | | | | | | | |
| Ritterband et al, 2009 (80) | 6.6 | 4.6 | 22 | 15.5 | 4.4 | 22 | 15.6 | −8.90 (−11.50 to −6.30) |
| Vincent et al, 2009 (93) | 12.9 | 6 | 59 | 16.7 | 6.5 | 59 | 17.2 | −3.80 (−6.06 to −1.54) |
| Subtotal | | | 81 | | | 81 | 32.9 | −6.31 (−11.30 to −1.31) |
| Heterogeneity: $\tau^2$ = 11.46; $\chi^2$ = 8.43, df = 1 ($P$ = 0.004); $I^2$ = 88% | | | | | | | | |
| Test for overall effect: $Z$ = 2.47 ($P$ = 0.01) | | | | | | | | |
| **CBT-I Internet vs. placebo/sham** | | | | | | | | |
| Kaldo et al, 2015 (58) | 8.6 | 4.1 | 73 | 12 | 4.4 | 75 | 21.5 | −3.40 (−4.77 to −2.03) |
| Subtotal | | | 73 | | | 75 | 21.5 | −3.40 (−4.77 to −2.03) |
| Heterogeneity: Not applicable | | | | | | | | |
| Test for overall effect: $Z$ = 4.87 ($P$ < 0.00001) | | | | | | | | |
| **Total** | | | 245 | | | 248 | 100.0 | −4.78 (−6.45 to −3.11) |
| Heterogeneity: $\tau^2$ = 2.88; $\chi^2$ = 16.34, df = 5 ($P$ = 0.006); $I^2$ = 69% | | | | | | | | |
| Test for overall effect: $Z$ = 5.61 ($P$ < 0.00001) | | | | | | | | |
| Test for subgroup differences: $\chi^2$ = 4.76, df = 4 ($P$ = 0.31); $I^2$ = 15.9% | | | | | | | | |

Mean Difference IV, Random (95% CI)

−10 −5 0 5 10

Favors CBT-I Favors Control

CBT = cognitive behavioral therapy; CBT-I = cognitive behavioral therapy for insomnia; IV = inverse variance.

sleep time was similar with multicomponent behavioral therapy and control, but evidence was insufficient to conclude a true difference because of imprecision.

## Stimulus Control

Two trials enrolling a general adult population compared stimulus control with inactive control (sham treatment and no treatment) ($n$ = 68) (35, 45). The 1 small trial that reported global outcomes found that posttreatment PSQI scores were higher with stimulus control, but this evidence was insufficient to permit a conclusion. Evidence was sufficient for only 2 sleep outcomes. Posttreatment SOL was 31 minutes shorter and TST was 44 minutes longer with stimulus control than inactive control (low-strength evidence).

Two trials enrolling older adults compared stimulus control with inactive control ($n$ = 113) (34, 72). Rates of remission and response and posttreatment mean ISI scores were higher with stimulus control than inactive control. Evidence was insufficient to permit conclusions because only 1 trial reported this outcome. Total sleep time was 40 minutes longer with stimulus control than inactive control (low strength of evidence), but evidence was insufficient for other sleep outcomes.

## Sleep Restriction

Two trials enrolling a general adult population compared sleep restriction with inactive control ($n$ = 139) (40, 41). Two trials enrolling older adults compared sleep restriction with inactive control ($n$ = 141) (34, 63). Only sleep outcomes were reported, and most often outcomes were reported only by 1 trial in each population; evidence was insufficient to permit conclu-



Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

sions about the efficacy of sleep restriction in either population.

### Relaxation

Two trials enrolling a general adult population compared relaxation therapy with inactive control (sham treatment or no treatment) ($n$ = 77) (31, 35). Two trials enrolling older adults compared relaxation with inactive control (63, 97). Trials were small, and only select sleep outcomes were reported. Evidence was insufficient to permit conclusions about the efficacy of relaxation in either population.

### Other Comparisons

Several trials compared different intervention types (29, 31, 34, 45, 46, 51, 53, 63, 72, 77, 79) or similar interventions with different delivery characteristics (24, 26, 48, 61, 67, 79) or reported on special populations (88). In most cases, single trials made similar comparisons. Sample sizes were generally small, with few statistically significant differences between intervention and comparison and imprecise estimates. Therefore, evidence was insufficient to permit conclusions about a wide variety of comparisons.

## Discussion

We conducted a systematic review and synthesized trial data on the efficacy or comparative effectiveness of psychological and behavioral interventions for managing insomnia. The strongest evidence for efficacy was for CBT-I in the general adult population (moderate strength of evidence). Cognitive behavioral therapy for insomnia improved posttreatment global and nearly all sleep outcomes. Global outcomes were better with CBT-I than inactive control. Sleep outcomes were also better, but posttreatment mean differences between intervention and inactive control were small. The CIs show the range of response and provide a fuller picture of treatment effects. Evidence in older adults was weaker but also showed that CBT-I improved SOL, WASO, and sleep efficiency in older adults with insomnia disorder. Evidence suggests that improvements in

***Figure 4.*** CBT-I versus inactive control: post-treatment Pittsburgh Sleep Quality Index.

| Study or Subgroup Year (Reference) | CBT Mean | CBT SD | CBT Total | Control Mean | Control SD | Control Total | Weight, % | Mean Difference IV, Random (95% CI) |
|---|---|---|---|---|---|---|---|---|
| **CBT-I individual vs. placebo/sham: <6 mo** | | | | | | | | |
| Edinger et al, 2009 (32) | 5.7 | 4.5 | 20 | 7.9 | 4 | 20 | 7.1 | −2.20 (−4.84 to 0.44) |
| Subtotal | | | 20 | | | 20 | 7.1 | −2.20 (−4.84 to 0.44) |
| Heterogeneity: Not applicable | | | | | | | | |
| Test for overall effect: $Z$ = 1.63 ($P$ = 0.10) | | | | | | | | |
| **CBT-I group vs. waitlist/no treatment: <6 mo** | | | | | | | | |
| Espie et al, 2007 (39) | 9.8 | 4.2 | 107 | 11.3 | 3.7 | 94 | 24.3 | −1.50 (−2.59 to −0.41) |
| Subtotal | | | 107 | | | 94 | 24.3 | −1.50 (−2.59 to −0.41) |
| Heterogeneity: Not applicable | | | | | | | | |
| Test for overall effect: $Z$ = 2.69 ($P$ = 0.007) | | | | | | | | |
| **CBT-I telephone vs. waitlist/no treatment: <6 mo** | | | | | | | | |
| Arnedt et al, 2013 (23) | 4 | 2.8 | 15 | 6.8 | 4.1 | 15 | 7.7 | −2.80 (−5.31 to −0.29) |
| Subtotal | | | 15 | | | 15 | 7.7 | −2.80 (−5.31 to −0.29) |
| Heterogeneity: Not applicable | | | | | | | | |
| Test for overall effect: $Z$ = 2.18 ($P$ < 0.03) | | | | | | | | |
| **CBT-I self-help (any) vs. waitlist/no treatment: <6 mo** | | | | | | | | |
| Bjorvatn et al, 2011 (25) | 10.8 | 3.8 | 77 | 11.9 | 3.5 | 78 | 23.1 | −1.10 (−2.25 to 0.05) |
| Mimeault and Mokin, 1999 (67) | 7.4 | 3.3 | 18 | 11.1 | 3.6 | 18 | 9.3 | −3.70 (−5.96 to −1.44) |
| van Straten et al, 2014 (92) | 8.9 | 2.6 | 59 | 11.6 | 2.5 | 59 | 28.5 | −2.70 (−3.62 to −1.78) |
| Subtotal | | | 154 | | | 155 | 60.8 | −2.31 (−3.68 to −0.95) |
| Heterogeneity: $\tau^2$ = 0.95; $\chi^2$ = 6.34, df = 2 ($P$ = 0.04); $I^2$ = 68% | | | | | | | | |
| Test for overall effect: $Z$ = 3.33 ($P$ = 0.0009) | | | | | | | | |
| **Total** | | | 296 | | | 284 | 100.0 | −2.10 (−2.87 to −1.34) |
| Heterogeneity: $\tau^2$ = 0.31; $\chi^2$ = 7.92, df = 5 ($P$ = 0.16); $I^2$ = 37% | | | | | | | | |
| Test for overall effect: $Z$ = 5.40 ($P$ < 0.00001) | | | | | | | | |
| Test for subgroup differences: $\chi^2$ = 1.40, df = 3 ($P$ = 0.71); $I^2$ = 0% | | | | | | | | |

Mean Difference IV, Random (95% CI)

−4 −2 0 2 4

Favors CBT Favors Control

CBT = cognitive behavioral therapy; CBT-I = cognitive behavioral therapy for insomnia; IV = inverse variance.



Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

some sleep outcomes are maintained at follow-up of 6 months or more; evidence for long-term global outcomes was insufficient. Sustainability of intervention effects requires further research.

Fewer trials compared multicomponent behavioral therapies with inactive controls. Evidence was insufficient for the general adult population and sufficient only for 3 sleep outcomes in older adults. Low- to moderate-strength evidence showed that most sleep outcomes were better with multicomponent behavioral therapy than with inactive control in older adults.

Several other trials examined single-component psychological and behavioral therapies for managing insomnia disorder. Evidence was sufficient only for select sleep outcomes in comparisons of stimulus control with inactive control; low-strength evidence showed that SOL and TST were better in the general adult population and TST was better in older adults with stimulus control than with inactive control. Evidence for efficacy of sleep restriction and relaxation was insufficient to permit conclusions for all outcomes in both populations. Evidence was also insufficient to assess a wide variety of comparisons across types of psychological and behavioral interventions and across delivery characteristics of CBT-I because of heterogeneity in populations, interventions, comparisons, and outcomes.

Our evidence synthesis used DerSimonian and Laird random-effects estimates. This approach can result in overly narrow CIs (98). Although this is more likely with pooling of fewer trials and trials with heterogeneity, our CIs may be artificially narrow in some cases. However, we believe this to be a limited concern given our conservative approach to pooling (requiring interventions, populations, and outcomes to be particularly similar) and the robustness of our results for CBT-I (pooling many trials and positive results across several outcomes).

Applicability of our results may depend on the CBT-I programs available for provider referral as well as patient treatment preferences. The interventions in the trials we analyzed typically had well-constructed CBT-I interventions with documented procedures implemented by individuals trained to provide the therapy. Therefore, these results apply to CBT-I interventions that meet these standards. In addition, eligible trials in this review were conducted across the country, and regulations regarding who can provide CBT-I probably vary from one part of the world to another. Furthermore, enrolled patients were carefully selected, met diagnostic criteria for insomnia disorder, and had at least moderate to severe symptoms.

Although many trials were available on psychological and behavioral interventions for insomnia disorder, there was no high-strength evidence. This is due primarily to the limitations of the current comparative effectiveness research on this topic. Other than CBT-I, few trials made similar comparisons and sample sizes were often small; this limited the strength of evidence for many comparisons (for example, different delivery modes for CBT-I, multicomponent behavioral therapy versus inactive treatment in the general adult population, and relaxation versus inactive comparison in the general population). The insufficient evidence to compare CBT-I delivery modes (face-to-face individual or group therapies; Internet-, telephone-, and book-based CBT-I) is unfortunate. The wide variety of modes available may enhance access to CBT-I given the shortage of trained providers in the United States. Group and electronically delivered CBT-I could vastly improve access; however, it is unclear whether all modes achieve similar results.

Risk of bias for individual trials was rarely low. The most notable problems were the lack of participant, provider, and outcome assessor blinding and the use of information and waitlist controls. These issues are especially concerning with subjective outcomes, limit trials' ability to detect true treatment effects, and may overestimate benefits compared with sham or placebo controls. Although many trials compared interventions with information or waitlist controls, few trials used sham therapy comparisons with therapy hours similar to intervention. This allows true participant blinding and assesses affects above and beyond placebo effects. Trials that compared interventions to sham treatments were less likely to show effects for many sleep outcomes. In addition, risk of bias could be decreased if outcomes assessors were blinded to group. This was not consistently done or reported. One last weakness of this literature, common in psychological and behavioral research, was inadequate intervention definition and implementation details. Because these interventions are implemented differently, it is important that they are well-defined, protocols or manuals are available, individuals delivering interventions are properly trained, and fidelity is assessed. This information, although critical, was not consistently reported. Without it, it is impossible to determine whether null results arose from a true lack of efficacy or some failure in implementation.

The infrequent reporting of global outcomes and remission and responder analysis is another weakness of this literature. These outcomes are clinically valuable because they simultaneously measure perceptions about sleep and its impact. Although sleep outcomes are important, we did not find established MIDs associated with clinically meaningful improvement to aid interpretation. Ideally, primary research should conduct remission and responder analysis by using MIDs, in addition to providing WMDs. However, although a methodologically sound study estimating an MID for the ISI was published in 2009, few trials conducted responder analysis.

Psychological and behavioral interventions are low-harm. Nonetheless, trials did not consistently report adverse effects or withdrawals. Although withdrawals are not likely true reflections of harms, they might indirectly capture important elements relevant to intervention feasibility and the opportunity costs of multiple sessions.

It is unclear whether publication bias is a substantial limitation of this literature. We compared registered published trials and found no reason to suspect publi-



Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

cation bias. However, registration of nonpharmacologic trials is not required, making identification of a true denominator challenging.

In addition, analysis of mood, functioning, and quality-of-life outcomes further reflecting the effect of insomnia disorder and its treatment would add value to the field. Several trials reported measures of fatigue, depression, and quality of life. However, heterogeneity in populations, interventions, comparisons, and outcomes did not permit an analysis. These outcomes would likely have similar issues regarding interpretation (that is, no established MID) but do provide more information about the effect of insomnia disorder and its treatment.

Our conclusions are consistent with previous guidelines (9, 10) and recent systematic reviews (13–15). Trauer and colleagues searched MEDLINE, Embase, PsycINFO, CINAHL, the Cochrane Library, and PubMed Clinical Queries for CBT-I trials through March 2015 (13). Several posttreatment sleep outcomes were better than control, and effects were sustained at follow-up. Koffel and colleagues searched PsycINFO, PubMed, and Scopus for group CBT-I trials through May 2013 and performed a meta-analysis of sleep outcomes (14). Group CBT-I improved several sleep outcomes relative to control, and improvements were sustained at follow-up. Ho and colleagues searched the Cochrane Central Register of Controlled Trials, PubMed, PsycINFO, Embase, ProQuest dissertations, and Google Scholar for self-help CBT-I trials through May 2013 (15). Several sleep outcomes were improved with self-help CBT-I compared with controls. Previous reviews identified a similar set of trials as this one. There were slight differences in inclusion criteria and how interventions were grouped, but conclusions are consistent. Previous reviews relied primarily on sleep outcomes, whereas we emphasized global outcomes. We believe global outcomes provide superior value to providers because they assess the patients' perspective on improvement in sleep as well as functioning and distress.

Psychological and behavioral interventions are complex and may have varying degrees of success for different individuals. A priori–designated subgroup analysis might facilitate identification of groups likely to succeed with CBT-I. Specifically, more evidence on global outcomes in older adults would benefit this topic. Data on other subgroups (such as men) would also add value to the field.

We found low- to moderate-strength evidence for CBT-I in managing insomnia disorder across outcomes in the general adult population and older adults. Evidence was weaker for single-component interventions but sometimes suggested improvement in some sleep outcomes. Further research is required to strengthen the evidence base on these interventions, especially with regard to global outcomes.

From University of Minnesota School of Public Health, Minneapolis Veterans Affairs Health Care System, Minnesota Regional Sleep Disorders Center, and University of Minnesota School of Medicine, Minneapolis, Minnesota; Optum, Eden Prairie, Minnesota; and University of Texas Medical Branch, Galveston, Texas.

**Acknowledgment:** The authors thank the administrative staff at the Minnesota Evidence-based Practice Center for their help and support on this project.

**Grant Support:** By the Agency for Healthcare Research and Quality (contract HHSA 290-2012-00016-I).

**Disclosures:** Dr. Brasure reports other fees from Agency for Healthcare Quality and Research during the conduct of the study. Mr. MacDonald reports grants from Agency for Healthcare Quality and Research and personal fees from the American College of Physicians during the conduct of the study. Ms. Nelson reports grants from Agency for Healthcare Research and Quality during the conduct of the study. Dr. Diem reports grants from Agency for Healthcare Research and Quality during the conduct of the study. Authors not named here have disclosed no conflicts of interest. Forms can be viewed at www.acponline.org/authors/icmje/ConflictOfInterestForms.do?msNum=M15-1782.

**Reproducible Research Statement:** *Study protocol:* Registered at www.crd.york.ac.uk/PROSPERO (CRD42014009908) in May 2014 and published at http://effectivehealthcare.ahrq.gov/index.cfm/search-for-guides-reviews-and-reports/?pageaction=displayproduct&productid=1888. *Statistical code:* Available from Dr. MacDonald (e-mail, Rod.macdonald@va.gov). *Data set:* Available at http://srdr.ahrq.gov/.

**Requests for Single Reprints:** Michelle Brasure, PhD, MSPH, MLIS, Division of Health Policy and Management, School of Public Health, MMC 197, Mayo Memorial Building, 420 Delaware Street SE, Minneapolis, MN 55455; e-mail, brasu001@umn.edu.

Current author addresses and author contributions are available at www.annals.org.

## References

1. American Psychiatric Association. Sleep-wake disorders. In: Diagnostic and Statistical Manual of Mental Disorders, fifth edition. Arlington, VA: American Psychiatric Association; 2013.
2. DynaMed. Insomnia. EBSCO Information Services. 1995. Accessed at http://www.dynamed.com/topics/dmp~AN~T114839/Insomnia-in-adults on 4 December 2014.
3. Morin CM, Benca R. Chronic insomnia. Lancet. 2012;379:1129-41. [PMID: 22265700] doi:10.1016/S0140-6736(11)60750-2
4. Buysse DJ. Insomnia. JAMA. 2013;309:706-16. [PMID: 23423416] doi:10.1001/jama.2013.193
5. Morin CM, Bélanger L, LeBlanc M, Ivers H, Savard J, Espie CA, et al. The natural history of insomnia: a population-based 3-year longitudinal study. Arch Intern Med. 2009;169:447-53. [PMID: 19273774] doi:10.1001/archinternmed.2008.610.
6. Xu M, Bélanger L, Ivers H, Guay B, Zhang J, Morin CM. Comparison of subjective and objective sleep quality in menopausal and non-menopausal women with insomnia. Sleep Med. 2011;12:65-9. [PMID: 21147026] doi:10.1016/j.sleep.2010.09.003
7. Rybarczyk B, Lund HG, Garroway AM, Mack L. Cognitive behavioral therapy for insomnia in older adults: background, evidence, and overview of treatment protocol. Clin Gerontol. 2013;36:70-93.



Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

8. **Montgomery P, Dennis J.** Cognitive behavioural interventions for sleep problems in adults aged 60+. Cochrane Database Syst Rev. 2003:CD003161. [PMID: 12535460]

9. **Morgenthaler T, Kramer M, Alessi C, Friedman L, Boehlecke B, Brown T, et al; American Academy of Sleep Medicine.** Practice parameters for the psychological and behavioral treatment of insomnia: an update. An american academy of sleep medicine report. Sleep. 2006;29:1415-9. [PMID: 17162987]

10. **Schutte-Rodin S, Broch L, Buysse D, Dorsey C, Sateia M.** Clinical guideline for the evaluation and management of chronic insomnia in adults. J Clin Sleep Med. 2008;4:487-504. [PMID: 18853708]

11. **Brasure M, MacDonald R, Fuchs E, Olson CM, Carlyle M, Diem S, et al.** Management of Insomnia Disorder. Comparative Effectiveness Review no. 159. (Prepared by the Minnesota Evidence-based Practice Center under contract HHSA 290-2012-00016-I.) AHRQ Publication no. 15(16)-EHC027-EF. Rockville, MD: Agency for Healthcare Research and Quality; December 2015. Accessed at https://effectivehealthcare.ahrq.gov/ehc/products/548/2163/Insomnia-report-151230.pdf on 5 April 2016.

12. **Wilt TJ, MacDonald R, Brasure M, Olson CM, Carlyle M, Fuchs E, et al.** Pharmacologic treatment of insomnia disorder: an evidence report for a clinical practice guideline by the American College of Physicians. Ann Intern Med. 2016;165:103-12. doi:10.7326/M15-1781

13. **Trauer JM, Qian MY, Doyle JS, Rajaratnam SM, Cunnington D.** Cognitive behavioral therapy for chronic insomnia: a systematic review and meta-analysis. Ann Intern Med. 2015;163:191-204. [PMID: 26054060] doi:10.7326/M14-2841

14. **Koffel EA, Koffel JB, Gehrman PR.** A meta-analysis of group cognitive behavioral therapy for insomnia. Sleep Med Rev. 2015;19:6-16. [PMID: 24931811] doi:10.1016/j.smrv.2014.05.001

15. **Ho FY, Chung KF, Yeung WF, Ng TH, Kwan KS, Yung KP, et al.** Self-help cognitive-behavioral therapy for insomnia: a meta-analysis of randomized controlled trials. Sleep Med Rev. 2015;19:17-28. [PMID: 25104471] doi:10.1016/j.smrv.2014.06.010

16. **Viswanathan M, Ansari MT, Berkman ND, Chang S, Hartling L, McPheeters LM, et al.** Assessing the risk of bias of individual studies in systematic reviews of health care interventions. In: Agency for Healthcare Research and Quality Methods Guide for Comparative Effectiveness Reviews. March 2012. AHRQ Publication no. 12-EHC047-EF. Accessed www.effectivehealthcare.ahrq.gov/ on 4 December 2015.

17. Review Manager (RevMan). Version 5.2. Copenhagen: Cochrane Collaboration; 2012.

18. **Fu R, Gartlehner G, Grant M, Shamliyan T, Sedrakyan A, Wilt TJ, et al.** Conducting quantitative synthesis when comparing medical interventions: AHRQ and the Effective Health Care Program. J Clin Epidemiol. 2011;64:1187-97. [PMID: 21477993] doi:10.1016/j.jclinepi.2010.08.010

19. **Yang M, Morin CM, Schaefer K, Wallenstein GV.** Interpreting score differences in the Insomnia Severity Index: using health-related outcomes to define the minimally important difference. Curr Med Res Opin. 2009;25:2487-94. [PMID: 19689221] doi:10.1185/03007990903167415

20. **Johnston BC, Patrick DL, Thorlund K, Busse JW, da Costa BR, Schünemann HJ, et al.** Patient-reported outcomes in meta-analyses-part 2: methods for improving interpretability for decision-makers. Health Qual Life Outcomes. 2013;11:211. [PMID: 24359184] doi:10.1186/1477-7525-11-211

21. **Berkman ND, Lohr KN, Ansari M, McDonagh M, Balk E, Whitlock E, et al.** Grading the strength of a body of evidence when assessing health care interventions for the effective health care program of the Agency for Healthcare Research and Quality: an update. Methods Guide for Comparative Effectiveness Reviews. (Prepared by the RTI-UNC Evidence-based Practice Center under contract 290-2007-10056-I.) AHRQ Publication no. 13(14)-EHC130-EF. Rockville, MD: Agency for Healthcare Research and Quality; November 2013.

22. **Altena E, Van Der Werf YD, Sanz-Arigita EJ, Voorn TA, Rombouts SA, Kuijer JP, et al.** Prefrontal hypoactivation and recovery in insomnia. Sleep. 2008;31:1271-6. [PMID: 18788652]

23. **Arnedt JT, Cuddihy L, Swanson LM, Pickett S, Aikens J, Chervin RD.** Randomized controlled trial of telephone-delivered cognitive behavioral therapy for chronic insomnia. Sleep. 2013;36:353-62. [PMID: 23450712] doi:10.5665/sleep.2448.

24. **Bastien CH, Morin CM, Ouellet MC, Blais FC, Bouchard S.** Cognitive-behavioral therapy for insomnia: comparison of individual therapy, group therapy, and telephone consultations. J Consult Clin Psychol. 2004;72:653-9. [PMID: 15301650]

25. **Bjorvatn B, Fiske E, Pallesen S.** A self-help book is better than sleep hygiene advice for insomnia: a randomized controlled comparative study. Scand J Psychol. 2011;52:580-5. [PMID: 21790620] doi:10.1111/j.1467-9450.2011.00902.x

26. **Blom K, Tarkian Tillgren H, Wiklund T, Danlycke E, Forssén M, Söderström A, et al.** Internet-vs. group-delivered cognitive behavior therapy for insomnia: A randomized controlled non-inferiority trial. Behav Res Ther. 2015;70:47-55. [PMID: 25981329] doi:10.1016/j.brat.2015.05.002

27. **Bothelius K, Kyhle K, Espie CA, Broman JE.** Manual-guided cognitive-behavioural therapy for insomnia delivered by ordinary primary care personnel in general medical practice: a randomized controlled effectiveness trial. J Sleep Res. 2013;22:688-96. [PMID: 23859625] doi:10.1111/jsr.12067

28. **Buysse DJ, Germain A, Moul DE, Franzen PL, Brar LK, Fletcher ME, et al.** Efficacy of brief behavioral treatment for chronic insomnia in older adults. Arch Intern Med. 2011;171:887-95. [PMID: 21263078] doi:10.1001/archinternmed.2010.535

29. **Cortoos A, De Valck E, Arns M, Breteler MH, Cluydts R.** An exploratory study on the effects of tele-neurofeedback and tele-biofeedback on objective and subjective sleep in patients with primary insomnia. Appl Psychophysiol Biofeedback. 2010;35:125-34. [PMID: 19826944] doi:10.1007/s10484-009-9116-z

30. **Edinger JD, Sampson WS.** A primary care "friendly" cognitive behavioral insomnia therapy. Sleep. 2003;26:177-82. [PMID: 12683477]

31. **Edinger JD, Wohlgemuth WK, Radtke RA, Marsh GR, Quillian RE.** Cognitive behavioral therapy for treatment of chronic primary insomnia: a randomized controlled trial. JAMA. 2001;285:1856-64. [PMID: 11308399]

32. **Edinger JD, Olsen MK, Stechuchak KM, Means MK, Lineberger MD, Kirby A, et al.** Cognitive behavioral therapy for patients with primary insomnia or insomnia associated predominantly with mixed psychiatric disorders: a randomized clinical trial. Sleep. 2009;32:499-510. [PMID: 19413144]

33. **Edinger JD, Wohlgemuth WK, Radtke RA, Coffman CJ, Carney CE.** Dose-response effects of cognitive-behavioral insomnia therapy: a randomized clinical trial. Sleep. 2007;30:203-12. [PMID: 17326546]

34. **Epstein DR, Sidani S, Bootzin RR, Belyea MJ.** Dismantling multicomponent behavioral treatment for insomnia in older adults: a randomized controlled trial. Sleep. 2012;35:797-805. [PMID: 22654199] doi:10.5665/sleep.1878

35. **Espie CA, Lindsay WR, Brooks DN, Hood EM, Turvey T.** A controlled comparative investigation of psychological treatments for chronic sleep-onset insomnia. Behav Res Ther. 1989;27:79-88. [PMID: 2914008]

36. **Espie CA, Inglis SJ, Tessier S, Harvey L.** The clinical effectiveness of cognitive behaviour therapy for chronic insomnia: implementation and evaluation of a sleep clinic in general medical practice. Behav Res Ther. 2001;39:45-60. [PMID: 11125723]

37. **Espie CA, Kyle SD, Miller CB, Ong J, Hames P, Fleming L.** Attribution, cognition and psychopathology in persistent insomnia disorder: outcome and mediation analysis from a randomized placebo-controlled trial of online cognitive behavioural therapy. Sleep Med. 2014;15:913-7. [PMID: 24791643] doi:10.1016/j.sleep.2014.03.001

38. **Espie CA, Kyle SD, Williams C, Ong JC, Douglas NJ, Hames P, et al.** A randomized, placebo-controlled trial of online cognitive behavioral therapy for chronic insomnia disorder delivered via an automated media-rich web application. Sleep. 2012;35:769-81. [PMID: 22654196] doi:10.5665/sleep.1872

39. **Espie CA, MacMahon KM, Kelly HL, Broomfield NM, Douglas NJ, Engleman HM, et al.** Randomized clinical effectiveness trial of



Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

nurse-administered small-group cognitive behavior therapy for persistent insomnia in general practice. Sleep. 2007;30:574-84. [PMID: 17552372]

40. **Falloon K, Elley CR, Fernando A 3rd, Lee AC, Arroll B.** Simplified sleep restriction for insomnia in general practice: a randomised controlled trial. Br J Gen Pract. 2015;65:e508-15. [PMID: 26212846] doi:10.3399/bjgp15X686137

41. **Fernando A 3rd, Arroll B, Falloon K.** A double-blind randomised controlled study of a brief intervention of bedtime restriction for adult patients with primary insomnia. J Prim Health Care. 2013;5:5-10. [PMID: 23457689]

42. **Friedman L, Zeitzer JM, Kushida C, Zhdanova I, Noda A, Lee T, et al.** Scheduled bright light for treatment of insomnia in older adults. J Am Geriatr Soc. 2009;57:441-52. [PMID: 19187411] doi:10.1111/j.1532-5415.2008.02164.x

43. **Germain A, Moul DE, Franzen PL, Miewald JM, Reynolds CF 3rd, Monk TH, et al.** Effects of a brief behavioral treatment for late-life insomnia: preliminary findings. J Clin Sleep Med. 2006;2:403-6. [PMID: 17557467]

44. **Hammer BU, Colbert AP, Brown KA, Ilioi EC.** Neurofeedback for insomnia: a pilot study of Z-score SMR and individualized protocols. Appl Psychophysiol Biofeedback. 2011;36:251-64. [PMID: 21789650] doi:10.1007/s10484-011-9165-y

45. **Harris J, Lack L, Kemp K, Wright H, Bootzin R.** A randomized controlled trial of intensive sleep retraining (ISR): a brief conditioning treatment for chronic insomnia. Sleep. 2012;35:49-60. [PMID: 22215918] doi:10.5665/sleep.1584

46. **Harvey AG, Bélanger L, Talbot L, Eidelman P, Beaulieu-Bonneau S, Fortier-Brochu É, et al.** Comparative efficacy of behavior therapy, cognitive therapy, and cognitive behavior therapy for chronic insomnia: a randomized controlled trial. J Consult Clin Psychol. 2014;82:670-83. [PMID: 24865869] doi:10.1037/a0036606

47. **Ho FY, Chung KF, Yeung WF, Ng TH, Cheng SK.** Weekly brief phone support in self-help cognitive behavioral therapy for insomnia disorder: Relevance to adherence and efficacy. Behav Res Ther. 2014;63:147-56.

48. **Holmqvist M, Vincent N, Walsh K.** Web- vs. telehealth-based delivery of cognitive behavioral therapy for insomnia: a randomized controlled trial. Sleep Med. 2014;15:187-95. [PMID: 24461370] doi:10.1016/j.sleep.2013.10.013

49. **Irwin MR, Olmstead R, Carrillo C, Sadeghi N, Breen EC, Witarama T, et al.** Cognitive behavioral therapy vs. Tai Chi for late life insomnia and inflammatory risk: a randomized controlled comparative efficacy trial. Sleep. 2014;37:1543-52. [PMID: 25142571] doi:10.5665/sleep.4008

50. **Jacobs GD, Pace-Schott EF, Stickgold R, Otto MW.** Cognitive behavior therapy and pharmacotherapy for insomnia: a randomized controlled trial and direct comparison. Arch Intern Med. 2004;164:1888-96. [PMID: 15451764]

51. **Jacobs GD, Rosenberg PA, Friedman R, Matheson J, Peavy GM, Domar AD, et al.** Multifactor behavioral treatment of chronic sleep-onset insomnia using stimulus control and the relaxation response. A preliminary study. Behav Modif. 1993;17:498-509. [PMID: 8216184]

52. **Jansson M, Linton SJ.** Cognitive-behavioral group therapy as an early intervention for insomnia: a randomized controlled trial. J Occup Rehabil. 2005;15:177-90. [PMID: 15844675]

53. **Jansson-Fröjmark M, Lind M, Sunnhed R.** Don't worry, be constructive: a randomized controlled feasibility study comparing behaviour therapy singly and combined with constructive worry for insomnia. Br J Clin Psychol. 2012;51:142-57. [PMID: 22574800] doi:10.1111/j.2044-8260.2011.02018.x

54. **Jansson-Fröjmark M, Linton SJ, Flink IK, Granberg S, Danermark B, Norell-Clarke A.** Cognitive-behavioral therapy for insomnia comorbid with hearing impairment: a randomized controlled trial. J Clin Psychol Med Settings. 2012;19:224-34. [PMID: 22323041] doi:10.1007/s10880-011-9275-y

55. **Jernelöv S, Lekander M, Blom K, Rydh S, Ljótsson B, Axelsson J, et al.** Efficacy of a behavioral self-help treatment with or without therapist guidance for co-morbid and primary insomnia–a randomized controlled trial. BMC Psychiatry. 2012;12:5. [PMID: 22264332] doi:10.1186/1471-244X-12-5.

56. **Jungquist CR, O'Brien C, Matteson-Rusby S, Smith MT, Pigeon WR, Xia Y, et al.** The efficacy of cognitive-behavioral therapy for insomnia in patients with chronic pain. Sleep Med. 2010;11:302-9. [PMID: 20133188] doi:10.1016/j.sleep.2009.05.018

57. **Jungquist CR, Tra Y, Smith MT, Pigeon WR, Matteson-Rusby S, Xia Y, et al.** The durability of cognitive behavioral therapy for insomnia in patients with chronic pain. Sleep Disord. 2012;2012:679648. [PMID: 23470897] doi:10.1155/2012/679648

58. **Kaldo V, Jernelöv S, Blom K, Ljótsson B, Brodin M, Jörgensen M, et al.** Guided internet cognitive behavioral therapy for insomnia compared to a control treatment - A randomized trial. Behav Res Ther. 2015;71:90-100. [PMID: 26091917] doi:10.1016/j.brat.2015.06.001

59. **Kirisoglu C, Guilleminault C.** Twenty minutes versus forty-five minutes morning bright light treatment on sleep onset insomnia in elderly subjects. J Psychosom Res. 2004;56:537-42. [PMID: 15172210].

60. **Lancee J, Sorbi MJ, Eisma MC, van Straten A, van den Bout J.** The effect of support on internet-delivered treatment for insomnia: does baseline depression severity matter? Behav Ther. 2014;45:507-16. [PMID: 24912463] doi:10.1016/j.beth.2014.02.012.

61. **Lancee J, van den Bout J, Sorbi MJ, van Straten A.** Motivational support provided via email improves the effectiveness of internet-delivered self-help treatment for insomnia: a randomized trial. Behav Res Ther. 2013;51:797-805. [PMID: 24121097] doi:10.1016/j.brat.2013.09.004

62. **Lancee J, van den Bout J, van Straten A, Spoormaker VI.** Internet-delivered or mailed self-help treatment for insomnia?: a randomized waiting-list controlled trial. Behav Res Ther. 2012;50:22-9. [PMID: 22055281] doi:10.1016/j.brat.2011.09.012

63. **Lichstein KL, Riedel BW, Wilson NM, Lester KW, Aguillard RN.** Relaxation and sleep compression for late-life insomnia: a placebo-controlled trial. J Consult Clin Psychol. 2001;69:227-39. [PMID: 11393600]

64. **Lovato N, Lack L, Wright H, Kennaway DJ.** Evaluation of a brief treatment program of cognitive behavior therapy for insomnia in older adults. Sleep. 2014;37:117-26. [PMID: 24470701] doi:10.5665/sleep.3320

65. **McCrae CS, McGovern R, Lukefahr R, Stripling AM.** Research Evaluating Brief Behavioral Sleep Treatments for Rural Elderly (RESTORE): a preliminary examination of effectiveness. Am J Geriatr Psychiatry. 2007;15:979-82. [PMID: 17974868]

66. **McCurry SM, Shortreed SM, Von Korff M, Balderson BH, Baker LD, Rybarczyk BD, et al.** Who benefits from CBT for insomnia in primary care? Important patient selection and trial design lessons from longitudinal results of the Lifestyles trial. Sleep. 2014;37:299-308. [PMID: 24497658] doi:10.5665/sleep.3402

67. **Mimeault V, Morin CM.** Self-help treatment for insomnia: bibliotherapy with and without professional guidance. J Consult Clin Psychol. 1999;67:511-9. [PMID: 10450621]

68. **Morgan K, Dixon S, Mathers N, Thompson J, Tomeny M.** Psychological treatment for insomnia in the management of long-term hypnotic drug use: a pragmatic randomised controlled trial. Br J Gen Pract. 2003;53:923-8. [PMID: 14960215]

69. **Morgan K, Gregory P, Tomeny M, David BM, Gascoigne C.** Self-help treatment for insomnia symptoms associated with chronic conditions in older adults: a randomized controlled trial. J Am Geriatr Soc. 2012;60:1803-10. [PMID: 23035962] doi:10.1111/j.1532-5415.2012.04175.x

70. **Morin CM, Colecchi C, Stone J, Sood R, Brink D.** Behavioral and pharmacological therapies for late-life insomnia: a randomized controlled trial. JAMA. 1999;281:991-9. [PMID: 10086433]

71. **Morin CM, Azrin NH.** Stimulus control and imagery training in treating sleep-maintenance insomnia. J Consult Clin Psychol. 1987;55:260-2. [PMID: 3571683]

72. **Morin CM, Azrin NH.** Behavioral and cognitive treatments of geriatric insomnia. J Consult Clin Psychol. 1988;56:748-53. [PMID: 3192792]



Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

73. **Morin CM, Kowatch RA, Barry T, Walton E.** Cognitive-behavior therapy for late-life insomnia. J Consult Clin Psychol. 1993;61:137-46. [PMID: 8450099]
74. **Ong JC, Manber R, Segal Z, Xia Y, Shapiro S, Wyatt JK.** A randomized controlled trial of mindfulness meditation for chronic insomnia.Sleep.2014;37:1553-63.[PMID:25142566]doi:10.5665/sleep.4010
75. **Pallesen S, Nordhus IH, Kvale G, Nielsen GH, Havik OE, Johnsen BH, et al.** Behavioral treatment of insomnia in older adults: an open clinical trial comparing two interventions. Behav Res Ther. 2003;41: 31-48. [PMID: 12488118].
76. **Passos GS, Poyares D, Santana MG, D'Aurea CV, Youngstedt SD, Tufik S, et al.** Effects of moderate aerobic exercise training on chronic primary insomnia. Sleep Med. 2011;12:1018-27. [PMID: 22019457] doi:10.1016/j.sleep.2011.02.007.
77. **Pech M, O'Kearney R.** A randomized controlled trial of problem-solving therapy compared to cognitive therapy for the treatment of insomnia in adults. Sleep. 2013;36:739-49. [PMID: 23633757] doi:10.5665/sleep.2640
78. **Pigeon WR, Moynihan J, Matteson-Rusby S, Jungquist CR, Xia Y, Tu X, et al.** Comparative effectiveness of CBT interventions for comorbid chronic pain & insomnia: a pilot study. Behav Res Ther. 2012; 50:685-9. [PMID: 22982083] doi:10.1016/j.brat.2012.07.005
79. **Riley WT, Mihm P, Behar A, Morin CM.** A computer device to deliver behavioral interventions for insomnia. Behav Sleep Med. 2010;8:2-15. [PMID: 20043245] doi:10.1080/15402000903425314
80. **Ritterband LM, Thorndike FP, Gonder-Frederick LA, Magee JC, Bailey ET, Saylor DK, et al.** Efficacy of an Internet-based behavioral intervention for adults with insomnia. Arch Gen Psychiatry. 2009;66: 692-8. [PMID: 19581560] doi:10.1001/archgenpsychiatry.2009.66
81. **Rybarczyk B, Mack L, Harris JH, Stepanski E.** Testing two types of self-help CBT-I for insomnia in older adults with arthritis or coronary artery disease. Rehabil Psychol. 2011;56:257-66. [PMID: 22121936] doi:10.1037/a0025577
82. **Rybarczyk B, Stepanski E, Fogg L, Lopez M, Barry P, Davis A.** A placebo-controlled test of cognitive-behavioral therapy for comorbid insomnia in older adults. J Consult Clin Psychol. 2005;73:1164-74. [PMID: 16392989].
83. **Sivertsen B, Omvik S, Pallesen S, Bjorvatn B, Havik OE, Kvale G, et al.** Cognitive behavioral therapy vs zopiclone for treatment of chronic primary insomnia in older adults: a randomized controlled trial. JAMA. 2006;295:2851-8. [PMID: 16804151]
84. **Smith MT, Finan PH, Buenaver LF, Robinson M, Haque U, Quain A, et al.** Cognitive– behavior therapy for insomnia in knee osteoarthritis: a randomized, double-blind, active placebo controlled clinical trial. Arthritis Rheuma. 2015;67:1221-33. [PMID: 25623343]
85. **Soeffing JP, Lichstein KL, Nau SD, McCrae CS, Wilson NM, Aguillard RN, et al.** Psychological treatment of insomnia in hypnotic-dependant older adults. Sleep Med. 2008;9:165-71. [PMID: 17644419].
86. **Ström L, Pettersson R, Andersson G.** Internet-based treatment for insomnia: a controlled evaluation. J Consult Clin Psychol. 2004;72: 113-20. [PMID: 14756620]
87. **Tang NK, Goodchild CE, Salkovskis PM.** Hybrid cognitive-behaviour therapy for individuals with insomnia and chronic pain: a pilot randomised controlled trial. Behav Res Ther. 2012;50:814-21. [PMID: 23123531] doi:10.1016/j.brat.2012.08.006
88. **Taylor DJ, Zimmerman MR, Gardner CE, Williams JM, Grieser EA, Tatum JI, et al.** A pilot randomized controlled trial of the effects of cognitive-behavioral therapy for insomnia on sleep and daytime functioning in college students. Behav Ther. 2014;45:376-89. [PMID: 24680232] doi:10.1016/j.beth.2013.12.010
89. **Tegeler CH, Kumar SR, Conklin D, Lee SW, Gerdes L, Turner DP, et al.** Open label, randomized, crossover pilot trial of high-resolution, relational, resonance-based, electroencephalic mirroring to relieve insomnia. Brain Behav. 2012;2:814-24. [PMID: 23170244] doi:10.1002/brb3.101
90. **Thorndike FP, Ritterband LM, Gonder-Frederick LA, Lord HR, Ingersoll KS, Morin CM.** A randomized controlled trial of an internet intervention for adults with insomnia: effects on comorbid psychological and fatigue symptoms. J Clin Psychol. 2013;69:1078-93. [PMID: 24014057] doi:10.1002/jclp.22032
91. **van Straten A, Cuijpers P, Smit F, Spermon M, Verbeek I.** Self-help treatment for insomnia through television and book: a randomized trial. Patient Educ Couns. 2009;74:29-34. [PMID: 18801639] doi: 10.1016/j.pec.2008.07.050.
92. **van Straten A, Emmelkamp J, de Wit J, Lancee J, Andersson G, van Someren EJ, et al.** Guided Internet-delivered cognitive behavioural treatment for insomnia: a randomized trial. Psychol Med. 2014;44:1521-32. [PMID: 24001364] doi:10.1017/S0033291713002249
93. **Vincent N, Lewycky S.** Logging on for better sleep: RCT of the effectiveness of online treatment for insomnia. Sleep. 2009;32:807-15. [PMID: 19544758].
94. **Vitiello MV, McCurry SM, Shortreed SM, Balderson BH, Baker LD, Keefe FJ, et al.** Cognitive-behavioral treatment for comorbid insomnia and osteoarthritis pain in primary care: the lifestyles randomized controlled trial. J Am Geriatr Soc. 2013;61:947-56. [PMID: 23711168] doi:10.1111/jgs.12275
95. **Vitiello MV, Rybarczyk B, Von Korff M, Stepanski EJ.** Cognitive behavioral therapy for insomnia improves sleep and decreases pain in older adults with co-morbid insomnia and osteoarthritis. J Clin Sleep Med. 2009;5:355-62. [PMID: 19968014].
96. **Wu R, Bao J, Zhang C, Deng J, Long C.** Comparison of sleep condition and sleep-related psychological activity after cognitive-behavior and pharmacological therapy for chronic insomnia. Psychother Psychosom. 2006;75:220-8. [PMID: 16785771]
97. **Zhang JX, Liu XH, Xie XH, Zhao D, Shan MS, Zhang XL, et al.** Mindfulness-based stress reduction for chronic insomnia in adults older than 75 years: a randomized, controlled, single-blind clinical trial. Explore (NY). 2015;11:180-5. [PMID: 25843539] doi:10.1016/j.explore.2015.02.005
98. **IntHout J, Ioannidis JP, Borm GF.** The Hartung-Knapp-Sidik-Jonkman method for random effects meta-analysis is straightforward and considerably outperforms the standard DerSimonian-Laird method. BMC Med Res Methodol. 2014;14:25. [PMID: 24548571] doi:10.1186/1471-2288-14-25



Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020

Annals of Internal Medicine

**Current Author Addresses:** Dr. Brasure, Ms. Nelson, Ms. Ouellette, and Drs. Butler and Kane: Division of Health Policy and Management, University of Minnesota School of Public Health, MMC 197, Mayo Memorial Building, 420 Delaware Street SE, Minneapolis, MN 55455.
Dr. Fuchs: Center for Interdisciplinary Research in Women's Health, University of Texas Medical Branch, 301 University Boulevard, Galveston, TX 77555-0128.
Mr. MacDonald and Drs. Wilt, Koffel, and Olson: Minneapolis Veterans Affairs Health Care System, One Veterans Drive, Minneapolis, MN 55417.
Dr. Khawaja: Minnesota Regional Sleep Disorders Center, 701 Park Avenue, G8.220, Minneapolis, MN 55415.
Dr. Diem: Department of Medicine, University of Minnesota School of Medicine, 1100 Washington Avenue S, Minneapolis, MN 55415.
Ms. Carlyle: Optum, Health Economics and Outcomes Research, 11000 Optum Circle, Eden Prairie, MN 55344.

**Author Contributions:** Conception and design: M.B. Brasure, M. Butler, M.H. Carlyle, E. Koffel, J. Ouellette, T.J. Wilt.
Analysis and interpretation of the data: M.B. Brasure, M. Butler, M.H. Carlyle, S. Diem, I. Khawaja, E. Koffel, R. MacDonald, V.A. Nelson, T.J. Wilt.
Drafting of the article: M.B. Brasure, R.L. Kane, E. Koffel, V.A. Nelson, J. Ouellette.
Critical revision for important intellectual content: M.B. Brasure, S. Diem, I. Khawaja, E. Koffel, C.M. Olson, J. Ouellette, T.J. Wilt.
Final approval of the article: M.B. Brasure, M. Butler, M.H. Carlyle, S.-. Diem, R.L. Kane, I. Khawaja, E. Koffel, R. MacDonald, V.A. Nelson, C.M. Olson, J. Ouellette, T.J. Wilt.
Provision of study materials or patients: M.B. Brasure.
Statistical expertise: M.B. Brasure, R. MacDonald, T.J. Wilt.
Obtaining of funding: M.B. Brasure, R.L. Kane, T.J. Wilt.
Administrative, technical, or logistic support: M.B. Brasure, M. Butler, R.L. Kane, T.J. Wilt.
Collection and assembly of data: M.B. Brasure, M.H. Carlyle, S.-. Diem, R. MacDonald, V.A. Nelson, C.M. Olson, T.J. Wilt.

***Appendix Figure 1.*** Summary of evidence search and selection.




Intervention type totals do not equal total references because several trials were used in the analysis for 2 different types of interventions. RCT = randomized, controlled trial.



Downloaded from https://annals.org by Stanford Univ Medical Ctr user on 01/05/2020