## DECLARATION OF Joaquin Murillo, CDCR#T-90719

I, Joaquin Murillo, under penalty of perjury declare and state as follows:

I housed in Ad-seg & shu from about 2012 to around late 2014 or Early 2015 And I am currently housed at KVSP ad-seg since 6-29-17. The guard one "system" is and has been used here for some time now and is currently being used to date of 8-9-17. It is being carried out here every 30-minutes of the day & night, 24 hours a day, 7-days a week.

I am awaken every 30-minutes of the day and night from any sleep I try 2 get in. I suffer from sleep deprivation, fatigue, high levels of stress and developed anxiety issues, loss of muscle mass, and long term sleep patters are off for example I developed omsomnia I wake up 2-3 am and can't go back to sleep, other adverse temptoms include lack of consintration, memory loss, my intellectual skills are diminising like my spelling skills, grammer have diminished considerable I used to score in the 12.5 tabe test & now I was down to a 7-8 point score so from A High School level to a 7th-8th grade test scores.// I can't retain information and stuggle in my studies I am self-taught in many subjects and now I struggle to study things I like. I can't read as long as I used to

it has effected my health too as I can't excercise as before too tired to excercise & I get tired too quick I used to exercise 2-hours or so a day and now I push for 30 minutes of excercise every other day.

People have to understand these counts are carried out in a milicious manner by these officers.

8-9-17

*[signature]*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 8-9, 2017, in Delano, California

*[signature]*

Joaquin Murillo T-90719
ASU-2-#109
KVSP
P.O. Box 5104
Delano, CA. 93216