## DECLARATION OF STEVE COROTAN #J21864

I, STEVE COROTAN, under penalty of perjury declare and state as follows:

1. I WAS HOUSED IN THE KVSP AD-SEG FROM APRIL 2015 - JULY 2015 AND AGAIN FROM APRIL 2017 UNTIL THE PRESENT DATE.

2. DURING THIS TIME I HAVE ENDURED SECURITY CHECKS EVERY HALF HOUR, 24 HOURS A DAY, 7 DAYS A WEEK.

3. THESE SECURITY CHECKS CONSIST OF A LOUD METAL ON METAL BANGING ON THE DOOR AND A BEEPING SOUND. DURING 1ST WATCH (10:00 P.M. - 6:00 A.M.) THERE ISN'T A BEEPING SOUND BUT STILL THE LOUD BANGING.

4. THESE SECURITY CHECKS HAVE SUBJECTED ME TO SLEEP DEPRIVATION RESULTING IN ~~[illegible]~~ IRASCIBILITY, LACK OF CONCENTRATION, HEADACHES, BLURRY VISION, AND OTHER PHYSICAL AILMENTS.

5. ON AVERAGE I HAVE BEEN ABLE TO SLEEP 4 HOURS A NIGHT AND AM ~~[illegible]~~ AWAKENED ABOUT 5 TIMES.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on AUG. 07, 2017, in DELANO, California

*S. CM* (signature)