# DECLARATION OF Cesar Francisco Villa

I, Cesar Francisco Villa, under penalty of perjury declare and state as follows:

(1) I am currently in Corcoran SHU serving a two-year sentence in the step-down program.

(2) Previously, I was in ASU and subsequently the SHU from Jan. 2001 through Nov. 2015. I returned to ASU on Sept. 6, 2016 and on Oct. 17, 2017 transferred to Corcoran SHU.

(3) While in ASU and the SHU from 2015 to now, the Guard One system is in effect.

(4) The Guard One checks are conducted every thirty minutes.

(5) While Guard One is in use I suffer from sleep deprivation. I wake up at minimum four times a night — an estimated once every two hours. It takes about fifteen minutes to fall asleep again, and if I'm lucky, I'll get five hours of sleep each evening.

(6) As a consequence of sleep deprivation, I have increased back pain (from which I suffer already) and anxiety.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on _Dec. 12_____, 2017, in _Corcoran_____, California

_Cesar Francisco Villa_

Cesar Francisco Villa K-64212
4A2L - #36
P.O. Box 3476
Corcoran, CA. 93212

CORCORAN STATE PRISON

Kate Falkenstien
McKool Smith PC
255 Shoreline Dr. Ste. 510
Redwood Shores, CA. 94065

94065-143135

