# Declaration of, Nick Denham   AK7087

I, Nick Denham        , under penalty of perjury
declare and state as follows: I have been in
C.T.F. AD.SEG for a year and a month, I still have about
eleven months left. Since arriving on the 17th of Feb
2018 I have been subjected to maliciously excessive noise
during night time hours (First Watch) a direct result of
"Guard One System". The wand/pipe used to scan bar code
is metal and is hit against a metal wall-mounted reader
thats placed on the wall between the open front cells
that consist of metal bars covered with mesh which
provides no barrier from the noise. This noise is
excessively loud, keys bouncing off the C/Os leg as he/
she walks heavy footed hitting the wand on every reader
while intentionaly directing there high powered LED
flashlights at our heads and in our faces goes beyond
the mere Inconvenience. Because of this torture I get
4½ maybe 5 hours of sleep every night. I go to sleep
at 8-8:30pm only to be woken at 10:14pm again at 10:45
12:20am to finally giving up on sleep at 2am and begin
my long day. I am completly deprived of me sleep
and am left fatigued all day with little to no
motivation and ~~am~~ angry and anxious. as well as
an increase in my weight, and I dont eben go to
canteen. My anger and anxiety have ~~made~~ made me
become unsociable with everyone around me and I
still have about 10½ months of this shit. When I

1  confronted the C/o's I am met with stupidity, such as:
2  "I'm not your reg.", Its metal on metal what do you expect
3  me to do," "I'm just doin' my Job", "It's prison get over
4  it and remember where your at". This behavior of
5  ignorance and discrimination is common-place excuse
6  for this ongoing behavior among C/o's in CDCR. It is
7  not only unethical but extremely harmful. I previously
8  was in PBSP SHU C6-D·115 for 10 months in 2016 and
9  8-9 months in Tehachapi SHU on 4B prior to that. In
10 PBSP the Guard one System was in place, I expirenced
11 the same behavior from the C/o's. The Pod door
12 slaming open + closed, running up + down the stairs
13 keys bouncing off the side of the C/o's leg, the wand
14 hitting the reader and the damn high powered LED
15 flashlights being shined bright as day in my face.
16 When I was released from the SHU 18th Nov 2016 I
17 was angry and not very sociable with anyone, I found
18 that loud noise's not only made, put me on edge but
19 angered me and that caused issues with my celly. I
20 was only out of the SHU 2 months. PBSP SHU angered
21 me, CTF Ad Seg is exhausting metally and physically
22 with walks every 30 minutes going to walks every
23 15 minutes at 4:45 am to 5:45 am. It is a well
24 established fact that sleep deprivation is an effective
25 tool of torture, SEE; <u>Shepherd v. Ault</u>, 982 F.Supp, @648.
26 <u>Reck v. Pate</u>, 367 u.s., 433, 81. S.CT. 1541 (1961)
27 <u>Ashcraft v. Tennessee</u>, 322 u.s. 113, 150 . 64 S.CT. 921 (1944)
28

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on 18 Mar 2018, in C.T.F. Soledad, CA

Respectfully Submitted

Nick J. Denham  AK7087