JOSEPH HERNANDEZ #AH1538
SAN QUENTIN STATE PRISON - 2C/18
SAN QUENTIN, CA. 94974

May 20, 2018

RE: DECLARATION FOR THE Secuirty Welfare Checks/Guard one

Dear. Ms. Falkenstlen

I received your correspondance in regards to a declaration. Unfortunately, I received it one day before transpacking to San Quentin. I guess the ASU in High Desert is for CCCMS Inmates and due to not enough available bed space, I was moved here pending a DA refferal. I just received my legal property about two days ago, though it was only after multiple request. I hope this declaration is sufficent. I wrote it in a hurry hoping to meet any deadline you may have. I've 602 this issue and attached such document to my declaration as a supporting exhibits. I'm hoping to file suit as well for this issue and if I can be of any help whether it be by testifying etc. please feel free to contact me. My best regards to Mr. Rico, I hope he is well.

Respectfully Submitted,

[signature]

JOSEPH HERNANDEZ

P.S. I did not have enough time to make a copy can one be forwarded.

# DECLARATION OF JOSEPH HERNANDEZ #AH1538

I, Joseph Hernandez, under penalty of perjury declare and state as follows:

1. I am a Prisoner currently incarcerated at San Quentin State Prison in San Quentin California. Specifically, I am housed in the Administrative Segregation unit "(ASU)" in Carson Section, 2nd tier, cell no. 18.

2. The events, circumstances and living conditions described herein occurred while I have been housed in Administrative segregation and the security Housing unit "(SHU)".

3. On Previous occasions Prior to my current "ASU" Placement, I was housed in the Pelican Bay state Prison "ASU" and "SHU".

4. Specifically, from September 12, 2014 to April 25, 2015, I was housed in the "ASU". While housed in the "ASU", Correctional Officers "(C/O)" would conduct Security Welfare checks/Guard one "(SWC)" every half an hour.

5. The cell in the "ASU" is a small cell approximately 12 by 8 feet surrounded with solid concrete walls. The door to this cell is a full solid door with two small windows in the center about 6 inches apart where you could either look in the cell or look out of it. The metal dial where C/O's have to Press the "SWC" Rod to make a connection is outside this door located in the center between the two small windows.

6. Every half an hour "C/O's" conducted these "SWC" day and night. There was no rest Period from these "SWC" and "C/O's" were careless while conducting them. "C/O's" took turns conducting these "SWC" and waited until the last minute to conduct such checks and as a result, would have to hurry through each section to conduct the "SWC". C/O's would hurriedly pass by banging the "SWC" Rod against the metal dial and as a result, caused a loud metallic bang that either disturb you during the day or constantly woke you up at night.

//

7. Noteworthy, the doors are completely solid and I would still hear the bang made by "C/O's" conducting "SWC".

8. On the latest occasion that I was housed in "ASU", specifically, from August 5, 2017 to September 12, 2017, the "SWC" were still being conducted in a similar fashion. "C/O's" conducting such checks would still carelessly bang the "SWC" Rod against the dial regardless if it was during the day or night.

9. The bang made by this "SWC" was still loud, disturbing, and harmful, and I could still hear it through the solid door.

10. As a result from all the loud, disturbing, and harmful noise, I was only receiving about 4 hours of sleep every night.

11. On September 12, 2017, I was rehoused from the "ASU" to the "SHU". Specifically, I was rehoused to C2, E-Pod, Cell no. 220.

12. Upon arrival, the "SWC" were being employed by "C/O's" in the "SHU", however, the noise caused by these checks were far by harsher and intense in nature.

13. The cell door, including the front wall, of the cells in the "SHU", are not solid and their made in a honey-comb pattern which gives the occupant a full unhindered view of anyone passing by and similarily, anybody passing by a full view of the cell's occupant. The metal "SWC" dial is located on the metal closet connected to the front wall of the cell.

14. "C/O's" would carry out the "SWC" in a similar matter as that done in "ASU" however, because of the way the cells are built, with no barrier to block the sound made by the "SWC", the noise was far worse.

15. The "SWC" in the "SHU" were loud and aggressive in nature, specifically, because (1) a loud beep sound resulted when the "SWC" Rod was pressed against the dial to make a connection. (2) The loud metallic bang made by "C/O's" carelessly banging the metal Rod against the metal dial, metal upon metal. (3) C/O's stomped up and down the stairs all day and night to conduct their "SWC". (4) C/O's loudly rattled the Key's they would carry all day and night while conducting their "SWC". (5) The

Section door loudly boomed and rattled everytime it opened and closed for the "SWC".

16. The loud and aggressive noises taken in conjunction with the way the sections in the "SHU" were built, which amplified the vibration of any sound, was harmful and disturbing to me.

17. Specifically, (1) I would lie awake until past midnight waiting to fall asleep because the half an hour "SWC" wouldn't allow me enough time to do so. (2) When I was able to fall asleep I would constantly be startled awake by the "SWC", like clock-work. (3) Everytime I was awaken, I'd find it harder to fall asleep because I was just waiting to be awaken again.

18. Noteworthy, from September 12, 2017 until early October 2017, "C/O's" ignored a Memorandum dated December 19, 2015, which stated that the "SWC" were to be conducted hourly during first watch and every half an hour during second and third watch. because even though I was housed in the "SHU", I was considered "ASU" overflow.

19. From Sep. 12, 2017 to early Oct. 2017, because of the "SWC", I was only receiving about 2 hours of sleep every night.

20. In early October 2017, "C/O's" started honoring the Memorandum to reduce the "SWC" to hourly checks during first watch.

21. Even after the "SWC" were reduced to hourly checks during first watch, I was still finding it difficult to fall asleep and stay asleep because the noise caused by the "SWC". Instead of being awaken every 5 to 10 minutes, I was being awaken every 25 to 30 minutes and as a result, I was only receiving about 4 hours of sleep every night.

22. As a result from the sleep I was being deprived of, I started to experience headaches throughout the day, anxiety and irregular heartbeats frequently, I wouldn't be able to focus on normal activities such as writing letters and reading, and simply, I would be tired all day.

23. As a result from these symptoms, I had to be medically and mentally evaluated.

24. Because of the harm I was being subjected too by these "swc", I submitted a 602 Appeal challenging such conditions. A true and correct copy of this 602 is attached herein as (Exhibit-A).

25. On November 22, 2017, I Left the Pelican Bay state prison "SHU".

26. Hereinafter, I was housed in High Desert state prison in Lassen California. Specifically, on April 6, 2018, I was rehoused from general population to "ASU" cell no. 158.

27. The cells in this "ASU" were nearly identical to those in Pelican Bay and "c/o's" carried out their "swc" in a similar manner as well. They would wait until the last minute to conduct such checks and then hurriedly pass by banging the "swc" Rod against the metal dial.

28. The "swc" were conducted day and night every half an hour. As a result from this disturbing and harmful noise I was being deprived of multiple hours of sleep. On a nightly basis, I was only receiving about 4 hours of sleep.

29. On April 30, 2018, I was rehoused from High Desert state prison "ASU" to San Quentin state prison "ASU". Hereinafter, I have been housed and I'm currently housed at San Quentin state prison.

30. Upon arrival, c/o's here have conducted "swc" every half an hour day and night. The cells here are small, approximately 8 by 4 feet surrounded with concrete walls. The cell door is made of metal bars and has a metal chicken wire type cage over them with a metal tray slot where the "swc" dial is located at. The bunk in this cell is located 1 foot away from the "swc" dial.

31. The "swc" here are carried out in a similar fashion as those in High Desert and Pelican Bay. However, the only difference is instead of c/o's taking turns conducting such checks, only one "c/o" is assigned to this duty, one "c/o" per watch.

//

32. The "SWC" are loud, aggressive, and harmful. Theres 5 tiers in Carson section, each tier has 50 cells, which only about 3 are currently occupied. The "C/O" assigned to this duty races by every cell slamming the "SWC" Rod against the dial. Whether its first, second, or third watch, the "C/O" assigned completely disregards if its day or night, or if I'm asleep or not.

33. I've asked the C/O for a little courtesy during his "SWC" and I've been completely ignored.

34. I've asked the C/O for medical forms and 602 forms etc. and he's completely ignored my request or simply stated that its not his [their] Job to provide me with such forms.

35. As a result from this disturbing and harmful noise caused by the "SWC", I'm currently being deprived of multiple hours of sleep every night. I lie awake tossing and turning because the half an hour "SWC" wont allow me enough time to fall asleep. At the moment I'm only receiving about 3 hours of asleep, and the symptoms I had in the "SHU" are returning.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 20, 2018, in San Quentin, California

/s/

JOSEPH HERNANDEZ #A111538
DECLARANT

EXHIBIT-A

-602, 13 PGS.

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

Side 1

IAB USE ONLY

Institution/Parole Region: Log #: Category:

*FOR STAFF USE ONLY*

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| HERNANDEZ, JOSEPH | AH1538 | Z-UNIT # 158 | — |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):**
CANCELLATION OF 602 AT THE THIRD LEVEL IS INAPPROPRIATE

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** Third Level is cancelling Appellant's 602 on the basis that further review is unnecessary, for Appellant is no longer in the SHU. Third Level cited "3084.6, Rejection, cancellation, and withdrawal criteria", to justify such cancellation. However, there is absolutely nothing stated in regulation 3084.6 that justifies

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** (1) That the cancelled 602 be accepted and Process.

**Supporting Documents: Refer to CCR 3084.3.**

☑ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

TLR CASE NUMBER 1716115
LOCAL LOG NO. PBSP-17-02780

☐ No, I have not attached any supporting documents. Reason :

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 4/22/18

☐ **By placing my initials in this box, I waive my right to receive an interview.**

STAFF USE ONLY

**C. First Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the First Level of Review.

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

AC Use Only
Date mailed/delivered to appellant ___/___/___

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted :** ______

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed : ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___ /___ /___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___ /___ /___

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

______ Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

Side 1

IAB USE ONLY | Institution/Parole Region: | Log #: | Category:

*FOR STAFF USE ONLY*

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Hernandez, Joseph | AH1538 | Z-UNIT #158 | — |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** Such cancellation. Per 3084.1. Right to Appeal; The appeal process is intended to provide a remedy for inmates and parolees with identified grievances and to provide an administrative mechanism for review of department policies, decisions, actions, conditions, or omissions that have a material adverse effect on the welfare of inmates.... Per 3084.1.(a); Any inmate or parolee under the department's Jurisdiction may appeal any policy, decision, action, condition, or omission by the department or its staff that the inmate or parolee can demonstrate as having a material adverse effect upon his or her health, safety, or welfare. And most importantly per 3084.1.(b); unless otherwise stated in these regulations, all appeals are subject to a third level of review, as described in section 3084.7, before administrative remedies are deemed exhausted.... Appellant suffered harm while in the custody of CDCR, specifically, while housed in "PBSP SHU". Whether Appellant was transferred, thats after the fact, and only relevant to the point that Appellant is no longer suffering harm. However, the fact that Appellant suffered harm is still very relevant and as such, the department is liable for such harm. Thus further review is necessary and ultimately still warranted...

Inmate/Parolee Signature: [signature] Date Submitted: 4/22/18

STAFF USE ONLY

**B. Continuation of CDCR 602, Section B only (Action requested):**

Inmate/Parolee Signature: [signature] Date Submitted: 4/22/18

STATE OF CALIFORNIA

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

**Inmate/Parolee Signature:** ____________ **Date Submitted:** ____________

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

**Inmate/Parolee Signature:** ____________ **Date Submitted:** ____________

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

Date: MAR 3 0 2018

In re: Joseph Hernandez, AH1538
High Desert State Prison
P.O. Box 270220
Susanville, CA 96127

TLR CASE NUMBER: 1716115
LOCAL LOG NO.: PBSP-17-02780

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner M. Hodges, Captain.

This appeal is being cancelled in accordance with California Code of Regulations, Section 3084.6, Rejection, Cancellation, and Withdrawal Criteria. Further review is unnecessary.

The appellant is appealing the security/welfare checks being conducted in the Pelican Bay State Prison (PBSP) Security Housing Unit (SHU). On November 22, 2017, the appellant transferred out of the PBSP SHU enroute to High Desert State Prison. Therefore, this issue no longer pertains to him as he is no longer subject to the PBSP SHU security/welfare checks.

Pursuant to CCR 3084.6(e), once an appeal has been cancelled, the appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal of the cancellation is granted.

M. VOONG, Chief
Office of Appeals

cc: Warden, HDSP
Appeals Coordinator, HDSP
Appeals Coordinator, PBSP

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-2

Institution/Parole Region: PBSP | Log #: C-17-02780 | Category: 10/12

FOR STAFF USE ONLY

1716115
AH1538

You ma[...] and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse [...] other prescribed method of departmental review/remedy available. See California Code of Regulat[...] this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of [...] space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidanc[e ...] using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded. **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Hernandez, Joseph | AH1538 | C2-220 | — |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** CANCELLATION OF 602 APPEAL IS ERRONEOUS AND IN VIOLATION OF CCR TITLE 15 ARTICLE 8 §3084.6(C)(4)

Pelican Bay State Prison
NOV 06 2017
Appeals Office

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** Pursuant to CCR §3084.6(c)(4) in part(s), if the issue is ongoing... The inmate or parolee may appeal anytime during the duration of the event.... Appellant specifically stated in his 602 Appeal that the issue is ongoing.

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** [1] That 602 Appeal Log# PBSP-C-17-02697 be allowed to proceed and [2] that no retaliation be taken against Appellant for filing this 602 Appeal. NOV 06 2017

**Supporting Documents: Refer to CCR 3084.3.**

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono): 602 Appeal Log# PBSP-C-17-02697 with attached supporting documents. (5 pg.s total)

☐ No, I have not attached any supporting documents. Reason :

STATE USE ONLY

REC BY OOA
DEC 29 2017

Inmate/Parolee Signature: [signature] Date Submitted: 11/5/17

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only** Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No

This appeal has been:
☒ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the First Level of Review.
Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

BYPASS

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: ______ Interview Location: ______
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______
Reviewer: ______ (Print Name) Title: ______ Signature: ______
Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

BYPASS

**Inmate/Parolee Signature:** ____________ **Date Submitted :** ____________

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☒ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review

Assigned to: Appeals Title: ______ Date Assigned: 11/07/17 Date Due: 12/21/17

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: 11/21/17 Interview Location: C 5/11

Your appeal issue is: ☐ Granted ☒ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: K. Royal (Print Name) Title: CCII Signature: [signature] Date completed : 11/25/17

Reviewer: D. Bradbury (Print Name) Title: CDW Signature: [signature]

Date received by AC: DEC 08 2017

**AC Use Only**
**Date mailed/delivered to appellant** DEC 08 2017

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Dissatisfied for the following reasons; Appellant specifically stated in his 601 that the matter under Appeal is an "Ongoing issue". During the interview, Appellant asked CCII K. Royal what was an "ongoing issue", in his opinion. Royal stated that an "ongoing issue" is any issue that's recurring systematically, and further, stated that the time frame for the issue doesn't start until a prisoner starts addressing the problem on a CDCR 22 form. In this case, Appellant did exactly that. When Appellant arrived in the "SHU", the "SWC"

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 12/24/17

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☒ Cancelled (See attached letter) Date: MAR 30 2018
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** APR - 2 2018

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| PELICAN BAY STATE PRISON SECURITY HOUSING UNIT UNIT C-2 | PBSP | C-17-02780 | |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Hernandez, Joseph | AH1538 | C2-220 | — |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** Because this issue is ongoing, Appellant reserves the discretion of appealing the issue at anytime during the duration of the event. In this instance, Appellant in his discretion submitted TWO CDCR 22 forms on 10/15/17, when the Guard One security welfare checks started having a material adverse affect on him, as was articulated in the 602 in question. When the issue wasn't resolved informally, Appellant formally addressed this "ongoing" issue on a 602 Appeal and attached the two CDCR 22 Forms as exhibits to show when the complaint arose and how the issue was addressed informally. Thus the cancellation is erroneous and a clear violation of title 15 regulations.

NOV 06 2017

Pelican Bay State Prison
NOV 06 2017
Appeals Office

STAFF USE ONLY

REC BY OOA
DEC 29 2017

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 11/5/17

**B. Continuation of CDCR 602, Section B only (Action requested):**

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 11/5/17

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

BYPASS

**Inmate/Parolee Signature:** **Date Submitted:**

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** didn't necessairly have an immediate adverse effect on him from the First night spent in the "SHU". sleep deprivation doesn't result from one night of loss of sleep, it's from a continous deprivation of sleep that harm starts to arrise. when this loss of sleep started harming Appellant, i.e. when the "SWC" started having a material adverse effect on his person, Appellant addressed this issue informally on two CDCR 22 forms. when the issue wasn't resolved informally, Appellant addressed the issue formally on a 602 Appeal and attached the two CDCR 22 forms as exhibits to show when the problem "arrose" and how he tried to resolve the problem. It is Appellant's belief that CDCR is currently thwarting prisoners from formally addressing this issue on a 602 by erroneously cancelling prisoners Appeals and responding falsely an answering said 602's, in effort to keep prisoners from being heard. Moreover, whether Appellant is still in the "SHU" or not is irrelavant. That's after the fact. Appellant has already suffered harm from such sleep deprivation and as such, the problem has not been resolved. Appellant submitted a timely 602 on this issue and asks that it be addressed accordingly.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 12/24/17



**PELICAN BAY STATE PRISON**
**SECOND LEVEL REVIEW**

DATE: DEC 0 8 2017

Inmate HERNANDEZ, AH1538
San Quentin State Prison
Reception Center
Facility A

RE: WARDEN'S LEVEL DECISION
APPEAL LOG NO. PBSP-C-17-02780

APPEAL: PARTIALLY GRANTED
ISSUE: LEGAL

This matter was reviewed by C. E. Ducart, Warden, at Pelican Bay State Prison (PBSP). On November 21, 2017, K. Royal, Correctional Counselor II (CCII), conducted the interview at the Second Level Review. All submitted documentation and supporting arguments have been considered.

ISSUES

The inmate disagrees with the cancellation of appeal log #PBSP-C-17-02697 because he believes the issue is ongoing..

The inmate is requesting log #PBSP-C-17-02697 be allowed to proceed and no retaliation.

EFFECTIVE COMMUNICATION

The inmate not has been identified with a disability or effective communication need. The inmate has a Test of Adult Basic Education score of 12.9. The inmate is not a participant in the Mental Health Services Delivery System.

FINDINGS

I

Appeal log #PBSP-C-17-02697 was cancelled on November 1, 2017. It was determined by the Appeals Office the inmate's had been housed in Security Housing Unit (SHU), Facility C since September 12, 2017, with the Security checks being conducted. The inmate exceeded the allowable 30 day time constraints for appealing this issue. The inmate is no longer housed in PBSP SHU and is not subject to the Security checks.

DETERMINATION OF ISSUE

The California Code of Regulations (CCR), Title 15, Section 3084.1, Right to Appeal, states in part, *The appeal process is intended to provide a remedy for inmates and parolees with identified grievances and to provide an administrative mechanism for review of departmental policies, decisions, actions, conditions, or omissions that have a material adverse effect on the welfare of inmates and parolees. All appeals shall be*

*processed according to the provisions of Article 8, Appeals, unless exempted from its provisions pursuant to court order or superseded by law or other regulations. (f) An inmate or parolee has the right to file one appeal every 14 calendar days unless the appeal is accepted as an emergency appeal. The 14 calendar day period shall commence on the day following the appellant's last accepted appeal.*

The CCR, Title 15, Section 3084.5, states in part, *(a) Each institution head and parole region administrator shall designate an appeals coordinator at a staff position level of no less than a CCII or Parole Agent II. (b) The appeals coordinator or a delegated staff member under the direct oversight of the coordinator shall screen all appeals prior to acceptance and assignment for review.*

The CCR, Title 15, Section 3084.6, Rejection, Cancellation, and Withdrawal Criteria, states in part, *(c) An appeal may be cancelled for any of the following reasons, which include, but are not limited to: (4) Time limits for submitting the appeal are exceeded even though the inmate or parolee had the opportunity to submit within the prescribed time constraints. In determining whether the time limit has been exceeded, the appeals coordinator shall consider whether the issue being appealed occurred on a specific date or is ongoing. If the issue is ongoing, which may include but is not limited to, continuing lockdowns, retention in segregated housing, or an ongoing program closure, the inmate or parolee may appeal any time during the duration of the event; however, the inmate or parolee is precluded from filing another appeal on the same issue unless a change in circumstances creates a new issue. (11) The issue under appeal has been resolved at a previous level.*

A thorough review of this matter was conducted at the Second Level Review. The inmate's request for cancelled appeal log #PBSP-C-17-02697 to be accepted is **DENIED**. The appeal was cancelled appropriately in accordance with CCR, Title 15, Section 3084.6 (c) (4). The inmate was aware of the issue addressed in the appeal from the first night housed in PBSP SHU and could have filed the appeal within time constraints. The inmate became aware of the issue on September 12, 2017, when transferred to PBSP. The inmate's request for there to be no retaliation for filing the appeal is **GRANTED**, in accordance with CCR, Title 15, Section 3084.1. Furthermore, the inmate issue has been resolved as the inmate is no longer housed at PBSP.

This appeal is **PARTIALLY GRANTED** at the Second Level Review.

MODIFICATION ORDER

No modification of this decision or action taken is required.

C. E. DUCART
Warden

KWR DATE: 11/29/17

**State of California**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*Wednesday, November 1, 2017*

*HERNANDEZ, AH1538*
*C 002 2220001U*

PROGRAM, Policy & Procedures, 10/30/2017
Log Number: PBSP-C-17-02697
**(Note: Log numbers are assigned to all appeals for tracking purposes.)**

The enclosed documents are being returned to you for the following reasons:

***Your appeal has been cancelled pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(c)(4). Time limits for submitting the appeal are exceeded even though you had the opportunity to submit within the prescribed time constraints.***

***You have been housed in Facility C since 09/12/17 with the checks being conducted. You have exceeded the allowable 30 day time constraints for appealing this issue.***

☐ A. Sheldon, Appeals Coordinator
☐ K. Royal, Appeals Coordinator
☒ N. Bramucci, AGPA
PBSP Appeals Office

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-2

IAB USE ONLY | Institution/Parole Region: PBSP | Log #: C-17-02697 | Category: 11/18
FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Hernandez, Joseph | AH1538 | C2-220 | — |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): "ON GOING ISSUE" GUARD ONE/SECURITY WELFARE CHECKS ARE RESULTING IN TORTUROUS CONDITIONS IN THE FORM OF SLEEP DEPRIVATION.

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): since arriving in the "SHU," C.O.'s have conducted security welfare checks ("SWC") every half an hour day and night. Appellant has asked C.O.'s numerous times for a little courtesy during their "SWC", especially during 1st watch. However, not only has this form of torture continued, its progressed.

B. Action requested (If you need more space, use Section B of the CDCR 602-A): [1] That these torturous conditions in the form of sleep deprivations please stop. [2] that no retaliation take place for filing 602 OCT 30 2017

**Supporting Documents:** Refer to CCR 3084.3.
☑ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
CDCR 22 form dated 10-15-17
CDCR 22 form dated 10-15-17

☐ No, I have not attached any supporting documents. Reason :

Inmate/Parolee Signature: [signature] Date Submitted: 10-29-17

☐ **By placing my initials in this box, I waive my right to receive an interview.**

Pelican Bay State Prison
OCT 30 2017
Appeals Office
Process as Routine
Pelican Bay State Prison
NOV 06 2017
attachment
Appeals Office

REC BY OOA
DEC 20 2017

**C. First Level - Staff Use Only** Staff – Check One: Is CDCR 602-A Attached? ☑ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☑ Cancelled (See attached letter) Date: NOV 01 2017 C4
☐ Accepted at the First Level of Review.

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

AC Use Only
Date mailed/delivered to appellant ___/___/___

**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted :** ______

**E. Second Level - Staff Use Only**

**Staff – Check One: Is CDCR 602-A Attached?** ☐ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed : ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A (REV. 03/12)

Side 1

PELICAN BAY STATE PRISON SECURITY HOUSING UNIT UNIT C-2

IAB USE ONLY | Institution/Parole Region: PBSP | Log #: C-17-02697 | Category:

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Hernandez, Joseph | AH1588 | C2-220 | — |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** C.O.'s are aggressive in carrying out their "SWC", they have a complete disregard for sleeping prisoners. This is in the form of (1) The loud beep that emits when the "SWC" Rod is pressed against the dial. (2) The loud metallic bang made by C.O.'s carelessly banging the "SWC" Rod against the dial, metal upon metal. (3) C.O.'s intentionally stomp up and down the stairs all day and night to conduct their "SWC". (4) C.O.'s loudly rattle their keys all night while conducting their "SWC". (5) The section door loudly "Booms" and "Rattles" everytime it opens and closes. "DUE TO THIS ON GOING ISSUE", Appellant has been deprival of many hours of sleep every night that's necessary to live an ordinary life in prison. This form of torture in the way of sleep deprivation is (1) Keeping Appellant lying awake till past midnight. (2) when Appellant does fall asleep, he's reguarly being awaken by the "SWC" like clock-work. (3) when Appellant is awaken by the "SWC", its difficult for him to fall back asleep. Appellant lies awake for over 25 minutes and when he does fall asleep he's awaken less than half an hour later. This is harming Appellants health in (1) fatigued from sleepless nights. (2) His mental health. Noteworthy, there is "NO REST PERIOD" from the "SWC" excessive noise, its conducted systematically. In a 24 hour period, there are 40 "SWC" done on each cell. There's 8 cells in a pod, in these close confinements because the pod is built in a way that amplifies the vibration of any noise, that's 320 "SWC" in a 24 hour period. This is not including the 40 times the pod door opens loudly with an intense "Boom" and the 40 times it closes loudly with an intense "Boom". This sleep deprivation is cruel and unusual punishment and resulting in torturous conditions.

Inmate/Parolee Signature: [signature] Date Submitted: 10-29-17

Pelican Bay State Prison OCT 30 2017 Appeals Office

Pelican Bay State Prison NOV 06 2017 Appeals Office

attachment

REC BY OOA DEC 29 2017

OCT 30 2017

**B. Continuation of CDCR 602, Section B only (Action requested):**

Inmate/Parolee Signature: [signature] Date Submitted: 10-29-17

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** ______

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** ______

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT C-2

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| HERNANDEZ, JOSEPH | | AH1538 | [signature] |
| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM — TO — | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
| C2-120 | — | | SECURITY WELFARE CHECKS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

SGT RAMSEY, Since I arrived in this facility I've attempted multiple times to ask staff for a little courtesy during their Security Welfare check on First Watch. specifically, if staff can utilize the security welfare "Rod" that's silent (without the beep). However, not only has staff ignored these request, they've been egregiously inconsiderate with other disturbing noises. For example; banging the Rod against the cell, keys rattling or hitting the rail, stomping up and down the stairs as if in a hurry ETC.. Let alone the section door opening and closing with a loud boom noise. I'm having alot of Problems sleeping. Especially after being woken every half an hour. These conditions are really affecting my day. Can these tortureos conditions please stop??

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: FIRST WATCH, C-FACILITY SERGEANT RAMSEY DATE MAILED: 10/15/17

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| L RAMIREZ | 10-15-17 | L Ramirez | YES (circled) |
| IF FORWARDED – TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
| | | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| J. Lunell | 10/18/17 | [signature] | 10/18/17 |

I AM FOLLOWING PBSP OP 222 CCR TITLE 15 SECTION 3270 SECURITY PROTOCOLS TO COMPLETE M. D. STAINER, DIRECTOR DAI, WRITTEN ORDER DATED 5/9/14 TO CONDUCT SECURITY/WELFARE CHECKS ON ALL INMATES HOUSED IN ASU OVERFLOW ONCE AN HOUR. I AM BEING RESPECTFUL WHILE CONDUCTING THESE CHECKS. METAL ON METAL WILL MAKE A NOISE NO MATTER HOW SOFT THE TOUCH. PBSP DOES PROVIDE EAR PLUGS TO ALL INMATES HOUSED IN ASU OVERFLOW TO HELP WITH THE INCREASE IN NOISE ON 1ST WATCH.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

If the officer that responded worked everynight than perhaps this wouldn't be an issue. However, since he doesn't, he can't with a certainty account for all the other staff during 1st Watch. His answering this request also is improper for it wasn't addressed to him. My issue derives from 1st watch officers "DELIBERATELY" making unnecessary noises as explained above. theres a loud beep Rod and theres a quiet Rod. staff using the loud one. That in conjunction with the rest of the disturbing noises is causing these tortureos condition and thus causing me to frequently wake up all night....

Pelican Bay State Prison
OCT 30 2017
Appeals Office

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| [signature] | 10/19/17 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| B. Ramsey | 10/19/17 | B Ramsey | 10/19/17 |

[illegible] California Code of Regulations (CCR) Title 15 Section 3270 [illegible] [illegible] [illegible] [illegible]

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

PELICAN BAY STATE PRISON SECURITY HOUSING UNIT C-2

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| HERNANDEZ | JOSEPH | AH 1538 | [signature] |

| HOUSING/BED NUMBER: | ASSIGNMENT: | HOURS FROM ___ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |
|---|---|---|---|
| C2-270 | — | — | SECURITY WELFARE CHECKS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

SGT RAMSEY, per Security Welfare check/Guard one memo, dated 12/19/15, the Security Welfare Checks are suppose to be conducted on a hourly basis in the SHU Facility during First Watch. Why is this block discriminating and subjecting prisoners to this form of torture by conducting the Security Welfare checks every half an hour during First Watch? The noise that results from staff's deliberate indifference to sleeping prisoners, specifically, the loud beeps, banging the rod against the cell, keys rattling or hitting the rail, stomping up and down the stairs etc., Let alone the section door opening and closing with a loud boom noise, is causing me to have alot of sleeping problems. Especially after being woken every half an hour. These conditions are affecting my day. Can this issue please be addressed?? Thank you.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO: FIRST WATCH, C-FACILITY SERGEANT RAMSEY DATE MAILED: 10/15/17

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| L. RAMIREZ | 10-15-17 | [signature] Ramirez | (YES circled) |

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| J Tunnell | 10/18/17 | [signature] | 10/18/17 |

CDCR TITLE 15 3084.6 (5)(A)(2) - THE APPEAL DUPLICATES AN INMATE/PAROLEES PREVIOUS APPEAL.

YOU HAVE SUBMITTED 2 FORM 22 - SAME WORDING, SAME DAY. THIS IS ABUSE. ONLY 1 IS ALLOWED WITHIN A 14 DAY PERIOD

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

Clearly, if the officer that responded would of read the 22 form he would've noticed that this is a seperate issue. However, because of his disregard for the welfare of prisoners, he didn't, and provided a false statement in the course of his response in violation of 3391(a) title 15. As supervising staff can you address this officer from committing any further misconduct. Since my issue wasn't properly addressed, my issue still stands. Thanks.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| [signature] | 10/19/17 |

Pelican Bay State Prison OCT 30 2017 Appeals Office

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| B. Ramsey, Sgt | 10/19/17 | [signature] | 10/19/17 |

[illegible] (CCR), Title 15, Section 3084.6 [illegible] [illegible] ASU overflow [illegible] not a SHU unit [illegible] checks [illegible] checks [illegible] Title 15 Section [illegible] [illegible] Guard One program [illegible] [illegible]

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

12121

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

PELICAN BAY STATE PRISON

# APPEALS EFFECTIVE COMMUNICATION CONFIRMATION

| INMATE NAME | CDCR NUMBER | HOUSING | APPEAL LOG# | TABE Score |
|---|---|---|---|---|
| HERNANDEZ, JOSEPH | AH1538 | C2-220 | PBSP-C-17-02780 | 12.9 |

## A. DOES THE INMATE HAVE DISABILITIES OR COMMUNICATION ISSUES?

1. ☒ Reads and comprehends without assistance (asked inmate or confirmed by past records).
2. ☒ No disabilities or effective communication needs found after review of DECS & TABE/Learning Disability lists.

***STOP! IF ITEMS #1 AND #2 ARE BOTH CHECKED, GO TO SECTION B. SIGN AND DATE.***

3. ☐ Identified with a disability or effective communication need **(check all that apply):**

☐ TABE 4.0 or lower, or no score
☐ Requires reading/comprehension assistance
☐ Foreign language speaking
☐ Hearing
☐ Vision
☐ Speech
☐ Learning disability
☐ Developmental disability
☐ EOP
☐ CCCMS

## B. APPEAL INTERVIEW

1. **How was assistance provided? Check all that apply.**

☒ Simple English spoken slowly & clearly
☐ Read documents to inmate
☐ Inmate was wearing hearing aid(s)
☐ Written notes used (notes attached)
☐ Other:
☐ Inmate stated no need for EC assistance
☐ Used text magnifier
☐ Sign language interpreter used; Name:
☐ Language interpreter used; Name:
☐ Large print material used
☐ Lip reading

2. **How was effective communication achieved? Check all that apply.**

☒ Inmate reiterated in his own words, what was explained.
☒ Inmate provided appropriate, substantive responses to questions asked.
☒ Inmate asked appropriate questions regarding the information provided.
☐ Inmate did not appear to understand the communication, even though the primary method of communication was used.
☐ Other:

| K. ROYAL CCII | [signature] | 11/21/17 |
|---|---|---|
| **Printed Name & Title** | **Signature** | **Date** |

***STOP! DO NOT FILL OUT SECTION C OR D UNLESS PROVIDING ASSISTANCE WITH COMPLETED RESPONSE AS DIRECTED BY THE APPEALS OFFICE***

## C. APPEAL RESPONSE - FIRST LEVEL

1. **How was assistance provided?**
   ☐ Effective communication assistance was provided as identified in Section B, #1 of this form.
2. **How was effective communication achieved?**
   ☐ Effective communication assistance was provided as identified in Section B, #2 of this form.

Additional Comments:

| | | |
|---|---|---|
| **Printed Name & Title** | **Signature** | **Date** |

## D. APPEAL RESPONSE - SECOND LEVEL

1. **How was assistance provided?**
   ☐ Effective communication assistance was provided as identified in Section B, #1 of this form.
2. **How was effective communication achieved?**
   ☐ Effective communication assistance was provided as identified in Section B, #2 of this form.

Additional Comments:

| | | |
|---|---|---|
| **Printed Name & Title** | **Signature** | **Date** |

JOSEPH HERNANDEZ #AH1538
SAN QUENTIN STATE PRISON - 2C/18
SAN QUENTIN, CA. 94974

MCKOOL SMITH HENNIGAN
KATE FALKENSTEIN_BAR NO. 313753
255 SHORELINE DRIVE, SUITE 510
REDWOOD SHORES, CA. 94065

LEGAL MAIL

c/o Scmaciarc

5/21/18

"LEGAL MAIL"