IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. CIV S-90-0520 KJM DB P<br><br>**[PROPOSED] ORDER GRANTING CHRISTOPHER LIPSEY'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |

　　　　Before the Court is Christopher Lipsey's Motion for a Temporary Restraining Order. Having considered the parties' arguments and written submissions, the relevant law, and the record in the case, the Court orders that the Motion should be **GRANTED**.

　　　　Accordingly, **IT IS HEREBY ORDERED** that:

1. Effective immediately, Defendants may conduct welfare checks in Mr. Lipsey's housing unit only once per hour between the hours of 10 p.m. and 6 a.m.;

2. Defendants shall promptly adopt an alternative, quieter system to log welfare checks, and shall no longer use the Guard One system in Mr. Lipsey's housing unit;

3. Until Defendants have adopted a new system, effective immediately, Defendants shall turn off the beeping feature of the Guard One PIPE in Mr. Lipsey's housing unit between the hours of 10 p.m. and 6 a.m.

　　　　**IT IS FURTHER ORDERED THAT** a bond is set in the amount of $_____.
[Alternatively, the Court has exercised its discretion not to require a bond.]

　　　　**IT IS SO ORDERED.**


DATED: _____ at _____　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Kimberly J. Mueller
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28