1

IN THE UNITED STATES DISTRICT COURT

2

FOR THE EASTERN DISTRICT OF CALIFORNIA

3

SACRAMENTO DIVISION

4

5

6
RALPH COLEMAN, et al.                              Case No. CIV S-90-0520 KJM DB P

7
                                    Plaintiffs,    **[PROPOSED] ORDER TO SHOW
                                                   CAUSE WHY PRELIMINARY
                                                   INJUNCTION SHOULD NOT BE
8
                    v.                             GRANTED**

9
GAVIN NEWSOM, et al.,

10
                                   Defendants.

11

12        Before the Court is Christopher Lipsey's Motion for a Temporary Restraining Order.  **IT**

13   **IS HEREBY ORDERED** that Defendants show cause why a preliminary injunction should not

14   be granted requiring that:

15        1.  Effective immediately, Defendants may conduct welfare checks in Mr. Lipsey's housing

16            unit only once per hour between the hours of 10 p.m. and 6 a.m.;

17        2.  Defendants shall promptly adopt an alternative, quieter system to log welfare checks, and

18            shall no longer use the Guard One system in Mr. Lipsey's housing unit;

19        3.  Until Defendants have adopted a new system, effective immediately, Defendants shall

20            turn off the beeping feature of the Guard One PIPE in Mr. Lipsey's housing unit between

21            the hours of 10 p.m. and 6 a.m.

22        **IT IS FURTHER ORDERED** that Defendants shall serve and file any papers in

23   opposition to the continued restraint not later than _____ on _____.  Mr. Lipsey shall file

24   any reply not later than _____ on _____.

25        **IT IS FURTHER ORDERED** that a preliminary injunction hearing is scheduled for

26   _____ at _____ in the United States District Court for the Eastern District of

27   California, Sacramento Courthouse, Courtroom 3, 15th floor, 501 I Street, Sacramento, CA

28

1    95814.

2        **IT IS FURTHER ORDERED THAT** a bond is set in the amount of $_____.

3    [Alternatively, the Court has exercised its discretion not to require a bond.]

4

5        **IT IS SO ORDERED.**

6

7        DATED: _____ at _____        _____

8                                            The Honorable Kimberly J. Mueller
                                             United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28