XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                          Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                          Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

Defendants file the attached California Department of Corrections and Rehabilitation (CDCR) reports capturing data concerning the transfer of class members out of desert institutions under the parties' Stipulation and [Proposed] Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on February 14, 2020. (ECF No. 6465.)

As the report attached at Exhibit A shows, three inmates who were placed in CDCR's Mental Health Services Delivery System (MHSDS) while housed in a desert institution were transferred from the desert institution outside the fourteen-day transfer timeline. Two of the

[3419376.1]                                                                1

Defs.' Compliance Rprts. for Transfers of Class Members Out of Desert Institutions (2:90-cv-00520 KJM-DB (PC))

inmates arrived at their endorsed MHSDS institution within seventeen days, and the other inmate remained on out-to-court status as of January 31, 2020.

As the report attached as Exhibit B shows, six *Coleman* class members transferred to a desert institution in January 2020. Three of the transfers were for court appearances. Three of the transfers were inadvertent, and only one was returned to a MHSDS institution more than seventy-two hours after arrival at the desert institution.

Dated: February 18, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/S/ *ELISE OWENS THORN*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

[3419376.1]

2

Defs.' Compliance Rprts. for Transfers of Class Members Out of Desert Institutions (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION  EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



February 18, 2020

Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. Hrvatin and Ms. Thorn:

     The California Department of Corrections and Rehabilitation (CDCR) submits the first of its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019. (ECF No. 6296.) Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System while housed in one of the six desert institutions during the month of January 2020. Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members inadvertently placed in one of the six desert institutions in January 2020.

Sincerely,

/s/ *Jennifer Barretto*
JENNIFER BARRETTO
Deputy Director
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# EXHIBIT A

MHSDS Inmates at Desert Institutions (Historical)
Run Date: 02/03/2020 07:08 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
MHLOC History Flags Selected: MH Change
Date Range: 01/01/2020 - 01/31/2020
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert Institution
R1

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAL | AC5246 | FLORES | CCCMS 01/15/2020 - 01/15/2020 | N | 01/15/2020 | RJD | NA | 12/05/2019 10:44 | 01/15/2020 | MH Change | 01/15/2020 18:36 | 01/15/2020 22:22 | 0 | |
| CAL | AD3742 | ZAVALA | CCCMS 01/16/2020 - 01/24/2020 | N | 01/21/2020 | LAC | IV | 10/09/2018 13:13 | 01/16/2020 | MH Change | 01/24/2020 09:09 | 01/28/2020 10:33 | 12 | |
| CAL | AI1435 | NORIEGA | CCCMS 01/29/2020 - 01/31/2020 | N | 02/03/2020 | HDSP | III | 06/18/2019 13:56 | 01/29/2020 | MH Change | | | 2 | |
| CAL | AL0079 | TORRES | CCCMS 01/15/2020 - 01/15/2020 | Y | 01/15/2020 | RJD | NA | 08/25/2015 15:13 | 01/15/2020 | MH Change | 01/15/2020 18:37 | 01/15/2020 22:22 | 0 | |
| CAL | AT4272 | EPPERSON | CCCMS 01/16/2020 - 01/24/2020 | N | 01/21/2020 | LAC | IV | 10/29/2014 14:25 | 01/16/2020 | MH Change | 01/24/2020 09:09 | 01/28/2020 10:33 | 12 | |
| CAL | AU3299 | HARRIS | CCCMS 01/02/2020 - 01/08/2020 | N | 01/07/2020 | KVSP | IV | 06/17/2019 18:06 | 01/02/2020 | MH Change | 01/08/2020 08:27 | 01/08/2020 14:57 | 6 | |
| CAL | AX3544 | Mahan | CCCMS 01/15/2020 - 01/23/2020 | N | 01/17/2020 | CCI | IV | 10/06/2016 14:57 | 01/15/2020 | MH Change | 01/23/2020 08:44 | 01/24/2020 12:29 | 9 | |
| CAL | BC8521 | STARKS | CCCMS 01/06/2020 - 01/09/2020 | N | 01/07/2020 | HDSP | IV | 12/15/2019 20:09 | 01/06/2020 | MH Change | 01/09/2020 08:12 | 01/14/2020 13:59 | 8 | |
| CAL | BF5200 | HILLERY | CCCMS 01/15/2020 - 01/23/2020 | N | 01/16/2020 | SAC | IV | 09/25/2018 14:46 | 01/15/2020 | MH Change | 01/23/2020 08:37 | 01/24/2020 12:20 | 9 | |
| CAL | BH8490 | DUBOSE | CCCMS 01/06/2020 - 01/09/2020 | N | 01/07/2020 | HDSP | IV | 03/21/2019 15:44 | 01/06/2020 | MH Change | 01/09/2020 08:13 | 01/14/2020 13:59 | 8 | |
| CAL | F25537 | PADILLA | CCCMS 01/29/2020 - 01/31/2020 | N | 01/31/2020 14:50 | MCSP | IV | 01/07/2020 14:50 | 01/29/2020 | MH Change | | | 2 | |
| CAL | T76350 | OLOBA-AISONY | CCCMS 01/16/2020 - 01/23/2020 | N | 01/17/2020 | SATF | IV | 11/27/2019 15:49 | 01/16/2020 | MH Change | 01/23/2020 08:38 | 01/24/2020 07:20 | 8 | |
| CCC | AN7344 | FLOYD | CCCMS 01/14/2020 - 01/22/2020 | N | 01/16/2020 | CTF | I | 10/24/2019 00:09 | 01/14/2020 | MH Change | 01/22/2020 05:10 | | 20 | Out to Court |
| CCC | AP4230 | BURROWS | CCCMS 01/14/2020 - 01/22/2020 | N | 01/15/2020 | ASP | II | 07/01/2019 17:15 | 01/14/2020 | MH Change | 01/22/2020 05:12 | 01/23/2020 10:40 | 9 | |
| CCC | AY1380 | GALVAN | CCCMS 01/21/2020 - 01/29/2020 | N | 01/24/2020 | CRC | II | 01/08/2020 15:59 | 01/21/2020 | MH Change | 01/29/2020 05:31 | 01/30/2020 14:35 | 9 | |
| CCC | BI2945 | MCDANIEL | CCCMS 01/28/2020 - 01/31/2020 | N | | | | 01/23/2020 10:40 | 01/28/2020 | MH Change | | | 3 | |
| CCC | BK1689 | VANEGAS | CCCMS 01/21/2020 - 01/21/2020 | N | 01/24/2020 | VSP | II | 01/06/2020 19:57 | 01/21/2020 | MH Change | 01/30/2020 06:00 | 01/31/2020 10:59 | 10 | |
| CCC | F85045 | GUDIEL | CCCMS 01/16/2020 - 01/23/2020 | N | 01/31/2020 | CCI | II | 01/15/2020 16:09 | 01/29/2020 | MH Change | | | 2 | |
| CEN | AL7226 | GONZALEZ | CCCMS 01/29/2020 - 01/31/2020 | N | 01/31/2020 | SATF | IV | 08/27/2019 17:30 | 01/29/2020 | MH Change | | | 2 | |
| CEN | AP1657 | RAINER | CCCMS 01/23/2020 - 01/23/2020 | N | 01/23/2020 | RJD | NA | 09/14/2019 19:00 | 01/23/2020 | MH Change | 01/23/2020 15:31 | 01/23/2020 18:34 | 0 | |
| CEN | AR8794 | CARLISLE | CCCMS 01/23/2020 - 01/23/2020 | N | 01/23/2020 | RJD | NA | 01/09/2020 17:19 | 01/23/2020 | MH Change | 01/23/2020 15:31 | 01/23/2020 18:34 | 0 | |
| CEN | AU8966 | WILSON | CCCMS 01/03/2020 - 01/08/2020 | N | 01/06/2020 | SAC | IV | 02/15/2019 08:58 | 01/03/2020 | MH Change | 01/08/2020 06:08 | 01/09/2020 13:18 | 6 | |
| CEN | AV5705 | GARCIA | CCCMS 01/15/2020 - 01/21/2020 | N | 01/21/2020 | LAC | IV | 03/06/2018 17:40 | 01/15/2020 | MH Change | 01/21/2020 12:08 | 01/22/2020 13:35 | 7 | |
| CEN | AY0533 | BENJAMINTINSLEY | CCCMS 01/27/2020 - 01/27/2020 | N | 01/27/2020 | RJD | NA | 06/19/2018 15:22 | 01/27/2020 | MH Change | 01/27/2020 13:52 | 01/27/2020 16:21 | 0 | |
| CEN | BD4807 | REQUEJO | CCCMS 01/15/2020 - 01/21/2020 | N | 01/16/2020 | PBSP | IV | 12/19/2018 09:45 | 01/15/2020 | MH Change | 01/21/2020 09:01 | 01/23/2020 18:24 | 8 | |
| CEN | BK0109 | SALINAS | CCCMS 12/20/2019 - 01/02/2020 | N | 12/20/2019 | CRC | II | 12/04/2019 18:27 | 12/20/2019 | MH Change | 01/02/2020 08:20 | 01/02/2020 11:49 | 13 | |
| CEN | H15439 | BOUTTE | CCCMS 01/10/2020 - 01/10/2020 | N | 01/10/2020 | RJD | NA | 09/29/2016 17:49 | 01/10/2020 | MH Change | 01/10/2020 18:38 | 01/10/2020 21:12 | 0 | |
| CEN | K31521 | SCOTT | CCCMS 01/07/2020 - 01/09/2020 | N | 01/09/2020 | HDSP | IV | 12/12/2019 16:32 | 01/07/2020 | MH Change | 01/09/2020 14:40 | 01/14/2020 13:59 | 7 | |
| CEN | K64520 | KUIKAHI | CCCMS 01/29/2020 - 01/31/2020 | N | 01/31/2020 | SCC | III | 06/13/2019 18:14 | 01/29/2020 | MH Change | | | 2 | |
| CEN | T48745 | FOLEY | CCCMS 01/29/2020 - 01/31/2020 | N | 01/31/2020 | LAC | IV | 09/27/2016 12:00 | 01/29/2020 | MH Change | | | 2 | |
| CVSP | AE4672 | SCOTT | EOP 01/02/2020 - 01/08/2020 | N | 01/06/2020 | VSP | II | 11/07/2019 11:58 | 01/02/2020 | MH Change | 01/08/2020 05:15 | 01/10/2020 12:59 | 8 | |
| CVSP | AU4373 | ROBINSON | CCCMS 01/24/2020 - 01/29/2020 | N | 01/28/2020 | SCC | III | 10/17/2019 19:13 | 01/24/2020 | MH Change | 01/29/2020 05:19 | 01/30/2020 13:07 | 6 | |
| CVSP | BD2617 | SEXTON | CCCMS 01/22/2020 - 01/28/2020 | N | 01/24/2020 | CTF | II | 12/30/2019 17:22 | 01/22/2020 | MH Change | 01/28/2020 10:08 | 01/29/2020 18:11 | 7 | |
| CVSP | BH8863 | HANDRINOS | CCCMS 01/08/2020 - 01/15/2020 | N | 01/10/2020 | SATF | II | 12/17/2019 13:11 | 01/08/2020 | MH Change | 01/15/2020 05:47 | 01/16/2020 09:27 | 8 | |
| CVSP | BK0689 | ESQUEDA | CCCMS 01/08/2020 - 01/15/2020 | N | 01/10/2020 | CRC | II | 10/29/2019 16:00 | 01/08/2020 | MH Change | 01/15/2020 05:47 | 01/16/2020 12:37 | 8 | |
| CVSP | F36728 | ZELAYA | CCCMS 01/29/2020 - 01/31/2020 | N | 01/30/2020 | FOL | II | 12/30/2019 17:22 | 01/29/2020 | MH Change | | | 2 | |
| CVSP | J24447 | MORA | CCCMS 01/28/2020 - 01/31/2020 | N | 01/31/2020 | CIM | II | 10/24/2019 16:50 | 01/28/2020 | MH Change | | | 3 | |
| CVSP | J92139 | CLARKE | CCCMS 01/28/2020 - 01/31/2020 | N | 01/31/2020 | SOL | II | 04/25/2019 16:40 | 01/28/2020 | MH Change | | | 3 | |
| CVSP | T27688 | MC GEE | CCCMS 01/22/2020 - 01/28/2020 | N | 01/23/2020 | VSP | II | 10/24/2019 16:50 | 01/22/2020 | MH Change | 01/28/2020 10:08 | 01/29/2020 17:32 | 7 | |
| CVSP | V49637 | MEZA | CCCMS 01/08/2020 - 01/15/2020 | N | 01/13/2020 | CCI | II | 10/24/2017 10:45 | 01/08/2020 | MH Change | 01/15/2020 05:47 | 01/16/2020 12:04 | 8 | |
| ISP | AT1572 | DAVIS | CCCMS 01/09/2020 - 01/16/2020 | N | 01/13/2020 | NKSP | III | 09/26/2019 14:29 | 01/09/2020 | MH Change | 01/16/2020 06:08 | 01/22/2020 17:41 | 13 | |
| ISP | AX0737 | HARRELL | CCCMS 01/09/2020 - 01/13/2020 | N | 01/10/2020 | HDSP | III | 10/09/2019 18:45 | 01/09/2020 | MH Change | 01/13/2020 15:15 | 01/15/2020 15:14 | 6 | |
| ISP | AX4330 | BRIANO | CCCMS 01/31/2020 - 01/31/2020 | N | | | | 04/03/2019 12:21 | 01/31/2020 | MH Change | | | 0 | |
| ISP | B62136 | MONTEZ | CCCMS 01/09/2020 - 01/16/2020 | N | 01/13/2020 | LAC | IV | 07/03/2019 15:34 | 01/09/2020 | MH Change | 01/16/2020 15:34 | 01/21/2020 10:17 | 12 | |
| ISP | BB3814 | HURTADO | CCCMS 01/09/2020 - 01/13/2020 | N | 01/10/2020 | HDSP | III | 01/25/2018 15:35 | 01/09/2020 | MH Change | 01/13/2020 15:14 | 01/15/2020 15:14 | 6 | |
| ISP | BF5165 | BAIR | CCCMS 12/27/2019 - 01/03/2020 | N | 12/31/2019 | SCC | III | 07/03/2019 15:34 | 12/27/2019 | MH Change | 01/03/2020 15:01 | 01/09/2020 14:27 | 13 | |
| ISP | BJ3577 | DAVIS | CCCMS 01/31/2020 - 01/31/2020 | N | | | | 10/01/2019 18:12 | 01/31/2020 | MH Change | | | 0 | |
| ISP | BJ4184 | CALVERT | CCCMS 12/27/2019 - 01/03/2020 | N | 12/31/2019 | HDSP | III | 08/08/2019 13:57 | 12/27/2019 | MH Change | 01/03/2020 15:01 | 01/13/2020 17:22 | 17 | Layover |
| ISP | V04739 | WATKINS | CCCMS 12/27/2019 - 01/03/2020 | N | 12/31/2019 | HDSP | III | 10/24/2019 16:22 | 12/27/2019 | MH Change | 01/03/2020 15:01 | 01/13/2020 17:22 | 17 | Layover |

# EXHIBIT B

MHSDS Inmates at Desert Institutions (Historical)
Run Date: 02/03/2020 07:11 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
MHLOC History Flags Selected: MH Upon Arrival
Date Range: 01/01/2020 - 01/31/2020
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert Institution
R1

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAL | AB2038 | SPENCER | 12/19/2018 | N | 10/03/2019 | KVSP | IV | 01/15/2020 19:23 | CCCMS 04/28/2019 - 01/23/2020 | MH Upon Arrival | 01/23/2020 08:43 | 01/23/2020 17:01 | 189.6 | Out to Court |
| CAL | AE9780 | WILLIS | 01/30/2020 | N | 01/30/2020 | RJD | NA | 01/30/2020 14:31 | CCCMS 01/30/2020 - 01/31/2020 | MH Upon Arrival | 01/30/2020 20:54 | 01/31/2020 00:27 | 9.9 | Inadvertently Transferred |
| CAL | AF6063 | DOSS | 01/03/2020 | N | 12/16/2019 | SATF | IV | 01/03/2020 13:00 | CCCMS 01/03/2020 - 01/06/2020 | MH Upon Arrival | 01/06/2020 10:42 | 01/07/2020 15:42 | 98.7 | Missed transfer timeline by 26.7 hours |
| CCC | BK2670 | ALVARADO | 12/30/2019 | N | 01/14/2020 | CIM | I | 01/13/2020 18:16 | CCCMS 12/30/2019 - 01/15/2020 | MH Upon Arrival | 01/15/2020 06:03 | 01/16/2020 14:05 | 67.8 | Inadvertently Transferred |
| CVSP | AN0869 | COOK | 11/17/2018 | N | 01/18/2019 | CCI | IV | 01/13/2020 15:12 | CCCMS 11/27/2018 - 01/31/2020 | MH Upon Arrival | | | 0 | Out to Court |
| ISP | AN0869 | COOK | 11/17/2018 | N | 01/18/2019 | CCI | IV | 01/13/2020 09:40 | CCCMS 11/27/2018 - 01/13/2020 | MH Upon Arrival | 01/13/2020 14:27 | 01/13/2020 15:12 | 5.5 | Out to Court |