1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  ADRIANO HRVATIN
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   TYLER V. HEATH, State Bar No. 271478
5  KYLE A. LEWIS, State Bar No. 201041
   LUCAS L. HENNES, State Bar No. 278361
6  Deputy Attorneys General
     1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone:  (916) 210-7323
     Fax:  (916) 324-5205
9    E-mail:  Lucas.Hennes@doj.ca.gov
   *Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone:  (310) 552-0130
  Fax:  (310) 229-5800
  E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

10

11                 IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13                       SACRAMENTO DIVISION

14

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **NOTICE OF ASSOCIATION OF COUNSEL FOR DEFENDANTS** |
| v. | |
| **GAVIN NEWSOM, et al.,** | Judge:  The Hon. Kimberly J. Mueller |
| Defendants. | |

1

1    **TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

2    **PLEASE TAKE NOTICE** that Defendants wish to associate Deputy Attorney General

3    Lucas L. Hennes as additional counsel on this case.  Please add Deputy Attorney General Hennes

4    to the service list and files as follows:

5        Lucas L. Hennes, State Bar No. 278361
         Deputy Attorney General
6        1300 I Street, Suite 125
         P.O. Box 944255
7        Sacramento, CA 94244-2550
         Telephone: (916) 210-7323
8        E-mail: Lucas.Hennes@doj.ca.gov

9    Dated:  February 19, 2020                        Respectfully Submitted,

10                                                    XAVIER BECERRA
                                                      Attorney General of California
11                                                    ADRIANO HRVATIN
                                                      Supervising Deputy Attorney General
12

13                                                    */s/ Lucas L. Hennes*

14                                                    LUCAS L. HENNES
                                                      Deputy Attorney General
15                                                    *Attorneys for Defendants*

16   CF1997CS0003
     14444236.docx
17

18

19

20

21

22

23

24

25

26

27

28

2