XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' RESPONSE TO THE SPECIAL MASTER'S PROPOSAL FOR ADDITIONAL STAFF**<br><br>Judge: The Hon. Kimberly J. Mueller |

Defendants do not oppose the Special Master's February 12, 2020 request to add six additional staff to his team of monitors and experts. (ECF No. 6461.) Consistent with Defendants' commitment to transparency and efficiency, Defendants look forward to working with the new (and current) members of the Special Master's team, Plaintiffs, and other stakeholders to move this case forward. To this end, Defendants have already engaged the Special Master and Plaintiffs in a dialogue to recognize, improve upon, or establish new communication protocols to facilitate Defendants' compliance and the Special Master's ability to, among other things, "provide expert advice to defendants to ensure that their decisions regarding the provision of mental health care to class members conforms to the requirements of the federal

[3419376.1]                                1

Defs.' Resp. to Special Master's Proposal for Add'l Staff (2:90-cv-00520 KJM-DB (PC))

constitution." (Order of Reference, Docket No. 640.) Defendants have several concrete proposals that they look forward to exploring with the Special Master and Plaintiffs to ensure that all stakeholders' resources are focused on efficiently addressing the day-to-day, short-, and long-term issues affecting the case's progress towards resolution.

These proposals include the distribution of an organizational chart identifying each member of the Special Master's team and their area(s) of responsibility to ensure everyone knows who to contact about which matters; regular production and review deadlines to help ensure efficient exchange of documents between all parties; and written guidance and direction between monitoring reports to help facilitate defendants' understanding and compliance.

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: Docket No. 640, and ECF No. 6473.

Dated: February 24, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General


/S/ *ELISE OWENS THORN*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

[3419376.1]   2

Defs.' Resp. to Special Master's Proposal for Add'l Staff (2:90-cv-00520 KJM-DB (PC))