| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | JEFFREY L. BORNSTEIN – 099358 |
| MARGOT MENDELSON – 268583 | ERNEST GALVAN – 196065 |
| PRISON LAW OFFICE | THOMAS NOLAN – 169692 |
| 1917 Fifth Street | LISA ELLS – 243657 |
| Berkeley, California 94710-1916 | JENNY S. YELIN – 273601 |
| Telephone: (510) 280-2621 | MICHAEL S. NUNEZ – 280535 |
| | JESSICA WINTER – 294237 |
| CLAUDIA CENTER – 158255 | MARC J. SHINN-KRANTZ – 312968 |
| AMERICAN CIVIL LIBERTIES UNION | CARA E. TRAPANI – 313411 |
| FOUNDATION DISABILITY RIGHTS PROGRAM | ALEXANDER GOURSE – 321631 |
| | ROSEN BIEN |
| 39 Drumm Street | GALVAN & GRUNFELD LLP |
| San Francisco, California 94111-4805 | 101 Mission Street, Sixth Floor |
| Telephone: (415) 343-0762 | San Francisco, California 94105-1738 |
| | Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND ORDER MODIFYING PROTECTIVE ORDERS**<br><br>Judge: Hon. Kimberly J. Mueller |

On January 7, 2020, the Court ordered the parties to present a proposed stipulation and protective order to facilitate information sharing between the *Coleman* and *Plata*[1] classes. ECF No. 6441 at 3.

The parties understand counsel in *Plata* are filing a stipulation and proposed order to modify the protective order in that matter to permit confidential material received in *Plata* to be shared with and used in connection with *Coleman*.

The Protective Orders filed in this action on September 12, 1991, ECF No. 90; July 29, 1992, ECF No. 291; and January 12, 2007, ECF No. 2109, are hereby expanded as follows:

The definition of "confidential material" is hereby expanded to include California Department of Corrections and Rehabilitation ("CDCR") records that are designated by defendants as threatening prison safety or security if disclosed without protective conditions ("security information"), and which are produced by defendants in informal or formal discovery in this action.

Confidential material may be disclosed to individuals—as described in Paragraph 3(a)-3(e) of the *Coleman* January 12, 2007 order, ECF No. 2109—in *Plata* who agree to be bound by the terms of the *Coleman* protective orders; and all such confidential material can be used in connection with *Plata*.

/ / /

/ / /

/ / /

/ / /

**IT IS SO STIPULATED.**

---

[1] *Plata, et al. v. Newsom, et al.*, No. 4:01-01351-JST, currently pending in the United States District Court for the Northern District of California.

| | |
|---|---|
| DATED: February 6, 2020 | Respectfully submitted, |
| | ROSEN BIEN GALVAN & GRUNFELD LLP |
| | By: */s/ Marc J. Shinn-Krantz*<br>Marc J. Shinn-Krantz |
| | Attorneys for Plaintiffs |
| DATED: February 6, 2020 | XAVIER BECERRA<br>Attorney General of California<br>ADRIANO HRVATIN<br>Supervising Deputy Attorney General |
| | By: */s/ Kyle A. Lewis*<br>Kyle A. Lewis<br>Deputy Attorney General |
| | Attorneys for Defendants |

The foregoing stipulation of the parties is approved. In addition, paragraph 7 of the protective order filed January 12, 2007, ECF No. 2019, is hereby modified as follows:

7. With the exception of the monthly bed utilization reports required by the court's May 23, 2007 order, ECF No. 2236, any party who seeks to file any document containing confidential information shall comply with the requirements of Local Rule 141 (E.D.Cal. 2019). The provisions of Local Rule 141(c) notwithstanding, all requests to seal documents shall be accompanied by a stipulation of all counsel consenting to the sealing request or notice that such stipulation could not reasonably be obtained. No separate court order is required for the filing of the monthly bed

utilization reports required by the court's May 23, 2007 order, ECF No. 2236, and the Clerk of the Court shall continue to file those monthly reports pursuant to the existing protective orders in this action including this order.

**IT IS SO ORDERED.**

DATED: February 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE