XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT**<br><br>Judge: The Hon. Kimberly J. Mueller |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*) On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month. (ECF No. 5886.)

/ / /

/ / /

/ / /

1       Consistent with the Court's February 14, 2018 order, attached here is a letter from Defendant CDCR setting forth CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for January 2020.

## CERTIFICATION

Defendants' counsel certifies that he reviewed the following orders relevant to this filing: ECF No. 5786, ECF No. 5803, and ECF No. 5886.

Dated: February 28, 2020                         Respectfully submitted,

                                                      XAVIER BECERRA
                                                      Attorney General of California
                                                      ADRIANO HRVATIN
                                                      Supervising Deputy Attorney General

                                                      */s/ Tyler V. Heath*
                                                      TYLER VANCE HEATH
                                                      Deputy Attorney General
                                                      *Attorneys for Defendants*

CF1997CS0003
14477676.docx

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



February 28, 2020

Tyler Vance Heath, Esq.
California Department of Justice
1300 I Street
Sacramento, CA 95814

RE:   CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Mr. Heath:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits its monthly report identifying the psychiatry vacancy rates at each CDCR institution and systemwide for January 2020. It is attached as Exhibit A. In accordance with the Court's February 14, 2018 order, the report contains the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Sincerely,

/s/ Eureka Daye
EUREKA DAYE, Ph.D., MPH, MA, CCHP
Deputy Director (A)
Statewide Mental Health Program

| Division of Health Care Services<br>Statewide Mental Health Program<br>Allocated and Filled Psychiatry Positions - January 2020 ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Allocated Jan 2020[1] ||| Filled Jan 2020 |||||| Filled w PNP Jan 2020 |||
| Sites | Site | Telepsych | Total | Site[2] | On-Site Registry[3] | Telepsych[4] | Telepsych Registry[3,4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 5.63 | 0.00 | 0.00 | 5.63 | 113% | 0.00 | 5.63 | 113% |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.18 | 0.00 | 1.18 | 118% | 0.00 | 1.18 | 118% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCI | 4.00 | 4.00 | 8.00 | 2.00 | 1.28 | 2.00 | 0.00 | 5.28 | 66% | 0.00 | 5.28 | 66% |
| CCWF | 11.00 | 1.00 | 12.00 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 42% | 3.95 | 8.95 | 75% |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.01 | 0.00 | 1.01 | 101% | 0.00 | 1.01 | 101% |
| CHCF | 18.50 | 7.00 | 25.50 | 4.00 | 2.92 | 5.00 | 0.00 | 11.92 | 47% | 1.00 | 12.92 | 51% |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 13.90 | 2.03 | 2.00 | 1.38 | 19.31 | 53% | 0.00 | 19.31 | 53% |
| CIM | 12.00 | 0.00 | 12.00 | 8.00 | 0.00 | 0.00 | 0.00 | 8.00 | 67% | 0.00 | 8.00 | 67% |
| CIW | 12.00 | 1.00 | 13.00 | 7.00 | 3.28 | 0.00 | 0.00 | 10.28 | 79% | 0.00 | 10.28 | 79% |
| CMC | 17.00 | 1.00 | 18.00 | 11.00 | 1.33 | 0.00 | 0.00 | 12.33 | 69% | 0.00 | 12.33 | 69% |
| CMF | 17.00 | 2.00 | 19.00 | 8.65 | 4.77 | 1.00 | 0.00 | 14.42 | 76% | 0.00 | 14.42 | 76% |
| CMF PIP | 32.00 | 0.00 | 32.00 | 8.00 | 2.74 | 1.86 | 0.93 | 13.53 | 42% | 0.00 | 13.53 | 42% |
| COR | 7.50 | 5.00 | 12.50 | 2.50 | 6.74 | 4.70 | 0.00 | 13.94 | 112% | 0.00 | 13.94 | 112% |
| CRC | 7.00 | 0.00 | 7.00 | 7.00 | 0.95 | 0.00 | 0.00 | 7.95 | 114% | 0.00 | 7.95 | 114% |
| CTF | 6.00 | 1.00 | 7.00 | 1.75 | 0.75 | 1.00 | 0.00 | 3.50 | 50% | 1.00 | 4.50 | 64% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.50 | 0.00 | 0.00 | 0.50 | 50% | 0.00 | 0.50 | 50% |
| DVI | 4.00 | 0.00 | 4.00 | 2.00 | 0.85 | 0.00 | 0.00 | 2.85 | 71% | 0.00 | 2.85 | 71% |
| FSP | 3.50 | 0.00 | 3.50 | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | 114% | 0.00 | 4.00 | 114% |
| HDSP | 2.50 | 4.00 | 6.50 | 0.00 | 1.55 | 3.17 | 0.81 | 5.53 | 85% | 0.00 | 5.53 | 85% |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.54 | 0.00 | 0.00 | 0.54 | 54% | 0.00 | 0.54 | 54% |
| KVSP | 6.00 | 2.00 | 8.00 | 1.00 | 0.21 | 2.34 | 0.00 | 3.55 | 44% | 1.93 | 5.48 | 69% |
| LAC | 12.00 | 0.00 | 12.00 | 6.00 | 3.81 | 0.00 | 0.00 | 9.81 | 82% | 1.38 | 11.19 | 93% |
| MCSP | 12.00 | 3.00 | 15.00 | 6.75 | 0.00 | 1.20 | 0.00 | 7.95 | 53% | 0.00 | 7.95 | 53% |
| NKSP | 6.50 | 2.00 | 8.50 | 1.00 | 2.48 | 2.00 | 0.00 | 5.48 | 64% | 3.49 | 8.97 | 106% |
| PBSP | 1.50 | 2.00 | 3.50 | 0.00 | 0.77 | 0.98 | 0.00 | 1.75 | 50% | 0.00 | 1.75 | 50% |
| PVSP | 3.00 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 67% | 0.00 | 2.00 | 67% |
| RJD | 14.00 | 3.00 | 17.00 | 6.25 | 5.11 | 3.17 | 0.00 | 14.53 | 85% | 0.00 | 14.53 | 85% |
| SAC | 18.50 | 1.00 | 19.50 | 13.50 | 3.90 | 0.16 | 0.00 | 17.56 | 90% | 0.00 | 17.56 | 90% |
| SATF | 9.00 | 9.00 | 18.00 | 0.00 | 1.17 | 6.48 | 0.00 | 7.65 | 43% | 4.17 | 11.82 | 66% |
| SCC | 3.50 | 0.00 | 3.50 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 29% | 0.00 | 1.00 | 29% |
| SOL | 5.00 | 0.00 | 5.00 | 5.00 | 0.00 | 0.16 | 0.00 | 5.16 | 103% | 0.00 | 5.16 | 103% |
| SQ | 13.50 | 0.00 | 13.50 | 11.00 | 2.07 | 0.00 | 0.00 | 13.07 | 97% | 0.00 | 13.07 | 97% |
| SVSP | 5.00 | 4.00 | 9.00 | 0.00 | 2.40 | 4.17 | 0.00 | 6.57 | 73% | 0.00 | 6.57 | 73% |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 0.00 | 6.50 | 1.00 | 0.00 | 7.50 | 75% | 0.00 | 7.50 | 75% |
| VSP | 2.50 | 6.00 | 8.50 | 0.00 | 0.32 | 5.78 | 0.00 | 6.10 | 72% | 0.00 | 6.10 | 72% |
| WSP | 6.50 | 4.00 | 10.50 | 3.00 | 1.50 | 2.50 | 0.00 | 7.00 | 67% | 0.17 | 7.17 | 68% |
| TOTAL | 327.00 | 64.00 | 391.00 | 143.30 | 66.10 | 50.86 | 3.12 | 263.38 | 67% | 17.09 | 280.47 | 72% |

**Footnote**

1 Source: MH Memo January 2020 Statewide Mental Health Position Allocated

2 Source: February 3, 2020 CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: PSYT_PNP Temp Relief Details (January 2020)

4 Source: January 31, 2020 Telepsychiatry Provider List