DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION DISABILITY RIGHTS
PROGRAM
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 343-0762

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF FILING MOTION IN COORDINATED CASE *ARMSTRONG V. NEWSOM* TO STOP DEFENDANTS FROM ASSAULTING, ABUSING AND RETALIATING AGAINST PEOPLE WITH DISABILITIES AT R.J. DONOVAN CORRECTIONAL FACILITY**<br><br>Judge: Hon. Kimberly J. Mueller |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on Friday, February 28, 2020, Plaintiffs' counsel in
3  the coordinated case, *Armstrong v. Newsom*, N.D. Cal. Case No. C94 2307 CW, filed a
4  Motion to Stop Defendants from Assaulting, Abusing and Retaliating Against People with
5  Disabilities at R.J. Donovan Correctional Facility. The opening brief for the Motion is
6  linked here: https://ecf.cand.uscourts.gov/doc1/035119014342. Voluminous additional
7  documents were filed in support of the Motion, including many documents under full or
8  partial seal. Upon request, Plaintiffs would be happy to provide the Court with any
9  additional documents, complying with the rules regarding sealed documents.

10  The Motion is relevant to *Coleman v. Newsom* because the victims of many of the
11  allegations of abuse in the Motion are *Coleman* class members, including numerous
12  *Coleman*-only class members. The *Coleman* Plaintiffs have requested that Defendants
13  produce additional documents relevant to the Motion pertaining to *Coleman*-only class
14  members, and the parties are negotiating a protective order to facilitate this process.

15  This Motion raises important cross-case issues that should be addressed in the
16  coordination process.

17

18  DATED: March 2, 2020                    Respectfully submitted,

19                                          ROSEN BIEN GALVAN & GRUNFELD LLP

20

21                                          By: */s/ Jessica Winter*
22                                              Jessica Winter

23                                          Attorneys for Plaintiffs

24
25
26
27
28

1
NOTICE OF FILING MOTION TO STOP DEFENDANTS FROM ASSAULTING, ABUSING AND RETALIATING AGAINST PEOPLE WITH DISABILITIES AT R.J. DONOVAN CORRECTIONAL FACILITY

[3504955.1]