DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION DISABILITY RIGHTS
PROGRAM
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 343-0762

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' NOTICE OF ERRATA REGARDING ECF NO. 6493-1 DECLARATION OF CARA E. TRAPANI IN SUPPORT OF PLAINTIFFS' PROPOSED AGENDA ITEMS FOR FIRST QUARTERLY STATUS CONFERENCE**<br><br>Judge: Hon. Kimberly J. Mueller<br>Date: March 20, 2020<br>Time: 10:00 a.m.<br>Crtrm.: 3; 15th Floor |

1  TO THE COURT, DEFENDANTS, AND DEFENDANTS' COUNSEL:

2  PLEASE TAKE NOTICE that the Declaration of Cara E. Trapani in Support of
3  Plaintiffs' Proposed Agenda Items for First Quarterly Status Conference ("Trapani Decl."),
4  ECF No. 6493-1, contains one typographical error on page 2[1] at line 4 that requires
5  clarification. Nine of the 38 suicides that occurred in CDCR in 2019 occurred at
6  California State Prison, Sacramento ("SAC"). A corrected version of the Trapani
7  Declaration is attached hereto as **Exhibit 1**.

8  Counsel apologizes for any inconvenience this error may have caused the Court,
9  Defendants, or their counsel.

11 DATED: March 3, 2020            Respectfully submitted,

12                                 ROSEN BIEN GALVAN & GRUNFELD LLP

14                                 By: /s/ Cara E. Trapani
15                                     Cara E. Trapani

16                                 Attorneys for Plaintiffs

---

[1] Plaintiffs refer to the Court's ECF pagination.

1
PLAINTIFFS' NOTICE OF ERRATA REGARDING ECF NO. 6493-1 DECLARATION OF CARA E. TRAPANI

[3506484.1]

# EXHIBIT 1

DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION DISABILITY RIGHTS
PROGRAM
39 Drumm Street
San Francisco, California 94111-4805
Telephone: (415) 343-0762

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**CORRECTED DECLARATION OF CARA E. TRAPANI IN SUPPORT OF PLAINTIFFS' PROPOSED AGENDA ITEMS FOR FIRST QUARTERLY STATUS CONFERENCE**<br><br>Judge: Hon. Kimberly J. Mueller<br>Date: March 20, 2020<br>Time: 10:00 a.m.<br>Crtrm.: 3, 15th Floor |

I, Cara E. Trapani, declare:

1. I am an attorney duly admitted to practice before this Court. I am an associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Proposed Agenda Items For First Quarterly Status Conference.

2. The CDCR suicide rate for 2019 was 30.3 deaths per 100,000 people. There were 38 suicides in 2019. Dylan Verner-Crist, a paralegal employed at my firm working under my direction and supervision, calculated these 2019 rates by using the methodology employed by the Special Master's experts in their 2014 Suicide Report. *See* Report on Suicides Completed in the California Department of Corrections and Rehabilitation, January 1, 2014 – December 31, 2014, ECF No. 5428 at 1-6 (Mar. 29, 2016). In the report, the Special Master's experts give the CDCR suicide rates for the years 1999 through 2014, calculated by multiplying the number of suicides for the given year by 100,000 and then dividing this number by the total in-custody population as of June 30 of that same year. *See id.* at 2. Following this methodology, Mr. Verner-Crist used the total in-custody population figure for June 30, 2019 that is reported in CDCR's Monthly Total Population Report. Attached hereto as **Exhibit A** is a true and correct copy of the CDCR population report used for this calculation, available at https://www.cdcr.ca.gov/research/wp-content/uploads/sites/174/2019/07/Tpop1d1906.pdf, which shows that the total in-custody population as of June 30, 2019 was 125,472 prisoners.

3. To calculate the number of suicides per year, Mr. Verner-Crist, under my supervision, used CDCR's Suicide Death Notifications, which Defendants regularly provide to Plaintiffs' counsel in this case. To obtain the suicide rate for 2019, Mr. Verner-Crist first multiplied the number of suicides by 100,000 and then divided the resulting figure by the June 30, 2019 population of 125,472 incarcerated people.

4. Nine of the 38 suicides that occurred in CDCR in 2019 occurred at California State Prison, Sacramento ("SAC"). There have been ten suicides at SAC since December 2018. Mr. Verner-Crist, under my supervision, calculated these totals using CDCR's Suicide Death Notifications.

5. From February 18 through 20, 2020, CDCR sent a "Support Team" to SAC focused on suicide prevention and violence against staff members. The Support Team consisted of approximately 20 interdisciplinary staff members from CDCR Headquarters, Regional Units, clinical and custodial leadership from prisons other than SAC, and the Office of the Ombudsman. My colleague Marc Shinn-Krantz attended as an observer, as did members of the *Coleman* Special Master Team. CDCR identified numerous problems during the visit, including inadequate staffing, staff burnout, quality of clinical treatment, concerns about pressure to lower class members' levels of care, maintenance and physical layout of the institution, staff responses to class members' reports of suicidality, and lack of training regarding internal policies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 3rd day of March, 2020.

*/s/ Cara E. Trapani*
Cara E. Trapani

# EXHIBIT A

```
California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
July 1, 2019

                        Monthly Report of Population
                        As of Midnight June 30, 2019
_____
                             Total CDCR Population
_____

                              Felon/  Change Since Change Since Design  Percent  Staffed
Population                    Other   Last Month   Last Year    Capacity Occupied Capacity

A. Total In-Custody/CRPP Supervision  125,472    -359      -3,945

 I.  In-State                         125,472     +13      -1,100
       (Men, Subtotal)                119,781     +42        -885
       (Women, Subtotal)                5,691     -29        -215

   1. Institution/Camps               117,682     +95      -1,183   89,763  131.1  125,575
        Institutions                  114,831    +448        -432   85,083  135.0  121,331
        Camps(CCC, CIW, and SCC)        2,851    -353        -751    4,680   60.9    4,244

   2. In-State Contract Beds            6,405     -82        +108
        Private Community Correctional Facilities  1,939   -45    -66
        Public Community Correctional Facilities   1,761   -11    -16
        Community Prisoner Mother Program             22     0      0
        California City Correctional Facility      2,441    -8   +219
        Female Community ReEntry Facility, McFarland 242   -18    -29

   3. Department of State Hospitals        190      +4        -42

   4. CRPP Supervision                   1,195      -4        +17
        Alternative Custody Program         160      +3         +2
        Custody to Community Treatment
          Reentry Program                   383      -2         +3
        Male Community Reentry Program      628      -5        +17
        Medical Parole                       24       0         -5

B. Parole                              50,822    +754     +3,452
     Community Supervision             48,950    +759     +3,544
     Interstate Cooperative Case        1,872      -5        -92

C. Non-CDCR Jurisdiction                1,083     +10        +72
     Other State/Federal Institutions     323      +2         -6
     Out of State Parole                  717     +11        +99
     Out of State Parolee at Large         13      -1         -1
     DJJ-W&IC 1731.5(c) Institutions       30      -2        -20

D. Other Populations                    6,247     -90       +468
     Temporary Release to Court and Hospital 1,536  +9     +263
     Escaped                              199       0         +2

     Parolee at Large                  4,512     -99       +203

Total CDCR Population                 183,624    +315        +47
_____
```

This report contains the latest available reliable population figures from SOMS.  They have been carefully audited, but are preliminary, and therefore subject to revision.

Report #: SOMS-TPOP-1, Page 1

California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
July 1, 2019

Monthly Report of Population
As of Midnight June 30, 2019

## Monthly Institution Population Detail

| Institutions | Felon/ Other | Design Capacity | Percent Occupied | Staffed Capacity |
|---|---:|---:|---:|---:|
| **Male Institutions** | | | | |
| Avenal State Prison (ASP) | 3,744 | 2,920 | 128.2 | 4,370 |
| Calipatria State Prison (CAL) | 3,493 | 2,308 | 151.3 | 3,333 |
| California Correctional Center (CCC) | 3,853 | 3,883 | 99.2 | 4,762 |
| California Correctional Institution (CCI) | 3,739 | 2,783 | 134.4 | 4,120 |
| Centinela State Prison (CEN) | 3,515 | 2,308 | 152.3 | 3,333 |
| California Health Care Facility - Stockton (CHCF) | 2,704 | 2,951 | 91.6 | 2,951 |
| California Institution for Men (CIM) | 3,665 | 2,976 | 123.2 | 4,186 |
| California Men's Colony (CMC) | 3,540 | 3,838 | 92.2 | 4,398 |
| California Medical Facility (CMF) | 2,539 | 2,361 | 107.5 | 2,847 |
| California State Prison, Corcoran (COR) | 3,179 | 3,116 | 102.0 | 4,270 |
| California Rehabilitation Center (CRC) | 2,933 | 2,491 | 117.7 | 3,210 |
| Correctional Training Facility (CTF) | 5,492 | 3,312 | 165.8 | 4,887 |
| Chuckawalla Valley State Prison (CVSP) | 2,741 | 1,738 | 157.7 | 2,478 |
| Deuel Vocational Institution (DVI) | 2,249 | 1,681 | 133.8 | 2,353 |
| Folsom State Prison (FOL) | 2,995 | 2,066 | 145.0 | 2,895 |
| High Desert State Prison (HDSP) | 3,127 | 2,324 | 134.6 | 3,361 |
| Ironwood State Prison (ISP) | 2,693 | 2,200 | 122.4 | 3,200 |
| Kern Valley State Prison (KVSP) | 3,604 | 2,448 | 147.2 | 3,522 |
| California State Prison, Los Angeles County (LAC) | 3,207 | 2,300 | 139.4 | 3,300 |
| Mule Creek State Prison (MCSP) | 4,035 | 3,284 | 122.9 | 4,009 |
| North Kern State Prison (NKSP) | 4,246 | 2,694 | 157.6 | 3,911 |
| Pelican Bay State Prison (PBSP) | 2,663 | 2,380 | 111.9 | 3,250 |
| Pleasant Valley State Prison (PVSP) | 3,416 | 2,308 | 148.0 | 3,333 |
| RJ Donovan Correctional Facility (RJD) | 3,980 | 2,992 | 133.0 | 3,942 |
| California State Prison, Sacramento (SAC) | 2,112 | 1,828 | 115.5 | 2,449 |
| California Substance Abuse Treatment Facility (SATF) | 5,454 | 3,424 | 159.3 | 5,111 |
| Sierra Conservation Center (SCC) | 3,918 | 3,936 | 99.5 | 4,570 |
| California State Prison, Solano (SOL) | 4,533 | 2,610 | 173.7 | 3,882 |
| San Quentin State Prison (SQ) | 4,243 | 3,082 | 137.7 | 3,984 |
| Salinas Valley State Prison (SVSP) | 3,148 | 2,452 | 128.4 | 3,409 |
| Valley State Prison (VSP) | 2,885 | 1,980 | 145.7 | 2,954 |
| Wasco State Prison (WSP) | 5,023 | 2,984 | 168.3 | 4,351 |
| Male Total | 112,668 | 85,958 | 131.1 | 116,931 |
| **Female Institutions** | | | | |
| Central California Women's Facility (CCWF) | 2,781 | 2,004 | 138.8 | 2,964 |
| California Institution for Women (CIW) | 1,798 | 1,398 | 128.6 | 1,877 |
| Folsom State Prison (FOL) | 434 | 403 | 107.7 | 530 |
| San Quentin State Prison (SQ) | 1 | 3,082 | 0.0 | 3,273 |
| Female Total | 5,014 | 3,805 | 131.8 | 8,644 |
| Institution Total | 117,682 | 89,763 | 131.1 | 125,575 |

```
California Department of Corrections and Rehabilitation
Division of Correctional Policy Research and Internal Oversight
Office of Research
July 1, 2019
```

                              Monthly Report of Population
                              As of Midnight June 30, 2019

------------------------------------------------------------------------
                                      Notes

- Felon/Other counts are felons, county contract boarders, federal boarders, state boarders, safekeepers, county diagnostic cases, Department of Mental Health boarders, and Division of Juvenile Justice boarders.
- Interstate Cooperative Cases are parolees from other states being supervised in California.
- Non-CDCR Jurisdiction are California cases being confined in or paroled to other states or jurisdictions.
- Welfare and Institution Code (W&IC) 1731.5(c) covers persons under the age of 21 who were committed to CDCR, had their sentence amended, and were incarcerated at the Division of Juvenile Justice for housing and program participation.
- Other Population includes inmates temporarily out-to-court, inmates in hospitals, escapees, and parolees at large.