UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | No. 2:90-cv-0520 KJM KJN P<br><br><br><br>ORDER |

On February 12, 2020, the Special Master filed a request for appointment of additional staff. ECF No. 6461. By minute order filed February 19, 2020, the parties were granted until 5:00 p.m. on February 24, 2020 to file a response to the request. ECF No. 6473. Defendants have filed a response stating they have no opposition to the request. ECF No. 6481.

The Special Master seeks appointment of Kahlil A. Johnson, M.D.; Sharen E. Barboza, Ph.D., CCHP-MH, CiWPP; William J. Trezvant, Esq.; Michael F. Ryan, Jr., Esq.; Braxton H. Medlin, J.D.; and paralegal Sofia A. Millham to his staff. Consistent with the existing compensation structure for the Special Master's team, as experts, Dr. Johnson and Dr. Barboza are each to be compensated at the rate of two hundred fifty dollars ($250.00) per hour for their work and ninety dollars ($90.00) per hour for travel time, plus reasonable expenses. As monitors, Mr. Trezvant, Mr. Ryan, and Mr. Medlin are each to be compensated at the rate of two hundred thirty-five ($235.00) per hour for their work and ninety dollars ($90.00) per hour for travel time,

1

plus reasonable expenses. As a paralegal, Ms. Millham is to be compensated at the rate of one hundred ninety dollars ($190.00) per hour for her work and ninety dollars ($90.00) per hour for travel time, plus reasonable expenses.

Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Special Master's February 12, 2020 request for appointment of additional staff, ECF No. 6461, is GRANTED; and

2. The Special Master is authorized to appoint Kahlil A. Johnson, M.D.; Sharen E. Barboza, Ph.D., CCHP-MH, CiWPP; William J. Trezvant, Esq.; Michael F. Ryan, Jr., Esq.; Braxton H. Medlin, J.D.; and paralegal Sofia A. Millham to his staff to perform the duties set forth in the Special Master's Proposal for Additional Staff and the accompanying memorandum, filed February 12, 2020, and to be compensated at the rates set forth in this order.

DATED: March 3, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE