XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7323
 Fax: (916) 324-5205
 E-mail: Lucas.Hennes@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                                       Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>                                       Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF R. JUAREZ SUPPORTING DEFENDANTS' RESPONSE TO FEBRUARY 26, 2020 ORDER** |

I, R. Juarez, declare:

1. I am currently employed by the California Department of Corrections and Rehabilitation (CDCR) as an Associate Warden at California State Prison, Corcoran. I have personal knowledge of the matters set forth in this declaration, and if called upon to testify as to those matters, I could and would do so.

2. At the request of the Office of the Attorney General, I interviewed staff in all restricted housing units, including the Security Housing Unit (SHU), Short Term Restricted

1

1 | Housing Unit (STRH), and the Long Term Restricted Housing Unit (LTRH) at Corcoran
2 | regarding the following questions:
3 |     (a) When conducting Guard One security and welfare checks during first watch (*i.e.*,
4 | 10:00 p.m.-6:00 a.m.), does Corcoran staff use silent wands in all restricted housing units,
5 | including LTRH?
6 |     (b) Are there "line-ups" or standing counts during first watch? If so, how frequently
7 | do these counts occur?
8 |     (c) Are earplugs available to inmates housed in Corcoran's LTRH, if requested?
9 | The answer to each question is set forth below.
10 |     3.    Corcoran staff who perform Guard One security and welfare checks during first
11 | watch in Corcoran's restricted housing units regularly use "silent wands"—wands specially
12 | programmed by the manufacturer to be silent. These silent wands are clearly marked to indicate
13 | that they are silent. If or when the silent wands require replacement, staff are directed to submit a
14 | request, which is referred to as a "remedy ticket," to fix or exchange the wand. If necessary and
15 | in the absence of sufficient silent wands, staff wrap tape around a sounding wand's speaker
16 | mechanism to eliminate any beeping noise. My staff at Corcoran have observed this practice, and
17 | the sound produced was minimal and did not appear to disturb any sleeping inmates during first
18 | watch. Once a staff member submits a remedy ticket, the malfunctioning wand is replaced within
19 | a business day. Corcoran is also procuring additional silent wands to have them in reserve for
20 | staff to use should wands malfunction. Further, staff in all restricted housing units have been told
21 | to ensure they are submitting remedy tickets in a timely manner when a silent wand requires
22 | repair or replacement.
23 |     4.    I asked all supervisors and officers in Corcoran's restricted housing units about "line-
24 | ups" or standing counts. I understand from the Attorney General's Office that the concern here is
25 | that staff conducting Guard One security and welfare checks during first watch are waking up
26 | inmates in the middle of the night and asking them to "line-up" or stand to record whether the
27 | inmate is well, safe, and secure. All staff reported that they perform no such "line-up" or
28 | standing count on first watch. To verify this information, I directed my staff to search the

2

Strategic Management Offender System—which is CDCR's central database with information on each inmate in its custody—for rules violation reports issued to inmates in the past eighteen months for missing standing count or "line-ups" on first watch. We did not find any rules violation reports fitting these criteria.

5. Finally, CDCR's Department Operations Manual allows all inmates (not just *Coleman* class members) to have two sets of earplugs. Inmates can buy earplugs as part of their special purchase packages. I reviewed inmate Christopher Lipsey's (F-18039) property card (CDCR Form 1083)—he does not have earplugs as part of his property.

I declare that the foregoing is true under penalty of perjury. Executed this 4th day of March, 2020 at Corcoran, California.

R. JUAREZ
Associate Warden
California State Prison, Corcoran

3

Declaration of R. Juarez (2:90-cv-00520 KJM-DB (PC))