# REICHMAN JORGENSEN LLP

Kate Falkenstien
Direct Dial: (650) 623-1425
kfalkenstien@reichmanjorgensen.com

100 Marine Parkway
Suite 300
Redwood Shores, CA 94065

March 5, 2020

Hon. Kimberly J. Mueller
United States District Judge
Eastern District of California, Sacramento Division
Robert T. Matsui United States Courthouse
501 I Street, #4-200
Sacramento, CA  95814

       RE:     *Coleman v. Newsom*, No. S-90-0520-KJM-DB-P

Dear Judge Mueller:

I write in response to the Court's order requiring "further information regarding the pending rules violations for which Lipsey may face more time in restrictive housing." *See* Order Granting Mot. to Intervene, Dkt. No. 6487 (Feb. 27, 2020).

I spoke to Mr. Lipsey on the phone on March 3, and I asked him for more information about his pending rules violations. Mr. Lipsey informed me that he has two pending rules violation reports: one for possession of a deadly weapon, and one for assault on a peace officer. These rules violation allegations stem from incidents in September 2019. Mr. Lipsey understands that they will be adjudicated once the district attorney decides whether to press charges outside of the prison disciplinary process. Mr. Lipsey will mail me documents substantiating his pending rules violations allegations, and I am happy to file them with the Court once I receive them.

Mr. Lipsey's current SHU term expires on March 12, 2020. Mr. Lipsey has been informed that he will be transferred to High Desert State Prison, and he understands that that transfer is likely to happen within a week or so of March 12.

If the Court may dismiss Mr. Lipsey's claims as an intervenor based on mootness without a formal motion to dismiss by Defendants, I respectfully request that the Court permit Mr. Lipsey to file a brief on this issue before the Court rules. The prior mootness briefing in related cases does not address this situation in which an inmate faces a pending disciplinary hearing. That key fact may affect the case law regarding the "capable of repetition" doctrine, because Mr. Lipsey's likely upcoming SHU term does not depend on any speculative, future misconduct.

Best regards,

/s/ Kate Falkenstien

Kate Falkenstien

SILICON VALLEY · NEW YORK · ATLANTA · WASHINGTON, D.C.