| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>KYLE A. LEWIS, State Bar No. 201041<br>LUCAS L. HENNES, State Bar No. 278361<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7323<br>  Fax: (916) 324-5205<br>  E-mail: Lucas.Hennes@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>         v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER**<br><br>Date:          April 24, 2020<br>Time:         10:00 a.m.<br>Courtroom: Courtroom 3, 15th Floor<br>Judge:        The Honorable<br>                   Kimberly J. Mueller |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on April 24, 2020, at 10:00 a.m., Defendants will move this Court for a protective order narrowing the scope of Plaintiff-Intervenor Lipsey's discovery requests so that they conform with this Court's order allowing limited written discovery regarding the Guard One welfare-check system at California State Prison—Corcoran, where Lipsey is housed (ECF No. 6487). While Defendants do not object to providing information to Lipsey consistent with the Court's discovery order, Defendants object to Lipsey's requests because they

1

1 are overly broad and seek information beyond the order, are highly burdensome, seek discovery
2 that is not relevant to Lipsey's narrow claim in a way proportional to the needs of his case, and
3 impose discovery obligations that distract Defendants from their daily duty to operate and
4 maintain a sustainable mental health services program for over thirty-thousand inmates statewide.

As required by Local Rule 251, Defendants will meet and confer with Plaintiff-Intervenor Lipsey to resolve this matter before the hearing.

Dated:  March 13, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Lucas L. Hennes*

LUCAS L. HENNES
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003
14517943

2

Defs.' Not. Mot. & Motion Prot. Order (2:90-cv-00520 KJM-DB (PC))