1    Xavier Becerra, State Bar No. 118517          Roman M. Silberfeld, State Bar No. 62783
     Attorney General of California                Glenn A. Danas, State Bar No. 270317
2    Monica N. Anderson, State Bar No. 182970      Robins Kaplan LLP
     Senior Assistant Attorney General              2049 Century Park East, Suite 3400
3    Adriano Hrvatin, State Bar No. 220909          Los Angeles, CA 90067-3208
     Supervising Deputy Attorney General            Telephone:  (310) 552-0130
4    Elise Owens Thorn, State Bar No. 145931        Fax:  (310) 229-5800
     Tyler V. Heath, State Bar No. 271478           E-mail:  RSilberfeld@RobinsKaplan.com
5    Kyle A. Lewis, State Bar No. 201041          *Special Counsel for Defendants*
     Lucas L. Hennes, State Bar No. 278361
6
     Deputy Attorneys General
7      1300 I Street, Suite 125
       P.O. Box 944255
8      Sacramento, CA 94244-2550
       Telephone:  (916) 210-7318
9      Fax:  (916) 324-5205
       E-mail:  Elise.Thorn@doj.ca.gov
10   *Attorneys for Defendants*

11                     IN THE UNITED STATES DISTRICT COURT

12                     FOR THE EASTERN DISTRICT OF CALIFORNIA

13                              SACRAMENTO DIVISION

14

15

| | |
|---|---|
| 16  **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| 17                          Plaintiffs, | **DEFENDANTS' CENSUS, WAITLISTS, AND TRANSFER TIMELINES** |
| 18       **v.** | **COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE** |
| 19  **GAVIN NEWSOM, et al.,** | |
| 20                          Defendants. | |
| 21 | |

22

23        Defendants California Department of Corrections and Rehabilitation (CDCR) and

24   Department of State Hospitals (DSH) file the attached reports capturing data concerning patient

25   census, waitlists, and compliance with transfer timelines for inpatient mental health care in

26   compliance with the Court's October 13, 2015 order.  (ECF No. 5367.)  Attached is a letter from

27   CDCR and DSH enclosing the following census and inpatient reports, as modified by the Court's

28   April 19, 2017 order (ECF No. 5610):  (1) DSH CDCR Patient Census and Waitlist Report

[3419376.1]                                    1

1   (Exhibit A); (2) CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and

2   Waitlist Report as of February 24, 2020; (3) CDCR Mental Health Crisis Bed *Coleman* Patient

3   Census and Waitlist Report as of February 24, 2020 (Exhibit C); (4) Psychiatric Inpatient

4   Programs Census Report as of 2/24/20 (Exhibit D); (5) CDCR Inpatient Program Referrals:

5   Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or

6   Closed in February 2020 (Exhibit E); and (6) DSH Psychiatric Inpatient Timelines Compliance

7   Report, Patients Admitted February 1 through February 29, 2020 Who Waited Beyond Program

8   Guide Timelines (Exhibit F).

9         The compliance reports at Exhibits E and F show that six patients admitted to inpatient

10  programs in February 2020 were transferred outside Program Guide timelines, five subject to

11  Program Guide exceptions, and one patient transferred two days beyond Program Guide transfer

12  timelines without an exception.  For the one patient transferred out of compliance, CDCR

13  analyzed the missed timeline and determined that it happened because of a weekend tracking

14  error that is highly unlikely to occur again.  Also, the institution is working with custody staff to

15  provide additional training for intra-facility bed moves, and CDCR is taking additional steps to

16  identify patients who require same day follow up to ensure timely admission.  Further, all patients

17  who require tracking over the weekend, including those who have been accepted, but have not

18  physically moved, will be highlighted in tracking reports.  CDCR will continue to remain vigilant

19  in monitoring transfer timelines.

20        As reflected in the attached letter, CDCR and DSH are working to address the public health

21  crisis due to the COVID-19 virus, and are keeping the Special Master and Plaintiffs apprised of

22  those efforts as well as the impact on the transfer of patients to inpatient programs.

23

24

25

26

27

28

Defs.' Census, Waitlists and Compliance Reports for Inpatient Mental Health Care  (2:90-cv-00520 KJM-DB (PC))

1     Dated:  March 16, 2020                  XAVIER BECERRA

                                                 Attorney General of California

2                                                ADRIANO HRVATIN

                                               Supervising Deputy Attorney General

3

4                                            */s/ ELISE OWENS THORN*

                                              Elise Owens Thorn

5                                              Deputy Attorney General

                                             *Attorneys for Defendants*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                  EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



March 16, 2020

Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. Hrvatin and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) and the California Department of State Hospitals (DSH) submit their monthly information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental health care. CDCR and DSH also provide information concerning the impact of the current public health crisis on the transfer of patients between their respective mental health programs.

**Inpatient Reporting for February 2020.**

The DSH CDCR Patient Census and Waitlist Report, attached as Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted February 1 through February 29, 2020 Who Waited Beyond Program Guide Timelines, attached as Exhibit F, are based on data from the DSH Bed Utilization Management Report.

The CDCR Psychiatric Inpatient Programs (PIP) Coleman Patient Census and Waitlist Report as of February 24, 2020 (Exhibit B), the CDCR Mental Health Crisis Bed Coleman Patient Census and Waitlist Report as of February 24, 2020 (Exhibit C), the Psychiatric Inpatient Programs Census Report as of 2/24/2020 (Exhibit D), and the CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in February 2020 (Exhibit E), are generated using data from CDCR's tracking software, the Referrals to Inpatient Programs Application.

The reports attached as Exhibits A through D reflect data collected at a single point in time and, as a result, should not be used for purposes outside of those reports. The reports attached as Exhibits E and F are compliance reports from CDCR and DSH, both of which include requested compliance data for all referrals admitted to inpatient care in February 2020, for any inmate-patient who waited beyond the timelines specified in the Mental Health Services Delivery System Program Guide (2009 Revision) at 12-1-16.

As reported in Exhibit E, one patient was transferred to an inpatient program two days over Program Guide timelines without an exception. CDCR analyzed the missed timeline to determine why it occurred. CDCR found it was the result of a weekend tracking error that is highly unlikely to repeat. Nonetheless, the institution that missed the transfer timeline is working with custody staff to provide additional training for intra-facility bed moves. Additional

March 16, 2020
Page Two

steps have also been taken to highlight patients who require same day follow up to ensure timely admission. Further, all patients who require tracking over the weekend, including those who have been accepted, but have not physically moved, will be highlighted in tracking reports. CDCR will continue to remain vigilant in monitoring transfer timelines.

**COVID-19's Impact on Patient Transfers to and from Inpatient Programs.**

The Governor of California issued a Proclamation of a State of Emergency, dated March 4, 2020, due to the COVID-19 virus. Accordingly, under the Governor's Proclamation and to prevent the introduction and/or spread of COVID-19, DSH's Director will exercise her discretionary power to temporarily suspend the transfer into, or discharge from, any DSH hospital of all patients placed in DSH hospitals under Penal Code section 2684. The suspension will begin Tuesday, March 17, 2020. In this time of crisis, DSH needs to protect the health and safety of its staff, its patient population, and the public. DSH will provide additional information regarding this action on its public website when available. DSH notified the Special Master and Plaintiffs as soon as this emergency action became necessary.

CDCR also reports that due to the fluid nature of the COVID-19 pandemic, transfer timelines may be impacted going forward. CDCR will continue to notify, in a timely manner, the Office of the Special Master and Plaintiffs when COVID-19 restrictions impact bed availability or transfer timeframes.

Sincerely,

/s/ *Eureka Daye*                              /s/ *Stephanie Clendenin*
EUREKA DAYE                                STEPHANIE CLENDENIN
Deputy Director (A)                          Director
Statewide Mental Health Program         Department of State Hospitals

# Exhibit A

State of California
GAVIN NEWSOM, Governor

# DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION
Patient Management Unit
1600 North Street, Room 420
Sacramento, CA 95814



## DSH CDCR Patient Census and Waitlist Report
Data as of: 2/24/20

### Acute Care Patients

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (Includes 0 Waiting >10 Days) |

### Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 237 | 2 | 0 | 0 | 17 | | | | |
| Coalinga | 50 | 48 | 2 | 0 | 0 | 0 | | | | |
| Total | 306 | 285 | 4 | 0 | 0 | 17 | 6 | 5 | 6 | 17 |
| | | | | | | | | | | (Includes 0 Waiting >30 Days) |

### Intermediate Care Low Custody - Unlocked Dorms - Female

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 13 | 2 | 0 | 0 | 15 | 0 | 2 | 0 | 2 |
| Total | 30 | 13 | 2 | 0 | 0 | 15 | 0 | 2 | 0 | (Includes 0 Waiting >30 Days) |

[1] Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated Coleman beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2] Redlined beds are temporarily unavailable due to repairs.

[3] Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5] Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6] Beds at DSH-P are for female patients only.

Source: BUMMs

1 of 1

# Exhibit B

# CDCR Psychiatric Inpatient Programs (PIP)
## Coleman Patient Census and Waitlist Report as of
## February 24, 2020

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals[4] | Accepted Referrals[5] | Total Waitlist | Total Acute Referrals Waiting > 10 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 204 | 193 | 3 | 0 | 7 | 1 | | | | |
| California Medical Facility (CMF) | 218 | 195 | 4 | 0 | 0 | 19 | | | | |
| Total | 422 | 388 | 7 | 0 | 7 | 20 | 46 | 4 | 50 | 1 |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 75 | 2 | 0 | 0 | 7 | | | | |
| Total | 84 | 75 | 2 | 0 | 0 | 7 | 9 | 0 | 9 | 0 |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 330 | 322 | 4 | 1 | 11 | -8 | | | | |
| CMF Multi Cell | 70 | 52 | 7 | 0 | 0 | 11 | | | | |
| CMF Single Cell | 94 | 90 | 1 | 0 | 0 | 3 | | | | |
| SVSP Multi Cell | 44 | 43 | 2 | 0 | 0 | -1 | | | | |
| SVSP Single Cell | 202 | 195 | 5 | 0 | 0 | 2 | | | | |
| Total | 740 | 702 | 19 | 1 | 11 | 7 | 61 | 5 | 66 | 2 |

| MALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CSP, San Quentin (Condemned) | 30 | 27 | 0 | 0 | 0 | 3 | | | | | |
| CSP, San Quentin (Non-Condemned) | 10 | 2 | 0 | 0 | 0 | 8 | | | | | |
| Total | 40 | 29 | 0 | 0 | 0 | 11 | 1 | 0 | 1 | 0 | 0 |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 35 | 3 | 0 | 0 | 7 | | | | |
| Total | 45 | 35 | 3 | 0 | 0 | 7 | 2 | 1 | 3 | 0 |

| GRAND TOTALS - ALL PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1331 | 1229 | 31 | 1 | 18 | 52 | 119 | 10 | 129 | 1 | 2 |

1 Beds Reserved - Beds held or endorsed by the Health Care Placement Oversight Program (HCPOP) for a specific patient. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

2 Beds Redlined - Beds are temporarily unavailable (pr patient placement due to repairs or single cell status (ill in a two-man cell).

3 Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

4 Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

5 Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

* The one APP referral waiting greater than 10 days is pending a medical hold exception.

**There are two ICF referrals waiting greater than 30 days; one is pending a medical hold exception and the other is an inmate-patient that refused transfer.

Data Source: RIPA

CCHCS, Health Care Placement Oversight Program

# Exhibit C

**CDCR Mental Health Crisis Bed**
*Coleman* **Patient Census and Waitlist Report as of**
**February 24, 2020**

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 407 | 323 | 20 | 64 | 12 | 12 | 0 |
| Female Programs | 41 | 31 | 1 | 9 | 3 | 0 | 0 |
| Totals | 448 | 354 | 21 | 73 | 15 | 12 | 0 |

Data Source: HEART

CCHCS, Health Care Placement Oversight Program

# Exhibit D

## PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 02/24/2020

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 218 | No Score: | 3 |
| | | Level I: | 12 |
| | | Level II: | 46 |
| | | Level III: | 31 |
| | | Level IV | 103 |
| | | **Total Census:** | **195** |
| PIP-Stockton | 203 | No Score: | 7 |
| | | Level I: | 14 |
| | | Level II: | 50 |
| | | Level III: | 24 |
| | | Level IV | 98 |
| | | **Total Census:** | **193** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| **Totals for Male Acute** | **421** | | **388** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 331 | No Score: | 4 |
| | | Level I: | 10 |
| | | Level II: | 57 |
| | | Level III: | 30 |
| | | Level IV | 221 |
| | | **Total Census:** | **322** |
| | | *Total out of LRH:* | *192* |
| PIP-Vacaville | 94 | No Score: | 1 |
| | | Level I: | 3 |
| | | Level II: | 21 |
| | | Level III: | 14 |
| | | Level IV | 51 |
| | | **Total Census:** | **90** |
| | | *Total out of LRH:* | *56* |
| PIP-Vacaville Multi-person Cells | 70 | No Score: | 1 |
| | | Level I: | 0 |
| | | Level II: | 10 |
| | | Level III: | 11 |
| | | Level IV | 30 |
| | | **Total Census:** | **52** |
| | | *Total out of LRH:* | *19* |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 02/24/2020**

| | | | |
|---|---|---|---|
| PIP-Salinas Valley | 202 | No Score: | 1 |
| | | Level I: | 5 |
| | | Level II: | 24 |
| | | Level III: | 30 |
| | | Level IV | 117 |
| | | PC 1370: | 16 |
| | | WIC 7301: | 2 |
| | | **Total Census:** | **195** |
| | | *Total out of LRH:* | *80* |
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 9 |
| | | Level III: | 5 |
| | | Level IV | 28 |
| | | PC 1370: | 0 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **43** |
| | | *Total out of LRH:* | *20* |
| **Totals for Male ICF High Custody** | **741** | | **702** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 1 |
| | | Level I: | 5 |
| | | Level II: | 18 |
| | | Level III: | 16 |
| | | Level IV | 35 |
| | | **Total Census:** | **75** |
| | | *Total out of LRH:* | *21* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 29 |
| | | Level II: | 133 |
| | | Level III: | 29 |
| | | Level IV | 46 |
| | | **Total Census:** | **237** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 6 |
| | | Level II: | 23 |
| | | Level III: | 7 |
| | | Level IV | 12 |
| | | **Total Census:** | **48** |
| **Totals for Male ICF Low Custody** | **390** | | **360** |

CCHCS, Health Care Placement Oversight Program
Referrals to Inpatient Programs Application (RIPA)

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS REPORT AS OF 02/24/2020**

| | | | |
|---|---|---|---|
| **Male Condemned Program** | | | |
| PIP-San Quentin | 30 | Total Census: | **27** |
| PIP-San Quentin *Non-Condemned* | 10 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 1 |
| | | Level IV | 1 |
| | | **Total Census:** | **2** |
| **Totals for Male ICF/Acute** | **40** | | **29** |
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 9 |
| | | Level III: | 1 |
| | | Level IV | 1 |
| | | **Total Census:** | **13** |
| PIP-California Institution for Women | 45 | No Score: | 5 |
| | | Level I: | 1 |
| | | Level II: | 10 |
| | | Level III: | 1 |
| | | Level IV: | 17 |
| | | WIC 7301: | 1 |
| | | **Total Census:** | **35** |
| | | *Total out of LRH:* | *3* |
| **Totals for Female ICF/Acute** | **75** | | **48** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1667** | | **1527** |

❖ **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Programs:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

# Exhibit E

**CDCR INPATIENT PROGRAM REFERRALS:**
**COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN FEBRUARY 2020**

| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
|---|---|---|---|---|---|---|---|
| Intermediate (ICF) | 207 | 183 | 4 | 20 | 3 | 1 | 2 |
| Acute (APP) | 161 | 150 | 2 | 9 | 2 | 0 | 0 |
| TOTALS | 368 | 333 | 6 | 29 | 5 | 1 | 2 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP. Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU); or if accepted at a Department of State Hospitals (DSH) program, upon DSH acceptance.
[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, and/or on medical or Vitek holds.

Data Source: Referrals to Inpatient Programs Application (RIPA)

CCHCS, Health Care Placement Oversight Program

**DETAIL OF APP REFERRALS OUT OF COMPLIANCE**
**FEBRUARY 2020**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring Level of Care | IDTT Referral Date | Date Referral Received Complete by MH IRU (Timeframes Start) | Date Referral Sent to HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | CMF | ███ | ███ | MHCB | 2/8/2020 | 2/12/2020 | 2/12/2020 | Acute / preliminary Single Cell | 02/12/2020 | APP: VPP | 02/12/2020 11:29:00 |
| APP | CMF | ███ | ███ | MHCB | 2/6/2020 | 2/11/2020 | 2/11/2020 | Acute / preliminary Single Cell | 02/13/2020 | APP: VPP | 02/13/2020 13:03:00 |

## DETAIL OF APP REFERRALS OUT OF COMPLIANCE
## FEBRUARY 2020

| HCPOP Endorsement Location | HCPOP Endorsement Date | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Comments for DELAY / EXCEPTION | Referral Status | Days from Referral to MH IRU and Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| APP: VPP | 02/18/2020 15:18:00 | APP: VPP | 02/24/2020 | APP: VPP | 02/25/2020 10:13:16 | **EXCEPTION**: Medical Hold | Admitted | 13 | N | 3 |
| APP: VPP | 02/14/2020 15:24:00 | APP: VPP | 02/21/2020 | APP: VPP | 02/22/2020 13:00:00 | **EXCEPTION**: Refused to transfer | Admitted | 11 | N | 1 |

**TOTAL DAYS OUT OF COMPLIANCE**   0

**DETAIL OF ICF REFERRALS OUT OF COMPLIANCE**

**FEBRUARY 2020**

| Referral Type | Referring Institution | CDCR Number | Last Name | Referring Level of Care | IDTT Referral Date | Date Referral Received Complete by MH IRU (Timeframes Start) | Date Referral Sent to HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date | HCPOP Endorsement Location |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | CMC | ▮ | ▮ | MHCB | 1/14/2020 | 1/15/2020 | 1/15/2020 | Unlocked Dorms | 01/22/2020 | ICF-High: SVPP (Multi) | 01/22/2020 10:21:00 | ICF-High: CHCF |
| ICF | SAC | ▮ | | EOP-SHU/PSI | 1/16/2020 | 1/21/2020 | 1/21/2020 | Single Cell | 01/21/2020 | ICF-High: SVPP (Single) | 01/21/2020 13:13:00 | ICF-High: SVPP (Single) |
| ICF | CMC | ▮ | ▮ | MHCB | 1/13/2020 | 1/14/2020 | 1/14/2020 | Unlocked Dorms | 01/14/2020 | ICF-Dorms: ASH | 01/14/2020 12:57:00 | ICF-Dorms: ASH |
| | | | | | | | | Single Cell | 02/12/2020 | ICF-High: CHCF | 02/12/2020 09:40:00 | ICF-High: CHCF |
| | | | | | | | | Unlocked Dorms | 01/22/2020 | ICF-High: CHCF | 01/22/2020 14:41:00 | |
| | | | | | | | | Unlocked Dorms | 02/14/2020 | ICF-Dorms: ASH | 02/14/2020 11:16:00 | ICF-Dorms: ASH |
| ICF | SAC | ▮ | ▮ | EOP-GP | 1/15/2020 | 1/22/2020 | 1/22/2020 | Unlocked Dorms | 02/20/2020 | ICF-High: CHCF | 02/20/2020 12:30:00 | ICF-High: CHCF |

## DETAIL OF ICF REFERRALS OUT OF COMPLIANCE
## FEBRUARY 2020

| HCPOP Endorsement Date | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Prog Admit Date/Time | Comments for DELAY / EXCEPTION | Referral Status | Days from Referral to MH IRU and Admission | Within Program Guide Timeframes? | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|
| 02/11/2020 12:09:00 | ICF-High: CHCF | 02/24/2020 | ICF-High: CHCF | 02/25/2020 15:03:24 | **EXCEPTION:** Medical Hold | Admitted | 41 | N | 11 |
| 02/18/2020 11:56:00 | ICF-High: SVPP (Single) | 02/19/2020 | ICF-High: SVPP (Single) | 02/24/2020 21:08:12 | **EXCEPTION:** Refused to Transfer | Admitted | 34 | N | 4 |
| 01/22/2020 15:27:00 | | | | | | | | | |
| 02/12/2020 10:33:00 | ICF-High: CHCF | 02/13/2020 | ICF-High: CHCF | 02/19/2020 21:34:07 | **EXCEPTION:** Refused to Transfer | Admitted | 36 | N | 6 |
| 02/14/2020 11:30:00 | | | | | | | | | |
| 02/20/2020 12:30:00 | ICF-High: CHCF | 02/21/2020 | ICF-High: CHCF | 02/23/2020 10:46:00 | | Admitted | 32 | N | 2 |

**TOTAL DAYS OUT OF COMPLIANCE**    2

# Exhibit F

State of California

# DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION

GAVIN NEWSOM, Governor

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted February 1 through February 29, 2020 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1] Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.

[2] Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH (e.g., transfer to LRH, level of care transfer).

[3] Includes patients admitted in February 2020 who waited greater than 30 days from the DSH referral received date.

[4] Includes the total number of days patients admitted in February 2020 waited beyond 30 days from the DSH referral received date.

1 of 2

Source: BUMMs

State of California

GAVIN NEWSOM, Governor

# DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION

Patient Management Unit
1600 North Street, Room 420
Sacramento, CA 95814

## DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted February 1 through February 29, 2020 Who Waited Beyond Program Guide Timelines

### *Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - |
| Total Number of Patients Waiting Over 30 Days | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - |

Source: BUMMs