1  MICHAEL W. BIEN – 096891
   ERNEST GALVAN – 196065
2  LISA ELLS – 243657
   ROSEN BIEN GALVAN &
3  GRUNFELD LLP
   101 Mission Street, Sixth Floor
4  San Francisco, California 94105-1738
   Telephone: (415) 433-6830
5

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

6  CLAUDIA CENTER – 158255
   AMERICAN CIVIL LIBERTIES UNION
7  FOUNDATION
   DISABILITY RIGHTS PROGRAM
8  39 Drumm Street
   San Francisco, California 94111
9  Telephone: (415) 343-0770

10 Attorneys for Plaintiffs

11

12 UNITED STATES DISTRICT COURT

13 EASTERN DISTRICT OF CALIFORNIA

14

15 RALPH COLEMAN, et al.,

16          Plaintiffs,

17     v.

18 GAVIN NEWSOM, et al.,

19          Defendants.

Case No. 2:90-cv-00520-KJM-DB

**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2019**

Judge: Hon. Deborah Barnes

20

21

22

23

24

25

26

27

28

[3513311.1]

---

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2019 to Defendants via overnight delivery on February 7, 2020.  The parties completed their meet and confer process on March 17, 2020.  The parties have resolved all disputes regarding fees and costs for the Fourth Quarter of 2019, with an agreement to reduce claimed amounts to a total of $1,012,424.35 calculated at a rate of $220.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $1,012,424.35 plus interest is due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees and costs will run from March 11, 2020 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.


DATED:  March 19, 2020          */s/ Elise Thorn*
                               Elise Thorn
                               Deputy Attorney General
                               Attorneys for Defendants


DATED:  March 19, 2020          */s/ Lisa Ells*
                               Lisa Ells
                               ROSEN BIEN GALVAN & GRUNFELD LLP
                               Attorneys for Plaintiffs


        IT IS SO ORDERED.

DATED:  _____, 2020


                               _____
                               Deborah Barnes
                               United States Magistrate Judge

**Coleman v. Newsom**
**Fourth Quarter of 2019**
**October 1, 2019 through December 31, 2019**
Summary of Fees and Costs

|  | **CLAIMED FEES** | **SETTLED FEES** | **COSTS** |
|---|---|---|---|
| **Monitoring, 489-3** | $1,001,070.00 | $966,032.56 | $27,613.55 |
| **Fees on Fees, 489-5** | $6,394.50 | $6,170.69 | $302.99 |
| **Appeal, 489-20** | $12,546.45 | $12,107.32 | $197.24 |
| **Appeal, 489-22** | $0.00 | $0.00 | $0.00 |
| **Totals** | **$1,020,010.95** | **$984,310.57** | **$28,113.78** |

**Claimed Total:**          **$1,048,124.73**

**Settled Total:**          **$1,012,424.35**

3490036

**Coleman v. Newsom**
**Fourth Quarter of 2019**
**October 1, 2019 through December 31, 2019**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Adiba Khan | 159.20 | 154.20 | $220.50 | $34,001.10 | $32,811.06 |
| Alex Gourse | 112.30 | 109.90 | $220.50 | $24,232.95 | $23,384.80 |
| Amy Xu | 226.40 | 185.70 | $220.50 | $40,946.85 | $39,513.71 |
| Benjamin Bien-Kahn | 8.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| Cara E. Trapani | 380.10 | 380.00 | $220.50 | $83,790.00 | $80,857.35 |
| Catherine Johnson | 262.80 | 217.50 | $220.50 | $47,958.75 | $46,280.19 |
| Dylan Verner-Crist | 173.50 | 168.30 | $220.50 | $37,110.15 | $35,811.29 |
| Ellinor Heywood | 40.20 | 40.20 | $220.50 | $8,864.10 | $8,553.86 |
| Emma Cook | 390.30 | 385.30 | $220.50 | $84,958.65 | $81,985.10 |
| Ernest Galvan | 8.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| F. Gail LaPurja | 108.50 | 96.10 | $220.50 | $21,190.05 | $20,448.40 |
| Fely F. Villadelgado | 1.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gay C. Grunfeld | 2.40 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 308.40 | 288.90 | $220.50 | $63,702.45 | $61,472.86 |
| Heather Gans | 211.60 | 200.70 | $220.50 | $44,254.35 | $42,705.45 |
| Jack Gleiberman | 55.00 | 54.90 | $220.50 | $12,105.45 | $11,681.76 |
| Jeffrey L. Bornstein | 0.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jenny S. Yelin | 121.70 | 121.30 | $220.50 | $26,746.65 | $25,810.52 |
| Jessica L. Winter | 381.60 | 369.90 | $220.50 | $81,562.95 | $78,708.25 |
| Karen E. Stilber | 0.40 | 0.00 | $220.50 | $0.00 | $0.00 |
| Linda H. Woo | 168.30 | 168.30 | $220.50 | $37,110.15 | $35,811.29 |
| Lisa Ells | 420.70 | 419.50 | $220.50 | $92,499.75 | $89,262.26 |
| Marc Shinn-Krantz | 223.00 | 201.10 | $220.50 | $44,342.55 | $42,790.56 |
| Marcus V. Levy | 349.50 | 337.40 | $220.50 | $74,396.70 | $71,792.82 |
| Michael L. Freedman | 10.40 | 10.10 | $220.50 | $2,227.05 | $2,149.10 |
| Michael S. Nunez | 39.10 | 39.10 | $220.50 | $8,621.55 | $8,319.80 |
| Michael W. Bien | 196.90 | 188.10 | $220.50 | $41,476.05 | $40,024.39 |
| Penny M. Godbold | 34.80 | 34.80 | $220.50 | $7,673.40 | $7,404.83 |
| Sanford Jay Rosen | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Thomas Nolan | 98.40 | 95.40 | $220.50 | $21,035.70 | $20,299.45 |
| **Total** | **4494.80** | **4266.70** | | **$940,807.35** | **$907,879.10** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alayna O'Bryan | 21.00 | 21.00 | $220.50 | $4,630.50 | $4,468.43 |
| Donald Specter | 52.90 | 52.90 | $220.50 | $11,664.45 | $11,256.19 |
| Gabriela Pelsinger | 11.60 | 11.60 | $220.50 | $2,557.80 | $2,468.28 |
| Ilian Meza Pena | 11.10 | 11.10 | $220.50 | $2,447.55 | $2,361.89 |
| Juliette Mueller | 3.00 | 3.00 | $220.50 | $661.50 | $638.35 |
| Margot Mendelson | 83.20 | 83.20 | $220.50 | $18,345.60 | $17,703.50 |
| Megan Lynch | 1.90 | 1.90 | $220.50 | $418.95 | $404.29 |
| Michael Brodheim | 7.50 | 7.50 | $220.50 | $1,653.75 | $1,595.87 |
| Sara Norman | 1.20 | 1.20 | $220.50 | $264.60 | $255.34 |
| Skye Lovett | 3.00 | 3.00 | $220.50 | $661.50 | $638.35 |
| Steven Fama | 76.90 | 76.90 | $220.50 | $16,956.45 | $16,362.97 |
| **Total** | **273.30** | **273.30** | | **$60,262.65** | **$58,153.46** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$1,001,070.00** | **$966,032.56** |

3490036

**Coleman v. Newsom**
**Fourth Quarter of 2019**
**October 1, 2019 through December 31, 2019**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $2,660.20 | $2,660.20 |
| Outside Copying | $5,321.14 | $5,321.14 |
| Transcription | $4,585.05 | $4,585.05 |
| Telephone | $31.70 | $31.70 |
| Postage and Delivery | $1,838.93 | $1,838.93 |
| Research (Westlaw/Lexis/PACER/Fees) | $1,211.05 | $1,211.05 |
| Witness Fees/Costs | $171.57 | $171.57 |
| Travel | $11,278.09 | $11,278.09 |
| **Total** | | **$27,097.73** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $52.80 | $52.80 |
| Postage | $263.40 | $263.40 |
| Travel | $199.62 | $199.62 |
| **Total** | **$515.82** | **$515.82** |

**GRAND TOTAL**                                 **$27,613.55**

3490036

**Coleman v. Newsom**
**Fourth Quarter of 2019**
**October 1, 2019 through December 31, 2019**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|--------------|---------------|--------------|----------------|----------------|
| F. Gail LaPurja | 1.50 | 1.50 | $220.50 | $330.75 | $319.17 |
| Linda H. Woo | 5.90 | 5.90 | $220.50 | $1,300.95 | $1,255.42 |
| Lisa Ells | 20.50 | 20.00 | $220.50 | $4,410.00 | $4,255.65 |
| **Total** | **27.90** | **27.40** | | **$6,041.70** | **$5,830.24** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|--------------|---------------|--------------|----------------|----------------|
| Ashley Kirby | 1.60 | 1.60 | $220.50 | $352.80 | $340.45 |
| **Total** | **1.60** | **1.60** | | **$352.80** | **$340.45** |

**GRAND TOTAL**                         **$6,394.50**     **$6,170.69**

3490036

**Coleman v. Newsom**
**Fourth Quarter of 2019**
**October 1, 2019 through December 31, 2019**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Outside Postage and Delivery | $57.29 | $57.29 |
| In-House Copying and Printing | $57.40 | $57.40 |
| Outside Copying and Scanning | $188.30 | $188.30 |
| **Total** | | **$302.99** |

**GRAND TOTAL** **$302.99**

3490036

**Coleman v. Newsom**
**Fourth Quarter of 2019**
**October 1, 2019 through December 31, 2019**
Fees on Appeal of July 3, 2018 Order, 489-20

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Cara E. Trapani | 2.30 | 2.30 | $220.50 | $507.15 | $489.40 |
| F. Gail LaPurja | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 2.40 | 2.20 | $220.50 | $485.10 | $468.12 |
| Jenny S. Yelin | 0.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jessica L. Winter | 0.90 | 0.00 | $220.50 | $0.00 | $0.00 |
| Lisa Ells | 45.40 | 45.20 | $220.50 | $9,966.60 | $9,617.77 |
| Michael W. Bien | 7.20 | 7.20 | $220.50 | $1,587.60 | $1,532.03 |
| **Total** | **59.00** | **56.90** | | **$12,546.45** | **$12,107.32** |

**GRAND TOTAL**                    $12,546.45   $12,107.32

**Coleman v. Newsom**
**Fourth Quarter of 2019**
**October 1, 2019 through December 31, 2019**
Costs on Appeal of July 3, 2018 Order, 489-20

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying and Printing | $30.60 | $30.60 |
| Westlaw/Lexis/Pacer | $136.64 | $136.64 |
| Travel | $30.00 | $30.00 |
| **Total** | | **$197.24** |

**GRAND TOTAL**          **$197.24**

3490036

**Coleman v. Newsom**
**Fourth Quarter of 2019**
**October 1, 2019 through December 31, 2019**
Fees on Golding Investigation Orders Appeal, 489-22

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|------|-------------:|--------------:|-------------:|---------------:|---------------:|
| Cara E. Trapani | 0.50 | 0.00 | $220.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 0.20 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jenny S. Yelin | 0.10 | 0.00 | $220.50 | $0.00 | $0.00 |
| Jessica L. Winter | 0.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| Lisa Ells | 1.30 | 0.00 | $220.50 | $0.00 | $0.00 |
| Michael W. Bien | 0.70 | 0.00 | $220.50 | $0.00 | $0.00 |
| **Total** | **3.50** | **0.00** | | **$0.00** | **$0.00** |

**GRAND TOTAL**  $0.00  $0.00

3490036