IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**RALPH COLEMAN, et al.,**
    Plaintiffs,

    vs.        No. 2:90-CV-0520 KJM DB

**GAVIN NEWSOM, et al.,**
    Defendants.

**SPECIAL MASTER'S REPORT ON THE STATUS OF THE TWENTY-EIGHTH ROUND OF MONITORING AND MENTAL HEALTH HEADQUARTERS MONITORING IN VIEW OF THE CORONAVIRUS PANDEMIC**

The Special Master submits this report to inform the court of the current status of the Special Master's monitoring efforts as a result of the coronavirus (COVID-19) outbreak. At the time of this writing, there were 675 confirmed cases and 16 deaths in the state of California.[1]

**STATEWIDE RESPONSE TO COVID-19 OUTBREAK**

During the past three weeks, the Special Master has been in frequent, ongoing contact with California Department of Corrections and Rehabilitation (CDCR) Secretary Ralph Diaz, CDCR Undersecretary Diana Toche, the *Plata* Receiver, J. Clark Kelso, and the *Coleman* parties regarding the rapid developments unfolding statewide related to COVID-19. On March 17, 2020 and March 18, 2020, he also participated in meetings by teleconference with Department of State Hospitals (DSH) Director Stephanie Clendenin, and members of her staff and counsel for the parties.

As part of the state's initial response to the global COVID-19 outbreak, California Governor Gavin Newsom declared a State of Emergency on March 4, 2020. On March 11, 2020,

---

[1] https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx

1

CDCR began to limit outside access into the prisons by canceling regular prison visiting statewide; family visitation was to go on as scheduled. By March 14, 2020, CDCR announced that family visitation would also be suspended, effective March 16, 2020.

On Sunday, March 15, 2020, Governor Gavin Newsom called on all people in California age 65 and over and those with chronic diseases to self-isolate in their homes. On March 16, 2020, six Bay Area counties—including Marin County, where San Quentin State Prison is located—took the unprecedented step of issuing a legal order directing residents to shelter in place for three weeks, beginning on March 17, 2020.[2]

Also, on March 16, 2020, the *Plata* Receiver notified the Special Master of his decision to suspend all *Plata* site visits and on-site audit activities until the end of April, at which time he would reassess and determine whether to lift the suspension. Additionally, on March 16, the director of DSH issued a directive suspending all admissions of *Coleman* class members to DSH hospitals and most discharges for 30 days. On March 17, 2020, CDCR stopped all transfers of out-of-state parolees or inmates to California for 30 days and directed that no volunteers or rehabilitative program providers would be allowed to enter prisons. On March 18, 2020, CDCR directed that all CDCR and California Correctional Health Care Services staff would be given a verbal screening before entering any work locations.

**SPECIAL MASTER'S MONITORING PLANS DURING THE COVID-19 PANDEMIC**

Based upon his ongoing discussions with high-level officials and the *Coleman* parties, given the dramatic and unpredictable spread of COVID-19 witnessed thus far, and out of an abundance of caution, the Special Master determined that it would be prudent and in the best

---

[2] The six Bay Area counties include Alameda, Contra Costa, Marin, San Francisco, San Mateo, and Santa Clara. The City of Berkeley, which has its own public health division, also issued the order.

interest of *Coleman* class members, CDCR and DSH staff, and his team of experts and monitors to develop alternative plans for monitoring that would substantially reduce in-person contacts for the immediate future. In developing these alternative monitoring plans, the Special Master's objectives are to mitigate the public health risks to *Coleman* class members and others while continuing to perform his duties and responsibilities with minimal to no interruptions.

ON-SITE PRISON MONITORING

On March 13, 2020, the Special Master notified CDCR Undersecretary Toche that as a result of the rapidly developing situation concerning COVID-19, he was strongly considering a suspension of in-person monitoring for the foreseeable future. Later that same day, the Special Master notified plaintiffs' counsel, Lisa Ells that a suspension of in-person monitoring in favor of a "paper review" style of monitoring was imminent, pending any objections from plaintiffs' counsel. No objections to the change were voiced. On March 14, 2020, the Special Master notified CDCR Undersecretary Toche that he had made the decision to suspend in-person monitoring, effective immediately, and would schedule a meeting with her and her staff early the following week to discuss his alternative plans for monitoring during the suspension.

The Special Master suspended his regular in-person monitoring tours of CDCR institutions and DSH hospitals for three weeks, until April 6, 2020.[3] At that time, he will reassess the situation to determine whether in-person monitoring can safely resume. In place of on-site monitoring, the Special Master will perform a "paper review" of the institutions that were scheduled for site visits during those three weeks.[4] A "paper review" is a form of monitoring

---

[3] The institutions scheduled for monitoring tours during the three-week time period include California Men's Colony, California Medical Facility L-1 Unit, California Rehabilitation Center, Central California Women's Facility, and San Quentin State Prison.

[4] The January 28, 2020 through January 29, 2020 monitoring review of Coalinga State Hospital was cancelled as the result of a flu quarantine and rescheduled for February 11, 2020 through February 12, 2020. Due to a continuing flu quarantine, on February 6, 2020, the rescheduled visit was also cancelled, and the decision was made to conduct a

consisting of a comprehensive review of an institution's compliance with Program Guide requirements via documentation requested by the Special Master and provided by the institution under review.[5]

The "paper review" will include elements of a regular on-site monitoring visit, with an entrance meeting conducted by teleconference and additional meetings with institution staff as necessary, also by teleconference. All "paper reviews" will generally be set to occur during the same time as the originally scheduled in-person site visits.[6]

On March 16, 2020, the Special Master met with CDCR Undersecretary Toche to brief her and her staff on his plan for "paper review" monitoring.

<u>CDCR MENTAL HEALTH HEADQUARTERS MONITORING</u>

The Special Master also suspended in-person monitoring of CDCR Mental Health Headquarters ("central office") for three weeks, until April 6, 2020. While, similar to in-person site visits, central office monitoring will continue on schedule, it will occur instead by means of teleconferencing. During the week of April 6, 2020, the Special Master will conduct an assessment and determine whether circumstances indicate that it would be appropriate to lift the suspension on in-person central office monitoring at that time.

---

"paper review." The monitoring review of Atascadero State Hospital, originally scheduled for February 18, 2020 through February 20, 2020, was postponed due to a conflict with a separate and unanticipated CDCR Suicide Prevention Focused Support Team tour occurring at California State Prison, Sacramento. On March 3, 2020, the Special Master was notified that Atascadero State Hospital was under a flu quarantine and the decision was made to conduct a "paper review" instead.

[5] The Special Master has conducted "paper reviews" in some form at various times during the tenure of the case, including during the Sixteenth through Twenty-Third Monitoring Rounds, as well as during the Twenty-Fifth Monitoring Round. *See* ECF Nos. 2081, 2274, 2334, 2895, 3029, 3638, 3990, 4124, and 4298.

[6] In addition to those scheduled within the next three weeks, the remaining CDCR institutions and DSH hospitals to be monitored during the Twenty-Eighth Monitoring Round are: Avenal State Prison, California Health Care Facility, Correctional Training Facility, Deuel Vocational Institution, Pelican Bay State Prison, Pleasant Valley State Prison, Sierra Conservation Center, Valley State Prison, Atascadero State Hospital, and Coalinga State Hospital.

**SPECIAL MASTER'S PLAN FOR RESUMPTION OF IN-PERSON MONITORING**

As stated above, during the week of April 6, 2020, the Special Master will conduct a reassessment of all relevant factors and decide whether to lift the suspension on in-person monitoring for institution site visits and central office monitoring. In making his determination, the Special Master will consider current conditions inside the prisons, the status of the public health emergency, and any new or continuing mandates issued by the state of California, CDCR, and relevant local California government officials.

The Special Master will keep the court and the parties closely informed of his monitoring plans for the duration of the COVID-19 pandemic response.

Respectfully Submitted,

/s/

Matthew A. Lopes, Jr.
Special Master

March 20, 2020