1   XAVIER BECERRA, State Bar No. 118517
    Attorney General of California
2   ADRIANO HRVATIN, State Bar No. 220909
    Supervising Deputy Attorney General
3   KYLE A. LEWIS, State Bar No. 201041
    ELISE OWENS THORN, State Bar No. 145931
4   TYLER V. HEATH, State Bar No. 271478
    LUCAS HENNES, State Bar No. 278361
5   Deputy Attorneys General
     1300 I Street, Suite 125
6    P.O. Box 944255
     Sacramento, CA 94244-2550
7    Telephone: (916) 210-7318
     Fax: (916) 324-5205
8    E-mail: Elise.Thorn@doj.ca.gov
    Attorneys for Defendants

    ROMAN M. SILBERFELD, State Bar No. 62783
    GLENN A. DANAS, State Bar No. 270317
    ROBINS KAPLAN LLP
     2049 Century Park East, Suite 3400
     Los Angeles, CA 90067-3208
     Telephone: (310) 552-0130
     Fax: (310) 229-5800
     E-mail: RSilberfeld@RobinsKaplan.com
    Special Counsel for Defendants

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

SACRAMENTO DIVISION

12

13

14   **RALPH COLEMAN, et al.,**

15                               Plaintiffs,

16          **v.**

17   **GAVIN NEWSOM, et al.,**

18                               Defendants.

19

2:90-cv-00520 KJM-DB (PC)

**DEFENDANTS' UPDATED ORGANIZATIONAL CHART OF COMMITTEES RESPONDING TO THE JANUARY 7, 2020 ORDER**

20

21          On November 18, 2019, the Court ordered Defendants to file a statement identifying any

22   and all "reporting channels and committee/subcommittee structures relevant to mental health data

23   collection and reporting, whether currently in place or put on hold during the Golding

24   proceedings." (ECF No. 6396 at 5.) Defendants filed a list of the reporting channels and

25   committee structures on November 25, 2019. (ECF No. 6398.) Following the December 13,

26   2019 status conference, the Court on January 7, 2020 directed Defendants to file an updated

27   organizational chart of committees showing which committees are active and which are inactive,

28   and to whom active committees report. (ECF No. 6441 at 4.)

1

1    Attached is a letter from the California Department of Corrections and Rehabilitation's

2    Office of Legal Affairs dated March 23, 2020, with attachments providing the updated chart of

3    committees required by the January 7, 2020 order.

4                                        **CERTIFICATION**

5    Defendants' counsel certifies that she reviewed the following orders relevant to this filing:

6    ECF No. 6396 and ECF No. 6441.

7    Dated:  March 23, 2020                              Respectfully submitted,

8                                                        XAVIER BECERRA
                                                         Attorney General of California
9                                                        ADRIANO HRVATIN
                                                         Supervising Deputy Attorney General
10
                                                         /s/ *Elise Owens Thorn*
11
                                                         ELISE OWENS THORN
12                                                       Deputy Attorney General
                                                         *Attorneys for Defendants*
13   CF1997CS0003

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                  2

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



March 23, 2020

Elise Thorn
Office of the Attorney General
1300 I Street
Sacramento, CA 95814

VIA EMAIL

Dear Elise,

On November 25, 2019, in response to the court's November 18, 2019, Order, Defendants filed a
list of "reporting channels and committee/subcommittee structures relevant to mental health data
collection and reporting, whether currently in place or put on hold during the Golding
proceedings." (ECF no. 6398, see also ECF no. 6396 at 5.) Following a status conference held
on December 13, 2019, the court ordered Defendants to "provide an updated organizational chart
of committees." The chart should show which "committees are active and which are inactive,
and to whom active committees report." (January 7, 2020, Order, ECF No. 6441 at 4.) That
information is attached.

The California Correctional Health Care Services' (CCHCS) Policy and Risk Management
Service (PRMS) met with the Special Master on December 17, 2019, and January 7, 2020, to
discuss the list of committees. As a result of those meetings CCHCS generated a revised chart of
committees indicating whether committees are active, their missions, and whether mental health
staff attend the committee. (Attachment A.) CCHCS also generated an organization chart which
visually depicts the formal committee structure of CCCHS for committees that Mental Health
participates in, as well as the informal committees with their respective program oversight.
(Attachment B.)

Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs

# ATTACHMENT A

# FORMAL COMMITTEES

**CCHCS Formal Governance Committees**
Based on Health Care DOM (HCDOM), Administrative Policies (Admin),
and Mental Health Services Delivery System Program Guide (MHSDS PG)

| | Includes Mental Health |
|---|---|
| | Does Not Include Mental Health |
| | Committee no longer exists |

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Protected by Cal. Evid. Code §1157 | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|---|
| CCHCS Forms Committee | December 2003 | Yes | To review new and revised forms that are to be finalized by the Department. | Clinicians, health care professionals, subject matter experts, CDCR Forms Coordinator(s), and CCHCS Forms Coordinator(s)<br>**Oversight:** Not addressed in the HCDOM.<br>**Chair:** Staff Services Manager II, Health Care Regulations and Policy Section and Chief, Health Information Management | No | Monthly | Yes | |
| Clinical Guidelines Committee | December 2003 | Yes | To establish a mechanism to improve patient care and outcomes by supporting the application of proven prevention, diagnosis and treatment strategies, and the overall practice of evidence-based medicine; developing recommendations conforming to current evidence in clinical science in the form of treatment guidelines; and providing assistance in clinical decision-making for CCHCS health care staff. | The Statewide Chief Medical Executive (CME) or designee appoints the committee chairperson(s); Chief Quality Officer (CQO); Statewide Chief Nurse Executive (CNE); Mental Health Clinical Representatives (2); Dental Clinical Representatives (2); Chief, Pharmacy Services; Deputy Medical Executives (1-4); Institution Medical Executives and/or other clinicians (up to 6); and Chairperson, Continuing Medical Education Committee.<br>**Oversight:** No oversight stated but coordinates with the Systemwide Pharmacy and Therapeutics (P&T) Committee, Utilization Management (UM), Continuing Medical Education Committee, Quality Management (QM), Medical Services, Dental Services, Mental Health Services, and Nursing Services.<br>**Chair:** Deputy Medical Executive, Clinical Operations and Support | Yes | Monthly | Yes | Committee name has changed to "Clinical Documentation and Decision Support." HCDOM, Section 1.2.2 to be revised to reflect new name. |
| Clinical Leadership Advisory Committee | October 2013 | Yes | To review policy revisions, workflows, and other initiatives with an Electronic Health Record System (EHRS) impact and oversee maintenance and operations of the EHRS. | Headquarters Chief Nurse Executive; Deputy Medical Executive; Nurse Consultant; Senior Psychiatrist; Chief, Health Information Management; Dentist; Pharmacy Services Manager; Chief, Mental Health; and Mental Health Analyst.<br>**Oversight:** Clinical Operations Team<br>**Chair:** Headquarters Chief Nurse Executive | No | Weekly | Yes | Briefly mentions the Approved Workflows for the EHRS in HCDOM, Section 3.5.5. The mission, required members, and oversight are not addressed. |
| Clinical Operations Team | January 2002 | Yes | COT is an interdisciplinary group (MH, Dental, Medical, Nursing, Pharmacy and QM) that reviews proposed changes to forms and policies to ensure that patient care is not affected including any adverse effects on other discipline operations whether that be clinical or non-clinical. | Not addressed in the HCDOM.<br>**Oversight:** JCET<br>**Chair:** Chief Dentist, Policy and Risk Management | No | Every other Thursday | Yes | 12/17/19: Color changed from yellow to green. Only mentioned in the HCDOM, Section 1.2.2. |
| Complete Care Oversight Team Committee | July 2017 | Yes | CCHCS shall maintain a Complete Care Oversight Team (CCOT) committee to oversee statewide implementation of the Complete Care Model for delivery of patient health care services. | Regional Health Care Executives shall serve as voting members of the CCOT as well as Deputy Directors from the following programs: Business Services; Corrections Services; Dental Program; Information Technology Services; CCHCS Office of Legal Affairs (OLA); Medical Services; Mental Health; Nursing Services; Pharmacy Services; Policy and Risk Management Services; Quality Management Program; and Resource Management.<br>**Oversight:** Governing Body<br>**Chair:** One or more CCOT members are selected as Chairperson(s) for a period of at least 12 months. | No | As often as needed, but no less frequently than monthly. | | |

As of January 10, 2020

# CCHCS Formal Governance Committees
Based on Health Care DOM (HCDOM), Administrative Policies (Admin),
and Mental Health Services Delivery System Program Guide (MHSDS PG)

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Protected by Cal. Evid. Code §1157 | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|---|
| Death Review Committee | August 2008 | Yes | To identify findings related to opportunities for improvement in the delivery of health care and refer those findings to the appropriate CCHCS or CDCR program/committee. The purpose of the committee is to objectively discuss and deliberate on the information presented in the Mortality Review Summary and, when applicable, the mental health suicide case reivew, and make referrals to the Health Care Incident Reporting Committee, Patient Safety Committee and other programs/committees as appropriate. | Eight voting members consisting of at least: Physician representatives from Medical Services (3); Representatives from Nursing Services (3); A representative from MH; A representative from Division of Adult Institutions (DAI) (As appointed by the DD, DAI) **Oversight:** DD, Medical Services and DD, Nursing Services **Chair:** Physician, Medical Services and Deputy Director (A), Nursing Services | No | Every first and third Wednesday of each month. | Yes | Committee name has changed to Mortality Review Committee. |
| Emergency Medical Response Review Committee | November 2009 | Yes | To provide systematic assessment, risk stratification, and monitoring of the effectiveness of the Emergency Medical Response System and coordination at the regional and statewide levels. | Warden, or designee; CEO, health care; CME, or designee; Chief Physician and Surgeon (CP&S); CNE, or designee; Chief Psychiatrist, or designee (Senior Psychiatrist, Supervisor, or designee for institutions that do not have a Chief Psychiatrist); Supervising Dentist; Emergency Medical Response Coordinator (EMRC); Nurse Instructor; Administrative support staff; Community EMS response representatives, when applicable; Fire Chief, or designee; and other personnel as deemed necessary. **Oversight:** QMC **Chair:** Warden, Chief Executive Officer, Chief Medical Executive, or Chief Nurse Executive | Yes | Monthly | Yes | |
| Governing Body | December 2017 | Yes | To ensure quality patient care, treatment, and services provided by employees and contractors. | Federal Court Receiver; Chief Deputy Receiver; Undersecretary, Health Care Services; Director, Health Care Operations; Director, Health Care Policy and Administration; Director, Corrections Services; Director, DAI; and Chief Counsel, CCHCS Office of Legal Affairs (advisory role only) **Oversight:** N/A **Chair:** Director, Health Care Operations | Yes | Quarterly (four times per year). | Yes | |
| Headquarters Durable Medical Equipment (DME) Committee | February 2015 | Yes | Provides HQ level oversight and management of functions necessary for the implementation of the HCDOM, Section 3.6.1, DME and Medical Supply. Reviews all approved requests for nonformulary DME from institutions; reviews provider appeals of denied nonformulary DME requests, reviews and resolves issues pertaining to security concerns versus health care needs, provides written response to the requestor, maintains the DME and medical supply formularies, and provides periodic guideline review. | Consists of members designated by the DD, Medical Services. No fewer than two members shall be physicians. May include executive or managerial representation from Medical Services, Nursing Services, MHP, Procurement Services, UM, Direct Care Contracts, HCCAB, CDCR HQ staff, and institutionally based health care and custody staff. **Oversight:** Reports to the DD, Medical Services or designee. **Chair:** Deputy Medical Executive, Utilization Management | No | As needed, but at least annually. | Yes | Nursing Services meets frequently regarding Medical Supply Formulary and reviews many requests for supplies and DME at the first level. |

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Protected by Cal. Evid. Code §1157 | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|---|
| Headquarters Utilization Management Committee | December 2012 | Yes | Responsible for ensuring adherence to UM Program policy and procedure and establish interdisciplinary workgroups to assess and improve timely access to health care services. | Deputy Medical Executive, UM Program (Chairperson); Deputy Medical Executives, Region I, II, III, and IV; Deputy Medical Executive, Quality Management; Deputy Director, Business Services; Deputy Director, Corrections Services; Deputy Director, Fiscal Services; Deputy Director, Mental Health Program; and Deputy Director, Nursing Services. **Oversight:** QMC **Chair:** Deputy Medical Executive, Utilization Management | Yes | As often as necessary, but not less frequently than bi-monthly. | Yes | 1/9/20: Per Medical Services, committee added to the list. Currently revising policy to indicate the HUMC shall meet annually. |
| Health Care Ethics Committee | December 2013 | Yes | To provide multidisciplinary consultation, guidance, and education about the ethical aspects of providing health care within the California prison system. | A clinician or nurse from HQ or the field appointed by the Director, Health Care Operations or designee (Chairperson); A clinician or nurse administrator from HQ appointed by the Director, Health Care Operations or designee (Vice-chairperson); An appointed member from Medical Services, Nursing Services, Mental Health Services, Dental Services, Custody, CCHCS OLA, CDCR OLA, Chaplaincy, CDCR DAI, and Community members. **Oversight:** Governing Body **Chair:** Deputy Medical Executive, Clinical Operations and Support | Yes | Quarterly | Yes | |
| Health Care Executive Committee | December 2017 | Yes | The Health Care Executive Committee (HCEC) oversees and reviews all peer review matters brought before it by the Medical Peer Review Committee (MPRC). | Deputy Director, Human Resources; Deputy Director, Medical Services; Deputy Director, Mental Health Services; Deputy Director, Dental Services; Deputy Director, Nursing Services **Oversight:** Undersecretary, Health Care Services **Chair:** Deputy Director, Dental Program | Yes | Monthly | Yes | |
| Information Security Policy Review Committee | January 2011 | No. The committee will be reinstated in 2020. | Accountable for representing and addressing information security policy development and maintenance activities. | A sufficient amount of members to appropriately represent the enterprise. **Oversight:** Information Security Officer **Chair:** Information Security Officer | No | TBD | No | 12/23/19: Committee is not currently active; however, will become active again in 2020 and will include MH. |
| Institutional Classification Committee | November 2009 | Yes | All decisions affecting transfer, program participation, supervision, security, housing, and safety of persons, shall be made by a classification committee composed of staff knowledgeable in the classification process. | Warden or Chief Deputy Warden; Associate Warden; Psychiatrist or physician; Captain; CC-III or CC-II (committee recorder); Assignment lieutenant; Educational or vocational program representative; Chief of Mental Health; and Other staff as required. **Oversight:** Not addressed in the MHSDS PG. **Chair:** Warden or Chief Deputy Warden | No | Weekly | No | 1/8/20: Mission statement and required members updated. |
| Institutional Utilization Management Committee | December 2003 | Yes | Serves as a subcommittee of the institution QMC and is responsible for oversight of the UM program at the local level, developing program-specific improvement plans, and managing implementation of improvement initiatives. | CME (Chairperson); Chief Executive Officer (CEO) (health care); CNE and/or Supervising Registered Nurse (SRN) III; Chief Supporting Executive (CSE); Chief Deputy Warden and/or AW for Health Care; Chief, Mental Health Services and/or Chief Psychiatrist; Chief Physician and Surgeon; SRN II staff involved with UM, Triage and Treatment Area, specialty services, and hospital services. **Oversight:** IQMC **Chair:** Chief Medical Executive | Yes | At least monthly. | Yes | |

As of January 10, 2020

**CCHCS Formal Governance Committees**
Based on Health Care DOM (HCDOM), Administrative Policies (Admin),
and Mental Health Services Delivery System Program Guide (MHSDS PG)

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Protected by Cal. Evid. Code §1157 | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|---|
| Joint Clinical Executive Team | December 2003 | Yes | To have all disciplines (MH, Dental, Medical, Nursing, and QM) review proposed changes to the clinical operations/policies of a program to ensure that patient care is not affected including any adverse effects on other discipline operations whether that be clinical or non-clinical. | Not addressed in the HCDOM. **Oversight:** Not addressed in the HCDOM. **Chair:** Deputy Director, Dental Program | No | Every other Monday. | No. Agenda items are either simply approval via email back to the COT liaison or are returned with further questions for COT. | 12/17/19: Color changed from yellow to green. Only mentioned in the HCDOM, Section 1.2.2, Clinical Guidelines Committee. Policy does not introduce the committee or its mission. |
| Local Governing Body | January 2002 | Yes | Shall act as the institution level for the Governing Body. | Warden/AW, Health Care Operations or designee; Regional Administrator, Health Care Services Division; Regional Administrator, Institution Division;  Health Care Manager (HCM); Chief, Mental Health Services; Chief Medical Officer (CMO) (when the HCM is not a licensed physician); CMO of adjacent facilities. **Oversight:** Governing Body **Chair:** Chief Medical Executive | Yes | As often as necessary, but not less frequently than quarterly. | Yes | |
| Medical Program Subcommittee | December 2012 | Yes | Not addressed in the HCDOM. | Not addressed in the HCDOM. **Oversight:** QMC **Chair:** Chief Medical Executive or designee. | Yes | Monthly | Yes | 1/10/20: Confirmed committee occurs at each institution. Color changed from yellow to red. 12/27/19: Per Medical Services, committee may not exist anymore. Confirming with QM. Listed in HCDOM,  1.2.3, Appendix 1: Program Specific Subcommittees. Only mentions the committee reports to the QMC. |
| Mental Health Peer Review Committee | August 2008 | Yes | To provide support, feedback and oversight ot the institutions for the clinical functioing of our licensed psychologists and social workers. | Not addressed in the HCDOM. **Oversight:** Not addressed in the HCDOM. **Chair:** Mental Health Administrator, Clinical Support Unit | Yes | Bi-weekly and as needed. | Yes | 1/8/20: Mission statement updated. Briefly mentioned in the HCDOM, 1.2.10(d)(4)(E). Policy does not introduce the committee or its mission. |
| Mental Health Program Subcommittee (Headquarters) | December 2012 | Yes | To ensure that CDCR continues to provide quality mental health services consistent with all applicable laws, regulations, policies, and procedures. | Statewide MHP Deputy Director; Statewide MHP Associate Director; Statewide MHP Regional Administrators; Statewide MHP Chief Psychologist, Clinical Support; and Statewide MHP Chief of Quality Management; Statewide MHP Chief of Coleman Compliance; Statewide Nursing representative; Statewide Chief Quality Officer; and Statewide MHP Chief Psychiatrist **Oversight:** QMC **Chair:** DD, MHP or designee | Yes | Monthly | Yes | 1/10/20: Committee added to list. |

# CCHCS Formal Governance Committees
Based on Health Care BOM (HCDOM), Administrative Policies (Admin),
and Mental Health Services Delivery System Program Guide (MHSDS PG)

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Protected by Cal. Evid. Code §1157 | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|---|
| Mental Health Program Subcommittee (Institution) | December 2012 | Yes | Provides oversight to and coordinates the local MHP to achieve statewide strategic objectives. | AW of Health Care; Chief Psychiatrist; Chief Psychologist; CNE; Standards and Compliance Coordinator; SPRFIT Coordinator; Health Records Technician II; Department of State Hospitals (DSH) Coordinator; Senior Psychiatrist for all program areas; Senior Psychologist for all major program areas; Health Program Specialist; Senior Psychiatric Technician **Oversight:** QMC **Chair: Chief of MH** | Yes | Monthly | Yes | Listed in HCDOM, 1.2.3, Appendix 1: Program Specific Subcommittees. Includes the meeting frequency is monthly and the committee reports to the QMC. |
| Patient Safety Program Committee | November 2012 | Yes | To identify and improve problematic health care processes by emphasizing the prevention, reduction, reporting, and analysis of health care incidents that if left unaddressed may result in adverse drug reactions, sentinel events, or preventable patient harm…To protect patients, staff, and visitors from poor health outcomes due to flawed health care processes; improve health care quality and cost effectiveness; increase health care process efficiencies and reduce waste; and comply with legal and regulatory requirements. | DD, QM or designee; Program lead in each respective health care discipline (i.e., Medical Services, Nursing Services, Pharmacy Services, Dental Services, and the MHP), as well as COLA and Health Care Policy and Administration; Other program representatives may be asked to serve as members at the discretion **Oversight:** QMC **Chair:** DD, QM or designee | Yes | Quarterly | Yes | |
| Pharmaceutical Care Committee | April 2008 | Yes | Provides professional multidisciplinary oversight of the clinical aspects of pharmacy services and to implement policies and procedures and other therapeutic initiatives approved by the CCHCS Systemwide P&T Committee. | Not addressed in the HCDOM. **Oversight:** Systemwide P&T Committee **Chair:** CNE and the Pharmacist in Charge. | No | Monthly | Yes | 12/17/19: Color changed from yellow to green. To be renamed "Medication Management Committee" due to upcoming policy revision. |
| Quality Management Committee (HQ) | January 2002 | Yes | Provides oversight to the CCHCS Quality Management Program and oversees organization-wide system performance and improvement activities. | Chief Psychiatrist, Clinical Policy and Programs, DCHCS **Chair:** DD, QM or designee. | Yes | At least quarterly, but currently meet monthly. | Yes | |
| Quality Management Committee (Institution) | January 2002 | Yes | To describe strategies, processes, tools, and a governance structure that institutions use to plan, prioritize, develop, implement, and evaluate performance improvement initiatives and sustain improvements. | Chief Psychologist, Clinical Policy and Programs, DCHCS **Oversight:** QMC and Local Governing Body **Chair:** CEO | Yes | Monthly | Yes | |
| Resources Management Subcommittee | December 2012 | Yes | Not addressed in the HCDOM. | Assistant Deputy Director, or designee, DAI **Oversight:** IQMC **Chair:** Chief Support Executive | No | Monthly | Yes | 12/17/19: Color changed from yellow to green. Listed in HCDOM, 1.2.3, Appendix 1: Program Specific Subcommittees. Only mentions the committee reports to the QMC. |

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Protected by Cal. Evid. Code §1157 | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|---|
| Specialized Health Care Housing Standing Committee | April 2019 | Yes | Responsible for the endorsement of patients to specialized health care housing units in the event that the institution does not have any appropriate, non-contract inpatient level of care beds available. | DD, Medical; DD, Nursing; DD, Mental Health; DD, Dental; HCPOP UM; Pharmacy; Ancillary and Allied Health Services; RHCEs **Oversight:** Not addressed in the HCDOM. **Chair:** CNE and Pharmacist in Charge. | No | Monthly | Yes | 1/10/20: Confirmed that this committee superseded the Licensed Inpatient Services Committee. 12/27/19: Confirmed MH participation. Color changed from yellow to green. |
| Statewide Health Care Incident Review Committee | November 2012 | Yes | Responsible for providing oversight of the health care incident reporting system and Root Cause Analysis process at the statewide level, and identifying and communicating related data and trends. | At least one HQ designee from each respective health care discipline shall be selected to serve as committee members. **Oversight:** Statewide Patient Safety Program Committee **Chair:** Members elect chair from within committee. | Yes | Every business day. | No | |
| Statewide Nursing Standardized Procedures Committee | January 2002 | Yes | Responsible for the development and review of standardized procedures, protocols, order sets, clinical pathways, guidelines, and standing orders at an organizational level. | DDs of Nursing Services and Medical Services. Other DDs shall be invited as the subject matter expert of the standardized procedures, protocols, order sets, clinical pathways, guidelines, and standing orders (i.e., Pharmacy, Ancillary Services, etc.). **Oversight:** Statewide leadership **Chair:** Headquarters Chief Nurse Executive or designee | No | As needed | No | 12/17/19: Color changed from yellow to green. |
| Statewide Patient Education Committee | January 2006 | Yes | Oversees all aspects of the Patient Education Program within CCHCS/CDCR. | DD, Medical Services; DD, Nursing Services; DD, Mental Health Services; DD, Pharmacy Services; DD, Ancillary Services and Allied Health Services; Regional Health Care Executives **Oversight:** Not addressed in the HCDOM. **Chair:** Nursing Services | No | Quarterly | Yes | |
| Suicide Case Review Subcommittee | 2009 | Yes | Reviews the documentation and reports submitted by the institution and MHSR, determines compliance with the statewide SPRFIT policy and procedures, reviews the QIP and continues review until the QIPS are completed and the cases are closed. | Not addressed in the MHSDS PG. **Oversight:** Not addressed in the MHSDS PG. **Chair:** Suicide Response Coordinator | No | As needed | No | |
| Suicide Prevention and Response Focused Improvement Team | August 2008 | Yes | Provides employees with training and guidance with regard to suicide prevention, response, reporting, and review for the purpose of reducing the risk of patient suicides. | SPRFIT Coordinator (Chairperson); Chief Psychiatrist or Chief Psychologist; Senior Psychiatric Technician or Psychiatric Technician; Correctional Health Services Administrator or designee; Inpatient Coordinator or designee; AW Health Care Access or designee; Chief of Mental Health; Senior Psychiatrist or Senior Psychologist; Staff Psychiatrist or Staff Psychologist; Administrative Segregation Unit Lieutenant/Sergeant; Reception Center Lieutenant/Sergeant; Classification and Parole Representative; Standards and Compliance Coordinator; Litigation Coordinator; Facility Captain **Oversight:** Medical Program Subcommittee **Chair:** SPRFIT Coordinator | No | Monthly | Yes | |

As of January 10, 2020

**CCHCS Formal Governance Committees**
Based on Health Care DOM (HCDOM), Administrative Policies (Admin)
and Mental Health Services Delivery System Program Guide (MHSDS PG)

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Protected by Cal. Evid. Code §1157 | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|---|
| Suicide Prevention Committee | 2009 | Yes | Oversees the statewide suicide prevention mission, manages suicide prevention policies and regulations, and manages all Suicide Case Review oversight, including QIP tracking. | Not addressed in the MHSDS PG. **Oversight:** Not addressed in the MHSDS PG. **Chair:** Mental Health Administrator, Suicide Prevention | No | Monthly | Yes | MHSDS PG does not introduce the committee or its mission. |
| Systemwide Pharmacy and Therapeutics Committee | March 2007 | Yes | To ensure the safe, rational, evidenced-based, standardized use of therapeutic drugs and develop policies and procedures related to medication management within the CDCR. | Statewide DD, Medical Services or designee; P&T Chairperson (medical); Regional DMEs or designees (2); Institution-based physicians (line staff or managers to be selected by the DD, Medical Services or designee) (2); Chief of Psychiatry Support, Statewide Chief Psychiatrist or designee; A HQ Senior Psychiatrist or designee; Institution-based psychiatrists (line staff or managers to be selected by the Statewide Chief Psychiatrist or designee); DD, Dental Services or designee; Statewide CNE or designee; One HQ CNE or designee; Chief of Pharmacy Services or designee; One HQ Pharmacy Services Manager **Oversight:** Not addressed in the HCDOM. **Chair:** Headquarters Physician and Surgeon, Telemedicine Services | Yes | Monthly | Yes | 1/2/20: Per Medical Services: mission statement updated, DSH removed from required members. |
| CCHCS Nutrition Subcommittee | December 2003 | | Responsible for annual review of the HCDOM, Section 3.1.12, Outpatient Dietary Intervention; recommending diet education handouts for approval by the Joint Clinical Executive Team (JCET); and overseeing the distribution of diet education handouts to all institutions. | Not addressed in the HCDOM. **Oversight:** Not addressed in the HCDOM. | No | | | |
| Change Control Committee | April 2006 | | Reviews and updates the Inmate Dental Services Program (IDSP) Policies and Procedures (p&p) Manual. | IDSP headquarters (HQ) staff and institution dental staff. **Oversight:** Not addressed in HCDOM. | No | | | |
| Contract Selection Committee | June 2009 | | To assist in the selection of the recommended bidders by the Contracting Unit. | At least three persons, all of whom with relevant experience, none of whom are affiliated with or otherwise have any conflict of interest with, any bidder, or have any conflict of interest in participating in the committee. **Oversight:** Contracting Unit | No | | | |
| Dental Authorization Review Committee (Institution) | April 2006 | | To establish a process for approving or disapproving a clinician's requests for deviations from treatment policy, otherwise excluded dental services, clinically necessary treatment that requires a contract specialist to provide treatment at the local institution, clinically necessary treatments or consultations that cannot be accomplished at the local | A staff dentist (Chairperson); A staff dentist (Vice-chairperson); Any institutional dentist(s) providing dental services to patients at the institution; Representatives from other institution services or divisions as non-voting invitees, when needed **Oversight:** Not addressed in the HCDOM. | No | | | |

As of January 10, 2020

**CCHCS Formal Governance Committees**
Based on Health Care DOM (HCDOM), Administrative Policies (Admin),
and Mental Health Services Delivery System Program Guide (MHSDS PG)

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Protected by Cal. Evid. Code §1157 | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|---|
| Dental Peer Review Committee (Institution) | April 2006 | | Shall act under the auspices and as an agent of the Headquarters Dental Peer Review Committee in protecting the health and welfare of patients, in preserving standards of health care delivery, and in evaluating practitioner competency. | The facility Supervising Dentist (Chairperson); A staff dentist (Vice-chairperson); Staff dentists (2); The Health Program Manager (HPM) III shall attend in a supporting, non-voting capacity. **Oversight:** Statewide Health Care Executive Committee and the HQ Dental Peer Review Committee | No | | | |
| Dental Program Health Care Review Committee (HQ) | April 2006 | | To establish a process for approving or disapproving a clinician's requests for deviations from treatment policy, otherwise excluded dental services, clinically necessary treatment that requires a contract specialist to provide treatment at the local institution, clinically necessary treatments or consultations that cannot be accomplished at the local institution and reviewing treatment recommendations for special dental care needs. | Chief Dentist, Quality Management (QM); Utilization Review, IDSP, Division of Health Care Services (DHCS); Chief Dentist, Policy and Risk Management, IDSP, DHCS; Chief Dentist; Training, IDSP, DHCS; A minimum of two dentists, IDSP, DHCS. **Oversight:** Not addressed in the HCDOM. | No | | | |
| Dental Program Subcommittee | April 2006 | | Provides oversight and overall direction of the dental program and to plan, develop, and manage timely access to effective and appropriate dental services consistent with the standards of CDCR. | Deputy Statewide Dental Director or designee (Chairperson); DHCS, IDSP HQ staff; DHCS, IDSP regional staff; A representative from Custody, Personnel, Budget, Recruitment, Legal Affairs, and Regional Administration **Oversight:** Quality Management Committee (QMC) | Yes | | | 12/23/19: Confirmed there is no MH participation. |
| Facility Dental Program Subcommittee | April 2006 | | Responsible for the overall planning and management of the institutional dental program. | HPM III and/or Supervising Dentist (Chairperson); Dentist Correctional Facility (CF); Supervising Dental Assistants CF; Dental Assistant CF; Dental Analytical/Clerical Support (Health Program Specialist, Staff Services Analyst, Office Technician etc.); Dental Hygienist CF; Dental Laboratory Technician CF; Representatives from other institution services or divisions (Custody, Plant Operations, Procurement, Contract Analyst, Associate Warden (AW) Health Care, etc.) shall be invited to committee meetings when appropriate. **Oversight:** IQMC | Yes | | | |
| Headquarters Dental Peer Review Committee | April 2006 | | Plans, develops, manages, and improves the peer review process for CDCR dentists and assists the institution Dental Peer Review Committee in fostering the continuous professional development and training of the clinical workforce. | One Supervising Dentist nominated and selected by the Program Support Team (PST) and institution staff dentists; Institution staff dentists selected by the four Regional Dental Directors (RDD) (2); PST dentists selected by the four RDDs (2); A staff dentist from IDSP, HQ selected by the three Chief Dentists; At least one Chief Dentist and/or one RDD shall serve as non-voting advisors. **Oversight:** Not addressed in the HCDOM. | Yes | | | |
| Infection Control Committee | April 2006 | | Not addressed in the HCDOM. | Not addressed in the HCDOM. **Oversight:** Not addressed in the HCDOM. | No | | | 12/17/19: Color changed from yellow to red. Briefly mentioned in the HCDOM, 3.3.3.1(c)(2). Policy does not introduce the committee or its mission. |

**CCHCS Formal Governance Committees**
Based on Health Care DOM (HCDOM), Administrative Policies (Admin),
and Mental Health Services Delivery System Program Guide (MHSDS PG)

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Protected by Cal. Evid. Code §1157 | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|---|
| Judicial Review Committee | December 2017 | | To determine by a preponderance of the evidence whether the nature of the action pertaining to privileges as set forth in the Notice of Final Proposed Action is reasonable and warranted (Business and Professions Code, Section 809.3(b)(3)) and whether the action pertaining to employment is therefore just and proper based on privileging conclusions and findings of fact relating to the standard of care. | Three-member panel composed of independent and impartial physicians. **Oversight:** Not addressed in the HCDOM. | Yes | | | 12/23/19: Color changed from yellow to red. Recommend removing this committee from the list, as the JRC consists of independent and impartial peers selected from a pool of candidates provided by the CA Medical Association Institute of Medical Quality. |
| Medical Peer Review Committee | December 2012 | | Conducts non-routine or for cause peer reviews of the clinical practice and professional conduct of licensed medical providers within CDCR adult institutions and the regional and HQ offices of the CCHCS. | All Regional Deputy Medical Executives; At least four institution and HQ based physician managers; Line staff physicians nominated by the Union of American Physicians and Dentists (3); A Nurse Practitioner or Physician Assistant; An attorney from CCHCS OLA. **Oversight:** Health Care Executive Committee and Board of Nursing | Yes | | | 12/17/19: Color changed from green to red. |
| Statewide Medical Authorization Review Team | April 2019 | | SMART is the third level of review and shall review cases appealed by the PCP or that meet criteria for a higher level of review to determine if the specialty service is medically necessary. | Regional Deputy Medical Executives, at least two other headquarters-based physician managers, and two physician managers from the field. **Oversight:** Medical Services | Yes | | | 12/17/19: Color changed from yellow to red. |
| Steering Committee | January 2002 | | Decides on the priorities and order of business of the Business Continuity Unit. | Not addressed in Admin. **Oversight:** Not addressed in Admin. | No | | | |
| CDCR DCHCS Quality Management Committee | | No | | | | | | 1/10/20: Committee added to list, but confirmed it has been subsumed by the Mental Health Program Subcommittee (Headquarters). |
| Clinical Performance Enhancement and Review Subcommittee | Unknown | No | Not addressed in the MHSDS PG. | Not addressed in the MHSDS PG. **Oversight:** Not addressed in the MHSDS PG. | No | | | 1/10/20: Confirmed committee is no longer active. Color changed from green to gray. 12/17/19: Color changed from yellow to green. |
| Comprehensive Accommodation Formulary | July 2006 | No | Designated to develop, revise, and maintain the Comprehensive Accommodation Formulary. | Consists of members designated by the Deputy Director (DD), Medical Services. No fewer than two members shall be physicians. May include executive or managerial representation from Medical Services, Nursing Services, MH, Health Care Correspondence and Appeals Branch (HCCAB), Dental Services, and other health care and custody staff. **Oversight:** Not addressed in the HCDOM. | No | N/A | N/A | 1/8/20: Per Medical Services, the committee is no longer active. |

As of January 10, 2020

**CCHCS Formal Governance Committees**
Based on Health Care DOM (HCDOM), Administrative Policies (Admin),
and Mental Health Services Delivery System Program Guide (MHSDS PG)

Case 2:90-cv-00520-KJM-DB Document 6514 Filed 03/23/20 Page 15 of 34

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Protected by Cal. Evid. Code §1157 | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|---|
| DCHCS Emergency Response and Death Review Subcommittee | | No | | | | | | 1/10/20: Committee added to list, but confirmed it is no longer active and functions under other committees within CCHCS. |
| DCHCS Governing Body | | No | | | | | | 1/10/20: Committee added to list, but confirmed it is no longer active and functions under other committees within CCHCS. |
| DCHCS Professional Practice Executive Committee | | No | | | | | | 1/10/20: Committee added to list, but confirmed it is no longer active and functions under other committees within CCHCS. |
| Designated Standing Improvement Committee | June 2016 | No | Oversees the population management system monitoring activities and reports to the local Quality Management Committee (QMC). | Not addressed in the HCDOM. Oversight: Institution Quality Management Committee (IQMC) | Yes | | | 1/10/20: Committee is no longer active. The duties of this committee have been folder into other committees, as appropriate. Color changed from green to gray. 12/17/19: Color changed from yellow to green. |
| Institution Quality Management Committee | January 2002 | Yes | Shall provide oversight of patient safety and improve the local health care delivery system. | Not addressed in the HCDOM. Oversight: QMC | Yes | | | 1/10/20: Confirmed this committee was duplicative of the Quality Management Committee (Institution) on this list. Color changed from green to gray. See Quality Management Committee (Institution) for additional information. |

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Protected by Cal. Evid. Code §1157 | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|---|
| Licensed Inpatient Services Committee | December 2012 | No | Not addressed in the HCDOM. | Not addressed in the HCDOM. Oversight: QMC | Yes | | | 1/10/20: Confirmed that committee was subsumed by Specialized Health Care Housing Committee. Color changed from yellow to gray. 12/27/19: per Medical Services, committee may not exist anymore. Confirming with QM. Listed in HCDOM, 1.2.3, Appendix 1: Program Specific Subcommittees. Only mentions the meeting frequency is at least annually and reports to the QMC. |
| No Committee Name Given | January 2006 | No | Briefly stated in the HCDOM, 3.1.8(b)(1)(A) as "Responsible for oversight of the development, training, implementation, maintenance, record keeping, appropriate tools, technical assistance, and ensuring the levels of resources are available so that health care staff can successfully implement the procedure as described in the HCDOM, Section 3.1.8, Reception Center." | Not addressed in the HCDOM. Oversight: IQMC | No | | | 1/10/20: Committee is no longer active.  The duties of this committee have been folder into other committees, as appropriate. Color changed from green to gray. 1/3/20: Request for additional information sent to QM. |
| Program Guide Focused Improvement Team | | No | | Program Guide Coordinator; Chief Psychiatrist, Clinical Policy and Programs, DCHCS; Chief Psychologist, Clinical Policy and Programs, DCHCS; Assistant Deputy Director, or designee, DAI; and Supervising Attorney, or designee, Office of Legal Affairs. | | | | 1/10/20: Committee added to list, but confirmed it is no longer active. |
| Utilization Management Specialty Services Committee | December 2003 | No | Not addressed in the HCDOM. | Not addressed in the HCDOM. Oversight: IQMC | Yes | | | 12/27/19: Confirmed with Medical Services that this committee has been replaced by the Statewide Medical Authorization Review Team. Listed in HCDOM, 1.2.3, Appendix 1: Program Specific Subcommittees. Only mentions the meeting frequency is monthly and the committee reports to the QMC. |

# INFORMAL COMMITTEES

**CCHCS Informal Governance Committees, Workgroups, or Decision-Making Bodies**
Not formalized in HCDOM, Admin, or MHSDS PG

| | Includes Mental Health Representatives |
|---|---|
| | Does Not Include Mental Health Representatives |
| | Committee no longer exists |

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|
| Bi-Weekly Mental Health Chief's Meeting | July 2019 | Yes | Communication between Mental Health (MH) Leadership Staff; Supervision; Discuss Standardization of Policies & Procedures | Statewide Mental Health Program (MHP) Deputy Director; Headquarters (HQ) Chiefs of MH; Chiefs of Psychiatry, and Regional Administrators. **Oversight:** Statewide MHP Deputy Director **Chair:** Deputy Director, MHP | Bi-weekly | No | |
| Bi-Weekly Mental Health Regional Teleconference | July 2019 | Yes | Communication between MH Deputy Director & Regional Administrators; Supervision; Discuss Standardization of Policies & Procedures | Statewide MHP Deputy Director and Regional Administrators. **Oversight:** Statewide MHP Deputy Director **Chair:** Deputy Director, MHP | Bi-weekly | No | |
| Change Advisory Board (CAB) | June 2015 | Yes | The CAB is a business-driven body that reviews, approves, and prioritizes changes to the portfolio of business applications and the related information technology (IT) infrastructure that support clinical and administrative operations and the delivery of health care services to patients. | Medical Services; Nursing Services; Fiscal Management; Dental; Statewide MHP; Health Care Correspondence and Appeals Branch; Facility Planning and Activation Management; Communications; Legal Affairs; Health Information Management; Quality Management (QM); Program Compliance Section; Health Care Placement Oversight Program (HCPOP); Privacy Office; Business Services/Acquisitions Management; Labor Relations; Corrections Services/Field Operations; Health Care Invoicing Section; Public Health Branch; Women's Correctional Health Care Services; Human Resources; Medical Imaging; Audits and Investigations; Allied Health Services; and Acquisitions Management/Contracts Administration. **Oversight:** Information Technology Services Division **Chair:** Associate Director, IT, and Staff Services Manager III, Fiscal. The program chair is rotated every two years by charter. | Monthly and more often if needed. Due to end of year moritorium of system changes no meetings were held in November or December 2019. | Yes | |

As of January 10, 2020

**CCHCS Informal Governance Committees, Workgroups, or Decision-Making Bodies**
Case 2:90-cv-00520-KJM-DB   Document 6514   Filed 03/23/20   Page 19 of 34
Not formalized in HCDOM, Admin, or MHSDS PG

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|
| Change Advisory Prioritization Committee (CAPC) | November 2019 | Yes | To maintain and utilize a standardized approval and completion process for all MHP changes that occur in the Electronic Health Records System (EHRS), data reporting, and ad hoc data requests. | Statewide MHP Deputy Director; Statewide MHP Assistant Deputy Director; Statewide MHP Associate Director; Mental Health Administrator, Suicide Prevention and Training; Statewide MHP Chief Psychiatrist; Mental Health Administrator, Clinical Support; Mental Health Administrator, Inpatient Programs and Quality Management; Statewide MHP Chief Psychiatrist of Telepsychiatry; Institutional-level Psychiatry Leader; and Chief of QM. **Oversight:** Statewide MHP Deputy Director **Chair:** Deputy Director, MHP | TBD | TBD | Official committee establishment is pending policy and procedure approval. |
| Continuing Health Care Education (CHE) Planning Committee | October 2008 | Yes | The CHE Program is dedicated to identifying the specific and specialized educational needs of Department employed and contracted physicians, and other health care providers, in order to advance physician competence, enhance practice performance, promote patient safety and where possible, improve patient outcomes in the patient population through the provision of providing high quality, evidence-based and effective CHE activities. | The CHE Planning Committee is chaired by a designee of the Chief Physician Executive for CCHCS. Members are appointed by the Chair of the Committee based on a demonstrated active interest in CME. Committee membership is representative of the current and potential physician audience for CME Program offerings. Nursing, MH, and Dental providers are also represented on the Committee to reflect the interdisciplinary nature of the CCHCS correctional health care setting. **Oversight:** Medical Services **Chair:** Headquarters Deputy Medical Executive | Monthly | Yes | Formerly named the "Continuing Medical Education Committee." 1/7/20: Per Medical Services, mission statement updated. |
| Coordinated Clinical Assessment Team (Inpatient Referral Unit) | August 2017 | Yes | To engage in clinical discussion of patient treatment plans and level of care and to reach consensus about appropriate clinical care across agencies, facilities, and disciplines. | IRU Sr. Psychologist, Specialists; Sr. Psychiatrist, Specialists; treatment teams at the facility level; and clinical leadership at the facility level and HQ as indicated. **Oversight:** IRU Sr. Psychologist, Specialist assigned to specific patient case. **Chair:** IRU Sr. Psychologist, Specialist and Sr. Psychiatrist, Specialist as assigned to each CCAT conference (numerous conferences weekly). | Occur as needed.  2019 - Average of 46 meetings per month. | No | There is a tracking log. Decisions are documented in the patient's record in EHRS. |
| Coordinated Clinical Assessment Team (Pre-Release) | August 2017 | Yes | To coordinate continuity of care for MH patients at an inpatient level of care upon release to the community. | Statewide pre-release coordinator, treatment team, institution pre-release coordinator, and admission and discharge unit as applicable. Institution C&PR, county probation, county behavioral health, or Division of Adult Parole Operations are invited as needed. **Oversight:** Statewide MH Pre-Release Coordinator **Chair:** Statewide MH Pre-Release Coordinator | Tuesdays 9:30, Thursdays 2:00, and other dates/times as necessary. | No | |
| Data Governance | October 2019 | Yes | To provide overall management of the availability, usability, integrity, and security of data used within the organization. | Information Technology Directors; Health Care Operations; Medical Services; Nursing Services; QM; Dental; Mental Health; and Health Care Policy & Administration. **Oversight:** Information Technology Services Division **Chair:** Director, ITSD, and Director, Health Care Operations | Committee meeting frequency is still being determined. | No formal meetings have taken place. | |

As of January 10, 2020

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|
| Department of State Hospitals (DSH)/CDCR 2684 Patient Review | February 2019 | Yes | To develop and implement recommendations to ensure patients referred to DSH are clinically appropriate for Intermediate Care Facility level of care and unlocked dorm housing. | IRU Specialist; DSH Specialist; Psychiatry Specialists; IRU Chief Psychologist; and Psychiatry leadership.Oversight: Chief Psychologist, Inpatient Programs **Oversight:** Chief Psychologist, Inpatient Programs **Chair:** Senior Psychologist Specialist | Depends on negotiation with DSH leadership. Currently pending response. | No | Documentation of outcomes amd recommendations are in the process of negotiation with DSH Leadership. Temporary committee until recommendations are implemented. |
| DSH Policy Workgroup | December 2019 | Yes | To annually revise the DSH Memorandum of Understanding. | DSH leadership; MH; Division of Adult Institutions; Nursing Services Leadership; COLA; and policy representatives. **Oversight:** Chief Psychologist, Inpatient Programs **Chair:** Chief Psychologist, Inpatient Programs | Several meetings occur throughout the year. Coleman stakeholder interaction/feedback is required. | No | |
| Emergency Medical Response Program Meetings | March 2017 | Yes | To align with the latest evidence-based practice by providing staff with the knowledge, skills, and equipment needed to appropriately manage and handle medical activations within institutions. Restructuring our current system will also ensure a safe hand-off and transition for patients being sent to local hospitals and Emergency Room departments via community Emergency Medical Services partners. | Medical Services; Nursing Services; Dental; MH; and custody representatives. **Oversight:** Nursing Services **Chair:** Headquarters Chief Nurse Executive | Weekly based on Roll out schedule and training activities. | Yes | |

As of January 10, 2020

**CCHCS Informal Governance Committees, Workgroups, or Decision-Making Bodies**
Case 2:90-cv-00520-KJM-DB   Document 6514   Filed 03/23/20   Page 21 of 34
Not formalized in HCDOM, Admin, or MHSDS PG

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|
| Gender Affirming Surgery Review Committee | November 2015 | Yes | To evaluate each request for Gender Affirming Surgery for medical necessity and make a recommendation to the Statewide Medical Authorization Review Team for final decision. | Four physicians from Medical Services; four psychiatrists from MH; and four psychologists from MH. The Chair is a Deputy Medical Executive, Chief Physician and Surgeon, Chief Psychologist, or Chief Psychiatrist, appointed by the Deputy Director of Medical Services, or the Deputy Director of the Statewide Mental Health Program. The Chair is a non-voting member, unless needed as a tie-breaker or to reach a quorum. **Oversight:** Statewide Medical Authorization Review Team **Chair:** Chief Psychologist, Inpatient Programs | At least weekly. | No | Referenced in Guidelines for Review of Requests for Gender Affirming Surgery. Formerly named the "Sex Reassignment Committee." The guidelines are in the process of being updated to HCDOM format. |
| Grand Rounds Lecture Series | 2017 | Yes | The DSH and the University of California, Irvine (UCI) collaborate with CDCR to provide Continuing Medical Education (CME). DSH arranges the lecture schedule, topics, speakers, and delivery. | Participation is voluntary but targeted toward psychiatrists and mental health professionals. **Oversight:** DSH; UCI; and MH. **Chair:** There is no designated chairperson. | Weekly | No | UCI is an Accreditation Council for CME provider that awards American Medical Association Physician's Recognition Award Category 1 Credits™ to physicians participating in an approved CME activity. |
| Health Care Facility Improvement Program | 2012 | Yes | To provide an infrastructure that will support a timely, competent, and effective health care delivery system with appropriate health care diagnostics and treatment, medication distribution, and access to care for patients. | CDCR Facility Planning, Construction and Management Division; Corrections Services; Facilities Planning and Activation Management; Accreditation and Licensing; Medical Services; and applicable institutional leadership. **Oversight:** CDCR Facility Planning, Construction and Management Division **Chair:** There is no designated chairperson. | Monthly | Yes | 12/17/19: Color changed from yellow to green. |

As of January 10, 2020

CCHCS Informal Governance Committees, Workgroups, or Decision-Making Bodies
Case 2:90-cv-00520-KJM-DB . Document 6514 Filed 03/23/20 Page 22 of 34
Not formalized in HCDOM, Admin, or MHSDS PG

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|
| Human Resources Summit and Clinical Operations Workgroup | October 2016 | Yes | To improve recruitment and retention for all health care positions within CCHCS. | CCHCS Human Resources (Deputy Director, Assistant Deputy Directors, Chief Employment and Outreach, Program Manager Workforce Development); Medical Services (Deputy Director, HQ Deputy Medical Executive); MH (Deputy Director, Associate Director); Director Health Care Policy and Administration; Regional Health Care Executives; and Chief Executive Officer representatives. **Oversight:** Human Resources **Chair:** Deputy Director, Human Resources | Bi-monthly | No | |
| Integrated Call | November 2018 | Yes | Developing concepts, ideas, and suggestions prior to presentation in the Clinical Leadership Advisory Committee (CLAC). | Medical Services; Nursing Services; MH; Pharmacy; Dental; IT; and Labor Relations. **Oversight:** Nursing Services **Chair:** Headquarters Chief Nurse Executive | Weekly | Yes | |
| IRU Inter-Rater Reliability Workgroup | October 2019 | Yes | To obtain increased inter-rater reliability in individual ratings of appropriate level of care and housing from IRU reviewers for specific patient referrals. | IRU Chief and Sr. Psychologist Specialists. **Oversight:** Chief Psychologist, Inpatient Programs **Chair:** Chief Psychologist, Inpatient Programs and Senior Psychologist Specialist | Quarterly | No | Temporary until inter-rater reliability goal is met. |
| IRU Staff Meeting | November 2017 | Yes | To enhance communication between IRU staff and ensure standardization of IRU procedures. | IRU Staff **Oversight:** Chief Psychologist, Inpatient Programs **Chair:** Senior Psychologist, Inpatient Programs | Ongoing weekly | Yes | |
| IRU Utilization Review | January 2018 | Yes | To review specific patients for appropriate level of care and housing. | IRU staff and applicable psychiatry representatives. **Oversight:** Chief Psychologist, Inpatient Programs **Chair:** Senior Psychologist Specialist | Ongoing weekly | No | There is a tracking log and periodic summaries. A clinical document is created for each review. |
| ISUDT Transition Services | July 2019 | Yes | To develop and standardize the transition process of CDCR/CCHCS ISUDT and all patients from entry to release, connecting patients to needed community resources. | Medical Services; Nursing Services; Division of Adult Institutions; Division of Rehabilitative Programs; MH; Division of Adult Parole Operations. **Oversight:** Nursing Services **Chair:** Headquarters Chief Nurse Executive and Deputy Medical Executive | Weekly | Yes | |

As of January 10, 2020

**CCHCS Informal Governance Committees, Workgroups, or Decision-Making Bodies**
**Not formalized in HCDOM, Admin, or MHSDS PG**

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|
| ISUDT Workflow | August 2019 | Yes | To develop workflow processes to identify, treat, monitor, and transition ISUDT patients to the community. | Medical Services; Nursing Services; Division of Adult Institutions; Division of Rehabilitative Programs; MH; Division of Adult Parole Operations. **Oversight:** Nursing Services **Chair:** Headquarters Chief Nurse Executive | Weekly | No | |
| IT Governance Board | 2008 | Yes | ITSD utilizes a four-step process for Information Technology Governance Board project approvals. Each stage consists of a set of prescribed, cross-functional, and parallel activities to develop deliverables used as the inputs for the next stage. As additional information is collected and refined, the cost estimates, schedules and business objectives are progressively updated and evaluated to determine if the project is still practical. | Directors and Deputy Directors for Information Technology; Legal Affairs; Fiscal Management; Program Compliance Section; Medical Services; Dental; MH; Nursing Services; Human Resources; Pharmacy; Regional Health Care Executives; Litigation Support Unit; Field Corrections Services; Privacy Office; Policy & Risk Management Services; Health Care Correspondence and Appeals Branch; Communications. **Oversight:** Information Technology **Chair:** Director, ITSD, and Deputy Director, Business Services. The program Chair is rotated every two years by charter. | Quarterly or more often if needed. | Yes | |
| Leadership Team Weekly Meeting | November 2015 | Yes | Reports from the Secretary's weekly Cabinet meeting and from CCHCS and DHCS Deputy Director and Directors. | Health Care Operations; Health Care Policy and Administration; Statewide Mental Health Program, DHCS; Corrections Services; Information Technology; Statewide Dental Program, DHCS; Medical Services; Nursing Services; Quality Management Services; Business Services; Policy and Risk Management Services; Jason Williams, Field Operations, Corrections Services; Facility Planning & Activation Management; Human Resources; Fiscal Management; Labor Relations, Performance Management and Staff Development Unit; CCHCS Legal; CDCR Legal; Office of Communications; Legislation; and Regional Health Care Executives. **Oversight:** Director, Health Care Operations **Chair:** Director, Health Care Operations | Weekly | No | |
| Medication Management Committee (MMC) | January 2018 (Joint Commission) December 2018 (MMC) | Yes | Resolve issues related to Joint Commission medication management, ISUDT, and medication related policy and procedure concerns. | Medical Services; Nursing Services; Pharmacy; QM; applicable institution staff; and MH. **Oversight:** Nursing Services **Chair:** Headquarters Chief Nurse Executive and Deputy Director, Pharmacy Services | Bi-weekly | Yes | |
| Mental Health Flash Meetings | July 2019 | Yes | To enhance communication between MH leadership and ensure standardization of IRU procedures. | Statewide MHP Deputy Director; MH HQ Chiefs of MH; Psychiatry Chiefs; and MH and regional administrators. **Oversight:** Statewide MHP Deputy Director **Chair:** Deputy Director, MHP | Occurs three times per week. | No | |

As of January 10, 2020

# CCHCS Informal Governance Committees, Workgroups, or Decision-Making Bodies
## Not formalized in HCDOM, Admin, or MHSDS PG

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|
| MH & OLA Meeting | November 2019 | Yes | To enhance communication between MH and OLA staff and ensure DD, MH is up to date on legal issues. | Statewide MHP Deputy Director; MH HQ Chiefs of MH; Psychiatry Chiefs; MH Administrators; and OLA. **Oversight:** Statewide MHP Deputy Director **Chair:** Deputy Director, MHP and Assistant Chief Counsel, OLA | Weekly | No | |
| Monthly Inpatient Coordinator Conference | 2011 | Yes | To enhance communication between inpatient coordinators, IRU, and regional teams and to ensure procedure standardization for referrals to a higher level of care. | Inpatient coordinator from each facility; Regional MH Administrator/Designees; IRU Chief Psychologist, MH Specialists; and MH management. **Oversight:** Staff Services Manager I, Inpatient Programs **Chair:** Staff Services Manager I, Program Support, MH | Ongoing monthly. | No | |
| Monthly IRU/HCPOP Meeting | May 2018 | Yes | To enhance communication between IRU and HCPOP and ensure standardization of IRU/HCPOP procedures. | Chief Psychologist, Inpatient Programs; Staff Services Manager I, Inpatient Programs; and IRU and HCPOP staff as invited for specific topics. **Oversight:** Chief Psychologist, Inpatient Programs **Chair:** Staff Services Manager I, Program Support, MH | Ongoing monthly. | No | |
| Monthly IRU/Regional Meeting | March 2018 | Yes | To enhance communication between IRU and regional teams regarding policy development, training, and monitoring of Psychiatric Inpatient Program and Mental Health Crisis Bed programs. | Regional MH administrators and designees; IRU Chief Psychologist; MH Specialists; and MH management. **Oversight:** Chief Psychologist, Inpatient Programs **Chair:** Senior Psychologist, Inpatient Programs | Ongoing monthly. | No | |
| Mortality and Morbidity Committee | August 2018 | Yes. | To streamline and improve the process and quality of death reviews completed by the Nursing Consultant Program Reviewers. | Medical Services and Nursing Services. **Oversight:** Medical Services **Chair:** There is no designated chairperson. | On calendar for weekly; however, typically meets monthly or as needed. | No | 12/17/19: Color changed from yellow to green. |
| PIP Post-Discharge Suicide Prevention Workgroup | October 2018 | Yes | To develop and implement initiatives to reduce suicides in those patients who are within 90 days of discharge from a PIP. | Division of Adult Institutions leadership; Nursing Services Leadership; and MH Leadership Business Area Leads (QM, Clinical Programs; Suicide Prevention; and Psychiatry). **Oversight:** Chief Psychologist, Inpatient Programs **Chair:** CNE; Assistant DD, DAI; and Senior Psychologist Specialist. | Weekly | Yes | SB960 Initiative; Workgroup is temporary until recommendations are implemented. |

As of January 10, 2020

CCHCS Informal Governance Committees, Workgroups, or Decision-Making Bodies
Case 2:90-cv-00520-KJM-DB   Document 6514   Filed 03/23/20   Page 25 of 34
Not formalized in HCDOM, Admin, or MHSDS PG

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|
| PIP Alignment Workgroup | May 2018 | Yes | To realign the PIP programs from DSH structure to CDCR/CCHCS structure. | Director, Health Care Policy and Administration; Deputy Director, Statewide Mental Health Program; Corrections Services; CDCR Labor; Human Resources; Regional Health Care Executives; CDCR Division of Adult Institutions; Psychiatry; Nursing Services; Chief Executive Officers; PIP Executive Directors; Medical Services; and Fiscal Management. **Oversight:** Director, Health Care Policy and Administration **Chair:** Director, Health Care Policy and Administration | Monthly or as needed. | Yes | |
| Scheduling Initiative | April 2019 | Yes, but currently on hiatus. | To develop EHRS processes and workflows and streamline order sets; create scheduling "blocks" and "tracks" across all programs to facilitate consistency and predictability of scheduling; integrate other established workgroups that may be impacted or impact scheduling; determine if an implementation strategy can be completed | Representatives from Medical Services; Nursing Services; QM; Division of Adult Institutions; MH; and IT. **Oversight:** Nursing Services **Chair:** Deputy Director, Nursing Services and Deputy Director, Division of Adult Institutions | Bi-weekly | Yes | |
| Statewide Deputy Director MH & Regional Healthcare Executives (RHE) | 2018 | Yes | The Statewide Deputy Director MH provides a high level overview to RHE's and addresses concerns from the field pertaining to MH. | Statewide MHP Deputy Director & RHEs **Oversight:** Statewide MHP Deputy Director **Chair:** There is no designated chairperson. | Occurs once a month when the RHEs are at headquarters to participate in executive meetings. | No | |
| Statewide Education Call | October 2014 | Yes | To enhance communication between Nurse instructors and MH educators and advise on training, competencies, and updates in policies and procedures. | Nursing Services; Nurse instructors; and MH educators. **Oversight:** Nursing Services **Chair:** Headquarters Chief Nurse Executive or designee | Monthly | Yes | |
| Welfare and Institutions Code (WIC) 7301 Joint Conferences | July 2018 | Yes | To discuss patients placed into CDCR from DSH per WIC 7301 and their readiness to return to DSH. | IRU Sr. Psychologist, Specialist; DSH representatives; patient's current treatment team; and Division of Adult Institutions representatives. **Oversight:** Chief Psychologist, Inpatient Programs **Chair:** Senior Psychologist Specialist | Ongoing as needed to meet timeframes for review. Average of ten meetings per month. | Clinical summaries are prepared for each conference and saved on a shared drive. CDCR and DSH local providers receive a copy. | These conferences date back to 2007, prior to IRU acquiring WIC 7301 responsibilities. |
| CCHCS Policy Initiatives Quarterly Meeting with Prison Law Office | December 2013 | | To discuss major policy initiatives underway or which are upcoming with the Prison Law Office. | Health Care Regulations and Policy Section staff and management; CDCR Office of Legal Affairs (OLA); CCHCS OLA; Deputy Directors; and Directors (dependent upon agenda items). **Oversight:** Health Care Regulations and Policy Section | | | 12/17/19: Color changed from yellow to red. |
| Cerner Nursing Client Council | January 2018 | | To discuss activities associated with the operation and functionality of the EHRS. | Medical Services; Nursing Services; IT; and Cerner representatives. **Oversight:** Nursing Services | Weekly | | 12/17/19: Color changed from yellow to red. |

As of January 10, 2020

CCHCS Informal Governance Committees, Workgroups, or Decision-Making Bodies
Case 2:90-cv-00520-KJM-DB   Document 6514   Filed 03/23/20   Page 26 of 34
Not formalized in HCDOM, Admin, or MHSDS PG

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|
| Change Control Board (CCB) | 2008 | | To approve changes associated with IT infrastructure. The CCB ensures that changes made to any CCHCS IT production system are managed in a manner consistent with the CCHCS IT Services Division (ITSD) change management process. | CCHCS and CDCR IT. **Oversight:** Information Technology Services Division | | | 12/23/19: Confirmed there is no MH participation. |
| Dental Shared Drive / Dental SharePoint Review Workgroup | September 2019 | | To review and update the dental shared drive and dental SharePoint content and to identify the best methods to keep both sites up-to-date on a continuous basis. | Applicable HQ dental staff. **Oversight:** Statewide Dental Director | | | |
| Disability Advisory Committee (DAC) | September 2018 | | To address issues or concerns of CCHCS employees with disabilities, matters relating to the formulation and implementation of equal employment opportunity plans, and to overcome and correct any underrepresentation while promoting disability employment awareness to all CCHCS employees. | DAC Chairperson; DAC Vice Chairperson; and DAC Secretary. The remaining DAC members shall consist of employees with interest in participating in the DAC. **Oversight:** Human Resources | | | |
| Electronic Dental Record System (EDRS) / EHRS / MiPACS Support Workgroup | August 2018 | | To discuss issues in EDRS / EHRS / MiPACS that impact the Dental Program. | Applicable Regional and HQ dental staff. **Oversight:** Statewide Dental Director | | | |
| Educational Contracts (Nursing) | February 2018 | | To obtain and monitor contracts with CDCR and the colleges that have nursing students within the corrections setting. | San Bernardino Community College; California State University, Fullerton; and Nursing Services. **Oversight:** Nursing Services | | | |

As of January 10, 2020

**CCHCS Informal Governance Committees, Workgroups, or Decision-Making Bodies**
Case 2:90-cv-00520-KJM-DB . Document 6514 Filed 03/23/20 Page 27 of 34
Not formalized in HCDOM, Admin, or MHSDS PG

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|
| Formulary and Equipment Mgmt. (Supply Chain Management) | April 2018 | | To create and maintain the standard medical supply and durable equipment list. | Medical Services; Nursing Services; Pharmacy representatives; and institution representatives. **Oversight:** Nursing Services | | | |
| Health Workforce Initiative (HWI) | June 2014 | | To promote the advancement of California's health care workforce through quality education and services. The purpose of the HWI is to identify health care workforce needs and cultivate solutions and their role is to facilitate a community college response to workforce needs. HWI provides direct services to health care related businesses, with a focus on incumbent worker training. Topics include RN Specialty Certification Review Courses, Health Care Leadership Development and Customer Service courses utilizing Development Dimensions International and Achieve Global curriculum. | Various California Community Colleges and Nursing Services. **Oversight:** Nursing Services | | | 12/17/19: Color changed from yellow to red. |
| Integrated Substance Abuse Treatment (ISUDT) HR Sub-Committee | September 2019 | | To discuss hiring status, ensure CCHCS and CDCR Human Resources are meeting the targeted hiring date, and address the Employee Health and Wellness component through CDCR's Employee Health and Wellness Office. | CCHCS Human Resource (Deputy Director and Assistant Deputy Directors, Assistant Deputy Director, Associate Director); CDCR Human Resources (Deputy Director, Associate Director); ISUDT Project Management Team representative; and Division of Adult Institutions (Deputy Director, Associate Director). **Oversight:** Human Resources | | | 12/17/19: Color changed from green to red. Added "HR" to title of committee. |
| Inter-Agency Advisory Committee (IACA) Apprenticeship Program | February 2019 | | To gather historical and current data about California health care apprenticeships, identify workforce gaps that health care apprenticeships can address and make recommendations to the IACA and Division of Apprenticeships Standards about how to better support and expand current healthcare apprenticeships and propose potential new opportunities for healthcare apprenticeships. | Secretary of Labor and Subcommittee Co-Chairperson (Nursing Services). **Oversight:** Nursing Services | | | 12/17/19: Color changed from yellow to red. |

CCHCS Informal Governance Committees, Workgroups, or Decision-Making Bodies
Case 2:90-cv-00520-KJM-DB   Document 6514   Filed 03/23/20   Page 28 of 34
Not formalized in HCDOM, Admin, or MHSDS PG

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|
| Licensed Vocational Nurse to Registered Nurse Apprenticeship Committee | February 2016 | | To jointly manage the apprenticeship program and apprenticeship selection process.  The LVN to RN Apprenticeship Program is designed to provide an opportunity for LVNs, who meet specific criteria, to earn an Associate's Degree in Nursing (ADN) in preparation to take the state licensing examination to obtain licensure as an RN in the state of California. | CCHCS Human Resources (Regional Personnel, CCHCS Administrator, and Program Manager Workforce Development); Nursing Services (HQ Nurse Executive); Service Employees International Union 1000 (SEIU Local 1000) representatives; and River City College representatives. **Oversight:** Human Resources | | | |
| Medical Assistant (MA) Conversion Workgroup | November 2018 | | To convert LVN provider post positions to MA positions and recruit MA employees. | Human Resources (Deputy Directors, Assistant Deputy Directors; Regional Personnel Administrators; Labor Relations (Deputy Directors, Labor Relations Managers); and Nursing Services (HQ Nurse Executive). **Oversight:** Human Resources | | | 12/12/19: Confirmed there is no Menthal Health participation. Color changed from yellow to red. |
| Medical Technical Assistant (MTA) sub-committee | June 2019 | | The mission of the MTA sub-committee is to successfully transition the MTA, Sr. MTA, and Health Program Coordinator employees into custody or nursing classifications prior to implementing a layoff. | CCHCS and CDCR Human Resources (Deputy Director, Assistant Deputy Directors, Associate Directors); CCHCS and CDCR Labor Relations (Deputy Directors and Labor Relations Managers); CDCR Division of Adult Institutions (Associate Warden Academy, Deputy Director, Associate Director); and CDCR Program Support Unit (Associate Director). **Oversight:** CCHCS Human Resources and CDCR Human Resources and Labor have joint oversite. | | | |
| Nursing Education and Workforce Advisory Committee (NEWAC) | February 2019 | | To advise the board members and staff of the Board of Registered Nursing (BRN) on current and projected issues affecting the nursing workforce and education in California and review and provides input on the BRN biennial RN survey instrument, annual school survey and other research related to the RN workforce in California. | Board of Registered Nurses; Department of Consumer Affairs; and Nursing Services. **Oversight:** Board of Registered Nursing | | | 12/17/19: Color changed from yellow to red. |

As of January 10, 2020

CCHCS Informal Governance Committees, Workgroups, or Decision-Making Bodies
Case 2:90-cv-00520-KJM-DB   Document 6514   Filed 03/23/20   Page 29 of 34
Not formalized in HCDOM, Admin, or MHSDS PG

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|
| Nursing Professional Practice Council (NPPC) | June 2008 | | To maintain a program to evaluate nursing care and professional practice based on standards of clinical nursing practice established by regulatory agencies, accrediting bodies, and CCHCS health care policies and procedures. | Nursing Services **Oversight:** Nursing Services | | | |
| Shared Governance | January 2016 | | To provide direction for the professional practice of nursing. Shared Governance is a model for shared decision-making which includes all levels of nursing. | Nursing Services and Institution leadership. **Oversight:** Nursing Services | | | |
| Statewide EHRS Call | October 2018 | | To provide updates, system changes, training, and ongoing support of the EHRS. | Institution super users and EHRS teams. **Oversight:** Nursing Services | | | 12/30/19: Confirmed there is no MH participation. Color changed from yellow to red. |
| TeleStaff Statewide Meeting | July 2016 | | To monitor, audit, train,  and improve activities related to the statewide nursing scheduling system. | Nursing Services and applicable Institution leadership. **Oversight:** Nursing Services | | | 12/17/19: Color changed from yellow to red. |
| Mental Health Peer Review Subcommittee | 2008 | | To provide oversight of clinical services provided by LCSWs and psychologists. | The Chair of the committee, plus a quorum met by a minimum number of attendees from clinical staff. Oversight: MH Clinical Support Administrator | | | 1/10/20: Confirmed this committee is duplicative of the formal Mental Health |
| Multi-Disciplinary Integrated Workgroup *See note in Comments column | January 2016 | | To approves EHRS requests for change. | Two executives from each discipline of Medical Services; Nursing Services; Dental; MH; and EHRS. Oversight: Clinical Leadership Advisory Committee | | | *12/30/19: Confirmed this workgroup no longer exists and was replaced by the Integrated Call. |

As of January 10, 2020

**CCHCS Informal Governance Committees, Workgroups, or Decision-Making Bodies**
Case 2:90-cv-00520-KJM-DB · Document 6514 · Filed 03/23/20 · Page 30 of 34
Not formalized in HCDOM, Admin, or MHSDS PG

| Committee | Start Date | Still Active? | Mission | Required Members and Oversight | Meeting Frequency | Are there committee/ meeting minutes? | Comments |
|---|---|---|---|---|---|---|---|
| Psychiatric Inpatient (PIP) Policy Workgroups | February 2014 | No | To standardize PIP policies. | Representatives from MH including Policy Unit; Psychiatry; Division of Adult Institutions; Medical Services; and Nursing Services. Oversight: Mental Health Administrator and Chief Psychologist, Inpatient Programs | | | 1/10/20: Confirmed committee is no longer active. Color changed from green to red. Requires Coleman stakeholder interaction and feedback. |

As of January 10, 2020

# ATTACHMENT B





CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES



| Key |
| --- |
| Mental Health Committee Oversight |
| Mental Health Participation in Committees |

**Governing Body**

- Local Governing Body
- Complete Care Oversight Committee
- Health Care Ethics Committee

**Quality Management Committee**

- Medical Program Subcommittee
- Patient Safety
  - Statewide Health Care Incident Review Committee
- Emergency Medical Response and Review Committee
- Headquarters Utilization Management Committee
- Mental Health Program Subcommittee (Headquarters)

**Institutional Quality Management Committee**

- Medical Program Subcommittee
- Mental Health Program Subcommittee (Institution)
- Dental Program Subcommittee
- Pharmacy and Therapeutics Committee
- Utilization Management Committee
- Patient Safety Committee (includes Emergency Response and SE Review)
- Specialized Health Care Housing Standing Committee
- Resource Management Subcommittee

January 10, 2020

| Medical Services | Nursing Services | Mental Health Program | Policy and Risk Management Services | Information Technology | Multi-Disciplinary Program Oversight | Undersecretary | Custody |
|---|---|---|---|---|---|---|---|

- Death Review Committee
- Headquarters Durable Medical Equipment Committee
- Specialized Health Care Housing Standing Committee
- Statewide Patient Education Committee
- Systemwide Pharmacy and Therapeutics (including Pharmaceutical Care Committee)

- Clinical Guidelines Committee
- Statewide Nursing Standardized Procedures Committee
- Pharmaceutical Care Committee

- Mental Health Peer Review Committee
- Suicide Case Review Subcommittee
- Suicide Prevention Committee
- Suicide Prevention and Response Focused Improvement Team
- Suicide Prevention and Review Subcommittee

Forms Committee

Information Security Policy Review Committee

- Joint Clinical Executive Team
- CCHCS Clinical Operations Team
- Clinical Leadership Advisory Committee

Health Care Executive Committee

Institutional Classification Committee




CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES

January 10, 2020



## CCHCS Informal Committees – Program Oversight

**SMART**
↑
Gender Affirming Surgery Review Committee

**Nursing and DAI**
↑
Scheduling Initiative

**CDCR Facility Planning, Construction, and Management Division**
↑
Health Care Facility Improvement Program

**Human Resources**
↑
Human Resources Summit and Clinical Operations Workgroup

**Information Technology**
↑
➢ Change Advisory Board
➢ Data Governance
➢ Information Technology Governance Board

**Director, Health Care Policy and Administration**
↑
Psychiatric Inpatient Policy Alignment Workgroup

**Director, Health Care Operations**
↑
Leadership Team Weekly Meeting

**Medical**
↑
➢ Continuing Health Care Education Planning Committee
➢ Mortality and Morbidity Committee

**Nursing**
↑
➢ Emergency Medical Response Program Meetings
➢ Integrated Call
➢ Integrated Substance Use Disorder (ISUDT) Transition Services
➢ ISUDT Workflow
➢ Medication Management Committee
➢ Statewide Education Call

## Mental Health Program



➢ Bi-Weekly Mental Health Chief's Meeting
➢ Bi-Weekly Mental Health Regional Teleconference
➢ Change Advisory Prioritization Committee
➢ Coordinated Clinical Assessment Team Inpatient Referral Unit
➢ Coordinated Clinical Assessment Team (Pre-Release)
➢ Department of State Hospitals/CDCR 2684 Patient Review
➢ Department of State Hospitals Policy Workgroup
➢ Grand Rounds Lecture Series

➢ IRU Inter-Rater Reliability Workgroup
➢ IRU Staff Meeting
➢ IRU Utilization Review
➢ Mental Health Flash Meetings
➢ Mental Health Peer Review Subcommittee
➢ Mental Health and Office of Legal Affairs Meeting
➢ Monthly Inpatient Coordinator Conference
➢ Monthly IRU/Health Care Placement Oversight Program Meeting

➢ Monthly IRU/Regional Meeting
➢ Psychiatric Inpatient Program Policy Workgroup
➢ Psychiatric Inpatient Program Post-Discharge Suicide Prevention Workgroup
➢ Statewide Deputy Director Mental Health and Regional Healthcare Executives
➢ Welfare and Institutions Code 7301 Joint Conferences

January 10, 2020



