DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM,<br><br>Defendants. | Case No. C01-1351 JST<br><br>**THREE JUDGE COURT**<br><br>**DECLARATION OF ERNEST GALVAN IN SUPPORT OF MOTION TO ENLARGE PAGE LIMITS FOR COVID-19 EMERGENCY MOTION;** |

[3517226.1]

## DECLARATION OF ERNEST GALVAN

I, Ernest Galvan, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for the *Coleman* Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Motion To Enlarge Page Limits For Covid-19 Emergency Motion.

2. Attached hereto as Exhibit 1 is a true and correct copy of the cover page and pages 99-100 of the transcript of this Court's pre-trial hearing on September 24, 2007, stating that these proceedings shall be governed by the Local Rules of the Eastern District of California.

3. On March 24, 2020, I telephoned Deputy Attorney General Kyle Lewis, and left a message regarding the need for additional pages for briefing in this matter on the COVID-19 pandemic. That same day, I drafted a stipulation to enlarge the page limits to 40 pages for moving and opposition papers, and 20 pages for replies, and emailed the stipulation to several of the attorneys at the Attorney General's office who appear on the caption of recent status reports filed in this matter, as well as the attorneys at the firm Hansen Bridgett.

4. As of the morning of March 25, 2020, I have no received a response to the proposed stipulation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 25th day of March, 2020.

*/s/ Ernest Galvan*
Ernest Galvan

[3517226.1]

1
GALVAN DECLARATION