| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>ALISON HARDY – 135966<br>SARA NORMAN – 189536<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURTS
## EASTERN DISTRICT OF CALIFORNIA
## AND NORTHERN DISTRICT OF CALIFORNIA
### UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
### PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>   Plaintiffs,<br>   v.<br>GAVIN NEWSOM, et al.,<br>   Defendants. | Case No. 2:90-CV-00520-KJM-DB<br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>   Plaintiffs,<br>   v.<br>GAVIN NEWSOM,<br>   Defendants. | Case No. C01-1351 JST<br>**THREE JUDGE COURT**<br><br>**[PROPOSED] ORDER TO ENLARGE PAGE LIMITS FOR COVID-19 EMERGENCY MOTION** |

[3517021.1]                                    [PROPOSED] ORDER

# [PROPOSED] ORDER

Good cause appearing, the following page limits are set for briefing on the COVID 19 Pandemic: Moving papers and opposition, 40 pages each; reply, 20 pages.

DATED: March ___, 2020

_____
Three Judge Court