DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM,<br><br>    Defendants. | Case No. C01-1351 JST<br><br>**THREE JUDGE COURT**<br><br>**STIPULATION TO EXCEED PAGE LIMITS FOR BRIEFING ON COVID-19 PANDEMIC** |

[3516680.1]

1     WHEREAS, the Parties anticipate submitting briefing to the Court regarding the COVID-19 pandemic and this Court's orders regarding the in-custody population of the California Department of Corrections and Rehabilitation;

4     WHEREAS, on September 24, 2007, the Three Judge Court ruled that these proceedings shall be governed by the Local Rules of the Eastern District of California (*see* Exhibit 1 to this Stipulation);

7     WHEREAS although the Local Rules of the Eastern District do not include page limits for a memorandum of points and authorities, the Standing Order of the Hon. Kimberly J. Mueller does include a 20-page limit for motions and oppositions (http://www.caed.uscourts.gov/caednew/index.cfm/judges/all-judges/5020/standing-orders/),

12     WHEREAS, the Parties shall have to address issues that cannot be accommodated by the 20-page limit in Judge Mueller's Standing Order,

14     THEREFORE, the Parties have stipulated to jointly seek leave of the Court for the following page limits regarding briefing on the COVID-19 pandemic:  Moving papers and opposition, 40 pages each; reply, 20 pages.

                                          Respectfully submitted,

DATED:  March 25, 2020          PRISON LAW OFFICE

                                          By:  */s/ Donald Specter*
                                                Donald Specter

                                          Attorneys for *Plata* Plaintiffs

DATED:  March 25, 2020          ROSEN BIEN GALVAN & GRUNFELD LLP

                                          By:  */s/ Ernest Galvan*
                                                Ernest Galvan

                                          Attorneys for *Coleman* Plaintiffs

DATED: March 25, 2020

XAVIER BECERRA
Attorney General of the State of California

By: /s/ Kyle Lewis
Kyle Lewis
Deputy Attorney General

Attorneys for Defendants

### [PROPOSED] ORDER

In light of the parties' stipulation and good cause appearing, the following page limits are set for briefing on the COVID 19 Pandemic: Moving papers and opposition, 40 pages each; reply, 20 pages.

DATED: March ___, 2020

_____
Three Judge Court