```
              IN THE UNITED STATES DISTRICT COURTS
            FOR THE EASTERN DISTRICT OF CALIFORNIA
            AND THE NORTHERN DISTRICT OF CALIFORNIA
        UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
          PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
                THE HONORABLE THELTON E. HENDERSON
                 THE HONORABLE LAWRENCE KARLTON
                 THE HONORABLE STEPHEN REINHARDT
```

MARCIANO PLATA, ET AL.,        )
                               )
            Plaintiffs,        )
                               )
     v.                        )    NO. C 01-1351 TEH
                               )
SCHWARZENEGGER, ET AL.,        )
                               )
            Defendants.        )
_____)
RALPH COLEMAN, ET AL.,         )
                               )
            Plaintiffs,        )
                               )
     v.                        )    NO. CIV S90-0520 LKK JFM P
                               )
SCHWARZENEGGER, ET AL.,        )
                               )
            Defendants.        )
_____)

                                    San Francisco, California
                                    Monday, September 24, 2007

**TRANSCRIPT OF PROCEEDINGS**

**APPEARANCES:**

For Plaintiffs:         Prison Law Office
                        General Delivery
                        San Quentin, CA  94964-0001
                  BY:   **DONALD SPECTER, ESQ.**
                        **STEVEN FAMA, ESQ.**
                        **ALISON HARDY, ATTORNEY**
                        and
                        Rosen, Bien & Galvan
                        315 Montgomery Street
                        Tenth Floor
                        San Francisco, California  94104
                  BY:   **MICHAEL BIEN, ESQ.**
                        **JANE KAHN, ATTORNEY**
                        **LORI RIFKIN, ATTORNEY**

(Appearances continued, next page)

           Belle Ball, CSR, RMR, CRR  (415) 373-2529
              Official Reporter, U. S. District Court

1  seems unfair, because quite frankly, it hasn't completely rolled
2  out.
3          And we would certainly like the opportunity to fully
4  present to the Court how AB 900 is rolling out and how it will
5  roll out in the near future, so you have a better
6  understanding -- everybody at the table has a better
7  understanding of what it can and can't do.
8          And that might well affect the -- literally, the
9  framework of where we want to go next.  I truly believe that
10 without further information from the Plaintiffs, I cannot do
11 more than what I'm already doing.
12         So I would, again, suggest that the Plaintiffs be
13 asked to put in writing exactly what it is they are looking at.
14 And if it's simply a statement of, "We want these top ten
15 recommendations from these 15 reports implemented within six
16 months," so be it.  But put it in writing so I have a better
17 understanding of that.
18         And obviously, Defendants, I think, should be likewise
19 required to indicate in writing how they are going to defend
20 this matter.  What their defenses are going to be.
21         Thank you.
22         **JUDGE HENDERSON:**  Okay.  Let's move on to the next
23 subject, which is motions and local rules.  All discovery
24 disputes that will arise or may arise, have been referred to
25 Magistrate Judge John Moulds in Sacramento.  Any other motions

1  contemplated by the parties shall be filed with no hearing date
2  notice on the motion.
3           The Court will schedule the hearing date and briefing
4  schedule after reviewing the moving papers.  With the exception
5  of the briefing schedule for filing motions, you should know
6  that this three-Judge Court will follow the local rules of the
7  Eastern District of California.
8           So, you should get a copy of those, and know them
9  well.
10          **JUDGE KARLTON:**  My exception to that, you said that
11 the closing brief would be seven days before the final.
12          **JUDGE HENDERSON:**  That's correct.  That's correct.
13 Thank you.
14          So, under motions and local rules, let me ask you
15 these questions.  And again, we will begin with Plaintiffs'
16 table.  And then, first response from the other side, I'll say
17 it should be from Defendants.  And then the Intervenors.
18          Do you anticipate filing any dispositive or
19 non-dispositive motions, other than any motions related to
20 discovery, which this Court has already referred to Judge
21 Moulds, in this proceeding before this Court?
22          Secondly, if so, when should these motions be filed,
23 in relation to discovery?
24          **MR. SPECTER:**  Assuming that the hearing on the
25 underlying issues is not put off an unduly length of time, we

**CERTIFICATE OF REPORTER**

      I, BELLE BALL, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings in Case No. C 01-1351, Plata, et al. v. Schwarzenegger, et al., and S90-0520, Coleman, et al. v. Schwarzenegger, et al., were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a true record of said proceedings as bound by me at the time of filing.

      The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.

_____

Belle Ball, CSR 8785, RMR, CRR

Tuesday, October 2, 2007