DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>          Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM,<br><br>          Defendants. | Case No. C01-1351 JST<br><br>**THREE JUDGE COURT**<br><br>**WITHDRAWAL (IN LIEU OF STIPULATION) OF PLAINTIFFS' MOTION TO ENLARGE PAGE LIMITS FOR BRIEFING ON COVID-19 PANDEMIC** |

[3516680.1]

1 | Because the parties have now stipulated to a joint request to enlarge page limits,
2 | Plaintiffs withdraw the motion to enlarge page limits filed as ECF No. 6815 in *Coleman*
3 | and No. 3215 in *Plata*.

DATED:  March 25, 2020		ROSEN BIEN GALVAN & GRUNFELD LLP

By:  */s/ Ernest Galvan*
　　　Ernest Galvan

Attorneys for *Coleman* Plaintiffs

[3516680.1]

1
WITHDRAWAL OF MOTION RE PAGE LIMITS IN LIEU OF STIPULATION