IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | Case No. 2:90-cv-0520 KJM DB P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>  Plaintiff,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | Case No. 01-cv-01351-JST<br><br>**THREE-JUDGE COURT**<br><br>**ORDER APPROVING STIPULATION TO EXTEND PAGE LIMITS** |

The parties have filed a stipulation and proposed order to enlarge page limits in connection with anticipated briefing on "the COVID-19 pandemic and this Court's orders regarding the in-custody population of the California Department of Corrections and Rehabilitation." ECF No. 3216/6519 at 2.[1] Good cause appearing, the stipulation is GRANTED. The moving and

/ / /

/ / /

/ / /

/ / /

---

[1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Newsom*, No. 01-cv-01351-JST (N.D. Cal.), and *Coleman v. Newsom*, No. 2:90-cv-0520 KJM DB P (E.D. Cal.). The Court cites to the docket number of *Plata* first, then *Coleman*.

opposition briefs shall not exceed 40 pages each.  The reply brief shall not exceed 20 pages.

**IT IS SO ORDERED.**

Dated: March 25, 2020

KIM McLANE WARDLAW
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: March 25, 2020

KIMBERLY J. MUELLER
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: March 25, 2020

JON S. TIGAR
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA