| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>ALISON HARDY – 135966<br>SARA NORMAN – 189536<br>RITA LOMIO – 254501<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621 | MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>GAVIN NEWSOM, et al.,<br><br>            Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>GAVIN NEWSOM,<br><br>            Defendants. | Case No. C01-1351 JST<br><br>**THREE JUDGE COURT**<br><br>**DECLARATION OF SHIRA TEVAH PLAINTIFFS' EMERGENCY MOTION TO MODIFY POPULATION REDUCTION ORDER** |

DECLARATION OF SHIRA TEVAH

I, Shira Tevah, declare:

1. I am an attorney licensed to practice before the courts of the State of California. I am a staff attorney at Disability Rights Advocates. From October 29, 2018 to March 6, 2020, I was a staff attorney at the Prison Law Office. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Emergency Motion.

2. On October 28-31, 2019, I participated in a monitoring tour of the California Institution for Men ("CIM"), under the *Armstrong v. Newsom*, Case 4:94-cv-02307-CW, lawsuit on behalf of people with disabilities in California prisons. The Prison Law Office serves as class counsel in *Armstrong*.

3. On October 30, 2019, I visited Joshua Hall at CIM's A-Facility. In Joshua Hall, I observed that people were housed in a dormitory setting and in bunk beds. I saw that the bunk beds were positioned closely together, and the dormitory was crowded. I observed that people's belongings were stored in every open space around the beds. I saw that people had very little space to move without coming into contact with other individuals or their belongings.

4. I observed that Joshua Hall has four separate wings of the building where people are housed in bunk beds. There are two wings on each side of the building, with shared toilets, showers, and sinks in the bathrooms in the center connecting each side. I observed that while there are some separate sinks that are specific to one side of the building, the toilets and showers are all shared between both sides. The two wings on each side are connected to each other in a U-shape on the far side; there is no wall or door separating them. I saw that each wing has a narrow pathway with bunk beds on the right and left sides. I observed that people housed in Joshua Hall must ambulate down the narrow pathway, passing by the other bunk beds, in order to access the central shared toilets, showers, or sinks.

5.     While in Joshua Hall, I measured the distance between the bunk beds to determine if individuals using wheelchairs or walkers had enough space to maneuver. I found that the horizontal space between the bunk beds varied between beds. The smallest distance between beds that I measured was 25.5 inches, and the largest distance between beds that I measured was 48 inches.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Berkeley, California this 24th day of March, 2020.

/S/
SHIRA TEVAH