EXHIBIT   A



D-West Low Dorm Shower Area



Facility D



Facility D



Facility D



Facility D



D-Elm Bed Area



D-Elm Bed Area



D-Elm Bed Area



D-Elm Bed Area



Facility A



Facility A

1    DONALD SPECTER – 083925              MICHAEL W. BIEN – 096891
     STEVEN FAMA – 099641                 ERNEST GALVAN – 196065
2    ALISON HARDY – 135966                LISA ELLS – 243657
     SARA NORMAN – 189536                 JESSICA WINTER – 294237
3    RITA LOMIO – 254501                  MARC J. SHINN-KRANTZ – 312968
     MARGOT MENDELSON – 268583            CARA E. TRAPANI – 313411
4    PRISON LAW OFFICE                    ROSEN BIEN
     1917 Fifth Street                    GALVAN & GRUNFELD LLP
5    Berkeley, California  94710-1916     101 Mission Street, Sixth Floor
     Telephone:   (510) 280-2621          San Francisco, California  94105-1738
6                                         Telephone:   (415) 433-6830

7

8    Attorneys for Plaintiffs

9                 UNITED STATES DISTRICT COURTS

10              EASTERN DISTRICT OF CALIFORNIA

11            AND NORTHERN DISTRICT OF CALIFORNIA

     UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

12        PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

13   RALPH COLEMAN, et al.,              Case No. 2:90-CV-00520-KJM-DB

14              Plaintiffs,              **THREE JUDGE COURT**

15        v.

16   GAVIN NEWSOM, et al.,

17              Defendants.

18   MARCIANO PLATA, et al.,             Case No. C01-1351 JST

19              Plaintiffs,              **THREE JUDGE COURT**

20        v.

21   GAVIN NEWSOM,                       **DECLARATION OF MEGAN LYNCH
                                         IN SUPPORT OF PLAINTIFFS'
22              Defendants.              EMERGENCY MOTION**

23                                          **EXHIBIT A**

24

25

26

27

28

_____
DECLARATION OF MEGAN LYNCH IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION



Facility A



Facility A



Facility A



Facility A



A-Joshua Lockers and Beds



A-Joshua Lockers and Beds



A-Borrego Locker



D-Cedar Restroom



D-Cedar Restroom Sinks



D-Elm Bed Area