DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
RITA LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>     Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM,<br><br>     Defendants. | Case No. C01-1351 JST<br><br>**THREE JUDGE COURT**<br><br>**DECLARATION OF MEGAN LYNCH IN SUPPORT OF PLAINTIFFS' EMERGENCY MOTION**<br><br>  **EXHIBITS B-D** |

E X H I B I T   B



N102



Y Dorm Bathroom



Armstrong v. Newsom (94-cv-2307-CW)   G-2 Dorm, G-207L and G-208L
November 2019 CMF Tour

CDCR 16



Case 2:90-cv-00520-KJM-DB   Document 6528-2   Filed 03/25/20   Page 6 o

Armstrong v. Newsom (94-cv-2307-CW)   G-2 Dorm, G-207L and G-208L   CDCR 17
November 2019 CMF Tour



Armstrong v. Newsom (94-cv-2307-CW)    G-2 Dorm, G-203L and G-204L    CDCR 18
November 2019 CMF Tour



Armstrong v. Newsom (94-cv-2307-CW)   G-2 Dorm, G-203L and G-204L
November 2019 CMF Tour                                    CDCR 19



Armstrong v. Newsom (94-cv-2307-CW)
November 2019 CMF Tour

G-2 Dorm, G-203L and G-204L

CDCR 20



Armstrong v. Newsom (94-cv-2307-CW)
November 2019 CMF Tour

R-1 Dorm, Bed 18

CDCR 70



J 1 Dorm



**J 1 Dorm**



J 1 Dorm



J 1 Dorm



J 1 Dorm



J 1 Dorm

# E X H I B I T   C





Facility A Building 1, Section B, Evening Feeding Program



Facility A, Building 2, C Section

E X H I B I T   D

