DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>        Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' STATUS REPORT ON PARTIES' NEGOTIATIONS REGARDING PROTECTIVE ORDER FOR RJD INVESTIGATION FILES AND REQUEST REGARDING SAME**<br><br>Judge: Hon. Kimberly J. Mueller<br><br>Date:  March 27, 2020<br>Time:  10:00 am |

[3517498.4]

PLAINTIFFS' STATUS REPORT ON PARTIES' NEGOTIATIONS REGARDING PROTECTIVE ORDER FOR RJD INVESTIGATION FILES AND REQUEST REGARDING SAME

On March 17, 2020 this Court provided an agenda for the first quarterly status conference of 2020, to be held on March 20, 2020.  *See* Order, ECF No. 6509 (Mar. 17, 2020).  In that Order, this Court asked for discussion regarding the status of negotiations concerning a protective order to facilitate the production of investigation files pertaining to staff abuse of *Coleman*-only class members.  *Id.* at 3.  Plaintiffs requested those files for use in conjunction with Plaintiffs' Motion to Stop Defendants from Assaulting, Abusing and Retaliating Against People with Disabilities at Richard J. Donovan Correctional Facility.  *Id.*; *see* Notice of Filing Motion in Coordinated Case *Armstrong v. Newsom* to Stop Defendants from Assaulting, Abusing and Retaliating Against People with Disabilities at RJD, ECF No. 6492 (Mar. 2, 2020).  The Court also asked "whether plaintiffs intend to pursue motion practice in this court, including but not limited to a request for leave to conduct discovery."  Order, ECF No. 6509 at 3 (Mar. 17, 2020).  The Court, at the request of the parties, deferred this issue to the continued status conference now scheduled for Friday, March 27, 2020 at 10:00 a.m.  *See* Minutes, ECF No. 6513 (Mar. 20, 2020).

The parties are still at impasse.  The central dispute is whether any production relating to *Coleman*-only class members may be used in the *Armstrong* litigation.  Accordingly, Plaintiffs request an opportunity for briefing or to proceed to resolve the dispute by whatever means the Court deems appropriate.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
PLAINTIFFS' STATUS REPORT ON PARTIES' NEGOTIATIONS REGARDING PROTECTIVE ORDER FOR RJD INVESTIGATION FILES AND REQUEST REGARDING SAME

[3517498.4]

**CERTIFICATION**

In preparing this filing, Plaintiffs' counsel reviewed the following orders of this Court: Order, ECF No. 6509 (Mar. 17, 2020); Minutes, ECF No. 6513 (Mar. 20, 2020).

DATED: March 26, 2020

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Jessica Winter
Jessica Winter

Attorneys for Plaintiffs