DONALD SPECTER – 083925
STEVEN FAMA – 099641
ALISON HARDY – 135966
SARA NORMAN – 189536
RITA LOMIO – 254501
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM,<br><br>    Defendants. | Case No. C01-1351 JST<br><br>**THREE JUDGE COURT**<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |

# INTRODUCTION

Pursuant to Federal Rule of Evidence 201, and in connection with Plaintiffs' Emergency Motion to Modify the Population Reduction Order, Plaintiffs respectfully request that the Court take judicial notice of the following orders and directives:

1. Advisory from Chief Justice Tani G. Cantil-Sakauye, Supreme Court of California, to Presiding Judges and Court Executive Officers of the California Courts (Mar. 20, 2020), attached hereto as Exhibit 1 (urging courts to grant early releases, lower bail amounts, drastically reduce or eliminate flash incarceration, and consider defendants' health conditions when ordering confinement).

2. Order Authorizing Sacramento County Sheriff's Department to Grant Release (Cal. Super. Ct. Mar. 25, 2020), attached hereto as Exhibit 2 (granting the Sheriff authority to release 421 people from county jail "because the parties agree that it is in the best interest of public health to reduce the population of the Sacramento County Jail System").

3. Letter from Chief Justice Mike McGrath, Supreme Court of Montana, to Judges of the Montana Courts of Limited Jurisdiction (Mar. 20, 2020), attached hereto as Exhibit 3 ("Because of the high risk of transmittal of COVID-19, not only to prisoners within correctional facilities but staff and defense attorneys as well, we ask that you review your jail rosters and release, without bond, as many prisoners as you are able, especially those being held for non-violent offenses.").

4. Consent Order, *In re Request to Commute or Suspend County Jail Sentences*, Docket No. 084230 (N.J. Mar. 22, 2020), attached hereto as Exhibit 4 (ordering the release of a large class of people incarcerated in county jail "in light of the Public Health Emergency" caused by COVID-19).

5. Memorandum re: Coronavirus from Chief Justice Donald W. Beatty, Supreme Court of South Carolina, to Magistrates, Municipal Judges, and

Summary Court Staff (Mar. 16, 2020), attached hereto as Exhibit 5 (directing the release of defendants charged with non-capital crimes who do not pose unreasonable danger to the community and are not extreme flight risks).

6. General Order Bond for Certain Offenses (Tex. Crim. Dist. Ct. Trial Div. Mar. 21, 2020), attached hereto as Exhibit 6 (ordering "the immediate release of people arrested and charged with certain non-violent state jail felony offenses").

7. Amended Order, *In re Statewide Response by Washington State Courts to the COVID-19 Public Health Emergency*, No. 25700-B-607 (Wash. Mar. 20, 2020), attached hereto as Exhibit 7 (ordering courts to "hear motions for pretrial release on an expedited basis" and "find[ing] that for those identified as part of a vulnerable or at-risk population by the Centers for Disease Control, COVID-19 is presumed to be a material change in circumstances").

8. Order, *Xochihua-Jaimes v. Barr*, Case No. 18-71460 (9th Cir. Mar. 23, 2020), ECF No. 53, attached hereto as Exhibit 8 (*sua sponte* ordering detainee immediately released from immigration detention "[i]n light of the rapidly escalating public health crisis").

9. Amended Order, *United States v. Perez*, Case No. 1:19-cr-297 (PAE) (S.D.N.Y. Mar. 19, 2020), ECF No. 62, attached hereto as Exhibit 9 (ordering medically vulnerable defendant temporarily released from custody because he faced a "heightened risk of dangerous complications should he contract COVID-19").

10. Opinion and Order, *United States v. Stephens*, Case No. 15-cr-95 (AJN) (S.D.N.Y. Mar. 19, 2020), ECF No. 2798, attached hereto as Exhibit 10 (ordering defendant released in light of "the unprecedented and extraordinarily dangerous nature of the COVID-19 pandemic").

11. Order re: Second Motion for Reconsideration, *In re Manrique*, Case No. 3:19-mj-71055-MAG (N.D. Cal. Mar. 19, 2020), ECF No. 115, attached

hereto as Exhibit 11 (ordering defendant released due to "[t]he risk that this vulnerable person will contract COVID-19 while in jail").

12. Order Granting Emergency Motion to Temporarily Modify Intermittent Confinement as a Condition of Probation Due to the COVID-19 Pandemic, *United States v. Barkman*, Case No. 3:19-cr-0052-RCJ-WGC (D. Nev. Mar. 17, 2020), ECF No. 21, attached hereto as Exhibit 12 (suspending defendant's intermittent confinement because "[t]here is a pandemic that poses a direct risk" to defendant "that is far greater" if he is incarcerated).

13. Order, *United States v. Matthaei*, Case No. 1:19-cr-243-BLW (D. Idaho Mar. 16, 2020), ECF No. 30, attached hereto as Exhibit 13 (extending the time for defendant to self-surrender by 90 days because he "suffers from multiple health problems, including COPD, which puts him at serious risk of complications from COVID-19").

14. Memorandum from U.S. Attorney General William Barr to the Director of Bureau Prisons re: Prioritization of Home Confinement As Appropriate in Response to COVID-19 Pandemic (March 26, 2020), attached hereto as Exhibit 14 (directing BOP release to home confinement people who are low risk and/or particularly vulnerable to COVID-19, in recognition that "for some eligible inmates, home confinement might be more effective in protecting their health").[1]

## LEGAL STANDARD

Federal Rule of Evidence 201(b)(2) permits the court to take judicial notice of facts that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Courts regularly take judicial notice of "undisputed matters of

---

[1] The University of Michigan Law School is maintaining a list of court orders and directives for releases and other COVID-19 responses here: https://clearinghouse.net/results.php?searchSpecialCollection=62.

public record, including documents on file in federal or state courts." *Harris v. Cty. of Orange*, 682 F.3d 1126, 1132 (9th Cir. 2012) (citing *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001) and *Bennett v. Medtronic, Inc.*, 285 F.3d 801, 803 n.2 (9th Cir. 2002)); *see also United States ex rel. Robinson Rancheria Citizens Council v. Borneo*, 971 F.2d 244, 248 (9th Cir. 1992) ("[W]e 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'" (citation omitted)).

The court orders and directives included in this request plainly meet this standard. And, these documents are relevant to Plaintiffs' Emergency Motion because they demonstrate that courts across the nation have ordered the relief sought by Plaintiffs—release of individuals from detention facilities due to the unprecedented risk posed by COVID-19.

## CONCLUSION

Plaintiffs respectfully request this Court grant their request for judicial notice.

Respectfully submitted,

DATED:  March 26, 2020         PRISON LAW OFFICE

By: */s/ Sara Norman*
    Sara Norman
    Alison Hardy
    Margot Mendelson
    Rita Lomio
    Sophie Hart
Attorneys for *Plata* Plaintiffs

1  DATED: March 26, 2020            ROSEN BIEN GALVAN & GRUNFELD LLP

2                                   By: */s/ Michael W. Bien*
3                                       Michael W. Bien
                                        Ernest Galvan
4                                       Lisa Ells
                                        Jessica Winter
5                                       Marc J. Shinn-Krantz
                                        Cara E. Trapani
6                                   Attorneys for *Coleman* Plaintiffs