# Exhibit 1

Source: https://newsroom.courts.ca.gov/news/california-chief-justice-issues-second-advisory-on-emergency-relief-measures (accessed March 26, 2020)

**CALIFORNIA COURTS NEWSROOM**

**News Release**

**CHIEF JUSTICE CANTIL-SAKAUYE | SUPERIOR COURTS | COVID-19**

**California Chief Justice Issues Second Advisory on Emergency Relief Measures**

March 20, 2020

Contact: Peter Allen 415-865-7740

California Chief Justice Tani Cantil-Sakauye issued new guidance to the state's superior courts on Friday to mitigate some of the health risks to judicial officers, court staff, and court users during the COVID-19 pandemic.

In California, unlike other states, presiding judges of county superior courts may petition the Chief Justice—as chair of the Judicial Council—for an emergency order. (So far, the Chief Justice has signed emergency orders for nearly all of California's 58 counties, available to the public here).

Under Gov. Gavin Newsom's executive order to shelter in place, courts are considered "essential services" that must still provide services to the public.

"I am deeply concerned about the disruption and hardships caused by the COVID-19 crisis and I have applied and will continue to apply all the constitutional and statutory powers of my office to minimize these unprecedented problems," Cantil-Sakauye said.

In Friday's advisory, Cantil-Sakauye urged court officials to consider the following measures. "These actions can be taken immediately to protect constitutional and due process rights of court users. They will require close collaboration with your local justice system partners," Cantil-Sakauye said.

**In criminal cases:**

- Lower bail amounts significantly for the duration of the coronavirus emergency, including lowering the bail amount to $0 for many lower level offenses.

- Consider a defendant's existing health conditions, and conditions existing at the anticipated place of confinement, in setting conditions of custody for adult or juvenile defendants.

- Identify detainees with less than 60 days in custody to permit early release, with or without supervision or community-based treatment.

- Determine the nature of supervision violations that will warrant detention in county jail, or "flash incarceration," to drastically reduce or eliminate its use during the current health crisis.

- Prioritize arraignments and preliminary hearings for in-custody defendants, and the issuance of restraining orders.

- Prioritize juvenile dependency detention hearings to ensure they are held within the time required by state and federal law.

- Allow liberal use of telephone or video appearance by counsel and defendant for routine or non-critical criminal matters.

**In civil cases:**

- Suspend all civil trials and hearings for at least 60 days, with the exception of time-sensitive matters, such as restraining orders and urgent dependency, probate, and family matters.

- When possible, provide that any urgent matters may be done telephonically.

---

***See Chief Justice Tani Cantil-Sakauye's advisory below, sent to all county superior court presiding judges and court executive officers on Friday:***

To: Presiding Judges and Court Executive Officers of the California Courts

Dear Judicial Branch Colleagues:

I write to share information on actions we are taking at the state level regarding the current crisis in our California court system resulting from COVID-19, and to provide guidance on ways that might mitigate some of the health risks to judicial officers, court staff, and court users.

Governor Newsom's order last night for all Californians to shelter in place reflects the unprecedented challenge we face with the COVID-19 virus, both as Californians and as judicial officers and court administrators. We sought and received clarification from the Governor's office that the Governor's order is not meant to close our courts. The courts are—and continue to be—considered as an essential service. I recognize, however, that this new adjustment to health guidelines and direction likely may require further temporary adjustment or suspension of certain court operations, keeping in mind, as we all are, that we are balancing constitutional rights of due process with the safety and health of all court users and employees.

We are working at both the state and local levels to identify more options to provide relief. Aiding in these efforts are the perspectives and input from the TCPJAC and

CEAC chairs and vice chairs who are dealing with local emergencies while making time to focus on the welfare of our larger judicial branch family.

In addition, we are in daily, close contact with the Governor's office, executive branch departments, and legislative leadership to make them aware of the impact on courts as well as to see where immediate and longer-term assistance may be needed to respond to a crisis of this magnitude.

I am deeply concerned about the disruption and hardships caused by the COVID-19 crisis and I have applied and will continue to apply all the constitutional and statutory powers of my office to minimize these unprecedented problems.

I, like many of you, am being contacted by justice system partners and advocates seeking immediate and direct action to address the particular needs of their constituencies. In responding to these requests, we have made clear what the limits of authority are for the Chief Justice and the Judicial Council, as well as the role of independent trial courts to manage their operations, while stressing our shared commitment to be responsive within the framework of respective constitutional and statutory responsibilities.

The relief I am authorized to grant with an emergency order is limited to the items enumerated in Government Code section 68115. In California, unlike other states, each of the 58 superior courts retains local authority to establish and maintain its own court operations. This decentralized nature of judicial authority is a statutory structure that reflects the diversity of each county.

In an effort to alleviate some of the immediate problems faced by the trial courts, I have authorized court holidays and extensions of time for court procedures in response to requests submitted by the presiding judges in many superior courts, with the understanding that the immense diversity of our state may require variations on what is considered an essential or priority service in a particular court or community.

I will continue to grant emergency order requests while balancing fairness and access to justice. As of writing, 63 emergency orders have been processed with several more pending. In light of the continuing emergency posed by the COVID-19 pandemic, I am prepared to approve requests for further extensions as warranted, consistent with my authority under Government Code section 68115(b).

In addition to the steps you have taken under the orders you have been granted, I strongly encourage to you consider the following suggestions to mitigate the effect of reduced staffing and court closures and to protect the health of judges, court staff, and court users.

These actions can be taken immediately to protect constitutional and due process rights of court users. They will require close collaboration with your local justice system partners.

Criminal Procedures

1.    Revise, on an emergency basis, the countywide bail schedule to lower bail amounts significantly for the duration of the coronavirus emergency, including lowering the bail amount to $0 for many lower level offenses – for all misdemeanors except for those listed in Penal Code section 1270.1 and for lower-level felonies. This will result in fewer individuals in county jails thus alleviating some of the pressures for arraignments within 48 hours and preliminary hearings within 10 days.

2.    In setting an adult or juvenile defendant's conditions of custody, including the length, eligibility for alternative sentencing, and surrender date, the court should consider defendant's existing health conditions, and any conditions existing at defendant's anticipated place of confinement that could affect the defendant's health, the health of other detainees, or the health of personnel staffing the anticipated place of confinement.

3.    With the assistance of justice partners, identify those persons currently in county jail or juvenile hall custody who have less than 60 days remaining on their jail sentence for the purpose of modifying their sentences to permit early release of such persons with or without supervision or to community-based organizations for treatment.

4.    With the assistance of justice partners, calendar hearings for youth returning to court supervision from Department of Juvenile Justice following parole consideration for a Welf. & Inst. Code, §1766 hearing.

5.    With the assistance of justice partners, determine the nature of supervision violations that will warrant "flash incarceration," for the purpose of drastically reducing or eliminating the use of such an intermediate sanction during the current health crisis.

6.    Prioritize arraignments and preliminary hearings for in-custody defendants, and the issuance of restraining orders.

7.    Prioritize juvenile dependency detention hearings to ensure they are held within the time required by state and federal law.

8.    For routine or non-critical criminal matters, allow liberal use of telephonic or video appearance by counsel and the defendant, and appearance by counsel by use of waivers authorized by Penal Code, § 977.  Written waivers without being obtained in open court have been approved if the waiver is in substantial compliance with language specified in section 977, subdivision (b)(1).  (People v. Edwards (1991) 54 Cal.3d 787, 811; People v. Robertson (1989) 48 Cal.3d 18, 62.)

<u>Civil Procedures</u>

1.     Suspend all civil trials, hearings, and proceedings for at least 60 days, with the exception of time-sensitive matters, such as restraining orders and urgent dependency, probate, and family matters.  Consider whether an emergency order may be needed to address cases reaching 5-year deadlines under Code of Civil Procedure section 583.310.

2.     When possible, provide that any urgent matters may be done telephonically, under the general policy encouraging use of telephonic appearances in Code of Civil Procedure section 367.5(a) and California Rule of Court, rule 3.670.

The Judicial Council's entire management team and staff are focused on supporting you, your judicial officers, and court employees. They are moving as quickly as possible to address questions, share information, provide resources, and maintain open lines of communication to facilitate our branch's response.

I am immensely grateful to you and your dedicated employees for your tireless efforts to navigate this storm as you are also trying to help and protect your own families through this challenging time for us all.

**Tani G. Cantil-Sakauye**
**Chief Justice of California**

# Exhibit 2

1
2
3
4
5
6
7
8
9
10

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SACRAMENTO

11
12

**ORDER OF THE
SACRAMENTO SUPERIOR COURT**

**ORDER AUTHORIZING SACRAMENTO
COUNTY SHERIFF'S DEPARTMENT TO
GRANT RELEASE**

13
14
15
16

17

**O R D E R**

18      GOOD CAUSE APPEARING, AND BY AGREEMENT OF THE SACRAMENTO

19    COUNTY DISTRICT ATTORNEY'S OFFICE, THE SACRAMENTO COUNTY PUBLIC

20    DEFENDER'S OFFICE AND THE SACRAMENTO CONFLICT CRIMINAL DEFENDER,

21    IT IS HEREBY ORDERED:

22         1)      Because the parties agree that it is in the best interest of public health to

23    reduce the population of the Sacramento County Jail System, and pursuant to Penal

24    Code section 4004, the court finds good cause to order the Sacramento County Sheriff

25    to utilize the authority granted in California Government Code section 8658 and Health

26    and Safety Code sections 101029 and 120155, to release all confined persons identified

27

28                                              -1-

and discussed herein who are serving county jail commitments with 60 actual days or less remaining on their sentence, condition of confinement, or other custody requirement from the date of this Order (March 25, 2020). This Order includes those persons with a projected release date from present to May 24, 2020. The Sacramento County Sheriff is directed to release qualifying persons within the parameters of this order forthwith, or at the earliest possible time but no later than March 30, 2020.

2)    This order shall not be construed to include persons confined pursuant to a county jail prison commitment, nor persons currently doing alternative sentencing programming with the Sheriff's Department, nor persons whose offense includes one or more of the following categories. Specifically,

a.    No inmate serving time for a domestic violence related offense or offense involving a victim of domestic violence as defined in Penal Code section 13700, including but not limited to Penal Code sections 273.5, 273.6, 243(e)(1), 422, and 646.9 shall be released by this order.

b.    No inmate serving time for driving under the influence of alcohol or drugs pursuant to Vehicle Code sections 23152 and 23153 shall be released by this order.

c.    No inmate serving time for an offense that requires registration as a sex offender pursuant to Penal Code section 290 shall be released by this order.

The list of specific inmates ordered for release is attached to this Order.

3)    If the released inmate has 10 actual days or less remaining to serve at the time of their release the sentence shall be deemed completed and the Sheriff shall make that entry into the court/sheriff computer system.

-2-

4)    If the inmate has between 11 and 60 actual days of confinement remaining at the time of release, the person shall be referred to the Sheriff's Work Release Program for potential placement into an appropriate program. The inmate will be required to complete the remainder of their sentence in one of these programs or return to custody at a later date as ordered below.

5)    If an inmate has between 11 and actual 30 days remaining at the time of release, then person shall complete that sentence in a release program or in a return to custody as ordered below in paragraphs (7) and (8).

6)    If an inmate has more than 30 actual days remaining (31-60 actual days), the person shall be deemed time-served after completing 30 actual days of the sentence on a work release program or a return to custody as ordered below in paragraphs (7) and (8). No one who has between 31 and 60 actual days remaining to serve will be required to serve more than 30 actual days.

7)    It is ordered that all released persons will have until August 28, 2020 to sign up for Sheriff's Work Release.

8)    It is order that any person released by this order who does not sign up for Sheriff's Work Release or chooses not to participate in a Sheriff's Work Release program shall turn themselves in to the Rio Cosumnes Correctional Facility by Friday at 6:00 p.m., December 4, 2020, to serve the remainder of their sentence, not to exceed the above-noted 30 actual days. Persons who fail to obey the conditions of this Order shall be subject to immediate re-arrest by way of bench warrant or warrant issued by the Sheriff.

DATED:  March 23, 2020

THE HONORABLE MICHAEL G. BOWMAN
ASSISTANT PRESIDING JUDGE

-3-

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 1 | 49 | 3/26/2020 | | | 2-RM-MIS PC 530.5(C)(1 UNLAWFULLY ACQUIRE/RETAIN PERSONAL ID INFO OF ANOTHER ** 03-CO-FEL PC 459 BURGLARY | 01-WR-18FE015657 ** 02-RM-19MI014651 ** 03-CO-18FE015657 |
| 2 | 36 | 3/26/2020 | | | 2-FS-FEL PAR718 Voluntarily admitted to use of ocaine ** 03-CO-FEL PAR718 Voluntarily admitted o use of cocaine | 01-PA-20PA002726 ** 02-FS-20PA002726 ** 03-CO-20PA002726 |
| 3 | 34 | 3/26/2020 | | | 01-PU-FEL PC 243(D) BATTERY AGAINST PERSON BODILY INJURY ** 01-PU-MIS PC 243(B) BATTERY COMMITTED AGAINST THE PERSON OF A PEACE OFFICER ** 03-CO-MIS PC 273A(B) HAVING CARE &amp; CUSTODY OF CHILD - ENDANGERING HEALTH OF CHILD ** 04-FS-FEL PC 243(D) BATTERY AGAINST PERSON BODILY INJURY ** 04-FS-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI ** 04-FS-MIS PC 243(B) BATTERY COMMITTED AGAINST THE PERSON OF A PEACE OFFICER ** 05-CO-MIS WI 602/777 MINORS FAILING TO OBEY COURT ORDER/PLACEMENT OR COMMITMENT ** 06-RM-MIS PC 273A(B) HAVING CARE &amp; CUSTODY OF CHILD - ENDANGERING HEALTH OF CHILD | 01-PU-20FE002893 ** 03-CO-19MI020735 ** 04-FS-20FE002893 ** 05-CO-138376 ** 06-RM-19MI020735 |
| 4 | 31 | 3/26/2020 | | | 02-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC | 01-WR-19FE004702 ** 02-CO-19FE004702 |
| 5 | 29 | 3/26/2020 | | | 01-PU-FEL PC 529 FALSE PERSONATION ** 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 04-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 04-FS-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 05-CO-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER | 01-PU-20MI003107 ** 02-CW-P0603066 ** 04-FS-20MI003107 ** 05-CO-20MI003107 |
| 6 | 11 | 3/26/2020 | | | 01-PU-MIS PC 647(F) DISORDERLY CONDUCT:DRUNK IN PUBLIC ** 03-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN | 02-WR-19MI012658 ** 03-CO-19MI012658 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 7 | 36 | 3/26/2020 | | | 01-PU-FEL HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 03-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-FS-MIS VC 14601.1(A) DRIVE WHEN PRIVILEGE SUSPENDED/REVOKED (NOT DRIVING ABILITY) ** 04-CO-FEL PC 503 EMBEZZLEMENT | 01-PU-20MI002742 ** 02-WR-18FE008143 ** 03-FS-20MI002742 ** 04-CO-18FE008143 |
| 8 | 36 | 3/26/2020 | | | 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-CW-P2652421 ** 02-34-20PR002682 ** 03-FS-20PR002682 ** 04-CO-20PR002682 |
| 9 | 36 | 3/26/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 02-FS-FEL PAR34 Unauthorized possession of knife with a blade exceeding 2 in ** 03-CO-FEL PAR34 Unauthorized possession of knife with a blade exceeding 2 in | 01-PA-20PA002793 ** 02-FS-20PA002793 ** 03-CO-20PA002793 |
| 10 | 34 | 3/26/2020 | | | 01-CR-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 02-CR-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-CR-18MI017434 ** 02-CR-19MI012619 |
| 11 | 28 | 3/26/2020 | | | 01-PU-FEL VC 20001(A) INVOLVED IN AND DID CAUSE AN ACCIDENT RESULTING IN INJURY ** 03-FS-MIS VC 664/20002A UNLAWFULLY ATTEMPT TO FAIL TO STOP AT ACCIDENT SCENE ** 04-CO-MIS VC 20002(A) HIT AND RUN PROPERTY DAMAGE | 01-PU-20MI003238 ** 03-FS-20MI003238 ** 04-CO-20MI003238 |
| 12 | 20 | 3/26/2020 | | | 03-CO-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 04-CO-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 | 01-WR-19FE007517 ** 02-WR-19FE007517 ** 03-CO-19FE007517 ** 04-CO-19FE007517 |
| 13 | 19 | 3/26/2020 | | | 01-PU-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 01-PU-MIS PC 1203.2(A) VIOLATION OF PROBATION ** 03-CO-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES | 02-WR-18MI017927 ** 03-CO-18MI017927 |
| 14 | 17 | 3/26/2020 | | | 01-CO-MIS PC 626.10(A) POSSESSION OF DIRK, DAGGER, KNIFE W/BLADE OVER 3 INS. | 01-CO-19MI022527 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 15 | 6 | 3/26/2020 | | | 02-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-CR-FEL PC 530.5(C)(2 WITH PRIOR 530.5 CONVICTION-UNLAWFULLY USE ANOTHERS IDENTITY ** 04-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-19MI001856 ** 02-CO-19MI001856 ** 03-CR-16FE002273 ** 04-CO-19MI001856 |
| 16 | 172 | 3/26/2020 | | | 01-PU-FEL HS 11378(A) POSSESSION OF CONTROLLED SUBSTANCE FOR SALE ** 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS VC 14601.1(A) DRIVE WHEN PRIVILEGE SUSPENDED/REVOKED (NOT DRIVING ABILITY) ** 02-CR-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 04-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC | 01-PU-19FE017710 ** 02-CR-18MI008535 ** 03-FS-19FE017710 ** 04-CO-19FE017710 |
| 17 | 123 | 3/26/2020 | | | 02-CO-FEL VC 2800.2(A) EVADE POLICE OFFICER-DRIVING IN RECKLESS MANNER | 01-WR-344702017046043 ** 02-CO-18FE016285 |
| 18 | 96 | 3/26/2020 | | | 04-CO-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI ** 05-CO-FEL HS 11370.1(A) UNLAWFUL POSSESSION CONTROLLED SUBSTANCE AND LOADED FIREARM | 01-WR-18FE008851 ** 02-WR-19MI021104 ** 03-WR-20FE000850 ** 04-CO-18FE008851 ** 05-CO-20FE000850 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 19 | 87 | 3/26/2020 | | | 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS PC 22810(A) POSSESSION OF TEAR GAS BY A FELON ** 03-CO-FEL PC 530.5(C)(2 WITH PRIOR 530.5 CONVICTION-UNLAWFULLY USE ANOTHERS IDENTITY ** 04-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 04-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-FS-MIS PC 22810(A) POSSESSION OF TEAR GAS BY A FELON ** 05-RM-FEL PC 530.5(C)(2 WITH PRIOR 530.5 CONVICTION-UNLAWFULLY USE ANOTHERS IDENTITY ** 06-RM-FEL PC 530.5(C)(2 WITH PRIOR 530.5 CONVICTION-UNLAWFULLY USE ANOTHERS IDENTITY ** 07-CO-MIS PC 22810(A) POSSESSION OF TEAR GAS BY A FELON | 01-PU-19MI022825 ** 02-WR-18FE015945 ** 03-CO-18FE015945 ** 04-FS-19MI022825 ** 05-RM-18FE015945 ** 06-RM-18FE013382 ** 07-CO-19MI022825 |
| 20 | 35 | 3/27/2020 | | | 02-FS-FEL PAR774 Voluntarily admitted to use of amphetamine/methamphetamine ** 03-CO-FEL PAR774 Voluntarily admitted to use of amphetamine/methamphetamine | 01-PA-20PA002909 ** 02-FS-20PA002909 ** 03-CO-20PA002909 |
| 21 | 28 | 3/27/2020 | | | 03-CO-FEL HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-19FE022694 ** 02-WR-344702012028794 ** 03-CO-10F01513 |
| 22 | 27 | 3/27/2020 | | | 02-CO-FEL PC 211 ROBBERY | 01-WR-18FE002064 ** 02-CO-18FE002064 |
| 23 | 22 | 3/27/2020 | | | 04-CO-MIS PC 476 FICTITIOUS CHECK ** 06-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-19MI013647 ** 02-WR-20MI001060 ** 03-WR-17MI000922 ** 04-CO-19MI013647 ** 05-WR-19MI013647 ** 06-CO-17MI000922 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 24 | 19 | 3/27/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 03-RM-FEL PC 594(A) VANDALISM ** 05-RM-FEL PC 594(A) VANDALISM ** 06-CO-FEL PC 594(A) VANDALISM | 03-RM-20FE000723 ** 04-WR-18CR01306 1 ** 05-RM-20FE000723 ** 06-CO-20FE000723 |
| 25 | 19 | 3/27/2020 | | | 01-PU-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES ** 01-PU-FEL HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 02-RM-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 03-RM-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 05-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 02-RM-17FE019760 ** 03-RM-17FE019760 ** 05-CO-17FE019760 |
| 26 | 65 | 3/27/2020 | | | 02-FS-FEL PAR21 Absconding parole supervision ** 03-CO-FEL PAR21 Absconding parole supervision | 01-PA-20PA000963 ** 02-FS-20PA000963 ** 03-CO-20PA000963 |
| 27 | 49 | 3/27/2020 | | | 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-CW-P1699265 ** 02-34-20PR001914 ** 03-FS-20PR001914 ** 04-CO-20PR001914 |
| 28 | 35 | 3/27/2020 | | | 02-CO-MIS PC 25400(A)(1 HAVING CONCEALED FIREARM IN VEHICLE | 01-WR-18FE020642 ** 02-CO-18FE020642 |
| 29 | 21 | 3/27/2020 | | | 01-CR-MIS PC 484(A) THEFT OF PERSONAL PROPERTY | 01-CR-19MI007843 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 30 | 19 | 3/27/2020 | | | 01-PU-FEL PC 496 RECEIVING STOLEN PROPERTY ** 01-PU-MIS PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 01-PU-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 01-PU-MIS SCC9.16.140(B TRESSPASS ON PRIVATE PROPERTY OR BUSINESS PREMISES PROHIBITE ** 04-FS-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 04-FS-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 04-FS-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 05-CO-MIS SCC9.16.140B TRESPASS ON PRIVATE PROPERTY OR BUSINESS PREMISES ** 06-CO-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY | 01-PU-20MI004024 ** 02-WR-19MI019923 ** 03-WR-17MI015028 ** 04-FS-20MI004024 ** 05-CO-19MI019923 ** 06-CO-20MI004024 |
| 31 | 71 | 3/28/2020 | | | 01-CR-FEL WI 14107(B)(1 INTENT/DEFRAUD, THROUGH ELECTRONIC DATA SERVICE FALSE CLAIMS | 01-CR-18FE012278 |
| 32 | 61 | 3/28/2020 | | | 03-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-CO-MIS PC 476 FICTITIOUS CHECK | 01-WR-19MI012042 ** 02-WR-18FE021607 ** 03-CO-18FE021607 ** 04-CO-19MI012042 |
| 33 | 54 | 3/28/2020 | | | 01-CR-FEL WI 14107(B)(1 INTENT/DEFRAUD, THROUGH ELECTRONIC DATA SERVICE FALSE CLAIMS | 01-CR-19FE011299 |
| 34 | 43 | 3/28/2020 | | | 02-CO-MIS PC 470B DISPLAY OR POSSESSION OF FORGED DRIVER'S LIC. OR ID CARD | 01-WR-17FE007272 ** 02-CO-17FE007272 |
| 35 | 18 | 3/28/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS BP 4060 POSSESSION OF CONTROLLED SUBSTANCE ** 01-PU-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-CO-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES | 01-PU-20MI004150 ** 02-FS-20MI004150 ** 03-CO-20MI004150 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 36 | 64 | 3/28/2020 | | | 02-FS-FEL PAR21 Absconding parole supervision ** 03-CO-FEL PAR21 Absconding parole supervision | 01-PA-20PA000986 ** 02-FS-20PA000986 ** 03-CO-20PA000986 |
| 37 | 50 | 3/28/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 02-FS-FEL PAR28 Instructions: Traveling beyond 50 mi. from residence w/o DAP ** 03-CO-FEL PAR28 Instructions: Traveling beyond 50 mi. from residence w/o DAP | 01-PA-20PA001960 ** 02-FS-20PA001960 ** 03-CO-20PA001960 |
| 38 | 48 | 3/28/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 02-FS-FEL PAR34 Unauthorized possession of knife with a blade exceeding 2 in ** 02-FS-FEL PAR708 Voluntarily admitted to use of heroin ** 02-FS-FEL PAR750 Possession of drug paraphernalia (related to drug use) ** 03-CO-FEL PAR19 Violation of Other Special Condition | 01-PA-20PA002062 ** 02-FS-20PA002062 ** 03-CO-20PA002062 |
| 39 | 34 | 3/28/2020 | | | 02-FS-FEL PAR451 Battery (without serious injury) ** 02-FS-FEL PAR774 Voluntarily admitted to use of amphetamine/methamphetamine ** 03-CO-FEL PAR451 Battery (without serious injury) | 01-PA-20PA003226 ** 02-FS-20PA003226 ** 03-CO-20PA003226 |
| 40 | 18 | 3/28/2020 | | | 02-CO-MIS PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 | 01-WR-20FE001253 ** 02-CO-20FE001253 |
| 41 | 11 | 3/28/2020 | | | 01-CO-MIS PC 459.5(A) SHOPLIFTING IN COMMERCIAL ESTABLISHMENT OPEN FOR BUSINESS | 01-CO-19MI019359 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 42 | 165 | 3/28/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-FEL PC 22210 POSS OF LEADED CANE/BILLYJACK/SANDBAG/SANDCLUB/SAP/SLINGSHOT ** 01-PU-FEL PC 529.3 PERSONATE TO MAKE OTHER LIABLE ** 01-PU-FEL PC 530.5(A) UNLAWFUL USE OF PERSONAL IDENTIFYING INFORMATION ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS PC 148(A) WILLFULLY RESISTS, DELAYS, OR OBSTRUCTS ANY PUBLIC OFFICER ** 03-FS-FEL PC 22210 POSS OF LEADED CANE/BILLYJACK/SANDBAG/SANDCLUB/SAP/SLINGSHOT ** 03-FS-FEL PC 530.5(C)(2 WITH PRIOR 530.5 CONVICTION-UNLAWFULLY USE ANOTHERS IDENTITY ** 03-FS-FEL PC 530.5(C)(3 UNLAWFULLY ACQUIRE/RETAIN POSS OF ID OF 10 OR MORE VICTIMS ** 03-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 03-FS-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 04-CO-FEL PC 530.5(C)(2 WITH PRIOR 530.5 CONVICTION-UNLAWFULLY USE ANOTHERS IDENTITY ** 05-RM-FEL PC 530.5(C)(2 WITH PRIOR 530.5 | 01-PU-19FE018167 ** 02-WR-19FE002384 ** 03-FS-19FE018167 ** 04-CO-19FE002384 ** 05-RM-19FE002384 ** 06-CO-19FE018167 |
| 43 | 94 | 3/28/2020 | | | 05-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 06-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 07-CO-MIS PC 417.4 DRAWING/EXHIBITING IMITATION FIREARM IN THREATENING MANNER ** 08-CO-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS | 01-WR-19MI019666 ** 02-WR-19MI019788 ** 03-CW-P3756294 ** 04-34-19PR022357 ** 05-FS-19PR022357 ** 06-CO-19PR022357 ** 07-CO-19MI019788 ** 08-CO-19MI019666 |
| 44 | 63 | 3/29/2020 | | | 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 06-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-CW-P3826651 ** 02-34-20PR001081 ** 03-FS-20PR001081 ** 04-CO-20PR001081 ** 05-WR-20MI002957 ** 06-CO-20MI002957 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 45 | 33 | 3/29/2020 | | | 01-PU-FEL PC 207 KIDNAPPING ** 01-PU-FEL PC 243(D) BATTERY AGAINST PERSON BODILY INJURY ** 02-FS-FEL PC 245(A)(4 ADW WITH FORCE:POSSIBLE GBI ** 02-FS-MIS PC 242 BATTERY(CIVILIAN) ** 03-CO-MIS PC 242 BATTERY(CIVILIAN) | 01-PU-20FE002994 ** 02-FS-20FE002994 ** 03-CO-20FE002994 |
| 46 | 19 | 3/29/2020 | | | 01-PU-FEL PC 529 FALSE PERSONATION ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 04-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-FS-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 05-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 06-CO-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER | 01-PU-20MI004017 ** 02-WR-20FE003264 ** 04-FS-20MI004017 ** 05-CO-20FE003264 ** 06-CO-20MI004017 |
| 47 | 8 | 3/29/2020 | | | 01-PU-MIS VC 14601.1 DRIVING W/SUSPENDED OR REVOKED LICENSE ** 04-CO-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM | 02-WR-16FE011454 ** 03-WR-19FE015675 ** 04-CO-19FE015675 |
| 48 | 33 | 3/29/2020 | | | 02-FS-FEL PAR21 Absconding parole supervision ** 02-FS-FEL PAR24 Failure to follow instructions from DAPO ** 03-CO-FEL PAR24 Failure to follow instructions from DAPO | 01-PA-20PA003188 ** 02-FS-20PA003188 ** 03-CO-20PA003188 |
| 49 | 43 | 3/29/2020 | | | 02-CO-MIS PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL | 01-WR-19FE014534 ** 02-CO-19FE014534 |
| 50 | 38 | 3/29/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS VC 14601.1 DRIVING W/SUSPENDED OR REVOKED LICENSE ** 02-RM-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 03-RM-FEL PC 4573.6 POSSESSION OF UNAUTHORIZED DRUGS IN PRISON ** 04-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 05-CO-FEL PC 4573.6 POSSESSION OF UNAUTHORIZED DRUGS IN PRISON | 02-RM-18MI003140 ** 03-RM-19FE002289 ** 04-CO-18MI003140 ** 05-CO-19FE002289 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 51 | 33 | 3/29/2020 | | | 02-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-CO-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 04-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-19MI018627 ** 02-CO-3447015M05701 ** 03-CO-19MI018627 ** 04-CO-3447015M05701 |
| 52 | 29 | 3/29/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS PC 148.2(A) OBSTRUCTING ** 03-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 03-FS-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 04-CO-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 05-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN | 01-PU-20MI003124 ** 02-WR-20MI001477 ** 03-FS-20MI003124 ** 04-CO-20MI001477 ** 05-CO-20MI003124 |
| 53 | 28 | 3/29/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 22210 POSS OF LEADED CANE/BILLYJACK/SANDBAG/SANDCLUB/SAP/S LINGSHOT ** 01-PU-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 01-PU-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM ** 01-PU-FEL PC 30605(A) POSSESSION OF AN ASSAULT WEAPON ** 01-PU-FEL PC 33215 POSSESSION OF SHORT-BARRELED RIFLE/SHORT BARRELED SHOTGUN ** 02-FS-FEL PC 22210 POSS OF LEADED CANE/BILLYJACK/SANDBAG/SANDCLUB/SAP/S LINGSHOT ** 02-FS-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 02-FS-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM ** 03-RM-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 04-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 05-RM-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC | 01-PU-20FE003240 ** 02-FS-20FE003240 ** 03-RM-19FE022206 ** 04-CO-19FE022206 ** 05-RM-19FE022206 |
| 54 | 26 | 3/29/2020 | | | 01-CO-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON | 01-CO-19FE014071 |
| 55 | 13 | 3/29/2020 | | | 03-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN | 01-WR-20MI003936 ** 03-CO-20MI003936 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 56 | 8 | 3/29/2020 | | | 02-CO-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION | 01-WR-18MI002423 ** 02-CO-18MI002423 |
| 57 | 100 | 3/29/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 01-PU-MIS PC 530.5(C)(1 UNLAWFULLY ACQUIRE/RETAIN PERSONAL ID INFO OF ANOTHER ** 02-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 02-FS-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 02-FS-MIS PC 530.5(C)(1 UNLAWFULLY ACQUIRE/RETAIN PERSONAL ID INFO OF ANOTHER ** 03-RM-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 04-CO-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 05-CO-MIS PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL | 01-PU-19FE022004 ** 02-FS-19FE022004 ** 03-RM-19FE005490 ** 04-CO-19MI006306 ** 05-CO-19FE022004 |
| 58 | 32 | 3/30/2020 | | | 03-CO-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION ** 04-FS-FEL PAR19 Violation of Other Special Condition ** 05-CO-FEL PAR19 Violation of Other Special Condition | 01-WR-19MI015236 ** 02-PA-20PA003140 ** 03-CO-19MI015236 ** 04-FS-20PA003140 ** 05-CO-20PA003140 |
| 59 | 20 | 3/30/2020 | | | 02-CO-FEL HS 11379.6(A) UNLAWFULLY MANUFACTURE,COMPOUND,PRODUCE METHAMPHETAMINES | 01-WR-15F01557 ** 02-CO-15F01557 |
| 60 | 16 | 3/30/2020 | | | 03-CO-MIS HS 11359(B) PERSONS OVER 18 YEARS OF AGE POSSESS MARIJUANA FOR SALE ** 04-CO-MIS HS 11359(B) PERSONS OVER 18 YEARS OF AGE POSSESS MARIJUANA FOR SALE ** 05-CO-MIS VC 14601.2(A) DRIVING WHEN PRIVILEGE SUSPENDED/REVOKED FOR DUI/DRUGS | 01-WR-18MI018278 ** 02-WR-18MI009443 ** 03-CO-18MI018278 ** 04-CO-18MI009443 ** 05-CO-18MI009443 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 61 | 168 | 3/30/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 01-PU-FEL VC 2800.2 EVADE POLICE OFFICER-DRIVING IN RECKLESS MANNER ** 01-PU-MIS PC 496(D) ATTEMPT TO COMMIT 496 PC:STOLEN PROPERTY ** 01-PU-MIS VC 14601.1(A) DRIVE WHEN PRIVILEGE SUSPENDED/REVOKED (NOT DRIVING ABILITY) ** 02-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 02-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 02-FS-FEL VC 2800.2(A) EVADE POLICE OFFICER-DRIVING IN RECKLESS MANNER ** 03-CO-FEL VC 2800.2(A) EVADE POLICE OFFICER-DRIVING IN RECKLESS MANNER | 01-PU-19FE017902 ** 02-FS-19FE017902 ** 03-CO-19FE017902 |
| 62 | 168 | 3/30/2020 | | | 01-PU-FEL PC 530.5 USING PERSNL I.D. INFO OF ANOTHER TO OBTAIN CREDIT/GOODS/SER ** 01-PU-FEL VC 2800.2 EVADE POLICE OFFICER-DRIVING IN RECKLESS MANNER ** 01-PU-FEL VC 2800.4 EVADE PEACE OFFICER/DRIVING OPPOSITE FLOW OF LAWFUL TRAFFIC ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS VC 12500(B) DRIVE MOTORCYCLE W/O LICENSE ** 02-FS-FEL VC 2800.2(A) EVADE POLICE OFFICER-DRIVING IN RECKLESS MANNER ** 02-FS-FEL VC 2800.4 EVADE PEACE OFFICER/DRIVING OPPOSITE FLOW OF LAWFUL TRAFFIC ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 02-FS-MIS PC 530.5(C)(1 UNLAWFULLY ACQUIRE/RETAIN PERSONAL ID INFO OF ANOTHER ** 03-CO-FEL VC 2800.2(A) EVADE POLICE OFFICER-DRIVING IN RECKLESS MANNER | 01-PU-19FE017909 ** 02-FS-19FE017909 ** 03-CO-19FE017909 |
| 63 | 168 | 3/30/2020 | | | 01-PU-FEL PC 459 BURGLARY ** 01-PU-FEL PC 594(B)(1) VANDALISM-DAMAGE MORE THAN $400. ** 02-FS-FEL PC 594(A) VANDALISM ** 02-FS-FEL PC 664/459 ATTEMPTED BURGLARY ** 03-CO-FEL PC 594(A) VANDALISM | 01-PU-19FE017813 ** 02-FS-19FE017813 ** 03-CO-19FE017813 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 64 | 69 | 3/31/2020 | | | 01-DN-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-DN-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 01-DN-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 03-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 05-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 02-WR-P16CRF0439 ** 03-CO-P16CRF0439 ** 04-WR-P16CRF0439 ** 05-CO-P16CRF0439 |
| 65 | 13 | 3/31/2020 | | | 02-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-19MI020193 ** 02-CO-19MI020193 |
| 66 | 42 | 3/31/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS SCC9.16.140B1 TRESPASS ON PRIVATE PROPERTY OR BUSINESS PREMISES ** 02-FM-MIS SCC9.16.140B1 TRESPASS ON PRIVATE PROPERTY OR BUSINESS PREMISES ** 03-RM-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 04-RM-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 05-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY | 01-PU-20MI002346 ** 02-FM-20MI002346 ** 03-RM-18FE013101 ** 04-RM-18FE013101 ** 05-CO-20FE001465 |
| 67 | 19 | 3/31/2020 | | | 01-PU-FEL PC 12403.7A1 POSSESSION OF TEAR GAS BY CONVICTED FELON ** 01-PU-MIS HS 11350 POSSESSION OF-CONTROLLED SUBSTANCES ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-MIS BP 4060 POSSESSION OF CONTROLLED SUBSTANCE ** 03-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-MIS PC 22810(A) POSSESSION OF TEAR GAS BY A FELON ** 04-CO-MIS PC 22810(A) POSSESSION OF TEAR GAS BY A FELON | 01-PU-20MI004041 ** 03-FS-20MI004041 ** 04-CO-20MI004041 |
| 68 | 6 | 3/31/2020 | | | 02-CR-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI ** 04-RM-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI ** 04-RM-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 | 01-WR-20FE004666 ** 02-CR-19FE015193 ** 04-RM-19FE015193 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 69 | 179 | 3/31/2020 | | | 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 02-CO-MIS VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 03-PU-FEL PC 182(A)(1) CONSPIRACY/TWO OR MORE PERSONS CONSPIRE TO COMMIT ANY CRIME ** 03-PU-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 03-PU-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 04-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 04-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 04-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-RM-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 06-RM-MIS VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 07-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-19FE017273 ** 02-CO-18FE016643 ** 03-PU-19FE017273 ** 04-FS-19FE017273 ** 05-RM-16MI010888 ** 06-RM-18FE016643 ** 07-CO-19FE017273 |
| 70 | 79 | 4/1/2020 | | | 01-PU-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 01-PU-MIS PC 148 RESISTING OFFICERS ATTEMPT TO DISCHARGE DUTY ** 03-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 03-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 04-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-19FE023211 ** 03-FS-19FE023211 ** 04-CO-19FE023211 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|----|-----------|------------|------|--------|------------|-------------|
| 71 | 74 | 4/1/2020 | | | 01-PU-FEL HS 11370.1 POSS. OF CONTROLLED SUSTANCES WHILE ARMED W/LOADED FIREARM ** 01-PU-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 01-PU-FEL HS 11379 SALE OR TRANSPORT OF-CONTROLLED SUBSTANCES NON-NARCOTIC ** 01-PU-FEL PC 25400(A) HAVE CONCEALED PISTOL, REVOLVER,AND OTHER FIREARM IN VEHICLE ** 01-PU-FEL PC 25400(A)(6 CONCEALED FIREARM - UNREGISTERED GUN WITH AMMO ** 01-PU-FEL PC 33215 POSSESSION OF SHORT-BARRELED RIFLE/SHORT BARRELED SHOTGUN ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 01-PU-MIS PC 21810 POSSESSION OF METAL KNUCKLES ** 02-PU-MIS VC 4462.5 DISPLAY INCORRECT VEHICLE ID WITH INTENT TO DEFRAUD ** 04-FS-FEL HS 11370.1(A) UNLAWFUL POSSESSION CONTROLLED SUBSTANCE AND LOADED FIREARM ** 04-FS-FEL PC 21810 POSSESSION OF METAL KNUCKLES ** 04-FS-FEL PC 25400(A)(1 HAVING CONCEALED FIREARM IN VEHICLE ** 04-FS-FEL PC 25850(A) CARRYING A LOADED FIREARM ON | 01-PU-20FE000318 ** 02-PU-20FE000318 ** 04-FS-20FE000318 ** 05-CO-20FE000318 |
| 72 | 60 | 4/1/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 02-FS-FEL PAR774 Voluntarily admitted to use of amphetamine/methamphetamine ** 02-FS-FEL PAR815 Possession of a deadly weapon (PC 12020) ** 03-CO-FEL PAR774 Voluntarily admitted to use of amphetamine/methamphetamine | 01-PA-20PA001353 ** 02-FS-20PA001353 ** 03-CO-20PA001353 |
| 73 | 56 | 4/1/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS PC 148.9 GIVING FALSE IDENTIFICATION TO LAW ENFORCEMENT OFFICER ** 02-RM-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER ** 03-CO-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER | 02-RM-19FE012195 ** 03-CO-19FE012195 |
| 74 | 44 | 4/1/2020 | | | 01-PU-FEL HS 11351(1) POSSESSION OF CONTROLLED SUBSTANCE FOR SALE ** 01-PU-FEL HS 11378(A) POSSESSION OF CONTROLLED SUBSTANCE FOR SALE ** 03-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 04-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC | 01-PU-20FE002142 ** 02-WR-17MI013585 ** 03-FS-20FE002142 ** 04-CO-20FE002142 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 75 | 30 | 4/1/2020 | | | 02-CO-FEL PC 69 RESISTING EXECUTIVE OFFICERS ** 03-CO-FEL PC 69 RESISTING EXECUTIVE OFFICERS | 01-WR-18FE021833 ** 02-CO-18FE021833 ** 03-CO-18FE021833 |
| 76 | 30 | 4/1/2020 | | | 06-CO-FEL PC 245(A)(1) ASSAULT WITH A DEADLY WEAPON OR INSTRUMENT | 01-WR-18FE016647 ** 02-WR-19MI002572 ** 03-WR-20MI002752 ** 04-WR-19MI002572 ** 05-WR-18FE016647 ** 06-CO-18FE016647 |
| 77 | 19 | 4/1/2020 | | | 03-CO-MIS PC 594(A) VANDALISM ** 04-CO-MIS PC 594(A) VANDALISM | 01-WR-20MI001833 ** 02-WR-19MI021347 ** 03-CO-19MI021347 ** 04-CO-20MI001833 |
| 78 | 18 | 4/1/2020 | | | 02-CO-MIS HS 11357(B)(2 POSSESS &gt;28.5G MARIJUANA &gt;8G CONCENTRATED CANNIBAS OR BOTH | 01-WR-19FE021245 ** 02-CO-19FE021245 |
| 79 | 18 | 4/1/2020 | | | 02-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-CW-P4007001 ** 02-CO-19MI018930 |
| 80 | 2 | 4/1/2020 | | | 02-CO-MIS PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI | 01-WR-19MI012755 ** 02-CO-19MI012755 |
| 81 | 74 | 4/1/2020 | | | 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS PC 1203.2(A) VIOLATION OF PROBATION ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-RM-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-RM-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION ** 04-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-20MI000319 ** 02-FS-20MI000319 ** 03-RM-18MI009696 ** 04-CO-18MI009696 ** 05-CO-18MI009696 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 82 | 70 | 4/1/2020 | | | 05-RM-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 06-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 07-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 08-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 09-PU-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 09-PU-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 10-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 10-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-WR-16MI023996 ** 02-WR-18MI015034 ** 03-WR-19MI008146 ** 04-WR-17MI020323 ** 05-RM-16MI023996 ** 06-CO-19MI008146 ** 07-CO-18MI015034 ** 08-CO-17MI020323 ** 09-PU-20FE001473 ** 10-FS-20FE001473 |
| 83 | 60 | 4/1/2020 | | | 02-CO-FEL PC 594(A) VANDALISM ** 03-CO-FEL PC 594(A) VANDALISM | 01-WR-19FE015314 ** 02-CO-19FE015314 ** 03-CO-19FE015314 |
| 84 | 60 | 4/1/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 02-FS-FEL PAR774 Voluntarily admitted to use of amphetamine/methamphetamine ** 03-CO-FEL PAR774 Voluntarily admitted to use of amphetamine/methamphetamine ** 04-RM-FEL HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PA-20PA001327 ** 02-FS-20PA001327 ** 03-CO-20PA001327 ** 04-RM-20FE003765 |
| 85 | 48 | 4/1/2020 | | | 01-CR-MIS PC 245(A)(1) ASSAULT WITH A DEADLY WEAPON OR INSTRUMENT | 01-CR-18FE018097 |
| 86 | 30 | 4/1/2020 | | | 01-PU-MIS PC 459.5 SHOPLIFTING ** 04-FS-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 04-FS-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 05-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 06-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 07-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY | 01-PU-20MI003134 ** 02-CW-P2952886 ** 03-34-20PR003138 ** 04-FS-20MI003134 ** 05-FS-20PR003138 ** 06-CO-20PR003138 ** 07-CO-20MI003134 |
| 87 | 30 | 4/1/2020 | | | 02-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY | 01-WR-34470201806 0868 ** 02-CO-19MI021817 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 88 | 28 | 4/1/2020 | | | 01-PU-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 01-PU-MIS HS 11359 POSSESSION FOR SALE-MARIJUANA/HASHISH ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 03-CO-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 04-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 04-FS-MIS HS 11359(B) PERSONS OVER 18 YEARS OF AGE POSSESS MARIJUANA FOR SALE ** 04-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 05-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC | 01-PU-20FE003228 ** 02-CW-18FE011783 ** 03-CO-18FE011783 ** 04-FS-20FE003228 ** 05-CO-20FE003228 |
| 89 | 22 | 4/1/2020 | | | 03-CO-FEL PC 459 BURGLARY | 01-WR-19FE006596 ** 02-WR-19MI000869 ** 03-CO-19FE006596 |
| 90 | 14 | 4/1/2020 | | | 03-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 04-CO-MIS VC 4462.5 DISPLAY INCORRECT VEHICLE ID WITH INTENT TO DEFRAUD | 01-WR-16MI021712 ** 02-WR-18MI016432 ** 03-CO-18MI016432 ** 04-CO-16MI021712 |
| 91 | 10 | 4/1/2020 | | | 02-CO-MIS PC 470(D) MAKES, ALTERS, FORGES CHECK, BOND, BANK BILL ETC. | 01-WR-17FE023260 ** 02-CO-17FE023260 |
| 92 | 9 | 4/1/2020 | | | 01-CO-MIS PC 530.5(A) UNLAWFUL USE OF PERSONAL IDENTIFYING INFORMATION | 01-CO-19FE019247 |
| 93 | 1 | 4/1/2020 | | | 02-CO-MIS PC 245(A)(1) ASSAULT WITH A DEADLY WEAPON OR INSTRUMENT | 01-WR-19FE019410 ** 02-CO-19FE019410 |
| 94 | 167 | 4/1/2020 | | | 02-CO-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI | 01-WR-18FE012283 ** 02-CO-18FE012283 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 95 | 106 | 4/1/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-FEL PC 459 BURGLARY ** 01-PU-FEL PC 594(A) VANDALISM ** 01-PU-MIS PC 466.3 POSSESSION OF TOOLS FOR THEFT FROM COIN-OP MACHINE ** 01-PU-MIS PC 466.3(A) VENDING MACHINE THEFT ** 02-FS-FEL PC 459 BURGLARY ** 02-FS-FEL PC 594(A) VANDALISM ** 02-FS-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 03-RM-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 04-CO-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 05-CO-FEL PC 459 BURGLARY ** 07-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-19FE021686 ** 02-FS-19FE021686 ** 03-RM-18FE018811 ** 04-CO-18FE018811 ** 05-CO-19FE021686 ** 06-WR-20MI002929 ** 07-CO-20MI002929 |
| 96 | 90 | 4/1/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS PC 148(A) WILLFULLY RESISTS, DELAYS, OR OBSTRUCTS ANY PUBLIC OFFICER ** 04-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 05-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 05-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 06-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 07-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 08-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-19MI022679 ** 02-WR-19MI020652 ** 03-34-19PR022678 ** 04-FS-19PR022678 ** 05-FS-19MI022679 ** 06-CO-19PR022678 ** 07-CO-19MI022679 ** 08-CO-19MI020652 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 97 | 90 | 4/1/2020 | | | 01-PU-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 01-PU-FEL VC 10851 MOTOR VEHICLE THEFT ** 02-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 02-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 03-CO-MIS VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-19FE022675 ** 02-FS-19FE022675 ** 03-CO-19FE022675 |
| 98 | 39 | 4/2/2020 | | | 03-CO-MIS PC 529(A)(3) UNLAWFULLY AND FALSELY PERSONATE SOMEONE ** 04-CO-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES | 01-WR-19MI021326 ** 02-WR-19FE000320 ** 03-CO-19FE000320 ** 04-CO-19MI021326 |
| 99 | 18 | 4/2/2020 | | | 02-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-WR-19FE016251 ** 02-CO-19FE016251 |
| 100 | 13 | 4/2/2020 | | | 02-CO-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER | 01-WR-19MI006947 ** 02-CO-19MI006947 |
| 101 | 13 | 4/2/2020 | | | 03-CO-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES | 01-WR-17FE004897 ** 02-WR-19FE004332 ** 03-CO-17FE004897 |
| 102 | 8 | 4/2/2020 | | | 02-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY | 01-WR-17MI009077 ** 02-CO-17MI009077 |
| 103 | 78 | 4/2/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 496D PURCHASE OR RECEIPT OF STOLEN VEHICLE ** 02-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 02-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 02-FS-MIS VC 14601.2(A) DRIVING WHEN PRIVILEGE SUSPENDED/REVOKED FOR DUI/DRUGS ** 03-RM-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 03-RM-MIS PC 242 BATTERY(CIVILIAN) ** 04-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-20FE000034 ** 02-FS-20FE000034 ** 03-RM-18FE015513 ** 04-CO-20FE000034 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 104 | 64 | 4/2/2020 | | | 02-CO-MIS PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 | 01-WR-19FE014692 ** 02-CO-19FE014692 |
| 105 | 50 | 4/2/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 03-CO-FEL PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 04-CO-FEL PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY | 02-WR-19FE007366 ** 03-CO-19FE007366 ** 04-CO-19FE007366 |
| 106 | 43 | 4/2/2020 | | | 01-DN-MIS HS 11350 POSSESSION OF-CONTROLLED SUBSTANCES ** 03-FS-FEL PAR21 Absconding parole supervision ** 04-CO-FEL PAR21 Absconding parole supervision | 02-PA-20PA002382 ** 03-FS-20PA002382 ** 04-CO-20PA002382 |
| 107 | 9 | 4/2/2020 | | | 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS PC 148(A) WILLFULLY RESISTS, DELAYS, OR OBSTRUCTS ANY PUBLIC OFFICER ** 01-PU-MIS SCC9.16.140B TRESPASS ON PRIVATE PROPERTY OR BUSINESS PREMISES ** 03-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 03-FS-MIS SCC9.16.140B TRESPASS ON PRIVATE PROPERTY OR BUSINESS PREMISES ** 04-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 05-CO-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION | 01-PU-20MI004655 ** 02-WR-17MI015334 ** 03-FS-20MI004655 ** 04-CO-20MI004655 ** 05-CO-17MI015334 |
| 108 | 6 | 4/2/2020 | | | 02-PV-FEL VC 664/10851A ATTEMPTED THEFT/UNLAWFUL DRIVING OR TAKING OF VEHICLE ** 03-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION | 01-PV- 19-3604 ** 02-PV-19FE009378 ** 04-CO- 19-3604 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 109 | 167 | 4/2/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-FEL PC 25400(A) HAVE CONCEALED PISTOL, REVOLVER,AND OTHER FIREARM IN VEHICLE ** 01-PU-FEL PC 25850(A) CARRYING A LOADED FIREARM ON ONE'S PERSON ** 01-PU-FEL PC 25850(C)(6 CARRYING A LOADED FIREARM REGISTERED TO ANOTHER ** 01-PU-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 01-PU-FEL PC 30305 FELON IN POSSESSION OF AMMUNITION ** 02-FS-FEL PC 25400(A)(1 HAVING CONCEALED FIREARM IN VEHICLE ** 02-FS-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 03-CO-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON | 01-PU-19FE017953 ** 02-FS-19FE017953 ** 03-CO-19FE017953 |
| 110 | 165 | 4/2/2020 | | | 02-CO-FEL PC 211 ROBBERY | 01-WR-17FE011630 ** 02-CO-17FE011630 |
| 111 | 72 | 4/3/2020 | | | 01-CO-MIS PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 | 01-CO-19FE013213 |
| 112 | 44 | 4/3/2020 | | | 01-PU-FEL HS 11355 FURNISH SUBSTANCE REPRESENTED AS NARCOTIC ** 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS SCC9.16.140(B TRESSPASS ON PRIVATE PROPERTY OR BUSINESS PREMISES PROHIBITE ** 02-RM-FEL PC 487(C) GRAND THEFT - TAKING PROPERTY FROM THE PERSON OF ANOTHER ** 03-RM-MIS VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 04-RM-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION ** 04-RM-MIS VC 14601.1(A) DRIVE WHEN PRIVILEGE SUSPENDED/REVOKED (NOT DRIVING ABILITY) ** 05-RM-MIS SCC9.16.140B1 TRESPASS ON PRIVATE PROPERTY OR BUSINESS PREMISES ** 06-RM-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION ** 06-RM-MIS VC 14601.1(A) DRIVE WHEN PRIVILEGE SUSPENDED/REVOKED (NOT DRIVING ABILITY) ** 07-RM-FEL PC 487(C) GRAND THEFT - TAKING PROPERTY FROM THE PERSON OF ANOTHER ** 08-RM-MIS VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 09-RM-MIS SCC9.16.140B1 TRESPASS ON PRIVATE PROPERTY OR BUSINESS PREMISES ** 10-CO-FE | 02-RM-17FE022435 ** 03-RM-19FE001579 ** 04-RM-20MI001299 ** 05-RM-19MI022132 ** 06-RM-20MI001299 ** 07-RM-17FE022435 ** 08-RM-19FE001579 ** 09-RM-19MI022132 ** 10-CO-17FE022435 ** 11-CO-19MI022132 ** 12-CO-19MI022132 |
| 113 | 42 | 4/3/2020 | | | 02-FS-FEL PAR774 Voluntarily admitted to use of amphetamine/methamphetamine ** 03-CO-FEL PAR774 Voluntarily admitted to use of amphetamine/methamphetamine | 01-PA-20PA002454 ** 02-FS-20PA002454 ** 03-CO-20PA002454 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 114 | 28 | 4/3/2020 | | | -FS-FEL PAR21 Absconding parole supervision ** -CO-FEL PAR21 Absconding parole supervision | 01-PA-20PA003412 ** 02-FS-20PA003412 ** 03-CO-20PA003412 |
| 115 | 28 | 4/3/2020 | | | -CO-FEL PC 496(A) BUYS OR RECEIVES OLEN PROPERTY ** 04-CO-MIS PC 148.9(A) VING FALSE IDENTIFICATION TO A PEACE FFICER | 01-WR-18MI018464 ** 03-CO- 62-151756 ** 04-CO-18MI018464 |
| 116 | 42 | 4/3/2020 | | | 2-CO-MIS HS 11377(A) POSSESSION OF ARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-19MI012142 ** 02-CO-19MI012142 |
| 117 | 28 | 4/3/2020 | | | 2-FS-FEL PAR19 Violation of Other Special ondition ** 03-CO-FEL PAR19 Violation of Other pecial Condition | 01-PA-20PA003442 ** 02-FS-20PA003442 ** 03-CO-20PA003442 |
| 118 | 20 | 4/3/2020 | | | 03-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 04-CO-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS | 01-WR-19MI004950 ** 02-WR-19MI006985 ** 03-CO-19MI006985 ** 04-CO-19MI004950 |
| 119 | 157 | 4/3/202 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER ** 02-FS-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER ** 03-RM-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 04-RM-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 05-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 06-CO-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 07-CO-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 | 01-PU-19FE018617 ** 02-FS-19FE018617 ** 03-RM-18FE012711 ** 04-RM-18FE003674 ** 05-CO-18FE003674 ** 06-CO-18FE012711 ** 07-CO-18FE012711 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 120 | 88 | 4/3/2020 | | | 01-PU-FEL PC 664/459 ATTEMPTED BURGLARY ** 01-PU-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 01-PU-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 02-FS-FEL PC 664/459 ATTEMPTED BURGLARY ** 02-FS-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 02-FS-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 03-CO-FEL PC 664/459 ATTEMPTED BURGLARY | 01-PU-19FE022895 ** 02-FS-19FE022895 ** 03-CO-19FE022895 |
| 121 | 65 | 4/4/2020 | | | 02-CO-FEL PC 459 BURGLARY | 01-WR-19FE003127 ** 02-CO-19FE003127 |
| 122 | 21 | 4/4/2020 | | | 02-CO-FEL PC 597(B) TORTURE/TORMENT/OVERWORK/DEPRIVE OF SUSTENANCE OR DRINK ** 03-RM-FEL PC 597(B) TORTURE/TORMENT/OVERWORK/DEPRIVE OF SUSTENANCE OR DRINK | 01-WR-16FE022184 ** 02-CO-16FE022184 ** 03-RM-16FE022184 |
| 123 | 5 | 4/4/2020 | | | 03-CO-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 04-CO-FEL PC 25400(A)(1 HAVING CONCEALED FIREARM IN VEHICLE | 01-WR-19FE019761 ** 02-WR-19FE020303 ** 03-CO-19FE020303 ** 04-CO-19FE019761 |
| 124 | 4 | 4/4/2020 | | | 01-CO-MIS PC 245(A)(4 ADW WITH FORCE:POSSIBLE GBI ** 02-CO-MIS PC 22900 POSSESS/SELL/OFFER TO SELL/TRANSPORT TEAR GAS WEAPON | 01-CO-19MI020623 ** 02-CO-19MI017172 |
| 125 | 67 | 4/4/2020 | | | 01-PU-FEL PC 12022.1 ANY PERSON CONVICTED OF FELONY WHILE RELEASED ON BAIL ** 01-PU-FEL PC 459 BURGLARY ** 02-FS-MIS PC 602.5(B) UNAUTHORIZED ENTRY INTO OCCUPIED DWELLING/HOUSE ** 03-RM-MIS PC 602(O) TRESPASSING ON POSTED CLOSED LANDS ** 04-CO-MIS PC 602.5(B) UNAUTHORIZED ENTRY INTO OCCUPIED DWELLING/HOUSE | 01-PU-20MI000838 ** 02-FS-20MI000838 ** 03-RM-20MI000838 ** 04-CO-20MI000223 ** 04-CO-20MI000838 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 126 | 41 | 4/4/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 69(A) DETER/RESIST AN EXECUTIVE OFFICER IN THE PERFORMANCE OF DUTY ** 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 02-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 03-RM-FEL PC 451(C) ARSON OF STRUCTURE OR FOREST LAND ** 03-RM-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 04-RM-FEL PC 451(C) ARSON OF STRUCTURE OR FOREST LAND ** 04-RM-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 05-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN | 01-PU-20MI002428 ** 02-FS-20MI002428 ** 03-RM-19FE015816 ** 04-RM-19FE015816 ** 05-CO-20MI002428 |
| 127 | 11 | 4/4/2020 | | | 03-CO-MIS PC 459.5(A) SHOPLIFTING IN COMMERCIAL ESTABLISHMENT OPEN FOR BUSINESS | 01-WR-20MI000675 ** 02-WR-19MI009748 ** 03-CO-20MI000675 |
| 128 | 117 | 4/4/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 484/487.1 ACTS CONSTITUTING GRAND THEFT/MONEY/LABOR OR REAL PROPERTY ** 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 02-FS-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 03-RM-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 04-CO-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 | 01-PU-19FE021125 ** 02-FS-19FE021125 ** 03-RM-19FE007957 ** 04-CO-19FE021125 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 129 | 57 | 4/5/2020 | | n | 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 04-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-FS-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 05-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 06-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 07-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-20MI001319 ** 02-WR-18MI012266 ** 03-WR-18MI012266 ** 04-FS-20MI001319 ** 05-CO-18MI012266 ** 06-CO-20MI001319 ** 07-CO-20MI001319 |
| 130 | 33 | 4/5/2020 | | | 04-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 05-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY | 01-WR-19MI017880 ** 02-WR-19MI009142 ** 03-WR-19MI011301 ** 04-CO-19MI017880 ** 05-CO-19MI009142 |
| 131 | 26 | 4/5/2020 | | | 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 01-PU-MIS PC 148 RESISTING OFFICERS ATTEMPT TO DISCHARGE DUTY ** 04-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 05-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 05-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 06-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 07-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-PU-20MI003459 ** 02-CW-P3343777 ** 03-34-20PR003340 ** 04-FS-20PR003340 ** 05-FS-20MI003459 ** 06-CO-20MI003459 ** 07-CO-20PR003340 |
| 132 | 26 | 4/5/2020 | | | 02-FS-FEL PAR21 Absconding parole supervision ** 03-CO-FEL PAR21 Absconding parole supervision | 01-PA-20PA003636 ** 02-FS-20PA003636 ** 03-CO-20PA003636 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 133 | 26 | 4/5/2020 | | | 02-FS-FEL PAR13 Assoc. with prohibited or non-gang validated persons ** 02-FS-FEL PAR19 Violation of Other Special Condition ** 03-CO-FEL PAR19 Violation of Other Special Condition | 01-PA-20PA003728 ** 02-FS-20PA003728 ** 03-CO-20PA003728 |
| 134 | 5 | 4/5/2020 | | | 03-CO-FEL PC 459 BURGLARY ** 04-CO-FEL PC 29815 PROHIBITED FROM POSSESSING FIREARMS-VIOLATION OF PROBATION | 01-WR-15F01067 ** 02-WR-16FE008116 ** 03-CO-16FE008116 ** 04-CO-15F01067 |
| 135 | 41 | 4/5/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 02-FS-FEL PAR676 Receiving/possession of stolen property ** 03-PU-FEL PC 496 RECEIVING STOLEN PROPERTY ** 04-FS-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 04-FS-MIS PC 530.5(C)(1 UNLAWFULLY ACQUIRE/RETAIN PERSONAL ID INFO OF ANOTHER ** 05-CO-FEL PAR19 Violation of Other Special Condition ** 06-CO-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY | 01-PA-20PA002589 ** 02-FS-20PA002589 ** 03-PU-20MI002832 ** 04-FS-20MI002832 ** 05-CO-20PA002589 ** 06-CO-20MI002832 |
| 136 | 40 | 4/5/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 03-CO-FEL PAR19 Violation of Other Special Condition | 01-PA-20PA002727 ** 02-FS-20PA002727 ** 03-CO-20PA002727 |
| 137 | 25 | 4/5/2020 | | | 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-CW-P4138269 ** 02-34-20PR003591 ** 03-FS-20PR003591 ** 04-CO-20PR003591 |
| 138 | 12 | 4/5/2020 | | | 01-CR-MIS PC 236 FALSE IMPRISONMENT | 01-CR-17MI017600 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 139 | 179 | 4/5/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-RM-FEL PC 530.5(A) UNLAWFUL USE OF PERSONAL IDENTIFYING INFORMATION ** 04-RM-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 05-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 06-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-19MI017274 ** 02-FS-19MI017274 ** 03-RM-15F01770 ** 04-RM-16FE001259 ** 05-CO-19MI007985 ** 06-CO-16FE001259 |
| 140 | 116 | 4/5/2020 | | | 01-PU-FEL PC 487 GRAND THEFT ** 03-FS-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 04-CO-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 | 01-PU-19FE021238 ** 03-FS-19FE021238 ** 04-CO-19FE021238 |
| 141 | 88 | 4/5/2020 | | | 01-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 02-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-CO-19FE003237 ** 02-CO-19FE003237 |
| 142 | 36 | 4/6/2020 | | | 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS PC 148(A) WILLFULLY RESISTS, DELAYS, OR OBSTRUCTS ANY PUBLIC OFFICER ** 02-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 03-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 04-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 05-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN | 01-PU-20MI002750 ** 02-CO-19MI009747 ** 03-CO-19MI017879 ** 04-FS-20MI002750 ** 05-CO-20MI002750 |
| 143 | 9 | 4/6/2020 | | | 02-CO-MIS PC 242 BATTERY(CIVILIAN) | 01-WR-18MI020588 ** 02-CO-18MI020588 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 144 | 68 | 4/6/2020 | | | 01-PU-FEL PC 459 BURGLARY ** 01-PU-MIS PC 148 RESISTING OFFICERS ATTEMPT TO DISCHARGE DUTY ** 01-PU-MIS PC 496 RECEIVING STOLEN PROPERTY ** 03-FS-FEL PC 459 BURGLARY ** 03-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 04-RM-FEL PC 22810(G)(1 USE OF TEAR GAS, NOT IN SELF-DEFENSE ** 04-RM-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 05-CO-FEL PC 459 BURGLARY | 01-PU-20FE000717 ** 02-WR-19MI021414 ** 03-FS-20FE000717 ** 04-RM-18FE020775 ** 05-CO-20FE000717 |
| 145 | 51 | 4/6/2020 | | | 02-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-WR-18FE003230 ** 02-CO-18FE003230 |
| 146 | 25 | 4/6/2020 | | | 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-CW-P2330447 ** 02-34-20PR003474 ** 03-FS-20PR003474 ** 04-CO-20PR003474 |
| 147 | 161 | 4/6/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 451(C) ARSON OF STRUCTURE OR FOREST LAND ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-FEL PC 451(C) ARSON OF STRUCTURE OR FOREST LAND ** 03-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 04-RM-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 05-CO-FEL PC 452(C) RECKLESSLY CAUSING FIRE TO STRUCTURE OR FOREST LAND | 01-PU-19FE018356 ** 02-WR-19MI013958 ** 03-FS-19FE018356 ** 04-RM-19FE010511 ** 05-CO-19FE018356 |
| 148 | 117 | 4/6/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 02-PU-FEL PC 459 BURGLARY ** 03-FS-FEL PC 459 BURGLARY ** 03-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 04-RM-FEL PC 459 BURGLARY ** 05-CO-FEL PC 459 BURGLARY ** 06-CO-FEL PC 459 BURGLARY | 01-PU-19FE021130 ** 02-PU-19FE021130 ** 03-FS-19FE021130 ** 04-RM-16FE006779 ** 05-CO-19FE021130 ** 06-CO-16FE006779 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 149 | 54 | 4/7/2020 | | | 01-PU-FEL PC 459 BURGLARY ** 01-PU-MIS PC 1203.2(A) VIOLATION OF PROBATION ** 02-FS-FEL PC 459 BURGLARY ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-CO-MIS PC 459 BURGLARY | 01-PU-20FE001539 ** 02-FS-20FE001539 ** 03-CO-20FE001539 |
| 150 | 7 | 4/7/2020 | | | 02-CO-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI | 01-CW-16FE020117 ** 02-CO-16FE020117 |
| 151 | 67 | 4/7/2020 | | | 01-RM-FEL PC 246.3 DISCHARGE FIREARM IN GROSSLY NEGLIGENT MANNER ** 02-CO-FEL PC 246.3 DISCHARGE FIREARM IN GROSSLY NEGLIGENT MANNER ** 03-CO-FEL PC 246.3 DISCHARGE FIREARM IN GROSSLY NEGLIGENT MANNER | 01-RM-17FE002969 ** 02-CO-17FE002969 ** 03-CO-17FE002969 |
| 152 | 38 | 4/7/2020 | | | 01-PU-MIS PC 647(F) DISORDERLY CONDUCT:DRUNK IN PUBLIC ** 02-RM-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION ** 03-RM-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION ** 04-CO-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION | 02-RM-19MI000191 ** 03-RM-19MI000191 ** 04-CO-19MI000191 |
| 153 | 24 | 4/7/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS VC 14601.1(A) DRIVE WHEN PRIVILEGE SUSPENDED/REVOKED (NOT DRIVING ABILITY) ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 02-FS-MIS VC 14601.1(A) DRIVE WHEN PRIVILEGE SUSPENDED/REVOKED (NOT DRIVING ABILITY) ** 03-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-20MI003493 ** 02-FS-20MI003493 ** 03-CO-20MI003493 |
| 154 | 1 | 4/7/2020 | | | 03-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN | 01-CW-P0066670 ** 03-CO-19MI019670 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 155 | 84 | 4/7/2020 | | | -PU-FEL PC 1203.2(A) VIOLATION OF ROBATION ** 01-PU-FEL PC 496(D) ATTEMPT O COMMIT 496 PC:STOLEN PROPERTY ** 01- -FEL VC 10851(A) THEFT AND UNLAWFUL RIVING OR TAKING OF A VEHICLE ** 02-FS- L PC 496D(A) RECEIVING KNOWN STOLEN OTOR VEHICLE, TRAILER, OR VESSEL ** 02- -FEL VC 10851(A) THEFT AND UNLAWFUL RIVING OR TAKING OF A VEHICLE ** 03-PV- EL VC 10851(A) THEFT AND UNLAWFUL RIVING OR TAKING OF A VEHICLE ** 04-CO- EL VC 10851(A) THEFT AND UNLAWFUL RIVING OR TAKING OF A VEHICLE ** 05-CO- EL VC 10851(A) THEFT AND UNLAWFUL RIVING OR TAKING OF A VEHICLE | 01-PU-19FE023027 ** 02-FS-19FE023027 ** 03-PV-19FE019429 ** 04-CO-19FE023027 ** 05-CO-19FE019429 |
| 156 | 53 | 4/8/2020 | | | -CO-MIS HS 11377(A) POSSESSION OF ARCOTICS AND SPECIFIED NON-NARCOTICS ** 02-DN-FEL PC 4573.5 BRINGING NAUTHORIZED DRUGS INTO PRISON | 01-CO-19MI003073 |
| 157 | 34 | 4/8/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 25400(A)(1 HAVING CONCEALED FIREARM IN VEHICLE ** 01-PU-FEL PC 25850(A) CARRYING A LOADED FIREARM ON ONE'S PERSON ** 01-PU-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 01-PU-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM ** 01-PU-MIS HS 11359 POSSESSION FOR SALE-MARIJUANA/HASHISH ** 02-CR-FEL PC 25850(A) CARRYING A LOADED FIREARM ON ONE'S PERSON ** 03-FS-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 03-FS-MIS HS 11359(B) PERSONS OVER 18 YEARS OF AGE POSSESS MARIJUANA FOR SALE ** 04-RM-FEL PC 25850(A) CARRYING A LOADED FIREARM ON ONE'S PERSON | 01-PU-20FE002827 ** 02-CR-19FE014638 ** 03-FS-20FE002827 ** 04-RM-19FE014638 |
| 158 | 23 | 4/8/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 02-FS-FEL PAR21 Absconding parole supervision ** 03-CO-FEL PAR19 Violation of Other Special Condition | 01-PA-20PA003766 ** 02-FS-20PA003766 ** 03-CO-20PA003766 |
| 159 | 20 | 4/8/2020 | | | 02-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-19MI017421 ** 02-CO-19MI017421 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 160 | 17 | 4/8/2020 | | | 02-CO-FEL PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY | 01-WR-18FE015384 ** 02-CO-18FE015384 |
| 161 | 16 | 4/8/2020 | | | 02-CO-FEL PC 498(D) OBTAIN UNAUTHORIZED UTILITY SERVICES IN EXCESS OF $400 | 01-WR-18FE014856 ** 02-CO-18FE014856 |
| 162 | 44 | 4/8/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION ** 02-CR-FEL PC 417.8 EXHIBITING WEAPON AT PEACE OFFICER ** 03-FS-MIS PC 647(H) UNLAWFUL LOITERING, PROWLING ON PROPERTY OF ANOTHER ** 04-CO-MIS PC 647(H) UNLAWFUL LOITERING, PROWLING ON PROPERTY OF ANOTHER | 01-PU-20MI002158 ** 02-CR-18FE014698 ** 03-FS-20MI002158 ** 04-CO-20MI002158 |
| 163 | 23 | 4/8/2020 | | | 02-CO-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL | 01-WR-19FE003390 ** 02-CO-19FE003390 |
| 164 | 22 | 4/8/2020 | | | 01-PU-MIS PC 242 BATTERY(CIVILIAN) ** 03-FS-MIS PC 242 BATTERY(CIVILIAN) ** 04-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 05-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-PU-20MI003515 ** 02-34-20PR003551 ** 03-FS-20MI003515 ** 04-FS-20PR003551 ** 05-CO-20PR003551 |
| 165 | 7 | 4/8/2020 | | | 02-CO-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL | 01-WR-19FE001515 ** 02-CO-19FE001515 |
| 166 | 7 | 4/8/2020 | | | 02-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-WR-18FE007594 ** 02-CO-18FE007594 |
| 167 | 7 | 4/8/2020 | | | 03-CO-FEL PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY | 01-WR-19FE014199 ** 02-WR-19FE014199 ** 03-CO-19FE014199 |
| 168 | 123 | 4/8/2020 | | | 01-RM-FEL PC 211 ROBBERY ** 02-CO-FEL PC 211 ROBBERY | 01-RM-19FE015158 ** 02-CO-19FE015158 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 169 | 52 | 4/9/2020 | | | -PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS PC 59.5 SHOPLIFTING ** 02-RM-FEL PC 487 GRAND THEFT ** 03-FM-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 04-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 05-CO-FEL PC 487 GRAND THEFT | 01-PU-20MI001681 ** 02-RM-18FE008417 ** 03-FM-20MI001681 ** 04-CO-20MI001681 ** 05-CO-18FE008417 |
| 170 | 36 | 4/9/2020 | | | 1-PU-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 03-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 03-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 04-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-20FE002738 ** 02-WR-19MI021788 ** 03-FS-20FE002738 ** 04-CO-20FE002738 |
| 171 | 36 | 4/9/2020 | | | 01-PU-FEL HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-FS-FEL PAR19 Violation of Other Special Condition ** 04-CO-FEL PAR19 Violation of Other Special Condition | 02-PA-20PA002778 ** 03-FS-20PA002778 ** 04-CO-20PA002778 |
| 172 | 22 | 4/9/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 01-PU-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 02-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 03-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 04-RM-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 04-RM-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 05-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-20MI003671 ** 03-FS-20MI003671 ** 04-RM-19FE013307 ** 05-CO-19FE013307 |
| 173 | 63 | 4/9/2020 | | | 01-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-CO-19FE005548 |
| 174 | 22 | 4/9/2020 | | | 02-CO-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES | 01-WR- 62-146048A ** 02-CO- 62-146048A |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|----|-----------|------------|------|--------|------------|-------------|
| 175 | 5 | 4/9/2020 | | | 02-CO-FEL PC 459 BURGLARY | 01-WR-16FE001976 ** 02-CO-16FE001976 |
| 176 | 112 | 4/9/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 02-FS-FEL PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 03-RM-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 04-CO-FEL PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY | 01-PU-19FE021449 ** 02-FS-19FE021449 ** 03-RM-18FE017623 ** 04-CO-19FE021449 |
| 177 | 96 | 4/9/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 69 RESISTING EXECUTIVE OFFICERS ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 05-FS-FEL PC 69 RESISTING EXECUTIVE OFFICERS ** 05-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 06-RM-FEL PC 245(A)(1) ASSAULT WITH A DEADLY WEAPON OR INSTRUMENT ** 07-CO-MIS PC 69 RESISTING EXECUTIVE OFFICERS | 01-PU-19FE022243 ** 02-WR-19MI008604 ** 03-WR-19MI015227 ** 04-WR-344702018145366 ** 05-FS-19FE022243 ** 06-RM-16FE003191 ** 07-CO-19FE022243 |
| 178 | 65 | 4/10/2020 | | | 01-PU-FEL HS 11351(1) POSSESSION OF CONTROLLED SUBSTANCE FOR SALE ** 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 02-CR-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 03-FS-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES ** 04-RM-FEL PC 4573.6 POSSESSION OF UNAUTHORIZED DRUGS IN PRISON ** 05-RM-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES | 01-PU-20FE000778 ** 02-CR-19MI015009 ** 03-FS-20FE000778 ** 04-RM-19FE013727 ** 05-RM-18FE011432 |
| 179 | 21 | 4/10/2020 | | | 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-CW-P4600288 ** 02-34-20PR003717 ** 03-FS-20PR003717 ** 04-CO-20PR003717 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 180 | 19 | 4/10/2020 | | | 1-PU-FEL HS 11550(E) UNDER INFLUENCE NARCOTIC WITH A GUN ** 01-PU-FEL PC 12031A(1) CARRYING LOADED FIREARM IN A PUBLIC PLACE/INCOPORATED CITY. ** 01-PU-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 01-PU-MIS PC 23920 POSSESSION OF FIREARM WITHOUT IDENTIFICATION NUMBERS ** 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-FS-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 05-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-PU-20FE004028 ** 02-34-20PR003908 ** 03-FS-20PR003908 ** 04-FS-20FE004028 ** 05-CO-20PR003908 |
| 181 | 11 | 4/10/2020 | | | 03-CO-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION ** 04-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY | 01-WR-18MI004700 ** 02-WR-19MI003096 ** 03-CO-19MI006249 ** 04-CO-19MI009677 |
| 182 | 59 | 4/10/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-CO-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON | 01-PU-20MI001229 ** 02-WR-19FE009842 ** 03-FS-20MI001229 ** 04-CO-20MI001229 ** 05-CO-19FE009842 |
| 183 | 35 | 4/10/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 02-FS-FEL PAR938 Resisting arrest ** 03-CO-FEL PAR19 Violation of Other Special Condition | 01-PA-20PA003064 ** 02-FS-20PA003064 ** 03-CO-20PA003064 |
| 184 | 21 | 4/10/2020 | | | 02-CO-FEL PC 211 ROBBERY | 01-WR-19FE007963 ** 02-CO-19FE007963 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 185 | 21 | 4/10/2020 | | | 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 05-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 06-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 06-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 07-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 08-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-PU-20MI003743 ** 02-CW-P4472600 ** 03-WR-19MI016824 ** 04-34-20PR003709 ** 05-FS-20PR003709 ** 06-FS-20MI003743 ** 07-CO-19MI016824 ** 08-CO-20PR003709 |
| 186 | 19 | 4/10/2020 | | | 02-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-18MI019632 ** 02-CO-18MI019632 |
| 187 | 131 | 4/10/2020 | | | 01-PU-FEL PC 22610(A) PURCHASE/POSSESSION/USE OF STUN GUN ** 01-PU-FEL PC 496 RECEIVING STOLEN PROPERTY ** 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS PC 148.9 GIVING FALSE IDENTIFICATION TO LAW ENFORCEMENT OFFICER ** 01-PU-MIS PC 489 GRAND THEFT/PENALTY ** 04-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 04-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 04-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 04-FS-MIS PC 22610(A) PURCHASE/POSSESSION/USE OF STUN GUN ** 04-FS-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 04-FS-MIS PC 530.5(C)(1 UNLAWFULLY ACQUIRE/RETAIN PERSONAL ID INFO OF ANOTHER ** 05-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-19FE020330 ** 04-FS-19FE020330 ** 05-CO-19FE020330 |
| 188 | 33 | 4/11/2020 | | | 02-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-CW-18FE001204 ** 02-CO-18FE001204 ** 03-CO-18FE001204 |
| 189 | 25 | 4/11/2020 | | | 02-CO-MIS VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-WR-19FE014913 ** 02-CO-19FE014913 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 190 | 20 | 4/11/2020 | | | 01-PU-FEL PC 496 RECEIVING STOLEN PROPERTY ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 02-FS-FEL PC 529(A)(3) UNLAWFULLY AND FALSELY PERSONATE SOMEONE ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-CO-MIS PC 529(A)(3) UNLAWFULLY AND FALSELY PERSONATE SOMEONE | 01-PU-20FE003755 ** 02-FS-20FE003755 ** 03-CO-20FE003755 |
| 191 | 20 | 4/11/2020 | | | 02-FS-FEL PAR24 Failure to follow instructions from DAPO ** 02-FS-FEL PAR451 Battery (without serious injury) ** 03-CO-FEL PAR24 Failure to follow instructions from DAPO | 01-PA-20PA004177 ** 02-FS-20PA004177 ** 03-CO-20PA004177 |
| 192 | 20 | 4/11/2020 | | | 01-PU-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 01-PU-FEL HS 11379 SALE OR TRANSPORT OF-CONTROLLED SUBSTANCES NON-NARCOTIC ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 01-PU-MIS VC 14601 DRIVING WITH SUSPENDED OR REVOKED LICENSE ** 02-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 03-CO-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE | 01-PU-20FE003733 ** 02-FS-20FE003733 ** 03-CO-20FE003733 |
| 193 | 20 | 4/11/2020 | | | 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-CW-P2750258 ** 02-34-20PR003918 ** 03-FS-20PR003918 ** 04-CO-20PR003918 |
| 194 | 20 | 4/11/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 03-CO-FEL PAR19 Violation of Other Special Condition | 01-PA-20PA004176 ** 02-FS-20PA004176 ** 03-CO-20PA004176 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|----|-----------|------------|------|--------|------------|-------------|
| 195 | 62 | 4/11/2020 | | | 01-PU-FEL PC 594(B)(1) VANDALISM-DAMAGE MORE THAN $400. ** 01-PU-MIS PC 1203.2(A) VIOLATION OF PROBATION ** 03-FS-FEL PC 594(A) VANDALISM ** 04-CO-FEL PC 594(A) VANDALISM | 01-PU-20FE001082 ** 02-WR-19MI021299 ** 03-FS-20FE001082 ** 04-CO-20FE001082 |
| 196 | 20 | 4/11/2020 | | | 02-CO-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI | 01-WR-18FE001323 ** 02-CO-18FE001323 |
| 197 | 20 | 4/11/2020 | | | 01-PU-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 01-PU-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 02-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 02-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-20FE003853 ** 02-FS-20FE003853 ** 03-CO-20FE003853 |
| 198 | 20 | 4/11/2020 | | | 02-FS-FEL PAR21 Absconding parole supervision ** 02-FS-FEL PAR776 Possession of amphetamine/methamphetamine ** 03-CO-FEL PAR21 Absconding parole supervision | 01-PA-20PA004098 ** 02-FS-20PA004098 ** 03-CO-20PA004098 |
| 199 | 20 | 4/11/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 03-CO-FEL PAR19 Violation of Other Special Condition | 01-PA-20PA004114 ** 02-FS-20PA004114 ** 03-CO-20PA004114 |
| 200 | 26 | 4/12/2020 | | | 02-CO-FEL PC 25850(A) CARRYING A LOADED FIREARM ON ONE'S PERSON | 01-WR-19FE017214 ** 02-CO-19FE017214 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 201 | 19 | 4/12/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 02-RM-FEL PC 452(C) RECKLESSLY CAUSING FIRE TO STRUCTURE OR FOREST LAND ** 03-RM-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER ** 03-RM-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 04-CO-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER | 02-RM-19FE001062 ** 03-RM-19FE012779 ** 04-CO-19FE012779 |
| 202 | 19 | 4/12/2020 | | | 02-FS-FEL PAR21 Absconding parole supervision ** 03-CO-FEL PAR21 Absconding parole supervision | 01-PA-20PA004097 ** 02-FS-20PA004097 ** 03-CO-20PA004097 |
| 203 | 19 | 4/12/2020 | | | 02-FS-FEL PAR21 Absconding parole supervision ** 03-CO-FEL PAR21 Absconding parole supervision | 01-PA-20PA004182 ** 02-FS-20PA004182 ** 03-CO-20PA004182 |
| 204 | 13 | 4/12/2020 | | | 01-CO-MIS PC 594(A) VANDALISM ** 02-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-CO-19MI020057 ** 02-CO-19MI020597 |
| 205 | 45 | 4/12/2020 | | | 01-CR-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI | 01-CR-17FE016700 |
| 206 | 43 | 4/12/2020 | | | 01-CR-FEL PC 211 ROBBERY | 01-CR-17FE021098 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 207 | 171 | 4/12/2020 | | | 1-PU-FEL PC 29805 PROHIBITED FROM POSSESSING FIREARMS ** 01-PU-FEL PC 29815 PROHIBITED FROM POSSESSING FIREARMS-VIOLATION OF PROBATION ** 01-PU-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 02-FS-FEL PC 29805 PROHIBITED FROM POSSESSING FIREARMS ** 02-FS-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-CO-MIS PC 530.5(C)(2 WITH PRIOR 530.5 CONVICTION-UNLAWFULLY USE ANOTHERS IDENTITY ** 04-CO-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON | 01-PU-19FE017631 ** 02-FS-19FE017631 ** 03-CO-19MI015506 ** 04-CO-19FE017631 |
| 208 | 88 | 4/12/2020 | | | 02-CO-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES | 01-WR-11F03849 ** 02-CO-11F03849 |
| 209 | 64 | 4/13/2020 | | | 01-PU-FEL PC 18710(A) POSSESSION OF DESTRUCTIVE DEVICE ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS PC 475 POSSESSION OR RECEIPT OF FORGED BILLS AND NOTES ** 02-FS-FEL PC 18710(A) POSSESSION OF DESTRUCTIVE DEVICE ** 02-FS-FEL PC 18715(A)(3 POSSESS A DESTRUCTIVE DEVICE/EXPLOSIVE IN PUBLIC PLACE ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 02-FS-MIS PC 476 FICTITIOUS CHECK ** 04-CO-FEL PC 18710(A) POSSESSION OF DESTRUCTIVE DEVICE | 01-PU-20FE000794 ** 02-FS-20FE000794 ** 03-WR-20MI002513 ** 04-CO-20FE000794 |
| 210 | 48 | 4/13/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 02-FS-FEL PAR835 Possession of a stun gun or taser ** 03-CO-FEL PAR19 Violation of Other Special Condition | 01-PA-20PA002207 ** 02-FS-20PA002207 ** 03-CO-20PA002207 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 211 | 41 | 4/13/2020 | | | 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 04-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-20MI002442 ** 02-CW-P1724143 ** 04-FS-20MI002442 ** 05-CO-20MI002442 |
| 212 | 32 | 4/13/2020 | 2 | tor | 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-FEL PAR39 Possession of a simulated firearm ** 03-FS-FEL PAR750 Possession of drug paraphernalia (related to drug use) ** 04-CO-FEL PAR39 Possession of a simulated firearm | 02-PA-20PA003189 ** 03-FS-20PA003189 ** 04-CO-20PA003189 |
| 213 | 18 | 4/13/2020 | 3 | | 01-PU-FEL PC 459 BURGLARY ** 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 01-PU-MIS PC 594(A)(B)4 VANDALISM - DAMAGE LESS THAN $1,000 ** 02-FS-FEL PC 459 BURGLARY ** 02-FS-MIS PC 594(A) VANDALISM ** 03-CO-MIS PC 459 BURGLARY | 01-PU-20FE004120 ** 02-FS-20FE004120 ** 03-CO-20FE004120 |
| 214 | 16 | 4/13/2020 | | | 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 01-PU-MIS PC 484E(E) ACCESS CARD ACCT INFORMATION FOR FRAUDULENT USE-GRAND THEFT ** 04-CO-MIS VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 05-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 05-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-FS-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 05-FS-MIS PC 530.5(C)(1 UNLAWFULLY ACQUIRE/RETAIN PERSONAL ID INFO OF ANOTHER | 01-PU-20MI004152 ** 02-WR-17MI011235 ** 03-WR-19FE017273 ** 04-CO-19FE017273 ** 05-FS-20MI004152 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|----|-----------|------------|------|--------|------------|-------------|
| 215 | 44 | 4/13/2020 | | | 01-PU-MIS PC 148.9 GIVING FALSE IDENTIFICATION TO LAW ENFORCEMENT OFFICER ** 04-FS-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 05-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 06-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 07-CO-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER | 01-PU-20MI002155 ** 02-CW-P3613752 ** 03-34-20PR002229 ** 04-FS-20MI002155 ** 05-FS-20PR002229 ** 06-CO-20PR002229 ** 07-CO-20MI002155 |
| 216 | 42 | 4/13/2020 | | | 03-CO-FEL PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 04-CO-FEL PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY | 01-WR-19FE017155 ** 02-WR-19FE017155 ** 03-CO-19FE017155 ** 04-CO-19FE017155 |
| 217 | 32 | 4/13/2020 | | | 02-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-WR-18FE002815 ** 02-CO-18FE002815 |
| 218 | 19 | 4/13/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 02-CR-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 03-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-CO-FEL PC 530.5(C)(3 UNLAWFULLY ACQUIRE/RETAIN POSS OF ID OF 10 OR MORE VICTIMS | 01-PU-20MI004038 ** 02-CR-19FE000559 ** 03-FS-20MI004038 ** 04-CO-62-163136A |
| 219 | 18 | 4/13/2020 | | | 02-RM-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER ** 03-CO-FEL PC 459 BURGLARY | 01-WR-20FE003038 ** 02-RM-18FE006204 ** 03-CO-20FE003038 |
| 220 | 15 | 4/13/2020 | | | 02-CO-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES | 01-WR-18MI014275 ** 02-CO-18MI014275 |
| 221 | 6 | 4/13/2020 | | | 03-CO-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI | 01-WR-19FE006532 ** 02-WR-19MI012438 ** 03-CO-19FE006532 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 222 | 36 | 4/14/2020 | | | 03-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 04-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC | 01-WR-16FE003640 ** 02-WR-16FE021558 ** 03-CO-16FE021558 ** 04-CO-16FE003640 |
| 223 | 44 | 4/14/2020 | | | 04-CO-MIS PC 594(A) VANDALISM | 01-WR-19MI022783 ** 02-WR-19MI021863 ** 04-CO-19MI021863 |
| 224 | 17 | 4/14/2020 | | | 01-PU-MIS VC 2800.1 ATTEMPT TO EVADE PURSUING PEACE OFFICER ** 02-FS-MIS VC 2800.1(A) ATTEMPT TO EVADE PURSUING PEACE OFFICER - VEHICLE ** 03-CO-MIS VC 2800.1(A) ATTEMPT TO EVADE PURSUING PEACE OFFICER - VEHICLE | 01-PU-20MI004146 ** 02-FS-20MI004146 ** 03-CO-20MI004146 |
| 225 | 14 | 4/14/2020 | | | 03-CO-MIS PC 459.5(A) SHOPLIFTING IN COMMERCIAL ESTABLISHMENT OPEN FOR BUSINESS ** 04-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 05-CO-MIS PC 459.5(A) SHOPLIFTING IN COMMERCIAL ESTABLISHMENT OPEN FOR BUSINESS ** 06-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY | 01-WR-19MI006563 ** 02-WR-19MI009678 ** 03-CO-19MI006563 ** 04-CO-19MI009678 ** 05-CO-19MI006563 ** 06-CO-19MI009678 |
| 226 | 10 | 4/14/2020 | | | 01-CO-MIS PC 245(A)(1) ASSAULT WITH A DEADLY WEAPON OR INSTRUMENT | 01-CO-18FE012080 |
| 227 | 46 | 4/15/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 02-FS-FEL PAR750 Possession of drug paraphernalia (related to drug use) ** 03-CO-FEL PAR19 Violation of Other Special Condition | 01-PA-20PA002270 ** 02-FS-20PA002270 ** 03-CO-20PA002270 |
| 228 | 42 | 4/15/2020 | | | 02-CO-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 03-RM-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 04-CO-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 | 01-WR-19MI017925 ** 02-CO-19MI017925 ** 03-RM-19FE001704 ** 04-CO-19FE001704 |
| 229 | 16 | 4/15/2020 | | | 02-CO-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES | 01-WR-18FE021434 ** 02-CO-18FE021434 |
| 230 | 15 | 4/15/2020 | | | 02-CO-FEL PC 25850(A) CARRYING A LOADED FIREARM ON ONE'S PERSON | 01-WR-18FE011381 ** 02-CO-18FE011381 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 231 | 30 | 4/15/2020 | | | 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS PC 148(A) WILLFULLY RESISTS, DELAYS, OR OBSTRUCTS ANY PUBLIC OFFICER ** 04-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 05-FS-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 05-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 06-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 07-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-PU-20MIo03123 ** 02-CW-P2552987 ** 03-34-20PR003006 ** 04-FS-20PR003006 ** 05-FS-20MIo03123 ** 06-CO-20MIo03123 ** 07-CO-20PR003006 |
| 232 | 18 | 4/15/2020 | | | 04-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 05-CO-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 06-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-19FE015762 ** 02-WR-17FE014289 ** 03-WR-62-126900 ** 04-CO-17FE014289 ** 05-CO-19FE015762 ** 06-CO-62-126900 |
| 233 | 16 | 4/15/2020 | | | 01-DN-MIS PC 647(F) DISORDERLY CONDUCT:DRUNK IN PUBLIC ** 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 02-34-20PR004089 ** 03-FS-20PR004089 ** 04-CO-20PR004089 |
| 234 | 12 | 4/15/2020 | | | 03-CO-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 04-CO-MIS PC 647(B) DISORDERLY CONDUCT:SOLICITING FOR PROSTITUTION | 01-WR-19MIo14814 ** 02-WR-18MIo12969 ** 03-CO-19MIo14814 ** 04-CO-18MIo12969 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 235 | 152 | 4/15/2020 | | | 01-PU-MIS PC 530.5(C)(1 UNLAWFULLY ACQUIRE/RETAIN PERSONAL ID INFO OF ANOTHER ** 03-PU-FEL PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 04-FS-FEL PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 04-FS-FEL PC 530.5(C)(3 UNLAWFULLY ACQUIRE/RETAIN POSS OF ID OF 10 OR MORE VICTIMS ** 05-CO-FEL PC 530.5(C)(3 UNLAWFULLY ACQUIRE/RETAIN POSS OF ID OF 10 OR MORE VICTIMS | 01-PU-19FE018886 ** 02-WR-19MI007955 ** 03-PU-19FE018886 ** 04-FS-19FE018886 ** 05-CO-19FE018886 |
| 236 | 152 | 4/15/2020 | | | 01-PU-FEL PC 459/460(B) BURGLARY - 2ND DEGREE ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 02-FS-FEL PC 459 BURGLARY ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-CO-FEL PC 459 BURGLARY | 01-PU-19FE018909 ** 02-FS-19FE018909 ** 03-CO-19FE018909 |
| 237 | 151 | 4/15/2020 | | | 01-CO-FEL PC 245(A)(1) ASSAULT WITH A DEADLY WEAPON OR INSTRUMENT | 01-CO-18FE006599 |
| 238 | 123 | 4/15/2020 | | | 01-PU-FEL PC 664/245(A) ATTEMPTED FORCE OR ADW NOT FIREARM:GBI LIKELY ** 02-FS-FEL PC 245(A)(1) ASSAULT WITH A DEADLY WEAPON OR INSTRUMENT ** 02-FS-FEL PC 245(A)(4 ADW WITH FORCE:POSSIBLE GBI ** 03-CO-MIS PC 245(A)(1 ASSAULT WITH A DEADLY WEAPON OR INSTRUMENT | 01-PU-19FE020764 ** 02-FS-19FE020764 ** 03-CO-19FE020764 |
| 239 | 48 | 4/16/2020 | | | 01-PU-FEL HS 11360 TRANSPORTATION, DISTRIBUTION, IMPORTATION MARIJUANA ** 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS HS 11359(B) PERSONS OVER 18 YEARS OF AGE POSSESS MARIJUANA FOR SALE ** 02-CR-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES ** 04-FS-MIS HS 11357(B)(2 POSSESS &gt;28.5G MARIJUANA &gt;8G CONCENTRATED CANNIBAS OR BOTH ** 04-FS-MIS VC 14601.2(A) DRIVING WHEN PRIVILEGE SUSPENDED/REVOKED FOR DUI/DRUGS ** 05-CO-MIS VC 14601.2(A) DRIVING WHEN PRIVILEGE SUSPENDED/REVOKED FOR DUI/DRUGS | 01-PU-20MI001872 ** 02-CR-19FE019398 ** 04-FS-20MI001872 ** 05-CO-20MI001872 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 240 | 45 | 4/16/2020 | | | 02-CO-FEL PC 594(A) VANDALISM | 01-WR-19FE012088 ** 02-CO-19FE012088 |
| 241 | 12 | 4/16/2020 | | | 01-CR-MIS PC 459 BURGLARY | 01-CR-19FE014639 |
| 242 | 36 | 4/16/2020 | | | 02-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 03-CO-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 | 01-WR-19FE000137 ** 02-CO-19MI020212 ** 03-CO-19FE000137 |
| 243 | 36 | 4/16/2020 | | | 01-PU-FEL PC 459 BURGLARY ** 02-CR-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 03-FS-FEL PC 459 BURGLARY | 01-PU-20FE002743 ** 02-CR-3447014F07309 ** 03-FS-20FE002743 |
| 244 | 50 | 4/17/2020 | | | 02-FS-FEL PAR21 Absconding parole supervision ** 02-FS-FEL PAR95 Tampering with GPS Tracking Device ** 03-CO-FEL PAR21 Absconding parole supervision ** 05-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN | 01-PA-20PA001784 ** 02-FS-20PA001784 ** 03-CO-20PA001784 ** 04-WR-20MI003223 ** 05-CO-20MI003223 |
| 245 | 25 | 4/17/2020 | | | 01-CO-FEL PC 4573.6 POSSESSION OF UNAUTHORIZED DRUGS IN PRISON | 01-CO-19FE017414 |
| 246 | 22 | 4/17/2020 | | | 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-20MI003679 ** 02-WR-18MI011329 ** 03-CO-18MI011329 ** 04-FS-20MI003679 |
| 247 | 14 | 4/17/2020 | | | 03-FS-FEL PAR21 Absconding parole supervision ** 04-CO-FEL PAR21 Absconding parole supervision ** 05-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-20MI000810 ** 02-PA-20PA004489 ** 03-FS-20PA004489 ** 04-CO-20PA004489 ** 05-CO-20MI000810 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 248 | 5 | 4/17/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 01-PU-FEL PC 30305 FELON IN POSSESSION OF AMMUNITION ** 02-CR-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM ** 03-FS-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 03-FS-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM | 01-PU-20FE004974 ** 02-CR-19FE006668 ** 03-FS-20FE004974 |
| 249 | 1 | 4/17/2020 | | | 01-CR-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON | 01-CR-19FE008840 |
| 250 | 76 | 4/17/2020 | | | 03-CO-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 04-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-18FE006673 ** 02-WR-19MI002380 ** 03-CO-18FE006673 ** 04-CO-19MI002380 |
| 251 | 12 | 4/17/2020 | | | 01-CR-FEL PC 459 BURGLARY | 01-CR-18FE024051 |
| 252 | 7 | 4/17/2020 | | | 01-PU-MIS HS 11364.5(D) POSS OF NARC PARAPH ** 01-PU-MIS HS 11550 UNDER INFLUENCE OF NARCOTIC ** 02-CO-MIS VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 02-CO-19FE022208 |
| 253 | 2 | 4/17/2020 | | | 01-CR-MIS HS 11359(B) PERSONS OVER 18 YEARS OF AGE POSSESS MARIJUANA FOR SALE ** 02-CR-MIS PC 23920 POSSESSION OF FIREARM WITHOUT IDENTIFICATION NUMBERS | 01-CR-18MI022077 ** 02-CR-18MI022077 |
| 254 | 151 | 4/17/2020 | | | 01-PU-FEL PC 211 ROBBERY ** 01-PU-FEL PC 664/207(A) ATTEMPTED KIDNAPPING ** 02-FS-FEL PC 209(B)(1) KIDNAP TO COMMIT ANOTHER CRIME ** 02-FS-FEL PC 211 ROBBERY ** 03-CO-FEL PC 207(A) KIDNAPPING AND CARRING WITHIN COUNTY, STATE OR COUNTRY | 01-PU-19FE018967 ** 02-FS-19FE018967 ** 03-CO-19FE018967 |
| 255 | 23 | 4/18/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-FEL PC 451(C) ARSON OF STRUCTURE OR FOREST LAND ** 02-FS-FEL PC 451(C) ARSON OF STRUCTURE OR FOREST LAND ** 03-CO-FEL PC 452(C) RECKLESSLY CAUSING FIRE TO STRUCTURE OR FOREST LAND | 01-PU-20FE003556 ** 02-FS-20FE003556 ** 03-CO-20FE003556 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 256 | 13 | 4/18/2020 | | | 04-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-CO-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES | 01-WR-19MI001938 ** 02-WR-17MI022535 ** 04-CO-19MI001938 ** 05-CO-17MI022535 |
| 257 | 9 | 4/18/2020 | | | 01-CO-MIS VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-CO-19MI022915 |
| 258 | 57 | 4/18/2020 | | cot | 02-CO-MIS PC 290.018(A) FAILURE TO REGISTER AS A SEX OFFENDER | 01-WR-20FE000654 ** 02-CO-20FE000654 |
| 259 | 48 | 4/18/2020 | | | 01-PU-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION ** 04-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-RM-MIS PC 602.5(A) UNAUTHORIZED ENTRY INTO DWELLING/HOUSE ** 06-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 07-CO-FEL PC 664/459 ATTEMPTED BURGLARY | 02-WR-18FE012077 ** 03-WR-18FE007838 ** 04-CO-19MI015633 ** 05-RM-17MI017722 ** 06-CO-18FE012077 ** 07-CO-18FE007838 |
| 260 | 17 | 4/18/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS PC 653X(A) TELEPHONING 911 EMERGENCY LINE W/ INTENT TO ANNOY OR HARASS ** 03-FS-MIS PC 653X TELEPHONING 911 EMERGENCY LINE W/INTENT TO ANNOY OR HARASS ** 04-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 05-CO-MIS PC 653X TELEPHONING 911 EMERGENCY LINE W/INTENT TO ANNOY OR HARASS ** 06-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-20MI004147 ** 02-WR-19FE022078 ** 03-FS-20MI004147 ** 04-CO-19FE022078 ** 05-CO-20MI004147 ** 06-CO-19FE022078 |
| 261 | 13 | 4/18/2020 | | | 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-CW-P1258914 ** 02-34-20PR004311 ** 03-FS-20PR004311 ** 04-CO-20PR004311 |
| 262 | 6 | 4/18/2020 | | | 03-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-CO-MIS PC 555 ENTRY UPON POSTED PROPERTY | 01-WR-20MI003194 ** 02-WR-18MI013544 ** 03-CO-18MI013544 ** 04-CO-20MI003194 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 263 | 87 | 4/18/2020 | | | 01-PU-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 01-PU-FEL HS 11379 SALE OR TRANSPORT OF-CONTROLLED SUBSTANCES NON-NARCOTIC ** 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 02-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 02-FS-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 03-RM-FEL PC 530.5(C)(2 WITH PRIOR 530.5 CONVICTION-UNLAWFULLY USE ANOTHERS IDENTITY ** 04-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-19FE022901 ** 02-FS-19FE022901 ** 03-RM-18FE019931 ** 04-CO-19FE022901 |
| 264 | 72 | 4/19/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS HS 11550(A) UNLAWFULLY UNDER THE INFLUENCE OF CONTROLLED SUBSTANCE ** 01-PU-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 01-PU-MIS PC 664/135 ATTEMPTED DESTROY/CONCEAL EVIDENCE ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 02-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 03-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-20MI000297 ** 02-FS-20MI000297 ** 03-CO-20MI000297 |
| 265 | 53 | 4/19/2020 | | | 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS PC 182 CONSPIRACY ** 01-PU-MIS PC 459.5(A) SHOPLIFTING IN COMMERCIAL ESTABLISHMENT OPEN FOR BUSINESS ** 01-PU-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 04-CO-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 05-FM-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 05-FM-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 06-CO-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 07-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY | 01-PU-20MI001686 ** 02-WR-17FE006998 ** 03-WR-18MI017603 ** 04-CO-18MI017603 ** 05-FM-20MI001686 ** 06-CO-17FE006998 ** 07-CO-20MI001686 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 266 | 26 | 4/19/2020 | | | 03-FS-FEL PAR24 Failure to follow instructions from DAPO ** 04-CO-FEL PAR24 Failure to follow instructions from DAPO | 01-WR-19MI012819 ** 02-PA-20PA003729 ** 03-FS-20PA003729 ** 04-CO-20PA003729 |
| 267 | 26 | 4/19/2020 | | | 01-PU-FEL PC 475 POSSESSION OR RECEIPT OF FORGED BILLS AND NOTES ** 03-FS-FEL PAR19 Violation of Other Special Condition ** 03-FS-FEL PAR34 Unauthorized possession of knife with a blade exceeding 2 in ** 03-FS-FEL PAR999 Other nonviolent crimes not listed (specify statute &amp; violat ** 04-CO-FEL PAR34 Unauthorized possession of knife with a blade exceeding 2 in | 02-PA-20PA003696 ** 03-FS-20PA003696 ** 04-CO-20PA003696 |
| 268 | 7 | 4/19/2020 | | | 01-PU-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER ** 01-PU-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI ** 01-PU-FEL PC 496D PURCHASE OR RECEIPT OF STOLEN VEHICLE ** 01-PU-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 02-CO-MIS PC 484 PETTY THEFT ** 03-FS-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER ** 03-FS-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI ** 03-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 03-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-20FE004843 ** 02-CO-19FE021582 ** 03-FS-20FE004843 |
| 269 | 38 | 4/19/2020 | | | 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-20MI002591 ** 02-WR- 62-162810 ** 03-FS-20MI002591 ** 04-CO- 62-162810 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 270 | 12 | 4/19/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-RM-FEL PC 243(D) BATTERY AGAINST PERSON BODILY INJURY ** 04-CO-FEL PC 243(D) BATTERY AGAINST PERSON BODILY INJURY | 01-PU-20MI004508 ** 02-FS-20MI004508 ** 03-RM-18FE020664 ** 04-CO-18FE020664 |
| 271 | 12 | 4/19/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 03-CO-FEL PAR19 Violation of Other Special Condition | 01-PA-20PA004733 ** 02-FS-20PA004733 ** 03-CO-20PA004733 |
| 272 | 12 | 4/19/2020 | | | 01-PU-FEL HS 11370.1(A) UNLAWFUL POSSESSION CONTROLLED SUBSTANCE AND LOADED FIREARM ** 01-PU-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 04-CO-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 05-FS-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 05-FS-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM ** 05-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-20FE004509 ** 02-CW-P2134144 ** 04-CO-19MI015616 ** 05-FS-20FE004509 |
| 273 | 12 | 4/19/2020 | | | 02-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC | 01-WR-15F01584 ** 02-CO-15F01584 |
| 274 | 10 | 4/19/2020 | | | 01-DN-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-DN-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-CO-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA | 02-WR-18MI019191 ** 03-CO-18MI019191 |
| 275 | 4 | 4/19/2020 | | | 02-CO-MIS PC 417.4 DRAWING/EXHIBITING IMITATION FIREARM IN THREATENING MANNER | 01-WR-19FE018606 ** 02-CO-19FE018606 |
| 276 | 66 | 4/20/2020 | | | 02-CO-MIS PC 27545 ILLEGAL TRANSFER OF A FIREARM | 01-WR-18FE021214 ** 02-CO-18FE021214 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 277 | 33 | 4/20/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 02-FS-FEL PAR21 Absconding parole supervision ** 03-CO-FEL PAR21 Absconding parole supervision ** 04-CO-FEL PAR21 Absconding parole supervision | 01-PA-20PA002978 ** 02-FS-20PA002978 ** 03-CO-20PA002978 ** 04-CO-20PA002978 |
| 278 | 25 | 4/20/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER ** 03-FS-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER ** 04-CO-MIS PC 21310 CARRYING A CONCEALED DIRK OR DAGGER ** 05-CO-MIS PC 21310 CARRYING A CONCEALED DIRK OR DAGGER | 01-PU-20FE003424 ** 02-WR-19FE012529 ** 03-FS-20FE003424 ** 04-CO-20FE003424 ** 05-CO-20FE003424 |
| 279 | 25 | 4/20/2020 | | | 03-FS-FEL PAR21 Absconding parole supervision ** 04-CO-FEL PAR21 Absconding parole supervision ** 05-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-19MI012223 ** 02-PA-20PA003695 ** 03-FS-20PA003695 ** 04-CO-20PA003695 ** 05-CO-19MI012223 |
| 280 | 16 | 4/20/2020 | | | 01-PU-MIS PC 647(F) DISORDERLY CONDUCT:DRUNK IN PUBLIC ** 04-CO-FEL PC 25850(A) CARRYING A LOADED FIREARM ON ONE'S PERSON | 02-WR-19FE014836 ** 03-WR-19FE014705 ** 04-CO-19FE014705 |
| 281 | 41 | 4/20/2020 | | | 02-PU-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 02-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 02-PU-INF VC 21210 BICYCLE ON SIDE ON SIDEWALK ** 02-PU-INF VC 21456.2(A) BICYCLE TO OBEY ALL TRAFFIC SIGNALS ** 02-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 02-PU-MIS PC 148 RESISTING OFFICERS ATTEMPT TO DISCHARGE DUTY ** 03-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 04-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 05-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN | 01-WR-19FE003307 ** 02-PU-20MI002446 ** 03-FS-20MI002446 ** 04-CO-19FE003307 ** 05-CO-20MI002446 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 282 | 19 | 4/20/2020 | | | 03-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-CW-P4557984 ** 03-CO-17MI021393 |
| 283 | 15 | 4/20/2020 | | | 01-PU-FEL HS 11378(A) POSSESSION OF CONTROLLED SUBSTANCE FOR SALE ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 04-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-20FE004228 ** 02-WR-18MI021394 ** 03-FS-20FE004228 ** 04-CO-18MI021394 ** 05-CO-20FE004228 |
| 284 | 11 | 4/20/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 496D PURCHASE OR RECEIPT OF STOLEN VEHICLE ** 01-PU-FEL VC 10851 MOTOR VEHICLE THEFT ** 02-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 02-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 03-RM-FEL PC 480(A) MAKING/POSSESSING COUNTERFEITING PLATES, DIES ETC ** 04-CO-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL | 01-PU-20FE004637 ** 02-FS-20FE004637 ** 03-RM-16FE015967 ** 04-CO-20FE004637 |
| 285 | 4 | 4/20/2020 | | | 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 04-CO-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON | 02-WR-19FE011117 ** 03-CO-19MI020560 ** 04-CO-19FE011117 |
| 286 | 120 | 4/20/2020 | | | 01-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 02-CO-FEL PC 29805 PROHIBITED FROM POSSESSING FIREARMS | 01-CO-17FE020155 ** 02-CO-17FE019531 |
| 287 | 40 | 4/21/2020 | | | 02-FS-FEL PAR750 Possession of drug paraphernalia (related to drug use) ** 02-FS-FEL PAR776 Possession of amphetamine/methamphetamine ** 02-FS-FEL PAR815 Possession of a deadly weapon (PC 12020) ** 03-CO-FEL PAR776 Possession of amphetamine/methamphetamine | 01-PA-20PA002594 ** 02-FS-20PA002594 ** 03-CO-20PA002594 |
| 288 | 30 | 4/21/2020 | | | 02-CO-MIS PC 459.5(A) SHOPLIFTING IN COMMERCIAL ESTABLISHMENT OPEN FOR BUSINESS ** 03-CO-MIS VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-WR-19MI017455 ** 02-CO-19MI017455 ** 03-CO-19FE016856 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 289 | 18 | 4/21/2020 | | | 02-CO-MIS PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL | 01-WR-19FE016251 ** 02-CO-19FE016251 |
| 290 | 40 | 4/21/2020 | | | 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS PC 1203.2(A) VIOLATION OF PROBATION ** 03-FS-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 03-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-20MI002524 ** 02-WR-17MI004820 ** 03-FS-20MI002524 ** 04-CO-20MI002524 ** 05-CO-17MI004820 |
| 291 | 40 | 4/21/2020 | | | 02-FS-FEL PAR34 Unauthorized possession of knife with a blade exceeding 2 in ** 03-CO-FEL PAR34 Unauthorized possession of knife with a blade exceeding 2 in | 01-PA-20PA002607 ** 02-FS-20PA002607 ** 03-CO-20PA002607 |
| 292 | 17 | 4/21/2020 | | | 01-PU-FEL PC 182/487(A) CONSPIRACY TO COMMIT GRAND THEFT ** 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 03-FS-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 04-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY | 01-PU-20MI004127 ** 03-FS-20MI004127 ** 04-CO-20MI004127 |
| 293 | 50 | 4/22/2020 | | | 02-CO-FEL PC 459 BURGLARY | 01-WR-20FE000714 ** 02-CO-17FE016197 |
| 294 | 21 | 4/22/2020 | | | 01-CR-FEL HS 11370.1(A) UNLAWFUL POSSESSION CONTROLLED SUBSTANCE AND LOADED FIREARM | 01-CR-19FE010331 |
| 295 | 7 | 4/22/2020 | | | 01-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 02-PU-FEL PC 4573.6 POSSESSION OF UNAUTHORIZED DRUGS IN PRISON | 01-CO-19FE017157 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 296 | 38 | 4/22/2020 | | | 01-PU-MIS PC 148(A) WILLFULLY RESISTS, DELAYS, OR OBSTRUCTS ANY PUBLIC OFFICER ** 04-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 05-RM-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 06-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 02-CW-P1942959 ** 03-34-20PR002636 ** 04-FS-20PR002636 ** 05-RM-19MI002742 ** 06-CO-20PR002636 |
| 297 | 14 | 4/22/2020 | | | 01-PU-MIS PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 02-CR-MIS PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 03-FS-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 04-CO-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY | 01-PU-20MI004297 ** 02-CR-20FE003057 ** 03-FS-20MI004297 ** 04-CO-20MI004297 |
| 298 | 7 | 4/22/2020 | | | 02-CO-MIS PC 459.5(A) SHOPLIFTING IN COMMERCIAL ESTABLISHMENT OPEN FOR BUSINESS | 01-WR-18MI024644 ** 02-CO-18MI024644 |
| 299 | 145 | 4/22/2020 | | | 01-PU-FEL PC 25400(A)(6 CONCEALED FIREARM - UNREGISTERED GUN WITH AMMO ** 01-PU-FEL PC 25850(A) CARRYING A LOADED FIREARM ON ONE'S PERSON ** 01-PU-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 01-PU-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM ** 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 02-FS-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 02-FS-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-CO-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON | 01-PU-19FE019279 ** 02-FS-19FE019279 ** 03-CO-19FE019279 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 300 | 145 | 4/22/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-RM-FEL PC 211 ROBBERY ** 04-CO-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER | 01-PU-19FE019286 ** 02-FS-19FE019286 ** 03-RM-18FE016499 ** 04-CO-19FE019286 |
| 301 | 37 | 4/23/2020 | | | 02-FS-FEL PAR21 Absconding parole supervision ** 03-CO-FEL PAR21 Absconding parole supervision | 01-PA-20PA002718 ** 02-FS-20PA002718 ** 03-CO-20PA002718 |
| 302 | 21 | 4/23/2020 | | | 01-PU-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 01-PU-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 01-PU-FEL VC 2800.2(A) EVADE POLICE OFFICER-DRIVING IN RECKLESS MANNER ** 01-PU-FEL VC 2800.4 EVADE PEACE OFFICER/DRIVING OPPOSITE FLOW OF LAWFUL TRAFFIC ** 01-PU-MIS PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 02-CR-MIS VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 03-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 03-FS-FEL VC 2800.2(A) EVADE POLICE OFFICER-DRIVING IN RECKLESS MANNER ** 03-FS-FEL VC 2800.4 EVADE PEACE OFFICER/DRIVING OPPOSITE FLOW OF LAWFUL TRAFFIC ** 03-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 03-FS-MIS VC 664/20002A UNLAWFULLY ATTEMPT TO FAIL TO STOP AT ACCIDENT SCENE | 01-PU-20FE003750 ** 02-CR-19FE022690 ** 03-FS-20FE003750 |
| 303 | 21 | 4/23/2020 | | | 01-CO-FEL VC 20001(A) INVOLVED IN AND DID CAUSE AN ACCIDENT RESULTING IN INJURY | 01-CO-19FE015141 |
| 304 | 22 | 4/23/2020 | | | 01-PU-MIS PC 647(F) DISORDERLY CONDUCT:DRUNK IN PUBLIC ** 02-FS-MIS PC 647(F) DISORDERLY CONDUCT:DRUNK IN PUBLIC ** 03-CO-MIS PC 647(F) DISORDERLY CONDUCT:DRUNK IN PUBLIC | 01-PU-20MI003658 ** 02-FS-20MI003658 ** 03-CO-20MI003658 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 305 | 22 | 4/23/2020 | | | 02-FS-FEL PAR37 Access to a firearm ** 03-CO-FEL PAR37 Access to a firearm | 01-PA-20PA003756 ** 02-FS-20PA003756 ** 03-CO-20PA003756 |
| 306 | 8 | 4/23/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS PC 459.5(A) SHOPLIFTING IN COMMERCIAL ESTABLISHMENT OPEN FOR BUSINESS ** 02-FS-MIS PC 459.5(A) SHOPLIFTING IN COMMERCIAL ESTABLISHMENT OPEN FOR BUSINESS ** 03-RM-FEL PC 530.5(A) UNLAWFUL USE OF PERSONAL IDENTIFYING INFORMATION ** 04-CO-MIS PC 459.5(A) SHOPLIFTING IN COMMERCIAL ESTABLISHMENT OPEN FOR BUSINESS | 01-PU-20MI004725 ** 02-FS-20MI004725 ** 03-RM-15F00941 ** 04-CO-20MI004725 |
| 307 | 144 | 4/23/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 01-PU-MIS PC 25400(A)(1 HAVING CONCEALED FIREARM IN VEHICLE ** 03-FS-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 03-FS-MIS VC 14601.1(A) DRIVE WHEN PRIVILEGE SUSPENDED/REVOKED (NOT DRIVING ABILITY) ** 04-RM-FEL PC 4532(B)(2) ATTEMPT TO ESCAPE AND ESCAPE BY FORCE AND VIOLENCE ** 05-CO-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON | 01-PU-19FE019302 ** 03-FS-19FE019302 ** 04-RM-16FE022774 ** 05-CO-19FE019302 |
| 308 | 51 | 4/24/2020 | | | 02-CO-FEL PC 597(B) TORTURE/TORMENT/OVERWORK/DEPRIVE OF SUSTENANCE OR DRINK | 01-WR-18FE020937 ** 02-CO-18FE020937 |
| 309 | 32 | 4/24/2020 | | | 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 04-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 02-WR-18MI022360 ** 03-WR-19MI015459 ** 04-CO-19MI015459 ** 05-CO-18MI022360 |
| 310 | 21 | 4/24/2020 | | | 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-CW-P3292543 ** 02-34-20PR003877 ** 03-FS-20PR003877 ** 04-CO-20PR003877 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 311 | 7 | 4/24/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 530.5 USING PERSNL I.D. INFO OF ANOTHER TO OBTAIN CREDIT/GOODS/SER ** 02-FS-MIS PC 485 GRAND THEFT: THEFT OF LOST PROPERTY ** 02-FS-MIS PC 530.5(C)(1 UNLAWFULLY ACQUIRE/RETAIN PERSONAL ID INFO OF ANOTHER ** 04-CO-MIS PC 530.5(C)(1 UNLAWFULLY ACQUIRE/RETAIN PERSONAL ID INFO OF ANOTHER | 01-PU-20MI004822 ** 02-FS-20MI004822 ** 03-WR-13-4667 ** 04-CO-20MI004822 |
| 312 | 51 | 4/24/2020 | | | 02-CO-FEL PC 211 ROBBERY | 01-WR-19FE022800 ** 02-CO-19FE022800 |
| 313 | 7 | 4/24/2020 | | | 01-PU-FEL HS 11375 POSSESSION FOR SALE OR SALE OF DESIGNATED SUBSTANCE ** 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 02-PV-MIS PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI ** 03-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 03-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 04-RM-MIS PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI ** 05-RM-FEL VC 2800.2(A) EVADE POLICE OFFICER-DRIVING IN RECKLESS MANNER ** 06-CO-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 07-CO-MIS PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI | 01-PU-20FE004818 ** 02-PV-16FE023266 ** 03-FS-20FE004818 ** 04-RM-16FE023266 ** 05-RM-15F05471 ** 06-CO-20FE004818 ** 07-CO-16FE023266 |
| 314 | 5 | 4/24/2020 | | | 01-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-CO-14F07165 |
| 315 | 90 | 4/26/2020 | | | 01-CR-FEL PC 594(A) VANDALISM | 01-CR-18FE021788 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 316 | 40 | 4/27/2020 | | | 01-PU-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-CO-FEL HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-PU-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES ** 05-FS-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 05-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 05-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 06-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-20MI002534 ** 02-WR-19MI001638 ** 03-CO-08F07945 ** 04-PU-20MI002534 ** 05-FS-20MI002534 ** 06-CO-20MI002534 |
| 317 | 34 | 4/27/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS PC 148(A) WILLFULLY RESISTS, DELAYS, OR OBSTRUCTS ANY PUBLIC OFFICER ** 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 05-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 06-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN | 01-PU-20MI002878 ** 02-34-20PR002782 ** 03-FS-20PR002782 ** 04-FS-20MI002878 ** 05-CO-20PR002782 ** 06-CO-20MI002878 |
| 318 | 18 | 4/27/2020 | | | 02-FS-FEL PAR21 Absconding parole supervision ** 03-CO-FEL PAR21 Absconding parole supervision | 01-PA-20PA004247 ** 02-FS-20PA004247 ** 03-CO-20PA004247 |
| 319 | 22 | 4/27/2020 | | n | 01-CR-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 02-CR-MIS PC 459 BURGLARY | 01-CR-17MI013771 ** 02-CR-18FE019939 |
| 320 | 94 | 4/27/2020 | | | 01-PU-FEL VC 10851 MOTOR VEHICLE THEFT ** 04-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 04-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 05-RM-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 06-CO-MIS VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-19FE022429 ** 03-WR-344702017090897 ** 04-FS-19FE022429 ** 05-RM-15F07112 ** 06-CO-19FE022429 ** 07-CO-15F07112 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 321 | 88 | 4/27/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 459 BURGLARY ** 02-FS-FEL PC 459 BURGLARY ** 03-CO-FEL PC 459 BURGLARY | 01-PU-19FE022933 ** 02-FS-19FE022933 ** 03-CO-19FE022933 |
| 322 | 46 | 4/28/2020 | | | 01-RM-FEL PC 459 BURGLARY ** 02-CO-FEL PC 459 BURGLARY | 01-RM-19FE013600 ** 02-CO-19FE013600 |
| 323 | 3 | 4/28/2020 | | | 02-CO-MIS PC 529(A)(3) UNLAWFULLY AND FALSELY PERSONATE SOMEONE | 01-WR-18FE007722 ** 02-CO-18FE007722 |
| 324 | 17 | 4/28/2020 | | | 01-PU-FEL HS 11378(A) POSSESSION OF CONTROLLED SUBSTANCE FOR SALE ** 01-PU-MIS PC 1203.2(A) VIOLATION OF PROBATION ** 02-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 03-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC | 01-PU-20FE004138 ** 02-FS-20FE004138 ** 03-CO-20FE004138 |
| 325 | 13 | 4/28/2020 | | | 02-FS-FEL PAR21 Absconding parole supervision ** 03-CO-FEL PAR21 Absconding parole supervision | 01-PA-20PA004330 ** 02-FS-20PA004330 ** 03-CO-20PA004330 |
| 326 | 3 | 4/28/2020 | | | 01-PU-FEL PC 211(A) ROBBERY FIRST DEGREE ** 01-PU-MIS PC 1203.2(A) VIOLATION OF PROBATION ** 03-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 04-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY | 02-WR-20MI001373 ** 03-CO-20MI004129 ** 04-CO-19MI012506 |
| 327 | 140 | 4/28/2020 | | | 01-PU-FEL PC 182/4532 CONSPIRACY TO ESCAPE FROM A COUNTY JAIL FACILITY ** 04-CO-MIS SCC9.16.140B1 TRESPASS ON PRIVATE PROPERTY OR BUSINESS PREMISES ** 05-CO-MIS PC 245(A)(1) ASSAULT WITH A DEADLY WEAPON OR INSTRUMENT ** 06-FS-FEL PC 4532(B)(2) ATTEMPT TO ESCAPE AND ESCAPE BY FORCE AND VIOLENCE ** 07-CO-MIS PC 594(A) VANDALISM | 01-PU-19FE019661 ** 02-WR-19FE014703 ** 03-WR-19MI013800 ** 04-CO-19MI013800 ** 05-CO-19FE014703 ** 06-FS-19FE019661 ** 07-CO-19FE019661 |
| 328 | 136 | 4/28/2020 | | | 01-CO-FEL HS 11379(A) IMPORT,SALE,TRANSPORTATION OF CONTROLLED SUBS | 01-CO-19FE002954 |
| 329 | 48 | 4/29/2020 | | | 02-CO-FEL PC 243(D) BATTERY AGAINST PERSON BODILY INJURY | 01-WR-18FE022664 ** 02-CO-18FE022664 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 330 | 14 | 4/29/2020 | | | 02-FS-FEL PAR21 Absconding parole supervision ** 03-CO-FEL PAR21 Absconding parole supervision | 01-PA-20PA004329 ** 02-FS-20PA004329 ** 03-CO-20PA004329 |
| 331 | 13 | 4/29/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 06-CO-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER | 01-PU-20MI004405 ** 02-FS-20MI004405 ** 03-WR-20MI002013 ** 04-WR-20MI003893 ** 05-CO-20MI004405 ** 06-CO-20MI003893 |
| 332 | 20 | 4/29/2020 | | | 03-CO-FEL HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-18FE018977 ** 02-WR-18FE018977 ** 03-CO-18FE018977 |
| 333 | 16 | 4/29/2020 | | | 01-PU-FEL PC 245(A)(1) ASSAULT WITH A DEADLY WEAPON OR INSTRUMENT ** 02-FS-FEL PC 245(A)(1) ASSAULT WITH A DEADLY WEAPON OR INSTRUMENT ** 02-FS-FEL PC 245(A)(4 ADW WITH FORCE:POSSIBLE GBI ** 03-CO-MIS PC 245(A)(1) ASSAULT WITH A DEADLY WEAPON OR INSTRUMENT | 01-PU-20FE004122 ** 02-FS-20FE004122 ** 03-CO-20FE004122 |
| 334 | 45 | 4/30/2020 | | | 01-CO-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI | 01-CO-19FE001061 |
| 335 | 10 | 4/30/2020 | | | 03-CO-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 04-CO-MIS PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY | 01-WR-16MI013023 ** 02-WR-18MI023480 ** 03-CO-16MI013023 ** 04-CO-18MI023480 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 336 | 61 | 4/30/2020 | | | 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC | 01-PU-20MI001160 ** 02-WR-14F01288 ** 03-FS-20MI001160 ** 04-CO-14F01288 |
| 337 | 50 | 4/30/2020 | | | 04-FS-FEL PAR24 Failure to follow instructions from DAPO ** 05-CO-FEL PAR24 Failure to follow instructions from DAPO ** 06-CO-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 07-CO-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER | 01-PA-20PA001959 ** 02-WR-19MI021212 ** 03-WR-20MI000488 ** 04-FS-20PA001959 ** 05-CO-20PA001959 ** 06-CO-20MI000488 ** 07-CO-19MI021212 |
| 338 | 137 | 4/30/2020 | | | 03-CO-FEL PC 530.5(A) UNLAWFUL USE OF PERSONAL IDENTIFYING INFORMATION | 01-WR-19FE019151 ** 03-CO-19FE019151 |
| 339 | 14 | 5/1/2020 | | | 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS PC 602(1) TRESPASS/REFUSAL TO LEAVE LAND IMMEDIATELY UPON REQUEST ** 02-RM-FEL PC 245(A)(1) ASSAULT WITH A DEADLY WEAPON OR INSTRUMENT ** 03-CO-FEL PC 245(A)(1) ASSAULT WITH A DEADLY WEAPON OR INSTRUMENT | 02-RM-19FE002807 ** 03-CO-19FE002807 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|----|-----------|------------|------|--------|------------|-------------|
| 340 | 74 | 5/1/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 182 CONSPIRACY ** 01-PU-FEL VC 10851 MOTOR VEHICLE THEFT ** 01-PU-FEL VC 10852 TAMPERING BREAKING OR REMOVING VEHICLE PARTS ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 01-PU-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 02-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 02-FS-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 03-RM-FEL PC 529(A)(3) UNLAWFULLY AND FALSELY PERSONATE SOMEONE ** 04-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-20FE000336 ** 02-FS-20FE000336 ** 03-RM-17FE020640 ** 04-CO-20FE000336 |
| 341 | 90 | 5/1/2020 | | | 01-PU-FEL HS 11351(1) POSSESSION OF CONTROLLED SUBSTANCE FOR SALE ** 01-PU-FEL HS 11370.1(A) UNLAWFUL POSSESSION CONTROLLED SUBSTANCE AND LOADED FIREARM ** 01-PU-FEL PC 25400(C)(4 NOT IN LAWFUL POSSESSION/PROHIBITED FIREARM ** 01-PU-FEL PC 25850(C)(4 NOT IN LAWFUL POSSESSION/PROHIBITED FIREARM ** 01-PU-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-FS-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES ** 03-FS-FEL HS 11370.1(A) UNLAWFUL POSSESSION CONTROLLED SUBSTANCE AND LOADED FIREARM ** 03-FS-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 03-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-CO-FEL HS 11370.1(A) UNLAWFUL POSSESSION CONTROLLED SUBSTANCE AND LOADED FIREARM | 01-PU-19FE022625 ** 02-WR-19MI012656 ** 03-FS-19FE022625 ** 04-CO-19FE022625 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 342 | 73 | 5/2/2020 | | | 01-PU-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 01-PU-FEL HS 11379 SALE OR TRANSPORT OF-CONTROLLED SUBSTANCES NON-NARCOTIC ** 01-PU-FEL PC 69 RESISTING EXECUTIVE OFFICERS ** 04-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 04-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 05-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 06-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-20FE000284 ** 02-CW-P2135095 ** 04-FS-20FE000284 ** 05-CO-20FE000284 ** 06-CO-20FE000284 |
| 343 | 22 | 5/2/2020 | | | 02-FS-FEL PAR37 Access to a firearm ** 03-CO-FEL PAR37 Access to a firearm | 01-PA-20PA003762 ** 02-FS-20PA003762 ** 03-CO-20PA003762 |
| 344 | 11 | 5/2/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 03-CO-FEL PAR19 Violation of Other Special Condition | 01-PA-20PA004529 ** 02-FS-20PA004529 ** 03-CO-20PA004529 |
| 345 | 42 | 5/3/2020 | | | 01-CO-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI | 01-CO-19FE014471 |
| 346 | 39 | 5/3/2020 | | | 01-PU-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION ** 05-RM-MIS PC 594(A) VANDALISM ** 06-RM-FEL PC 459 BURGLARY ** 07-RM-FEL PC 459 BURGLARY ** 08-CO-MIS PC 594(A) VANDALISM ** 09-CO-FEL PC 459 BURGLARY ** 10-CO-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION | 02-WR-19MI021409 ** 03-WR-19MI021921 ** 04-WR-17MI000677 ** 05-RM-17MI000678 ** 06-RM-18FE007829 ** 07-RM-18FE007829 ** 08-CO-17MI000677 ** 09-CO-18FE007829 ** 10-CO-19MI021921 |
| 347 | 28 | 5/3/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 02-FS-FEL PAR778 Use of amphetamine/methamphetamine ** 03-CO-FEL PAR778 Use of amphetamine/methamphetamine | 01-PA-20PA003281 ** 02-FS-20PA003281 ** 03-CO-20PA003281 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 348 | 14 | 5/3/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS PC 148 RESISTING OFFICERS ATTEMPT TO DISCHARGE DUTY ** 01-PU-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 02-FS-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 02-FS-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 03-RM-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 04-RM-FEL PC 215(A) CARJACKING ** 05-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 06-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-20MI004315 ** 02-FS-20MI004315 ** 03-RM-19FE012918 ** 04-RM-19FE013502 ** 05-CO-20MI004315 ** 06-CO-19FE012918 |
| 349 | 24 | 5/3/2020 | | e | 02-CO-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM | 01-WR-19FE013889 ** 02-CO-19FE013889 |
| 350 | 41 | 5/4/2020 | | | 01-PU-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 01-PU-FEL VC 10851 MOTOR VEHICLE THEFT ** 02-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 02-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 03-RM-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI ** 04-CO-MIS PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 05-CO-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI | 01-PU-20FE002360 ** 02-FS-20FE002360 ** 03-RM-15FO1621 ** 04-CO-20FE002360 ** 05-CO-15FO1621 |
| 351 | 39 | 5/4/2020 | | | 01-PU-FEL PC 4573.5 BRINGING UNAUTHORIZED DRUGS INTO PRISON ** 01-PU-FEL PC 4573.6 POSSESSION OF UNAUTHORIZED DRUGS IN PRISON ** 03-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-FS-FEL PC 4573.6 POSSESSION OF UNAUTHORIZED DRUGS IN PRISON | 01-PU-20FE002625 ** 02-WR-18FE006452 ** 03-CO-18FE006452 ** 04-FS-20FE002625 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 352 | 27 | 5/4/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 03-CO-FEL PAR19 Violation of Other Special Condition | 01-PA-20PA003697 ** 02-FS-20PA003697 ** 03-CO-20PA003697 |
| 353 | 11 | 5/4/2020 | | | 02-FS-FEL PAR24 Failure to follow instructions from DAPO ** 02-FS-FEL PAR718 Voluntarily admitted to use of cocaine ** 03-CO-FEL PAR24 Failure to follow instructions from DAPO | 01-PA-20PA004796 ** 02-FS-20PA004796 ** 03-CO-20PA004796 |
| 354 | 41 | 5/4/2020 | | | 01-PU-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 02-FS-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 03-CO-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 | 01-PU-20FE002427 ** 02-FS-20FE002427 ** 03-CO-20FE002427 |
| 355 | 27 | 5/4/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 02-FS-FEL PAR28 Instructions: Traveling beyond 50 mi. from residence w/o DAP ** 03-CO-FEL PAR28 Instructions: Traveling beyond 50 mi. from residence w/o DAP | 01-PA-20PA003634 ** 02-FS-20PA003634 ** 03-CO-20PA003634 |
| 356 | 97 | 5/4/2020 | | | 03-FS-FEL PAR21 Absconding parole supervision ** 04-CO-FEL PAR21 Absconding parole supervision ** 05-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-19MI020403 ** 02-PA-19PA022415 ** 03-FS-19PA022415 ** 04-CO-19PA022415 ** 05-CO-19MI020403 |
| 357 | 49 | 5/5/2020 | | | 03-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-19MI001011 ** 02-WR-19MI004084 ** 03-CO-19MI004084 ** 04-CO-19MI001011 |
| 358 | 42 | 5/5/2020 | | | 02-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-WR-19FE019079 ** 02-CO-19FE019079 |
| 359 | 36 | 5/5/2020 | | | 02-CO-FEL PC 459 BURGLARY ** 03-CO-FEL PC 459 BURGLARY | 01-WR-19FE016483 ** 02-CO-19FE016483 ** 03-CO-17FE000779 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|----|-----------|------------|------|--------|------------|-------------|
| 360 | 64 | 5/5/2020 | | | 01-PU-MIS PC 602 TRESPASS ** 02-FS-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION ** 03-RM-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION ** 04-RM-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 05-RM-MIS PC 602(K) TRESPASS UPON LANDS WITHOUT THE OWNERS PERMISSION ** 06-RM-MIS PC 602(T)(1) FAILURE TO LEAVE PRIVATE PROPERTY AT REQ OF PEACE OFFICER ** 07-CO-MIS PC 602(T)(1) FAILURE TO LEAVE PRIVATE PROPERTY AT REQ OF PEACE OFFICER ** 08-CO-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 09-CO-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA | 01-PU-20MI000898 ** 02-FS-20MI000898 ** 03-RM-19MI002141 ** 04-RM-18MI014054 ** 05-RM-19MI008422 ** 06-RM-18MI007465 ** 07-CO-18MI007465 ** 08-CO-18MI014054 ** 09-CO-17MI009233 |
| 361 | 2 | 5/5/2020 | | | 02-CO-MIS PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL | 01-WR-18FE018604 ** 02-CO-18FE018604 |
| 362 | 132 | 5/5/2020 | | | 01-PU-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES ** 01-PU-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 03-FS-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES ** 03-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 04-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC | 01-PU-19FE020201 ** 03-FS-19FE020201 ** 04-CO-19FE020201 |
| 363 | 130 | 5/5/2020 | | | 01-PU-FEL VC 2800.2 EVADE POLICE OFFICER-DRIVING IN RECKLESS MANNER ** 01-PU-MIS PC 273A(B) HAVING CARE &amp; CUSTODY OF CHILD - ENDANGERING HEALTH OF CHILD ** 01-PU-MIS PC 664/148A1 ATTEMPT TO RESIST, DELAY AND OBSTRUCT PEACE OFFICER ** 03-FS-FEL VC 2800.2(A) EVADE POLICE OFFICER-DRIVING IN RECKLESS MANNER ** 03-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 03-FS-MIS PC 273A(B) HAVING CARE &amp; CUSTODY OF CHILD - ENDANGERING HEALTH OF CHILD ** 04-CO-MIS VC 2800.2(A) EVADE POLICE OFFICER-DRIVING IN RECKLESS MANNER | 01-PU-19FE020381 ** 03-FS-19FE020381 ** 04-CO-19FE020381 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 364 | 55 | 5/6/2020 | | | 01-PU-MIS HS 11350 POSSESSION OF CONTROLLED SUBSTANCES ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-FS-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 04-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 04-FS-MIS PC 530.5(C)(3 UNLAWFULLY ACQUIRE/RETAIN POSS OF ID OF 10 OR MORE VICTIMS ** 05-CO-MIS PC 530.5(C)(3 UNLAWFULLY ACQUIRE/RETAIN POSS OF ID OF 10 OR MORE VICTIMS ** 06-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 07-CO-FEL PC. 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 08-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-PU-20MI001486 ** 02-CW-P3797881 ** 03-34-20PR001713 ** 04-FS-20MI001486 ** 05-CO-20MI001486 ** 06-FS-20PR001713 ** 07-CO-20PR001713 ** 08-CO-20PR001713 |
| 365 | 131 | 5/6/2020 | | | 02-RM-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 03-CO-FEL PC 211 ROBBERY | 01-WR-19FE020075 ** 02-RM-19FE014885 ** 03-CO-19FE020075 |
| 366 | 85 | 5/6/2020 | | | 01-PU-FEL PC 459 BURGLARY ** 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 02-FS-FEL PC 459 BURGLARY ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-CO-FEL PC 459 BURGLARY | 01-PU-19FE022964 ** 02-FS-19FE022964 ** 03-CO-19FE022964 |
| 367 | 82 | 5/6/2020 | | | 02-CO-MIS VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-WR-19FE019098 ** 02-CO-19FE019098 |
| 368 | 24 | 5/7/2020 | | | 01-DN-FEL PC 496D PURCHASE OR RECEIPT OF STOLEN VEHICLE ** 03-FS-FEL PAR21 Absconding parole supervision ** 04-CO-FEL PAR21 Absconding parole supervision | 02-PA-20PA003731 ** 03-FS-20PA003731 ** 04-CO-20PA003731 |
| 369 | 71 | 5/8/2020 | | | 02-CO-FEL PC 459 BURGLARY | 01-WR-17FE008593 ** 02-CO-17FE008593 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 370 | 47 | 5/8/2020 | | | 01-PU-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 01-PU-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 02-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 03-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-20FE002049 ** 02-FS-20FE002049 ** 03-CO-20FE002049 |
| 371 | 39 | 5/8/2020 | | | 01-CO-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 | 01-CO-19FE001672 |
| 372 | 72 | 5/8/2020 | | | 01-PU-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES ** 01-PU-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 03-CO-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES ** 04-FS-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 04-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 04-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-20MI000332 ** 02-WR-19FE002973 ** 03-CO-19FE002973 ** 04-FS-20MI000332 |
| 373 | 35 | 5/8/2020 | | n | 02-CO-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON | 01-WR-18FE017581 ** 02-CO-18FE017581 |
| 374 | 49 | 5/9/2020 | | | 01-PU-FEL PC 529(A)(3) UNLAWFULLY AND FALSELY PERSONATE SOMEONE ** 01-PU-MIS HS 11350 POSSESSION OF-CONTROLLED SUBSTANCES ** 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS PC 148.9 GIVING FALSE IDENTIFICATION TO LAW ENFORCEMENT OFFICER ** 02-CO-MIS PC 22410 POSSESSION OF SHURIKEN ** 03-FS-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 03-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-FS-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 04-RM-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 04-RM-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 04-RM-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 04-RM-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 05-CO-MIS PC 148.9(A) | 01-PU-20MI001864 ** 02-CO-18FE015358 ** 03-FS-20MI001864 ** 04-RM-20MI001864 ** 05-CO-20MI001864 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 375 | 6 | 5/9/2020 | | | 03-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-WR-19FE003001 ** 02-WR-16FE014096 ** 03-CO-16FE014096 |
| 376 | 7 | 5/9/2020 | | | 01-CR-MIS PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 02-CR-MIS PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 | 01-CR-16FE011259 ** 02-CR-16FE20409 |
| 377 | 128 | 5/9/2020 | | | 01-PU-FEL PC 664/211 ATTEMPTED ROBBERY ** 02-FS-FEL PC 664/211 ATTEMPTED ROBBERY ** 03-CO-FEL PC 236 FALSE IMPRISONMENT ** 04-CO-MIS PC 242 BATTERY(CIVILIAN) | 01-PU-19FE020428 ** 02-FS-19FE020428 ** 03-CO-19FE020428 ** 04-CO-19MI018754 |
| 378 | 25 | 5/10/2020 | | | 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 05-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 06-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 07-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 08-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 08-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 09-CO-MIS HS a 11364 POSSESSION NARCOTIC PARAPHERNALIA | 01-PU-20MI003516 ** 02-WR-17MI011165 ** 03-WR-18MI018692 ** 04-WR-18MI024953 ** 05-CO-17MI011165 ** 06-CO-18MI018692 ** 07-CO-18MI024953 ** 08-FS-20MI003516 ** 09-CO-20MI003516 |
| 379 | 19 | 5/10/2020 | | | 03-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 04-FS-FEL PAR20 Failure to report to DAPO ** 05-CO-FEL PAR20 Failure to report to DAPO | 01-WR-19MI010655 ** 02-PA-20PA004099 ** 03-CO-19MI010655 ** 04-FS-20PA004099 ** 05-CO-20PA004099 |
| 380 | 5 | 5/10/2020 | | | 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-PV-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 03-PV-FEL PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 04-CO-FEL PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 05-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 02-PV-18FE006226 ** 03-PV-19FE020227 ** 04-CO-19FE020227 ** 05-CO-18FE006226 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 381 | 21 | 5/10/2020 | | | 02-FS-FEL PAR19 Violation of Other Special Condition ** 02-FS-FEL PAR24 Failure to follow instructions from DAPO ** 02-FS-FEL PAR748 Voluntarily admitted to use of any other illicit controlled ** 03-CO-FEL PAR24 Failure to follow instructions from DAPO | 01-PA-20PA004100 ** 02-FS-20PA004100 ** 03-CO-20PA004100 |
| 382 | 18 | 5/10/2020 | | | 01-PU-FEL PC 496D PURCHASE OR RECEIPT OF STOLEN VEHICLE ** 01-PU-MIS PC 148.9 GIVING FALSE IDENTIFICATION TO LAW ENFORCEMENT OFFICER ** 04-FS-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 04-FS-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 04-FS-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 05-CO-FEL PC 1320.5 RELEASED ON BAIL ON FELONY/WILLFUL FAILURE TO APPEAR | 01-PU-20FE004149 ** 02-WR-19FE023233 ** 03-WR-20FE000983 ** 04-FS-20FE004149 ** 05-CO-19FE023233 |
| 383 | 15 | 5/10/2020 | | | 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-CW-P3832277 ** 02-34-20PR004272 ** 03-FS-20PR004272 ** 04-CO-20PR004272 |
| 384 | 8 | 5/11/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 01-PU-MIS PC 594(2)(A) VANDALISM WITH DAMAGE LESS THAN $400.00 ** 02-CR-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 03-FS-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 ** 03-FS-MIS PC 594(A) VANDALISM ** 04-RM-FEL PC 487(A) GRAND THEFT:MONEY/LABOR/REAL/PERSONAL PROPERTY EXCEED $950 | 01-PU-20FE004734 ** 02-CR-19FE021241 ** 03-FS-20FE004734 ** 04-RM-19FE021241 |
| 385 | 35 | 5/11/2020 | | | 02-CO-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON | 01-CW-16FE018527 ** 02-CO-16FE018527 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 386 | 79 | 5/12/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 594(B)(1) VANDALISM-DAMAGE MORE THAN $400. ** 02-FS-MIS PC 594(A) VANDALISM ** 03-PU-FEL PC 594(A)(1) VANDALISM WITH PAINT OR ANY OTHER LIQUID ** 04-RM-FEL PC 594(A) VANDALISM ** 05-CO-FEL PC 594(A) VANDALISM ** 06-CO-MIS PC 594(A) VANDALISM | 01-PU-19MI023157 ** 02-FS-19MI023157 ** 04-RM-18FE023881 ** 05-CO-18FE023881 ** 06-CO-19MI023157 |
| 387 | 19 | 5/12/2020 | | | 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-CW-P2214807 ** 02-34-20PR004030 ** 03-FS-20PR004030 ** 04-CO-20PR004030 |
| 388 | 19 | 5/12/2020 | | | 02-FS-FEL PAR21 Absconding parole supervision ** 03-CO-FEL PAR21 Absconding parole supervision | 01-PA-20PA004096 ** 02-FS-20PA004096 ** 03-CO-20PA004096 |
| 389 | 19 | 5/12/2020 | | | 03-FS-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 ** 04-CO-FEL PC 3455(A) PETITION FOR REVOCATION HEARING PURSUANT TO GC 71622.5 | 01-CW-P1600267 ** 02-34-20PR004029 ** 03-FS-20PR004029 ** 04-CO-20PR004029 |
| 390 | 17 | 5/12/2020 | | | 01-PU-FEL PC 182(A)(1) CONSPIRACY/TWO OR MORE PERSONS CONSPIRE TO COMMIT ANY CRIME ** 01-PU-FEL PC 496 RECEIVING STOLEN PROPERTY ** 01-PU-MIS PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS PC 459.5 SHOPLIFTING ** 01-PU-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 04-FS-MIS PC 466 POSSESSION OF BURGLAR'S TOOLS ** 04-FS-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 05-CO-MIS PC 484(A) THEFT OF PERSONAL PROPERTY ** 06-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-PU-20MI004151 ** 02-WR-18MI017328 ** 03-WR-19MI008550 ** 04-FS-20MI004151 ** 05-CO-20MI004151 ** 06-CO-18MI017328 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 391 | 126 | 5/12/2020 | | | 01-PU-FEL HS 11370.1 POSS. OF CONTROLLED SUSTANCES WHILE ARMED W/LOADED FIREARM ** 01-PU-FEL HS 11378(A) POSSESSION OF CONTROLLED SUBSTANCE FOR SALE ** 01-PU-FEL PC 25850(C)(4 NOT IN LAWFUL POSSESSION/PROHIBITED FIREARM ** 03-FS-FEL HS 11370.1(A) UNLAWFUL POSSESSION CONTROLLED SUBSTANCE AND LOADED FIREARM ** 03-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 03-FS-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 03-FS-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM ** 04-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC | 01-PU-19FE020552 ** 03-FS-19FE020552 ** 04-CO-19FE020552 |
| 392 | 62 | 5/13/2020 | | | 01-PU-FEL HS 11378(A) POSSESSION OF CONTROLLED SUBSTANCE FOR SALE ** 01-PU-FEL PC 1203.2(A) VIOLATION OF PROBATION ** 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 02-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 03-RM-MIS HS 11358 PRODUCE OR CULTIVATE MARIJUANA/HASHISH ** 04-RM-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI ** 05-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC | 01-PU-20FE001085 ** 02-FS-20FE001085 ** 03-RM-16FE014944 ** 04-RM-18FE013225 ** 05-CO-20FE001085 |
| 393 | 38 | 5/13/2020 | | | 02-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 04-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-WR-19FE003015 ** 02-CO-19MI020366 ** 03-CO-19FE003015 ** 04-CO-19FE003015 |
| 394 | 61 | 5/13/2020 | | | 02-CO-FEL PC 25850(A) CARRYING A LOADED FIREARM ON ONE'S PERSON | 01-WR-19FE000169 ** 02-CO-19FE000169 |
| 395 | 11 | 5/14/2020 | | | 02-CO-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-19MI000038 ** 02-CO-19MI000038 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 396 | 125 | 5/14/2020 | | | 01-PU-FEL HS 11378(A) POSSESSION OF CONTROLLED SUBSTANCE FOR SALE ** 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 02-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 03-RM-FEL PC 69 RESISTING EXECUTIVE OFFICERS ** 04-RM-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI ** 05-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC | 01-PU-19FE020645 ** 02-FS-19FE020645 ** 03-RM-16FE014204 ** 04-RM-15F00915 ** 05-CO-19FE020645 |
| 397 | 116 | 5/14/2020 | | | 01-CO-FEL PC 245(B) ASSAULT ON A PERSON WITH A SEMIAUTOMATIC FIREARM ** 02-CO-FEL PC 245(B) ASSAULT ON A PERSON WITH A SEMIAUTOMATIC FIREARM | 01-CO-18FE008452 ** 02-CO-18FE008452 |
| 398 | 55 | 5/15/2020 | | | 04-CO-MIS PC 487(D)(2) UNLAWFULLY TAKE A CERTAIN FIREARM ** 05-PU-FEL PC 4532(A)(1) ESCAPE OR ATTEMPT TO ESCAPE FROM CTY/CITY JAIL/HOME DETENTIO ** 06-FS-FEL PC 4532(A)(1) ESCAPE OR ATTEMPT TO ESCAPE FROM CTY/CITY JAIL/HOME DETENTIO ** 07-CO-MIS PC 4532(A)(1) ESCAPE OR ATTEMPT TO ESCAPE FROM CTY/CITY JAIL/HOME DETENTIO | 01-WR-17FE002550 ** 02-WR-19MI015754 ** 03-WR-19MI014852 ** 04-CO-17FE002550 ** 05-PU-20FE002185 ** 06-FS-20FE002185 ** 07-CO-20FE002185 |
| 399 | 70 | 5/15/2020 | | | 02-CO-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES | 02-CO-19FE008662 |
| 400 | 25 | 5/15/2020 | | | 01-CO-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI | 01-CO-19FE001257 |
| 401 | 61 | 5/16/2020 | | | 06-CO-FEL PC 245(A)(4) ASSAULT BY MEANS OF FORCE LIKELY TO PRODUCE GBI ** 07-CO-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM | 01-WR-19FE017763 ** 02-WR-19FE005679 ** 03-WR-19FE009366 ** 04-WR-19FE005679 ** 05-WR-19FE009366 ** 06-CO-19FE005679 ** 07-CO-19FE009366 |
| 402 | 29 | 5/16/2020 | | | 03-CO-FEL PC 459 BURGLARY | 01-WR-20FE001797 ** 02-WR-CRM1900012 ** 03-CO-20FE001797 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 403 | 12 | 5/16/2020 | | | 01-PU-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES ** 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 30305 FELON IN POSSESSION OF AMMUNITION ** 02-CR-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES ** 04-FS-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES ** 04-FS-FEL PC 30305(A)(1 PERSON PROHIBITED OWNING/POSSESSING AMMUNITION/FIREARM ** 05-RM-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES | 01-PU-20FE004410 ** 02-CR-19FE009994 ** 04-FS-20FE004410 ** 05-RM-19FE009994 |
| 404 | 6 | 5/16/2020 | | | 02-CR-FEL PC 594(A) VANDALISM | 02-CR-19FE019535 |
| 405 | 2 | 5/16/2020 | | | 02-CO-MIS HS 11366 MAINTAINING PLACE TO FURNISH CONTROLLED SUBSTANCES | 01-WR-19FE001196 ** 02-CO-19FE001196 |
| 406 | 98 | 5/16/2020 | | | 01-PU-FEL HS 11351 POSSESSION FOR SALE-CONTROLLED SUBSTANCES ** 01-PU-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 02-PV-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 03-PV-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 04-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 04-FS-MIS HS 11350(A) UNLAWFUL POSSESSION OF CONTROLLED SUBSTANCES ** 05-RM-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 06-RM-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 07-RM-FEL PC 496D(A) RECEIVING KNOWN STOLEN MOTOR VEHICLE, TRAILER, OR VESSEL ** 08-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-19FE022124 ** 02-PV-17FE001857 ** 03-PV-19FE001629 ** 04-FS-19FE022124 ** 05-RM-19FE001629 ** 06-RM-17FE001857 ** 07-RM-19FE001629 ** 08-CO-17FE001857 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 407 | 33 | 5/17/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-FEL PC 496 RECEIVING STOLEN PROPERTY ** 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 02-FS-FEL PC 496(A) BUYS OR RECEIVES STOLEN PROPERTY ** 02-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 02-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-RM-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 04-RM-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE ** 05-CO-FEL VC 10851(A) THEFT AND UNLAWFUL DRIVING OR TAKING OF A VEHICLE | 01-PU-20FE002974 ** 02-FS-20FE002974 ** 03-RM-15F06378 ** 04-RM-19FE008538 ** 05-CO-19FE008538 |
| 408 | 14 | 5/17/2020 | | | 01-PU-FEL PC 1203.2 VIOLATED TERMS OF PROBATION ** 01-PU-MIS PC 647(F) DISORDERLY CONDUCT:DRUNK IN PUBLIC ** 02-RM-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER ** 03-RM-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER ** 04-CO-FEL PC 21310 CARRYING A CONCEALED DIRK OR DAGGER | 02-RM-20FE000304 ** 03-RM-15F03357 ** 04-CO-15F03357 |
| 409 | 28 | 5/17/2020 | | | 01-CO-FEL PC 211 ROBBERY | 01-CO-19FE005592 |
| 410 | 12 | 5/18/2020 | | | 02-CO-FEL PC 29800(A)(1 POSSESSION OF FIREARM BY A FELON ** 03-CI-MIS CP 1212 CONTEMPT OUT OF PRESENCE OF COURT | 01-WR-18FE020313 ** 02-CO-18FE020313 |
| 411 | 8 | 5/18/2020 | | | 03-CO-FEL HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS | 01-WR-14F01112 ** 02-WR-17MI011643 ** 03-CO-14F01112 |
| 412 | 158 | 5/18/2020 | | | 01-CO-MIS PC 22210 POSS OF LEADED CANE/BILLYJACK/SANDBAG/SANDCLUB/SAP/S LINGSHOT ** 02-CO-FEL PC 459 BURGLARY | 01-CO-19FE007230 ** 02-CO-19FE012900 |
| 413 | 77 | 5/19/2020 | | | 02-CO-FEL PC 459 BURGLARY ** 03-PU-FEL PC 4573.5 BRINGING UNAUTHORIZED DRUGS INTO PRISON ** 03-PU-FEL PC 4573.6 POSSESSION OF UNAUTHORIZED DRUGS IN PRISON ** 04-FS-FEL PC 4573.6 POSSESSION OF UNAUTHORIZED DRUGS IN PRISON ** 05-CO-FEL PC 4573.6 POSSESSION OF UNAUTHORIZED DRUGS IN PRISON | 01-WR-18FE008152 ** 02-CO-18FE008152 ** 03-PU-20FE000137 ** 04-FS-20FE000137 ** 05-CO-20FE000137 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 414 | 49 | 5/19/2020 | | | 02-CO-MIS PC 459.5(A) SHOPLIFTING IN COMMERCIAL ESTABLISHMENT OPEN FOR BUSINESS ** 03-CO-FEL PC 182(A)(1) CONSPIRACY/TWO OR MORE PERSONS CONSPIRE TO COMMIT ANY CRIME | 01-WR-011924778 0 ** 02-CO-17MI019951 ** 03-CO-18FE019955 |
| 415 | 26 | 5/19/2020 | | | 01-PU-FEL 451(C) ARSON OF STRUCTURE OR FOREST LAND ** 01-PU-MIS PC 647(F) DISORDERLY CONDUCT:DRUNK IN PUBLIC ** 02-FS-FEL PC 451(C) ARSON OF STRUCTURE OR FOREST LAND ** 03-CO-FEL PC 452(C) RECKLESSLY CAUSING FIRE TO STRUCTURE OR FOREST LAND | 01-PU-20FE003443 ** 02-FS-20FE003443 ** 03-CO-20FE003443 |
| 416 | 25 | 5/20/2020 | | | 01-PU-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 01-PU-MIS HS 11377 POSSESSION OF DANGEROUS DRUG CONTROLLED SUBSTANCE ** 03-CO-FEL PC 211 ROBBERY | 02-WR-18FE011281 ** 03-CO-18FE011281 |
| 417 | 118 | 5/20/2020 | | | 02-CO-FEL HS 11379(A) IMPORT,SALE,TRANSPORTATION OF CONTROLLED SUBS ** 03-CO-FEL HS 11379(A) IMPORT,SALE,TRANSPORTATION OF CONTROLLED SUBS ** 04-PU-FEL PC 182(A)(1) CONSPIRACY/TWO OR MORE PERSONS CONSPIRE TO COMMIT ANY CRIME ** 04-PU-FEL PC 4573.5 BRINGING UNAUTHORIZED DRUGS INTO PRISON ** 04-PU-FEL PC 4573.9 SALE/GIVE CONTROLLED SUBSTANCE TO PERSON IN CUSTODY (JAIL) ** 05-FS-FEL PC 4573.5 BRINGING UNAUTHORIZED DRUGS INTO PRISON ** 06-CO-FEL PC 4573 BRINGING FORBIDDEN ITEMS INTO CALIFORNIA MEDICAL FACILITY | 01-WR-19FE012867 ** 02-CO-19FE012867 ** 03-CO-19FE012867 ** 04-PU-20FE002996 ** 05-FS-20FE002996 ** 06-CO-20FE002996 |
| 418 | 1 | 5/21/2020 | | | 02-CO-FEL PC 30605(A) POSSESSION OF AN ASSAULT WEAPON | 01-WR-19FE008656 ** 02-CO-19FE008656 |

| ## | Cust Days | PrjRelDate | Xref | Person | BkgCharges | Court Files |
|---|---|---|---|---|---|---|
| 419 | 22 | 5/23/2020 | | | 01-PU-FEL HS 11379(A) IMPORT,SALE,TRANSPORTATION OF CONTROLLED SUBS ** 01-PU-MIS PC 1203.2(A) VIOLATION OF PROBATION ** 02-FS-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC ** 03-RM-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 03-RM-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 04-CO-FEL HS 11378 POSSESSION FOR SALE-CONTROLLED SUBSTANCES NON-NARCOTIC | 01-PU-20FE003668 ** 02-FS-20FE003668 ** 03-RM-20MI000044 ** 04-CO-20FE003668 |
| 420 | 22 | 5/23/2020 | | | 01-PU-FEL PC 4573.5 BRINGING UNAUTHORIZED DRUGS INTO PRISON ** 01-PU-FEL PC 4573.6 POSSESSION OF UNAUTHORIZED DRUGS IN PRISON ** 03-FS-FEL PC 4573.6 POSSESSION OF UNAUTHORIZED DRUGS IN PRISON ** 04-CO-FEL PC 4573.6 POSSESSION OF UNAUTHORIZED DRUGS IN PRISON | 01-PU-20FE003680 ** 03-FS-20FE003680 ** 04-CO-20FE003680 |
| 421 | 92 | 5/23/2020 | | | 01-PU-FEL PC 484(G)(A) USE OF ACCESS CARD WITHOUT CONSENT OF CARD HOLDER ** 01-PU-FEL PC 529 FALSE PERSONATION ** 01-PU-FEL PC 530.5(A) UNLAWFUL USE OF PERSONAL IDENTIFYING INFORMATION ** 01-PU-MIS HS 11364(A) POSSESS UNLAWFUL PARAPHERNALIA ** 01-PU-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 01-PU-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 03-FS-FEL PC 530.5(A) UNLAWFUL USE OF PERSONAL IDENTIFYING INFORMATION ** 03-FS-MIS HS 11364 POSSESSION NARCOTIC PARAPHERNALIA ** 03-FS-MIS HS 11377(A) POSSESSION OF NARCOTICS AND SPECIFIED NON-NARCOTICS ** 03-FS-MIS PC 148(A)(1) RESISTING OR OBSTRUCTING PUBLIC/PEACE OFFICER/ER TECHNICIAN ** 03-FS-MIS PC 148.9(A) GIVING FALSE IDENTIFICATION TO A PEACE OFFICER ** 04-CO-FEL PC 530.5(A) UNLAWFUL USE OF PERSONAL IDENTIFYING INFORMATION | 01-PU-19FE022531 ** 02-WR-18CR00357 7 ** 03-FS-19FE022531 ** 04-CO-19FE022531 |

# Exhibit 3

THE SUPREME COURT OF MONTANA

MIKE McGRATH
CHIEF JUSTICE



JUSTICE BUILDING
215 NORTH SANDERS
PO BOX 203001
HELENA, MONTANA 59620-3001
TELEPHONE (406) 444-5490
FAX (406) 444-3274

March 20, 2020

Montana Courts of Limited Jurisdiction Judges

Dear Judges:

On behalf of the Supreme Court, I want you to know we appreciate that you serve as the front line of the judicial system.  And, of course, the decisions you make have a substantial impact on the jail population throughout our state.

Because of the high risk of transmittal of COVID-19, not only to prisoners within correctional facilities but staff and defense attorneys as well, we ask that you review your jail rosters and release, without bond, as many prisoners as you are able, especially those being held for non-violent offenses.

At this time, there does not appear to be an outbreak of COVID-19 in any of Montana's correctional facilities.  However, it is only a matter of time.  Due to the confines of these facilities, it will be virtually impossible to contain the spread of the virus.

We ask that you follow the provisions of the Memorandum sent out March 17.  Conducting as many hearings as you can using video and other remote technology will curtail the risk of exposure and transmission of the virus.

Thank you again for your service to the State and your communities.  This is a challenging time, and we are all having to make some difficult decisions to keep our communities healthy.

Good luck and take care of yourselves.

Sincerely,

Mike McGrath
Chief Justice

# Exhibit 4

**SUPREME COURT OF NEW JERSEY**
**DOCKET NO. 084230**

**F I L E D**

MAR 2 2 2020

*Heather J Baker*
**CLERK**

CRIMINAL ACTION

In the Matter of the Request to
Commute or Suspend County Jail
Sentences

CONSENT ORDER

This matter having come before the Court on the request for relief by the Office of the Public Defender (see attached letter dated March 19, 2020), seeking the Court's consideration of a proposed Order to Show Cause (see attached) designed to commute or suspend county jail sentences currently being served by county jail inmates either as a condition of probation for an indictable offense or because of a municipal court conviction; and

The Court, on its own motion, having relaxed the Rules of Court to permit the filing of the request for relief directly with the Supreme Court, based on the dangers posed by Coronavirus disease 19 ("COVID-19"), and the statewide impact of the nature of the request in light of the Public Health Emergency and State of Emergency declared by the Governor. *See* Executive Order No. 103 (2020) (Mar. 9, 2020); and

The Office of the Attorney General, the County Prosecutors Association, the Office of the Public Defender, the American Civil Liberties Union of New Jersey having engaged in mediation before the Honorable Philip S. Carchman, P.J.A.D. (ret.); and

The parties having reviewed certifications from healthcare professionals regarding the profound risk posed to people in correctional facilities arising from the spread of COVID-19; and

The parties agreeing that the reduction of county jail populations, under appropriate conditions, is in the public interest to mitigate risks imposed by COVID-19; and

It being agreed to by all parties as evidenced by the attached duly executed consent form;

IT IS HEREBY ORDERED, that

A.    No later than 6:00 a.m. on Tuesday, March 24, 2020, except as provided in paragraph C, any inmate currently serving a county jail sentence (1) as a condition of probation, or (2) as a result of a municipal court conviction, shall be ordered released. The Court's order of release shall include, at a minimum, the name of each inmate to be released, the inmate's State Bureau of Identification (SBI) number, and the county jail where the inmate is being detained, as well as any standard or

specific conditions of release.  Jails shall process the release of inmates as efficiently as possible, understanding that neither immediate nor simultaneous release is feasible.

1. For inmates serving a county jail sentence as a condition of probation, the custodial portion of the sentence shall either be served at the conclusion of the probationary portion of the sentence or converted into a "time served" condition, at the discretion of the sentencing judge, after input from counsel.

2. For inmates serving a county jail sentence as a result of a municipal court conviction, the custodial portion of the sentence shall be suspended until further order of this Court upon the rescission of the Public Health Emergency declared Executive Order No. 103, or deemed satisfied, at the discretion of the sentencing judge, after input from counsel.

B.   No later than noon on Thursday, March 26, 2020, except as provided in paragraph C, any inmate serving a county jail sentence for any reason other than those described in paragraph A shall be ordered released. These sentences include, but are not limited to (1) a resentencing following a finding of a violation of probation in any Superior Court or municipal court, and (2) a county jail sentence not tethered to a

probationary sentence for a fourth-degree crime, disorderly persons offense, or petty disorderly persons offense in Superior Court. The custodial portion of the sentence shall be suspended until further order of this Court upon the rescission of the Public Health Emergency declared Executive Order No. 103, or deemed satisfied, at the discretion of the sentencing judge, after input from counsel. Jails shall process the release of inmates as efficiently as possible, understanding that neither immediate nor simultaneous release is feasible.

C.    Where the County Prosecutor or Attorney General objects to the release of an inmate described in Paragraph A, they shall file a written objection no later than 5:00 p.m. on Monday, March 23, 2020. Where the County Prosecutor or Attorney General objects to the release of an inmate described in Paragraph B, they shall file a written objection no later than 8:00 a.m. on Thursday, March 26, 2020.

1.    The objection shall delay the order of release of the inmate and shall explain why the release of the inmate would pose a significant risk to the safety of the inmate or the public.

2.    Written objections shall be filed by email to the Supreme Court Emergent Matter inbox with a copy to the Office of the Public Defender.

3. The Office of the Public Defender shall provide provisional representation to all inmates against whom an objection has been lodged under this Paragraph.

4. The Office of the Public Defender shall, no later than 5:00 p.m. on Tuesday, March 24, 2020, provide responses to any objections to release associated with inmates described in Paragraph A, as it deems appropriate. The Office of the Public Defender shall, no later than 5:00 p.m. on Thursday, March 26, 2020, provide responses to any objections to release associated with inmates described in Paragraph B, as it deems appropriate.

5. The Court shall appoint judge(s) or Special Master(s) to address the cases in which an objection to release has been raised.

   a. On or before Wednesday, March 25, 2020, the judge(s) or Special Master(s) will begin considering disputed cases arising from Paragraph A; on or before Friday, March 27, 2020, the judge(s) or Special Master(s) will consider disputed cases arising from Paragraph B.

      i. The judge(s) or Special Master(s) shall conduct summary proceedings, which shall be determined on the papers. In the event the judge(s) or Special

Master(s) conduct a hearing of any sort, inmates' presence shall be waived.

ii. Release shall be presumed, unless the presumption is overcome by a finding by a preponderance of the evidence that the release of the inmate would pose a significant risk to the safety of the inmate or the public.

iii. At any point, the Prosecutor may withdraw its objection by providing notice to the judge(s) or Special Master(s) with a copy to the Office of the Public Defender. In that case, inmates shall be released subjected to the provisions of Paragraphs D-I.

iv. If the judge(s) or Special Master(s) determine by a preponderance of the evidence that the risk to the safety of the inmate or the public can be effectively managed, the judge(s) or Special Master(s) shall order the inmate's immediate release, subject to the provisions of paragraphs D-I.

1. The Order of the judge(s) or Special Master(s) may be appealed on an emergent basis, in a summary manner to the Appellate Division.

2. Should a release Order be appealed, the release Order shall be stayed pending expedited review by the Appellate Division.

3. The record on appeal shall consist of the objection and response filed pursuant to this Paragraph.

v. If the judge(s) or Special Master(s) determine by a preponderance of the evidence that risks to the safety of the inmate or the public cannot be effectively managed, the judge(s) or Special Master(s) shall order the inmate to serve the balance of the original sentence.

1. The Order of the judge(s) or Special Master(s) may be appealed on an emergent basis, in a summary manner to the Appellate Division.

7

2. Should an Order requiring an inmate to serve the balance of his sentence be appealed, the Appellate Division shall conduct expedited review.

3. The record on appeal shall consist of the objection and response filed pursuant to this Paragraph.

b. The judge(s) or Special Master(s) should endeavor to address all objections no later than Friday, March 27, 2020.

D.   Any warrants associated with an inmate subject to release under this order, other than those associated with first-degree or second-degree crimes, shall be suspended. Warrants suspended under this Order shall remain suspended until ten days after the rescission of the Public Health Emergency associated with COVID-19. *See* Executive Order No. 103 (2020) (Mar. 9, 2020).

E.   In the following circumstances, the county jail shall not release an inmate subject to release pursuant to Paragraphs A, B, or C(5)(a)(iii) or (iv), absent additional instructions from the judge(s) or Special Master(s):

1. For any inmate who has tested positive for COVID-19 or has been identified by the county jail as presumptively positive for COVID-19, the county jail shall immediately notify the parties and the County Health Department of the inmate's medical condition, and shall not release the inmate without further instructions from the judge(s) or Special Master(s). In such cases, the parties shall immediately confer with the judge(s) or Special Master(s) to determine a plan for isolating the inmate and ensuring the inmate's medical treatment and/or mandatory self-quarantine.

2. For any inmate who notifies the county jail that he or she does not wish, based on safety, health, or housing concerns, to be released from detention pursuant to this Consent Order, the county jail shall immediately notify the parties of the inmate's wishes, and shall not release the inmate without further instructions from the judge(s) or Special Master(s). In such cases, the parties shall immediately confer with the judge(s) or Special Master(s) to determine whether to release the inmate over the inmate's objection.

F.    Where an inmate is released pursuant to Paragraphs A, B, or C(5)(a)(iii) or (iv), conditions, other than in-person reporting, originally imposed by the trial court shall remain in full force and effect. County jails shall inform all inmates, prior to their release, of their continuing obligation to abide by conditions of probation designed to promote public safety. Specifically:

1. No-contact orders shall remain in force.

2. Driver's license suspensions remain in force.

3. Obligations to report to probation officers in-person shall be converted to telephone or video reporting until further order of this Court.

4. All inmates being released from county jails shall comply with any Federal, State, and local laws, directives, orders, rules, and regulations regarding conduct during the declared emergency. Among other obligations, inmates being released from county jails shall comply with Executive Order No. 107 (2020) (Mar. 21, 2020), which limits travel from people's homes and mandates "social distancing," as well as any additional Executive Orders issued by the Governor during the Public Health Emergency associated with COVID-19.

5. All inmates being released from county jails are encouraged to self-quarantine for a period of fourteen (14) days.

6. Unless otherwise ordered by the judge(s) or Special Master(s), any inmate being released from a county jail who appears to be symptomatic for COVID-19 is ordered to self-quarantine for a period of fourteen (14) days and follow all applicable New Jersey Department of Health protocols for testing, treatment, and quarantine or isolation.

G. County Prosecutors and other law enforcement agencies shall, to the extent practicable, provide notice to victims of the accelerated release of inmates.

1. In cases involving domestic violence, notification shall be made. N.J.S.A. 2C:25-26.1. Law enforcement shall contact the victim using the information provided on the "Victim Notification Form." Attorney General Law Enforcement Directive No. 2005-5.

a. Where the information provided on the "Victim Notification Form" does not allow for victim contact, the Prosecutor shall notify the Attorney General.

      b. If the Attorney General, or his designee, is convinced that law enforcement has exhausted all reasonable efforts to contact the victim, he may relax the obligations under N.J.S.A. 2C:25-26.1.

2. In other cases with a known victim, law enforcement shall make all reasonable efforts to notify victims of the inmate's accelerated release.

3. To the extent permitted by law, the Attorney General agrees to relax limitations on benefits under the Violent Crimes Compensation Act (N.J.S.A. 52:4B-1, *et seq*.) to better provide victims who encounter the need for safety, health, financial, mental health or legal assistance from the State Victims of Crime Compensation Office.

H. The Office of the Public Defender agrees to provide the jails information to be distributed to each inmate prior to release that includes:

1. Information about the social distancing practices and stay-at-home guidelines set forth by Executive Order No. 107, as well as other sanitary and hygiene practices that limit the spread of COVID-19;

2. Information about the terms and conditions of release pursuant to this consent Order;

3. Guidance about how to contact the Office of the Public Defender with any questions about how to obtain services from social service organizations, including mental health and drug treatment services or any other questions pertinent to release under this consent Order.

I. Any inmate released pursuant to this Order shall receive a copy of this Order, as well as a copy of any other Order that orders their release from county jail, prior to their release.

J. Relief pursuant to this Order is limited to the temporary suspension of custodial jail sentences; any further relief requires an application to the sentencing court.

3/22/2020 9:50 p.m.          /s/Stuart Rabner
Date                        Chief Justice Stuart Rabner, for the Court


The undersigned hereby consents to the form and entry of the foregoing Order.


3/22/2020          /s/Gurbir S. Grewal
Date               Office of the Attorney General


3/22/2020          /s/Angelo J. Onofri
Date               County Prosecutors Association of New Jersey


3/22/2020          /s/Joseph E. Krakora
Date               Office of the Public Defender


3/22/2020          /s/Alexander Shalom
Date               American Civil Liberties Union of New Jersey

# Exhibit 5

*Court News ...*

# The Supreme Court of South Carolina

DONALD W. BEATTY                            POST OFFICE BOX 3543
CHIEF JUSTICE                          SPARTANBURG, SOUTH CAROLINA 29304-3543

**MEMORANDUM**

TO:         Magistrates, Municipal Judges, and Summary Court Staff

FROM:       Chief Justice Beatty

RE:         Coronavirus

DATE:       March 16, 2020

As the number of coronavirus cases has increased in South Carolina, and a state of emergency has been declared, the South Carolina Judicial Branch continues to consider all aspects of court operations.

As the situation continues to develop, we will provide further information and direction if and when circumstances so warrant. In the meantime, please review the following directives for your courts.

- All jury trials are postponed. Non-jury trials and other hearings may continue to be held, but only attorneys, their clients, and necessary witnesses will be allowed to appear.
- All roll calls and any other large gatherings such as traffic court are cancelled until further notice.
- If you deem it necessary to curtail operations beyond the scope of this memorandum, courthouses should remain available for the following critical functions:
  - Acceptance of filings and payments (including bonds)
  - Emergency hearings (including, but not limited to: restraining orders, orders of protection, bond revocation/modification, and vacating of bench warrants)
  - Transmission of necessary information to SLED and/or NCIC
  - Compliance with the Financial Accounting Order
- Any person charged with a non-capital crime shall be ordered released pending trial on his own recognizance without surety, unless an unreasonable danger to the community will result or the accused is an extreme flight risk.
- Bench warrants for failure to appear shall not be issued at this time.
- At a minimum, bond hearings should be held at least once per day.
  - The court shall continue to conduct probable cause determinations if a defendant is arrested and incarcerated on a Uniform Traffic Ticket.
  - The bond court shall continue to unseal bench warrants, or inform defendants of right to counsel and new court dates, and vacate bench warrants.
  - Victim's rights must be upheld. A victim advocate/notifier must be available for bond hearings.
  - If a defendant has been in jail as a pre-trial detainee for the maximum possible sentence, the court shall convert the bond to a personal recognizance bond and release the defendant.
- Court dates may be rescheduled as is necessary and prudent.
- To the extent possible and circumstances warrant, hearings that can be held by video may be held remotely. Telephonic hearings may be held remotely as a last resort.
- Counties/municipalities with orders in place whereby the Chief Magistrate may appoint magistrates to serve as municipal judges should do so as necessary if the current municipal judge(s) becomes unable to hold court.
- If a magistrates court temporarily closes, there should be adequate signs posted directing persons to the nearest other magistrates court(s) within the county where filings and payments may be

Case 2:90-cv-00520-KJM-SCR   Document 6522-1   Filed 03/26/20   Page 108 of 159

rendered. The court should include this information on its voicemail and website/social media if possible.

- The courts must maintain a 24-hour judge on-call schedule and provide it to jails and law enforcement. Amend the schedule as necessary.

The SCJB's Crisis Management Team will continue to monitor this situation and provide further information as received. We remain committed to the safety of the state court system and to the public. Thank you for your assistance in implementing these measures.

# Exhibit 6



### Harris County Criminal District Court Trial Division
## GENERAL ORDER BOND FOR CERTAIN OFFENSES

In an effort to stem the tide of accused citizens being admitted to the Harris County Jail and to expedite the release of those arrested, the Harris County District Court Judges Trying Criminal Cases have approved a General Order Bond to facilitate the immediate release of people arrested and charged with certain non-violent state jail felony offenses. No person shall be released under this General Order Bond who already has an open, pending felony case, or who has an open warrant or hold, or who is on supervised release, such as felony probation or felony deferred adjudication.

Effective immediately, upon identification by the Harris County District Attorney's Office and before the matter is placed on the Hearing Officers' docket, Harris County Pretrial Services is **ORDERED** to process the immediate release of the following persons under this General Order Bond, to be supervised by Pretrial Services:

Any person booked into the Harris Joint Processing Center, arrested for the offenses listed below, who is not already on felony probation or felony deferred adjudication, or does not have another warrant, hold, or pending felony charge:

- Bribery, 36.02
- Credit or Debit Card Abuse, 32.31(d)
- Criminal Mischief, 28.03
- Electronic Access Interference, 33.022
- Delivery of Marihuana, 481.120(b)(3)
- False Statement to Obtain Property or Credit, 32.32
- Forgery, 32.23(e)
- Fraudulent Transfer of a Motor Vehicle, 32.34
- Fraudulent Use or Possession of Identifying Information, 32.51(c)(2)
- Graffiti, 28.08
- Health Care Fraud, 35A.02(b)(4)-(6)
- Insurance Fraud, 35.02(c)(4)-(6)
- Manufacture or Delivery of Substance in Penalty Group 1, 481.112(b)
- Possession of Substance in Penalty Group 1, 481.115(b)
- Manufacture, Possession, or Delivery of Unlawful Telecommunications Device, 33A.03
- Possession of Marihuana, 481.121(b)(3)
- Theft, 31.03(e)(4)
- Theft of Service, 31.04(e)(4)

- Theft of Telecommunications Service, 33A.04(b)(3)
- Unauthorized Use of Telecommunications Service, 33A.02(b)(3)

Signed the 20 day of March, 2020

Herb Ritchie
Administrative Judge
Harris County District Courts Trying Criminal Cases

**F I L E D**
**Marilyn Burgess**
**District Clerk**

MAR 2 1 2020

Time:_____
        Harris County, Texas

By_____
        Deputy

# Exhibit 7

FILED
SUPREME COURT
STATE OF WASHINGTON
MARCH 20, 2020
BY SUSAN L. CARLSON
CLERK

# THE SUPREME COURT OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF STATEWIDE RESPONSE | ) | AMENDED ORDER |
| BY WASHINGTON STATE COURTS TO THE | ) | |
| COVID-19 PUBLIC HEALTH EMERGENCY | ) | No. 25700-B-607 |
| | ) | |
| | ) | |
| _____ | ) | |

WHEREAS, on February 29, 2020, Governor Inslee proclaimed a state of emergency due to the novel coronavirus disease (COVID-19) outbreak in Washington; and on March 13, 2020, President Trump declared a national emergency due to the novel coronavirus disease (COVID-19) outbreak across the United States; and

WHEREAS, during this state of emergency, the Centers for Disease Control and Prevention and the Washington State Department of Health have recommended increasingly stringent social distancing measures of at least six feet between people, and encouraged vulnerable individuals to avoid public spaces; and

WHEREAS, consistent with these recommendations, Governor Inslee has barred gatherings of more than fifty people and ordered all schools, businesses, faith-based organizations, and other public venues to close during the ongoing public health emergency, and the CDC has recommended restricting gatherings to no more than 10 people; and

WHEREAS, many court facilities in Washington are ill-equipped to effectively comply with social distancing and other public health requirements and therefore

Page 2
ORDER

continued in-person court appearances jeopardize the health and safety of litigants, attorneys, judges, court staff, and members of the public; and

WHEREAS, pursuant to this Court's March 4, 2020 order, many Washington courts have already taken important steps to protect public health while ensuring continued access to justice and essential court services; however, the crisis is increasing daily and it may become necessary for courts to close, suspend in-building operations or otherwise significantly modify their operations, and

WHEREAS, the increasingly aggressive spread of COVID-19 across Washington requires a uniform, coordinated response from Washington courts to prevent further outbreak and to maintain consistent and equitable access to justice; and

WHEREAS, this Court's consultation with trial court judges, justice partners and coordinate branches of government confirms the need for further direction from this Court; and

WHEREAS, the presiding judges across Washington need direction and authority to effectively administer their courts in response to this state of emergency, including authority to adopt, modify, and suspend court rules and orders as warranted to address the emergency conditions.

NOW, THEREFORE, pursuant to the Court's authority to administer justice and to ensure the safety of court personnel, litigants, and the public,

IT IS HEREBY ORDERED:

1.  All civil jury trials shall be suspended until after April 24, 2020. Trials already in session where a jury has been sworn and social distancing and other public

Page 3
ORDER

        health measures are strictly observed may proceed or, at the discretion of the trial court or agreement of the parties, be continued to a later date.

2. All non-emergency civil matters shall be continued until after April 24, 2020, except those motions, actions on agreed orders, conferences or other proceedings that can appropriately be conducted by telephone, video or other means that does not require in–person attendance.

3. All emergency matters, including civil protection and restraining order matters, that must be heard before April 24, 2020, must be heard by telephone, video, or other means that does not require in-person attendance, unless impossible. Where court matters must be heard in person, social distancing and other public health measures must be strictly observed. Telephonic, video or other hearings required to be public must be recorded, with the recording preserved for the record.

4. All criminal jury trials are suspended until after April 24, 2020. Trials already in session where a jury has been sworn and social distancing and other public health measures are strictly observed may proceed or be continued if the defendant agrees to a continuance. For all criminal trials suspended under this provision, April 25, 2020 will be the new commencement date under CrR 3.3.

5. All **out of custody** criminal matters already pending shall be continued until after April 24, 2020 except those motions, actions on agreed orders, conferences or other proceedings that can appropriately be conducted by telephone, video or other means that does not require in–person attendance.

Page 4
ORDER

Arraignment on **out of custody** cases filed between today's date and April 24, 2020 or the first appearance in court after that date shall be deferred until a date 45 days after the filing of charges. Good cause exists under CrR 4.1 and CrRLJ 4.1 and JuCR 7.6 to extend the arraignment dates. The new arraignment date shall be considered the "initial commencement date" for purposes of establishing the time for trial under CrR 3.3(c)(1), CrRLJ 3.3(c)(1) and JuCR 7.8(c)(1). Nothing in this section requires suspension of therapeutic court proceedings that can appropriately be conducted by telephone, video or other means that does not require in–person attendance.

6. Courts may enter ex parte no contact orders pursuant to RCW 10.99.040, RCW 10.99.045, RCW 10.14.040, RCW 7.90.150, RCW 9A.46.085, and/or RCW 9A.46.040, when an information, citation, or complaint is filed with the court and the court finds that probable cause is present for a sex offense, domestic violence offense, stalking offense, or harassment offense. Ex parte orders may be served upon the defendant by mail. This provision does not relieve the prosecution of proving a knowing violation of such an ex parte order in any prosecution for violating the order. Good cause exists for courts to extend ex parte orders beyond the initial period until a hearing can be held.

7. All **in custody** criminal matters shall be continued until after April 24, 2020, with the following exceptions:

   a. Scheduling and hearing of first appearances, arraignments, plea hearings, criminal motions, and sentencing hearings.

Page 5
ORDER

    b.   Courts retain discretion in the scheduling of these matters, except that the following matters shall take priority:

        i.   Pretrial release and bail modification motions.

        ii.   Plea hearings and sentencing hearings that result in the anticipated release of the defendant from pretrial detention within 30 days of the hearing.

        iii.   Parties are not required to file motions to shorten time in scheduling any of these matters.

8.   Juvenile court jurisdiction in all pending offender proceedings and in all cases in which an information is filed with the juvenile court prior to April 24, 2020, in which the offender will reach the age of 18 within 120 days of April 24, 2020, shall be extended to the offender's next scheduled juvenile court hearing after April 24, 2020.

9.   A continuance of these criminal hearings and trials is required in the administration of justice. Based upon the court's finding that the serious danger posed by COVID-19 is good cause to continue criminal jury trials, and constitutes an unavoidable circumstance under CrR 3.3(e)(8), CrRLJ 3.3(e)(8), and JuCR 7.8(e)(7), the time between the date of this order and the date of the next scheduled trial date are EXCLUDED when calculating time for trial. CrR 3.3(e)(3), CrRLJ 3.3(e)(3), JuCr 7.8(e)(3).

10.  The Court finds that obtaining signatures from defendants for orders continuing existing matters places significant burdens on attorneys,

Page 6
ORDER

particularly public defenders, and all attorneys who must enter correctional facilities to obtain signatures in person. Therefore, for all matters covered in Sections 4 and 5, this Order serves to continue those matters without need for further written orders. Additionally:

    a. Defense counsel is not required to obtain signatures from defendants on orders to continue criminal matters through April 24, 2020.

    b. Courts shall provide notice of new hearing dates to defense counsel and unrepresented defendants.

    c. Defense counsel shall provide notice to defendants of new court dates.

11. Bench warrants may issue for violations of conditions of release from now through April 24, 2020. However, courts should not issue bench warrants for failure to appear in-person for court hearings and pretrial supervision meetings unless necessary for the immediate preservation of public or individual safety.

12. Motions for Pre-Trial Release:

    a. Courts shall hear motions for pretrial release on an expedited basis without requiring a motion to shorten time, but only if victims or witnesses can participate on an expedited basis. Const. Art. 1 (section 35).

    b. The Court finds that for those identified as part of a vulnerable or at-risk population by the Centers for Disease Control, COVID-19 is presumed to be a material change in circumstances, and the parties do not need to supply additional briefing on COVID-19 to the court. For all other

Page 7
ORDER

cases, the COVID-19 crisis may constitute a "material change in circumstances" under CrR/CrRLJ 3.2(k)(1) and "new information" allowing amendment of a previous bail order or providing different conditions of release under CrR or CrRL or J 3.2(k)(1), but a finding of changed circumstances in any given case is left to the sound discretion of the trial court. Under such circumstances in the juvenile division of superior court, the court may conduct a new detention hearing pursuant to JuCR 7.4.

c. Parties may present agreed orders for release of in-custody defendants, which should be signed expeditiously.

d. If a hearing is required for a vulnerable or at-risk person as identified above, the court shall schedule such hearing within five days. The court is strongly encouraged to expedite hearings on other cases with due consideration of the rights of witnesses and victims to participate.

13. Courts must allow telephonic or video appearances for all scheduled criminal hearings between now and through April 24, 2020, unless impossible. For all hearings that involve a critical stage of the proceedings, courts shall provide a means for the defendant to have the opportunity for private and continual discussion with his or her attorney. Telephonic, video or other hearings required to be public must be recorded, with the recording preserved for the record.

14. The Court recognizes that there are procedural issue in juvenile, dependency, involuntary commitment, child support, and other matters that may not be

Page 8
ORDER

encompassed in this Order.  Nothing in this Order limits other interested parties in submitting similar orders tailored to the unique circumstances of those matters and any other matters not contemplated by this Order; however, parties are strongly encouraged to contemplate the issues addressed in this order. Nothing in this order prevents courts from following specific emergency plans for such matters, including for Involuntary Treatment Act and dependency matters.

15.  Nothing in this order limits the authority of courts to adopt measures to protect health and safety that are more restrictive than this order, as circumstances warrant, including by extending as necessary the time frames in this order.

16. The Supreme Court may extend the time frames in this order as required by continuing public health emergency, and if necessary, will do so by further order.  This order and other applicable emergency orders may be deemed part of the record in affected cases for purposes of appeal without the need to file the orders in each case.  This amended order supersedes the Supreme Court's March 18, 2020 order (as corrected March 19, 2020).

DATED at Olympia, Washington this 20th day of March, 2020.

For the Court

_Stephens, C. J._

CHIEF JUSTICE

I write to express my disagreement with paragraphs 11 and 12 of this order. In this time of grave state emergency, bench warrants should not issue for violations of conditions of release without a specific finding that the alleged violation poses a serious threat to public safety. There are so many varied conditions of release that would not jeopardize public safety. Issuing bench warrants without such a finding of serious threat to public safety only serves to funnel more people into detention or for individuals to have outstanding warrants on their record. Outstanding warrants are also a basis for stopping and detaining individuals. I would prohibit such bench warrants absent a specific finding.

I also disagree with the conditions placed on pre-trial release in paragraph 12 that are *conditioned* on a victim or witnesses' participation. The Chief Justice misreads this important Constitutional provision. CrR 3.2 governs pre-trial release and this order, as written, undermines the presumption of release in noncapital cases. At most, notice to a victim or witness of release may be warranted but a victim or witness's participation has never been a condition of release and is not what our state Constitution requires. I object to this requirement which has no basis in the law.

Finally, I disagree with paragraph 12(b)'s statement that COVID-19 constitutes a change in circumstances for only a small portion of our Washington population.  I believe it constitutes a change in circumstances for all.

3-18-20

# Exhibit 8

**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LUCERO XOCHIHUA-JAIMES, | No.    18-71460 |
| Petitioner, | Agency No. A206-105-249 |
| v. | |
| WILLIAM P. BARR, Attorney General, | ORDER |
| Respondent. | |

Before:  SILER,[*] WARDLAW, and M. SMITH, Circuit Judges.

In light of the rapidly escalating public health crisis, which public health authorities predict will especially impact immigration detention centers, the court sua sponte orders that Petitioner be immediately released from detention and that removal of Petitioner be stayed pending final disposition by this court. *See* 8 U.S.C. § 1252(b)(3)(B); 28 U.S.C. § 1651(a).

The matter is remanded to the BIA for the limited purpose of securing Petitioner's immediate release.

**IT IS SO ORDERED.**

---

[*]      The Honorable Eugene E. Siler, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.

# Exhibit 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED ORDER** |
| v. | **19 Cr. 297 (PAE)** |
| JOSE PEREZ, | |
| Defendant. | |

Upon the application of defendant Jose Perez, pursuant to 18 U.S.C. § 3142(i) for temporary release from custody during the current COVID-19 pandemic (Dkt. 58), and the Government's opposition thereto (Dkt. 59), IT IS HEREBY ORDERED:

1. The Court's decision in this case is based on the unique confluence of serious health issues and other risk factors facing this defendant, including but not limited to the defendant's serious progressive lung disease and other significant health issues, which place him at a substantially heightened risk of dangerous complications should be contract COVID-19 as compared to most other individuals. Accordingly, this Order should not be construed as a determination by this Court that pretrial detention is unsafe or otherwise inappropriate as a general matter or in any other specific case.

2. Pursuant to 18 U.S.C. § 3142(i), the Court concludes that compelling reasons exist for temporary release of the defendant from custody during the current public health crisis. Accordingly, the defendant's application is GRANTED pursuant to the following conditions:

3.  The Clerk of Court is directed to prepare a new personal recognizance bond with the following conditions of release:

    a.  A personal recognizance bond in the amount of $75,000, to be signed by the defendant and co-signed by the defendant's wife and adult son as sureties;

    b.  All mandatory conditions of release included in this Court's standard "Order Setting Conditions of Release" form;

    c.  Third-party custodianship by the defendant's wife, Ms. Annette Piri-Perez, who shall be responsible to this Court for ensuring the defendant's compliance with these conditions of release;

    d.  Home incarceration at the defendant's wife's residence in the Bronx, New York, with monitoring by means chosen at the discretion of Pretrial Services. The defendant shall be on 24-hour lockdown in the residence except for emergency medical visits.  Any another leave from the residence must be approved by either the Pretrial Services officer or by the Court on application from defense counsel.

    e.  No visitors to the residence except for family members;

    f.  Pretrial Services supervision as directed by the Pretrial Services Office;

    g.  Surrender all passports and other travel documents and make no applications for new or replacement documents;

    h.  Drug testing as directed by the Pretrial Services Office;

    i.  The defendant shall not possess a firearm, destructive device, or other weapon;

j.   The defendant shall not use or possess any narcotic drug or controlled substance unless prescribed by a licensed medical practitioner;

k.   The defendant shall have no intentional or prolonged contact directly or indirectly with any child under the age of 18 (including, without limitation, his grandchildren) without prior permission of the Pretrial Services Office and then only in the presence of another adult chaperone family member as approved by the Pretrial Services Office;

l.   The defendant shall not view, purchase, or distribute any materials depicting minors in the nude or engaged in sexually explicit conduct or positions;

m.   The defendant shall have no access to the internet or any internet-enabled electronic device.  He shall use only a "flip" phone.  The Pretrial Services Office shall work with the defendant's wife to password protect all internet-enabled devices in the home, and the defendant's wife shall not provide the password to the defendant.

n.   The defendant shall be released upon the signature of the defendant and the two sureties on the bond, including Ms. Piri-Perez's agreement to act as third-party custodian under the above conditions; and, if Mr. Perez has not yet been released pursuant to the Court's initial order, upon the Pretrial Services Office's installation of the monitoring technology that it selects.  The Pretrial Services Office shall conduct a home visit as soon thereafter as is practicable to establish all remaining safeguards, with any remaining conditions to be satisfied within one week of the date of this Order.

4.   The Pretrial Services Office is directed to immediately alert the Court, the Government, and defense counsel of any violation of the above conditions, without need for a formal violation petition.  The defendant is hereby notified that violation of the conditions of release will likely result in revocation of this temporary release.

5.   Defense counsel is directed to submit a status update letter to the Court once a week after consultation with the Government, informing the Court as to the defendant's status, health, and compliance with the conditions of release.

6.   This Order is subject to modification or revocation by the Court at any time.  The Court intends to terminate the defendant's temporary release and return the defendant to pretrial detention as soon as the Court concludes that the defendant no longer faces the acute health risk posed by the current circumstances.

SO ORDERED.

Dated: New York, New York
       March 19, 2020

_____
THE HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

# Exhibit 10

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/19/20___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

      –v–

Dante Stephens,

           Defendant.

15-cr-95 (AJN)

OPINION & ORDER

ALISON J. NATHAN, District Judge:

At the hearing on March 6, 2020, the Court reviewed Magistrate Judge Fox's bail determination *de novo* and concluded that the Defendant failed to establish by clear and convincing evidence that he did not pose a danger to the community. *See* March 6 Hr'g Tr. at 31:11–32:1; *see also* 18 U.S.C. § 3143(a)(1); Fed. R. Crim. P. 32.1(a); 18 U.S.C. § 3142. Accordingly, the Court ordered him remanded to the custody of the Bureau of Prisons ("BOP").

On March 16, 2020, the Defendant filed an emergency motion for reconsideration of his bail conditions. *See* Dkt. No. 2789-1. The Court GRANTS that motion and orders the Defendant released subject to the additional conditions of 24-hour home incarceration and electronic location monitoring as directed by the Probation Department.

The Court concludes that reconsidering the Defendant's bail conditions is appropriate in light of circumstances that have changed since the March 6 hearing. *Cf.* 18 U.S.C. § 3142(f) (A detention hearing under 18 U.S.C. § 3142 "may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community."). These changed circumstances are two-fold. First, the strength of the primary evidence relied upon by the Government to demonstrate the danger the Defendant poses to the community has been

undermined by new information not available to either party at the time of the March 6 hearing. Indeed, while the Government argued at the hearing that the Defendant's "possession of a loaded firearm in proximity to drugs . . . is an inherently dangerous activity" that weighed in favor of his detention, *see* March 6 Hr'g Tr. at 8:23–9:3, the Court has since learned that the arresting officer—who will not testify for the Government at the hearing on the Defendant's alleged violation of supervised release—initially identified a *different* individual as holding the bag that contained the firearm.  *See* Dkt. No. 2789-1 at 2.  Though the Government proffers additional evidence that it will introduce at the hearing,[1] this new information nonetheless indicates that the Government's case is weaker than it believed it to be at the March 6 hearing and bears upon the Court's prior conclusion that the Defendant failed to establish by clear and convincing evidence that he did not pose a danger to the community.

Second, since the March 6 hearing, the unprecedented and extraordinarily dangerous nature of the COVID-19 pandemic has become apparent.  Although there is not yet a known outbreak among the jail and prison populations, inmates may be at a heightened risk of contracting COVID-19 should an outbreak develop.  *See, e.g.*, Joseph A. Bick, *Infection Control in Jails and Prisons*, 45 Clinical Infectious Diseases 1047, 1047 (Oct. 2007), https://doi.org/10.1086/521910 (noting that in jails "[t]he probability of transmission of potentially pathogenic organisms is increased by crowding, delays in medical evaluation and treatment, rationed access to soap, water, and clean laundry, [and] insufficient infection-control expertise"); *see also* Claudia Lauer & Colleen Long, *US Prisons, Jails On Alert for Spread of Coronavirus*, Associated Press (Mar. 7, 2020).  The magnitude of this risk has grown exponentially since the March 6 hearing before this Court; at the end of the day on March 6, New York State had 44 confirmed cases of COVID-19, *see* Andrew Cuomo (@NYGovCuomo),

---

[1] The Government proffers that at the hearing it will offer, among other evidence, video surveillance footage, testimony of an NYPD officer who was present when the firearm was recovered and will testify that he recognizes the Defendant in the surveillance video as the individual carrying the bag containing the firearm, and testimony from the Defendant's Probation Officer, who will testify that she also identified the Defendant in the video as the individual carrying the bag containing the firearm.

Twitter (Mar. 6, 2020, 4:51 PM), https://twitter.com/NYGovCuomo/status/12360466682

20567553, but by the end of the day on March 18, that number had climbed to 2,382, *see* Mitch

Smith, *et al.*, *Tracking Every Coronavirus Case in the U.S.: Full Map*, N.Y. Times, Mar. 18,

2020, https://www.nytimes.com/interactive/2020/us/coronavirus-us-cases.html.  Though the

BOP has admirably put transmission mitigation measures in place, *see* Federal Bureau of

Prisons, *Federal Bureau of Prisons COVID-19 Action Plan*,

https://www.bop.gov/resources/news/20200313_covid-19.jsp, in the event of an outbreak at the

Metropolitan Correctional Center ("MCC") (where the Defendant is currently being detained),

substantial medical and security challenges would almost certainly arise.  A comprehensive view

of the danger the Defendant poses to the community requires considering all factors—including

this one—on a case-by-case basis.  *See, e.g.*, *United States v. Raihan*, No. 20-cr-68 (BMC) (JO),

Dkt. No. 20 at 10:12–19 (E.D.N.Y. Mar. 12, 2020) (deciding to continue a criminal defendant on

pretrial release rather than order him remanded to the Metropolitan Detention Center due, in part,

to the Magistrate Judge's recognition of the fact that "[t]he more people we crowd into that

facility, the more we're increasing the risk to the community").

Taken together, these changed circumstances necessitate a reconsideration of the

Defendant's bail conditions.  The question of whether the Defendant had met his burden to

establish by clear and convincing evidence that he did not pose a danger to the community was a

close one at the March 6 hearing.  Indeed, Defense counsel presented ample evidence at that

hearing that aside from the arrest from which the alleged violation of supervised release arises,

the Defendant does not have a violent background: no prior convictions involved violent conduct

or gun charges.  *See* March 6 Hr'g Tr. at 16:18–17:14.  In light of the changed circumstances

discussed above, the weight of the evidence now clearly and convincingly tips in the Defendant's

favor.  Accordingly, based on the evidence and arguments presented at the March 6 hearing

coupled with the reasons stated above, the Court concludes that the Defendant has now

established by clear and convincing evidence that he does not pose a danger to the community.

Even if the Court were to conclude that changed circumstances did not compel reconsideration of the Defendant's bond conditions, a separate statutory ground advanced by the Defendant would require his release here. 18 U.S.C. § 3142(i) provides that, where a detention order has been issued, "a judicial officer may, by subsequent order, permit the temporary release of the person, in the custody of a United States marshal or another appropriate person, to the extent that the judicial officer determines such release to be necessary for preparation of the person's defense or for another compelling reason." The Government does not challenge the application of this provision—indeed, it does not address it at all in opposing the Defendant's motion, *see generally* Dkt. No. 2791—and the Court thus concludes that it applies here.

The text of Section 3142(i) provides that the Court may temporarily release a detained defendant to the custody of an "appropriate person" where a "compelling reason" necessitates such release. Compelling reasons may exist where release is necessary for the preparation of the defendant's defense, *see* 18 U.S.C. § 3142(i), or where the defendant's serious medical conditions warrant release, *see, e.g.*, *United States v. Rebollo-Andino*, 312 F. App'x 346, 348 (1st Cir. 2009) (explaining that a defendant who is denied bail "retains the ability to request[,] . . . in extraordinary circumstances, . . . temporary release under § 3142(i)" should future developments with respect to his medical conditions so warrant); *see also United States v. Birbragher*, No. 07-cr-1023-(LRR), 2008 WL 1883504, at *2 (N.D. Iowa Apr. 25, 2008) (describing *United States v. Scarpa*, 815 F. Supp. 88 (E.D.N.Y. 1993), and *United States v. Cordero Caraballo*, 185 F. Supp. 2d 143 (D.P.R. 2002), as cases in which courts found "compelling reason" to temporarily release defendants due to the defendants' serious medical issues).[2] Furthermore, case law suggests that

---

[2] In a similar context, the Second Circuit has described "exceptional" reasons permitting the release of a defendant subject to mandatory detention—arguably a higher standard than "compelling" reasons—as those that "present a unique combination of circumstances giving rise to situations that are out of the ordinary." *United States v. DiSomma*, 951 F.2d 494, 497 (2d Cir. 1991); *see also* 18 U.S.C. § 3145 ("A person subject to detention pursuant to section 3143(a)(2) or (b)(2), and who meets the conditions of release set forth in section 3143(a)(1) or (b)(1), may be ordered released, under appropriate conditions, by the judicial officer, if it is clearly shown that there are exceptional reasons why such person's detention would not be appropriate."). The Second Circuit has explained that determining whether a given circumstance presents exceptional reasons under Section 3145 requires a case-by-case evaluation by the district judge and that the district judge's discretion is "constrained only by the language of the statute: 'exceptional reasons.'" *DiSomma*, 951 F.2d at 497.

4

family members may constitute "appropriate persons" where the defendant is released to
relatives and placed under house arrest. *See Cordero Caraballo*, 185 F. Supp. 2d at 145
(releasing the defendant, who the court would have detained on dangerousness grounds, to the
custody of his mother and grandmother on 24-hour house arrest due to his severe injuries). "A
defendant has the burden of showing that temporary release is 'necessary . . .' under Section
3142(i)." *See United States v. Dupree*, 833 F. Supp. 2d 241, 246 (E.D.N.Y. 2011).

      The Court concludes that the Defendant has met his burden by demonstrating at least one
compelling reason that also necessitates his release under this provision. Namely, the obstacles
the current public health crisis poses to the preparation of the Defendant's defense constitute a
compelling reason under 18 U.S.C. § 3142(i). *See id.* (providing that the Court "may . . . permit
the temporary release of [a] person, in the custody of a United States marshal or another
appropriate person, to the extent [it] determines such release to be necessary for preparation of
the person's defense"). The spread of COVID-19 throughout New York State—and the
country—has compelled the BOP to suspend all visits—including legal visits, except as allowed
on a case-by-case basis—until further notice. *See* Federal Bureau of Prisons, *Federal Bureau of
Prisons COVID-19 Action Plan*, https://www.bop.gov/resources/news/20200313_covid-19.jsp
(explaining that "legal visits will be suspended for 30 days" nationwide and that "case-by-case
accommodation will be accomplished at the local level"). This suspension impacts the
Defendant's ability to prepare his defenses to the alleged violation of supervised release in
advance of the merits hearing scheduled for March 25, 2020. Defense counsel represents that
after contacting the MCC Legal Department to arrange legal calls with the Defendant, "the MCC
did not permit a legal call to Mr. Stephens." Dkt. No. 2789-1 at 10. He further proffers that
other defense counsel have faced similar obstacles in attempting to communicate with their
clients. *Id*. The Government neither responds to nor contests these factual representations, and
so the Court relies upon them here. *See generally* Dkt. No. 2791. Thus, the Court concludes that
these circumstances necessitate the Defendant's temporary release. *See United States v. Persico*,
No. 84-cr-809 (JFK), 1986 WL 3793, at *1 (S.D.N.Y. Mar. 27, 1986) (describing cases in which

"temporary releases of defendants therein were granted prior to trial in order to facilitate the defendants' expeditious preparation for trial and thus to promote the prompt disposition of the charges against each defendant" where "[t]he concern in each case was that, given the admittedly limited access to telephones and attorney conference rooms at the detention facilities, the effective preparation of a defense might have been impossible in the short time available before the commencement of trial").[3]

The Court further concludes that the Defendant's mother constitutes an "appropriate person" within the meaning of this provision so long as the Defendant is subject to home incarceration with GPS monitoring at the residence he shares with her.  *See Cordero Caraballo*, 185 F. Supp. 2d at 146 (finding that the defendant's mother and grandmother "qualif[ied] as third-party custodians" for purposes of the release of the defendant).

In sum, circumstances that have changed since the March 6 hearing warrant reconsideration of the Defendant's bail conditions, and the Court concludes that, in light of these changed circumstances, the Defendant has established by clear and convincing evidence that he does not pose a danger to the community.  Furthermore, even were the Court to conclude that reconsideration was not warranted, compelling reasons would necessitate the Defendant's temporary release under 18 U.S.C. § 3142(i).  Accordingly, the Court orders the Defendant released from the custody of the Bureau of Prisons to the custody of his mother, with whom he lives, subject to the additional conditions of supervised release of 24-hour home incarceration at his current residence in the Bronx and electronic location monitoring as directed by the Probation Department.

SO ORDERED.

---

[3] The Defendant also argues that the current public health crisis itself provides an additional compelling reason necessitating his release for all the reasons already articulated above.  *Cf. Rebollo-Andino*, 312 F. App'x at 348 (explaining that "extraordinary circumstances" related to medical conditions may necessitate temporary release under § 3142(i)).  The Court need not decide this additional factor here because its determination that release is necessary for the preparation of the Defendant's defense is sufficient under § 3142(i).

Dated: March ____18____, 2020
      New York, New York

ALISON J. NATHAN
United States District Judge

# Exhibit 11

1
2
3
4                           UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    IN THE MATTER OF THE                  Case No.  19-mj-71055-MAG-1   (TSH)
     EXTRADITION OF ALEJANDRO
8    TOLEDO MANRIQUE
                                           **ORDER RE: SECOND MOTION FOR
9                                          RECONSIDERATION**

10                                         Re: Dkt. No. 109

11

12

13        These are extraordinary times.  The novel coronavirus that began in Wuhan, China, is now

14   a pandemic.  The nine counties in the San Francisco Bay Area have imposed shelter-in-place

15   orders in an effort to slow the spread of the contagion.  This Court has temporarily halted jury

16   trials, even in criminal cases, and barred the public from courthouses.

17        Against this background, Alejandro Toledo has moved for release, arguing that at 74 years

18   old he is at risk of serious illness or death if he remains in custody.  The Court is persuaded.  The

19   risk that this vulnerable person will contract COVID-19 while in jail is a special circumstance that

20   warrants bail.  Release under the current circumstances also serves the United States' treaty

21   obligation to Peru, which – if there is probable cause to believe Toledo committed the alleged

22   crimes – is to deliver him to Peru alive.

23        The Court appreciates San Mateo County's management plan for the jail.  It looks pretty

24   detailed, although it seems to rely on self-reporting and observation to identify potentially infected

25   people, and it doesn't say anything about testing.  At oral argument, counsel for the government

26   was unable to make any representations concerning Maguire's possession of testing kits.  The

27   Court is glad to hear that there are currently no reported cases of COVID-19 at Maguire, but is

28   unsure what that means if people are not being tested.  And, as the management plan itself

United States District Court
Northern District of California

United States District Court
Northern District of California

1    acknowledges, symptoms of COVID-19 can begin to appear 2-14 days after exposure, so

2    screening people based on observable symptoms is just a game of catch up.  That's why the Bay

3    Area is on lockdown.  We don't know who's infected.  Accordingly, the government's suggestion

4    that Toledo should wait until there is a confirmed outbreak of COVID-19 in Maguire before

5    seeking release, *see* ECF No. 113 at 6 ("If the situation with respect to COVID-19 at Maguire

6    changes, Toledo is free to seek reconsideration of the issue at that point."), is impractical.  By then

7    it may be too late.

8         There is still the problem that Toledo is a flight risk.  This problem has to a certain extent

9    been mitigated by the existing pandemic.  The Court's concern was that Toledo would flee the

10   country, but international travel is hard now.  Travel bans are in place, and even if Toledo got into

11   another country, he would most likely be quarantined in God-knows-what conditions, which can't

12   be all that tempting.  Also, international travel would itself pose a risk of infection by likely

13   putting Toledo in contact with people in close quarters.  Maybe the risk of COVID-19 is worth it if

14   he can make a run for it and get away.  The government says he faces the prospect of life in prison

15   if he is convicted in Peru.  But escape is riskier and more difficult now.

16        While the risk that Toledo will flee cannot be completely mitigated, certain release

17   conditions will help.  Toledo must be on home lockdown and can leave only for medical

18   appointments, attorney visits or court appearances (once attorney visits and court appearances

19   resume).  He must wear a GPS device so his movements can be tracked.  There are a bunch of

20   other release conditions as well.  They are spelled out in the separate release form that will become

21   the actual release order once it's been fully executed.

22        Let's talk about bail and sureties.  Toledo's prior proposed bail package consisted of $1

23   million secured by cash and property (mostly property) put up by friends, with nothing from his

24   wife.  This was back when he was telling the Court his wife had no money, and when his wife was

25   saying the same thing to Pretrial Services.[1]  He now offers essentially the same bail package.

26   _____

27   [1] Her lawyer, Ethan A. Balogh, has submitted a declaration in which he attempts to cast this as a
     misunderstanding.  At the hearing he admitted he wasn't on the phone call between Ms. Karp-

28   Toledo and the Pretrial Services officer, and the Court explained that this rendered his declaration
     worthless.

2

United States District Court
Northern District of California

1    However, the Court has a concern about that – a concern that can be mitigated, but a concern

2    nonetheless.  Bail isn't just about money; it's about whose money it is.  We want sureties who

3    have moral suasion over the defendant.  The idea is that if the defendant flees, he will cause people

4    he cares about to lose money or property, so out of concern for them he won't do that.  If Toledo's

5    friends were putting up their assets at a time when his wife was sitting on $1 million in cash and

6    near-cash equivalents, and she was offering nothing, this presents the concern that they were

7    tricked, which causes the Court to wonder how much concern Toledo has for his friends and how

8    much suasion they exercise over him.  For any of his friends who are posting assets, the Court

9    needs to confirm in a telephonic hearing that they know his wife had $1 million to her name last

10   August and still today (according to her counsel) has between $700,000 and $800,000, and with

11   that knowledge the friends are still willing to act as sureties.  If they know the truth and are still

12   willing to stand by him, the Court will accept that they wield suasion.  (Also, independently of

13   suasion, the Court does not want sureties to be misled.).  Two of those sureties, Martin Carnoy and

14   Larry Diamond, participated in the telephonic bail hearing and confirmed their knowledge and

15   continued willingness to be sureties.

16           Also, Elaine Karp-Toledo must post some cash bail and surrender her passports.  As noted,

17   her counsel represents that she currently has between $700,000 and $800,000 and that she has

18   ongoing legal expenses due to a criminal investigation into her and due to Peru's attempt to get her

19   extradited as well.  And, of course, she needs money for her and Toledo to live off of during the

20   course of this proceeding.  Toledo's counsel represents that Toledo's friends can put up a

21   combined $325,000 in cash bail, plus security in two properties in Washington state.  The Court

22   will therefore set the bail amount at $1 million, to be secured by $500,000 in cash and the

23   Washington properties.  This allocates to Toledo's wife $175,000 in cash bail.

24           The Court acknowledges some uncertainty about whether this is enough money from

25   Toledo's wife.  The Court suspects Karp-Toledo has access to more money through family

26   members.  However, the Court prefers to base its bail decision on evidence, not just suspicions.

27   The evidence the Court is starting with is the $1 million the government showed that Karp-Toledo

28   possessed as of last August.  That this would have winnowed down to less than $800,000 today is

3

United States District Court
Northern District of California

1  not that surprising if she has ongoing legal expenses.  She needs enough money to deal with her

2  own legal problems and support her and her husband for what may be quite some time.  With the

3  surrender of her passports, and for all the same reasons that Toledo may not want or be able to flee

4  right now, this amount of cash bail and all of the other release conditions seem sufficient to

5  prevent the couple from fleeing, even if that cannot be completely guaranteed.  If the government

6  has or comes up with evidence that Karp-Toledo has more money than her counsel represented,

7  the Court invites a motion for reconsideration of the bail amount.

8       So, when does Toledo get out?  When the $500,000 in cash bail is posted and his wife

9  surrenders her passports.  That will require three more sureties to be admonished, and all six of the

10  cash sureties to post the money.  The Court will not, however, wait for the Washington properties

11  to be posted as security.  Under the best of circumstances, it takes a couple of weeks to post real

12  estate, and the pandemic in Washington is even worse than here.  It could be a while before that

13  security gets posted, and there is urgency in getting Toledo released.  So, the plan is that Toledo's

14  lawyer should line up the remaining sureties, let the Courtroom Deputy know when they can be

15  available, and the Court will admonish them by phone.  Toledo's lawyer is in charge of getting

16  everyone to sign the bond form.  After the cash sureties have been admonished and signed, the

17  $500,000 in cash has been posted, and Karp-Toledo surrenders her passports, the Court will issue

18  the release order.  At that point, Toledo must report to Pretrial Services in San Jose (that's also

19  where his wife must surrender her passports) to be fitted with the GPS device.  Toledo's second

20  motion for reconsideration is accordingly **GRANTED**.

21       The government's request for "a brief stay" of any release order pending an appeal to

22  Judge Chhabria is **DENIED** as unnecessary.  As just explained, there are a few steps left before

23  release happens.  This order (i.e., the one you are reading) is the undersigned's decision that

24  release on bail and other conditions is appropriate, and the government can appeal it right now.

25       **IT IS SO ORDERED.**

26  Dated: March 19, 2020

27

28
                                        THOMAS S. HIXSON
                                        United States Magistrate Judge

4

# Exhibit 12

1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

11

| UNITED STATES OF AMERICA, | Case No. 3:19-cr-0052-RCJ-WGC |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING EMERGENCY MOTION TO TEMPORARILY MODIFY INTERMITTENT CONFINEMENT AS A CONDITION OF PROBATION DUE TO THE COVID-19 PANDEMIC** |
| ROBERT BARKMAN, | |
| Defendant. | |

12
13
14
15
16
17

## Introduction

18
19

        Mr. Barkman moves this Court for an order temporarily modifying his

20

conditions of probation by suspending for a minimum of 30 days the requirement

21

that he present himself to the Washoe County Detention Facility for intermittent

22

confinement given the COVID-19 pandemic.

23

        COVID-19 is a dangerous illness spreading rapidly across the country and

24

through Northern Nevada.  The CDC has issued guidance that individuals at

25

higher risk of contracting severe forms COVID-19—adults over 60 years old and

26

people with chronic medical conditions—take immediate preventative actions, including avoiding crowded areas and staying home as much as possible.[1]  As of a few hours ago, the White House announced that the COVID-19 crisis could last until July and that gatherings over 10 people should be avoided.[2]

With confirmed cases that indicate community spread, the time is now to take action to protect vulnerable populations and the community at large. To date, protective measures have been taken in Washoe County, Nevada to slow the spread of the virus, including indefinitely cancelling all events with an expected attendance of 250 or more people.  The following is a sample of events that have been cancelled in Nevada: (1) K-12 schooling; (2) All school, district and non-district sponsored athletics, extra-curricular activities, assemblies, practices, proms and events; (3) all district sponsored travel; (4) all previously scheduled spring break childcare related camps; (5) UNR is moving to online classes starting on March 23, 2020.

With 26 confirmed cases in Nevada, indicating community spread, we must take every necessary action to protect vulnerable populations and the community at large.  The men and women incarcerated at Washoe County

---

[1] *People at Risk for Serious Illness from COVID-19*, CDC (March 12, 2020) *at* https://bit.ly/2vgUt1P.

[2] *Trump Says Crisis Could Last Until July, Recommends No Gathering Ofer 10 People* (March 16, 2020) *at* https://www.forbes.com/sites/rachelsandler/2020/03/16/cdc-all-americans-should-avoid-gathering-in-groups-of-more-than-10-people/#5f9fd51a283d.

2

Detention Facility are a part of our community and all reasonable measures must be taken to protect their health and safety.

## 1. Conditions of Confinement and Spread of Coronavirus

Conditions of pretrial confinement create the ideal environment for the transmission of contagious disease.[3]  Inmates cycle in and out of  detention facilities from all over the world and country, and people who work in the facilities including correctional officers, and care and service providers  leave and return daily, without screening.  Incarcerated people have poorer health than the general population, and even at the best of times, medical care is limited.[4]  Many people who are incarcerated also have chronic conditions, like diabetes, asthma, high blood pressure, hepatitis, or HIV, which makes them vulnerable to severe forms of COVID-19.

According to public health experts, incarcerated individuals "are at special risk of infection, given their living situations," and "may also be less able to participate in proactive measures to keep themselves safe;" because "infection control is challenging in these settings."[5]  Outbreaks of the flu regularly occur in

---

[3] Joseph A. Bick (2007). Infection Control in Jails and Prisons. *Clinical Infectious Diseases* 45(8):1047-1055, *at* https://doi.org/10.1086/521910.

[4] Laura M. Maruschak et al. (2015). Medical Problems of State and Federal Prisoners and Jail Inmates, 2011-12. NCJ 248491. Washington, D.C.: U.S. Department of Justice, Bureau of Justice Statistics, *at* https://www.bjs.gov/content/pub/pdf/mpsfpji1112.pdf

[5] "Achieving A Fair And Effective COVID-19 Response: An Open Letter to Vice-President Mike Pence, and Other Federal, State, and Local Leaders from Public Health and Legal Experts in the United States," (March 2, 2020), *at* https://bit.ly/2W9V6oS.

jails, and during the H1N1 epidemic in 2009, many jails and prisons dealt with high numbers of cases.[6]

In China, officials have confirmed the coronavirus spreading at a rapid pace in Chinese prisons, counting 500 cases.[7]  Secretary of State Mike Pompeo has called for Iran to release Americans detained there because of the "deeply troubling" "[r]eports that COVID-19 has spread to Iranian prisons," noting that "[t]heir detention amid increasingly deteriorating conditions defies basic human decency."[8]  Courts across Iran have granted 54,000 inmates furlough as part of the measures to contain coronavirus across the country.[9]  In the U.S., steps are already being taken in some jurisdictions to facilitate the release of elderly and sick prisoners and to reduce jail populations by discouraging the refusing the admission of individuals arrested on non-violent misdemeanor charges.[10]

---

[6] *Prisons and Jails are Vulnerable to COVID-19 Outbreaks*, The Verge (Mar. 7, 2020) *at* https://bit.ly/2TNcNZY.

[7] Rhea Mahbubani, *Chinese Jails Have Become Hotbeds of Coronavirus As More Than 500 Cases Have Erupted, Prompting the Ouster of Several Officials*, Business Insider (Feb. 21, 2020) *at* https://bit.ly/2vSzSRT.

[8] Jennifer Hansler and Kylie Atwood, *Pompeo calls for humanitarian release of wrongfully detained Americans in Iran amid coronavirus outbreak*, CNN (Mar. 10, 2020) *at*   https://cnn.it/2W4OpV7.

[9] Claudia Lauer and Colleen Long, *US Prisons, Jails On Alert for Spread of Coronavirus*, The Associated Press (Mar. 7, 2020) *at* https://apnews.com/af98b0a38aaabedbcb059092db356697.

[10] In New York Brooklyn District Attorney Eric Gonzalez, joined by public health experts, has asked Governor Cuomo to grant emergency clemencies to elderly and sick prisoners (Sarah Lustbader, *Coronavirus: Sentenced to COVID-19*, The Daily Appeal (Mar. 12, 2020) *at* https://theappeal.org/sentenced-to-covid-19/.); Cuyahoga County (Ohio) is holding mass pleas and bail hearings to reduce the current jail population (https://www.cleveland.com/court-justice/2020/03/cuyahoga-county-officials-will-hold-mass-plea-hearings-to-reduce-jail-population-over-coronavirus-concerns.html); Mahoning County (Ohio) jail is

Faced with the threat, jails and prisons have to prepare for two states: Before COVID-19 gets into the facility and the jail is trying to keep the virus out When the disease is discovered inside the facility and efforts then are made to keep the virus in. There is ample opportunity for a virus to enter a prison or jail, and for it to go back out into the community. Once a contagious illness enters, conditions in correctional facilities are highly conducive to it spreading. This pandemic is unprecedented in our lifetime. While measures are being taken by facilities all over the world, no facility is prepared.

Screening inmates is important. Current guidelines do not go far enough given the catastrophic consequences of missing a single case. Moreover, it is statistically far more likely that someone else, not an inmate, will be the initial carrier of COVID-19 into a jail. New inmates are brought to jail by an arresting officer or two every day. The jail is also visited by lawyers, probation and parole officers, volunteers (who put on church services and educational programs), and many more. By sheer numbers alone, these people present a bigger threat than inmates. These people are also more likely to have recently traveled out of the country than the average inmate.  Tests are still, as of this writing, hard to come by. The question is not if there will be a COVID-19 outbreak at the jail. It is when.

---

refusing all non-violent misdemeanor arrestees (https://www.wkbn.com/news/coronavirus/mahoning-county-jail-refusing-some-inmates-due-to-coronavirus-outbreak/); see also Collin County (TX) (https://www.dallasnews.com/news/public-health/2020/03/12/facing-coronavirus-concerns-collin-county-sheriff-asks-police-not-to-bring-petty-criminals-to-jail/).

5

**2. Specific Conditions at the Washoe County Detention Facility**

The Washoe County Detention Facility houses people in small cells with beds close to the other, which prevents detainees from engaging in social distancing and self-quarantine precautions as recommended by the CDC. Those detained at the Washoe County Detention Facility also share limited toilets, sinks and showers with the other people in their housing unit, which creates a greater risk to exposure to the virus. There are also significant restrictions on movement, so people are held together in close quarters at all times.

The Washoe County Detention Facility also has limited access to personal hygiene items such as tissues, soap, disinfectant, or hot water, which prevent individuals from taking recommended precautions to minimize the spread of the virus. Moreover, if people cannot afford to buy personal hygiene products then their ability to maintain proper hygiene is even more limited.

There are also significant limitations on the detention facility's medical services. The detention facility does not have a hospital unit on-site, medical staffing in general is limited, and the Renown tent will quickly become overwhelmed if an outbreak occurs at the detention facility. It is unknown if the Washoe County Detention Facility possesses a single ventilator.

Washoe County Detention Facility has made the following policy adjustments to address COVID-19, Exhibit A. Unsurprisingly, given the unprecedented scope of this pandemic, many questions are still without answers.

- How will all people in the facility — incarcerated people, staff, and visitors — be educated so they can understand the risks, protect themselves, and protect others?

- Under what circumstances will staff and people incarcerated in the facilities be tested for the virus? How many tests are needed?

- If people who are incarcerated require quarantine and/or treatment, how will that be accomplished? Can it be accomplished in a humane way and within Constitutional parameters?

- If medical staff must be quarantined or become ill, how will the facility monitor, quarantine and treat the prison or jail population?

- If correctional staff must be quarantined or become ill, how will the facility operate, both in terms of addressing the virus and in terms of simply maintaining necessary services, safety, and security?

- If incarcerated people must be quarantined or become ill, how will the facility continue necessary operations that are reliant on the prison or jail population, such as food preparation?

- How are particularly vulnerable populations, such as the elderly, or immunocompromised, being protected?

- How will the facility meet the challenges of COVID-19 without violating the rights of the people in its custody?

The Washoe County Detention Facility simply lacks the resources necessary to engage in aggressive screening and testing of inmates, correctional staff, law enforcement officers and other care and service providers who enter the facility. The limitations mean the Washoe County Detention Facility is not screening people as they are being brought into the detention facility by first segregating them, testing them for the virus, questioning them about community exposure and travel, and then monitoring their temperature for a period of 14 days before admitting them into the general population.

As new arrestees arrive, if they are not symptomatic or have knowingly been exposed, they will be brought into the Washoe County Detention Facility and held with the existing population, potentially bringing COVID-19 into this population held in large numbers, close quarters, and low sanitary conditions. Given the rapid community spread of this virus, variability in symptoms and the likelihood of it being spread before a patient is symptomatic, these measures are inadequate.

## **Argument**

**1. 18 U.S.C. § 3563.**

Under 18 U.S.C. § 3563, "[t]he court may modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation."

Earlier this year, the Court sentenced Mr. Barkman to one year of

probation and sixty days of intermittent confinement to be served for two consecutive days (Tuesday and Wednesday) at a designated facility beginning on February 11, 2020. ECF No. 17. Since Mr. Barkman, the spread of COVID-19 has reached pandemic proportions. Mr. Barkman not only potentially risks exposing the general inmate population of the Washoe County Detention Facility to the disease, but also risks becoming exposed himself.

The circumstances that existed when Mr. Barkman was sentenced to probation with intermittent confinement as a condition have now changed.  There is a pandemic that poses a direct risk that is far greater if Mr. Barkman appears is admitted to the inmate population of the Washoe County Detention Facility. The risk runs in two directions—to Mr. Barkman, and to the institution. In considering the "total harm and benefits to prisoner and society"[11] of continuing to intermittent confinement as normal against the heightened health risks posed to Mr. Barkman and the Washoe County Detention Facility, temporarily suspending Mr. Barkman's intermittent confinement would appear to satisfy the interests of everyone during this rapidly encroaching pandemic.

---

[11] *See Davis v. Ayala*, 135 S. Ct. 2187, 2209 (2015) (Kennedy, J., concurring) (calling for heightened judicial scrutiny of the projected impact of jail and prison conditions on a defendant); *United States v. Mateo*, 299 F. Supp. 2d 201, 212 (S.D.N.Y. 2004) (reducing sentence where defendant's pretrial conditions were "qualitatively more severe in kind and degree than the prospect of such experiences reasonably foreseeable in the ordinary case").

**2. Emergency relief.**

Mr. Barkman is scheduled to surrender at the jail tomorrow at or around 9:00 a.m. to begin two consecutive days of intermittent confinement. Accordingly, Mr. Barkman seeks this Court's immediate intervention in modifying his conditions of probation by suspending for a minimum of 30 days the intermittent confinement requirement in light of the COVID-19 public health crisis. Counsel for Mr. Barkman has conferred with the prosecuting attorney for the government before filing this motion. The government has no objection to temporarily suspending for 30 days the condition requiring Mr. Barkman's intermittent confinement. Should the Court grant this motion, counsel will seek to be heard regarding any extension of relief before expiration of the 30-day suspension sought herein.

<u>ORDER</u>

IT IS HEREBY ORDERED that the Emergency Motion To Temporarily Modify Intermittent Confinement as a Condition of Probation Due to the COVID-19 Pandemic (ECF No. 20) is  GRANTED.

IT IS FURTHER ORDERED that given the COVID-19 pandemic, Mr. Barkman's condition of probation that he present himself to the Washoe County Detention Facility for intermittent confinement is SUSPENDED for 30 days from entry of this Order.

IT IS SO ORDERED this 17th day of March, 2020.

_____

ROBERT C. JONES

10

# Exhibit 13

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN THOMAS MATTHAEI,<br><br>Defendant. | Case No. 1:19-cv-00243-BLW<br><br>**ORDER** |

The Court has before it Defendant's Motion to Extend Deadline for Self-Surrender (Dkt. 28). Defendant has been notified that he is to report to FCI Sheridan on March 18, 2020 by 2:00 p.m. to begin serving his sentence in the above captioned matter. Defendant suffers from multiple health problems, including COPD, which puts him at serious risk of complications from COVID-19. Defendant requests an additional 90 days to voluntarily surrender to prevent coming in contact with others who may have COVID-19. The Court has been informed that the Government does not oppose the request.

For the reasons stated in the Motion, the Court finds good cause to grant the Defendant a limited extension of his voluntary surrender date. The Court will grant the Motion and allow the Defendant to report to FCI Sheridan no later than

June 10, 2020 as directed by the Bureau of Prisons and Probation and Pretrial Services Offices.

The Court again advises the Defendant that failure to report is a separate offense subject to additional charges and penalties. Defendant shall continue to maintain contact with his Probation Officer and abide by all of the terms and conditions of his release.

## ORDER

THEREFORE IT IS ORDERED that Defendant's Motion to Extend Deadline for Self-Surrender (Dkt. 28.) is **GRANTED**.

IT IS FURTHER ORDERED that Defendant shall report to his designated facility no later than **June 10, 2020** as directed by the Bureau of Prisons and Probation and Pretrial Services Offices.

DATED: March 16, 2020



_____
B. Lynn Winmill
U.S. District Court Judge

ORDER - 2

# Exhibit 14



# Office of the Attorney General
## Washington, D. C. 20530

March 26, 2020

MEMORANDUM FOR DIRECTOR OF BUREAU PRISONS

FROM:             THE ATTORNEY GENERAL

SUBJECT:       Prioritization of Home Confinement As Appropriate in Response to
                      COVID-19 Pandemic

Thank you for your tremendous service to our nation during the present crisis.  The current situation is challenging for us all, but I have great confidence in the ability of the Bureau of Prisons (BOP) to perform its critical mission during these difficult times.  We have some of the best-run prisons in the world and I am confident in our ability to keep inmates in our prisons as safe as possible from the pandemic currently sweeping across the globe.  At the same time, there are some at-risk inmates who are non-violent and pose minimal likelihood of recidivism and who might be safer serving their sentences in home confinement rather than in BOP facilities.  I am issuing this Memorandum to ensure that we utilize home confinement, where appropriate, to protect the health and safety of BOP personnel and the people in our custody.

## I.     TRANSFER OF INMATES TO HOME CONFINEMENT WHERE APPROPRIATE TO DECREASE THE RISKS TO THEIR HEALTH

One of BOP's tools to manage the prison population and keep inmates safe is the ability to grant certain eligible prisoners home confinement in certain circumstances.  I am hereby directing you to prioritize the use of your various statutory authorities to grant home confinement for inmates seeking transfer in connection with the ongoing COVID-19 pandemic.  Many inmates will be safer in BOP facilities where the population is controlled and there is ready access to doctors and medical care.  But for some eligible inmates, home confinement might be more effective in protecting their health.

In assessing which inmates should be granted home confinement pursuant to this Memorandum, you are to consider the totality of circumstances for each individual inmate, the statutory requirements for home confinement, and the following non-exhaustive list of discretionary factors:

- The age and vulnerability of the inmate to COVID-19, in accordance with the Centers for Disease Control and Prevention (CDC) guidelines;

Subject: Department of Justice COVID-19 Hoarding and Price Gouging Task Force

- The security level of the facility currently holding the inmate, with priority given to inmates residing in low and minimum security facilities;

- The inmate's conduct in prison, with inmates who have engaged in violent or gang-related activity in prison or who have incurred a BOP violation within the last year not receiving priority treatment under this Memorandum;

- The inmate's score under PATTERN, with inmates who have anything above a minimum score not receiving priority treatment under this Memorandum;

- Whether the inmate has a demonstrated and verifiable re-entry plan that will prevent recidivism and maximize public safety, including verification that the conditions under which the inmate would be confined upon release would present a lower risk of contracting COVID-19 than the inmate would face in his or her BOP facility;

- The inmate's crime of conviction, and assessment of the danger posed by the inmate to the community. Some offenses, such as sex offenses, will render an inmate ineligible for home detention. Other serious offenses should weigh more heavily against consideration for home detention.

In addition to considering these factors, before granting any inmate discretionary release, the BOP Medical Director, or someone he designates, will, based on CDC guidance, make an assessment of the inmate's risk factors for severe COVID-19 illness, risks of COVID-19 at the inmate's prison facility, as well as the risks of COVID-19 at the location in which the inmate seeks home confinement. We should not grant home confinement to inmates when doing so is likely to increase their risk of contracting COVID-19. You should grant home confinement only when BOP has determined—based on the totality of the circumstances for each individual inmate—that transfer to home confinement is likely not to increase the inmate's risk of contracting COVID-19.

## II.   __PROTECTING THE PUBLIC__

While we have an obligation to protect BOP personnel and the people in BOP custody, we also have an obligation to protect the public. That means we cannot take any risk of transferring inmates to home confinement that will contribute to the spread of COVID-19, or put the public at risk in other ways. I am therefore directing you to place any inmate to whom you grant home confinement in a mandatory 14-day quarantine period before that inmate is discharged from a BOP facility to home confinement. Inmates transferred to home confinement under this prioritized process should also be subject to location monitoring services and, where a court order is entered, be subject to supervised release.

We must do the best we can to minimize the risk of COVID-19 to those in our custody, while also minimizing the risk to the public. I thank you for your service to the country and assistance in implementing this Memorandum.