IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>GAVIN NEWSOM, et al.,<br>　　　　Defendants. | Case No. 2:90-cv-0520 KJM DB P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>　　　　Plaintiff,<br>　　v.<br>GAVIN NEWSOM, et al.,<br>　　　　Defendants. | Case No. 01-cv-01351-JST<br>**THREE-JUDGE COURT**<br>**ORDER SETTING BRIEFING SCHEDULE** |

Plaintiffs have filed a motion to modify the Court's population reduction order and have requested an expedited briefing schedule. ECF No. 3219/6522 at 5.[1] Plaintiffs have also "waive[d] any right to file a reply." *Id.*

The Court finds good cause to set the following expedited schedule:[2]

1. Defendants' opposition or statement of non-opposition to Plaintiffs' motion shall be filed no later than March 30, 2020.

/ / /

---

[1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Newsom*, No. 01-cv-01351-JST (N.D. Cal.), and *Coleman v. Newsom*, No. 2:90-cv-0520 KJM DB P (E.D. Cal.). The Court cites to the docket number of *Plata* first, then *Coleman*.

[2] This order supersedes the Court's standard briefing schedule. ECF No. 1180/2779.

2. The Court will conduct a telephonic hearing on April 1, 2020, at 1:15 p.m. Dial-in information will be provided by Judge Tigar's courtroom deputy, who can be reached at jstcrd@cand.uscourts.gov.

3. As a courtesy, the Clerk is directed to send a copy of this order to counsel for former intervenors in both cases captioned above.[3] Any motions to intervene, accompanied by briefs in support of or in opposition to Plaintiffs' motion, shall be filed no later than March 30, 2020. *See* 18 U.S.C. § 3626(a)(3)(F). Potential intervenors' briefs in support of or in opposition to the motion may not exceed 10 pages. Where possible, potential intervenors shall coordinate responses to avoid duplicative briefing. Oppositions to the motions to intervene or to the arguments of potential intervenors may be presented at the hearing.

4. All briefing deadlines in this order occur at 12:00 noon.

**IT IS SO ORDERED.**

Dated: March 26, 2020

KIM McLANE WARDLAW
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

Dated: March 26, 2020

KIMBERLY J. MUELLER
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

Dated: March 26, 2020

JON S. TIGAR
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[3] Intervenor CCPOA and real party in interest OIG will automatically receive notice as they are presently showing on the Court's docket.