# REICHMAN JORGENSEN LLP

Kate Falkenstien  
Direct Dial: (650) 623-1425  
kfalkenstien@reichmanjorgensen.com

100 Marine Parkway  
Suite 300  
Redwood Shores, CA 94065

March 27, 2020

Hon. Kimberly J. Mueller  
United States District Judge  
Eastern District of California, Sacramento Division  
Robert T. Matsui United States Courthouse  
501 I Street, #4-200  
Sacramento, CA  95814

RE:  *Coleman v. Newsom*, No. S-90-0520-KJM-DB-P

Dear Judge Mueller:

I write in response to the Court's order requesting that I determine whether I could seek appointment in the *pro se* related cases: *Matthews v. Holland*, Case No. 1:14-cv-1959 KJM DB; *Murillo v. Holland*, Case No. 1:15-cv-00266 KJM DB; and *Harris v. Sexton*, Case No. 1:18-cv-0080 KJM DB.  *See* Order, Dkt. 6487, at 4.

My colleagues and I have seriously considered whether we have the capacity to take on these additional pro bono cases.  We are a small firm of only 25 lawyers, founded less than two years ago.  We are committed to helping the Court and community through our pro bono work, but we do not believe we can fully represent three additional plaintiffs in addition to our four existing cases.

That said, we could offer our services in the three *pro se* cases on a more limited basis.  Specifically, we would be willing to represent Mr. Matthews, Mr. Murillo, and Mr. Harris in any live injunctive claims in the future.  My understanding is that none of those three plaintiffs is currently incarcerated in restricted housing, subject to the Guard One checks, and that all three of their cases currently involve only damages claims.  If the Court ordered those plaintiffs to file a notice in the event they go back to restricted housing in the future, my firm would be willing to represent them in seeking to add injunctive claims and litigating any such claims.  If the Court wishes, we would also be willing to file amicus briefs on behalf of our three current clients when dispositive motions are filed in the related cases, to help clarify the legal issues without taking on the substantial burden of discovery and trial practice in new cases.

I appreciate the Court's desire to obtain counsel for the *pro se* plaintiffs, and I regret that I cannot fully represent them.  I hope I can be of help in a more limited capacity.

Best regards,

/s/ Kate Falkenstien