CHARLES D. WEISSELBERG
(Cal. Bar No. 105015)
128 Western Dr.
Richmond, California 94801
Telephone: (510) 643-8159
Email: cweisselberg@law.berkeley.edu
Attorney for *Amicus Curiae* Rick Raemisch

# UNITED STATES DISTRICT COURTS

# EASTERN DISTRICT OF CALIFORNIA

# AND NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**THREE JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. C01-1351 JST<br><br>**THREE JUDGE COURT**<br><br>**UNOPPOSED MOTION FOR LEAVE TO FILE *AMICUS CURIAE* STATEMENT OF CORRECTIONAL EXPERT RICK RAEMISCH** |

# UNOPPOSED MOTION FOR LEAVE TO FILE
## *AMICUS CURIAE* STATEMENT

Rick Raemisch, former Executive Director of the Colorado Department of Corrections and Secretary of the Wisconsin Department of Corrections, hereby requests permission to file the attached *amicus curiae* statement in relation to Plaintiffs' Emergency Motion to Modify Population Reduction Order (Doc. 6522). Mr. Raemisch and undersigned counsel believe that his statement can assist this Court in responding to the motion filed by Plaintiffs seeking emergency relief – an order "requiring the State to reduce the population in crowded congregate living spaces to a level that will permit social distancing and protect the medically vulnerable by releasing or relocating class members who are at especially high risk of severe illness from COVID-19." (Doc. 6522 at 40.) Mr. Raemisch provides the attached statement to help this Court and the parties to proceed in a manner that best serves public safety and public health in this unprecedented crisis. The parties have consented to his filing the statement.

Mr. Raemisch has decades of experience in criminal justice. After being appointed the Executive Director of the Colorado Department of Corrections in 2013, Mr. Raemisch helped that department to undertake many reforms. He previously served as the Secretary of the Wisconsin Department of Corrections, the elected sheriff of Dane County, Wisconsin, an Assistant United States Attorney for the Western District of Wisconsin, and an Assistant District Attorney in Dane County, Wisconsin. He holds a J.D. awarded *cum laude* by the University of Wisconsin School of Law. *See* Raemisch Statement ¶¶ 2-6, Exh. 1 at 1-2.

Mr. Raemisch has testified on corrections matters before a United States Senate Subcommittee. He has served as a member of the United States Delegation to the United Nations convenings in Cape Town and Vienna tasked with revising its standards for the treatment of prisoners, adopted by the U.N. General Assembly in 2015 and known as the Nelson Mandela Rules. He has been invited to participate in numerous

forums on corrections law and policy, including at Yale Law School, New York University Law School, John Jay College of Criminal Justice, and the Ninth Circuit. His colleagues have repeatedly recognized his contributions.  He has received numerous awards for his work, including the 2018 International Corrections and Prisons Association Head of State Award, the 2017 Association of State Correctional Administrators Tom Clements Award, and the 2016 National Alliance on Mental Illness Sam Cochran Award.  *See* Raemisch Statement at ¶¶ 7-10, Exh. 1 at 3.

As reflected in his statement, Mr. Raemisch believes that it is incumbent upon him during the COVID-19 pandemic to volunteer his expertise to aid courts and public officials in understanding the urgent need – and the best approaches – to reduce substantially incarceration levels in order to protect the health and safety of incarcerated people, correctional and medical staff, and the broader community. Raemisch Statement at ¶ 12.  If this Court or the parties were to believe it useful, he would be willing to provide help with respect to the resolution of Plaintiffs' Emergency Motion to Modify Population Reduction Order.  Raemisch Statement at ¶ 29.

Accordingly, Mr. Raemisch requests leave to file the attached *amicus* statement. Counsel for both Plaintiffs and Defendants have consented to the filing.[1]

Respectfully submitted,

DATED:  March 27, 2020

*/s/ Charles D. Weisselberg*

CHARLES D. WEISSELBERG
(Cal. Bar No. 105015)
128 Western Dr.
Richmond, California 94801
Telephone: (510) 643-8159
Email: cweisselberg@law.berkeley.edu

Attorney for Rick Raemisch

---

[1] No counsel for a party authored his statement in whole or part, nor did any person or entity, other than *amicus* or his counsel, make any monetary contribution to its preparation or submission.

Of counsel:

Judith Resnik
(Conn. Bar No. 049660)
127 Wall St.
New Haven, Connecticut 06520
Email: judith.resnik@yale.edu