CHARLES D. WEISSELBERG
(Cal. Bar No. 105015)
128 Western Dr.
Richmond, California 94801
Telephone: (510) 643-8159
Email: cweisselberg@law.berkeley.edu
Attorney for *Amicus Curiae* Rick Raemisch

# UNITED STATES DISTRICT COURTS

## EASTERN DISTRICT OF CALIFORNIA

## AND NORTHERN DISTRICT OF CALIFORNIA

### UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

### PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **THREE JUDGE COURT** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |
| MARCIANO PLATA, et al., | Case No. C01-1351 JST |
| Plaintiffs, | **THREE JUDGE COURT** |
| v. | **EXHIBIT 1 TO STATEMENT OF RICK RAEMISCH** |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Exhibit 1 to Statement of Rick Raemisch

# RICK F. RAEMISCH

## EDUCATION

*Legal* - Juris Doctorate/Cum Laude; University of Wisconsin Law School, 1984-1988.

*Undergraduate* - Bachelor of Science in Political Science, Minor in Public Administration; University of Wisconsin-Stevens Point, 1971-1975.

## EXPERIENCE

**Independent Corrections Consultant**                                *2019 - Present*

### *Colorado Department of Corrections, Colorado Springs CO*
**Executive Director**                                                *July 2013 - 2019*
Oversee, for the Governor of the State of Colorado, the largest Cabinet agency responsible for over 20,000 inmates and 10,000 parolees. The Colorado Department of Corrections has approximately 6000 employees and a budget of 808 million dollars.

### *Madison College, Madison WI*
**Dean-School of Human and Protective Services**                      *2011 - 2013*
Provide leadership, design, organization, delivery, supervision, assessment and fiscal management for the programs within the School of Human and Protective Services. This includes overseeing the programs in Emergency Medical Services, Criminal Justice, Fire, Human Services, and Early Childcare Education.

### *Wisconsin Department of Corrections, Madison WI*
**Secretary**                                                          *2007 - 2011*
Oversee, for the Governor of Wisconsin, the largest Cabinet agency responsible for over 22,000 inmates, over 73,000 probation and/or parolees, and approximately 1000 juveniles in institutions or on supervision.

**Deputy Secretary**                                                   *2005 - 2007*
Manage a workforce of 10,000 employees with oversight of an approximate one billion dollar budget.

**Division Administrator**                                             *2003 - 2004*
Manage a work force of over 1800 employees with oversight of 68,000 probation and parolees.

### *Wisconsin Tax Appeals Commission, Madison WI*
**Commissioner**                                                       *2002 - 2003*
Decide tax appeal issues before the Tax Appeals Commission.

Exhibit 1 to Statement of Rick Raemisch

RICK F. RAEMISCH
Page 2 of 4

### KNK Holdings, LLC, Cambridge WI
**General Counsel**                                                              *2000 - 2002*
Provided general counsel for commercial developers, including; land acquisitions, drafting developer agreements, operating agreements, working with governmental units for various permits, and giving routine legal advice on a day to day basis.

### Martin Security, Inc., Madison WI
**Vice President**                                                                *1997 - 2000*
Manage a security workforce of over 150 employees with operations in three states. Duties also included performing legal work for the business, consultations in the area of security, employee policies, and consulting for the Gunta Law Office (Milwaukee) in the area of sexual harassment and law enforcement related issues.

### Dane County Wisconsin, Madison WI
**Sheriff**                                                                        *1990 - 1997*
Manage a workforce of over 400 employees with a budget of approximately 30 million dollars. Elected for four terms.

### U.S. Attorney's Office, Madison WI
**Assistant U.S. Attorney**                                                       *1989 - 1990*
Assigned as a federal drug prosecutor to investigate and prosecute complex federal controlled substance violations cases.

### Dane County District Attorney's Office, Madison WI
**Assistant District Attorney**                                                   *1988 - 1989*
Assigned to the Misdemeanor and Traffic Unit with a caseload of over 400.

### Circuit Court Branch I, Madison WI
**Judicial Internship**                                                                  *1987*
Legal research, primarily in civil cases, drafting court orders, and decisions.

### Dane County Sheriff's Office, Madison WI
**Detective**                                                                      *1981 - 1988*
Investigation of narcotic and vice offenses, including extensive undercover work, organizing and directing complex controlled substance violations, directing drug related homicide investigations, and other drug-related violent crimes, drafting search warrants, criminal complaints and warrants, and civil forfeitures, assisting the District Attorney's Office in preparing cases for trial, and assisting the prosecutor during trial.

**Deputy Sheriff**                                                                 *1976 - 1980*
Enforcement of the Wisconsin State Statutes, primarily in the area of criminal law.

Exhibit 1 to Statement of Rick Raemisch

| AWARDS |
|---|

- International Corrections and Prison Association Head of State Award: *awarded for both national and international progressive corrections reforms*, 2018
- Named one of top ten public officials in the nation by *Governing*, 2018.
- Association of State Correctional Administrators Tom Clements Award: *awarded annually to a member who displays innovation and achievement as a leader in the corrections profession*, 2017.
- National Alliance on Mental Illness Sam Chochran Award: *outstanding work in implementing widespread reforms in the use of solitary confinement in Colorado prisons,* 2016.
- Luan Gilbert Award: *outstanding contributions in domestic violence intervention and prevention,* 1995.
- Attorney General's Wisconsin Law Enforcement Executive of the Year, 1996.
- Voted one of Madison's most 25 influential people by Madison Magazine, 1994.
- International Narcotics Officers Association Commendation: *outstanding service in the field of narcotics enforcement,* 1989.
- Madison South Beltline Optimist Club - Law Enforcement Officer of the Year, 1988.
- Madison Police Department Commendation: *outstanding service to the community,* 1988.
- University of Wisconsin Law School - George Young Memorial Award: *outstanding contribution to the law school community,* 1988.
- Dane County Humane Society Commendation: *initiating and directing an investigation which led to Wisconsin's first felony dog fighting conviction,* 1983.
- Dane County Board of Supervisors - Outstanding Service Award: *arranging and purchasing a large quantity of cocaine from a defendant and apprehending the defendant in the State of Florida after he had escaped from the Dane County Jail,* 1981.

| MEMBERSHIPS |
|---|

### *CURRENT*
- Retired Member, Wisconsin State Bar, 1988 - present.
- Association of State Correctional Administrators
  - Co-chair, Racial Disparity Committee, 2013 - present.
  - Co-chair, Tom Clements Award Committee, 2015 - present.
  - Member, Information Sharing Committee, 2015 - present.
  - Member, Mental Health Subcommittee, 2014 - present.
  - Member, Policy, Resolutions, Legislation and Legal Issues Committee, 2013 - present.
  - Member, Prison Rape Elimination Act (PREA) Committee, 2013 - present.
  - Member, Program and Training Committee, 2015 - present.
  - Member, Restrictive Housing Committee, 2013 - present.
  - Member, Reentry and Community Corrections Committee, 2013 - present.
  - Member, Research and Best Practices Committee, 2013 - present.

### *PREVIOUS*
- Member, Governor's Advisory Council on Community Corrections, 2013 - 2019.
- Member, Governor's Executive Clemency Advisory Board, 2013 - 2019.
- Member, Colorado Criminal and Juvenile Justice Commission, 2013 - 2019.
- Member, Executive Board - Colorado's Integrated Criminal Justice Information System, 2013 - 2019.

Exhibit 1 to Statement of Rick Raemisch

RICK F. RAEMISCH
Page 4 of 4

- Member, Vera Institute of Justice - Advisory Council to the Safe Alternative to Segregation Initiative, 2015.
- Co-Chair, American Correctional Association Restrictive Housing Ad-hoc Subcommittee, 2014 - present.
- Association of State Correctional Administrators
    - Co-chair, Racial Disparity Committee, 2008-2011.
    - Member, Program and Training Committee, 2008-2011.
    - Member, Legal Issues Committee, 2007-2011.
    - Member, Reentry Committee, 2007-2011.
- Member, Governor's State Advisory Council on Early Childhood Education and Care, 2008-2011.
- Member, Governor's Council on Workforce Investment, 2007-2011.
- Member, Educational Approval Board, 2003-2011.
- Member, Dane County Drug Treatment Court, 1996-1997.
- Member, Judicial Courtroom Security Committee, 1990-1997.
- Member, Dane County Domestic Abuse Task Force, 1990 to 1997.
- Member, Attorney General's Advisory Committee on Juvenile Justice, 1994.
- Member, Commission on Sensitive Crimes Coordinated Community Response Task Force, 1992-1997.
- Member, Governor's Gang Violence Prevention Council, 1995.
- Member, Governor's Council on Domestic Abuse, 1992-1995.
- Past President, Badger State Sheriff's Association, 1994-1995.

## PUBLICATIONS

- *Restrictive Housing: Taking the Lead,* Corrections Today Guest Editorial March/April 2015.
- *Opening the Steel Door*, Corrections Managers' Report, April/May 2014.
- *My Night in Solitary Confinement,* New York Times Op-Ed Contributor, February 2014.
- *Cops in Court,* copyright 1992, a training manual used throughout Wisconsin to prepare police officers for courtroom testimony.

Exhibit 1 to Statement of Rick Raemisch