XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                           Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                           Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' ELEVENTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Dean L. Borg, declare:

1. I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration to support Defendants' eleventh status report on the funding process for the design and construction of licensed mental health crisis beds in Southern California.

///

[3419376.1]      1

Borg Decl. Supp. Defs.' 11th Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

2. The work on CDCR's plan to construct 50 new licensed mental health crisis beds at the California Institution for Men (CIM) is proceeding as scheduled. Architect Hellmuth, Obata & Kassabaum (HOK) provided CDCR with the one-hundred-percent working drawings deliverable on March 20, 2020. A teleconference review of the deliverable occurred on March 24, 2020. Stakeholders are currently reviewing the plans and will provide final design review comments to HOK by April 7, 2020. HOK will incorporate the final comments into the working drawings and submit the drawings to the State Fire Marshal by May 4, 2020.

3. In response to COVID-19, CDCR is implementing a telework policy, restricting non-essential travel and limiting access to prison locations to essential functions. These response actions have not led to any delays to the CIM project as of the date of this report; however, future delays are possible and will be reported in subsequent monthly reports.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on March 27, 2020.

>                                    /s/ *DEAN L. BORG*_____
>                                    DEAN L. BORG
>                                    Director
>                                    Facility Planning, Construction and Management
>                                    *(original signature retained by attorney)*

[3419376.1]                                    2

Borg Decl. Supp. Defs.' 11th Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))