1  XAVIER BECERRA
   Attorney General of the State of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  DAMON C. MCCLAIN
   ADRIANO HRVATIN
4  LUCAS HENNES - 278361
   Supervising Deputy Attorneys General
5  NASSTARAN RUHPARWAR - 263293
   ELISE OWENS THORN - 145931
6  TYLER V. HEATH - 271478
   KYLE A. LEWIS - 201041
7  NASSTARAN RUHPARWAR - 263293
   Deputy Attorney General
8  455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
9  Telephone:  (415) 703-5500
   Facsimile:  (415) 703-5843
10 Email:  Nasstaran.Ruhparwar@doj.ca.gov

   HANSON BRIDGETT LLP
   PAUL B. MELLO - 179755
   SAMANTHA D. WOLFF - 240280
   KAYLEN KADOTANI - 294114
   425 Market Street, 26th Floor
   San Francisco, California 94105
   Telephone:   (415) 777-3200
   Facsimile:    (415) 541-9366
   pmello@hansonbridgett.com

11  Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　Defendants. | CASE NO. 2:90-cv-00520 KJM DAD P<br><br>**DECLARATION OF PAUL MELLO IN SUPPORT OF DEFENDANTS' REQUEST FOR EXTENSION OF THE BRIEFING SCHEDULE AND HEARING DATE**<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>　　　　Defendants. | CASE NO. 4:01-1351 JST<br><br>**THREE-JUDGE COURT** |

Case No. 2:90-cv-00520 KJM DAD P

16430884.1    DECL. MELLO SUPP. DEFS.' REQ. FOR EXT. OF THE BRIEFING SCHEDULE AND HEARING DATE

I, Paul B. Mello, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Hanson Bridgett LLP, attorneys of record for Defendants. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. On Friday, March 27, 2020 at approximately 8:08 A.M., I received an email from Don Specter, counsel for Plaintiffs, offering to make Plaintiffs' experts available for deposition over the weekend in light of the "very tight briefing schedule" and "assuming that they are available."

3. I responded to Mr. Specter's email at approximately 1:28 P.M. on March 27, 2020, and thanked Mr. Specter for the offer but advised him that Defendants "cannot possibly depose your witnesses and simultaneously prepare our papers in response to Plaintiffs' emergency motion, supporting declarations, request for judicial notice and also marshal our own evidence and objections under the expedited briefing schedule set forth by the Court." I informed Mr. Specter that Defendants would file a motion requesting to modify the briefing and hearing schedule to provide Defendants until Wednesday, April 1, 2020 at 5:00 P.M. to file their brief and to move the hearing to Friday, April 3, 2020, and I requested Plaintiffs' position on the request.

4. Mr. Specter responded to my email at approximately 2:18 P.M. on March 27, 2020 and indicated Plaintiffs would not agree to Defendants' request given that it is an emergency situation. A true and correct copy of each of these emails referenced in my declaration, including Mr. Specter's 8:08 A.M. email, my 1:28 P.M. email, and Mr. Specter's 2:18 P.M. email, are attached as **Exhibit A** to this declaration.

///
///
///
///
///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of March, 2020, at Oakland, California.

/s/ Paul B. Mello
Paul B. Mello