# Exhibit A

**Paul B. Mello**

| | |
|---|---|
| **From:** | Don Specter <dspecter@prisonlaw.com> |
| **Sent:** | Friday, March 27, 2020 2:18 PM |
| **To:** | Paul B. Mello; Samantha Wolff |
| **Cc:** | Ambra S. Jackson; Corene Kendrick; Ernest Galvan; Lisa Ells; Margot Mendelson; Michael W. Bien; Rita Lomio; Sara Norman; Sophie Hart; Damon McClain; Monica Anderson; Kyle Lewis; Silberfeld, Roman M. |
| **Subject:** | RE: [EXTERNAL] Deposition of Scott Kernan |

Paul,

Normally, we would be happy to extend you the courtesy of an extension, but since this is an emergency situation we believe that any delay could jeopardize the lives of many people incarcerated in the prisons. We put the motion together in about the same time as the Court gave you to respond so we think that time frame is appropriate under these unique circumstances.

Don

**From:** Paul B. Mello [mailto:Pmello@hansonbridgett.com]
**Sent:** Friday, March 27, 2020 1:28 PM
**To:** Don Specter <dspecter@prisonlaw.com>; Samantha Wolff <SWolff@hansonbridgett.com>
**Cc:** Ambra S. Jackson <AJackson@hansonbridgett.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Ernest Galvan <EGalvan@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Michael W. Bien <MBien@rbgg.com>; Rita Lomio <rlomio@prisonlaw.com>; Sara Norman <snorman@prisonlaw.com>; Sophie Hart <sophieh@prisonlaw.com>; Damon McClain (Damon.McClain@doj.ca.gov) <Damon.McClain@doj.ca.gov>; Monica Anderson <Monica.Anderson@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; 'Silberfeld, Roman M.' <RSilberfeld@RobinsKaplan.com>; Ambra S. Jackson <AJackson@hansonbridgett.com>
**Subject:** RE: [EXTERNAL] Deposition of Scott Kernan

Don,

Thank you for the offer, and while we reserve the right to take their depositions should time permit, we cannot possibly depose your witnesses and simultaneously prepare our papers in response to Plaintiffs' emergency motion, supporting declarations, requests for judicial notice and also marshal our own evidence and objections under the expedited briefing schedule set forth by the Court. As a result, we intend to file a motion to modify the briefing and hearing schedule and make a request that balances the extraordinary circumstance of the moment with the Administration's need for additional time to consider and possibly implement additional thoughtful and meaningful measures to address the pandemic, as well as their right to have sufficient time to prepare a thoughtful response setting forth their position on plaintiffs' emergency motion. Specifically, we intend to ask the Court to modify the schedule so that defendants' response is due at 5 pm Wednesday 4/1/20 and the hearing on the motion would occur on Friday 4/3/20. Please let us know plaintiffs' position on our request at your earliest convenience.

Thank you.

Paul

**From:** Don Specter <dspecter@prisonlaw.com>
**Sent:** Friday, March 27, 2020 8:08 AM
**To:** Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>

1

**Cc:** Ambra S. Jackson <AJackson@hansonbridgett.com>; Corene Kendrick <ckendrick@prisonlaw.com>; Ernest Galvan <EGalvan@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Margot Mendelson <mmendelson@prisonlaw.com>; Michael W. Bien <MBien@rbgg.com>; Rita Lomio <rlomio@prisonlaw.com>; Sara Norman <snorman@prisonlaw.com>; Sophie Hart <sophieh@prisonlaw.com>
**Subject:** Re: [EXTERNAL] Deposition of Scott Kernan

Paul,

In light of the 3JP order setting a very tight briefing schedule, we are prepared to offer our experts for deposition over the weekend, assuming that they are available, despite your position that discovery in the 3JP proceeding is closed. If you choose to proceed in this way let me know so we can alert the experts and work out a schedule.

Don

On Tue, Mar 24, 2020 at 9:42 PM Don Specter <dspecter@prisonlaw.com> wrote:

> Paul,
>
> Scott is sheltering in place like everyone else. He's generally available but I haven't given him a specific time because I was waiting to hear from you.
>
> We will have several declarants and two experts. Why don't you let me know what you'd like to do after you see all the filings. Whatever happens it will have to be done quickly.
>
> Don
>
> ---
>
> **From:** Paul B. Mello [mailto:Pmello@hansonbridgett.com]
> **Sent:** Tuesday, March 24, 2020 9:29 PM
> **To:** Don Specter <dspecter@prisonlaw.com>; Samantha Wolff <SWolff@hansonbridgett.com>
> **Cc:** Ambra S. Jackson <AJackson@hansonbridgett.com>; Paul B. Mello <Pmello@hansonbridgett.com>
> **Subject:** RE: [EXTERNAL] Deposition of Scott Kernan
>
> Don,
>
> I need to check with the AG's office, but Thursday afternoon would likely work for us. Have you spoke to Scott re his availability? How will exhibits be handled? Are you anticipating other depositions? Do you have declarants and/or experts? If so, can we work out a schedule to take their depositions?

Thanks.

Paul

**From:** Don Specter <dspecter@prisonlaw.com>
**Sent:** Tuesday, March 24, 2020 8:09 PM
**To:** Paul B. Mello <Pmello@hansonbridgett.com>; Samantha Wolff <SWolff@hansonbridgett.com>
**Subject:** [EXTERNAL] Deposition of Scott Kernan

Paul and Samantha,

I plan to subpoena Scott Kernan for a deposition by Zoom on Thursday in connection with our emergency motion for a population reduction to be filed tomorrow. Sorry for the short notice, but I'm sure you understand the urgency of the situation. I'm happy to schedule the deposition at a time that's convenient for you. I think it will be quick, only an hour or so; at most two hours. Let me know.

Don