| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of the State of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>DAMON C. MCCLAIN<br>ADRIANO HRVATIN<br>LUCAS HENNES - 278361<br>Supervising Deputy Attorneys General<br>NASSTARAN RUHPARWAR - 263293<br>ELISE OWENS THORN - 145931<br>TYLER V. HEATH - 271478<br>KYLE A. LEWIS - 201041<br>NASSTARAN RUHPARWAR - 263293<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004<br>Telephone:  (415) 703-5500<br>Facsimile:  (415) 703-5843<br>Email:  Nasstaran.Ruhparwar@doj.ca.gov | HANSON BRIDGETT LLP<br>PAUL B. MELLO - 179755<br>SAMANTHA D. WOLFF - 240280<br>KAYLEN KADOTANI - 294114<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone:  (415) 777-3200<br>Facsimile:  (415) 541-9366<br>pmello@hansonbridgett.com |

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>             Defendants. | CASE NO. 2:90-cv-00520 KJM DAD P<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY BRIEFING SCHEDULE AND HEARING DATE REGARDING PLAINTIFFS' EMERGENCY MOTION TO MODIFY POPULATION REDUCTION ORDER** |
| MARCIANO PLATA, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN JR., et al.,<br><br>             Defendants. | <u>CASE NO. 4:01-1351 JST</u><br><br>**<u>THREE-JUDGE COURT</u>** |

Defendants have filed a request to modify the briefing schedule regarding Plaintiffs' emergency motion to modify this Court's population reduction Order.

The Court has considered Defendants' request and finds good cause to set the following modified expedited schedule:

1. Defendants' opposition or statement of non-opposition to Plaintiffs' motion shall be filed no later than April 1, 2020, no later than 5:00 p.m.

2. The Court will conduct a telephonic hearing on April 3, 2020, at 1:15 p.m. Dial-information will be provided by Judge Tigar's courtroom deputy, who can be reached atjstcrd@cand.uscourts.gov.

**IT IS SO ORDERED.**

DATED _____, 2020

KIM McLANE WARDLAW
UNITED STATES CIRCUIT JUDGE
NINTH CIRCUIT COURT OF APPEALS

DATED _____, 2020

KIMBERLY J. MUELLER
CHIEF UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF CALIFORNIA

1
2   DATED _____, 2020
3                                       JON S. TIGAR
                                        UNITED STATES DISTRICT JUDGE
4                                       NORTHERN DISTRICT OF CALIFORNIA
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28