OFFICES OF

**PAVONE & FONNER, LLP**

<u>A LAW PARTNERSHIP</u>

**BENJAMIN PAVONE, ESQ.**
**STATE BAR NUMBER 181826**
600 WEST BROADWAY, SUITE 700
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: 619 224 8885
FACSIMILE: 619 224 8886
EMAIL: bpavone@cox.net

ATTORNEYS FOR THE
<u>VALLEY FEVER INTERVENORS</u>

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br> v. <br> GAVIN NEWSOM, *et al*. <br><br> Defendants. | **CASE NO: 2:90-cv-0520 KJM DB P** <br> <u>**THREE-JUDGE COURT**</u> |
| MARCIANO PLATA, *et al.*, <br><br> Plaintiffs, <br> v. <br> GAVIN NEWSOM, *et al*. <br><br> Defendants. | **CASE NO: 01-cv-01351-JST** <br> <u>**THREE-JUDGE COURT**</u> <br> **VALLEY FEVER PRISONERS' REQUEST TO INTERVENE AND JOIN PLO APPLICATION FOR EMERGENCY RELIEF / SPECIAL PROTECTION FROM COVID-19 EPIDEMIC** |
| In re VALLEY FEVER inmates, <br><br> Intervenors. | **Date: April 1, 2020** <br> **Time: 1:15 pm** <br> **Dept: 6 - 2nd Floor** <br> **Courtroom: 1301 Clay Street, Oakland, CA 94612** <br><br> **(Telephonic Hearing Only)** |

---

ABUKAR, *et al.* v. KELSO, *et al.*
VALLEY FEVER COMPLAINT (#14)

PLEASE TAKE NOTICE that 126 valley fever victims request to intervene in these proceedings in order to obtain special protection in light of their potential exposure to the risk of contracting coronavirus.

Valley fever is a serious, incurable respiratory disease. These plaintiffs have pending damage claims in California federal courts,[1] but they move for injunctive relief in this action as a group, given their ultra-vulnerable high-risk status.

As a group, they also give notice that they estimate there are 2,500 additional valley fever victims in the California prison population, all of whom are likely to be exceptionally vulnerable to a compounding respiratory health threat such as Covid-19.

Given the severe potential and possibly fatal impact on this pool, intervenors join the PLO motion seeking emergency relief, including immediate release, alternative social distancing measures, and any other special or exceptional protections that may be available to them to minimize their risk of contraction.

Date: March 27, 2020                                  PAVONE & FONNER, LLP

  /s/ Benjamin Pavone
Benjamin Pavone, Esq.
Attorneys for Plaintiffs

---

[1] *See Bates, et al. v. Schwarzenegger, et al.*, Ninth Cir. Case No. 19-17094;
*See Abukar, et al. v. Schwarzenegger, et al.* (N.D.Cal.2020) Case No. 20-cv-00731.

# **TABLE OF CONTENTS**

NOTICE OF MOTION ........................................................................................................ 2

INTRODUCTION AND NOTICE OF JOINDER ............................................................. 3

I.   VALLEY FEVER IS A SERIOUS AND CHRONIC LUNG DISEASE. EXPOSURE OF VALLEY FEVER VICTIMS TO THE CORONAVIRUS PRESENTS EXTRAORDINARY HEALTH RISK. ................................................... 4

    A.   Plaintiffs Have Standing to Appear as an Intervenor ............................................. 4

    B.   Basic Nature of Valley Fever ................................................................................. 4

    C.   The 2004-2014 Coccidioidomycosis Epidemic
Results in Several Thousand Current Cases. ......................................................... 5

    D.   Criminal Composition of the Valley Fever Pool ................................................... 6

CONCLUSION .................................................................................................................... 7

## **INTRODUCTION AND NOTICE OF JOINDER**

Plaintiffs generally join and incorporate PLO's moving papers in support of the instant emergency request. As applicable specifically to the valley fever pool, they introduce their position by highlighting a few matters:

(1) According to PLO, about 40% of the inmate popluation resides in dormitory-type residential conditions. This presents extraordinary risk to persons already at risk. It can be further expected that valley fever victims reside in even greater numbers in such settings given their disproportionate representation in medical facilities;

(2) Covid-19 is a respiratory lung ailment, as is valley fever, both of which involve a rapid replication of virus-based cells that crowd out the normal breathing function. Thus, the two diseases may act in a synergistic adverse fashion and may be particularly detrimental to valley fever victims;

(3) The typical treatment for valley fever, doses of varying amounts of the strong anti-fungal medication fluconazole and its various derivatives, could be contra-indicated for treatment of Covid-19 victims and create a significant strategic medical plan dilemma;

(4) valley fever likely qualifies as a high-risk medical condition according to the CDC guidelines with respect to Covid-19, for purposes of meriting special accommodations, including prompt release. As detailed herein, valley fever victims also tend to have other ailments that further increase their risk profile.

(5) It was undersigned counsel's legal team's general policy in the earlier litigation to only accept cases on behalf of non-violent inmates. Therefore, the instant valley fever pool not only represents high-risk individuals (ones generally less active/physically able/proactive), it also reflects ones that as a group should be predisposed toward lower criminal danger risk if released.

# I.
# VALLEY FEVER IS A SERIOUS AND CHRONIC LUNG DISEASE. EXPOSURE OF VALLEY FEVER VICTIMS TO THE CORONAVIRUS PRESENTS EXTRAORDINARY HEALTH RISK.

### A. Plaintiffs Have Standing to Appear as an Intervenor

This Court's order of March 26, 2020 contemplates that parties with an interest in the current coronavirus issues may appear and assert their positions. See Dkt. 3223, ¶ 3.

Valley fever victims have been recognized and treated in this litigation as a distinct interest group. *See* Dkt. 2580, 2598, 2601, 2618, 2622, 2661.  Although undersigned counsel does not purport to speak for every inmate afflicted with valley fever, in considering the plight of the named group, the Court may safely assume that these problems are representative of the larger pool's overall dilemma.

### B. Basic Nature of Valley Fever

Prisoners are entitled to protection from serious diseases while in custody. *Helling v. McKinney*, 509 U.S. 25, 33-34 (1993); *Hines v., Youssef*, 914 F.3d 1218, 1235-1236 (9th Cir. 2019).

As summarized by the Ninth Circuit in *Edison v. Geo*:

> Cocci is an infectious disease caused by inhalation of Coccidioides immitis, a fungus that lives in the San Joaquin Valley soil.  According to the Center for Disease Control and Prevention ("CDC"), '[s]ymptomatic coccidioidomycosis, which occurs in approximately 40% of all infections, has a wide clinical spectrum, including mild influenza-like illness, severe pneumonia, and disseminated disease.'
>
> The disseminated form of the disease – that is, when the fungus spreads from the lungs to the body's other organs – is the most serious.  Disseminated cocci may cause miliary tuberculosis, bone and joint infections (including osteomyelitis), skin disease, soft tissue abscesses, and meningitis. In some cases, surgery may be the only available treatment.
>
> The antifungal Fluconazole is effective against most cocci infections, but it is a daily treatment that must be continued for the rest of the patient's life.  Individuals of certain races, especially

> African-Americans and Filipinos, are at significantly higher risk of contracting disseminated cocci than the rest of the population. If left untreated and allowed to progress to meningitis, the disseminated form of the disease is uniformly fatal."

*Edison v. Geo*, 822 F.3d 510, 514-515 (9th Cir. 2016).

Valley fever victims continuously report trouble breathing, in various iterations: they cannot take "deep" breaths; they have "shortness" of breath; they have congestion and build-up in their lungs and nasal airways; they cough excessively and feel like they are choking; and they develop nodules/lesions/masses in their lungs that interfere with breathing. Dec. B. Pavone ("BLP"), ¶ 1.

Difficulty breathing is the leading symptom of valley fever. BLP, ¶ 2.

Consequently, valley fever victims are the last group that can afford to be afflicted with a second serious lung disease, one that makes their already-difficult breathing even more difficult. BLP, ¶ 3.

### C. The 2004-2014 Coccidioidomycosis Epidemic Results in Several Thousand Current Cases.

From 2004-2014, there was an epidemic of cocci cases in the California prison system. Plaintiffs know of no specific tracking mechanism to isolate the exact number of such cases. The condition is well-documented in an inmate's central medical file, particularly after 2013 litigation in this case validated excessive exposure as an Eighth Amendment violation. *See Plata v. Newson*, Dkt. 2661; BLP, ¶ 4.

Consequently, the housing placement of valley fever victims, and other inmates at high risk in the event of contraction, are filtered through an existing CDCR valley fever policy. *See* BLP, ¶ 5; Ex. 1.

Based on incidence rate numbers during the epidemic across the eight most endemic prisons, it is estimated that 5,000 prisoners contracted the disease. Undersigned counsel's legal team processed a universe of about 1,500 cases, keeping 270, and we were only one of two mass tort valley fever legal efforts. BLP, ¶ 6.

At this point, about half of our clients, the *Smith* plaintiffs, have been released, so as a rough extrapolation, there are somewhere around 2,500 prisoners currently incarcerated in California that have contracted valley fever. BLP, ¶ 7.

Before the Court are 126 of them. BLP, ¶ 8; Appendix A.

Given the fact that valley feer is a serious and incurable respiratory ailment, and based on the Appendix A table reflecting individual detail about each VF victim's particular situation, intervenors request immediate release from custody, or other special protection, consistent with the larger treatment of at-risk persons sought to be protected by PLO's motion. *See* PLO Mot,, p. 24 (Dkt. 3219), *citing* Bien Decl. ¶ 52, Exh. 38 ¶¶ 1-6 (Newsom March 4, 2020 Proclamation of a State of Emergency); Cal. Gov. Code § 8658.

### D.  Criminal Composition of the Valley Fever Pool

In late 2012, when undersigned counsel first began evaluating valley fever cases, there was no immediate discrimination in terms of the nature of the valley fever victim's underlying criminal offense. BLP, ¶ 8.

However, with the addition of other lawyers to the team and the magnitude of potential cases, a more refined case-acceptance policy was implemented.  The team's case selection process evolved to focus on instances of more serious consequences of the ailment, along with plaintiffs who possessed a non-violent criminal history. BLP, ¶ 9.

We relied on summary reporting from the inmates to this effect; that information is not solid enough to make definitive representations to this Court. BLP, ¶ 10.  However, inasmuch as a policy relating to an issue typically returns cases consistent with it, the valley fever pool before the Court should generally conform to the more serious VF case criterion and the non-violent criminal history criterion that governed our selection process. BLP, ¶ 10.

PAVONE & FONNER, LLP

As per the appendix table below, valley fever victims have a uniquely large constellation of medical conditions that qualify them as high risk. BLP, ¶ 11; Appendix A. On top of that, the anti-fungal treatment for valley fever typically lowers the victim's immunity; it is a well-known side effect. BLP, ¶ 11.

Consequently, the valley fever pool before the Court is particularly well-suited to exceptional leniency in these circumstances: *(i)* they are extremely vulnerable to this particular disease; *(ii)* they qualify as high risk across multiple metrics; *(iii)* they generally have more serious VF conditions, and *(iv)* they should present a generally lower criminal risk profile than the larger prison population, if released.

## CONCLUSION

As such, intervenors respectfully request immediate evaluation for release, and alternative to that, are in profound need of special protection to minimize the risk of contraction of Covid-19, as well as respectfully requesting statutory fee shifting for the transaction cost of this exercise under 42 U.S.C. § 1988.

Respectfully Submitted:

Date: March 27, 2020                              PAVONE & FONNER, LLP

_____
Benjamin Pavone, Esq.
Attorneys for Intervenors

# APPENDIX A

## DETAIL re VALLEY FEVER
## INTERVENORS' COVID-19 RISK PROFILE

| NO. | NAME | CDCR | AGE | COVID-19 HIGH RISK FACTORS |
|---|---|---|---|---|
| 1. | Mr. Richard Adams | G14801 | 46 | VF + Liver Damage + Lung Pain/Lung Buildup |
| 2. | Mr. Alfred Allen | V09298 | 40 | VF |
| 3. | Mr. Pasqual Aparicio | C62465 | 63 | VF + Age |
| 4. | Mr. Pedro Archuleta | V40187 | 40 | VF |
| 5. | Mr. David T. Atzet | G50319 | 57 | VF + Autoimmune Hep + Cirrhosis of the Liver + Immunocompromised |
| 6. | Mr. Derrico Aubrey | G36219 | 41 | VF + Asthma |
| 7. | Mr. Myrick Banks | AL5009 | 42 | VF |
| 8. | Mr. Derek Birge | D90787 | 50 | VF + 1/2 of Lung Removed |
| 9. | Mr. Ray Bracamonte | K85547 | 47 | VF |
| 10. | Mr. Darrell Bradford | T49982 | 58 | VF - Disseminated Meningitis |
| 11. | Mr. Derick Brown | H75504 | 51 | VF + Lung Spores |
| 12. | Mr. Gordon Bruce | T53273 | 79 | VF + Advanced Age |
| 13. | Mr. Larry Caballero | E15100 | 53 | VF, Disseminated + Hep C |
| 14. | Mr. Cosmo Cadena | P19471 | 40 | VF + Part of Lung Removed + Asthma |
| 15. | Mr. Charles Carter | V44640 | 49 | VF |
| 16. | Mr. Ricky Carter | J59549 | 45 | VF |
| 17. | Mr. Pablo Castaneda | G28767 | 53 | VF |
| 18. | Mr. Andrew Cejas | F34368 | 52 | VF + Asthma |
| 19. | Mr. Clifford Chaney | J48650 | 45 | VF + Asthma |
| 20. | Mr. Otha Clark | F08904 | 33 | VF + Asthma |
| 21. | Mr. Robert Conley | V21840 | 63 | VF + Age + Liver Damage + Lung Issues |
| 22. | Mr. Barry Cook | AH6418 | 58 | VF + Kidney Issues |
| 23. | Mr. Roy Corning | C44289 | 71 | VF + Age |

| NO. | NAME | CDCR | AGE | COVID-19 HIGH RISK FACTORS |
|---|---|---|---|---|
| 24. | Mr. Walter Cornethan | AI2224 | 46 | VF |
| 25. | Mr. Orlando Creswell | AD3678 | 56 | VF + Diabetes |
| 26. | Mr. Joe DeJesus | F73269 | 56 | VF + Asthma + Lung Pain |
| 27. | Mr. Daniel Devine | AM7741 | 38 | VF |
| 28. | Mr. Gerald Dickson | C65708 | 56 | VF + Lung Issues + Excessive Coughing |
| 29. | Mr. Eric Donaldson | AE3869 | 47 | VF + Asthma |
| 30. | Mr. Joseph Duran | V95938 | 52 | VF + Lung Issues + Asthma |
| 31. | Mr. Gonzalo Escoto | K94162 | 46 | VF |
| 32. | Mr. Vickter Estrada | G67609 | 36 | VF |
| 33. | Mr. James Farr | T51954 | 66 | VF + Age + Emphysema + COPD + Heart Problems + Lung Issues |
| 34. | Mr. Jerome Felder | K06352 | 42 | VF + Lung Issues/Pneumonia |
| 35. | Mr. Alvin Flowers | T91323 | 57 | VF + COPD + Depressed Immune System |
| 36. | Mr. Andra L. Foster | K33009 | 54 | VF + Asthma |
| 37. | Mr. Antonio Franco | E69947 | 63 | VF + Age + Asthma + Lung Issues (at CMF Vacaville) |
| 38. | Mr. Steve G. Franklin | K52395 | 67 | VF + Age (at CHCF) |
| 39. | Mr. Mike Frederiksen | K22061 | 58 | VF |
| 40. | Mr. Ruben Gaeta | P68605 | 61 | VF + Age |
| 41. | Mr. James Garrett | T47531 | 66 | VF + Age + Asthma + Lung Mass + Diabetes |
| 42. | Mr. John Gholar | T10361 | 67 | VF + Age (at CHCF) |
| 43. | Mr. Robert Gonzalez | G26222 | 40 | VF |
| 44. | Mr. Vernon Grant | V06809 | 47 | VF |
| 45. | Mr. Walter Green | AA4334 | 48 | VF + Lung Issues |
| 46. | Mr. Kevin Hardin | K75820 | 57 | VF |
| 47. | Mr. Robert Harris | D51645 | 55 | VF + Lung Lesions |
| 48. | Mr. Herman Haynes | J69292 | 44 | VF + Currently Hospitalized + Coughs/Vomits Blood + Lung Lesions |
| 49. | Mr. Clifford Hayter | V32822 | 64 | VF + Age |
| 50. | Mr. Sinohe Hercules | F33434 | 38 | VF + Asthma |
| 51. | Mr. Roland Hicks | AF1150 | 51 | VF + Lump in Lung |
| 52. | Mr. Sokha Hinn | P37365 | 45 | VF + Kidney Issues |

| NO. | NAME | CDCR | AGE | COVID-19 HIGH RISK FACTORS |
|---|---|---|---|---|
| 53. | Mr. Hollie Garrett | AI5024 | 37 | VF |
| 54. | Mr. Ellis Hollis | T66261 | 53 | VF + Asthma |
| 55. | Mr. Jesus Ibarra | T00374 | 53 | VF + Serious Long Congestion |
| 56. | Mr. Jose Islas | J89852 | 42 | VF |
| 57. | Mr. Curtis R. Jackson | J88116 | 61 | VF + Age (at CMF Vacaville) |
| 58. | Mr. Kenji Jackson | H26381 | 47 | VF + Lung Growth |
| 59. | Mr. Adrian Johnson | P68103 | 44 | VF + Asthma + Aspergillosis |
| 60. | Mr. Daniel Johnson | J09293 | 60 | VF + Age (at CMF Vacaville) |
| 61. | Mr. Jason Johnson | G00700 | 39 | VF + Asthma |
| 62. | Mr. Jesse Johnson | D74460 | 54 | VF |
| 63. | Mr. Anthony Jones | D56853 | 63 | VF + Age + Kidney Failure |
| 64. | Mr. Daniel Jones | F99657 | 67 | VF + Age (at CMF Vacaville) |
| 65. | Mr. Edward Jones | K26983 | 62 | VF + Age |
| 66. | Mr. Bruce Koklich | V25135 | 60 | VF + Age + Lung Issues |
| 67. | Mr. Milos Klvana | E47395 | 79 | VF + Advanced Age |
| 68. | Mr. Titi Lavea | V03046 | 51 | VF + Difficulty Breathing |
| 69. | Mr. Mikhiel Leinweber | T58130 | 38 | VF + Lung Scarring |
| 70. | Mr. Asad Lewis | G17886 | 58 | VF + Severe Congestion |
| 71. | Mr. Cleofas Lewis | T23096 | 59 | VF + Diabetes (at CMF Vacaville) |
| 72. | Mr. George Lewis | P90583 | 38 | VF + Asthma |
| 73. | Mr. Robert Maeschek | C15018 | 58 | VF + Kidney Disease |
| 74. | Mr. Frank Manuel | D72980 | 77 | VF + Advanced Age (at CMF Vacaville) |
| 75. | Mr. Michael Manning | H95717 | 62 | VF + Age |
| 76. | Mr. Ellis McCloud | E10771 | 58 | VF + COPD + Diminished Lung Capacity |
| 77. | Mr. Jeffrey McDonald | P05806 | 53 | VF + Fluid in Lungs + Immunocompromised + Irregular Heartbeat (at CHFS) |
| 78. | Mr. Charles McQuarn | P13070 | 70 | VF + Age |
| 79. | Mr. Enrico Mellon | G49784 | 64 | VF + Age + Asthma |
| 80. | Mr. Thomas Milford | K40081 | 50 | VF + Asthma |
| 81. | Mr. William Milton | P38650 | 53 | VF + Allergies/Sinus Issues |
| 82. | Mr. Grady Montgomery | K52660 | 55 | VF + Coughs/Vomits Blood + Fluid in Lungs |

| NO. | NAME | CDCR | AGE | COVID-19 HIGH RISK FACTORS |
|---|---|---|---|---|
| 83. | Mr. Freddy Neal | H44704 | 48 | VF |
| 84. | Mr. Richard Neff | AH2019 | 57 | VF + Asthma + Hep C |
| 85. | Mr. Raymond Newson | E38262 | 57 | VF + Asthma (at CMF Vacaville) |
| 86. | Mr. Chek Ngoun | P47103 | 48 | VF + Lung Scarring |
| 87. | Mr. Mack Page | J66125 | 71 | VF + Age (at CHCF) |
| 88. | Mr. Cedrick Parker | T38256 | 55 | VF + Uses Xopenex Inhaler |
| 89. | Mr. Juan Penalva | P41303 | 44 | VF |
| 90. | Mr. Jesus Perez | F74098 | 29 | VF |
| 91. | Mr. Marvin Pierce | F68477 | 60 | VF + Asthma + Lung Spots (cancer) (at CMF Vacaville) |
| 92. | Mr. Robert Preston | V67998 | 34 | VF + Lung Masses |
| 93. | Mr. Carlos Quintanilla | K86137 | 43 | VF + Asthma |
| 94. | Mr. Harvey Rayburn | K42493 | 53 | VF + Asthma + Coughs/Vomits Blood |
| 95. | Mr. Jay Roach | F19402 | 38 | VF + Asthma |
| 96. | Mr. Amos Roberts | D36621 | 71 | VF + Age + Cancer + Hep C |
| 97. | Mr. Chris Roberts | H15228 | 53 | VF + "Can't Deep Inhale" |
| 98. | Mr. David Robinson | F13839 | 68 | VF + Age |
| 99. | Mr. Antonio Robles | H72405 | 50 | VF + Hep C |
| 100. | Mr. Anthony Rodriguez | C34155 | 59 | VF + Hep C |
| 101. | Mr. Ronald Rodriguez | AZ7586 | 47 | VF |
| 102. | Mr. Reynaldo Rubio | F75170 | 46 | VF + Asthma |
| 103. | Mr. John Ruggles | G23563 | 64 | VF + Age + Lung Issues |
| 104. | Mr. Lorenzo Sams | G36561 | 67 | VF + Age + Asthma + Pneumonia + Heart Problems (at CHCF) |
| 105. | Mr. Johnny Sanchez | E72914 | 53 | VF + Had a Collapsed Lung |
| 106. | Mr. Tyrone Sanders | F20814 | 38 | VF + Asthma + Coughs/Vomits Blood + Collapsed Lung + Erratic Heart Beat |
| 107. | Mr. Albert Sherrod | P18116 | 63 | VF + Age |
| 108. | Mr. Corey Smith | G44282 | 44 | VF + Asthma |
| 109. | Mr. Kirk Smith | P35846 | 60 | VF + Age + Asthma + Prior Heart Attack + Half of Right Lung Removed + Diabetes (at CMF Vacaville) |

| NO. | NAME | CDCR | AGE | COVID-19 HIGH RISK FACTORS |
|---|---|---|---|---|
| 110. | Mr. Edward Spence | F34865 | 52 | VF + Right Lung Removed + Renal Failure (at CMF Vacaville) |
| 111. | Mr. Tracy Stewart | C87900 | 53 | VF |
| 112. | Mr. Hector Talamantes | T54171 | 52 | VF + Coughs/Vomits Blood |
| 113. | Mr. Julio Taramona | H83259 | 58 | VF + Serious Breathing Issues |
| 114. | Mr. Maurice Thomas | AL9879 | 50 | VF (at CMF Vacaville) |
| 115. | Mr. Tyrone Thompson | H84131 | 58 | VF (at CMF Vacaville) |
| 116. | Mr. Elonza Tyler | K57476 | 55 | VF + Lung Issues |
| 117. | Mr. Jeffery Tyson | K95887 | 50 | VF (at CMF Vacaville) |
| 118. | Mr. Solomon Vasquez (County: 7700044132) | | | VF + Lung Pneumonia + Immunocompromised |
| 119. | Mr. Ken Washington | P08412 | 42 | VF + Asthma + Scarred Lungs (at CMF Vacaville) |
| 120. | Mr. Byron West | F42431 | 53 | VF + Lung Issues |
| 121. | Mr. Bertrum Westbrook | F94023 | 43 | VF + Cancer |
| 122. | Mr. Thomas Wiley | AE3370 | 71 | VF + Age (at CHCF) |
| 123. | Mr. Darren Williams | D62700 | 59 | VF + Asthma (at CHCF) |
| 124. | Mr. Xavier Williams | G06665 | 31 | VF + Asthma |
| 125. | Mr. Finley Wimbley | E74507 | 48 | VF + Diabetes |
| 126. | Mr. Wayne Woods | K38629 | 64 | VF + Age + Lung Scar Tissue |

OFFICES OF

**PAVONE &**  **FONNER, LLP**

A LAW PARTNERSHIP

**BENJAMIN PAVONE, ESQ.**
**STATE BAR NUMBER 181826**
600 WEST BROADWAY, SUITE 700
SAN DIEGO, CALIFORNIA  92101
TELEPHONE: 619 224 8885
FACSIMILE: 619 224 8886
EMAIL: bpavone@cox.net

ATTORNEYS FOR THE
VALLEY FEVER INTERVENORS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO PLATA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, *et al*. <br><br> Defendants. <br> ——————————— <br><br> In re VALLEY FEVER inmates, <br><br> Intervenors. | CASE NO:  01-cv-01351-JST <br><br> **PROOF OF SERVICE** |

   I am a resident of the San Diego County.  I am over the age of eighteen years and not a party to the within entitled action.  My business address is 600 W. Broadway, Ste. 700, San Diego, California 92101.

   On March 27, 2020, the following was served:

- Notice of Intervention and Emergency Motion/Joinder
- Declaration of Benjamin Pavone

This was circulated to the persons below, as well as to all persons on the *Plata* Court's electronic service list:

## SERVICE LIST

**Attorneys for State Officials**

Jon Allin, Esq.
Joseph Wheeler, Esq.
California Attorney General's Office
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
jon.allin@doj.ca.gov
joseph.wheeler@doj.ca.gov

**Attorneys for Doctors**

Susan E. Coleman, Esq.
Burke, Williams & Sorensen, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
T: 213 236 0600
F: 213 236 2700
E: scoleman@bwslaw.com

Via ECF electronic mail.

I declare under the laws of the State of California under penalty of perjury on this 27th day of March, 2020 that the foregoing is true and correct. Executed at San Diego, California.

