| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | ERNEST GALVAN – 196065 |
| ALISON HARDY – 135966 | LISA ELLS – 243657 |
| SARA NORMAN – 189536 | JESSICA WINTER – 294237 |
| MARGOT MENDELSON – 268583 | MARC J. SHINN-KRANTZ – 312968 |
| RITA LOMIO -- 254501 | CARA E. TRAPANI – 313411 |
| PRISON LAW OFFICE | ROSEN BIEN |
| 1917 Fifth Street | GALVAN & GRUNFELD LLP |
| Berkeley, California 94710-1916 | 101 Mission Street, Sixth Floor |
| Telephone: (510) 280-2621 | San Francisco, California 94105-1738 |
| | Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURTS

EASTERN DISTRICT OF CALIFORNIA

AND NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **THREE JUDGE COURT** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |
| MARCIANO PLATA, et al., | Case No. C01-1351 JST |
| Plaintiffs, | **THREE JUDGE COURT** |
| v. | |
| GAVIN NEWSOM, | **DECLARATION OF DONALD SPECTER IN SUPPORT OF PLAINTIFFS' OPPOSTION TO DEFENDANTS' REQUEST TO MODIFY BRIEFING SCHEDULE AND HEARING DATE REGARDING PLAINTIFFS' EMERGENCY MOTION TO MODIFY POPULATION REDUCTION ORDER** |
| Defendants. | |

I, Donald Specter, declare:

1. I am a member of the Bar of this Court and co-counsel for Plaintiffs in both of the above-entitled actions. I am also the Executive Director of the Prison Law Office.

2. In my capacity as co-counsel in these actions and as the head of the Prison Law Office I have been asking the Governor's office to reduce prison population intermittently for the past year. Since COVID-19 has become an emergency, I along with my-counsel Michael Bien have been in frequent contact with state officials about the urgent need to reduce the density of the prison population by reducing that population as quickly as possible. Those recent discussions did not yield sufficient positive results to, in my opinion and that of experts with whom I consulted, mitigate the serious risk presented by COVID-19. Therefore, on Monday March 23, Michael Bien and I directed our respective offices to begin working on a motion to this Court to reduce the prison population.

3. The next morning, Tuesday March 24, 2020, at approximately 9:00 a.m. Mr. Bien and I had a telephone conference with Kelli Evans, Deputy Legal Affairs Secretary to Governor Newsom, and Special Master Lopes, to inform them that we would begin preparing a motion to reduce the prison population in light of the COVID-19 emergency and that it would be filed as soon as possible. That motion was filed one day later on Wednesday March 25, 2020 at 8:15 p.m.

4. Throughout the discussions over the past year and in recent weeks, both Mr. Bien and I have continued to suggest that this matter could be resolved through negotiation. However, Defendants have yet to engage in meaningful negotiations over this issue.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Sonoma County on March 28, 2020.

*/s/Donald Specter*
Donald Specter

1
SPECTER DECL. IN SUP. PLTFS' OPP. TO DEFS' REQUEST TO MODIFY BRIEFING SCHEDULE