IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>GAVIN NEWSOM, et al.,<br>　　　　Defendants. | Case No. 2:90-cv-0520 KJM DB P<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br>　　　　Plaintiff,<br>　　v.<br>GAVIN NEWSOM, et al.,<br>　　　　Defendants. | Case No. 01-cv-01351-JST<br>**THREE-JUDGE COURT**<br>**ORDER RE: DOCKETING PROCEDURES** |

A motion to intervene has been filed only on the *Plata* docket at ECF No. 3224. The Court issues this reminder that all documents filed before this Court must be filed on *both* the individual *Plata* and *Coleman* dockets. The filer of *Plata* ECF No. 3224 shall immediately file his motion on the *Coleman* docket.

Given the expedited nature of these proceedings, it is especially important that this procedure be followed to ensure that all judges are promptly made aware of filings made before

/ / /

/ / /

/ / /

/ / /

/ / /

this Court. Accordingly, the Court will appreciate counsel's assistance in reminding their counterparts if they notice that a document has not been filed on the dockets for both cases.

**IT IS SO ORDERED.**

Dated: March 27, 2020

On behalf of the Court:[1]

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[1] Judge Tigar issues this order on behalf of the Court pursuant to 28 U.S.C. § 2284(b)(3).