1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PAVONE & FONNER, LLP

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | **CASE NO: 2:90-cv-0520 KJM DB P** |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| GAVIN NEWSOM, *et al.* | |
| Defendants. | |
| MARCIANO PLATA, *et al.*, | **CASE NO: 01-cv-01351-JST** |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | **[PROPOSED] ORDER RE VALLEY FEVER PRISONERS' EMERGENCY MOTION** |
| GAVIN NEWSOM, *et al.* | |
| Defendants. | **Date: April 2, 2020** |
| | **Time: 1:15 pm** |
| In re VALLEY FEVER inmates, | **Dept: 6 - 2nd Floor** |
| Intervenors. | **Courtroom: 1301 Clay Street,** |
| | **Oakland, CA 94612** |
| | **(Telephonic Hearing Only)** |

Having read and considered the valley fever prisoners' motion to intervene, which joined the motion filed by Prison Law Office, their request is:

(\_\_)   Granted.  They are permitted to appear and proceed as intervenors in this action.  In addition:

    (\_\_)   Due to their ultra-susceptibility to the threat of Covid-19 disease, they are to be evaluated immediately for possible release.

    (\_\_)   If the inmate cannot be safely released, he shall be immediately evaluated for special protection against the threat of contraction, including but not limited to, consensual transfer to quarters that maximize social distancing and minimize other risks of transmission.

The Court finds that the requested relief therein meets the requirements of 18 U.S.C. § 3626, in that the relief is narrowly drawn, extends no further than necessary to ensure the protection of intervenors' statutory rights and federal constitutional rights, and is the least intrusive means necessary to accomplish those objectives.

(\_\_)   Denied because:

    (\_\_)   There is not a sufficient showing of an emergency;

    (\_\_)   Policy measures taken by CDCR adequate protect them;

    (\_\_)   Defect in procedure: _____

    (\_\_)   Other: _____

(\_\_)   Other Orders: _____

_____

SO ORDERED.

Date: _____, 2020        NORTHERN DISTRICT FEDERAL COURT

                                _____
                                Hon. Jon S. Tigar, Judge Presiding

PAVONE & FONNER, LLP

1

Date: _____, 2020          EASTERN DISTRICT FEDERAL COURT

2

_____
3

Hon. Kimberley J. Mueller, Judge Presiding
4

Date: _____, 2020          NINTH CIRCUIT COURT OF APPEALS
5

6

_____
7

Hon. Kim McLane Wardlaw
United States Circuit Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PAVONE & FONNER, LLP