OFFICES OF

**PAVONE & FONNER, LLP**

<u>A LAW PARTNERSHIP</u>

**BENJAMIN PAVONE, ESQ.**
**STATE BAR NUMBER 181826**
600 WEST BROADWAY, SUITE 700
SAN DIEGO, CALIFORNIA  92101
TELEPHONE: 619 224 8885
FACSIMILE: 619 224 8886
EMAIL: bpavone@cox.net

ATTORNEYS FOR THE
<u>VALLEY FEVER INTERVENORS</u>

# UNITED STATES DISTRICT COURT
## NORTHERN/ EASTERN DISTRICTS OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br>v.<br>GAVIN NEWSOM, *et al*.<br><br>    Defendants. | **CASE NO:  2:90-cv-0520 KJM DB P**<br><br><u>**THREE-JUDGE COURT**</u> |
| MARCIANO PLATA, *et al.*,<br><br>    Plaintiffs,<br>v.<br>GAVIN NEWSOM, *et al*.<br><br>    Defendants. | **CASE NO:  01-cv-01351-JST**<br><br><u>**THREE-JUDGE COURT**</u><br><br>**DECLARATION OF BRUCE KOKLICH IN SUPPORT OF VALLEY FEVER PRISONERS' REQUEST TO INTERVENE AND SEEK SPECIAL PROTECTIONS** |
| In re VALLEY FEVER inmates,<br><br>    Intervenors. | **Date: April 2, 2020**<br>**Time: 1:15 pm**<br>**Dept: 6 - 2nd Floor**<br>**Courtroom: 1301 Clay Street,**<br>                   **Oakland, CA 94612**<br><br>**(Telephonic Hearing)** |

I, Bruce Koklich, if called to testify, could and would testify competently to the following:

1. Chino Institution for Men ("CIM") consists of four facilities, denominated A-D. A-facility is designated as a High-Risk Medical ("HRM") patient care dormitory yard. Currently there are eight dorms in total which house up to 160 inmates each in Facility A. Currently there are approximately 140 inmates in each 160-man dorm (thus, approximately 1200 inmates on A-facility). The crowded conditions make it impossible to practice social distancing. Currently 140 inmates share eight toilets which are 18 inches apart and nine sinks which are six inches apart, with two urinals. Design capacity at construction was 80 persons per dorm; this equates to 175% of design capacity in apparent contravention of the *Plata* court order. The eight group shower heads are 2 feet, 9 inches apart.

2. Approximately 70% to 80% of the A-facility population are HRM patients, all of which suffer from one or more of: valley fever, HIV, hepatitis C, cancer, cardiac conditions, high blood pressure, diabetes, asthma, allergies, COPD, etc … and many of the HRM patients are also over 65. These patients will apparently suffer a 20% to 30% morbidity rate in the event of Covid-19 contraction.

3. As of March 30, 2020, none of the (several hundred) custody staff and none of the non-custody staff (with the exception of medical staff) wear protective face masks.

4. Currently all of the CIM inmates also have no alternative but to consume contaminated and non-potable drinking water, as reflected in more detail in *Taylor v. Borders*, Case No. 5:18-cv-02488-TJH-AGR, Dkt. 1 (C.D.Cal.2020). This further exacerbates their health risk.

5. Protection and/or release of low-risk offenders from A-facility should be a priority because of the high risk of death from contraction of Covid-19, catalyzed or accelerated by over-crowding and exacerbated by dilapidated facilities. In this

environment, it is impossible to socially distance. The sleeping bunks, where inmates spend at least 10 hours per day, are situated so close that there are eight people living in an area located six feet apart.

6. Inmates are also not provided with hand sanitizer, paper towels or other disinfectants. CIM officers confiscate the disinfectant spray bottles from the inmates who are trying to keep their bunk area clean.

I hereby declare under penalty of perjury under the laws of the State of California that to the best of my knowledge, information and belief, the foregoing is true and correct.

Date: March 30, 2020                                          \s\ Bruce Koklich