XAVIER BECERRA
Attorney General of the State of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON C. MCCLAIN
ADRIANO HRVATIN
Supervising Deputy Attorneys General
NASSTARAN RUHPARWAR - 263293
ELISE OWENS THORN - 145931
TYLER V. HEATH - 271478
KYLE A. LEWIS - 201041
LUCAS HENNES - 278361
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5500
 Facsimile:  (415) 703-5843
 Email:  Nasstaran.Ruhparwar@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF - 240280
KAYLEN KADOTANI - 294114
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                Plaintiffs,<br><br>      v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                Defendants. | 2:90-cv-00520 KJM-DB<br><br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br><br>                                Plaintiffs,<br><br>      v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                Defendants. | C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**RALPH DIAZ DECLARATON SUPPORTING DEFENDANTS' OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO MODIFY POPULATION REDUCTION ORDER** |

I, Ralph Diaz, declare:

1. I am the Secretary of the California Department of Corrections and Rehabilitation (CDCR), and my goal every day is to keep inmates under my charge and the correctional staff that work in our 35 institutions safe. CDCR is working around the clock to manage and appropriately respond to the COVID-19 crisis, and to prevent the illness from spreading in our institutions. Plaintiffs' motion, which I have read, seeks an order releasing an unspecified number and loosely defined cohort of inmates from state custody. I understand Plaintiffs' concerns regarding social distancing, and I share them. I agree that it would be prudent to responsibly release some inmates in response to this crisis, balancing institutional and community resources and safety, and I have taken steps to carry out a significant release of inmates.

2. I was appointed by Governor Gavin Newsom as CDCR's Secretary on March 27, 2019. Before my appointment as Secretary, I served several positions, rising through the ranks over the past 30 years. I served as Undersecretary of Operations, Deputy Director of Facility Operations, and Associate Director of High Security Institutions. Before that, I served as a prison Warden, Correctional Counselor Supervisor, and Correctional Counselor, after starting my career as a Correctional Officer in 1991. I am honored and privileged to lead over 60,000 of the nation's finest correctional professionals, who provide outstanding levels of rehabilitative services to the offenders in our care, including during this time of international and national crisis. I submit this declaration to support Defendants' opposition to Plaintiffs' emergency motion to modify the population reduction order.

3. Attached as Exhibit A is a timeline that outlines CDCR's responses to COVID-19 (through March 27, 2020), and which shows CDCR's responsive and dynamic response to the pandemic. A similar timeline is also provided on CDCR's website at https://www.cdcr.ca.gov/covid19/updates/. The timeline shows that CDCR has addressed the COVID-19 crisis by adding new measures every day since March 11, 2020, and has done so in a public way for all to monitor, including this Court.

4. On March 24, 2020, the Governor issued an executive proclamation (N-36-20) providing that individuals would not be admitted to state custody for 30 days, with the

opportunity for CDCR to extend the policy for another 30 days if suspension continues to be necessary to protect the health, safety, and welfare of inmates and staff. In a typical month, CDCR accepts approximately 3,000 new inmates from county jails or other jurisdictions into custody. As of March 25, 2020, 114,167 inmates were housed in the State's 35 adult institution, equating to 134.2% of design capacity. With the Governor's order suspending admissions into the system, this number will continue to drop through CDCR's normal rate of attrition, with approximately 3,000 inmates leaving CDCR's custody every month.

5. To further accomplish social distancing within CDCR's facilities, on March 30, 2020, I exercised my independent authority under California Government Code § 8658 to direct the release of additional inmates from CDCR's custody. This group is comprised of non-violent inmates, including *Plata* and *Coleman* class members, who meet the following requirements:

(i) the inmates have 60 days or less remaining on their sentences (as of March 30, 2020);

(ii) the inmates are not serving a current term of incarceration for a violent felony offense, as defined by California Penal Code § 667.5(c);

(iii) the inmates are not required to register under Penal Code § 290; and

(iv) the inmates are not serving a current term of incarceration for a domestic-violence offense.

These non-violent inmates will either be released on parole, released to community supervision, or directly discharged.

6. Inmates approved for release under these actions will have appropriate release and transition plans and will be served with reporting instructions and any conditions of release before they are released.

7. Based on these actions, CDCR expects to release the following number of non-violent offenders: 1,751 inmates, male and female, who are within 30 days of their release date; and 1,745 inmates, male and female, who are within 60 days of their release date. These releases, totaling 3,496 inmates, are scheduled to begin as soon as practicable, including within the upcoming days and weeks, as CDCR continues to address COVID-19.

2

Diaz Decl. Supp. Defs.' Opp'n Pls.' Mot. Mod. Pop. Red. Order
Case Nos. 2:90-cv-00520 KJM-DB & C01-1351 JST

8. The COVID-19 pandemic presents an unprecedented set of circumstances that impacts everyone. Like the community, CDCR is working to prevent and manage the spread of COVID-19. CDCR is committed to the safety of everyone in its custody and its staff and will continue to adapt and take every reasonable measure necessary to respond to this crisis.

I declare under penalty of perjury that the information in this declaration is true and correct to the best of my knowledge. Executed on this 31st day of March 2020 in Sacramento, California.

/s/ Ralph Diaz
Ralph Diaz
CDCR Secretary
(*Original signature retained by counsel*)

3

Diaz Decl. Supp. Defs.' Opp'n Pls.' Mot. Mod. Pop. Red. Order
Case Nos. 2:90-cv-00520 KJM-DB & C01-1351 JST