# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION COVID 19 RESPONSE TIMELINES AS OF MARCH 28, 2020

The below is a comprehensive timeline of all of CDCRs efforts to respond to the COVID 19 pandemic:

March 11, 2020:

- The Department suspended Normal Contact Visiting canceled statewide, along with all events of 250 attendees or more.
- The Department also delivered messaging information (Fact Sheets and Posters) on the COVID 19 pandemic to inmate population.
- All CDCR institutions were instructed to order 10 additional hand sanitizer dispenser stations. The purchased dispensers have begun arriving at the institutions and are being placed inside institution dining halls, work change areas, housing units, and where sinks/soap are not immediately available. The dispensers contain the type of alcohol-based hand sanitizer recommended by the Centers for Disease Control and Prevention to help eliminate coronavirus. Additional dispensers may be placed in high-need areas where they can be monitored for safety and security of the institution.

March 12, 2020:

- The Department cancelled all tours within the prisons

March 13, 2020:

- To ensure social distancing amongst our employees we had to postpone the 3/21/20 Correctional Sergeant written examination until further notice

March 14, 2020:

- Expanded precautions at institutions by implementing mandatory verbal screening for all entering state prisons.

March 15, 2020:

- Activated the Department Operations Center.
- Suspended in-person observers at parole suitability hearings.

March 16, 2020:

- Suspended the family visiting program statewide.
- Cancelled all Advanced Learning Institute trainings to afford staff the ability to better social distance.
- Disseminated updated guidance to employees who are 65 and up or who have chronic health conditions.

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION COVID 19 RESPONSE TIMELINES AS OF MARCH 28, 2020

March 17, 2020:

- Suspended all transfers of all parolees to other states or receiving parolees from other states into California for 30 days.
- Suspended all volunteers or rehabilitative program provider to enter prisons.
- Secured two days of free telephone calls for March 19 and March 26 through GTL and two free electronic stamps per week through JPay for all inmates registered at the pilot institutions.
- Released updated guidance for our staff who reside in the Bay Area.

March 18, 2020:

- Expanded verbal screening All CDCR/CCHCS staff given verbal screenings before entering all CDCR/CCHCS work locations.

- Implemented temporary travel and meeting restrictions.

March 19, 2020:

- Secretary Diaz initiated a task force to start developing all options for inmate releases to allow more social distancing within the institutions. The task force was to look at all inmates who were within 12 months of release.

- Postponed written peace officer exams postponed through April 6, 2020.

- Parole suitability hearings postponed through April 6, 2020.

- Limited Inmate transfers to only essential movement.

- To ensure appropriate social distancing, directed Ramadan, Passover, and Easter services to be provided in-cell.

- Standardized academic testing postponed.

March 21, 2020:

- Five staff members were confirmed by their counties public health departments as testing positive for COVID 19. Two employees are assigned to the California Institution for Men, one employee is assigned to Folsom State Prison, and two employees are assigned to California State Prison Sacramento.

- Directed all inmates received into Reception Centers to be quarantined for 14 days to ensure they are not showing symptoms.

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION COVID 19 RESPONSE TIMELINES AS OF MARCH 28, 2020

- Basic Correctional Officer Academy scheduled for March 24 postponed.

- Current Basic Correctional Officer Academy accelerated

March 22, 2020:

- First CDCR inmate tests positive for COVID 19 at LAC and contact investigation is ongoing.

March 23, 2020:

- Social Distancing posters to message staying at least 6 feet apart was provided to prisons for posting.

- All TB testing for staff was postponed to later in the year.

- CDCR/CCHCS-created educational video released for population, which provides the inmate population information on COVID 19 and how to prevent the spread.

March 24, 2020:

- The Department further limited inmate movement by stopping all external transfers of inmates to fire camps, camp pipeline institutions, and Minimum Support Facilities.

- The Department is reaching out to CALFIRE to devise strategies to continue populating the Fire Camps and to continue training in anticipation of the Fire Season.

- Two staff members were identified as positive for COVID 19. One staff member is assigned to the California Institution for Men and the other staff member is assigned to the California Health Care Facility-Stockton.

March 25, 2020:

- Governor issues <u>Executive Order</u> with directives to CDCR to suspend Adult, DJJ intake from counties for 30 days, BPH to develop process for videoconferencing parole hearings, and In-person parole hearings suspended for 60 days

- Population COVID-19 Tracking released

# CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION COVID 19 RESPONSE TIMELINES AS OF MARCH 28, 2020

March 26, 2020:

- CDCR secured 3 days of free calls per week from GTL from March 31, 2020 through April 30, 2020. CDCR Is also developing a solution for increased access to calling (for offenders in restricted housing or hospice beds, similar to how calls are delivered in condemned housing.

- CALPIA was licensed by the California Department of Public Health to begin producing hand sanitizer at its chemical enterprise in CSP-Los Angeles County. CALPIA has shipped the first delivery, 3852 bottles (1,000 Gallons) of the alcohol-based product to 28 CDCR locations.

- CALPIA has designed and initiated production of barrier masks to be utilized by CALPIA mission critical operations and for California Correctional Health Care Services (CCHCS) to supply currently quarantined offenders. CALPIA began shipping barrier masks. CDCR is working CALPIA to expand barrier mask production for staff use.

March 27, 2020:

- Temperature screenings were implemented for all entering prisons and community correctional facilities.

- CDCR released guidance for COVID-19 for PPE controls