XAVIER BECERRA
Attorney General of the State of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON C. MCCLAIN
ADRIANO HRVATIN
Supervising Deputy Attorneys General
NASSTARAN RUHPARWAR - 263293
ELISE OWENS THORN - 145931
TYLER V. HEATH - 271478
KYLE A. LEWIS - 201041
LUCAS HENNES - 278361
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
Email: Nasstaran.Ruhparwar@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF - 240280
KAYLEN KADOTANI - 294114
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**AND THE NORTHERN DISTRICT OF CALIFORNIA**

**UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES**

**PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE**

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | CASE NO. 2:90-cv-00520 KJM P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | CASE NO. C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF JOSEPH BICK, M.D., IN THE MATTER OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO MODIFY POPULATION REDUCTION ORDER** |

1
Decl. J. Bick Opp'n Pls.' Emergency Mot. Modify Population Reduction Order
Case Nos. 2:90-cv-00520 KJM & C01-1351 JST

16436593.1

I, Joseph Bick, M.D., declare:

1. I am currently the Director of Health Care Services for the California Department of Corrections and Rehabilitation (CDCR). In this capacity, I oversee the mental health and dental programs providing services to CDCR's inmate patients. Before holding this position, I served as the Chief Medical Executive at CDCR's California Medical Facility from 2010-2020, the facility's Chief Deputy for Clinical Services from 2007-2010, and the facility's Chief Medical Officer from 1994-2007. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Emergency Motion to Modify the Population Reduction Order.

2. I received a Medical Doctorate from the University of Michigan Medical School in 1987, and am a board certified internist and infectious diseases specialist. I completed an infectious diseases fellowship at St. Luke's Medical Center in Chicago, Illinois in 1993, and am a Fellow in the Infectious Diseases Society of America. In addition to my work at CDCR, I have served as a Visiting Associate Professor for Infectious Diseases at the University of Malaya Medical Centre, Kuala Lumpur, Malaysia from 2012-2013; an International Technical Expert on Prisons with the United Nations Office for Project Services, Myanmar from 2013-2014; an Infectious Diseases Consultant for Kajang Prison in Kajang, Malaysia from 2012-2016; and a Court-Appointed Medical Monitor in *Leatherwood, et al. v. Campbell, et al.*, No. CV-02-BE-2812-W (W.D. Ala.), a class action concerning human immunodeficiency virus (HIV) infected prisoners in the Alabama Department of Corrections, from 2005-2007. I have contributed to various publications addressing infectious diseases in the correctional setting, and was the Assistant Editor of the "Infectious Diseases in Corrections Report" from 1997-2008, and have lectured on infectious diseases including Mycobacterium Tuberculosis, Hepatitis C, Methicillin Resistant Staphylococcus aureus, Coccidioidomycosis (Valley fever), and HIV.

3. Coronavirus disease 2019 (COVID-19) is a respiratory illness caused by a novel (new) coronavirus. COVID-19 was first identified in China in late 2019, and over the past few months it has rapidly spread to many other nations, including the United States. On March 11, 2020, the World Health Organization declared COVID-19 a pandemic. (https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-

2

Decl. J. Bick Opp'n Pls.' Emergency Mot. Modify Population Reduction Order
Case Nos. 2:90-cv-00520 KJM & C01-1351 JST

briefing-on-covid-19---11-march-2020, last retrieved March 28, 2020.) According to the Centers for Disease Control and Prevention (CDC), the virus that causes COVID-19 is spread by both respiratory and person-to-person contact. (https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/how-covid-spreads.html, last retrieved Mar. 28, 2020.) This can include close contact (within about 6 feet) with an infected person when that person coughs or sneezes, producing respiratory droplets that are inhaled into the lungs by nearby persons. The virus can also spread from contact with surfaces or objects that have the virus on them. The virus appears to be spreading easily and sustainably among communities in some affected geographic areas, with persons not sure how or where they became infected. This is known as "community spread." (https://www.nih.gov/health-information/coronavirus, last retrieved Mar. 28, 2020.)

4. Persons infected by the coronavirus have experienced symptoms including fever, cough, and shortness of breath, which can appear 2-14 days after exposure. (https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html, last retrieved Mar. 28, 2020.) Infected persons may feel a range of illness, from mild symptomology to more severe illness that can cause death. Other infected persons can also be asymptomatic after exposure. According the California Department of Public Health, approximately 80% of persons whom have tested positive for COVID-19 do not exhibit symptoms that would require hospitalization. (https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx, last retrieved March 28, 2020.)

5. The CDC has advised people take a variety of precautions to protect themselves from COVID-19 illness, including washing hands often; avoiding touching their eyes, nose, or mouth with unwashed hands; avoiding close contact with people who are sick; and putting physical distance between themselves and other persons. (https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/prevention.html, last retrieved Mar. 29, 2020.) It is widely accepted that certain population groups are at a higher risk for severe illness, including people aged 65 years and older; people living in nursing homes or long-term care facilities; people with chronic lung disease, moderate to severe asthma, heart conditions, or compromised immunity systems; and

3

Decl. J. Bick Opp'n Pls.' Emergency Mot. Modify Population Reduction Order
Case Nos. 2:90-cv-00520 KJM & C01-1351 JST

people experiencing homelessness. (https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html; https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx, last retrieved March 28, 2020.)  As of March 30, 2020, the CDC reports 160,813 total cases and 2,960 deaths in the United States. (https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/cases-in-us.html#reporting-cases, last retrieved March 29, 2020.)  As of March 30, 2020, the California Department of Public Health reports 6,895 total positive cases and 142 deaths in the state. (https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx.)

6. The COVID-19 pandemic presents a serious and unprecedented risk to public health.  In addition to the community at large, COVID-19 also threatens prison inmates because, similar to persons living in nursing homes or group settings, inmates are at a higher risk for contracting the virus given the circumstances of incarceration, including closer living quarters. The State of California has taken a number of steps in response to the emerging, rapidly evolving COVID-19 pandemic, among them declaring a State of Emergency directing state agencies take actions to protect public health and safety, including in its prisons.  Staff at CDCR and the California Correctional Health Care Services (CCHCS) are working closely with infectious disease control experts to minimize the impact of COVID-19 on the Department's operations and prevent harm to inmates and staff.  Many of the responsive actions taken by CDCR correspond to the interim COVID-19 guidance for correctional facilities issued by the Centers for Disease Control and Prevention promoting increased operational preparedness, prevention measures, and clinical management of confirmed and suspected COVID-19 cases inside a facility. (https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html, last retrieved March 29, 2020.)  As the Director of Health Care Services, I am monitoring CDCR's mental health program's response to the extraordinary COVID-19 pandemic, including closely coordinating the mental health program's activities with CCHCS and CDCR's Division of Adult Institutions, which is in charge of custody operations. Based on my review of those interim guidelines and operational observations, CDCR's response to COVID19 includes steps that are similar to those advised by the CDC and adapted to the

specific realities faced by CDCR.

7. CDCR has taken a number of steps to implement the tactics recommended by public health authorities to prevent the spread of COVID-19 among its inmate population and continue provision of mental health services to inmate-patients. To reduce the threat of introduction of the virus into its institutions, all staff and persons entering CDCR facility now undergo verbal symptom screening and a touchless temperature screening. Immediately upon entry at an institution, all inmates are screened for symptoms of influenza-like illness, including COVID-19, and quarantined for 14 days to ensure that they show no symptoms. As a further protective measure, Governor Newsom issued an executive order on March 24, 2020 directing CDCR to temporarily halt the intake of inmates into its institutions. These important measures mitigate the risk of COVID-19 from entering CDCR's institutions, thus protecting the health and safety of inmates, staff, and the general public. Further, on March 30, 2020, CDCR Secretary Ralph Diaz announced the expedited transition to parole of nearly 3,500 inmates who have 60 days or less remaining on their sentences, are not serving a current term for a violent felony offense, are not required to register under California Penal Code section 290, and are not serving a current term of incarceration for a domestic-violence offense. This action will facilitate physical distancing within the prisons and more effective implementation of appropriate public health measures. Reduced population density is an important component of slowing and perhaps reducing the number of inmates and staff who will become infected. The actions the Secretary is taking will allow staff to more effectively attend to the health and safety of the remaining inmates.

8. In accordance with public health guidelines, CDCR has implemented various practices to encourage physical distancing among inmates and staff to stop the spread of COVID-19. Some actions taken in recent weeks include posting signage throughout institutions; creation of education videos describing methods to prevent virus spread, including physical distancing; limiting group activities to no more than 10 persons; and reducing the number of inmates released to yard, day room, or dining activities to permit adequate space between persons during these periods; stopping other forms of inmate movement; and increased staff and inmate hygienic and cleaning efforts. These are also reasonable actions to protect medically high-risk patients from

5

Decl. J. Bick Opp'n Pls.' Emergency Mot. Modify Population Reduction Order
Case Nos. 2:90-cv-00520 KJM & C01-1351 JST

1 potential exposure to the virus.

2   9.   To standardize the diagnosis and treatment of COVID-19 among CDCR's inmate population, CCHCS issued interim guidance for its clinicians in March 2020. A true and correct copy of CCHCS's "COVID-19: Interim Guidance for Health Care and Public Health Providers," is attached hereto as Exhibit A. It assists CDCR's health care professionals concerning identification, diagnostic testing, precautions, and management of COVID-19 for the health and safety of both inmate-patients and staff. CDCR is utilizing its external laboratory provider for COVID-19 testing and applying protocols consistent with public health officials' guidance, which prioritize testing among different groups. (https://www.cdc.gov/coronavirus/2019-nCoV/hcp/clinical-criteria.html, last retrieved March 28, 2020.) CCHCS does not currently have the ability to test all inmates for COVID-19 infections, and indeed, testing of asymptomatic individuals is not recommended by public health authorities. Moreover, clinicians are strongly encouraged to test patients demonstrating influenza-like illnesses, which symptoms can resemble the coronavirus disease, for other causes of respiratory illness. CCHCS guidance states that priority for COVID-19 related testing is given to symptomatic individuals who are 65 years and older, have a chronic medical condition, or are otherwise immunocompromised, and to patients who have had close contact with an infectious case of COVID-19. While influenza remains prevalent, patients demonstrating symptoms who are not at high risk for severe disease may undergo testing for influenza as a first-line test, with a COVID-19 testing if negative for influenza. As of March 30, 2020, 22 inmate-patients have been tested for COVID-19, with 3 inmates at California State Prison – Los Angeles County and 1 inmate at California Institution for Men testing positive. https://www.cdcr.ca.gov/covid19/population-status-tracking/

23   10.   CCHCS's COVID-19 interim guidance also provides direction for clinicians concerning management of suspected and confirmed cases of COVID-19. An inmate-patient with suspected or confirmed COVID-19 will be placed on medical hold, a contact investigation initiated, and all inmates housed in the same unit, and any other identified close contacts, will be placed on a medical hold as part of quarantine measures. These inmate-patients will be regularly assessed and monitored by institution medical staff, and these patients' movements will limited to

6

Decl. J. Bick Opp'n Pls.' Emergency Mot. Modify Population Reduction Order
Case Nos. 2:90-cv-00520 KJM & C01-1351 JST

decrease the risk of spreading COVID-19 to other parts of a facility. CCHCS's interim guidance further describes the necessary steps and decision points for providers concerning appropriate isolation, surveillance, and release from isolation measures. These informed disease control efforts are based on recommendations from the CDC and California Department of Public Health.

11. Serious public health concerns are posed by COVID-19, including the risk of severe illness; widespread transmission; debilitating strains placed on public healthcare systems, emergency medical services, and first responders; and elevated rates of hospitalizations and death. Based on my understanding of California's public health care system, I believe that the COVID-19 pandemic, if unchecked by current efforts, will place a similar burden on hospitals to cope with the crisis.

12. With respect to the delivery of mental health services to CDCR's inmate-patients during the COVID-19 pandemic, on March 25, 2020, CDCR's mental health program leadership issued a memorandum titled "COVID-19 – Mental Health Delivery of Care Guidance," which provides institutional guidance and a tiered response plan to ensure continued care. A true copy of the Mental Health Delivery of Care Guidance is attached hereto as Exhibit B. CDCR's guidance takes into account how inmate mental health resources, treatment, and operations may be impacted as the pandemic evolves throughout the state, and was extensively briefed to the *Coleman* Special Master and Plaintiffs' counsel. Since the guidance was distributed to CDCR's institutions, mental health program leadership are continually communicating with institutions regarding the status of mental health services, programming, and staffing in accordance with the tiered plan at their respective locations. This guidance will be continually assessed and adapted to the ever-changing situation posed by the COVID-19 pandemic.

13. CDCR's COVID-19 mental health guidance recognizes the challenges and limitations that may be placed on mental health programming and practices during the pandemic, as well as the increased mental health risks that patients may encounter. Mental health clinicians are directed to focus on preserving life, stabilizing mental health deterioration, and helping mental health patients cope during this significant event. Institutions are directed to follow current policies and procedures concerning the provisions of treatment in the Mental Health Services

7

Decl. J. Bick Opp'n Pls.' Emergency Mot. Modify Population Reduction Order
Case Nos. 2:90-cv-00520 KJM & C01-1351 JST

Delivery System Program Guide, to the extent possible given operational limitations, and reflects CDCR's commitment to ensuring that patients receive essential care and support services during possible periods of reduced onsite staffing that may result from the pandemic, restrictions on patient movement, and increased physical distancing necessary to prevent the spread of COVID-19. As part of its suicide prevention measures, CDCR will continue to perform Suicide Risk Assessment per policy, but in the event that operational limitations arise due to staff reductions, clinicians are directed to take additional actions to provide care and observation of patients, including regular rounding by designated clinicians and distribution of workbooks to patients in various housing units and at different levels of care.

14. The guidance also addresses changes to CDCR's inpatient referral system caused by COVID-19, including the temporary suspension of the Department of State Hospital's patient transfers to and from CDCR. The mental health program's COVID-19 response plan also places clinical focus on patient education and communication, and details a number of actions that institutions shall take to ensure physical distancing during mental health treatment encounters or programming. In accordance with public health authorities' guidance, institutions are instructed to consider smaller groups, physical settings, and communication strategies to ensure that patients continue to receive care and understand the reasons for distancing. Finally, the guidance recognizes the benefits of telepsychiatry—for both patients and providers—in light of COVID-19 physical distancing measures, and permits institutions to expand its use. Mental health program staff are currently working with CDCR information technology staff to expand provider and institution telepsychiatry capabilities. I strongly support these efforts to create greater physical distancing coupled with enhanced social interactions, whether in person or by remote means, which still provide necessary mental health care services to CDCR's patients. The measures outlined in CDCR's mental health care delivery guidance, which will be continually examined and adjusted according to operational realities, are an attempt to ensure continued services during the COVID-19 crisis.

8

Decl. J. Bick Opp'n Pls.' Emergency Mot. Modify Population Reduction Order
Case Nos. 2:90-cv-00520 KJM & C01-1351 JST

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed on March
2 31, 2020 in Davis, California.

**/s/ Joseph Bick**

Joseph Bick, M.D.
(Original signature retained by counsel)

9

Decl. J. Bick Opp'n Pls.' Emergency Mot. Modify Population Reduction Order
Case Nos. 2:90-cv-00520 KJM & C01-1351 JST