| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of the State of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>DAMON C. MCCLAIN<br>ADRIANO HRVATIN<br>Supervising Deputy Attorneys General<br>NASSTARAN RUHPARWAR - 263293<br>ELISE OWENS THORN - 145931<br>TYLER V. HEATH - 271478<br>KYLE A. LEWIS - 201041<br>LUCAS HENNES - 278361<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102-7004<br>Telephone:  (415) 703-5500<br>Facsimile:  (415) 703-5843<br>Email:   Nasstaran.Ruhparwar@doj.ca.gov | HANSON BRIDGETT LLP<br>PAUL B. MELLO - 179755<br>SAMANTHA D. WOLFF - 240280<br>KAYLEN KADOTANI - 294114<br>425 Market Street, 26th Floor<br>San Francisco, California 94105<br>Telephone:    (415) 777-3200<br>Facsimile:      (415) 541-9366<br>pmello@hansonbridgett.com |

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# AND THE NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

# PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>   Defendants. | CASE NO. 2:90-cv-00520-KJM-DB<br><br>**THREE-JUDGE COURT**<br><br><br>Date:   April 2, 2020<br>Time:   1:15 P.M. |
| MARCIANO PLATA, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>   Defendants. | CASE NO. C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**DECLARATION OF SAMANTHA WOLFF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR EMERGENCY MOTION TO MODIFY POPULATION REDUCTION ORDER** |

-1-

DECL. WOLFF SUPP. DEFS.' OPP'N TO PLTFS.' MOT.

Case No. 2:90-cv-00520-KJM-DB, C01-1351 JST

16432512.2

I, Samantha Wolff, declare as follows:

1. I am a partner with the law firm Hanson Bridgett LLP, counsel of record in this matter for Defendants Gavin Newsom, et al. I have personal knowledge of the matters set forth in this declaration and could and would competently testify to them. All of the matters stated here are known to me personally, unless stated on information and belief; and with regard to those statements, I am informed and reasonably believe them to be true.

2. On March 26, 2020, former Secretary of the Department of Corrections and Rehabilitation, Scott Kernan, was deposed in connection with this matter. Secretary Kernan appeared for deposition pursuant to subpoena issued by Donald Specter of the Prison Law Office. True and correct excerpts from Secretary Kernan's deposition are attached as **Exhibit A.**

3. Attached as **Exhibit B** is a true and correct copy of a 2018 study authored by Shannon McConville, Alyssa C. Mooney, Brie A. Williams, and Renee Y. Hsia entitled *How do ED patients with criminal justice contact compare with other ED users? A retrospective analysis of ED visits in California*, published in BMJ Open.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 31, 2020 at Lafayette, California.

_____
Samantha D. Wolff