XAVIER BECERRA
Attorney General of the State of California
MONICA N. ANDERSON
Senior Assistant Attorney General
DAMON C. MCCLAIN
ADRIANO HRVATIN
Supervising Deputy Attorneys General
NASSTARAN RUHPARWAR - 263293
ELISE OWENS THORN - 145931
TYLER V. HEATH - 271478
KYLE A. LEWIS - 201041
LUCAS HENNES - 278361
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-5843
Email: Nasstaran.Ruhparwar@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
SAMANTHA D. WOLFF - 240280
KAYLEN KADOTANI - 294114
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
pmello@hansonbridgett.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## AND THE NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

## PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et. al.,<br><br>　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　Defendants. | CASE NO. 2:90-cv-00520-KJM-DB<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　Defendants. | CASE NO. C01-1351 JST<br><br>**THREE-JUDGE COURT**<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO MODIFY POPULATION REDUCTION ORDER**<br><br>Date: April 2, 2020<br>Time: 1:15 p.m. |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Evidence 201, Defendants hereby request the Court take judicial notice of the following documents, true and correct copies of which are attached hereto as Exhibits:

**Exhibit A**.   Executive Order N-33-20, issued and executed by Governor Gavin Newsom on March 19, 2020, and accessible at: https://www.gov.ca.gov/wp-content/uploads/2020/03/3.19.20-attested-EO-N-33-20-COVID-19-HEALTH-ORDER.pdf

**Exhibit B**.   Executive Order N-36-20, issued and executed by Governor Gavin Newsom on March 24, 2020, and accessible at: https://www.gov.ca.gov/wp-content/uploads/2020/03/3.24.20-EO-N-36-20.pdf

Judicial notice may be taken of any "fact that is not subject to a reasonable dispute because it: . . . is generally known within the trial court's territorial jurisdiction [or] can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b). The court may take judicial notice of "matters of public record," *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001), including, for example, an executive order issued by the executive branch of government. *See, e.g., S.A. v. Trump*, 363 F.Supp.3d 1048, 1061 fn. 36 (N.D. Cal. 2018) ("[t]he court can take judicial notice of the Executive Order . . . as a matter of public record"); *Natural Resources Defense Council v. McCarthy*, 2016 WL 6520170, at *2 (N.D. Cal. Nov. 3, 2016) (district court took judicial notice of Executive Order issued by former California Governor Brown).

Here, the above Executive Orders issued by Governor Newsom are properly subject to judicial notice under the authority discussed above. These public records are not subject to reasonable dispute as they are generally known within our jurisdiction and can otherwise be accurately and readily determined from sources whose accuracy cannot be reasonably questioned. Fed. R. Evid. 201(b). These Orders are also relevant as they relate specifically to the State's response to the COVID-19 pandemic, which is the basis for Plaintiffs' emergency motion.

For these reasons, Defendants respectfully request that the Court take judicial notice of the above documents.

16434867.1

-2-   Case No. 2:90-cv-00520-KJM-DB, C01-1351 JST
DEFS.' RJN ISO DEFS.' OPP'N TO PLTFS.' EMERGENCY MOT.

| | | |
|---|---|---|
| 1 | DATED: March 31, 2020 | HANSON BRIDGETT LLP |
| 4 | | By: */s/ Samantha D. Wolff* |
| | | PAUL B. MELLO |
| | | SAMANTHA D. WOLFF |
| | | KAYLEN KADOTANI |
| | | Attorneys for Defendants |
| 7 | DATED: March 31, 2020 | XAVIER BECERRA |
| | | Attorney General of California |
| 9 | | By: */s/ Damon McClain* |
| | | DAMON MCCLAIN |
| | | Supervising Deputy Attorney General |
| | | NASSTARAN RUHPARWAR |
| | | Deputy Attorney General |
| | | Attorneys for Defendants |

16434867.1

-3-   Case No. 2:90-cv-00520-KJM-DB, C01-1351 JST
DEFS.' RJN ISO DEFS.' OPP'N TO PLTFS.' EMERGENCY MOT.