OFFICES OF

**PAVONE & FONNER, LLP**

<u>A LAW PARTNERSHIP</u>

**BENJAMIN PAVONE, ESQ.
STATE BAR NUMBER 181826**
600 WEST BROADWAY, SUITE 700
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: 619 224 8885
FACSIMILE: 619 224 8886
EMAIL: bpavone@cox.net

ATTORNEYS FOR THE
<u>VALLEY FEVER INTERVENORS</u>

# UNITED STATES DISTRICT COURT
## NORTHERN/ EASTERN DISTRICTS OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br> v. <br> GAVIN NEWSOM, *et al*. <br><br> Defendants. | **CASE NO: 2:90-cv-0520 KJM DB P** <br> <u>**THREE-JUDGE COURT**</u> |
| MARCIANO PLATA, *et al.*, <br><br> Plaintiffs, <br> v. <br> GAVIN NEWSOM, *et al*. <br><br> Defendants. | **CASE NO: 01-cv-01351-JST** <br> <u>**THREE-JUDGE COURT**</u> <br> **PAVONE DECLARATION IN SUPPORT OF VALLEY FEVER PRISONERS' REQUEST FOR:** <br>    **(1) Written Opinion** <br>    **(2) Published Opinion** <br>    **(3) Plausibility Finding** <br>    **(4) Interlocutory Review** |
| In re VALLEY FEVER inmates, <br><br> Intervenors. | **Date: April 2, 2020** <br> **Time: 1:15 pm** <br> **Dept: 6 - 2nd Floor** <br> **Courtroom: 1301 Clay Street,** <br>           **Oakland, CA 94612** <br> **(Telephonic Hearing Only)** |

I, Benjamin Pavone, am an attorney licensed to practice in all state and federal courts in California. If called to testify, I could and would testify competently to the following:

1. For serious and important decisions, like one such as this having state-wide implications for thousands of people, it is standard practice of the federal courts to issue a written opinion.

2. Important opinions are often published, in West's official reporter. There are no formalized rules about district level publication. At this level, publication depends on an informal submission exercise between the author of the district court opinion and the Thomson-Reuters Company, which owns the West "F.Supp" Reporter Series. I spoke today with Jennifer Ibanez, a Thomson reference attorney consultant, who informed me that Thomson makes the publication decisions based on a set of criteria it publishes.

3. Under Thomson's protocol, publication of a district court opinion is warranted if the opinion is of "general interest and importance to the bench and bar" such as those that:

    (i) Deal with an issue of first impression;
    (ii) Establish, alter, modify, or explain a rule of law;
    (iii) Provide a review of the law;
    (iv) Involve unique factual situations;
    (v) Present a unique holding; and
    (vi) Involve newsworthy cases.

A true and correct copy of Thomson's invitation manual is included hereto as Exhibit 1.

4.     Publication of this Court's written opinion about Covid-19 seems self-evidently a worthy endeavor, given the magnitude of the issue, importance to the prisoners and to the public.

I hereby declare under penalty of perjury under the laws of the State of California that to the best of my knowledge, information and belief, the foregoing is true and correct.

Date: March 31, 2020                                          \s\Benjamin Pavone, Esq.

# EXHIBIT 1

Global directory                                  Product logins   Contact us   Log in

LEGAL

# Submission guidelines for court opinions

Submit judicial opinions to Thomson Reuters for publication

**Overview**

## Judges

### Opinions for publication in the National Reporter System print volumes on Thomson Reuters Westlaw

Forward all opinions you recommend for reporting in all versions (print and Westlaw) of the Federal Supplement, Federal Rules Decisions, and Bankruptcy Reporter of the National Reporter System. These should be of general interest and importance to the bench and bar, such as those that:

- Deal with an issue of first impression

- Establish, alter, modify, or explain a rule of law



- Provide a review of the law

- Involve unique factual situations

- Present a unique holding

- Involve newsworthy cases

## Opinions for inclusion on Westlaw ONLY

Forward all opinions you recommend exclusively for online reporting, which can be of more limited scope than those included in print. Because Westlaw has unlimited storage capacity, we encourage you to exercise liberal discretion in submitting opinions for online-only reporting.

# Transmission of opinions

If you are already providing us with data for publication, please review the following policies and preferred electronic transmission methods, including email or a password-protected Data Capture Site.

## Electronic transmission

State Appellate Judges: Your judicial opinions are important to us, and we are profoundly grateful to your court for their transmittal. Typically, your opinions are provided to us by the Clerk of Court or Court Administrator. However, we may need to contact you occasionally with questions about corrections, additions, and other issues. To contact us:

- Call 1-651-687-3843

- Or visit the [Data Capture Site »]

Federal Judges: Thank you for submitting your opinions to us for publication in the National Reporter System and Westlaw. Alternative methods for transmitting opinions include email and FTP (file upload). For more information:

- Call 1-651-687-3843

- Or visit the [Data Capture Site »]

## Attorneys

You may submit interesting decisions for inclusion on Westlaw. Lower federal court decisions may also be included in the National Reporter system.

Decisions can be mailed to [Attorney submissions »]

### Hard-copy transmission for judges and attorneys

Electronic submissions make opinion processing more efficient, so electronic submission is encouraged. If your opinions or the attachments cannot be sent electronically, address them to:

Thomson Reuters

Cases Publishing Center

Feedback

610 Opperman Drive

Eagan, MN 55123

If needed, judges may request postage-paid envelopes from the same address.

**LEGAL PRODUCTS**

**SOLUTIONS**

**INSIGHTS**

**SUPPORT**

**CONNECT**

Feedback