OFFICES OF

**PAVONE & FONNER, LLP**

<u>A LAW PARTNERSHIP</u>

**BENJAMIN PAVONE, ESQ.**
**STATE BAR NUMBER 181826**
600 WEST BROADWAY, SUITE 700
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: 619 224 8885
FACSIMILE: 619 224 8886
EMAIL: bpavone@cox.net

ATTORNEYS FOR THE
<u>VALLEY FEVER INTERVENORS</u>

# UNITED STATES DISTRICT COURT

## NORTHERN/ EASTERN DISTRICTS OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>   Plaintiffs,<br>v.<br><br>GAVIN NEWSOM, *et al*.<br>   Defendants. | **CASE NO: 2:90-cv-0520 KJM DB P**<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, *et al*.,<br><br>   Plaintiffs,<br>v.<br><br>GAVIN NEWSOM, *et al*.<br><br>   Defendants. | **CASE NO: 01-cv-01351-JST**<br><br>**THREE-JUDGE COURT**<br><br>**COMPLIANCE DECLARATION OF BENJAMIN PAVONE IN SUPPORT OF VALLEY FEVER PRISONERS' REQUEST TO INTERVENE** |
| _____<br>In re VALLEY FEVER inmates,<br><br>   Intervenors. | **Date: April 2, 2020**<br>**Time: 1:15 pm**<br>**Dept: 6 - 2nd Floor**<br>**Courtroom: 1301 Clay Street,**<br>     **Oakland, CA 94612**<br><br>**(Telephonic Hearing Only)** |

PAVONE & FONNER, LLP

I, Benjamin Pavone, am an attorney licensed to practice in all state and federal courts in California. If called to testify, I could and would testify competently to the following:

1.      In order to avert the need for litigation on the preliminary question of whether the valley fever victims would be permitted to appear telephonically and participate as intervenors (as opposed to successfully obtaining any substantive relief), I sought to accomplish the matter by procedural stipulation but did not receive agreement by any other parties in this respect.

2.      I prepared a draft stipulation order setting forth the possible agreement and various procedural permutations about a litigation schedule, attached hereto as **Exhibit A**, for the record.

I hereby declare under penalty of perjury under the laws of the State of California that to the best of my knowledge, information and belief, the foregoing is true and correct.

Date: March 31, 2020                              \s\Benjamin Pavone, Esq.

# EXHIBIT A

OFFICES OF

**PAVONE &    FONNER, LLP**

A LAW PARTNERSHIP

**BENJAMIN PAVONE, ESQ.**
**STATE BAR NUMBER 181826**
600 WEST BROADWAY, SUITE 700
SAN DIEGO, CALIFORNIA 92101
TELEPHONE: 619 224 8885
FACSIMILE: 619 224 8886
EMAIL: bpavone@cox.net

ATTORNEYS FOR THE
VALLEY FEVER INTERVENORS

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>GAVIN NEWSOM, *et al*.<br>　　　　Defendants. | **CASE NO: 2:90-cv-0520 KJM DB P**<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, *et al.*,<br><br>　　　　Plaintiffs,<br>v.<br><br>GAVIN NEWSOM, *et al*.<br><br>　　　　Defendants. | **CASE NO: 01-cv-01351-JST**<br><br>**THREE-JUDGE COURT**<br><br>**STIPULATION RE INTERVENTION AND TELEPHONIC APPEARANCE** |
| _____<br>In re VALLEY FEVER inmates,<br><br>　　　　Intervenors. | **Date: April 2, 2020**<br>**Time: 1:15 pm**<br>**Dept: 6 - 2nd Floor**<br>**Courtroom: 1301 Clay Street,**<br>　　　　**Oakland, CA 94612**<br><br>　**(Telephonic Hearing Only)** |

PAVONE & FONNER, LLP

Pursuant to Federal Rules of Civil Procedure, Rules 24(a) and 24(b), the parties stipulate that the valley fever prisoners denominated in Docket 3229, Appendix A may intervene in this action to protect their particular rights.

Pursuant to Judge Tigar's Standing Order, Rule E, the parties agree that undersigned counsel for the valley fever prisoners may appear telephonically on April 2, 2020 to join PLO's motion seeking population reduction (see Dkt. 3219), with the particular litigation schedule set forth as the Court orders.

So stipulated.

Date: March __, 2020                    HANSON BRIDGETT, LLP

_____
Paul Mello, Esq.
Attorneys for the *Plata* Defendants

Date: March __, 2020                    PRISON LAW OFFICE

_____
Sara Norman, Esq.
Attorneys for Marciano Plata, *et al.*

Date: March __, 2020                    ROSEN BIEN, LLP

_____
Michael Bien, Esq.
Attorneys for Marciano Plata, *et al.*

Date: March __, 2020                    PAVONE & FONNER, LLP

_____
Benjamin Pavone, Esq.
Attorneys for the Valley Fever Prisoners

# [PROPOSED] ORDER

Having reviewed the stipulation, and for good cause shown, the Court grants the valley fever plaintiffs stipulated request to be permitted to intervene in the *Plata* and *Coleman* actions and participate in the telephone conference scheduled for April 2, 2020.

The valley fever intervenors filed papers on March 27, 2020 (ECF Dkt. 3329 [*Plata*]; ECF Dkt. 6542 [*Coleman*]) seeking substantive relief.

Their motion ___ will ____ will not go forward on that date.  If it will go forward, Defendants should file opposition by _____, 2020.

If it will not go forward on April 2, 2020, the Court sets the matter for hearing on _____, 2020 at _____ am/pm.  In that case, opposition papers are due by _____, 2020.

A reply submission on the motion ____ will ____ will not be permitted.  If permitted, it will be filed by _____, 2020.


SO ORDERED.

Date: _____, 2020          NORTHERN DISTRICT FEDERAL COURT


_____
Hon. Jon S. Tigar, Judge Presiding

Date: _____, 2020          EASTERN DISTRICT FEDERAL COURT


_____
Hon. Kimberley J. Mueller, Judge Presiding

Date: _____, 2020          NINTH CIRCUIT COURT OF APPEALS


_____
Hon. Kim McLane Wardlaw
United States Circuit Judge