IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-cv-0520 KJM DB P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 01-cv-01351-JST<br><br>**THREE-JUDGE COURT**<br><br>**ORDER RE: ADDITIONAL BRIEFING AND ALLOCATING ARGUMENT TIME** |

With good cause appearing, IT IS HEREBY ORDERED that:

1. Notwithstanding Plaintiffs' waiver of a reply brief, ECF No. 3219/6522 at 5,[1] the Court orders Plaintiffs to file a reply brief of no more than 10 pages by April 1, 2020, at 3:00 p.m.

2. The Court previously stated that it would hear oppositions to any motions to intervene at oral argument. ECF No. 3223/6533 at 2. Upon further consideration, the Court intends to rule on the single motion to intervene, ECF No. 3229/6542, prior to oral argument.[2] If

---

[1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Newsom*, No. 01-cv-01351-JST (N.D. Cal.), and *Coleman v. Newsom*, No. 2:90-cv-0520 KJM DB P (E.D. Cal.). The Court cites to the docket number of *Plata* first, then *Coleman*.

[2] The motion was filed twice on the *Plata* docket. The Clerk is directed to terminate *Plata* ECF No. 3224.

Plaintiffs or Defendants wish to be heard on the matter, they may, but are not required to, file a response in support of or opposition to the motion by April 1, 2020, at 12:00 noon.

3. As previously indicated, the hearing on Plaintiffs' emergency motion to modify population reduction order, ECF No. 3219/6522, will be held telephonically on April 2, 2020, at 1:15 p.m. Plaintiffs and Defendants will receive 30 minutes per side for argument, to be divided amongst attorneys as they so choose. Counsel planning to argue shall so indicate when they check in with the courtroom deputy to make their appearances.

**IT IS SO ORDERED.**[3]

Dated: March 31, 2020            On behalf of the Court:

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[3] Judge Tigar issues this order on behalf of the Court pursuant to 28 U.S.C. § 2284(b)(3).

2