# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br>v.<br>GAVIN NEWSOM, *et al.*<br>　　　　　Defendants. | **CASE NO: 2:90-cv-0520 KJM DB P**<br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, *et al.*,<br><br>　　　　　Plaintiffs,<br>v.<br>GAVIN NEWSOM, *et al.*<br>　　　　　Defendants. | **CASE NO: 01-cv-01351-JST**<br>**THREE-JUDGE COURT**<br>**[PROPOSED] ORDER RE VALLEY FEVER PRISONERS' EMERGENCY MOTION FOR RECONSIDERATION** |
| In re VALLEY FEVER inmates,<br><br>　　　　　Intervenors. | **Date: Not Set**<br>**Time: Not Set**<br>**Dept: 6 - 2nd Floor**<br>**Courtroom: 1301 Clay Street,**<br>　　　　　**Oakland, CA 94612**<br><br>**(Telephonic Hearing Only)** |

PAVONE & FONNER, LLP

PLATA, *et al.* v. NEWSOM, *et al* – 1
PROPOSED ORDER ON RECONSIDERATION

Having read and considered the valley fever prisoners' emergency motion to reconsider, their request is:

(__)  Granted.  They are permitted to appear and proceed as intervenors in this action.
(__)  Denied because:
    (__)  There is not a sufficient showing of an emergency;
    (__)  Policy measures taken by CDCR adequate protect them;
    (__)  Defect in procedure: _____
    (__)  Other: _____
(__)  Other Orders: _____
_____

SO ORDERED.

Date: _____, 2020       NORTHERN DISTRICT FEDERAL COURT

                                                                                                 _____
                                                                                                 Hon. Jon S. Tigar, Judge Presiding

Date: _____, 2020       EASTERN DISTRICT FEDERAL COURT

                                                                                                 _____
                                                                  Hon. Kimberley J. Mueller, Judge Presiding

Date: _____, 2020       NINTH CIRCUIT COURT OF APPEALS

                                                                         _____
                                                                         Hon. Kim McLane Wardlaw
                                                                         United States Circuit Judge

*PAVONE & FONNER, LLP*