IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF CALIFORNIA
AND THE NORTHERN DISTRICT OF CALIFORNIA
UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES
PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE
Civil Minutes

Date: April 2, 2020                    Judges: Kim McLane Wardlaw, Kimberly J.
                                       Mueller, Jon S. Tigar

Time:  1 hour 25 minutes

Case No.     **2:90-cv-0520 KJM DB P**
Case Name    **Ralph Coleman, et al., v. Gavin Newsom, et al,**

Case No.     **4:01-cv-01351-JST**
Case Name    **Marciano Plata, et al., v. Gavin Newsom, et al.,**

Attorneys for Plaintiffs:        *Coleman Plaintiffs*
                                 Michael Bien
                                 Lisa Ells
                                 Ernest Galvan
                                 Cara Trapani
                                 Marc Shinn-Krantz

                                 *Plata Plaintiffs*
                                 Donald Specter
                                 Sara Norman
                                 Margot Mendelson
                                 Rita Lomio
                                 Patrick Booth
                                 Sophie Hart
                                 Alison Hardy
                                 Corene Kendrick

Attorneys for Defendants:        *Coleman Defendants*
                                 Monica Anderson
                                 Adriano Hrvatin
                                 Christine Sun

                                 *Plata Defendants*
                                 Paul Mello
                                 Samantha Wolff
                                 Kaylen Kadotani
                                 Ellen Demson

1

         Kyle Lewis
         Nasstaran Ruhparwar
         Damon McClain

Deputy Clerk: Mauriona Lee          Court Reporter: Pamela Hebel

## PROCEEDINGS

Emergency Motion to Modify Population Reduction Order Hearing – Held.

## RESULT OF HEARING

Hearing held telephonically. Argument heard from parties. The Emergency Motion to Modify Population Reduction Order is taken under submission.