IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-cv-0520 KJM DB P<br><br>**THREE-JUDGE COURT** |
| MARCIANO PLATA, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 01-cv-01351-JST<br><br>**THREE-JUDGE COURT**<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION** |

The Court denies the motion for reconsideration brought by the proposed Valley Fever intervenors. ECF No. 3254/6566.[1] The motion fails to demonstrate sufficient "new or different facts or circumstances" or that "other grounds exist for the motion." E.D. Cal. L.R. 230(j)(3).[2] Movants continue to fail to persuade the Court that intervention as of right is required or that

/ / /

/ / /

/ / /

---

[1] All filings in this Three-Judge Court are included in the individual docket sheets of both *Plata v. Newsom*, No. 01-cv-01351-JST (N.D. Cal.), and *Coleman v. Newsom*, No. 2:90-cv-0520 KJM DB P (E.D. Cal.). The Court cites to the docket number of *Plata* first, then *Coleman*.

[2] The Court applies the Local Rules of the Eastern District of California. ECF No. 880/2456 at 7.

permissive intervention should be granted. *See* ECF No. 3253/6564.  No further motions for reconsideration will be considered.

**IT IS SO ORDERED.**[3]

Dated:  April 3, 2020

On behalf of the Court:

_____
JON S. TIGAR
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

---

[3] Judge Tigar issues this order on behalf of the Court pursuant to 28 U.S.C. § 2284(b)(3).