# Exhibit 1



# COVID MONITORING

## Patient Registry

| Identification & Housing | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Current Institution | First Testing Institution | CDCR# | Last Name | Age | Care Team | Housing Facility | Cell Bed | MH LOC |
| CIM | CIM | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | |
| CIM | CIM | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | CCCMS |
| CIM | CIM | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | |
| CIM | CIM | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | CCCMS |
| CIM | CIM | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | |
| CIM | CIM | ▇ | ▇ | ▇ | ▇ | | | |
| CIM | CIM | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | |
| CIM | CIM | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | |
| CIM | CIM | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | CCCMS |

Institution(s):      Multiple
Care Team(s):      All
Housing/Facility:  All

Report run: 4/8/2020 8:39:52 AM



# C O V I D   M O N I T O R I N G
*P a t i e n t   R e g i s t r y*

Institution(s):     Multiple
Care Team(s):       All
Housing/Facility:   All

Report run: 4/8/2020 8:39:52 AM

*California Correctional Health Care Services*                    Page 2



# C O V I D   M O N I T O R I N G

*P a t i e n t   R e g i s t r y*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Identification & Housing** | | | | | | | | |
| Current Institution | First Testing Institution | CDCR# | Last Name | Age | Care Team | Housing Facility | Cell Bed | MH LOC |
| LAC | LAC | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | EOP |
| LAC | LAC | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | EOP |
| LAC | LAC | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | EOP |
| LAC | LAC | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | EOPMod |
| LAC | LAC | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | EOP |
| LAC | LAC | ▮ | ▮ | ▮ | ▮ | | | EOPMod |
| LAC | LAC | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | EOP |
| LAC | LAC | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | EOP |
| NKSP | NKSP | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |

Institution(s):    Multiple
Care Team(s):    All
Housing/Facility:    All

Report run: 4/8/2020 8:39:52 AM



# COVID MONITORING
*Patient Registry*

Institution(s):      Multiple
Care Team(s):      All
Housing/Facility:   All

Report run: 4/8/2020 8:39:52 AM



# COVID MONITORING

*Patient Registry*



| | Identification & Housing | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Current Institution | First Testing Institution | CDCR# | Last Name | Age | Care Team | Housing Facility | Cell Bed | MH LOC |
| SATF | SATF | ▇ | ▇ | ▇ | ▇ | ▇ | ▇ | |

Institution(s):      Multiple
Care Team(s):       All
Housing/Facility:   All

Report run: 4/8/2020 8:39:52 AM



# COVID MONITORING

*Patient Registry*

Institution(s):    Multiple
Care Team(s):      All
Housing/Facility:  All

  Report run: 4/8/2020 8:39:52 AM

# Exhibit 2



# Exhibit 3

# CDCR/CCHCS COVID-19 Employee Status

## Updated 5:55 p.m. Tuesday April 7, 2020
*Staff information is self-reported*

| Locations | Staff Confirmed |
|---|---|
| Calipatria State Prison (CAL) | 2 |
| Central California Women's Facility (CCWF) | 1 |
| Centinela State Prison (CEN) | 2 |
| California Health Care Facility (CHCF) | 4 |
| California Institution for Men (C M) | 18 |
| California Institution for Women (CIW) | 1 |
| Folsom State Prison (FSP) | 4 |
| California State Prison, Los Angeles County (LAC) | 4 |
| North Kern State Prison (NKSP) | 1 |
| California State Prison, Sacramento (SAC) | 5 |
| Substance Abuse Treatment Facility and State Prison, Corcoran (SATF) *please note this is a separate facility from Corcoran State Prison* | 2 |
| San Quentin State Prison (SQ) | 5 |
| Salinas Valley State Prison (SVSP) | 1 |
| Valley State Prison (VSP) | 1 |
| Wasco State Prison (WSP) | 4 |
| Northern California Youth Correctional Center (NCYCC) | 1 |
| Richard A McGee Correctional Training Center—Galt | 4 |
| CDCR/CCHCS Worksite Location—Sacramento County | 1 |
| CDCR/CCHS Worksite Location—San Bernardino County | 1 |
| TOTAL | 62 |

# Exhibit 4

Case 2:90-cv-00520-KJM-SCR     Document 6587-1     Filed 04/08/20     Page 13 of 108



State of California—Health and Human Services Agency

# California Department of Public Health

**SONIA Y. ANGELL, MD, MPH**
*State Public Health Officer & Director*



**GAVIN NEWSOM**
*Governor*

March 30, 2020

AFL 20-32

**TO:**          Skilled Nursing Facilities

**SUBJECT:**   Suspension of Regulatory Enforcement of Specified Skilled Nursing Facility Requirements

**AUTHORITY:** Proclamation of a State of Emergency and Executive Orders N-27-20 and N-39-20

---

**<u>All Facilities Letter (AFL) Summary</u>**

This AFL notifies skilled nursing facilities (SNFs) of a temporary waiver of specified regulatory requirements due to the state of emergency related to the COVID-19 outbreak.

---

Pursuant to the Governor's Executive Order N-39-20 (PDF) related to COVID-19 state of emergency, the Director of the California Department of Public Health (CDPH) may waive any of the licensing and staffing requirements of Chapter 2 and Chapter 2.4 of Division 2 of the Health and Safety Code and accompanying regulations with respect to any hospital or health facility identified in Health and Safety Code section 1250. CDPH is temporarily waiving specified SNF licensing and staffing requirements and suspending regulatory enforcement of the following requirements:

**Licensure**
**1. Title 22 California Code of Regulations (CCR) sections 72201 and 72203 (a)**
A SNF that has submitted an application to CDPH for any of the following may begin providing care prior to obtaining approval and licensure by CDPH:

- Initial licensure
- Change of service
- Increase bed capacity

Application fees for change of services and changes of beds shall be waived temporarily for the emergency COVID-19 response. Licensure fees for initial licensure may be submitted within 60 days of filing the application.

**Staffing**
**2. Health and Safety Code (HSC) section 1276.65 (c)(1)(B) and (C)**
(B) Effective July 1, 2018, skilled nursing facilities, except those skilled nursing facilities that are a distinct part of a general acute care facility or a state-owned hospital or developmental center, shall have a minimum number of direct care services hours of 3.5 per patient day, except as set forth in Section 1276.9.

(C) Skilled nursing facilities shall have a minimum of 2.4 hours per patient day for certified nurse assistants in order to meet the requirements in subparagraph (B).

**3. Title 22 of the California Code of Regulations (CCR) section 72329.2 (a)**

(a) Each facility, except those skilled nursing facilities that are a distinct part of a general acute care facility or a state-owned hospital or developmental center, shall employ sufficient nursing staff to provide a minimum of 3.5 direct care service hours per patient day, except as set forth in Health and Safety Code section 1276.9. Skilled nursing facilities shall provide a minimum of 2.4 certified nurse assistant hours per patient day to meet the requirements of this subdivision.

**Services**

**4. Title 22 CCR sections 72379-72389**

A SNF shall have flexibility in providing an activities program, including suspension of activity program requirements in section 72381, to allow for Centers for Disease Control and Prevention (CDC) recommended infection control precautions to prevent the spread of COVID-19 in SNFs.

**Space Conversion**

**5. Title 22 CCR section 72607 (a), (b) and (c)**

(a) A facility shall not have more patients or beds set up for use than the number for which it is licensed except in case of emergency when temporary permission may be granted by the Director or designee.

(b) Patients shall not be housed in areas which have not been approved by the Department for patient housing and which have not been given a fire clearance by the State Fire Marshal except as provided in (a) above.

(c) The number of licensed beds shown on a license shall not exceed the number of beds for which the facility meets applicable construction and operational requirements.

**6. Title 22 CCR section 72603**

- Spaces approved for specific uses at the time of licensure shall not be converted to other uses without the approval of the Department.
- Any additional beds added for temporary use, shall ensure patient privacy and shall be placed six feet apart in accordance with CDC guidance to prevent the spread of COVID-19. This includes beds temporarily set up in areas previously used for group activities including dining rooms or activity space.

This statewide waiver is approved under the following conditions:

- SNFs shall continue to comply with unusual occurrence reporting requirements specified in Title 22 CCR section 72541.
- SNFs shall continue to report all changes as required under Title 22 CCR section 72211, to CABLTC@cdph.ca.gov, however the 10-day reporting shall not apply. SNFs shall report all changes as soon as practical within 30 days of the change. When any temporary beds are no longer in use, SNFs shall report the lowering of patient capacity to CDPH.
- SNFs shall report any substantial staffing or supply shortages that jeopardize resident care or disrupt operations.
- SNFs shall continue to provide necessary care in accordance with residents' needs and make all reasonable efforts to act in the best interest of residents.
- SNFs shall not refuse to admit or readmit a resident based on their status as a suspected or confirmed COVID-19 case. SNFs shall institute appropriate precautions to prevent the spread of infection to health care personnel and other residents as specified in AFL-20-25.1
- SNFs shall follow their disaster response plan.
- SNFs shall follow infection control guidelines from the Centers for Medicare and Medicaid Services (CMS) and the CDC related to COVID-19.
- SNFs shall comply with directives from their local public health department, to the extent that there is no conflict with federal or state law or directives or CDPH AFLs.

CDPH understands the importance of ensuring the health and safety of all Californians and maintaining vital access to skilled nursing services. CDPH encourages facilities to implement contingency plans to address staff absenteeism and the rapid influx of residents. CDPH will continue to promote quality healthcare and provide technical assistance and support compliance with core health and safety requirements, pursuant to Executive Order N-27-20 (PDF). CDPH is taking this unprecedented action due to the significant challenges California's health care system is facing as a result of the COVID-19 outbreak. As a result of this temporary waiver, SNFs do not need to submit individual program flexibility requests for the above specified requirements.

This waiver is in addition to the visitation waiver granted in AFL-20-22.

This waiver is valid until June 30, 2020, and may be extended based on any updated Executive Orders, or guidance from CMS or the CDC.

CDPH will continue to investigate and conduct enforcement activities for allegations of the most serious violations impacting health and safety, pursuant to Executive Order N-27-20 (PDF).

For capacity tracking purposes during COVID-19, SNFs shall submit an application when seeking initial licensure or changing beds or services listed on their license. This shall not require approval of the application before the SNF may provide care, although CDPH will reach out to provide technical assistance to ensure patient safety and the quality of care.

If you have any questions about this AFL, please contact your local district office.

Sincerely,

**Original signed by Heidi W. Steinecker**

Heidi W. Steinecker
Deputy Director

Resources:

- Proclamation of a State of Emergency (PDF)
- Executive Order N-27-20 (PDF)
- Executive Order N-39-20 (PDF)
- AFL 20-22.1 Guidance for Limiting the Transmission of COVID-19 in Long-Term Care Facilities
- AFL 20-25.1 Preparing for Coronavirus Disease 2019 (COVID-19) in California Skilled Nursing Facilities

Center for Health Care Quality, MS 0512 . P.O. Box 997377 . Sacramento, CA 95899-7377
(916) 324-6630 . (916) 324-4820 FAX
Department Website (cdph.ca.gov)



Page Last Updated : March 31, 2020

# Exhibit 5

## EXECUTIVE DEPARTMENT
## STATE OF CALIFORNIA

### EXECUTIVE ORDER N-43-20

**WHEREAS** on March 4, 2020, I proclaimed a State of Emergency to exist in California as a result of the threat of COVID-19; and

**WHEREAS** on March 30, 2020, I issued Executive Order N-39-20 to pave the way for a temporary expansion of the health care workforce ahead of an anticipated surge in the need for medical treatment, and related strain on the health care delivery system, caused by COVID-19; and

**WHEREAS** clinics, hospitals, and other health care facilities and health care providers must maximize the number of capable health care workers through the use of telehealth services to ensure that Californians impacted by COVID-19 are able to access medical treatment as necessary; and

**WHEREAS** it is imperative to reduce the spread of COVID-19 and protect health care workers, including through the use of telehealth services, where possible, for any reason (not limited to the diagnosis and treatment of COVID-19 or related conditions); and

**WHEREAS** health care facilities housing vulnerable populations, such as nursing homes and psychiatric facilities, require special measures to protect those populations from COVID-19 and ensure continuity of care; and

**WHEREAS** on March 17, 2020, the Office for Civil Rights in the U.S. Department of Health and Human Services issued guidance ("Notification of Enforcement Discretion for Telehealth Remote Communications During the COVID-19 Nationwide Public Health Emergency," available at https://www.hhs.gov/hipaa/for-professionals/special-topics/emergency-preparedness/notification-enforcement-discretion-telehealth/index.html) announcing that the Office, in the exercise of its enforcement discretion, will not impose penalties for noncompliance with regulatory requirements imposed under the HIPAA Rules, as to covered health care providers in connection with the good faith provision of telehealth during the COVID-19 nationwide public health emergency; and

**WHEREAS** even in an emergency situation, covered entities must continue to implement reasonable safeguards to protect patient information against intentional or unintentional impermissible uses and disclosures. Further, covered entities and their business associates must apply the administrative, physical, and technical safeguards of the HIPAA Security Rule to electronic protected health information; and

**WHEREAS** under the provisions of Government Code section 8571, I find that strict compliance with various statutes, regulations, and certain local ordinances specified or referenced herein would prevent, hinder, or delay appropriate actions to prevent and mitigate the effects of the COVID-19 pandemic.

**NOW, THEREFORE, I, GAVIN NEWSOM,** Governor of the State of California, in accordance with the authority vested in me by the State Constitution and the statutes of the State of California, and in particular, Government Code sections 8567 and 8571, do hereby issue the following Order to become effective immediately:

**IT IS HEREBY ORDERED THAT:**

1) The requirements specified in Business and Professions Code section 2290.5(b), related to the responsibility of a health care provider to obtain verbal or written consent before the use of telehealth services and to document that consent, as well as any implementing regulations, are suspended.

2) The penalties specified in Civil Code section 56.35, as well as any cause of action arising out of section 56.35 (including, but not limited to, any cause of action arising out of the Unfair Competition Law that is predicated on section 56.35) are suspended as applied to inadvertent, unauthorized access or disclosure of health information during the good faith provision of telehealth services.

3) The administrative fines, civil penalties, and private right of action specified in Civil Code section 56.36, as well as any other cause of action arising out of section 56.36 (including, but not limited to, any cause of action arising out of the Unfair Competition Law that is predicated on section 56.36, as well as the authority to bring a civil action set forth in subdivision (f) of section 56.36) are suspended as applied to inadvertent, unauthorized access or disclosure of health information during the good faith provision of telehealth services.

4) The civil penalties for health care facilities and providers specified in Civil Code sections 1798.29 and 1798.82, related to the timely notification to patients of a breach of the security system, are suspended as applied to any breach resulting from inadvertent, unauthorized access or disclosure during the good faith provision of telehealth services. Any cause of action arising out of section 1798.29 or section 1798.82 (including, but not limited to, any cause of action arising out of the Unfair Competition Law that is predicated on section 1798.29 or section 1798.82) is likewise suspended as applied to inadvertent, unauthorized access or disclosure that occurs during the good faith provision of telehealth services.

5) The deadlines specified in Health and Safety Code section 1280.15, related to notification to the Department of Public Health and to patients of the unauthorized access or disclosure of health information, are extended from a period of 15 days to a period of 60 days when the unauthorized access or disclosure is related to the good faith provision of telehealth services. The administrative penalties specified in Health and Safety Code section 1280.15, related to unauthorized access or disclosure of health information, are suspended when the unauthorized access or disclosure occurs during the good faith provision of telehealth services as a result of the use of technology that does not fully comply with federal or state law. Any cause of action arising out of section 1280.15 (including, but not limited to, any cause of action

arising out of the Unfair Competition Law that is predicated on section 1280.15) is likewise suspended as applied to unauthorized access or disclosure that occurs during the good faith provision of telehealth services as a result of the use of technology that does not fully comply with federal or state law.

6) The administrative penalties for health care providers specified in Health and Safety Code section 1280.17, related to safeguards of health information, are suspended for health care providers as applied to any inadvertent, unauthorized access or disclosure of health information during the good faith provision of telehealth services as a result of the use of technology that does not fully comply with federal or state law. Any cause of action arising out of section 1280.17 (including, but not limited to, any cause of action arising out of the Unfair Competition Law that is predicated on section 1280.17) is likewise suspended as applied to inadvertent, unauthorized access or disclosure that occurs during the good faith provision of telehealth services as a result of the use of technology that does not fully comply with federal or state law.

7) The criminal penalties specified in Welfare and Institutions Code section 14100.2(h), related to persons who knowingly release or possess information about Medi-Cal beneficiaries, are suspended as applied to health care providers, health care facilities, and health care administrators for any inadvertent, unauthorized release of confidential information during the good faith provision of telehealth services. Any cause of action arising out of section 14100.2 (including, but not limited to, any cause of action arising out of the Unfair Competition Law that is predicated on section 14100.2) is likewise suspended as applied to health care providers, health care facilities, and health care administrators for any inadvertent, unauthorized release of confidential information during the good faith provision of telehealth services.

8) To the extent any provision of this Order suspends any penalty or other enforcement mechanism associated with the violation of any statute where such violation arises out of the good faith provision of telehealth services, such violation shall not constitute unprofessional conduct within the meaning of Article 10.5 of the Business and Professions Code or any other applicable law, or otherwise be cause for professional discipline.

9) Where the provision of telehealth services is conducted by a "covered health care provider" subject to the HIPAA Rules and described in the "Notification of Enforcement Discretion for Telehealth Remote Communications During the COVID-19 Nationwide Public Health Emergency" ("Notification") issued by the Office for Civil Rights in the U.S. Department of Health and Human Services on March 17, 2020, that covered health care provider shall ensure that its delivery of telehealth services is consistent with that Notification. This paragraph does not impose any mandatory requirements beyond any mandatory requirements imposed by the Notification itself, except that where the Notification encourages particular measures to safeguard patient privacy, but does not require such measures, covered health care

providers shall give due consideration to such measures and shall endeavor to adopt them to the extent possible.

10) For purposes of this Order, "telehealth services" includes the use of telehealth services to engage in the provision of behavioral or mental health services, in addition to the use of telehealth services to engage in the provision of medical, surgical, or other health care services. This paragraph should be construed to ensure that the provisions of this Order apply to the provision of behavioral or mental health services the same extent that those paragraphs apply to other forms of health care.

**IT IS FURTHER ORDERED** that as soon as hereafter possible, this Order be filed in the Office of the Secretary of State and that widespread publicity and notice be given of this Order.

This Order is not intended to, and does not, create any rights or benefits, substantive or procedural, enforceable at law or in equity, against the State of California, its agencies, departments, entities, officers, employees, or any other person.

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 3rd day of April 2020.

GAVIN NEWSOM
Governor of California

**ATTEST:**

ALEX PADILLA
Secretary of State

# Exhibit 6

| | |
|---|---|
| **From:** | Bentz, Melissa@CDCR <██████████@cdcr.ca.gov> |
| **Sent:** | Monday, April 6, 2020 5:22 PM |
| **To:** | Kyle Lewis; Adriano Hrvatin; Nasstaran Tara Ruhparwar; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Christine Ciccotti ██████████ @dsh.ca.gov); ██████████@DSH-S; Hendon, ██████████@DSH-S; ██████████@DSH-S; ██████████@DSH-S; ██████████@CDCR; ██████████@CDCR; ██████████@CDCR; ██████████@CDCR; Nick Weber; ██████████@CDCR; ██████████@CDCR; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; ██████████@CDCR; ██████████@CDCR; ██████████@CDCR; Coleman Team - RBG Only; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; James DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea-Williams; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares; ██████████@CDCR; ██████████@CDCR; Laura Ceballos; ██████████@CDCR |
| **Subject:** | Coleman -- COVID- 19 Task Force Meeting |
| **Attachments:** | Draft COVID-19 Temporary Emergency Transfer Guidelines 04.06.20 CLEAN.pdf; CDCR DRAFT COVID Temporary Emergency Transfer Guidelines- 4.6.2020- Redline.pdf |

All,

Attached is a clean and redline draft of CDCR's COVID-19 Temporary Transfer Guidelines. Mental Health and experts from the Special Master's team met many times over the weekend to review and revise this document. We look forward to discussing the guidelines with everyone during our task force call tomorrow.

Respectfully,

*Melissa C. Bentz*
Attorney, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: ██████████@cdcr.ca.gov
Office Phone: ██████████
Cell Phone: ██████████
Fax: ██████████

ATTORNEY CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

# Exhibit 7

## CDCR COVID Temporary Transfer Guidelines & Workflow

In an attempt to limit the transmission of COVID-19, all non-emergency movement shall be immediately curtailed. When a patient requires emergency inpatient care to prevent serious harm to self or others or to address serious mental health decompensation, referrals to Mental Health Inpatient care shall continue, including place-in orders to Intermediate Care Program (ICF), Acute Psychiatric Program (APP), or Mental Health Crisis Bed (MHCB). The best option is to place the patient in an available bed in an ICF, APP, or MHCB within the same institution. The next best option is for the patient to be housed and treated in the same institution within a Temporary Mental Health Unit, as described in a separate document regarding treatment to be rendered in these units, titled COVID Emergency Mental Health Treatment Guidance. The third option is for Enhanced Level of Care Treatment modalities in cells designated for this, which may include the patient's own cell, as described in a separate document regarding treatment to be rendered in these units, titled COVID Emergency Mental Health Treatment Guidance. The fourth option, when patients are not psychiatrically safe in their current environment and for whom none of the prior options are available or protective, is to transfer the patient to another institution that has safer options, while also balancing the substantial risks of COVID in this pandemic. All transfer requests to other facilities will be reviewed as described below, and HCPOP will not act on the place-in order without approval from the Regional Mental Health Administrator or the IRU.

<u>Referrals to a Different Facility</u>

I.   <u>Institution Review</u>: Transfer out of the patient's current facility shall not proceed unless meeting the criteria below, as assessed by the treatment team:
    1. an imminent, life-threatening emergency necessitates transfer, or
    2. serious mental health decompensation necessitates transfer, and
    3. the life-threatening condition or serious decompensation cannot be reasonably treated at the institution.

II.  When a transfer is not clinically necessary, alternate strategies for managing the patient within the institution must be implemented. A medical hold shall be placed by the primary care physician or psychiatric physician to prevent movement.

III. <u>If transfer to an MHCB is pursued, Regional Review is required</u>: If the referral meets the criteria above, the primary clinician shall email and call the Regional Mental Health Administrator or designee. They shall include an explanation of why the criteria above have been met. The Regional Mental Health Administrator must then consult with the Regional Deputy Medical Executive. HCPOP will not transfer patients to a new facility without receiving approval from the Mental Health Administrator.

IV.  <u>If transfer to an ICF or APP program is pursued, IRU Review is required</u>: When a local treatment team requests an inpatient transfer to another facility at an Acute or Intermediate level of care, the request, describing the criteria in Section I above that have been met, shall be sent by email to the IRU inbox at CDCR DHCS DSH Referral Updates@CDCR (m_cdcrdchcsdmhreferupdate@cdcr.ca.gov).
    1. IRU shall hold referrals not meeting the above criteria as incomplete, and shall not move these referrals forward for endorsement by HCPOP.

     2. When the IRU approves an inpatient transfer to another facility, the approval shall be communicated by the IRU to HCPOP.

V. <u>For transfer to ICF, APP, or MHCB</u>: The treatment team and reviewers shall also consider if the patient currently has symptoms consistent with COVID-19, has possible exposure to a COVID-19 case and is therefore in quarantine, is symptomatic in isolation (suspect case), or is a confirmed case in isolation. There must be medical clearance by a local medical physician or psychiatric physician in consultation with the institution public health or infection control nurse prior to the patient leaving a facility.

     1. The clearance shall be clearly documented by the primary care physician or psychiatrist in a transfer note, to be included in the chart, addressing the factors included in Attachment A.

     2. The content of the note should also be orally communicated from the sending psychiatrist or other medical physician to the Chief or Senior psychiatrist at the receiving institution so appropriate measures can be taken prior to patient arrival.

VI. <u>Acceptance Procedure</u>: Prior to acceptance of an inter-facility patient transfer into an ICF, APP, or MHCB, a psychiatrist shall review all inpatient referrals including the medical transfer note information and the risk factors noted above.

     1. If there are substantial concerns regarding the patient's medical risk, or risk to other patients and staff at the facility given the referring information, a discussion must occur with the referring clinician and psychiatrist, to weigh the risks and determine a final outcome. If there is a disagreement between the referring and accepting institutions, Mental Health leadership at headquarters will assist in resolving the issue.

         a. Any decision not to accept MHCB referrals shall be immediately communicated to HCPOP.

         b. Any decision not to accept ICF or APP referrals made by the medical director due to infection control concerns shall be entered in the "MH Acute/ICF Disposition" order by selecting "More information needed" and notifying the IRU of the need for the patient to remain at the referring institution due to COVID-19 concerns.

VII. <u>Transfer Procedure</u>: Prior to transfer, emergency medical services, custody transportation, and the receiving facility should all be informed of any precautions to be taken as per CDCR CCHCS HC DOM 3.1.9 Health Care Transfer. A facemask shall be maintained on the patient throughout transfer. If a patient refuses to wear a facemask, the patient shall be placed in an area of the van that relatively isolates the patient and officers should wear protective equipment when transporting the patient to and from the van in accordance with CDCR's Covid-19 Staff PPE Guide: https://www.cdcr.ca.gov/covid19/wp-content/uploads/sites/197/2020/03/PPE-GUIDE-POSTER4.pdf
Consideration may also be given to having the patient wear a spit mask for the escort to and from the van.

     1. If a patient is already on isolation or quarantine, the isolation or quarantine should be maintained and completed at the new facility.

VIII. HCPOP and the IRU will track all inpatient referrals and any exceptions to transfer timelines.

Discharges

ICF, APP, and MHCB discharges are to stay at their current facility whenever possible. If a patient must transfer to a different facility due to irreconcilable custodial issues (e.g. enemy concerns, staff separation alerts), clinical staff will complete COVID-19 clinical screening and document this screening utilizing the guidelines in Attachment A. Clinical staff will inform the Classification and Parole Representative if any personal protective equipment is needed during transfer and will inform the receiving Chief or Senior Psychiatrist regarding the patient's transfer and any treatment needs including those related to COVID 19 risks.



## Attachment A

## Medical Transfer Note

The following information shall be included in the transfer note in EHRS, and orally communicated to the receiving institution's Chief or Senior psychiatrist; if they are unavailable, it should be communicated to the Chief of Mental Health:

1. Title Note: Medical transfer note
2. Referring Institution
3. Receiving Institution
4. Does the patient have a new or worsening cough?  [Y/N]
5. Does the patient have a fever (>100 F)?  [Y/N]
6. Is the patient experiencing new or worsening shortness of breath?  [Y/N]
7. Is the patient currently on isolation?  [Y/N]
8. Is the patient currently on quarantine?  [Y/N]
9. Is the patient known to be a contact of a confirmed COVID-19 case?  [Y/N]
10. Include the patient's vitals for the last 14 days as available
11. Rationale for recommending transfer.

# Exhibit 8

| | |
|---|---|
| **From:** | Weber, Nicholas@CDCR ████████ @cdcr.ca.gov> |
| **Sent:** | Tuesday, March 24, 2020 12:20 PM |
| **To:** | Steve Fama; Coleman Team - RBG Only; Donald Specter; Elise Thorn; Tyler Heath; Lucas Hennes; Adriano Hrvatin; Kyle Lewis; Melissa Bentz; ████████ @CDCR; ████████ @CDCR; ████████ @CDCR; ████████ @CDCR; Christine Ciccotti; ████████ @DSH-S; ████████ @DSH-S; Angie Cooper; Brian Main; Cindy Radavsky; Henry D. Dlugacz; James DeGroot; Jeffrey Metzner; Karen Rea-Williams; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Steve Raffa; Tim Rougeux; ████████ @CDCR |
| **Subject:** | RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care |
| **Attachments:** | Non-Essential Movement Update.pdf |

All,

Attached is as revision to the CDCR essential movement guidelines issued today.


Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243
████████

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.


**From:** Weber, Nicholas@CDCR
**Sent:** Saturday, March 21, 2020 3:02 PM
**To:** Steven Fama < ████ @prisonlaw.com>; Coleman Team - RBG Only < ████████ @rbgg.com>; Don Specter < ████ @prisonlaw.com>; ████████ @doj.ca.gov; Tyler Heath < ████████ @doj.ca.gov; Lucas Hennes ████████ @doj.ca.gov>; Adriano Hrvatin < ████████ @doj.ca.gov>; Kyle Lewis < ████████ @doj.ca.gov>; ████████ @CDCR ████████ @cdcr.ca.gov>; Hessick, Jerome@CDCR < ████████ @cdcr.ca.gov>; Neill, Jennifer@CDCR < ████████ @cdcr.ca.gov>; Toche, Diana@CDCR < ████████ @cdcr.ca.gov>; Bick, Joseph@CDCR < ████████ @cdcr.ca.gov>; Daye, Eureka@CDCR < ████████ @cdcr.ca.gov>; Christine Ciccotti ████████ @dsh.ca.gov>; Raddatz, Antonina@DSH-S < ████████ @dsh.ca.gov>; Kent, Kristopher@DSH-S ████████ @dsh.ca.gov>; Angie Cooper < ████████ @pldolaw.com>; Brian Main < ████████ @gmail.com>; Cindy Radavsky < ████████ @gmail.com>; Henry Dlugacz ████████ @blhny.com>; James DeGroot < ████████ @gmail.com>; Jeffrey Metzner < ████████ @cuanschutz.edu>; Karen Rea < ████████ @gmail.com>; Kerry C. Hughes, M.D. < ████████ @aol.com>; Kerry Walsh < ████████ @pldolaw.com>; Kristina Hector < ████████ @pldolaw.com>; L Hayes < ████████ @msn.com>; L. McClendon-Hunt < ████████ @pldolaw.com>; Lana Lopez < ████████ @pldolaw.com>; Maria

1



Masotta < ███ @drmariamasotta.com>; Matty Lopes < ███ @pldolaw.com>; Mohamedu Jones
< ███ @pldolaw.com>; ███ @aol.com; Patricia Williams < ███ @gmail.com>; Rachel Gribbin
< ███ @pldolaw.com>; Regina Costa < ███ @pldolaw.com>; Rod Hickman < ███ @gmail.com>; Steve Raffa
< ███ @pldolaw.com>; Timothy Rougeux < ███ @hotmail.com>; Ponciano, Angela@CDCR
< ███ @cdcr.ca.gov>

**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

All,

Attached is a clarification to Thursday's movement notice clarifying that access to and from PIP is permitted under current circumstances.


Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243
███


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Weber, Nicholas@CDCR
**Sent:** Saturday, March 21, 2020 12:48 PM
**To:** Steven Fama < ███ @prisonlaw.com>; Coleman Team - RBG Only < ███ @rbgg.com>; Don Specter < ███ @prisonlaw.com>; ███ @doj.ca.gov; Tyler Heath < ███ @doj.ca.gov>; Lucas Hennes < ███ @doj.ca.gov>; Adriano Hrvatin < ███ @doj.ca.gov>; Kyle Lewis < ███ @doj.ca.gov>; Bentz, Melissa@CDCR < ███ @cdcr.ca.gov>; Hessick, Jerome@CDCR < ███ @cdcr.ca.gov>; Neill, Jennifer@CDCR < ███ @cdcr.ca.gov>; Toche, Diana@CDCR < ███ @cdcr.ca.gov>; Bick, Joseph@CDCR < ███ @cdcr.ca.gov>; Daye, Eureka@CDCR < ███ @cdcr.ca.gov>; Christine Ciccotti < ███ @dsh.ca.gov>; Raddatz, Antonina@DSH-S < ███ @dsh.ca.gov>; Kent, Kristopher@DSH-S < ███ @dsh.ca.gov>; Angie Cooper < ███ @pldolaw.com>; Brian Main < ███ @gmail.com>; Cindy Radavsky < ███ @gmail.com>; Henry Dlugacz < ███ @blhny.com>; James DeG < ███ @_mail.com>; Jeffrey Metzner < ███ @cuanschutz.edu>; Karen Rea < ███ @gmail.com>; Kerry C. Hughes, M.D. < ███ @aol.com>; Kerry Walsh < ███ @pldolaw.com>; Kristina Hect  r < ███ @pldolaw.com>; L Hayes < ███ @msn.com>; L. McClendon-Hunt < ███ @pldolaw.com>; Lana Lopez < ███ @pldolaw.com>; Maria Masotta < ███ @drmariamasotta.com>; Matty Lopes < ███ @pldolaw.com>; Mohamedu Jones < ███ @pldolaw.com>; ███ @aol com; Patricia Williams < ███ @gmail com>; Rachel Gribbin < ███ @pldolaw.com>; Regina Costa < ███ @pldolaw.com>; Rod Hickman < ███ @gmail.com>; Steve Raffa < ███ @pldolaw.com>; Timothy Rougeux < ███ @hotmail.com>; Ponciano, Angela@CDCR < ███ @cdcr.ca.gov>
**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

All,

In advance of our call please find the CCHCS COVID-19 Interim Guidance for Health Care and Public Health Providers and a March 20, 2020, memo from CCHCS regarding COVID 19 Guidance Regarding Field Operations.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243
███████████

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



**From:** Weber, Nicholas@CDCR
**Sent:** Friday, March 20, 2020 4:00 PM
**To:** Steven Fama <████@prisonlaw.com>; Coleman Team - RBG Only <████████████@rbgg.com>; Don Specter <████@prisonlaw.com>; ████████@doj.ca.gov; Tyler Heath <████████@doj.ca.gov>; Lucas Hennes <████████@doj.ca.gov>; Adriano Hrvatin <████████@doj.ca.gov>; Kyle Lewis <████@doj.ca.gov>; Bentz, Melissa@CDCR <████████@cdcr.ca.gov>; Hessick, Jerome@CDCR <████████@cdcr.ca.gov>; Neill, Jennifer@CDCR <████████@cdcr.ca.gov>; Toche, Diana@CDCR <████████@cdcr.ca.gov>; Bick, Joseph@CDCR <████████@cdcr.ca.gov>; Daye, Eureka@CDCR <████████@cdcr.ca.gov>; Christine Ciccotti <████████@dsh.ca.gov>; Raddatz, Antonina@DSH-S <████████@dsh.ca.gov>; Kent, Kristopher@DSH-S <████████@dsh.ca.gov>; Angie Cooper <████████@pldolaw.com>; Brian Main <████████@gmail.com>; Cindy Radavsky <████████@gmail.com>; Henry Dlugacz <████████@blhny.com>; James DeGroot <████████@gmail.com>; Jeffrey Metzner <████████@cuanschutz.edu>; Karen Rea <████████@gmail.com>; Kerry C. Hughes, M.D. <████████@aol.com>; Kerry Walsh <████████@pldolaw.com>; Kristina Hector <████████@pldolaw.com>; L Hayes <████████@msn.com>; L. McClendon-Hunt <████████@pldolaw.com>; Lana Lopez <████████@pldolaw.com>; Maria Masotta <████████@drmariamasotta.com>; Matty Lopes <████████@pldolaw.com>; Mo  amedu Jones <████████@pldolaw.com>; ████████@aol.com; Patricia Williams <████████@gmail.c_m>; Rachel Gribbin <████████@pldolaw.com>; Regina Costa <████████@pldolaw.com>; Rod Hickman <████████@gmail.com>; Steve Raffa <████████@pldolaw.com>; Timothy Rougeux <████████@hotmail.com>; Ponciano, Angela@CDCR <████████@cdcr.ca.gov>
**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

For more information on the screener and who uses it please see the following website:

http://cssrs.columbia.edu/documents/screener-triage-emergency-departments/

Thanks.

**From:** Weber, Nicholas@CDCR
**Sent:** Friday, March 20, 2020 3:57 PM
**To:** Steven Fama <████@prisonlaw.com>; Coleman Team - RBG Only <████████████@rbgg.com>; Don Specter <████@prisonlaw.com>; ████████@doj.ca.gov; Tyler Heath <████████@doj.ca.gov>; Lucas Hennes <████████@doj.ca.gov>; Adriano Hrvatin <████████@doj.ca.gov>; Kyle Lewis <████@doj.ca.gov>; Bentz, Melissa@CDCR <████████@cdcr.ca.gov>; Hessick, Jerome@CDCR <████████@cdcr.ca.gov>; Neill,

3

Jennifer@CDCR ██████ @cdcr.ca.gov>; Toche, Diana@CDCR ██████ @cdcr.ca gov>; Bick, Joseph@CDCR ██████ @cdcr.ca.gov>; Daye, Eureka@CDCR ██████ @cdcr.ca.gov>; Christine Ciccotti ██████ @dsh.ca.gov>; Raddatz, Antonina@DSH-S ██████ @dsh.ca.gov>; Kent, Kristopher@DSH-S ██████ @dsh.ca.gov>; Angie Cooper ██████ @pldolaw.com>; Brian Main ██████ @gmail.com>; Cindy Radavsky ██████ @gmail.com>; Henry Dlugacz < ██████ @blhny.com>; James DeGroot < ██████ @gmail.com>; Jeffrey Metzner ██████ @cuanschutz.edu>; Karen Rea < ██████ @gmail.com>; Kerry C  Hughes, M.D. ██████ @aol.com>; Kerry Walsh ██████ @pldolaw.com>; Kristina Hector ██████ @pldolaw.com>; L Hayes ██████ @msn.com>; L. McClendon-Hunt ██████ @pldolaw.com>; Lana Lopez ██████ @pldolaw com>; Maria Masotta ██████ @drmariamasotta.com>; Matty Lopes ██████ @pldolaw.com>; Mohamedu Jones ██████ @pldolaw.com>; ██████ @aol.com; Patricia Williams ██████ @gmail.com>; Rachel Gribbin ██████ @pldolaw.com>; Regina Costa ██████ @pldolaw.com>; Rod Hickman ██████ @gmail.com>; Steve Raffa ██████ @pldolaw.com>; Timothy Rougeux ██████ @hotmail.com>; Ponciano, Angela@CDCR ██████ @cdcr.ca.gov) < ██████ @cdcr.ca.gov>

**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

Steve,

The screener is attached.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243
██████

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Steven Fama < ██████ @prisonlaw com>
**Sent:** Friday, March 20, 2020 3:45 PM
**To:** Weber, Nicholas@CDCR ██████ @cdcr.ca.gov>; Coleman Team - RBG Only < ██████ @rbgg.com>; Don Specter ██████ @prisonlaw.com>; ██████ @doj.ca.gov; Tyler Heath ██████ @doj.ca.gov>; Lucas Hennes ██████ @doj.ca.gov>; Adriano Hrvatin ██████ @doj.ca.gov>; Kyle Lewis ██████ @doj.ca.gov>; Bentz, Melissa@CDCR ██████ @cdcr.ca.gov>; Hessick, Jerome@CDCR ██████ @cdcr.ca.gov>; Neill, Jennifer@CDCR ██████ @cdcr.ca.gov>; Bick, Joseph@CDCR ██████ @cdcr.ca.gov>; Daye, Eureka@CDCR ██████ @cdcr.ca.gov>; Christine Ciccotti ██████ @dsh.ca.gov>; Raddatz, Antonina@DSH-S ██████ @dsh.ca.gov>; Kent, Kristopher@DSH-S ██████ @dsh.ca.gov>; Angie Cooper ██████ @pldolaw.com>; Brian Main ██████ @gmail.com>; Cindy Radavsky ██████ @gmail com>; Henry Dlugacz ██████ @blhny.com>; James DeGroot ██████ @gmail.com>; Jeffrey Metzner ██████ @cuanschutz.edu>; Karen Rea ██████ @gmail.com>; Kerry C. Hughes, M.D. ██████ @aol.com>; Kerry Walsh ██████ @pldolaw.com>; Kristina Hector ██████ @pldolaw.com>; L Hayes ██████ @msn.com>; L. McClendon-Hunt ██████ @pldolaw.com>; Lana Lopez ██████ @pldolaw.com>; Maria Masotta ██████ @drmariamasotta.com>; Matty Lopes ██████ @pldolaw.com>; Mohamedu Jones ██████ @pldolaw.com>; Brian Main ██████ @aol.com; Patricia Williams ██████ @gmail com>; Rachel Gribbin

4



@pldolaw.com>; Regina Costa [REDACTED] @pldolaw.com>; Rod Hickman [REDACTED] @gmail.com>; Steve Raffa [REDACTED] @pldolaw.com>; Timothy Rougeux [REDACTED] @hotmail.com>

**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

Thanks Nick.  Can you please forward the "Columbia Screener" referenced in the draft plan for possible CDCR use for suicide assessments, so we can be on the sam page as to what is being referenced?

Steve

**From:** Weber, Nicholas@CDCR [mailto [REDACTED] @cdcr.ca.gov]
**Sent:** Friday, March 20, 2020 3:22 PM
**To:** Coleman Team - RBG Only [REDACTED] @rbgg.com> [REDACTED] @rbgg.com>; Steven Fama [REDACTED] @prisonlaw.com> [REDACTED] @prisonlaw.com>; 'Don Specter [REDACTED] @prisonlaw.com> [REDACTED] @prisonlaw.com>; [REDACTED] @doj.ca.gov>; Tyler Heath [REDACTED] @doj.ca.gov>; Lucas Hennes [REDACTED] @doj.ca.gov>; Adriano Hrvatin [REDACTED] @doj.ca.gov>; [REDACTED] @doj.ca.gov>; Kyle Lewis < [REDACTED] @doj.ca.gov>; Bentz, Melissa@CDCR [REDACTED] @cdcr.ca.gov>; Hessick, Jerome@CDCR [REDACTED] @cdcr.ca.gov>; Neill, Jennifer@CDCR [REDACTED] @cdcr.ca.gov>; Toche, Diana@CDCR [REDACTED] @cdcr.ca.gov>; Bick, Joseph@CDCR [REDACTED] @cdcr.ca.gov>; Daye, Eureka@CDCR [REDACTED] @cdcr.ca.gov>; Christine Ciccotti [REDACTED] @dsh.ca.gov>; Raddatz, Antonina@DSH-S [REDACTED] @dsh.ca.gov>; Kent, Kristopher@DSH-S [REDACTED] @dsh.ca.gov>; Angie Cooper [REDACTED] @pldolaw.com>; Brian Main [REDACTED] @gmail.com>; Cindy Radavsky [REDACTED] @BLHNY.com>; Henry Dlugacz ( [REDACTED] @BLHNY.com>; James DeGroot [REDACTED] @CUANSCHUTZ.EDU>; Karen Rea [REDACTED] @gmail.com>; 'Kerry C. Hughes, M.D.' [REDACTED] @aol.com> [REDACTED] @aol.com>; Kerry Walsh [REDACTED] @pldol   .com> [REDACTED] @pldolaw.com>; Kristina Hector [REDACTED] @pldolaw.com>; L Hayes [REDACTED] @msn.com>; L. McClendon-Hunt [REDACTED] @pldolaw.com>; Lana Lopez [REDACTED] @pldolaw.com>; Maria Masotta [REDACTED] @drmariamasotta.com>; Matty Lopes [REDACTED] @pldolaw.com>; [REDACTED] @pldolaw.com>; Mohamedu Jones [REDACTED] @pldolaw.com) [REDACTED] @pldolaw.com>; [REDACTED] @aol.com; Patricia Williams [REDACTED] @gmail.com>; Rachel Gribbin [REDACTED] @pldolaw.com>; Regina Costa [REDACTED] @pldolaw.com>; Rod Hickman [REDACTED] @gmail.com>; Steve Raffa [REDACTED] @pldolaw.com>; Timothy Rougeux [REDACTED] @hotmail.com>

**Subject:** Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

All,

Attached is a draft CDCR Emergency COVID 19 Plan for the provision of mental health care.  Please note that the attached is a working document.  The document reflects CDCR's treatment goals given the information currently available.  CDCR will adjust the document to reflect unanticipated changes in COVID 19 restrictions or prison operations.  CDCR remains committed to ensuring patients with mental illnesses have prompt access to care even in these changing circumstances.  CDCR looks forward to a productive conversation tomorrow at the first task force meeting.

Thanks.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S

Sacramento, CA  95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**Weber, Nicholas@CDCR**

| | |
|---|---|
| **From:** | Ferguson, David@CDCR |
| **Sent:** | Tuesday, March 24, 2020 11:19 AM |
| **To:** | CDCR Institutions DAI CSU C and PRs; CDCR Institutions DAI - Assistant C&PR's |
| **Cc:** | CDCR Institutions DAI Pop Management; Transportation Statewide Scheduling@CDCR; CDCR Institutions DAI Associate Directors; CDCR Institutions Wardens; CDCR DAI Northern Transportation Hub; CDCR DAI-TUExtraditions; Moss, Joseph@CDCR; Seibel, Kimberly@CDCR; Barretto, Jennifer@CDCR; Herrera, John@CDCR; Gibson, Charles@CDCR; Gipson, Connie@CDCR; Fouch, Adam@CDCR; CDCR DOC COVID-19; CDCR DAI_CentralTransportationHub_Mailbox-M; CDCR DAI Southern Transportation Hub; CDCR Institutions DAI CSU Chief & Captains; CDCR Institutions CDW; Bentz, Melissa@CDCR; Weber, Nicholas@CDCR; Powell, Jay@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Navarro, Guadalupe@CDCR; Moak, Brian@CDCR; Engellenner, Leithen@CDCR |
| **Subject:** | RE: Immediate Cancellation of All Non-Essential Inmate Movement |

# Sent on Behalf of Assistant Deputy Director (A) J. W. Moss

## MOVEMENT UPDATE 3/34/2020- 1100 Hours

C&PRs and Assistant C&PRs,

Please note: <u>ALL non-essential</u> inmate movement has been **cancelled.**  The updated list of approved essential movement is effective Wednesday, March 25, 2020:

- Out to Medical (emergencies)
- HCPOP (medical bed placements, excludes SOP in GP beds)
- All RC Transfers
- Restricted Housing Movement (should be managed within the institution when possible)
    - From GP Housing to ASU / ASU-EOP HUB / STRH / LTRH / SHU / PSU
    - From ASU / ASU-EOP HUB / STRH / LTRH / SHU / PSU to GP / EOP Housing
    - NDS-200 transfers are approved.
- MH LOC Transfers
    - Admits/Discharges MHCB, PIP
    - GP to EOP Housing
    - MCCF LOC changes requiring HUB placements
    - Desert Institutions Mental Health (CCCMS/EOP) from the desert
- DPP/DDP from a <u>non-designated institution</u> to a designated institution to prevent morbidity/mortality  (pending discussions with plaintiffs)
- Inmates may be moved to an MSF within the same prison
- MCRP, CCTRP, and ACP community placements suspended through April 6, 2020
- Out to Courts (confirmed with court prior to move and screened clearance by medical)
- Removal of Modified Community Correctional Facility inmates due to deactivation efforts or medical cases requiring HUB placements
- Parole Transfers (PT) for mandated parole agent pick-ups
- Request from outside law enforcement agencies for holds, warrants, or extraditions (HOL) (confirmed with agency prior to move and screened clearance by medical)

- Returns from escapes (ESC)
- Transfers of inmates from non-RC prisons to the camp pipeline institutions are <u>suspended until further notice.</u>
- Transfers of inmates Fire Camps are <u>suspended until further notice.</u>
- <u>Inmate transfers previously initiated under the approved guidelines, that are currently on layover, may be moved to their final destination.</u>

Moves to Department of State Hospital beds at Atascadero State Hospital, Coalinga State Hospital, and Patton State Hospital are suspended until further notice.

Bed moves within each institution are still permitted to the degree necessary to ensure safety of staff and inmates, and to assign inmates to the least restrictive housing available based upon their individual case factors. If you have questions concerning this direction, please contact InstitutionsDAIPopManagement@cdcr.ca.gov.

*J. W. Moss*
*Assistant Deputy Director (A)*
*Division of Adult Institutions*
*Office:* █████████
*Cellphone:* █████████

---

**From:** Ferguson, David@CDCR
**Sent:** Saturday, March 21, 2020 2:49 PM
**To:** CDCR Institutions DAI CSU C and PRs <InstitutionsDAICSUCandPRs@cdcr.ca.gov>; CDCR Institutions DAI - Assistant C&PR's <InstitutionsDAI-AssistantCandPRs@cdcr.ca.gov>
**Cc:** CDCR Institutions DAI Pop Management <InstitutionsDAIPopManagement@cdcr.ca.gov>; Transportation Statewide Scheduling@CDCR <TransStatewideSched@cdcr.ca.gov>; CDCR Institutions DAI Associate Directors <InstitutionsDAIAssociateDirectors@cdcr.ca.gov>; CDCR Institutions Wardens <InstitutionsWardens@cdcr.ca.gov>; CDCR DAI Northern Transportation Hub <NoTransportationHub@cdcr.ca.gov>; CDCR DAI-TUExtraditions <DAI-TUExtraditions@cdcr.ca.gov>; Moss, Joseph@CDCR <Joseph.Moss@cdcr.ca.gov>; Seibel, Kimberly@CDCR <Kimberly.Seibel@cdcr.ca.gov>; Barretto, Jennifer@CDCR <Jennifer.Barretto@cdcr.ca.gov>; Herrera, John@CDCR <John.Herrera@cdcr.ca.gov>; Gibson, Charles@CDCR <Charles.Gibson@cdcr.ca.gov>; Gipson, Connie@CDCR <Connie.Gipson@cdcr.ca.gov>; Fouch, Adam@CDCR <Adam.Fouch@cdcr.ca.gov>; CDCR DOC COVID-19 <DOCCOVID19@cdcr.ca.gov>; CDCR DAI_CentralTransportationHub_Mailbox-M <DAI_CentralTransportationHub_Mailbox-M@cdcr.ca.gov>; CDCR DAI Southern Transportation Hub <SoTransportationHub@cdcr.ca.gov>; CDCR Institutions DAI CSU Chief & Captains <CDCRInstitutionsDAICSUChiefCaptains@cdcr.ca.gov>; CDCR Institutions CDW <CDCRInstitutionsCDW@cdcr.ca.gov>; Bentz, Melissa@CDCR <Melissa.Bentz@cdcr.ca.gov>; Weber, Nicholas@CDCR <Nicholas.Weber@cdcr.ca.gov>; Powell, Jay@CDCR <Jay.Powell@cdcr.ca.gov>; Daye, Eureka@CDCR <Eureka.Daye@cdcr.ca.gov>; Ponciano, Angela@CDCR <Angela.Ponciano@cdcr.ca.gov>
**Subject:** RE: Immediate Cancellation of All Non-Essential Inmate Movement

Good afternoon,

Over the last few days, the Population Management Unit (PMU) has received some questions concerning the below direction to cancel all non-essential inmate movement. In order to address these issues we are providing an update concerning the types of movement considered essential. As this information changes or when more becomes available, PMU will update institutional staff via email.

The below list is considered essential in addition to the movement already outlined in the previous email.

- To and from PIP (PIP)
- Parole Transfers (PT)
- Institutional Hearing Programs (IHP) for INS Detainers
- Request from outside law enforcement agencies for holds, warrants, or extraditions (HOL)
- Returns from escapes (ESC)
- COCCI transfers within 2 weeks of their 60 day time limit

All other transfers will need a review to ensure their appropriateness. If questions about individual movements arise, please email them to InstitutionsDAIPopManagement@cdcr.ca.gov. When submitting these types of movement on your Bus Seat Request (BSR), please use the identifier listed in parenthesis (ex; (PIP)) above in the comments section.

If you have questions concerning this direction, please contact InstitutionsDAIPopManagement@cdcr.ca.gov.

*David Ferguson*
Captain
Population Management Unit
Office: █████████
Cell: █████████

**From:** Ferguson, David@CDCR
**Sent:** Thursday, March 19, 2020 3:11 PM
**To:** CDCR Institutions DAI CSU C and PRs <InstitutionsDAICSUCandPRs@cdcr.ca.gov>; CDCR Institutions DAI - Assistant C&PR's <InstitutionsDAI-AssistantCandPRs@cdcr.ca.gov>
**Cc:** CDCR Institutions DAI Pop Management <InstitutionsDAIPopManagement@cdcr.ca.gov>; Transportation Statewide Scheduling@CDCR <TransStatewideSched@cdcr.ca.gov>; CDCR Institutions DAI Associate Directors <InstitutionsDAIAssociateDirectors@cdcr.ca.gov>; CDCR Institutions Wardens <InstitutionsWardens@cdcr.ca.gov>; CDCR DAI Northern Transportation Hub <NoTransportationHub@cdcr.ca.gov>; CDCR DAI-TUExtraditions <DAI-TUExtraditions@cdcr.ca.gov>; Moss, Joseph@CDCR <Joseph.Moss@cdcr.ca.gov>; Seibel, Kimberly@CDCR <Kimberly.Seibel@cdcr.ca.gov>; Barretto, Jennifer@CDCR <Jennifer.Barretto@cdcr.ca.gov>; Herrera, John@CDCR <John.Herrera@cdcr.ca.gov>; Gibson, Charles@CDCR <Charles.Gibson@cdcr.ca.gov>; Gipson, Connie@CDCR <Connie.Gipson@cdcr.ca.gov>; Fouch, Adam@CDCR <Adam.Fouch@cdcr.ca.gov>; CDCR DOC COVID-19 <DOCCOVID19@cdcr.ca.gov>
**Subject:** Immediate Cancellation of All Non-Essential Inmate Movement

# Sent on Behalf of Assistant Deputy Director (A) J. W. Moss

C&PRs and Assistant C&PRs,

Please note: ALL non-essential inmate transfers have been **cancelled, *effective immediately*.** Listed below are the types of movement considered essential:

- All RC Transfers
- Restrictive Housing Movement
  - From GP Housing to ASU/ASU EOP HUB/STRH/LTRH/SHU/PSU

  - From ASU/ASU EOP HUB/STRH/LTRH/SHU/PSU to GP/EOP Housing
- MHCB Movement
  - Admits/Discharges MHCB
- MH LOC Transfers
  - GP Housing to EOP Housing
  - Desert Institutions Mental Health (CCCMS/EOP) from the desert
- All Transfers to Fire Camp Pipelines
- MCRP, CCTRP, and ACP
- HCPOP (due to medical bed placements)
- Out to Courts (please confirm with court prior to move)
- Out to Medical (emergencies)
- DPP/DDP from a non-designated institution to a designated institution movement
- Removal of Modified Community Correctional Facility inmates due to deactivation efforts
- Transfers to MSF Facilities

Bed moves within each institution are still permitted to the degree necessary to ensure safety of staff and inmates, and to assign inmates to the least restrictive housing available based upon their individual case factors. If you have questions concerning this direction, please contact InstitutionsDAIPopManagement@cdcr.ca.gov.

Thank you,


*J. W. Moss*
*Assistant Deputy Director (A)*
*Division of Adult Institutions*
*Office:* ▮▮▮▮▮▮▮▮
*Cellphone:* ▮▮▮▮▮▮▮▮

# Exhibit 9

| | |
|---|---|
| **From:** | Melissa Bentz |
| **Sent:** | Thursday, April 02, 2020 5:47 PM |
| **To:** | Lisa Ells; Steve Fama; Coleman Team - RBG Only; Donald Specter; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; James DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea-Williams; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Tim Rougeux; Zelia M. Tavares |
| **Cc:** | Nick Weber; Elise Thorn; Tyler Heath; Lucas Hennes; Adriano Hrvatin; Kyle Lewis; Neill, Jennifer@CDCR; Toche, Diana@CDCR; Bick, Joseph@CDCR; Daye, Eureka@CDCR; Christine Ciccotti; Raddatz, Antonina@DSH-S; Kent, Kristopher@DSH-S; Ponciano, Angela@CDCR; Golding, Michael@CDCR; Flores, Marcie@CDCR; Barney-Knox, Barbara@CDCR; Laura Ceballos; Mehta, Amar@CDCR; Fouch, Adam@CDCR; Stafford, Carrie@CDCR |
| **Subject:** | Coleman: DAI Memos re: COVID 19 |
| **Attachments:** | Restricted Housing, Reception Centers, Psychiatric Inpatient Program Phone Calls 4.1.20.pdf; COVID19 Electronic Appliance Program for Restricted Housing Inmate 4.1.20.pdf; Programming Opportunities for inmate participating in Mental Health Services Delivery Systems in Restricted Housing 4.1.20.pdf; Emerg. tx of dorm housing inmates.pdf |

Good afternoon,

Attached are several memos released by DAI yesterday to increase yard and appliances in segregation units and increase phone calls in Reception Centers, PIPs, and segregation units. I have also attached DAI's memo regarding the emergency transfer of inmates housed in dorms, which was provided to the field today.

Respectfully,

*Melissa C. Bentz*
Attorney, Class Action Team
Office of Legal Affairs
California Department of Corrections and Rehabilitation
Email: ▮▮▮▮▮▮@cdcr.ca.gov
Office Phone: ▮▮▮▮▮▮
Cell Phone: ▮▮▮▮▮▮
Fax: ▮▮▮▮▮▮

ATTORNEY CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT – DO NOT FORWARD COMMUNICATION WITHOUT THE EXPRESS PERMISSION OF THE AUTHOR.

# Exhibit 10

# Memorandum

Date:    April 1, 2020

To:    Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Chief Psychiatrists
Senior Psychiatrists, Supervisors

Subject:    **RESTRICTED HOUSING, RECEPTION CENTERS, PSYCHIATRIC INPATIENT PROGRAM PHONE CALLS**

This memorandum is in response to the Coronavirus (COVID-19) and current allowable phone call privileges for inmates housed in restricted housing, Reception Centers (RCs), and Psychiatric In-Patient Programs (PIPs). The Division of Adult Institutions (DAI) recognizes the need for inmates to be able to maintain communication with family and friends and is taking proactive measures in an effort to assist inmates with increased communication.

This memorandum is to provide direction in regards to providing inmates housed in restricted housing, RCs, and PIPs the ability to make phone calls above their current privilege group. Wardens are directed to implement these additional phone call privileges. Institutions will utilize the current inmate phone equipment that already exists. Precautions are to be taken for both staff and inmate safety to include procedures to limit risk of exposure and transmittal of illness from inmate to inmate as phone calls are provided.

General strategies for providing all restricted housing, RC and PIP inmates' phone calls will need to be tailored by each respective institution based on physical plant design along with taking the following recommendations into consideration:

- All Non-Disciplinary Segregation (NDS) inmates will be allowed to make a phone call once a week (currently NDS A inmates are permitted one phone call a week, and NDS B inmates are permitted one phone call a month)
- All other inmates in restricted housing units will be allowed to make a phone call once every two weeks (currently no phone calls are permitted)
- C status inmate will remain on phone restrictions until C status has been completed or removed
- RC inmates will be provided one phone call a week (currently one phone call within first seven days of arrival and one phone call per month afterwards)
- PIP inmates will be allowed to make one phone call a week unless restricted by the Interdisciplinary Treatment Team with clinical justification documented in the health record

Associate Directors, Division of Adult Institutions
Wardens, Chief Executive Officers, Executive Directors
Chiefs of Mental health
Page 2

As a result of COVID-19, the Office of Correctional Education, the Division of Rehabilitative Programs (DRP) classes, and Visiting have been temporarily closed. Correctional staff assigned to the Office of Correctional Education, DRP, or visiting positions as an example may be redirected to help facilitate the phone calls in the RCs, restricted housing units, and PIPs.

This policy memorandum will remain in effect until this COVID-19 crisis is no longer in effect or rescinded.

This situation remains fluid and ever changing, thank you for your patience and cooperation. If you have any questions, please contact Justin Penney, Special Assistant to Deputy Director, Facility Operations, DAI, at ▮▮▮▮▮▮▮ or ▮▮▮▮▮▮▮@cdcr.ca.gov.

CONNIE GIPSON
Director
Division of Adult Institutions

EUREKA C. DAYE, Ph.D., MPH/MA, CCHP
Deputy Director (A)
Statewide Mental Health Program

cc: Kimberly Seibel
    Patrice Davis
    Justin Penney
    Angela Ponciano
    Michael Golding
    Travis Williams
    Laura Ceballos
    Mental Health Regional Administrators
    Regional Health Care Executives

# Exhibit 11

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    April 1, 2020

To:    Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officer
Chiefs of Mental Health
Chiefs of Psychiatry

Subject: **COVID- 19 ELECTRONIC APPLIANCE PROGRAM FOR RESTRICTED HOUSING INMATES**

The purpose of this memorandum is to announce the implementation of the Electronic Appliance Loaner Program in all restricted housing areas. Restricted housing shall encompass those inmates confined to quarters who are not permitted normal release, therefore require a greater degree of supervision than normal. This program has been developed in order to enhance the Department's in-cell activities in response to the COVID-19 pandemic. This program implementation shall remain in effect during the duration of the pandemic. Upon resolution, the memorandum dated January 22, 2014, titled, *Multi-Powered Radio Loaner Program in Administrative Segregation Units,* and memorandum dated August 4, 2017, titled *Electronic Tablet Loaner Program in Administrative Segregation and Short-term Restricted Housing,* shall reconvene.

The electronic appliance loaner program shall be implemented within all restricted housing units. Upon placement into restricted housing, all offenders shall be offered an electronic appliance as described below. Staff shall also ensure all appliances have been disinfected prior to any issuance or redistribution from one inmate to another. The process will be as follows:

- Initial Intake
  - o During the initial 72-hour intake period, a loaner crank radio shall be issued if available.
- After Intake, the following may be provided:
  - o Television
    - If the assigned cell has power capabilities and a television service provider, a television may be issued.
      - If the offender has a television in their personal property, it shall be retrieved and provided to the inmate.
      - If the inmate does not have an electronic appliance in their personal property, a loaner television shall be issued first.
      - In the event the cell does not have power capabilities, or there are not sufficient loaner televisions, staff shall issue the inmate a crank radio as outlined below.

Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Electronic Appliance Program for Restricted Housing Inmates
Page 2

- o Radios
    - If the assigned cell has power capabilities and the offender has a corded radio in their personal property, it shall be retrieved and provided to the inmate.
    - If the assigned cell does not have power capabilities, a loaner crank radio shall be issued.
    - Should radios not be available, a wait list by date of placement shall be established and issued by arrival date order.

Expectations

- o Inmates will be allowed to keep the appliance until they are released from restricted housing, or issued an entertainment appliance from their personal property.
- o All property restrictions relative to entertainment appliances within restricted housing shall be suspended during this program.
- o Each institution shall ensure each loaner electronic appliance is issued a state property tag for accountability.
- o The restricted housing supervisor shall be responsible to ensure the assigned property officer and inmate complete a CDCR 128-B, Electronic Appliance Loaner Program Agreement form upon issuance.
- o The assigned property officer will track issuance of the appliance on a distribution log, and will ensure the appliance is in proper working order. Upon release from restricted housing, the inmate shall relinquish the loaner electronic appliance.
- o If the electronic appliance has been altered or destroyed, the restricted housing supervisor shall determine if it was intentional or unintentional. In the event it has been determined to be intentional, staff shall utilize progressive discipline per California Code of Regulations Section 3312. In addition, the inmate will be charged the full replacement cost.
- o Those institutions authorized to use the Electronic Tablet Loaner Program in their restricted housing units shall continue to offer tablets as a viable electronic appliance.

Wardens are directed to implement these procedures immediately. Provide proof of practice to your respective Mission Associate Director within 1 week of the date of this memoradum. In addition to this directive, Wardens are encouraged to collaborate with Mental Health managers and provide innovative methods to assist in combating boredom and encouraging mental stimulation within their restricted housing settings.

Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Electronic Appliance Program for Restricted Housing Inmates
Page 3


If you have any questions, contact Lourdes White, Captain, Mental Health Compliance Team, at ▮▮▮▮▮▮ or ▮▮▮▮▮▮ @cdcr.ca.gov.

CONNIE GIPSON
Director
Division of Adult Institutions

Original Signed by:
JOSEPH BICK, M.D.
Director
Health Care Services

Attachments

cc: Kimberly Seibel
    Jennifer Barretto
    Eureka C. Daye, Ph.D., MPH, MA, CCHP
    Mental Health Regional Administrators
    Regional Healthcare Executives
    Michael Golding
    Angela Ponciano
    Adam Fouch
    Joe Moss
    Travis Williams
    Dawn Lorey
    Lourdes White

# Exhibit 12

State of California                                        Department of Corrections and Rehabilitation

# Memorandum

Date: April 1, 2020

To: Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Chief Psychiatrists
Senior Psychiatrists, Supervisors

Subject: **COVID-19 PROGRAMMING OPPORTUNITIES FOR INMATES PARTICIPATING IN THE MENTAL HEALTH SERVICES DELIVERY SYSTEM IN RESTRICTED HOUSING**

The purpose of this memorandum is to announce the implementation of third watch programming opportunities within restricted housing in response to the current Coronavirus (COVID-19) disease. This program implementation shall remain intact during the duration of the pandemic. At the resolution, all programming will reconvene to their original format.

In the event mental health groups and clinical one-to-ones are unable to occur in the restricted housing units, wardens will ensure evening (PM) yard is provided to inmates in the mental health services delivery system. For those units designated to quarantine status, all movement will be in accordance with current departmental expectation. This direction has been developed in order to maximize out-of-cell time and enhance the Department's suicide prevention efforts during this pandemic. The attached listing identifies those institutions and their respective restricted housing units already staffed to provide PM yard. Due to the direction to increase evening programming opportunity within every mental health restricted housing program, the wardens without staffing for PM yard will have the authority to approve overtime on an as needed basis. All overtime detail code for this program will be coded as "MHYD" to accurately capture expenditures and a weekly report of incurred overtime will be reported to the respective Associate Director.

Wardens are encouraged to collaborate with Mental Health managers and provide innovative methods to assist in combating boredom and encouraging mental stimulation within their restricted housing settings. Wardens shall also ensure precautions are taken for both staff and inmate safety to include procedures to limit risk of exposure and transmittal of illness (social distancing) from inmate to inmate.

If you have any questions, contact Lourdes White, Captain, Mental Health Compliance Team, via email at ▮▮▮▮▮▮@cdcr.ca.gov or via phone at ▮▮▮▮▮▮.

Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
COVID-19 Programming Opportunities for Inmates Participating in the Mental Health Services
Delivery System in Restricted Housing
Page 2

CONNIE GIPSON
Director
Division of Adult Institutions

EUREKA C. DAYE, Ph.D., MPH, MA, CCHP
Deputy Director (A)
Statewide Mental Health Program

Attachment

Cc:  Kimberly Seibel
     Jennifer Barretto
     Joseph Bick, MD
     Angela Poniciano
     Adam Fouch
     Joe Moss
     Michael Golding
     Travis Williams
     Laura Ceballos
     Lourdes White
     Mental Health Regional Administrators
     Regional Healthcare Executives

Mental Health Restricted Housing
Third Watch Yard

| INST | Housing Designation |
|------|---------------------|
| COR | ASU-STRH |
| HDSP | ASU-STRH |
| KVSP | ASU-STRH |
| PBSP | ASU-STRH |
| LAC | ASU-STRH |
| CMC | EOP ASU |
| PVSP | STRH |
| SATF | STRH |
| SVSP | STRH |
| SAC | STRH |

# Exhibit 13

# Memorandum

Date :  April 2, 2020

To :  Associate Directors, Division of Adult Institutions
Wardens

Subject:  **COVID-19 EMERGENCY TRANSFERS FROM LEVEL II DORMITORIES**

This memorandum outlines one of several processes taking place to address the statewide effort to mitigate higher occupancy in Level II dormitories. These emergency transfers of cohort populations are aimed at reducing COVID-19 impacts by utilizing existing vacant buildings, reducing site-specific population density, and improve overall social distancing.

Attached is an accelerated transfer schedule of movement from higher occupied dormitories to locations with vacant buildings that will be re-activated.

On April 1, 2020, coordinated conference calls were completed with local custodial and medical executive staff. Each institution was provided a data screened list and transfer schedule.

The following screening criteria was utilized for this emergency transfer in efforts to mitigate programming impacts to the extent possible:

- Inmate with case factors consistent with the receiving institutions setting.
- Inmates paroling after December 2020.
- Inmates **not** with impacting Armstrong or Clark Class Member designations
- Inmates **not** participants in the Mental Health Delivery System at Enhanced Outpatient or higher level of care.
- Inmates currently not assigned to critical work assignments or educational programs.
- Inmates Medical Classification Chrono does **not** reflect COCCI-I or High Risk Medical.
- Inmates **not** currently under a 14 quarantine period.
- Inmate without scheduled BPH hearings.

The following transfer process guidelines were discussed:

- All transfers will be endorsed using the SOMS Non-Committee Endorsement process facilitated by the Classification Service Unit and Population Management Unit.
- Inmates will be moved by identified cohort groups currently already living together in dormitories, as feasible as possible.
- Cohort dormitory populations will transfer together on same bus and be housed together upon arrival.
- All inmate transfers will be provided a mask during transport.
- Cohorts received at their new location will be quarantined for 14 days, with all building quarantined inmates able to program together.

Associate Directors, Division of Adult Institutions
Wardens
Page 2

- All inmates will have their property sent with them the same day of transfer.
- All property should be issued the day of arrival, but no later than next day if late arrival.
- Transferred inmates will be allowed to take a set of State issued clothing.
- Bus transports will not exceeded 19, per bus for social distancing.
- No inmates will be sent from current quarantine dorms.
- All normal transfer screening will take place.
- Custodial staffing adjustment are being made by the Program Support Unit.
- Additional support resources needed will be assisted through the COVID-19 Departmental Operations Center.
- Messaging will be provided by staff at the sending and receiving institution prior to departing and upon arriving inmates.

The support of the Wardens and Health Care executives in ensuring their institution's assistance is greatly appreciated and necessary to guarantee a smooth transfer process.

Further coordination will occur with local bargaining units via the institutions and through the Office of Labor Relations, Office of Legal Affairs, and Plaintiffs overseeing class members.

If you have any questions, please contact Rosa Estrada, Correctional Counselor III, PMU, at ▮▮▮▮▮▮▮▮▮▮▮, or Angella DeBusk, Correctional Counselor III, PMU, at ▮▮▮▮▮▮▮▮▮

DENNIS HALVERSON
Chief of Population Management Unit
Division of Adult Institutions

Attachment

Connie Gipson
Kimberly Seibel
Joseph Moss
Adam Fouch

| DATE | Bus | FROM | TO | Transfer | NOTES |
|---|---|---|---|---|---|
| 4/3/2020 | | CVSP | ISP | 50 | *CVSP to ISP to be transported locally - Total 300 Inmates |
| 4/4/2020 | | CVSP | ISP | 50 | |
| 4/5/2020 | | CVSP | ISP | 50 | |
| 4/9/2020 | | CVSP | ISP | 50 | |
| 4/10/2020 | | CVSP | ISP | 50 | |
| 4/11/2020 | | CVSP | ISP | 50 | |
| | | | | | |
| 4/7/2020 | 1 | CVSP | CSPC | 19 | *CVSP to CSPC to be transported VIA Statewide Transportation Unit Total 57 Inmates |
| 4/9/2020 | 1 | CVSP | CSPC | 19 | |
| 4/14/2020 | 1 | CVSP | CSPC | 19 | |

| DATE | Bus | FROM | TO | Transfer | NOTES |
|---|---|---|---|---|---|
| 4/6/2020 | 1 | CRC | CSPC | 19 | *CRC to CSPC to be transported VIA Statewide Transportation Unit Total 361 Inmates |
| 4/6/2020 | 2 | CRC | CSPC | 19 | |
| 4/6/2020 | 3 | CRC | CSPC | 19 | |
| 4/6/2020 | 4 | CRC | CSPC | 19 | |
| 4/8/2020 | 1 | CRC | CSPC | 19 | |
| 4/8/2020 | 2 | CRC | CSPC | 19 | |
| 4/8/2020 | 3 | CRC | CSPC | 19 | |
| 4/8/2020 | 4 | CRC | CSPC | 19 | |
| 4/10/2020 | 1 | CRC | CSPC | 19 | |
| 4/10/2020 | 2 | CRC | CSPC | 19 | |
| 4/10/2020 | 3 | CRC | CSPC | 19 | |
| 4/10/2020 | 4 | CRC | CSPC | 19 | |
| 4/13/2020 | 1 | CRC | CSPC | 19 | |
| 4/13/2020 | 2 | CRC | CSPC | 19 | |
| 4/13/2020 | 3 | CRC | CSPC | 19 | |
| 4/13/2020 | 4 | CRC | CSPC | 19 | |
| 4/15/2020 | 1 | CRC | CSPC | 19 | |
| 4/15/2020 | 2 | CRC | CSPC | 19 | |
| 4/15/2020 | 3 | CRC | CSPC | 19 | |

| DATE | Bus | FROM | TO | Transfer | NOTES |
|---|---|---|---|---|---|
| 4/3/2020 | | SATF | CSPC | 50 | SATF to CSPC to be transported locally - Total 100 Inmates |
| 4/4/2020 | | SATF | CSPC | 50 | |
| | | | | | |
| ALL TRANFERS WILL BE ENDORSED BY CSU AND PMU USING THE SOMS NCE PROCESS PRIOR TO MOVEMENT. | | | | | |

Date: 04/01/2020

# Exhibit 14

| | |
|---|---|
| **From:** | Kyle Lewis |
| **To:** | Matt Lopes; Kerry F. Walsh; Michael W. Bien; Lisa Ells; Donald Specter; Steve Fama |
| **Cc:** | Adriano Hrvatin; Tyler Heath; Elise Thorn; Lucas Hennes; Nick Weber; Melissa Bentz ███████ @cdcr.ca.gov; ███████ @CDCR; ███████ @dsh.ca.gov; ███████ @DSH-S; Nina Raddatz |
| **Subject:** | Coleman -- Information concerning Coleman class members |
| **Date:** | Tuesday, April 07, 2020 5:00:25 PM |
| **Attachments:** | Attachment A- Mental Health Patients by Institution and Level of Care- 4....pdf |
| | Attachment B- Mental Health Patients by Institution and Bed Type- 4.7.20....pdf |
| | Attachment D- Pictures of Social Distancing Markings at CDCR Institutions.pdf |
| | Attachment E- COVID-19 MANDATORY 14-DAY MODIFIED PROGRAM.PDF |
| | DSH Coleman Census and COVID risk factors 4-6-20_v1.xlsx |

Hello, All.

In the attached correspondence, Defendants provide information concerning *Coleman* class members to the Special Master and Plaintiffs as directed by the Court's April 6, 2020 order, subject to existing protective orders. (ECF No 6580 at 3.) Defendants are continuing to gather responsive information under the Court's tight time constraints, and will provide further information tomorrow.

Defendants propose that the parties meet and confer regarding this information tomorrow, April 8, 2020, at 3:00 p.m. PDT. Please let me know if you are available to meet at that time.

Regards,
Kyle


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Exhibit 15

Mental Health Patients by Institution and Mental Health Level of Care as of 4/7/2020

| Institution | CCCMS | EOP | MHCB | Inpatient |
|---|---|---|---|---|
| ASH | 1 | 8 | 0 | 231 |
| ASP | 1087 | 0 | 0 | 0 |
| CAL | 3 | 0 | 0 | 0 |
| CCC | 1 | 0 | 0 | 0 |
| CCI | 1436 | 4 | 0 | 0 |
| CCWF | 1272 | 132 | 6 | 0 |
| CEN | 2 | 0 | 0 | 0 |
| CHCF | 640 | 602 | 29 | 519 |
| CIM | 1124 | 33 | 8 | 13 |
| CIW | 683 | 76 | 3 | 33 |
| CMC | 722 | 587 | 27 | 17 |
| CMF | 500 | 521 | 21 | 421 |
| COAL | 0 | 1 | 0 | 48 |
| COR | 998 | 277 | 10 | 10 |
| CRC | 1450 | 0 | 0 | 0 |
| CTF | 1420 | 3 | 0 | 0 |
| CVSP | 4 | 0 | 0 | 0 |
| DVI | 436 | 5 | 0 | 0 |
| FSP | 570 | 0 | 0 | 0 |
| HDSP | 1003 | 4 | 4 | 0 |
| ISP | 1 | 0 | 0 | 0 |
| KVSP | 971 | 110 | 4 | 8 |
| LAC | 821 | 576 | 12 | 14 |
| MCSP | 1421 | 714 | 5 | 6 |
| NKSP | 830 | 48 | 3 | 2 |
| PAT | 1 | 3 | 0 | 12 |
| PBSP | 283 | 3 | 3 | 1 |
| PVSP | 483 | 5 | 0 | 0 |
| RJD | 1302 | 855 | 7 | 9 |
| SAC | 515 | 769 | 28 | 14 |
| SATF | 1870 | 580 | 6 | 9 |
| SCC | 556 | 0 | 0 | 0 |
| SOL | 694 | 1 | 2 | 2 |
| SQ | 1004 | 291 | 0 | 29 |
| SVSP | 865 | 321 | 0 | 233 |
| VSP | 1090 | 331 | 0 | 0 |
| WSP | 1185 | 62 | 1 | 3 |

# Exhibit 18

Mental Health Patients by Institution and Bed Type as of 4/7/2020

| Institution | Mental Health LOC | BedType | Number of Patients |
|---|---|---|---|
| ASH | CCCMS | NULL | 1 |
| ASH | EOP | NULL | 8 |
| ASH | Inpatient | NULL | 231 |
| ASP | CCCMS | NULL | 8 |
| ASP | CCCMS | 270 Cell | 39 |
| ASP | CCCMS | 270 Dorm | 788 |
| ASP | CCCMS | Cell | 5 |
| ASP | CCCMS | Dorm | 247 |
| CAL | CCCMS | 270 Cell | 3 |
| CCC | CCCMS | 270 Cell | 1 |
| CCI | CCCMS | NULL | 8 |
| CCI | CCCMS | 180 Cell | 609 |
| CCI | CCCMS | 270 Cell | 212 |
| CCI | CCCMS | Cell | 2 |
| CCI | CCCMS | Dorm | 605 |
| CCI | EOP | 180 Cell | 2 |
| CCI | EOP | Dorm | 2 |
| CCWF | CCCMS | NULL | 19 |
| CCWF | CCCMS | 270 Cell | 147 |
| CCWF | CCCMS | Cell | 17 |
| CCWF | CCCMS | Dorm | 1089 |
| CCWF | EOP | NULL | 3 |
| CCWF | EOP | 270 Cell | 10 |
| CCWF | EOP | Cell | 3 |
| CCWF | EOP | Dorm | 116 |
| CCWF | MHCB | Cell | 5 |
| CCWF | MHCB | Dorm | 1 |
| CEN | CCCMS | 270 Cell | 2 |
| CHCF | CCCMS | NULL | 12 |
| CHCF | CCCMS | Cell | 320 |
| CHCF | CCCMS | Dorm | 308 |
| CHCF | EOP | NULL | 7 |
| CHCF | EOP | Cell | 570 |
| CHCF | EOP | Dorm | 25 |
| CHCF | Inpatient | NULL | 4 |
| CHCF | Inpatient | Cell | 515 |
| CHCF | MHCB | Cell | 29 |
| CIM | CCCMS | NULL | 19 |
| CIM | CCCMS | Cell | 352 |
| CIM | CCCMS | Dorm | 753 |
| CIM | EOP | NULL | 6 |
| CIM | EOP | Cell | 27 |
| CIM | Inpatient | NULL | 2 |
| CIM | Inpatient | Cell | 11 |
| CIM | MHCB | NULL | 1 |

| | | | |
|---|---|---|---|
| CIM | MHCB | Cell | 7 |
| CIW | CCCMS | NULL | 4 |
| CIW | CCCMS | 270 Cell | 25 |
| CIW | CCCMS | Cell | 653 |
| CIW | CCCMS | Dorm | 1 |
| CIW | EOP | NULL | 3 |
| CIW | EOP | 270 Cell | 3 |
| CIW | EOP | Cell | 70 |
| CIW | Inpatient | Cell | 33 |
| CIW | MHCB | Cell | 3 |
| CMC | CCCMS | NULL | 6 |
| CMC | CCCMS | Cell | 394 |
| CMC | CCCMS | Dorm | 322 |
| CMC | EOP | NULL | 2 |
| CMC | EOP | Cell | 584 |
| CMC | EOP | Dorm | 1 |
| CMC | Inpatient | NULL | 1 |
| CMC | Inpatient | Cell | 16 |
| CMC | MHCB | Cell | 27 |
| CMF | CCCMS | NULL | 7 |
| CMF | CCCMS | Cell | 237 |
| CMF | CCCMS | Dorm | 256 |
| CMF | EOP | NULL | 2 |
| CMF | EOP | Cell | 513 |
| CMF | EOP | Dorm | 6 |
| CMF | Inpatient | NULL | 3 |
| CMF | Inpatient | Cell | 345 |
| CMF | Inpatient | Dorm | 73 |
| CMF | MHCB | Cell | 20 |
| CMF | MHCB | Dorm | 1 |
| COAL | EOP | NULL | 1 |
| COAL | Inpatient | NULL | 48 |
| COR | CCCMS | NULL | 10 |
| COR | CCCMS | 270 Cell | 588 |
| COR | CCCMS | Cell | 400 |
| COR | EOP | NULL | 2 |
| COR | EOP | 270 Cell | 252 |
| COR | EOP | Cell | 23 |
| COR | Inpatient | 270 Cell | 3 |
| COR | Inpatient | Cell | 7 |
| COR | MHCB | Cell | 10 |
| CRC | CCCMS | NULL | 7 |
| CRC | CCCMS | Dorm | 1440 |
| CRC | CCCMS | Room | 3 |
| CTF | CCCMS | NULL | 5 |
| CTF | CCCMS | Cell | 948 |
| CTF | CCCMS | Dorm | 467 |

| | | | |
|---|---|---|---|
| CTF | EOP | NULL | 1 |
| CTF | EOP | Cell | 1 |
| CTF | EOP | Dorm | 1 |
| CVSP | CCCMS | 270 Cell | 1 |
| CVSP | CCCMS | 270 Dorm | 3 |
| DVI | CCCMS | NULL | 20 |
| DVI | CCCMS | Cell | 416 |
| DVI | EOP | NULL | 2 |
| DVI | EOP | Cell | 3 |
| FSP | CCCMS | NULL | 5 |
| FSP | CCCMS | Cell | 438 |
| FSP | CCCMS | Dorm | 127 |
| HDSP | CCCMS | NULL | 2 |
| HDSP | CCCMS | 180 Cell | 175 |
| HDSP | CCCMS | 270 Cell | 775 |
| HDSP | CCCMS | Cell | 51 |
| HDSP | EOP | 270 Cell | 1 |
| HDSP | EOP | Cell | 3 |
| HDSP | MHCB | Cell | 4 |
| ISP | CCCMS | 270 Cell | 1 |
| KVSP | CCCMS | NULL | 10 |
| KVSP | CCCMS | 180 Cell | 849 |
| KVSP | CCCMS | Cell | 112 |
| KVSP | EOP | 180 Cell | 95 |
| KVSP | EOP | Cell | 15 |
| KVSP | Inpatient | 180 Cell | 2 |
| KVSP | Inpatient | Cell | 6 |
| KVSP | MHCB | Cell | 4 |
| LAC | CCCMS | NULL | 10 |
| LAC | CCCMS | 270 Cell | 717 |
| LAC | CCCMS | Cell | 94 |
| LAC | EOP | NULL | 7 |
| LAC | EOP | 270 Cell | 569 |
| LAC | Inpatient | NULL | 1 |
| LAC | Inpatient | 270 Cell | 10 |
| LAC | Inpatient | Cell | 3 |
| LAC | MHCB | NULL | 2 |
| LAC | MHCB | 270 Cell | 1 |
| LAC | MHCB | Cell | 9 |
| MCSP | CCCMS | NULL | 11 |
| MCSP | CCCMS | 270 Cell | 935 |
| MCSP | CCCMS | Dorm | 475 |
| MCSP | EOP | NULL | 3 |
| MCSP | EOP | 270 Cell | 475 |
| MCSP | EOP | Cell | 1 |
| MCSP | EOP | Dorm | 235 |
| MCSP | Inpatient | 270 Cell | 2 |

| | | | |
|---|---|---|---|
| MCSP | Inpatient | Cell | 4 |
| MCSP | MHCB | Cell | 5 |
| NKSP | CCCMS | NULL | 27 |
| NKSP | CCCMS | 270 Cell | 151 |
| NKSP | CCCMS | Cell | 476 |
| NKSP | CCCMS | Dorm | 176 |
| NKSP | EOP | 270 Cell | 1 |
| NKSP | EOP | Cell | 47 |
| NKSP | Inpatient | Cell | 2 |
| NKSP | MHCB | Cell | 3 |
| PAT | CCCMS | NULL | 1 |
| PAT | EOP | NULL | 3 |
| PAT | Inpatient | NULL | 12 |
| PBSP | CCCMS | NULL | 2 |
| PBSP | CCCMS | 180 Cell | 132 |
| PBSP | CCCMS | Cell | 149 |
| PBSP | EOP | 180 Cell | 1 |
| PBSP | EOP | Cell | 2 |
| PBSP | Inpatient | Cell | 1 |
| PBSP | MHCB | Cell | 3 |
| PVSP | CCCMS | NULL | 2 |
| PVSP | CCCMS | 270 Cell | 462 |
| PVSP | CCCMS | Cell | 19 |
| PVSP | EOP | 270 Cell | 5 |
| RJD | CCCMS | NULL | 11 |
| RJD | CCCMS | 270 Cell | 1078 |
| RJD | CCCMS | Cell | 4 |
| RJD | CCCMS | Dorm | 209 |
| RJD | EOP | NULL | 5 |
| RJD | EOP | 270 Cell | 599 |
| RJD | EOP | Cell | 6 |
| RJD | EOP | Dorm | 245 |
| RJD | Inpatient | 270 Cell | 4 |
| RJD | Inpatient | Cell | 5 |
| RJD | MHCB | 270 Cell | 1 |
| RJD | MHCB | Cell | 6 |
| SAC | CCCMS | NULL | 4 |
| SAC | CCCMS | 180 Cell | 423 |
| SAC | CCCMS | Cell | 88 |
| SAC | EOP | NULL | 5 |
| SAC | EOP | 180 Cell | 764 |
| SAC | Inpatient | 180 Cell | 4 |
| SAC | Inpatient | Cell | 10 |
| SAC | MHCB | 180 Cell | 18 |
| SAC | MHCB | Cell | 10 |
| SATF | CCCMS | NULL | 18 |
| SATF | CCCMS | 180 Cell | 115 |

| | | | |
|---|---|---|---|
| SATF | CCCMS | 270 Cell | 880 |
| SATF | CCCMS | Cell | 85 |
| SATF | CCCMS | Dorm | 772 |
| SATF | EOP | NULL | 3 |
| SATF | EOP | 270 Cell | 7 |
| SATF | EOP | Cell | 16 |
| SATF | EOP | Dorm | 554 |
| SATF | Inpatient | Cell | 6 |
| SATF | Inpatient | Dorm | 3 |
| SATF | MHCB | Cell | 5 |
| SATF | MHCB | Dorm | 1 |
| SCC | CCCMS | NULL | 3 |
| SCC | CCCMS | 270 Cell | 310 |
| SCC | CCCMS | Dorm | 243 |
| SOL | CCCMS | NULL | 9 |
| SOL | CCCMS | 270 Cell | 287 |
| SOL | CCCMS | 270 Dorm | 233 |
| SOL | CCCMS | Cell | 1 |
| SOL | CCCMS | Dorm | 164 |
| SOL | EOP | Cell | 1 |
| SOL | Inpatient | Cell | 2 |
| SOL | MHCB | Cell | 2 |
| SQ | CCCMS | NULL | 29 |
| SQ | CCCMS | Cell | 806 |
| SQ | CCCMS | Dorm | 169 |
| SQ | EOP | NULL | 3 |
| SQ | EOP | Cell | 106 |
| SQ | EOP | Dorm | 182 |
| SQ | Inpatient | Cell | 29 |
| SVSP | CCCMS | NULL | 10 |
| SVSP | CCCMS | 180 Cell | 305 |
| SVSP | CCCMS | 270 Cell | 466 |
| SVSP | CCCMS | Cell | 84 |
| SVSP | EOP | NULL | 2 |
| SVSP | EOP | 180 Cell | 112 |
| SVSP | EOP | 270 Cell | 185 |
| SVSP | EOP | Cell | 21 |
| SVSP | EOP | Dorm | 1 |
| SVSP | Inpatient | NULL | 2 |
| SVSP | Inpatient | 180 Cell | 114 |
| SVSP | Inpatient | 270 Cell | 1 |
| SVSP | Inpatient | Cell | 98 |
| SVSP | Inpatient | Dorm | 18 |
| VSP | CCCMS | NULL | 4 |
| VSP | CCCMS | 270 Cell | 56 |
| VSP | CCCMS | Cell | 12 |
| VSP | CCCMS | Dorm | 1018 |

| | | | |
|---|---|---|---|
| VSP | EOP | NULL | 4 |
| VSP | EOP | 270 Cell | 12 |
| VSP | EOP | Dorm | 315 |
| WSP | CCCMS | NULL | 27 |
| WSP | CCCMS | 270 Cell | 124 |
| WSP | CCCMS | Cell | 492 |
| WSP | CCCMS | Dorm | 542 |
| WSP | EOP | NULL | 2 |
| WSP | EOP | Cell | 60 |
| WSP | Inpatient | NULL | 1 |
| WSP | Inpatient | Cell | 2 |
| WSP | MHCB | Cell | 1 |

# Exhibit 17

# Memorandum

Date:  April 7, 2020

To:  Associate Director, Division of Adult Institutions
Wardens

Subject:  **COVID-19 MANDATORY 14-DAY MODIFIED PROGRAM**

The California Department of Corrections and Rehabilitation's priority is to protect the health and well-being of our staff and the offender population as well as providing a safe environment. The purpose of the memorandum is to reduce staff and inmate exposure to the coronavirus (COVID-19) by increasing more restrictive measures.

Effective Wednesday, April 8, 2020, all institutions will implement a mandatory 14-day modified program. Each institution will be responsible for either creating or amending their current Program Status Report taking all of the following information into consideration:

- The entire institution will be affected, except for Restricted Housing Units, Correctional Treatment Centers, and Psychiatric Inpatient Programs, etc.
- Movement will be via escort - maintain increased social distancing unless security would dictate otherwise (i.e. Administrative Segregation Unit placement). Movement will be in such a fashion as to not mix inmates from one housing unit with another housing unit.
- Feeding – Cell feeding or one housing unit at a time, maintaining social distancing and disinfecting tables between each use
- Ducats – priority only – includes mental health groups and individual clinical contacts
- Visiting – none
- Family visiting – none
- Legal visits – urgent/emergency, via telephone or video conference where available. Board of Parole Hearings will continue with attorney contacts as required
- Workers – critical and porters
- Showers – maintain distancing and disinfect between each use
- Health care services - conduct rounds in housing units
- Medication(s) distribution – cell front or at podium
- Law Library – PLU or paging option while maintaining social distancing in library
- Dayroom – numbers need to be reduced to allow for increased social distancing which may result in no dayroom activities if unable to maintain social distancing numbers to accommodate showers and phones
- Recreation - One housing unit/dorm at a time
- Canteen is permitted – if unable to accommodate during scheduled yard time facilitate delivery method

Associate Director, Division of Adult Institutions
Wardens
Page 2

- Packages are permitted
- Phone calls are permitted - disinfect between each use
- Religious programs shall be cell front or deliver materials to housing unit/dorm/cells
- Educational materials to be provided either cell front or to dorm
- Request for Health Care Services Forms, CDCR-Form 7362, will be distributed and picked up in the housing units by staff

During this time, I would like to see our Community Resource Managers and Education Department facilitate the delivery of increased games, program materials, reading books, or other items to the housing units. Housing unit/dorm officers and supervisors are expected to conduct additional rounds and spot checks of inmates in an effort to reduce self-harm and/or suicide attempts.

All institutions will be required to provide a copy of their Program Status Report, Part-A, to their respective Associate Director each day for this 14-day period. Institutions are expected to brief staff and inmate advisory committees on this directive as this modified program is currently only slated to be in effect for 14-days, through April 21, 2020.

During the past couple of weeks there have been some best practices coming forward that I would like to see implemented or considered such as placing markers on the ground in six foot intervals as a reminder for staff and inmates to maintain social distancing, and the placement of acrylic glass (e.g. Plexiglas) at staff entrances as a barrier between the screener and the person entering the prison.

Thank you for you continued efforts in managing this COVID-19 event. If you have any additional questions, please contact your respective Associate Director.

CONNIE GIPSON
Director
Division of Adult Institutions

cc:  Kimberly Seibel
     Patrice Davis
     Justin Penney

# Exhibit 18

State of California

GAVIN NEWSOM, GOVERNOR

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**
Research, Evaluation and Data
1600 Ninth Street, Room 140
Sacramento, CA 95814



Coleman Census by Unit
4/7/2020

| Hospital | Unit | Unit Category | Number of Patients | Level of Care | Risk Factors | | | | Square Footage |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | 65 and Older | HIV | Asthma | Other Health Conditions as Defined by the CDC | |
| Atascadero | 1 | Medical Unit | 4 | Intermediate | - | | | | Single person rooms of 80 Sq. Ft. |
| | 12 | PC Standard Admissions | 1 | Intermediate | - | | | | Single person rooms of 58 Sq. Ft. |
| | 13 | PC Standard Admissions | 26 | Intermediate | - | | | | Single person rooms of 58 Sq. Ft. |
| | 24 | Multi-Commitment Treatment | 24 | Intermediate | 2 | | | | 4-person dorm rooms ranging from 378 to 392 Sq. Ft. |
| | 30 | CDCR Permanent Housing | 45 | Intermediate | 1 | | | | 3-person dorm rooms ranging from 251 to 345 Sq. Ft. 4-person dorm rooms ranging from 324 to 350 Sq. Ft. |
| | 32 | CDCR Permanent Housing | 44 | Intermediate | 2 | | | | 3-person dorm rooms ranging from 251 to 345 Sq. Ft. 4-person dorm rooms ranging from 324 to 350 Sq. Ft. |
| | 33 | CDCR Permanent Housing | 46 | Intermediate | 10 | | | | 2-person dorm room of 180 Sq. Ft. 4-person dorm rooms ranging from 324 to 350 Sq. Ft. |
| | 34 | CDCR Permanent Housing | 44 | Intermediate | 2 | | | | 2-person dorm room of 180 Sq. Ft. 3-person dorm rooms ranging from 251 to 345 Sq. Ft. 4-person dorm rooms ranging from 324 to 350 Sq. Ft. |
| | | **TOTAL** | **234** | | 17 | | | | |
| Coalinga | 121 | CDCR Permanent Housing | 48 | Intermediate | 2 | - | 1 | 14 | Single person rooms of 135 Sq. Ft. 4-person dorm rooms ranging from 340 to 349 Sq. Ft. |
| | | **TOTAL** | **48** | | 2 | | | | |
| Patton | 33 | Multi-Commitment Treatment/ CDCR Permanent Housing | 14 | Intermediate | - | | | | 2-person dorm room ranging from 183 to 195 Sq. Ft. 3-person dorm room of 227 Sq. Ft. 4-person dorm rooms ranging from 277 to 385 Sq. Ft. |
| | | **TOTAL** | **14** | | - | | | | |
| **Total All** | | | **296** | | 19 | | | | |

# Exhibit 19

| | |
|---|---|
| **From:** | Kyle Lewis |
| **To:** | Matt Lopes; Kerry F. Walsh; Michael W. Bien; Lisa Ells; Donald Specter; Steve Fama |
| **Cc:** | Adriano Hrvatin; Tyler Heath; Elise Thorn; Lucas Hennes; Nick Weber; Melissa Bentz; ▇▇▇▇▇@cdcr.ca.gov"; ▇▇▇▇▇@CDCR"; ▇▇▇▇▇@dsh.ca.gov"; ▇▇▇▇▇@DSH-S"; "Nina Raddatz" |
| **Subject:** | RE: Coleman -- Information concerning Coleman class members |
| **Date:** | Tuesday, April 07, 2020 5:16:02 PM |
| **Attachments:** | Letter to OSM-Ps- 4.7.2020.pdf |
| | Attachment D- COVID-19 MANDATORY 14-DAY MODIFIED PROGRAM.PDF |
| | Attachment E- Coleman Class Members with at least one COVID-19 Risk Fact....pdf |

All,

Due to size limitations associated with email, I was not able to deliver all information and materials in one message.  Attached are the correspondence and Attachments D and E.

Regards,
Kyle

Kyle A. Lewis
Office of the Attorney General
Department of Justice, State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102
Telephone: ▇▇▇▇▇▇▇
Facsimile: ▇▇▇▇▇▇▇
E-mail: ▇▇▇▇▇@doj.ca.gov

---

**From:** Kyle Lewis
**Sent:** Tuesday, April 07, 2020 5:00 PM
**To:** Lopes Matthew ▇▇▇▇▇@pldolaw.com>; Walsh Kerry F. ▇▇▇▇▇@pldolaw.com>; Michael W. Bien ▇▇▇▇▇@rbgg.com>; 'Lisa Ells ▇▇▇▇▇@rbgg.com)' ▇▇▇▇▇@rbgg.com>; ▇▇▇▇▇@prisonlaw.com' ▇▇▇▇▇@prisonlaw.com>; 'Steve Fama' ▇▇▇▇▇@prisonlaw.com>
**Cc:** Adriano Hrvatin ▇▇▇▇▇@doj.ca.gov>; Tyler Heath ▇▇▇▇▇@doj.ca.gov>; Elise Thorn ▇▇▇▇▇@doj.ca.gov>; Lucas Hennes ▇▇▇▇▇@doj.ca.gov>; Weber, Nicholas@CDCR ▇▇▇▇▇@cdcr.ca.gov>; 'Bentz, Melissa@CDCR' ▇▇▇▇▇@cdcr.ca.gov>; ▇▇▇▇▇@cdcr.ca.gov; Stafford, Carrie@CDCR ▇▇▇▇▇@cdcr.ca.gov>; ▇▇▇▇▇@dsh.ca.gov; Kent, Kristopher@DSH-S ▇▇▇▇▇@dsh.ca.gov>; Nina Raddatz ▇▇▇▇▇@dsh.ca.gov>
**Subject:** Coleman -- Information concerning Coleman class members

Hello, All.

In the attached correspondence, Defendants provide information concerning *Coleman* class members to the Special Master and Plaintiffs as directed by the Court's April 6, 2020 order, subject to existing protective orders.  (ECF No 6580 at 3.)   Defendants are continuing to gather responsive

information under the Court's tight time constraints, and will provide further information
tomorrow.

Defendants propose that the parties meet and confer regarding this information tomorrow, April 8,
2020, at 3:00 p.m. PDT.  Please let me know if you are available to meet at that time.

Regards,
Kyle


CONFIDENTIALITY NOTICE: This communication with its contents may contain
confidential and/or legally privileged information. It is solely for the use of the intended
recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate
applicable laws including the Electronic Communications Privacy Act. If you are not the
intended recipient, please contact the sender and destroy all copies of the communication.

# Exhibit 20

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                                              GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



April 7, 2020

Special Master Matthew A. Lopes, Jr.
Pannone Lopes Devereaux & O'Gara LLC
Northwoods Office Park, Suite 215N
1301 Atwood Avenue
Johnston, RI 02919

*Coleman* Plaintiffs' Counsel
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105

*VIA EMAIL ONLY*

Dear Special Master Lopes and *Coleman* Plaintiffs' Counsel:

I write in response to the Court's April 6, 2020 Order, ECF No. 6580, which requires that Defendants provide certain information to the Special Master and Plaintiffs' counsel. Please find responsive information below:

1. The Number of *Coleman* Class Members by Institution and Mental Health Level of Care and a Description of the Housing Space for Each Level of Care at Each Institution

Please see Attachments A and B. Attachment B includes information regarding the bed types at each institution. Below is a description of each bed type:

- Null - This is used to define DSH beds. This bed type is also found for patients endorsed to an institution, but who are not currently physically located at that institution. For example, the patient may be out to court or out to medical.
- 180 Cell - Celled housing within a 180 design building. Comprised of two wings; each wing is partitioned into three self-contained pods.  Each pod has its own dayroom and control room.
- 270 Cell - Celled housing within a 270 design building.  Comprised of three connected sections with one dayroom and one control room.
- 270 Dorm - A 270 design housing unit with open or closed pods, typically housing six - eight persons per pod. Comprised of three connected sections and one dayroom and one control room.
- Cell - Closed cell housing with either a single bed or a double bunk bed.

- Dorm - Open style housing with either single beds or multiple bunk beds. One dayroom area.
- Room - Only three beds at CRC have this designation. These rooms are used as the Outpatient Housing Unit.

2. Information to Allow Calculation of the Physical Distancing Currently Possible for Each Set of Class Members at Each Institution and Level of Care

Defendants are in the process of gathering this information. However, given the time constraints provided in by the Court's order, CDCR is unable to produce responsive information within the allotted time. Defendants will produce this information as soon as it is available.

3. Information Regarding the Physical Distancing Currently Being Achieved

Defendants are committed to keeping staff and inmates safe during this global pandemic and have taken numerous steps to prevent the spread of COVID-19, in line with recommendations from the Center of Disease Control (CDC) and the California Department of Public Health. Defendants have provided extensive information regarding steps that they have proactively taken to limit the spread of COVID-19 within the institutions. *See* ECF Nos. 6553-1, 6553-2, and 6553-3. The referenced filings address the steps taken by Defendants up to March 31, 2020. Since that time, Defendants have continued to assess the situation in the institutions and have implemented directives in an effort to further limit the spread of COVID-19.

One of the first directives from the California Department of Corrections and Rehabilitation (CDCR) to the institutions was to implement social distancing. The CDC defines social distancing as "keeping space between yourself and other people outside of your home." (https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/social-distancing.html). Thus, CDCR's initial focus has been ensuring appropriate distancing of inmates who do not live in the same cell or housing unit. Institutions implemented this directive by placing markings on the floor in communal areas marking six feet between each space. These markings were placed in the housing units near kiosks and telephones, as well as on the yard for medication pass. Pictures of these markings at various institutions are provided in Attachment C.

In the recent weeks, inmate transfers have been sharply reduced to only allow essential movement in and out of the institutions. This has occurred with coordination between the Division of Adult Institutions, the Statewide Mental Health Program, and California Correctional Health Care Services (CCHCS). Those transfer that are required are conducted in a manner so that social distancing can be achieved for both staff and inmates.

On March 31, 2020, CDCR announced an expedited release plan to improve the institutions' capacity to respond to the threat posed by COVID-19 by accelerating the release of eligible inmates who have 60 days or less to serve on their sentences and are not currently serving time for a violent crime as defined by law, a person required to register under Penal Code 290, or domestic violence. In total, CDCR anticipates releasing 3,496 inmates under this accelerated release plan. Of those who will be released through the accelerated release program, approximately 930 were in the Mental Health Services Delivery System as of April 2, 2020. On April 3, 2020, CDCR began releasing inmates under this plan. As of the end of day on April 6,

2020, a total of 601 inmates have been released from institutions across the system. CDCR anticipates that all releases will be completed by April 13, 2020.

On April 1, 2020, the DAI issued a directive to transfer just over 800 inmates from several Level II dormitories to locations with vacant buildings within the system.[1] These transfer are occurring according to the schedule provided in the memo and are anticipated to be complete by April 15, 2020. In addition, DAI is in the process of developing plans to transfer inmates from other dormitories to vacant cells around the state. Beginning on April 8, 2020, CDCR will transfer 43 inmates from Folsom Women's Facility to the Female Community ReEntry Facility. In addition, CDCR is developing a plan to transfer 226 inmates from California State Prison, Solano to Deuel Vocational Institution. The start for those transfers is still to be determined. CDCR is also developing a plan to transfer some inmates from the dorms at San Quentin State Prison to vacant cells at California State Prison, Corcoran, but the number of inmates that will transfer and the start date for transfers is still to be determined.

On April 7, 2020, DAI issued a memorandum implementing a mandatory 14 day statewide modified program. Attachment D. The memorandum provides direction regarding how movement will occur within the institution to maximize social distancing, preventing inmates in different housing units from mixing, reducing yard and dayroom capacity to facilitate further social distancing, and detailing what phone calls, canteen, education, and other programs will be provided to inmates and how. Implementation of this temporary modified program will reduce staff and inmate exposure to COVID-19.

4.   A List Identifying By Name and Housing Location All *Coleman* Class Members with At Least One COVID-19 Risk Factor

Please see Attachment E.

5.   Defendants' Plan to Achieve a Defined Level of Social Distancing for Any *Coleman* Class Member Currently Residing in Housing Space that Does Not Allow Six Feet of Physical Distancing Between Inmates

As discussed above, Defendants have taken numerous steps to promote social distancing within the institutions. The focus has been to prevent inmates from coming in close physical proximity to people outside of their housing unit by staggering meal schedules, limiting the number of inmates in common areas at the same time, and other similar measures. In addition to those steps, Defendants continue to look at other ways to prevent the spread of COVID-19. For example, CDCR is currently assessing whether there is additional space within the institutions that may be used to house inmates, such as gymnasiums. However, those spaces must first be approved by the State Fire Marshal to be used as housing. Further, additional cots must be purchased and the staffing needs for each location must be assessed so that DAI can ensure that safety and security can be maintained and the inmates' essential needs, such as feeding, escorts, medication, and any mental health or medical needs, can be met. At this time, nineteen potential sites have been

---

[1] CDCR anticipates transferring 300 inmates from Chuckawalla Valley State Prison (CVSP) to Ironwood State Prison (ISP), 57 inmate from CVSP to California State Prison, Corcoran (COR), 361 inmates from California Rehabilitation Center (CRC), and 100 inmates from the Substance Abuse Treatment Facility and State Prison, Corcoran to COR.

identified and about 600 bunks are being procured. CDCR is working as expeditiously as possible to work through all necessary parts of this process to determine if, when, and how these spaces can be used.

6. Conclusion

As this global pandemic continues to evolve, CDCR will continue to respond as necessary to keep staff and inmates safe during this time. CDCR will provide the Special Master and Plaintiffs' counsel with information regarding other directives that are implemented to promote social distancing and prevent the spread of COVID-19 throughout the system. CDCR will also work with the Special Master and Plaintiffs through the COVID Task Force calls to determine how best to ensure Mental Health treatment continues throughout the system.

Respectfully,

*/s/ Melissa C. Bentz*

Melissa C. Bentz
Attorney
Office of Legal Affairs
California Department of Corrections and Rehabilitation

# Exhibit 21

**From:** Weber, Nicholas@CDCR <███████@cdcr.ca.gov>
**Sent:** Friday, March 27, 2020 10:02 AM
**To:** Lisa Ells; Steve Fama; Coleman Team - RBG Only; Donald Specter; Elise Thorn; Tyler Heath; Lucas Hennes; Adriano Hrvatin; Kyle Lewis; Melissa Bentz; Hessick, Jerome@CDCR; Neill, Jennifer@CDCR; Toche, Diana@CDCR; Bick, Joseph@CDCR; Daye, Eureka@CDCR; Christine Ciccotti; Raddatz, Antonina@DSH-S; Kent, Kristopher@DSH-S; Angie Cooper; Brian Main; Cindy Radavsky; Henry D. Dlugacz; James DeGroot; Jeffrey Metzner; Karen Rea-Williams; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Steve Raffa; Tim Rougeux; Ponciano, Angela@CDCR
**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care [IWOV-DMS.FID6429]


Hi Lisa,

This is correct, SAC has temporarily stopped external transfers to MHCB, ICF, and Acute levels of care due to COVID concerns at SAC.  I apologize, I was under the impression that the Special Master and Plaintiffs had been informed already.  We continue to monitor inpatient and MHCB bed need and will work diligently to ensure prompt access to those levels of care.


Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243
███████████

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.


**From:** Lisa Ells ███████@rbgg.com>
**Sent:** Friday, March 27, 2020 9:54 AM
**To:** Weber, Nicholas@CDCR ███████████@cdcr.ca.gov>; Steve Fama ███████@prisonlaw.com>; Coleman Team - RBG Only ███████@rbgg.com>; Donald Specter ███████@prisonlaw.com>; Elise Thorn ███████@doj.ca.gov>; Tyler Heath ███████@doj.ca.gov>; Lucas Hennes ███████@doj.ca.gov>; Adriano Hrvatin ███████@doj.ca.gov>; Kyle Lewis ███████@doj.ca.gov>; Bentz, Melissa@CDCR ███████@cdcr.ca.gov>; Hessick, Jerome@CDCR ███████@cdcr.ca.gov>; Neill, Jennifer@CDCR ███████@cdcr.ca.gov>; Toche, Diana@CDCR ███████@cdcr.ca.gov>; Bick, Joseph@CDCR ███████@cdcr.ca.gov>; Daye, Eureka@CDCR ███████@cdcr.ca.gov>; Christine Ciccotti ███████@dsh.ca.gov>; Raddatz, Antonina@DSH-S ███████@dsh.ca.gov>; Kent, Kristopher@DSH-S ███████@dsh.ca.gov>; Angie Cooper ███████@pldolaw.com>; Brian Main ███████@gmail.com>; Cindy

1



Radavsky ███████ @gmail.com>; Henry D. Dlugacz ███████ @blhny.com>; James DeGroot ███████ @gmail.com>; Jeffrey Metzner ███████ @cuanschutz.edu>; Karen Rea-Williams ███████ @gmail.com>; Kerry Courtney Hughes, MD ███████ @aol.com>; Kerry F. Walsh ███████ @pldolaw.com>; Kristina Hector ███████ @pldolaw.com>; Lindsay Hayes ███████ @msn.com>; Latricea McClendon-Hunt ███████ @pldolaw.com>; Lana Lopez ███████ @pldolaw.com>; Maria Masotta ███████ @drmariamasotta.com>; Matt Lopes ███████ @pldolaw.com>; Mohamedu Jones ███████ @pldolaw.com>; Mary Perrien ███████ @aol.com>; Patricia M. Williams ███████ @gmail.com>; Rachel Gribbin ███████ @pldolaw.com>; Regina Costa ███████ @pldolaw.com>; Rod Hickman Gmail ███████ @gmail.com>; Steve Raffa ███████ @pldolaw.com>; Timothy Rougeux ███████ @hotmail.com>; Ponciano, Angela@CDCR ███████ @cdcr.ca.gov>

**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care [IWOV-DMS.FID6429]

All,

We were surprised to read in Christine's email from yesterday afternoon that all transfers to ICF PIPs from SAC have been suspended as of Wednesday, as it was not disclosed on our call yesterday.  Please confirm that this is accurate and provide us with more details.  Please also clarify whether Acute transfers from SAC have also been cut off.

If Defendants have restricted access to higher levels of care for class members at any institutions, it is important that we and the Special Master be informed promptly.

Thank you.



**From:** Weber, Nicholas@CDCR ███████ @cdcr.ca.gov>
**Sent:** Wednesday, March 25, 2020 3:04 PM
**To:** Steve Fama ███████ @prisonlaw.com>; Coleman Team - RBG Only ███████ @rbgg.com>; Donald Specter ███████ @prisonlaw.com>; Elise Thorn ███████ @doj.ca.gov>; Tyler Heath ███████ @doj.ca.gov>; Lucas Hennes ███████ @doj.ca.gov>; Adriano Hrvatin ███████ @doj.ca.gov>; Kyle Lewis ███████ @doj.ca.gov>; Melissa Bentz ███████ @cdcr.ca.gov>; Hessick, Jerome@CDCR ███████ @cdcr.ca.gov>; Neill, Jennifer@CDCR ███████ @cdcr.ca.gov>; Toche, Diana@CDCR ███████ @cdcr.ca.gov>; Bick, Joseph@CDCR ███████ @cdcr.ca.gov>; Daye, Eureka@CDCR ███████ @cdcr.ca.gov>; Christine Ciccotti ███████ @dsh.ca.gov>; Kent, Kristopher@DSH-S ███████ @dsh.ca.gov>; Raddatz, Antonina@DSH-S ███████ @dsh.ca.gov>; Angie Cooper ███████ @pldolaw.com>; Brian Main ███████ @gmail.com>; Cindy Radavsky ███████ @gmail.com>; Henry D. Dlugacz ███████ @blhny.com>; James DeGroot ███████ @gmail.com>; Jeffrey Metzner ███████ @cuanschutz.edu>; Karen Rea-Williams ███████ @gmail.com>; Kerry Courtney Hughes, MD ███████ @aol.com>; Kerry F. Walsh ███████ @pldolaw.com>; Kristina Hector ███████ @pldolaw.com>; Lindsay Hayes ███████ @msn.com>; Latricea McClendon-Hunt ███████ @pldolaw.com>; Lana Lopez ███████ @pldolaw.com>; Maria Masotta ███████ @drmariamasotta.com>; Matt Lopes ███████ @pldolaw.com>; Mohamedu Jones ███████ @pldolaw.com>; Mary Perrien ███████ @aol.com>; Patricia M. Williams ███████ @gmail.com>; Rachel Gribbin ███████ @pldolaw.com>; Regina Costa ███████ @pldolaw.com>; Rod Hickman Gmail ███████ @gmail.com>; Steve Raffa ███████ @pldolaw.com>; Tim Rougeux ███████ @hotmail.com>; Ponciano, Angela@CDCR ███████ @cdcr.ca.gov>

**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

All,

The memo circulated earlier has been reissued and revised.  The current version is attached.  The final bullet on page two was revised to read:

> **Patients in isolation and/or quarantine will not attend groups but shall be provided with therapeutic treatment packets, workbooks, and other in cell activities and shall receive daily rounding by at least one of**

the following designated staff to include: CNA, Psychologist, LVN, Recreational Therapists, PTs, RNs, or Social Workers.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



**From:** Weber, Nicholas@CDCR
**Sent:** Wednesday, March 25, 2020 10:55 AM
**To:** Steven Fama                @prisonlaw.com>; Coleman Team - RBG Only                          @rbgg.com>; Don Specter              @prisonlaw.com>;                    @doj.ca.gov; Tyler Heath                    @doj.ca.gov>; Lucas Hennes              @doj.ca.gov>; Adriano Hrvatin                @doj.ca.gov>; Kyle Lewis                    @doj.ca.gov>; Bentz, Melissa@CDCR                @cdcr.ca.gov>; Hessick, Jerome@CDCR                    @cdcr.ca.gov>; Neill, Jennifer@CDCR              @cdcr.ca.gov>; Toche, Diana@CDCR                  @cdcr.ca.gov>; Bick, Joseph@CDCR              @cdcr.ca.gov>; Daye, Eureka@CDCR                @cdcr.ca.gov>; Raddatz, Antonina@DSH-S              @dsh.ca.gov>; Kent, Kristopher@DSH-S              @dsh.ca.gov>; Angie Cooper              @pldolaw.com>; Brian Main                @gmail.com>; Cindy Radavsky              @gmail.com>; Henry Dlugacz              @blhny.com>; James DeGroot                @gmail.com>; Jeffrey Metzner              @cuanschutz.edu>; Karen Rea                @gmail.com>; Kerry C. Hughes, M.D.              @aol.com>; Kerry Walsh              @pldolaw.com>; Kristina Hector                @pldolaw.com>; L Hayes              @msn.com>; L. McClendon-Hunt                @pldolaw.com>; Lana Lopez              @pldolaw.com>; Maria Masotta              @drmariamasotta.com>; Matty Lopes              @pldolaw.com>; Mo  amedu Jones              @pldolaw.com>;              @aol.com; Patricia Williams                @gmail.c_m>; Rachel Gribbin              @pldolaw.com>; Regina Costa              @pldolaw.com>; Rod Hickman              @gmail.com>; Steve Raffa              @pldolaw.com>; Timothy Rougeux                @hotmail.com>; Ponciano, Angela@CDCR                @cdcr.ca.gov>
**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

All,

Attached is the final memo and COVID 19 Emergency Plan.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Weber, Nicholas@CDCR
**Sent:** Tuesday, March 24, 2020 2:13 PM
**To:** Steven Fama ▮▮▮▮@prisonlaw.com>; Coleman Team - RBG Only ▮▮▮▮▮@rbgg.com>; Don Specter ▮▮▮▮@prisonlaw.com>; ▮▮▮▮@doj.ca.gov; Tyler Heath ▮▮▮▮@doj.ca.gov>; Lucas Hennes ▮▮▮▮@doj.ca.gov>; Adriano Hrvatin ▮▮▮▮@doj.ca.gov>; Kyle Lewis ▮▮▮▮@doj.ca.gov>; Bentz, Melissa@CDCR ▮▮▮▮@cdcr.ca.gov>; Hessick, Jerome@CDCR ▮▮▮▮@cdcr.ca.gov>; Neill, Jennifer@CDCR ▮▮▮▮@cdcr.ca.gov>; Toche, Diana@CDCR ▮▮▮▮@cdcr.ca.gov>; Bick, Joseph@CDCR ▮▮▮▮@cdcr.ca.gov>; Daye, Eureka@CDCR ▮▮▮▮@cdcr.ca.gov>; Christine Ciccotti ▮▮▮▮@dsh.ca.gov>; Raddatz, Antonina@DSH-S ▮▮▮▮@dsh.ca.gov>; Kent, Kristopher@DSH-S ▮▮▮▮@dsh.ca.gov>; Angie Cooper ▮▮▮▮@pldolaw.com>; Brian Main ▮▮▮▮@gmail.com>; Cindy Radavsky ▮▮▮▮@gmail.com>; Henry Dlugacz ▮▮▮▮@blhny.com>; James DeGroot ▮▮▮▮@gmail.com>; Jeffrey Metzner ▮▮▮▮@cuanschutz.edu>; Karen Rea ▮▮▮▮@gmail.com>; Kerry C. Hughes, M.D. ▮▮▮▮@aol.com>; Kerry Walsh ▮▮▮▮@pldolaw.com>; Kristina Hector ▮▮▮▮@pldolaw.com>; L Hayes ▮▮▮▮@msn.com>; L. McClendon-Hunt ▮▮▮▮@pldolaw.com>; Lana Lopez ▮▮▮▮@pldolaw.com>; Maria Masotta ▮▮▮▮@drmariamasotta.com>; Matty Lopes ▮▮▮▮@pldolaw.com>; Mohamedu Jones ▮▮▮▮@pldolaw.com>; ▮▮▮▮@aol.com; Patricia Williams ▮▮▮▮@gmail.com>; Rachel Gribbin ▮▮▮▮@pldolaw.com>; Regina Costa ▮▮▮▮@pldo_w.com>; R d Hi kman ▮▮▮▮@gmail.com>; Steve Raffa ▮▮▮▮@pldolaw.com>; Timothy Rougeux ▮▮▮▮@hotmail.com>; Ponciano, Angela@CDCR ▮▮▮▮@cdcr.ca.gov>
**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

CCHCS's COVID status tracker can be found here:

https://www.cdcr.ca.gov/covid19/cdcr-cchcs-covid-19-status/

**From:** Weber, Nicholas@CDCR
**Sent:** Tuesday, March 24, 2020 12:20 PM
**To:** Steven Fama ▮▮▮▮@prisonlaw.com>; Coleman Team - RBG Only ▮▮▮▮▮@rbgg.com>; Don Specter ▮▮▮▮@prisonlaw.com>; ▮▮▮▮@doj.ca.gov; Tyler Heath ▮▮▮▮@doj.ca.gov>; Lucas Hennes ▮▮▮▮@doj.ca.gov>; Adriano Hrvatin ▮▮▮▮@doj.ca.gov>; Kyle Lewis ▮▮▮▮@doj.ca.gov>; Bentz, Melissa@CDCR ▮▮▮▮@cdcr.ca.gov>; Hessick, Jerome@CDCR ▮▮▮▮@cdcr.ca.gov>; Neill, Jennifer@CDCR ▮▮▮▮@cdcr.ca.gov>; Toche, Diana@CDCR ▮▮▮▮@cdcr.ca.gov>; Bick, Joseph@CDCR ▮▮▮▮@cdcr.ca.gov>; Daye, Eureka@CDCR ▮▮▮▮@cdcr.ca.gov>; Christine Ciccotti ▮▮▮▮@dsh.ca.gov>; Raddatz, Antonina@DSH-S ▮▮▮▮@dsh.ca.gov>; Kent, Kristopher@DSH-S ▮▮▮▮@dsh.ca.gov>; Angie Cooper ▮▮▮▮@pldolaw.com>; Brian Main ▮▮▮▮@gmail.com>; Cindy Radavsky ▮▮▮▮@gmail.com>; Henry Dlugacz ▮▮▮▮@blhny.com>; James DeGroot ▮▮▮▮@gmail.com>; Jeffrey Metzner ▮▮▮▮@cuanschutz.edu>; Karen Rea ▮▮▮▮@gmail.com>; Kerry C. Hughes, M.D. ▮▮▮▮@aol.com>; Kerry Walsh ▮▮▮▮@pldolaw.com>; Kristina Hector ▮▮▮▮@pldolaw.com>; L Hayes ▮▮▮▮@msn.com>; L. McClendon-Hunt ▮▮▮▮@pldolaw.com>; Lana Lopez ▮▮▮▮@pldolaw.com>; Maria Masotta ▮▮▮▮@drmariamasotta.com>; Matty Lopes ▮▮▮▮@pldolaw.com>; Mohamedu Jones ▮▮▮▮@pldolaw com>; ▮▮▮▮ l.com; Patricia Williams ▮▮▮▮@gmail.com>; Rachel Gribbin

█ @pldolaw.com>; Regina Costa █ @pldolaw.com>; Rod Hickman █ @gmail.com>; Steve Raffa █ @pldolaw.com>; Timothy Rougeux █ @hotmail.com>; Ponciano, Ange  @CDCR █ @cdcr.ca.gov>

**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

All,

Attached is as revision to the CDCR essential movement guidelines issued today.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243
█

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



**From:** Weber, Nicholas@CDCR
**Sent:** Saturday, March 21, 2020 3:02 PM
**To:** Steven Fama █ @prisonlaw.com>; Coleman Team - RBG Only █ @rbgg.com>; Don Specter █ @prisonlaw.com>; █ @doj.ca.gov; Tyler Heath █ @doj.ca.gov>; Lucas Hennes █ @doj.ca.gov>; Adriano Hrvatin █ @doj.ca.gov>; Kyle Lewis █ @doj.ca.gov>; Bentz, Melissa@CDCR █ @cdcr.ca.gov>; Hessick, Jerome@CDCR █ @cdcr.ca.gov>; Neill, Jennifer@CDCR █ @cdcr.ca.gov>; Toche, Diana@CDCR █ @cdcr.ca.gov>; Bick, Joseph@CDCR █ @cdcr.ca.gov>; Daye, Eureka@CDCR █ @cdcr.ca.gov>; Christine Ciccotti █ @dsh.ca.gov>; Raddatz, Antonina@DSH-S █ @dsh.ca.gov>; Kent, Kristopher@DSH-S █ @dsh.ca.gov>; Angie Cooper █ @pldolaw.com>; Brian Main █ @gmail.com>; Cindy Radavsky █ @gmail.com>; Henry Dlugacz █ @blhny.com>; James DeGroot █ t@gmail.com>; Jeffrey Metzner █ @cuanschutz.edu>; Karen Rea █ @gmail.com>; Kerry C. Hughes, M.D. █ @aol.com>; Kerry Walsh █ @pldolaw.com>; Kristina Hector █ @pldolaw.com>; L Hayes █ @msn.com>; L. McClendon-Hunt █ @pldolaw.com>; Lana Lopez █ @pldolaw.com>; Maria Masotta █ @drmariamasotta.com>; Matty Lopes █ @pldolaw.com>; Mo  amedu Jones █ @pldolaw.com>; █ @aol.com; Patricia Williams █ @gmail.c_m>; Rachel Gribbin █ @pldolaw.com>; Regina Costa █ @pldolaw.com>; Rod Hickman █ @gmail.com>; Steve Raffa █ @pldolaw.com>; Timothy Rougeux █ @hotmail.com>; Ponciano, Angela@CDCR █ @cdcr.ca.gov>

**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

All,

Attached is a clarification to Thursday's movement notice clarifying that access to and from PIP is permitted under current circumstances.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243
██████████

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Weber, Nicholas@CDCR
**Sent:** Saturday, March 21, 2020 12:48 PM
**To:** Steven Fama ████████ @prisonlaw.com>; Coleman Team - RBG Only ████████████████; Don Specter ████████ @prisonlaw.com>; ████████ @doj.ca.gov; Tyler Heath ████████ @doj.ca.gov>; Lucas Hennes ████████ @doj.ca.gov>; Adriano Hrvatin ████████ @doj.ca.gov>; Kyle Lewis ████████ @doj.ca.gov>; Bentz, Melissa@CDCR ████████ @cdcr.ca.gov>; Hessick, Jerome@CDCR ████████ @cdcr.ca.gov>; Neill, Jennifer@CDCR ████████ @cdcr.ca.gov>; Toche, Diana@CDCR ████████ @cdcr.ca.gov>; Bick, Joseph@CDCR ████████ @cdcr.ca.gov>; Daye, Eureka@CDCR ████████ @cdcr.ca.gov>; Christine Ciccotti ████████ @dsh.ca.gov>; Raddatz, Antonina@DSH-S ████████ @dsh.ca.gov>; Kent, Kristopher@DSH-S ████████ @dsh.ca.gov>; Angie Cooper ████████ @pldolaw.com>; Brian Main ████████ @gmail.com>; Cindy Radavsky ████████ @gmail.com>; Henry Dlugacz ████████ @blhny.com>; James DeGroot ████████ @gmail.com>; Jeffrey Metzner ████████ @cuanschutz.edu>; Karen Rea ████████ @gm_il____>; Kerry C. Hughes, M.D. ████████ @aol.com>; Kerry Walsh ████████ @pldolaw.com>; Kristina Hector ████████ @pldolaw.com>; L Hayes ████████ @msn.com>; L. McClendon-Hunt ████████ @pldolaw.com>; Lana Lopez ████████ @pldolaw com>; Maria Masotta ████████ @drmariamasotta.com>; Matty Lopes ████████ @pldolaw.com>; Moh  medu Jones ████████ @pldolaw.com>; ████████ @aol.com; Patricia Williams < ████████ @gmail.com>; Rachel Gribbin ████████ @pldolaw.com>; Regina Costa ████████ @pldolaw.com>; Rod Hickman ████████ @gmail.com>; Steve Raffa ████████ @pldolaw.com>; Timothy Rougeux ████████ @hotmail.com>; Ponciano, Angela@CDCR ████████ @cdcr.ca.gov>
**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

All,

In advance of our call please find the CCHCS COVID-19 Interim Guidance for Health Care and Public Health Providers and a March 20, 2020, memo from CCHCS regarding COVID 19 Guidance Regarding Field Operations.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243
██████████

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications

Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



**From:** Weber, Nicholas@CDCR
**Sent:** Friday, March 20, 2020 4:00 PM
**To:** Steven Fama [____]@prisonlaw.com>; Coleman Team - RBG Only [____]@rbgg.com>; Don Specter [____]@prisonlaw.com>; [____]@doj.ca.gov; Tyler Heath [____]@doj.ca.gov>; Lucas Hennes [____]@doj.ca.gov>; Adriano Hrvatin [____]@doj.ca.gov>; Kyle Lewis [____]@doj.ca.gov>; Bentz, Melissa@CDCR [____]@cdcr.ca.gov>; Hessick, Jerome@CDCR [____]@cdcr.ca.gov>; Neill, Jennifer@CDCR [____]@cdcr.ca.gov>; Toche, Diana@CDCR [____]@cdcr.ca.gov>; Bick, Joseph@CDCR [____]@cdcr.ca.gov>; Daye, Eureka@CDCR [____]@cdcr.ca.gov>; Christine Ciccotti [____]@dsh.ca.gov>; Raddatz, Antonina@DSH-S [____]@dsh.ca.gov>; Kent, Kristopher@DSH-S [____]@dsh.ca.gov>; Angie Cooper [____]@pldolaw.com>; Brian Main [____]@gmail.com>; Cindy Radavsky [____]@gmail.com>; Henry Dlugacz [____]@blhny.com>; James DeGroot [____]@gmail.com>; Jeffrey Metzner [____]@cuanschutz.edu>; Karen Rea [____]@gmail.com>; Kerry C. Hughes, M.D. [____]@aol.com>; Kerry Walsh [____]@pldolaw.com>; Kristina Hector [____]@pldolaw.com>; L Hayes [____]@msn.com>; L. McClendon-Hunt [____]@pldolaw.com>; Lana Lopez [____]@pldolaw.com>; Maria Masotta [____]@drmariamasotta.com>; Matty Lopes [____]@pldolaw.com>; Mohamedu Jones [____]@pldolaw.com>; [____]@aol.com; Patricia Williams [____]@gmail.com>; Rachel Gribbin [____]@pldolaw.com>; Regina Costa [____]@pldolaw.com>; Rod Hickman [____]@gmail.com>; Steve Raffa [____]@pldolaw.com>; Timothy Rougeux < [____]@hotmail.com>; Ponciano, Angela@CDCR [____]@cdcr.ca.gov>
**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

For more information on the screener and who uses it please see the following website:

http://cssrs.columbia.edu/documents/screener-triage-emergency-departments/

Thanks.

**From:** Weber, Nicholas@CDCR
**Sent:** Friday, March 20, 2020 3:57 PM
**To:** Steven Fama [____]@prisonlaw.com>; Coleman Team - RBG Only [____]@rbgg.com>; Don Specter [____]@prisonlaw.com>; [____]@doj.ca.gov; Tyler Heath < [____]@doj.ca.gov>; Lucas Hennes [____]@doj.ca.gov>; Adriano Hrvatin [____]@doj.ca.gov>; Kyle Lewis [____]@doj.ca.gov>; Bentz, Melissa@CDCR [____]@cdcr.ca.gov>; Hessick, Jerome@CDCR [____]@cdcr.ca.gov>; Neill, Jennifer@CDCR [____]@cdcr.ca.gov>; Toche, Diana@CDCR [____]@cdcr.ca.gov>; Bick, Joseph@CDCR [____]@cdcr.ca.gov>; Daye, Eureka@CDCR [____]@cdcr.ca.gov>; Christine Ciccotti [____]@dsh.ca.gov>; Raddatz, Antonina@DSH-S [____]dsh.ca.gov>; Kent, Kristopher@DSH-S [____]@dsh.ca.gov>; Angie Cooper [____]@pldolaw.com>; Brian Main [____]@gmail.com>; Cindy Radavsky [____]@gmail.com>; Henry Dlugacz [____]@blhny.com>; James DeGroot [____]@gmail.com>; Jeffrey Metzner [____]@cuanschutz.edu>; Karen Rea [____]@gmail.com>; Kerry C. Hughes, M.D. [____]@aol.com>; Kerry Walsh [____]@pldolaw.com>; Kristina Hector [____]r@pldolaw.com>; L Hayes [____]@msn.com>; L. McClendon-Hunt [____]@pldolaw.com>; Lana Lopez [____]@pldolaw.com>; Maria Masotta [____]@drmariamasotta.com>; Matty Lopes [____]@pldolaw.com>; Mohamedu Jones [____]s@pldolaw.com>; [____]@aol.com; Patricia Williams [____]@gmail.com>; Rachel Gribbin [____]@pldolaw.com>; Regina Costa [____]@pldolaw.com>; Rod Hickman [____]@gmail.com>; Steve Raffa [____]@pldolaw.com>; Timothy Rougeux [____]@hotmail.com>; Ponciano, Angela@CDCR [____]@cdcr.ca.gov>
**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

Steve,

The screener is attached.


Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243

███████████

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.



**From:** Steven Fama ███████ @___iso_l_w._m >
**Sent:** Friday, March 20, 2020 3:45 PM
**To:** Weber, Nicholas@CDCR <███████████ @cdcr.ca.gov>; Coleman Team - RBG Only ████████
████████ @rbgg.com>; Don Specter ████████ @prisonlaw.com>; ████████ @doj.ca.gov; Tyler Heath
████████ @doj.ca.gov>; Lucas Hennes ████ doj.ca.gov>; Adriano Hrvatin ████████████ @doj.ca.gov>;
Kyle Lewis ████████ @doj.ca.gov>; Bentz, Melissa@CDCR ████████ @cdcr.ca.gov>; Hessick, Jerome@CDCR
████████ @cdcr.ca.gov>; Neill, Jennifer@CDCR ████████ @cdcr.ca.gov>; Toche, Diana@CDCR
████████ @cdcr.ca.gov>; Bick, Joseph@CDCR ████████ @cdcr.ca.gov>; Daye, Eureka@CDCR
████████ @cdcr.ca.gov>; Christine Ciccotti ████████ @dsh.ca.gov>; Raddatz, Antonina@DSH-S
████████ @dsh.ca.gov>; Kent, Kristopher@DSH-S ████████ @dsh.ca.gov>  Angie Cooper
████████ @pldlaw.com>; Brian Main ████████ @gmail.com>; Cindy Radavsky ████████ @gmail.com>; Henry
Dlugacz ████████ @blhny.com>; James DeGroot ████████ @gmail.com>; Jeffrey Metzner
████████ @cuanschutz.edu>; Karen Rea ████████ @gmail.com>; Kerry C. Hughes, M.D.
████████ @aol.com>; Kerry Walsh ████████ @pldlaw.com>; Kristina Hector ████████ @pldlaw.com>; L Hayes
████████ @msn.com>; L. McClendon-Hunt ████████ @pldlaw.com>; Lana Lopez ████████ @pldlaw.com>; Maria
Masotta ████████ @drmariamasotta.com>; Matty Lopes ████████ @pldlaw.com>; Mohamedu Jones
████████ @pldlaw.com>; ████████ @aol.com; Patricia Williams ████████ @gmail.com>; Rachel Gribbin
████████ @pldlaw.com>; Regina Costa ████████ @pldlaw.com>; R  d Hi kman ████████ @gmail  m>; Steve Raffa
████████ @pldlaw.com>; Timothy Rougeux ████████ @hotmail.com>
**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care


Thanks Nick.  Can you please forward the "Columbia Screener" referenced in the draft plan for possible CDCR use for suicide assessments, so we can be on the sam page as to what is being referenced?


Steve

**From:** Weber, Nicholas@CDCR [mailto ████████ @cdcr.ca.gov]
**Sent:** Friday, March 20, 2020 3:22 PM



**To:** Coleman Team - RBG Only

**Subject:** Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

All,

Attached is a draft CDCR Emergency COVID 19 Plan for the provision of mental health care.  Please note that the attached is a working document.  The document reflects CDCR's treatment goals given the information currently available.  CDCR will adjust the document to reflect unanticipated changes in COVID 19 restrictions or prison operations.  CDCR remains committed to ensuring patients with mental illnesses have prompt access to care even in these changing circumstances.  CDCR looks forward to a productive conversation tomorrow at the first task force meeting.

Thanks.


Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# Exhibit 22

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, California 95758



March 16, 2020

Matthew A. Lopes, Jr. Esquire
Office of the Special Master
Pannone Lopes Devereaux & O'Gara LLC
Northwoods Office Park
1301 Atwood Avenue, Suite 215 N
Johnston, RI 02919

via: Elise Owens Thorn, Esquire
Deputy Attorney General
Department of Justice
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

## RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of January, 2020, data (or as otherwise noted). The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Health Institution Vacancy by Classification.
   c. Mental Health Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies - Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Program Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary - Clinical Positions Only.
   k. Mental Health Telepsych Allocated and Filled Positions Report.
   l. Psychiatric Inpatient Program (PIP) Staffing Data.
   m. Department of State Hospitals (DSH) Staffing Data.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report.
   b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

Matthew A. Lopes, Jr. Esquire
Page 2

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

6. Population and Census Reports.
   a. Health Care Placement Oversight Program (HCPOP) Information Report,
      Summary of Mental Health Population by Institution and Level of Care (H-1).
   b. MHSDS Management Information Summary (MIS).
   c. Weekly EOP/Outpatient Psychiatric Program Report.

7. Mental Health Crisis Bed (MHCB) Reports.
   a. MHCB Referrals report.
   b. MHCB Stays report.
   c. MHCB Wait List.

8. DSH and Inpatient Program Referral Reports.
   a. Referrals for Transfer to Inpatient Programs Report.
   b. DSH Monthly Report of CDCR Patients in DSH Hospitals, Summary of PC 2684s
      Report.

9. Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

EUREKA C. DAYE, Ph.D, MPH, MA, CCHP
Deputy Director (A), Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:  Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
     Kerry F. Walsh, Esq., *Coleman* Deputy Special Master
     Jeffrey L. Metzner, M.D., *Coleman* Expert
     Kerry C. Hughes, M.D., *Coleman* Expert

Matthew A. Lopes, Jr. Esquire
Page 3

Mary Perrien, Ph.D., *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Patricia Williams, Esq., *Coleman* Monitor
Nicholas Weber, Esq, Office of Legal Affairs, CDCR
Melissa Bentz, Esq, Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Steve Fama, Esq., Prison Law Office
Angela Ponciano, Associate Director, Statewide Mental Health Program, DHCS
Laura Ceballos, Ph.D., Mental Health Administrator, Inpatient Facilities and
    Quality Improvement, Statewide Mental Health Program, DHCS
Steven Cartwright, Psy.D. Chief Psychologist, Quality Management, Statewide
    Mental Health Program, DHCS
Teresa Owens, Health Program Specialist I, Quality Management, Statewide Mental
    Health Program, DHCS

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE (H1)

CONFIDENTIAL

| Data Refreshed: | 1/27/20 6:10 AM |
|---|---|

**Mental Health Summary by Level of Care**

| Institution | CCCMS Operational Capacity | CCCMS Population | CCCMS % Occupied | CCCMS Vacant Beds | EOP Cap Gen of Pop/Hsd on EOP | EOP Cap Admin Seg Unit (ASU) | EOP Cap Psych Svc Unit (PSU) | EOP Population | EOP % Occupied | EOP Vacant Beds | MHCB Design Capacity | MHCB Population | MHCB % Occupied | MHCB Vacant Beds | ICF Design Capacity | ICF Population | ICF % Occupied | ICF Vacant Beds | APP Design Capacity | APP Population | APP % Occupied | APP Vacant Beds | Total Mental Health Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 1,100 | 1,043 | 95% | 57 | | | | 1 | | -1 | | | | | | | | | | | | | 1,044 |
| CAL | | | | | | | | | | | | | | | | | | | | | | | |
| CCC | | 2 | | -2 | | | | | | | | | | | | | | | | | | | 2 |
| CCI | 1,850 | 1,574 | 85% | 76 | | | | 2 | | -2 | | | | | | | | | | | | | 1,576 |
| CEN | | | | | | | | | | | | | | | | | | | | | | | |
| CHCF | 550 | 654 | 119% | -104 | 375 | 50 | | 571 | 134% | -146 | 78 | 48 | 62% | 30 | 331 | 375 | 113% | -44 | 203 | 161 | 79% | 42 | 1,809 |
| CIM | 1,050 | 1,128 | 107% | -78 | | | | 40 | | -40 | 34 | 15 | 44% | 19 | | | | | | | | | 1,190 |
| CMC | 750 | 714 | 95% | 36 | 552 | 100 | | 564 | 87% | 88 | 50 | 34 | 68% | 16 | | | | | | | | | 1,332 |
| CMF | 600 | 491 | 82% | 109 | 391 | 58 | | 521 | 116% | -72 | 50 | 33 | 66% | 17 | 248 | 249 | 100% | -1 | 218 | 169 | 78% | 49 | 1,463 |
| COR | 1,000 | 1,010 | 101% | -10 | 366 | 100 | | 324 | 70% | 142 | 24 | 21 | 88% | 3 | | 3 | | -3 | | | | | 1,363 |
| CRC | 1,150 | 1,486 | 129% | -336 | | | | 5 | | -5 | | 1 | | -1 | | | | | | | | | 1,492 |
| CTF | 1,500 | 1,390 | 93% | 110 | | | | 1 | | -1 | | | | | | | | | | | | | 1,391 |
| CVSP | | 4 | | -4 | | | | | | | | | | | | | | | | | | | 4 |
| DVI | 500 | 434 | 87% | 66 | | | | 18 | | -18 | | 1 | | -1 | | | | | | | | | 453 |
| FOL | 500 | 422 | 84% | 78 | | | | 1 | | -1 | | | | | | | | | | | | | 423 |
| HDSP | 1,050 | 969 | 92% | 81 | | | | | | | 10 | 8 | 80% | 2 | | | | | | | | | 977 |
| ISP | 0 | | | | | | | | | | | | | | | | | | | | | | 0 |
| KVSP | 900 | 944 | 105% | -44 | 96 | | | 112 | 117% | -16 | 12 | 11 | 92% | 1 | | 1 | | -1 | | | | | 1,068 |
| LAC | 1,000 | 808 | 81% | 192 | 600 | 100 | | 516 | 74% | 184 | 12 | 11 | 92% | 1 | | 7 | | -7 | | 3 | | -3 | 1,345 |
| MCSP | 1,350 | 1,388 | 103% | -38 | 774 | 50 | | 703 | 85% | 121 | 8 | 4 | 50% | 4 | | 6 | | -6 | | 2 | | -2 | 2,103 |
| NKSP | 1,000 | 863 | 86% | 137 | | | | 77 | | -77 | 10 | 3 | 30% | 7 | | | | | | | | | 948 |
| PBSP | 300 | 283 | 94% | 17 | | | | 2 | | -2 | 10 | | | 10 | | | | | | | | | 285 |
| PVSP | 700 | 456 | 65% | 44 | | | | 3 | | -3 | 6 | | | 6 | | | | | | | | | 459 |
| RJD | 1,500 | 1,315 | 88% | 185 | 894 | 63 | | 784 | 82% | 173 | 14 | 12 | 86% | 2 | | 2 | | -2 | | 3 | | -3 | 2,116 |
| SAC | 500 | 528 | 106% | -28 | 642 | 64 | 172 | 751 | 86% | 27 | 44 | 15 | 34% | 29 | | 12 | | -12 | | 3 | | -3 | 1,309 |
| SATF | 2,000 | 1,929 | 96% | 71 | 660 | | | 528 | 80% | 132 | 20 | 16 | 80% | 4 | | | | | | 4 | | -4 | 2,477 |
| SCC | 400 | 551 | 138% | -151 | | | | 1 | | -1 | | | | | | | | | | | | | 552 |
| SOL | 1,000 | 698 | 70% | 302 | | | | 1 | | -1 | 9 | 4 | 44% | 5 | | | | | | 3 | | -3 | 706 |
| SQ | 1,250 | 1,007 | 81% | 243 | 200 | | | 275 | 138% | -75 | 0 | 2 | | -2 | 30 | 31 | 103% | -1 | 10 | 1 | 10% | 9 | 1,316 |
| SVSP | 850 | 880 | 104% | -30 | 396 | | | 276 | 70% | 120 | 10 | | | 10 | 246 | 232 | 94% | 14 | | 1 | | -1 | 1,389 |
| VSP | 1,350 | 1,060 | 79% | 290 | 372 | | | 362 | 97% | 10 | | | | | | 2 | | -2 | | | | | 1,426 |
| WSP | 1,300 | 1,157 | 89% | 143 | | | | 48 | | -48 | 6 | 5 | 83% | 1 | | | | | | | | | 1,210 |
| DSH-ASH | | | | -1 | | | | 2 | | -2 | | | | | 256 | 239 | 93% | 17 | | | | | 246 |
| DSH-CSH | | | | | | | | | | | | | | | 50 | 47 | 94% | 3 | | | | | 47 |
| **Male Subtotal** | 27,000 | 25,189 | 93% | 1,811 | 6,318 | 585 | 172 | 6,489 | 92% | 586 | 407 | 246 | 60% | 161 | 1,161 | 1,225 | 106% | -64 | 431 | 372 | 86% | 59 | 33,521 |
| CCWF | 1,350 | 1,286 | 95% | 64 | 120 | 10 | | 115 | 88% | 15 | 12 | 7 | 58% | 5 | | | | | | | | | 1,412 |
| CIW | 750 | 687 | 92% | 63 | 75 | 10 | 10 | 65 | 68% | 30 | 29 | 10 | 34% | 19 | 45 | 27 | 60% | 18 | | 3 | | -3 | 792 |
| FWF | 150 | 170 | 113% | -20 | | | | 2 | | -2 | | | | | | | | | | | | | 172 |
| DSH-PSH | | | | -1 | | | | 3 | | -3 | | | | | 30 | 12 | 40% | 18 | | | | | 16 |
| **Female Subtotal** | 2,250 | 2,144 | 95% | 106 | 195 | 20 | 10 | 185 | 82% | 40 | 41 | 17 | 41% | 24 | 75 | 43 | 57% | 32 | 0 | 3 | | -3 | 2,392 |
| **Grand Total** | 29,250 | 27,333 | 93% | 1,917 | 6,513 | 605 | 182 | 6,674 | 91% | 626 | 448 | 263 | 59% | 185 | 1,236 | 1,268 | 103% | -32 | 431 | 375 | 87% | 56 | 35,913 |

**NOTES:**

1. This report provides operational capacities, population, and vacant beds detail by mental health level of care and institution. Level of care is based on Current Mental Health level of care code in SOMS. For each level of care, a summary of patients by SOMS housing program and institution is provided. Data Source is HCODS, as of the "Data Refreshed" time stamp.

2. **Definitions**
   - **Operational Capacity** indicates the number of beds available in the program based on factors such as treatment space and staffing, as determined by CCHCS headquarters.
   - **Design Capacity** indicates the total number of beds available in the program Determined by Facility Planning, Construction, & Management.
   - **Population** total census per SOMS as of the "Data Refreshed" time stamp shown on the report.
   - **% Occupied** ([Population] / [Operational Capacity]) x 100.
   - **Vacant Beds** the number of beds available after subtracting the Population from the Operational Capacity.
   - The "PIP" column in the "Psychiatry Inpatient Program (PIP) Housing" refers to programs that have the ability to provide multiple levels of care.

3. **PIP capacities**
   - SQ PIP is for male condemned patients only, and has a total capacity of 40 beds reflected under ICF capacity. It is noted that these are flex beds that can accomodate ICF, APP, and MHCB level of care.
   - CIW PIP has a total capacity of 45 beds reflected under ICF capacity. It is noted that these are flex beds that can accomodate ICF and APP level of care.
   - SAC PIP has a total capacity of 30 beds reflected under ICF capacity. It is noted that these are flex beds that can accomodate ICF and APP level of care.

4. **Housing Groups**
   - GP Housing Group census includes patients in the following housing programs Camp Program Beds, Debrief Processing Unit, Family Visiting, Fire House, General Population, Institution Hearing Program, Minimum Security Facility, Non-Designated Program Facility, Protective Housing Unit, Restricted Custody General Population, Sensitive Needs Yard, SNY Fire House, SNY MSF, Transitional Housing Unit, Unkown, Varied Use and Work Crew.

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed:  1/27/20 6:10 AM

### Correctional Clinical Case Management System (CCCMS) Level of Care Population by Housing Program

| Institution | RC (Reception Center) | GP* (General Population) | EOP (Enhanced Outpatient Program) | MHCB (Mental Health Crisis Bed) | Psychiatric Inpatient Program (PIP) Housing | | | Specialized Medical Beds Housing | | | | Condemned | Segregated Housing | | | | | Total CCCMS Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF (Correctional Treatment Center/Skilled Nursing Facility) | Hospice | OHU (Outpatient Housing Unit) | ASU (Administrative Segregation Unit) | | LTRH (Long Term Restricted Housing Unit) | NDS (Non-Disciplinary Segregation) | PSU (Psychiatric Services Unit) | SHU (Security Housing Unit) | STRH (Short Term Restricted Housing Unit) | |
| ASP | | 1,042 | | | | | | | | 1 | | | | | | | | 1,043 |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | 2 | | | | | | | | | | | | | | | | 2 |
| CCI | | 1,544 | | | | | | | | | 30 | | | | | | | 1,574 |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | 229 | 5 | | | | | 162 | | 254 | 4 | | | | | | | 654 |
| CIM | 78 | 1,003 | | | | | | | | 11 | 36 | | | | | | | 1,128 |
| CMC | | 702 | | | | | | 5 | | | 7 | | | | | | | 714 |
| CMF | | 447 | | | | | | 14 | 6 | 20 | 4 | | | | | | | 491 |
| COR | | 704 | 3 | | | | | 9 | | 4 | 3 | | 185 | | | | 102 | 1,010 |
| CRC | | 1,482 | | | | | | | | | 4 | | | | | | | 1,486 |
| CTF | | 1,379 | | | | | | | | 9 | 2 | | | | | | | 1,390 |
| CVSP | | 3 | | | | | | | | | 1 | | | | | | | 4 |
| DVI | 260 | 126 | | | | | | | | 7 | 41 | | | | | | | 434 |
| FOL | | 412 | | | | | | | | | 10 | | | | | | | 422 |
| HDSP | | 915 | | | | | | 7 | | | | | | | | | 47 | 969 |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | 849 | 1 | | | | | 5 | | | | | | | | | 89 | 944 |
| LAC | | 700 | 14 | | | | | 3 | | | 1 | | | | | | 90 | 808 |
| MCSP | | 1,362 | 8 | | | | | | | | 18 | | | | | | | 1,388 |
| NKSP | 681 | 169 | | | | | | 4 | | | 9 | | | | | | | 863 |
| PBSP | | 211 | | | | | | 1 | | | | | | | | | 71 | 283 |
| PVSP | | 437 | | | | | | | | | | | | | | | 19 | 456 |
| RJD | | 1,276 | 1 | | | | | 4 | | | 34 | | | | | | | 1,315 |
| SAC | | 351 | 28 | | | | | | | | 1 | | | 49 | | 15 | 84 | 528 |
| SATF | | 1,833 | 5 | | | | | 6 | | | | | | | | | 85 | 1,929 |
| SCC | | 542 | | | | | | | | 3 | 6 | | | | | | | 551 |
| SOL | | 687 | | | | | | | | | 11 | | | | | | | 698 |
| SQ | 195 | 672 | | | | | | 2 | | | 10 | 128 | | | | | | 1,007 |
| SVSP | | 803 | 3 | | | | | 4 | | | 1 | | | | | | 69 | 880 |
| VSP | | 1,041 | | | | | | | | 12 | 7 | | | | | | | 1,060 |
| WSP | 1,022 | 116 | | | | | | 5 | | | 14 | | | | | | | 1,157 |
| DSH-ASH | | 1 | | | | | | | | | | | | | | | | 1 |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | **2,236** | **21,040** | **68** | **0** | **0** | **0** | **0** | **231** | **6** | **325** | **250** | **128** | **234** | **0** | **15** | **0** | **656** | **25,189** |
| CCWF | 253 | 939 | | | | | | 15 | | | 64 | 15 | | | | | | 1,286 |
| CIW | | 643 | | | | | | 2 | | 5 | 11 | | | | | 26 | | 687 |
| FWF | | 170 | | | | | | | | | | | | | | | | 170 |
| DSH-PSH | | 1 | | | | | | | | | | | | | | | | 1 |
| *Female Subtotal* | **253** | **1,753** | **0** | **0** | **0** | **0** | **0** | **17** | **0** | **5** | **75** | **15** | **0** | **0** | **0** | **26** | **0** | **2,144** |
| *Grand Total* | **2,489** | **22,793** | **68** | **0** | **0** | **0** | **0** | **248** | **6** | **330** | **325** | **143** | **234** | **0** | **15** | **26** | **656** | **27,333** |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed:    1/27/20 6:10 AM

## Enhanced Outpatient Program (EOP) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | Total EOP Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | | 1 | | | | | | | | | | | | | | | | 1 |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | 2 | | | | | | | | | | | | | | | | 2 |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | 405 | 3 | | 1 | | 41 | | 83 | 38 | | | | | | | 571 |
| CIM | 39 | | | 1 | | | | | | | | | | | | | | 40 |
| CMC | | 1 | 513 | | | | | 1 | | | 49 | | | | | | | 564 |
| CMF | | | 429 | 9 | 9 | 8 | | 11 | 1 | 9 | 45 | | | | | | | 521 |
| COR | | 1 | 267 | | | | | 13 | | 5 | 38 | | | | | | | 324 |
| CRC | | 5 | | | | | | | | | | | | | | | | 5 |
| CTF | | 1 | | | | | | | | | | | | | | | | 1 |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | 17 | | | | | | | | | | 1 | | | | | | | 18 |
| FOL | | 1 | | | | | | | | | | | | | | | | 1 |
| HDSP | | | | | | | | | | | | | | | | | | |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | 1 | 92 | 1 | | | | 1 | | | | | | | | | 17 | 112 |
| LAC | | 1 | 470 | | | | | | | | 45 | | | | | | | 516 |
| MCSP | | 1 | 659 | | | | | | | | 43 | | | | | | | 703 |
| NKSP | 75 | | | | | | | | | | 2 | | | | | | | 77 |
| PBSP | | | | | | | | | | | | | | | | | 2 | 2 |
| PVSP | | 3 | | | | | | | | | | | | | | | | 3 |
| RJD | | 1 | 739 | | | | | 5 | | | 39 | | | | | | | 784 |
| SAC | | | 542 | | | | | 1 | | | 64 | | 2 | 7 | 134 | | 1 | 751 |
| SATF | | 6 | 512 | | | | | 7 | | | | | | | | | 3 | 528 |
| SCC | | 1 | | | | | | | | | | | | | | | | 1 |
| SOL | | 1 | | | | | | | | | | | | | | | | 1 |
| SQ | 26 | 12 | 171 | | 1 | | | 1 | | | 6 | 58 | | | | | | 275 |
| SVSP | | 8 | 248 | | | 6 | | | | | | | | | | | 14 | 276 |
| VSP | | 3 | 356 | | | | | | | | 3 | | | | | | | 362 |
| WSP | 43 | | | | | | | 1 | | | 4 | | | | | | | 48 |
| DSH-ASH | | | | | | 2 | | | | | | | | | | | | 2 |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| Male Subtotal | 200 | 50 | 5,403 | 14 | 10 | 17 | 0 | 82 | 1 | 97 | 377 | 58 | 2 | 7 | 134 | 0 | 37 | 6,489 |
| CCWF | | 36 | 69 | | | | | 3 | | | 7 | | | | | | | 115 |
| CIW | | | 58 | | | | | | | | 3 | | | | 4 | | | 65 |
| FWF | | 2 | | | | | | | | | | | | | | | | 2 |
| DSH-PSH | | 1 | 1 | | | | 1 | | | | | | | | | | | 3 |
| Female Subtotal | 0 | 39 | 128 | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 10 | 0 | 0 | 0 | 4 | 0 | 0 | 185 |
| Grand Total | 200 | 89 | 5,531 | 14 | 10 | 17 | 1 | 85 | 1 | 97 | 387 | 58 | 2 | 7 | 138 | 0 | 37 | 6,674 |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed:     1/27/20 6:10 AM

## Mental Health Crisis Bed (MHCB) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Psychiatric Inpatient Program (PIP) Housing | | | Specialized Medical Beds Housing | | | Segregated Housing | | | | | | | Total MHCB Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | |
| ASP | | | | | | | | | | | | | | | | | | |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | | | | | | | | | | | | | | | | | |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | | 46 | 1 | | | 1 | | | | | | | | | | 48 |
| CIM | | 1 | | 14 | | | | | | | | | | | | | | 15 |
| CMC | | | | 34 | | | | | | | | | | | | | | 34 |
| CMF | | | 1 | 31 | | | | | | | 1 | | | | | | | 33 |
| COR | | 3 | | 18 | | | | | | | | | | | | | | 21 |
| CRC | | 1 | | | | | | | | | | | | | | | | 1 |
| CTF | | | | | | | | | | | | | | | | | | |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | | | | | | | | | | 1 | | | | | | | | 1 |
| FOL | | | | | | | | | | | | | | | | | | |
| HDSP | | | | 7 | | | | 1 | | | | | | | | | | 8 |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | | | 11 | | | | | | | | | | | | | | 11 |
| LAC | | | 1 | 8 | | | | | | | | | | | | | 2 | 11 |
| MCSP | | | | 4 | | | | | | | | | | | | | | 4 |
| NKSP | | | | 3 | | | | | | | | | | | | | | 3 |
| PBSP | | | | | | | | | | | | | | | | | | |
| PVSP | | | | | | | | | | | | | | | | | | |
| RJD | | | | 9 | | | | 1 | | | 2 | | | | | | | 12 |
| SAC | | | | 9 | | | | | | | | | | 6 | | | | 15 |
| SATF | | 1 | | 15 | | | | | | | | | | | | | | 16 |
| SCC | | | | | | | | | | | | | | | | | | |
| SOL | | | | 4 | | | | | | | | | | | | | | 4 |
| SQ | | | | | 2 | | | | | | | | | | | | | 2 |
| SVSP | | | | | | | | | | | | | | | | | | |
| VSP | | 2 | | | | | | | | | | | | | | | | 2 |
| WSP | | | | 5 | | | | | | | | | | | | | | 5 |
| DSH-ASH | | | | | | | | | | | | | | | | | | |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | 0 | 8 | 2 | 218 | 3 | 0 | 0 | 3 | 0 | 1 | 3 | 0 | 0 | 6 | 0 | 0 | 2 | 246 |
| CCWF | | 1 | | 6 | | | | | | | | | | | | | | 7 |
| CIW | | | | 10 | | | | | | | | | | | | | | 10 |
| FWF | | | | | | | | | | | | | | | | | | |
| DSH-PSH | | | | | | | | | | | | | | | | | | |
| *Female Subtotal* | 0 | 1 | 0 | 16 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 17 |
| Grand Total | 0 | 9 | 2 | 234 | 3 | 0 | 0 | 3 | 0 | 1 | 3 | 0 | 0 | 6 | 0 | 0 | 2 | 263 |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 1/27/20 6:10 AM

## Intermediate Care Facility (ICF) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | Total ICF Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | | | | | | | | | | | | | | | | | | |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | | | | | | | | | | | | | | | | | |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | | 2 | 58 | 312 | | 3 | | | | | | | | | | 375 |
| CIM | | | | 3 | | | | | | | | | | | | | | 3 |
| CMC | | | 3 | 11 | | | | | | | 2 | | | | | | | 16 |
| CMF | | | 2 | 3 | 28 | 216 | | | | | | | | | | | | 249 |
| COR | | 1 | 1 | 1 | | | | | | | | | | | | | | 3 |
| CRC | | | | | | | | | | | | | | | | | | |
| CTF | | | | | | | | | | | | | | | | | | |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | | | | | | | | | | | | | | | | | | |
| FOL | | | | | | | | | | | | | | | | | | |
| HDSP | | | | | | | | | | | | | | | | | | |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | | 1 | | | | | | | | | | | | | | | 1 |
| LAC | | | 3 | | | | | | | | 4 | | | | | | | 7 |
| MCSP | | | 4 | 2 | | | | | | | | | | | | | | 6 |
| NKSP | | | | | | | | | | | | | | | | | | |
| PBSP | | | | | | | | | | | | | | | | | | |
| PVSP | | | | | | | | | | | | | | | | | | |
| RJD | | | 2 | | | | | | | | | | | | | | | 2 |
| SAC | | | 1 | | | | | | | | 1 | | | | 10 | | | 12 |
| SATF | | | | | | | | | | | | | | | | | | |
| SCC | | | | | | | | | | | | | | | | | | |
| SOL | | | | | | | | | | | | | | | | | | |
| SQ | | | | | 2 | | 29 | | | | | | | | | | | 31 |
| SVSP | | | 2 | | | 230 | | | | | | | | | | | | 232 |
| VSP | | 1 | 1 | | | | | | | | | | | | | | | 2 |
| WSP | | | | | | | | | | | | | | | | | | |
| DSH-ASH | | 4 | 55 | 36 | 80 | 59 | | 3 | | 2 | | | | | | | | 239 |
| DSH-CSH | | | 14 | 9 | 19 | 5 | | | | | | | | | | | | 47 |
| **Male Subtotal** | 0 | 6 | 89 | 67 | 187 | 822 | 29 | 6 | 0 | 2 | 7 | 0 | 0 | 0 | 10 | 0 | 0 | **1,225** |
| CCWF | | 1 | 2 | 1 | | | | | | | | | | | | | | 4 |
| CIW | | | | | | | 27 | | | | | | | | | | | 27 |
| FWF | | | | | | | | | | | | | | | | | | |
| DSH-PSH | | | 5 | 1 | 1 | | 5 | | | | | | | | | | | 12 |
| **Female Subtotal** | 0 | 6 | 3 | 2 | 0 | 0 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | **43** |
| **Grand Total** | 0 | 12 | 92 | 69 | 187 | 822 | 61 | 6 | 0 | 2 | 7 | 0 | 0 | 0 | 10 | 0 | 0 | **1,268** |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed:    1/27/20 6:10 AM

## Acute Psychiatric Program (APP) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Psychiatric Inpatient Program (PIP) Housing | | | Specialized Medical Beds Housing | | | Segregated Housing | | | | | | | | Total APP Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | |
| ASP | | | | | | | | | | | | | | | | | | |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | | | | | | | | | | | | | | | | | |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | | 17 | 139 | 2 | | 3 | | | | | | | | | | 161 |
| CIM | | | | 4 | | | | | | | | | | | | | | 4 |
| CMC | | | | 4 | | | | | | | | | | | | | | 4 |
| CMF | | | | 6 | 162 | 1 | | | | | | | | | | | | 169 |
| COR | | | | 4 | | | | 1 | | | | | | | | | | 5 |
| CRC | | | | | | | | | | | | | | | | | | |
| CTF | | | | | | | | | | | | | | | | | | |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | | | | | | | | | | | | | | | | | | |
| FOL | | | | | | | | | | | | | | | | | | |
| HDSP | | | | | | | | | | | | | | | | | | |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | | | | | | | | | | | | | | | | | |
| LAC | | | | 3 | | | | | | | | | | | | | | 3 |
| MCSP | | | 1 | 1 | | | | | | | | | | | | | | 2 |
| NKSP | | | | 5 | | | | | | | | | | | | | | 5 |
| PBSP | | | | | | | | | | | | | | | | | | |
| PVSP | | | | | | | | | | | | | | | | | | |
| RJD | | | | 3 | | | | | | | | | | | | | | 3 |
| SAC | | | | 3 | | | | | | | | | | | | | | 3 |
| SATF | | | | 4 | | | | | | | | | | | | | | 4 |
| SCC | | | | | | | | | | | | | | | | | | |
| SOL | | | | 3 | | | | | | | | | | | | | | 3 |
| SQ | | | | | 1 | | | | | | | | | | | | | 1 |
| SVSP | | | | | | | 1 | | | | | | | | | | | 1 |
| VSP | | | | | | | | | | | | | | | | | | |
| WSP | | | | | | | | | | | | | | | | | | |
| DSH-ASH | | | | | 2 | 2 | | | | | | | | | | | | 4 |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | 0 | 0 | 1 | 57 | 304 | 6 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 372 |
| CCWF | | | | | | | | | | | | | | | | | | |
| CIW | | | | 1 | | | 2 | | | | | | | | | | | 3 |
| FWF | | | | | | | | | | | | | | | | | | |
| DSH-PSH | | | | | | | | | | | | | | | | | | |
| *Female Subtotal* | 0 | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| *Grand Total* | 0 | 0 | 1 | 58 | 304 | 6 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 375 |

# Exhibit 23

**Greg Gonzalez**

| | |
|---|---|
| **From:** | Nick Weber |
| **Sent:** | Saturday, March 28, 2020 11:54 AM |
| **To:** | Lisa Ells; Steve Fama; Coleman Team - RBG Only; Donald Specter; Elise Thorn; Tyler Heath; Lucas Hennes; Adriano Hrvatin; Kyle Lewis; Melissa Bentz; Hessick, Jerome@CDCR; Neill, Jennifer@CDCR; Toche, Diana@CDCR; Bick, Joseph@CDCR; Daye, Eureka@CDCR; Christine Ciccotti; Raddatz, Antonina@DSH-S; Kent, Kristopher@DSH-S; Angie Cooper; Brian Main; Cindy Radavsky; Henry D. Dlugacz; James DeGroot; Jeffrey Metzner; Karen Rea-Williams; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Steve Raffa; Tim Rougeux; Ponciano, Angela@CDCR |
| **Subject:** | RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care [IWOV-DMS.FID6429] |
| **Attachments:** | CensusAndPendingListRpt_3-27-20.pdf; Capacity SAC EOP HUB-PSU 3-27-20.pdf; PSU RosterSAC EOP HUB-PSU 3-27-20.pdf; ASU Roster SAC EOP HUB-PSU 3-27-20.pdf; SAC PIP Referrals.pdf; SAC MHCB Referrals.pdf |

Lisa,

Attached, please find CDCR's Inpatient capacity, census, and waitlist report. This is a point in time report generated on March 27, 2020, which is also provided to the court on a monthly basis. At the time of the report, Defendants operated 1,665 inpatient beds, of which 1,534 were in full. The total pending list included 197 patients, 131 of which were pending bed availability and endorsement.

Headquarters IRU data from later on March 27, 2020, indicated that CDCR had 137 patients on the pending bed availability and endorsement list. That list included 35 acute and 102 ICF referrals. Not counting a handful of exceptions (medical hold, out to court), CDCR expects to make timeframes on all admissions due through the weekend. The next acute admission is due Thursday, April 2, 2020. The next ICF admission is also due April 2, 2020.

<u>SAC Segregation</u>

Plaintiffs requested roster data of all MHSDS inmates in SAC's PSU and ASU EOP Hub, and those units respective census versus capacity. That data is attached. 59 of 75 ASU EOP beds (A5) are occupied. 143 of 172 PSU beds (A1, A2, B7) are occupied.

Additionally, Plaintiffs requested current yard time, out of cell time, showers, and MH treatment occurring on those units. As of Friday, March 27, 2020, ASU EOP and PSU units were offering 10 hours of yard per week, 3 showers per week, medication pass, psych tech rounds, and entertainment appliances. STRH units were offering the same but were also offering a total of 18.5 hours out of cell time per week. LTRH units were offering the same but were also offering an additional 3.5 hours of day-room per week.

SAC is currently not running mental health groups in any unit. Individual contacts are occurring cell with staff utilizing PPEs. Clinicians have discretion when to request a confidential session which will be conducted in the dining room. Mental Health staff are delivering in cell activities to all MHSDS inmates and conducting additional cell-front checks. SAC's current model allows every patient to have a weekly cell-front contact and two contacts with a recreational therapist.

<u>SAC Inpatient/MHCB</u>

Plaintiffs requested a list of all inmates at SAC referred to MHCB or PIP care. Those lists are attached. (Please note Mr. Lydon T27685 is referred to acute on day 32. His referral is delayed due to medical issues unrelated to COVID 19.)

SAC continues to admit patients to its MHCB internally. Current SAC MHCB's capacity is 33 beds with a census of 23, including the unlicensed MHCBU. Eleven other MHCBs at SAC are offline and will be reactivated on April 10, 2020. SAC is not accepting MHCB patients referred from other institutions. MHCB patients are being treated in the MHCB, or MHCBU. While in alternative housing they are being held in the NDS building. Patients currently referred to a PIP are currently held the MHCB (10), the CTC (1), EOP (2), NDS (2), PSU (2), and ASU (1). CDCR can provide no date when external transfers will resume.

At this time, no other institutions are operating with complete restrictions transfer. Some units at CHCF are on quarantine which will be reassessed by April 3, 2020.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA 95811-7243

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

---

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Friday, March 27, 2020 2:28 PM
**To:** Weber, Nicholas@CDCR                      @cdcr.ca.gov>; Steve Fama              @prisonlaw.com>; Coleman Team - RBG Only               @rbgg.com>; Donald Specter              @prisonlaw.com>; Elise Thorn              @doj.ca.gov>; Tyler Heath              @doj.ca.gov>; Lucas Hennes              @doj.ca.gov>; Adriano Hrvatin              @doj.ca.gov>; Kyle Lewis              @doj.ca.gov>; Bentz, Melissa@CDCR              @cdcr.ca.gov>; Hessick, Jerome@CDCR              @cdcr.ca.gov>; Neill, Jennifer@CDCR              @cdcr.ca.gov>; Toche, Diana@CDCR              @cdcr.ca.gov>; Bick, Joseph@CDCR              @cdcr.ca.gov>; Daye, Eureka@CDCR              @cdcr.ca.gov>; Christine Ciccotti              @dsh.ca.gov>; Raddatz, Antonina@DSH-S              @dsh.ca.gov>; Kent, Kristopher@DSH-S              @dsh.ca.gov>; Angie Cooper              @pldolaw.com>; Brian Main              @gmail.com>; Cindy Radavsky              @gmail.com>; Henry D. Dlugacz              @blhny.com>; James DeGroot              @gmail.com>; Jeffrey Metzner              @cuanschutz.edu>; Karen Rea-Williams              @gmail.com>; Kerry Courtney Hughes, MD              @aol.com>; Kerry F. Walsh              @pldolaw.com>; Kristina Hector              @pldolaw.com>; Lindsay Hayes              @msn.com>; Latricea McClendon-Hunt              @pldolaw.com>; Lana Lopez              @pldolaw.com>; Maria Masotta              @drmariamasotta.com>; Matt Lopes              @pldolaw.com>; Mohamedu Jones              @pldolaw.com>; Mary Perrien              @aol.com>; Patricia M. Williams              @gmail.com>; Rachel Gribbin              @pldolaw.com>; Regina Costa              @pldolaw.com>; Rod Hickman Gmail              @gmail.com>; Steve Raffa              @pldolaw.com>; Timothy Rougeux              @hotmail.com>; Ponciano, Angela@CDCR              @cdcr.ca.gov>
**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care [IWOV-DMS.FID6429]

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Nick,

We are very concerned that access to higher levels of care at SAC has been shut off. As you know, all nine of the suicides at SAC last year were by class members, eight of nine were EOPs, and six of those eight EOP suicides were in segregation units (5 in the PSU and 1 in the EOP ASU). This is an exceedingly dangerous situation for our class members on many levels right now.

We need more information on the situation at SAC, and in particular in the segregation units. Please provide us rosters of all class members in the PSU and EOP ASU units and tell us how full those units are relative to capacity. Please also tell us how much yard, out of cell, showers, and mental health treatment is occurring in those units and any alternative measures SAC staff have taken to help people cope such as providing entertainment devices or worksheets.

Please also provide us with a list of everyone at SAC who has been referred for MHCB or inpatient care, or whose transfer was put on hold, since transfers to those levels of care were shut off on Wednesday. Is SAC continuing to admit class members to their own crisis beds on site? What is the current capacity and census of SAC's MHCB, including the unlicensed 20 bed unit? We assume to the extent that transfers into the SAC crisis beds are still occurring that they are limited to internal transfers only, but please confirm.

Please also provide us with information on where class members referred for MHCB and inpatient care are being held. If people are being held in alt housing, please tell us where that alt housing is located and if any overflow alt housing is being used.

We would also appreciate knowing what treatment or other special steps are being taken at SAC to ensure that the patients awaiting these higher levels of care remain safe and any decompensation minimized to the extent possible while their access to inpatient care is delayed. When do Defendants expect to resume transfers from SAC to inpatient levels of care at this point?

Finally, has CDCR taken any similar steps at other institutions to limit transfers to higher levels of care due to COVID 19? Please let us know.

We look forward to talking with you further about this situation tomorrow, including following up on aspects of the discussion at the status conference today.

Lisa

---

**From:** Weber, Nicholas@CDCR ████████@cdcr.ca.gov>
**Sent:** Friday, March 27, 2020 10:02 AM
**To:** Lisa Ells ████ @rbgg com>; Steve Fama ████ @prisonlaw.com>; Coleman Team - RBG Only ████████ @rbgg.com>; Donald Specter ████████ @prisonlaw.com>; Elise Thorn ████████ @doj.ca.gov>; Tyler Heath ████ @doj.ca.gov>; Lucas Hennes ████ @doj.ca.gov>; Adriano Hrvatin ████████ @doj.ca.gov>; Kyle Lewis ████ @doj.ca.gov>; Melissa Bentz ████ @cdcr.ca.gov>; Hessick, Jerome@CDCR ████ @cdcr.ca.gov>; Neill, Jennifer@CDCR ████ @cdcr.ca.gov>; Toche, Diana@CDCR ████ @cdcr.ca.gov>; Bick, Joseph@CDCR ████ @cdcr.ca.gov>; Daye, Eureka@CDCR ████ @cdcr.ca.gov>; Christine Ciccotti ████████ @dsh.ca.gov>; Kent, Kristopher@DSH-S ████ @dsh.ca.gov>; Raddatz, Antonina@DSH-S ████ @dsh.ca.gov>; Angie Cooper ████ @pldlaw.com>; Brian Main ████████ @gmail.com>; Cindy Radavsky ████████ @gmail com>; Henry D. Dlugacz ████ @blhny.com>; James DeGroot ████████ @gmail.com>; Jeffrey Metzner ████ @cuanschutz.edu>; Karen Rea-Williams ████████ @gmail.com>; Kerry Courtney Hughes, MD ████ @aol.com>; Kerry F. Walsh ████ @pldlaw com>; Kristina Hector ████████ @pldolaw com>; Lindsay Hayes ████████

3

@msn.com>; Latricea McClendon-Hunt ▓▓▓ @pldolaw.com>; Lana Lopez ▓▓▓ @_ldol___com>; Maria Masotta ▓▓▓ @drmariamasotta.com>; Matt Lopes ▓▓▓ @pldolaw.com>; Mohamedu Jones ▓▓▓ @pldolaw.com>; Mary Perrien ▓▓▓ @aol.com>; Patricia M. Williams ▓▓▓ @gmail.com>; Rachel Gribbin ▓▓▓ @pldolaw.com>; Regina Costa ▓▓▓ @pldolaw.com>; Rod Hickman Gmail ▓▓▓ @gmail.com>; Steve Raffa ▓▓▓ @pldolaw.com>; Tim Rougeux ▓▓▓ @hotmail.com>; Ponciano, Angela@CDCR ▓▓▓ @cdcr.ca.gov>

**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care [IWOV-DMS.FID6429]

Hi Lisa,

This is correct, SAC has temporarily stopped external transfers to MHCB, ICF, and Acute levels of care due to COVID concerns at SAC. I apologize, I was under the impression that the Special Master and Plaintiffs had been informed already. We continue to monitor inpatient and MHCB bed need and will work diligently to ensure prompt access to those levels of care.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA 95811-7243
▓▓▓

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

**From:** Lisa Ells ▓▓▓ @_bgg___m>
**Sent:** Friday, March 27, 2020 9:54 AM
**To:** Weber, Nicholas@CDCR ▓▓▓ @cdcr.ca.gov>; Steve Fama ▓▓▓ @prisonlaw.com>; Coleman Team - RBG Only ▓▓▓ @rbgg.com>; Donald Specter ▓▓▓ @prisonlaw.com>; Elise Thorn ▓▓▓ @doj.ca.gov>; Tyler Heath ▓▓▓ @doj.ca.gov>; Lucas Hennes ▓▓▓ @doj.ca.gov>; Adriano Hrvatin ▓▓▓ @doj.ca.gov>; Kyle Lewis ▓▓▓ @doj.ca.gov>; Bentz, Melissa@CDCR ▓▓▓ @cdcr.ca.gov>; Hessick, Jerome@CDCR ▓▓▓ @cdcr.ca.gov>; Neill, Jennifer@CDCR ▓▓▓ @cdcr.ca.gov>; Toche, Diana@CDCR ▓▓▓ @cdcr.ca.gov>; Bick, Joseph@CDCR ▓▓▓ @cdcr.ca.gov>; Daye, Eureka@CDCR ▓▓▓ @cdcr.ca.gov>; Christine Ciccotti ▓▓▓ @dsh.ca.gov>; Raddatz, Antonina@DSH-S ▓▓▓ @dsh.ca.gov>; Kent, Kristopher@DSH-S ▓▓▓ @dsh.ca.gov>; Angie Cooper ▓▓▓ @pldolaw.com>; Brian Main ▓▓▓ @gmail.com>; Cindy Radavsky ▓▓▓ @gmail.com>; Henry D. Dlugacz ▓▓▓ @blhny.com>; James DeGroot ▓▓▓ @gmail.com>; Jeffrey Metzner ▓▓▓ @cuanschutz.edu>; Karen Rea-Williams ▓▓▓ @gmail.com>; Kerry Courtney Hughes, MD ▓▓▓ @aol.com>; Kerry F. Walsh ▓▓▓ @pldolaw.com>; Kristina Hector ▓▓▓ @pldolaw.com>; Lindsay Hayes ▓▓▓ @msn.com>; Latricea McClendon-Hunt ▓▓▓ @pldolaw.com>; Lana Lopez ▓▓▓ @pldolaw.com>; Maria Masotta ▓▓▓ @drmariamasotta.com>; Matt Lopes ▓▓▓ @pldolaw.com>; Mohamedu Jones ▓▓▓ @pldolaw.com>; Mary Perrien ▓▓▓ @aol_c__m>; Patricia M. Willi ms ▓▓▓ @gmail.com>; Rachel Gribbin ▓▓▓ @pldolaw.com>; Regina Costa ▓▓▓ @pldolaw.com>; Steve Raffa ▓▓▓ @pldolaw com>; Timothy Rougeux ▓▓▓ @h_tmail__m>; Ponciano, Angela@CDCR ▓▓▓ @cdcr.ca.gov>

**Subject:** RE: Col man - COVID 19 Emergency Plan to Provide Mental Health Care [IWOV-DMS.FID6429]

All,

We were surprised to read in Christine's email from yesterday afternoon that all transfers to ICF PIPs from SAC have been suspended as of Wednesday, as it was not disclosed on our call yesterday. Please confirm that this is accurate and provide us with more details. Please also clarify whether Acute transfers from SAC have also been cut off.

If Defendants have restricted access to higher levels of care for class members at any institutions, it is important that we and the Special Master be informed promptly.

Thank you.



**From:** Weber, Nicholas@CDCR ████████████ @cdcr.ca.gov>
**Sent:** Wednesday, March 25, 2020 3:04 PM
**To:** Steve Fama ████ @prisonlaw.com>; Coleman Team - RBG Only ████████████ @rbgg.com>; Donald Specter ████ @prisonlaw.com>; Elise Thorn ████ @doj.ca.gov>; Tyler Heath ████ @doj.ca.gov>; Lucas Hennes ████ @doj.ca.gov>; Adriano Hrvatin ████ @doj.ca.gov>; Kyle Lewis ████ @doj.ca.gov>; Melissa Bentz ████ @cdcr.ca.gov>; Hessick, Jerome@CDCR ████ @cdcr.ca.gov>; Neill, Jennifer@CDCR ████ @cdcr.ca.gov>; Toche, Diana@CDCR ████ @cdcr.ca.gov>; Bick, Joseph@CDCR ████ @cdcr.ca.gov>; Daye, Eureka@CDCR ████ @cdcr.ca.gov>; Christine Ciccotti ████ @dsh.ca.gov>; Raddatz, Antonina@DSH-S ████ @dsh.ca.gov>; Kent, Kristopher@DSH-S ████ @dsh.ca.gov> Angie Cooper ████ @pldlaw.com>; Brian Main ████ @gmail.com>; Cindy Radavsky ████ @gmail.com>; Henry D. Dlugacz ████ @blhny.com>; James DeGroot ████ @cuanschutz.edu>; Karen Rea-Williams ████ @gmail.com>; Kerry Courtney Hughes, MD ████ @aol.com>; Kerry F. Walsh ████ @pldolaw.com>; Kristina Hector ████ @pldolaw.com>; Lindsay Hayes ████ @msn.com>; Latricea McClendon-Hunt ████ @pldolaw.com>; Lana Lopez ████ @pldolaw.com>; Maria Masotta ████ @drmariamasotta.com>; Matt Lopes ████ @pldolaw.com>; Mohamedu Jones ████ @pldolaw.com>; Mary Perrien ████ @aol.com>; Patricia M. Williams ████ @gmail.com>; Rachel Gribbin ████ @pldolaw.com>; Regina Costa ████ @pldolaw.com>; Rod Hickman Gmail ████ @gmail.com>; Steve Raffa ████ @pldolaw.com>; Tim Rougeux < ████ @hotmail.com>; Ponciano, Angela@CDCR ████ @cdcr.ca.gov>
**Subject:** RE: Coleman - COVID 19 Emergency Plan to Provide Mental Health Care

All,

The memo circulated earlier has been reissued and revised. The current version is attached. The final bullet on page two was revised to read:

> **Patients in isolation and/or quarantine will not attend groups but shall be provided with therapeutic treatment packets, workbooks, and other in cell activities and shall receive daily rounding by at least one of the following designated staff to include: CNA, Psychologist, LVN, Recreational Therapists, PTs, RNs, or Social Workers.**

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA 95811-7243
████████

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally

# Exhibit 24

**From:** Nick Weber
**Sent:** Tuesday, March 31, 2020 1:50 PM
**To:** Lisa Ells; Steve Fama; Coleman Team - RBG Only; Donald Specter; Elise Thorn; Tyler Heath; Lucas Hennes; Adriano Hrvatin; Kyle Lewis; Melissa Bentz; Hessick, Jerome@CDCR; Neill, Jennifer@CDCR; Toche, Diana@CDCR; Bick, Joseph@CDCR; Daye, Eureka@CDCR; Christine Ciccotti; Raddatz, Antonina@DSH-S; Kent, Kristopher@DSH-S; Angie Cooper; Brian Main; Cindy Radavsky; Henry D. Dlugacz; James DeGroot; Jeffrey Metzner; Karen Rea-Williams; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Steve Raffa; Tim Rougeux; Ponciano, Angela@CDCR
**Subject:** RE: Coleman - Inpatient Census and Waitlist Report/Out of ULD LRH

Lisa,

Below is a table showing those at SAC with a current referral to a PIP. The table reflects two additional class members over timeframes (████████████████) than I reported earlier, as the table below was generated today.

| CDCR# | LAST NAME-FIRST INITIAL | APP/ICF | Total Days since MHUM HQ Approval Sent |
|---|---|---|---|
| ██ | ██████ | ICF | 35 |
| ██ | ████ | ICF | 34 |
| ██ | █████ | ICF | 32 |
| ██ | ████ | ICF | 33 |
| ██ | ██████ | ICF | 26 |
| ██ | ████ | ICF | 19 |
| ██ | █████ | ICF | 14 |
| ██ | ████ | APP | 13 |
| ██ | █████ | ICF | 13 |
| ██ | █████ | ICF | 13 |
| ██ | █████ | APP | 11 |
| ██ | █████ | APP | 11 |
| ██ | ████ | APP | 7 |
| ██ | █████ | APP | 6 |
| ██ | █████ | APP | 6 |
| ██ | ████ | ICF | 4 |

| | | ICF | 4 |
|---|---|---|---|
| | | APP | 4 |

**From:** Lisa Ells <LElls@rbgg.com>
**Sent:** Tuesday, March 31, 2020 1:14 PM
**To:** Weber, Nicholas@CDCR          @cdcr.ca.gov>; Steve Fama <sfama@prisonlaw.com>; Coleman Team - RBG Only          @rbgg.com>; Donald Specter          @prisonlaw.com>; Elise Thorn          @doj.ca.gov>; Tyler Heath          @doj.ca.gov>; Lucas Hennes          @doj.ca.gov>; Adriano Hrvatin          @doj.ca.gov>; Kyle Lewis          @doj.ca.gov>; Bentz, Melissa@CDCR          @cdcr.ca.gov>; Hessick, Jerome@CDCR          @cdcr.ca.gov>; Neill, Jennifer@CDCR          @cdcr.ca.gov>; Toche, Diana@CDCR          @cdcr.ca.gov>; Bick, Joseph@CDCR          @cdcr.ca.gov>; Daye, Eureka@CDCR          @cdcr.ca.gov>; Christine Ciccotti          @dsh.ca.gov>; Raddatz, Antonina@DSH-S          @dsh.ca.gov>; Kent, Kristopher@DSH-S          @dsh.ca.gov>; Angie Cooper          @pldolaw.com>; Brian Main          @gmail.com>; Cindy Radavsky          @gmail.com>; Henry D. Dlugacz          @blhny.com>; James DeGroot          @gmail.com>; Jeffrey Metzner          @cuanschutz.edu>; Karen Rea-Williams          @gmail.com>; Kerry Courtney Hughes, MD          @aol.com>; Kerry F. Walsh <kwalsh@pldolaw.com>; Kristina Hector          @pldolaw.com>; Lindsay Hayes          @msn.com>; Latricea McClendon-Hunt          @pldolaw.com>; Lana Lopez          @pldolaw.com>; Maria Masotta          @drmariamasotta.com>; Matt Lopes          @pldolaw.com>; Mohamedu Jones          @pldolaw.com>; Mary Perrien          @aol.com>; Patricia M. Williams          @gmail.com>; Rachel Gribbin          @pldolaw.com>; Regina Costa          @pldolaw.com>; Rod Hickman Gmail          @gmail.com>; Steve Raffa          @pldolaw.com>; Timothy Rougeux          @hotmail.com>; Ponciano, Angela@CDCR          o@cdcr.ca.gov>
**Subject:** RE: Coleman - Inpatient Census and Waitlist Report/Out of ULD LRH

**CAUTION:** This email originated from outside of CDCR/CCHCS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks Nick.  Which MHCB is Mr. ▮ in currently?

We'd appreciate the updated SAC pending inpatient referral list (like the one you sent last week) when you can generate it.  Thanks.

**From:** Weber, Nicholas@CDCR          @cdcr.ca.gov>
**Sent:** Tuesday, March 31, 2020 12:54 PM
**To:** Lisa Ells          @rbgg.com>; Steve Fama          @prisonlaw.com>; Coleman Team - RBG Only          @rbgg.com>; Donald Specter          @prisonlaw.com>; Elise Thorn          @doj.ca.gov>; Tyler Heath          @doj.ca.gov>; Lucas Hennes          @doj.ca.gov>; Adriano Hrvatin          @doj.ca.gov>; Kyle Lewis          @doj.ca.gov>; Melissa Bentz          @cdcr.ca.gov>; Hessick, Jerome@CDCR          @cdcr.ca.gov>; Neill, Jennifer@CDCR          @cdcr.ca.gov>; Bick, Joseph@CDCR          @cdcr.ca.gov>; Daye, Eureka@CDCR          @cdcr.ca.gov>; Christine Ciccotti          dsh.ca.gov>; Raddatz, Antonina@DSH-S          @dsh.ca.gov>; Kent, Kristopher@DSH-S          @dsh.ca.gov>; Angie Cooper          @pldolaw.com>; Brian Main          @gmail.com>; Cindy Radavsky          @gmail.com>; Henry D. Dlugacz          @blhny.com>; James DeGroot          @gmail.com>; Jeffrey Metzner          @cuanschutz.edu>; Ka en Rea Williams <          @gmail.com>; Kerry Courtney Hughes, MD          @aol.com>; Kerry F. Walsh          @pld l w m>; Kristina Hector          @pldolaw com>; Lindsay Hayes          @msn.com>; Latricea McClendo Hunt <          @pldolaw.com>; Lana Lopez          @pldolaw com>; Maria Masotta          @drmariamasotta com>; Matt Lopes <          @pldolaw.com>; Mohamedu Jones