XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7325
  Fax: (916) 324-5205
  E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                    Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                    Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Judge:     The Honorable Kimberly J. Mueller |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that under Federal Rule of Evidence 201, Defendants request the Court take judicial notice of these documents, true and correct copies of which are attached as Exhibits:

   1.   Guidance from the Centers for Disease Control and Prevention (CDC) regarding COVID-19 and social distancing (retrieved on April 8, 2020), attached as Exhibit A;

1

2. Executive Order N-33-20 issued by Governor Gavin Newsom (March 19, 2020), attached as Exhibit B;

**LEGAL STANDARD**

Judicial notice may be taken of any "fact that is not subject to a reasonable dispute because it… is generally known within the trial court's territorial jurisdiction [or] can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned." Fed. R. Evid. 201(b). The court may take judicial notice of "matters of public record," *Lee v. City of Los Angeles*, 250 F.3d 668, 689 (9th Cir. 2001), including, for example, an executive order issued by the executive branch of government. See, e.g., *S.A. v. Trump*, 363 F. Supp. 3d 1048, 1061 n. 36 (N.D. Cal. 2018) ("[t]he court can take judicial notice of the Executive Order . . . as a matter of public record"); *Natural Res. Defense Council v. McCarthy*, 2016 WL 6520170, at *2 (N.D. Cal. Nov. 3, 2016) (district court took judicial notice of Executive Order issued by former California Governor Brown).

The Court may also take judicial notice of official statements and directives which are: (1) statements of government officials or entities that are not subject to reasonable dispute; (2) bills considered by Congress or other legislative history; or (3) other public records and government documents available on reliable internet sources, such as government websites. *Sierra Club v. Trump*, 379 F. Supp. 3d 883, 892 (N.D. Cal. 2019), citing *DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 763 n.5 (9th Cir. 2018) (taking "judicial notice of government documents, court filings, press releases, and undisputed matters of public record".) Official government agency or department policies can also be judicially noticed. They can be accurately determined from other reliable sources, and are appropriate for judicial notice. See *Wood v. City of San Diego*, No. 03-cv-1910-MMA (POR), 2010 WL 2382335, at *5 (S.D. Cal. June 10, 2010) (taking judicial notice of sections of the San Diego Municipal Code relevant to the proceedings); see also *Uriarte v. Bostic*, Case No.: 15-cv-1606-MMA (PCL), 2017 WL 2312084, at *3–4 (S.D. Cal. May 26, 2017) (granting judicial notice of copies of the Calexico Police Dep't Policy Manual); *Foster v. City of Oakland*, 621 F. Supp. 2d 779, 795 (N.D. Cal. 2008) (taking judicial notice of police strip search policies). Likewise, the court can take judicial notice of public health guidance

2

Req. Judicial Not. Supp. Defs' Resp. OSC  (2:90-cv-00520 KJM-DB (PC))

provided by state agencies. See *In re: JOSE URIBE-SOLTERO Debtor*,, No. 2:19-25136-RK, 2020 WL 1320641, at *1 (Bankr. C.D. Cal. Mar. 17, 2020) (court took judicial notice of California Department of Public Health guidance related to COVID-19).

Here, each of the documents included in Defendants' request meet the standard for judicial notice. These public records are not subject to reasonable dispute as they are generally known within the Court's jurisdiction, and their accuracy cannot be reasonably questioned. Fed. R. Evid. 201(b). Each document is also relevant to this case as they relate to the COVID-19 pandemic and the State's response to the pandemic.

For these reasons, Defendants respectfully request that the Court take judicial notice of the above documents.

Dated:  April 8, 2020                                         Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/s/ *Tyler V. Heath*

TYLER V. HEATH
Deputy Attorney General
*Attorneys for Defendants*

3

Req. Judicial Not. Supp. Defs' Resp. OSC  (2:90-cv-00520 KJM-DB (PC))

Exhibit A



# Coronavirus Disease 2019

## Social Distancing, Quarantine, and Is[olation]

Keep Your Distance to Slow the Spread

Limiting face-to-face contact with others is the best way to reduce the spread of cor[onavirus...]

## What is social distancing?

Social distancing, also called "physical distancing," means keeping space between yo[u and others outside] your home. To practice social or physical distancing:

- Stay at least 6 feet (2 meters) from other people
- Do not gather in groups
- Stay out of crowded places and avoid mass gatherings

In addition to everyday steps to prevent COVID-19, keeping space between you and [others] have to avoid being exposed to this virus and slowing its spread locally and across t[he...]

When COVID-19 is spreading in your area, everyone should limit close contact with [others in] indoor and outdoor spaces. Since people can spread the virus before they know the[y are sick, stay away] from others when possible, even if you have no symptoms. Social distancing is espe[cially important for people at] higher risk of getting very sick.

## Why practice social distancing?

COVID-19 spreads mainly among people who are in close contact (within about 6 fe[et) for a prolonged period. Spread] happens when an infected person coughs, sneezes, or talks, and droplets from thei[r mouth or nose are launched into the] air and land in the mouths or noses of people nearby. The droplets can also be inha[led into the lungs. Recent studies] indicate that people who are infected but do not have symptoms likely also play a r[ole in the spread of COVID-19.]

It may be possible that a person can get COVID-19 by touching a surface or object th[at] touching their own mouth, nose, or eyes. However, this is not thought to be the ma[in] can live for hours or days on a surface, depending on factors such as sun light and [humidity]. contact with infected people and contaminated surfaces.

Although the risk of severe illness may be different for everyone, anyone can get an[d] role to play in slowing the spread and protecting themselves, their family, and their [community].

## Tips for social distancing

- Follow guidance from authorities where you live.
- If you need to shop for food or medicine at the grocery store or pharmacy, sta[y]
    - Use mail-order for medications, if possible.
    - Consider a grocery delivery service.
    - Cover your mouth and nose with a cloth face cover when around others, [in] public, for example to the grocery store.
        - Stay at least 6 feet between yourself and others, even when you wea[r]
- Avoid large and small gatherings in private places and public spaces, such a fri[end's house,] shops, or any other place. This advice applies to people of any age, including te[ens. Children] should not have in-person playdates while school is out. To help maintain soci[al connections,] learn tips to keep children healthy while school's out.
- Work from home when possible.
- If possible, avoid using any kind of public transportation, ridesharing, or taxis.
- If you are a student or parent, talk to your school about options for digital/dist[ance learning.]

**Stay connected while staying away.** It is very important to stay in touch with friend[s and family at] home. Call, video chat, or stay connected using social media. Everyone reacts differ[ently to stress. Having] to socially distance yourself from someone you love can be difficult. Read tips for st[ress management.]

## What is the difference between quarantine

Case 2:90-cv-00520-KJM-SCR    Document 6591    Filed 04/08/20    Page 7 of 11

## Quarantine

Quarantine is used to **keep someone who *might* have been exposed to COVID-19** quarantine stays separated from others, and they limit movement outside of their h have been exposed to the virus without knowing it (for example, when traveling or have the virus without feeling symptoms. Quarantine helps limit further spread of C

## Isolation

Isolation is used to **separate sick people from healthy people**. People who are in is home, anyone sick should separate themselves from others by staying in a specific different bathroom (if possible).

# What should I do if I might have been expo Or have confirmed COVID-19?

If you think you have been exposed to COVID-19, read about symptoms.

### If you...
If you or someone in your home might have been exposed

### Steps to take...
Self-Monitor

Be alert for symptoms. Watch for **fever,\* cough, or shortness of breath**.

- Take your temperature if symptoms develop.
- Practice social distancing. Maintain 6 feet of distance from others, and stay
- Follow CDC guidance if symptoms develop.

### If you...
If you feel healthy but:

- Recently had close contact with a person with COVID-19, or
- Recently traveled from somewhere outside the U.S. or on a cruise ship or riv

- Check your temperature twice a day and watch for symptoms.
- Stay home for 14 days **and** self-monitor.
- If possible, stay away from people who are high-risk for getting very sick fro

## If you…

If you:

- Have been diagnosed with COVID-19, or
- Are waiting for test results, or
- Have symptoms such as cough, fever, or shortness of breath

## Steps to take…

Self-Isolate

- **Stay in a specific "sick room" or area** and away from other people. If possib
- Read important information about caring for yourself or someone else who

### More Information

- How to Protect Yourself
- Cleaning and Disinfecting Your Home
- Gatherings and Community Events

# Exhibit B

EXECUTIVE DEPARTMENT
STATE OF CALIFORNIA

### EXECUTIVE ORDER N-33-20

**WHEREAS** on March 4, 2020, I proclaimed a State of Emergency to exist in California as a result of the threat of COVID-19; and

**WHEREAS** in a short period of time, COVID-19 has rapidly spread throughout California, necessitating updated and more stringent guidance from federal, state, and local public health officials; and

**WHEREAS** for the preservation of public health and safety throughout the entire State of California, I find it necessary for all Californians to heed the State public health directives from the Department of Public Health.

**NOW, THEREFORE, I, GAVIN NEWSOM,** Governor of the State of California, in accordance with the authority vested in me by the State Constitution and statutes of the State of California, and in particular, Government Code sections 8567, 8627, and 8665 do hereby issue the following Order to become effective immediately:

**IT IS HEREBY ORDERED THAT:**

1) To preserve the public health and safety, and to ensure the healthcare delivery system is capable of serving all, and prioritizing those at the highest risk and vulnerability, all residents are directed to immediately heed the current State public health directives, which I ordered the Department of Public Health to develop for the current statewide status of COVID-19. Those directives are consistent with the March 19, 2020, Memorandum on Identification of Essential Critical Infrastructure Workers During COVID-19 Response, found at: https://covid19.ca.gov/. Those directives follow:

   ORDER OF THE STATE PUBLIC HEALTH OFFICER
   March 19, 2020

   To protect public health, I as State Public Health Officer and Director of the California Department of Public Health order all individuals living in the State of California to stay home or at their place of residence except as needed to maintain continuity of operations of the federal critical infrastructure sectors, as outlined at https://www.cisa.gov/identifying-critical-infrastructure-during-covid-19. In addition, and in consultation with the Director of the Governor's Office of Emergency Services, I may designate additional sectors as critical in order to protect the health and well-being of all Californians.

   Pursuant to the authority under the Health and Safety Code 120125, 120140, 131080, 120130(c), 120135, 120145, 120175 and 120150, this order is to go into effect immediately and shall stay in effect until further notice.

   The federal government has identified 16 critical infrastructure sectors whose assets, systems, and networks, whether physical or virtual, are considered so vital to the United States that their incapacitation or



destruction would have a debilitating effect on security, economic security, public health or safety, or any combination thereof. I order that Californians working in these 16 critical infrastructure sectors may continue their work because of the importance of these sectors to Californians' health and well-being.

This Order is being issued to protect the public health of Californians. The California Department of Public Health looks to establish consistency across the state in order to ensure that we mitigate the impact of COVID-19. Our goal is simple, we want to bend the curve, and disrupt the spread of the virus.

The supply chain must continue, and Californians must have access to such necessities as food, prescriptions, and health care. When people need to leave their homes or places of residence, whether to obtain or perform the functions above, or to otherwise facilitate authorized necessary activities, they should at all times practice social distancing.

2) The healthcare delivery system shall prioritize services to serving those who are the sickest and shall prioritize resources, including personal protective equipment, for the providers providing direct care to them.

3) The Office of Emergency Services is directed to take necessary steps to ensure compliance with this Order.

4) This Order shall be enforceable pursuant to California law, including, but not limited to, Government Code section 8665.

**IT IS FURTHER ORDERED** that as soon as hereafter possible, this Order be filed in the Office of the Secretary of State and that widespread publicity and notice be given of this Order.

This Order is not intended to, and does not, create any rights or benefits, substantive or procedural, enforceable at law or in equity, against the State of California, its agencies, departments, entities, officers, employees, or any other person.

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 19th day of March 2020.

GAVIN NEWSOM
Governor of California

ATTEST:

ALEX PADILLA
Secretary of State