| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>KYLE A. LEWIS, State Bar No. 201041<br>LUCAS HENNES, State Bar No. 278361<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 510-3585<br>  Fax: (415) 703-5843<br>  E-mail: Kyle.Lewis@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                          Plaintiffs,<br><br>    v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                          Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT REPORT REQUIRED BY THE COURT'S APRIL 6, 2020 ORDER [ECF NO. 6580]** |

    On April 6, 2020, the Court ordered the parties to meet and confer to discuss Defendants' plan to achieve physical distancing for certain *Coleman* class members and to file a joint report no later than 12:00 noon on April 9, 2020 concerning the adequacy of Defendants' plan to achieve greater physical distancing for members of the plaintiff class. (ECF No. 6580.)

    The parties met and conferred, but have not been able to complete the joint report by the ordered deadline, due in part to technical difficulties related to the shelter-in-place order and need to work remotely. Accordingly, the parties jointly request that the Court extend the filing deadline for the joint report to 3:00 p.m.

1

**IT IS SO STIPULATED.**

Dated: April 9, 2020

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/s/ *Elise Owens Thorn*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

Dated: April 9, 2020

ROSEN BIEN GALVAN & GRUNFELD LLP

/s/ *Lisa Ells*
Lisa Ells
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: _____

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT