IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
CALIFORNIA

RALPH COLEMAN, et al.,
    Plaintiffs,

vs.                                    No. 2:90-CV-0520 KJM-DB

GAVIN NEWSOM, et al.,
    Defendants.

## SPECIAL MASTER'S REQUEST
## FOR THE APPOINTMENT OF ADDITIONAL STAFF

In accordance with paragraph B7 of the December 11, 1995 Order of Reference in the above captioned matter, the Special Master requests the appointment of Daniel F. Potter, Ph.D., CAIA, to his staff as a data expert. The reasons for this request are set forth in the accompanying memorandum.

Dr. Potter is to be compensated at the rate of two hundred and fifty dollars ($250.00) per hour for his work as an expert, and at the rate of ninety dollars ($90.00) per hour for travel, plus reasonable expenses.

                                                              Respectfully submitted,

                                                              */s/ Matthew A. Lopes, Jr.*
                                                              Matthew A. Lopes, Jr.
                                                              Special Master

April 13, 2020

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
CALIFORNIA**

RALPH COLEMAN, et al.,
    Plaintiffs,

    vs.                       No. 2:90-CV-0520 KJM-DB

GAVIN NEWSOM, et al.,
    Defendants.

## MEMORANDUM IN SUPPORT OF SPECIAL MASTER'S REQUEST FOR THE APPOINTMENT OF ADDITIONAL STAFF

In accordance with paragraph B7 of the December 11, 1995 Order of Reference in the above-captioned matter and this court's January 7, 2020 order, ECF No. 6441, the Special Master submits to the court this request for additional staff.

The record in this case is replete with the historical background and findings related to the submission of the whistleblower report by the California Department of Corrections and Rehabilitation's (CDCR) chief psychiatrist, Dr. Michael Golding (hereafter Golding Report), ECF No. 5988, and the proceedings that followed, and need not be repeated in its entirety. *See e.g.,* ECF No. 6242 (August 14, 2019 order); ECF No. 6312 (October 8, 2019 order); ECF No. (December 17, 2019 order) and ECF No. 6445 (transcript of December 13, 2019 status conference). In the aftermath of the Golding Report and the evidentiary hearing that followed, the Special Master's duties and responsibilities shifted in certain areas and expanded in others.

Indeed, in a recent order issued January 7, 2020, the court outlined the vastness and significance of the Special Master's current duties and responsibilities, as well as his potential

1

need for additional staff, stating in pertinent part:

> The work of the Special Master is divided into several areas: he and his team are monitoring at CDCR Headquarters, they are monitoring delivery of mental healthcare at institutions in the field, they are supervising ongoing work in the All-Parties Workgroup, they are preparing for and participating in settlement discussions supervised by Judge Drozd, and they are staying abreast of ongoing litigation activity before this court. At this critical juncture, none of those critical tasks can give way in favor of others. As the court informed the parties, the Special Master has advised the court this may require the addition of additional staff to his team. The court is prepared to receive and consider such a request in due course.

ECF No. 6441 at 7.

In response to the court's order, the Special Master filed a proposal for additional staff, ECF No. 6461, on February 12, 2020. Within that proposal, and germane to this filing, the Special Master discussed his need for a dedicated team member to monitor data-related issues. *Id.* at 3. The Special Master noted that in addition to concerns about the reliability of the data offered by CDCR and raised in the Golding Report, the need for his own data expert became even more readily apparent over the course of Central Office monitoring. *Id.*

In his staffing proposal, the Special Master informed the court that he was "currently seeking to hire an expert in data quality management who would be responsible for advising him on all mental health data-related issues and also working with both CDCR and the *Plata* Receiver's Quality Management departments on the same." *Id.* The Special Master went on to say that he expected his data expert to work closely with Dr. David Leidner, who, following the proceedings related to the Golding Report, had been asked to assist Undersecretary Diana Toche with regard to mental health data issues. *Id.* at 3-4. At the time of filing the staffing proposal, the Special Master was "conducting interviews to find a suitable candidate." *Id.* at 4.

In the court's January 7, 2020 order, it noted that:

> [A]ll parties agreed the Special Master should be authorized to hire his own data expert as part of the ongoing remedial process that follows the court's proceedings on the Golding Report and the proposed coordination with the Plata Receiver. The court agrees, and will authorize the Special Master to submit a request to approve this hire when he has identified an appropriate expert."

ECF No. 6441 at 4. In the time since the filing of the Special Master's proposal for additional staff, he has concluded data expert candidate interviews and identified Daniel F. Potter, Ph.D., CAIA, as an appropriate candidate for the court's consideration. For the foregoing reasons, the Special Master requests that Dr. Potter be appointed to his staff.

Dr. Potter is a mathematician who has extensive experience in pattern recognition, probabilistic modeling, quantitative system and product architecture and development, and design and coding of mathematical algorithms.

Currently, Dr. Potter serves as a Quantitative Equity Portfolio Manager with Disciplined Alpha, LLC, a Boston, Massachusetts, based hedge fund. In this role, Dr. Potter is responsible for researching potential strategy improvements, including new risk models, as well as providing additional research and technical assistance. He is also the Director of Industry Relations, Data Science Initiative, at Brown University in Providence, Rhode Island and an Associate Professor of the Practice of Data Science, also at Brown University.

In 1999, Dr. Potter earned his Doctor of Philosophy in Applied Mathematics from Brown University in Providence, Rhode Island. He earned a Master of Science in Applied Mathematics from Brown University in 1990 and a Bachelor of Science in Mathematics and Computer Science, with honors, from Brown University in 1988. Dr. Potter's *curriculum vitae* is attached as Exhibit A.

## CONCLUSION

For the reasons previously mentioned, the Special Master requests that the court

approve the hiring of Dr. Potter as the Special Master's data expert.

                                          Respectfully submitted,

                                          */s/ Matthew A. Lopes, Jr.*
                                          Matthew A. Lopes, Jr.
                                          Special Master

April 13, 2020

# Exhibit A

**Daniel F. Potter**, PhD, CAIA
47 Barnes Street, Providence, Rhode Island 02906 USA
(401) 345-1056 ~ dpotter@alumni.brown.edu

**Background and Skills**

**PhD** in Applied Mathematics with emphasis on pattern recognition and probabilistic modeling; **BS** in Computer Science and Mathematics; Chartered Alternative Investment Analyst. I currently am a Quantitative Equity **Portfolio Manager** with Disciplined Alpha LLC, a Boston based hedge fund. I also teach Scientific Computing and Data Science at Brown University where I am an **Associate Professor of the Practice of Data Science.**

Quantitative System/Product architecture and development. Extensive experience in the design and coding of mathematical algorithms. Fast product prototyping using MATLAB and Python. Experience with a variety of development environments including Visual C++ and products from Sun and SGI as well as financial database environments from FactSet and QAI/MarketQA. Expert C/C++ programmer. Extensive experience with user interface design. Jack of all trades with many other languages, tools, systems, including R, PHP, Perl, Visual Basic, Fortran, CVS, Git, SQL Server, MySQL, Apache, Open GL, X Windows, Emacs, Windows 10, Linux, Intel Performance Primitives, etc. First-hand experience with management and financial issues faced by start-ups.

**Experience**
6/2017-present **Brown University**, Providence RI
**Director of Industry Relations,** Data Science Initiative. The Data Science Initiative coordinates data science research and education at Brown University. Its core departments are Computer Science, Biostatistics, Mathematics and the Division of Applied Mathematics. My role has been to help start and operate the Brown Data Science Initiative Master's program, while also engaging in industry outreach on behalf of the program's students, and in order to develop an industrial affiliate and founding partners program.

1/2013-present **Brown University**, Providence RI
**Associate Professor of the Practice of Data Science** and **Adjunct Associate Professor of** Computer Science. Spring 2013, co-taught CS18: An Integrated Introduction (to CS), second semester of one of Brown's most popular introductory Computer Science sequences; audience was primarily students planning to major in CS. Fall 2013, co-taught CS17, the first semester of the 17/18 sequence. Spring 2014, redesigned and taught CS4: Introduction to Scientific Computing and Problem Solving, refined and taught again in in 2015 and 2016. In 2017, I taught CS4 and co-taught CS1951a Introduction to Data Science, a project-based class primarily for Junior and Senior CS majors, coverage includes data cleaning, visualization, databases, MapReduce, statistics, data mining, and machine learning. Based on these experiences and content, I helped develop and teach DATA1030, a double credit course for students in the Brown Data Science Master's program. Spring 2018, I taught CS4 again and co-taught DATA2040, a follow-up to DATA1030. This course focused on Information Retrieval and Deep Learning. In the fall of 2018, I taught an updated version of DATA1030, this Spring I again co-taught DATA2040. Languages taught: Python, Java, Scala, OCaml, Racket/Scheme, MATLAB. Major packages: scikit-learn, tensorflow, Keras

6/2012-present **Disciplined Alpha LLC**, Boston, MA
**Senior Advisor and Portfolio Manager**. Manage Stable Growth at a Reasonable Price (SoGARP) Portfolio Strategy. Research potential strategy improvements including new risk models. Extend strategy to different equity universes and asset classes. Discuss and research quantitative strategy ideas and improvements with other principals. Assist with the Disciplined Alpha US Long/Short Equity Strategy. Act as a sounding board and provide research and technical assistance during formation and ongoing operation of the business. Investment research and production environment utilizes MATLAB, FactSet, and variety of standard industry data, e.g., Compustat, Compustat Point-In-Time, IBIS, Northfield, as well as news sentiment data from Alexandria and short interest and cost information from MarkIt. Supervision of MIT Sloan Finance Practicum projects on regime-based risk models (in conjunction with Norhfield), short interest and news analytics (in conjunction with Alexandria).

5/2002-present **Advanced Image Enhancement**, Providence RI
**Chief Technology Officer**. Research, development and improvement of a set of FDA approved image enhancement algorithms that aid in detection of breast cancer. Prototyping done with MATLAB, OEM deliverables implemented using C/C++ and Intel Integrated Performance Primitives. API documentation via Doxygen. Copy protection via KeyLok dongle system. Source control via SVN.

8/2006-present **Ars Analytica**, Providence, RI
**Founder and CEO.** Ars Analytica assists in the development of statistically based approaches to solving real world problems involving pattern recognition and data modeling.  Recent projects involve financial engineering, including portfolio optimization, performance attribution, hedge fund performance replication, and FoF risk control using Matlab, FactSet, Compustat Point-In-Time, and Northfield risk models.

6/2004-8/2006 **Gotham Research,** New York, NY
**Managing Partner, Quantitative Research**, Statistical arbitrage research, ongoing design, development and support for online idea and recommendation sharing and information management systems for Gotham Research, a boutique institutional brokerage and RIA.   Research done using Matlab, FactSet and Compustat Point-In-Time.  Static reporting via Excel to PDF, and dynamic reporting via web tools (written in python) and Quotemedia js modules.

8/2003-6/2004 **Gotham Research,** New York, NY
**Consultant**, Statistical arbitrage research and development of an online trading and information management system.

4/2001-8/2003 **Ars Analytica**, Providence RI
**Founder and CEO**. Creation of a high-performance imaging library for recognizing and locating objects with variations in their number, orientation, illumination and surroundings.  This library was used to create a new semiconductor precision alignment software product;  prototyping done using MATLAB and C; final client deliverables in C and C++.  Client subsequently sold to Cognex.  Design and development of a high performance laser based materials verification system for banknote authentication; system to be deployed worldwide by De La Rue in 2004; statistical performance analysis and system simulation done in MATLAB; system software written using MS Visual C++.  Client subsequently IPOed based on their currency control technologies.

9/1999-3/2001 **Third Level Data, Inc**. Washington, D.C.
**Chief Technology Officer** for Third Level Data, an internet media company.  Designed corporate IT and WWW infrastructure including high performance HTTP/HTTPS services (implemented using load balanced Apache Servers and multiple MySQL databases, collocated with Exodus) and including high performance subscription email delivery using postfix and Lyris Mail Engine.  Web services scripted with PHP and Perl. Hired and managed a technical team of four.  Contract review and negotiation.  Business development projects with core technology partners.  Assisted in many aspects of the growth of startup (from a company of 3 people and $300K in sales in 1999 to a company of 22 people and $2.4 million in sales in 2000).

9/1999-9/2000 **Brown University**, Providence, RI
**National Science Foundation Fellow**, Integrative Graduate Education and Research Training Program.  Helped organize a seminar series and a special topics reading group for graduate students in the Departments of Cognitive and Linguistic Sciences, Computer Science, and Applied Mathematics.  Designed and taught the course AM194, Information and Coding Theory, to an audience of graduate and undergraduate students.  Directed several students in a 3-D data collection project involving state of the art laser range finding equipment.  Conducted research on computer vision topics related to my thesis work.

12/1998-9/1999 **Brown University**, Providence, RI
**Research Associate, Pattern Theory Group, Division of Applied Mathematics**. Continuing research on a machine-vision method for representing and recognizing patterns/objects using the framework established in my PhD thesis.  Mathematical technology involved includes use of Probability, Statistics, Hidden Markov Models, Dynamic Programming, and Coding Theory.  Implementations in Matlab and C++ on PCs and Unix workstations.

1993-1998 **Woods Hole Oceanographic Institution**, Woods Hole, MA
**Engineer**.  Various consulting projects including design and development of a library of 3-D geometry routines for use in a sonar-mapping program.  Implementations in Matlab and C and C++ on Unix workstations.  Unix system and network administration.

1991-1993 **Institute for Clinical Applications**, Boston, MA
**Consultant / Engineer**.  Design and development of automatic methods for identifying and measuring lipoprotein concentrations from their NMR spectra.  The system was designed to perform complete blood cholesterol analyses quickly and cheaply.  Original developer of method was unable to make it work in a production environment.  Design of a new curve-fitting algorithm for quantitative NMR.  Sample preparation, pulse sequence, and magnet calibration protocols.

1992-1993 **Pediatric Diagnostic Systems/AMCARE**, Watertown, MA
**Consultant / Software Engineer**. Various projects including major port and enhancement of an existing pdp-11 based system for infant pneumogram analysis to a Microsoft Windows based platform.  This system is used as a diagnostic tool for identifying children at risk of sudden infant death syndrome.  Original developers had failed in attempt, and completion of port was a condition for sale of company. Over 200,000 lines of code were involved as well as a number of proprietary database schemes.  All user interfaces on MS Windows side created using Visual Basic.  All relevant C programs recoded into Microsoft visual C++.  Delivered product included ability to transmit patient data and analysis information from remote locations directly to doctor's offices.

1991-1993 **Woods Hole Oceanographic Institution**, Woods Hole, MA
**Engineer, Deep Submergence Laboratory**.  Designed and developed an X-windows and Vitec computer based turnkey application for color digital image enhancement, analysis and mosaicking (approximately 60,000 lines of code -- including gui-builder output). Redesigned the Jason underwater vehicle flight simulator for use in research on interactive display ergonomics.  Designed and developed a prototype digital elevation map range sampling system, with hidden surface removal, for sidescan sonar simulation.  Designed and developed an X-windows application for real-time big board type navigation display. Prototyping often done using MATLAB.  Final implementations in C on Unix workstations.  User interfaces developed with Solaris devguide.

1990 (summer) **Bell Communications Research**, Morristown, NJ
**Member of Technical Staff, Speech Technology Research District**.  Conducted a 10-week intensive study on the effects of noise on speech recognition systems.  During this period I designed and implemented (using C and MATLAB) a statistical paradigm for analyzing the effects of noise on speech feature representation schemes and dynamic time-warping algorithms.  Results of this research published in Bell Communications Research Technical Manuscript, TM-ARH-019513, 1991, "Understanding the Effects of Noise on Speech Recognition Systems".

1988-90 **Brown University**, Providence, RI
**Research Assistant, Pattern Theory Group**, Division of Applied Mathematics.  Developed code for pattern recognition and feature extraction using template homeomorphisms.  This code was successfully tested on a collection of human hand X-rays.  Additional projects include study of bird flocking behavior using a model based on nonlinear stochastic differential equations and a method for performing automatic pap smear analysis.

1987 (summer) **Brown University**, Providence, RI
**Programmer, Laboratory for Engineering Man/Machine Systems**.
Converting signal processing and representation tools from release 6.0 to Genera release 7.0 of the Symbolics Lisp Machine OS.

1983-1985 **New England Technology Group**, Cambridge, MA
**Software Engineer, Video Disc Systems**, for NETG, an MIT Architecture Machine Group startup.  Project coordination and management and software tool development and support for design, coding and installation of interactive exhibits and point of sale devices for museums, banks, festivals, etc. The projects used touch-sensitive displays, joysticks, keyboards, videodisc players, local area networks, and graphics engines in various configurations.

**Education**

1999 Ph.D. Applied Mathematics, Pattern Theory Group, Brown University, Providence, RI
1990 M.S. Applied Mathematics, Pattern Theory Group, Brown University, Providence, RI
1988 B.S. Mathematics and Computer Science, with Honors, Brown University, Providence, RI

Studies Include:  Real Analysis, Probability Theory, Coding Theory, Numerical Methods, Computer Graphics and Animation, One- and Two-dimensional Signal Processing, Pattern Recognition, Artificial Intelligence

**Publications**

Composition systems, S. Geman, D. Potter, and Z. Chi.  Quarterly of Applied Mathematics, LX, 2002, 707-736

*Compositional Pattern Recognition*, Ph.D. Thesis, Brown University, 1999.

Compositionality -- MDL Priors and Object Recognition, Invited Paper, with E. Bienenstock and S. Geman.  In M. Mozer, M.I. Jordan, T. Petsche, editors, Advances in Neural Information Processing Systems, volume 9, page 838.  The MIT Press, 1997.

Near Real Time GIS in Deep-Ocean Exploration, with J.Howland, M.Marra and K.Stewart, ASPRS/ACSM/RT Technical Papers, GIS and Cartography, 1992.

Understanding the Effects of Noise on Speech Recognition Systems, with Y. Lee, Bell Communications Research Technical Manuscript, TM-ARH-019513, 1991.

**Professional Service**

Reviewer for *Journal of Asset Management*
Steering Committee Member and Technical consultant for QWAFAFEW web and email systems

**Affiliations**

QWAFAFEW, Member
Narragansett Boat Club, Competitive Sculler, ex-Board Member
Friends of Brown Street Park, Trustee
Commanderie de Bordeaux à Providence, Commandeur