XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE APRIL 14, 2017 ORDER WAIVING STATE LAW REGARDING L-WING AT CALIFORNIA MEDICAL FACILITY**<br><br>Judge: The Hon. Kimberly J. Mueller |

On April 14, 2017, the Court approved and ordered the parties' stipulation to waive state licensing requirements so that CDCR could convert 37 cells on the first floor of the L-Wing at the California Medical Facility (L-1) into 70 temporary unlicensed Intermediate Care Facility (ICF) level-of-care beds and two observation and restraint rooms for high-custody inmate-patients referred for ICF care. (ECF No. 5605.) The Court approved the parties' stipulation on two conditions: (1) "Defendants shall report to the Special Master monthly as to whether there are any inmate-patients in L-1 wing who have been custodially approved by CDCR and clinically cleared by the Department of State Hospitals (DSH) for placement in one of the DSH facilities

and, if so, why any such inmate-patient is in the L-1 Wing rather than in a DSH facility consistent with the patient's Least Restrictive Housing designation or other appropriate DSH facility;" and (2) "the parties are directed to work with the Special Master to bring the plans for the L-1 Wing unit into compliance, as necessary and as expeditiously as possible, with the requirements of the October 18, 2007 order [ECF No. 2461]." (*Id.* at 5.)

Under the April 14, 2017 order, the waiver of state law lasted for eighteen months from the date of the order. (ECF No. 5605.) The parties revisited the need for the waiver and determined that extending it for an additional eighteen-month period would provide additional intermediate care beds to meet the population's needs. (ECF No. 5950.) On August 22, 2018, the parties stipulated to continue the April 14, 2017 waiver for another eighteen months. (*Id.*) The current waiver of state law regarding L-1 at the California Medical Facility (CMF) expires on April 15, 2020. (*Id.*)

As a condition of the waiver, CDCR provides monthly reports to the Special Master and Plaintiffs patient level data showing offered out-of-cell time, offered structured hours, and program cancellations. (ECF No. 5950.)

CDCR continues to need the beds in L-1 to provide additional inpatient beds pending planned construction and activation of new flexible beds. The parties have reviewed issues concerning L-1 and Plaintiffs seek additional assurances that Defendants will be able to comply with the terms of the order waiving state law requirements. However, as a result of the need to focus on issues related to the response to the COVID-19 pandemic, CDCR needs additional time to resolve issues concerning the treatment provided in L-1, particularly a plan to ensure each patient is offered 12 hours of out-of-cell time daily.

Accordingly, to provide CDCR additional time to resolve the outstanding issues concerning L-1, the parties jointly request the Court extend the April 14, 2017 order waiving state law for an additional six months. Defendants agree, as a condition for the extension of the waiver, to develop and submit to the Special Master and Plaintiffs a plan to provide the additional assurances Plaintiffs seek that Defendants will be able to comply with the terms of the order waiving state law requirements. Because CDCR is unable to forecast how long patient

movement will be impacted by the COVID-19 pandemic, and cannot determine whether any proposed plan will provide a workable solution to ensuring CDCR consistently offers patients in L-1 twelve hours of daily out-of-cell time, at the end of five months, the parties agree to revisit the need for a further extension of the waiver.

Good cause presented to the Court and appearing, the parties stipulate that the Court should extend the waivers of the licensing requirements described below for an additional six months from the date of the Court's order.

**IT IS STIPULATED AND ORDERED AS FOLLOWS:**

1. The following state licensing requirements shall be waived with respect to the 70 temporary Intermediate Care Facility beds and two observation and restraint rooms in the L-Wing, L-1, at California Medical Facility:

    A. California Health and Safety Code section 1250(j); and

    B. California Code of Regulations, Title 22, sections 79501–79861.

2. The waiver is extended six months to October 15, 2020;

3. Defendants shall provide the Special Master and Plaintiffs a proposed plan to address the issues that interfere with CDCR's ability to consistently provide all patients in L-1 twelve hours of out of cell time each day; and

4. Within five months from the date of this order, the parties agree to revisit the need for a further extension of the waiver.

The Special Master has reviewed and approves this stipulation.

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: April 14, 2020 | XAVIER BECERRA<br>Attorney General of California<br>ADRIANO HRVATIN<br>Supervising Deputy Attorney General<br><br>/s/ ELISE OWENS THORN<br>Elise Owens Thorn<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: April 14, 2020 | ROSEN BIEN GALVAN & GRUNFELD LLP<br><br>*/s/ Cara Trapani*<br>Cara Trapani<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

Dated: _____

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT