DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>GAVIN NEWSOM, et al.,<br><br>          Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' DESIGNATION OF EXPERT FOR APRIL 21, 2020 EVIDENTIARY HEARING**<br><br>Judge:  Hon. Kimberly J. Mueller<br>Date:   April 21, 2020<br>Time:   10:00 a.m. |

1    Pursuant to this Court's April 10, 2020 order, ECF No. 6600, Plaintiffs hereby
2 designate Marc Stern, M.D., as their expert for the forthcoming evidentiary hearing slated
3 for April 21, 2020.  Dr. Stern previously has submitted testimony in support of Plaintiffs'
4 Emergency Motion before the Three-Judge Court (ECF Nos. 6524, 6561), and his
5 curriculum vitae can be found as Exhibit A to his declaration filed on March 25, 2020
6 (ECF No. 6524).

DATED:  April 15, 2020              Respectfully submitted,

                                     ROSEN BIEN GALVAN & GRUNFELD LLP

                                     By: */s/ Lisa Ells*
                                         Lisa Ells

                                     Attorneys for Plaintiffs

[3528454.2]

1
PLAINTIFFS' DESIGNATION OF EXPERT FOR APRIL 21, 2020 EVIDENTIARY HEARING