CLAUDIA CENTER, No. 158255
Disability Rights Education and Defense Fund, Inc.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Tel: (510) 644-2555
Fax: (510) 841-8645
Email: ccenter@dredf.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | NOTICE OF CHANGE OF ORGANIZATION NAME AND ADDRESS |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants. | |

PLEASE TAKE NOTICE THAT, effective February 28, 2020, Claudia Center, counsel of record for Plaintiffs in this matter, joined the organization Disability Rights Education and Defense Fund. Her address changed to: 3075 Adeline Street, Suite 210 in Berkeley, CA 94703. Telephone number is (510) 644-2555, fax number is (510) 841-8645, and email is ccenter@dredf.org.

DATED:  April 17, 2020           Respectfully submitted,

                                  _____/s/_____
                                  Claudia Center
                                  Counsel for Plaintiffs