| | |
|---|---|
| DONALD SPECTER – 083925 | MICHAEL W. BIEN – 096891 |
| STEVEN FAMA – 099641 | JEFFREY L. BORNSTEIN – 099358 |
| MARGOT MENDELSON – 268583 | ERNEST GALVAN – 196065 |
| PRISON LAW OFFICE | THOMAS NOLAN – 169692 |
| 1917 Fifth Street | LISA ELLS – 243657 |
| Berkeley, California 94710-1916 | JENNY S. YELIN – 273601 |
| Telephone: (510) 280-2621 | MICHAEL S. NUNEZ – 280535 |
| | JESSICA WINTER – 294237 |
| | MARC J. SHINN-KRANTZ – 312968 |
| | CARA E. TRAPANI – 313411 |
| | ALEXANDER GOURSE – 321631 |
| | ROSEN BIEN |
| | GALVAN & GRUNFELD LLP |
| | 101 Mission Street, Sixth Floor |
| | San Francisco, California 94105-1738 |
| | Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFFS' RESPONSE AND DEFENDANTS' REPLY TO DEFENDANTS' STRATEGIC COVID-19 MANAGEMENT PLAN** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | |
| | Judge: Hon. Kimberly J. Mueller |

[3530929.1]

JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFFS' RESPONSE AND DEFENDANTS' REPLY TO DEFENDANTS' STRATEGIC COVID-19 MANAGEMENT PLAN

On April 17, 2020, the Court ordered Plaintiffs to file a response to Defendants' Strategic COVID-19 Management Plan not later than Monday, April 20, 2020 at 5:00 p.m. (ECF No. 6622 at 4.)  Additionally, the order permits Defendants to file any reply by Wednesday, April 22, 2020 at 5:00 p.m.  (*Id.* at 2.)

On April 20, 2020 at 2:00 p.m., Plaintiffs' counsel in this case participated in a status conference in *Plata v. Newsom*, Case No. C01-1351 JST, in the District Court for the Northern District of California, in which new information regarding Defendants' Strategic COVID-19 Management Plan was presented.

The parties met and conferred and jointly request that the Court extend the filing deadline for Plaintiffs' response to Defendants' Strategic COVID-19 Management Plan to be extended to 8:00 p.m. on Monday, April 20, 2020 in order to respond to new information discussed at the *Plata* status conference.  Additionally, the parties jointly request that the Court extend the filing deadline for Defendants' reply to 8:00 p.m. on Wednesday, April 22, 2020.

**IT IS SO STIPULATED.**

DATED:  April 20, 2020

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Michael W. Bien
Michael W. Bien

**Attorneys for Plaintiffs**

Attorney General of California

By: */s/ Kyle Lewis*
Kyle Lewis

**Attorneys for Defendants**

[3530929.1]

1
JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFFS' RESPONSE AND DEFENDANTS' REPLY TO DEFENDANTS' STRATEGIC COVID-19 MANAGEMENT PLAN

**IT IS SO ORDERED.**

DATED: _____     _____
KIMBERLY J. MUELLER
CHIEF U.S. DISTRICT JUDGE