DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' STRATEGIC COVID-19 MANAGEMENT PLAN**<br><br>Judge: Hon. Kimberly J. Mueller |

I, Ernest Galvan, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Response To Defendants' Strategic Covid-19 Management Plan.

2. This Court noted in the order of April 17, 2020 (Dkt. No. 6622) that "defendants have provided plaintiffs and the Special Master a detailed list of all class members with at least on COVID-19 risk factor." I am informed and on that basis believe that the "detailed list" the Court referred to is a spreadsheet emailed by CDCR attorney Nicholas Weber to the Special Master and counsel on April 7, 2020, titled "Coleman Class Members with at least one COVID-19 Risk Factor.xlsx." The spreadsheet contains the following column headings:

| |
|---|
| Institution |
| CDCNumber |
| FirstName |
| LastName |
| CellBed |
| MentalHealth Level of Care |
| COVID-19 Risk Factors |

3. The "Coleman Class Members with at least one COVID-19 Risk Factor.xlsx." contains entries for 17,825 class members.

/ / /

/ / /

/ / /

1

DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' STRATEGIC COVID-19 MANAGEMENT PLAN

[3530282.3]

4. On March 23, 2020, and April 8, 2020, we also received from CDCR counsel a PDF document titled "Institutional Bed Audit By Bed Program." This document includes information regarding each housing unit, including design capacity, occupied count and level of overcrowding, in the format illustrated below:

**ASP - Avenal State Prison** Male Only II PF

| Facility Name | Housing Area Name | Facility Building ID | Type of Bed | Design Bed Count | Overcrowd Bed Count | Medical Bed Count | Total Capacity | Occupied Count | Empty Bed Count | O/C % |
|---|---|---|---|---|---|---|---|---|---|---|
| ASP-Facility A | 110 | A 110 1 | 270 Dorm | 68 | 68 | 0 | 136 | 96 | 40 | 141% |
| | | A 110 2 | 270 Dorm | 62 | 62 | 0 | 124 | 97 | 27 | 156% |
| | 120 | A 120 1 | 270 Dorm | 68 | 68 | 0 | 136 | 107 | 29 | 157% |
| | | A 120 2 | 270 Dorm | 62 | 62 | 0 | 124 | 99 | 25 | 160% |
| | 130 | A 130 1 | Dorm | 100 | 100 | 0 | 200 | 148 | 52 | 148% |
| | 140 | A 140 1 | 270 Cell | 50 | 50 | 0 | 100 | 50 | 50 | 100% |
| | | A 140 2 | 270 Cell | 50 | 50 | 0 | 100 | 94 | 5 | 188% |
| ASP-Facility A Total | | | | 460 | 460 | 0 | 920 | 691 | 228 | 150% |

5. If the Institutional Bed Audit by Bed Program were produced in a sortable Excel or .CSV spreadsheet rather than as a PDF, it could be efficiently married up with the April 7, 2020 list of *Coleman* class members so that the parties could focus on concentrations of vulnerable class members in already overcrowded units. On April 19, 2020, my colleague, Jessica Winter, asked CDCR Counsel for such a sortable version of the Institutional Bed Audit. In the interim, I manually entered the Design Bed Count and Occupied Count information into a working copy of the April 7, 2020 spreadsheet for *Coleman* class members living in dormitories, and for EOP class members in dorm and celled units. Due to the large number of celled units housing non-EOP *Coleman* class members, it was not practicable to manually enter the capacity and occupancy data for them. This gap can likely be filled, however, when we receive a sortable version of the Institutional Bed Audit report.

6. Nevertheless, with the working copy of the April 7, 2020 spreadsheet that includes the manually entered crowding information, it is possible to focus on particular housing units based on the number of vulnerable *Coleman* class members housed there. In all of the examples below, I believe that the housing information is substantially correct, although there may be errors introduced by the manual entry process.

7. The April 7, 2020 spreadsheet identifies 3,566 *Coleman* class members at the Enhanced Outpatient Level (EOP) level of care who have at least one COVID-19 risk factor. Based on the Institutional Bed Audit data, approximately 846 of these EOP patients live in dormitory settings. The snapshot of the data below shows that over 700 of these patients are concentrated in twenty housing units, nine of which are overcrowded For this and all subsequent tables, I am informed and on that basis believe that some of the dormitory units listed below, such as those at VSP, SATF, RJD and MCSP, are subdivided into smaller units, but are reported in the Institutional Bed Audit report as one unit.

**Table 1, Top 20 Dorms By Population of EOP Patients with At Least One COVID-19 Risk Factor (Sources: April 7, 2020 *Coleman* class spreadsheet, April 7, 2020 Inst. Bed. Audit).**

| Housing Unit | Design Capacity | Occupied Count | O/C %age | # of Persons |
|---|---|---|---|---|
| VSP-A 001 1 II EOP | 128 | 157 | 123% | 71 |
| VSP-A 002 1 II EOP | 119 | 158 | 133% | 63 |
| SATF-G 001 2 II EOP | 96 | 120 | 125% | 57 |
| CCWF-B 508 1 EOP | 48 | 44 | 92% | 57 |
| SATF-G 001 1 II EOP | 80 | 93 | 116% | 52 |
| SATF-F 003 1 II EOP | 80 | 113 | 141% | 47 |
| SATF-F 003 2 II EOP | 96 | 132 | 138% | 46 |
| SQ-B 002 1 II EOP | 100 | 92 | 92% | 42 |
| SQ-B 001 1 II EOP | 100 | 90 | 90% | 31 |
| SATF-G 003 2 II EOP | 48 | 64 | 133% | 24 |
| MCSP-D 018D1 II EOP | 30 | 29 | 97% | 22 |
| RJD-E 023B1 II EOP | 30 | 30 | 100% | 21 |
| SATF-G 003 1 II EOP | 40 | 50 | 125% | 21 |
| RJD-E 023D1 II EOP | 30 | 27 | 90% | 21 |
| RJD-E 023A1 II EOP | 30 | 29 | 97% | 20 |
| MCSP-D 018B2 II EOP | 36 | 34 | 94% | 20 |
| RJD-E 023C1 II EOP | 30 | 28 | 93% | 19 |
| MCSP-D 018D2 II EOP | 36 | 31 | 86% | 19 |
| MCSP-D 018A1 II EOP | 30 | 26 | 87% | 19 |
| MCSP-D 018A2 II EOP | 36 | 32 | 89% | 18 |
| RJD-E 023A2 II EOP | 36 | 31 | 86% | 18 |
| **Grand Total** | | | | **708** |

8. Based on the Institutional Bed Audit data, approximately 2,689 EOP patients with at least one COVID-19 risk factor live in celled housing. (This number and the EOP

dorm number above, 846, do not add up to the full 3,566 EOP patients because housing unit information is missing for some patients in the April 7, 2020 spreadsheet.)  The top 30 celled housing units for EOP patients with at least one COVID-19 risk factor are listed below.  The majority of these celled units are overcrowded.

**Table 2, Top 30 Celled Units By Population of EOP Patients with At Least One COVID-19 Risk Factor (Sources: April 7, 2020 *Coleman* class spreadsheet, April 7, 2020 Inst. Bed. Audit).**

| Housing Unit | Design Capacity | Occupied Count | O/C %age | # of Persons |
|---|---|---|---|---|
| CMC-D 007 3 II EOP | 100 | 100 | 100% | 60 |
| CMC-D 007 2 II EOP | 100 | 97 | 97% | 55 |
| CMC-D 008 3 III EOP | 100 | 99 | 99% | 48 |
| MCSP-B 007 1 III EOP | 50 | 84 | 168% | 48 |
| CMC-D 008 2 III EOP | 100 | 98 | 98% | 47 |
| RJD-A 002 1 III EOP | 50 | 72 | 144% | 46 |
| RJD-A 001 1 III EOP | 50 | 73 | 146% | 44 |
| CMF-A M   2 II EOP | 38 | 69 | 182% | 43 |
| RJD-C 015 1 IV EOP | 50 | 57 | 114% | 42 |
| CMF-A N   3 II EOP | 38 | 66 | 174% | 41 |
| RJD-A 001 2 III EOP | 50 | 75 | 150% | 41 |
| CMF-A N   1 II EOP | 37 | 57 | 154% | 41 |
| MCSP-A 005 1 IV EOP | 50 | 64 | 128% | 40 |
| MCSP-B 006 1 III EOP | 50 | 68 | 136% | 40 |
| CMF-A N   2 II EOP | 36 | 69 | 192% | 40 |
| LAC-D 004 1 IV EOP | 50 | 78 | 156% | 39 |
| CMC-D 008 1 III EOP | 100 | 91 | 91% | 39 |
| LAC-D 003 1 IV EOP | 50 | 73 | 146% | 39 |
| CMF-A M   1 II EOP | 37 | 72 | 195% | 38 |
| COR-03AA004 1 II EOP | 50 | 78 | 156% | 38 |
| LAC-D 002 1 IV EOP | 50 | 56 | 112% | 38 |
| CMF-A L   2 II EOP | 38 | 72 | 189% | 38 |
| RJD-C 014 1 IV EOP | 50 | 67 | 134% | 36 |
| RJD-A 002 2 III EOP | 50 | 85 | 170% | 36 |
| RJD-C 014 2 IV EOP | 50 | 74 | 148% | 35 |
| RJD-C 015 2 IV EOP | 50 | 60 | 120% | 34 |
| MCSP-B 006 2 III EOP | 50 | 80 | 160% | 34 |
| COR-03AA004 2 II EOP | 50 | 67 | 134% | 32 |
| CIW-A SCU 1 EOP | 47 | 61 | 130% | 32 |
| KVSP-C 008 1 IV EOP | 32 | 44 | 138% | 30 |
| CHCF-E 301B1 EOP | 40 | 44 | 110% | 30 |
| **Grand Total** | | | | **1244** |

9. The April 7, 2020 spreadsheet includes 13,408 persons at the Correctional Clinical Case Management System (CCCMS) level of care with at least one COVID-19 risk factor. Approximately 5,202 of these CCCMS patients are identified as living in dormitory housing. The top 30 dormitory units by number of CCCMS patients with at least one COVID-19 risk factor are listed below. All but one are overcrowded.

**Table 3, Top 30 Dormitory Units By Population of CCCMS Patients with At Least One COVID-19 Risk Factor (Sources: April 7, 2020 *Coleman* class spreadsheet, April 7, 2020 Inst. Bed. Audit).**

| Housing Unit | Design Capacity | Occupied Count | O/C %age | # of Persons |
|---|---|---|---|---|
| CCWF-B 507 1 GP | 128 | 203 | 159% | 63 |
| CCWF-D 513 1 GP | 128 | 207 | 162% | 58 |
| CCWF-D 514 1 GP | 128 | 212 | 166% | 58 |
| CCWF-C 511 1 GP | 128 | 216 | 169% | 56 |
| VSP-C 002 1 II PF | 128 | 213 | 166% | 55 |
| CCWF-D 515 1 GP | 128 | 216 | 169% | 55 |
| VSP-C 004 1 II PF | 128 | 207 | 162% | 53 |
| CCWF-C 510 1 GP | 128 | 226 | 177% | 53 |
| SATF-G 002 1 II EOP | 80 | 148 | 185% | 51 |
| VSP-B 004 1 II PF | 128 | 221 | 173% | 50 |
| VSP-D 004 1 II PF | 128 | 201 | 157% | 50 |
| VSP-D 002 1 II PF | 128 | 196 | 153% | 49 |
| CIM-A AH  1 Angeles | 80 | 147 | 184% | 48 |
| SATF-G 002 2 II EOP | 96 | 179 | 186% | 47 |
| VSP-D 001 1 II PF | 128 | 223 | 174% | 46 |
| VSP-C 001 1 II PF | 128 | 210 | 164% | 46 |
| VSP-D 003 1 II PF | 128 | 209 | 163% | 45 |
| CIM-D EH  1 Elm | 156 | 145 | 93% | 44 |
| VSP-B 001 1 II PF | 118 | 188 | 159% | 43 |
| VSP-C 003 1 II PF | 128 | 210 | 164% | 43 |
| VSP-B 003 1 II PF | 128 | 217 | 170% | 42 |
| VSP-B 002 1 II PF | 128 | 213 | 166% | 41 |
| CCWF-A 501 1 R/C | 127 | 220 | 173% | 39 |
| CIM-D MH  1 Magnolia | 100 | 131 | 131% | 37 |
| CCWF-C 509 1 GP | 128 | 172 | 134% | 36 |
| CIM-A JH  1 Joshua | 80 | 128 | 160% | 35 |
| CCWF-B 506 1 GP | 128 | 158 | 123% | 35 |
| CCWF-A 502 1 R/C | 128 | 224 | 175% | 35 |
| CIM-A CH  1 Cleveland | 80 | 141 | 176% | 34 |
| CMF-A J   2 III PF | 76 | 87 | 114% | 34 |
| **Grand Total** | | | | **1381** |

10. The April 7, 2020 spreadsheet does not specify age or other risk factors in a way that allows a focused approach on those at greatest risk. All risk factors are listed in one text field, "COVID-19 Risk Factors," separated by commas, in a way that does not lend itself to analysis. On April 8, 2020, the *Plata* Receiver provided the Prison Law Office with a more complete spreadsheet that included all members of the *Coleman* class, their COVID-19 risk factors, housing locations, and types of housing. This spreadsheet was produced with the filename "20.04.08 PLO High Risk Population2.xlsx." This spreadsheet has the following column headings:

PID
CDCNumber
Institution
LastName
FirstName
Age
Gender
Medical Risk Level
Health Conditions
Other High Risk Factors
Pregnant
Race
Ethnicity
Facility
CellBed
BedType
BedSecurityLevel
ClassScore
Incarceration Date
Estimated Release Date
ReleaseType
CountyofCommitment
Mental Health Level of Care
In Mental Health Program in Last
TABE
DPP Codes
DDP Codes
CSRA
OffenseCategory
OffenseGroup
SexReg

Sentence_Months
Substance_Abuse
Criminal_Thinking
Social_Isolation
Criminal_Personality
Anger
Educational_Problems
Employment_Problems
Criminal_Peers
Criminal_Opportunity
Leisure_Recreation
Financial
Residential_Instability

11. The April 8, 2020 Receiver's spreadsheet is much more effective for performing the granular review that the Court has directed because it includes housing factors such as BedType (either Dorm, 270 Dorm, 180 Cell, or Cell), and BedSecurityLevel, as well as separate columns for age, and the Receiver's four-level Medical Risk scale. Using the Receiver's data (coupled with the Institutional Bed Audit) it is possible to focus in on categories such as age. For example, below are the dormitory units that house EOP patients who are 65 and older.

**Table 4, Dormitory Units By Population of EOP Patients Aged 65 or Older (Sources: April 8, 2020 Receiver spreadsheet, April 7, 2020 Inst. Bed. Audit).**

| DORMNAMES | Dorm Design Capacity | Dorm Occ. Count | O/C Percent | # of Persons |
|---|---|---|---|---|
| RJD-E 023D1 | 30 | 27 | 90% | 10 |
| RJD-E 023C1 | 30 | 28 | 93% | 6 |
| VSP-A 001 1 | 128 | 157 | 123% | 5 |
| SATF-G 001 1 | 80 | 93 | 116% | 4 |
| RJD-E 023B1 | 30 | 30 | 100% | 4 |
| MCSP-D 018D1 | 30 | 29 | 97% | 4 |
| CHCF-C 301B1 | 48 | 48 | 100% | 3 |
| SQ-B 001 1 | 100 | 90 | 90% | 3 |
| MCSP-D 018A1 | 30 | 26 | 87% | 3 |
| MCSP-D 018A2 | 36 | 32 | 89% | 3 |
| VSP-A 002 1 | 119 | 158 | 133% | 3 |
| CCWF-B 508 1 | 48 | 44 | 92% | 3 |

| DORMNAMES | Dorm Design Capacity | Dorm Occ. Count | O/C Percent | # of Persons |
|---|---|---|---|---|
| SATF-G 003 1 | 40 | 50 | 125% | 2 |
| CHCF-C 301A1 | 44 | 44 | 100% | 2 |
| MCSP-D 018C2 | 36 | 32 | 89% | 2 |
| RJD-E 023D2 | 36 | 32 | 89% | 2 |
| MCSP-D 018B2 | 36 | 34 | 94% | 2 |
| RJD-E 023A2 | 36 | 31 | 86% | 2 |
| RJD-E 023A1 | 30 | 29 | 97% | 2 |
| SATF-G 003 2 | 48 | 64 | 133% | 1 |
| CHCF-C 305B1 | 44 | 43 | 98% | 1 |
| RJD-E 023B2 | 36 | 36 | 100% | 1 |
| MCSP-D 018D2 | 36 | 31 | 86% | 1 |
| CHCF-C 306B1 | 44 | 44 | 100% | 1 |
| SATF-F 003 1 | 80 | 113 | 141% | 1 |
| MCSP-D 018C1 | 30 | 29 | 97% | 1 |
| SATF-F 003 2 | 96 | 132 | 138% | 1 |
| CHCF-C 304B1 | 44 | 40 | 91% | 1 |
| MCSP-D 018B1 | 30 | 29 | 97% | 1 |
| SATF-G 001 2 | 96 | 120 | 125% | 1 |
| **Grand Total** | | | | **76** |

12. Again using the Receiver's data, the table below shows the dormitory units containing the highest numbers of CCCMS patients aged 65 and older.

**Table 5, Dormitory Units with CCCMS Patients Aged 65 or Older (Sources: April 8, 2020 Receiver spreadsheet, April 7, 2020 Inst. Bed. Audit).**

| DORMNAMES | Dorm Design Capacity | Dorm Occ. Count | O/C Percent | # of Persons |
|---|---|---|---|---|
| CIM-A AH  1 Angeles | 80 | 147 | 184% | 18 |
| CMF-A J   2 III PF | 76 | 87 | 114% | 13 |
| CIM-A CH  1 Cleveland | 80 | 141 | 176% | 12 |
| CCWF-B 505 1 GP | 119 | 53 | 45% | 11 |
| CIM-A JH  1 Joshua | 80 | 128 | 160% | 10 |
| CMF-B DC  1 II PF | 100 | 129 | 129% | 10 |
| VSP-B 004 1 II PF | 128 | 221 | 173% | 9 |
| SOL-D 024 1 II GP | 100 | 162 | 162% | 9 |
| SATF-G 002 1 II EOP | 80 | 148 | 185% | 9 |

| DORMNAMES | Dorm Design Capacity | Dorm Occ. Count | O/C Percent | # of Persons |
|---|---|---|---|---|
| CIM-A MH  1 Mariposa | 80 | 132 | 165% | 9 |
| CMF-A J   3 III PF | 76 | 108 | 142% | 8 |
| CIM-A BH  1 Borrego | 80 | 141 | 176% | 8 |
| VSP-C 004 1 II PF | 128 | 207 | 162% | 8 |
| CHCF-C 305A1 OHU | 44 | 44 | 100% | 8 |
| CIM-D EH  1 Elm | 156 | 145 | 93% | 8 |
| CHCF-C 305B1 OHU | 44 | 43 | 98% | 7 |
| CHCF-C 304A1 OHU | 44 | 43 | 98% | 7 |
| VSP-B 001 1 II PF | 118 | 188 | 159% | 7 |
| CIM-A SH  1 Sequoia | 80 | 134 | 168% | 7 |
| VSP-C 002 1 II PF | 128 | 213 | 166% | 7 |
| CHCF-E 304A1 OHU | 88 | 84 | 95% | 7 |
| CMF-A R   1 III PF | 26 | 40 | 154% | 7 |
| CMC-F 020 1 II PF | 45 | 86 | 191% | 7 |
| **Grand Total** | | | | **206** |

13. The Receiver's April 8, 2020 spreadsheet includes the entire *Coleman* class, 35,979 individuals, as well as persons who have been in the Mental Health Services Delivery System (MHSDS) within the past year, plus non-*Coleman* class members identified with Medical Risk Levels of High 1 and High 2. Although the terms High 1 and High 2 are not defined in the spreadsheet, the Receiver's publicly available operations manual defined "High Risk" as including: "Chronic care of complicated, unstable, or poorly-controlled common conditions (e.g., asthma with history of intubation for exacerbations, uncompensated end-stage liver disease, hypertension with endorgan damage, diabetes with amputation). Chronic care of complex, unusual, or high risk conditions (e.g., cancer under treatment or metastatic, coronary artery disease with prior infarction). Implanted defibrillator or pacemaker. High risk medications (e.g., chemotherapy, immune suppressants, Factor 8 or 7, anticoagulants other than aspirin)." (Chapter 1.2.14, Appendix 1 (c)(3)(C), available at https://cchcs.ca.gov/wp-content/uploads/sites/60/HC/HCDOM-ch01-art2.14.pdf).

14. The Receiver's April 8, 2020 spreadsheet shows that of the 35,979 persons identified as belonging to the *Coleman* class, 12,187 (34%) reside in dormitories, and 23,096 (64%) reside in cells. Three individuals are listed as residing in "Rooms", and the remaining 693 class members have no housing identified in the spreadsheet.

**Table 6, Coleman Class Member Housing (Sources: April 8, 2020 Receiver spreadsheet, April 7, 2020 Inst. Bed. Audit).**

| Housing | # of Persons | % of Persons |
|---|---|---|
| **DORMS** | **12,187** | **33.87%** |
| Dorm | 11,163 | 31.03% |
| 270 Dorm | 1,024 | 2.85% |
| **CELLS** | **23,096** | **64.19%** |
| 180 Cell | 3,720 | 10.34% |
| 270 Cell | 9,401 | 26.13% |
| Cell | 9,975 | 27.72% |
| **Room** | **3** | **0.01%** |
| Room | 3 | 0.01% |
|  | 693 | 1.93% |
|  | 693 | 1.93% |
| **Grand Total** | **35,979** | **100.00%** |

15. The Receiver's April 8, 2020 spreadsheet allows the housing breakdown to be filtered to show only those *Coleman* class members identified with Medical Risk Levels High 1 and High 2.

//
//
//
//
//
//
//
//

10
DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' STRATEGIC COVID-19 MANAGEMENT PLAN

[3530282.3]

**Table 7, Coleman High 1 and High 2 Medical Risk Level Housing (Sources: April 8, 2020 Receiver spreadsheet, April 7, 2020 Inst. Bed. Audit).**

| Housing | # of Persons | % of Persons |
|---|---|---|
| **DORMS** | **2,697** | **31.23%** |
| Dorm | 2,594 | 30.04% |
| 270 Dorm | 103 | 1.19% |
| **CELLS** | **5,718** | **66.21%** |
| 180 Cell | 654 | 7.57% |
| 270 Cell | 2,000 | 23.16% |
| Cell | 3,064 | 35.48% |
| **Room** | **1** | **0.01%** |
| Room | 1 | 0.01% |
|  | 220 | 2.55% |
|  | 220 | 2.55% |
| **Grand Total** | **8,636** | **100.00%** |

16.  The Receiver's April 8, 2020 spreadsheet shows that approximately 7,319 persons identified as being Medical Risk Levels High 1 and High 2, including *Coleman* and non-*Coleman* class members, reside in dormitories.

**Table 8, High 1 and High 2 Medical Risk Level Housing (Coleman and non-Coleman) (Sources: April 8, 2020 Receiver spreadsheet, April 7, 2020 Inst. Bed. Audit).**

| Housing | # of Persons | % of Persons |
|---|---|---|
| **DORMS** | **7,319** | **40.09%** |
| Dorm | 6,639 | 36.37% |
| 270 Dorm | 680 | 3.73% |
| **CELLS** | **10,474** | **57.38%** |
| 180 Cell | 1,010 | 5.53% |
| 270 Cell | 3,788 | 20.75% |
| Cell | 5,676 | 31.09% |
| **Room** | **5** | **0.03%** |
| Room | 5 | 0.03% |
|  | 457 | 2.50% |
|  | 457 | 2.50% |
| **Grand Total** | **18,255** | **100.00%** |

17. The Receiver's April 8, 2020 spreadsheet shows that the top twenty dormitory housing units by number of persons with Medical Risk Levels High 1 and High 2, including *Coleman* class members and non-*Coleman* class members, includes 11 housing units at CIM, four at CMF, and four at Solano State Prison.

Table 9, Top 20 High 1 and High 2 Medical Risk Level Housing Units (Coleman and non-Coleman) (Sources: April 8, 2020 Receiver spreadsheet, April 7, 2020 Inst. Bed. Audit).

| DORMNAMES | Dorm Design Capacity | Dorm Occ. Count | O/C Percent | # of Persons |
|---|---|---|---|---|
| CIM-A BH  1 Borrego | 80 | 141 | 176% | 112 |
| CIM-A SH  1 Sequoia | 80 | 134 | 168% | 111 |
| CIM-A CH  1 Cleveland | 80 | 141 | 176% | 111 |
| CIM-A LH  1 Laguna | 80 | 138 | 173% | 110 |
| CIM-A MH  1 Mariposa | 80 | 132 | 165% | 109 |
| CIM-A JH  1 Joshua | 80 | 128 | 160% | 99 |
| CIM-A AH  1 Angeles | 80 | 147 | 184% | 98 |
| CIM-A OH  1 Otay | 80 | 130 | 163% | 95 |
| CMF-B DC  1 II PF | 100 | 129 | 129% | 92 |
| CIM-D EH  1 Elm | 156 | 145 | 93% | 91 |
| CMF-B DD  1 II PF | 88 | 118 | 134% | 84 |
| CMF-A J   3 III PF | 76 | 108 | 142% | 70 |
| CMF-A J   1 III PF | 92 | 107 | 116% | 70 |
| CIM-D JH  1 Juniper | 100 | 136 | 136% | 66 |
| CMF-A J   2 III PF | 76 | 87 | 114% | 61 |
| SOL-D 024 1 II GP | 100 | 162 | 162% | 57 |
| CIM-D SH  1 Spruce Hall | 100 | 117 | 117% | 56 |
| SOL-C 016 1 II GP | 100 | 167 | 167% | 56 |
| SOL-D 019 1 II GP | 100 | 149 | 149% | 55 |
| SOL-C 015 1 II GP | 68 | 103 | 151% | 54 |
| **Grand Total** | | | | **1657** |

18. Filtering the same list of the top twenty dormitory housing units by number of persons with Medical Risk Levels High 1 and High 2 to remove non-*Coleman* class members changes the focus to a partly overlapping set of institutions shown in the table below, including CIM and CMF, as in the overall list above, but adding CCWF, VSP, SATF, CHCF, and MCSP.

Table 10, Top 20 Dormitory Units By Number of Coleman Class Member High 1 and High 2 Medical Risk Level Patients (Sources: April 8, 2020 Receiver spreadsheet, April 7, 2020 Inst. Bed. Audit).

| DORMNAMES | Dorm Design Capacity | Dorm Occ. Count | O/C Percent | # of Persons |
|---|---|---|---|---|
| CCWF-B 508 1 GP | 48 | 44 | 92% | 50 |
| CIM-A AH  1 Angeles | 80 | 147 | 184% | 36 |
| CIM-A JH  1 Joshua | 80 | 128 | 160% | 33 |
| CIM-D EH  1 Elm | 156 | 145 | 93% | 33 |
| CIM-A CH  1 Cleveland | 80 | 141 | 176% | 31 |
| VSP-A 001 1 II EOP | 128 | 157 | 123% | 29 |
| CMF-B DC  1 II PF | 100 | 129 | 129% | 29 |
| CIM-A BH  1 Borrego | 80 | 141 | 176% | 28 |
| CMF-A J   2 III PF | 76 | 87 | 114% | 28 |
| CIM-A MH  1 Mariposa | 80 | 132 | 165% | 28 |
| CIM-A LH  1 Laguna | 80 | 138 | 173% | 25 |
| CCWF-B 505 1 GP | 119 | 53 | 45% | 25 |
| SATF-G 002 1 II EOP | 80 | 148 | 185% | 24 |
| SATF-G 001 1 II EOP | 80 | 93 | 116% | 24 |
| CMF-A J   3 III PF | 76 | 108 | 142% | 24 |
| CHCF-C 301B1 OHU | 48 | 48 | 100% | 24 |
| CMF-A A   3 ICF | 40 | 37 | 93% | 24 |
| CIM-A SH  1 Sequoia | 80 | 134 | 168% | 23 |
| MCSP-D 018D1 II PF | 30 | 29 | 97% | 23 |
| VSP-A 002 1 II EOP | 119 | 158 | 133% | 23 |
| CHCF-C 304B1 OHU | 44 | 40 | 91% | 23 |
| VSP-B 001 1 II PF | 118 | 188 | 159% | 23 |
| CMF-A J   1 III PF | 92 | 107 | 116% | 23 |
| Grand Total | | | | 633 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at San Francisco, California this 20th day of April, 2020.

/s/ Ernest Galvan
Ernest Galvan

13
DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' STRATEGIC COVID-19 MANAGEMENT PLAN

[3530282.3]