| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>         Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**NOTICE OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141**<br><br>Judge:  Hon. Kimberly J. Mueller |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Pursuant to Local Rule 141, Plaintiffs have submitted to the Court by email a Request to File Under Seal ("Request") a document entitled "Under Seal Supplemental Declaration of Michael W. Bien in Support of Plaintiffs' Response To Defendants' Strategic Covid-19 Management Plan" (hereinafter "Under Seal Declaration"). The Under Seal Declaration includes one exhibit containing: (1) Defendants' Dorm Social Distancing Document; and (2) Defendants' COVID Compliance Transfer Schedule II.

While Plaintiffs disagree that the documents are confidential under the Court's protective orders, Defendants designated them as confidential, claiming they contain "highly sensitive information," when producing them to Plaintiffs on April 20, 2020. Declaration of Jenny S. Yelin in Support of Plaintiffs' Request to File Under Seal Pursuant to Local Rule 141, ¶ 2, Ex. A. Plaintiffs sought Defendants' permission to file the documents on the public docket, but Defendants refused. *Id*. Given the necessity of complying with the Court's April 21, 2020 Minute Order promptly, *see* ECF No. 6630, Plaintiffs are requesting to file the documents under seal for the Court's review, while preserving their objection to Defendants' confidentiality designation.

The Request, the Under Seal Declaration, and the accompanying Proposed Order were provided to the Court by electronic mail and provided to counsel for Defendants in this action by electronic mail on April 21, 2020, pursuant to Local Rule 141.

DATED: April 21, 2020                    Respectfully submitted,

                                         ROSEN BIEN GALVAN & GRUNFELD LLP

                                         By: */s/ Jenny S. Yelin*
                                             Jenny S. Yelin

                                         Attorneys for Plaintiffs