1   DONALD SPECTER – 083925
    STEVEN FAMA – 099641
2   MARGOT MENDELSON – 268583
    PRISON LAW OFFICE
3   1917 Fifth Street
    Berkeley, California  94710-1916
4   Telephone:    (510) 280-2621

5   CLAUDIA CENTER – 158255
    DISABILITY RIGHTS EDUCATION
6   AND DEFENSE FUND, INC.
    Ed Roberts Campus
7   3075 Adeline Street, Suite 210
    Berkeley, California  94703-2578
8   Telephone:    (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830

9

10  Attorneys for Plaintiffs

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

14  RALPH COLEMAN, et al.,

15          Plaintiffs,

16      v.

17  GAVIN NEWSOM, et al.,

18          Defendants.

Case No. 2:90-CV-00520-KJM-DB

**DECLARATION OF JENNY S. YELIN IN SUPPORT OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 141**

Judge:   Hon. Kimberly J. Mueller

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JENNY S. YELIN IN SUPPORT OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL
PURSUANT TO LOCAL RULE 141

1    I, Jenny S. Yelin, declare:

2    1.    I am an attorney duly admitted to practice before this Court. I am an

3  associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for

4  Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a

5  witness, I could competently so testify. I make this declaration in support of Plaintiffs'

6  Request to File Under Seal Pursuant to Local Rule 141.

7    2.    On April 20, 2020, Kyle Lewis, an attorney for Defendants, sent an e-mail

8  containing two documents, Defendants' Dorm Social Distancing Document, and

9  Defendants' COVID Compliance Transfer Schedule II, to Plaintiffs, claiming that they

10 were confidential under the Court's protective orders because they contained "highly

11 sensitive information." On April 21, 2020, Marc Shinn-Krantz, an attorney in my office,

12 sent an e-mail to Kyle Lewis, informing him that Plaintiffs disagreed with the

13 confidentiality designation and informing him that Plaintiffs intended to file the documents

14 publicly. Also on April 21, 2020, Mr. Lewis responded to Mr. Shinn-Krantz, reiterating

15 Defendants' position that the documents were confidential. I received copies of all three

16 of the afore-mentioned April 20 and April 21, 2020 e-mails and true and correct copies of

17 all three e-mails are attached hereto as **Exhibit A.**

18    I declare under penalty of perjury under the laws of the United States of America

19 that the foregoing is true and correct, and that this declaration is executed at San Francisco,

20 California this 21st day of April, 2020.

21

22                                    */s/ Jenny S. Yelin*
                                      Jenny S. Yelin

23

24

25

26

27

28

DECLARATION OF JENNY S. YELIN IN SUPPORT OF PLAINTIFFS' REQUEST TO FILE UNDER SEAL
PURSUANT TO LOCAL RULE 141

E X H I B I T   A

**Jenny Yelin**

| | |
|---|---|
| **From:** | Kyle Lewis <        @doj.ca.gov> |
| **Sent:** | Tuesday, April 21, 2020 5:43 PM |
| **To:** | Marc Shinn-Krantz |
| **Cc:** | Coleman Team - RBG Only; Steve Fama; Nick Weber; Lucas Hennes; Melissa Bentz; Tyler Heath; Adriano Hrvatin; Elise Thorn |
| **Subject:** | RE: Coleman v. Newsom -- CDCR Dormitory transfers and social distancing information [IWOV-DMS.FID6429] |

Marc,

These documents contain sensitive information concerning the transfers of set numbers of inmates between identified institutions on specific dates.  CDCR considers this information that, if publicly released, could compromise the safety and security of inmates, staff, and the general public.  The information contained therein is properly subject to protective orders in this case addressing safety concerns and CDCR asserted that it was sensitive when the documents were produced, which is sufficient under the protective orders.  Plaintiffs cannot unilaterally forego Defendants' designation, and there are other methods to challenge protective order designations.

The Court's minute order does not require Plaintiffs to file the documents within the hour, and your self-imposed deadline is not justified.  Defendants will produce redacted versions of the documents to Plaintiffs by tomorrow morning, which can then be filed on the Court's docket.

Regards,
Kyle

Kyle A. Lewis
Office of the Attorney General
Department of Justice, State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA   94102
Telephone:
Facsimile:
E-mail:            @doj.ca.gov

---

**From:** Marc Shinn-Krantz [mailto:                @rbgg.com]
**Sent:** Tuesday, April 21, 2020 4:45 PM
**To:** Kyle Lewis <            @doj.ca.gov>; Adriano Hrvatin <                @doj.ca.gov>; Elise Thorn <                @doj.ca.gov>; Tyler Heath <                @doj.ca.gov>; Lucas Hennes <                @doj.ca.gov>; Nick Weber <                @cdcr.ca.gov>; Melissa Bentz                @cdcr.ca.gov>
**Cc:** Coleman Team - RBG Only <                @rbgg.com>; Steve Fama            @prisonlaw.com>
**Subject:** FW: Coleman v. Newsom -- CDCR Dormitory transfers and social distancing information [IWOV-DMS.FID6429]
**Importance:** High

Dear Kyle,

This afternoon, the Court ordered us to file these documents, which you provided yesterday evening.  We do not agree that these documents are covered by the *Coleman* protective orders and we believe these they should be filed publically.  We intend to file within the hour.  Please let us know the basis for invoking the protective order.

Best,
Marc


**Marc J. Shinn-Krantz**
ROSEN BIEN GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
                    @rbgg.com

CONFIDENTIALITY NOTICE: The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com

IRS CIRCULAR 230 NOTICE: As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

---

Begin forwarded message:

> **From:** Kyle Lewis <          @doj.ca.gov>
> **Date:** April 20, 2020 at 6:50:00 PM PDT
> **To:** "'Michael W. Bien'" <          @rbgg.com>, Lisa Ells <          @rbgg.com>, "Steve Fama"
> <          @prisonlaw.com>
> **Cc:** Adriano Hrvatin <          @doj.ca.gov>, Elise Thorn <          @doj.ca.gov>, Tyler Heath
> <          @doj.ca.gov>, Lucas Hennes <          @doj.ca.gov>, "          @CDCR'"
> <          @cdcr.ca.gov>, "          CDCR" <          @cdcr.ca.gov>
> **Subject: Coleman v. Newsom -- CDCR Dormitory transfers and social distancing information**
>
> Counsel,
>
> Attached please find documents created by CDCR to carry out inmate transfers approved by the *Plata* Receiver this afternoon.  Defendants share these documents with Plaintiffs subject to the *Coleman* protective orders maintaining confidentiality of this highly sensitive information.
>
> The Dorm Social Distancing document contains dormitory housing totals and indicates whether social distancing has been established, is in process, or if transfers are needed.  The COVID Compliance Transfer Schedule II lists the agreed upon transfers that are scheduled to occur between April 22 and April 29.
>
> Regards,
> Kyle
>
> Kyle A. Lewis
> Office of the Attorney General
> Department of Justice, State of California
> 455 Golden Gate Avenue, Suite 11000

2

San Francisco, CA  94102
Telephone:
Facsimile:
E-mail:          @doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.