## COVID-19 DORMS EMERGENCY TRANSFER SCHEDULE PART-II

| Date | Bus | FROM | TO | Transfer | NOTES |
|---|---|---|---|---|---|
|  |  | CVSP | ISP | 50 | CVSP to ISP to be transported locally - Total 180, PF II |
|  |  | CVSP | ISP | 50 |  |
|  |  | CVSP | ISP | 80 |  |

| Date | Bus | FROM | TO | Transfer | NOTES |
|---|---|---|---|---|---|
|  | 1 | SQ | COR | 19 | SQ to CSPC to be transported VIA Statewide Transportation Unit Total 95, PF II |
|  | 2 | SQ | COR | 19 |  |
|  | 1 | SQ | COR | 19 |  |
|  | 2 | SQ | COR | 19 |  |
|  | 3 | SQ | COR | 19 |  |

| Date | Bus | FROM | TO | Transfer | NOTES |
|---|---|---|---|---|---|
|  | 1 | SOL | DVI | 19 | SOL to DVI to be transported VIA Statewide Transportation Unit Total 19, GP II |

| Date | Bus | FROM | TO | Transfer | NOTES |
|---|---|---|---|---|---|
|  | 1 | SOL | CAC | 19 | SOL to CAC to be transported VIA Statewide Transportation Unit Total 57, GP II |
|  | 2 | SOL | CAC | 19 |  |
|  | 3 | SOL | CAC | 19 |  |

| Date | Bus | FROM | TO | Transfer | NOTES |
|---|---|---|---|---|---|
|  | 1 | CCWF | FCRF | 19 | CCWF to FCRF to be transported VIA Statewide Transportation Unit Total 50 |
|  | 2 | CCWF | FCRF | 19 |  |
|  | 3 | CCWF | FCRF | 12 |  |

| Date | Bus | FROM | TO | Transfer | NOTES |
|---|---|---|---|---|---|
|  | 1 | CIW | FCRF | 19 | CIW to FCRF to be transported VIA Statewide Transportation Unit Total 38 |
|  | 2 | CIW | FCRF | 19 |  |

ALL TRANFERS WILL BE ENDORSED BY CSU AND PMU USING THE SOMS NCE PROCESS PRIOR TO MOVEMENT.

**Total Transfers 439**

Date: 04/20/2020

# COVID-19 DORMS EMERGENCY TRANSFER SCHEDULE PART-II

| Date | Bus | FROM | TO | Transfer | NOTES |
|---|---|---|---|---|---|
| ▮ | 1 | CRC | COR | 19 | **CRC to CSPC to be transported VIA Statewide Transportation Unit Total 76, PF II** |
| ▮ | 2 | CRC | COR | 19 | |
| ▮ | 1 | CRC | COR | 19 | |
| ▮ | 1 | CRC | COR | 19 | |

| Date | Bus | FROM | TO | Transfer | NOTES |
|---|---|---|---|---|---|
| ▮ | 1 | CTF | COR | 19 | **CTF to CSPC to be transported VIA Statewide Transportation Unit Total 133, SECI PF** |
| ▮ | 2 | CTF | COR | 19 | |
| ▮ | 3 | CTF | COR | 19 | |
| ▮ | 1 | CTF | COR | 19 | |
| ▮ | 2 | CTF | COR | 19 | |
| ▮ | 3 | CTF | COR | 19 | |
| ▮ | 4 | CTF | COR | 19 | |

| Date | Bus | FROM | TO | Transfer | NOTES |
|---|---|---|---|---|---|
| ▮ | 1 | SATF | CAC | 19 | **SATF to CAC to be transported VIA Statewide Transportation Unit Total 76, GP II** |
| ▮ | 2 | SATF | CAC | 19 | |
| ▮ | 3 | SATF | CAC | 19 | |
| ▮ | 4 | SATF | CAC | 19 | |

| Date | Bus | FROM | TO | Transfer | NOTES |
|---|---|---|---|---|---|
| ▮ | ▮ | SATF | COR | 50 | **SATF to COR to be transported locally - Total 175 SNY II** |
| ▮ | ▮ | SATF | COR | 50 | |
| ▮ | ▮ | SATF | COR | 50 | |
| ▮ | ▮ | SATF | COR | 25 | |

| ALL TRANFERS WILL BE ENDORSED BY CSU AND PMU USING THE SOMS NCE PROCESS PRIOR TO MOVEMENT. | **Total Transfers 460** |
|---|---|

Date: 04/20/2020