1  DONALD SPECTER – 083925
   STEVEN FAMA – 099641
2  MARGOT MENDELSON – 268583
   PRISON LAW OFFICE
3  1917 Fifth Street
   Berkeley, California  94710-1916
4  Telephone:    (510) 280-2621

5  CLAUDIA CENTER – 158255
   DISABILITY RIGHTS EDUCATION
6  AND DEFENSE FUND, INC.
   Ed Roberts Campus
7  3075 Adeline Street, Suite 210
   Berkeley, California  94703-2578
8  Telephone:    (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830

9
10  Attorneys for Plaintiffs

11           UNITED STATES DISTRICT COURT

12           EASTERN DISTRICT OF CALIFORNIA

13

14  RALPH COLEMAN, et al.,

15              Plaintiffs,

16       v.

17  GAVIN NEWSOM, et al.,

18              Defendants.

19

20

Case No. 2:90-CV-00520-KJM-DB

**SUPPLEMENTAL DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' STRATEGIC COVID-19 MANAGEMENT PLAN**

Judge:  Hon. Kimberly J. Mueller

21

22

23

24

25

26

27

28

[3534462.1]

SUPPLEMENTAL DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO
DEFENDANTS' STRATEGIC COVID-19 MANAGEMENT PLAN

1    I, Michael W. Bien, declare:

2    1.    I am an attorney duly admitted to practice before this Court.  I am a partner

3 in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I

4 have personal knowledge of the facts set forth herein, and if called as a witness, I could

5 competently so testify.  I make this declaration in response to the Court's order, ECF

6 No. 6638, to file in the public docket a document described in paragraph 25 of my

7 declaration filed on April 20, 2020 as ECF No. 6627.

8    2.    Attached hereto as **Exhibit A** is a copy of Defendants' "Dorm Social

9 Distancing" Document, dated April 19, 2020, which we received from Defendants on

10 April 23, 2020.

11    3.    I declare under penalty of perjury under the laws of the United States of

12 America that the foregoing is true and correct, and that this declaration is executed at San

13 Francisco, California this 24th day of April, 2020.

14

15                                        */s/ Michael W. Bien*
                                          Michael W. Bien
16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO
DEFENDANTS' STRATEGIC COVID-19 MANAGEMENT PLAN

[3534462.1]

# Exhibit A

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| ASP | 110 | 189 | 192 | 0 | N/A | 8 person pod | Established |
| ASP | 120 | 226 | 192 | 34 | N/A | 8 person pod | No, 04/21/2020, Internal TX |
| ASP | 130 | 127 | 136 | 0 | N/A | 6 Feet | Established |
| ASP | 140 | 113 | 150 | 0 | N/A | Cells | Established |
| ASP | 210 | 197 | 192 | 5 | N/A | 8 person pod | No, 04/21/2020, Internal TX |
| ASP | 220 | 149 | 136 | 13 | N/A | 6 Feet | Established |
| ASP | 230 | 194 | 192 | 2 | N/A | 8 person pod | No, 04/21/2020, Internal TX |
| ASP | 250 | 194 | 192 | 2 | N/A | 8 person pod | No, 04/21/2020, Internal TX |
| ASP | 310 | 195 | 192 | 3 | N/A | 8 person pod | No, 04/21/2020, Internal TX |
| ASP | 320 | 126 | 136 | 0 | N/A | 6 Feet | Established |
| ASP | 330 | 182 | 192 | 0 | N/A | 8 person pod | Established |
| ASP | 350 | 193 | 192 | 1 | N/A | 8 person pod | No, 04/21/2020, Internal TX |
| ASP | 410 | 219 | 192 | 27 | N/A | 8 person pod | No, 04/21/2020, Internal TX |
| ASP | 420 | 127 | 136 | 0 | N/A | 6 Feet | Established |
| ASP | 430 | 179 | 192 | 0 | N/A | 8 person pod | Established |
| ASP | 450 | 197 | 192 | 5 | N/A | 8 person pod | No, 04/21/2020, Internal TX |
| ASP | 510 | 192 | 192 | 0 | N/A | 8 person pod | Established |
| ASP | 520 | 142 | 136 | 6 | N/A | 6 Feet | No, 04/21/2020, Internal TX |
| ASP | 530 | 192 | 192 | 0 | N/A | 8 person pod | Established |
| ASP | 550 | 191 | 192 | 0 | N/A | 8 person pod | No, 04/21/2020, Internal TX |
| ASP | 610 | 185 | 185 | 0 | N/A | 8 person pod | Established |
| ASP | 630 | 200 | 192 | 0 | N/A | 8 person pod | No, 04/21/2020, Internal TX |
| ASP | 640 | 135 | 136 | 0 | N/A | 6 Feet | Established |
| ASP | 650 | 197 | 192 | 5 | N/A | 8 person pod | No, 04/21/2020, Internal TX |
| Total | | 4241 | 4223 | 103 | Inter/Par | | 18 over,minus paroles (2 moves needed) |
| | | | | | | | 16 Paroles by 4/25 |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established? If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CAC | 0 | 0 | 0 | 0 | N/A | | All Cells |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CAL | 1 | 53 | 75 | 0 | N/A | 6 Feet | Established |
| CAL | 2 | 54 | 75 | 0 | N/A | 6 Feet | Established |
| **Total** | | **107** | **150** | **0** | **N/A** | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CBU | N/A | | | | | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established? If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CCC | 77 | 29 | 32 | 0 | N/A | 6ft | Established |
| CCC | 78 | 28 | 32 | 0 | N/A | 6ft | Established |
| CCC | 79 | 16 | 32 | 0 | N/A | 6ft | Established |
| CCC | 80 | 0 | 0 | 0 | N/A | NA | Temporary Dining Hall due to Construction of a new Dining Facility |
| CCC | 81 | 18 | 32 | 0 | N/A | 6 ft | Established |
| CCC | 82 | 26 | 32 | 0 | N/A | 6ft | Established |
| CCC | 83 | 24 | 32 | 0 | N/A | 6ft | Established |
| CCC | 84 | 0 | 32 | 0 | N/A | 6ft | Established |
| CCC | 85 | 0 | 32 | 0 | N/A | 6ft | Established |
| CCC | 86 | 24 | 32 | 0 | N/A | 6ft | Established |
| Total | | 165 | 288 | 0 | N/A | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CCI Fac E | BH | 82 | 94 | 0 | N/A | 6ft | Established |
| | RD | 49 | 52 | 0 | N/A | 6ft | Established |
| | CHL | 80 | 88 | 0 | N/A | 6ft | Established |
| | CHU | 81 | 88 | 0 | N/A | 6ft | Established |
| CCI Fac D | 1 | 130 | 114 | 16 | N/A | 8pp | No, 4/21/2020 Internal TX |
| | 2 | 121 | 108 | 13 | N/A | 8pp | No, 4/21/2020 Internal TX |
| | 3 | 109 | 114 | 0 | N/A | 8pp | Established |
| | 4 | 98 | 108 | 0 | N/A | 8pp | Established |
| | 5 | 92 | 114 | 0 | N/A | 8pp | Established |
| | 6 | 107 | 108 | 0 | N/A | 8pp | Established |
| | 7 | 109 | 114 | 0 | N/A | 8pp | Established |
| | 8 | 123 | 109 | 14 | N/A | 8pp | No, 4/21/2020 Internal TX |
| **Total** | | **1181** | **1211** | **43** | **Internal** | | **13 Moves Needed, covered by paroles** |
| | | | | | | | **13 Paroles by 4/25** |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CCWF | 501 | 202 | 254 | 0 | N/A | 8 person pod | Established |
| CCWF | 502 | 214 | 256 | 0 | N/A | 8 person pod | Established |
| CCWF | 505 | 52 | 231 | 0 | N/A | 8 person pod | Established |
| CCWF | 506 | 158 | 232 | 0 | N/A | 8 person pod | Established |
| CCWF | 507 | 208 | 231 | 0 | N/A | 8 person pod | Established |
| CCWF | 508 | 111 | 120 | 0 | N/A | 8 person pod | Established |
| CCWF | 509 | 163 | 231 | 0 | N/A | 8 person pod | Established |
| CCWF | 510 | 223 | 232 | 0 | N/A | 8 person pod | Established |
| CCWF | 511 | 210 | 232 | 0 | N/A | 8 person pod | Established |
| CCWF | 512 | 152 | 231 | 0 | N/A | 8 person pod | Established |
| CCWF | 513 | 205 | 231 | 0 | N/A | 8 person pod | Established |
| CCWF | 514 | 212 | 232 | 0 | N/A | 8 person pod | Established |
| CCWF | 515 | 219 | 232 | 0 | N/A | 8 person pod | Established |
| CCWF | 516 | 120 | 231 | 0 | N/A | 8 person pod | Established |
| **Total** | | **2449** | **3176** | **0** | **N/A** | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CEN | MSF-1 | 50 | 50 | 0 | N/A | 6 Feet | Established |
| CEN | MSF-2 | 50 | 50 | 0 | N/A | 6 Feet | Established |
| **Total** | | **100** | **100** | **0** | **N/A** | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CHCF | N/A | | | | | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CIM | D4-WH | 116 | 150 | 0 | CIM | 8 person pod | Established, Bunk Relocation 4/22 |
| CIM | D5-SH | 136 | 150 | 0 | CIM | 8 person pod | Established, Bunk Relocation 4/22 |
| CIM | D6-CH | 42 | 128 | 0 | CIM | 8 person pod | Established,COVID Positive Iso Dorm |
| CIM | D7-OH | 0 | ? Pend SFM | 0 | CIM | 8 person pod | No-Activation Pending |
| CIM | D10-AH | 132 | 150 | 0 | CIM | 8 person pod | Established, Bunk Relocation 4/22 |
| CIM | D11-JH | 123 | 150 | 0 | CIM | 8 person pod | Established, Bunk Relocation 4/22 |
| CIM | D12-MH | 125 | 150 | 0 | CIM | 8 person pod | Established, Bunk Relocation 4/22 |
| CIM | A1-BH | 139 | 120 | 19 | CIM | 8 person pod | No shelter in place per medical |
| CIM | A2-LH | 138 | 120 | 18 | CIM | 8 person pod | No shelter in place per medical |
| CIM | A3-SH | 132 | 120 | 12 | CIM | 8 person pod | No shelter in place per medical |
| CIM | A4-CH | 141 | 120 | 21 | CIM | 8 person pod | No shelter in place per medical |
| CIM | A5-MH | 130 | 120 | 10 | CIM | 8 person pod | No shelter in place per medical |
| CIM | A6-JH | 128 | 112 | 16 | CIM | 8 person pod | No shelter in place per medical |
| CIM | A7-OH | 124 | 120 | 4 | CIM | 8 person pod | No shelter in place per medical |
| CIM | A8-AH | 142 | 120 | 22 | CIM | 8 person pod | No shelter in place per medical |
| CIM | FAC GYM | 21 | 55 | 0 | CIM | 8 person pod | Established |
| **Total** | | **1769** | **1885** | **122** | **Internal** | | **Retain internally pending Paroles** |
| | | | | | | | **Paroles by 4/25** |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CIW | GYM | 0 | 32 | 0 | N/A | 8 person pod | No directive to activate |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CMC | 1 | 78 | 65 | 13 | N/A | 8 person pod | No,  bed/pop adjustments in process April 24, 2020. |
| CMC | 3 | 61 | 65 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 4 | 61 | 65 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 5 | 62 | 65 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 6 | 81 | 65 | 16 | N/A | 8 person pod | No,  bed/pop adjustments in process April 24, 2020. |
| CMC | 7 | 42 | 65 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 8 | 44 | 65 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 9 | 77 | 65 | 12 | N/A | 8 person pod | No,  bed/pop adjustments in process April 24, 2020. |
| CMC | 10 | 78 | 65 | 13 | N/A | 8 person pod | No,  bed/pop adjustments in process April 24, 2020. |
| CMC | 11 | 65 | 65 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 12 | 65 | 65 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 13 | 45 | 65 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 14 | 73 | 65 | 8 | N/A | 8 person pod | No,  bed/pop adjustments in process April 24, 2020. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CMC | 15 | 73 | 65 | 8 | N/A | 8 person pod | No,  bed/pop adjustments in process April 24, 2020. |
| CMC | 16 | 72 | 65 | 7 | N/A | 8 person pod | No,  bed/pop adjustments in process April 24, 2020. |
| CMC | 17 | 65 | 65 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 18 | 65 | 65 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 19 | 45 | 65 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 20 | 74 | 65 | 9 | N/A | 8 person pod | No,  bed/pop adjustments in process April 24, 2020. |
| CMC | 22 | 45 | 55 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 23 | 45 | 55 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 24 | 71 | 74 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 25 | 85 | 74 | 11 | N/A | 8 person pod | No,  bed/pop adjustments in process April 24, 2020. |
| CMC | 26 | 89 | 74 | 15 | N/A | 8 person pod | No,  bed/pop adjustments in process April 24, 2020. |
| CMC | 27 | 43 | 45 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 28 | 33 | 33 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 30 | 44 | 44 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |

| | | | | | | |
|---|---|---|---|---|---|---|
| CMC | 31 | 44 | 44 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 32 | 44 | 44 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 33 | 31 | 31 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| CMC | 34 | 33 | 33 | 0 | N/A | 8 person pod | Established, bed/pop adjustments in process April 24, 2020. |
| **Total** | | **1833** | **1841** | **112** | **Internal** | | **112 Internal moves needed** |
| | | | | | | | **7 Paroles by 4/25** |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CMF | RANCH #1 | 17 | 19 | 0 | N/A | 6 FT | Established |
| CMF | RANCH #2 | 16 | 19 | 0 | N/A | 6 FT | Established |
| CMF | RANCH #3 | 11 | 19 | 0 | N/A | 6 FT | Established |
| CMF | R-1 | 36 | 36 | 0 | N/A | 6 FT | Established |
| CMF | C DORM | 109 | 109 | 0 | N/A | 6 FT | YES LOWER BUNKS ARE SEPARATED BY 4FT WALL |
| CMF | D DORM | 112 | 112 | 0 | N/A | 6 FT | YES LOWER BUNKS ARE SEPARATED BY 4FT WALL |
| CMF | J-1 | 103 | 104 | 0 | N/A | ALL PODS 8 OR LESS | Established |
| CMF | J-2 | 85 | 102 | 0 | N/A | ALL PODS 8 OR LESS | Established |
| CMF | J-3 | 104 | 104 | 0 | N/A | ALL PODS 8 OR LESS | Established |
| CMF | H-1 | 46 | 53 | 0 | N/A | ALL PODS 8 OR LESS | Established |
| CMF | H-2 | 65 | 84 | 0 | N/A | ALL PODS 8 OR LESS | Established |
| CMF | H-3 | 57 | 62 | 0 | N/A | ALL PODS 8 OR LESS | Established |
| CMF | I-1 | 12 | 12 | 0 | N/A | 6 FT | Established |
| CMF | I-2 | 6 | 6 | 0 | N/A | ALL PODS 8 OR LESS | Established |
| CMF | Y-DORM | 18 | 21 | 0 | N/A | 6 FT | Established |
| CMF | A-2 | 38 | 38 | 0 | N/A | ALL PODS 8 OR LESS | Established |
| CMF | A-3 | 33 | 36 | 0 | N/A | ALL PODS 8 OR LESS | Established |
| CMF | G-1 | 27 | 27 | 0 | N/A | ALL PODS 8 OR LESS | Established |
| CMF | G-2 | 28 | 28 | 0 | N/A | ALL PODS 8 OR LESS | Established |
| CMF | G-3 | 47 | 46 | 0 | N/A | ALL PODS 8 OR LESS | Established |
| **Total** | | **970** | **1037** | **0** | **N/A** | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| COR | C | 42 | 70 | 0 | N/A | 8 person pod | Established |
| COR | D | 53 | 70 | 0 | N/A | 8 person pod | Established |
| COR | E | 50 | 50 | 0 | N/A | 8 person pod | Established |
| **Total** | | **145** | **190** | **0** | **N/A** | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CRC | 101 | 72 | 66 | 6 | | 8 person pod | established through weekend moves |
| CRC | 102 | 63 | 66 | -3 | | 8 person pod | established through weekend moves |
| CRC | 103 | 70 | 66 | 4 | | 8 person pod | etablished through weekend moves |
| CRC | 104 | 74 | 66 | 8 | | 8 person pod | etablished through weekend moves |
| CRC | 105 | 61 | 66 | -5 | | 8 person pod | established through weekend moves |
| CRC | 106 | 71 | 66 | 5 | | 8 person pod | established through weekend moves |
| CRC | 107 | 66 | 66 | 0 | | 8 person pod | established through weekend moves |
| CRC | 108 | 75 | 66 | 9 | | 8 person pod | etablished through weekend moves |
| CRC | 109 | 66 | 66 | 0 | | 8 person pod | established through weekend moves |
| CRC | 110 | 73 | 66 | 7 | | 8 person pod | etablished through weekend moves |
| CRC | 111 | 64 | 66 | -2 | | 8 person pod | etablished through weekend moves |
| CRC | 112 | 62 | 66 | -4 | | 8 person pod | established through weekend moves |
| CRC | 201 | 88 | 80 | 8 | | 8 person pod | established through weekend moves |
| CRC | 202 | 85 | 80 | 5 | | 8 person pod | established through weekend moves |
| CRC | 203 | 91 | 80 | 11 | | 8 person pod | established through weekend moves |
| CRC | 204 | 81 | 80 | 1 | | 8 person pod | established through weekend moves |
| CRC | 205 | 88 | 80 | 8 | | 8 person pod | established through weekend moves |
| CRC | 206 | 83 | 80 | 3 | | 8 person pod | established through weekend moves |
| CRC | 207 | 84 | 80 | 4 | | 8 person pod | established through weekend moves |
| CRC | 208 | 80 | 80 | 0 | | 8 person pod | established through weekend moves |
| CRC | 209 | 72 | 80 | -8 | | 8 person pod | established through weekend moves |
| CRC | 210 | 83 | 80 | 3 | | 8 person pod | established through weekend moves |
| CRC | 214 | 153 | 100 | 53 | | 8 person pod | No. Monday, April 19, 2020 |
| CRC | 302 | 82 | 80 | 2 | | 8 person pod | established through weekend moves |
| CRC | 303 | 82 | 80 | 2 | | 8 person pod | established through weekend moves |
| CRC | 304 | 78 | 80 | -2 | | 8 person pod | established through weekend moves |
| CRC | 305 | 84 | 80 | 4 | | 8 person pod | established through weekend moves |
| CRC | 306 | 76 | 80 | -4 | | 8 person pod | established through weekend moves |
| CRC | 307 | 75 | 80 | -5 | | 8 person pod | established through weekend moves |
| CRC | 308 | 50 | 50 | 0 | | 6 ft | established through weekend moves |
| CRC | 309 | 78 | 80 | -2 | | 8 person pod | etablished through weekend moves |

| | | | | | | |
|---|---|---|---|---|---|---|
| CRC | 310 | 79 | 80 | -1 | | 8 person pod | etablished through weekend moves |
| CRC | 312 | 82 | 80 | 2 | | 8 person pod | etablished through weekend moves |
| CRC | 313 | 80 | 80 | 0 | | 8 person pod | etablished through weekend moves |
| CRC | 314 | 59 | 64 | -5 | | 6 feet | etablished through weekend moves |
| CRC | 315 | 60 | 62 | -2 | | 6 feet | etablished through weekend moves |
| CRC | 401 | 80 | 80 | 0 | | 6 feet | etablished through weekend moves |
| CRC | 402 | 92 | 95 | -3 | | 6 feet | etablished through weekend moves |
| CRC | 403 | 81 | 94 | -13 | | 6 feet | etablished through weekend moves |
| CRC | 404 | 83 | 95 | -12 | | 6 feet | etablished through weekend moves |
| CRC | 405 | 89 | 96 | -7 | | 6 feet | etablished through weekend moves |
| CRC | 406 | 84 | 84 | 0 | | 6 feet | etablished through weekend moves |
| CRC | 407 | 74 | 72 | 2 | | 8 person pod | etablished through weekend moves |
| CRC | 408 | 72 | 72 | 0 | | 8 person pod | etablished through weekend moves |
| CRC | 409 | 71 | 72 | -1 | | 8 person pod | etablished through weekend moves |
| **Total** | | **3496** | **3428** | **68** | | | **68 Moves,after internal adjustments** |
| | | | | | | | **25 Paroles by 4/25** |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CTF | *Fremont | 80 | 80 | 0 | | 6 Feet | Established<br>* Fremont Dorm will be cleared and transferred to available beds in Facility A/B celled housing units.  80 Level I NDPF inmates from Facility D will be transferred to Freemont Dorm, Level II SNY.  CTF will need 116 Inmates transferred out of CTF. |
| CTF | Toro | 80 | 80 | 0 | | 6 Feet | Established |
| CTF | 2 | 115 | 80 | 35 | CTF/COR | 8 person pod | Pending TX |
| CTF | 3 | 119 | 88 | 31 | CTF/COR | 8 person pod | Pending TX |
| CTF | 4 | 131 | 88 | 43 | CTF/COR | 8 person pod | Pending TX |
| CTF | 5 | 128 | 88 | 40 | CTF/COR | 8 person pod | Pending TX |
| CTF | 6 | 121 | 88 | 33 | CTF/COR | 8 person pod | Pending TX |
| CTF | 7 | 88 | 74 | 14 | CTF/COR | 8 person pod | Pending TX |
| Total | | 862 | 666 | 196 | CTF/COR | | 116 Tx Needed |
| | | | | | | | 6 Paroles by 4/25 |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CVSP | 1 | 227 | 192 | 35 | ISP | 8 person pod | Upon completion of transfers |
| CVSP | 2 | 225 | 192 | 33 | ISP | 8 person pod | Upon completion of transfers |
| CVSP | 3 | 200 | 192 | 8 | ISP | 8 person pod | Upon completion of transfers |
| CVSP | 4 | 203 | 192 | 11 | ISP | 8 person pod | Upon completion of transfers |
| CVSP | 5 | 206 | 192 | 14 | ISP | 8 person pod | Upon completion of transfers |
| CVSP | 6 | 201 | 192 | 9 | ISP | 8 person pod | Upon completion of transfers |
| CVSP | 7 | 202 | 192 | 10 | ISP | 8 person pod | Upon completion of transfers |
| CVSP | 8 | 210 | 192 | 18 | ISP | 8 person pod | Upon completion of transfers |
| CVSP | 9 | 211 | 192 | 19 | ISP | 8 person pod | Upon completion of transfers |
| CVSP | 10 | 203 | 192 | 11 | ISP | 8 person pod | Upon completion of transfers |
| CVSP | 11 | 199 | 192 | 7 | ISP | 8 person pod | Upon completion of transfers |
| CVSP | M-1 | 71 | 75 | 0 | N/A | 6 Feet | Established |
| CVSP | M-2 | 70 | 75 | 0 | N/A | 6 Feet | Established |
| Total | | 2428 | 2262 | 175 | ISP | | 175 TX needed |
| | | | | | | | 10 Paroles by 4/25 |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| DVI | G | 73 | 86 | 0 | N/A | Bunks are 6ft apart | Established |
| **Total** | | **73** | **86** | **0** | **N/A** | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| FOLSOM | 100 | 9 | 9 | 0 | N/A | 6 ft | Established |
| FOLSOM | 200 | 9 | 9 | 0 | N/A | 6 ft | Established |
| FOLSOM | 300 | 9 | 9 | 0 | N/A | 6 ft | Established |
| FOLSOM | 400 | 9 | 9 | 0 | N/A | 6 ft | Established |
| FOLSOM | 500 | 9 | 9 | 0 | N/A | 6 ft | Established |
| FOLSOM | 600 | 9 | 9 | 0 | N/A | 6 ft | Established |
| FOLSOM | 700 | 14 | 14 | 0 | N/A | 6 ft | Established |
| FOLSOM | 800 | 16 | 16 | 0 | N/A | 6 ft | Established |
| FOLSOM | 900 | 18 | 18 | 0 | N/A | 6 ft | Established |
| FOLSOM | 1000 | 14 | 14 | 0 | N/A | 6 ft | Established |
| FOLSOM | 1100 | 15 | 15 | 0 | N/A | 6 ft | Established |
| FWF | A1 | 45 | 44 | 0 | N/A | 6 ft | By 4/20/2020 |
| FWF | A3 | 21 | 21 | 0 | N/A | 6 ft | Established |
| FWF | A4 | 52 | 56 | 0 | N/A | 8 person pod | By 4/20/2020 |
| FWF | B1 | 44 | 44 | 0 | N/A | 6 ft | Established |
| FWF | B2 | 44 | 44 | 0 | N/A | 6 ft | Established |
| FWF | B3 | 46 | 43 | 0 | N/A | 6 ft | By 4/20/2020 |
| Total | | 383 | 383 | 0 | N/A | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| HDSP | 2 | 121 | 112 | 0 | N/A | 6 ft established | established 04/18 |
| HDSP | 1 | 0 | 112 | 0 | N/A | 6 ft established | established 04/18 |
| **Total** | | **121** | **224** | **0** | N/A | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| ISP | M1 | 50 | 75 | 0 | N/A | 6 Feet | Established |
| ISP | M2 | 54 | 75 | 0 | N/A | 6 Feet | Established |
| **Total** | | **104** | **150** | **0** | **N/A** | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| KVSP | M1 | 62 | 60 | 2 | N/A | 6ft | 4/20 when 2 inmates parole |
| KVSP | M2 | 62 | 60 | 2 | N/A | 6ft | 4/22 when 2 inmates parole |
| **Total** | | **124** | **120** | **4** | **Parole** | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| LAC | HU1 | 43 | 64 | 0 | N/A | 8 person pod | Established, bed adjustment in progress |
| LAC | HU2 | 41 | 64 | 0 | N/A | 8 person pod | Established, bed adjustment in progress |
| **Total** | | **84** | **128** | **0** | N/A | | |
| | | | | | | | |
| **LAC** | GYM | 0 | 36 | 0 | N/A | 8 MAN PODS | ESTAB. WHEN COTS ARRIVE |
| **LAC** | GYM | 0 | 36 | 0 | N/A | 8 MAN PODS | ESTAB. WHEN COTS ARRIVE |
| **Total** | | **0** | **72** | **0** | N/A | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| MCSP | 1 | 63 | 70 | 0 | N/A | 6 Feet | Established |
| MCSP | 2 | 66 | 70 | 0 | N/A | 6 Feet | Established |
| Total | | **129** | **140** | **0** | **N/A** | | |
| | | | | | | | |
| MCSP | A-Gym | 0 | 34 | 0 | N/A | 8 person pod | TBD |
| MCSP | B-Gym | 0 | 34 | 0 | N/A | 8 person pod | TBD |
| Total | | **0** | **68** | **0** | N/A | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| NKSP | C1 | 135 | 146 | 0 | N/A | 8 Person Pod | 4/20/2020 |
| NKSP | C2 | 137 | 146 | 0 | N/A | 8 Person Pod | 4/20/2020 |
| NKSP | C3 | 135 | 146 | 0 | N/A | 8 Person Pod | 4/20/2020 |
| NKSP | C4 | 146 | 146 | 0 | N/A | 8 Person Pod | 4/20/2020 |
| NKSP | C5 | 100 | 100 | 0 | N/A | 8 Person Pod | 4/20/2020 |
| NKSP | C6 | 89 | 100 | 0 | N/A | 8 Person Pod | 4/20/2020 |
| NKSP | M1 | 49 | 92 | 0 | N/A | 8 Person Pod | N/A |
| NKSP | M2 | 49 | 92 | 0 | N/A | 8 Person Pod | N/A |
| **Total** | | **840** | **968** | **0** | **N/A** | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established? If not when wil it be? |
|---|---|---|---|---|---|---|---|
| PBSP | M1 | 51 | 55 | 0 | N/A | 6 FEET | Established |
| PBSP | M2 | 55 | 55 | 0 | N/A | 6 FEET | Established |
| **Total** | | **106** | **110** | **0** | | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| **PVSP** | 1 | 64 | 72 | 0 | N/A | *3 MAN PODS | ESTABLISHED * Currently the pods have four inmates. Reduction made for greater social distancing. |
| **PVSP** | 2 | 58 | 72 | 0 | N/A | 3 MAN PODS | ESTABLISHED |
| **Total** | | **122** | **144** | **0** | **N/A** | | |
| | | | | | | | |
| **PVSP** | GYM A | 0 | 36 | 0 | N/A | 8 MAN PODS | ESTAB. WHEN COTS ARRIVE |
| **PVSP** | GYM B | 0 | 36 | 0 | N/A | 8 MAN PODS | ESTAB. WHEN COTS ARRIVE |
| **PVSP** | GYM D | 0 | 36 | 0 | N/A | 8 MAN PODS | ESTAB. WHEN COTS ARRIVE |
| **Total** | | **0** | **108** | **0** | **N/A** | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| RJD - MSF | 21 | 64 | 128 | 0 | N/A | 8 person pod | Established, bed move in progress |
| RJD - MSF | 22 | 62 | 128 | 0 | N/A | 8 person pod | Established, bed move in progress |
| **Total** | | **126** | **256** | **0** | **N/A** | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CSP-SAC | D | 51 | 64 | 0 | N/A | 8 PERSON POD | Established |
| CSP-SAC | E | 62 | 64 | 0 | N/A | 8 PERSON POD | Established |
| **Total** | | **113** | **128** | **0** | **N/A** | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| CSATF/SP | F1 | 281 | 281 | 0 | N/A | 8 PERSON POD | established |
| | F2 | 293 | 293 | 0 | N/A | 8 PERSON POD | established |
| | F3 | 230 | 230 | 0 | N/A | 8 PERSON POD | established |
| | G1 | 202 | 202 | 0 | N/A | 8 PERSON POD | established |
| | G2 | 321 | 321 | 0 | N/A | 8 PERSON POD | established |
| | G3 | 262 | 262 | 0 | N/A | 8 PERSON POD | established |
| **Total** | | **1589** | **1589** | **0** | **N/A** | | |
| | | | | | | | |
| SATF | **A1 - 1** | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfer |
| | 2 | 10 | 8 | 2 | COR | 8 person pod | No - Upon transfer |
| | 3 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfer |
| | 4 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfer |
| | 5 | 12 | 8 | 4 | COR | 8 person pod | No - Upon transfer |
| | 6 | 12 | 8 | 4 | COR | 8 person pod | No - Upon transfer |
| | 7 | 12 | 8 | 4 | COR | 8 person pod | No - Upon transfer |
| | 8 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfer |
| | 9 | 13 | 8 | 5 | COR | 8 person pod | No - Upon transfer |
| | 10 | 10 | 8 | 2 | COR | 8 person pod | No - Upon transfer |
| | 11 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfer |
| | 12 | 12 | 8 | 4 | COR | 8 person pod | No - Upon transfer |
| | 13 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfer |
| | 14 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfer |
| | 15 | 12 | 8 | 4 | COR | 8 person pod | No - Upon transfer |
| | 16 | 10 | 8 | 2 | COR | 8 person pod | No - Upon transfer |
| | 17 | 10 | 8 | 2 | COR | 8 person pod | No - Upon transfer |
| | 18 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfer |
| **Total** | | **201** | **144** | **57** | **COR** | | **57 TX Needed** |
| | | | | | | | |
| SATF | **A2 - 1** | 12 | 8 | 4 | COR | 8 person pod | No - Upon transfers |
| | 2 | 12 | 8 | 4 | COR | 8 person pod | No - Upon transfers |
| | 3 | 13 | 8 | 5 | COR | 8 person pod | No - Upon transfers |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 4 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 5 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 6 | 12 | 8 | 4 | COR | 8 person pod | No - Upon transfers |
| | 7 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 8 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 9 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 10 | 13 | 8 | 5 | COR | 8 person pod | No - Upon transfers |
| | 11 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 12 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 13 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 14 | 13 | 8 | 5 | COR | 8 person pod | No - Upon transfers |
| | 15 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 16 | 13 | 8 | 5 | COR | 8 person pod | No - Upon transfers |
| | 17 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 18 | 13 | 8 | 5 | COR | 8 person pod | No - Upon transfers |
| **Total** | | **211** | **144** | **67** | **COR** | | **67 TX Needed** |
| | | | | | | | |
| SATF | A3 - 1 | 9 | 8 | 1 | COR | 8 person pod | No - Upon transfers |
| | 2 | 10 | 8 | 2 | COR | 8 person pod | No - Upon transfers |
| | 3 | 10 | 8 | 2 | COR | 8 person pod | No - Upon transfers |
| | 4 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 5 | 9 | 8 | 1 | COR | 8 person pod | No - Upon transfers |
| | 6 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 7 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 8 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 9 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 10 | 9 | 8 | 1 | COR | 8 person pod | No - Upon transfers |
| | 11 | 13 | 8 | 5 | COR | 8 person pod | No - Upon transfers |
| | 12 | 10 | 8 | 2 | COR | 8 person pod | No - Upon transfers |
| | 13 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 14 | 11 | 8 | 3 | COR | 8 person pod | No - Upon transfers |
| | 15 | 12 | 8 | 4 | COR | 8 person pod | No - Upon transfers |
| | 16 | 10 | 8 | 2 | COR | 8 person pod | No - Upon transfers |
| | 17 | 10 | 8 | 2 | COR | 8 person pod | No - Upon transfers |

|  | 18 | 10 | 8 | 2 | COR | 8 person pod | No - Upon transfers |
| **Total** |  | **189** | **144** | **45** | **COR** |  | **45 TX Needed (169 Total)** |
|  |  |  |  |  |  |  | **0 Paroles by 4/25** |
|  |  |  |  |  |  |  |  |
| SATF | B1 - 1 | 10 | 8 | 2 | CAC | 8 person pod | No - Upon transfer |
|  | 2 | 10 | 8 | 2 | CAC | 8 person pod | No - Upon transfer |
|  | 3 | 9 | 8 | 1 | CAC | 8 person pod | No - Upon transfer |
|  | 4 | 12 | 8 | 4 | CAC | 8 person pod | No - Upon transfer |
|  | 5 | 8 | 8 | 0 | CAC | 8 person pod | No - Upon transfer |
|  | 6 | 10 | 8 | 2 | CAC | 8 person pod | No - Upon transfer |
|  | 7 | 9 | 8 | 1 | CAC | 8 person pod | No - Upon transfer |
|  | 8 | 7 | 8 | 0 | CAC | 8 person pod | No - Upon transfer |
|  | 9 | 9 | 8 | 1 | CAC | 8 person pod | No - Upon transfer |
|  | 10 | 7 | 8 | 0 | CAC | 8 person pod | No - Upon transfer |
|  | 11 | 8 | 8 | 0 | CAC | 8 person pod | No - Upon transfer |
|  | 12 | 6 | 8 | 0 | CAC | 8 person pod | No - Upon transfer |
|  | 13 | 7 | 8 | 0 | CAC | 8 person pod | No - Upon transfer |
|  | 14 | 9 | 8 | 1 | CAC | 8 person pod | No - Upon transfer |
|  | 15 | 8 | 8 | 0 | CAC | 8 person pod | No - Upon transfer |
|  | 16 | 6 | 8 | 0 | CAC | 8 person pod | No - Upon transfer |
|  | 17 | 8 | 8 | 0 | CAC | 8 person pod | No - Upon transfer |
|  | 18 | 8 | 8 | 0 | CAC | 8 person pod | No - Upon transfer |
| **Total** |  | **151** | **144** | **14** | **CAC** |  | **14 TX Needed** |
|  |  |  |  |  |  |  |  |
| SATF | B2 - 1 | 6 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
|  | 2 | 8 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
|  | 3 | 10 | 8 | 2 | CAC | 8 person pod | No - Upon transfers |
|  | 4 | 9 | 8 | 1 | CAC | 8 person pod | No - Upon transfers |
|  | 5 | 8 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
|  | 6 | 11 | 8 | 3 | CAC | 8 person pod | No - Upon transfers |
|  | 7 | 6 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
|  | 8 | 7 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
|  | 9 | 7 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
|  | 10 | 12 | 8 | 4 | CAC | 8 person pod | No - Upon transfers |

| | 11 | 12 | 8 | 4 | CAC | 8 person pod | No - Upon transfers |
|---|---|---|---|---|---|---|---|
| | 12 | 12 | 8 | 4 | CAC | 8 person pod | No - Upon transfers |
| | 13 | 9 | 8 | 1 | CAC | 8 person pod | No - Upon transfers |
| | 14 | 6 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
| | 15 | 8 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
| | 16 | 11 | 8 | 3 | CAC | 8 person pod | No - Upon transfers |
| | 17 | 7 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
| | 18 | 8 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
| **Total** | | **157** | **144** | **22** | **CAC** | | **22 TX Needed** |
| | | | | | | | |
| SATF | **B3 - 1** | 11 | 8 | 3 | CAC | 8 person pod | No - Upon transfers |
| | 2 | 8 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
| | 3 | 9 | 8 | 1 | CAC | 8 person pod | No - Upon transfers |
| | 4 | 12 | 8 | 4 | CAC | 8 person pod | No - Upon transfers |
| | 5 | 11 | 8 | 3 | CAC | 8 person pod | No - Upon transfers |
| | 6 | 8 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
| | 7 | 9 | 8 | 1 | CAC | 8 person pod | No - Upon transfers |
| | 8 | 7 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
| | 9 | 6 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
| | 10 | 11 | 8 | 3 | CAC | 8 person pod | No - Upon transfers |
| | 11 | 10 | 8 | 2 | CAC | 8 person pod | No - Upon transfers |
| | 12 | 10 | 8 | 2 | CAC | 8 person pod | No - Upon transfers |
| | 13 | 8 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
| | 14 | 3 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
| | 15 | 3 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
| | 16 | 5 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
| | 17 | 7 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
| | 18 | 4 | 8 | 0 | CAC | 8 person pod | No - Upon transfers |
| **Total** | | **142** | **144** | **19** | **CAC** | | **19 TX Needed (55 Total)** |
| | | | | | | | **0 Paroles by 4/25** |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| SCC | 1 | 14 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 2 | 16 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 3 | 21 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 4 | 14 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 5 | 22 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 6 | 20 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 7 | 22 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 8 | 26 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 9 | 20 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 10 | 19 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 11 | 18 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 12 | 18 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 13 | 26 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 14 | 23 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 15 | 21 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 16 | 25 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 17 | 26 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 18 | 21 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 19 | 25 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 20 | 24 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 21 | 14 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 22 | 23 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 23 | 24 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 24 | 14 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 25 | 23 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 26 | 21 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 27 | 23 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 28 | 24 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 29 | 23 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 30 | 26 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 31 | 2 | 32 | 0 | N/A | 8 person pod | Established |

| SCC | 32 | 21 | 32 | 0 | N/A | 8 person pod | Established |
|-----|-----|-----|-----|-----|-----|-----|-----|
| SCC | 33 | 28 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 34 | 21 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 35 | 0 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 36 | 2 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 37 | 6 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 38 | 30 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 39 | 31 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 40 | 31 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 41 | 28 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 42 | 32 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 43 | 28 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 44 | 17 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 45 | 32 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 46 | 29 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 47 | 30 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 48 | 29 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 49 | 30 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 50 | 31 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 51 | 30 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 52 | 29 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 53 | 30 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 54 | 30 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 55 | 31 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 56 | 31 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 57 | 29 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 58 | 25 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 59 | 15 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 60 | 29 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 61 | 28 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 62 | 28 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 63 | 26 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 64 | 13 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 65 | 6 | 32 | 0 | N/A | 8 person pod | Established |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SCC | 66 | 17 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 67 | 26 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 68 | 30 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 69 | 30 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 70 | 29 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 71 | 27 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 72 | 28 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 73 | 27 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 74 | 10 | 16 | 0 | N/A | 6 feet | Established |
| SCC | 75 | 18 | 32 | 0 | N/A | 8 person pod | Established |
| SCC | 76 | 17 | 28 | 0 | N/A | 8 person pod | Established |
| **Total** | | **1733** | **2412** | **0** | **N/A** | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| SOL | 13 | 181 | 212 | 0 | N/A | 6-8 person pod, with at least 6ft between each pod | Friday, April 24th |
| SOL | 14 | 203 | 212 | 0 | N/A | 6-8 person pod, with at least 6ft between each pod | Friday, April 24th |
| SOL | 15 | 180 | 212 | 0 | N/A | 6-8 person pod, with at least 6ft between each pod | Friday, April 24th |
| SOL | 16 | 146 | 163 | 0 | N/A | 6-8 person pod, with at least 6ft between each pod | Friday, April 24th |
| SOL | 17 | 138 | 163 | 0 | N/A | 6-8 person pod, with at least 6ft between each pod | Friday, April 24th |
| SOL | 18 | 121 | 163 | 0 | N/A | 6-8 person pod, with at least 6ft between each pod | Friday, April 24th |
| SOL | 19 | 131 | 163 | 0 | N/A | 6-8 person pod, with at least 6ft between each pod | Friday, April 24th |
| SOL | 20 | 189 | 212 | 0 | N/A | 6-8 person pod, with at least 6ft between each pod | Friday, April 24th |
| SOL | 21 | 178 | 212 | 0 | N/A | 6-8 person pod, with at least 6ft between each pod | Friday, April 24th |
| SOL | 22 | 188 | 212 | 0 | N/A | 6-8 person pod, with at least 6ft between each pod | Friday, April 24th |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SOL | 23 | 177 | 212 | 0 | N/A | 6-8 person pod, with at least 6ft between each pod | Friday, April 24th |
| SOL | 24 | 161 | 200 | 0 | N/A | 6-8 person pod, with at least 6ft between each pod | Friday, April 24th |
| SOL | GYM | 0 | 64 | 0 | N/A | 6-8 person pod, with at least 6ft between each pod | Wednesday, April 22nd |
| SOL | GYM | 0 | 64 | 0 | N/A | 6-8 person pod, with at least 6ft between each pod | Wednesday, April 22nd |
| Total | | 1993 | 2464 | 0 | N/A | | 75 TX Needed due to LB |
| | | | | | | | 7 Paroles by 4/25 |
| | | | | | | | |
| SOL | N/A | N/A | N/A | 19 | DVI | N/A | * Due to the # of LB/LT inmates we have at Solano we are currently unable to manage social distancing with current population, which necessitates the transfer of an additional 75 inmates. |
| SOL | N/A | N/A | N/A | 56 | CAC | N/A | * Due to the # of LB/LT inmates we have at Solano we are currently unable to manage social distancing with current population, which necessitates the transfer of an additional 75 inmates. |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| San Quentin | H1 EOP | 83 | 64 | 19 | SQ | 8 Person Pod | No, internal TX  4/21/20 |
| San Quentin | H2 EOP | 91 | 64 | 27 | SQ | 8 Person Pod | No, internal TX  4/21/20 |
| San Quentin | H3 | 135 | 120 | 15 | COR | 8 Person Pod | No, 4/21/20 |
| San Quentin | H4 | 135 | 120 | 15 | COR | 8 Person Pod | No, 4/21/20 |
| San Quentin | H5 | 135 | 120 | 15 | COR | 8 Person Pod | No, 4/21/20 |
| **Total** | | **579** | **488** | **91** | **COR** | | 46 EOP/45 PF (91 TOTAL) |
| | | | | | | | |
| San Quentin | Gym | 108 | 108 | 0 | | 8 Person Pod | Established |
| **Total** | | **108** | **108** | **0** | | | **Activated Gym** |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| SVSP | 1 | 58 | 58 | 0 | N/A | 6FT | Established, Bed Adjustmetns 04/22/2020 |
| SVSP | 2 | 59 | 59 | 0 | N/A | 6FT | Established, Bed Adjustmetns 04/22/2020 |
| Total | | 117 | 117 | 0 | N/A | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established?  If not when wil it be? |
|---|---|---|---|---|---|---|---|
| VSP | A1 | 152 | 192 | 0 | N/A | 8 person pod | Established |
| VSP | A2 | 164 | 180 | 0 | N/A | 8 person pod | Established |
| VSP | B1 | 184 | 236 | 0 | N/A | 8 person pod | Established |
| VSP | B2 | 212 | 256 | 0 | N/A | 8 person pod | Established |
| VSP | B3 | 215 | 256 | 0 | N/A | 8 person pod | Established |
| VSP | B4 | 224 | 256 | 0 | N/A | 8 person pod | Established |
| VSP | C1 | 205 | 256 | 0 | N/A | 8 person pod | Established |
| VSP | C2 | 213 | 256 | 0 | N/A | 8 person pod | Established |
| VSP | C3 | 212 | 256 | 0 | N/A | 8 person pod | Established |
| VSP | C4 | 206 | 256 | 0 | N/A | 8 person pod | Established |
| VSP | D1 | 222 | 256 | 0 | N/A | 8 person pod | Established |
| VSP | D2 | 193 | 256 | 0 | N/A | 8 person pod | Established |
| VSP | D3 | 204 | 256 | 0 | N/A | 8 person pod | Established |
| VSP | D4 | 196 | 256 | 0 | N/A | 8 person pod | Established |
| Total | | 2802 | 3424 | 0 | N/A | | |

| Institution | Dorm | Current Inmate Count | Temporary Covid Capacity | # of inmates to transfer | Location to Transfer | 8 person pod or 6ft | Established? If not when wil it be? |
|---|---|---|---|---|---|---|---|
| WSP-RC | C-1 | 238 | 200 | 38 | WSP | Both | established |
| WSP-RC | C-2 | 232 | 200 | 32 | WSP | Both | established |
| WSP-RC | C-3 | 224 | 200 | 24 | WSP | Both | established |
| WSP-RC | C-4 | 225 | 200 | 25 | WSP | Both | established |
| WSP-RC | H-1 | 103 | 152 | 0 | N/A | Both | established |
| WSP-RC | H-2 | 150 | 152 | 0 | N/A | Both | established |
| WSP-RC | H-3 | 144 | 152 | 0 | N/A | Both | established |
| WSP-RC | H-4 | 142 | 152 | 0 | N/A | Both | established |
| WSP-RC | D-7 | 108 | 152 | 0 | N/A | Both | established |
| WSP-RC | M-2 | 93 | 200 | 0 | N/A | 6 feet | Established |
| **Total** | | **1659** | **1760** | **119** | **Internal** | | |