XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7318
  Fax:  (916) 324-5205
  E-mail:  Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone:  (310) 552-0130
  Fax:  (310) 229-5800
  E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' TWELFTH STATUS REPORT ON FUNDING FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**<br><br>Judge:  The Hon. Kimberly J. Mueller |

## INTRODUCTION

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds.  (ECF No. 6135.)  The Court further ordered Defendants to file an update every thirty days until the funding process is complete.  (*Id.*)  Defendants have filed eleven status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' ongoing efforts to advance the construction of additional licensed crisis beds.  This is Defendants' twelfth status report.

## DISCUSSION

### I. DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD).  (ECF No. 6168.)  The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget.  Defendants timely filed ten additional status reports between June 27, 2019, and March 27, 2020 (ECF Nos. 6208, 6235, 6256, 6297, 6371, 6399, 6436, 6452, 6485, and 6537) and a supplemental report on August 2, 2019.  (ECF No. 6256.)

### II. UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.

As previously reported to the Court in August 2019, based on a review and analysis of the continuing need for additional licensed crisis beds requested by the Joint Legislative Budget Committee, CDCR decided to proceed with its plans to construct 50 new licensed mental health crisis beds at CIM and to defer plans to construct 50 beds at RJD.  (ECF No. 6297 at 3.)  The Legislature and the Governor approved the plan.  (ECF No. 6371 at 3.)  The work on the plan is proceeding as scheduled.  (Borg Decl. ¶ 2.)  Architect Hellmuth, Obata & Kassabaum (HOK) provided CDCR with the one-hundred-percent working drawings deliverable on March 20, 2020. (ECF No. 6537.)  On March 24, 2020, CDCR conducted a teleconference review of the one-hundred percent working drawings.  (*Id.*)  Stakeholders reviewed the plans and provided final design review comments to HOK on April 10, 2020.  (Borg Decl. ¶ 2.)  HOK will incorporate the final comments into the working drawings and submit the drawings to CDCR by April 30, 2020.  CDCR will review these drawings and submit them to the State Fire Marshal (SFM) by May 4, 2020 if the drawings are complete and meet SFM guidelines for submittal.  (*Id.*)

III. **UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.**

As previously reported, the Governor's proposed budget for the 2020-2021 fiscal year contains an appropriation of $91,032,000 for construction of 50 new licensed crisis beds at CIM, which will be considered by the Legislature in the 2020 Budget Act. (ECF No. 6452 at 3.)

IV. **DEFENDANTS CURRENTLY DO NOT EXPECT COVID-19 TO DELAY THE PROJECT.**

CDCR's COVID-19 response plan has not led to any delays to the CIM project as of the date of this report. (Borg Decl. ¶ 3.) Defendants will report any future impacts from the COVID-19 pandemic on the funding and construction process. (*Id.*) If projections and anticipated bed needs change, Defendants will also report those developments and request additional resources through the legislative process.

## CERTIFICATION

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.

Dated: April 27, 2020                                     Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/s/ *ELISE OWENS THORN*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*