| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>KYLE A. LEWIS, State Bar No. 201041<br>LUCAS HENNES, State Bar No. 278361<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                       Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                       Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' TWELFTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Dean L. Borg, declare:

1. I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration to support Defendants' twelfth status report on the funding process for the design and construction of licensed mental health crisis beds in Southern California.

[3419376.1]                                         1

Borg Decl. Supp. Defs.' 12th Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

2. The work on CDCR's plan to construct 50 new licensed mental health crisis beds at the California Institution for Men (CIM) is proceeding as scheduled.  On April 10, 2020, CDCR stakeholders (CDCR project management staff, CDCR facilities operations staff, CDCR medical and mental health staff, CDCR custody staff, consultant construction management staff, and consultant project management staff) provided final design review comments on the plans to Architect Hellmuth, Obata & Kassabaum (HOK).  HOK will incorporate the final comments into the working drawings and submit the drawings to CDCR by April 30, 2020.  CDCR will review these drawings and submit them to the State Fire Marshal (SFM) by May 4, 2020 if the drawings are complete and meet SFM guidelines for submittal.

3. CDCR's response plan to COVID-19 has not led to any delays to the CIM project as of the date of this report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed in Sacramento, California on April 27, 2020.

/s/ *DEAN L. BORG*
DEAN L. BORG
Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*

[3419376.1]    2

Borg Decl. Supp. Defs.' 12th Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))