UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM KJN P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

On April 13, 2020, the Special Master filed a request for appointment of additional staff. ECF No. 6604. The Special Master seeks appointment of Daniel F. Potter, Ph.D., CAIA, to his staff as a data expert. Consistent with the existing compensation structure for the Special Master's team as an expert Dr. Potter is to be compensated at the rate of two hundred fifty dollars ($250.00) per hour for his work and ninety dollars ($90.00) per hour for travel time, plus reasonable expenses. The Special Master has represented to the court that neither party objects to this appointment.

Pursuant to paragraph B(7) of this court's December 11, 1995 order and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The Special Master's April 13, 2020 request for appointment of additional staff, ECF No. 6604, is GRANTED; and

1

2. The Special Master is authorized to appoint Daniel F. Potter, Ph.D. to perform the duties set forth in the Special Master's Request for the Appointment of Additional Staff and the accompanying memorandum, filed April 13, 2020, and to be compensated at the rates set forth in this order.

DATED:  April 28, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE