DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>GAVIN NEWSOM, et al.,<br><br>             Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION REQUESTING AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO APRIL 17, 2020 ORDER**<br><br>Judge:  Hon. Kimberly J. Mueller |

Pursuant to Eastern District of California Civil Local Rules 143 and 144, the parties hereby submit this stipulated request for a two-week extension of time to file a response to the Court's April 17, 2020 Order, ECF No. 6622.

On April 17, 2020, the Court ordered the parties to file a stipulation that would identify Defendants' "sub-plans for management of the delivery of mental health care and programming required by the Program Guide during the COVID-19 pandemic" that "represent temporary departures from certain Program Guide requirements." Order, ECF No. 6622 at 2 (Apr. 17, 2020). The Court ordered the parties to file the stipulation by May 1, 2020.

The parties engaged in an initial meet and confer on this topic, and have determined that the process of coming to agreement on the content of the stipulation will require additional time to complete. Accordingly, the parties request a two-week extension of time to file a stipulation in response to the Court's April 17 Order, with the responsive stipulation to be filed by May 15, 2020.

The Special Master has reviewed and approves this stipulation.

IT IS SO STIPULATED.

DATED: May 1, 2020                     Respectfully submitted,

                                       ROSEN BIEN GALVAN & GRUNFELD LLP

                                       By: */s/ Jessica Winter*
                                           Jessica Winter

                                       Attorneys for Plaintiffs

DATED: May 1, 2020

XAVIER BECERRA
Attorney General of California

By: */s/ Kyle Lewis*
　　Kyle Lewis
　　Deputy Attorney General

Attorneys for Defendants

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, the Court hereby grants the parties' request for an extension of time. The parties' stipulated response to the Court's April 17, 2020 Order, ECF No. 6622 at 2-3, shall be filed no later than May 15, 2020.

IT IS SO ORDERED.

DATED: _____, 2020

　　　　　　　　　　　　　　　　　　　　　
Honorable Kimberly J. Mueller
United States District Judge