| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>GAVIN NEWSOM, et al.,<br><br>           Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION REQUESTING AND ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO APRIL 17, 2020 ORDER**<br><br>Judge:  Hon. Kimberly J. Mueller |

1      Pursuant to Eastern District of California Civil Local Rules 143 and 144, the parties
2 hereby submit this stipulated request for a two-week extension of time to file a response to
3 the Court's April 17, 2020 Order, ECF No. 6622.

4      On April 17, 2020, the Court ordered the parties to file a stipulation that would
5 identify Defendants' "sub-plans for management of the delivery of mental health care and
6 programming required by the Program Guide during the COVID-19 pandemic" that
7 "represent temporary departures from certain Program Guide requirements." Order, ECF
8 No. 6622 at 2 (Apr. 17, 2020). The Court ordered the parties to file the stipulation by
9 May 1, 2020.

10     The parties engaged in an initial meet and confer on this topic, and have determined
11 that the process of coming to agreement on the content of the stipulation will require
12 additional time to complete. Accordingly, the parties request a two-week extension of
13 time to file a stipulation in response to the Court's April 17 Order, with the responsive
14 stipulation to be filed by May 15, 2020.

15     The Special Master has reviewed and approves this stipulation.

17     IT IS SO STIPULATED.

19 DATED:  May 1, 2020                Respectfully submitted,

                                      ROSEN BIEN GALVAN & GRUNFELD LLP

                                      By: */s/ Jessica Winter*
                                           Jessica Winter

                                      Attorneys for Plaintiffs

DATED: May 1, 2020

XAVIER BECERRA
Attorney General of California

By: */s/ Kyle Lewis*
Kyle Lewis
Deputy Attorney General

Attorneys for Defendants

## ORDER

Pursuant to the foregoing stipulation, the Court hereby grants the parties' request for an extension of time. The parties' stipulated response to the Court's April 17, 2020 Order, ECF No. 6622 at 2-3, shall be filed no later than May 15, 2020.

IT IS SO ORDERED.

DATED: May 1, 2020.

CHIEF UNITED STATES DISTRICT JUDGE