CURRICULUM VITAE

**JOSIAH DANIEL RICH, M.D., M.P.H.**

Business Address:    The Miriam Hospital
164 Summit Avenue
Providence, RI 02906

Telephone:    401-793-4770

Facsimile:    401-793-4779

E-mail:    jrich@lifespan.org

## EDUCATION

| | | |
|---|---|---|
| 1977 - 1982 | B.A., Chemistry | Columbia University, New York, NY |
| 1982 - 1983 | Division of Medical Sciences Cell and Developmental Biology | Harvard University, Cambridge, MA |
| 1983 - 1987 | M.D. | University of Massachusetts Medical School, Worcester, MA |
| 1990 - 1991 | M.P.H. | Harvard School of Public Health, Boston, MA |

## POSTGRADUATE TRAINING

| | | |
|---|---|---|
| 1987 - 1988 | Internship | Emory University Affiliated Hospitals, Atlanta, GA |
| 1988 - 1990 | Residency, Internal Medicine | Emory University Affiliated Hospitals, Atlanta, GA |
| 1991 - 1993 | Fellowship HIV/AIDS | Brigham and Women's Hospital, Boston, MA |
| 1991 - 1993 | Fellowship Infectious Disease | Harvard Medical School Combined Infectious Disease Training Program (Beth Israel Hospital, Brigham & Women's Hospital, West Roxbury VA Medical Center, Children's Hospital, Dana Farber Cancer Institute), Boston, MA |

## POSTGRADUATE HONORS AND AWARD

1995 - 2002    Scientist Development Award for Clinicians, The National Institutes on Drug Abuse (NIDA).

1998    The Dr. Charles L. Hill Award, The Rhode Island Medical Society 18th Annual recipient of the Rhode Island Medical Society's Major Award "for service to the profession, the society and the community".

1998    Physician's Recognition Award, The American Medical Association.

| | |
|---|---|
| 1999 | The Miriam Hospital House Staff, Class of 1999, Award for "support and dedication to teaching". |
| 2000 | Charles Hachadorian, Jr. Award, Rhode Island Pharmacists Association, "In recognition of his contribution to the profession of pharmacy and health care". |
| 2000 | Community Service Award, 2000, AIDS Project Rhode Island. |
| 2000 - 2002 | Preceptorship Award, Rhode Island Hospital, The Miriam Hospital, and Brown University "as an outstanding teacher in the field of internal medicine". |
| 2002 | James H. Nakano Citation, The National Center for Infectious Diseases of the Centers for Disease Control and Prevention "for an outstanding scientific paper published in 2001". |
| 2002 | The State of Rhode Island and Providence Plantations Senate Citation "In Recognition of Your Dedication and Commitment to the Care of Patients and Their Families of The Providence Community Health Centers, Inc.". |
| 2003 | The 2002 AIDS Leadership Award, The Rhode Island Community Planning Group  for HIV Prevention. |
| 2004 | Medical Service Award, AIDS Project Rhode Island, 2004 Red Ribbon Community Service Awards, World AIDS Day. |
| 2005 - | Soros Physician Advocacy Fellow |
| 2006 | The Friend of the Field Award, CODAC's 35th Anniversary Celebration. |
| 2006 | Honoree, Physicians for Human Rights, 20th Anniversary Celebration. |
| 2009 | The Warren Alpert Medical School of Brown University, Department of Medicine's Eight Annual Beckwith Family Award for Outstanding Teaching. |
| 2009 | Nominee, Third Annual Riesman Family Excellence in Teaching Award |
| 2012 | 2012 Recipient<br>Neil J. Houston, Jr. Annual Memorial Award for "dedicated service and citizen Contribution towards the criminal justice profession and the public interest" for representing The Center of Prisoner Health and Human Rights |
| 2013 | Public Health Hero Designee<br>Nominated by the Rhode Island Department of Health<br>The Association of State and Health Territorial Officials (ASTHO) in coordination with the United Health Foundation America's Health Rankings |

| 2013 | 2013 Recipient |
|---|---|
| | Bertram Yaffe Award for "long standing service to the advancement of public health in Rhode Island" |
| | Sixteenth Annual Meeting of the Rhode Island Public Health Association, an Affiliate of the American Health Association |

| 2016 | 2016 Recipient/Winner |
|---|---|
| | Cannistra Award for "commitment to caring for some of the state's most disenfranchised patients while concurrently leading policy efforts around issues of HIV treatment and prevention, the justice system and addition medicine/overdose prevention" |
| | Selected by the Thundermist Health Center Board of Directors |

| 2016 | 2016 Recipient |
|---|---|
| | Joyce Ioanes Advocacy Award "To commemorate his work and honor him for the passion, dediction, leadership, and spirit with which he has advocated for individuals, diagnosed with substance use disorders and mental illness, for many years" |
| | State of Rhode Island, Department of Behavioral Healthcare, Developmental Disabilities and Hospitals |

## PROFESSIONAL LICENSES AND BOARD CERTIFICATION

| September 12, 1990 | Board Certification, American Board of Internal Medicine, #407708 |
|---|---|
| June 20, 1990 | Board Certification, Subspecialty, Infectious Disease, # 407708 |
| June 20, 1990 | Commonwealth of Massachusetts Licensure, #72944 |
| 1990 | Diplomate Certificate, American Board of Internal Medicine #134906 |
| April 30, 1993 | Controlled Substance Certificate, DEA Licensure, #BR2339768/XR2339768 |
| July 19, 1994 | State of Rhode Island and Providence Plantations Licensure, #MD08701 |
| 1994 - | Diplomate Certificate, American Board of Internal Medicine, nfectious Diseases #134906 |
| 1995 - | AAHIVM Specialist, Test ID #14896 |
| 2010 - 2020 | Diplomate of the American Board of Addiction Medicine |

| | |
|---|---|
| June 17, 2013 | American Board of Addiction Medicine<br>Maintenance of Certification (MOC), Part II |
| December 15, 2014 | American Board of Addiction Medicine<br>Maintenance of Certification (MOC), Part II |
| September 15, 2015 | American Board of Addiction Medicine<br>2015 Maintenance of Certification (MOC), Part II |

## HOSPITAL APPOINTMENTS

| | |
|---|---|
| 1987- 1990 | Resident, Internal Medicine, Emory University Affiliated Hospitals<br>Atlanta, GA |
| 1990 - 1994 | Graduate Assistant in Medicine, Chelsea Clinic Emergency Room<br>Massachusetts General Hospital, Boston, MA |
| 1991 - 1994 | Urgent Care, Harvard Community Health Plan<br>Boston, MA |
| 1994 - present | Attending Physician<br>The Miriam Hospital<br>Providence, RI |
| 1994 - 1999 | Assistant Professor of Medicine<br>Brown University School of Medicine<br>Providence, RI |
| 1999 - 2000 | Assistant Professor of Medicine and Community Health<br>Brown Medical School<br>Providence, RI |
| 2000 - 2005 | Associate Professor of Medicine and Community Health<br>Brown Medical School<br>Providence, RI |
| 2001 - present | Medical Staff Association<br>The Miriam Hospital<br>Providence, RI |
| 2003 - 2011 | Medical Director, The Whitmarsh House<br>Providence, RI<br>(Rhode Island's only STD Clinic<br> Closed in 2011 due to loss of State Funding) |

| | |
|---|---|
| 2005 - 2011 | Professor of Medicine and Community Health<br>Brown Medical School<br>Providence, RI |
| 2005 - present | Co-Founder and Director<br>The Center for Prisoner Health and Human Rights<br>Providence, RI<br>www.prisonerhealth.org |
| 2011 - present | Professor of Medicine and Epidemiology<br>Warren Alpert Medical School of Brown University<br>Providence, RI |

## OTHER APPOINTMENTS

| | |
|---|---|
| February 1980 -<br>August 1980 | The Cancer Center, Massachusetts Institute of Technology<br>(Worked on a genetic screening system for Huntington's Disease) |
| 1981 (summer) | Laboratory of Molecular Endocrinology, Massachusetts General Hospital<br>(Evaluated hormone gene production in the brain using recombinant DNA<br>technology) |
| Jan - March, 1989 | International Center for Diarrheal Disease Research,<br>(Dhaka) Bangladesh (ICDDRB), an Internationally renowned research<br>center sponsored by World Health Organization and others, Clinical<br>Infectious Disease Clerkship |
| 1991 -1992 | Volunteer and Spokesperson<br>American Cancer Society, Massachusetts Coalition for a Healthy Future |
| 1992 - 1994 | Member of the Board of Directors<br>Group Against Smoking Pollution (GASP) |
| 1995 - 2000 | Physician Member<br>RI Needle Exchange Pilot Program Task Force/ENCORE Steering<br>Committee |
| 1996 - 2003 | Member of the Board of Directors<br>R.I. Rape Crisis Center/Sexual Assault and Trauma Resource Center |
| 1996 - 1997 | The Miriam Hospital Delegate to the Rhode Island Medical Society |
| 1996 - 1997 | Member, Medical Advisory Board<br>Rhode Island Project AIDS |

| | |
|---|---|
| 1996 | Abstract Reviewer<br>National Conference on Women & HIV |
| 1997 | Reviewer, Clinical Committee<br>Ryan White Title III Program Resource Center |
| 1997 | TB Advisory Committee<br>Rhode Island Department of Health |
| 1997 - present | Faculty Mentor<br>Brown International Health Institute Fogarty Fellowship |
| 1997 | Conference Organizer<br>"HIV and Injection Drug Use in Rhode Island"<br>(Conceived of and organized a day-long conference, including support<br>from the CDC, Rhode Island Medical Society, and others with speakers<br>from the CDC, Rhode Island Department of Health, Connecticut<br>Department of Health, Harvard School of Public Health, Boston Police<br>Department, and others.) |
| 1998 - 2008 | Member, Board of Directors<br>AIDS Project Rhode Island |
| 1999 - 2003 | Advocacy Committee Member<br>Rhode Island Public Health Association |
| 1999 | Grant Reviewer<br>National Institutes of Health - Hepatitis C: Natural History, Pathogenesis,<br>Therapy and Prevention (ad hoc committee) |
| 1999 | Grant Reviewer<br>United States Department of Health Human Services Ryan White Title III<br>EIS Grant Objective Review Committee |
| 1999 - 2005 | Editorial Board Member<br>Infectious Disease Practice |
| 2000 - 2001 | Editorial Board Member<br>The American Journal of Medicine & Sports |
| 2000 - 2004 | Regional Editorial Advisory Board Member<br>HEPP News (HIV Education Prison Project)<br>Brown University AIDS Program (BRUNAP) |

| | |
|---|---|
| 2001 - 2008 | Section Editor<br>Journal of Urban Health |
| 2001 - 2003 | Member, Board of Directors<br>Rhode Island Public Health Association |
| 2001 - 2003 | Editorial Board Member<br>HIV Inside (A Quarterly Newsletter for Correctional Professionals) |
| 2001 - 2005 | Member<br>HIVQUAL Title III Project Clinical Advisory Committee<br>NYSDOH AIDS Institute, Office of the Medical Director |
| 2002 | Expert Witness<br>Regarding Evidence that Access to Clean Syringes Leads to a Decrease<br>in HIV Risk and not to an Increase in Injection Drug Use Activity<br>Senate Committee on Judiciary, State of Rhode Island |
| 2002 | Research Committee<br>Tenth Annual Senior Residents' Research Day, Brown Medical School |
| 2002 - 2007 | Reviewer<br>The Robert Wood Johnson Foundation Substance Abuse Policy<br>Research Program |
| 2002 - 2011 | Member<br>National Coalition of STD Directors (NCSD) |
| 2003 - 2008 | Health Advisory Committee Member<br>Travelers AID (homeless service agency) |
| 2003 | Reviewer<br>NIH/NIDA Clinical Loan Repayment Program (LRP)<br>ZDA1-EXA-S (36) |
| 2003 | Abstract Reviewer<br>2003 National HIV Prevention Conference |
| 2003 | Grant Peer Review<br>NIH (Comprehensive International Program of Research on AIDS<br>(CIPRA) (Review of R03 and U01 Grant Applications) |
| 2003 | Research Committee<br>Fellowship Program |

| | |
|---|---|
| 2003 | Expert Panel Member<br>The University of Texas Medical Branch, School of Medicine<br>12th HIV-related CME Course |
| 2003 | Associate Director and Chair, CME Course Director<br>Clinical AIDS Task Force<br>Brown University AIDS Program |
| 2004 | Grant Reviewer<br>K12 Mentored Clinical Research Scholar Award<br>Albert Einstein College of Medicine, Bronx, NY |
| 2004 | Reviewer of Submitted Abstracts<br>132nd Annual Meeting<br>American Public Health Association |
| 2004 | Reviewer<br>Applications for Loan Repayment Program<br>ZDH1-EXZ-S (31)<br>National Institute of Health |
| 2004 | National Advisory Panel Member<br>Evaluating a National Model for Viral Hepatitis Training<br>New York State Department of Health/CDC |
| 2004 | Peer Reviewer<br>HIV Clinical Guidelines Program – Non-occupational PEP<br>New York State Dept. of Health/John Hopkins University |
| 2004 | Research Committee Member:  "5th National Harm Reduction<br>Conference".  Working Under Fire: Drug Users Health and Justice<br>New Orleans, Louisiana |
| 2004 | NIH/NIDA Loan Repayment Applicant Reviewer |
| 2004 | Abstract Reviewer<br>American Public Health Association |
| 2004 | 132nd Annual meeting, HIV/AIDS Program<br>Delegate to the House of Delegates<br>Massachusetts Medical Society |

| | |
|---|---|
| 2003 - 2005 | National Medical Advisory Panel<br>"Evaluating a National Model for Viral Hepatitis Training"<br>New York State Department of Health,<br>In partnership with the State Office of Alcohol and<br>Substance Abuse Services<br>New York Department of Health and Mental Hygiene and the AIDS<br>Community Outreach Initiative of America |
| 2004 | Planning Committee Consultant<br>2005 National HIV Prevention Conference<br>Atlanta, Georgia |
| 2005 | Extramural Loan Repayment Program Reviewer<br>NIH/NIDA Special Emphasis Panel |
| 2005 | Scholarship Reviewer<br>2005 National HIV Prevention Conference<br>Atlanta, GA |
| 2005 | Abstract Reviewer<br>International Conference on Urban Health<br>Toronto, Canada |
| 2005 | HIV Monograph Reviewer<br>Johns Hopkins<br>Advanced Studies in Medicine |
| 2005 | Peer Reviewer<br>Health Services Research & Development<br>Research Awards 2005 |
| 2005 | Grant Reviewer<br>Lifespan Research Advisory Committee<br>2005 Developmental Grant Program |
| 2005 - 2009 | Health Action AIDS Advisory Board Member<br>Physicians for Human Rights |
| 2006 | Reviewer<br>NIH/NIDA Loan Repayment Program<br>Scientific Review and Evaluation Award |

2006                        Abstract Reviewer
                           American Public Health Association
                           134th Annual Meeting and Exposition
                           HIV/AIDS Program

2006                        Reviewer
                           Substance Abuse Policy Research Program
                           Center for Creative Leadership
                           The Robert Wood Johnson Foundation

2006                        Reviewer
                           NIH/NIMH Special Emphasis Panel (R25)
                           Mentoring Program to Diversify the Mental Health HIV/AIDS
                           Research Workforce through Innovative Educational Initiatives

2006                        Advocate Panelist
                           Physicians for Human Rights

2007 - 2011                 Faculty Member
                           Sylvie  Ratelle STD/HIV Prevention Training Center of New England

2007                        National Institutes of Health, AIDS Fellowship Reviewer
                           Center for Scientific Review

2007                        Scholarship Reviewer
                           2007 National HIV Prevention Conference

2007                        Reviewer
                           R&D Excellence Awards
                           Kentucky Science and Engineering Foundation (KSEF)

2007                        Abstract Reviewer
                           American Public Health Association
                           135th Annual Meeting and Exposition

2007                        Abstract Reviewer
                           2007 National HIV Prevention Conference

2007                        Scholarship Reviewer
                           2007 National HIV Prevention Conference

2008                        NIH Peer Reviewer
                           AIDS Fellowship Meeting

| | |
|---|---|
| 2008 | Abstract Reviewer<br>AIDS, 2008 |
| 2008 - | Peer Reviewer<br>Office of Justice Programs (OJP)<br>On-Line Database |
| 2008 | Abstract Reviewer<br>XVII International AIDS Conference |
| 2009 - | Mentor<br>National Institutes of Health<br>Fogarty International Center<br>Division of International Relations (DIR) |
| 2009 | Final Performance Reviewer<br>Oak Ridge Associated Universities (ORAU)<br>On Behalf of the Pennsylvania Department of Health |
| 2009 | Editorial Board Member<br>Virulence Journal |
| 2009 | Abstract Reviewer<br>American Public Health Association<br>137th Annual Meeting & Exposition |
| 2009 | NIDA (X02) Application Reviewer<br>2009 NIDA Director's Avant-Garde Award |
| 2009 | Abstract Reviewer<br>International AIDS Society<br>5th IAS Conference on HIV Pathogenesis, Treatment and Prevention |
| 2009 - 2010 | Delegate, Massachusetts Medical Society (MMS),<br>House of Delegates (HOD) |
| 2009 - | Member, Rhode Island ADAP Clinical Advisory Committee |
| 2010 - | Co-Chair, Committee on Health, Mental Health & Substance Use<br>Disorders of the National Reentry Resource Center |
| 2010 | Review Board Member<br>IAS-NIDA Fellowship on HIV & Drug Use |

| | |
|---|---|
| 2010 - 2013 | Public Health Associate Editorial Board Member<br>BioMed Central (BMC) |
| 2010 | External Advisory Committee Member<br>Center for Biomedical Research RCMI<br>Tuskegee University |
| 2010 | Author<br>eMedicine Online Clinical Knowledge Base |
| 2010 - 2011 | Postdoctoral Training Program Faculty Member<br>Center for Alcohol and Addiction Studies (CAAS) |
| 2011 | Editorial Board Member<br>AIDS and Behavior |
| 2011 | Review Board Member<br>IAS-NIDA Fellowship<br>HIV and Drug Use |
| 2011 | Author<br>eMedicine/Medscape Reference |
| 2011 | Co-Chair<br>2011 AIDS Walk for Life (Rhode Island) |
| 2012 | NIDA (X02) Avant-Garde Application Reviewer<br>2012 NIDA Director's Avant-Garde Award |
| 2011 - | Core FIT Faculty<br>Fellow Immersion Training (FIT) Program<br>Clinical Addiction Research and Education (CARE) Program<br>Addiction Medicine: Research Training for Clinical Fellows |
| 2012 | Associate Editor<br>BMC Public Health |
| 2012 - | Inaugural Board Member<br>Academic Consortium for Criminal Justice Health (ACCJH) |
| 2012 - 2017 | External Reviewer<br>Global Health Fellows and Scholars Program<br>(Fogarty International Center) |

| | |
|---|---|
| 2012 - | Committee Member<br>The National Academies of Sciences<br>Committee on the Causes and Consequences of High Rates of Incarceration<br>Division of Behavioral and Social Sciences and Education<br>DBASSE Committee on Law and Justice |
| 2012 | Moderator<br>Workshop on Health and Incarceration<br>National Research Council, The National Academies of Sciences |
| 2012 - 2014 | External Reviewer<br>Global Health Equity Scholars Fellowship Program (GHES)<br>(University of California, Berkeley) |
| 2012 - | Editorial Board<br>Health & Justice Journal |
| 2012 - | Editorial Advisory Board Member<br>International Journal of Prisoner Health |
| 2013 | NIH/NIDA Grant ApplicationReviewer<br>PAR 12-222 (U01) "Cohort Studies of HIV/AIDS and Substance Use" |
| 2013 | NIH/NIDA Grant Application Reviewer<br>PAR-12-297 (R21) "Mechanism for Time-Sensitive Drug Abuse Research" |
| 2014 - | Invited Committee Member<br>R.I. Medicaid Medical Care Advisory Committee (MCAC)<br>Executive Offices of Health and Human Services (EOHHS) |
| 2014 - | Invited Board Member<br>Global Institute for Health and Human Rights Advisory Board |
| 2015 - | Board of Directors<br>Drug Policy Alliance |
| 2015 - | NHMRC Project Grants Peer Reviewer<br>National Health and Medical Research Council (NHMRC)<br>Research Grants Management System |
| 2015 - | Executive Advisory Committee (EAC)<br>Mailman School of Public Health<br>Columbia University |

2015                            Abstract Reviewer
9th Academic Health & Policy Conference on Correctional Health

2015 -                        RI Overdose Prevention and Intervention Task Force
Governor Appointed Expert Team Member
http://www.strategicplanri.org/

2015                            NIH Grant Application Reviewer
NIH/NIAID Scientific Review Program
"Staphylococcus Aureus Colonization"

2015                            Lifespan/Brown R25 Pilot Award Application Reviewer
Criminal Justice Research Program on Substance Use,
HIV, and Comorbidities
"Nutritional and Health Challenges in Adults on Probation
and Parole in Rhode Island: Identifying Barriers and Facilitators"

2015                            Scholarship Reviewer
Academic Health & Policy Conference on Correctional Health

2015                            Fellowship Program Reviewer
2016-2017 Global Health Equity Scholars Fellowship Program

2016                            Buprenorphine/DATA Waiver Trainer
Treatment for Opioid Use Disorders
American Academy of Addiction Psychiatry (AAAP)
Providers' Clinical Support System for
Medication Assisted Treatment (PCSS-MAT)

2016                            Appointed Member
Workshop Steering Committee
Improving Collection of Indicators of Criminal Justice System
Involvement in Population Health Data Programs
National Academies of Sciences, Division of Behavioral
and Social Sciences and Education

2016                            NIH Application Reviewer
NIH Behavioral Genetics and Epidemiology Methadone Study

2016                            NIH/NIAID Grant Application Reviewer
PAR-13-151 "NIAID Clinical Trial Implementation
Cooperative Agreements (U01)"

2016                            Advocacy Grants Committee
Drug Policy Alliance

2016                    Certified Probuphine (Buprenorphine) Implant for
Subdermal Administration
Braeburn Pharmaceuticals

## MANUSCRIPT REVIEWER

1994 -      Archives of Pathology & Laboratory Medicine
1995 -      Transplantation
1995 -      Journal of Infectious Diseases
1995 -      Clinical Infectious Diseases
1998 -      Journal of AIDS & Human Retrovirology
1998 -      Substance Abuse
1998 -      Drug and Alcohol Dependence
2000 -      Addiction
2001 -      Southern Medical Journal
2001 -      American Journal of Public Health
2001 -      American Pharmaceutical Journal
2001 -      American Family Physician
2001 -      Journal of Acquired Immune Deficiency Syndromes (JAIDS)
2002 -      BioMed Central Public Health
2003 -      The Lancet
2003 -      Journal of Urban Health
2004 -      Preventive Medicine
2004 -      Antiviral Therapy
2004 -      AIDS
2004 -      Journal of HIV Clinical Trials
2004 -      Journal of Health Care for the Poor and Underserved
2005 -      The AIDS Reader
2005 -      American Public Health Association
2005 -      Journal of Correctional Health Care
2006 -      Journal of Epidemiology and Community Health
2006 -      Canadian Medical Association Journal
2006 -      AIDS Patient Care and STDs
2006 -      Public Health Reports
2007 -      The Journal of the American Medical Association
2007 -      Vaccine
2007 -      Medscape General Medicine
2007 -      Journal of Drug Issues
2007 -      Journal of Public Health Policy
2007 -      Women's Health Issues
2008 -      International Journal of Prisoner Health
2008 -      Annals of Epidemiology
2009 -      American Journal of Epidemiology
2009 -      International Journal of Infectious Diseases

2009 -      Virulence
2009 -      Gastroenterology and Hepatology
2010 -      Emerging Infectious Diseases
2010 -      AIDS and Behavior
2010 -      American Journal of Preventive Medicine
2010 -      Journal of Addictive Diseases
2011 -      Health Affairs
2011 -      American Journal of Drug and Alcohol Abuse
2011 -      PLoS ONE
2012 -      Sexually Transmitted Infections
2013 -      Journal of Health Psychology
2013 -      Psychosomatics
2013 -      Contemporary Clinical Trials
2013 -      Health and Justice
2014 -      BMJ Open
2014 -      Addiction Science & Clinical Practice
2014 -      International Journal of Drug Policy
2014 -      Journal of Aging and Health
2015 -      International Journal of STD & AIDS


## HOSPITAL COMMITTEES

2002 - 2003    HIPAA Compliance Committee


## UNIVERSITY COMMITTEES

1999 -        Search Committee, Faculty Position, HIV Disease Epidemiology
              Department of Community Health, Brown University

2002 - 2005   Fleet Fellows Review Committee
              Fleet Boston Community Fellows Program

2005 - 2006   Chair, Medical Faculty Executive Committee (MFEC)
              Brown University School of Medicine

2013 - 2014   Vice Chair, Medical Faculty Executive Committee (MFEC)
              Brown University School of Medicine

2014 - 2016   Chair, Medical Faculty Executive Committee (MFEC)
              Brown University School of Medicine

2016          Past Chairs Subcommittee, Medical Faculty Executive Committee (MFEC)
              Brown University School of Medicine

## MEMBERSHIP IN SOCIETIES

| | |
|---|---|
| 1991 - | Massachusetts Medical Society Delegate, 2002-present |
| 1991 - | American Medical Association |
| 1995 - 1997 | American Society for Microbiology |
| 1995 - | American College of Physicians |
| 1995 - 1999 | American Federation for Medical Research |
| 1995 - | Rhode Island Medical Society |
| 1995 - 1998 | Providence Medical Association |
| 1996 - | Infectious Diseases Society of America |
| 1996 - 1997 | American Society of Addiction Medicine |
| 1998 - | American Public Health Association |
| 1999 - | American College of Physician-Fellow (FACP) |
| 1999 - | Infectious Disease Society of America-Fellow (IDSA) |
| 2000 - | American Academy of HIV Medicine |
| 2003 - | Health Care for the Homeless |

## ORIGINAL PUBLICATIONS IN PEER-REVIEWED JOURNALS

1. **Rich JD**, Crawford JM, Kazanjian SN, Kazanjian PH.  Discrete gastrointestinal mass lesions caused by cytomegalovirus in patients with AIDS: report of three cases and review. *Clin Infect Dis* 15(4):609-14, 1992.

2. DeMuria D, Forrest A, **Rich JD**, Scavone JM, Cohen LG, Kazanjian PH. Pharmacokinetics and bioavailability of fluconazole in patients with AIDS.  *Antimicrob Agents Chemo* 37(10):2187-92, 1993.

3. **Rich JD**, Buck A, Tuomala RE, Kazanjian PH. Transmission of human immunodeficiency virus infection presumed to have occurred via female homosexual contact.  *Clin Infect Dis* 17(6):1003-5, 1993.

4. Slutsky AM, Arbeit RD, Barber TW, **Rich JD**, Von Fordham Reyn C, Pieciak W, Barlow MA, Maslow, JN.  Polyclonal infections due to *mycobacteriupom avium* complex in patients with AIDS detected by pulsed-field gel electrophoresis of sequential clinical isolates. *J Clin Microbiol* 32(7):1773-8, 1994.

5. Sax PE, **Rich JD**, Pieciak WS, Trnka YM.  Intestinal microsporidiosis occurring in a liver transplant recipient. *Transplantation* 60(6):617-8, 1995.

6. Ramratnam B, Parameswaran J, Elliot B, Newstein M, Schiffman FJ, **Rich JD**, Flanigan TP. Short course dexamethasone for thrombocytopenia in AIDS.  *Am J Med* 100(1):117-8, 1996.

7.  **Rich JD**, Mirochnick M. Dapsone penetrates cerebrospinal fluid during pneumocystis *carinii pneumoniae* prophylaxis. *Diag Microbiol & Infect Dis* 24(2):77-9, 1996.

8.  Joste NE, **Rich JD**, Busam KJ, Schwartz DA.  Autopsy verification of *encephalitozoon intestinalis* (microsporidiosis) eradication following albendazole therapy. *Arch Pathol Lab Med* 120(2):199-203, 1996.

9.  Flanigan TP, Cu-Uvin S, **Rich JD**, Mileno M, Vigilante K, Tashima K. Update of HIV and AIDS in North America.  *Med Health RI* 79(5):180-7, 1996.

10. Elliot BC, Rogers M, **Rich JD**.  Indeterminate results of HIV testing: explanation and clinical management. *Med Health/RI* 79(10):360-2, 1996.

11. Cu-Uvin S, Flanigan TP, **Rich JD**, Mileno MD, Mayer KH, Carpenter CC. Human immunodeficiency virus infection and acquired immune deficiency syndrome among North American women. *Am J Med* 101(3):316-22, 1996.

12. Mylonakis E, **Rich JD**, Flanigan T, Kwakwa H, De Orchis DF, Boyce J, Mileno MD. Muscle abscess due to *aspergillus fumigatus* in a patient with AIDS. *Clin Infect Dis* 23(6):1323-4, 1996.

13. Kazanjian P, **Rich JD**, Engels E, Schwartz D. Pleural pneumocystosis in AIDS patients: clinical review. *Infect Dis Clin Pract* 6(1):12-6,1997.

14. Mylonakis E, **Rich JD**, Skolnik PR, De Orchis DF, Flanigan T. Invasive *aspergillus* sinusitis in patients with human immunodeficiency virus infection: Report of 2 cases and review. *Medicine* 76(4):249-55, 1997.

15. **Rich JD**, Sullivan T, Greineder D, Kazanjian PH. Trimethoprim/sulfamethoxazole incremental dose regimen in human immunodeficiency virus-infected persons. *Ann Allergy Asthma Immunol* 79(5):409-14, 1997.

16. Farrar DJ, Flanigan TP, Gordon NM, Gold RL, **Rich JD**. Tuberculous brain abscess in a patient with HIV infection: case report and review. *Am J Med* 102(3):297-301, 1997.

17. Pugatch D, **Rich JD**, Flanigan TP.  HIV infection in Rhode Island adolescents.  *Med Health/RI*  80(10):331-3, 1997.

18. **Rich JD**, Ramratnam B, Chiang M, Tashima KT. Management of indinavir associated nephrolithiasis.  *J Urology* 158(6):2228, 1997.

19. Kim JY, **Rich JD**, Zierler S, Lourie K, Vigilante K, Normandie L, Snead M, Renzi J, Bury-Maynard D, Loberti P, Richman R, Flanigan T. Successful community follow-up and reduced recidivism in HIV positive women prisoners.  *J Corr Health Care* 4(1):5-17, 1997.

20.  Mylonakis E, Mileno MD, Flanigan TP, De Orchis DF, **Rich JD**.  Pulmonary invasive *aspergillosis* patients infected with HIV: Report of two cases.  *Heart Lung* 27(1):63-6, 1998.

21.  **Rich JD**, Dickinson BP, Spaulding A, Lafazia L, Flanigan TP.  Interpretation of indeterminate HIV serology results in an incarcerated population.  *J AIDS* 17(4):376-9, 1998.

22.  Mylonakis E, Koutkia P, Dickinson B, **Rich JD**, Flanigan T, Horwitz H. Case report vasculitis in HIV infection.  *AIDS Reader* 8(4):192-3, 1998.

23.  Pugatch D, Mileno MD, **Rich JD**.  Possible transmission of Human immunodeficiency virus type 1 from body piercing. *Clin Infect Dis* 26(3):767-8, 1998.

24.  Mylonakis E, Barlam TF, Flanigan T, **Rich JD**.  Pulmonary aspergillosis and invasive disease in AIDS: review of 342 cases. *Chest* 114(1):251-62, 1998.

25.  **Rich JD**, Dickinson BP, Carney JM, Fisher A, Heimer R.  Detection of HIV-1 nucleic acid and HIV-1 antibodies in needles and syringes used for non-intravenous injection.  *AIDS* 12(17):2345-50, 1998.

26.  **Rich JD**, Dokson L, Dickinson BP.  The economic cost of strict syringe control.  *Med Health RI*  81(6):207-8, 1998.

27.  Mylonakis E, Merriman NA, **Rich JD**, Flanigan T, Walters BC, Tashima KT, Mileno MD, van Der Horst CM.  Persistent parvovirus B19 related anemia of seven years' duration in an HIV-infected patient:  complete remission associated with highly active antiretroviral therapy. *Am J Hematol* 60(2):164-6, 1999.

28.  **Rich JD**, Merriman NA, Mylonakis E, Greenough TC, Flanigan TP, Mady BJ, Carpenter CCJ.  Misdiagnosis of HIV due to HIV-1 plasma viral load testing: a case series.  *Ann Intern Med* 130(1):37-9, 1999.

29.  **Rich JD**, Dickinson BP, Flaxman AB, Mylonakis E.  Local spread of molluscum contagiosum by electrolysis.  *Clin Infect Dis* 28(5):1171, 1999.

30.  Vigilante K, Flynn MM, Affleck PC, Stunkle J, Merriman NA, Flanigan TP, Mitty J, **Rich JD**.  Reduction in recidivism of incarcerated women through primary care, peer counseling, and discharge planning.  *J Women's Health* 8(3):409-15, 1999.

31.  Spaulding A, Greene C, Davidson K, Schneidermann M, **Rich JD**.  Hepatitis C in state correctional facilities.  *Prev Med* 28(1):92-100, 1999.

32.  **Rich JD**, Dickinson BP, Flanigan TP, Valone SE.  Abscess related to anabolic-androgenic steroid injection. *Med Sci Sports Exercise* 31(2):207-9, 1999.

33.  **Rich JD**, Mylonakis E, Nossa R, Chapnick RM.  Highly active antiretroviral therapy leading to resolution of porphyria cutanea tarda in a patient with AIDS and hepatitis C.  *Diag Dis Sci* 44(5):1034-7,1999.

34.  **Rich JD**, Strong L, Towe CW, McKenzie M.  Obstacles to needle exchange participation in Rhode Island.  *J AIDS* 21(5):396-400, 1999.

35.  **Rich JD**, Foisie CK, Towe CW, Dickinson BP, McKenzie M, Salas CM.  Needle exchange program participation by anabolic steroid injectors, United States 1998.  *Drug Alc Depend* 56(2):157-60,1999.

36.  **Rich JD**, Dickinson BP, Feller A, Pugatch D, Mylonakis E.  Infectious complication of anabolic-androgenic steroid injection.  *Int J Sports Med* 20(8):563-5, 1999.

37.  Mylonakis E, Merriman N, **Rich JD**, Flanigan TP, Walters BC, Tashima KT, Mileno MD, van der Horst CM.  Use of cerebrospinal fluid shunt for the management of elevated intracranial pressure in a patient with active AIDS-related cryptococcal meningitis.  *Diag Microbiol Infect Dis* 34:111-4, 1999.

38.  **Rich JD**, Dickinson BP, Macalino G, Flanigan TP, Towe CW, Spaulding A, Vlahov D.  Prevalence and incidence of HIV among incarcerated and re-incarcerated women in Rhode Island.  *J Acquir Immune Defic Syndr* 22(2):161-6, 1999.

39.  Chodock R, Mylonakis E, Shemin D, Runarsdottir V, Yodice P, Renzi R, Tashima K, Towe C, **Rich JD**.  Survival of a human immunodeficiency patient with nucleoside-induced lactic acidosis: role of haemodialysis treatment. *Nephr Dialy Transplant* 14:2484-6, 1999.

40.  Spaulding AC, Lally M, **Rich JD**, Dieterich DT.  Hepatitis B & C in the context of HIV disease: a review, with an emphasis on implications for incarcerated populations.  *AIDS Reader* 9(7):481-91, 1999.

41.  Willy R, Salas C, **Rich JD**.  Long-term non-progression of HIV-1 in a patient co-infected with HTLV-II.  *Diag Microbiol Infect Dis* 35(4):269-70, 1999.

42.  Farley JL, Adelson Mitty J, Lally M, Burzynski JN, Tashima K, **Rich JD**, Cu-Uvin S, Spaulding A, Normandie L, Snead M, Flanigan T.  Comprehensive medical care among HIV-positive incarcerated women:  the Rhode Island experience.  *J Women Health Gender-Based Med* 9(1):51-6, 2000.

43.  **Rich JD**, Foisie CK, Towe CW, McKenzie M, Salas CM.  High street prices of syringes correlate with strict syringe possession laws.  *Amer J Drug Alc Abuse* 26(3):481-7, 2000.

44. Mylonakis E, Sax PE, Skolnik PR, **Rich JD.** Central nervous system aspergillus in patients with human immunodeficiency virus infection: report of six cases and review. *Med* (Baltimore) 79(4):269-80, 2000.

45. **Rich JD**, Whitlock T, Towe C, McKenzie M, Runarsdottir V, Aboagye-Kumi M, Burris S. Prescribing syringes to prevent HIV: a survey of infectious disease and addiction medicine physicians in Rhode Island. *Sub Use Misuse* 36(5):535-50, 2001.

46. Burris S, Lurie P, Abrahamson D, **Rich JD**. Physician Prescribing of Sterile Injection Equipment to Prevent HIV Infection: Time for Action. *Ann Int Med* 133(3):218-26, 2000.

47. Mylonakis E, Paliou M, Lally M, Flanigan TP, **Rich JD**. Laboratory testing for infection with the human immunodeficiency virus (HIV): established and novel approaches. *Am J Med* 109(7):568-76, 2000.

48. **Rich JD**, Strong L, Mehrotra M, Macalino G. Strategies to optimize the impact of needle exchange programs. *AIDS Reader* 10(7):421-9, 2000.

49. Mylonakis E, Paliou M, Greenbough TC, Flanigan T, Letvin N, **Rich JD**. Report of a false-positive HIV test result and the potential use of additional tests in establishing HIV status. *Arch Int Med* 160(15):2386-8; 2000.

50. Mylonakis E, Feller A, Salas C, Dickinson B, Valone S, **Rich JD**. Infectious and noninfectious complications of anabolic steroids in adults and adolescents. *Am J Med Sports* 7(4):250-5, 2000.

51. Stein MD, **Rich JD**, Maksad J, Chen MH, Hu P, Sobota M, Clarke JG. Adherence to antiretroviral therapy among HIV-infected methadone patients: the effect of ongoing illicit drug use. *Am J Drug Alc Abuse* 26(2):195-205, 2000.

52. Cannon MJ, Dollard SM, Smith DK, Klein RS, Schuman P, **Rich JD**, Vlahov D, Pellett PE. Blood-borne and sexual transmission of human herpesvirus 8 in women with or at risk for human immunodeficiency virus infection. *New England J Med* 344(9):637-43, 2001.

53. **Rich JD**, Macalino GE, McKenzie M, Burris S. Syringe prescription to prevent HIV infection in Rhode Island: a case study. *Am J Pub Health* 91(5):699-700, 2001. PMCID: PMC1446672

54. Mylonakis E, Paliou M, **Rich JD**. Plasma viral load testing in the management of HIV infection. *Am Fam Phys* 63(3):483-90, 2001.

55. Thomas DL, **Rich JD**, Schuman P, Smith D, Astemborski J, Nolt K, Klein R, for the HIV Epidemiology Research (HER) Study Group. Multicenter evaluation of hepatitis C RNA levels among female injecting drug users. *J Infect Dis* 183:973-6, 2001.

56. **Rich JD**, McKenzie M, Macalino G, Runarsdottir V, Gaydos M, Mehrotra M, Stein J, Whitlock T, Salas C, Burris S.  The genesis of syringe prescription to prevent HIV in Rhode Island.  *Health Matrix: J Law-Med* 11(1):129-45, 2001.

57. Mileno M, Barnowski C, Fiore T, Gormley J, **Rich JD**, Rinchen-Tzo E, Carpenter CCJ.  Factitious HIV syndrome in young women.  *AIDS Reader* 11(5):278-82, 2001.

58. Charuvastra A, Stein J, Schwartzapfel B, Spaulding A, Horowitz E, Macalino G, **Rich JD**.  Hepatitis B vaccination practices in state and federal prisons.  *Pub Health Reports* 16(3):203-9, 2001.  PMCID: PMC1497321

59. **Rich JD**, Holmes L, Salas C, Macalino G, Davis D, Ryczek J, Flanigan T.  Successful linkage of medical care and community services for HIV-positive offenders being released from prison.  *J Urban Health* 78(2):279-89, 2001.  PMCID:  PMC3456358

60. Pugatch D, Strong LL, Has P, Patterson D, Combs C, Reinert S, **Rich JD**, Flanigan T, Brown L.  Heroin use in adolescents and young adults admitted for drug detoxification.  *J Sub Abuse* 13:337-46, 2001.

61. **Rich JD**, Hou J, Charuvastra A, Towe C, Lally M, Spaulding A, Bandy U, Donnelly E, Rompalo A.  Risk factors for syphilis among incarcerated women in Rhode Island.  *AIDS Pt Care STDs* 15(11):581-5, 2001.

62. Clarke JG, Stein MD, Ilanna L, Sobota M, **Rich JD**.  Active and former injection drug users report of HIV risk behaviors during periods of incarceration.  *Sub Abuse* 22(4):209-16, 2001.

63. Howard AA, Arnsten JH, Lo Y, Vlahov D, **Rich JD**, Schuman P, Stone VE, Smith DK, Schoenbaum EE, for the HER Study Group.  A prospective study of adherence and viral load in a large multi-center cohort of HIV-infected women.  *AIDS* 16:2175-82, 2002.

64. **Rich JD**, Martin EG, Macalino GE, Paul RV, McNamara S, Taylor LE.  Pharmacist support for selling syringes without a prescription to injection drug users in Rhode Island.  *J Am Pharm Assoc* 42(6, Suppl 2):S58-S61, 2002.

65. Desai AA, Latta ET, Spaulding A, **Rich JD**, Flanigan TP.  The importance of routine HIV testing in the incarcerated population: the Rhode Island experience.  *AIDS Ed Prev* 14(5) (Suppl B):45-52, 2002.

66. **Rich JD**, Wolf FA, Macalino GE.  Strategies to improve access to sterile syringes for injection drug users.  *AIDS Reader* 12(12):527-35, 2002.

67. Allen SA, Spaulding AC, Osei AM, Taylor LE, Cabral AM, **Rich JD**.  Treatment of chronic hepatitis C in a state correctional facility. *Ann Int Med* 138(3):187-90, 2003.  PMID: 12558357

68. Taylor LE, Runarsdottir V, Zami A, Osei A, Sanford S, Macalino G, McKenzie M, Burris S, Gross S, Reinert SE, **Rich JD**.  Would you consider prescribing syringes to injection drug users? Addiction Medicine Conference Survey.  *J Add Dis* 22(1):67-78, 2003.

69. **Rich JD**, Ching CG, Lally MA, Murphy MA, Schwartzapfel B, Charuvastra A, Beckwith CG, Flanigan TP.  A review of the case for hepatitis B vaccination of high-risk adults.  *Am J Med* 114(4):316-8, 2003.

70. **Rich JD**, Taylor LE, Mehrotra M, Mason R, Stozek M, Stancliff S.  Prescribing syringes to injection drug users: what the family physician should know. *Am Fam Phys*, 68(1):45-7, 2003.

71. Macalino GE, Ko H, Celentano DD, Hogan JW, Schoenbaum EE, Schuman P, **Rich JD** for the HER Study Group.  Drug use patterns over time among HIV-seropositive and HIV-seronegative women: the HER study experience.  *JAIDS HR* 33(4):500-5, 2003.

72. Macalino GE, Weston RS, Wolf FA, Sanford-Colby SL, McKenzie MM, **Rich JD**.  Research note: acceptability and utility of a hand-held syringe disposal device for active injection drug users.  *J Drug Issues* 33(2):519-32, 2003.

73. Clarke J, Schwartzapfel B, Pomposelli J, Allen S, Spaulding A, **Rich JD**.  Hepatitis B vaccination of incarcerated women: a pilot program.  *J Health Care Poor Underserved* 14(3):318-23, 2003.

74. Allen SA, **Rich JD**, Schwartzapfel B, Friedmann PD. Hepatitis C among offenders: correctional challenge and public health opportunity.  *Federal Probation* 67(2):22-6, 2003.

75. Stancliff S, Agins B, **Rich JD**, Burris S. Syringe access for the prevention of blood borne infections among injection drug users. *BMC (BioMed Central) Public Health* 3:37, 2003. PMCID: PMC317318

76. **Rich JD**, McKenzie M, Macalino GE, Taylor LE, Sanford-Colby S, Wolf F, McNamara S, Mehrotra M, Stein MD.  A syringe prescription program to prevent infectious disease and improve health of injection drug users. *J Urban Health* 81(1):122-34, 2004.

77. Boutwell AE, Wolf FA, McKenzie M, Sanford-Colby SL, Fulton JP, **Rich JD**. A comparison of syringe prescription and syringe exchange in Rhode Island, USA. *Int'l J Drug Policy* 14(5/6):457-9, 2003.

78. Vallabhaneni S, Macalino GE, Reinert SE, Schwartzapfel B, Wolf FA, **Rich JD**. Prisoners' attitudes toward hepatitis B vaccination. *Prev Med* 38(6):828-33, 2004.

79. Stozek MA, Taylor LE, LeBreux L, Olson J, Wolf F, **Rich JD**.  Prescribing syringes to injection drug users with HIV: an important clinical and public health tool. *JANAC* 15(2):59-63, 2004.

80. Kwara A, Carter EJ, **Rich JD**, Flanigan TP. Development of opportunistic infections after diagnosis of active tuberculosis in HIV-infected patients. *AIDS Pt Care STDs* 18(6):341-7, 2004.

81. Macalino GE, Vlahov D, Sanford S, Patel S, Sabin K, Salas C, **Rich JD**. Prevalence and incidence of human immunodeficiency virus, hepatitis B virus and hepatitis C virus infections among males in Rhode Island prisons. *Am J Pub Health* 94(7):1218-23, 2004. PMCID: PMC1448424

82. Macalino GE, Hou JC, Kumar MS, Taylor LE, Sumantera IG, **Rich JD**. Hepatitis C infection and incarcerated populations. *Int'l J Drug Pol* (15)2:103-14, 2004.

83. **Rich JD**, Boutwell AE, Shield DC, Key RG, McKenzie M, Clarke JG, Friedmann PD. Attitudes and practices regarding the use of methadone in US state and federal prisons. *J Urban Health* 82(3):411- 9, 2005.

84. **Rich JD**, McKenzie M, Shield DC, Wolf FA, Key RG, Poshkus M, Clarke J. Linkage with methadone treatment upon release from incarceration: a promising opportunity. *J Add Dis* 24(3):49-59, 2005.

85. Macalino GE, Vlahov D, Dickinson BP, Schwartzapfel B, **Rich JD**. Opportunities to address the hepatitis C epidemic in the correctional setting. *Clin Infect Dis* (Suppl 5) 40:S367-72, 2005.

86. Macalino GE, Vlahov D, Dickinson BP, Schwartzapfel B, **Rich JD**. Community Incidence of hepatitis B and C among reincarcerated women. *Clin Infect Dis* 41(7):998-1002, 2005.

87. Macalino GE, Dhawan D. **Rich JD**. A missed opportunity: hepatitis C screening of prisoners. *Am J Public Health* 95(10):1739-40, 2005. PMCID: PMC1449429

88. Edlin BR, Kresina TF, Raymond DB, Carden MR, Gourevitch MN, **Rich JD**, Cheever LW, Cargill VA. Overcoming barriers to prevention, care, and treatment of hepatitis C in illicit drug users. *Clin Infect Dis* 40(Suppl 5):S276-85, 2005. PMCID: PMC1510897

89. McKenzie M, Macalino G, McClung C, Shield DC, **Rich JD**. o therapy at time of release from incarceration: project MOD, a pilot program. *J Opiate Manage* 1(3):147-51, 2005.

90. **Rich JD**, Anderson BJ, Schwartzapfel B, Stein MD. Sexual risk for hepatitis B virus infection among hepatitis C virus-negative heroin and cocaine users. *Epidemiol Infect* January, 2005:1-7, doi: 10.1017/S0950268805005248, Published Online September 30, 2005.

91. Vallabhaneni S, Macalino GE, Reinert SE, Schwartzapfel B, Wolf FA, **Rich JD**. Prisoners favour hepatitis C testing and treatment. *Epidemiol Infect* 134(2):243-8, 2005.

92.  Merchant RC, Schwartzapfel BL, Wolf FA, Li W, Carlson L, **Rich JD**.  Demographic, geographic, and temporal patterns of ambulance runs for suspected opiate overdose in Rhode Island, 1997-2002. *Sub Use Misuse* 41(9):1209-26, 2006.

93.  Lally MA, Gaitanis MM, Vallabhaneni S, Reinert St, Mayer KH, Zimet G, **Rich JD**. Willingness to receive an HIV vaccine among incarcerated persons.  *Prev Med* 43(5):402-5, 2006.

94.  Allen SA, **Rich JD**, Bux RC, Farbenblum B, Berns M, Rubenstein L.  Deaths of detainees in the custody of U.S. forces in Iraq and Afghanistan from 2002 to 2005.  *Medscape Gen Med*, 2006.  PMCID: PMC1868355

95.  Zaller N, Brett J, Carleton J, Thurmond P, **Rich JD**.  Linkage to methadone treatment from acute opiate detoxification treatment.  *J Opioid Manage* 2(6):341-6, 2006.

96.  Beletsky L, Ruthazer R, Macalino GE, **Rich JD**, Tan L, Burris S.  Physicians' knowledge of and willingness to prescribe naloxone to reverse accidental opiate overdose: challenges and opportunities.  *J Urban Health* 84(1):126-36, 2007.  PMCID: PMC2078257

97.  Beckwith CG, Moreira CC, Aboshady HM, Zaller N, **Rich JD**.  A success story: HIV prevention for injection drug users in Rhode Island.  *Subst Abus Treat Prev Pol* 1:34-7, 2006. PMCID: PMC1698472

98.  Tedeschi SK, Bonney LE, Manalo R, Mayer KH, Shepardson S, **Rich JD,** Lally MA. Vaccination in juvenile correctional facilities: state practices, hepatitis B, and the impact on anticipated sexually transmitted infection vaccines.  *Pub Health Rep* 122(1):44-8, 2007. PMCID: PMC1802118

99.  Zaller N, Thurmond P, **Rich JD**.  Limited spending: an analysis of correctional expenditures on antiretrovirals for HIV infected prisoners. *Pub Health Reports* 122(1): 49-54, 2007.  PMCID: PMC1802113

100.  Beckwith CG, Atunah-Jay S, Cohen J, Macalino G, Poshkus M, **Rich JD**.  Feasibility and acceptability of rapid HIV testing in jail.  *AIDS Pt Care STDs* 21(1):41-7, 2007. PMID: 17263656

101.  Boutwell AE, **Rich JD**.  Inpatient management of the active heroin user. *Res Staff Phys* 53(3), 2007.

102.  **Rich JD**, Hogan JW, Wolf F, DeLong A, Zaller ND, Mehrotra M, Reinert S.  Lower syringe sharing and re-use after syringe legalization in Rhode Island.  *Drug Alcohol Depend* 89(2-3):292-7, 2007.  PMID: 17386980

103. Beckwith CG, Cohen J, Shannon C, Raz L, **Rich JD**, Lally MA.  HIV testing experiences among male and female inmates in Rhode Island.  *AIDS Reader* 17(9):459-64, 2007.  PMID: 17902230

104. Boutwell AE, Nijhawan A, Zaller N, **Rich JD**.  Arrested on heroin: a national opportunity.  *J Opioid Manage* 3(6):328-32, 2007.  PMCID: PMC18290584

105. Zaller N, Gillani F, **Rich JD**.  A model of integrated primary care for HIV positive patients with underlying substance use and mental illness.  *AIDS Care* 19(9):1128-33, 2007.  PMID: 18058396

106. Zaller N, Holmes L, Dyl A, Mitty JA, Beckwith CG, Flanigan TP, **Rich JD**.  Linkage to treatment and supportive services among HIV-positive ex-offenders in project bridge.  *J Health Care Poor Underserved* 19(2):522-31, 2008. PMID: 18469423

107. Mitty JA, Bazerman LB, Selwyn K, Beckwith CG, Zaller ND, **Rich JD**.  Decrease in the proportion of injecting drug use-related HIV/AIDS in Massachusetts, New York, Connecticut, and Rhode Island.  *AIDS Read* 18(12):596-600, 2008.  PMCID: PMC2936235

108. Bonney LE, Clarke JG, Simmons EM, Rose JS, **Rich JD**.  Racial/ethnic sexual health disparities among incarcerated women.  *J Nat'l Med Assoc* 100(5):553-8, 2008.  PMID: 18507208

109. Nijhawan A, Kim S, **Rich JD**.  Management of HIV infection in patients with substance use problems.  *Curr Infect Dis Rep* 10(5):432-8, 2008.  PMCID: PMC2936230

110. Pearson FS, Cleland CM, Chaple M, Hamilton Z, Prendergast ML, **Rich JD**.  Substance use, mental health problems, and behavior at risk for HIV: evidence from CJDATS.  *J Psychoactive Drugs* 40(4):459-69, 2008.  PMID: 19283950

111. Martin TM, **Rich JD**.  Fatal HIV encephalitis in HIV-seronegative patients.  *Emerg Infect Dis* 15(1):129-31, 2009.  PMCID: PMC2660676

112. Baillargeon J, Giordano TP, **Rich JD**, Wu ZH, Wells K, Pollock BH, Paar DP.  Accessing antiretroviral therapy following release from prison.  *JAMA* 301(8):848-57, 2009.  PMCID: PMC2936238

113. Wakeman SE, Bowman SE, McKenzie M, Jeronimo A, **Rich JD**.  Preventing death among the recently incarcerated: an argument for *na*loxone prescription before release.  *J Addict Dis* 28(2):124-29, 2009.  PMCID: PMC2851239

114. Zaller ND, Bazazi AR, Velazquez L, **Rich JD**.  Attitudes toward methadone among out-of-treatment minority injection drug users: implications for health disparities.   *Int J Environ Res Public Health* 6(2):787-97, 2009.  PMCID: PMC2672350

115. Spaete J, Patrozou E, **Rich JD**, Sweeney JD.  Red cell exchange transfusion for Babesiosis in Rhode Island.  *J Clin Apheresis*  24(3):97-105, 2009. PMID: 19291782

116. Wakeman SE, McKinney ME, **Rich JD**.  Filling the gap: the importance of medicaid continuity for former inmates.  *J Gen Intern Med* 24(7):860-2, 2009.  PMCID: PMC2695526

117. Macalino GE, Dhawan D, **Rich JD**, Becker C, Tan LJ, Beletsky L, Burris S.  A national physician survey on prescribing syringes as an HIV prevention measure.  *Subst Abuse Treat,  Prev Pol*  Published online 2009 June 8, 4:13, doi: 10.1186/1747-597X-4-13.  PMCID: PMC2700789

118. Gillani FS, Zaller ND, Zeller K, **Rich JD**, Cu-Uvin S, Flanigan TP, Carpenter CJ  Changes in demographics and risk factors among persons living with HIV in an academic medical center from 2003-2007.  *Med Health RI* 92(7):237-40, 2009.  PMCID: PMC3028515

119. Wakeman SE, Zaller ND, Flanigan TP, Pinkston M, Montague BT, **Rich JD**.  HIV among marginalized populations in Rhode Island.  *Med Health RI* 92(7):244-6, 2009.  PMCID: PMC2851234

120. Merchant RC, DePalo DM, Stein MD, **Rich JD**.  Adequacy of testing, empiric treatment, and referral for adult male emergency department patients with possible chlamydia and/or gonorrhea urethritis.  *Int J STD AIDS* 20(8):534-9, 2009.  PMCID: PMC2936231

121. Chew KW, Allen SA, Taylor LE, **Rich JD**, Feller E.  Treatment outcomes with pegylated interferon and ribavirin for male prisoners with chronic hepatitis C.  *J Clin Gastroenterol* 43(7):686-91, 2009.  PMCID: PMC2936234

122. McKenzie M, Nunn A, Zaller ND, Bazazi AR, **Rich JD**.  Overcoming obstacles to implementation of methadone for prisoners: implications for policy and practice.  *J Opioid Manage* 5(4):219-27, 2009.  PMCID: PMC2936228

123. Nunn A, Zaller N, Dickman S, Trimbur C, Nijhawan A, **Rich JD**.  Methadone and buprenorphine prescribing and referral practices in US prison systems: results from a nationwide survey.  *Drug Alcohol Depend* 105(1-2):83-8, 2009.  PMCID: PMC2743749

124. Flanigan TP, Zaller N, Taylor L, Beckwith C, Kuester L, **Rich JD**, Carpenter CCJ. HIV and infectious disease care in jails and prisons: breaking down the walls with the help of academic medicine. *Trans Am Clin Climatol Assoc* 120:73-83, 2009.  PMCID: PMC2744543

125. Henderson CE, **Rich JD**, Lally MA. HPV vaccination practices among juvenile justice facilities in the United States.  *J Adolesc Health*  46(5):495-8, 2010. PMCID: PMC2927822

126. Wakeman SE, **Rich JD**. Fulfilling the mission of academic medicine; training residents in the health needs of prisoners. *J Gen Intern Med* 25(Suppl 2):186-188. Published online 2010 March 30. doi: 10.1007/s11606-010-1258-425:186-88. PMCID: PMC2847121

127. Merchant RC, DePalo DM, Liu Tao, **Rich JD**, Stein MD. Developing a system to predict laboratory-confirmed chlamydial and/or gonococcal urethritis in adult male emergency department patients. *Postgrad Med* 122(1):52-60, 2010. PMCID: PMC3021915

128. Baillargeon JG, Giordano TP, Harzke AJ, Baillargeon G, **Rich JD**, Paar DP. Enrollment in outpatient care among newly released prison inmates with HIV infection. *Pub Health Reports* 125(Supplement 1):64-9, 2010. PMCID: PMC288410

129. Wakeman SE, **Rich JD**. HIV treatment in US prisons. *Future Med HIV Ther* 4(4):505-10, 2010. PMCID: PMC2953806

130. **Rich JD**, Taylor LE. The beginning of a new era in understanding hepatitis C virus prevention. *J Infect Dis* 202(7):981-3, 2010 PMCID: PMC2936237

131. Beckwith CG, Zaller ND, Fu JJ, Montague BT, **Rich JD**. Opportunities to diagnose, treat, and prevent HIV in the criminal justice system. *J Acquir Immune Defic Syndr* 55 (Supplement 1):S49-55, 2010. PMCID: PMC3017345

132. Zaller ND, Fu JJ, Bazazi AR, **Rich JD**. The impact of financial discharge from methadone maintenance therapy on incarceration. *J Opioid Manage* 6(5):365-70, 2010. PMCID: PMC3028516

133. Bazazi AR, Zaller ND, Fu JJ, **Rich JD**. Preventing opiate overdose deaths: examining objections to take-home naloxone. *J Health Care Poor Underserved* 21(4):1108-13, 2010. PMCID: PMC3008773

134. Zaller ND, Yokell MA, Jeronimo A, Bratberg JP, Case P, **Rich JD**. Adverse event associated with a change in nonprescription syringe sale policy. *J Am Pharm Assoc* 50(5):619-22, 2010. PMCID: PMC3008769

135. Zaller N, Jeronimo A, Bratberg J, Case P, **Rich JD**. Pharmacist and pharmacy staff experiences with non-prescription (NP) sale of syringes and attitudes toward providing HIV prevention services for injection drug users (IDUs) in Providence, RI. *J Urban Health* 87(6):942-53, 2010. PMCID: PMC3005095

136. Allen SA, Wakeman SE, Cohen RL, **Rich JD**. Physicians in US prisons in the era of mass incarceration. *Int J Prison Health* 6(3):100-6, 2010. PMCID: PMC3204660

137. Beckwith CG, **Rich JD**, Flanigan TP. Routine jail-based HIV testing - Rhode Island, 2000-2007. *Morbidity and Mortality Weekly Report* 59(24): 742-45, 2010. PMID: 20577155

138. Yokell MA, Zaller ND, Green TC, **Rich JD**. Buprenorphine and buprenorphine/ naloxone diversion, misuse, and illicit use: an international review. *Curr Drug Abuse Rev* 1(4):28-41, 2011. PMCID: PMC3154701

139. Malek M, Bazazi AR, Cox G, Rival G, Baillargeon J, Miranda A, **Rich JD**. Implementing opt-out programs at Los Angeles county jail: A gateway to novel research and interventions. *J Correct Health Care* 17(1):69-76, 2011. PMCID: PMC3154702

140. Bazazi AR, Yokell M, Fu JJ, **Rich JD**, Zaller ND. Illicit use of buprenorphine/naloxone among injecting and noninjecting opioid users. *J Addict Med* 5(3):175-80, 2011. PMCID: PMC3157053

141. **Rich JD**, McKenzie M, Dickman S, Bratberg J, Lee JD, Schwartz RP. An adverse reaction to buprenorphine/naloxone induction in prison: a case report. *Addict Disorders Treat* 10(4):199-200, 2011. PMCID: PMC3222590

142. Yokell MA, Green TC, Bowman S, McKenzie M, **Rich JD**. Opioid overdose prevention and naloxone distribution in Rhode Island. *Med Health RI 94(8):204-42,* 2011. PMCID: PMC3177423

143. Taylor LE, DeLong AK, Maynard MA, Chapman S, Gholam P, Blackard JT, **Rich JD**, Mayer KH. Acute hepatitis C Virus in an HIV clinic: a screening strategy, risk factors, and perception of risk. *AIDS Patient Care STDs* 25(10):571-7, 2011. PMCID: PMC3183653

144. McKenzie M, Zaller N, Dickman SL, Green TC, Parikh A, Friedmann PD, **Rich JD**. A randomized trial of methadone initiation prior to release from incarceration. *Subst Abus* 33(1):19-29, 2012. PMCID: PMC3278074

145. **Rich JD**, Wohl DA, Beckwith CG, Spaulding A, Lepp NE, Baillargeon J, Gardner A, Avery A, Altice FL, Springer S, and the Centers for AIDS Research-Collaboration on HIV in Corrections (CFAR-CHIC) Working Group. HIV-related research in correctional populations: now is the time. *Curr HIV AIDS Rep* 8:288-296, 2011. PMCID: PMC3208731

146. Christopher PP, Candilis PJ, **Rich JD**, Lidz CW. An empirical ethics agenda for psychiatric research involving prisoners. *AJOB Primary Res* 2(4):18-25, 2011. Published on line ahead of print, DOI: 10.1080/21507716.2011.627082. PMCID: PMC4191925

147. DM, Brockmann B, Dickman S, Alexander N, **Rich JD**. Public health and the epidemic of incarceration. *Annu Rev Public Health* 33:325-39, 2012. PMCID: PMC3329888

148. Zaller ND, Yokell MA, Nayak SM, Fu JJ, Bazazi AR, **Rich JD**.  Syringe acquisition experiences and attitudes among injection drug users undergoing short-term opioid detoxification in Massachusetts and Rhode Island.  *J Urban Health*  89(4):659-70, 2012.  PMCID: PMC353l5136

149. Montague B, Rosen D, Solomon L, Nunn A, Green T, Costa M, Baillargeon J, Wohl D, Paar DP, **Rich JD** and the LINCS Group.  Tracking linkage to HIV care for former prisoners: a public health priority.  *Virulence*  3(3):319-24, 2012.  PMCID: PMC3442844

150. Taylor LE, Maynard MA, Friedmann PD, MacLeod CJ, **Rich JD**, Flanigan TP, Sylvestre DL.  Buprenorphine for human immunodeficiency virus/hepatitis C virus-coinfected patients.  *J Addict Med*  6(3):179-85, 2012.  Doi: 10.1097/ADM.0b013e318257377f.  PMCID:  PMC4209296

151. Fu JJ, Zaller ND, Yokell MA, Bazazi AR, **Rich JD**.  Forced withdrawal from methadone maintenance therapy in criminal justice settings: a critical treatment barrier in the United States.  *J Subst Abuse Treat*  44(5):502-5, 2013.  PMCID: PMC3695471

152. Matusow H, Dickman SL, **Rich JD**, Fong C, Dumont DM, Hardin C, Marlowe D, Rosenblum A.  Medication assisted treatment in US drug courts: results from a nationwide survey of availability, barriers and attitudes.  *J Subst Abuse Treat* 44(5):473-80, 2013.  PMCID: PMC3602216

153. Larney S, Kopinski H, Beckwith CG, Zaller ND, Jarlais DD, Hagan H, **Rich JD**, Vandenbergh BJ, Degenhardt.  The incidence and prevalence of hepatitis C in prisons and other closed settings: Results of a systematic review and meta-analysis.  *Hepatology* 58:1215-24, 2013.  PMCID: PMC3723697

154. Zaller ND, McKenzie M, McGowan S, Green TC, **Rich JD**.  Initiation of buprenorphine during incarceration and linkage to treatment upon release.  *J Subst Abuse Treat* 45:222-26, 2013.  PMCID: PMC3690138

155. **Rich JD**, DiClemente R, Levy J, Lyda K, Ruiz M, Rosen DL, Dumont D.  Correctional facilities as partners in reducing HIV disparities.  *JAIDS*  63 (Suppl 1);S49-S53, 2013.  PMCID: PMC3701159

156. Gordon SG, Kinlock TW, McKenzie M, Wilson ME, **Rich JD**.  Rapid HIV testing for individuals on probation/parole: outcomes of an intervention trial.  *AIDS Behav* 17(6):2022-30, 2013.  PMCID: PMC3674156

157. McNamara BC, Losikoff PT, Huguenin L, Macalino GE, **Rich JD**, Gregory SH.  Increasing hepatitis C prevalence and associated risk behaviors among incarcerated young adults.  *J Urban Health*  91(2):376-82, 2014.  PMCID: 3978152

158. Dumont DM, Gjelsvik A, Chen N, **Rich JD**.  Hispanics, incarceration, and TB/HIV Screening: a missed opportunity for prevention.  *J Immigrant Minority Health*, 15:711-17, 2013.  PMCID: PMC3866805

159. Green TC, Ray M, Bowman SE, McKenzie M, **Rich JD**.  Two cases of intranasal naloxone self-administration in opioid overdose.  *Subst Abuse* 35(2):129-32, 2014.  PMCID: PMC4019939

160. Echenique IA, **Rich JD**.  EFV/FTC/TDF-associated hepatotoxicity: a case report and review.  *AIDS Pt Care STDs*  27(9):493-97, 2013.  PMCID: PMC3760021

161. Dumont DM, Gjelsvik A, Redmond N, **Rich JD**.  Jails as public health partners: incarceration and disparities among medically underserved men.  *Int'l J Men's Health* 12(3): 213-27, 2013.  PMCID: PMC4217308

162. Ahalt C, Trestman RL, **Rich JD**, Greifinger RB, Williams BA.  Paying the Price: The Pressing Need for Quality, Cost, and Outcomes Data to Improve Correctional Health Care for Older Prisoners.  *J Am Geriatr Soc* 61(11):2013-19, 2013.   PMCID: PMC3984258

163. Solomon L, Montague BT, Beckwith CG, Baillargeon J, Costa M, Dumont D, Kuo I, Kurth A, **Rich JD**.  Survey finds that many prisons and jails have room to improve HIV testing and coordination of post release treatment.  *Health Aff* 33(3):434-42, 2014  PMCID: PMC4028701

164. **Rich JD**, Chandler R, Williams BA, Dumont D, Wang EA, Taxman FS, Allen SA, Clarke JG, Greifinger RB, Wildeman C, Osher FC, Rosenberg S, Haney C, Mauser M, Western B.  How health care reform can transform the health of criminal justice-involved individuals.  *Health Aff* 33(3):462-67, 2014   PMCID: PMC4034754

165. Patel K, Boutwell A, Brockmann B, **Rich JD**.  Integrating correctional and community health care for formerly incarcerated persons eligible for Medicaid.  *Health Aff* 33(3):468-73, 2014   PMCID:  PMC4028698

166. Rosen DL, Dumont D, Cislo AM, Brockmann BW, Traver A, **Rich JD**.  Medicaid policies and practices in US State prison systems.  *Am J Public Health* 104(3):418-20, 2014.  PMCID: PMC3953759

167. Reece R, Dugdale C, Touzard-Romo F, Noska A, Flanigan T, **Rich JD**.  Care at the crossroads: navigating the HIV, HCV, and substance abuse syndemic.  *Fed Pract* 31(Suppl. 1):37S-40S, 2014.   PMCID: PMC4266471

168. Larney S, Beckwith C, Zaller N, Montague B, **Rich JD**.  Seek, test, treat and retain for hepatitis C in the United States criminal justice system.  *Int J prisoner health* 10(3):164-71, 2014.  PMCID:  PMC4358744

169. Reece RM, Cunha CB, **Rich JD**. *Corynebacterium minutissimum* vascular graft infection: case report and review of 281 cases of prosthetic device related corynebacteria infections. *Scand J Infect Dis* 46(9):609-16, 2014. PMID: 24934988

170. Beckwith C, Bazerman L, Gillani F, Tran L, Larson B, Rivard S, Flanigan T, **Rich JD**. The feasibility of implementing the HIV seek, test, and treat strategy in jails. *AIDS Pt Care STDs* 28(4): 183-7, 2014. PMCID: PMC3985510

171. Zervou, FN, Zacharioudakis IM, Ziakas PD, **Rich JD**, Mylonakis E. Prevalence of and risk factors for methicillin-resistant staplylococcus aureus colonization in HIV Infection: a meta-analysis. *Clin Infect Dis* 59(9):1302-11, 2014. PMCID: PMC3348950

172. **Rich JD**, Allen SA, Williams BA. The need for higher standards in correctional healthcare to improve public health. *J Gen Int Med* 30(4):503-7, 2014 PMCID: PMC4371015

173. **Rich JD**, McKenzie M, Larney S. Wong JB, Tran L, Clarke J, Noska A, Reddy M, Zaller, N. public versus forced withdrawal on incarceration in a combined US prison and jail: a randomized, open-label trial. *Lancet* 386(9991): 350-9, 2015 PMCID: PMC4522212

174. Mahowald MK, Larney S, Zaller ND, Scharff N, Taylor LE, Beckwith CG, Noska A, **Rich JD**, Flanigan TP. Characterizing the burden of hepatitis C infection among entrants to Pennsylvania state prisons, 2004-2012. *Clin Gastroenterol* PMCID: PMC4683408

175. Noska A, Mohan A, Wakeman S, **Rich JD**, Boutwell A. Managing opioid use disorder during and after acute hospitalization. *J Addict Behav, Ther Rehab* 4(2):1-11, 2015, PMCID: PMC4527170

176. Hammett TM, Donahue S, LeRoy L, Montague B, Rosen D, Solomon L, Costa M, Wohl D, **Rich JD**. Transitions to care in the community for prison releases with HIV: a qualitative study of facilitators and challenges in two states. *J Urban Health* 92(4):650-6, 2015 PMCID: PMC4524841

177. **Rich JD**, Adashi EY. Ideological anachronism involving needle and syringe exchange programs. Lessons from the Indiana HIV outbreak. *JAMA* 314(1): 23-4, 2015. PMCID: PMC4496270

178. Nguyen JT, **Rich JD**, Brockmann BW, Vohr F, Spaulding A, Montague BT. A budget impact analysis of newly available hepatitis C therapeutics and the financial burden on a state correctional system. J Urban Health 92(4): 635-49, 2015. PMCID: PMC4524840

179. Montague BT, Rosen DL, Sammartino C, Costa M, Gutman R, Solomon L, **Rich JD**. Systematic assessment of linkage to care for persons with HIV released from corrections facilities using existing datasets. *AIDS Pt Care STDs* 30(2):84-92, 2016. PMCID: PMC4753628

180. Wakeman SE, **Rich JD**. Addiction treatment within U.S. correctional facilities: bridging the gap between current practice and evidence-based care. *J Addict Dis* 34(2-3):220-5, 2015. PMID: 26076211

181. Christopher PP, Stein MD, Johnson JE, **Rich JD**, Friedmann PD, Clarke J, Lidz CW. Exploitation of prisoners in clinical research: perceptions of study participants. *IRB: Ethics & Hum Res* 38(1):7-12, 2016. PMCID: PMC4793400

182. Christopher PP, Stein MD, Springer SA, **Rich JD**, Johnson JE, Lidz CW. An exploratory study of therapeutic misconception among incarcerated clinical trial participants. *AJOB Empirical Bioethics* Posted Online June 24, 2015, doi 10.1080/23294515.2015.1058303, Vol 7(1):24-30, 2016. PMCID: PMC4687735

183. Noska AJ, Roberts MB, Sufrin C, Stein LAR, Beckwith C, **Rich, JD**, Dauria EF, Clarke JG. History of sex exchange in women with a history of incarceration. *J Health Care Poor Underserved* 27(2A):149-62, 2016. PMID: 2713351645

184. Christopher PP, Garcia L, Stein M, Johnson J, Clarke **J, Rich JD**, Lidz CW. Enrolling in clinical research while incarcerated: influences on participants' decisions. *Hastings Center Report* (accepted for publication, 2016).

185. Wakeman SE, **Rich JD**. Barriers to post-acute care for patients on opioid agonist therapy; an example of systematic stigmatization of addiction. *J Gen Int Med* (accepted for publication, 2016).

186. **Rich JD**, Beckwith CG, Macmadu A, Marshall BDL, Brinkley-Rubinstein L, Amon JJ, Milloy M-J, King MRF, Sanchez J, Atwoli L, Altice FL. Clinical care of incarcerated people with HIV, viral hepatitis, or tubuculosis. *Lancet* (in press).

187. Kobayashi L, Green TC, Bowman E, Ray MC, McKenzie MS, **Rich JD**. Patient simulation for assessment of layperson management of opioid overdose with intranasal naloxone in a recently-released prisoner cohort. *Simulation in Healthcare* NIHMSID: 791295

188. Gordon MS, Restivo L, Carswell SB, Kinlock TW, McKenzie M, **Rich JD**. Factors associated with undergoing rapid HIV testing among individuals on probation or parole. *J Corr Health Care.* (accepted for publication, 2016.)

## OTHER PEER-REVIEWED PUBLICATIONS

1. **Rich JD**. Transdermal nicotine patch for smoking cessation. *New England J Med* 326(5):344-5, 1992 (letter; comment).

2. **Rich JD**, Sax PE, Kazanjian PH. Bacteremic H. *influenzae* type B infections and HIV. *Am J Med* 95(1):118-9, 1993 (letter; comment).

3.  Flanigan TP, Bury-Maynard D, Vigilante KC, Burzynski J, Bubly G, Kim J, **Rich JD**, Zierler S, DeCiantis ML, Normandy L, Snead M, DeGroot A, Loberti P, DeBuono, BA. The Rhode Island prison release program.  *Health Res Serv Admin* 67-78, 1995 (monograph).

4.  Dickinson BP, **Rich JD**.  Infections secondary to anabolic steroid misuse and their prevention.  *J Perf Enhanc Drugs* 1(4):146-50, 1996.

5.  Lewis DC, **Rich JD**.  Physicians should support needle exchange in Rhode Island. *Med Health RI* 79(6):206, 1996 (editorial).

6.  Flanigan TP, Kim JY, Zierler S, **Rich JD**, Vigilante K, Bury-Maynard D.  A prison release program for HIV-positive women: linking them to health services and community follow-up.  *Am J Pub Health* 86(6):886-7, 1996 (letter).

7.  **Rich JD**, Chin-Hong PV, Busi KA, Mayer KH, Flanigan TP.  Hepatitis C and HIV in male prisoners. *J AIDS Hum Retro* 16(5):408-9, 1997 (letter).

8.  **Rich JD**, Dokson L.  Making syringes easier to acquire would stem RI's high AIDS rate. *George St J* 22(27):8, 1998.

9.  Stein MD, Hanna L, Natarajan R, Clarke J, Marisi M, Sobota M, **Rich JD**. Alcohol use patterns predict high risk HIV behaviors among active injection drug users. *J Gen Int Med* 13(Suppl 1):102, 1998.

10. Mylonakis E, **Rich JD**.  Cytomegalovirus retinitis in patients with AIDS.  *Antibiotics for Clin* 7:87-8, 1998.

11. Mylonakis E, **Rich JD**.  Management of toxoplasmosis among HIV-infected individuals.  *Antibiotics for Clin* 2(5):106, 1998.

12. Mylonakis E, **Rich JD**.  Update on the management of AIDS-related cytomegalovirus retinitis.  *Antibiotics for Clin* 2(5):86-7, 1998.

13. Mylonakis E, **Rich JD**.  Laboratory diagnosis of cytomegalovirus infection in HIV-infected patients.  *Infect Dis Pract* 22(11):88-9, 1998.

14. Mylonakis E, Ric**h JD**.  Laboratory diagnosis of toxoplasmosis in HIV-infected patients. *Infect Dis Pract* 22(12):99, 1998.

15. Mylonakis E, Koutkia P, **Rich JD**, Tashima KT, Fiore TC, Flanigan T, Carpenter CCJ. Substance abuse is responsible for most pre-AIDS deaths among women with HIV-infection in Providence, Rhode Island.  *Med Health RI* 81(7):231, 1998 (letter).

16. **Rich JD**, Dickinson BP, Merriman NA, Flanigan TP. Hepatitis C virus infection related to anabolic-androgenic steroid injection in a recreational weight-lifter. *Am J Gastroenter* 93(9):1598, 1998 (letter).

17. **Rich JD**, Dickinson BP, Liu KL, Case P, Jesdale B, Ingegneri RM, Nolan PA. Strict syringe laws in Rhode Island are associated with high rates of re-using syringes and HIV risks among injection drug users. *J AIDS Hum Retro* 18(Suppl 1):S140-S1, 1998 (letter).

18. **Rich JD**, Dickinson BP, Merriman NA, Thule PM. Insulin use by bodybuilders. *JAMA* 279(20):1613, 1998 (letter).

19. Mylonakis E, Koutkia P, **Rich JD**, Tashima KT, Fiore TC, Flanigan TP, Carpenter CCJ. Substance abuse is responsible for most pre-aids deaths among women with HIV infection in Providence, Rhode Island, USA. *AIDS* 12(8):958-9, 1998 (letter).

20. Dickinson BP, Mitty JA, Mylonakis E, **Rich JD**, Merriman NA, Tashima KT, Carpenter CC, Flanigan TP. Predictors of undetectable HIV plasma viral load in 250 HIV-positive women receiving care. *AIDS* 12(15):2075-6,1998 (letter).

21. Mylonakis E, Dickinson B, Feller A, Sweeney J, Schiffman FJ, **Rich JD**, Flanigan T. Combination antiretroviral therapy including a protease inhibitor eliminated the transfusion requirements of HIV-infected individuals with anemia of chronic disease. *J AIDS Hum Retro* 19(3):306-7, 1998 (letter).

22. **Rich JD**, Foisie CK. Pharmacists' role in HIV prevention among injection drug users. *RI Pharm* 38(2):14-6, 1999.

23. Flanigan TP, **Rich JD**, Spaulding A. HIV care among incarcerated persons: a missed opportunity. *AIDS* 13:2475-6, 1999 (editorial comment).

24. **Rich JD**, Mylonakis E, Flanigan TP. Misdiagnosis of HIV infection. *Ann Int Med* 131(7):546-7, 1999 (letter; comment).

25. Dickinson BP, Mylonakis E, Strong LL, **Rich JD**. Potential infections related to anabolic steroid injection in young adolescents. *Pedi* 103(3):694, 1999 (letter).

26. **Rich JD**. Contaminated needles and disease: decriminalize the possession of syringes. *Providence J News* April 25, 2000.

27. **Rich JD**. Injection drug use associated HIV and AIDS in Rhode Island. *HIV/AIDS Morb-Mort Report, RI Dept of Health, Office HIV/AIDS,* Winter:1, 2000 (commentary).

28. **Rich JD**. Antiretroviral rounds: less than optimal?, "Ricky T's case" *AIDS Clin Care* 13(7):66-7, 2001 (response).

29. **Rich JD**, Burris S, Lurie P.  Sterile injection equipment to prevent HIV infection. *Ann Int Med* 135(4):299, 2001 (letter in response).

30. Mylonakis E, Dickinson BP, **Rich JD**.  Influenza vaccination for athletes: is there a controversy? *Am J Med Sports*, 2001 (editorial).

31. **Rich JD**.  Physician prescription of sterile syringes for injection drug users can have important benefits.  *Mass Med Soc Vital Signs* 7(2):4, 2002.

32. **Rich JD**.  Health issues in prisons and jails: implications for urban health. *J Urban Health* 79(1):16-8, 2002 (HIV/AIDS review).

33. **Rich JD**.  Health issues in prisons and jails: implications for urban health. *J Urban Health* 79(2):171-2, 2002 (HIV/AIDS review).

34. Merchant RC, Mayer KH, **Rich JD**.  Antiretroviral rounds, prophylactic panic: Juan C. *AIDS Clin Care* 14(6):54-5, 2002 (response).

35. Crosland C, Poshkus M, **Rich JD**.  Treating prisoners with HIV/AIDS: the importance of early identification, effective treatment, and community follow-up.  *AIDS Clin Care* 14(8):67-71, 2002 (feature).

36. **Rich JD**, Wolf FA.  Prescribing syringes to injection drug users to prevent disease. *NASTAD* (National Alliance of State and Territorial AIDS Directors) *HIV Prev* September Bulletin:6-8, 2002.

37. **Rich JD**.  Health issues in prisons and jails: implications for urban health. *J Urban Health* 79(3):303-04, 2002 (HIV/AIDS review).

38. Feller AA, Mylonakis E, **Rich JD**.  Medical complications of anabolic steroids.  *Med Health RI* 85(11):338-40, 2002.

39. Berzin T, Allen S, Taylor LE, **Rich JD**, Feller E.  Management of hepatitis C in Rhode Island: opportunities for improvement within and beyond the department of corrections. *Med Health RI*, 85(11):341-4, 2002.

40. **Rich JD**.  Correctional Health: bridge to the community. *J Urban Health* 79(4):440-2, 2002 (literature in brief; commentary).

41. **Rich JD**, Macalino GE, Merchant RC, Salas C, Marcussen P., Grundy M, Spaulding A.  HIV seroprevalence of adult males incarcerated for a sexual offense in Rhode Island, 1994-1999. (Research Letter).  *JAMA* 288(2):164-5, 2002.

42. **Rich JD**.  Health issues in prisons and jails: implications for urban health. *J Urban Health* 80(1):7-8, 2003 (literature in brief; commentary).

43. **Rich JD**. Health issues in prisons and jails: implications for urban health. *J Urban Health* 80(2):173-5, 2003 (literature in brief; commentary).

44. Allen S, Spaulding A, **Rich JD**. Hepatitis C: RIDOC experience. *Ann Int Med* 138(9), 2003 (letter in response).

45. **Rich JD**. Health issues in prisons and jails: implications for urban health. *J Urban Health* 33(1):223-5, 2003 (literature in brief; commentary).

46. **Rich JD**, Mayer K. Syphilis, HIV and hepatitis in SE New England. *RI Med News* 16(4&5): 15, 2003 (article).

47. **Rich JD**, Schwartzapfel B, Merchant RC. Let's fight needless heroin-overdose deaths. *Providence J News*, Bob Kerr's October 22, 2003 Column (article).

48. Boutwell A, **Rich JD**. Syringe access for injection drug users in Rhode Island. *Med Health RI* 87(11):15, 2004.

49. Allen SA, Spaulding AC, Osei AM, Taylor, LE, Cabral AM, **Rich JD**. Treatment of chronic hepatitis C in a state correctional facility. *Ann Int Med* 140(2):150-1, 2004 (letter in response).

50. Boutwell A, **Rich JD**. HIV infection behind bars. *Clint Infec Dis* 38:1761-3, 2004 (editorial commentary).

51. Taylor LE, **Rich JD**, Tashima KT. Peginterferon plus ribavirin for hepatitis C in HIV-infected patients (correspondence) *N Engl J Med* 351(22):2340-1, 2004.

52. **Rich JD**, Taylor LE, Allen SA. Screening for hepatitis C virus infection in adults. *Ann Int Med* 141(7):575-6, 2004.

53. Allen SA, Spaulding AC, Taylor LE, **Rich JD**. Confined treatment continued. *Gastroenterology* 126:928, 2004.

54. **Rich JD**. Health issues in prisons and jails: implications for urban health. *J Urban Health* 82(3):356-7, 2005.

55. Zaller N, Noak A, Poshkus M, McDonald L, **Rich JD**. The overlapping epidemics of viral hepatitis/HIV, addiction and incarceration: the situation in Rhode Island. *Med Health RI* 88(12):424-27, 2005.

56. Boutwell AE, **Rich JD**. Arrested, addicted: heroin users in the Rhode Island corrections system. *Med Health RI* 88(12):421-23, 2005.

57. Spaete JP, **Rich JD**. HIV prevention and care in incarcerated populations. *Focus* 20(8): 1-8, 2005.

58. **Rich JD**, Henry PC. The complexities of homelessness and HIV. *AIDS Reader* 15(11):613, 2005 (editorial comment).

59. Taylor LE, Gholam PM, Schwartzapfel B, **Rich JD**. Hepatitis C treatment in an HIV-HCV-coinfected patient with drug addiction and psychiatric illness: a case report. *AIDS Reader* 88(12):629-38, 2005 (case report).

60. Allen SA, **Rich JD**, Rubenstein L. Glimpses of Guantanamo – medical ethics and the war on terror. *N Engl J Med* 353:2529-34, December 23, 2005 (letter to the editor).

61. **Rich JD**, Mitty JA, Beckwith CG. Correctional opportunities to address the HIV/AIDS epidemic. *Drug Benefit Trends* 18(7):395, 2006.

62. **Rich JD**, Ghazal M, Mansfield B, Ramsey S, Donnelly D. Specialized STD care in Rhode Island. *Med Health RI* 89(6):212, 2006.

63. Beckwith CG, Zaller N, **Rich JD**. Addressing the HIV epidemic through quality correctional healthcare. *Crim Public Policy* 5(1):1701-8, 2006 (reaction essay).

64. **Rich JD**, Mitty J, Beckwith C. Correctional opportunities to address the HIV/AIDS epidemic. *AIDS Reader* 16(5):258, 2006 (editorial comment).

65. Boutwell AE, Allen S, **Rich JD**. Reply to Walker, et al. *Clin Infect Dis* 40:319-21, 2004 (correspondence).

66. Zaller N, Dawalt M, Beckwith CG, **Rich JD**, Flanigan TP. Routine HIV testing in US Prisons. *Lancet Infect Dis* 7(7):440-1, 2007 (editorial comment).

67. McKenzie M, **Rich JD**. Heroin in the corrections system: introduction and reflections. *Med Health RI* 90(5):140-1, 2007.

68. Schwartz RP, McKenzie M, **Rich JD**. Opioid addiction and incarceration: an overview. *Med Health RI* 90(5):157-8, 2007.

69. Zaller ND, Taylor LE, Allen S, **Rich JD**. Hepatitis C in correctional institutions. *Current Hepatitis Reports* 6(3):114-8, 2007 (review).

70. **Rich JD**. Health issues in prisons and jails: implications for urban health. *J Urban Health* 84(3):316-18, 2007 (HIV/AIDS review). PMCID: PMC2231823

71. **Rich JD**. Health issues in prisons and jails: implications for urban health. *J Urban Health* 84(4): 475-77, 2007 (HIV/AIDS review). PMCID: PMC2219568

72. **Rich JD**. Health issues in prisons and jails. *J Urban Health* 84(6): 740-41, 2007 (HIV/AIDS review). PMCID: PMC2232042

73. Allen S, **Rich JD**. Prisons and mental health. *N Engl J Med* 356:197-8, January 11, 2007 (letter to the editor).

74. Wakeman S, **Rich JD**. Mass incarceration can explain population increases in TB and multidrug-resistant TB in European and central Asian countries. *J Urban Health* 86(1): 3-4, 2008 (literature in brief). PMCID: PMC12533181

75. Nunn A, Zaller N, Dickman S, Trimbur C, Nijhawan A, **Rich JD**. Methadone and buprenorphine prescribing and referral practices in US prison systems: results from a nationwide survey. *Drug Alcohol Depend* 105(1-2):83-8, 2009 (corrigendum). PMCID: PMC3071577

76. Baillargeon J, Paar DP, **Rich JD**. Treatment for individuals with HIV/AIDS following release from prison. *JAMA* 302(2):147-8, 2009 (letter in reply).

77. Nunn A, Zaller N, Dickman S, Nijhawan A, **Rich JD**. Improving access to opiate addiction treatment for prisoners. *Addiction* 105(7):1311-13, 2010 (letter). PMCID: PMC3081614

78. **Rich JD**, Green TC, McKenzie MS. Opioids and Deaths. *N Engl J Med* 364(7):686, 2011 (letter to the editor).

79. Dickman SL, **Rich JD**. The health of prisoners. *Lancet* 377(9782):2001-02, 2011. (correspondence; letter in response).

80. Fiscella K, **Rich JD**. Pregnancy, addiction, and incarceration. *JAMA* 305(24):2523-24, 2011 (letter to the editor in response).

81. Nunn A, Montague B, Green T, Solomon L, Alexander N, Costa M, **Rich JD**. Expanding test and treat in correctional populations: a key opportunity to reduce racial disparities in HIV infection. *Clin Infect Dis* 53(5):499-500, 2011 (correspondence; letter in response). PMCID: PMC3156140

82. **Rich JD**, Wakeman SE, Dickman SL. the epidemic of incarceration in the United States. *N Engl J Med* 364(22):2081-83, 2011. PMCID: PMC3154686

83. Lee JD, **Rich JD**. Opioid pharmacotherapy in criminal justice settings: now is the time. *Subst Abuse* 33(1):1-4, 2012 (lead editorial). PMCID: PMC 3546207

84. Yokell MA, Green TC, **Rich JD**. Prescription drug monitoring programs *JAMA* 307(9):912-13, 2012 (to the editor). PMID: 22396508

85. Yokell MA, Zaller ND, Green TC, McKenzie M, **Rich JD**.  Intravenous use of illicit buprenorphine/naloxone to reverse an acute opioid overdose.  *J Opioid Manag* 8(1):63-6, 2012  (case study).   PMCID: PMC3343634

86. **Rich JD**, Clarke JG, Adashi EY.  Obstetrical and gynecological training in the correctional setting: learning to care for the most vulnerable patients.  *J Grad Med Ed* (commentary) DOI: http://dx.doi.org/10.4300/JGME-D-12-00160.1, September, 2012. PMCID: PMC3444199

87. Beletsky L, **Rich JD**, Walley AY.  Prevention of fatal opioid overdose. *JAMA* (viewpoint) 308(18):1863-4, 2012.  PMCID: PMC3551246

88. Green TC, McGowan SK, Yokell MA, Pouget ER, **Rich JD**.  HIV infection and risk of overdose: a systematic review and meta-analysis.  *AIDS*  (editorial commentary) 26(4): 403-17, 2012.  PMCID: PMC3329893

89. Beletsky L, **Rich JD**, Walley AY.  Incorrect Funding Information in: Prevention of fatal opioid overdose. *JAMA* (viewpoint) 308(24):12565, 2012.  PMCID: PMC3551246

90. Dumont DM, Allen SA, Brockmann B, Alexander NE, **Rich JD**.  Incarceration, community health, and racial disparities. *J Health Care Poor Underserved* 24(1):78-8, 2013 (commentary) doi: 10.1353/hpu.2013.0000. PMID: 23377719

91. Larney S, Zaller ND, **Rich JD**.  HIV prevention, treatment, and care for people who inject drugs.  *J Infect Dis* (editorial commentary) [advance access  DOI: 10.1093/infidis/jit167, May 7, 2013].  PMCID: PMC3698998

92. Beletsky L, Wall AY, **Rich JD**.  Opioid Overdose Fatality Prevention.  *JAMA* (letter in reply) 309(9);873-4, 2013.  PMID: 23462779

93. Nunn A, **Rich JD**.  Commentary on Boyd et al (2012): debunking myths about methadone and crime.  *Addiction* 107(9):1639-40, 2012.  (commentary) PMCID:  PMC3413460

94. **Rich JD**, Cortina SC, Cu-Uvin ZX, Dumont DM.  Women, incarceration, and health. *Women's Health Issues* 23(6):e333-e334, 2013. (commentary)  PMCID: PMC3935494

95. Larney S, Hado Sheryl, McKenzie M, **Rich JD**.  Unknown quantities: HIV, viral Hepatitis, and sexually transmitted infections in Community Corrections.  *Sex Transm Dis* 41(4):283, 2014 (letter to the editor)   PMCID: PMC4030420

96. **Rich JD**, Allen SA, Williams BA.  Responding to hepatitis C through the criminal justice system.  *New Engl J Med* 370(20);1871-4, 2014.  (perspective)  PMID: 24827032

97.  Wakeman SE, Green TC, **Rich JD**.  From documenting death to comprehensive care; applying lessons from the HIV/AIDS epidemic to addiction.  *Am J Med* 127(6):465-6, 2014.  (commentary)  PMCID: PMC4123318

98.  Dumont DM, Allen SA, **Rich JD**.  *Sesame street* goes to jail: physicians should follow.  *Ann Int Med*  161(7):522-3, 2014. (ideas and opinions) PMCID: PMC4256672

99.  Westergard RP, **Rich JD**.  HIV and re-incarceration: time for a comprehensive approach.  *Lancet HIV*  1(2):e54-e55, 2014. (comment)  PMCID: PMC4259282

100.  Brockmann BW, Rosen DL, Dumont DM, Cislo AM, **Rich, JD**.  Brockmann et al. Respond.  (letter)  *Am J Pub Health* 104(8):e4-5, 2014. PMID: 24922139

101.  Green TC, Bratberg J, Dauria EF, **Rich JD**.  Responding to opioid overdose in Rhode Island: where the medical community has gone and where we need to go.  *RI Med J* :29-33, October, 2014.  PMID: 25271657

102.  Beckwith CG, Kurth AE, Bazerman L, Solomon L, Patry E, **Rich JD**, Kuo I.  Survey of US correctional institutions for routine HCV testing.   *Am J Pub Health*  105(1):68-71, 2015.  (research and practice)  PMCID: PMC4265939

103.  Wakeman SE, **Rich JD**.  Substance use disorders and avoidable mortality after prison.  *Lancet Psychiatry*  5(2):369-70, 2015 (comment)  PMCID: PMC4461078

104.  Lemon T, Spaulding A, **Rich JD**.  State of research funding from the National Institutes of Health for criminal justice health research.  *Ann Intern Med*  163(3):24-41, 2015 (comments and responses)  PMID: 26237755

105.  **Rich JD**, Adashi EY.  Needle Exchange Programs for HIV Outbreaks.  *JAMA*, 314(19): 2085-6, 2015.  (letter in reply).

106.  **Rich JD**, McKenzie M, Larney S, Noska A, Clark J.  Methadone for prisoners.  *Lancet*  387(10015):225, 2016. (letter in reply).

107.  Coffin P, **Rich J**, Dailey M, Stancliff S, Beletsky L.  While we dither, people continue to die from overdose: comments on 'clinical provision of improvised nasal naloxone without regulatory approval; imaginative shortcut or dangerous bypass of essential safety procedures?' *Soc Study Addict* (letter to the editor – accepted for publication, 2016).

## BOOKS/BOOK CHAPTERS/BOOK REVIEWS

1. Preventing HIV transmission : the role of sterile  needles and bleach.  *Substance Abuse* 18(2):91-4, 1997 (book review).

2. Infectious disease trials review, Mylonakis E, **Rich JD**. *LeJacq Communications, Inc*., 2001 (book).

3. Discharge planning for incarcerated women: linking identified needs with community support.  Boutwell AE, Kendrick A, **Rich JD**.  *Health Issues of Incarcerated Women*, Braithwaite RL, Arriola KRJ, Newkirk C (Eds.) Piscataway, NJ: Rutgers University Press, 2006 (book chapter).

4. Needle exchange program. Wolf F, Russell P, **Rich JD**. *Social Issues Encyclopedia*, 2006 (book chapter).

5. But they all come back: facing the challenges of prisoner Reentry.  **Rich JD**. *J Urban Health*, Washington, DC: The Urban Institute Press, 2006 :420-1 (book review).

6. Screening for public purpose: promoting an evidence-based approach to screening of inmates to improve the public heath.  Lee JD, Fordyce MW, **Rich JD**.  In: Greifinger R, ed.  Springer Publishing, NY, October, 2007.  Public Health Behind Bars: From Prisons to Communities. (chapter contributor: primary and secondary prevention, section 3).

7. Interventions with incarcerated persons.  Nijhawan A, Zaller N, Cohen D, **Rich JD**.  *HIV Prevention*, 2008 (contributor of Part II: behavioral issues in HIV prevention, chapter 16).

8. Compassionate care for injecting drug users.  Flanigan TP, **Rich JD**.  *Science and Treatment of HIV Infection*, In: Marlink RG, Teitelman SJ, eds. From the Group Up: Building Comprehensive HIV/AIDS Care Programs in Resource-Limited Settings. Washington, DC: Elizabeth Glaser Pediatric AIDS Foundation; 2009:179 (Vol 2).  (chapter contributor).

9. Medical-legal partnership for special populations.   Brock A, Weimer D, Fisher A, Cooley J, **Rich JD**.  *Poverty, Health and Law: Readings and Cases for Medical-Legal Partnership*. Carolina Academic Press, 2011.  (contributor of Part IV, chapter 13).

10. Szczypinska EM, Wallace MR, Wainscoat B, Salas CM, **Rich JD**. Human T-cell lymphotrophic viruses.  *eMedicine from WebMD*, 2012.  (chapter contributor). Available at:  http://emedicine.medscape.com/article/219285-overview

11. National Research Council and Institute of Medicine.  Health and Incarceration: A Workshop Summary. Washington, DC: The National Academies Press, 2013. http://www.nap.edu/catalog.php?record_id=18613

12. Dumont, Dora M., Kuester, Landon B., Rich, **Josiah JD**. "Health Issues in Prisoner Reentry Models." In: *Encyclopedia of Criminology and Criminal Justice*, ed. Gerben Bruinsma, David Weisburd, New York: Springer Verlag. eScholarID:206573, 2014. (chapter contributor).

13. National Research Council. The Growth of Incarceration in the United States: Exploring Causes and Consequences. Washington, DC: The National Academies Press, 2014 (**Rich, JD**, member, Committees on Causes and Consequences of High Rates of Incarceration). http://www.nap.edu/catalog.php?record_id=18613

14. Oxford Textbooks in Psychiatry.  Oxford Textbook of Correctional Psychiatry. Pharmacotherapy for Substance Use Disorders Within Correctional Facilities, Oxford University Press, Section X, Treatment and Addictions, No. 46, pgs. 260-65, (section contributor) May 1, 2015

## OTHER NON-PEER REVIEWED PUBLICATIONS

1. **Rich JD**. HIV among men who have sex with men (MSM).  *R.I. Med Soc Newsletter*, 2003 (newsletter).

2. Pugatch DL, Lally MA, Combs C, **Rich JD**, D'Angelo L, Brown LK.  Intranasal heroin use and HIV prevention: opportunities to intervene in strategies to improve the replicability, sustainability, and durability of HIV prevention interventions for drug users, *NIDA/CAMCODA Working Meeting*, Chevy Chase, MD, May 6-7, 2002.  National Institute on Drug Abuse, U.S. Dept. of Health and Human Services, National Institutes of Health (meeting proceedings) July, 2003.

3. Boutwell AE, Allen SA, **Rich JD**. Opportunities to address the hepatitis C epidemic in the correctional setting.  *State Penn* 16(2):1-6, 2005 (newsletter).

4. **Rich JD**.  Management of HIV care in hard-to-reach patient populations.  *Johns Hopkins Advanced Studies in Med* (JHASIM) 6(3A):S123-S129, 2006 (proceedings).

5. **Rich JD,** McKenzie M.  Overdose Prevention. *Prov J Newspaper*, July 14, 2006 (letter to the editor).

6. **Rich JD**.  How to contain AIDS epidemic. *Prov J Newspaper*, July 23, 2006 (letter to the editor).

7. **Rich JD**. Arrested for possession, "police briefs". *Falmouth Enterprise*, July 26, 2006 (letter to the editor).

8.  **Rich JD**, Ghazal M.  Protect Whitmarsh clinic's vital role.  *Prov J Newspaper*, May 11, 2007 (editorial comment).

9.  **Rich JD**, Bartlett JG, Zaller ND, Beckwith CG, Flanigan TP.  Addressing HIV/AIDS in US Correctional facilities.  *Medscape CME HIV/AIDS*.  CME/CE Released: 11/25/2009; Valid for credit through 11/25/2010.

10. Csete J, **Rich JD**.  New death in Moscow jail renews calls for reform.  *NY Times*, May 4, 2010 (letter to the editor).

11. **Rich JD**.  True public safety and Woodmansee.  *Prov J Newspaper*, April 23, 2011 (commentary).

12. Brockmann B, **Rich JD**, Nunn A.  A Supreme Court ruling on prison crowding.  *NY Times*, May 31, 2011. (letter to the editor).

13. Ackerman PJ, **Rich JD**.  Directly observed ART: the benefits last only as long as the intervention.  *Journal Watch HIV/AIDS Clin Care*, September 26, 2011 (summary and comment).

14. Brockmann, **Rich JD**.  Incarceration and community health.  *Communities & Banking* 23(4):27-29, 2012.

15. **Rich JD**, Haney C.  Solitary Confinement and the Mentally Ill.  *NY Times*, September 23, 2013.  (letter to the editor).

16. **Rich JD**, Rich N, Rich N.  The Rich Family's Mission to Eldoret.  *RI Med J*, 96(9):25-7, 2013.

17. Wakeman SE, **Rich JD**.  A lifesaving treatment, and a killer.  *NY Times*, November 19, 2013. (letter to the editor).

18. Macmadu A, **Rich JD**.  Correctional health is community health.  *Issues Sci Technol* XXXII(1):64-70, Fall, 2015.

19. Green T, **Rich JD**.  Science needed for fentanyl crisis.  *Huffington Post*, June 13, 2016.


## ABSTRACTS

1.  Kazanjian PH, DeMuria D., Cohen LG, Forrest A, **Rich JD**, Scavone JM. Pharmacokineticcs and bioavailability of fluconazole in patients with AIDS. (abstract PoB 3856) *Int Conf AIDS* 8(2):B233, July 19-24, 1992.

2. **Rich JD**, Kazanjian PH, Hunter DJ, Maguire JH.  The effect of chemoprophylaxis for Pneumocystis carinii pneumonia (PCP) on development of reactivation toxoplasmosis. (abstract PoB 3244) *Int Conf AIDS* 8(2):B127 July 19-24, 1992.

3. Kazanjian S, **Rich JD**, Crawford J, Kazanjian P.  Cytomegalovirus presenting as a gastrointestinal mass lesion in AIDS patients. (abstract PoB 3195) *Int Conf AIDS* 8(2):B119, July 19-24, 1992.

4. **Rich JD**, Sax PE, Joste NE, Pieciak WS Jr., Maki RG, Schwartz DA.  Diarrhea associated with intestinal microsporidiosis due to septata intestinalis and improvement with albendazole therapy in a patient with AIDS. (abstract PO-B10-1497) *Int Conf AIDS* 9(1):385, June 6-11, 1993.

5. **Rich JD**, Sullivan TJ, Greineder D, Kazanjian PH. Successful oral desensitization to TMP/SMX in persons with HIV infections and prior hypersensitive. (abstract PO-B10-1482) *Int Conf  AIDS*  9(1):382 June 6-11, 1993.

6. **Rich JD**, Sax PE, Mirochnick M.  Dapsone penetrates CSF when given for PCP prophylaxis. (abstract  PBO611) *10th Int Conf AIDS* 10(2):149, 1994.

7. Ku PM, Friedman JF, Farley JL, Jesdale BM, **Rich JD**, Flanigan T.  Prevalence of non-progression of immunodeficiency in women with HIV infection. (abstract 281) *HIV Infect Women Conf,* S43, February 22-24, 1995.

8. Mileno MD, Fiore T, Gormley J, **Rich J**, Emgushov R.  Munchausen.  HIV syndrome in young women. (abstract 357), *HIV Infect Women Conf*, February 22-24, 1995.

9. Goodman JW, **Rich JD**, Vannorsdall MD, Asdie AH, Flanigan TP. Tolerance of *pneumocystis* prophylaxis in HIV infected women. (abstract 142) *HIV Infect Women Conf* P80, February 22-24, 1995.

10. Flanigan TP, Farley F, **Rich J,** Burzynski J, Kim J, Maynard DB.  Comprehensive medical care among HIV positive incarcerated women.  *HIV Infect Women Conf*, P96, February 22-24, 1995.

11. Flanigan TP, Farley J, **Rich JD**, Burzynski J, Kim J, Maynard DB.  Comprehensive medical care among HIV positive incarcerated women. *5th Ann Ryan White CARE Act Title III (B) Conf*, August 1995.

12. Flanigan TP, Kim J, Burzynski J, Snead M, Normandy L, **Rich JD**, Bury-Maynard D, Vigilante KC.  HIV care among prisoners and linkage with support services upon release. *5th Annual Ryan White CARE Act Title III(B) Conf*, August 1995.

13. Flanigan TP, Friedman J, Ku P, Greenough T, Mayer K, Stein M, **Rich JD**, Sullivan JL, Carpenter CCJ.  Non-progression in HIV+women. *3rd Conf Retrov Opportunistic Infect* 129, January 22-26, 1996.

14. Gormley J, **Rich JD**, Fiore T, Vigilante K, Flanigan T, Delossantos C.  Can continuity of care be maintained when women with HIV are incarcerated? (abstract Tu. D. 2762) *11th Int Conf AIDS* 11(1):394, July 7-12, 1996.

15. Mega A, Akhtar MS, Safran H, **Rich JD**, Sikow W, Flanigan T.  Low dose weekly paclitaxel for HIV associated kaposi's sarcoma. *Proc Ann Meeting, Am Soc Clin Oncol* 15:A859, 1996.

16. Ramratnam B, **Rich JD**, Tsoulfas G, Parikh A, Vigilante K, Flanigan TP. Former prisoners' views on mandatory HIV testing during incarceration. (abstract We. D 3665) *11th Int Conf AIDS* 11(2):171, July 7-12 1996.

17. **Rich JD**, Yu PD, Dickinson BP, Spaulding AC, Bergeron KS, Macalino G, Flanigan TP, Vlahov D.  HIV in incarcerated women in Rhode Island.  *4th Conf  Retrov Opportunistic Infect*, January 22-26, 1997.

18. Flanigan TP, **Rich JD**, Dickinson B, Vigilante KC, Spaulding AC.  Incarceration as a unique opportunity for HIV diagnosis, initiation of comprehensive care, and linkage to the community. (abstract 183) *4th Conf Retrov Opportunistic Infect* 98, January 22-26, 1997.

19. Mileno MD, Tashima K, Farrar D, Elliot BC, **Rich JD**, Flanigan TP.  Resolution of AIDS-related opportunistic infections with addition of protease inhibitor treatment. (abstract  355) *4th Conf Retrov Opportunistic Infect* 129, January 22-26, 1997.

20. Vigilante KC, **Rich JD**, Affleck PC, Loewenthal HG, Flynn MM, Dickinson BP, Flanigan TP.  The women's HIV prison prevention program: reduction of prison recidivism may suggest HIV risk reduction. (abstract 524) *4th Conf Retrov Opportunistic Infect* 161, January 22-26, 1997.

21. Nizam R, **Rich JD**, Das, K, Islam S, Akhtar N, Dickinson BP, Flanigan TP, Mayer K, Carpenter CCJ.   STD and HIV seroprevalence in Chittagong, Bangladesh. (oral presentation) *Am Col Phys*, April 3, 1997.

22. **Rich JD**, Dickinson BP, Flynn MM, Chin-Hong PV, Affleck PC, Loewenthal HG, Vigilante KC.  Childhood sexual abuse and injection drug use among female prisoners.  *Am Soc  Addict Med, 28th Ann Med-Scient Conf*, April 17-20, 1997.

23. **Rich JD**, Dickinson BP, Spaulding AC, Flanigan TP.  Indeterminate HIV serology results in correctional facilities need to be interpreted differently than in the community. *6th Ann Ryan White Title III Conf*, Washington, DC, April 22-24, 1997.

24. **Rich JD**, Dickinson BP, Chin-Hong PV, Vigilante KC, Flanigan TP.  Demographics and HIV risk behaviors of young incarcerated women in Rhode Island correctional system.  *6th Ann Ryan White Title III Conf*, Washington, DC, April 22-24, 1997.

25. Flanigan TP, **Rich JD**, Dickinson BP, Vigilante KC, Spaulding AC.   The efficacy of Rhode Island's comprehensive HIV/AIDS prison care program.  *6th Ann Ryan White Title III Conf*, Washington, DC, April 22-24, 1997.

26. **Rich JD**, Dickinson BP, Yu PS, Spaulding AC, Macalino G, Flanigan TP, Vlahov D.  Serologic HIV finding among female entrants to the Rhode Island adult correctional system. *6th Ann Ryan White Title III Conf,* Washington, DC, April 22-24,1997.

27. **Rich JD**, Dickinson BP, Flynn MM, Affleck PC, Vigilante KC.  Injection drug use and childhood sexual abuse among incarcerated women: correlations and associated HIV risk behavior.  *6th Ann Ryan White Title III Conf,* Washington, DC, April 22-24, 1997.

28. **Rich JD**, Dickinson B.  Anabolic steroid injectors and needle exchange programs in the U.S. (oral presentation) *North American Syringe Exchange Conv NASEC VII*, "Prevention as Politics," San Diego, CA, April 24-26, 1997.

29. Flanigan TP, **Rich JD**, Dickinson B, Vigilante KC, Spaulding AC. Incarceration as a unique opportunity for HIV diagnosis, initiation of comprehensive care, and linkage to the community. (abstract 217.1) *Nat'l Conf Women HIV* 137, May 4-7, 1997.

30. **Rich JD**, Pugatch D, Dickinson BP, Chin-Hong PV, Vigilante KC, Flanigan TP. HIV status and risk behavior of incarcerated adolescent women.  *Nat'l Conf Women and HIV,* May 4-7, 1997.

31. Fiore T, **Rich JD**, Vigilante K, Flanigan T, Delossantos C, Gormley J.  Continuity of care when women with HIV are incarcerated. (abstract 217.4)  *Nat'l Conf Women HIV* 139, May 4-7, 1997.

32. Affleck PC, **Rich JD**, Dickinson BP, Flynn MM, Loewenthal HG, Vigilante KC.  Risk misperception among high risk incarcerated women despite HIV education. (abstract P1.34) *Nat'l Conf Women HIV* 164, May 4-7, 1997.

33. Delossantos C, Fiore T, Ortiz C, **Rich JD**, Flanigan TP.  HIV infection among undocumented immigrant hispanic women: two case studies. (abstract  P2.30) *Nat'l Conf Women HIV* 180, May 4-7, 1997.

34. Dickinson BP, Carney JM, Fisher A, Heimer R, **Rich JD**.  The presence of HIV antibodies on syringes used for non-intravenous injection.  *Brown Univ Dept Med Res Forum*, Providence, RI, June 11, 1997.

35. Dickinson BP, Chin-Hong PV, Vigilante KC, Flanigan TP, **Rich JD**.  HIV risk behavior profiles of incarcerated adolescent women.  *Brown Univ Dept Med Res Forum*, Providence, RI, June 11, 1997.

36. **Rich JD**, Dickinson BP, Yu P, Macalino G, Spaulding AC, Flanigan TP, Vlahov D.  Predictors of HIV seroconversion among incarcerated women in Rhode Island 1992-1996. *Brown Univ Dept Med Res Forum*, Providence, RI, June 11, 1997.

37. **Rich JD**, Dickinson BP, Carey JM, Fisher A, Heimer R. HIV antibodies and DNA in syringes used for intramuscular and subcutaneous injection. (poster presentation) *Infect Dis Soc Am 35th Ann Meeting*, San Francisco, CA, September 13-16, 1997.

38. Dickinson BP, Merriman N, Moss K, **Rich JD**.  HIV seroprevalence, risk behavior, and needle exchange utilization of anabolic steroid injectors in the United States.  *US Drug Pol Found Conf,* New Orleans, LA, October 17-19, 1997.

39. **Rich JD**, Yu PS, Dickinson BP, Spaulding AC, Bergeron KS, Macalino G, Flanigan TP, Vlahov D.  HIV in incarcerated women in Rhode Island. (abstract 182) *4th Conf Retrov Opportunistic Infect*, Jan 22-26, 1998.

40. **Rich JD**, Astemborski J, Smith DK, Schoenbaum E, Davenny K, Schuman P, Vlahov D.  Needle exchange programs: availability and participation among injection drug using women. (abstract 134) *5th Conf Retrov Opportunistic Infect* 104, February 1-5, 1998.

41. **Rich JD**, Dickinson BP, Spaulding AC, LaFazia L, Flanigan TP.  Identification of acute HIV infection in the incarcerated setting. (abstract 580) *5th Conf  Retrov Opportunistic Infect* 189, February 1-5, 1998.

42. Flanigan TP, Dickinson BP, Merriman N, Holmes L, Tashima K, Thomas MS, **Rich JD**.  Predictors of undetectable plasma viral loads in 250 HIV + women in care. (abstract 721) *5th Conf Retrov Opportunistic Infect*, February 1-5, 1998.

43. **Rich JD**, Astemborski J, Smith DK, Schoenbaum E, Davenny K, Schuman P, and Vlahov D.  Needle exchange availability and participation among injection drug using women.  *Nat'l Instit Drug Abuse Research,* 178;181.  1998.

44. Spaulding A, **Rich JD**, Mitty J, Flanigan T.  Strategies for managing hepatitis C virus (HCV) in prisons. (abstract 669) *Clin Infect Dis* 27(4):1046.

45. Heimer R, Carney JM, Abdala N, **Rich JD**, Wilkinson BP, Fisher AE.  Modeling HIV transmission risk in non-intravenous drug injectors. (abstract 23203) *12th World AIDS Conf*, 12:382, Geneva, June 28-July3, 1998.

46. Dong K, Flynn MM, Dickinson BP, **Rich JD**, Tashima K, Flanigan TP, Carpenter CC. Changes in body habitus in HIV(+) women after initiation of protease inhibitor therapy. (abstract 177/12373) *12th World AIDS Conf,* 12:88, Geneva, June 28-July 3, 1998.

47. Dickinson B, Affleck P, **Rich JD**, Flynn M, Loewenthal H, Flanigan K, Vigilante K.  Risk denial among incarcerated women at high risk for HIV. (abstract 60861) *12th World AIDS Conf,* 12:1158, Geneva, June 28-July 3, 1998.

48. Flanigan TP, Schiffman JD, Ribaudo SE, Spaulding AC, Ladevaia RA, **Rich JD**.  An HIV prevention and treatment video project for incarcerated women by incarcerated women. (abstract 43414) *12th World AIDS Conf,* 12:927, Geneva,  June 28-July 3, 1998.

49. Pugatch D. Ramratnam M, Feller A, Price D, Thomas M, Dickinson B, **Rich JD**.  HIV related risk factors and HIV testing levels among adolescents with drug abuse. (abstract 60572) *12th World AIDS Conf,* 12:1105, Geneva,  June 28-July 3, 1998.

50. Spaulding A, Allen Scott, Clarke J, Flanigan T, Mitty J, **Rich JD**, Papagolis R.  The economics of hepatitis C for correctional facilities.  *22nd Nat'l Conf Correct Health Care*, November 3, 1998.

51. **Rich JD**, Merriman NA, Dickinson BP, Macalino G, McKenzie M, Spaulding A, Vlahov D.  Prevalence and community incidence of blood borne pathogens in incarcerated women in Rhode Island.  *Am Pub Health Assoc 126th Ann Meeting,* "Public Health and Managed Care," Washington, DC.  November 15-19, 1998.

52. Mylonakis E, Barlam TF, Flanigan T, **Rich JD**.  Pulmonary aspergillosis and invasive disease in AIDS: review of 342 cases.  (*Chest,* 114(1):251-262, 1998) *Year Book of Pulm Dis* :200-2, 1999.

53. McKenzie M, Spaulding A, Vlahov D, **Rich JD**.  Community incidence and prevalence of HIV and hepatitis in incarcerated women in Rhode Island. (abstract  478) *6th Conf Retrov Opportunistic Infect* 157, January 31-February 4, 1999.

54. Pugatch D, Levesque BG, Ramratnam M, Towe CW, Strong L, Lally M, Sullivan CD, **Rich JD**.  Recent HIV related risk factors and HIV testing behaviors among substance abusers admitted for inpatient detoxification treatment. (abstract 235)  *Am Pub Health Assoc Conf,* 1999.

55. Pugatch D, Levesque BG, Strong L, Ramratnam M, Towe, CW, Lally M, Sullivan CD, **Rich JD**.  HIV risk behaviors and HIV testing among adolescent and young adult substance abusers in inpatient detoxification centers. (abstract 179)  *Am Pub Health Assoc Conf,* 1999.

56. **Rich JD**, Towe CW, Salas CM, Foisie CK, Strong L, McKenzie M.  Obstacles to needle exchange participation in Rhode Island. (poster presentation; abstract No. 613) *1999 Nat'l HIV Prev Conf*, Atlanta, GA, August 29-September 1, 1999.

57. Macalino GE, Salas CM, Towe CW, Foisie CK, McKenzie M, Spaulding A, **Rich JD**.  Incidence and community prevalence of HIV and other blood borne pathogens among incarcerated women in Rhode Island. (abstract 610) *1999 Nat'l HIV Prev Conf*, Atlanta, GA, August 29-September 1, 1999.

58. Foisie CK, Towe CW, Salas C, McKenzie M, **Rich JD**.  High street prices of syringes correlate with strict syringe possession laws. (abstract 605) *1999 Nat'l HIV Prev Conf*, Atlanta, GA, August 29-September 1, 1999.

59.  **Rich JD**, McKenzie M, Gaydos M, Macalino G.  Syringe prescription to prevent the spread of HIV. (abstract 611)  *1999 Nat'l HIV Prev Conf,* Atlanta, GA, August 29-September 1, 1999.

60. Hou JC, Charuvastra A, Towe CW, Lally MA, Bandy U, Donnelly EF, Spaulding A, **Rich JD**. Risk factors for syphilis among incarcerated females in Rhode Island. (abstract 35) *7th Ann Research Celebration*, Providence, RI, November 9-10, 1999.

61. **Rich JD**, Mehrotra M, Whitlock TL, Gaydos ME, McKenzie M, Runarsdottir V, Gormley J, Aboagye-Kumi M, Macalino G, Salas C. Physician prescribing of syringes to prevent HIV. *J Gen Int Med* 15(Supple 1), April, 2000. *(Society of Gen Int Med 23rd Ann Meeting*, Boston, MA, May 4-6, 2000).

62. Edlin BR, Lorvick J, Seal KH, Kral, AH, Ciccarone DH, Lo B, HCV-IDU Treatment Policy Group (**Rich JD**). Ethics of withholding treatment for HCV infection from injection drug users. *10th Int'l Symp Viral Hepatitis/Liver Dis*, Atlanta, GA, April 9-13, 2000.

63. Cannon MJ, Dollard SM, Smith DK, Klein RS, Schuman P, **Rich JD**, Vlahov D, Pellett PE. Bloodborne transmission of human herpesvirus 8 in u.s. women, (poster presentation) *AIDS Malignancy Conf,* Washington, DC, May 16, 2000.

64. Holmes L, Flanigan T, **Rich JD**. From the Prison to the community: creating and maintaining continuity of care through intensive follow-up for HIV positive ex-offenders. *XIII Int'l AIDS Conf*, South Africa, July 9-14, 2000.

65. **Rich JD**, McKenzie M, Macalino G, Mehrotra M, Gaydos ME, Stein J, Whitlock, Runarsdottir V. Physician syringe prescription as a conduit to substance abuse treatment: a pilot intervention. (poster presentation) *Addict 2000*, Hyannis, Cape Code, MA, September 22-24, 2000.

66. **Rich JD**, Burris S. Physician prescribing of syringes to prevent HIV & hepatitis: a pilot intervention. *US Conf AIDS "Remembering the Past - Building the Future,"* Atlanta, GA, October 2, 2000.

67. Howard A, Arnsten J, Gardner L, Gourevitch M, Farzadegan H, **Rich JD**, Schuman P, Vlahov D, McKenna P, Hertogs K, Schoenbaum E. Lack of multi-drug resistance in non-responders to ART with poor adherence. *Retrovirus Conf*, October 4, 2000.

68. Spaulding A, Salas C, Cleaver D, Grundy, M, Macalino G, Marcussen P, **Rich JD**. HIV seroprevalence in male sexual offenders in Rhode Island: implications for post exposure prophylaxis. (poster presentation) *8th Conf Retrov Opportunistic Infect*, Chicago, IL, February 4-8, 2001.

69. **Rich JD**, Holmes L, Salas C, Macalino G, Davis D, Ryczek J, Flanigan T. Linkage of medical care and community services for HIV+ offenders being released from prison as secondary prevention. (abstract 662) *2001 Nat'l HIV Prev Conf*, Atlanta, GA, August 12-15, 2001.

70. **Rich JD**, Morrow K, Cunliffe T, Taylor L, Zampi A, Osei A, McKenzie M, Macalino G. Motivational enhancement for physicians prescribing syringes to injection drug users to prevent HIV. (abstract 654) *2001 Nat'l HIV Prev Conf,* Atlanta, GA, August 12-15, 2001.

71. McKenzie M, **Rich JD**, Paul RV, Olson JL, Osei A, Taylor LE, Zampi A, Francois A, Macalino G. Physician prescribing of syringes to prevent HIV and hepatitis: a pilot intervention. (abstract 585) *2001 HIV Prev Conf*, Atlanta, GA, August 12-15, 2001.

72. Martin EG, Taylor LE, Osei A, Zampi AL, Stozek M, McNamara SF, MSCJ, Jones R, Torres Z, Wolf F, Weston R, **Rich JD**. HIV and hepatitis B and C among injection drug users: our experience in a syringe prescription program. *9th Ann Res Celebration*, Lifespan Rhode Island, Providence, RI, October 25-26, 2001.

73. Harwell JI, Martin EG, Sanford SL, Macalino GE, Taylor LE, Osei A, McNamara SF, **Rich JD**. Sexual risk behaviors and epidemic HIV and hepatitis B among injection drug users receiving prescription for syringes. *2002 Nat'l STD Prev Conf*, San Diego, CA, March 4-7, 2002.

74. Taylor LE, Schwartzapfel B, MacLeod C, Feller ER, **Rich JD**, Tashima KT. A pilot program for treating hepatitis C in HIV/hepatitis C virus coinfected individuals with comorbid psychiatric illness and/or addiction. (poster presentation – ThPeC7512) *XIV Int'l AIDS Conf*, Barcelona, July 7-12, 2002.

75. Holmes L, Drainoni M, **Rich JD**, Andrew J, Davis D. Harm reduction focused case management for multiply Ddiagnosed HIV-positive ex-offenders. (poster presentation – MoPeE3768) *XIV Int'l AIDS Conf*, Barcelona, July 7-12, 2002.

76. **Rich JD**, Macalino GE, Sanford-Colby S, McNamara S, Osei A, Stozek M. The effect of a syringe prescription intervention in decreasing HIV risk among injection drug users (IDUs) in Rhode Island. (conference CD-ROM: D11319) *XIV Int'l Conf*, Barcelona, July 7-12, 2002.

77. Taylor LE, Schwartzapfel B, Chapman S, Murphy MA, Perry KL, Reinert SE, **Rich JD**. Hepatitis C virus (HCV) testing and adherence to hepatitis A and B vaccination guidelines in an HIV clinic. (poster presentation) *40th Ann Meeting Infect Dis Soc of Am*, Chicago, IL, October 24-27, 2002.

78. Lai A, Taylor LE, **Rich JD**, Schwartzapfel, Chapman S. Analyzing the efficacy of the standard hepatitis A and B vaccination schedules in HIV-HCV coinfected patients. *10th Ann Res Celebration,* Lifespan Rhode Island, Providence, RI, November 8, 2002.

79. Taylor LE, Schwartzapfel B, Chapman S, **Rich JD**, Mitty J. Observed pegylated interferon dosing, home outreach, and multidisciplinary collaboration to improve access and adherence to hepatitis C virus (HCV) treatment among HIV/HCV coinfected persons. (poster presentation) *Elements of Success: Ann Int'l Conf on Adhere to Antiretro Ther*, Dallas, TX, December 5-8, 2002.

80. Taylor LE, Lai A, Schwartzapfel B, Reinert SE, Tashima KT, **Rich JD**. Analyzing the efficacy of standard hepatitis A and B vaccination schedules in HIV/HCV coinfected patients. (poster presentation 826) *10th Conf Retrov Opportunistic Infect*, Hynes Convention Center, Boston, MA, February 10-14, 2003.

81. **Rich JD**, Wolf FA, Sanford-Colby SL, Weston RS, McKenzie M, Macalino GE. Acceptability and utility of a syringe disposal device for active injection drug users. (poster presentation) *2003 Pub Health Res Day*, Brown Medical School, Providence, RI, April 24, 2003.

82. **Rich JD**, Carleton JC, Rizzi MA, McKenzie M, Wolf FA, Crosland CP. Linkage to methadone upon release from incarceration: a model. (poster presentation). *2003 Pub Health Res Day*, Brown Medical School, Providence, RI, April 24, 2003.

83. **Rich JD**, McKenzie M, Sanford-Colby SL, Wolf FA, Taylor LE, Anastacio CL, Torres Z, McNamara SF, Macalino GE. Physician prescribing of syringes to prevent HIV and hepatitis: a pilot intervention. (poster presentation) *2003 Pub Health Res Day*, Brown Medical School, Providence, RI, April 24, 2003.

84. **Rich JD**, McKenzie M, Sanford-Colby SL, Wolf FA, Taylor LE, Anastacio CL, Torres Z., McNamara SF, Macalino GE. Physician prescribing of syringes to prevent HIV and hepatitis: a pilot intervention (oral presentation; abstract T3-C1403). *2003 Nat'l HIV Prev Conf*, Atlanta, GA, July 27-30, 2003.

85. **Rich JD**, Carleton JC, Rizzi MA, McKenzie M, Wolf FA, Crosland CP. Linkage to methadone upon release from incarceration: a model (poster presentation; abstract 846). *2003 Nat'l HIV Prev Conf*, Atlanta, GA, July 27030, 2003.

86. **Rich JD,** Wolf FA, Sanford-Colby SL, Weston RS, McKenzie M, Macalino GE. Acceptability and utility of a syringe disposal device for active injection drug users (poster presentation; abstract MP-087). *2003 Nat'l HIV Prev Conf*, Atlanta, GA, July 27-30, 2003.

87. Sanford-Colby SL, McKenzie M, Macalino GE, McNamara SF, **Rich JD**. Prescription program to provide access to sterile syringes (single oral presentation; abstract T3-C1402). *2003 Nat'l HIV Prev Conf*, Atlanta, GA, July 27-30, 2003.

88. Lally MA, Gaitanis MM, Vallabhaneni S, Ryan H, Zimet GD, Mayer K, **Rich JD**. Attitudes toward HIV vaccination among Rhode Island inmates (poster presentation; abstract #TP-050). *2003 Nat'l HIV Prev Conf*, Atlanta, GA, July 27-30, 2003.

89. **Rich JD**, McKenzie M, Carleton JC, Rizzi MA, Wolf FA, Crosland Catherine. Linkage to methadone upon release from incarceration: a model (roundtable discussion; abstract 71090). *Am Public Health Assoc, 131st Ann Meeting*, San Francisco, CA, November 15-19, 2003.

90. Schwartzapfel B, Clarke J, Shepardson S, Sanford-Colby S, Pomposelli J, Dornhecker G, **Rich JD**. Implementing routine hepatitis B vaccination at the Rhode Island department of corrections (RIDOC) women's division (oral presentation; abstract 68707). *Am Pub Health Assoc, 131st Ann Meeting*, San Francisco, CA, November 15-19, 2003.

91. Sanford-Colby S, McKenzie M, Macalino GE, McNamara SF, **Rich JD**. Injection drug users' use of physician prescriptions for free sterile syringes (poster presentation; abstract 66591). *Am Pub Health Assoc, 131st Ann Meeting*, San Francisco, CA, November 15-19, 2003.

92. Wolf FA, McKenzie M, Sanford-Colby SL, Weston RS, Macalino GE, **Rich JD**. Acceptability and utility of a syringe disposal device for active injection drug users (IDUs) (poster presentation; abstract 70362). *Am Pub Health Assoc, 131st Ann Meeting*, San Francisco, CA, November 15-19, 2003.

93. Schwartzapfel FA, Clarke J, Shepardson S, Sanford-Colby, SL, Pomposelli J, Dornhecker G, **Rich JD**. Implementing routine hepatitis B vaccination at the Rhode Island department of corrections (RIDOC) women's division. (poster presentation; abstract 68707). *Am Pub Health Assoc, 131st Ann Meeting,* San Francisco, CA, November 15-19, 2003.

94. **Rich JD**, McKenzie M, Mattheus-Kairys M, Anastacio C, Garcia M, Torres Z, Tirado S, Ruffin S, Macalino G. Project MOD: Linking recently released inmates with opiate addiction to methadone treatment. (oral presentation; abstract 05158P), *J Urban Health, Third Int'l Conf on Urban Health*, Boston, MA, October 20-22, 2004.

95. **Rich JD**, Schwartzapfel B. Mattheus-Kairys M, McKenzie M. Prevalence and characteristics of overdose among persons recently released from prison.(oral presentation; abstract 05129P) *J Urban Health, Third Int'l Conf on Urban Health*, Boston, MA, October 20-22, 2004.

96. **Rich JD**, McKenzie M, Shield DC, Wolf FA, Key RG, Poshkus M, Clarke J. Linkage with methadone treatment upon release from incarceration: a promising opportunity. *132nd Ann Meeting,* Washington, DC, November 6-10, 2004.

97. **Rich, JD**, McKenzie M, *MatAm Pub Health Assocheus*-Kairys M, Anastacio C, Garcia M, Torres Z, Tirado S, Ruffin S, Macalino G. Linking recently released inmates with opiate addiction to methadone treatment. (poster presentation). *Nat'l Comm on Correct Health Care Conf*, New Orleans, LA, November 13-17, 2004.

98. Beckwith CG, Atunah-Jay S, Cohen J, Lally MA, Poshkus **M, Rich JD**, Flanigan TP. Feasibility and acceptability of rapid HIV testing in jail. (oral presentation). *2005 Nat'l HIV Prev Conf*, Atlanta, GA, June 12-15, 2005.

99. **Rich JD**, DeLong AK, Hogan J, Mehrotra M, Reinert SE, Wolf FA.  Reduced syringe sharing and re-use after syringe legalization in Rhode Island. (poster presentation; abstract 117446). *Am Public Health Assoc, 133rd Ann Meeting & Expo,* Philadelphia, PA, December 10-14, 2005.

100. Thurmond P, McKenzie M, Pearlman D, **Rich JD**.  Improving quality of life through treatment: project managing opiate dependence (MOD).  *Brown University Public Health Poster Day*, Providence, RI, April, 2006.

101. Bonney LE, Clarke JG, Simmons EM, **Rich JD**.  Sexual risk behaviors do not explain sexually transmitted infection disparities by race/ethnicity: vaccine implications. (poster presentation).  *2nd Annual Vaccine Renaissance Conf,* Providence, RI, June, 2006.

102. McKenzie M, Thurmond P, Macalino G, **Rich JD**.  Linking opiate addicted ex-offenders to community methadone treatment: Comparing 12-month outcomes based on retention in treatment.  (poster presentation; abstract 139124).  *Am Public Health Assoc, 134th Ann Meeting & Expo,* Boston, MA, November 6-8, 2006.

103. Thurmond P, McKenzie M, Macalino G, **Rich JD**.  Managing opiate dependency (MOD): evaluation of the effectiveness of a methadone maintenance linkage program.  (poster presentation; abstract 140416). *Am Public Health Assoc, 134th Ann Meeting & Expo,* Boston, MA, November 6-8, 2006.

104. **Rich JD**, Friedmann PD.  Reentry strategies for drug-involved parolees: the Rhode Island experience.  (oral presentation).  *Academic and Health Pol Corr Health Care Conf,* University of Massachusetts Medical School, Boston, MA, March 29-30, 2007.

105. Bonney LE, Simmons EM, Clarke JG, **Rich JD**.  HPV and HIV in underserved populations. *N.E. Regional Health Disparities Conf,* Foxwoods, CT, April 204, 2007.

106. **Rich JD**, McKenzie M.  Assisting opiate addicted offenders upon re-entry – 12 month outcomes for a methadone linkage program.  (poster presentation) *Am Assoc for the Treat of Opioid Depend, Inc. (AATOD) Nat'l Conf,* San Diego, CA, October 20-24, 2007.

107. **Rich JD**, McKenzie M.  Assisting opiate addicted offenders upon re-entry – 12 month outcomes for a methadone linkage program.  (poster presentation) *Am Public Health Assoc, 135th Ann Meeting & Expo,* Washington, DC, November 3-7, 2007.

108. **Rich JD**, Allen SA.  HIV in Mass Incarceration. (oral presentation) *Family Mental Health Conf,*  Westin Hotel, Providence, RI, October 6-8, 2008.

109. Bazazi AR, Yokell M, Fu JJ, Zaller ND, **Rich JD**.  Street use of diverted buprenorphine/naloxone among injecting and non-injecting opioid users in Providence, Rhode Island.  (poster presentation) Johns Hopkins Bloomberg School of Public Health, Annual Conference for Student Research on Addictions, Infectious Disease, and Public Health, Baltimore, MD, May 7, 2010.

110. Green T, Zaller N. Parikh A, Friedmann P, McKenzie M, **Rich JD**.  Initiation of Buprenorphine During Incarceration and Linkage to Treatment Upon Release. (poster presentation) *XVIII International AIDS Conference*, Vienna, Austria, July 18-23, 2010.

111. Green T, Zaller N. Parikh A, Friedmann P, McKenzie M, **Rich JD**.  Initiation of Methadone During Incarceration and Linkage to Treatment Upon Release: Results of a Randomized Control Trial. (oral poster discussion) *XVIII International AIDS Conference*, Vienna, Austria, July 18-23, 2010.

112. Baird J, Morillo J, Mitzner J, Merchant RC, Liu T, **Rich JD**.  Increasing the Uptake of Testing for Chlamydia and Gonorrhea Among Young Female Emergency Department Patients.  American Public Health Association 139th Annual Meeting and Exposition, Washington, DC, October 29-November 2, 2011.

113. Green T, Bowman S, Mann M, **Rich JD**.  Association of Recent Initiation of Nonmedical Prescription Opioid use and Initiation of Injection and Heroin Use in a National Sample of Drug Users.  American Public Health Association 139th Annual Meeting and Exposition, Washington, DC, October 29-November 2, 2011.

114. Montague B, Rosen D, Solomon L, Green T, Costa M, Baillargeon J, Wohl DA, Paar DP, **Rich JD**.  Tracking Linkage to HIV Care for Former Prisoners: A Public Health Priority.  American Public Health Association 139th Annual Meeting and Exposition, Washington, DC, October 29-November 2, 2011.

115. Green T, Bowman S, Yokell M, McKenzie M, Roder-Hanna N, Zaller N, **Rich JD**.  Collaborative Pharmacy Practice Agreements: A Novel Approach to Expand Naloxone Access to Reduce Opioid Overdose Death.  American Public Health Association 139th Annual Meeting and Exposition, Washington, DC, October 29-November 2, 2011.

116. Matusow H, Parrino M, Dickman S, Dumont D, **Rich JD**, Hardin C, Rosenblum A, Marlowe D.  MAT in the Drug Courts.  The College on Problems of Drug Dependence Annual Meeting (CPDD), LaQuinta Resort and Club, Palm Springs, CA, June 9-14, 2012.

117. Pollini R, Zuniga M, Lee DA, Smith T, Gosa FS, **Rich JD**. Interruptions in Antiretroviral Therapy (ART) are Common Following Release from Jail.  XIX International AIDS Conference, Washington, DC, July 22-27, 2012.

118. Beckwith, C, Bazerman L, Gillani F, Tran L, Larson B, Rivard S, Flanigan F, **Rich JD.** Implementing the HIV Seek, Test, and Treat Strategy in Jails:  What is Feasible?  (poster presentation) Infectious Disease Society Association Meeting, San Diego, CA, October 17-21, 2012.

119. Brockmann, B, **Rich JD**, Zaller N.  Prisoner Medicaid Eligibility: A Case Study in Systems change and the Challenge of 2014. (oral presentation) 6th Academic and Health Policy Conference on Correctional Health, Chicago, IL, March 21-22, 2013.

120. Gordon MS, Kinlock T, McKenzie M, **Rich JD**.  A Randomized Controlled Trial of HIV Testing and Linkage to Care at Community Corrections.  (oral presentation) 6th Academic and Health Policy Conference on Correctional Health, Chicago, IL, March 21-22, 2013.

121. Green TC, Donahue S, Rosen D, **Rich JD**, Montague BT, Leroy L.  Linkage to HIV Care on Release from Corrections: Year 2 Data from the LINCS Study.  (oral presentation) 6th Academic and Health Policy Conference on Correctional Health, Chicago, IL, March 21-22, 2013.

122. Green TC, Bowman SE, Ray M, McKenzie M, **Rich JD**.  Opioid Overdose Prevention and Take-Home Naloxone at Release: A Study to Reduce Post-Release Mortality.  (oral presentation) 6th Academic and Health Policy Conference on Correctional Health, Chicago, IL, March 21-22, 2013.

## INVITED SPEAKER, PARTICIPANT, INTERVIEWS

1. Fourth Annual New England Maternal Outreach Institute (March of Dimes).  Cromwell, CT. June 26, 1995.
2. National Youth Leadership Forum on Medicine, HIV/AIDS: A multidimensional perspective. "HIV/AIDS: The Race Against Time - Panel Discussion." Presented to high school juniors and seniors. Boston, Massachusetts.  August 4, 1995.
3. Fifth Annual Ryan White CARE Act Title III(b) National Conference of All Title III (b) Grantees.  Case Presentations.  Washington, D.C. August 8, 1995.
4. Greater Fall River Physicians' CME Program.  "HIV: Current Issues." Fall River, Massachusetts.  September 26, 1995.
5. Second Annual New England HIV and Prisons Conference: "Clinical Trials in Correctional Institutions." Springfield, Massachusetts.  October 20, 1995.
6. Quarterly Education Conference, presented by United Correctional Managed Care, Inc. and the New York State Department of Correctional Services: "Comprehensive Care of HIV Infected Prisoners."  Syracuse, New York.  March 19, 1996.
7. National Institutes of Health, Primary HIV Infection Workshop.  Berkeley Springs, WV. April 18-19, 1996.
8. Women Offenders in Transition Conference.  Panel discussion: "Medical Costs and Health Concerns." Warwick, RI. April 23, 1996.
9. Rhode Island Project AIDS Medical Advisory Board. "Needle Exchange in Rhode Island." Providence, RI. May 20, 1996.
10. University of Rhode Island, College of Pharmacy. Spring Mini-Course Series. Managing Infection: Current Strategies in HIV. "Preventing Injection-Related Transmission of HIV." Warwick, RI. June 10, 1996.
11. New England Regional Conference on HIV Infection Among Incarcerated Women. Panelist. Providence, RI. November 5, 1997.
12. RI Society of Hospital Pharmacists/RI Pharmacists Association Annual Meeting. Guest Speaker, "Pharmacist's Role in HIV Prevention."  North Kingston, RI.  December 4, 1997.
13. Invited Speaker, "Legislative Removal of Syringe Control to Prevent the Spread of HIV."
14. The American Medical Association's Annual State Health Legislation Meeting, Orlando Florida, January, 1998.
15. Invited Presentation, "Basics of HIV and Opportunistic Infections Commonly Seen in HIV Patients."  Lemuel Shattuck Hospital, Jamaica Plains, MA, July 19, 1998.
16. Grand Rounds at Winthrop-University Hospital, Long Island, NY, October, 1998.
17. AIDS Project Rhode Island.  Keynote address, "HIV and Injection Drug Use in Rhode Island."  Providence, RI.  November 4, 1998.
18. American Public Health Association's 126th Annual Meeting and Exposition (accepted presentation).  "Prevalence and Community Incidence of Bloodborne Pathogens in Incarcerated Women in Rhode Island." Washington, DC.  November, 15-18, 1998.
19. Invited Presentation, "Syringe Prescription to Prevent the Spread of HIV."  1999 National HIV prevention Conference, Atlanta, GA, August 29-September 1, 1999 (abstract no. 611).
20. Invited Speaker, "Physician Syringe Prescription for Injection Drug Users."  Brown/Division of General Internal Medicine Research Meeting, Providence, RI, June 17, 1999.
21. Invited Presentation, "Exchange, Distribution or Sale?  Strategies for Syringe Availability." Open Society Institute, The Lindesmith Center, New York, NY, June 23, 1999.

22. Invited Presentation, "Management of HIV/AIDS in the Correctional Setting: A Live, Satellite Videoconference Series." Antiretroviral Update for the Next Millennium, Albany Medical Center, Albany, NY, October 12, 1999.

23. Invited Speaker, "Life and Research Behind Bars: Our Work at the ACI." Brown University School of Medicine, Providence, RI, October 21, 1999.

24. Invited Speaker, "A Comprehensive Approach to HIV Prevention" at the "Drug Use, HIV, and Hepatitis: Bringing It All Together" Conference, Danya International, Baltimore, MD, May 7-10, 2000.

25. Invited Presentation, "Lessons from Rhode Island Syringe Access for New York." The New York Academy of Medicine, NY, June 2000.

26. Invited Speaker, "HIV: Mind, Body and Spirit." Fall River Health and Human Service 13th Annual AIDS Conference, North Dartmouth, MA, October 27, 2000.

27. Invited Speaker, "Hepatitis C: Controversies Facing the Primary Care Provider." Brown Medical School, BRUNAP, Rhode Island Department of Health, Rhode Island Department of Corrections, Providence, RI, December 2, 2000.

28. Radio Interview: WNRI Radio, re: HIV Therapy, Providence, RI, February 7, 2001.

29. Invited Speaker, "Infections among Intravenous Drug Users," Noon Conference Lecture Series, The Miriam Hospital, Providence, RI, February 13, 2001.

30. Invited Speaker, "Infections among Intravenous Drug Users," Noon Conference Lecture Series, Rhode Island Hospital, Providence, RI, February 21, 2001.

31. Invited Panelist, "Patient Advocate Panel," Brown Medical School, Providence, RI, March 7, 2001.

32. Invited Speaker: "AIDS in Drug Users in the US: The Rhode Island Experience," 13th National HIV/AIDS Update Conference, San Francisco, CA, March 20-23, 2001.

33. Invited Speaker: "Stopping the Spread of HIV and Hepatitis C by Accessing Sterile Injecting Equipment," Greater Fall River HIV/AIDS Consortium, Westport, MA, March 30, 2001.

34. Invited Presentation: "Physician Prescribing of Syringe Equipment to Injection Drug Users," Massachusetts Medical Society Council Meeting, Boston, MA, April 10, 2001.

35. Invited Speaker: "Access to Syringes and Medical Care for Injection Drug Users," Medical Grand Rounds, Memorial Hospital, Providence, RI, April 11, 2001.

36. Invited Speaker: "Syringe Access Among Injection Drug Users: Lessons for New York," The Center for Comprehensive Care Educational Series, Roosevelt Hospital, New York, NY, May 14, 2001.

37. Invited Speaker: "Needle Exchange Programs: Minimizing the Spread of HIV and

38. Hepatitis C," Stanley Street Treatment and Resources (SSTAR), Fall River, MA, June 26, 2001.

39. Invited Speaker: "The Medical and Public Health Considerations of HIV/AIDS and Hepatitis C Prevention: Stopping the Spread of HIV and Hep C," Stanley Street Treatment and Resources (SSTAR), Fall River, MA, 7:00 p.m., June 27, 2001.

40. Burris S, Macalino G, Taylor L, McKenzie M, Zampi A, Osei A, Rich JD. Physician Prescribing of Syringes to Prevent HIV. 2001 National HIV Prevention Conference (Abstract 670), Atlanta, GA, August 12-15, 2001.

41. Taylor L, Runarsdottir V, Gross M, Macalino G, McKenzie M, Zampi A, Osei A, Burris S, Sanford S, Rich JD.  Survey of Addiction Specialists: A Survey of Syringe Prescription for HIV Prevention. *2001* National HIV Prevention Conference (Abstract 894), Atlanta, GA, August 12-15, 2001.

42. Martin EG, Zampi AL, Taylor LE, Osei A, McKenzie M, McNamara SF, Rich JD. Prevalence of HIV and Hepatitis B and C among Injection Drug Users in a Syringe Prescription Program. 2001 National HIV Prevention Conference (Abstract 623), Atlanta, GA, August 12-15, 2001.

43. Rich JD, McKenzie M, Paul RV, Olson J, Osei A, Taylor LE, Zampi A, Francois A, Macalino G.  Physician Prescribing of Syringes to Prevent HIV and Hepatitis.  *2001 National HIV Prevention Conference*  (Abstract 650), Atlanta, GA, August 12-15, 2001.

44. Invited Speaker: "HIV Prevention Strategies via Syringe-exchange Programs," Brigham & Women's Hospital, HIV Clinical Conference, Boston, MA, October 29, 2001.

45. Invited Speaker:  "The Politics of HIV and Injection Drug Use," World AIDS Day Conference, Students for AIDS Awareness and the Brown Lecture Board, Brown Medical School, Providence, RI, December 1, 2001.

46. Guest Lecturer: "Health Care in Prisons," Brown Medical School, Providence, RI, December 7, 2001.

47. Expert Witness:  "Evidence that Access to Clean Syringes Leads to a Decrease in HIV Risk and not to an Increase in Injection Drug Use," Senate Committee on Judiciary, State of Rhode Island, January 6, 2002.

48. Invited Speaker:  "Update on HIV," Medical Grand Rounds, Charlton Memorial Hospital, Fall River, MA, January 8, 2002.

49. Invited Plenary Speaker:  "Hepatitis B Vaccination of Prisoners," Hepatitis Coordinators' Conference, San Antonio, TX, January 26-30, 2003.

50. Invited Speaker:  "Methadone Maintenance: Facts, Controversies, and Issues for the 21st Century." NASW Criminal Justice and Alcohol, Tobacco, and Other Drugs Committees, Fulton Hall, Boston, College, Chestnut Hill, MA, March 3, 2003.

51. Invited Speaker:  "Strategies in HIV correctional Care" Roundtable Panel, R&R healthcare Communications, Inc., New York City, NY, March 26, 2003.

52. Invited Speaker:  2003 National AIDS Drug Assistance Program Educational Conference, Washington, DC, May 15-18, 2003.

53. Invited Speaker: "ABCs of Hepatitis."  A Special Forum to Discuss Viral Hepatitis and HCV/HIV Co-infection, State of Rhode Island and Providence Plantations, Department of Health, Greenville, RI, May 21, 2003.

54. Invited Speaker:  "Patients Who Are Co-Infected with HIV and Hepatitis C."  Presidential Advisory Council in HIV/AIDS (PACHA), Washington, DC, July 18, 2003.

55. Invited Speaker:  "Responding to Co-Occurring Disorders." 3rd Annual New England Association of Drug Court Professionals Conference, Roger Williams University, Bristol, RI, July 25, 2003.

56. Invited Speaker:  "Discharge Planning: Project Bridge". The University of Texas Medical Branch, School of Medicine, HIV Mini-Fellowship for Correctional Health Care Providers, Providence, RI, September 22-24, 2003.

57. Invited Speaker:  "Failing Therapy - Adherence or Resistance?". HIV Management and Treatment Update, The Rhode Island Department of Corrections, Cranston, RI, October 17, 2003.

58. Invited Speaker:  "Defining HCV Care and Accessing Health Care for the Drug Abuser in the Incarcerated Setting".   NIH Conference, Washington, DC, November 13, 2003

59. Physicians for Human Rights (PHR) and CFR Africa Policy Studies Program (How the Bush Administration Can Prevent HIV Infections), Washington, DC, December 1, 2003.

60. Invited Speaker:  "Overview of HIV Infection". Prevention and Treatment of Infectious Disease in Prison, What Corrections-Based Staff Need to Know.  Rhode Island Dept. of Corrections in collaboration with Brown University AIDS Program, Warwick, RI, December 11, 2003.

61. Invited Discussant: "An Epidemic by the Numbers: Categorizing, Counting and Constructing AIDS".  The Political and Symbolic Implications of Quantification Conference, Brown University, Providence, RI, February 26-28, 2004.

62. Invited Attendee: "A Multicultural Caribbean Against HIV/AIDS Conference."  Social and Scientific Systems, Inc., Santo Domingo, Dominican Republic, March 5-7, 2004.

63. Invited Participant: "Tar Wars Program, Henry Barnard School".  Rhode Island Medical Society Poster Competition, Roger Williams Park Carousel, Cranston, RI, May 8, 2004.

64. Invited Panelist:  "Brown University Pandemic AIDS Symposium." Brown University, Providence, RI, April 23-25, 2004.

65. Invited Participant:  "Challenges in Addressing Infectious Diseases Among Substance Users", Infectious Diseases Society of America (IDSA), Round Table Discussion, Boston Marriott Copley Place, Boston, MA, September 29, 2004.

66. Invited Participant:  "Re-Accreditation by LCME".  American Association of Medical Colleges and the American Medical Association, Site Visitors Meeting - Institutional Faculty Issues (Representing Chair of MFEC), Arnold Labs, Providence, RI, October 26, 2004.

67. Invited Attendee:  "Memo of Understanding Signing (MOU), Providence/Samara (Russia) Partnership".  Rhode Island State House, Governor's Office, Providence, RI, November 4, 2004.

68. Invited Attendee:  "Female Offender Advisory Board Meeting", Department of Corrections, Cranston, RI, November 9, 2004.

69. Invited Participant:  "Prescribing Syringes to Injection Drug Users", 5th Annual Harm Reduction Conference, Working Under Fire: Drug Users Health and Justice, 2004, New Orleans, LA, November 11-14, 2004.

70. Invited Lecturer:  "Advanced Infectious and Pulmonary Diseases", Management of Infections in Injection Drug Users, URI College of Pharmacy, URI PHP 430 Providence, RI, April 5, 2005.

71. Invited Presenter: "Needle Exchange Program", 57th Clinical Laboratory Science Society of Central New England, Annual Meeting, RI Convention Center, Providence, RI, May 11, 2005.

72. Invited Speaker: "Implementation of Hepatitis B Vaccination in Correctional Facilities", Centers for Disease Control and Prevention, Division of Viral Hepatitis Consultation, Implementing Adult Hepatitis B Vaccination Meeting, Atlanta, GA, May 18, 2005.

73. Invented Speaker:  Barriers to Adult Vaccination", Centers for Disease Control and Prevention, Division of Viral Hepatitis Consultation, Implementing Adult Hepatitis B Vaccination Meeting, Atlanta, GA, May 18, 2005.

74. Invited Presenter:  "Management of HIV Care in Hard to Reach Populations", Johns Hopkins HIV Roundtable Discussion, HIV Management in Challenging Populations: Focusing on the Whole Patient, Chicago, IL, September 21, 2005.

75. Invited Presenter:  "Comprehensive Medical Care for People Living with PLWH: Comorbidities", Everything! Comprehensive Medical Care for PLWH Conference, HIV/AIDS Bureau, U.S. Department of Health and Human Services, Baltimore, MD, September 22, 2005.

76. Invited Speaker: "Treatment of Substance Abuse and HIV", IDSA 43rd Annual Meeting, Management of HIV Infection, Interactive Session, San Francisco, CA, October 6-9, 2005.

77. Invited Presenter: "Blood Borne Pathogens Update", Women & Infants Hospital Grand Rounds, Providence, RI, October 27, 2005.

78. Guest Lecturer: "Syringe Prescription to Prevent HIV Infection in Rhode Island: A Case Study", AIDS in the International Perspective Seminar, Brown Medical School, Providence, RI, November 8, 2005.

79. Invited Speaker: "Treatment of Substance Abuse and HIV", IDSA 43rd Annual Meeting, Management of HIV Infection, Interactive Session, San Francisco, CA, October 6-9, 2005.

80. Invited Speaker: "Faculty Promotion: All You Needed to Know", Brown Medical School, Office of Medical Faculty Affairs, Providence, RI, February 15, 2006.

81. Conference Welcome:  "Creating Bridges to Care", AIDS Action Committee, Regional HIV, Hepatitis and Substance Use Conference, Providence, RI, March 22, 2006.

82. Invited Speaker:  "Re-entry Strategies for Drug-Involved Parolees: The Rhode Island Experience", Association of Paroling Authorities International, 2006 Training Conference, Reno, NV, April 23-26, 2006.

83. Conference Organizer and Presenter: "Ending the Revolving Door: Heroin and the Criminal Justice System in Rhode Island", Methadone Conference, Holiday Inn, Providence, RI, May 19, 2006.

84. Invited Presenter: "How Community-based Organizations and Academic Health Centers Can Create Partnerships", Coastal Medical, The Hotel Providence, Providence, RI, June 22, 2006.

85. Invited Speaker: "Treatment of HIV, HCV and Addiction in the Hispanic Population: Lessons from the Field", Symposium: Pharmacotherapy of HIV Infection and Substance Abuse in Hispanic Populations, Scottsdale, AZ, September 13-15, 2006.

86. Invited Panelist: "Protecting the Rights of Detainees: The Role of the Health Professional" Panel Discussion, Part I Series: Advocacy in Medicine, Physician Advocacy Fellows, Institute on Medicine as a Profession, Columbia University, October 25, 2006.

87. Invited Speaker:  "Harm Reduction", Panel and Discussion.  Ignite the Fight, HIV/AIDS Conference, Boston, MA, March 2-4, 2007.

88. Invited Participant:  "Health Professional Summit on Global AIDS and US Policies for Injection Drug Users", Physicians for Human Rights, Washington, DC, March 5-6, 2007.

89. Invited Participant:  "Reentry strategies for drug-involved parolees: the Rhode Island experience."  Academic and Health Policy Correctional Health Care Conf, University of Massachusetts Medical School, Boston, MA, March 29-30, 2007.

90. Invited Participant: "In Her Mother's Shoes" Symposium, The Global Threat of HIV Among Women: Challenges and Responses, Panel VI: Implementing Local HIV Prevention Initiatives, The Warren Alpert Medical School of Brown University, Providence, RI, May 5-6, 2007.

91. Invited Participant: "MAT in Prisons: Model Programs, Research and Evaluations", Medication Assisted Therapy (MAT): Interventions for Drug Users in Correctional Settings Roundtable, Reno, American Correctional Health Services Association (ACHSA)NV, June 4, 2007.

92. Invited Participant: "Initiating Opioid Agonist Therapy in U.S. Jails and Prisons: Feasibility and Evidence from Three Ongoing Studies". College on Problems of Drug Dependence Symposium, 68th Annual Scientific Meeting, The Hilton Quebec Hotel, Quebec City, Canada, June 16-21, 2007.

93. Invited Presenter: "Lifelines: Fundamentals of Pediatric Care for Transgender, Transsexual, Gender Variant and Intersex (TGI) Patients". The Warren Alpert Medical School of Brown University, Department of Pediatrics Grand Rounds, August 3, 2007.

94. Invited Participant: "HIV Care in 2007 – State of the Art". Tuskegee University College of Veterinary Medicine, Nursing and Allied Health (CVMNAH), 8th Annual Biomedical Research Symposium, Atlanta, GA, September 19-21, 2007.

95. Invited Participant: "Clinical Research and Epidemic of Incarceration". Tuskegee University College of Veterinary Medicine, Nursing and Allied Health (CVMNAH), 8th Annual Biomedical Research Symposium, Atlanta, GA, September 19-21, 2007.

96. Invited Speaker: "Opportunities to Address Opiate Addiction in Correctional Populations", Society of Correctional Physicians Annual Conference, Medicine in the Face of Addiction, Nashville, TN, October 13-17, 2007.

97. Invited Presenter: "Tar Wars". Henry Barnard School, 2008 Tar Wars Rhode Island, Rhode Island Medical Society, March 7, 2008.

98. Invited Participant: Responsibilities of Medical Professionals in Reform of Sentencing, Diversion and Conditions of Confinement", Second Annual Academic and Health Policy Conference on Correctional Health Care, Boston, MA, March 29, 2008.

99. Invited Presenter: "The Importance of HIV Treatment and Care for Inmates and Continuity of Care Post-Release", amfAR Congressional Briefing, "HIV in Correctional Settings: Implications for Prevention and Treatment Policy", Washington, DC, April 22, 2008.

100. Invited Participant: "HIV Care in the Setting of Addiction" ASAM Workshop, 21st Cape Cod Symposium on Addictive Disorders, Hyannis, MA, September 4-7, 2008.

101. Presenting Author: "Supportive Re-Entry: Who Seeks Linkage to Community Methadone Treatment Upon Release from Incarceration", Addiction Health Services Research (AHSR) 2008 Annual Meeting, , Boston, MA, October 22, 2008.

102. Invited Speaker: "Rhode Island Needle Exchange", 51st Annual Herber W. Youngken, Jr. Pharmacy Clinic, Radisson Airport Hotel, Warwick, RI, November 6, 2008.

103. Invited Participant: "Strategies in the Prevention and Treatment of HIV/AIDS", 51st Annual Herber W. Youngken, Jr. Pharmacy Clinic, Radisson Airport Hotel, Warwick, RI, November 6, 2008.

104. Invited Participant: "Forum for Collaborative HIV Research", 2008 National Summit on HIV Diagnosis, Prevention and Access to Care, The George Washington University, Arlington, VA, November 19-21, 2008.

105. Invited Speaker: "Harm Reduction: Overview, Evidence-Based Solutions, and Next Steps", 2009 Physicians for Human Rights National Student Conference, Providence, RI, January 31-February 1, 2009.

106. Invited Participant: "Implementing Routine HIV Testing in Correctional Facilities: Challenges and Opportunities", Forum for Collaborative HIV Research, The George Washington University, Washington, DC, April 27, 2009.

107. Invited Speaker: "HIV in Corrections", American Society of Addiction Medicine Annual Medical-Scientific Conference, New Orleans, LA, April 30 - May 3, 2009.

108. Invited Participant: "First International Inaugural Meeting of Research Experts", Network for Justice Health, Justice, Law and Crime Policy Program, George Mason University, Orlando, FL, May 5-8, 2009.

109. Invited Speaker: "Closing the Addiction Treatment Gap", The United States Conference of Mayors, Children, Health and Human Services Standing Committee 77th Annual Meeting, June 12-16, 2009.

110. Invited Participant: "Physicians for Human Rights Leadership Summit: AIDS and the Right to Health", Washington, DC, June 8-9, 2009.

111. Guest Appearance: "Prisons Not Treatting Drug Addiction Properly, Channel 10 News Interview, Providence, RI, September 8, 2009.

112. Invited Speaker: "A Physician's Tale: Drugs, Sex…", Colby College, Waterville, ME, September 17, 2009.

113. Invited Speaker: "Focus on Family". Positive Action Against Chemical Addiction, Inc. (PAACA), New Bedford, MA, September 29, 2009.

114. Invited Participant: "4th National Scientific Meeting", CFAR Social and Behavioral Sciences Research Network (SBSRN), Boston, MA, October 1-2, 2009.

115. Invited Speaker: "Opiate Addiction for Prisoners", University of Pennsylvania Seminar, Philadelphia, PA, October 5-6, 2009.

116. Invited Speaker: "Human Rights", Global Health Scholarly Concentration Seminar, Brown University, October 21, 2009.

117. Invited Participant: "International HIV Program", Holiday Inn, Mansfield, MA, October 26, 2009.

118. Invited Speaker: "13th Annual 2009 National CFAR Conference & AETC-CCC HIV Clinical Symposium", Vanderbilt University Medical Center, Nashville, TN, November 4-6, 2009.

119. Invited Speaker: "SERI Summit", Bryant University, Smithfield, RI, November 12, 2009.

120. Invited Participant: "Public Health and Pretrial Detention Meeting", Open Society Institute, Public Health Program and Open Society Justice Initiative, Columbia University, New York, NY, November 18, 2009.

121. Invited Participant: "Pretrial Detention and Its Links to Corruption, Public Health, Socio-Economic Factors, and Torture", A Multi-Disciplinary Meeting, The Global Campaign for Pretrial Justice, Open Society Justice Initiative, New York, NY, November 19-20, 2009.

122. Invited Speaker: "3rd Annual Academic & health Policy Conference on Correctional Health", Hilton Fort Lauderdale Airport Hotel, Fort Lauderdale, FL, December 3-4, 2009.

123. Invited Participant: "NIDA/IAS Criminal Justice Modeling Consultation Meeting", Mayflower Hotel, Washington, DC, January 11-13, 2010.

124. Invited Speaker: "Issues in HIV Care in the Prison Setting", Dartmouth-Hitchcock Medical Center, Lebanon, NH, April 12, 2010.

125. Invited Participant: "41st Annual Medical-Scientific Conference", American Society of Addiction Medicine (ASAM), San Francisco, CA, April 15-18, 2010.

126. Invited Speaker: "16th Annual Training Conference: Putting a Drug Court Within Reach of Every American in Need", National Association of Drug Court Professionals (NADCP), Alexandria, VA, June 2-5, 2010.

127. Invited Speaker: "Treatment and the Prison System", The 23rd Annual Cape Cod Symposium on Addictive Disorders, Recovery Solutions, Cape Cod, MA, September 9-12, 2010.

128. Invited Participant: "OAR Social and Behavioral HIV Prevention Research Think Tank", Bethesda, MD, September 26-29, 2010.

129. Invited Speaker: "Health and Human Rights of Prisoners", University of Michigan, School of Public Health, 2010 Symposium, Ann Arbor, MI, October 3-4, 2010.

130. Invited Participant: University of Pennsylvania, School of Social Policy and Practice Seminar, Philadelphia, PA, October 14-15, 2010.

131. Invited Participant: "Buprenorphine-Assisted Treatment for Opiate Addiction in the Criminal Justice Context, a Framework for Practitioners and Policymakers", MAT Guidelines Panel Meeting, Hilton Hotel, Chicago, IL, October 22, 2010.

132. Invited Speaker: "Incarceration and HIV Risk and Outcomes", Incarceration and Health Disparities Symposium, Brigham and Women's Hospital and The Harvard Clinical and translational Science Center, Brigham and Women's Hospital, Boston, MA, March 9, 2011.

133. Guest Appearance: "Media Inquiries: Needle Exchange Funding" Microsoft/National Broadcasting Company (MSNBC), Interview, Providence, RI, 2011.

134. Invited Speaker: "Seek, Test and Treat: Addressing HIV in the Criminal Justice Population", 4th Academic and Health Policy Conference on Correctional Health, Boston, MA, March 10-11, 2011.

135. Invited Presenter: "The Challenges of Pain Management in Corrections and Patients with HIV", Rhode Island Department of Corrections, Cranston, RI, April 14, 2011.

136. Invited Presenter: "The Center for Prisoner Health and Human Rights Overview", Center for Alcohol and Addiction Studies, Brown University, Providence, RI, April 29, 2011.

137. Invited Speaker: "Progress to Date from Brown University", Criminal Justice Modeling Meeting, International Workshop on Treatment as Prevention (TasP), Vancouver, BC, Canada, May 3, 2011.

138. Invited Participant: "International Workshop on Treatment as Prevention (TasP)", British Columbia Centre for Excellence in HIV/AIDS, Vancouver, BC, Canada, May 4-6, 2011.

139. Invited Participant: "Chief Resident Immersion Training (CRIT) Program", Addiction Medicine: Improving Clinical and Teaching Skills for Generalists, Wequassett Inn, Chatham, MA, May 11-14, 2011.

140. Invited Lecturer: "US Prisons, The Corrections System and Associated HIV Risks", Brown International Advanced Research Institutes (BIARI), Brown University, Providence, RI, June 21, 2011.

141. Invited Participant: ""NIDA Seek, Test, Treat, and Retain Data Harmonization Grantee Meeting: Criminal Justice Group", Bethesda North Marriott Hotel and Conference Center, Bethesda, MD, August 16-17, 2011.

142. Invited Presenter: "Women and the American Correctional system: Pregnancy, Drugs, and the Imperative of Reform", Department of Medicine, Rhode Island Hospital Grand Rounds, George Auditorium, Rhode Island Hospital, Providence, RI, September 13, 2011.

143. Invited Presenter: "Opiate Addiction and Incarceration", Grand Rounds, Rhode Island Department of Corrections, Cranston, RI, September 22, 2011.

144. Invited Panelist: Einstein Expert Panel, "Medication-Assisted Treatment for Criminal Justice Populations, JBS International, Bethesda, MD, October 6-7, 2011.

145. Invited Panelist: "Chronic Pain and Opioids: Safe and Effective Management", Norcal Mutual Insurance Company, Providence, RI, October 12, 2011.

146. Invited Participant: Expert Group Meeting, "Detention and Harm Reduction", Open Society Institute, Vienna Consultation, Vienna, Austria, October 26-28, 2011.

147. Invited Speaker: "Medical and Public Health Opportunities and the Epidemic of Incarceration" Johns Hopkins School of Public Health, Baltimore, MD, November 10, 2011.

148. Invited Participant: "Advocacy Conference", Center on Medicine as a Profession, Columbia University, November 17-18, 2011.

149. Invited Speaker: "Light the City Red" World AIDS Day, Rhode Island State House, Providence, RI, December 1, 2011.

150. Invited Speaker: "Medicine and Public Health Opportunities in the Epidemic of Incarceration" Institute of Medicine (IOM) Semi-Annual Board Meeting", Institute of Medicine, Washington, DC, December 13, 2011.

151. Invited Presenter: "HIV and the Epidemic of Incarceration in the US: Implication for the Health Professions", University of Puerto Rico, Center for Evaluation and Sociomedical Research, San Juan, PR, February 20-25, 2012.

152. Invited Speaker: "Addressing Social and Structural Determinants of the HIV Epidemic", CFAR Social and Behavioral Sciences Research Network (SBSRN), 6th National Meeting, Chapel Hill, NC, March 1-2, 2012.

153. Invited Participant: "5th Academic and Health Policy Conference on Correctional Health", Atlanta Airport Marriott Hotel, March 22-23, 2012.

154. Invited Participant: "HIV in Corrections and Beyond: Progress and Challenges", Special Satellite Session, XIX International AIDS Conference, Washington, DC, July 22-27, 2012.

155. Invited Speaker: "Buprenorphine Diversion: Enhancing Access While Preventing Diversion" and "The Epidemic of Accidental/Inadvertent Overdoses on Prescription Drugs", American Society of Addiction Medicine's Annual Medical-Scientific Conference, Hilton Atlanta Hotel, Atlanta, GA, April 19-22, 2012.

156. Invited Participant: "Addiction Medicine: Research Training for Clinical Fellows", 1st Annual Fellow Immersion Training (FIT) Program, Wequasett Inn, Chatham, MA, May 2-5, 2012.

157. Invited Presenter: "Incarcerated Populations", BIARI Global Health HIV and AIDS, Brown University, Providence, RI, June 9-23, 2012.

158. Member Participation: "Committee on the Causes and Consequences of High Rates of Incarceration", National Research Council of the National Academies, Second Meeting, Washington, DC, July 9-10, 2012.

159. Invited Participant/Presenter: "HIV in Corrections and Beyond: Progress and Challenges", A Special Satellite Session, International AIDS Conference, Washington, DC, July 22, 2012.

160. Invited Presenter: "HIV and Incarceration", Brigham and Women's HIV Conference, Brigham and Women's Hospital, Boston, MA, September 10, 2012.

161. Guest Appearance: "Medical Marijuana", WGBH Radio Interview, Boston, MA October 9, 2012.

162. Invited Speaker: "Methadone Treatment for Opioid Addicts and Prevention of HIV", Columbian Psychiatric Association and Its Subcommittee of Addictions, Cali, Colombia, October 11-14, 2012.

163. Invited Presenter: "Prison Medicine", Brigham and Women's Hospital, Boston, MA, October 22, 2012.

164. Guest Appearance: Nuestra Salud Latino Public Radio, Health Education Radio Show, International Infection Prevention Week for Audience Education, Providence, RI, October 29, 2012.

165. Guest Speaker: "Preventing Fatal Opioid Overdose: Q&A", The Miriam Hospital, Providence, RI, November 15, 2012.

166. Discussant: "Workshop on Health and Incarceration", National Research Council, The National Academies of Sciences, Washington, DC, December 5, 2012.

167. Member Participation/Presenter: "Committee on the Causes and Consequences of High Rates of Incarceration", The National Academies Third Meeting, Washington, DC, December 6-7, 2012.

168. Invited Lecturer: "IDU's and Harm Reduction Approaches", HSPH Global AIDS Symposium, Harvard Medical School, December 13, 2012.

169. Invited Speaker: "Overdose Education and Naloxone From the Emergency Department", Kent Hospital, December 20, 2012.

170. Invited Participant: "6th Academic and Health Policy Conference on Correctional Health", Chicago Marriott O'Hare, Chicago, IL, March 21-22, 2013.

171. Invited Speaker: "AIDS Care Ocean State Pathways to Healthy Housing Conference", Providence Biltmore Hotel, Providence, RI, April 2, 2013.

172. Member Participant: "Committee on the Causes and Consequences of High Rates of Incarceration", The National Academies Fourth Meeting, Washington, DC, April 4-5, 2013.

173. Invited Member Speaker: "HIV, HCV and Addiction Behind Bars", 2nd Annual Addiction Medicine for All Providers: A Risk Management Course", The Massachusetts Medical Society; The Massachusetts Society of Addiction Medicine", Waltham, MA, June 21-22, 2013.

174. Member Participant: "Committee on the Causes and Consequences of High Rates of Incarceration", The National Academies Fifth Meeting, Washington, DC, June 27, 2013.

175. Invited Presenter: "Methadone Treatment Program Project", Connecticut Department of Corrections, Weathersfield, CT, July 15, 2013.

176. Guest Appearance: National Public Radio (NPR), "On Point" Live Broadcast (WBUR: 88.1 FM; 102.7 FM and 91.5 FM), "New Faces of Heroin", Boston, MA, July 18, 2013. http://onpoint.wbur.org/2013/07/18/heroins-new-reach

177. Invited Speaker: "Infectious Diseases Grand Rounds Seminar Series", Visiting Professor. Boston University Medical Center, Boston, MA, September 12, 2013.

178. Invited Speaker: "How Societal Perceptions of HIV/AIDS has Evolved", Screening of Larson's Rock Opera *Rent*", for the Preclinical Elective Course on Opera and Medicine, Warren Alpert Medical School, Brown University, Providence, RI, October 18, 2013.

179. Invited Speaker: "Incarcerated Populations" Brigham and Women's Hospital, Social Justice Curriculum Session, Boston, MA, October 30, 2013.

180. Guest Appearance:  National Public Radio (NPR), "On Point" Live Broadcast (WBUR: 88.1 FM; 102.7 FM and 91.5 FM), "A Plan to Reign-In Powerful Pain Medications", Boston, MA, October 30, 2013.  http://onpoint.wbur.org/2013/10/30/fda-oxycontin-hydrocodone

181. Guest Lecturer:  "HIV/AIDS Interventions Course (GHP 255)", Harvard Medical School, The Fenway Institute, Fenway Health, Boston, MA, November 7, 2013.

182. Invited Participant as Faculty and Co-Facilitator:  "The Basics and Beyond: Research with Children, Pregnant Women and Fetuses, and Prisoners", PRIM&R's 2013 Advancing Ethical Research Conference (AER), Hynes Convention Center, Boston, MA November 8, 2013.

183. Invited Speaker:  "Overdose Prevention Education and Take-Home Naloxone", American Association for the Treatment of Opioid Dependence (AATOD), Philadelphia Marriott, Philadelphia, PA, November  9-13, 2013.

184. Invited Panel Speaker:  "Prison Rape Issues in the U.S. Incarceration System" Harvard Law School, March 5, 2014.

185. Invited Panelist: "Opiate Addiction and Overdose Documentary", Rhode Island Public Radio, Public Forum, Providence Athenaeum, Providence, RI, March 11, 2014.

186. Invited Visiting Professor Speaker:  "Drug Legalization and Consequences from a Social Determinants of Health Perspective", University of Puerto Rico, Center for Evaluation and Sociomedical Research, Puerto Rico Psycol Association, San Juan, PR, March 25-26, 2014.

187. Invited Presenter: "Breaking Down Silos", Health Reform and Criminal Justice: Advancing New Opportunities, Hosted by Community Oriented Correctional Health Services (COCHS) and Health Affairs, The Columbus Club, Union Station, Washington, DC, April 3, 2014.

188. Invited Speaker:  "An Epidemic of Opioid Overdose Deaths" Medicine Grand Rounds, Rhode Island Hospital, Providence, RI, April 8, 2014.

189. Invited Speaker:  "Incarceration, HIV and Overdose", Boston University School of Public Health, Crosstown Center, Boston, MA, April 9, 2014.

190. Guest Appearance:  "New Face of Heroin", NPR, Affiliate Radio Station, WHYY, Philadelphia, PA, April 14, 2014

191. Invited Webinar Panelist:  "Health Behind Bars", Center on Media, Crime and Justice, the Langeloth Foundation, April 29, 2014.

192. Invited Lecturer:  "Human Rights and Incarceration", Warren Alpert Medical School of Brown University, Providence, RI, May 7, 2014.

193. Invited Presenter:  "Addressing HIV and Viral Hepatitis among Criminal Justice Populations", Clinical AIDS Task Force, (CATF) and Brown University AIDS Program (BRUNAP), The Miriam Hospital, May 7, 2014.

194. Invited Lecturer:  Public Health Opportunities of Incarceration", National Health Insurance Administration, Taiwanese Association for Social Welfare, National Chung Cheng University, Taipei, Taiwan, Republic of China, May 19-26, 2014.

195. Invited Breakout Session Leader:  "Substance Use and Mental Health Breakout Session: How Can We Incorporate this Substantive Issue into Public Health Education, Research, and Practice", The Public Health Approach to Incarceration: Opportunities for Action Conference, Columbia University Mailman School of Public Health, New York, NY, June 2-4, 2014.

196. Invited Presenter:  "Prescription Diversion summit, Alpert Medical School, Brown University, Providence, RI,  June 7, 2014.

197. Invited Guest Keynote Speaker: "Public Health Opportunities of Incarceration", Louisiana Public Health Institute, Stakeholder's Meeting, New Orleans, LA, June 24, 2014.

198. Invited Attendee: "Whitehouse/Portman Women and Addiction Forum", The Russell Senate Office Building, Washington, DC, July 21-22, 2014.

199. Expert Panelist: "Expert Panel on Law Enforcement and Naloxone", Office of the Attorney General, Office of Justice Programs, Bureau of Justice Assistance and the Drug Enforcement Administration, Washington, DC, July 30-31, 2014.

200. Invited Panelist: "How Do We Significantly Reduce our Prisons? The NAS Report and Its Implications for New York", John Jay College of Criminal Justice, New York, NY, September 3-4, 2014.

201. Invited Presenter: "Update in Opioid Prescription and Overdose Death", Internal Medicine Grand Rounds, Dept. of Veterans Affairs, VA Hospital, Providence, RI, September 5, 2014.

202. Invited Participant: "National Institute on Drug Abuse (NIDA) Meeting", Washington, DC, September 15-16, 2014.

203. Invited Presenter: "Incarceration, Public Health and an Epidemic of Fatal Opioid Overdoses", Medicine Grand Rounds, University of Wisconsin, School of Medicine and Public Health, 2014 Health Disparities Symposium, "Incarceration, Infections and Inequalities: Creating an Agenda for Research and Community Action in Wisconsin", University of Wisconsin, Madison School of Public Health, Visiting Professor Grand Rounds, Madison, WI, September 18-19, 2014.

204. Invited Panelist: "The Causes and Consequences of High Rates of Incarceration in the United States" and the "NRC Report on Incarceration", Watson Institute for International Studies, Providence, RI, September 24, 2014.

205. Expert Faculty Clinician Webinar Seminar: "HIV Transmission Risk Behaviors Among Individuals Who are HIV Infected and were Recently Released from Jail: Park I", Howard University College of Medicine, AETC-Capitol Region Telehealth Project, Washington, DC, October 8, 2014.

206. Expert Faculty Clinician Webinar Seminar: "HIV Transmission Risk Behaviors Among Individuals Who are HIV Infected and were Recently Released from Jail: Park II", Howard University College of Medicine, AETC-Capitol Region Telehealth Project, Washington, DC, October 22, 2014.

207. Invited Speaker: "Physicians for Human Rights National Student Conference, Warren Alpert Medical School of Brown University, Providence, RI, November 8, 2014.

208. Invited Presenter: "20 Years Treating HIV Behind Bars: Lessons From the Field", HIV, Substance Abuse and Criminal Justice T32 Fellowship Program, Columbia University School of Social Work, New York, NY, November 9-10, 2014.

209. Guest Appearance: "Health Check: Opioid Overdose Study", WJAR TV Channel 10 News, Providence, RI, November 13, 2014

210. Guest Lecturer: "Harm Reduction/Impact Mitigation in IDUs" Harvard Medical School, The Fenway Institute, Fenway Health, Boston, MA, November 13, 2014.

211. Invited Speaker: "Mass Incarceration and Health: Advocacy in Medicine and Beyond", Harvard Medical School, Boston, MA, November 14, 2014.

212. Invited Presenter: "Methadone Maintenance for Opiate Addiction in Correctional Settings", Grand Rounds, Rhode Island Department of Corrections, Cranston, RI, January 21, 2015.

213. Invited Speaker: "Health of Minorities in the US and Around the World", MEDTalk Conference, Minority Association of Pre-Medical Students (MAPS), Warren Alpert Medical School of Brown University, Providence, RI, April 11, 2015.
214. Abstract Contributor: "Treatment of Opioid Use Disorder within Correctional Facilities". The ASAM 46th Annual Conference, April 23-26, 2015, Hilton Hotel, Austin, TX.
215. Invited Roundtable Participant: "Exploring U.S.-Iran Academic Partnerships in Public Health and the Medical Sciences", Institute of International Education, University at Albany, State University of New York, New York, NY, May 12, 2015.
216. Guest Appearance: "Methadone Continuation versus Forced Withdrawal on Incarceration in a Combined US Prison and Jail:  A Randomized Open-Label Trial", CBS Live Radio, Providence, RI, May 27, 2015.
217. Guest Appearance: "Methadone Behind Bars Keeps Addicted Inmates Off Drugs When Released", Al Jazeera America, New York, NY, May 27, 2015.
218. Guest Appearance: "Methadone Continuation versus Forced Withdrawal on Incarceration in a Combined US Prison and Jail:  A Randomized Open-Label Trial", WJAR-TV, Channel 10, Providence, RI, May 29, 2015.
219. Invited White House Expert: "A Benefits Improvement and Integration Working Group", Discussion of Care for Individuals Leaving the Prison System with HIV/AIDS and Other Chronic Conditions", The White House, Office of National AIDS Policy, Domestic Policy Council, Eisenhower Executive Office Bldg., Washington, DC, June 18, 2015.
220. Member Participant: "Drug Policy Alliance Board Meeting", New York, NY, June 22, 2015.
221. Guest Appearance: "The Consequences of the Rhode Island General Assembly's Lack of Action on the Good Samaritan Law", Al Jazeera's American Tonight, On Camera Interview, Providence, RI, June 24, 2015.
222. Guest Appearance:  The Consequences of the Rhode Island General Assembly's Lack of Action on the Good Samaritan Law", WLNE TV Channel 6 News, Providence, RI, June 26, 2015.
223. Invited Author Presenter: "HIV, Hepatitis C, Hepatitis B and TB in Prison and Closed Settings: A Global Review of Prevalence and Incidence", The Lancet Series on HIV in Prisoners, Joint Peer Reviewers/Authors, and Editors' Meeting, The Lancet Office and Tenter House, London, England, September 30 – October 1, 2015.
224. Invited Rounds Presenter: "Incarceration and Overdose in Rhode Island" Center for Alcohol & Addiction Studies (CAAS), Department of Behavioral and Social Sciences, Brown University School of Public Health, Providence, RI, October 9, 2015.
225. Invited Presenter: "Rhode Island's Multi-Pronged Response to the Opioid Crisis", Addiction Professional Summit; A Community Event", Crowne Plaza, Warwick, RI, November 6, 2015.
226. Invited Lecturer: "Injection Drug Users, Harm Reduction and Correctional Issues, HSPH Course, Harvard Medical School, November 10, 2015.
227. Invited Panelist: "Criminal Justice and Health Consortium" University of California, San Francisco, CA, November 11-15, 2015.
228. Member Participant: "CFAR/BUMC Collaborative Symposium", Boston University, Boston, MA, November 18, 2015.
229. Member Participant: "Drug Policy Alliance Biennial 2015 International Drug Policy Reform Conference", Washington, DC, November 18-21, 2015.

230. Guest Appearance:  WJAR-TV (Channel 10 News), **"**Rhode Island Governor's Overdose and Prevention Task Force to Combat Overdose", Providence, RI, December 3, 2015

231.  Invited Speaker: "Justice and Mental Health Collaboration/Second Chance in Action: Practical Strategies to Deliver Results National Conference", Washington, DC, December 15-18, 2015.

232. Guest Appearance:  National Public Radio (NPR), "On Point" Live Broadcast (WBUR: 88.1 FM; 102.7 FM and 91.5 FM), "Governor's Overdose Prevention and Intervention Task Force", Providence, RI, January 21, 2016.

233. Member Participant: "Drug Policy Alliance Board Meeting", New York, NY, January 21-11, 2016.

234. Invited Presenter: "Opioid Overdose Prevention and Intervention Practices for Office Based Practitioners: Safe Opioid Prescribing Practice and Office Based Treatment of Opioid Use Disorders", Warren Alpert Medical School of Brown University, Providence, RI, January 23, 2016.

235. Presenter: "How Doctors Can Stop the Overdose Epidemic in Rhode Island", Medicine Grand Rounds, Rhode Island Hospital, February 9, 2016.

236. Guest Appearance:  WNAC-TV, Fox Providence, Channel 12 Newscast**,** Live Interview: "Overdose Epidemic Affecting Southern New England, Providence, RI, February 19, 2016.

237. Invited Attendee: "4th Annual Meeting of the National Hepatitis Corrections Network (NHCN)", Baltimore, MD, March 15-16, 2016.

238. Member Participant: "9th Academic & Health Policy Conference on Correctional Health", Baltimore, MD, March 17-18, 2016.

239. Guest Appearance:  ACLU of Rhode Island Monthly Cable Show Taping, "Overdose Prevention and Intervention Task Force", PEG Studios, Providence, RI, March 22, 2016.

240. Invited Member:  The National Academies of Sciences (NAS), "Workshop:  Improving Collection of Indicators of Criminal Justice System Involvement in Population Health Data Programs", Washington, DC, March 28-30, 2016.

241.  Invited Speaker: "Buprenorphine", Rhode Island Medical Society (RIMS) Council Meeting, Providence Marriott, Providence, RI, April 4, 2016.

242. Invited Speaker: "An Epidemic of Overdoses", MEDTalk Conference, Brown University, April 8, 2016.

243. Invited Panelist: "IPE Sessions", Brown Medical School, Providence, RI, April 14-15, 2016.

244. Invited Panelist: "The Future of Public Health", Northeastern University School of Law Annual Conference, Raytheon Amphitheater, Egan Research Center, Northeastern University School of Law, Boston, MA, April 15, 2016.

245. Presenter: "How Doctors Started and Cn Stop the Overdose Epidemic in Rhode Island", Emergency Medicine Grand Rounds, Rhode Island Hospital, Providence, RI, April 27, 2016.

246. Invited Speaker: "Gun Violence", Rally, Rhode Island State House, April 28, 2016.

247. Invited Board Member: "4th Annual Advisory Board Meeting", Global Institute for Health and Human Rights (GIHHR), University at Albany, Albany, NY, April 29-30, 2016.

248. Expert Advisory Panelist: "Reducing Mortality in Correctional Facilities", National Institute of Justice, Arlington, VA, May 16-17, 2016.

249. Invited Speaker:  "The Rhode Island Strategic Plan on Opioid Addiction and Overdose", Addiction Medicine Rounds, Yale University, New Haven, CT, June 9, 2016.

250. Interview: "Five Questions with: Dr. Josiah D. Rich" Answers to PBN Questions Regarding: Governor Raimondo's Overdose Prevention and Intervention Taskforce, Providence Business News (PBN), Weekly Health Care & Lifes Sciences Report Update, Providence, RI, June 13, 2016.

251. Invited Panelist: "Meet the Experts: Improving Outcomes for Justice Involved Populations with Behavioral Health Needs", 3rd Annual P2PH Conference, John Jay Behavioral Health Symposium, John Jay College of Criminal Justice, New York, NY, June 14-15, 2016.

252. Member Participant: "Drug Policy Alliance Board Meeting", New York, NY, June 22-23, 2016.

253. Invited Speaker/Presenter: "Clinical Care of Incarerated People with HIV, Viral Hepatitis, or Tuberculosis" (first author, Lancet Publication, Lancet Series), "2016 21st International AIDS Conference", Durban, South Africa, July 18-22, 2016.

254. Live Interview: "HIV and Related Infections in Prisoners", Lacet Series Discussed at the 2016 21st International AIDS Conference, Durban, South Africa, WJAR-TV, Channel 10 News, Providence, RI, July 28, 2016.


## GRANTS/ACTIVE

1. *Improving Linkage to HIV Care Following Release from Incarceration*
   National Institutes of Health/National Institute on Drug Abuse - R01DA030778
   Principal Investigator: Rich, Josiah, MD, MPH
   09/30/2010 - 06/30/2017: $619,316/yr.

2. *HIV and Addictions Among Criminal Justice-Involved Populations -*
   *Midcareer Investigator Award in Patient-Oriented Research*
   National Institutes of Health/National Institutes on Drug Abuse - K24DA022112
   Principal Investigator: Rich, Josiah, MD, MPH
   06/01/2013 - 05/31/2018: $161,860/yr.

3. *Advancing Patient Safety Implementation Through Pharmacy-Based Opioid*
   *Medication Use Research*
   Boston Medical Center/AHRQ - R18HS024021
   Principal Investigator/RIH: Green, Traci
   Co-Investigator/Boston Medical Center: Baird, Jennette
   Co-Investigator/TMH: Rich, Josiah, MD, MPH (subcontract only for salary support)
   07/01/2015 - 06/30/2018: $90,442/yr.

4. *Implementation to Motivate Physician Response to Opioid Dependence in HIV Setting*
   National Institutes of Health - R01DA038082
   Principal Investigator/RIH: Friedmann, Peter, MD
   Principal Investigator/TMH: Rich, Josiah, MD, MPH
   07/01/2014 - 06/30/2019: $68,428/yr.

5. *Mobile Application to Improve Care Coordination Between HIV Clinics and Substance Treatment Facilities*
   National Institutes of Health - R34DA041237
   Principal Investigator:  Claborn, Kasey, PhD
   Co-Investigator:  Rich, Jopsiah, MD, MPH
   07/15/2016 - 06/30/2019:  $197,102

## GRANTS, COMPLETED

1. *A Randomized Trial of Continued Methadone Treatment Maintenance vs. Detoxification in Jail*
   National Institutes of Health/National Institute on Drug Abuse - R01DA027211
   Principal Investigator:  Rich, Josiah, MD, MPH
   08/01/2009 – 05/31/2016: $225,745/yr.

2. *A Randomized Controlled Trial and Cohort Study of HIV Testing and Linkage to Care*
   National Institutes of Health/National Institute on Drug Abuse - R01DA030771
   Principal Investigator:  Rich, Josiah, MD, MPH
   08/01/2009 - 05/31/2015:  $523,473/yr.

2. *Prisoner Overdose Prevention Training and Naloxone Upon Release*
   National Institutes of Health/National Institute on Drug Abuse - R21DA029201-01A1
   Principal Investigator:  Rich, Josiah, MD, MPH
   04/01/2010 - 06/30/2013:  $146,842

3. *Improving Ethics in Research: The Development of the Coercion Assessment Scale*
   National Institutes of Health – R01DA025687 (Concurrent with R01DA027211)
   Principal Investigator:  Dugash
   Co- Investigator:  Rich, Josiah, MD, MPH
   03/01/2011 - 02/29/2012:  $5,000

4. *Feasibility of Pharmacy-Based HIV Interventions Among IDUs: 2 New England Cities*
   National Institutes of Health/National Institute on Drug Abuse/Fenway Community Health Center - R21DA025010
   Principal Investigator:  Case, Patricia, PhD
   Co-Investigator:  Rich, Josiah, MD, MPH
   08/01/2009 - 07/31/2011: $32,811/yr.

5. *Opiate Replacement Therapy at Release from Incarceration (ROMEO)*
   National Institutes of Health/National Institute on Drug Abuse - R01DA018641
   Principal Investigator:  Rich, Josiah, MD, MPH
   06/15/2005 - 03/31/2011: $250,000/yr.

6.  *Ryan White Part C Capacity Development*
    Health Resources and Services Administration - P06HA11136
    Principal Investigator:  Rich, Josiah, MD, MPH
    09/01/2009 - 08/31/2010: $65,883/yr.

7.  *Brief Intervention for Drug Misuse for the Emergency Department (BIDMED)*
    National Institutes of Health/RIH Subcontract - R01DA026066
    Principal Investigator:  Merchant, Roland Clay, MD
    Co-Investigator:  Rich, Josiah, MD, MPH
    03/15/2009 - 02/28/2010:  $27,134/yr.

8.  *Outreach and Methadone for Former Prisoners (MOD)*
    CSAT/SAMHSA – 6H79TI14562
    Principal Investigator:  Michelle McKenzie, MD, MPH
    Co-Investigator:  Rich, Josiah, MD, MPH
    10/01/2003 - 09/30/2008:  $456,943/yr.

9.  *Substance Abuse Treatment and HIV/AIDS Services (VISTA)*
    CSAT/SAMHSA - H79TI15875
    Principal Investigator:  Rich, Josiah, MD, MPH
    09/30/2003 - 09/29/2008:  $495,552/yr.

10. *Continuity of Care for Drug-Addicted Offenders in Rhode Island*
    National Institute on Drug Abuse - U01DA016191
    Principal Investigator:  Friedmann, Peter, MD, MPH
    Co-Investigator:  Rich, Josiah, MD, MPH
    09/25/2002 - 08/31/2008:  $27,245/yr.

11. *Rationale Opiate Treatment Policies for Incarcerated Populations*
    Soros Advocacy Fellowship for Physicians Medicine as a Profession (MAP)
    Open Society Institute (OSI) Grant Numbers:  10007246 and 20012153
    Principal Investigator:  Rich, Josiah, MD, MPH
    07/01/2004 – 06/30/2007:  $82,679/yr.

12. *A Trial to Reduce Hepatitis C Among Injection Drug Users*
    RIH - R01DA123759
    Principal Investigator:  Stein, Michael, MD/MPH
    Co-Investigator:  Rich, Josiah, MD, MPH
    10/01/2001 - 08/31/2005:  $2,258,694 (total grant)

13. *Access to HIV/HCV Prevention After Syringe Law Change (Sapphire) Study*
    BROWN - R01DA14853
    Principal Investigator:  Macalino, Grace, PhD
    Co-Investigator:  Rich, Josiah, MD, MPH
    09/1/2002 - 08/31/04:  $45,718 (subcontract over 2 years)

14. *HIV Prevention Trials Network (PTN)*
    FENWAY - U01AI48040
    Principal Investigator:  Mayer, Kenneth, MD, MPH
    Co-Investigator:  Rich, Josiah, MD, MPH
    07/01/2000 - 06/30/2004:  $1,000,442 (total grant)

15. *Hepatitis B Vaccination of Prisoners*
    The Center for Disease Control and Prevention - U50CCU119078
    Principal Investigator:  Rich, Josiah, MD, MPH
    09/30/2000 - 03/31/2004:  $677,014 (total grant)

16. *Division of AIDS Research and Treatment Initiative*
    The National Institutes of Health, NIAID - (DATRI)-002, N01AI15123
    Principal Investigator:  Josiah D. Rich, MD, MPH
    1993 - 1997:  $7,236 (per patient enrolled)

17. *A Randomized Trial of a Brief Alcohol Intervention for Needle Exchange Clients*
    The National Institutes of Health - R01AA-DA11796
    Principal Investigator: Michael Stein, MD
    Co-Investigator:  Josiah D. Rich, MD, MPH
    09/01/1998 - 08/31/1999:  $32,542 (subcontract)

18. *Prescription Syringe:  Increasing Injection Drug Users Access to Sterile Needles*
    Open Society Institute - 282941581
    Principal Investigator:  Josiah D. Rich, MD, MPH
    12/16/1998 - 12/15/1999:  $54,750

19. *Health Care Utilization Among Injection Drug Users*
    The National Institutes of Health - RO1DA10567
    Principal Investigator:  Michael Stein, M.D.
    Co-Investigator:  Josiah D. Rich, MD, MPH
    04/01/1997 - 03/31/2000:  $33,280

20. *An Evaluation of Physician Syringe Prescription to Prevent HIV Infection*
    American Foundation for AIDS Research (AMFAR) - 10630-26-EG
    Principal Investigator:  Josiah D. Rich, MD, MPH
    05/01/1999 - 04/30/2000:  $99,998

21. *Blood-borne Infections Among Imprisoned Drug Users*
    The Center for Disease Control and Prevention/Johns Hopkins University
    U64-CCU314392
    Principal Investigator:  David Vlahov, M.D.
    Co-Investigator: Josiah D. Rich, MD, MPH
    02/01/1998 - 06/30/2000:  $206,669

22. *Utilization and Outcome of Needle Exchange in Women IDUs*
National Institutes of Health/National Institute on Drug Abuse - K20DA00268
Principal Investigator: Josiah D. Rich, MD, MPH
07/15/1995 - 06/30/2002: $752,000

**GRANT TRANSFERRED TO ANOTHER PRINCIPAL INVESTIGATOR
EFFECTIVE 1/1/09**

1. *Ryan White Part B - Comprehensive HIV CARE Act Funded Health Care and Support
Services for Rhode Islanders Living with HIV/AIDS*
HRSA/Rhode Island Department of Health -75H00214316
Principal Investigator: Rich, Josiah, MD, MPH (1994-2010)
Principal Investigator: Kojic, Erna Milu, MD (2010-1/1/16)
Principal Investigator: Garland, Joseph, MD (1/1/16 - )
4/1/2007 – Current

**GRANTS TRANSFERRED TO ANOTHER PRINCIPAL INVESTIGATOR
EFFECTIVE 12/1/10**

1. *Ryan White Part C - Outpatient Early Intervention Services with Respect to HIV Disease*
DHHS/Health Resources and Services Administration - 5H76HA00018
Principal Investigator: Rich, Josiah, MD, MPH (1994-2010)
Principal Investigator: Montague, Brian, DO (2010-6/8/15)
Principal Investigator: Rich, Josiah, MD, MPH (6/8/15-1/1/16)
Principal Investigator: Garland, MD (1/1/16 - )
05/01/1994 – Current

2. *Ryan White Part C - Capacity Building*
Health Resources and Services Administration - H97HA15310
Principal Investigator: Rich, Josiah, MD, MPH (1994-2010)
Principal Investigator: Brian Montague, DO (2010-2011)
09/01/2009 - 08/31/2011: Funding Ended

3. *Ryan White Part C - HIV Early Intervention Services (EIS) Program/Ongoing Expansion
Funds for Current Part C Grantees*
Health Resources & Services Administration – 376HA00018
Principal Investigator: Rich, Josiah, MD, MPH (1994-2010)
Principal Investigator: Montague, Brian, DO (2010-2011)
01/01/2010 - 12/31/2011: Funding Ended

4. *Closing the Addiction Treatment Gap Initiative*
Open Society Institute (OSI) - 20023067
Principal Investigator: Rich, Josiah, MD, MPH (2008-2010)
Principal Investigator: Zaller, Nickolas, Ph.D. (2010-2011)
09/01/2008 - 08/31/2011: Funding Ended

**GRANT TRANSFERRED TO ANOTHER PRINCIPAL INVESTIGATOR**
**EFFECTIVE 1/1/11**

1. *New HIV Diagnosis Occurring at the Rhode Island Department of Corrections, 2000-2007*
   *(*concurrent with parent R01DA027211)
   National Institutes of Health/National Institute on Drug Abuse - R01DA27211-01S1
   Principal Investigator:  Rich, Josiah, MD, MPH (2009-2011)
   Principal Investigator:  Beckwith, Curt, MD (2011-2012)
   12/01/2009-2/29/2012:  Funding Ended

**UNIVERSITY and OTHER TEACHING ROLES**

| | |
|---|---|
| 1994 - | Adult Correctional Institute, Rhode Island Department of Corrections, Cranston, RI, Infectious Diseases Specialist (One clinic session per week) |
| 1995 - | Lecturer and Small Group Sessions Facilitator Biomed 282 - Pathophysiology, Infectious Disease |
| 1995 - 1999 | Course Co-Director Biomed 282 - Pathophysiology, Infectious Disease |
| 1997 - | Brown International Health Institute Fogarty Fellowship Faculty Mentor |
| 1997 - 1999 | Invited Speaker Annual Brown University AIDS Program (BRUNAP) Forum |
| 1999 | Guest Lecturer Anthropology 23/University Course/Biology and Medicine Community Health 23 |
| 1999 | Invited Lecturer Physician Syringe Prescription for Injection Drug Users |
| 1999 | Invited Lecturer Life and Research Behind Bars: Our Work at the ACI |
| 1999 | Weekly Seminar, Department of Community Health "Bloodborne Pathogens in an Incarcerated Population" |
| 2000 | Invited Lecturer (BRUNAP) Hepatitis C: Controversies Facing the Primary Care Provider |
| 2001 | Invited Panelist Patient Advocate Panel |

2001            Invited Lecturer
                The Politics of HIV and Injection Drug Use
                World AIDS Day Conference
                Students for AIDS Awareness and the Brown Lecture Board

2001            Invited Lecturer
                Health Care in Prisons

2003            Judge
                Cost vs. Care: The Dilemma For American Medicine (BC007)

2003            Invited Lecturer (BRUNAP)
                Overview of HIV Infection: Prevention and Treatment of Infectious Disease in
                Prison, What Corrections-Based Staff Need to Know
                Rhode Island Department of Corrections in collaboration with Brown University

2003-present    Preceptor, Community Based Teaching Program
                Residency Programs in Medicine

2003 -          Preceptor
                Brown Medical School and Lifespan Academic Medical Center
                Internal Medicine Community Based Teaching Program

2004            Invited Discussant
                An Epidemic by the Numbers: Categorizing, Counting and Constructing AIDS
                The Political and Symbolic Implications of Quantification Conference

2004            Invited Panelist
                Brown University Pandemic AIDS Symposium

2005            Invited Lecturer
                Syringe Prescription to Prevent HIV Infection in Rhode Island: A Case Study
                AIDS in the International Perspective Seminar

2005            Lecturer, University of Rhode Island
                "Management of Infections in Injection Drug Users"

2005            Educator
                The Center of Excellence in Women's Health
                Research Core Mentoring Program for Junior Investigators
                "Substance Abusing Populations"

2006            Invited Lecturer
                Faculty Promotion: All You Needed to Know
                Office of Medical Faculty Affairs

2007            Invited Lecturer
                In Her Mother's Shoes Symposium, The Global Threat of HIV Among Women:
                Challenges and Responses, Panel VI: Implementing Local HIV Prevention
                Initiatives

2007            Invited Lecturer
                Lifelines: Fundamentals of Pediatric Care for Transgender, Transsexual, Gender
                Variant and Intersex (TGI) Patients
                Department of Pediatrics Grand Rounds

2007            Small Group Sessions Facilitator
                Bio 365 - Pathophysiology, Infectious Diseases

2007            Course Speaker
                HIV Medicine for Primary Care Providers
                HIV in Substance Users

2009            Lecturer
                Biology of AIDS

2009            Lecturer and Small Group Sessions Facilitator
                Biomed 282 - Pathophysiology, Infectious Disease

2011            Invited Lecturer
                The Center for Prisoner Health and Human Rights Overview
                Center for Alcohol and Addiction Studies

2011            Invited Lecturer
                US Prisons, The Corrections System and Associated HIV Risks
                Brown International Advanced Research Institutes (BIARI)

2012            Invited Lecturer
                Incarcerated Populations
                BIARI Global Health HIV and AIDS

2013            Course Instructor
                PHP1350 - Prisoner Health Inside Out
                Brown University

2015            Invited Lecturer
                R25 Session
                "CJRT Corrections: HIV, HCV, Addiction in Criminal Justice Populations
                Brown University School of Public Health

2015            Invited Speaker
               Health Policy Scholarly Concentration
               Warren Alpert Medical School of Brown University

2016            Invited Speaker
               BIOL 0140A - Science and Medicine Communications Class
               "Methadone Continuation versus Forced Withdrawal on Incarceration in a
               Combined US Prison and Jail: A Randomized, Open-Label Trial"
               Brown Medical School

2016            Invited Speaker
               Health Policy Course, Primary Care and Population Medicine
               "Physician Experiences Who Have Lobbied for Legislative and/or Regulatory
               Changes:  Insights, Barriers, Facilitators"
               Brown University School of Public Health

2016            Invited Panelist
               "Opioid Addiction and Needle Exchange Legislation"
               Health Policy Course, Primary Care and Population Medicine Program
               Brown University School of Public Health

2016            Invited Panelist
               "IPE Session I and IPE Session II"
               Brown Medical School.

2016            Faculty Advisor, Categorical Medicine Intern
               ➢    Evan Gale, MD

## HOSPITAL TEACHING ROLES

1994 - 2009    Medical Attending Physician
               The Miriam Hospital
               (One Month per year)

1994 -          Immunology Center Attending
               The Miriam Hospital
               (2-4 Clinics per week)

1994 -          Inpatient and On-call Rounding
               The Miriam Hospital
               (1-8 Weeks per year)

1994 -          Infectious Diseases Consult Service Attending
               The Miriam Hospital
               (Approximately 2-8 Weeks per year)

2002 -            Infectious Diseases Consult Service Attending
                  Rhode Island Hospital
                  (Approximately 0-2 Weeks per year)

2008              Fellows Lecture Series: "Infections in Drug Users"
                  The Miriam Hospital

## DEPARTMENT OF CORRECTIONS
## (MENTORING/TRAINEES)

1995              Preceptor, Brown University Undergraduate Independent Study Projects
                  ➢ Jeffrey Goodman

1995              Preceptor, Brown University Medical School, Independent Study Projects
                  ➢ Mark Vannorsdall
                  ➢ Carolyn Greene
                  ➢ Ronald J. Willy
                  ➢ Anthony Charuvastra
                  ➢ Peter Chin-Hong

1996 - 1997       Preceptor, Brown University Medical School, Independent Study Projects
                  ➢ Phillip Yu

1996              Mentor, Summer Research Assistantship
                  ➢ Bethany C. Elliot

1996 - 1999       Mentor, Research Assistantship
                  ➢ Brian P. Dickinson

1998 - 1999       Preceptor, Undergraduate Teaching and Research Assistantship (UTRA)
                  ➢ Laura Dokson

1998 - 2000       Preceptor, Summer Undergraduate Teaching and Research Assistantship (UTRA)
                  ➢ Tom Whitlock

1999              Mentor, Summer Research Assistantship
                  ➢ Sreekanth Chaguturu (Pre-Med)
                  ➢ Joe Hou (Co-Mentor)
                  ➢ Nathan Merriman (Pre-Med)
                  ➢ Larkin Strong (Undergraduate)
                  ➢ Craig K. Foisie (Undergraduate/Pre-Dental)
                  ➢ Christopher W. Towe (Pre-Med)
                  ➢ Christopher M. Salas (Pre-Med)
                  ➢ Megan Gaydos  (Undergraduate)
                  ➢ Maria Paliou (Post Doctorate)

1999 - 2000     Mentor, Summer Research Assistantship
    ➢ Meenakshi Mehrotra (Medical Student)

2000     Mentor, Summer Research Program
    ➢ Monika Lata Bandyopadhyay (High School Student)

2000     Mentor, Summer Research Assistantship
    ➢ Juliana Stein
    ➢ Erika Martin (Undergraduate)

2000     Preceptor, Undergraduate Teaching and Research Assistantship (UTRA)
    ➢ Rowan V. Paul

2000     Mentor, Longitudinal Rotation, Rhode Island Adult Correctional Institute
    ➢ Catherine Crosland (Medical Student)

2000 - 2001     Mentor, Research Assistantship
    ➢ Jessica End

2001     Mentor, Longitudinal Rotation, Rhode Island Adult Correctional Institute
    ➢ Anthony Charuvastra (Medical Student)

2001     Mentor, Senior Thesis Advisor
    ➢ Maureen Grundy (Undergraduate)

2001     Mentor, Brown University Medical School, Independent Study Projects
    ➢ Samuel Snead (Undergraduate)
    ➢ Robert Wolf (Medical Student)
    ➢ Rachael Mason (Undergraduate)

2001 - 2002     Mentor, Brown University Medical School, Independent Study Projects
    ➢ Joe Hou (Medical Student)

2001 - 2003     Mentor, Adult Ambulatory Longitudinal
    ➢ Jerry Lewis (Medical Student)

2002     Mentor, Brown University Medical School, Independent Study Projects
    ➢ Portia Thurmond (Undergraduate)

2003     Mentor, Community Health Clerkship
    ➢ Matt O'Brien (Undergraduate)
    ➢ Thomas Doyle (Undergraduate)

2002 - 2005     Mentor, Brown University Medical School, Independent Study Projects
    ➢ Snigdha Vallabhaneni (Medical Student)

2002 - 2004    Mentor, Longitudinal Rotation: Rhode Island Adult Correctional Institute
    ➢ Amy Boutwell (Medical Student)

2003    Mentor, Research Assistantship
    ➢ Garrett Key (Summer)
    ➢ David Shield (Undergraduate)
    ➢ Sophia SchiahuaWong (Undergraduate)

2003 - 2004    Mentor, Research Assistantship
    ➢ Marah Mattheus-Kairys (Post Graduate)

2004    Mentor, Community Health Clerkship
    ➢ Alison Arent (Undergraduate)
    ➢ Allison Kendrick (medical student)

2004    Mentor, Community Health Clerkship
    ➢ Michelle Morreale
    ➢ Alfredo Silvera
    ➢ Nadine Dubowitz
    ➢ Darpun Dhawan
    ➢ Kathy Anderson
    ➢ Christine Liang
    ➢ Hannah Brown
    ➢ Melanie Watts
    ➢ Cyrus Yau
    ➢ Shayan Shirazian

2004    Mentor, Research Assistant
    ➢ Shadaba Asad
    ➢ Soniya Gandhi
    ➢ Skye Tirado

2004    Mentor, High School Student, Mini Course
    ➢ Scot Seitz

2004    Mentor, Longitudinal Weekly Infectious Diseases Clinic
    ➢ Gloria Aggrey

2004 – 2005    Mentor, Longitudinal Studies in HIV
    ➢ Amy Noack

2004 – 2005    Mentor, Research Internship: Dept. of Corrections, HIV Population
    ➢ Serena Yu

2004 – 2005     Mentor, Brown University Medical School, Independent Studies
  ➤ Emily Clair McClung

2005     Mentor, Research Project
  ➤ Clara Kim

2005     Mentor, Summer Research Assistantship
  ➤ Joan Fullerton
  ➤ Soyun Kim

2005     Mentor, Summer Research Fellowship
Karen T. Romer Undergraduate Teaching and Research Assistantships (UTRA)
  ➤ Julie Law

2005     Mentor, Community Health Clerkship
  ➤ Judy Nee
  ➤ Jennifer Lee
  ➤ Joshua Spaete
  ➤ Cheryl Shannon
  ➤ Carmen Barnes
  ➤ Suzette Brown
  ➤ Monica Kumar
  ➤ Jeffrey Ogbarra
  ➤ Charlesly Joseph

2005     Faculty Advisor, Categorical Medicine Intern
  ➤ Dipesh Amin, MD

2005     Mentor, Comprehensive HIV Care Longitudinal
  ➤ Scott Zimmerman

2005     Mentor, HIV and Substance Abuse in Department of Corrections
  ➤ David Shield

2005     Mentor, Luebeck University Medical Student Summer Volunteer
  ➤ Tilman Menzel

2005     Mentor, Research Assistant, Department of Corrections, HIV Population
  ➤ Sara Tedeschi

2005 – 2006     Mentor, Brown University Medical School, Independent Studies
  ➤ Courtney Wright

2006     Preceptor, Brigham & Women's Internal Medicine Residency Program
  ➤ Rhondee Benjamin-Johnson

2006            Preceptor, Graduate Student SEARCH Program
                ➢ Brooke Huffman

2006            Mentor, Department of Corrections, HIV Population
                ➢ Autumn Davidson
                ➢ Vincent Harrison
                ➢ Simon DesJardins
                ➢ Premal Patel
                ➢ John Kelleher
                ➢ Mac McLaughlin
                ➢ Dan Schwarz
                ➢ Soyun Kim
                ➢ Jeffrey Harris, MD

2006            Second Thesis Reader
                "An Analysis of the Social, Political, and Economic Contexts of a
                Differential Response to Endemic Hepatitis B in Siberian Russian
                and Native Alaskan Populations"
                ➢ By: Ana Chartier, Department of Community Health, Honors Thesis

2006            Mentor, Infectious Disease Rounds
                ➢ Edward Pilkington, III

2006            Mentor, Longitudinal Rotation
                ➢ Nathaniel Link
2006 - 2007     Attending, Medicine Sub-Internship
                ➢ Natasha Rybak

2006 - 2008     Mentor, Department of Corrections, Health Care
                ➢ Omega Edwards, MD

2007            Faculty Advisor, Categorical Medicine Intern
                ➢ Aaron Samuels, MD

2007            Mentor, Drug Policy and Incarceration
                ➢ Nathaniel Lepp

2007            Mentor, Clinical Rotation, Immunology Center
                ➢ Tamara Prudent

2007            Mentor, Department of Corrections, Health Care
                ➢ Ank Nijhawan, MD

2007            Mentor, Department of Corrections, HIV Population
                ➢ Adrienne Childers
                ➢ Jesse Soodalter

2007            Preceptor, Medicine Rotation
                ➢ Kimberly Babb, MD

2007            Faculty Sponsor, Services Offered to Prisoners and Ex-Prisoners
                ➢ Ethan Jacobi

2007            Mentor, HIV and At-Risk Populations
                ➢ Sarah Bowman

2007            Mentor, CFAR Developmental Award, Junior Investigator
                ➢ Lynn Taylor, MD

2007            Mentor, Department of Corrections, Research in Clinical Care
                ➢ Allison Hutson
                ➢ Amy Nunn

2007            Mentor, Infectious Diseases Rotation
                ➢ Tara Babu

2007            Mentor, Community Health Rotation
                ➢ Margaret McKinney


2007- 2008      Mentor, Department of Corrections, Research Studies
                ➢ David Cohen

2008            Preceptor, Community Based Teaching Program
                ➢ Kinjal Shah, MD

2008            Mentor, Student Rotation
                ➢ Pojen Deng

2008            Mentor, Independent Study Project
                ➢ Soyun Kim

2008            Mentor, Community Health Clerkship
                ➢ Sarah Wakeman

2008            Mentor, Department of Corrections, Research in Clinical Care
                ➢ Jennifer Humphrey
                ➢ Atena Asiaii

> ➢ Jeannia Fu
> ➢ Sarah Wakeman
> ➢ Martha Catherine Trimbur, MD
> ➢ Cynthia MacLeod, RN
> ➢ Samuel Dickman
> ➢ Sylvia LaCourse
> ➢ Alexander Bazazi

2008     Thesis Advisor, Master of Public Health Thesis
> ➢ Lily Kanter

2009     Preceptor, Community Based Teaching Program
> ➢ Paul Trowbridge, MD

2009     Mentor, Department of Corrections, Research in Clinical Care
> ➢ Amisha Parikh
> ➢ Emily Wang
> ➢ Shikha Garg
> ➢ Katherine Joo
> ➢ Nadine Pardee

2009     Mentor, Independent Study Project
> ➢ Shankar Sai LeVine

2009     Mentor, Prisoner Rights and Health Conditions of Incarcerated Populations
> ➢ Mansi Shah
> ➢ Carly Hudelson
> ➢ Lauren Kay
> ➢ Mary McLemore
> ➢ Sarah Bagley, MD
> ➢ Brian Cilley, MD
> ➢ Nathaniel Lepp
> ➢ Ketzela Marsh, MD

2009     Mentor, K25 Fellow, Infections in Drug Users
> ➢ Evelyn Patterson, MD

2009     Mentor, Undergraduate Teaching and Research Assistantships (UTRA)
> ➢ Samuel Dickman

2009     Mentor, HIV/AIDS Rotation
> ➢ James Town

2009     Mentor, Community Health Program
> ➢ Max Clermont

2010            Preceptor,  Community Based Teaching Program
                ➢ Kinjal Shah, MD

2010            Mentor, Department of Corrections, Research in Clinical Care
                ➢ Michael Yokell
                ➢ Alison Brock
                ➢ Naida Cole
                ➢ Alyssa Thomas

2010            Mentor, Prisoner Rights and Health Conditions of Incarcerated Populations
                ➢ Traci Green, MD
                ➢ Nathaniel Lepp
                ➢ Christin Price, MD
                ➢ Samuel Dickman
                ➢ Evangelos Vryonis, MD

2010            First Thesis Reader
                "HIV Testing in State Correctional Facilities: Policy and Practice"
                ➢ By: Nadine Pardee, Human Biology Honors Program
                   Brown University

2010            Preceptor, Community Based Teaching Program
                ➢ Ignacio Echenique, MD

2010            Mentor, Longitudinal Ambulatory Clerkship in Internal Medicine
                ➢ Andrea Dean

2010            Mentor, Community Health Program
                ➢ Armando Bedoya

2010-2011       Faculty Advisor, Categorical Medicine Intern
                ➢ Steven Kasakian, MD

2011            Mentor, Department of Corrections, Research in Clinical Care
                ➢ Brian Chang
                ➢ Simeon Kimmel
                ➢ Joshua Rodriquez-Srednicki
                ➢ Madeline Bilodeau
                ➢ Dora Dumont, MPH
                ➢ Daniel Solomon, MD
                ➢ Constance Chace, MD

2011            Preceptor, Community Based Teaching Program
                ➢ Hubert Roberts, MD

2011            Mentor, Independent Studies, Biological Sciences
                ➢ Amy Traver

2011            Mentor, Prisoner Health (Framework in Global Health Recipient)
                ➢ Ann Crawford-Roberts

2011            Mentor, Program in Liberal Medical Education (PLME)
                ➢ Eric Bai

2012            Mentor, Diversity Mentoring Program
                ➢ Karl Chiang, PhD, Postdoctoral Fellow

2012            Mentor, Department of Corrections, Research in Clinical Care
                ➢ Hannah Janeway
                ➢ Sara Schlotterbeck
                ➢ Oluwatosin Babalola
                ➢ Thomas Reznik, MD
                ➢ Brandon Marshall, MD

2012            Mentor, The VIBE Study, Pacific Institute for Research and Evaluation
                ➢ Robin Pollini, PhD, MPH

2012            Primary Thesis  Reader
                "Medicaid Policies and Practices Among State Prison Systems in New England
                and Implications for the Continuity of Behavioral Health Care for Recently
                Released Prisoners"
                ➢ By: Amy Traver, Sc.B. Candidate, Human Biology, Health and Disease

2012            Second Thesis Reader
                "Hepatitis C and Young Incarcerated Adults"
                ➢ By: Blair McNamara, Sc.B. Candidate, Human Biology, Health and Disease

2012-2014       Mentor, Opioid Substitution Therapy in the Post Release Period
                on Criminal Recidivism
                ➢ Sarah Larney, PhD,  NHMRC Early Career Fellowship
                   National Health and Medical Research Council of the Australian Government

2012 - 2014     Preceptor, Community Based Teaching Program
                ➢ Antonella Fine, MD

Aug/Sept 2012   Mentor, Observership
                ➢ Prasanta Das, MD

2012            Mentor, 4th Year Resident Rotation
                ➢ Julie Hugo, MD

2013         Mentor, Department of Corrections, Research in Clinical Care
- Jessica Mitter
- Jasmine Fuller
- Sandra Cortina
- Zoe Uvin
- Samuel Miller

2013         Mentor, "Introduction to Medicine: So You Want To Be A Doctor"
- Zoe Kibbelaar

2013 - 2014  Mentor, Undergraduate Teaching and Research Assistantships (UTRA)
Project Title:  The War on drugs and the Epidemic of Incarceration in the U.S.: Policy and Infectious Diseases
- Aimie Kawai
- Kathryn Hawrot

2013 - 2018  Mentor, Clinical Care Research
- Paul Christopher, MD

2014         Mentor, Department of Corrections, Research in Clinical Care
- Manasa Reddy
- Anna Tomasulo

2014         Mentor, Clinical Care Research
- Edward Wing, MD
- Michael Levy, MD
- Amanda Noska, MD
- Seema Kacker, MD
- Elana Rosenthal, MD
- Rachel Hardenstine, MD

2014         Correctional Health Medicine
- Michael Levy, MD
  Health Director, Alexander Maconochie Center
  Human Rights Prison, Australia

2014-2016  Preceptor, Community Based Teaching Program
- Zoe Smith, MD

2014         Mentor, Justice Studies Internship
- Magdalena Tsiongas

2014         Mentor, Summer at Brown Program (Immunology Clinic)
- Catherine Tsai

| | |
|---|---|
| 2014 | Faculty Advisor, Categorical Medicine Intern<br>➢ Rory Shallis |
| 2014-2016 | Mentor, T32 Fellow<br>➢ Emily Dauria |
| 2014-2016 | Preceptor, Community Based Teaching Program<br>➢ Zoe Smith |
| 2014-2018 | Mentor, The Center for Prisoner Health and Human Rights<br>➢ Josh Johnson<br>➢ Alicia Lu<br>➢ Aaron Shapiro<br>➢ Alice Tin |
| 2015 | Second Thesis Reader<br>"HIV and Hepatitis C Testing, Test Results Disclosure,<br>and Confidentiality in the Prison System"<br>➢ By: Madeline (Addy) Borges, Human Biology, Health and Disease |
| 2015 | Mentor, Independent Studies – Criminal Justice<br>"Crime and Criminal Justice"<br>"Health and the Law"<br>➢ Josephine Chen |
| 2015 | Mentor, Psychiatry and Human Behavior Fellow<br>Department of Corrections, Research in Clinical Care<br>➢ Stephanie Gajewski (Newby) |
| July, 2015 | Preceptor, Clinical and Research Elective in Correctional Facilities<br>➢ Seema Kacker |
| July, 2015 | Mentor, HIV Advocacy Elective, Department of Corrections<br>➢ Daniel Silva |
| 2016 | Mentor, Substance Abuse, Addiction and Treatment in Incarcerated Individuals<br>➢ Paul Wallace |
| 2016 | Mentor, Addiction Elective, Department of Corrections<br>➢ Timothy Steinhoff, Neuro-Psych Resident |
| 2016 | Mentor, Medicine Elective, Department of Corrections<br>➢ Matthew Murphy |

2016        Mentor, Linkage to HIV Care After Release from a Correctional Faciltiy,
            Department of Corrections
            ➢   Yordanos Tiruneh, MD

2016        Mentor, Addiction Medicine
            ➢   Evan Gale, MD
            ➢   Wei Sum Li
            ➢   Kevin Gibas

PERSONAL INFORMATION

| | |
|---|---|
| Date of Birth: | 8/19/59 |
| Place of Birth: | Boston, MA |
| Citizenship: | United States |
| Home Address: | 21 Boylston Avenue |
| | Providence, RI  02906 |