XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiffs,<br><br>          v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

The attached California Department of Corrections and Rehabilitation (CDCR) reports capture information concerning the transfer of class members out of desert institutions under the parties' Stipulation and [Proposed] Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on February 14, 2020. (ECF No. 6465.) Defendants submit these reports consistent with the parties' stipulation, which the Special Master approved, and is pending the Court's adoption and approval.

///

[3419376.1]                                            1

Defs.' Compliance Rprts. for Transfers of Class Members Out of Desert Institutions (2:90-cv-00520 KJM-DB (PC))

1  The report attached at Exhibit A shows that three inmates who were placed in CDCR's Mental Health Services Delivery System (MHSDS) while housed in a desert institution were not transferred from the desert institution outside the fourteen-day transfer timeline. The transfers over the fourteen-day transfer timeline were delayed due to the shelter-in-place restrictions on inmate movement related to COVID-19.

The report attached as Exhibit B shows that one *Coleman* class member transferred to a desert institution in April 2020.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following order relevant to this filing: ECF No. 6296.

Dated: May 15, 2020                           Respectfully submitted,

                                              XAVIER BECERRA
                                              Attorney General of California
                                              ADRIANO HRVATIN
                                              Supervising Deputy Attorney General

                                              */s/ Elise Owens Thorn*

                                              Elise Owens Thorn
                                              Deputy Attorney General
                                              *Attorneys for Defendants*

[3419376.1]                                   2

Defs.' Compliance Rprts. for Transfers of Class Members Out of Desert Institutions (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



May 15, 2020

Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE: DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. Hrvatin and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019. (ECF No. 6296.) Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System while housed in one of the six desert institutions during the month of April 2020, with the inmates' identifying information redacted. As Exhibit A reflects, three inmates were referred for mental health treatment while housed in a desert institution during the Month of April 2020. Those inmates were not transferred to institutions with mental health programs due to the policy in place to restrict inmate movement during the COVID-19 pandemic. Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members inadvertently placed in one of the six desert institutions in April 2020, with the inmate's identifying information redacted.

Sincerely,

/s/ *Dawn Lorey*

DAWN LOREY
Associate Warden, Mental Health Compliance Team
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# Exhibit A

MHSDS Inmates at Desert Institutions Historical MH Change  
Run Date: 05/01/2020 03:15 PM  
Run By: rodney.price  
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP  
Date Range: 04/01/2020 - 04/30/2020  
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.  
R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAL | | | CCCMS 04/22/2020 - 04/30/2020 | N | | | | 12/20/2016 14:08 | 04/22/2020 | MH Change | | | | |
| CAL | | | CCCMS 03/26/2020 - 04/01/2020 | N | 03/30/2020 00:00 | CCI | IV | 03/29/2019 13:10 | 03/26/2020 | MH Change | 04/01/2020 09:56 | 04/01/2020 16:14 | 6 | |
| CAL | | | CCCMS 04/30/2020 - 04/30/2020 | N | | | | 04/04/2018 07:59 | 04/30/2020 | MH Change | | | | |
| CAL | | | CCCMS 04/02/2020 - 04/10/2020 | N | 04/08/2020 00:00 | CCI | IV | 10/24/2019 15:22 | 04/02/2020 | MH Change | 04/10/2020 08:28 | 04/10/2020 14:07 | 8 | |
| CAL | | | CCCMS 04/23/2020 - 04/30/2020 | N | 04/24/2020 00:00 | SVSP | IV | 09/06/2017 14:05 | 04/23/2020 | MH Change | | | | |
| CAL | | | CCCMS 04/02/2020 - 04/10/2020 | N | 04/08/2020 00:00 | CCI | IV | 10/10/2017 15:33 | 04/02/2020 | MH Change | 04/10/2020 08:28 | 04/10/2020 14:07 | 8 | |
| CAL | | | CCCMS 03/27/2020 - 04/02/2020 | N | 03/30/2020 00:00 | MCSP | III | 03/19/2020 15:19 | 03/27/2020 | MH Change | 04/02/2020 10:23 | 04/03/2020 14:58 | 7 | |
| CAL | | | CCCMS 04/02/2020 - 04/09/2020 | N | 04/07/2020 00:00 | CMC | III | 02/24/2020 10:42 | 04/02/2020 | MH Change | 04/09/2020 07:06 | 04/09/2020 14:52 | 7 | |
| CAL | | | CCCMS 03/27/2020 - 04/06/2020 | N | 04/02/2020 00:00 | NKSP | III | 03/12/2020 10:00 | 03/27/2020 | MH Change | 04/06/2020 08:29 | 04/06/2020 19:21 | 10 | |
| CAL | | | CCCMS 04/14/2020 - 04/17/2020 | N | 04/16/2020 00:00 | RJD | IV | 06/21/2019 09:47 | 04/14/2020 | MH Change | 04/17/2020 08:04 | 04/17/2020 11:29 | 3 | |
| CAL | | | CCCMS 04/08/2020 - 04/14/2020 | N | 04/13/2020 00:00 | KVSP | IV | 03/17/2020 15:19 | 04/08/2020 | MH Change | 04/14/2020 07:04 | 04/14/2020 14:03 | 6 | |
| CAL | | | CCCMS 04/08/2020 - 04/08/2020 | Y | 04/08/2020 17:28 | RJD | NA | 04/08/2020 13:21 | 04/08/2020 | MH Change | 04/08/2020 19:23 | 04/08/2020 23:31 | 0 | |
| CAL | | | CCCMS 04/08/2020 - 04/13/2020 | N | 04/09/2020 00:00 | SVSP | IV | 03/24/2020 12:03 | 04/08/2020 | MH Change | 04/13/2020 07:39 | 04/13/2020 16:51 | 5 | |
| CAL | | | CCCMS 04/14/2020 - 04/17/2020 | N | 04/16/2020 00:00 | NKSP | III | 03/19/2020 17:45 | 04/14/2020 | MH Change | 04/17/2020 08:13 | 04/17/2020 15:41 | 3 | |
| CAL | | | CCCMS 03/27/2020 - 04/01/2020 | N | 03/30/2020 00:00 | CCI | IV | 03/17/2020 15:19 | 03/27/2020 | MH Change | 04/01/2020 09:58 | 04/01/2020 16:14 | 5 | |
| CCC | | | CCCMS 04/02/2020 - 04/08/2020 | N | 04/09/2020 07:49 | KVSP | NA | 12/11/2019 15:03 | 04/02/2020 | MH Change | 04/08/2020 05:58 | 04/08/2020 15:13 | 6 | |
| CCC | | | CCCMS 04/16/2020 - 04/30/2020 | N | 04/27/2020 00:00 | CMC | II | 09/23/2019 18:52 | 04/16/2020 | MH Change | | | | 14 days -No movement due to Covid-19 |
| CEN | | | CCCMS 04/01/2020 - 04/06/2020 | N | 04/02/2020 00:00 | CMC | III | 09/04/2019 09:32 | 04/01/2020 | MH Change | 04/06/2020 08:38 | 04/06/2020 17:43 | 5 | |
| CEN | | | CCCMS 04/15/2020 - 04/20/2020 | N | 04/16/2020 00:00 | CTF | II | 12/01/2016 19:14 | 04/15/2020 | MH Change | 04/20/2020 07:54 | 04/20/2020 18:00 | 5 | |
| CEN | | | CCCMS 04/29/2020 - 04/30/2020 | N | | | | 09/28/2017 17:52 | 04/29/2020 | MH Change | | | | |
| CEN | | | CCCMS 04/01/2020 - 04/03/2020 | N | 04/01/2020 00:00 | PVSP | III | 07/12/2018 10:26 | 04/01/2020 | MH Change | 04/03/2020 09:03 | 04/03/2020 19:02 | 2 | |
| CEN | | | CCCMS 04/03/2020 - 04/03/2020 | N | 04/03/2020 12:52 | RJD | NA | 04/21/2017 17:52 | 04/03/2020 | MH Change | 04/03/2020 16:16 | 04/03/2020 18:41 | 0 | |
| CEN | | | CCCMS 04/21/2020 - 04/30/2020 | N | | | | 12/24/2014 15:27 | 04/21/2020 | MH Change | | | | |
| CEN | | | CCCMS 04/03/2020 - 04/08/2020 | N | 04/07/2020 00:00 | SATF | III | 02/11/2020 17:29 | 04/03/2020 | MH Change | 04/08/2020 08:12 | 04/08/2020 15:48 | 5 | |
| CEN | | | CCCMS 04/13/2020 - 04/17/2020 | N | 04/14/2020 00:00 | RJD | III | 11/21/2019 17:26 | 04/13/2020 | MH Change | 04/17/2020 08:30 | 04/17/2020 10:44 | 4 | |
| CEN | | | CCCMS 04/15/2020 - 04/20/2020 | N | 04/16/2020 00:00 | MCSP | III | 04/18/2019 08:50 | 04/15/2020 | MH Change | 04/20/2020 07:53 | 04/20/2020 18:44 | 5 | |
| CEN | | | CCCMS 04/01/2020 - 04/01/2020 | N | 04/01/2020 13:36 | RJD | NA | 03/31/2020 01:35 | 04/01/2020 | MH Change | 04/01/2020 14:34 | 04/01/2020 17:26 | 0 | |
| CEN | | | CCCMS 04/18/2020 - 04/18/2020 | N | 04/18/2020 14:32 | RJD | NA | 02/03/2020 13:51 | 04/18/2020 | MH Change | 04/18/2020 18:59 | 04/18/2020 22:22 | 0 | |
| CEN | | | CCCMS 03/25/2020 - 04/03/2020 | N | 04/01/2020 00:00 | ASP | II | 08/15/2019 17:43 | 03/25/2020 | MH Change | 04/03/2020 09:03 | 04/03/2020 18:02 | 9 | |
| CEN | | | CCCMS 03/25/2020 - 04/03/2020 | N | 04/01/2020 00:00 | SATF | III | 03/09/2020 15:26 | 03/25/2020 | MH Change | 04/03/2020 08:20 | 04/03/2020 16:21 | 9 | |
| CEN | | | CCCMS 04/15/2020 - 04/30/2020 | N | 04/17/2020 00:00 | RJD | III | 03/17/2020 17:36 | 04/15/2020 | MH Change | | | | 15 days -No movement due to Covid-19 |
| CEN | | | CCCMS 04/22/2020 - 04/30/2020 | N | 04/29/2020 00:00 | CRC | II | 03/16/2020 16:35 | 04/22/2020 | MH Change | | | | |
| CEN | | | CCCMS 04/03/2020 - 04/09/2020 | N | 04/03/2020 00:00 | CTF | II | 04/18/2013 08:20 | 04/03/2020 | MH Change | 04/09/2020 08:30 | 04/09/2020 17:54 | 6 | |
| CEN | | | CCCMS 03/25/2020 - 04/02/2020 | N | 03/27/2020 00:00 | HDSP | IV | 01/21/2020 12:47 | 03/25/2020 | MH Change | 04/02/2020 08:02 | 04/02/2020 23:09 | 8 | |
| CVSP | | | CCCMS 04/22/2020 - 04/30/2020 | N | 05/01/2020 00:00 | SATF | II | 04/22/2020 18:25 | 04/22/2020 | MH Change | | | | |
| CVSP | | | CCCMS 04/03/2020 - 04/09/2020 | N | 04/06/2020 00:00 | CMC | II | 11/19/2019 10:28 | 04/03/2020 | MH Change | 04/09/2020 07:35 | 04/09/2020 14:52 | 6 | |
| CVSP | | | CCCMS 03/24/2020 - 04/01/2020 | N | 03/27/2020 00:00 | SATF | II | 12/19/2019 17:23 | 03/24/2020 | MH Change | 04/01/2020 09:45 | 04/01/2020 17:40 | 8 | |
| CVSP | | | CCCMS 04/10/2020 - 04/16/2020 | N | 04/14/2020 00:00 | CTF | II | 01/23/2020 16:30 | 04/10/2020 | MH Change | 04/16/2020 07:29 | 04/16/2020 18:08 | 6 | |
| CVSP | | | CCCMS 03/24/2020 - 04/01/2020 | N | 03/27/2020 00:00 | CTF | II | 01/03/2020 15:39 | 03/24/2020 | MH Change | 04/01/2020 10:31 | 04/02/2020 13:32 | 9 | |
| CVSP | | | CCCMS 04/10/2020 - 04/15/2020 | N | 03/19/2020 00:00 | SATF | II | 08/03/2017 10:44 | 04/10/2020 | MH Change | 04/15/2020 08:11 | 04/15/2020 16:27 | 5 | |
| CVSP | | | CCCMS 04/01/2020 - 04/07/2020 | N | 04/03/2020 00:00 | SATF | II | 08/29/2019 17:47 | 04/01/2020 | MH Change | 04/07/2020 07:50 | 04/07/2020 15:11 | 6 | |
| ISP | | | CCCMS 04/21/2020 - 04/30/2020 | N | 04/29/2020 00:00 | CMC | II | 04/05/2020 11:04 | 04/21/2020 | MH Change | | | | |
| ISP | | | CCCMS 03/26/2020 - 04/06/2020 | N | 04/02/2020 00:00 | PVSP | III | 05/07/2019 14:42 | 03/26/2020 | MH Change | 04/06/2020 08:34 | 04/06/2020 16:33 | 11 | |
| ISP | | | CCCMS 04/22/2020 - 04/30/2020 | N | 04/29/2020 00:00 | SATF | II | 04/09/2020 09:42 | 04/22/2020 | MH Change | | | | |
| ISP | | | CCCMS 04/15/2020 - 04/30/2020 | N | 04/22/2020 00:00 | CTF | II | 04/11/2020 10:46 | 04/15/2020 | MH Change | | | | 15 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/08/2020 - 04/15/2020 | N | 04/14/2020 00:00 | CCI | II | 04/05/2020 12:12 | 04/08/2020 | MH Change | 04/15/2020 09:05 | 04/15/2020 15:13 | 7 | |
| ISP | | | CCCMS 04/21/2020 - 04/30/2020 | N | 05/01/2020 00:00 | SATF | III | 10/24/2019 16:22 | 04/21/2020 | MH Change | | | | |
| ISP | | | CCCMS 04/22/2020 - 04/30/2020 | N | 04/29/2020 00:00 | VSP | II | 04/09/2020 09:28 | 04/22/2020 | MH Change | | | | |
| ISP | | | CCCMS 04/29/2020 - 04/30/2020 | N | | | | 07/30/2019 15:05 | 04/29/2020 | MH Change | | | | |
| ISP | | | CCCMS 04/02/2020 - 04/10/2020 | N | 04/07/2020 00:00 | RJD | III | 12/30/2019 15:13 | 04/02/2020 | MH Change | 04/10/2020 08:11 | 04/10/2020 12:46 | 8 | |

# Exhibit B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival
Run Date: 05/01/2020 03:16 PM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 04/01/2020 - 04/30/2020
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Upon Arrival.
R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CVSP | | | 11/17/2018 | N | 04/18/2020 09:18 | COR | NA | 01/13/2020 15:12 | CCCMS 11/27/2018 - 04/13/2020 | MH Upon Arrival | 04/13/2020 07:55 | 04/13/2020 15:12 | 2184 | Out to Court |
| CVSP | | | 11/17/2018 | N | 04/13/2020 09:18 | COR | NA | 04/28/2020 15:38 | CCCMS 11/27/2018 - 04/30/2020 | MH Upon Arrival | | | | Out to Court |
| CVSP | | | 10/29/2019 | N | 01/15/2020 00:00 | RJD | III | 03/14/2020 08:18 | CCCMS 11/06/2019 - 04/27/2020 | MH Upon Arrival | 04/27/2020 08:17 | 04/27/2020 13:14 | 1060.93 | Out to Court |