XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                 Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                 Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE STIPULATION IDENTIFYING PROGRAM GUIDE DEPARTURES** |

On April 17, 2020, the Court ordered the parties to file by May 1, 2020 a stipulation identifying the "temporary departures from certain Program Guide requirements" for the provision of mental health care that Defendants had implemented in response to the COVID-19 pandemic. (ECF No. 6622 at 2-3.) The parties met and conferred in response to the Court's April 17 order, and determined more time would be necessary to come to agreement on the content of the stipulation. (ECF No. 6652 at 2.) Accordingly, the parties requested and the Court granted the parties an extension until May 15, 2020 to file the stipulation. (*Id.* at 2, 3.)

[3545068.2]                                                                 1

Stip. & [Prop.] Order Extend Time File Stip. Re: Program Guide Departures  (2:90-cv-00520 KJM-DB (PC))

Since the initial meet and confer, the parties have continued to negotiate, under the Special Master's supervision, the content of the Court-ordered stipulation identifying COVID-19-based departures from Program Guide requirements for mental health treatment and programming. During this period, the parties have exchanged draft stipulations and discussed various provisions, with the mutual goal of reaching a stipulation concerning this issue. Twice during the afternoon of May 15, Defendants sent Plaintiffs a version of the draft stipulation, but for reasons unknown to the parties, Plaintiffs did not receive that correspondence. The parties discovered this technical issue after the close of business today and continued their negotiations on the limited remaining points, but both sides determined that additional time is needed to reach an agreement.

The parties believe that, with a short extension of time, they will complete negotiations and reach a stipulation identifying the temporary departures from certain Program Guide requirements for the provision of mental health care that Defendants had implemented in response to the COVID-19 pandemic. Accordingly, the parties request an extension of three business days from the present due date, such that their stipulation would be due by Wednesday, May 20, 2020.

The Special Master is aware of and approves this stipulated request for additional time.

///

///

///

[3545068.2]

2

Stip. & [Prop.] Order Extend Time File Stip. Re: Program Guide Departures  (2:90-cv-00520 KJM-DB (PC))

| | |
|---|---|
| Dated: May 15, 2020 | XAVIER BECERRA<br>Attorney General of California<br>ADRIANO HRVATIN<br>Supervising Deputy Attorney General<br><br>*/s/ Kyle A. Lewis*<br>Kyle A. Lewis<br>Deputy Attorney General<br>*Attorneys for Defendants* |
| Dated: May 15, 2020 | ROSEN BIEN GALVAN & GRUNFELD LLP<br><br>*/s/ Lisa Ells*<br>Lisa Ells<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

Dated: _____

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT

[3545068.2]   3

Stip. & [Prop.] Order Extend Time File Stip. Re: Program Guide Departures  (2:90-cv-00520 KJM-DB (PC))