SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
Reichman Jorgensen LLP
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone: (650) 623-1401
  Fax: (650) 623-1449
  E-mail: sballard@reichmanjorgensen.com
          kfalkenstien@reichmanjorgensen.com
*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7323
  Fax: (916) 324-5205
  E-mail: Lucas.Hennes@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. CIV S-90-0520 KJM DB P<br><br>**PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S AND DEFENDANTS' JOINT STATEMENT REGARDING LIPSEY'S MOTION FOR TEMPORARY RESTRAINING ORDER AND DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>[ECF NO. 6675]<br><br>Judge:           Hon. Kimberly Mueller<br>Action Filed:   April 23, 1990 |

On May 18, 2020, the Court issued a Minute Order (ECF No. 6675) requiring Plaintiff-Intervenor Christopher Lipsey and the Defendants in this case to file a joint statement regarding Mr. Lipsey's pending Motion for a Temporary Restraining Order (ECF No. 6462) and Defendants' pending Motion for a Protective Order (ECF No. 6501). The parties hereby respond as follows:

1. Mr. Lipsey still seeks temporary injunctive relief pursuant to his Motion for a Temporary Restraining Order (ECF No. 6462).

2. Mr. Lipsey intends to seek leave to file a supplemental brief updating the Court on documents produced after the existing briefing, which concern other inmates' complaints about the noise caused by Guard One. Defendants do not oppose supplemental briefing to address Mr. Lipsey's Motion for Temporary Restraining Order, but they request that the Court limit such briefing to five pages for Plaintiff-Intervenor and Defendants.

3. Defendants do not currently seek a protective order. The parties have continued to meet and confer about Mr. Lipsey's discovery requests served on February 28, 2020, which concern other inmates' complaints about the noise caused by Guard One. If either party seeks any relief from the Court related to those discovery requests, that party will file a motion for protective order or motion to compel, and the parties will prepare a joint discovery dispute statement.

DATED: May 22, 2020        /s/ Kate Falkenstien
                           Attorney for Plaintiff

DATED: May 22, 2020        /s/ Lucas Hennes (as authorized on May 21, 2020)
                           Attorney for Defendants