UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
   Plaintiff

  v.              **CASE NO. 2:90−CV−00520−KJM−DB**

**CALIFORNIA CORRECTIONAL PEACE**
**OFFICERS ASSOCIATION, ET AL.,**
   Defendant

  You are hereby notified that a Notice of Appeal was filed on **May 26, 2020** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

May 27, 2020

        **KEITH HOLLAND**
        **CLERK OF COURT**

      **by:** /s/ R. Henshaw
        Deputy Clerk