XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,** <br><br> Plaintiffs, <br><br> v. <br><br> **GAVIN NEWSOM, et al.,** <br><br> Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC) <br><br> **STIPULATION AND [PROPOSED] ORDER TO FILE CDCR MAPS UNDER SEAL** <br><br> Judge: The Hon. Kimberly J. Mueller |

On May 22, 2020, the Court ordered the parties to meet and confer and file by May 27, 2020 "a stipulated request concerning the filing of the maps and other documents" describing the California Department of Corrections and Rehabilitation's mental health programs at various prison facilities, as impacted by the COVID-19 pandemic. Order, ECF No. 6681 at 1 (May 22, 2020). Defendants submitted the maps and other documents *in camera* on May 15, 2020. *Id.* The Court specifically asked the parties to stipulate whether the maps should be filed under seal. *Id.*

The parties met and conferred and agree that the submitted maps, and any revised versions of the maps contemplated by the May 22, 2020 order, should be filed under seal. In addition to the maps, Defendants submitted patient census, and level of care data and information *in camera* to the Court on May 15, 2020. The parties agree that such data and information does not need to be filed under seal.

The parties continue to meet and confer to consider "further refinements" to the maps and other documents Defendants provided *in camera* on May 15, 2020. *Id.* at 1-2. The parties will notify the Court if Defendants and/or Plaintiffs believe that any of those further refinements require additional information to be filed under seal.

**IT IS SO STIPULATED.**

Dated: May 27, 2020

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/s/ *Elise Owens Thorn*
ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

Dated: May 27, 2020

ROSEN BIEN GALVAN & GRUNFELD LLP

/s/ *Jessica Winter*
JESSICA WINTER
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: _____

_____
KIMBERLY J. MUELLER
UNITED STATES DISTRICT COURT