1 | DONALD SPECTER – 083925
2 | STEVEN FAMA – 099641
 | MARGOT MENDELSON – 268583
 | PRISON LAW OFFICE
3 | 1917 Fifth Street
 | Berkeley, California 94710-1916
4 | Telephone: (510) 280-2621
5 | CLAUDIA CENTER – 158255
 | DISABILITY RIGHTS EDUCATION
6 | AND DEFENSE FUND, INC.
 | Ed Roberts Campus
7 | 3075 Adeline Street, Suite 210
 | Berkeley, California 94703-2578
8 | Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

10 | Attorneys for Plaintiffs

12 | UNITED STATES DISTRICT COURT

13 | EASTERN DISTRICT OF CALIFORNIA

15 | RALPH COLEMAN, et al.,

16 | Plaintiffs,

17 | v.

18 | GAVIN NEWSOM, et al.,

19 | Defendants.

Case No. 2:90-CV-00520-KJM-DB

**PLAINTIFFS' NOTICE OF MAY 20 AND MAY 27, 2020 JOINT CASE MANAGEMENT CONFERENCE STATEMENTS AND PLATA PLAINTIFFS' EXPERT DECLARATION FILED IN PLATA**

Judge: Hon. Kimberly J. Mueller

[3549708.2]

PLAINTIFFS' NOTICE OF MAY 20 AND MAY 27, 2020 JOINT CASE MANAGEMENT CONFERENCE
STATEMENTS AND PLATA PLAINTIFFS' EXPERT DECLARATION FILED IN PLATA

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that Plaintiffs hereby submit copies of two Joint Case

3   Management Conference Statements, and the Declaration of *Plata* Plaintiffs' Expert

4   Arthur Reingold, M.D., filed in *Plata, et al. v. Newsom, et al.,* Case No. C01-1351-JST

5   currently pending in the Northern District of California.

6       A copy of the *Plata* Joint Case Management Conference Statement filed on May 20,

7   2020 as Docket No. 3328 is attached hereto as **Exhibit A**.  A copy of the *Plata* Joint Case

8   Management Conference Statement filed on May 27, 2020 as Docket No. 3332 is attached

9   hereto as **Exhibit B**.  A copy of the *Plata* Plaintiffs' Expert Declaration of Arthur

10  Reingold, M.D. filed in conjunction with the parties' May 27, 2020 Joint Case

11  Management Conference Statement as Docket No. 3333 is attached hereto as **Exhibit C**.

12

13  DATED:  May 27, 2020                 Respectfully submitted,

14                                       ROSEN BIEN GALVAN & GRUNFELD LLP

15                                       By:  */s/ Marc J. Shinn-Krantz*

16                                            Marc J. Shinn-Krantz

17                                       Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

[3549708.2]

# Exhibit A

XAVIER BECERRA
Attorney General of California
DAMON MCCLAIN (209508)
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR (263293)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-3035
Damon.McClain@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO (179755)
SAMANTHA D. WOLFF (240280)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER (83925)
STEVEN FAMA (99641)
ALISON HARDY (135966)
SARA NORMAN (189536)
RANA ANABTAWI (267073)
SOPHIE HART (321663)
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| MARCIANO PLATA, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | CASE NO. 01-1351 JST<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:    May 21, 2020<br>Time:    10:00 a.m.<br>Crtrm.:  6, 2nd Floor<br>Judge:  Hon. Jon S. Tigar |

1    The parties submit the following joint statement in advance of the May 21, 2020

2    Case Management Conference.  The parties exchanged their respective sections at

3    approximately 2:00 p.m. today.

4    **I.   PLAINTIFFS' STATEMENT**

5        As of just before 2:00 p.m. on Wednesday, May 20, 2020, 910 patients statewide

6    had been confirmed to have COVID-19 via testing.[1]  These include 599 at the California

7    Institution for Men (CIM), an increase of approximately 200 from a week ago and 500

8    from three weeks ago.  449 of CIM's cases are currently considered active at the prison.

9    There have also been 127 cases at California State Prison – Los Angeles County; 39 of

10   those are considered active.[2]  226 cases statewide are considered resolved.

11       Since last week's Conference, new outbreaks have occurred at three prisons.

12   California Institution for Women (CIW) now has had 108 confirmed cases, an increase of

13   almost 100 from a week ago.  That prison houses approximately 1,500, approximately 22%

14   of whom (more than 300) are designated medical high risk; there are also eight who are

15   pregnant.  Chuckawalla Valley State Prison (CVSP), an all-dorm institution which houses

16   approximately 2,300 people, has 36 cases.  Avenal State Prison, which houses

17   approximately 4,170 people (all but about 100 in dorms) has 25 cases.

18       There was an additional death of a COVID-19 patient this past week, bringing the

19   total to six.  All deaths have been of patients from CIM who had serious medical

20   conditions or other factors, such as age, that made them especially vulnerable to the

21   disease.  Currently, 32 patients, including 27 from CIM, are at outside hospitals due to

22   COVID-19 complications.  We anticipate an increase in community hospitalizations given

23   the increasing number of COVID-19 confirmed cases statewide.

24

25   [1]  This number, and the others reported here, derive from the CDCR/CCHCS "Population
     COVID-19 Tracking" website, and include active in custody (638), released while active
26   (10), resolved (226), and deceased (six) patients.

27   [2]  In addition, as reported previously, California Men's Colony has had 11 cases, Centinela
     State Prison has had two, and North Kern State Prison and the Substance Abuse Treatment
28   Facility and State Prison at Corcoran have had one case each.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

Over the last approximately 10 days, the number of COVID-19 tests done statewide more than doubled, and now totals 7,192.  More than 3,100 of that total have been done at CIM, where nearly the entire population has been tested.  CCHCS last week indicated it was considering a similar mass testing at CIW.  Plaintiffs believe such testing, as well as surveillance testing, is necessary to prevent or reduce the risk of widespread outbreaks and adequately protect the medically vulnerable.  In this regard, Plaintiffs have been told that CCHCS has been promised 18,000 COVID-19 tests per month on an ongoing basis.

**A.      Defendants and the Receiver denied Plaintiffs' request for a plan to house people at risk of severe illness or death from COVID-19.**

Plaintiffs requested several times that Defendants and the Receiver develop a plan to ensure that people who are medically vulnerable to complications and death from COVID-19 are safely housed during the pandemic.  We made this request because COVID-19 is particularly dangerous for people who are elderly and those who are immunocompromised or have certain health conditions, and because many such people are currently housed in crowded congregate living areas in CDCR, where they are at heightened risk of contracting the virus.  As stated above, six people, all with known medical conditions predisposing them to COVID complications, have died since April 16th of COVID-related causes.  We believe most or all were living in dorms when they developed symptoms of the virus.  In addition, of the 30 active COVID patients currently in an outside hospital, 26 have at least one identified risk factor and half have more than two identified risk factors based upon data in the CCHCS COVID registry.

After direction from this Court, Defendants responded to Plaintiffs' letter on May 15, denying the request for a plan.  Defendants stated, and Plaintiffs agree, that CCHCS has identified people who have at least one risk factor for severe disease if they contract the virus.  However, they refuse to perform a housing assessment for these people, stating that they and the Receiver believe medical staff already have mechanisms for assessing whether people are "housed in an environment that is conducive to the receipt of ongoing,

16561585.2

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

adequate treatment."  They claim that "a mass movement" of people to different housing "between institutions" is potentially dangerous.

These reasons are faulty.  First, Defendants state that they are considering moving some high risk patients out of CIM because of the COVID-19 outbreak at that facility. Although that indefinite commitment comes late, it is welcome and should be expanded to other prisons, especially those such as CHCF and CMF which have scores of potentially vulnerable patients in congregate living areas.

Second, we understand that Defendants and CCHCS have procured a reliable monthly supply of 18,000 COVID-19 tests.  In Coleman proceedings, Defendants have described a transfer process in which people will be tested for the virus upon arrival at Reception Centers and again prior to transfer, and then will be housed in quarantine for 14 days upon arrival at their destination prison.  Presumably a similar process can be applied to the medically vulnerable requiring transfer to safer housing.

Defendants also assume that this would require mass movement of high risk patients.  However, all patients categorized as "high risk" are not necessarily at the same level of risk.  For example, patients with well-controlled diabetes are probably at less risk than other high risk patients.  An individualized assessment will allow Defendants to avoid a mass transfer by prioritizing patients whose conditions pose the greatest risk.  Moreover, because many prisons have both dormitories and celled housing, presumably some "rehousing" will involve moving people from a dorm to celled housing at the same prison, avoiding the need for a transfer to a different prison.

The CDCR tracking website shows that while the curve for California and the United States is flattening, the curve for confirmed cases in prison is rising at a much higher rate.  (https://www.cdcr.ca.gov/covid19/population-status-tracking/ at p. 4.) Therefore, in the near term there will probably be more outbreaks at other prisons.  Under these critical circumstances, additional precautions related to the housing of medically vulnerable patients should be taken immediately.  If adequate space is not available in the

1   state prison system, state officials should explore other safe alternatives, especially for
2   individuals who pose a low risk to public safety.

3   **B.     Defendants' plan to reopen intake and inter-prison transfers**

4   Defendants plan to reopen CDCR prisons to county jail intake on May 26.  In order
5   to create space in the Reception Centers, Defendants have lifted the ban on nonessential
6   prison-to-prison transfers to move people starting this week from those prisons to other
7   institutions.  The parties met and conferred on May 15 regarding Plaintiffs' questions
8   about the process, submitted in advance.

9   After a productive conversation, Plaintiffs requested a copy of any written
10  documents generated that provide direction to headquarters staff and institutions regarding
11  intake and transfers.

12  Plaintiffs also provided in writing on May 18 a written statement of our position.  In
13  short, Plaintiffs believe that adequately protecting class members from a substantial risk of
14  serious harm requires that these transfers and intake should not begin until CDCR safely
15  completes pending transfers for necessary medical care (including, for example, inpatient
16  placements and removal from the cocci endemic zone),[3] mental health care, and ADA
17  accessible housing.  Further, Plaintiffs believe that intake should not resume until it is
18  established that there is adequate space to safely house the additional people, based on a
19  determination of the population capacity of each prison (taking into account the needs of
20  medically vulnerable patients, the availability of PPE, the availability of space for medical
21  isolation and quarantine, physical distancing, etc.) and then should only proceed at a speed
22  that allows time to adjust to new outbreaks and space limitations.  The process should be
23  governed by standards and criteria for determining how many people can be transferred

24  _____

25  [3]  There currently are nearly 200 people who have medical conditions or other factors that
    per CCHCS policy require they be promptly moved from the cocci region because of
26  increased risk of severe complications if infected.  More than 100 of those were identified
    as needing to be transferred more than 60 days ago; almost 70 of those are at Avenal State
27  Prison or Pleasant Valley State Prison, which together constitute a hyper-endemic cocci
28  zone.

into and out of each institution, as well as when prisons should be closed to accepting new people (as CIM, CIW, and Lancaster currently are). Further, Plaintiffs believe that CDCR and CCHCS should establish standards and criteria for determining when the increased movement and the increased population have increased risk of transmission to an unacceptable level, and steps to take to reduce that risk, including slowing or stopping intake. Finally, the measures described by CCHCS and CDCR for COVID-screening, quarantines and related processes should be set forth in policy and procedure; and the same should occur with regard to medical protocols developed for all other inter-prison transfers.

**C.      Defendants' Dorm Social Distancing plan remains inadequate because their "guidelines" for minimizing risk during waking hours are too vague and there is no plan to minimize the risk of harm to medically vulnerable patients.**

Plaintiffs remain concerned about the memorandum provided by the Division of Adult Institutions (DAI) on May 11, 2020, titled "Guidelines for Daily Program Regarding Social Distancing for Cell or Alternative/dorm style Housing of Eight Person Cohorts," which purports to provide guidelines to the institutions on how to appropriately and safely cohort each eight-person group to prevent the spread of COVID-19. As detailed in the last Joint Case Management Statement, the memorandum provides prisons with suggested goals that are discretionary and vague. ECF No. 3322 at 6. Little direction is given regarding cleaning and disinfecting requirements, and no monitoring or accountability procedures are put into place. ECF NO. 3322 at 7. On Tuesday, May 12, Plaintiffs requested a meeting with Defendants to discuss the memorandum, at which time Plaintiffs were invited to submit questions in writing. Shortly after the last Case Management Conference, on May 14, 2020, Plaintiffs again wrote to Defendants and elaborated on our concerns with the May 11, 2020, DAI memorandum, laid out some potential solutions to the identified deficiencies, and reiterated our request for a meeting with Ms. Gipson and key DAI staff. At this time, no such meeting has been set and we have received no substantive response.

16561585.2

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

### D.     Plaintiffs' monitoring

Plaintiffs have not received sufficient information to evaluate CDCR's implementation of the Receiver's dorm cohorting directive and DAI's Guidelines regarding social distancing in the dorms.  As previously explained, the photos and diagrams provided by Defendants of the dorms do not provide an adequate basis to assess matters.  The information received from class member letters and phone calls as well as the CCHCS report on certain social distancing practices at certain prisons,[4] are helpful but not adequate to provide a complete picture that would allow Plaintiffs to determine the adequacy of CDCR's implementation.

On May 9, we requested virtual site visits (via Zoom, FaceTime, etc.) of the key dormitories and temporary housing spaces, beginning with CIM.  We discussed this request with Defendants' counsel on May 15.  On May 19, we were informed that Defendants would conduct a test run virtual visit at CIM on Wednesday, May 20, and that – if it worked as a technical matter -- they envisioned Plaintiffs' tour of CIM would occur on Friday, May 22.  However, Defendants have not confirmed whether they will permit Plaintiffs to ask questions of staff during the virtual site visit, which may be a problem.  Nevertheless, we appreciate these efforts and will report on further developments next week.

### E.     Receiver has authority in housing matters

At the last Case Management Conference, this Court posed questions to both parties about the Receiver's authority to order housing changes for incarcerated people.

### 1.     Does the Receiver have the power to order CDCR to place people in medically appropriate environments under CDCR's control?

Yes.  The Defendants conceded this point at the Case Management Conference of May 14, 2020.  *See also* Order Granting Plaintiffs' Motion for Relief Re: Valley Fever at

---

[4] The CCHCS report did not review whether dorm bunk or bed arrangements were consistent with the Receiver's directives, and did not involve visits or review at the many prisons in which people are mostly housed in cells.

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

16561585.2

1   Pleasant Valley and Avenal State Prisons, June 24, 2013, ECF No. 2661 at 24-25 (CDCR

2   required to comply with Receiver's housing policy based on medical necessity); Health

3   Care Department Operations Manual, found at https://cchcs.ca.gov/policies/, at 1.2.14

4   (Receiver has authority to determine certain housing placements based on medical need.).

**2.   Does the Receiver have the power to order CDCR to acquire additional space to house patients out of medical necessity?**

7          Yes.  The Receiver "shall exercise all powers vested by law in the Secretary of the

8   CDCR as they relate to the administration, control, management, operation, and financing

9   of the California prison medical health system."   Order Appointing Receiver, ECF No.

10   473, Feb. 14, 2006, at 4.  That includes "the power to acquire . . . and lease property . . . as

11   necessary to carry out his duties."  *Id.*

12          Further, the Receiver has the power, in an emergency, to find alternate safe

13   locations for people in CDCR custody.  Section 8658 of the Government Code grants "the

14   person in charge" of a "a state, county, or city penal or correctional institution" in a life-

15   threatening emergency the power to "remove [people living in the institution] to a safe and

16   convenient place and there confine them as long as may be necessary to avoid the danger,

17   or, if that is not possible, may release them."  The "person in charge" of CDCR for these

18   purposes, with the power to effect such removal or release during in the current medical

19   emergency, is both the Secretary and the Receiver.  *See* Memorandum: Updated Message

20   to Employees Regarding the Department's Response to COVID-19, April 1, 2020, from

21   Secretary Ralph Diaz and Receiver J. Clark Kelso, found at

22   https://www.cdcr.ca.gov/covid19/memos-guidelines-messaging ("We have . . . jointly

23   determined that, pursuant to Government Code Section 8658, an emergency has occurred

24   endangering the lives of inmates and staff through all institutions of CDCR" that makes it

25   "necessary to accelerate the release of certain nonviolent inmates.").

**F.   Medical care and other matters related to COVID-19.**

27          The weekly phone conference with the Receiver and CCHCS's Chief Medical

-8-                                                    Case No. 01-1351 JST

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1 Executive is scheduled for Thursday, May 21, and Plaintiffs have provided questions and

2 concerns in advance. In addition to matters related to the issues discussed above, we have

3 asked to discuss the adequacy of hospital beds for COVID patients at CIW, CIM and

4 CVSP, given that Riverside and San Bernardino Counties have high rates of COVID

5 infection, and about measures to prevent virus transmission for those patients who require

6 regular treatment at community hospitals or other off-site medical facilities.

7 **II.   DEFENDANTS' STATEMENT**

8 Defendants' statement addresses the questions this Court raised during the May 14

9 case management conference. In addition, Defendants' statement provides a summary of

10 additional information and documents they have produced to Plaintiffs since the last

11 conference.

12 Defendants also remain concerned with Plaintiffs' efforts in the *Coleman* litigation,

13 which have the effect of muddying the waters dividing the *Plata* and *Coleman* matters.

14 Most recently, on Monday, May 18, counsel in *Coleman*, Michael Bien, requested that the

15 Special Master devote time on the task force meeting agenda to specifically consider

16 "transfers of medically vulnerable" inmates. Mr. Specter and Mr. Fama were copied on

17 this request and ultimately participated during the discussion of this agenda item during the

18 *Coleman* task force meeting.

19 Mr. Bien's request was made following *Plata* Defendants' and CCHCS' joint

20 response to *Plata* Plaintiffs' May 7 letter regarding the transfer of medically high-risk

21 inmates. In their joint response, CDCR and CCHCS stated that:

22 (1) CCHCS has already identified inmates with at least one risk factor for severe

23 illness if they contract the disease;

24 (2) CCHCS does not believe that additional analysis of risk on an individual basis is

25 necessary because medical staff already have policies and procedures in place for assessing

26 whether medically high-risk inmates are housed in an appropriate environment and if a

27 high-risk patient living in "non-standard" housing (e.g., gyms or tents) cannot be treated

28

adequately for any reason, alternative placement for that patient may be appropriate; and

(3)  CCHCS believes that mass movement of high-risk inmates between institutions without outbreaks is ill-advised and potentially dangerous since movement itself carries significant risk of spreading transmission of the disease between institutions.  This initial response utilizes the well-accepted public health concepts of sheltering-in-place within the institution, quarantine and isolation.  But the risks associated with transfer may be less than the risk of sheltering in place where the virus is present throughout housing units and high risk inmates test negative.  CDCR will work with CCHCS to facilitate the safe transfer of high risk inmates if deemed appropriate by CCHCS and will consult with the Office of the Special Master if such transfers would impact *Coleman* class members.

## A.    Response to the Court's question about releases

CDCR does not currently plan on conducting additional accelerated inmate releases. CDCR, however, has determined that it will postpone intake of inmates from the counties for an additional 30 days, with the exception of the intake of approximately 200 inmates over the next month.  This limited intake of about 200 inmates will allow CDCR to test its new intake processes, including intake COVID-19 testing, and establish best practices of how to safely and efficiently expand intake.  CDCR's decision to postpone intake for an additional 30 days will result in a further reduction of the prison population over the next month by approximately 1700 inmates.  By way of reminder, intake was initially suspended by the Governor's March 24, 2020 Executive Order, and since that time, CDCR's adult population has decreased by approximately 5,317 inmates (as of May 13, 2020).

CDCR does not currently plan to conduct additional early inmate releases because it believes that it has taken and continues to take sufficient appropriate steps to improve the safety of inmates and staff in its prisons through social distancing, screening, enhanced cleaning and sanitation, staff and inmate education, and increased testing.  CDCR will continue to monitor the evolving nature of this crisis and conditions in its institutions, and

16561585.2

1  will respond to future developments as appropriate.  Additional accelerated inmate releases

2  are one of many options that CDCR will continue to consider as it continues to manage

3  and mitigate during the pandemic.

4      **B.    Response to the Court's concerns about testing**

5          Before attempting to respond to the Court's general questions about testing in

6  California, Defendants are pleased to report that CCHCS has secured, through Health Net

7  Federal Services (CDCR's health care services provider), COVID-19 testing services

8  sufficient to cover the tests that the Receiver has determined are necessary.

9          Earlier this week, the Receiver revised the estimated monthly number of tests

10  needed from approximately 17,840 tests per month to about 20,440 tests per month.  This

11  total assumes the need for 7,000 tests per month for the intake process, which has now

12  been largely postponed for another 30 days.

13          Quest Diagnostics has informed Health Net Federal Services that it can provide up

14  to 20,440 tests for inmates on a monthly basis.  It is anticipated that this level of testing

15  will cover CDCR's ongoing testing needs for inmates already in CDCR's custody in

16  addition to the additional testing required to safely intake new inmates when the intake

17  process resumes.  The first deliveries of tests under this new arrangement with Quest

18  Diagnostics are expected to occur at some institutions this week.  And CDCR is also

19  receiving additional tests from Thermo Fisher and the Office of Emergency Services.  As a

20  result of these new resources and arrangements, there should be adequate testing for the

21  foreseeable future.  Defendants hope this development addresses the Court's main concern

22  about the current availability of COVID-19 tests for inmates.

23          To try to obtain information responsive to the Court's general questions about

24  testing in California, Defendants' counsel reached out to California's Department of Public

25  Health and California's COVID-19 Testing Task Force, which has been operating since

26  early April 2020.  The Testing Task Force is a public-private collaboration working group

27  with stakeholders across the state.  It was created to quickly and significantly boost

28

16561585.2
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

California's testing capacity.  The Testing Task Force's priority is to ensure that California's labs have enough capacity and supplies to administer a significantly greater number of tests statewide.  To achieve this objective, the Testing Task Force works to ensure that approximately 300 testing laboratories in California—comprised of academic, commercial, hospital, and public health laboratories—have the necessary supplies to satisfy California's testing needs.  The Testing Task Force also closely monitors the number of tests completed in California.

The Department of Public Health and the Testing Task Force do not control who utilizes each lab's testing capacity.  Instead, the Testing Task Force attempts to ensure that all of the labs in California have the resources needed to satisfy the demand for testing, wherever that demand comes from.  The efforts of the Testing Task Force appear to be paying off because the Department of Public Health reports that the availability of testing in California has been steadily improving, and the rate of testing has been significantly increasing.

Likewise, the rate of testing in CDCR's institutions has been increasing.  On April 1, only 266 tests had been completed on inmates.  By May 1, 1,469 inmate tests had been completed.  And by May 20, 7,088 inmate tests had been completed.  Based on the newly acquired access to additional testing resources, Defendants expect the rate of inmate testing to continue to increase at a quick pace.  Further, each new admission through intake will be tested upon entry and again prior to leaving the Reception Center after being endorsed for transfer.

The Department of Public Health advised that the Testing Task Force does not acquire and stockpile tests or other testing supplies, nor does it control who can request testing services from the hundreds of labs in California.  The Department of Public Health does, however, closely track the number of tests that have been completed in California, and as of May 19, it reported that 1,339,316 tests have been completed.

The Department of Public Health was not able to provide Defendants a response to

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

the Court's question about the number of tests the Department of Public Health is expecting to receive under contracts and when those tests will be received due to the nature of the State's test-related contracting.  The Department of Public Health and the testing task force have attempted to identify the types of testing-related resources labs need that are scarce and difficult for the labs to obtain, including, for example, serology tests, M2000 test kits, swabs, and cartridges, among other types of testing resources and equipment.  The Testing Task Force then attempts to secure contracts for those scarce resources to make them available to labs in California.  For example, if the Testing Task Force were to secure a contract with Abbott for 250,000 test kits, then a participating lab in California would be able to directly order some of those test kits from Abbott as the need for them arose at that particular lab.  And other labs could do the same until the tests acquired through that contract were exhausted.

The testing landscape in California is complex and defies simple explanation.  The above is a general overview of the steps California has been taking to increase testing across the state.  If the Court would like a more detailed explanation of any aspect of testing in California, Defendants will endeavor to provide it.

### C.   Summary of cleaning protocols at CDCR's 35 institutions

During the last case management conference, this Court raised various questions about the cleaning schedule and protocols for the communal areas at CDCR's institutions. In response, CDCR posed the below questions to each institution and gathered answers from all 35 institutions.  Each institution has the right to outline and manage its own protocols and procedures as appropriate for each housing unit or living area.  Therefore, the cleaning protocols vary from institution to institution and, in some cases, within different areas of the same institution.  The below responses reflect Defendants' best effort to summarize all the information CDCR received in response to the survey questions issued to the institutions.  CDCR is reviewing the information that was provided to determine if any additional guidance or directives about cleaning schedules and methods

16561585.2

1  need to be provided to the field.  Due to time constraints, Defendants' counsel was not able

2  to follow-up with each institution to fill in gaps in the collected information and to confirm

3  whether certain protocols are in place.  Defendants will report additional information to the

4  Court on this topic in the next Joint Case Management Conference Statement.

5      It is also worth noting that CCHCS' Correctional Service Team summarized its

6  observations following its visit to 21 institutions to inspect conditions in the dorms and

7  other areas.  The Chief Counsel for CCHCS produced that summary to counsel for the

8  parties on May 18, 2020 and the summary touches upon many subjects relevant here,

9  including cleaning, use of masks, and the observance of physical distancing at the

10  surveyed institutions.

11      **1.     How often are showers being cleaned?  (Dorms and cells)**

12      Depending on the institution and various locations within each institution, on

13  average, showers are either being cleaned after every use, every 2-3 hours, and/or two to

14  four times per shift during second and third watch (*i.e.,* between 6:00 am and 10:00 pm),

15  plus additional cleanings after the last use.  In some institutions, inmates also have the

16  option to clean the showers themselves prior to using them.

17      CDCR is evaluating how cleaning and monitoring is conducted and reported and

18  plans to issue further guidance regarding compliance with cleaning and social distancing

19  mandates and guidance.

20      **2.     How are communal toilets and sinks being cleaned? (Dorms,
               dayroom, yard)[5]**

21

22      Depending on the institution and various locations within each institution,

23  communal toilets and sinks are cleaned after each use, every hour or every two to four

24  hours, three times a day, two to three times per third and second watch (and sometimes one

25  more time at the end of each shift), or up to nine times per day.

26  _____

27  [5] Due to the wording of this question, some institutions did not provide information about how
    often the toilets and sinks are being cleaned.  Defendants' counsel will follow-up with the

28  institutions on this.

16561585.2
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

**3.     How many people use the showers before they get disinfected?**

Some institutions indicated that the showers are disinfected after each use.  At other institutions, the number of uses between cleaning ranged from two to 83 at one housing unit (although the vast majority of the numbers are in the one digit or lower two-digit range).

**4.     Who is doing the disinfecting for showers/ toilets/sinks?  If it's the inmates themselves, which inmates, the ones who just used the bathroom or workers?**

In almost all institutions and areas, inmates (*i.e.,* inmate workers/porters, CALPIA workers, or inmate volunteers) handle the cleaning and disinfecting of communal showers, toilets, and sinks.  On very few occasions, CDCR staff members perform the cleaning.  In addition, in a lot of institutions, inmates who used the communal showers, toilets, and sinks, also have supplies available to clean and disinfect the areas themselves.

**5.     What protective gear, if any, are the inmates provided and required to wear while cleaning?**

Almost all institutions provide gloves and face masks (such as cloth barrier masks or KN95 masks) to inmate workers.  Some also provide eye protection (such as goggles or eye shields).  At the Outpatient Housing Unit of the Correctional Training Facility, inmate workers are also provided isolation gowns and shoe covers.  A couple of institutions also offer rubber boots to the workers.

**6.     What cleaning supplies are made available?**

Among other supplies, all institutions make Cell Block 64 available to clean the communal areas.  Cell Block 64 is a powerful, hospital grade, neutral pH disinfectant for use on floors, walls, medical surfaces, and all other surfaces not harmed by water.  Some institutions also listed SaniGuard (surface spray sanitizer that kills 99.99% of germs, bacteria, and viruses on contact), Break Out, and bleach.

**D.     The Receiver's Authority to Acquire Physical Space**

At the May 14, 2020 case status conference, this Court asked the parties if the Receiver, acting in his official capacity, has the power to acquire additional space if he

16561585.2    JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1   deems it necessary in order to provide adequate medical care.  The February 14, 2006

2   Order Appointing Receiver is clear on this subject.  It states: "[t]he Receiver shall have the

3   power to acquire, dispose of, modernize, repair, and lease property, equipment, and other

4   tangible goods as necessary to carry out his duties under this Order …."  ECF 473 at 4:23-

5   25.  Thus, to the extent the Receiver deems it necessary to ensure the constitutional

6   provision of medical care to inmates within CDCR's custody and control, he may acquire

7   or lease property.[6]

8       However, the Order Appointing Receiver also obligates the Receiver to "make all

9   reasonable efforts to exercise his powers, as described in this Order, in a manner consistent

10   with California state laws, regulations, and contracts, including labor contracts."  *Id.* at 5:2-

11   4.  The Receiver may seek a waiver of such laws from this Court but only in the event

12   compliance with such laws would prevent the Receiver from implementing a

13   constitutionally adequate medical care system or from otherwise carrying out his duties.

14   Therefore, if the Receiver were to determine that his acquisition of property was necessary

15   to ensure the delivery of constitutionally adequate medical care, he would be obligated to

16   comply with (or seek a waiver of) a number of state laws, including (but not limited to) the

17   following:

18       • Public Contract Code sections 6106, 10109-10126, 10129, 10140, 10141,

19           10180-10185, 10220, 10290-10295, 10297, 10301-10306, 10333, 10335,

20           10351, 10367, 10369, 10420-10425 (pertaining to the state contracting

21           process).

22       • Cal. Public Contracts Code §§ 10365.5, 10371; SCM § 3.02.4 (governing

23           restrictions on and approval for multiple contracts with same contractor.

24       • Cal. Const., art. VII: Civil service hiring requirements.

25

26

27   [6] In making this observation, Defendants do not waive any potential arguments they may have
     should this Court order the Receiver to acquire property, including, not limited to, under the

28   Prison Litigation Reform Act, 18 U.S.C. § 3626(a)(1)(C).

-16-                                                     Case No. 01-1351 JST

16561585.2
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

- Cal. Gov't Code §§ 4525-4529.20, 4530-4535.3, 7070-7086, 7105-7118, 14835-14837.

- Cal. Gov't Code §§ 13332.10, 14660, 14669, 15853 (governing acquisition and leasing of real property).

- Cal. Gov't Code §§ 13332.19, 15815 (governing plans, specifications and procedures for major capital projects).

- Cal. Gov't Code §§ 14616 (governing approval of contracts by the Department of General Services (DGS) and exemption from and consequences for failure to obtain DGS approval).

- Cal. Penal Code § 11191 (requiring written consent by inmate to transfer & requiring consultation with attorney).

- Cal. Gov't Code §§ 14825-14828 (governing advertisement of state contracts).

CDCR must also comply with State budgeting processes and obtain funding before it could acquire or lease additional space.

Finally, it bears noting that the State is projecting a $54.3 billion deficit due to the COVID-19 crisis.  The State anticipates that it will take years to recover from this historic shortfall.  Without federal assistance, the Legislature will need to consider additional, significant cuts, including to the public schools and universities that educate our children and prepare them to succeed in our society; medical care, dental care, and mental health care for the state's most vulnerable residents; programs for housing older adults, especially those at risk of homelessness; environmental protection and natural resource management; and the reduction of the pay of State employees by 10%.  The State's current and historic budget crisis must be considered when evaluating the State's and the Receiver's evolving response to the COVID-19 pandemic and their collective efforts to protect inmates, staff, and volunteers at CDCR's adult institutions.

16561585.2

1  **E.    Consideration of Alternative Housing Space**

2        During the last Case Status Conference, this Court raised the issue of alternative

3  housing for inmates.  CDCR has informally considered unconventional inmate housing

4  options outside of institution grounds since the onset of the COVID-19 pandemic.  But the

5  lack of necessary infrastructure at these non-institutional settings – including lack of onsite

6  healthcare clinics and access to healthcare services, insufficient security, inability to

7  provide food in mass quantities three times per day – as well as additional issues such as

8  collective bargaining unit problems, make these alternatives impractical.  For these

9  reasons, CDCR has focused its efforts on converting unused space within CDCR

10  institutions where food, healthcare, staffing, and a secure perimeter already exist.  CDCR,

11  however, continues to evaluate and consider alternative spaces within which to house

12  inmates safely on an ongoing basis.

13  **F.    CDCR's and CCHCS's Successful Measures to Address the COVID-
14        19 Pandemic**

15        To date, the confirmed COVID-19 cases among inmates are limited to six out of 35

16  of CDCR's institutions.  Also, a comparison between the rate of COVID-19 testing of

17  CDCR inmates and the testing rate pertaining to tests performed on California and U.S.

18  residents, respectively, shows that the testing rate of CDCR inmates is about twice as high

19  as the testing rates of California and the U.S.:  to date, 60.8 of every 1,000 inmates have

20  been tested for COVID-19 in CDCR's institutions.  In California, 27 of every 1,000

21  residents have been tested.  Nationwide, 30.4 out of 1,000 residents have been tested.

22        Additionally, at Pelican Bay State Prison, inmates in the Crafts for Community

23  program crocheted over 50 colorful and whimsical masks in a week-and-a-half to be

24  distributed to the community.  They hope to make hundreds more.  The goal of this

25  program is to teach problem solving, promote patience, and foster a sense of self-worth.

26  **G.    Information CDCR Has Produced to Plaintiffs Since May 14, 2020**

27        On May 14, Defendants produced further floor plans and photos of the dorms at the

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1   Correctional Training Facility, Chuckawalla Valley State Prison, North Kern State Prison,

2   and Valley State Prison.  On May 15, CDCR and CCHCS sent their joint response to

3   PLO's May 7 letter about housing of medically vulnerable inmate-patients to Plaintiffs'

4   counsel.  On May 18, Defendants produced a map and photos of the medical triage tents

5   that were set up at the California Institution for Men.  On May 19, Defendants provided

6   responses to PLO's follow-up questions about a document pertaining to the status of social

7   distancing in CDCR's dorms as well as an updated status summary.  The same day,

8   Defendants also produced a poster that lists the updated screening criteria for staff who

9   enter CDCR's institutions, and CDCR and CCHCS provided answers to Plaintiffs'

10   questions about the processes for critical inmate workers at the California State Prison –

11   Los Angeles County via the non-paragraph 7 process.  Lastly, Defendants intend to

12   respond in writing on May 20 to Plaintiffs' counsel's May 18 letter in which Plaintiffs

13   provide their suggestions regarding intake.

14       Regarding Plaintiffs' request for a virtual tour at the California Institution for Men,

15   the parties met and conferred on the topic on May 15 and discussed which areas Plaintiffs'

16   counsel would like to tour.  A test run is planned at CIM on May 20 to determine whether

17   the tour can be facilitated from a technical perspective.  Subject to confirmation from

18   Plaintiffs' counsel and to the parties' agreement on the agenda of the tour, the virtual tour

19   is likely to occur on Friday, May 22.

20

21   DATED:  May 20, 2020                    PRISON LAW OFFICE

22

23                                          By:   _____/s/ Steven Fama_____

24                                             STEVEN FAMA
                                               Attorney for Plaintiffs
25

26

27

28

16561585.2
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1 DATED:  May 20, 2020                    XAVIER BECERRA
2                                         Attorney General of California

3

4                                   By: _____/s/ Damon McClain_____
5                                         DAMON MCCLAIN
                                          Supervising Deputy Attorney General
6                                         NASSTARAN RUHPARWAR
                                          Deputy Attorney General
7                                         Attorneys for Defendants
8

9 DATED:  May 20, 2020                    HANSON BRIDGETT LLP
10

11

12                                  By: _____/s/ Samantha Wolff_____
                                          PAUL B. MELLO
13                                        SAMANTHA D. WOLFF
                                          Attorneys for Defendants
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 01-1351 JST

16561585.2

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

# Exhibit B

XAVIER BECERRA
Attorney General of California
DAMON MCCLAIN (209508)
Supervising Deputy Attorney General
NASSTARAN RUHPARWAR (263293)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone: (415) 703-5500
Facsimile: (415) 703-3035
Damon.McClain@doj.ca.gov

HANSON BRIDGETT LLP
PAUL B. MELLO (179755)
SAMANTHA D. WOLFF (240280)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366
pmello@hansonbridgett.com

*Attorneys for Defendants*

PRISON LAW OFFICE
DONALD SPECTER (83925)
STEVEN FAMA (99641)
ALISON HARDY (135966)
SARA NORMAN (189536)
RANA ANABTAWI (267073)
SOPHIE HART (321663)
1917 Fifth Street
Berkeley, California 94710
Telephone:  (510) 280-2621
Fax: (510) 280-2704
dspecter@prisonlaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

|  |  |
|---|---|
| MARCIANO PLATA, et al., | CASE NO. 01-1351 JST |
| Plaintiffs, | **JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| GAVIN NEWSOM, et al., | Date:    May 28, 2020 |
| Defendants. | Time:    10:00 a.m. |
| | Crtrm.:  6, 2nd Floor |
| | Judge:  Hon. Jon S. Tigar |

The parties submit the following joint statement in advance of the May 28, 2020 Case Management Conference.  The parties exchanged their respective sections at approximately 2:00 p.m. today.

## I.   PLAINTIFFS' STATEMENT

### A.   CDCR Must Transfer Vulnerable Patients from Dormitories to Cells

The public health recommendations for preventing transmission of the virus that causes COVID-19 are well known and undisputed.  Dr. Arthur Reingold, Division Head of Epidemiology and Biostatistics at the University of California, Berkeley, School of Public Health, explains that "SARS-CoV-2 is readily spread through respiratory transmission. All people are susceptible to and capable of getting COVID-19 because of the ease with which it spreads. The virus is spread through droplet transmission; that is, when an infected individual speaks, coughs, sneezes, and the like, they expel droplets which can transmit the virus to others in their proximity."  Reingold Decl. at ¶ 8.  It is estimated that one infected person infects two to eight other individuals and some "superspreaders" cause widespread infection.  *Id.*

Because there is no vaccine, the current recommendations for avoiding infection include isolation, social distancing, frequent handwashing, wearing masks, and disinfecting surfaces. *Id*. at ¶ 9.  "[C]rowded indoor rooms, such as dormitories, with poor ventilation, are prime environments for the spread of SARS-CoV-2 infection. Prolonged confinement in such spaces dramatically increases the transmission of SARS-CoV-2 infection and it is particularly important that people at high risk of serious injury from SARS-CoV-2 not be exposed to those environments."  *Id*. at ¶ 19.

Seven out of the nine deaths in CDCR thus far have come from people who were housed in dormitories at CIM.  In light of the risk of further deaths and serious harm, "prison cells rather than dormitories should be used to house patients who are at medically high risk, even in prisons where there is not yet an outbreak." *Id*. at ¶ 20.  Since CDCR's current and past measures have failed to stem outbreaks and stop the spread, it is

16576559.1

imperative that vulnerable patients receive additional protection immediately. *Id.* at ¶¶ 17, 23.  Therefore, Defendants must be directed to work with the Receiver to identify the vulnerable patients who are most at risk, test them for COVID-19, and transfer those in dormitories to cells with other people who have tested negative.   Defendants have indicated that they are transferring approximately 700 people high risk people from the CIM dorms to 15 other prisons.  This assessment and transfer process must be extended system-wide.

## B.   Population Reduction Measures

According to Defendants, "CDCR does not currently plan to conduct additional early inmate releases because it believes that it has taken and continues to take sufficient appropriate steps to improve the safety of inmates and staff in its prisons through social distancing, screening, enhanced cleaning and sanitation, staff and inmate education, and increased testing."  Joint Case Management Conference Statement, ECF No. 3328, May 20, 2020, at 10.  However, as the Receiver informed the Court at the May 21 Case Management Conference, the population reduction measures that CDCR undertook in the early days of the pandemic had a significant positive impact on State's ability to contain the deadly spread of the virus in the prisons.  See also Reingold Decl. at ¶ 24.  Defendants are therefore rejecting measures they can take – and have taken in the past – to save lives.

In fact, the State is already planning significant additional population reductions in the coming years, including the closure of at least one prison.  See Governor's Revised Budget Summary 2020-21, found at http://www.ebudget.ca.gov/budget/2020-21MR/#/BudgetSummary, at 83.

In this state of emergency, where CDCR prisons continue to experience severe outbreaks and patients continue to die, the State refuses either to repeat measures already proven successful or to speed up measures already planned over the course of the next year.  The refusal is baffling, and profoundly dangerous to members of the Plaintiff class.

16576559.1
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

**C.**   **Dorm Social Distancing "Guidelines" Remain Inadequate and Offer No Distancing Requirements Beyond "Sleeping Hours"**

As Plaintiffs explained in the last two Joint Case Management Statements, the Division of Adult Institutions' (DAI) social distancing/cohorting "guidelines" dated May 11, 2020, are discretionary and vague, and thus inadequate.  ECF No. 3322 at 6 and ECF No. 3328 at 6.  These guidelines contain no mandates that cohorts remain distanced from each other, very little direction regarding cleaning and disinfecting requirements, and no monitoring or accountability procedures.  ECF NO. 3322 at 7.

On May 14, 2020, Plaintiffs detailed our concerns to Defendants, offered measures that could be implemented to improve the plan, and requested to meet and confer.  Plaintiffs recommended, for example, that Defendants establish clear mandates – rather than suggested practices – for certain activities.  While some aspects of the CDCR's directives could be discretionary and prison-based (such as whether canteen is delivered or picked up at a specific time by each eight-person cohort), other aspects should be direct requirements (such as a mandate that each eight-person cohort shower and use common areas together with cleanings between uses).  Plaintiffs suggested that each prison be tasked with designing its own schedule for common area uses with the goal of keeping each eight-person cohort together throughout the day.  Plaintiffs further recommended that there be very clear, specific, and rigorous cleaning and disinfecting requirements put into place.  Lastly, Plaintiffs asked that there be a process for monitoring and accountability to ensure that all prisons are complying with the social distancing and cleaning/disinfecting requirements set forth by DAI.

In response, Defendants issued a written response on May 22, 2020, rejecting most of Plaintiffs' suggestions and ignoring the meet and confer request.  With regard to mandates for keeping each eight-person cohort together during waking hours, Defendants wrote "[a]fter talking to Wardens and Associate Directors, such an approach would be very difficult to manage and elicit negative reactions from inmates.  Inmates may want to talk with a friend who lives across the building and use this time to chat with them during

16576559.1

1  dayroom."  Regarding shower access, Defendants indicate that it is important "to allow the

2  inmates to use the showers when they desire to do so."

3       Defendants' approach critically undermines the effectiveness of cohorting as a

4  measure to mitigate spread of the virus.  To make a difference in viral transmission rates,

5  "[c]ohorts should be separated from each other by as much space as recent studies suggest

6  is needed to minimize the spread of infection, this should be updated as new information

7  becomes available."  Brie Williams, Cyrus Ahalt, David Sears, & Stefano M. Bertozzi,

8  *Limiting COVID-19 Transmission and Mitigating the Adverse Consequences of a COVID-*

9  *19 Outbreak in Correctional Settings: RELEASE · COHORT · TEST* at 3 (Apr. 26, 2020),

10 https://amend.us/wp-content/uploads/2020/04/Cohorting-Guidance.Amend_.UCB_.pdf.

11 There must be "absolute social distancing between cohorts," including for activities such

12 as "shower, pill call, [and] canteen," and when people are "sleeping, eating, and waiting or

13 recreating."  *Id*. at 2-4.  Permitting members of different cohorts to intermingle (closer than

14 six feet) facilitates spread of the virus.

15      As a result of this pandemic and for the safety of all, every facet of society is

16 functioning under extreme and mandatory restrictions in an attempt to slow viral spread.

17 Prisons are no different.  As the experience outside of prison has shown, if restrictions on

18 intermingling of cohorts are not clear and firmly reinforced, this public health measure will

19 fail.  If there are too many cohorts to effectively enact this measure, Defendants should

20 undertake the population reduction measures they have already used to reduce the

21 populations enough to make it work.

22       With regard to cleaning and disinfecting, Defendants stated CDCR plans to issue a

23 memorandum by May 27, 2020, mandating that all showers, toilets and bathroom sinks be

24 cleaned and disinfected after each use by inmate workers or staff.  If or when the

25 memorandum is issued, Plaintiffs will review, to determine exact mandates and operational

26 plans.  We remain concerned about the cleaning and disinfecting of other common areas

27 such as dayrooms and shared equipment such as telephones.

28

16576559.1

1    Lastly, regarding the lack of monitoring and accountability requirements,

2   Defendants stated that "[a]ll institutions already hav[e] a monitoring and accountability

3   system in place.  All facility captains are required to monitor their respective facilities to

4   ensure that the COVID-19 related measures are being complied with."  Plaintiffs believe

5   that the monitoring and accountability measures in place thus far are insufficient.  One of

6   the only clear system-wide mandates put out by Defendants is the eight-bed cohorting

7   scheme, and despite the representation to Plaintiffs on May 18, 2020 that the cohorting in

8   the CIM Facility A non-quarantined dorms had been "established," the CIM virtual tour on

9   May 22, 2020 demonstrated otherwise (see section D, below, for details).  Defendants

10   must develop reliable and comprehensive monitoring and accountability protocols to

11   ensure that measures enacted to curb viral spread are scrupulously followed.

12        **D.      California Institution for Men Virtual Site Visit**

13    On May 22, CDCR facilitated a video-audio "virtual site visit" that permitted

14   Plaintiffs, via Skype, to view certain dorms in California Institution for Men (CIM)

15   Facilities A and D.  In CIM-A, we observed a dorm called Otay Hall.  On May 18, 2020,

16   Defendants represented that social cohorting had been implemented there.  *See* "Dorm

17   Social Distancing" memorandum, May 15, 2020 (eight person pods, or all bunks separated

18   by at least six feet, "established" at Otay Hall).  Unfortunately, this was not true; cohorts

19   were clearly not separated by six feet in all directions, as directed by the Receiver in his

20   memorandum of April 10, 2020.[1]  More unfortunately, we saw the same noncompliant

21   bunk arrangement in a second dorm (Cleveland Hall), and a CIM Associate Warden stated

22

23   _____

24   [1]    At CIM-A Otay Hall, essentially every cohort was well within six feet of another
     cohort, and some were well within six feet of two cohorts.  More specifically, and to use
25   geometric terms, while there was six feet between cohorts on the x-axis, there was
     definitely not such distance between cohorts on the y-axis.  Stated another way, when one
26   looked down a row of bunks making up one cohort, there was not six feet of distance
     between that cohort and the next on the left or right, or, for some cohorts, both the left and
27   right.

28

a third dorm was the same.  We were not able to see CIM-A's other five dorms, because they housed people on medical quarantine or isolation, and thus were declared off limits by CDCR; we believe those five dorms are arranged the same as the other three at CIM-A.[2]

Here is a photo of one of the CIM-A dorms, taken during the virtual site visit, which illustrates the lack of six feet of separation between double-bunks situated across a narrow aisle; each dorm has four such rows:



_____

[2]      During the May 22 virtual site visit, we also observed a few CIM Facility D dorms. Unfortunately, that part of the visit was not successful because of connectivity problems: the video and audio was very choppy, and at times blurry.  Plaintiffs could not determine whether the cohort arrangements in those dorms fully comported with the Receiver's directive.  Because of these problems, Plaintiffs, at Defendants' suggestion, will on May 29 conduct an in-person site visit at California Medical Facility.  Virtual visits may be appropriate there or at other prisons in the future.

-7-

Case No. 01-1351 JST

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1      During the virtual visit, Defendants' counsel agreed there was not six feet of

2  separation between the cohorts in all directions.  In response to Plaintiffs' subsequent

3  query, Defendants on May 26 wrote that CIM over the past weekend had worked to

4  reconfigure its bunks to provide for "greater social distancing" and "appropriate spacing"

5  and was exploring whether a barrier could be erected within the dorms to provide

6  separation between certain cohorts.  Defendants stated further information would be

7  relayed once learned.  It's not clear whether the reconfiguring of the dorms has resulted or

8  will result in six feet of distance in all directions between each eight-person

9  cohort.  Plaintiffs have asked for and Defendants have agreed to another video virtual visit

10  at CIM next week.

11      More generally, Plaintiffs are very concerned that this problem was not identified

12  and (we hope) corrected until Plaintiffs' counsel conducted a site visit.  That Defendants

13  could not do this themselves at CIM, the locus of a massive COVD-19 outbreak in which

14  many have died, including some from these dorms, demonstrates the need for strict

15  accountability measures.

16      **E.**    **The Receiver Should Require CDCR to Test Staff for COVID-19**

17      As the Receiver explained at the May 21 Case Management Conference, the most

18  significant vector for spreading COVID-19 in the prisons now is the staff.   Accordingly, at

19  the site of the largest CDCR outbreak to date, the Receiver plans to test all staff at CIM.

20  Plaintiffs have suggested to the Receiver that the staff members at California Medical

21  Facility at Vacaville (CMF) and California Health Care Facility (CHCF) be tested next.

22  The Receiver indicated that he would consider testing staff at prisons that develop new

23  positive cases among the incarcerated people.

24      Plaintiffs believe that staff should be tested at every prison regardless of whether

25  there is an identified positive case.  The measures that Defendants have used to stop the

26  spread of the virus so far, including screening employees and temporarily suspending

27  movement of incarcerated people, have failed to keep the virus at bay, and there are now

28

1  significant outbreaks at five prisons.  Defendants and the Receiver can and should do

2  more.

3        Testing staff at the prisons would be consistent with the California Department of

4  Public Health (CDPH) Guidelines published for skilled nursing facilities, which

5  recommend doing baseline testing of all residents and staff at facilities that do not

6  currently have a confirmed COVID case.  *See* May 22, 2020 Memorandum from Deputy

7  Director Heidi Steinecker to Skilled Nursing Facilities, at

8  https://www.cdph.ca.gov/Programs/CHCQ/LCP/Pages/AFL-20-53.aspx

9        Plaintiffs request that at this upcoming Case Management Conference the Receiver

10 and/or CDCR indicate whether or not testing will commence at CMF and CHCF and

11 whether there is a plan for testing staff at other prisons.

12      **F.      Medical Care and Other Matters Related to COVID-19**

13      The weekly phone conference with the Receiver and CCHCS's Chief Medical

14 Executive is scheduled for Thursday, May 28, and Plaintiffs have provided questions and

15 concerns in advance.  In addition to the issues discussed above, we have asked to discuss

16 the need for more specific CCHCS directives, operations, and monitoring regarding what

17 happens when confirmed or suspected (i.e., nose-swabbed but awaiting test results)

18 COVID-19 patients are housed in the same dorm building as patients who are not so

19 confirmed or suspected.  A CIM-A Inmate Advisory Committee (IAC) Executive Member

20 stated that until early last week, he and many others who had tested negative for COVID-

21 19 were housed for approximately two weeks in the same dorm with dozens confirmed to

22 have COVID-19.  The individuals from the two groups not only interacted in the dorm's

23 bathroom, but also the confirmed patients, multiple times per day, walked through the

24 section of non-COVID patients to get to and return from medical assessments, and also

25 lined up in the non-COVID patients' section, right in front of those patients bunks, to

26 receive their breakfast and dinner meals, and to get medication.  The IAC Member also

27 said some confirmed patients did not wear face masks when in in the non-COVID patients'

28

16576559.1

1  section. All this indicates a risk of infection to others, due to housing arrangements and

2  operations. At Chuckawalla Valley State Prison, multiple IAC members last week stated

3  that patients who were believed to have or had been tested for COVID-19 were moved

4  before their test results were reported to locations with patients who had not been tested or

5  suspected of having COVID, risking infection to the latter group. Some of those who were

6  moved did have positive test results and were subsequently returned to their former

7  housing for isolation.

8  **II.   DEFENDANTS' STATEMENT**

9      Defendants address the questions this Court raised during the May 21, 2020 Case

10 Management Conference and provide a summary of additional information, including

11 documents they have produced to Plaintiffs since the last conference.

12      **A.    Institution Inspections**

13          **1.    Touring By Secretary Diaz**

14      From May 20 through May 22, 2020, Secretary Diaz toured the following seven

15 institutions: California State Prison, Los Angeles County (LAC), California City

16 Correctional Facility (Cal City), California Institution for Men (CIM), California

17 Institution for Women (CIW), California Rehabilitation Center (CRC), Wasco State Prison

18 (Wasco), and North Kern State Prison (North Kern). Six of those seven institutions were

19 provided approximately thirty minutes' notice in advance of the Secretary's arrival. Only

20 CIM was provided more advance notice of the Secretary's visit and inspection so as to

21 ensure that his visit would not negatively impact prison operations given the current

22 restrictions in place due to the COVID-19 outbreak at the institution. The Secretary

23 conducted these inspections in order to personally observe the efforts by the institutions

24 and staff to address the unprecedented challenges presented by this pandemic and to

25 observe the institutions' COVID-19 practices. The Secretary spent time with the wardens,

26 executives, nurses, and chief executive officers. He also spoke with inmates and staff and

27 conveyed his support in these difficult times. During his visits at Wasco and North Kern,

28

16576559.1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

in addition to observing their COVID-19 practices, the Secretary spoke with the wardens, classification staff, and chief executive officers regarding county intake, including how the 30-day reception process will work as those institutions are opened up to limited intake this week.

The Secretary was generally pleased with what he observed during his unannounced inspections but recognizes that CDCR must continue to evaluate and improve its response to the COVID-19 pandemic. The Secretary observed that both inmates and staff are overwhelmingly in compliance with mandates to wear masks at all times and to maintain social distancing. Secretary Diaz observed the dorms at CIM and determined that additional spacing was needed between cohorts, particularly within A-Facility (described in greater detail below). Following his visits, the Secretary noted and discussed with the Receiver CIM's need to transfer inmates who have recovered from COVID-19 or tested negative as a protective measure. When done safely, such transfers will help facilitate many goals, including enhancing social distancing, protecting medically vulnerable patients, and facilitating the provision of mental health care and other treatment, programs, and services. To that end, CCHCS has identified nearly 700 COVID negative, medically high risk inmates to move out of CIM. CDCR's Division of Adult Institutions is facilitating the transfers.

## 2. Touring By Plaintiffs' Counsel

During the last Case Management Conference, the parties indicated that Plaintiffs would be conducting a virtual inspection at California Institute for Men (CIM) the following day, Friday, May 22. The virtual inspection went forward as planned, albeit with some technological glitches and challenges. The inspection was conducted via two associate wardens at CIM, one of whom held a device that enabled the parties to observe the inspection via Skype. He simultaneously narrated the inspection via headset and microphone and answered questions from Plaintiffs' counsel during the hours-long tour. The other associate warden carried a camera with which to take photographs at Plaintiffs'

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1  request, as well as an approximately six-foot-long pole that was used to measure bunk

2  spacing throughout the tour, as requested by Plaintiffs.

3       The tour commenced in dorms located within A-Facility.  At the outset, it became

4  clear that certain cohorts were not afforded six feet of spacing in every direction (it

5  appeared, however, that all cohorts were spaced six feet apart in at least several directions).

6  After touring three dorms within A-Facility, the tour then proceeded to D-Facility.  The

7  parties encountered technical issues during much of the tour of D-Facility, which made it

8  difficult to ascertain the set-up of the cohorts in those dorms.

9       Since Friday, CIM has worked to reconfigure bunks throughout all dorms in the

10  institution to ensure six feet of social distancing *in all directions*.  The dorms in A-Facility

11  were prioritized, however, the set-up in those dorms is especially challenging in that a

12  "pony wall" (an approximately four-foot-high wall) separates one row of bunk beds from

13  another but fails to provide an adequate barrier for the inmates assigned to the top bunks

14  on either side of the pony wall (who are in separate cohorts).  CDCR's Associate Director

15  of Reception Centers traveled to CIM on Tuesday, May 26 to inspect the reconfigurations

16  and work with CIM to come up with options to create a more formidable barrier between

17  inmates on either side of pony walls.  Facility Operations is looking into purchasing a

18  lexan-type material to cover the wall and create a taller barrier.  CDCR anticipates this will

19  be accomplished by June 5, provided the necessary material is available without delay.

20  Defendants are in the process of scheduling a return virtual site inspection for Plaintiffs'

21  counsel to occur next week.

22       Additionally, and based upon the Secretary's tour, as well as CCHCS's tour

23  reported in last week's case management conference statement, it appears that other

24  institutions are not facing the same difficulties that CIM has in establishing and

25  maintaining the cohort physical distancing requirements.  CIM's challenges have been

26  compounded by the fact that no transfers have been permitted out of CIM since the

27  pandemic began due to the outbreak onsite.  As discussed above, transfers will now begin.

28

16576559.1

1   Moreover, Director Gipson, Deputy Directors, and Associate Directors from CDCR's

2   Division of Adult Institutions are conducting tours to verify compliance at other

3   institutions.

4       Plaintiffs' next tour is scheduled at California Medical Facility (CMF) on Friday,

5   May 29.  This tour will occur in person.

6       **B.**    **Increased COVID-19 Testing**

7       As Defendants anticipated in their last status report to the Court, there has been a

8   significant increase in the level of testing throughout the prisons since last week.  As of

9   May 1, only 1,469 COVID-19 tests had been performed on inmates statewide.  As of May

10  27, the number of completed inmate tests has jumped to 11,808, a rate approximately three

11  times the testing rate of California and the United States in general.  Defendants anticipate

12  that the level of testing will continue to quickly rise.  And, as discussed more fully below,

13  staff testing is also increasing.

14      **C.**    **Efforts To Ensure The Safety Of Medically High Risk Inmates at CIM**

15      Although the Receiver has not drafted formal written guidelines and procedures

16  concerning high-risk[3] inmates during the pandemic, the following describes Defendants'

17  understanding of the Receiver's strategy for protecting high-risk inmates during the

18

19  _____

20  [3]   The CCHCS Health Care Department Operations Manual at Chapter 1, Article 2,
    section 1.2.14 sets forth the medical classification system, including the medical factors

21  that are considered in making patient placement decisions.  The policy also defines "high
    risk" to include: (1) the chronic care of complicated, unstable, or poorly-controlled

22  common conditions (e.g., asthma with history of intubation for exacerbations,
    uncompensated end-stage liver disease, hypertension with end-organ damage, diabetes

23  with amputation); (2) the chronic care of complex, unusual, or high risk conditions (e.g.,
    cancer under treatment or metastatic, coronary artery disease with prior infarction); (3)

24  implanted defibrillator or pacemaker; (4) high risk medications; and (5) transportation over
    a several day period would pose a health risk, such as hypercoagulable state.  Those risk

25  categories, which were established pre-pandemic.  As Defendants understand it, inmates
    who are particularly at risk of a bad outcome if they contract COVID-19 are: (1) over age

26  65, (2) obese, and (3) suffer a kidney insufficiency.

27

28

COVID-19 pandemic:

- High-risk inmates are to be sheltered in place so long as they are in COVID-free facilities within a particular institution;

- If a facility housing high-risk inmates has an outbreak of COVID-19, high-risk inmates who are COVID negative should be moved to a facility that is COVID-free within the same institution;

- If it is determined that the risk to shelter in place for COVID-negative high-risk inmates is greater than transferring patients due to the prevalence of COVID within the institution, negative high-risk inmates should be considered for transfer to another institution.

Defendants' understanding is that this strategy is based in large part on the concept that unnecessary transfers of inmates increase the risk of spreading COVID-19 throughout the system, and that there are additional considerations, such as maintaining continuity of care, and ordinary risks associated with moving vulnerable populations that weigh against unnecessarily transferring high-risk inmates.  Furthermore, as testing throughout the prison system increases, it should become easier to mitigate the risk of high-risk inmates by confirming that they are housed in COVID-free facilities or units.

Because COVID-19 has spread to every housing unit within CIM, the Receiver, in consultation with the Secretary, has directed that high-risk inmates at CIM who test negative for COVID-19 be transferred to facilities in institutions that remain COVID-free.  As noted above, the Secretary's visit to CIM last week confirmed the need for such transfers.  The Receiver has notified CDCR that 691 high-risk inmates at CIM tested negative for COVID-19 and should be transferred out of CIM.  CDCR immediately began the process of evaluating this group of inmates to determine where they could be transferred based on their case factors.  CDCR anticipates that the transfer of this group of inmates will begin by the end of this week.

Under the Receiver's policy, other high-risk inmates throughout the system will

16576559.1

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1   continue to shelter in place unless the facilities where they are housed have outbreaks of

2   COVID-19.  In those cases, the evaluation of potential moves will be analyzed pursuant to

3   the strategies outlined above.

4         **D.**      **Efforts To Limit The Spread Of COVID-19 Via Staff**

5         CDCR continues to screen staff every day before they enter the prisons, all staff are

6   required to wear cloth masks at a minimum in the prisons, and all staff have been ordered

7   to maintain physical distancing to the extent possible as they perform their duties in the

8   prisons.  Staff may also be required to don an N95 mask, face shield, gloves and/or

9   additional PPE depending on assignment and duties.

10        CDCR recognizes that staff are potential vectors for the introduction of COVID-19

11  into CDCR's prisons, and CDCR has been working with the California Department of

12  Public Health, and in some cases with local county health departments, on plans and

13  strategies for staff testing.  Earlier this month, 250 staff were tested at California Men's

14  Colony and 150 staff were tested at California Institution for Women.  Beginning this

15  week, COVID-19 testing of all staff at CIM and Avenal State Prison will commence.

16  CDCR will continue to work with State and local public health professionals on staff-

17  testing strategies in the coming days and weeks to further mitigate the risk of spread of

18  COVID-19 in CDCR's institutions.

19        Under normal operating procedures, custody staff are assigned to a particular

20  primary post where they work for five days each week.  CDCR is making efforts to ensure

21  that primary-post positions are permanently filled, which should limit the number of

22  different staff who are working in various housing units.  But in such a large and complex

23  system, it is impossible to completely and permanently limit the staff who work in various

24  locations throughout the prisons.

25        **E.**      **CDCR's Efforts Regarding Cleaning**

26        CDCR plans to issue a supplemental memorandum to the prisons regarding

27  cleaning and physical distancing.  The purpose of the memorandum is to provide

28

16576559.1

clarification concerning cleaning requirements and to require institutions to provide confirmation that they are complying with required cleaning and physical distancing rules.

The supplemental memorandum will require that captains and managers conduct weekly inspections and complete check lists confirming compliance with rules for social distancing, mask wearing, dorm-cohort separation, and increased cleaning and disinfecting. The memorandum also provides an example of an appropriate shower cleaning schedule.[4]

The memorandum will require the use of cleaning logs to document the cleaning of showers, toilets, and sinks between use periods, and will require the use of gloves and masks by the inmate porters who perform the cleaning. The memorandum will direct the wardens at each institution to provide the logs to CDCR headquarters so that associate directors can confirm compliance.

### F.    Early Releases

While CDCR is not currently planning to grant early release to additional inmates, the State and CDCR continue to meaningfully evaluate this and other options on a daily basis and will continue to provide updates in future filings. It is important to note that, at the same time, institutional population has continued to decline. As reported last week, CDCR has decided to maintain the closure of intake for an additional 30 days with the exception of a very limited number of individuals from four counties. CDCR also continues to release on parole or post release community supervision approximately 3,000 inmates each month. CDCR will continue to evaluate the situation and will consider all options for mitigating risk and increasing physical distancing.

As noted above, the resumption of transfers from CIM and other facilities will

---

[4] Last week, Defendants reported that the showers at one institution were cleaned after 83 uses. Upon further inquiry, Defendants learned that the institution misunderstood the survey question and provided the number of inmates living in a particular dorm rather than answering the question pertaining to their cleaning schedule.

1  enable CDCR to more flexibly use its facilities to reduce density and expand social

2  distancing.  CDCR will, as it always does, look to vacant, usable space to house inmates as

3  additional transfers are completed later this week and next, including the first internal

4  movement out of CIM since the outbreak began, as well as approximately 1,500 other

5  internal transfers scheduled for next week (which include mental health patients, transfers

6  out of reception centers, and transfers out of segregated housing).

7         Of course, early releases and internal transfers are only one factor to employ to

8  reduce the spread of the virus, and CDCR is working with its internal team and CCHCS's

9  public health experts to evaluate all available options on an ongoing basis.  Further, as

10 stated below, CDCR is also vetting public health experts and will explore additional

11 options with the expert once retained.

12         **G.     Road Map to Reopening Operations**

13         On May 22, 2020, CCHCS issued a memorandum to all wardens and chief

14 executive officers jointly signed by Connie Gipson, Director of the Division of Adult

15 Institutions, Dr. Joseph Bick, Director of the Division of Health Care Services, and Dr.

16 Steven Tharratt, Director of Health Care Operations and Statewide Chief Medical

17 Executive at CCHCS, entitled "COVID 19 Pandemic – Road Map to Reopening

18 Operations."  The memorandum outlines Phase 2 Operations within CDCR/CCHCS,

19 including permissible activities and strategies to continue to mitigate and prevent the

20 spread of the virus, including modified reception center intake, screening, housing, testing,

21 social distancing and separation of populations.  The memorandum also attaches a "Covid

22 Screening and Testing Matrix for Patient Movement," which provides clear direction to

23 institutions regarding the testing and housing of inmates under particular movement

24 scenarios.  For instance, the matrix indicates that patients who are transferring from a

25 county jail into a CDCR Reception Center must be placed in quarantine and cohorted for

26 14 calendar days and offered testing.  Inmates who screen positive must not be transferred;

27 asymptomatic inmates who refuse testing must be placed in Orientation Status for 14

28

16576559.1

1  calendar days and reoffered testing at the new institution.  Inmates who are a returning

2  from hospitalization of 24 hours or longer or an emergency department visit must be

3  placed in quarantine for 14 calendar days and offered testing.

4       The memorandum further mandates that the following categories of inmates must

5  be tested: (1) all patients entering CDCR from county jail must be offered testing within 24

6  hours of arrival; (2) all patients transferring to another CDCR institution or camp; (3) all

7  patients returning from an outside healthcare facility shall be offered testing within 24

8  hours of their return; (4) all patients returning from an out-to-court appearance that

9  included at least one night away shall be offered testing within 24 hours of their return; and

10  (5) all patients to be released back into the community.

11       The memorandum also explains when patients who have been previously diagnosed

12  with COVID-19 can be released from isolation, and further reiterates when cloth face

13  coverings must be worn by staff and inmates.  The memorandum also states that "basic

14  public health and environmental hygiene efforts must continue indefinitely," including

15  hand washing, use of personal protective equipment, and disinfection of all shared and

16  frequently used surfaces.

17      **H.**    **Update Regarding Expert Retention**

18       Defendants investigated several candidates and are in the process of vetting a public

19  health medical expert for retention in this matter following this Court's suggestion at the

20  last case management conference.  However, Defendants continue to work in collaboration

21  with the Receiver and his public health experts to address this crisis.

22

23

24

25

26

27

28

16576559.1    JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1    DATED:  May 27, 2020                    PRISON LAW OFFICE

2

3                                            By:       /s/ Alison Hardy

4                                                  ALISON HARDY
                                                   Attorney for Plaintiffs
5

6

7    DATED:  May 27, 2020                    XAVIER BECERRA
                                             Attorney General of California
8

9

10                                           By:       /s/ Damon McClain

11                                                 DAMON MCCLAIN
                                                   Supervising Deputy Attorney General
12                                                 NASSTARAN RUHPARWAR
                                                   Deputy Attorney General
13                                                 Attorneys for Defendants

14

15   DATED:  May 27, 2020                    HANSON BRIDGETT LLP

16

17                                           By:       /s/ Samantha Wolff

18                                                 PAUL B. MELLO
                                                   SAMANTHA D. WOLFF
19                                                 Attorneys for Defendants

20

21

22

23

24

25

26

27

28

                                        -19-                    Case No. 01-1351 JST
16576559.1
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

# Exhibit C

1  PRISON LAW OFFICE
   DONALD SPECTER (83925)
2  STEVEN FAMA (99641)
   ALISON HARDY (135966)
3  SARA NORMAN (189536)
   1917 Fifth Street
4  Berkeley, California 94710
   Telephone: (510) 280-2621
   Fax: (510) 280-2704
5  dspecter@prisonlaw.com
   *Attorneys for Plaintiffs*

6

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                     OAKLAND

11  MARCIANO PLATA, et al.,
                                        Case No. C01-1351 JST
12        *Plaintiffs,*

13        v.                            **DECLARATION OF ARTHUR**
    GAVIN NEWSOM., et al.,              **REINGOLD, M.D.**

14        *Defendants.*

15

16     I, Arthur Reingold, hereby declare:

17     1. I am the Division Head of Epidemiology and Biostatistics at the University of

18  California, Berkeley, School of Public Health. I have worked on the prevention and

19  control of infectious diseases in both the United States, including eight years at the US

20  Centers for Disease Control and Prevention ("CDC"), and with numerous developing

21  countries around the world for over forty years. Since its inception in 1994, I have

22  directed or co-directed the CDC-funded California Emerging Infections Program. I am a

23  member of the Society for Epidemiologic Research and the American Epidemiological

24

25                              1

26                                      REINGOLD DECLARATION
                                        CASE NO. C01-1351 JST

1 | Society; an elected Fellow of the Infectious Disease Society of America and of the

2 | American Association for the Advancement of Science; and an elected member of the

3 | Institute of Medicine of the National Academy of Sciences. I was previously the

4 | President of both the Society for Epidemiologic Research and the American

5 | Epidemiological Society. I have served on the editorial boards of the journals: American

6 | Journal of Epidemiology, Epidemiology, and Global Public Health.

7 |

8 | 2. I received my A.B. in biology from the University of Chicago in 1970, and my

9 | M.D. from the University of Chicago in 1976. Among other things, I completed a

10 | residency in internal medicine and a preventative medicine residency with the CDC.

11 | 3. My career in public health has been in the area of infectious diseases and

12 | epidemiology. Following my positions at the CDC (1979–87), I joined the faculty of the

13 | School of Public Health at Berkeley as a Professor of Epidemiology (1987–present), the

14 | faculty of the Department of Epidemiology and Biostatistics at the University of

15 | California, San Francisco ("UCSF") (1989–present), and as a Clinical Professor in the

16 | Department of Medicine at UCSF (1991–present). From 1990–94, I was the Head of the

17 | Epidemiology Program, Department of Biomedical and Environmental Health Sciences,

18 | University of California, Berkeley; from 1994–2000, I was the Head of the Division of

19 | Public Health Biology and Epidemiology, University of California, Berkeley; from 2000–

20 | 18, I was the Head of the Division of Epidemiology, School of Public Health, University

21 | of California, Berkeley; from 2018 continuing through the present, I am the Head of the

22 | Division of Epidemiology and Biostatistics, School of Public Health University of

23 | California, Berkeley.

24 |

25 |

2

26 |

1    4. My research focuses on emerging and re-emerging infections in the United

2    States and in developing countries; vaccine-preventable diseases in the United States and

3    in developing countries; and disease surveillance, outbreak detection, and outbreak

4    response.

5    5. Attached and incorporated by reference to this declaration is a copy of my

6    curriculum vitae. (Attached here as Attachment A).

7

8    6. I am currently collaborating on research concerning SARS-CoV-2 and its

9    incidence, and serving on SARS-CoV-2 advisory groups for multiple organizations,

10   including UC Berkeley, the University of California system, and the City and County of

11   San Francisco, among others.

12   7. SARS-CoV-2 is a novel coronavirus that causes Coronavirus Disease 2019

13   (COVID-19). SARS-CoV-2 is a respiratory virus, with patients typically presenting with

14   acute respiratory signs and symptoms, which can escalate in some patients to respiratory

15   failure and other serious, life-threatening complications. The most common symptoms

16   are fever, cough, and shortness of breath. Other identified symptoms include muscle

17   aches, headaches, chest pain, diarrhea, coughing up blood, sputum production, runny

18   nose, nausea, vomiting, sore throat, confusion, loss of senses of taste and smell, and

19   anorexia. Due to the respiratory impacts of the disease, individuals may need to be put on

20   oxygen, and in severe cases, patients may need to be intubated and put on a ventilator.

21   People of every age can and have contracted COVID-19, including severe cases, but

22   geriatric patients are at the greatest risk of severe cases, long-term impairment, and death.

23

24   Likewise, those with immunologic deficiencies and with other pre-existing conditions,

25

3

1  such as hypertension, certain heart conditions, lung diseases (e.g., asthma, COPD),

2  diabetes mellitus, obesity, and chronic kidney disease, are at high risk of a life-

3  threatening COVID-19 illness. Information available to date shows that, if infected with

4  the SARS-CoV-2 virus, racial and ethnic minority populations, especially African-

5  Americans, are at a substantially elevated risk of developing life-threatening COVID-19

6  illnesses and to die of COVID-19.

7

8    8. SARS-CoV-2 is readily spread through respiratory transmission. All people are

9  susceptible to and capable of getting COVID-19 because of the ease with which it

10  spreads. The virus is spread through droplet transmission; that is, when an infected

11  individual speaks, coughs, sneezes, and the like, they expel droplets which can transmit

12  the virus to others in their proximity. There also is growing evidence that the virus is

13  aerosolized, such that tiny droplets containing the virus remain in the air and can be

14  inhaled by others who come into contact with that air. The virus is also known to be

15  spread through the touching of contaminated surfaces, for example, when an infected

16  person touches a surface with a hand they have coughed into and then another person

17  touches that same surface before it has been disinfected and then touches their face. Each

18  infected individual is estimated to infect two to eight others. In addition, some people are

19  so-called "superspreaders," who cause widespread infections.

20

21    9. There is not yet an FDA-approved vaccine against SARS-CoV-2, which could

22  be used to immunize the population to the virus. As a result, the only ways to limit its

23  spread are self-isolation, social distancing, frequent handwashing, masks and disinfecting

24  surfaces. Self-isolation involves not physically interacting with those outside one's

25

4

1  household. Social or physical distancing is maintaining at least six feet of distance

2  between individuals. Both of these interventions are aimed at keeping infected

3  individuals far enough apart from other individuals so that they are less likely to pass the

4  virus along. Frequent handwashing and regular disinfecting of surfaces can curb the

5  spread via contaminated surfaces.

6

7  10. Transmission of SARS-CoV-2 can occur in any location where there is close

8  proximity (less than six feet) between individuals. And because transmission of the virus

9  can occur via environmental surfaces, there is also risk of spread of the virus at any

10  location where multiple individuals touch surfaces. Some individuals who are infected

11  with the virus do not have any symptoms but can transmit the virus and/or are infectious

12  before they develop any symptoms. This means that isolating only persons who are ill or

13  known to be infected will not stop the spread of infection. Rather, to prevent increasing

14  the scope of the outbreak of COVID-19, we must assume that anyone could be infected

15  with SARS-CoV-2 and infect another person.

16  11. Due to the lack of adequate testing, the time lag in getting results back from

17  laboratories, and the lengthy incubation time, we cannot yet definitely determine the full

18  effects of stay-at-home orders and social distancing. But social distancing has worked to

19  slow the spread of respiratory viruses. However, transmission of the virus will continue

20  through the population until the development and widespread use of a vaccine and/or

21  herd immunity.

22

23  12. It is unlikely that an FDA-approved vaccine will be available for at least 12 to

24  18 months, and indeed may take longer than that due to the number of steps in the

25

5

26

1  process of development, trial and error, scaling to clinical trials, assessing side effects,

2  and assessing efficacy across the population at large.

3    13. As SARS-CoV-2 is a new virus, also referred to as a novel virus, only those

4  who have been infected and who have recovered are possibly immune; there is not a pre-

5  existing population already immune to the virus. Anyone who has not yet been infected is

6  susceptible to infection. Also, due to the virus's novelty, we do not know whether any

7  immunity generated by previous infection lasts permanently, for a specified period, or

8  whether reinfection is possible. Only once serologic antibody testing is widely available

9

10  might we be able to determine who in the population is not susceptible to either infection

11  or transmission based on their immunity due to earlier infection.

12    14. At the request of the Prison Law Office I have reviewed Alison Hardy's May

13  7, 2020 letter to Mr. Kelso and Ms. Toche. In that letter Ms. Hardy requests that the

14  California Department of Corrections and Rehabilitation (CDCR) and the California

15  Correctional Health Care Services (CCHCS) identify people living in California's prisons

16  who are at high risk for injury or death from COVID-19; determine whether those at high

17  risk are particularly vulnerable to infection because they live in a dormitory or other

18  congregate living unit; and then move those individuals to housing that would better

19  protect them from SARS-CoV-2 infection.

20

21    15. I also have reviewed an email dated Friday May 15, 2020 from Samantha

22  Wolff, responding to Ms. Hardy's May 7 letter on behalf of CDCR and CCHCS. Ms.

23  Wolff's email makes three points in rejecting Ms. Hardy's proposal. First, she states that

24  CCHCS has already identified patients with at least one factor that puts them at high risk

25

6

1  of severe COVID-19. Second, Ms Wolff appears to refer to general policies that classify

2  patients according to their medical risk for purposes of institution placement. Third, Ms.

3  Wolff states that "mass movements" of high risk individuals would be dangerous because

4  movement of these patients would increase the risk of spreading the virus at different

5  institutions. CDCR and CCHCS apparently agree that the risk of keeping high risk

6  individuals in institutions where the SARS-CoV-2 has spread "throughout the housing

7  units" is less than transferring these people to other institutions.

8

9  16. A review of the data from the CDCR COVID-19 tracking webpage clearly

10  shows that there have been SARS-CoV-2 infections of prison staff at multiple locations,

11  and infections/deaths among prisoners at several locations. Given that staff come from

12  the community, where SARS-CoV-2 is undoubtedly present, that is not surprising and

13  supports the importance of taking measures to minimize introduction of the virus into the

14  various prisons and to detect and control spread of the virus if it does manage to get into a

15  facility.

16

17  17. I also understand from reviewing CDCR's COVID web page that CDCR has

18  implemented several measures to prevent and control the spread of and infection with

19  SARS-CoV-2. These include limiting the population of certain housing units, creating

20  space between beds in some dormitories, utilizing tents and gymnasiums for housing, and

21  providing staff and those confined with masks and cleaning material. While general

22  measures that keep people separated certainly are warranted under the current

23  circumstances, the data indicate that in some prisons such as the California Institution for

24  Men (CIM) and California State Prison at Lancaster (LAC) they have not been sufficient

25

7

26

1   to control the spread of the virus. To date, six people have died at CIM, and I have been

2   informed that at least four of them were at high risk and living in dormitories.

3       18. In my opinion, protecting high risk persons from contracting COVID-19 is a

4   fundamental and critical feature of any institution's plan for addressing the pandemic.

5   Just as there are special procedures for protecting people in nursing homes

6   (https://www.cdc.gov/coronavirus/2019-ncov/hcp/long-term-care.html), high risk

7   individuals in prisons should receive special protection.

8

9       19. At this time it is clear that the risk of SARS-CoV-2 infection depends upon

10  the amount of the virus that gets into a person's system. That in turn is related to the

11  length of time that a person is exposed to virus particles and the amount of distance

12  maintained from other people who are infected. So, for example, crowded indoor rooms,

13  such as dormitories, with poor ventilation, are prime environments for the spread of

14  SARS-CoV-2 infection. Prolonged confinement in such spaces dramatically increases the

15  transmission of SARS-CoV-2 infection and it is particularly important that people at high

16  risk of serious injury from SARS-CoV-2 not be exposed to those environments. This is

17  especially true where the virus has spread throughout the housing units at a prison.

18

19      20. For these reasons, it is my opinion that prison cells rather than dormitories

20  should be used to house patients who are at medically high risk, even in prisons where

21  there is not yet an outbreak. In addition, in a prison such as CIM, where there is an

22  outbreak of SARS-CoV-2, patients at high risk (and who have not tested positive for

23  SARS-CoV-2) should be moved to another institution that has fewer or no known

24  infections. I understand that surveillance testing has not yet been done at all CDCR

25

8

26

1  prisons, but is supposed to take place in the near future. Such testing is critical to

2  understanding which prisons are safer from infection than others. In the meantime, to

3  avoid a substantial risk of serious harm CDCR should act on the best available

4  information and transfer high risk patients to prisons without COVID-19 outbreaks or

5  low known rates of infection. I understand from Ms. Wolff's letter that CDCR and

6  CCHCS are considering that as an option, and I urge them to pursue that approach at

7  CIM and other prisons with COVID-19 outbreaks.

8

9  21. The major reason Ms. Wolff gives for not transferring high risk patients to

10  more protected environments is the risk that SARS-CoV-2 will spread to other prisons. I

11  understand that CDCR and CCHCS have an extensive protocol for testing and isolating

12  people as they arrive from county jails or when they are transferred to a state hospital for

13  mental health treatment. For new arrivals, that protocol involves testing people upon

14  arrival, putting them in isolation for 14 days at the reception center, testing them again

15  before transfer to a general population prison, transferring them in less densely populated

16  buses, and then guaranteeing them for 14 days at the the destination institution before

17  they are released to the general population. That is an excellent process and I would

18  expect that process to effectively mitigate, if not eliminate, the risk of transmission of

19  SARS-CoV-2 to other institutions. There is no medical reason that the same process

20  cannot be used to safely transfer medically high risk patients to safer conditions—celled

21  housing—in other prisons or to safe locations outside of the prison system.

22

23  22. Ms. Wolff also seems to assume that this would require mass movement of

24  high risk patients. Although I understand that there are approximately 50,000 patients in

25

9

26

1   the prison system with a factor that makes them high risk of severe COVID-19, I do not

2   believe that all of them necessarily are at the same level of risk. For example, patients

3   who do not have immune deficiencies or those whose diabetes mellitus is well-controlled

4   are probably at less risk. This will allow prison authorities to avoid a mass transfer by

5   prioritizing patients whose conditions that put them at the greatest risk. Moreover,

6   because many prisons have both dormitories and celled housing, presumably some

7   "rehousing" will involve moving people from a dorm to celled housing at the same

8   prison, avoiding the need for a transfer to a different prison.

9

10      23. Page 4 of the CDCR tracking website shows that while the COVID-19 curve

11  for California and the United States is flattening, the curve for confirmed cases in prison

12  is rising at a much higher rate:



23  Therefore, in the near term I expect that there will be more COVID-19 outbreaks at other

24  prisons. Under these critical circumstances, I strongly recommend that additional

25                                          10

1  precautions related to the housing of medically vulnerable patients be taken immediately.

2  If adequate space is not available in the state prison system, I recommend that state

3  officials explore other safe alternatives, especially for individuals who pose a low risk to

4  public safety.

5      24. I am also concerned with CDCR's decision to allow the density of the prisons

6  to increase rather than to continue efforts to reduce population density and thus to allow

7  for additional social distancing. In my opinion, CDCR should be continuing efforts to

8  reduce density even further in order to avoid further COVID-19 related injury and loss of

9
10 life.

11     I declare under penalty of perjury that the foregoing is true and correct and that

12 this declaration was issued on May 21, 2020 at Berkeley, California.

13
14
15
16                                              Arthur Reingold, M.D.
17
18
19
20
21
22
23
24
25                              11
26                                              REINGOLD DECLARATION
                                                CASE NO. C01-1351 JST

November, 2019

CURRICULUM VITA

**Arthur Lawrence Reingold**

**PRESENT POSITION**:  Professor of Epidemiology
Head, Division of Epidemiology and Biostatistics
School of Public Health
University of California, Berkeley
2121 Berkeley Way, #5302
Berkeley, California 94720-7360
Phone:   (510) 642-0327
Fax:      (510) 643-5056
E-mail:   Reingold@berkeley.edu

**DATE OF BIRTH**:  October 31, 1948

**PLACE OF BIRTH**:  Chicago, Illinois

**MARITAL STATUS**:  Married

| **EDUCATION**: | 1966 - 70 | A.B. | University of Chicago |
| | 1970 - 76 | M.D. | University of Chicago |

| **POSTGRADUATE TRAINING**: | 1976 - 78 | Internal Medicine Resident, Mount Auburn Hospital Cambridge, Massachusetts |
| | 1980 - 82 | Preventive Medicine Resident, Centers for Disease Control (CDC) - Atlanta, Georgia |

| **POSITIONS HELD**: | 1979 - 80 | Epidemic Intelligence Service Officer, State of Connecticut - Department of Health Services Hartford, Connecticut |
| | 1980 - 81 | Epidemic Intelligence Service Officer, Special Pathogens Branch - Bacterial Diseases Division Centers for Disease Control (CDC) - Atlanta, Georgia |
| | 1981 - 85 | Assistant Chief, Respiratory & Special Pathogens Epidemiology Branch, Center for Infectious Diseases Centers for Disease Control (CDC) - Atlanta, Georgia |
| | 1985 - 87 | CDC Liaison Officer, Office of the Director Centers for Disease Control - Atlanta, Georgia |

| **FACULTY APPOINTMENTS**: | 1979 - 80 | Instructor, Department of Medicine (Epidemiology) University of Connecticut - Hartford, Connecticut |
| | 1985 - 87 | Visiting Lecturer, Department of Biomedical and Environmental Health Sciences (Epidemiology) University of California, Berkeley |
| | 1987 - | Professor of Epidemiology, School of Public Health, University of California, Berkeley |
| | 1989 - | Professor, Department of Epidemiology and Biostatistics - University of California, San Francisco |

**Arthur Lawrence Reingold**

| | | |
|---|---|---|
| **FACULTY APPOINTMENTS: (CONTINUED)** | 1990 - 94 | Head, Epidemiology Program, Department of Biomedical and Environmental Health Sciences, University of California, Berkeley |
| | 1991 - | Clinical Professor, Department of Medicine University of California, San Francisco |
| | 1994 - 2000 | Head, Division of Public Health Biology and Epidemiology University of California, Berkeley |
| | 2000 - 2018 | Head, Division of Epidemiology, School of Public Health, University of California, Berkeley |
| | 2018 - | Head, Division of Epidemiology and Biostatistics, School of Public Health University of California, Berkeley |
| | 2008 - 2014 | Associate Dean for Research, School of Public Health, University of California, Berkeley |
| | 2009 - 2014 | Edward Penhoet Distinguished Chair for Global Health and Infectious Disease |
| **MEDICAL LICENSURE:** | | California |
| **BOARD CERTIFICATION:** | 1980 | American Board of Internal Medicine |
| **AWARDS:** | 1970 - 74 | Medical Scientist Training Program |
| | 1985 | Commendation Medal, U.S. Public Health Service |
| | 1986 | Charles Shepard Award, Centers for Disease Control (CDC) |
| **MEMBERSHIPS:** | 1970 | Sigma Xi |
| | 1978 | American College of Physicians |
| | 1983 | American Society for Microbiology |
| | 1984 | Society for Epidemiologic Research |
| | 1986 | Infectious Disease Society of America (Fellow) |
| | 1988 | American Epidemiological Society |
| | 1991 | American College of Epidemiology (Fellow) |
| | 1994 | AAAS (Fellow) |
| | 2003 | Institute of Medicine (Member) |

**PROFESSIONAL ACTIVITIES**

| | | |
|---|---|---|
| **CONSULTATIONS:** | 1981 | Institute of Medicine:  Toxic-shock syndrome |
| | 1981 | Food and Drug Administration:  Toxic-shock syndrome |
| | 1982 | United States Agency for International Development: Control of meningococcal meningitis in West Africa |
| | 1983 | World Health Organization (WHO): Control of meningococcal meningitis in Nepal |
| | 1983 | East-West Center, University of Hawaii:  Role of indoor air pollution in acute respiratory infections in developing countries |
| | 1984 | Institute of Medicine:  Meningococcal vaccines |

Arthur Lawrence Reingold

| | | |
|---|---|---|
| **CONSULTATIONS:**<br>**(CONTINUED)** | 1986 | World Health Organization (WHO):<br>Control of meningococcal meningitis in South Asia |
| | 1987 - 1993 | Center for Child Survival, University of Indonesia:<br>Control of Acute Respiratory Infections |
| | 1988 | Evaluation of the Combating Communicable Childhood<br>Disease Program, Ivory Coast |
| | 1994 | Evaluation of National Epidemiology Board Program,<br>Rockefeller Foundation |
| | 1995 | Planning of a School-based Acute Rheumatic<br>Fever Prevention Project - New Zealand Heart Foundation |
| | 1995 | Vaccines Advisory Committee, Food & Drug Administration<br>Approval of accellular pertussis vaccine |
| | 1996 | External Reviewer, NIAID Group B Streptococcus Research<br>Contract with Harvard University |
| | 1996 - 2000 | U.S. Food and Drug Administration; Consultant to the Vaccines Advisory<br>Committee |
| | 1996 | World Health Organization, Consultation on Control of Meningococcal<br>Meningitis in Africa |
| | 1998 – 2002 | Advisor to the INCLEN "Indiaclen" project |
| | 2002 – 2003 | Evaluation of a School-based Acute Rheumatic Fever Prevention Project –<br>New Zealand Heart Association |
| **ADVISORY BOARDS**<br>**AND PANELS:** | 1988 - 1989 | Member, Advisory Committee on Ground Water and Reproductive<br>Outcomes, State of California Department of Health Services |
| | 1989 - 1990 | AIDS Advisory Committee, Alameda County Board of Supervisors |
| | 1989 - 1993 | Advisory Committee, Birth Defects Monitoring Program, State of California<br>Department of Health Services |
| | 1993 - 1995 | Centers for Disease Control (CDC):  Public Health Service Advisory Panel on<br>the Case Definition for Lyme Disease |
| | 1992 - 1994 | World Health Organization (WHO):  Task Force on Strengthening<br>Epidemiologic Capacity; Childhood Vaccine Initiative |
| | 1996 - 2000 | Armed Forces Epidemiological Board |
| | 1997 - 2012 | University of California, San Francisco AIDS Research Institute<br>Steering Committee |
| | 1998 - 2003 | Emerging Infections Committee of the Infectious Diseases<br>Society of America |
| | 1998 – 2000 | Panelist, Howard Hughes Medical Institute Predoctoral Fellowship |
| | 2001 - 2006 | Technical expert, Sub-Committee on the Protection of Public Health; California<br>State Strategic Committee on Terrorism |

Arthur Lawrence Reingold

| | | |
|---|---|---|
| **ADVISORY BOARDS PANELS** (CONTINUED) | 2003 - 2008 | Advisory Board, Chinese University of Hong Kong – Centre for Emerging **AND** Infectious Diseases |
| | 2004 - | Advisory Board, University of California, Berkeley Clinical Research Center |
| | 2004 - 2008 | Advisory Board, New York University School of Medicine Fellowship in Medicine and Public Health Research |
| | 2004 - 2005 | Institute of Medicine Committee on Measures to Enhance the Effectiveness of CDC Quarantine Station Plan for U.S. Ports of Entry |
| | 2005 - 2012 | Strategic Advisory Group of Experts (SAGE) for Vaccine Policy, World Health Organization (WHO) (Deputy Chairman, 2010-2012) |
| | 2005 - | Data and Safety Monitoring Committee; F.I. Proctor Foundation, University of California, San Francisco (UCSF) |
| | 2007 - 2012 | NIH Fogarty International Center External Advisory Board |
| | 2007 - 2009 | Chair, Working Group on Pneumococcal Vaccine, Strategic Advisory Group of Experts (SAGE), World Health Organization (WHO) |
| | 2008 - 2012 | Working Group on H5N1 Influenza Vaccines, Strategic Advisory Group of Experts (SAGE), World Health Organization (WHO) |
| | 2008 - 2011 | Chair, Leptospirosis Burden Epidemiology Reference Group, World Health Organization (WHO) |
| | 2008 - 2012 | National Biosurveillance Advisory Subcommittee of the Advisory Committee to The Director, Centers for Disease Control and Prevention (CDC) |
| | 2008 - 2009 | Institute of Medicine Committee on the Review of Priorities in the National Vaccine Plan |
| | 2009 - 2012 | Chair, Working Group on Hepatitis A Vaccine, Strategic Advisory Group of Experts (SAGE), World Health Organization (WHO) |
| | 2011 - 2013 | Member, Institute of Medicine Committee on Vaccine Priorities |
| | 2011 - 2014 | Member, Working Group on Vaccine Hesitancy, Strategic Advisory Group of Experts (SAGE), World Health Organization (WHO) |
| | 2012 - 2014 | Chair, Review of the Heterologous Effects of Childhood Vaccines, World Health Organization (WHO) |
| | 2012 - 2014 | Chair, External Review of the Measles Rubella Initiative (of WHO, CDC, UNICEF, American Red Cross, and United Nations Foundation) |
| | 2013 - 2018 | Advisory Committee on Immunization Practices (ACIP), U.S. Department of Health and Human Services |
| | 2016-2017 | Member, Institute of Medicine Committee on a National Strategy for the Elimination of Hepatitis B and C |
| | 2018 - | Member, Independent Review Committee, Global Alliance for Vaccines and Immunizations (GAVI) |
| | 2018 - | Member, Strategic Advisory Group, Partnership for Influenza Vaccination Introduction |

**Arthur Lawrence Reingold**

**LEADERSHIP POSITIONS:**

| | |
|---|---|
| 1997 - 2012 | Secretary-Treasurer, American Epidemiological Society |
| 2009 - 2010 | President, Society for Epidemiologic Research |
| 2015 – 2016 | President, American Epidemiological Society (AES) |

**EDITORIAL BOARDS**:

| | |
|---|---|
| 1995 - 2000 | Board of Editors, American Journal of Epidemiology |
| 2001 - 2005 | Board of Editors, Epidemiology |
| 2005 - | Editorial Advisory Board, Global Public Health |
| 2009 - 2010 | Editorial Advisory Board, American Journal of Epidemiology |

**ASSOCIATE EDITORSHIPS:**

| | |
|---|---|
| 2017 - | Current Epidemiology Reports |
| 2018 - | Vaccine |

Arthur Lawrence Reingold

PUBLICATIONS:

1. Hayes RV, Pottenger LA, Reingold AL, Getz GS, Wissler RW.  Degradation of I[125] - labeled serum low density lipoprotein in normal and estrogen-treated male rats.  Biochem Biophys Res Comm 1971;44:1471-1477.

2. Reingold AL, Kane MA, Murphy BL, Checko P, Francis DP, Maynard JE.  Transmission of hepatitis B by an oral surgeon.  J Infect Dis 1982;145:262-268.

3. Reingold AL, Dan BB, Shands KN, Broome CV.  Toxic-shock syndrome not associated with menstruation:  a review of 54 cases.  Lancet 1982;1:1-4.

4. Bartlett P, Reingold AL, Graham DR, et al.  Toxic-shock syndrome associated with surgical wound infections.  JAMA 1982;247:1448-1450.

5. Reingold AL, Hargrett NT, Shands KN, et al.  Toxic-shock syndrome surveillance in the United States, 1980-1981.  Ann Intern Med 1982;96:875-880.

6. Reingold AL, Hargrett NT, Dan BB, Shands KN, Strickland BY, Broome CV.  Nonmenstrual toxic-shock syndrome:  a review of 130 cases.  Ann Intern Med 1982;6:871-874.

7. Broome CV, Hayes PS, Ajello GW, Feeley JC, Gibson RJ, Graves LM, Hancock GA, Anderson RJ, Highsmith AK, Mackel DC, Hargrett NT, Reingold AL.  In-vitro studies of interactions between tampons and Staphylococcus aureus.  Ann Intern Med 1982;96:959-962.

8. Guinan ME, Dan BB, Guidotti RJ, Reingold AL, et al.  Vaginal colonization with Staphylococcus aureus in healthy women:  a review of four studies.  Ann Intern Med 1982;96(pt.2):944-947.

9. Schlech WF III, Shands KN, Reingold AL, et al.  Risk factors for development of toxic-shock syndrome:  association with a tampon brand.  JAMA 1982;248:835-839.

10. Reingold AL, Bank JD.  Legionellosis.  In:  Easmon CSF, Jeljaszewicz J, eds.  Medical Microbiology.  London:  Academic Press 1982 (I):217-239.

11. Reingold AL.  Toxic-shock syndrome.  In:  Spittell JA Jr., ed. Clinical Medicine.  Philadelphia:  Harper & Row Publishers 1982 (II):1-6.

12. Kornblatt AN, Reingold AL.  Legionellosis.  In:  Steele JH, Hillyer RV, Hopla CE, eds.  CRC Handbook Series in Zoonoses.  CRC Press 1982:313-324.

13. Wilkinson HW, Reingold AL, Brake JB, McGiboney DL, Gorman GW, Broome CV.  Reactivity of serum from patients with suspected Legionellosis against 29 antigens of legionellaceae and Legionella-like organisms by indirect immunofluorescence assay.  J Infect Dis 1983;147:23-31.

14. Meenhorst PL, Reingold AL, Gorman GW, et al.  Legionella pneumonia in guinea pigs exposed to aerosols of concentrated potable water from a hospital with nosocomial Legionnaires' disease.  J Infect Dis 1983;147:129-132.

**Arthur Lawrence Reingold**

15. Reingold AL.  Nonmenstrual toxic-shock syndrome:  the growing picture.  JAMA 1983; 249:932 (editorial).

16. Reingold AL.  Meningococcal meningitis.  Nepal Paed Soc J 1983; 2:144-148.

17. Reingold AL, Broome CV, Phillips CJ, Meda H, Tiendrebeogo H, Yada A.  Evidence of continuing protection against group A meningococcal disease one year after vaccination:  a case-control approach.  Med Trop 1983;43:225.

18. Reingold AL, Kane MA, Hightower AW.  Disinfection procedures and infection control in the outpatient oral surgery practice.  J Oral Maxillofac Surg 1984;42:568-572.

19. Broome CV, Reingold AL.  Current issues in toxic-shock syndrome.  In:  Remington JS, Swartz MN, eds.  Current clinical topics in infectious diseases.  McGraw Hill 1984;65-85.

20. Herwaldt LA, Gorman GW, McGrath T, Toma S, Brake B, Hightower AW, Jones J, Reingold AL, et al.  A new Legionella species, Legionella feeleii species nova, causes Pontiac fever in an automobile plant.  Ann Intern Med 1984;100:333-338.

21. Ajello GW, Feeley JC, Hayes PS, Reingold AL, Bolan G, et al.  Trans-isolate medium:  a new medium for primary culturing and transport of Neisseria meningitidis, Streptococcus pneumoniae, and Haemophilus influenzae.  J Clin Microbial 1984;20:55-58.

22. Hayes PS, Graves LM, Feeley JC, Hancock GA, Cohen ML, Reingold AL, et al.  Production of toxic-shock-associated protein(s) in Staphylococcus aureus strains isolated from 1956 through 1982.  J Clin Microbial 1984;20:42-46.

23. Reingold AL, Thomason BM, Brake BJ, Thacker L, Wilkinson HW, Kuritsky JN.  Legionella pneumonia in the United States:  the distribution of serogroups and species causing human illness.  J Infect Dis 1984;149:819.

24. Blaser M, Reingold AL, Alsever RN, Hightower A.  Primary meningococcal pericarditis: A disease of adults associated with serogroup C Neisseria meningitidis.  Rev Infect Dis 1984;6:625-632.

25. Jones EE, Alford PL, Reingold AL, et al.  Predisposition to invasive pneumococcal illness following parainfluenza type 3 virus infection in chimpanzees.  JAVMA 1984;185:1351-1353.

26. Reingold AL, Thomason BM, Kuritsky J.  Results of Legionnaires' disease direct fluorescent-antibody testing at Centers for Disease Control, 1980-1982.  In:  Thornsberry C, Balows A, Feeley JC, and Jakubowski J, eds.  Legionella, ASM 1984;21-22.

27. Kuritsky JN, Reingold AL, Hightower AW, Broome CV.  Sporadic Legionellosis in the United States, 1970 to 1982.  In:  Thornsberry C, Balows A, Feeley JC, and Jakubowski J, eds. Legionella, ASM 1984;243-245.

28. Fleming DW, Reingold AL.  Legionella.  In:  Braude AI ed.  Medical Microbiology and Infectious Diseases, Second Edition W.B. Saunders 1985;352-358.

Arthur Lawrence Reingold

29. Garbe PL, Arko RJ, Reingold AL, et al.  Staphylococcus aureus isolates from patients with non-menstrual Toxic Shock Syndrome:  Evidence for Additional Toxins.  JAMA 1985;253:2538-2542.

30. Garbe PL, Davis BJ, Weisfeld J, Markowitz L, Miner P, Garrity F, Barbaree JM, Reingold AL. Nosocomial Legionnaires' Disease:  Epidemiologic Demonstration of Cooling Towers as a Source. JAMA 1985;254:521-524.

31. Fleming DW, Cochi SL, MacDonald KL, Brondum J, Haves PS, Plikaytis BD, Holmes MB, Audurier A, Broome CV, Reingold AL.  Pasteurized milk as a vehicle of infection in an outbreak of listeriosis.  NEJM 1985;312:404-407.

32. Meenhorst P, Reingold AL, Groothius DL, et al.  Water-related nosocomial pneumonia caused by Legionella pneumophila serogroups 1 and 10.  J Infect Dis 1985;152:356-364.

33. Bolan G, Reingold AL, Carson L, et al.  Infections with Mycobacterium chelonei in patients receiving dialysis and using processed hemodialyzers.  J Infect Dis 1985;152:1013-1019.

34. Reingold AL.  Toxic-shock in the United States of America:  epidemiology.  Postgrad Med J 1985;61:21-22.

35. Reingold AL, Broome CV, Hightower AW, et al.  Age-specific differences in duration of clinical protection after vaccination with meningococcal polysaccharide A vaccine.  Lancet 1985;II:114-118.

36. Petitti DB, Reingold AL, Chin J.  The incidence of toxic-shock syndrome in Northern California:  1972-1983.  JAMA 1986;255:368-372.

37. Reingold AL.  Toxic-shock syndrome and the contraceptive sponge.  JAMA 1986;255:242-243 (editorial).

38. Berkley S, Reingold AL.  Toxic-shock syndrome.  In:  Kass EH and Platt R, eds.  Current Therapy in Infectious Disease.  B.C. Decker, Inc.  1986;78-81.

39. Reingold AL.  Toxic-shock syndrome.  In:  Wheat J and White A, eds.  Infectious Diseases,  University of Chicago Press, 1986.

40. Reingold AL, Broome CV.  Nosocomial central nervous system infections.  In:  Bennett JV, Brachman PS, eds.  Hospital Infections.  Little Brown & Co.  1986;521-529.

41. Markowitz L, Reingold AL.  Toxic-shock syndrome.  In:  Maxcy-Rosenau Public Health and Preventive Medicine, 12th edition Appleton-Century-Crofts 1986;456-459.

42. Reingold AL, Xiao DL, Plikaytis B, Ajello L.  Systemic mycoses in the United States, 1980-1982.  J Med Vet Mycol 1986;24:433-436.

43. Cochi SL, Markowitz L, Owens Jr RC, Stenhouse DH, Regmi DN, Shrestha RPB, Acharya IL, Manandhar M, Gurubacharya VL, Owens D, Reingold AL.  Control of epidemic group A meningococcal meningitis in Nepal.  Int J Epid 1987;16:91-97.

44. Markowitz LE, Hightower AW, Broome CV, Reingold AL.  Toxic-shock syndrome:  Evaluation of national surveillance data using a hospital discharge survey.  JAMA 1987;258:75-78.

8

**Arthur Lawrence Reingold**

45. Berkley SF, Hightower AW, Reingold AL, Broome CV.  The relationship of tampon characteristics to menstrual toxic-shock syndrome.  JAMA 1987;258:917-920.

46. Reingold AL, Kane MA, Hightower AW.  Failure of gloves and other protective devices to prevent transmission of hepatitis B virus in oral surgeons.  JAMA 1988;259:2558-2560.

47. Reingold AL.  The role of Legionellae in acute infections of the lower respiratory tract.  Rev Infect Dis 1988;10(5):1018-1028.

48. Harrison LH, Broome CV, Hightower AW, Hoppe CC, Makintubee S, Sitze SL, Taylor JA, Gaventa S, Wenger JD, Facklam RR, and the *Haemophilus Vaccine Efficacy Study Group* (includes A.L. Reingold).  A day-care based study of the efficacy of Haemophilus influenzae B polysaccharide vaccine.  JAMA 1988;260(10):1413-1418.

49. Schwartz B, Broome CV, Hightower AW, Brown GR, Ciesielski CA, Gaventa S, Gellin BG, Mascola L, and the *Listeriosis Study Group* (includes A.L. Reingold).  Association of sporadic listeriosis with consumption of uncooked hot dogs and undercooked chicken.  Lancet 1988;II:779-782.

50. Carson LA, Bland LA, Cusick LB, Favero MS, Bolan G, Reingold AL, et al.  Prevalence of nontuberculous mycobacteria in water supplies of hemodialysis centers.  Appl Environ Micro 1988; 54:3122-3125.

51. Petitti DB, Reingold AL.  Update through 1985 on the incidence of toxic shock syndrome among members of a prepaid health plan.  Rev Infect Dis 1989;11:S22-27.

52. Reingold AL, Broome CV, Gaventa S, Hightower SW, and the Toxic-Shock Syndrome Study Group.  Risk factors for menstrual toxic-shock syndrome:  results of a multi-state case-control study.  Rev Infect Dis 1989;11:S35-42.

53. Gaventa S, Reingold AL, Hightower AW, et al.  Active surveillance for toxic-shock syndrome in the United States, 1986.  Rev Infect Dis 1989;11:S28-34.

54. Schwartz B, Gaventa S, Broome CV, Reingold AL, et al.  Non-menstrual toxic-shock syndrome associated with barrier contraceptives:  report of a case-control study.  Rev Infect Dis 1989;11:S43-49.

55. Reingold AL, Hearst N.  Identifying the health care needs of the community.  In:  Overall N, Williamson J, eds.  Community Oriented Primary Care in Action:  A Practice Manual for Primary Care Settings.  U.S. Department of Health and Human Services.

56. Koo D, Bouvier B, Wesley M, Courtright P, Reingold AL.  Epidemic keratoconjunctivitis in a university medical center ophthalmology clinic:  need for re-evaluation of the design and disinfection of instruments.  Inf Control and Hosp Epi 1989;10:547-552.

57. Harrison LH, Broome CV, Hightower AW, and the *Haemophilus Vaccine Efficacy Study Group* (includes A.L. Reingold).  Haemophilus influenzae type b polysaccharide vaccine:  an efficacy study.  Pediatrics 1989;84:225-261.

Arthur Lawrence Reingold

58. Wenger JD, Harrison LH, Hightower A, Broome CV, *Haemophilus* influenzae Study Group (includes A.L. Reingold).  Day care characteristics associated with Haemophilus influenzae disease.  Am J Public Health 1990;80:1455-1458.

59. Morrow HW, Slaten DD, Reingold AL, et al.  Risk factors associated with a school-related outbreak of serogroup C meningococcal disease.  Pediatric Infect Dis J 1990;9:394-398.

60. Wenger JD, Hightower AW, Facklam RR, Gaventa S, Broome CV, *Bacterial Meningitis Study Group* (includes A.L. Reingold).  Bacterial meningitis in the United States, 1986:  Report on a multistate surveillance study.  J Infect Dis 1990;162:1316-1323.

61. Reingold AL.  Toxic-shock syndrome.  In:  Evans AS, Brachman PS, eds.  Bacterial Infections of Humans.  Plenum, 1991;727-743.

62. Gellin BG, Broome CV, Bibb WF, Weaver RE, Gaventa S, Mascola L, the *Listeriosis Study Group*. (includes A.L. Reingold).  The epidemiology of listeriosis in the United States - 1986.  Am J Epi 1991;133:392-401.

63. Reingold AL.  Toxic-shock syndrome.  In:  Rakel RE, ed. Conn's Current Therapy.  W. B. Saunders, 1991;1010-1012.

64. Reingold AL, Markowitz LE.  Toxic-shock syndrome.  In:  Maxcy-Rosenau Public Health and Preventive Medicine, 13th Edition.  Appleton-Century-Crofts, 1991;304-306.

65. Bauer HM, Ting Y, Greer CE, Chambers JC, Tashiro CJ, Chimera J, Reingold AL, Manos MM.  Genital human papillomavirus infection in female    university students as determined by a PCR-based method.  JAMA 1991;265:472-477.

66. Sutrisna B, Frerichs RR, Reingold AL.  Randomised, controlled trial of effectiveness of ampicillin in mild acute respiratory infections in Indonesian children.  Lancet 1991;338:471-474.

67. Reingold AL.  Toxic-shock syndrome:  an update.  Am J Ob & Gyn 1991;165:1236-1239.

68. Pettiti DB, Reingold AL.  Recent trends in the incidence of toxic-shock syndrome in Northern California.  Am J Public Health 1991;81:1209-1211.

69. Ley C, Reingold AL, et al.  Determinants of genital human papillomavirus infection in young women.  JNCI 1991;83:997-1003.

70. Pinner RW, Gellin BG, Bibb WF, Baker CN, Weaver R, Hunter SB, Waterman SH, Mocca LF, Frasch CE, Broome CV, the *Meningococcal Disease Study Group* (includes A.L. Reingold).  Meningococcal disease in the United States-1986.  J Infect Dis 1991;164:368-374.

71. Wenger JD, Pierce R, Deaver KA, Plikaytis BD, Facklam RR, Broome CV, and the *Haemophilus influenzae Study Group* (includes A.L. Reingold).  Efficacy of Haemophilus influenzae type b polysaccharide-diphtheria toxoid conjugate vaccine in U.S. children aged 18-59 months.  Lancet 1991; 338:395-398.

**Arthur Lawrence Reingold**

72. Moore PS, Plikaytis BD, Bolan GA, Oxtoby MJ, Yada A, Zoubga A, Reingold AL, Broome CV. Detection of meningitis epidemics in Africa: a population-based analysis. International J Epi 1992;21:155-162.

73. Schuchat A, Deaver KA, Wenger JD, Plikaytis BD, Mascola L, Pinner RW, Reingold AL, Broome CV, and the Listeria Study Group. Role of foods in sporadic listeriosis. I. Case-control study of dietary risk factors. JAMA 1992;267:2041-2045.

74. Pinner RW, Schuchat A, Swaminathan B, Hayes PS, Deaver KA, Weaver RE, Plikaytis BD, Reeves M, Broome CV, Wenger JD, and the *Listeria Study Group* (includes A.L. Reingold). Role of foods in sporadic listeriosis. II. Microbiologic and epidemiologic investigation. JAMA 1992; 267:2046-2050.

75. Wenger JD, Pierce R, Deaver K, Franklin R, Bosley G, Pigott N, Broome CV, and the *Listeria Study Group* (includes A.L. Reingold). Invasive Haemophilus influenzae disease: A population-based evaluation of the role of capsular polysaccharide serotype. J Infect Dis 1992;165(suppl 1):S34-5.

76. Steinhart R, Reingold AL, Taylor F, Anderson G, Wenger JD. Invasive Haemophilus influenzae infections in men with HIV infection. JAMA 1992;268:3350-3352.

77. Hayes PS, Graves LM, Swaminathan B, Ajello GW, Malcolm GB, Weaver RE, Ransom R, Deaver K, Plikaytis BD, Schuchat A, Wenger JD, Pinner RW, Broome CV, and the *Listeria Study Group* (includes A.L. Reingold). Comparison of three selective enrichment methods for the isolation of Listeria monocytogenes naturally contaminated foods. J of Food Protection, 1992; 55:952-959.

78. Osmond DH, Charlebois E, Sheppard HW, Page KA, Winkelstein W Jr, Moss AR, Reingold AL. A comparison of risk factors for hepatitis C and hepatitis B virus infection in homosexual men. J Infect Dis, 1993;167:66-71.

79. Osmond DH, Padian N, Sheppard HW, Glass S, Shiboski SC, Reingold AL. Risk factors for hepatitis C virus seropositivity in heterosexual couples. JAMA 1993;269:361-365.

80. Tappero JW, Koehler JE, Berger TG, Reingold AL, et al. Bacillary angiomatosis and bacillary splenitis in immunocompetent adults. Ann Int Med, 1993;118:363-365.

81. Tappero JW, Mohle-Boetani J, Koehler JE, Reingold AL, et al. The epidemiology of bacillary angiomatosis and bacillary peliosis. JAMA 1993;269:770-775.

82. Weinstock HS, Bolan G, Reingold AL, Polish LB. Hepatitis C virus infection among patients attending a clinic for sexually transmitted diseases. JAMA 1993;269:392-394.

83. Yajko DM, Nassos PS, Sanders CA, Gonzalez PC, Reingold AL, et al. Comparison of four decontamination methods for recovery of Mycobacterium avium complex from stools. J Clin Micro, 1993;31:302-306.

84. Adams WG, Deaver KA, Cochi SL, Plikaytis BD, Zell ER, Broome CV, Wenger JD, and the *Haemophilus influenzae Study Group* (includes A.L. Reingold). Decline of childhood Haemophilus influenzae type b (Hib) disease in the Hib vaccine era. JAMA 1993;269:221-226.

**Arthur Lawrence Reingold**

85. Sutrisna B, Reingold AL, Kresno S, Harrison G, Utomo.  Care-seeking for fatal illnesses in young children in Indramayu, West Java, Indonesia.  Lancet 1993;342:787-789.

86. Sudarti K, Harrison GG, Sutrisna B, Reingold AL.  Acute respiratory infection in children under five years in Indramayu, West Java, Indonesia:  a rapid ethnographic assessment.  Medical Anthropology.  1994;15:1-10.

87. Ley C, Olshen EM, Chin L, Reingold AL.  The use of serologic tests for Lyme disease in a prepaid health plan in California.  JAMA 1994;271:460-463.

88. Ley C, Davila I, Mayer N, Murray R, Reingold AL.  Lyme disease in Northwestern coastal California.  Western J Med, 1994;160:534-539.

89. Chin DP, Reingold AL, Stone EN, Vittinghoff E, Horsburgh Jr CR, et al.  The impact of Mycobacterium avium complex bacteremia and its treatment on survival of AIDS patients-a prospective study.  J Infect Dis 1994;170:578-584.

90. Horsburgh CR, Chin DP, Yajko DM, Hopewell PC, Reingold AL, et al.  Environmental risk factors for acquisition of Mycobacterium avium complex in persons with human immunodeficiency virus infection.  J Infect Dis 1994;170:362-367.

91. Chin DP, Reingold AL, Horsburgh CR, Yajko DM, et al.  Predicting Mycobacterium avium complex bacteremia in patients with human immunodeficiency virus - a prospectively validated model.  Clin Infect Dis 1994;19:668-674.

92. Chin DP, Hopewell PC, Yajko DM, Vittinghoff E, Horsburgh CR, Hadley WK, Stone EN, Nassos PS, Ostroff SM, Jacobson MA, Matkin CC, Reingold AL.  Mycobacterium avium complex in the respiratory or gastrointestinal tract and the risk of M. avium complex bacteremia in patients with human immunodeficiency virus infection.  J Infect Dis 1994;169:289-295.

93. Jackson LA, Tenover FC, Baker C, Plikaytis BD, Reeves MW, Stocker SA, Weaver RE, Wenger JD, and the *Meningococcal Disease Study Group* (includes A.L. Reingold).  Prevalence of Neisseria meningitidis relatively resistant to penicillin in the United States, 1991.  J Infect Dis 1994; 169:438-441.

94. Schuchat A, Deaver-Robinson K, Plikaytis BD, Zangwill KM, Mohle-Boetani J, Wenger JD, and the Active Surveillance Study Group (includes A.L. Reingold).  Multistate case-control study of maternal risk factors for neonatal Group B streptococcal disease.  Pediatric Infect Dis J 1994; 13:623-629.

95. Weinstock HS, Bolan G, Moran JS, Peterman TA, Polish L, Reingold AL.  Routine hepatitis B immunization in a clinic for sexually transmitted diseases.  AJPH 1995;85:846-849.

96. Wang F, So Y, Vittinghoff E, Malani H, Reingold A, et al.  Incidence proportion of and risk factors for AIDS patients diagnosed with HIV dementia, central nervous system toxoplasmosis, and cryptococcal meningitis.  J AIDS 1995;8:75-82.

97. Espinal M, Reingold AL, Koenig E, Lavandera M, Sanchez S.  Screening for active tuberculosis in HIV testing centre.  Lancet 1995;345:890-893.

Arthur Lawrence Reingold

98. Yajko DM, Chin DP, Gonzalez PC, Nassos PS, Hopewell PC, Reingold AL, et al.  Mycobacterium avium complex in water, food, and soil samples collected from the environment of HIV-infected individuals.  J AIDS 1995;9:176-182.

99. Lurie P, Fernandes M, Hughes V, Arevalo E, Hudes E, Reingold A, et al.  Socioeconomic status and risk for HIV-1, syphilis and hepatitis B infection among sex workers in São Paulo State, Brazil.  AIDS 1995 9(suppl 1):S31-S37.

100. Jackson L, Hilsdon R, Farley M, Harrison L, Reingold A, et al.  Risk factors for Group B streptococcal disease in adults.  Ann Int Med 1995;123:415-420.

101. Tappero J, Schuchat A, Deaver K, Mascola L, Wenger JD, and the Listeriosis Study Group (includes A.L. Reingold).  Reduction in the incidence of human listeriosis in the United States – Effectiveness of prevention efforts?  JAMA 1995;273:1118-1122.

102. Brandt ME, Hutwagner LC, Kuykendall RJ, Pinner RW, and *the Cryptococcal Disease Active Surveillance Group* (includes A.L. Reingold).  Comparison of multilocus enzyme electrophoresis and random amplified polymorphic DNA analysis for molecular subtyping of Cryptococcus neoformans.  J Clin Microbiol 1995:33:1890-1895.

103. Ley C, Olshen EM, Reingold AL.  Case-control study of risk factors for incident Lyme disease in California.  Am J Epi 1995:142; Suppl:S39-S47.

104. Espinal MA, Reingold AL, Lavandera M.  Effect of pregnancy on the risk of developing active tuberculosis.  J Inf Dis 1996;173:488-491.

105. Perkins BA, Flood JM, Danila R, Holman RC, Reingold AL, et al.  Unexplained deaths due to possibly infectious causes in the United States:  Defining the problem and design of surveillance and laboratory approaches.  Emerg Inf Dis 1996;Vol 2:47-53.

106. Hessol NA, Priddy FH, Bolan G, Baumrind N, Vittinghoff E, Reingold AL, Padian NS.  Management of pelvic inflammatory disease by primary care physicians:  A comparison with Centers for Disease Control and Prevention guidelines.  Sex Trans Dis 1996;Mar-Apr:157-163.

107. Mohle-Boetani JC, Koehler JE, Berger TG, LeBoit PE, Kemper CA, Reingold AL, et al.  Bacillary angiomatosis and bacillary peliosis in patients infected with human immunodeficiency virus:  Clinical characteristics in a case-control study.  Clin Inf Dis 1996;22:794-800.

108. Espinal MA, Reingold AL, Pérez G, et al.  Human immunodeficiency virus infection in children with tuberculosis in Santo Domingo, Dominican Republic:  Prevalence, clinical findings, and response to antituberculosis treatment.  J AIDS 1996;13:155-159.

109. Brandt ME, Hutwagner LC, Klug LA, Baughman WS, Rimland D, Graviss EA, Hamill RJ, Thomas C, Pappas PG, Reingold AL, et al.  Molecular subtype distribution of Cryptococcus neoformans in four areas of the United States.  J Clin Microbiol, 1996;34:912-917.

110. Bradford WZ, Martin JN, Reingold AL, et al.  The changing epidemiology of acquired drug-resistant tuberculosis in San Francisco, USA.  Lancet 1996;348:928-931.

Arthur Lawrence Reingold

111. Passaro DJ, Waring L, Armstrong R, Bolding F, Bouvier B, Rosenberg J, Reingold AL, et al.  Beauty and the beast:  Postoperative Serratia marcescens wound infections traced to an out-of-hospital source.  J Inf Dis 1997;175:992-995.

112. Urwin G, Krohn JA, Deaver-Robinson K, Wenger JD, Farley MM, and the *Haemophilus influenzae Study Group* (includes A.L. Reingold).  Invasive disease due to Haemophilus influenzae serotype f:  Clinical and epidemiologic characteristics in the H. influenzae serotype b vaccine era.  Clin Inf Dis, 1996;22:1069-76.

113. Sabino EC, Diaz RC, Brigido LF, Learn GH, Mullins JI, Reingold AL, et al.  Distribution of HIV-1 subtypes seen in an AIDS clinic in São Paulo City, Brazil.  AIDS 1996; 10:1579-1584.

114. Brandt ME, Pfaller MA, Hajjeh RA, Graviss EA, Rees J, Spitzer ED, Pinner RW, Mayer LW, and the *Cryptococcal Disease Active Surveillance Group* (includes A.L. Reingold).  Molecular subtypes and antifungal susceptibilities of serial Cryptococcus neoformans isolates in human immunodeficiency virus - associated cryptococcosis.  J Inf Dis 1996;174:812-820.

115. Whitney CG, Pllikaytis BD, Gozansky WS, Wenger JD, Schuchat A, and the *Neonatal Group B Streptococcal Disease Study Group* (includes A.L. Reingold).  Prevention practices for perinatal group B streptococcal disease:  A multi-site surveillance analysis.  Obstet & Gyn 1997;89:28-32.

116. McFarland W, MvereD, Shandera W, Reingold A.  The epidemiology and prevention of transfusion-associated Human Immunodeficiency Virus transmission in Sub-Saharan Africa.  Vox Sanguinis 1997; 72:85-92.

117. Mazurek GH, Chin DP, Hartman S, Reddy V, Horsburgh Jr, CR, Green TA, Yajko DM, Hopewell PC, Reingold AL, et al.  Genetic similarity among Mycobacterium avium isolates from blood, stool, and sputum of persons with AIDS.  J Inf Dis 1997; 176:1-8.

118. Schuchat A, Robinson K, Wenger JD, Harrison LH, Farley M, Reingold AL, et al.  Bacterial meningitis in the United States in 1995.  N Eng J Med 337:970-976, 1997.

119. DeRiemer K, Chin DP, Schecter GF, Reingold AL.  Tuberculosis among immigrants and refugees.  Arch Int Med, 1998; 158:753-760.

120. Glaser CA, Safrin S, Reingold AL, Newman TB.  The association between Cryptosporidium infection and animal exposure in HIV-infected individuals.  J AIDS 17:79-82, 1998.

121. Reingold AL.  Outbreak investigations:  A perspective.  Emerg Inf Dis 4:21-27, 1998.

122. Bradford WZ, Koehler J, El-Hajj H, Hopewell PC, Reingold AL, et al.  Dissemination of Mycobacterium tuberculosis across the San Francisco Bay area.  J Inf Dis 177:1104-1107, 1998.

123. Rees JR, Pinner RW, Hajjeh RA, Brandt ME, Reingold AL.  The epidemiological features of invasive mycotic infections in the San Francisco Bay Area 1992-1993:  Results of population-based laboratory active surveillance.  Clin Inf Dis, 27:1138-1147, 1998.

124. Ragland DR, Buffler PA, Reingold AL, Syme SL, Winkelstein WW Jr, Buffler M.  Disease and injury in California with projections to the year 2007:  Implications for medical education.  West J Med, 168:1-23, 1998.

**Arthur Lawrence Reingold**

125. Espinal MA, Báez J, Soriano G, Garcia V, Laszlo A, Reingold AL, Sanchez S.  Drug-resistant tuberculosis in the Dominican Republic:  Results of a nationwide survey.  Int J Tuberc Lung Dis, 2:490-498, 1998.

126. Bindman AB, Osmond D, Hecht FM, Lehman S, Vranizan K, Keane D, Reingold A, et al.  Multistate evaluation of anonymous HIV testing and access to medical care.  JAMA, 280:1416-1420, 1998.

127. Bloch KC, Zwerling L, Pletcher MJ, Hahn JA, Gerberding JL, Ostroff SM, Vugia DJ, Reingold AL.  Incidence and clinical implications of isolation of Mycobacterium kansasii:  Results of a 5-year, population-based study.  Ann Intern Med 129:698-704, 1998.

128. Hajjeh RA, Conn LA, Stephens DS, Baughman W, Hamill R, Graviss E, Pappas PG, Thomas C, Reingold AL, et al.  Cryptococcosis:  Population-based multistate active surveillance and risk factors in Human Immunodeficiency Virus-infected persons.  J Inf Dis, 179:449-454, 1999.

129. DeRiemer K, Daley CL, Reingold AL.  Preventing tuberculosis among HIV-infected persons:  A survey of physicians' knowledge and practices.  Prev Med, 28:437-444, 1999.

130. Jafari HS, Adams WG, Robinson KA, Plikaytis BD, Wenger JD, and the *Haemophilus influenzae Study Group*(includes A.L. Reingold).  Efficacy of Haemophilus influenzae type b conjugate vaccines and persistence of disease in disadvantaged populations.  AJPH, 89:364-368, 1999.

131. Fonseca LAM, Reingold AL, Casseb JR, Brigido LFM, Duarte AJS.  AIDS incidence and survival in a hospital-based cohort of asymptomatic HIV seropositive patients in São Paulo, Brazil.  J Inf Dis 28:1156-1160, 1999.

132. Reingold AL, Phares C.  Communicable Diseases (chapter).  In:  Introduction to International Health (M. Merson, ed.).

133. Kao AS, Brandt ME, Pruitt WR, Conn LA, Perkins BA, Stephens DS, Baughman WS, Reingold AL, et al.  The epidemiology of candidemia in two United States cities:  Results of a population-based active surveillance.  Clin Inf Dis 29:1164-1170, 1999.

134. Rosenstein NE, Perkins BA, Stephens D, Lefkowitz L, Cartter M, Danila R, Cieslak P, Shutt KA, Popovic T, Schuchat A, Harrison LH, Reingold AL, et al.  The changing epidemiology of meningococcal disease in the United States, 1992-1996.  J Inf Dis, 180:1894-1901, 1999.

135. Hajjeh RA, Reingold AL, Weil A, Shutt K, Schuchat A, Perkins BA.  Toxic shock syndrome in the United States:  Surveillance update, 1979-1996.  Emerg Inf Dis J 5:807-810, 1999.

136. Osmond DH, Bindman AB, Vranizan K, Lehman JS, Hecht FM, Keane D, Reingold AL.  Name-based surveillance and public health interventions for persons with HIV infection.  Ann Int Med 131:775-779, 1999.

137. Baer JT, Vugia DJ, Reingold AL, Aragon T, Angulo FJ, Bradford WZ.  HIV infection as a risk factor for shigellosis.  Emerg Inf Dis 6:820-823, 1999.

138. Reingold AL.  Infectious disease epidemiology in the twenty-first century - will it be eradicated or will it re-emerge?  Epi Reviews 22:57-63, 2000.

**Arthur Lawrence Reingold**

139. Kahane SM, Watt JP, Smith NJ, Wight S, Reingold AL, Newell K, et al.  Immunization levels and risk factors for low immunization coverage among private practices.  Pediatrics, 2000;105:73-.

140. Espinal MA, Pérez EN, Báez J, Henriquez L, Fernandez K, Lopez M, Olivo P, Reingold AL.  Infectiousness of Mycobacterium tuberculosis in HIV-1-infected subjects with tuberculosis: A prospective study.  Lancet 355:275-280, 2000.

141. Schrag SJ, Zywicki S, Farley M, Reingold AL, et al.  Group B streptococcal disease in the era of intrapartum antibiotic prophylaxis.  New Eng J Med 342:15-20, 2000.

142. Nuorti JP, Butler JC, Gelling L, Kool JL, Reingold AL, et al.  Epidemiologic relation between HIV and invasive pneumococcal disease in San Francisco County, California.  Ann Int Med 132: 182-190, 2000.

143. Hecht FM, Chesney MA, Lehman JS, Osmond D, Vranizan K, Colman S, Keane D, Reingold A, et al.  Does HIV reporting by name deter testing?  AIDS 14:1801-1808, 2000.

144. Breiman RF, Keller DW, Phelan MA, Sniadack DH, Stephens DS, Rimland D, Farley MM, Schuchat A, Reingold AL.  Evaluation of effectiveness of the 23-valent pneumococcal capsular polysaccharide vaccine for HIV-infected patients.  Arch Int Med 160:2633-2638, 2000.

145. Whitney CG, Farley MM, Hadler J, Harrison LH, Lexau C, Reingold A, Lefkowitz L, et al.  Increasing prevalence of multi-drug resistant Streptococcus pneumoniae in the United States.  N Engl J Med 343:1917-1924, 2000.

146. Alpers L, Chrouser K, Halabi S, Moeti T, Reingold A, Binkin N, Kenyon T.  Validation of the surveillance system for tuberculosis in Botswana.  Int J Tuberc Lung Dis, 2000; 4:737-743.

147. Factor SH, Whitney CG, Zywicki S, Schuchat A. for the ABC Surveillance Team (includes Reingold, A.).  Effects of hospital policies on the 1996 group B streptococcal consensus guidelines.  Obstet Gynecol 2000; 95:377-382.

148. Factor SF, Whitney CG, Zywicki SS, Schuchat A, Active Bacterial Core Surveillance Team (includes Reingold, AL).  Effects of hospital policies based on 1996 group B streptococcal disease consensus guidelines.  Hospital Policies 2000; 95:377-382.

149. Robinson KA, Baughman W, Rothrock G, Barrett NL, Pass M, Lexau C, Damske B, Stefonek K, Barnes B, Patterson J, Zell ER, Schuchat A, Whitney CG for the Active Bacterial Core Surveillance (ABCs)/Emerging Infections Program Network (includes Arthur L. Reingold, MD).  Epidemiology of invasive Streptococcus pneumoniae Infections in the United States, 1995-1998:  Opportunities for prevention in the conjugate vaccine era.  JAMA 285:1729-1735, 2001.

150. Rosenstein NE, Emery KW, Werner SB, Kao A, Johnson R, Rogers D, Vugia D, Reingold A, Talbot R, et. al.  Risk factors for severe pulmonary and disseminated coccidioidomycosis:  Kern County, California, 1995-1996.  Clin Inf Dis 32:708-715, 2001.

151. Kellam S, Pascopella L, Desmond E, Reingold A, Chin DP.  Use of recommended laboratory testing methods among patients with tuberculosis in California.  J Clin Micro 39:1969-1971, 2001.

**Arthur Lawrence Reingold**

152. Mesquita F, Kral A, Reingold A, Bueno R, Trigueiros D, Araujo PJ, and the SMR Collaborative Study Group. Trends of HIV infection among injecting drug users in Brazil in the 1990's - the impact of changes in patterns of drug use. J AIDS, 2001; 28:298-302.

153. Mesquita F, Kral A, Reingold A, Haddad I, Sanches M, Turienzo G, Piconez D, Araujo P, Bueno R. Overdoses among cocaine users in Brazil. Addiction, 2001; 96:1809-1813.

154. Larson JI, Ridzon R, Hannan MM, Conde MB, Mello FCQ, Reingold AL, Daley CL, Kritski AL. Sputum induction vs. fiberoptic bronchoscopy in the diagnosis of tuberculosis. Am J Respir Crit Care Med, 2001;163:1279-1280.

155. Schuchat A, Hilger T, Zell E, Farley MM, Reingold A, Harrison L, Lefkowitz L, Danila R, Stefonek K, Barrett N, Morse D, Pinner R. Active bacterial core surveillance of the Emerging Infections Program network. Emerg Inf Dis, 2001; 7:92-99.

156. Brandt ME, Pfaller MA, Hajjeh RA, Hamill RJ, Pappas PG, Reingold AL, Rimland D, et al. Trends in antifungal drug susceptibility of Cryptococcus neoformans isolates in the United States: 1992 to 1994 and 1996 to 1998. Antimicrobial Agents and Chemotherapy 2001;45:3065-3069.

157. Hajjeh RA, Relman D, Cieslak PR, Sofair AN, Passaro D, Flood J, et al. and the Critical Illness Working Group (includes Reingold, AL.). Surveillance for unexplained deaths and critical illnesses due to possibly infectious causes, United States, 1995-1998. Emerg Inf Dis, 2002;8:145-153.

158. Huang SS, Labus BJ, Samuel MC, Wan DT, Reingold AL. Antibiotic resistance patterns of bacterial isolates from blood in San Francisco county, 1996-1999. Emerg Inf Dis, 2002; 8:195-201.

159. Conde MB, Loivos AC, Rezende VM, Soares SLM, Mello FCQ, Reingold AL, Daley CL, Kritski AL. The yield of sputum induction in the diagnosis of pleural tuberculosis. Am J Respir and Crit Care Med, 2002; 167:723-725.

160. Handley MA, Reingold AL, Shiboski S, Padian NS. Incidence of acute urinary tract infection in young women and use of male condoms with and without nonoxynol-9 spermicides. Epidemiology, 2002;13:431-436.

161. Hyde TB, Hilger TM, Reingold A, Farley MM, O'Brien KL, Schuchat A. for the Active Bacterial Core surveillance (ABCs) of the Emerging Infections Program Network. Trends in the incidence and antimicrobial resistance of early-onset sepsis: Population-based surveillance in San Francisco and Atlanta. Pediatrics, 2002;110:690-695.

162. Schrag SJ, Zell ER, Lynfield R, Roome A, Arnold KE, Craig A, Harrison L, Reingold A, Stefonek K, Smith G, Gamble M, Schuchat A for the Active Bacterial Core Surveillance team. A population-based comparison of strategies to prevent early-onset group B streptococcal disease in neonates. New Engl J Med 2002;347:233-239.

163. O'Brien KL, Beall B, Barrett NL, Cieslak P, Reingold A, Farley MM, Danila R, Zell ER, Facklam R, Schwartz B, Schuchat A for the Active Bacterial Core Surveillance team. Epidemiology of invasive group A streptococcus disease in the United States, 1995-1999. Clin Infect Dis, 2002;35:268-276.

**Arthur Lawrence Reingold**

164. Morita JY, Zell ER, Danila R, Farley MM, Hadler JH, Harrison LH, Lefkowitz L, Reingold A, Kupronis B, Schuchat A, Whitney CG.  Association between antimicrobial resistance among pneumococcal isolates and burden of invasive pneumococcal disease in the community.  Clin Infect Dis, 2002;35:420-427.

165. Chuang I, Van Beneden C, Beall B, Schuchat A. and the ABCs/EIP network (includes Reingold, A.).  Population-based surveillance for postpartum invasive group A streptococcal Infections, 1995-2000.  Clin Infect Dis, 2002;35:665-670.

166. Passaro DJ, Smith DS, Hett EC, Reingold AL, Daily P, Van Beneden CA, Vugia DJ.  Invasive Group A Streptococcal infections in the San Francisco Bay Area, 1989-1999.  Epi&Infect, 2002; 129:471-478.

167. McCormick AW, Whitney CG, Farley MM, Lynfield R, Harrison LH, Bennett NM, Schaffner W, Reingold A, Hadler J, et al.  Geographic diversity and temporal trends of antimicrobial resistance in Streptococcus pneumoniae in the United States.  Nature Med 2003;doi:10.1038/nm839.

168. Whitney CG, Farley MM, Hadler J, Harrison LH, Bennett NM, Lynfield R, Reingold A, Cieslak PR, Pilishvili T, et al.  Decline in invasive pneumococcal disease after the introduction of protein-polysaccharide conjugate vaccine.  N Engl J Med 2003;348:1737-1746.

169. Reingold A.  If syndromic surveillance is the answer, what is the question?  Biosecurity & Bioterrorism:  Biodefense Strategy, Science, and Practice.  2003;1:1-5.

170. Koehler JE, Sanchez MA, Tye S, Garrido-Rowland CS, Chen FM, Maurer T, Cooper JL, Olson JG, Reingold AL, Hadley WK, Regnery RR, Tappero JW.  Prevalence of Bartonella infection among HIV-infected patients with fever.  Clin Inf Dis 2003;37:559-566.

171. Schrag SJ, Arnorld KE, Mohle-Boetani JC, Lynfield R, Zell ER, Stefonek K, Noga H, Craig AS, Thomson Sanza L, Smith G, Schuchat A, Active Bacterial Core Surveillance Team (includes Reingold AL).  Prenatal screening for infectious diseases and opportunities for prevention.  Obstet Gynecol 2003;102:753-760.

172. King MD, Whitney CG, Parekh F, Farley MM, Active Bacterial Core Surveillance Team/Emerging Infections Program Network (includes Reingold AL).  Recurrent invasive pneumococcal disease:  A population-based assessment.  Clin Inf Dis 2003;37:1029-1036.

173. Carvalho HB, Seibel SD, Burattini MN, Massad E, Reingold A.  Hepatitis B and C and Syphilis:  Vulnerability Related Infections among Institutionalized Disadvantaged Youth in São Paulo, Brazil.  J Bras Doenças Sex Transm 2003;15:41-45.

174. Louie JK, Hacker JK, Mark J, Gavali SS, Yagi S, Espinosa A, Schnurr D, Cossen CK, Isaacson ER, Glaser CA, Fischer M, Reingold AL, Vugia DJ.  SARS and common viral infections, Emerg Inf Dis, 2004;10:1143-1146.

175. Flanders SA, Stein J, Shochat G, Sellers K, Holland M, Maselli J, Drew WL, Reingold AL, Gonzales.  Performance of a bedside c-reactive protein test in the diagnosis of community-acquired pneumonia in adults with acute cough.  Amer J Med 2004;116:529-535.

176. Pascopella L, Kellam S, Ridderhof J, Chin DP, Reingold A, Desmond E, Flood J, Royce S.  Laboratory reporting of tuberculosis test results and patient treatment initiation in California.  J Clin Micro, 2004;42:4209-4213.

**Arthur Lawrence Reingold**

177. Nicas M, Hubbard AE, Jones RM, Reingold AL.  The infectious dose of variola (smallpox) virus.  Appl Biosafety 2004;9:118-127.

178. Flannery B, Schrag S, Bennett NM, Lynfield R, Harrison LH, Reingold A, Cieslak PR, Hadler J, Farley MM, Facklam RR, Zell ER, Whiteney CG.  Impact of childhood vaccination on racial disparities in invasive Streptococcus pneumoniae infections.  JAMA, 2004;291:2197-2203.

179. Facklam R, Elliott J, Shewmaker L, Reingold A.  Identification and characterization of  sporadic isolates of Streptococcus iniae isolated from human infections.  J Clin Micro 2005; 43:933-937.

180. Heffernan RT, Barrett NL, Gallagher KM, Hadler JL, Harrison LH, Reingold AL, Khoshnood K, Holford TR, Schuchat A.  Declining incidence of invasive Streptococcus pneumoniae infections among persons living with AIDS in an era of highly-active antiretroviral therapy (HAART), 1995-2000.  J Inf Dis, 2005;191:2038-2045.

181. Bakyaita N, Dorsey G, Yeka A, Banek K, Staedke SG, Kamya MR, Talisuna A, Kironde F, Nsobya S, Kilian A, Reingold A, Rosenthal PJ, Wabwire-Mangen F.  Sulfadoxine-pyrimethamine plus chloroquine or amodiaquine for uncomplicated falciparum malaria:  A randomized, multisite trial to guide national policy in Uganda.  Am J Trop Med Hyg 2005;72:573-580.

182. Pai M, Gokhale K, Joshi R, Dogra S, Kalantri SP, Mendiratta DK, Narang P, Daley CL, Granich RM, Mazurek GH, Reingold AL, Riley LW, Colford Jr, JM.  Mycobacterium tuberculosis infection in health care worker in rural India:  Comparison of whole-blood interferon ϒ assay with tuberculin skin testing.  JAMA 2005;293:2746-2755.

183. Pai M, Kalantri S, Pascopella L, Riley LW, Reingold AL.  Bacteriophage-based assays for the rapid detection of rifampicin resistance in Mycobacterium tuberculosis: a meta-analysis.  Journal of Infection 2005;51:175-187.

184. Lexau CA, Lynfield R, Danila R, Pilishvili T, Facklam R, Farley MM, Harrison LH, Schaffner W, Reingold AL, Bennett NM, Hadler J, Cieslak PR, Whiteny CG (for the Active Bacterial Core Surveillance Team).  Changing epidemiology of invasive pneumococcal disease among older adults in the era of pediatric pneumococcal conjugate vaccine.  JAMA 2005;294:2043-2051.

185. Kalantri S, Pai M, Pascopella L, Riley L, Reingold A.  Bacteriophage-based tests for the detection of Mycobacterium tuberculosis in clinical specimens: a systematic review and meta-analysis.  BMC Inf Dis 2005;5:59; doi:10.1186/1471-2334-5-59.

186. Feikin DR, Klugman KP, Facklam RR, Zell ER, Schuchat A, Whitney CA for the Active Bacterial Core surveillance/Emerging Infections Program Network (includes Reingold AL).  Increased prevalence of pediatric pneumococcal serotypes in elderly adults.  Clin Inf Dis 2005;41:481-487.

187. Tappero JW, Bradford WZ, Agerton TB, Hopewell P, Reingold AL, Lockman S, Oyewo A, Talbot EA, et al.  Serum concentrations of antimycobacterial drugs in patients with pulmonary tuberculosis in Botswana.  Clin Inf Dis 2005;41:461-469.

188. Kyaw MH, Rose CE, Fry AM, Singleton JA, Moore Z, Zell ER, Whitney CG for the Active Bacterial Core surveillance program of the Emerging Infections Program Network (includes Reingold AL).  The influence

Arthur Lawrence Reingold

of chronic illnesses on the incidence of invasive pneumococcal diseases in adults.  J Inf Dis 2005;192:377-386.

189. Flannery B, Heffernan RT, Harrison LH, Ray SM, Reingold AL, Hadler J, Schaffner W, Lynfield R, Thomas AR, Jianmin Li DPE, Campsmith DDS, Whitney CG, Schuchat A.  Changes in invasive pneumococcal disease among HIV-infected adults living in the era of childhood pneumococcal immunization.  Ann Int Med 2006; 144:1-9.

190. Pai M, Joshi R, Dogra S, Mendiratta DK, Narang P, Kalantri S, Reingold AL, Colford JM Jr, Riley LW, Menzies D.  Serial testing of health care workers for tuberculosis using interferon-γ assay.  Amer J Resp Crit Care Med 2006;doi:10.1164/rccm.200604-4720C.

191. Kyaw MH, Lynfield R, Schaffner W, Craig AS, Hadler J, Reingold A, Thomas AR, Harrison LH, et al.  Effect of introduction of the pneumococcal conjugate vaccine on drug-resistant Streptococcus pneumoniae. New Eng J Med 2006;354:1455-1463.

192. Poehling KA, Talbot TR, Griffin MR, Craig AS, Whitney CG, Zell E, Lexau CA, Thomas AR, Harrison LH, Reingold AL, Hadler JL, et al.  Invasive pneumococcal disease among infants before and after introduction of pneumococcal conjugate vaccine.  JAMA 2006;295:1668-1674.

193. Jones RM, Nicas M, Hubbard AE, Reingold AL.  The infectious dose of Coxiella burnetii (Q Fever).  Appl Biosafety 2006;11:32-41.

194. Whitney CG, Pilishvili T, Farley MM, Schaffner W, Craig AS, Lynfield R, Nyquist A-C, Gershman K, Vazquez M, Bennett NM, Reingold A, Thomas A, et al.  Effectiveness of seven-valent pneumococcal conjugate vaccine against invasive pneumococcal disease:  a matched case-control study. Lancet 2006; 368:1495-1502.

195. Hwang J, Bitarakwate E, Pai M, Reingold A, Rosenthal PJ, Dorsey G.  Chloroquine or amodiaquine combined with sulfadoxine-pyrimethamine  for uncomplicated malaria:  a systematic review.  Trop Med & Int Hlth 2006;11:789-799.

196. Joshi R, Reingold AL, Menzies D, Pai M.  Tuberculosis among health-care workers in low- and middle-income countries:  A systematic review.  PLoS Med 2006;3(12):e494. Doi:10.1371/journal.pmed. 0030494

197. Pai NP, Lawrence J, Reingold AL, Tulsky JP. Structured treatment interruptions (STI) in chronic unsuppressed HIV infection in adults. Cochrane Database Syst Rev. 2006;3:CD006148.

198. Schrag SJ, Hadler JL, Arnold KE, et al. Risk factors for invasive, early-onset *Escherichia coli* infections in the era of widespread intrapartum antibiotic use. *Pediatrics*. 2006;118(2):570-576.

199. Malamba SS, Mermin J, Reingold A, et al. Effect of cotrimoxazole prophylaxis taken by human immunodeficiency virus (HIV)-infected persons on the selection of sulfadoxine-pyrimethamine-resistant malaria parasites among HIV-uninfected household members. *Am. J. Trop. Med. Hyg.* 2006;75(3):375-380.

200. Winkelstein W Jr, Reingold AL. Alex Langmuir and CDC. *Emerging Infect. Dis.* 2006;12(10):1619; author reply 1619.

Arthur Lawrence Reingold

201. Klevens RM, Morrison MA, Fridkin SK, et al. Community-associated methicillin-resistant *Staphylococcus aureus* and healthcare risk factors. *Emerging Infect. Dis.* 2006;12(12):1991-1993.

202. Aragón TJ, Vugia DJ, Shallow S, Samuel MC, Reingold A, Angulo FJ, Bradford WZ. Case-control study of shigellosis in San Francisco: The role of sexual transmission and HIV infection. Clin Inf Dis 2007;44:327-334.

203. Dogra S, Narang P, Mendiratta DK, Chaturvedi P, Reingold AL, Colford JM, Riley LW, Pai M. Comparison of a whole blood interfon-γ assay with tuberculin skin testing for the detection of tuberculosis infection in hospitalized children in rural India. J Inf 2007;54:267-276.

204. Nunes CLX, Andrade T, Galvão-Castro B, Bastos FI, Reingold A. Assessing risk behaviors and prevalence of sexually transmitted and blood-borne infections among female crack cocaine users in Salvador--Bahia, Brazil. Braz J Infect Dis. 2007;11(6):561-566.

205. Pai N, Peterson Tulsky J, Cohan D, Colford Jr JM, Reingold AL. Rapid point-of-care HIV testing in pregnant women: A systematic review and meta-analysis. Trop Med and Int Hlth 2007;12:1-12.

206. Madhivanan P, Krupp K, Chandrasekaran V, et al. The epidemiology of *Herpes simplex* virus type-2 infection among married women in Mysore, India. *Sex Transm Dis*. 2007;34(11):935-937.

207. Chainani-Wu N, Silverman Jr S, Reingold A, Bostrom A, McCulloch C, Lozada-Nur F, Weintraub J. A randomized, placebo-controlled, double-blind clinical trial of curcuminoids in oral lichen planus. Phytomed 2007;14:437-446.

208. Veras Maria Ameli SM, Enanoria WTA, Castilho EA, Reingold AL. Effectiveness of the polysaccharide pneumococcal vaccine among HIV-infected persons in Brazil: A case control study. BMC Inf Dis 2007;7:119.

209. Krupp K, Madhivanan P, Karat C, Chandrasekaran V, Sarvode M, Klausner J, Reingold A. Novel recruitment strategies to increase participation of women in reproductive health research in India. Glob Pub Hlth 2007;4:395-403.

210. Lippman SA, Pulerwitz J, Chinaglia M, Hubbard A, Reingold AL, Diaz J. Mobility and its liminal context: Exploring sexual partnering among truck drivers crossing the Southern Brazilian border. Soc Sci & Med 2007;doi:10.1016.

211. Hicks LA, Harrison LH, Flannery B, Hadler JL, Schaffner W, Craig AS, Jackson D, Thomas A, Beall B, Lynfield R, Reingold AL, Farley MM, et al. Incidence of pneumococcal disease due to non-pneumococcal conjugate vaccine (PCV7) serotypes in the United States during the era of widespread PCV7 vaccination, 1998-2004. J Inf Dis 2007;196:1346-1354.

212. O'Loughlin RE, Roberson A, Cieslak PR, Lynfield R, Gershman K, Craig A, Albanese BA, Farley MM, Barrett NL, Spina NL, Beall B, Harrison LH, Reingold AL, Van Beneden C, et al. The epidemiology of invasive group A streptococcal infection and potential vaccine implications: United States, 2000-2004. Clin Inf Dis 2007;45:853-862.

**Arthur Lawrence Reingold**

213. Thigpen MC, Richards Jr CL, Lynfield R, Barrett NL, Harrison LH, Arnold KE, Reingold A, Bennett NM, et al.  Invasive group A streptococcal infection in older adults in long-term care facilities and the community, United States, 1998-2003.  Emerg Inf Dis 2007;13:1852-1859.

214. Malamba S, Hladik W, Reingold AL, Banage F, McFarland W, Rutherford G, Mimbe D, Nzaro E, Downing R, Mermin J.  The effect of HIV on morbidity and mortality in children with severe malarial anaemia.  Malaria J 2007;6:143.

215. Pant Pai N, Joshi R, Dogra S, Taksande B, Kalantri SP, Pai M, Narang P, Tulsky JP, Reingold AL.  Evaluation of diagnostic accuracy, feasibility, and client preference for rapid oral fluid-based diagnosis of HIV infection in rural India.  PLos One 2007;2(4): e367.doi.10.1371/journal.pone.0000367.

216. Chainani-Wu N, Silverman S Jr, Reingold A, Bostrom A, Lozada-Nur F, Weintraub J.  Validation of visual analogue scale, numeric rating scale, change in symptoms scale and modified oral mucositis index for measurement of symptoms and signs of oral lichen planus.  Oral Surg Med Oral Pathol Oral Radiol Endod 2008;105:51-58.

217. Koo D, Birkhead GS, Reingold AL.  Competency-based epidemiologic training in public health practice.  Pub Hlth Rep 2008 (Suppl 1);123:1-3.

218. Joshi R, Colford Jr JM, Reingold AL, Kalantri S.  Nonmalarial acute undifferentiated fever in a rural hospital in Central India:  Diagnostic uncertainty and overtreatment with anti-malarial agents.  Am J Trop Med Hyg 2008;78:393-399.

219. Moore MR, Gertz RE, Woodbury RL, Barkocy-Gallagher GA, Schaffner W, Lexau C, Gershman K, Reingold AL, Farley M, Harrison LH, et al.  Population snapshot of emergent Streptococcus pneumoniae Serotype 19A in the United States, 2005.  J Inf Dis 2008; 197:1016-1027.

220. Madhivanan P, Krupp K, Chandrasekaran V, Karat SC, Reingold AL, Klausner JD.  Acceptability of male circumcision among mothers with male children in Mysore, India.  AIDS 2008; 22:983-988.

221. Blumenshine P, Reingold A, Egerter S, Mockenhaupt R, Braveman P, Marks J.  Pandemic influenza planning in the United States from a health disparities perspective.  Emerg Inf Dis 2008; 14:5.

222. Madhivanan P, Krupp K, Chandrasekaran V, Karat C, Arun A, Cohen CR, Reingold AL, Klausner JD.  Prevalence and correlates of bacterial vaginosis among young women of reproductive age in Mysore, India.  Ind J Med Microbiol 2008; 26:132-137.

223. Pant Pai N, Joshi R, Moodie E EM, Taksande B, Kalantri SP, Pai M, Tulsky JP, Reingold AL.  Profile of adults seeking voluntary HIV testing and counseling in rural Central India: Results from a hospital-based study.  AIDS Care 2009;21:294-300.

224. Hsu HE, Shutt KA, Moore MR, Beall BW, Bennett NM, Craig AS, Farley MM, Jorgensen JH, Lexau CA, Petit S, Reingold A, Schaffner W, Thomas A, Whitney CG, Harrison LH.  Effect of pneumococcal conjugate vaccine on pneumococcal meningitis.  NEJM 2009;360:244-256.

225. Gordon A, Ortega O, Kuan G, Reingold A, Saborio S, Balmaseda A, Harris E.  Prevalence and seasonality of influenza-like illness in children, Nicaragua, 2005-2007.  Emerg Inf Dis 2009;15:408-414.

**Arthur Lawrence Reingold**

226. Broyles LN, Van Beneden C, Beall B, Facklam R, Shewmaker PL, Malpiedi P, Daily P, Reingold A, Farley MM.  Population-based study of invasive disease due to β-hemolytic streptococci of groups other than A and B. Clin Inf Dis 2009;48:706-712.

227. Madhivanan P, Krupp K, Hardin J, Karat C, Klausner JD, Reingold AL.  Simple and inexpensive point-of-care tests improve diagnosis of vaginal infections in resource constrained settings.  Trop Med & Int Hlth 2009;14:703-708.

228. Madhivanan P, Krupp K, Yashodha MN, Marlow L, Klausner JD, Reingold AL.  Attitudes toward HPV vaccination among parents of adolescent girls in Mysore, India.  Vaccine 2009;27:5203-5208.

229. Madhivanan P, Bartman MT, Pasutti L, et al. Prevalence of Trichomonas vaginalis infection among young reproductive age women in India: implications for treatment and prevention. Sex Health. 2009;6(4):339-344.

230. Chideya S, Winston CA, Peloquin CA, Bradford WZ, Hopewell PC, Wells CD, Reingold AL, Kenyon TA, Moeti TL, Tappero JW.  Isoniazid, Rifampin, Ethambutol, and Pyrazinamide, pharmokinetics and treatment outcomes among a predominantly HIV-infected cohort of adults with tuberculosis from Botswana.  Clin Inf Dis 2009;48:1685-1694.

231. Carvalho M da G, Pimenta FC, Gertz RE Jr, Joshi HH, Trujillo AA, Keys LE, et al. PCR-based quantitation and clonal diversity of the current prevalent invasive serogroup 6 pneumococcal serotype, 6C, in the United States in 1999 and 2006 to 2007. J. Clin. Microbiol. 2009 Mar;47(3):554–9.

232. Gordon A, Videa E, Saborio S, et al. Performance of an influenza rapid test in children in a primary healthcare setting in Nicaragua. PLoS ONE. 2009;4(11):e7907.

233. Pai NP, Estes M, Moodie EEM, Reingold AL, Tulsky JP. The impact of antiretroviral therapy in a cohort of HIV infected patients going in and out of the San Francisco county jail. PLoS ONE. 2009;4(9):e7115.

234. Ahmad Y, Gertz RE Jr, Li Z, et al. Genetic relationships deduced from emm and multilocus sequence typing of invasive Streptococcus dysgalactiae subsp. equisimilis and S. canis recovered from isolates collected in the United States. *J. Clin. Microbiol.* 2009;47(7):2046-2054.

235. Eisenberg JNS, Aiello AE, Spicknall IH, Monto AS, Reingold A. Protecting the herd from H1N1. *Science*. 2009;326(5955):934; author reply 934.

236. Pilishvili T, Lexau C, Farley MM, Hadler J, Harrison LH, Bennett NM, Reingold A, et al.  Sustained reductions in invasive pneumococcal disease in the era of conjugate vaccine.  J Inf Dis 2010;201:32-41.

237. Krupp K, Marlow LAV, Kielmann K, et al. Factors associated with intention-to-recommend human papillomavirus vaccination among physicians in Mysore, India. J Adolesc Health. 2010;46(4):379-384.

238. Lippman SA, Donini A, Díaz J, et al. Social-environmental factors and protective sexual behavior among sex workers: the Encontros intervention in Brazil. Am J Public Health. 2010;100 Suppl 1:S216-223.

239. Durrheim DN, Reingold A. Modifying the GRADE framework could benefit public health. *J Epidemiol Community Health*. 2010;64(5):387.

Arthur Lawrence Reingold

240. Pilishvili T, Zell ER, Farley MM, et al. Risk factors for invasive pneumococcal disease in children in the era of conjugate vaccine use. *Pediatrics*. 2010;126(1):e9-17.

241. Malamba S, Sandison T, Lule J, Reingold A, Walker J, Dorsey G, Mermin J. Plasmodium falciparum dihydrofolate reductase and dihyropteroate syntase mutations and the use of trimethoprim-sulfamethoxazole prophylaxis among persons infected with human immunodeficiency virus. Am J Trop Med Hyg 2010;82:766-771.

242. Dawood FS, Fiore A, Kamimoto L, Nowell M, Reingold A, Gershman K, Meek J, et al. Influenza-associated pneumonia in children hospitalized with laboratory-confirmed influenza, 2003-2008. Ped Inf Dis 2010;29:585-590.

243. Kallen AJ, Mu Y, Bulens S, Reingold A, Petit S, Gershman K, Ray SM, Harrison LH, et al. Health care-associated invasive MRSA infections, 2005-2008. JAMA 2010;304:641-648.

244. Cohn AC, MacNeil JR, Harrison LH, et al. Changes in *Neisseria meningitidis* disease epidemiology in the United States, 1998-2007: implications for prevention of meningococcal disease. Clin. Infect. Dis. 2010;50(2):184-191.

245. Cohen AL, Harrison LH, Farley MM, et al. Prevention of invasive pneumococcal disease among HIV-infected adults in the era of childhood pneumococcal immunization. AIDS. 2010;24(14):2253-2262.

246. Dao CN, Kamimoto L, Nowell M, et al. Adult hospitalizations for laboratory-positive influenza during the 2005-2006 through 2007-2008 seasons in the United States. J. Infect. Dis. 2010;202(6):881-888.

247. Cochran LW, Black S, Klein NP, et al. Vaccine effectiveness against laboratory-confirmed influenza in infants: A matched case control study. Hum Vaccin. 2010;6(9). Available at: http://www.ncbi.nlm.nih.gov/pubmed/20855940. Accessed September 26, 2011.

248. Burton DC, Flannery B, Bennett NM, et al. Socioeconomic and racial/ethnic disparities in the incidence of bacteremic pneumonia among US adults. Am J Public Health. 2010;100(10):1904-1911.

249. Dawood FS, Fiore A, Kamimoto L, et al. Burden of seasonal influenza hospitalization in children, United States, 2003 to 2008. J. Pediatr. 2010;157(5):808-814.

250. Thigpen MC, Whitney CG, Messonnier NE, Zell ER, Lynfield R, Hadler JL, Harrison LH, Farley MM, Reingold AL, et al. Bacterial meningitis in the United States, 1998-2007. New Engl J Med 2011; 364:2016-2025.

251. Pinho AA, Chinaglia M, Lippman SA, Reingold AL, Diaz RS, Sucupira MC, Page K, Diaz J. Prevalence and factors associated with HSV-2 and hepatitis B infections among truck drivers crossing the southern Brazilian border. Sex Trans Infect 2011; doi:10.1136/sextrans-2011-050186.

252. Veras MA de SM, Ribeiro MCA, Jamal LF, et al. The "AMA-Brazil" cooperative project: a nation-wide assessment of the clinical and epidemiological profile of AIDS-related deaths in Brazil in the antiretroviral treatment era. *Cad* Saude Publica. 2011;27 Suppl 1:S104-113.

253. Madhivanan P, Chen Y-H, Krupp K, et al. Incidence of *Herpes simplex* virus type 2 in young reproductive age women in Mysore, India. Indian J Pathol Microbiol. 2011;54(1):96-99.

**Arthur Lawrence Reingold**

254. Creanga AA, Kamimoto L, Newsome K, et al. Seasonal and 2009 pandemic influenza A (H1N1) virus infection during pregnancy: a population-based study of hospitalized cases. *Am. J. Obstet. Gynecol.* 2011;204(6 Suppl 1):S38-45.

255. Weston EJ, Pondo T, Lewis MM, et al. The burden of invasive early-onset neonatal sepsis in the United States, 2005-2008.  Ped Inf Dis. 2011. Available at: http://www.ncbi.nlm.nih.gov/pubmed/21654548. Accessed September 26, 2011.

256. Dawood FS, Kamimoto L, D'Mello TA, et al. Children with asthma hospitalized with seasonal or pandemic influenza, 2003-2009. Pediatrics. 2011;128(1):e27-32.

257. Rosen JB, Thomas AR, Lexau CA, et al. Geographic variation in invasive pneumococcal disease following pneumococcal conjugate vaccine introduction in the United States. Clin. Infect. Dis. 2011;53(2):137-143.

258. Rathod SD, Krupp K, Klausner JD, et al. Bacterial vaginosis and risk for Trichomonas vaginalis infection: A longitudinal analysis. Sex Transm Dis. 2011;38(9):882-886.

259. Adamson PC, Krupp K, Freeman AH, Klausner JD, Reingold AL, Madhivanan P. Prevalence & correlates of primary infertility among young women in Mysore, India. Indian J. Med. Res. 2011 Oct;134:440–6.

260. Madhivanan P, Krupp K, Reingold A. Correlates of Intimate Partner Physical Violence Among Young Reproductive Age Women in Mysore, India. Asia-Pacific journal of public health / Asia-Pacific Academic Consortium for Public Health [Internet]. 2011 Dec 20 [cited 2012 Jun 18]; Available from: http://www.ncbi.nlm.nih.gov/pubmed/22186382

261. MacNeil JR, Cohn AC, Farley M, Mair R, Baumbach J, Bennett N, et al. Current epidemiology and trends in invasive Haemophilus influenzae disease--United States, 1989-2008. Clin. Infect. Dis. 2011 Dec;53(12):1230–6.

262. Doshi S, Kamimoto L, Finelli L, Perez A, Reingold A, Gershman K, et al. Description of antiviral treatment among adults hospitalized with influenza before and during the 2009 pandemic: United States, 2005-2009. J. Infect. Dis. 2011 Dec 15;204(12):1848–56.

263. MacNeil JR, Cohn AC, Zell ER, Schmink S, Miller E, Clark T, et al. Early estimate of the effectiveness of quadrivalent meningococcal conjugate vaccine. Pediatr. Infect. Dis. J. 2011 Jun;30(6):451–5.

264. Lippman SA, Chinaglia M, Donini AA, Diaz J, Reingold A, Kerrigan DL. Findings from Encontros: a multilevel STI/HIV intervention to increase condom use, reduce STI, and change the social environment among sex workers in Brazil. Sex Transm Dis. 2012 Mar;39(3):209–16.

265. Vandermeer ML, Thomas AR, Kamimoto L, Reingold A, Gershman K, Meek J, et al. Association between use of statins and mortality among patients hospitalized with laboratory-confirmed influenza virus infections: a multistate study. J. Infect. Dis. 2012 Jan 1;205(1):13–9.

266. Wise ME, Viray M, Sejvar JJ, Lewis P, Baughman AL, Connor W, et al. Guillain-Barre Syndrome during the 2009-2010 H1N1 influenza vaccination campaign: Population-based surveillance among 45 million Americans. Am. J. Epidemiol. 2012 Jun 1;175(11):1110–9.

Arthur Lawrence Reingold

267. Luckhaupt SE, Sweeney MH, Funk R, Calvert GM, Nowell M, D'Mello T, et al. Influenza-associated hospitalizations by industry, 2009-10 influenza season, United States. Emerging Infect. Dis. 2012 Apr;18(4):556–62.

268. Hampton LM, Farley MM, Schaffner W, Thomas A, Reingold A, Harrison LH, et al. Prevention of antibiotic-nonsusceptible Streptococcus pneumoniae with conjugate vaccines. J. Infect. Dis. 2012 Feb 1;205(3):401–11.

269. De Serres G, Pilishvili T, Link-Gelles R, Reingold A, Gershman K, Petit S, et al. Use of surveillance data to estimate the effectiveness of the 7-valent conjugate pneumococcal vaccine in children less than 5 years of age over a 9 year period. Vaccine. 2012 Jun 8;30(27):4067–72.

270. Reingold AL.  Review: "Smallpox-The Death of a Disease:  The Inside Story of Eradicating a Worldwide Killer" by D.A. Henderson. 2010; Am J Epidemiol 171:384-385.

271. Cohen AL, Taylor T Jr, Farley MM, Schaffner W, Lesher LJ, et al.  An assessment of the screening method to evaluate vaccine effectiveness:  The case of 7-valent pneumococcal conjugate vaccine in the United States.  PLoS One 2012;7:341785. Doi:10.1371/journal.pone.0041785.

272. Henry JA, Reingold AL.  Prehospital trauma systems reduce mortality in developing countries:  A systematic review and meta-analysis.  Trauma Acute Care Surg 2012;73:261-268.

273. Rathod SD, Klausner JD, Krupp K, Reingold AL, Madhivanan P.  Epidemiologic features of vulvovaginal candidiasis among reproductive-age women in India.  Inf Dis Obst Gyn 2012; Article ID 859071; doi:10.1155/2012/859071.

274. Duclos P, Durrheim DN, Reingold AL, Bhutta ZA, Vannice K, et al.  Developing evidence-based immunization recommendations and GRADE*.  Vaccine 2012;31:12-19.

275. Joshi R, Kalantri SP, Reingold AR, Colford JM.  Changing landscape of acute encephalitis syndrome in India:  A systematic review.  Nat Med J India 2012;25:212-220.

276. Muhammad RD, Oza-Frank R, Zell E, Link-Gelles R, Venkat Narayan KM, Schaffner W, Thomas A, Lexau C, Bennett NM, Farley MM, Harrison LH, Reingold A, et al.  Epidemiologoy of invasive pneumococcal disease among high-risk adults since the introduction of pneumococcal conjugate vaccine for children.  Clin Inf Dis 2013;56:e59-67.

277. Cox CM, D'Melio T, Perez A, Reingold A, Gershman K, et al.  Increase in rates of hospitalization due to laboratory-confirmed influenza among children and adults during the 2009-2010 influenza pandemic.  J Inf Dis 2012; 206:1350-1358.

278. Livorsi DJ, MacNeil JR, Cohn AC, Bareta J, Zansky S, Petit S, Gershman K, Harrison LH, Lynfield R, Reingold A, et al.  Invasive Haemophilus influenzae in the United States, 1999-2008:  Epidemiology and Outcomes.  J Inf Dis 2012; 65:496-504.

279. * Keller AC, Ansell CK, Reingold AL, Bourrier M, Hunter MD, Burrowes S, MacPhail TM. Improving Pandemic Response: A Sensemaking Perspective on the Spring 2009 H1N1 Pandemic. Risk, Hazards & Crisis in Public Policy: Vol. 3: Iss. 2, Article 1; 2012. DOI: 10.1515/1944-4079.1101.

**Arthur Lawrence Reingold**

280. Terrault NA, Dodge JL, Murphy EL, Tavis JE, Kiss A, Levin TR, Gish RG, Busch MP, Reingold AL, Alter MJ.  Sexual transmission of hepatitis C virus among monogamous heterosexual couples:  The HCV partners study.  Hepatology; 2013;53:881-889.

281. Muhammed RD, Oza-Frank R, Zell E, Link-Gelles R, Venkat Narayan KM, Schaffner W, Thomas A, Lexau C, Bennett NM, Farley MM, Harrison LH, Reingold A, et al.  Epidemiology of invasive pneumococcal disease among high-risk adults since the introduction of pneumococcal conjugate vaccine for children.  Clin Inf Dis 2013;56:e59-e67.

282. Fleming-Dutra KE, Taylor T, Link-Gelles R, Garg S, Jhung MA, Finelli L, Jain S, Shay D, Chaves SS, Baumbach J, Hancock EB, Beall B, Bennett N, Zansky S, Petit S, Yousey-Hindes K, Farley MM, Gershman K, Harrison LH, Ryan P, Lexau C, Lynfield R, Reingold A, et al.  Effect of the 2009 influenza A(H1N1) pandemic on invasive pneumococcal pneumonia.  J Inf Dis 2013;207:1135-1143.

283. Kamimoto L, Euler GL, Lu P-J, Reingold A, Hadler J, Gershman K, et al.  Seasonal influenza morbidity estimates obtained from telephone surveys, 2007.  Am J Pub Hlth 2013;103:755-763.

284. Salmon DA, Proschan M, Forshee R, Gargiullo P, Bleser W, Burwen DR. . .H1N1 GBS Meta-Analysis Working Group (Reingold AL-member).  Association between Guillain Barré syndrome and influenza A (H1N1) 2009 monovalent inactivated vaccines in the USA:  A meta-analysis. Lancet 2013;381:1461-1468.

285. Ssekitoleko R, Kamya MR, Reingold AL.  Primary prophylaxis for cryptococcal meningitis and impact on mortality in HIV: A systematic review and meta-analysis.  Future Virol 2013;8:doi: 10.2217/fvl.13.71.

286. Joshi R, Mishra PK, Joshi D, Santhosh SR, Parida MM, Desikan P, Gangane N, Kalantri SP, Reingold A, Colford JM Jr.  Clinical presentation, etiology, and survival in adult acute encephalitis syndrome in rural Central India.  Clin Neuro Neurosurg 2013;115:1753-1761.

287. Dawood FS, Chaves SS, Perez A, Reingold A, Meek J, Farley MM, et al.  Complications and associated bacterial coinfections among children hospitalized with seasonal or pandemic influenza, United States, 2003-2010.  J Inf Dis 2013; Epub DOI: 10.1093/infdis/jit473.

288. Thompson MG, Sokolow LZ, Almendares O, Openo K, Farley MM, Meek J, Ray J, Daily Kirley P, Reingold A, et al.  Effectiveness of nonadjuvanted monovalent influenza A (H1N1) pdm09 vaccines for preventing reverse transcription polymerase chain reaction-confirmed pandemic influenza hospitalizations: Case-control study of children and adults at 10 U.S. influenza surveillance network sites.  Clin Inf Dis 2013;11:1587-1592.

289. Wiringa AE, Shutt KA, Marsh JW, Cohn AC, Messonnier NE, Zansky SM, Petit S, Farley MM, Gershman K, Lynfield R, Reingold A, et al.  Geotemporal analysis of Neisseria meningitidis clones in the United States:  2000-2005.  PLoS One 2013;8:e82048l doi:10.1371/journal.pone.0082048.

290. Woolf-King SE, Steinmaus CM, Reingold AL, Hahn JA. An update on alcohol use and risk of HIV infection in sub-Saharan Africa: Meta:analysis and future research directions. IJADR, 2013, 2(1), 99-110; doi: 10.7895/ijadr.v2il.45.

291. Jhung MA, D'Mello T, Perez A, Aragon D, Bennett NM, Cooper T, Farley MM, Fowler B, Grube SM, Hancock EB, Lynfield R, Morin C, Reingold A, et al.  Hospital-onset influenza hospitalizations – United States, 2010-2011.  Am J Inf Control 2014; 42:7-11.

27

**Arthur Lawrence Reingold**

292. Ayieko J, Abuogi L, Simchowitz B, Bukusi EA, Smith AH, Reingold A.  Efficacy of isoniazid prophylactic therapy in prevention of tuberculosis in children:  a meta-analysis.  BMC Inf Dis 2014; 14:91; doi:10.1186/1471-2334-14-91.

293. Dharan NJ, Sokolow LZ, Cheng PY, Gargiullo P, Gershman K, Lynfield R, Morin C, Thomas A, Meek J, Farley MM, Arnold KE, Reingold A, et al. Child, household, and caregiver characteristics associated with hospitalization for influenza among children 6-59 months of age: an emerging infections program study. Pediatr Infect Dis J. 2014 Jun;33(6):e141-50. doi: 10.1097/INF.0000000000000283.PMID: 24642518.

294. Wortham JM, Zell ER, Pondo T, Harrison LH, Schaffner W, Lynfield R, Thomas A, Reingold A, et al. Racial disparities in invasive Streptococcus pneumoniae infections, 1998-2009. Clin Infect Dis. 2014 May;58(9):1250-7. doi: 10.1093/cid/ciu108. Epub 2014 Feb 27.PMID:24585565.

295. Madhivanan P, Raphael E, Rumphs A, Krupp K, Ravi K, Srinivas V, Arun A, Reingold AL, et al. Characterisation of culturable vaginal Lactobacillus species among women with and without bacterial vaginosis from the United States and India: A cross-sectional study. J Med Microbiol. 2014 Jul;63(Pt 7):931-5. doi: 10.1099/jmm.0.073080-0. Epub 2014 May 16.PMID :24836413.

296. Chaves SS, Perez A, Farley MM, Miller L, Schaffner W, Lindegren ML, Sharangpani R, Meek J, Yousey-Hindes K, Thomas A, Boulton R, Baumbach J, Hancock EB, Bandyopadhyay AS, Lynfield R, Morin C, Zansky SM, Reingold A,et al. The burden of influenza hospitalizations in infants from 2003 to 2012, United States. Pediatr Infect Dis J. 2014 Sep;33(9):912-9. doi: 10.1097/INF.0000000000000321.PMID:24577042.

297. Blain A, MacNeil J, Wang X, Bennett N, Farley MM, Harrison LH, Lexau C, Miller L, Nichols M, Petit S, Reingold A, et al. Invasive Haemophilus Influenzae Disease in Adults ≥65 Years, United States, 2011. Open Forum Infect Dis (Summer 2014) 1 (2): first published online June 13, 2014. doi:10.1093/ofid/ofu044.

298. Greenbaum A, Chaves S S, Perez A, Aragon D, Bandyopadhyay A, Bennett N, Fowler B, Hancock E, Lynfield R, McDonald-Hamm C, Reingold A, et al. Heavy alcohol use as a risk factor for severe outcomes among adults hospitalized with laboratory-confirmed influenza, 2005-2012. Infection (2014) 42:165-170. Doi 10.1007/s15010-013-0534-8.

299. Langley G, Schaffner W, Farley MM, Lynfield R, Bennett NM, Reingold A, et al. Twenty years of Active Bacterial Core surveillance. Emerg Infect Dis. 2015 Sept. http://dx.doi.org/10.3201/eid2109.141333.

300. Vugia DJ, Meek JI, Danila RN, Jones TF, Schaffner W, Baumbach J, Lathrop S, Farley MM, Tobin-D'Angelo M, Miller L, Harrison LH, Bennett NM, Cieslak PR, Cartter ML, Reingold A. Training in Infections Disease Epidemiology through the Emerging Infections Program Sites. Emerg Infect Dis. 2015 Sept. doi:http/dx.doi.org/10.3201/eid2109.150443.

301. MacNeil JR, Bennett N, Farley MM, Harrison LH, Lynfield R, Nichols M, Petit S, Reingold A, et al. Epidemiology of Infant Meningococcal Disease in the United States, 2006-2012. Pediatrics Volume 135, number 2, February 2015. doi:10.1542/peds.2014-2035.

302. Arriola CS, Anderson EJ, Baumbach J, Bennett N, Bohm S, Hill M, Lindegree ML, Lung K, Meek J, Mermel E, Miller L, Monroe ML, Morin C, Oni O, Reingold A, et al. Does Influenza Vaccination Modify

Arthur Lawrence Reingold

Influenza Severity: Data on Older Adults Hospitalized With Infuluenza During the 2012-2013 Season in the United States. J. Infect Dis March 2015. doi: 10.10936/infdis/jiv200.

303.  Moore MR, Link-Gelles R, Schaffner W, Lynfield R, Lexau C, Bennett NM, Petit S, Zanksy SM, Harrison LH, Reingold A, et al. Effect of use of 13-valent pneumococcal conjugate vaccine in children on invasive pneumococcal disease in children and adults in the USA: analysis of multisite, population-based surveillance. Lancet Infect Dis 2015; 15:301-09. http://dx.doi.org/10.1016/S1473-3099(14)71081-3.

304. Madhivanan P, Alleyn HN, Raphael E, Krupp K, Ravi K, Nebhrajani R, Arun A, Reingold A, et al. Identification of culturable vaginal Lactobacillus species among reproductive age women in Mysore, India. Med Micro (2015), 64. doi.10.1099/jmm.0.000070.

305. Brito AM, Kendall C, Kerr L, Salani Mota RM, Crosland Guimaraes MD, Dourado I, Pinho A, Schwartz Benzaken A, Brignol S, Reingold A. Factors Associated with Low Levels of HIV Testing among Men Who Have Sex with Men (MSM) in Brazil. PLOS One (2015). doi:10.1371/journal.pone.0130445.

306. Dorjee K, Dierberg K, Sadutshang TD, and Reingold A. First report of multi-drug resistant tuberculosis in a systemic lupus erythematosus patient. BMC Res Notes (2015) 8:337. doi 10.1186/s13104-015-1302-x.

307. Garg S, Jain S, Dawood F S, Jhung M, Perez A, D'Mello T, Reingold A, et al. Pneumonia among adults hospitalized with laboratory-confirmed seasonal influenze virus infection—United States, 2005-2008. BMC Infectious Diseases (2015) 15:369. Doi 10.1186/s12879-015-1004-y.

308. Shuster M, Eskola J, Duclos P, SAGE Working Group on Vaccine Hesitancy. Review of vaccine hesitancy: Rationale, remit, and methods. Elsevier Ltd. 2015. http://dx.doi.org/10.1016/j.vaccine.2015.04.035.

309. MacDonald N, SAGE Working Group on Vaccine Hesitancy. Vaccine hesitancy: Definition, scope and determinants. Elsevier Ltd. 2015. http://dx.doi.org/10.1016/j.vaccine.2015.04.36.

310. Larson H, Jarrett C, Schulz W, Chaudhuri M, Zhou Y, Dube E, Schuster M, MacDonald N, Wilson R, SAGE Working Group on Vaccine Hesitancy. Measuring vaccine hesitancy: The development of a survey tool. Elsevier Ltd. 2015. http://dx.doi.org/10.1016/j.vaccine.2015.04.37.

311. Butler R, MacDonald N, SAGE Working Group on Vaccine Hesitancy. Diagnosing the determinants of vaccine hesitancy in specific subgroups: The Guide to Tailoring Immunization Programmes (TIP). Elsevier Ltd. 2015. http://dx.doi.org/10.1016/j.vaccine.2015.04.038.

312. Jarrett C, Wilson R, O'Leary M, Eckersberger E, Larson H, SAGE Working Group on Vaccine Hesitancy. Strategies for addressing vaccine hesitancy—A systematic review. Elsevier Ltd. 2015. http://dx.doi.org/10.1016/j.vaccine.2015.04.040.

313. Dube E, Gagnon D, MacDonald N, SAGE Working Group on Vaccine History. Strategies intended to address vaccine hesitancy: Review of published reviews. Elsevier Ltd. 2015. http://dx.doi.org/10.1016/j.vaccine.2015.04.0041.

314. Nowak G, Gellin B, MacDonald N, Butler R, SAGE Working Group on Vaccine Hesitancy. Addressing vaccine hesitancy: The potential value of commercial and social marketing principles and practices. Elesevier Ltd. 2015. Vaccine 33 (2015) 4204–4211 http://dx.doi.org/10.1016/j.vaccine.2015.04.039.

**Arthur Lawrence Reingold**

315. Goldstein S, MacDonald N, Guirguis S, SAGE Working Group on Vaccine Hesitancy. Health Communication and vaccine hesitancy. Elesvier Ltd. 2015.http://dx.doi.org/10.1016/j.vaccine.2015.04.042.

316. Eskoka J, Duclos P, Schuster M, MacDonald N, SAGE Working Group on Vaccine Hesitancy. How to deal with vaccine hesitancy? Elsevier Ltd. 2015. http://dx.doi.org/10.1016/j.vaccine.2015.04.043.

317. Rathod SD, Li T, Klausner JD, Hubbard A, Reingold AL, and Madhivanan P, Logic regression-derived algorithms for syndromic management of vaginal infections. Medical Informatics and Decision Making. 2015. 15:106. DOI 10.1186/s12911-015-0228-5.

318. Vugia DJ, Meek JI, Danila RN, Jones TF, Schaffner W, Baumbach J, Lathrop S, Farley MM, Tobin-D'Angelo M, Miller L, Harrison LH, Bennett NM, Cieslak PR, Cartter ML, Reingold AL. Training in Infectious Disease Epidemiology through the Emerging Infections Program Sites. Emerging Infectious Diseases. Vol. 21, No. 9; September 2015.

319. Smith EM, Khan MA, Reingold AL, Watt JP. Group B streptococcus infections of soft tissue and bone in California adults, 1995-2012. Epidemiol. Infect. (2015), 143, 3343-3350. doi:10.1017/S0950268815000606.

320. Pekka N, Reingold A. Preventing pneumococcal infections in older adults. The Lancet, Vol 3 November 2015. http://dx.doi.org/10.1016/52213-2600(15)00365-3.

321. Tomczyk S, Lynfield R, Schaffner W, Reingold A, et al. Prevention of Antibiotic-Nonsusceptible Invasive Pneumococcal Disease With the 13-Valent Pneumococcal Conjugate Vaccine. Clin Infect Dis 2016;62(9):1119-25. doi: 10.1093/cid/ciw067.

322. Cardosa CS, Sabino EC, Oliveira CdL, de Oliveira LC, Ferreira AM, Cunha-Neto E, Bierrenback AL, Ferreira JE, Haikal DS, Reingold AL, et al. Longitudinal study of patients with chronic Chagas cardiomyopathy in Brazil (SaMi-Trop project): a cohort profile. BMJ Open 2016;6:e011181. doi:10.1136/bmjopen-2016-011181.

323. Moore MR, Link-Gelles R, Schaffner W, Lynfield R, Haltzman C, Harrison LH, Zansky SM, Rosen JB, Reingold A, et al. Effectiveness of 13-valent pneumococcal conjugate vaccine for prevention of invasive pneumococcal disease in children in the USA: a matched case-control study. The Lancet, Vol 4 May 2016. http://dx.doi.org/10.1016/52213-2600(16)00052-7.

324. Bramley AM, Chaves SS, Dawood FS, Doshi S, Reingold A, et al. Utility of keywords from chest radiograph reports for pneumonia surveillance among hospitalized patients with influenza: The CDC Influenza Hospitalization Surveillance Network, 2008-2009. Public Health Reports. May/Jun 2016, Vol. 131 Issue 3, p483-490.

325. Blain AE, Sema M, Wu H, MacNeail JR, Harrison LH, Farley MM, Lynfield R, Miller L, Nichols M, Petit S, Reingold A, et al. Penicillin use in Meningococcal disease management: Active Bacterial Core Surveillance Sites, 2009. Open Forum Infectious Diseases. 11 July 2016. doi: 10.1093/ofid/ofw152.

326. Link-Gelles R, Westreich D, Aiello AE, Shang N, Weber DJ, Holtzman C, Scherzinger K, Reingold A, et al. Bias with respect to socioeconomic status: A closer look at zip code matching in a pneumococcal vaccine effectiveness study. 8 August 2016. Elsevier. http://dx.doi.org/10.1016/j.ssmph.2016.08.005.

**Arthur Lawrence Reingold**

327. Higgins JPT, Soares-Weiser K, Lopez JA, Kakourou A, Chaplin K, Martin NK, Sterne JAC, Reingold A. Association of BCG, DTP, and measles containing vaccines with childhood mortality: systematic review. BMJ. 2016;355:i5170. doi:10.1136/bmj.i5170.

328. Andreuccetti G, Leyton V, Lemos NP, Miziara ID, Ye Y, Takitane J, Munoz DR, Reingold AL, et al. Alcohol use among fatally injured victims in São Paulo, Brazil: bridging the gap between research and health services in developing countries. 2016 Nov 6. doi: 10.1111/add.13688. [Epub ahead of print]

329. Harris CM, Wu HM, Li J, Hall HI, Lee A, Zell E, Harrison LH, Petit S, Farley MM, Lynfield R, Miller L, Nichols M, Reingold A, et al. Meningococcal disease in patients with human immunodeficiency virus infection: a review of cases reported through active surveillance in the United States, 2000-2008. Open Forum Infect Dis. 2016 Dec 20;3(4):ofw226. doi: 10.1093/ofid/ofw226.

330. Schrag SJ, Farley MM, Petit S, Reingold A, et al. Epidemiology of invasive early-onset neonatal sepsis, 2005 to 2014. Pediatrics. 2016 Dec; 138(6). pii: e20162013.

331. Metcalf BJ, Chochua S, Gertz RE, Li Z, et al. Using whole genome sequencing to identify resistance determinants and predict antimicrobial resistance phenotypes for year 2015 invasive pneumococcal disease isolates recovered in the United States. Clinical Microbiology and Infection, Volume 22, Issue 12, 2016,Pages 1002.e1-1002.e8, https://doi.org/10.1016/j.cmi.2016.08.001.

332. Wesson P, Reingold A, McFarland W. Theoretical and empirical comparisons of methods to estimate the size of hard-to-reach populations: a systematic review. AIDS Behav. 2017 Jan 11. doi: 10.1007/s10461-017-1678-9. [Epub ahead of print] Review.

333. Cohn AC, MacNeil JR, Harrison LH, Lynfield R, Reingold AL, et al. Effectiveness and duration of protection of one dose of a meningococcal conjugate vaccine. Pediatrics. Volume 139, No. 2; February 2017.

334. Belongia EA, Karron RA, Reingold A, et al. The Advisory Committee on Immunization Practices recommendations regarding the use of live influenza vaccine: A rejoinder. Vaccine (2017), http://dx.doi.org/10.1016/j.vaccine.2017.06.017.

335. Carmen SA, Garg S, Anderson EJ, Ryan PA, George A, Zansky SM, Bennett N, Reingold A, et al. Influenza vaccination modifies disease severity among community-dwelling adults hospitalized with influenza. Clin Infect Dis 2017 cix468. doi: 10.1093/cid/cix468.

336. Link-Gelles R, Westreich D, Aiello AE, Shang N, Weber DJ, Rosen JB, Motala T, Mascola L, Eason J, Scherzinger K, Holtzman C, Reingold AL, et al. Generalisability of vaccine effectiveness estimates: an analysis of cases included in a postlicensure evaluation of 13-valent pneumococcal conjugate vaccine in the USA. BMJ Open 2017; 7:e017715. doi:10.1136/bmjopen-2017-017715.

337. Metcalf BJ, Chochua S, GirtzJr. RE, et al. Short-read whole genome sequencing for determination of antimicrobial resistance mechanisms and capsular serotypes of current invasive Streptococcus agalactiae recovered in the USA, Clinical Microbiology and Infection, Volume 23, Issue 8, 18 Feb 2017,Pages 574.e7-574.e14, https://doi.org/10.1016/j.cmi.2017.02.021.

Arthur Lawrence Reingold

338. Arriola C, Garg S, Anderson E, Ryan PA, George A, Zansky SM, Bennett N, Reingold A, et al. Influenza vaccination modifies disease severity among community-dwelling adults hospitalized with influenza. Clin Infect Dis May 2017;00(00):1-9. doi:10.1093/cid/cix468.

339. Wong KK, Burdette E, Mahon B, et al. Recommendations of the Advisory Committee on Immunization Practices for use of cholera vaccine. MMWR 12 May 2017, 66(18):482-485. doi:10.15585/mmwr.mm6618a6.

340. Wesson P, Lechtenberg R, Reingold, A, et al. Evaluating the completeness of HIV surveillance using capture-recapture models, Alameda County, California. AIDS Behav 21 August 2017. doi: 10.1007/s10461-017-1883-6.

341. Orenstein WA, Hinman A, Nkowane B, Olive JM, Reingold A. Measles and Rubella Global Strategic Plan 2012-2020 midterm review. Vaccine 36 (2018); A1-A34; https://doi.org/10.1016/j.vaccine.2017.09.026

342. Orenstein WA, Cairns L., Hinman .A, Nkowane B., J-M., Olive, Reingold A.L.  Measles and Rubella Global Strategic Plan 2012-2020 midterm review report: background and summary. Vaccine 36 (2018) A35-A42: https://doi.org/10.1016/j.vaccine.2017.10.065.

343. Schille S, Vellozzi C, Reingold A, et al. Prevention of Hepatitis B Virus Infection in the United States: Recommendations of the Advisory Committee on Immunization Practices.  Recommendations and Reports:12 January 2018: 67(1);1-31.

344. Gordon A, Reingold A. The Burden of Influenza: a Complex Problem. Current Epidemiology Reports: 05 February 2018. https://doi.org/10.1007/s40471-018-0136-1.

345. Liang JL, Tiwari T, Moro P, et al. Prevention of Pertussis, Tetanus, and Diphtheria with Vaccines in the United States: Recommendations of the Advisory Committee on Immunization Practices (ACIP). MMWR Recommendations and Reports. 27 April 2018;67(2):1-44. doi:10.15585/mmwr.rr6702a1

346. G. Andreuccetti, C.J. Cherpitel, H.B. Carvalho, V. Leyton, I.D. Miziara, D.R. Munoz, Reingold A, et al. Alcohol in combination with illicit drugs among fatal injuries in Sao Paulo, Brazil: An epidemiological study on the association between acute substance use and injury. Injury, Volume 49, Issue 12, 2018, Pages 2186-2192. https://doi.org/10.1016/j.injury.2018.09.035.

347. Soeters HM, Blain A, Pondo T, Doman B, Farley MM, Harrison LH, Lynfield R, Miller L, Petit S, Reingold A, et al. Current epidemiology and trends in invasive *Haemophilus influenzae* disease—United States, 2009–2015, Clin Infec Dis, Volume 67, Issue 6, 15 September 2018, Pages 881–889. https://doi.org/10.1093/cid/ciy187.

348. O'Brien KS, Emerson P, Hooper PJ, Reingold AL, et al. Antimicrobial resistance following mass azithromycin distribution for trachoma: a systematic review. Lancet Infect. Dis 2018. October 3, 2018. http://dx.doi.org/10.1016/S1473-3099(18)30444-4.

349. Mendes Lobão W, Duarte FG, Burns JD, et al. Low coverage of HPV vaccination in the national immunization programme in Brazil: Parental vaccine refusal or barriers in health-service based vaccine delivery PLoS One. 2018;13(11):e0206726. doi:10.1371/journal.pone.0206726.

**Arthur Lawrence Reingold**

350. Duarte FG, da Silva Moreir S, da Conceicao C Almeida M, de Souza Teles CA, Andrade CS, Reingold A, et al. Sex differences and correlates of poor glycaemic control in type 2 diabetes: a cross-sectional study in Brazil and Venezuela. BMJ Open. 2019;9:e023401. doi:10.1136/bmjopen-2018-023401.

351. Lewnard JA, Reingold AL. Emerging challenges and opportunities in infectious disease epidemiology. American Journal of Epidemiology. May 2019 Volume 188, Issue 5, Pages 873–882. https://doi.org/10.1093/aje/kwy264

352. Schaffner W, Nichol KL, Reingold AL, Preventing hepatitis in us adults through vaccination. Infectious Diseases In Clinical Practice. November 2018, Volume 26, Issue 6 p 304-312. doi: 10.1097/IPC.0000000000000685.

353. Cardoso CS, Ribeiro ALP, Oliveira CDL, Oliveira LC, Ferreira AM, Bierrenbach AL, Silva JLP, Colosimo EA, Ferreira JE, Lee TH, Busch MP, Reingold AL, et al. Beneficial effects of benznidazole in Chagas disease: NIH SaMi-Trop cohort study. PLoS neglected tropical diseases. 2018.12. https://doi.org/10.1371/journal.pntd.0006814.

354. Dorjee K, Choden T, Baxi SM, Steinmaus C, and Reingold AL. Risk of cardiovascular disease associated with exposure to abacavir among individuals with HIV: a systematic review and meta-analyses of results from 17 epidemiologic studies. International Journal of Antimicrobial Agents. 2018, 52(5), pp.541-553. https://doi.org/10.1016/j.ijantimicag.2018.07.010.

355. Ahmed SS, Pondo T, Xing W, McGee L, Farley M, Schaffner W, Thomas A, Reingold A, et al. Early impact of 13-valent pneumococcal conjugate vaccine use on invasive pneumococcal disease among adults with and without underlying medical conditions--United States. Clinical Infectious Diseases. CID 2019:1-9. doi:10.1093/cid/ciz739.