REICHMAN JORGENSEN LLP
SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
Email: sballard@reichmanjorgensen.com
       kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.** <br><br> Plaintiffs, <br><br> v. <br><br> **GAVIN NEWSOM, et al.,** <br><br> Defendants. | Case No. 2:90-cv-00520 KJM DB P <br><br> **PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br> Judge:         Hon. Kimberly Mueller <br> Action Filed:   April 23, 1990 |

On February 14, 2020, plaintiff-intervenor Christopher Lipsey filed a Motion for Temporary Restraining Order ("TRO Motion") (Dkt. 6462). To update the Court on new factual developments relevant to his motion, Lipsey now seeks leave to file the attached supplemental brief in support of the TRO Motion. Defendants have represented that they do not oppose his motion as long as Lipsey's brief does not exceed five pages and Defendants are permitted to file a responsive five-page brief. Lipsey's attached proposed brief does not exceed five pages, and he does not oppose permitting a responsive brief for Defendants.

Lipsey's TRO Motion seeks to address the sleep deprivation caused by the excessively loud Guard One system used to record correctional officers' welfare checks. Specifically, he asks the Court to order Defendants to reduce the frequency of the checks at night and replace Guard One with a different recording system. The Court held a hearing on Lipsey's claims on February 26, 2020. Lipsey's proposed supplemental brief addresses two significant factual developments since the briefing and hearing in February.

First, Lipsey's supplemental brief contains new information from discovery the Court authorized in the order issued after the February hearing. The Court had authorized discovery into administrative complaints filed by other inmates about Guard One. *See* Dkt. 6487 at 4. While the parties continue to meet and confer about that discovery, defendants' document productions so far indicate that more than 500 other inmates share Lipsey's concerns about the sleep deprivation caused by the Guard One system. The proposed supplemental brief summarizes this new information, which corroborates Lipsey's allegations about the noise and sleep deprivation caused by Guard One and further demonstrate his likelihood of success on the merits.

Second, Lipsey's supplemental brief contains new information about his standing: he has once again returned to restricted housing, where he is subject to Guard One checks. At the hearing and in the order issued the next day, the Court raised concerns about whether Lipsey's claims were likely to be mooted because of an anticipated transfer out of restricted housing. But, as explained in the supplemental brief, Lipsey is once again held in restricted housing and subject to Guard One checks.

When new information arises affecting a pending motion, courts in this circuit regularly permit supplemental briefing. *See, e.g.*, *Jaureguito v. Feather River Cmty. Coll.*, 543 F. App'x 673, 674 (9th Cir. 2013); *Maldonado v. Napolitano*, No. 10-CV-1014-AJB-BLM, 2011 WL 3359686, at *3 (S.D. Cal. Aug. 3, 2011); *Reibman v. Renesas Elecs. Am., Inc.*, No. 11-CV-03847-JCS, 2014 WL 251955, at *4 (N.D. Cal. Jan. 7, 2014); *Han v. Samsung Telecommunications Am., LLC*, No. CV-13-3823-GW-AJWX, 2014 WL 505999, at *2 (C.D. Cal. Jan. 30, 2014); *Wildlands Def. v. Seesholtz*, No. 1:17-CV-408-BLW, 2018 WL 2088738, at *1 (D. Idaho May 4, 2018), aff'd, 755 F. App'x 640 (9th Cir. 2018).

The information in Lipsey's proposed supplemental brief could not have been included in his earlier briefs: his transfer back to restricted housing had not yet occurred, and the complaints from other inmates had not yet been produced in discovery. This new information directly bears on the pending issues before the Court. For these reasons, Lipsey respectfully requests that the Court permit him to file the attached Supplemental Brief in Support of the TRO Motion.

Dated: May 29, 2020                        Respectfully submitted,

/s/ *Kate M. Falkenstien*

REICHMAN JORGENSEN LLP
Shawna L. Ballard (SBN 155188)
Kate Falkenstien (SBN 313753)
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
sballard@reichmanjorgensen.com
kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*