REICHMAN JORGENSEN LLP
SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
 100 Marine Parkway, Suite 300
 Redwood Shores, CA 94065
 Telephone: (650) 623-1401
 Fax: (650) 623-1449
 Email: sballard@reichmanjorgensen.com
        kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM DB P<br><br>**DECLARATION OF KATE FALKENSTIEN IN SUPPORT OF PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>Judge:         Hon. Kimberly Mueller<br>Action Filed: April 23, 1990 |

I, Kate Falkenstien, hereby declare as follows:

1. I am an attorney with Reichman Jorgensen LLP, counsel for Plaintiff-Intervenor Christopher Lipsey in this matter. I am admitted to the California bar. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently hereto.

2. This Declaration is submitted in support of Lipsey's Proposed Supplemental Brief in support of his Motion for Temporary Restraining Order.

3. On February 28, 2020, I served Defendants with Requests for Production requesting complaints lodged by other inmates regarding the noise and sleep deprivation caused by Guard One. Defendants produced responsive complaints on March 16, 2020; April 27, 2020; and May 22, 2020.

4. Exhibit A to this Declaration is a table summarizing all of the inmate complaints produced by Defendants so far, including the inmate's name, the date of the complaint, the prison, and (when Defendants have provided the information) whether the inmate is a *Coleman* class member.

5. Exhibit B to this Declaration is a true and correct copy of emails I exchanged with Defendants' counsel on March 3-4, 2020.

6. Exhibit C to this Declaration is a true and correct copy of emails I exchanged with Defendants' counsel on March 16-20 and April 10-13, 2020.

7. Exhibit D to this Declaration is a true and correct copy of a complaint filed by inmate Dunckhurst, produced by Defendants on April 27, 2020.

8. Exhibit E to this Declaration is a true and correct copy of a complaint filed by inmate Dale, produced by Defendants on March 16, 2020.

9. Exhibit F to this Declaration is a true and correct copy of a complaint filed by inmate Sawyer, produced by Defendants on April 27, 2020.

10. Exhibit G to this Declaration is a true and correct copy of a complaint filed by inmate Nieto, produced by Defendants on April 27, 2020.

11. Exhibit H to this Declaration is a true and correct copy of a complaint filed by inmate Robinson, produced by Defendants on April 27, 2020.

12. Exhibit I to this Declaration is a true and correct copy of a complaint filed by inmate Pennix, produced by Defendants on March 16, 2020.

13. Exhibit J to this Declaration is a true and correct copy of a complaint filed by inmate Anderson, produced by Defendants on March 16, 2020.

14. Exhibit K to this Declaration is a true and correct copy of a complaint filed by inmate Johnson, produced by Defendants on April 27, 2020.

15. Exhibit L to this Declaration is a true and correct copy of a complaint filed by inmate Alvarez, produced by Defendants on March 16, 2020.

16. Exhibit M to this Declaration is a true and correct copy of a complaint filed by inmate Thatcher, produced by Defendants on April 27, 2020.

17. Exhibit N to this Declaration is a true and correct copy of a complaint filed by inmate Moreno, produced by Defendants on April 27, 2020.

18. Exhibit O to this Declaration is a true and correct copy of a complaint filed by inmate Malone, produced by Defendants on April 27, 2020.

19. Exhibit P to this Declaration is a true and correct copy of a complaint filed by inmate Turner, produced by Defendants on April 27, 2020.

20. Exhibit Q to this Declaration is a true and correct copy of a complaint filed by inmate Ledesma, produced by Defendants on April 27, 2020.

21. Exhibit R to this Declaration is a true and correct copy of a complaint filed by inmate Saavedra, produced by Defendants on April 27, 2020.

22. Exhibit S to this Declaration is a true and correct copy of a complaint filed by inmate Morales, produced by Defendants on April 27, 2020.

23. Exhibit T to this Declaration is a true and correct copy of a complaint filed by inmate Caldwell, produced by Defendants on March 16, 2020.

24. Exhibit U to this Declaration is a true and correct copy of a complaint filed by inmate Federico, produced by Defendants on April 27, 2020.

25. Exhibit V to this Declaration is a true and correct copy of a complaint filed by inmate Selsor, produced by Defendants on April 27, 2020.

26. Exhibit W to this Declaration is a true and correct copy of a complaint filed by inmate Gonzalez, produced by Defendants on April 27, 2020.

27. Exhibit X to this Declaration is a true and correct copy of a complaint filed by inmate Allen, produced by Defendants on April 27, 2020.

28. Exhibit Y to this Declaration is a true and correct copy of the Case Information for the criminal case against Mr. Lipsey in Kern County, as downloaded on May 26, 2020 from the Kern County court website at https://itsapps.kerncounty.com/iframed/nonCMS/crimindex/crimcal/crim_index_case_detail.asp.

29. Exhibit Z to this Declaration is a true and correct copy of the Administrative Segregation Unit Placement Notice Mr. Lipsey received when he was placed in the ASU at Kern Valley State Prison.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed this 29th day of May, 2020, in Boise, Idaho.

/s/ Kate Falkenstien