# Exhibit D

STATE OF CALIFORNIA  
**INMATE/PAROLEE APPEAL**  
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY

CSP-C

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): Dunckhurst, G.  
CDC Number: V-97052  
Unit/Cell Number: 4A-2R #58  
Assignment: —

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):  
"1st watch" excessive Noise during count

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): Each 1/2 hour on 1st watch "only" there is door tapping - lites in the eyes - This is a constant each 1/2 hour, is this an idea taught at Acadamy for sleep deprivation? My piece of mind is being "frazzled"-...

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): My action I request is to not aim for my eyes when counting, no excessive sensor noise try to run on low batteries - you're coming by each 1/2 hour not each 2 1/2 hours. Alright, your co-operation is requested.

**Supporting Documents:** Refer to CCR 3084.3.  
☐ Yes, I have attached supporting documents.  
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason: None - needed!

Inmate/Parolee Signature: [signature]   Date Submitted: 7-11-14

SD By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**   Staff – Check One: Is CDCR 602-A Attached?  ☐ Yes  ☒ No  
This appeal has been:  
☐ Bypassed at the First Level of Review. Go to Section E.  
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___  
☐ Cancelled (See attached letter) Date: ___  
☒ Accepted at the First Level of Review.  
Assigned to: AW 4A   Title: ___   Date Assigned: 14 JUL 2014   Date Due: 8/25/14

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.  
Date of Interview: see above   Interview Location: I/m waived interview

Your appeal issue is: ☒ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: ___  
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: Sgt J. Krany   Title: Sgt   Signature: [signature]   Date completed: 7-31-14  
Reviewer: [signature]   Title: Cpt 4A   Signature: [signature]  
Date received by AC: 14 JUL 2014

AC Use Only  
Date mailed/delivered to appellant: AUG 25 2014

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:   July 21, 2014

To:     Inmate Dunckhurst, V-97052
        4A2L-58L
        California State Prison-Corcoran

Subject: **APPEAL LOG # CSPC-5-14-04507
        FIRST LEVEL RESPONSE**

**APPEAL ISSUE:** You contend 1st Watch building staff is tapping on your door and shining their flashlight in your eyes every ½ hour purposely to deprive you of sleep.

You request 1st Watch staff receive training to not aim their flashlight in your eyes while counting and performing security/welfare checks. You also request no excessive sensor (tapping) noise while performing security/welfare checks.

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education list reveals you do not have a Reading Grade Point Level listed. Therefore, requiring effective communication, however no inmate interview was necessary as this appeal has been granted coupled with inmate Dunckhurst checked the box waiving his right to receive an interview.

**INTERVIEW:** Sergeant T. Kraay did not conduct an interview with you because you placed your initials in the box that is followed by the statement, "By placing my initials in this box, I waive my right to receive an interview".

**APPEAL RESPONSE:** Your appeal, the California Code of Regulations (CCR) Title 15 and Operational Procedure 226 have been reviewed. Per Memorandum dated May 09, 2014, authored by M.D. Stainer, Director Division of Adult Institutions, the procedure to conduct security / welfare Checks twice an hour on all inmates housed in ASU, PSU, SHU and Condemned Housing Units has been implemented department wide. This procedure has been implemented for your well being and to reduce inmate suicide.

To properly conduct a security/welfare check during non-daylight hours it is necessary to utilize a flashlight. Building staff ensured me they do not intentionally shine their flashlight in anyone's eyes.

It should be noted there have been steps taken to reduce the noise made while conducting these security/welfare checks on 1st Watch including the use of a "pipe" that does not emit an audible beep. The tapping noise produced by touching the metal tipped pipe to the metal door sensor is unavoidable; however, all efforts are made to keep this noise to a minimum.

First Level Response
Dunckhurst, V97052
CSPC-5-14-04507
Page 2

**DECISION**: Your appeal is **GRANTED** at the First Level of Review. 1st Watch Staff will continue to receive ongoing training pertinent to conducting the required security / welfare checks.

**T. KRAAY**
Correctional Sergeant
California State Prison-Corcoran

**C. MUNOZ**
IV-A Facility Captain (A)
California State Prison-Corcoran