# Exhibit E

STATE OF CALIFORNIA                                DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)                                                          Side 1

IAB USE ONLY — CSP-CO[...]

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| DALE | P27601 | 4B-21 #44 | |

**State briefly the subject of your appeal** (Example: damaged TV, job removal, etc.):
SLEEP DEPRAVATION CAUSED BY NITE SHIFT HOWARD CO

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): ON 6-15-14 CDCR CORCORAN 4B 2L YARD IMPLEMENTED A NEW SECURITY CHECK, THAT CONSIST OF C/Os WALKING THE TIER EVERY

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): (1) BUTTONS ON DOOR BE TAKEN OFF DOOR ASAP (2) APPELLANT BE SEEN BY ANY YARD DOCTOR IMEDIATLAY FOR BACK PAINS & HEADACHES CAUSED BY BEING SNAPPED OUT OF BED/SLEEP BY

**Supporting Documents:** Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason:

Inmate/Parolee Signature: _____     Date Submitted: 6/18/14

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**     Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☒ Accepted at the First Level of Review.
Assigned to: AW 4B     Title: ___     Date Assigned: JUN 20 2014     Date Due: AUG 04 2014

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: July 2, 2014     Interview Location: 4B2 yard
Your appeal issue is: ☐ Granted   ☒ Granted in Part   ☐ Denied   ☐ Other: ___
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: _____ (Print Name)     Title: Sgt     Signature: ___     Date completed: 7-2-14
Reviewer: _____ (Print Name)     Title: CAPTAIN     Signature: ___
Date received by AC: JUN 20 2014

AC Use Only
Date mailed/delivered to appellant JUL 08 2014

**D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

SEE NEXT PAGE FOR COMMENTS

Inmate/Parolee Signature: [signature]  Date Submitted: 7/15/14

**E. Second Level - Staff Use Only**  Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No

This appeal has been:
- ☐ By-passed at Second Level of Review. Go to Section G.
- ☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
- ☐ Cancelled (See attached letter)
- ☒ Accepted at the Second Level of Review

Assigned to: A.J.V.B.  Title: ___  Date Assigned: JUL 17 2014  Date Due: AUG 28 2014

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: N/A  Interview Location: N/A

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☒ Denied  ☐ Other

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: N/A  Title: ___  Signature: ___  Date completed: ___

Reviewer: M. Jennings  Title: CC-II  Signature: [signature]

Date received by AC: JUL 17 2014

AC Use Only
Date mailed/delivered to appellant: AUG 27 2014

**F.** If you are dissatisfied with the Second Level response, explain reason below, attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: ___  Date Submitted: ___

**G. Third Level - Staff Use Only**

This appeal has been:
- ☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
- ☐ Cancelled (See attached letter) Date: ___
- ☐ Accepted at the Third Level of Review. Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other
  See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant: ___

**H. Request to Withdraw Appeal:** I request that my appeal be withdrawn from further review because: Staff-pending. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: ___  Date: ___

Third Staff Receiving: ___  Title: ___  Signature: ___  Date: ___

STATE OF CALIFORNIA                                                         DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**                                                                           Side 1
CDCR 602-A (08/09)

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CSP-CORCORAN | 14-3943 | 9 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Dale | P27601 | 4B-2L #44 | |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** (30) MINUTES, & WHILE C/O MUST DO THIS, THEY ARE BANGING APPELLANT'S DOOR WITH A METAL ROD TO PUSH A BUTTON ON INMATES DOOR. THE NITE SHIFT IN 4B-2L IS GOING BEYOND SOP DELIBERATELY DEPRIVING APPELLANT OF HIS (8) HOURS OF SLEEP, BY THE BANGING & BEEPING OF BUTTON ON INMATES DOOR. THIS HAS CAUSED APPELLANT HEADACHES FROM LACK OF SLEEP & INCREASING LUMBAR BACK PAINS FROM STRESS CAUSED BY BEING SNAPPED OUT OF SLEEP EVERY 30 MINUTES. THIS IS A TACTIC TO BREAK INMATES & A CLEAR VIOLATION TO APPLIANT'S "CONSTITUTIONAL 8TH" AMENDMENT OF "CRUEL & UNUSUAL PUNISHMENT" "RIGHT."

Inmate/Parolee Signature: _____  Date Submitted: 6/18/14

**B. Continuation of CDCR 602, Section B only (Action requested):** BUTTON BANGING (3) FOR EACH NITE APPELLANT IS KEPT UP APPELLANT BE ISSUED A TOTAL OF $100 EACH NITE FROM BEING DEPRIVED OF SLEEP. AS OF 6/15/14 TO 6/18/14 THAT'S A TOTAL OF $400  $(#4) NO REPRISAL SHALL BE TAKEN AGAINST INMATE FOR FILING AN APPEAL

Inmate/Parolee Signature: _____  Date Submitted: 6/18/14

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)
Case 2:90-cv-00520-KJM-SCR   Document 6690-7   Filed 05/29/20   Page 5 of 6
DEPARTMENT OF CORRECTIONS AND REHABILITATION
Side 2

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): APPELLANT'S COMPLAINT ISN'T ONLY FOR THE BEEPING OF THE PIPE BUTTON COUNT. APPELLANT'S ISSUE IS THE BANGING OF THE PIPE CONNECTING WITH THE BUTTON ON DOOR. SO WHAT'S BEING ASKED, IS THE DOOR BUTTON BE TAKEN OFF THE DOORS & PUT ON THE SIDE DOOR CONCRETE WALL. THERE IS NO SUCH THING OF A SILENT PIPE BUTTON PUSHING COUNT AS LONG AS METAL CONNECTS TO METAL. BUT THE PROBLEM WILL BE FIXED ONCE THE METAL BUTTON IS TAKEN OFF THE DOOR & PUT ON OUR SIDE DOOR CONCRETE WALL. AGAIN THE BEEPING ISN'T THE ISSUE, IT'S THE BANGING. THE BANG VIBRATES THE DOOR.

Inmate/Parolee Signature: _____   Date Submitted: 7/15/14

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):

Inmate/Parolee Signature: _____   Date Submitted:

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                  EDMUND G. BROWN JR., GOVERNOR

DIVISION OF ADULT INSTITUTIONS
CALIFORNIA STATE PRISON - CORCORAN
P.O. Box 8800
Corcoran, CA 93212

July 30, 2014

Inmate DALE, P27601
Re:    SECOND LEVEL APPEAL RESPONSE
       Log # CSPC-6-14-03943
       Issue: LIVING CONDITIONS

**DECISION: Denied**

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education list reveals you do not have a Reading Grade Point Level; therefore, you do require special accommodations to achieve effective communication.

It was noted you were afforded effective communication during your first level interview, noting simple English was spoken clearly and slowly. Likewise, it was noted you reiterated in your own words what was explained and answered questions appropriately which indicated you completely understood.

**PROBLEM DESCRIPTION:** You contend the Guard 1 "pipe" used during first watch keeps you awake at night because of the loud banging noise made when the pipe makes contact with the metal button on your cell door.

**ACTION REQUESTED:** You request the metal button currently attached to your cell door be moved to the concrete wall or to another location next to your cell.

**APPEAL RESPONSE:** You were interviewed by Sergeant S. Tumacder on July 2, 2014, at the First Level Review (FLR). The first level appeal and attachments were reviewed. It was determined staff afforded you with an appropriate response at the FLR. It is noted you are dissatisfied with the FLR.

The current location of the Guard 1 button has been predetermined and was therefore attached to all cell doors so that custody staff can look into the cell, perform the welfare check and use the Guard 1 pipe simultaneously. Because of the metal on metal contact made when using the pipe, there is unfortunately an inherent and unavoidable noise associated when using the Guard 1 device.

Your appeal, the attachments, and the CCR, Title 15 have been reviewed. The first level response dated June 30, 2014, has been determined to be appropriate. Therefore, your appeal has been **Denied** at the Second Level of Review.

**DECISION: Denied**

M. JENNINGS
Chief Deputy Warden-Operations (A)
California State Prison-Corcoran
cc: Central File
Appeal File