# Exhibit F

STATE OF CALIFORNIA  
**INMATE/PAROLEE APPEAL**  
CDCR 602 (REV. 03/12)  
DEPARTMENT OF CORRECTIONS AND REHABILITATION  
Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CSP-CORCORAN | 14-4066 | 9 |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Sawyer, Jason | AA1674 | 4A3L 55 | JAU |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):  
Living Conditions/New buzzers on door

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): The new count buzzers that have been placed on the doors are not allowing me to sleep in being woke up every 30 minute's, not only that but our Floor officer's are not able to keep up with hitting the buzzers, doing yard chow visits (ect).

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): at the least make the time on the buzzers to every hour instead of every half hour. Take the buzzers down completly or have those that came up with this Ingenious Idea come & have to see how it effects the programe in the building.

**Supporting Documents:** Refer to CCR 3084.3.  
☐ Yes, I have attached supporting documents.  
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason: None Needed

Inmate/Parolee Signature: _____    Date Submitted: 6-20-2014

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**    Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☒ No  
This appeal has been:  
☐ Bypassed at the First Level of Review. Go to Section E.  
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___  
☐ Cancelled (See attached letter) Date: ___  
☒ Accepted at the First Level of Review.  
   Assigned to: AW 4A    Title: ___    Date Assigned: JUN 2 5 2014   Date Due: AUG 0 7 2014

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.  
Date of Interview: 6-28-14    Interview Location: 4A3L Rotunda  
Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☒ Other: Withdrawn  
See attached letter. If dissatisfied with First Level response, complete Section D.  

Interviewer: I. Bueno    Title: Sgt    Signature: _____    Date completed: 6-28-14  
Reviewer: Mann    Title: 4pt4v    Signature: _____  

Date received by AC: JUN 2 4 2014  
JUN 2 5 2014

AC Use Only  
Date mailed/delivered to appellant: JUL 0 1 2014

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Inmate/Parolee Signature: _____  Date Submitted: _____

**E. Second Level - Staff Use Only**   Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____  Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ (Print Name) Title: ____ Signature: ____ Date completed: ____
Reviewer: _____ (Print Name) Title: ____ Signature: ____
Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant ___/___/___

**F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: _____  Date Submitted: _____

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter) Date: ____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ____
See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

I wish to withdraw Appeal, I will be Filing A Group Appeal. I Reserve The Right To Join In on Building Group Appeal. A review of the TABE list reveals you have a Reading GPL above 4.0 therefore, you do not require special accommodations to achieve effective communication

Inmate/Parolee Signature: _____ Date: 6-25-2014
Print Staff Name: I Bueno   Title: Sgt   Signature: _____ Date: 6-28-14