# Exhibit G

*26*

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)                                                DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

1404625

T66596

IAB USE ONLY

CSP-CONCOR

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.        **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): NIETO, GUY | CDC Number: T-66596 | Unit/Cell Number: SHU 4B2L #26 | Assignment: |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

DISRESPECTFULL 1st WATCH FLOOR C/O MAKING NOISE EVERY 30 MIN ALL NIGHT

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): YESTERDAY JUNE -15
THE 1st WATCH FLOOR STAFF CAME BY EVERY 30 MIN WITH SOME KIND OF BEEPING TOOL THAT
EMITS A LOUD "BEEP" AT EVERYONES DOOR, SHE ALSO KNOCKED ON MY DOOR ALONG WITH
BEEPING EVERY 30 MINUTES. THIS PREVENTED ME AND IM SURE AS OTHERS OF

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): _____
1) PUT BEEPING MACHINE ON MUTE
2) STOP KNOCKING ON PEOPLES DOORS AT NIGHT FOR NO REASON AND WAKING PEOPLE UP
3) HAVE FIRST WATCH FLOOR STAFF FIRED OR RE-ASSIGNED WHERE CANT ANNOY/HARRASS

**Supporting Documents: Refer to CCR 3084.3.**
☒ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
602-A
CDC 1858    RIGHTS AND RESPONSIBILITY

☐ No, I have not attached any supporting documents.  Reason : _____

Inmate/Parolee Signature: *Guy Nieto*                    Date Submitted: 6-16-14

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**                    Staff – Check One:  Is CDCR 602-A Attached? ☒ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☒ Rejected (See attached letter for instruction)  Date: 06/23/14  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.
Assigned to: A W MO                    Title: _____   Date Assigned: JUN 3 0 2014   Date Due: AUG 1 2 2014

First Level Responder:  Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: 7/9/2014                    Interview Location: 4B2L-26L CON FRONT
Your appeal issue is: ☐ Granted  ☒ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: J. AWIYA   Title: SLT   Signature: _____   Date completed: 7/9/2014
                (Print Name)
Reviewer: W Brodie   Title: Cpl(A)   Signature: _____
             (Print Name)
Date received by AC: JUN 2 0 2014
JUN 3 0 2014

AC Use Only                    AUG 0 4 2014
Date mailed/delivered to appellant ___/___/___

INMATE APPEALS BRANCH  2014  RECEIVED

**STAFF-USE ONLY**

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

DISSATISFIED: THE STATEMENT BY SGT. J. AMAYA IS FRAUDULENT BECAUSE IT NEVER TOOK PLACE WITH HIM OR ANY SGT — 2) THIS RESPONSE DOES NOTHING TO ADDRESS THE UNLOCKING OF DOORS (AND DURING 1st WATCH WITH THE METAL PIPE) THUS BEING INDIFFERENT TO THE ONGOING SLEEP DEPRIVATION CAUSED BY THE UNLOCKING / BANGING — GUARD 1 SECURITY / WELFARE CHECKS ARE YOUR PREROGATIVE. BUT YOUR INDIFFERENCE TO THE SLEEP DEPRIVATION RISES TO LEVEL OF "CRUEL AND UNUSUAL PUNISHMENT" VIOLATING MY 8TH AMENDMENT OF CONSTITUTION

Inmate/Parolee Signature: _Guy Nieto_                                    Date Submitted: **8.8.14**

---

**E. Second Level - Staff Use Only**                                    Staff – Check One: Is CDCR 602-A Attached?  ☒ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review                              AUG 1 3 2014                    SEP 2 5 2014
Assigned to: _AW 43_          Title: _____          Date Assigned: _____    Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: N/A                                    Interview Location: N/A

Your appeal issue is:  ☐ Granted  ☒ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: N/A (Print Name)    Title: N/A    Signature: N/A    Date completed: N/A

Reviewer: F. VASQUEZ (Print Name)    Title: CDW    Signature: _F.V._

Date received by AC: _____                    AC Use Only    SEP 1 7 2014
                                                Date mailed/delivered to appellant ___/___/2014

---

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

DISSATISFIED: THE "NO AUDIBLE BEEP" SOLVES ONE PROBLEM BUT DOESN'T DO ANYTHING ABOUT THE METAL ON METAL BANGING EVERY 30 MIN ALL DAY AND NIGHT THATS INCREDIBLY ANNOYING / DISTRACTING / LOUD AND AT NIGHT CAUSES PEOPLE TO WAKE UP SEVERAL TIMES A NIGHT. IT IS NOT UNREASONABLE TO ASK THAT THE COUNTS / CHECKS BE MADE WITHOUT BANGING ON THE DOOR EVERY 30 MIN.

Inmate/Parolee Signature: _Guy Nieto_                                    Date Submitted: _9.21.14_

---

**G. Third Level - Staff Use Only**
This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)  Date: _____
☒ Accepted at the Third Level of Review. Your appeal issue is  ☐ Granted  ☐ Granted in Part  ☒ Denied  ☐ Other: _____
See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant ___/___/___

---

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

Inmate/Parolee Signature: _____                    Date: _____

Print Staff Name: _____    Title: _____    Signature: _____    Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

Side 1

| | IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|---|
| '404625 | | ORCORAN | 14-3955 | 9 |
| | | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Nieto, Guy | T-66596 | SHU 4B-2L #26 | |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :** BEING ABLE TO SLEEP AT NIGHT.

— THIS NIGHT PERSON BY BEEPING AND KNOCKING ON PEOPLES DOORS EVERY 30 MINUTES DISPLAYS A DISRESPECTFUL / HARRASSING BEHAVIOR IN USING HER BEEPING TOOL AND KNOCKING ON MY AND OTHER PEOPLES DOOR IN AN ATTEMPT TO AGITATE AND DEPRIVE PEOPLE OF THEIR SLEEP. THIS PERSON IS ALSO SHOWING VERY UNPROFESSIONAL BEHAVIOR BY HER COMPLEETE DISRESPECT / LACK OF COURTESY FOR PEOPLE HOUSED IN 4B-2L

ALSO IT IS MY BELIEF SLEEP DEPRIVATION / HARRASSMENT IS A UNCONSTITUTIONAL DENIAL OF HUMAN RIGHTS

Inmate/Parolee Signature: *guy nieto*          Date Submitted: 6-16-14

**B. Continuation of CDCR 602, Section B only (Action requested):**

Inmate/Parolee Signature: _____          Date Submitted: _____

STAFF USE ONLY

INMATE APPEALS BRANCH

RECEIVED OCT - 7 2014