# Exhibit H

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| **CSP-CORCORAN** | | 14-4004 | 9 |
| | FOR STAFF USE ONLY | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, (CCR) Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process. Refer to CCR 3084.

**Appeal is subject to rejection if one row of text per line is exceeded.** WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

4B1L-30

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Robinson Tommy | F-55048 | 4B-3L-04 | N/A |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

Deliberate Indifferent towards my conditions of confinement

**A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): CSP Corcoran Prison Officials are Imposing cruel and unusual Punishment by Depriving me of my sleep. CSP-corcoran has Placed "Welfare checks" Electrical counts on all cell Doors, and So there an officer Doing checks every 30 minutes. This check consists of

**B.** Action requested (If you need more space, use Section B of the CDCR 602-A): I have not been able to Get any sleep since these electrical counts have been Placed (6-16-2014) and I request that these counts Ringing at my cell cease immediatly and apply them correctly to new arrivals for a Period of 30 days as Intended and not for

**Supporting Documents:** Refer to CCR 3084.3.

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____

_____

_____

☑ No, I have not attached any supporting documents. Reason : not neccesary

_____

_____

_____

| Inmate/Parolee Signature: | Date Submitted: 6-22-2014 |
|---|---|

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only** — Staff – Check One: Is CDCR 602-A Attached? ☑ Yes  ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☑ Accepted at the First Level of Review.

Assigned to: A W 4B  Title: _____  Date Assigned: JUN 24 2014  Date Due: AUG 06 2014

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 7.5.14  Interview Location: CELL FRONT

Your appeal issue is: ☐ Granted  ☑ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: C. MORROW (Print Name)  Title: SGT  Signature: _____  Date completed: 7.5.14

Reviewer: J.C. SMITH (Print Name)  Title: AW  Signature: _____

Date received by AC: 2  31 JUN 2014

| AC Use Only | |
|---|---|
| Date mailed/delivered to appellant | JUL 28 2014 |

CSP-CORCORAN RECEIVED JUL 31 2014 APPEALS OFFICE

STAFF USE ONLY

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
DEPARTMENT OF CORRECTIONS AND REHABILITATION
Side 2
CDCR 602 (REV. 08/09)

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

I am Dissatisfied with the First level response because the beeping noise was addressed but the loud chocking noise that is made at night During the 30 minute checks that effect my sleep has not been addressed.

Inmate/Parolee Signature: _____ Date Submitted : 7-30-2014

**E. Second Level - Staff Use Only**              Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☑ Accepted at the Second Level of Review        JUL 31 2014

Assigned to: _AW YB_ Title: _____ Date Assigned: JUL 31 2014 Date Due: SEP 12 2014

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: N/A        Interview Location: N/A

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☑ Denied   ☐ Other: _____
See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _N/A_ Title: _____ Signature: _N/A_ Date completed : _____
          (Print Name)

Reviewer: _F_____ CORCORAN_ Title: _CDW_ Signature: _F____g___
         (Print Name)    RECEIVED
Date received by AC _____ JUL 31 2014

AC Use Only                SEP 09 2014
Date mailed/delivered to appellant ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: _____ Date Submitted: _____

**G. Third Level - Staff Use Only**
This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)    Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
     See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant ___/___/___

**H. Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: _____ Date: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| CSP-CORCORAN | | 14-4004 | 9 |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Robinson Tommy | F-55048 | 4B-32-04 | N/A |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** an officer Banging a wand like
Device on our cell Door creating a Loud "clack/clank" noise During the Day
and Intensifying at night/Early morning Keeping me up all night. This IS A
Basic need guaranteed to me by the State and U.S. constitution. These checks
to every cell Serves no Purpose but Instead compromises the safety and security
OF the Institution. These checks should be Done to "new arrivals" only, For a
Period OF 30 days For observation. CSP corcoran OFFicials are utilizing
these checks For Punitive reasons to Harass, retaliate, obstruct and cause
a Hostile Living Environment For Inmates

Inmate/Parolee Signature: _____      Date Submitted:
6-22-2014

**B. Continuation of CDCR 602, Section B only (Action requested):** Harassment, retaliation Purposes

Inmate/Parolee Signature: _____      Date Submitted: 6-22-2014

*(margin, vertical text:)* STAFF USE ONLY

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

---

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Inmate/Parolee Signature:** _____ **Date Submitted:** _____

---

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Inmate/Parolee Signature:** _____ **Date Submitted:** _____

**DIVISION OF ADULT INSTITUTIONS**

**CALIFORNIA STATE PRISON - CORCORAN**
P.O. Box 8800
Corcoran, CA 93212



**SEPTEMBER 2, 2014**

Inmate ROBINSON, F55048
Re:    **SECOND LEVEL APPEAL RESPONSE**
    Log # CSPC-6-14-04004
    Issue: GUARD ONE/SECURITY WELFARE CHECKS

**DECISION: Denied**

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level of 7.6; therefore, you do not require special accommodations to achieve effective communication.

**PROBLEM DESCRIPTION:** You contend California State Prison-Corcoran (CSP-COR) Officials are imposing cruel and unusual punishment by depriving you of sleep. Specifically the Guard One mandatory checks twice an hour are too noisy for you to sleep.

**ACTION REQUESTED:** You request this policy be only applied to new arrivals in the SHU for the first thirty days of placement.

**APPEAL RESPONSE:** You were interviewed by Sergeant C. Morrow at the First Level Review (FLR) on July 5, 2014. The appeal and attachments were reviewed. Your appeal was reviewed and it was determined staff afforded you with an appropriate response at the FLR. It is noted you are dissatisfied with the FLR.

An inquiry was completed into this matter at the Second Level of Review. California Department of Corrections and Rehabilitation (CDCR) is continuing in its efforts to reduce inmate suicides, therefore staff will continue to complete the Guard 1 Security/Welfare Checks utilizing the "Pipe," pursuant to the Memorandum dated May 9, 2014, signed by M.D. Stainer Director, Division of Adult Institutions (DAI). Because of the metal on metal contact made when using the pipe, there is unfortunately an inherent and unavoidable noise associated when using the Guard 1 device.

Your appeal, the attachments, the CCR, Title 15, Operational Procedure 226 (OP 226) has been reviewed. The first level response dated July 5, 2014, has been determined to be appropriate. Therefore, your appeal has been **Denied** at the Second Level of Review.

**DECISION: Denied**

F. VASQUEZ
Chief Deputy Warden – Operations (A)
California State Prison – Corcoran

# Memorandum

Date    :    July 5, 2014

To      :    ROBINSON, F-55048
             4B3L-04L
             California State Prison – Corcoran

Subject :    **APPEAL LOG # CSPC-6-14-04004**
             **FIRST LEVEL RESPONSE**

**APPEAL ISSUE:** You contend California State Prison – Corcoran (CSP-COR) Officials are imposing cruel and unusual punishment by depriving you of sleep. CSP-COR has implemented a new monitoring system on the cell which requires staff to walk the tiers every thirty minutes making a loud "clack-clank" noise during the day and intensifying at night keeping you up all night. You also state CSP-COR Officials are using the "Welfare Checks" for punitive reasons to harass, retaliate, aggravate and cause a hostile living environment for inmates.

You request the "Welfare Checks" and banging on your cell door to cease immediately and to be applied correctly to new arrivals for a period of thirty days as intended.

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level above a 4.0; therefore, you do not require special accommodation to achieve effective communication.

**INTERVIEW:** On July 5, 2014, you were interviewed by C. Morrow, Correctional Sergeant, regarding your appeal. You were afforded the opportunity to further explain your issue, and to provide any supporting evidence or documents. You had nothing further to add.

**APPEAL RESPONSE:** Your appeal, the attachments, and California Code of Regulations (CCR), Title 15 have been reviewed.

An inquiry was completed into this matter at the First Level of Review. California Department of Corrections and Rehabilitation (CDCR) is continuing in its efforts to reduce inmate suicides therefore, staff will continue to complete the Guard 1 Security/Welfare Checks utilizing the Pipe, pursuant to Memorandum dated May 9, 2014, signed by M.D. Stainer, Director, Division of Adult Institutions (DAI) and Operational Procedure (OP) 226. However, during First Watch hours, staff will utilize a Pipe which will not omit an audible beep during use.

First Level Response
ROBINSON, F55048
CSPC-6-14-004004
Page 2

**DECISION**:  Based on the above information, your appeal is **PARTIALLY GRANTED** at the First Level of Review as an inquiry into the matter was conducted.


C. MORROW
Correctional Sergeant
California State Prison - Corcoran


R. CHAVEZ
Facility 4B, Captain
California State Prison - Corcoran