# Exhibit I

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)
Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | CSP-CORCORAN | 1st QHGHS | |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, _only_ one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.      WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| (GROUP-602) PENNIX, L | J-94038 | 4A1L-56R | SHU |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):**

SLEEP DEPRIVATION FROM the CLINKING OF the MONITOR BUTTONS

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** Appellant's contend that upon the installment of the monitor Buttons all appellant's began suffering from sleep-deprivation behind the loud clinking of the monitor device being slammed against the button without professional courtesy of our

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** Appellant's suggest some kind of RUBBER be put on the button OR monitor device to eliminate the loud clinking NOISE so that the relaxation of our slumber can be Restored and the hostility from our sleep-deprivation NO longer a

**Supporting Documents: Refer to CCR 3084.3.**

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____  _____

_____  _____

_____  _____

☐ No, I have not attached any supporting documents. Reason : _____

_____

_____

Inmate/Parolee Signature: *Pennix*      Date Submitted: 6-24-14

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C. First Level - Staff Use Only**      Staff – Check One: Is CDCR 602-A Attached? ☒ Yes  ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.

☒ Rejected (See attached letter for instruction) Date: 7/1/14  Date: 7/30/14  07 4 AUG 2014  Date: _____  Date: _____

☐ Cancelled (See attached letter) Date: _____

☐ Accepted at the First Level of Review.

Assigned to: A W CS 4A.  Title: _____  Date Assigned: AUG 1 2 2014  Date Due: SEP 2 4 2014

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 8-22-14   Interview Location: CELL FRONT

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☒ Denied  ☐ Other:

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: D. CASE  Title: SGT  Signature: _____  Date completed: 4-22-14
(Print Name)

Reviewer: MT CORON  Title: CA OT  Signature: _____
(Print Name)

Date received by AC: JUL 0 1 2014

| AC Use Only |
|---|
| Date mailed/delivered to appellant AUG 2 8 2014 |

RECEIVED JUL 29 2014 CSP-CORCORAN INMATE APPEALS OFFICE

RECEIVED AUG 4 2014 CSP-CORCORAN INMATE APPEALS OFFICE

RECEIVED AUG -8 2014 CSP-CORCORAN INMATE APPEALS OFFICE

STAFF USE ONLY

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)                                                                                          Side 2

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Inmate/Parolee Signature:                                                          Date Submitted:

**E. Second Level - Staff Use Only**                          Staff - Check One: Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:

☐ Bypassed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date:         Date:         Date:         Date:
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review.

Assigned to:                   Title:              Date Assigned:              Date Due:

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview:                                      Interview Location:

☐ Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other:

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer:          Title:          Signature:                          Date completed:
         Print Name

Reviewer:          Title:          Signature:
         Print Name

Date received by AC:

                                                           AC Use Only
                                                           Date mailed/delivered to appellant

F. If you are dissatisfied with the Second Level response, explain reason below, attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature:                                                          Date Submitted:

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date:         Date:         Date:         Date:
☐ Cancelled (See attached letter) Date:
☐ Accepted at the Third Level of Review. Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other:

See attached Third Level response.

                                                           Third Level Use Only
                                                           Date mailed/delivered to appellant

Request to Withdraw Appeal: I request that this appeal be withdrawn from further review because: State reason. If withdrawal is conditional, list conditions.

Inmate/Parolee Signature:                                                          Date:

Print Staff Name:          Title:          Signature:                                      Date:

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | CSP-CORCORAN | 14-4/99 | 9 |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| (GROUP-602) PENNIX, L | J-94038 | 4A1L-56R | SHU |

**A.  Continuation of CDCR 602, Section A only** (Explain your issue) : slumber. This has caused us
the discomfort of being awaken all hours of the night creating a hostile
environment behind the psychological ramifications of being sleep deprived.
It states in 3391.(a) Employee Conduct: "Employees shall be alert, courteous
and professional in their dealings with inmates, parolees, visitors, and members
of the public." This lack of consideration of our slumber is a clear lapse
of their professionalism and a blatant disregard to the conduct of
being courteous because they are frustrated at walking... doing security
checks every (20) minutes. They have also utilized the security checks as an
excuse to minimize our yard program to (1) day a week sometimes (2) days a week
as well as have begun using the security checks as an excuse to not pass out
our canteen for (4) to (9) days at a time. Per Operational Procedure No. 222
(Amended): "Canteen will be conducted on second watch within 24 hours of delivery
to the housing unit. If not delivered to the inmates in 24 hours the sergeant
shall provide written documentation to the facility captain as to the reason for the
delay." This is clearly a deliberate indifference and a violation of the 8th
Amendment when staff utilizes psychological distractions to impair our ability to program
behind noise-stimulus designed to deprive our slumber and create a hostile
environment.

Inmate/Parolee Signature:  *Pennix*          Date Submitted:
6-29-14

**B.  Continuation of CDCR 602, Section B only** (Action requested): factor. That our program of our yard gets
back on program so that we can receive our allotted hours of yard.
And that our canteen be given to us within the 24 hours of reaching the
unit per O.P. 222.

Inmate/Parolee Signature:  *Pennix*          Date Submitted:  6-29-14

STATE OF CALIFORNIA
**INMATE/PAROLEE GROUP APPEAL**
CDCR 602-G (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page No. _____ of _____

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | | | |
| | | *FOR STAFF USE ONLY* | |

This is a group appeal signature attachment sheet. Attach it to your group CDCR 602. You are to legibly print your name, number, assignment and housing, then sign and date the form. By signing, you are agreeing to the issue and action requested; and you acknowledge that this appeal counts towards the allowable number of appeals in the period in which it is filed.

**PRIMARY APPELLANT**

WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Assignment: | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| PENNIX, L | J-94038 | SHU | 4AIL-56R | Pennix | 7-28-14 |

**A. Summarize the specific issue that you are appealing as identified in the attached CDCR 602:** Sleep deprivation from the clinking of the monitor buttons, lack of professional courtesy when the monitor buttons are being utilized, and using security checks to minimize program from yard to the delay of passing out canteen within 24 hours.

**B. Summarize the action requested:** Suggest some kind of rubber be put on the button or monitor device to eliminate loud clinking. That our yard program gets back on program so we can receive our allotted hours of yard, and that canteen be given to us within the 24 hours of reaching the unit per O.P. 222.

**NOTE:** I, the undersigned, agree that the facts presented in this appeal are true. I agree with the issue presented and I am requesting the action indicated. In the event the Primary Appellant transfers or elects to withdraw from the appeal, I understand that I may become the primary appellant for purposes of processing the group appeal.

| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| | Fletcher Thompson | SHU | 4AIL 33 | Thompson | 7-23-14 |
| F02918 | Hernandez E. | SHU | 31 | Edward | 7/23/14 |
| V-12534 | BECK JOSH | SHU | 4AIL 22 | | 7/24/14 |
| T92224 | MATTHEW MCCARTHY | SHU | 29 | Matthew McCarthy | 7-24-14 |
| H-75383 | WALL | SHU | 4AIL 7 | David Wall | 7-25-14 |
| V-00968 | K. TRAN | SHU | 4AIL 14 | Khai | 7-25-14 |
| D-0117 | M. Cummings | SHU | 4AIL 15 | Cummings | 7-25-14 |
| F-82134 | T. Gachett | SHU | 4AIL 12 | Troy Gachett | 7-25-14 |
| AN2C49 | Sean Prior | SHU | 18 | Sean Prior | 7-25-14 |
| AA3663 | J. Maglou | SHU | 18 | Jmaou | 7-25-14 |
| Am9320 | Oswaldo, Lucas | SHU | 20 | Oswald | 7-25-14 |
| V-5db0 | R. Banuelos | SHU | 4AIL 20 | Rubn Ben | 7-25-14 |

STAFF USE ONLY

STATE OF CALIFORNIA
**INMATE/PAROLEE GROUP APPEAL**
CDCR 602-G (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page No. _____ of _____

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | | FOR STAFF USE ONLY | |

This is a group appeal signature attachment sheet. Attach it to your group CDCR 602. You are to legibly print your name, number, assignment and housing, then sign and date the form. By signing, you are agreeing to the issue and action requested; and you acknowledge that this appeal counts towards the allowable number of appeals in the period in which it is filed.

**PRIMARY APPELLANT**                    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Assignment: | Unit/Cell #: | Signature | Date |
|---|---|---|---|---|---|
| PENNIX, L | J-94038 | SHU | 4AIL-56R | Pennix | 7-28-14 |

**A. Summarize the specific issue that you are appealing as identified in the attached CDCR 602:** Sleep deprivation from the clinking of the monitor buttons, lack of professional courtesy when the monitor button's are being utilized, and using security checks to minimize program from yard to the delay of passing out canteen within 24 hours.

**B. Summarize the action requested:** Suggest some kind of Rubber be put on the button or monitor device to eliminate loud clinking. That our yard program gets back on program so we can receive our allotted hours of yard. And that canteen be given to us within the 24 hours of reaching the unit per O.P.222.

**NOTE:** I, the undersigned, agree that the facts presented in this appeal are true. I agree with the issue presented and I am requesting the action indicated. In the event the Primary Appellant transfers or elects to withdraw from the appeal, I understand that I may become the primary appellant for purposes of processing the group appeal.

| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| AA6740 | GARIBAY | SHU | 4AN4#55 | Enrike Garibay | 7-28-14 |
| AD4856 | GARCIA | SHU | 4AIL-54 | Jose Garcia | 7-28-14 |
| AH4914 | UBALDO | SHU | 4AIL-54 | | 7-28-14 |
| P44080 | Brisedle | SHU | 4AIL 53 | B | 7-28-14 |
| K-40467 | HORTON | SHU | 4AIL 52 | Horton | 7-28-14 |
| V-11231 | S. NAVARRO | SHU | 4AIL 36 | Navy Miller | 7-28-14 |
| 636418 | PEREZ | SHU | 4AIL 36 | B.Perez | 7-28-14 |
| P68860 | INTRIANO | SHU | 4AIL 35 | | 7-28-14 |
| T69905 | ROMERO | SHU | 4AIL 35 | | 7-28-14 |
| AH4051 | Gregorio CERDA | SHU | 4AIL 34 | | 7-28-14 |
| T-7825 | G. GONZALEZ | SHU | 4AIL 34 | Gabriel Gonzalez | 7-28-14 |
| K-25600 | COOKS | SHU | 4AIL 17 | Cooks | 7-28-14 |

STAFF USE ONLY



STATE OF CALIFORNIA
**INMATE/PAROLEE GROUP APPEAL**
CDCR 602-G (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page No. _____ of _____

| IAB USE ONLY | Institution/Parole Region: | Log # | Category |
|---|---|---|---|
| | | FOR STAFF USE ONLY | |

This is a group appeal signature attachment sheet. Attach it to your group CDCR 602. You are to legibly print your name, number, assignment and housing, then sign and date the form. By signing, you are agreeing to the issue and action requested; and you acknowledge that this appeal counts towards the allowable number of appeals in the period in which it is filed.

**PRIMARY APPELLANT**                    **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First) | CDC Number: | Assignment: | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| PENNIX, L | J-94038 | SHU | 4A1L-56 | Pennix | 7-28-14 |

**A. Summarize the specific issue that you are appealing as identified in the attached CDCR 602:** Sleep deprivation from the clinking of the monitor buttons, lack of professional courtesy when the monitor buttons are being utilized, and using security checks to minimize program from yard to the delay of passing out canteen within 24 hours.

**B. Summarize the action requested:** Suggest some kind of rubber be put on the button or monitor device to eliminate loud clinking. That our yard program gets back on program so we can receive our allotted hours of yard. And that canteen be given to us within the 24 hours of reaching the unit per O.P. 222.

**NOTE:** I, the undersigned, agree that the facts presented in this appeal are true. I agree with the issue presented and I am requesting the action indicated. In the event the Primary Appellant transfers or elects to withdraw from the appeal, I understand that I may become the primary appellant for purposes of processing the group appeal.

| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| F48649 | R. DELOSSANTOS | SHU | 62 (4A1L) | RdelosSantos | 7-28-14 |
| V02418 | Ho Torres | SHU | 63 | H Torres | 7-28-14 |
| G-62372 | Melcher | SHU | 4A1L 61 | Melcher | 7-28-14 |
| G-28104 | Wayne Loffoon | SHU | 61 | Wayne Loffoon | 7-28-14 |
| T-15492 | B. Montague | SHU | 4A1L | Montague | 7-28-14 |
| F-22218 | Richardson | SHU | 4A1L 60 | R | 7-28-14 |
| F-37728 | Vasquez | SHU | 59 4A1L | Edw. Co. V, 1 Z L. | 7-28-14 |
| AL2555 | MORENO | SHU | 59 4A1L | Zachary Moreno | 7-28-14 |
| AC1279 | KELLIS, R | SHU | 4A1L #58 | Randy Kellis | 7-28-14 |
| AG-5898 | Bates | SHU | #4A1L 56 | Bates | 7-28-14 |
| J-94038 | PENNIX | SHU | 4A1L56 | Pennix | 7-28-14 |
| AF-7777 | Ruiz | SHU | 4A1L #55 | Edgar Ruiz | 7-28-14 |

STAFF USE ONLY



STATE OF CALIFORNIA
**INMATE/PAROLEE GROUP APPEAL**
CDCR 602-G (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page No. _____ of _____

| | IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|---|
| | | | | |

*FOR STAFF USE ONLY*

This is a group appeal signature attachment sheet. Attach it to your group CDCR 602. You are to legibly print your name, number, assignment and housing, then sign and date the form. By signing, you are agreeing to the issue and action requested; and you acknowledge that this appeal counts towards the allowable number of appeals in the period in which it is filed.

**PRIMARY APPELLANT**                                    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Assignment: | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| PENNIX, L | J-94038 | SHU | 4A1L-56 | Pennix | 7-28-14 |

**A.   Summarize the specific issue that you are appealing as identified in the attached CDCR 602:** Sleep deprivation from the clinking of the monitor Buttons, lack of professional courtesy when the monitor buttons are being utilized, and using security checks to minimize program from yard to the delay of passing out canteen within 24 hours.

**B.   Summarize the action requested:** Suggest something of Rubber be put on the button or monitor device to eliminate loud clinking. that our yard program gets back on program so we can receive our allotted hours of yard. And that canteen be given to us within the 24 hours of Reaching the unit per O.P. 222.

**NOTE:**   I, the undersigned, agree that the facts presented in this appeal are true.  I agree with the issue presented and I am requesting the action indicated.  In the event the Primary Appellant transfers or elects to withdraw from the appeal, I understand that I may become the primary appellant for purposes of processing the group appeal.

| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| AA2746 | CONTRERAS, NOE | SHU | 4A1L 19 | Noe Contreras | 7-25-14 |
| G29553 | Avila, D | SHU | 19 4A1L | D Avila | 7-25-14 |
| F29853 | Tyron Daniels | SHU | 4A1L 41 | Daniels | 7-28-14 |
| G0039B | P. Blair | SHU | 4A1L 41 | B Blair | 7-28-14 |
| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |

STAFF USE ONLY



State of California                                                                Department of Corrections and Rehabilitation

# Memorandum

Date    :    August 22, 2014

To      :    Inmate Pennix
             J94038, 4A2L-47L
             California State Prison-Corcoran

Subject :    **APPEAL LOG # CSPC-5-14-04199**
             **FIRST LEVEL RESPONSE**

**APPEAL ISSUE:**  This appeal has been accepted as a group appeal. In accordance with California Code of Regulations (CCR), Title 15, Section 3084.2 (h)(2), the appellant is responsible for sharing the response with the inmates/parolees who signed the appeal attachment. The appellant contends since the installment of the monitoring buttons all appellants began suffering from sleep deprivation behind the loud clinking of the monitor device being slammed against the button without professional courtesy of slumber. The appellant further contends since the implementation of the twenty (20) minute security checks it has caused their yard program to be minimized and delays in the delivery of their canteen.

**APPEAL REQUEST:**  The appellants' are suggesting some kind of rubber be put on the button or monitor device to eliminate the loud clinking noise so that the relaxation of their slumber can be restored and the hostility from their sleep deprivation no longer are a factor.  The appellants' further request they receive their total allotted hours of yard and their canteen be delivered to them per Operational Procedure (OP) 222.

**EFFECTIVE COMMUNICATION:**  The appellant's reading level is above 4.0 and he does not require special accommodation to achieve effective communication.

**INTERVIEW:**  On Friday, August 22, 2014, Correctional Sergeant D. Case interviewed the appellant regarding Appeal No. CSPC-5-14-04199. The appellant was afforded the opportunity to further explain his appeal issues, and to provide any additional supporting evidence or documents. The appellant reiterated what was documented in his authored appeal and asked if it was to possible to have California State Prison-Corcoran (COR) make changes to their current policy to have the Security/Welfare Checks policy be implemented to monitor new arrival inmates for only 22 days. The appellant had nothing further to add.

**APPEAL RESPONSE:**  Your appeal, the attachments, and the California Code of Regulations (CCR) Title 15, COR Operational Procedure 222 (Security Housing Unit), COR Operational Procedure 226 (Security/Welfare Check Procedure) and Departmental Operational Manual (DOM) have all been reviewed. An inquiry has been completed at First Level of Review. Per Memorandum dated May 09, 2014, authored by M.D. Stainer, Director Division of Adult Institutions, the procedure to conduct security/welfare checks twice an hour on all inmates housed in ASU, PSU, SHU and Condemned Housing Units has been implemented department wide.  This procedure has been implemented for your well being and to reduce inmate suicide. To properly conduct a security/welfare check during non-daylight hours it is necessary to utilize a flashlight.  Building staff ensured me they do not intentionally slam the monitoring device on the button affixed to the cell door. It should be noted there have been steps taken to reduce the noise made while conducting these security/welfare checks on 1st Watch including the use of a "pipe" that does not emit an audible beep.  The tapping noise produced by touching the metal tipped pipe to the metal door sensor is unavoidable; however, all efforts are made to keep this

First Level Response
Pennix, J94038
CSPC-5-14-04199
Page 2

noise to a minimum. In response to the yard program it has been determined based on review the appellants' Inmate Segregation File (114D) and review of the appellants' 114D's who signed the Inmate/Parolee Group Appeal Form (CDC 602-G), that they are receiving their weekly allotment of hours. Furthermore, staff has informed me that the implementation of the twenty (20) minute mandatory security checks has in no way affected the delivery of canteen to the inmates housed within housing unit 4A2.

**DECISION**:   Based on the above information, your appeal is **DENIED** at the First Level of Review.

D. CASE
Correctional Sergeant
California State Prison-Corcoran

M.T. CISNEROS
Facility 4A Captain
California State Prison-Corcoran