# Exhibit J

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY

CSP-CORCORAN

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Anderson, Ronald | CDC Number: AH4031 | Unit/Cell Number: 4-B-3-L #13 | Assignment: N/A |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

Purposefull indifference toward my conditions of confinment.

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A):

On June -16ᵀᴴ the c/o's here in Corcoran SHU 4B-3L starting doing electronic security checks every 15 to 30 min in which they bang a metal rod against another piece of metal screwed to the

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): I am requesting that these electronic security checks stop immediatly here in the SHU and are used only for where they are intended which is for new arrivals only.

**Supporting Documents:** Refer to CCR 3084.3.

☐ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_____   _____

_____   _____

☐ No, I have not attached any supporting documents. Reason : _____

_____

_____

Inmate/Parolee Signature: _____   Date Submitted: 7-6-14

☐ By placing my initials in this box, I waive my right to receive an interview.

S T A F F   U S E   O N L Y

**C. First Level - Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review.  Go to Section E.

☒ Rejected (See attached letter for instruction) Date: 7/2/14   Date: 0 9 JUL 2014 Date: _____   Date: _____

☐ Cancelled (See attached letter) Date: _____

☐ Accepted at the First Level of Review.

Assigned to: A. W. CS   Title: _____   Date Assigned: JUL 2 2 2014 Date Due: SEP 0 3 2014

First Level Responder: Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☒ Other: WITHDRAWN

See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: M. FAUENZ (Print Name)   Title: SGT   Signature: _____   Date completed: 7/30/14

Reviewer: R. Bloomfield (Print Name)   Title: AW(A)   Signature: _____

Date received by AC: JUL 0 2 2014   JUL 0 9 2014   2 1 JUL 2014

AC Use Only
Date mailed/delivered to appellant AUG 1 1 2014

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____  Date Submitted : _____

**E. Second Level - Staff Use Only**   Staff – Check One:  Is CDCR 602-A Attached?  ☐ Yes  ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review
Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____  Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ (Print Name)  Title: _____  Signature: _____  Date completed : _____

Reviewer: _____ (Print Name)  Title: _____  Signature: _____

Date received by AC: _____

| AC Use Only |
| Date mailed/delivered to appellant  /  / |

**F. If you are dissatisfied with the Second Level response,** explain reason below, attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____
_____

Inmate/Parolee Signature: _____  Date Submitted: _____

**G. Third Level - Staff Use Only**
This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached Third Level response.

| Third Level Use Only |
| Date mailed/delivered to appellant  /  / |

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

I Tim Anderson AH7031 request to withdraw this appeal because I had O.P. 2016 explained to me. Tabi score is above 4.0, therefore no effective communication was required

Print Staff Name: M. Fallon?  Title: Sgt  Signature: _____  Date: 2-30-14

Inmate/Parolee Signature: _____  Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | CSP-CORCORAN | 14-4008 | 9 |
| | FOR STAFF USE ONLY | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.     **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Anderson  Ronald | AH4031 | 4B-3L | N/A |

A.  **Continuation of CDCR 602, Section A only (Explain your issue) :** outside of the threshold
thresholds inbetween our doors making a clank and beeping sound.
It is very loud and they do it day and night. Thus making
it physically impossible to sleep. I'm very tired and drained
every day and i feel this is a serious imparcment to my
physical health.

_____

Inmate/Parolee Signature: _____   Date Submitted: _____

B.  **Continuation of CDCR 602, Section B only (Action requested):** _____

Inmate/Parolee Signature: _____   Date Submitted: _____

S T A F F   U S E   O N L Y

D.  Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):

**Inmate/Parolee Signature:** _____  **Date Submitted:** _____

F.  Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):

**Inmate/Parolee Signature:** _____  **Date Submitted:** _____