# Exhibit K

STATE OF CALIFORNIA   CCR 3391(a)   DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)                                                                                                Side 1

|  | IAB USE ONLY |  |
|---|---|---|
|  | CSP-C... |  |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): Johnson, Archie | CDC Number: P-20038 | Unit/Cell Number: 4A1L-24 | Assignment: None |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
First watch staff is Tapping on my cell door.

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): First Watch is Tapping on all cell doors every 30 min's with a metal device, not Letting me sleep.

B. Action requested (If you need more space, use Section B of the CDCR 602-A): Please Talk to 1/W S.G.t And Let him know what is going on, on First watch so I can get some sleep. Thank's!

**Supporting Documents:** Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason: ____

Inmate/Parolee Signature: Archie Johnson     Date Submitted: 6-16-14

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**                                    Staff – Check One: Is CDCR 602-A Attached? ☒ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☒ Accepted at the First Level of Review.
   Assigned to: AW 4A   Title: ___   Date Assigned: JUL 0 1 2014   Date Due: AUG 1 3 2014

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: ___   Interview Location: ___

Your appeal issue is: ☐ Granted   ☐ Granted in Part   ☐ Denied   ☒ Other: Withdrawn
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: T. Kraay   Title: Sgt   Signature: ___   Date completed: 7/9/14
Reviewer: C. Montz   Title: CPT(A)   Signature: ___
Date received by AC: JUL 0 1 2014

AC Use Only
Date mailed/delivered to appellant JUL 1 6 2014

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)    Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | CSP-CORCORAN | 14-4003 | 9 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): Johnson Archie
CDC Number: P-20038
Unit/Cell Number: 4A1L-24
Assignment: none

A. Continuation of CDCR 602, Section A only (Explain your issue): I ask him why was he doing that! he said The State was making him do that!
And he said, 602 The ISSUE.
So it can Stop.
Please up Date Your Computer.
About This Matter.

[Right margin note:] A review of the 7385 list reveals you do not have a Hearing Grade Point Level available, therefore you do require a special accommodation to achieve effective communication. During the interview with the Sgt you restated each part of your appeal in your own words. Your answers / interactions convinced him you completely understand the issues.

Inmate/Parolee Signature: Archie Johnson
P-20038H
Date Submitted: 6-16-14

B. Continuation of CDCR 602, Section B only (Action requested): ____

Inmate/Parolee Signature: Archie Johnson P-20038H    Date Submitted: 6-16-14