# Exhibit L

STATE OF CALIFORNIA  
**INMATE/PAROLEE APPEAL**  
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

**49**

AB USE ONLY — Institution/Parole Region: CSP-CORCORAN   Log #: 14-3949   Category: 9

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): ALVAREZ, DAVID    CDC Number: D-07374    Unit/Cell Number: 4B-2L-49    Assignment: SHU

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
LIVING CONDITIONS: TO 2nd WL-CPT.

A. Explain your issue: ON JUNE 15, 10:00 PM, % W. HOWARD (1WT) STARTED A NEW MONITORING SYSTEM BY PLACING A DEVICE ONTO CELL DOOR EVERY 1/2 HOUR WHICH MAKES NOT ONLY A LOUD BEEP NOISE, BUT ALSO A BANGING

B. Action requested: REQUEST DEVICE STOP BEEPING NOISE AT NIGHT, AND STOP BANGING NOISE ON DOOR, BY REMOVING DEVICE FROM DOOR OR PLACING RUBBER AROUND IT TO AVOID BANGING!

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.

☒ No, I have not attached any supporting documents. Reason: 602 GOES TO CPT. 2N WT.

Inmate/Parolee Signature: [signature]   Date Submitted: JUNE 17, 2014

☐ By placing my initials in this box, I waive my right to receive an interview.

---

**C. First Level - Staff Use Only**   Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☒ Accepted at the First Level of Review.
Assigned to: AW 4B   Title: ___   Date Assigned: JUN 20 2014   Date Due: AUG 04 2014

First Level Responder: Complete a First Level response. Include interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: July 2, 2014   Interview Location: 4B2 YARD

Your appeal issue is: ☐ Granted  ☒ Granted in Part  ☐ Denied  ☐ Other: ___
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: S. Tamberson (Print Name)   Title: Sgt   Signature: ___   Date completed: ___
Reviewer: K. Mayor (Print Name)   Title: Captain   Signature: ___

Date received by AC: JUN 20 2014

AC Use Only
Date mailed/delivered to appellant JUL 08 2014

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

FIRST LEVEL FAILED TO ADDRESS THE BANGING ON CELL DOORS. DURING FIRST WATCH HOURS, WE OR I CAN NOT SLEEP DUE TO THE BANGING ON DOOR, EVEN WITH SILENT PIPE MAKE NO DIFFERENT. REQUEST A RUBBER PLACED BETWEEN DOOR AND BUTTON, OR REMOVAL FROM DOOR TO RESOLVE TO BANGING NOISE. SO I CAN BE ABLE TO SLEEP AT NIGHT.

Inmate/Parolee Signature: [signature]        Date Submitted: July 21, 2014

### E. Second Level - Staff Use Only

Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No

This appeal has been:
- ☐ By-passed at Second Level of Review. Go to Section G.
- ☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
- ☐ Cancelled (See attached letter)
- ☒ Accepted at the Second Level of Review

Assigned to: A W MB    Title: ___    Date Assigned: JUL 25 2014    Date Due: SEP 0 8 2014

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: N/A    Interview Location: N/A

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☒ Denied  ☐ Other: ___

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: N/A (Print Name)    Title: N/A    Signature: N/A    Date completed: N/A

Reviewer: F. JASQUEZ (Print Name)    Title: CAW(A)    Signature: F. Vaz

Date received by AC: JUL 25 2014

**AC Use Only**
Date mailed/delivered to appellant SEP 0 8 2014

**F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: ___    Date Submitted: ___

### G. Third Level - Staff Use Only

This appeal has been:
- ☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___ Date: ___
- ☐ Cancelled (See attached letter) Date: ___
- ☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ___
  See attached Third Level response.

**Third Level Use Only**
Date mailed/delivered to appellant ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: ___    Date: ___

Print Staff Name: ___    Title: ___    Signature: ___    Date: ___

STATE OF CALIFORNIA · DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR-602-A (08/09) · Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
|  | CSP-CORCORAN | 14-2949 | 9 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| ALVAREZ, DAVID | D-07374 | 4B-2L-49 | SHU |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** SOUND THAT IS ALSO LOUD AT NIGHT AND THIS DOES NOT ALLOW MYSELF AND ANYONE ELSE TO SLEEP AT NIGHT. THIS IS CRUEL AND UNUSUAL PUNISHMENT. VIOLATES STATE AND FEDERAL LAW AND IS SUBJECT TO CIVIL ACTION IF CONTINUED. THIS COULD EASILY BE REMEDIED, WITH THE DEVICE NOT BEEPING, AND DEVICE ON DOOR BEING PLACED BETWEEN DOORS, NOT ON DOOR, TO AVOID THE BANGING WHICH KEEPS INMATES FROM SLEEPING.

Inmate/Parolee Signature: [signature]   Date Submitted: JUNE 17, 2014

**B. Continuation of CDCR 602, Section B only (Action requested):** _____

Inmate/Parolee Signature: [signature]   Date Submitted: JUNE 17, 2014

STATE OF CALIFORNIA　　　　　　　　　　　　　　　　　　　　　DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (08/09)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Side 2

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): _____

_____

Inmate/Parolee Signature: _____  Date Submitted: JULY 21' 2014

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _____

_____

Inmate/Parolee Signature: _____  Date Submitted: _____

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**

**CALIFORNIA STATE PRISON - CORCORAN**
P.O. Box 8800
Corcoran, CA 93212

August 13, 2014

**Inmate ALVAREZ, D-07374**
Re:   **SECOND LEVEL APPEAL RESPONSE**
       Log # CSPC-6-14-03949
       Issue: LIVING CONDITIONS

**DECISION:** Denied

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level of 12.9; therefore, you do not require special accommodations to achieve effective communication.

**PROBLEM DESCRIPTION:** You contend California State Prison – Corcoran (CSP-COR) implemented a new monitoring system on the cell which requires staff to walk the tiers every thirty minutes making a loud beeping and banging sounds. You claim this is cruel and unusual punishment by not allowing you to sleep.

**ACTION REQUESTED:** You request the device stop making a beeping sound and stop banging on the cell door. You request a rubber piece to be placed around the metal button or remove the metal button.

**APPEAL RESPONSE:** Staff interviewed you at the First Level Review (FLR). The appeal and attachments were reviewed. You provided no further evidence or documentation to support your claims beyond the information provided at the previous levels of review. Your appeal was reviewed and it was determined staff afforded you with an appropriate response at the FLR.

An inquiry into this matter was completed at the Second Level of Review. California Department of Corrections and Rehabilitation (CDCR) is continuing in its efforts to reduce inmate suicides therefore, staff will continue to complete Security/Welfare Checks utilizing the "Pipe" pursuant to Memorandum dated May 9, 2014, signed by M.D. Stainer, Director, Division of Adult Institutions (DAI). However, during First Watch hours, staff will utilize a Pipe which will not omit an audible beep during use. The pipe needs to come in contact with the door in order to register however; staff have been advised not to slam the pipe against the door.

Your appeal, the attachments, and the CCR, Title 15 have been reviewed. Therefore, your appeal has been **Denied** at the Second Level of Review.

**DECISION: Denied**

F. Vasquez

F. VASQUEZ
Chief Deputy Warden (A) – Operations
California State Prison – Corcoran

State of California                                                                                           Department of Corrections and Rehabilitation

# Memorandum

Date  :  June 30, 2014

To    :  ALVAREZ, D07374
         4B2L-49
         California State Prison-Corcoran

Subject :  **APPEAL LOG # CSPC-6-14-03949**
           **FIRST LEVEL RESPONSE**

**APPEAL ISSUE:** You contend California State Prison-Corcoran (CSP-COR) implemented a new monitoring system on the cell which requires staff to walk the tiers every thirty minutes making a loud beeping and banging sounds. You claim this is cruel and unusual punishment by not allowing you to sleep.

You request the device stop making a beeping sound and stop banging on the cell door. You also request a rubber be placed around metal button or remove the metal button.

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education (TABE) list reveals you have a score above 4.0. Therefore, you do not require special accommodations to achieve effective communication.

**INTERVIEW:** On July 2, 2014, you were interviewed by Correctional Sergeant, S. Tumacder, regarding your appeal. You were afforded the opportunity to further explain your issue, and to provide any supporting evidence or documents. You stated as a suggestion to possibly place a rubber piece around the metal button to prevent the pipe making contact with the door.

**APPEAL RESPONSE:** Your appeal and the attachments have been reviewed.

An inquiry was completed into this matter at the First Level of Review. California Department of Corrections and Rehabilitations (CDCR) is continuing in its efforts to reduce inmate suicides therefore, staff will continue to complete Security/Welfare Checks utilizing the Pipe, pursuant to the Memorandum dated May 9, 2014, signed by M.D. Stainer Director, Division of Adult Institutions (DAI).

**DECISION:** Based on the above information, your appeal is **PARTIALLY GRANTED** at the First Level of Review. During First Watch hours, staff will utilize a silent Pipe which will not omit an audible beep during use.

S. TUMACDER
Correctional Sergeant
California State Prison - Corcoran

R. CHAVEZ
Facility 4B, Captain
California State Prison - Corcoran