# Exhibit M

STATE OF CALIFORNIA
Case 2:90-cv-00520-KJM-SCR    Document 6690-15    Filed 05/29/20    Page 2 of 5
DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)
Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | CSP-CORCORAN | 14-4533 | G |
| | *FOR STAFF USE ONLY* | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**      WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Thatcher | K-81267 | 4B-2C-20 | SHU |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

_Excessive noise due to use of "Gard Wand"_

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): _Due to the metal plate being mounted on the hollow metal post outside the cell door, every time staff hit the plate with the "gard wand" it is very loud. Even if staff try to be quiet, it is_

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): _1) Stop the use of the "Gard Wand" or 2) re-mount the plates on a solid cement surface with a rubber spacer to eliminate the excessive noise._

**Supporting Documents: Refer to CCR 3084.3.**

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

_22 form's sent to: 1) Lt. Brodie, 2) Capt. Chavez, 3) Warden dated 6-29-14_

☐ No, I have not attached any supporting documents. Reason: _____

Inmate/Parolee Signature: _____ Date Submitted: _7-13-14_

☐ **By placing my initials in this box, I waive my right to receive an interview.**

STAFF USE ONLY

---

**C. First Level - Staff Use Only**      Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter) Date: _____

☐ Accepted at the First Level of Review.

Assigned to: _LAW MB_    Title: _____    Date Assigned: _JUL 15 2014_    Date Due: _AUG 26 2014_

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____    Interview Location: _____

Your appeal issue is: ☐ Granted ☒ Granted in Part ☐ Denied ☐ Other: _____

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _T. Amaya_ (Print Name)   Title: _SGT_   Signature: _____   Date completed: _7/16/14_

Reviewer: _____ (Print Name)   Title: _CAPTAIN_   Signature: _____

Date received by AC: _JUL 15 2014_

| AC Use Only | JUL 24 2014 |
|---|---|
| Date mailed/delivered to appellant ___ / ___ / ___ | |

# INMATE/PAROLEE APPEAL

CDCR 602 (REV. 08/09)

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Inmate/Parolee Signature: _____ Date Submitted: _____

**E. Second Level - Staff Use Only**

Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is: ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
(Print Name)

Reviewer: _____ Title: _____ Signature: _____
(Print Name)

Date received by AC: _____

| AC Use Only |
| Date mailed/delivered to appellant ___ / ___ / ___ |

**F. If you are dissatisfied with the Second Level response,** explain reason below, attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: _____ Date Submitted: _____

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter). Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____

See attached Third Level response.

| Third Level Use Only |
| Date mailed/delivered to appellant ___ / ___ / ___ |

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because: State reason. (If withdrawal is conditional, list conditions.) _____

Inmate/Parolee Signature: _____ Date: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | CSP-CORCORAN | 14 4533 | 9 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First) | CDC Number | Unit/Cell Number | Assignment |
|---|---|---|---|
| Thatcher | K-81207 | 4B-2L-20 | SHU |

**A.  Continuation of CDCR 602, Section A only (Explain your issue):** still very loud, like being inside a drum. Every half hour at night I am being woken up so that by the time I start to get back to sleep staff are coming again hitting the plate. This results in the deprivation of sleep which is in violation of the 8th amendment. "The state has no right to subject a prisoner to cruel and unusual punishment. U.S. Const. amend. VIII is not a "maybe" or "sometimes" proposition." "All prisoners have the right to be free of such conditions" Toussaint v. McCarthy 801 F.2d 1080; (1986).

To remedy this staff could: 1) stop the use of the "GARA WAND" or 2) re-mount the plate on a solid cement with a rubber spacer which would reduce the noise to next to nothing.

Inmate/Parolee Signature: _[signature]_          Date Submitted: 7-13-14

**B.  Continuation of CDCR 602, Section B only (Action requested):** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____          Date Submitted: _____

STAFF USE ONLY

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A (08/09)

Side 2

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):

Inmate/Parolee Signature: Date Submitted:

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):

Inmate/Parolee Signature: Date Submitted: