# Exhibit N

PATCH II (FILE B)

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | | | |
|---|---|---|---|
| | CSP-CORCORAN Institution/Parole Region: | Log #: 15-96 | Category: 9 |
| | | **FOR STAFF USE ONLY** | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, <u>only</u> one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**      **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): MORENO, JORGE | CDC Number: F25733 | Unit/Cell Number: 4B-3L-41 | Assignment: |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

DEPRIVATION OF SLEEP / VIOLATION OF MY EIGHTH AMENDMENT RIGHT.

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): I CANNOT SLEEP BEHIND THIS HALF HOURS WELFARE CHECKS. I HAVE TRY TO ADAPT MYSELF TO THIS RUTINE BUT I CAN'T IT IS GETTING WORSE WITH THE FEMALE OFFICER THAT WORKS ON FIRST WATCH IN THIS

B. Action requested (If you need more space, use Section B of the CDCR 602-A): TO STOP DOING HALF HOUR WELFARE CHECKS AT MY CELLDOOR. THE CORRECTIONAL OFFICER CAN LOOK INSIDE MY CELL DOOR WITHOUT HITTING THE DOOR. TO STOP FLASHING THE LIGHT AT MY FACE.

Supporting Documents: Refer to CCR 3084.3.
☐ ~~Attached~~ached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono): _____

☐ No, I have not attached any supporting documents. Reason : _____

Inmate/Parolee Signature: J MORENO        Date Submitted: 1-5-15

☐ **By placing my initials in this box, I waive my right to receive an interview.**

---

**C. First Level - Staff Use Only**

Staff – Check One: Is CDCR 602-A Attached? ☑ Yes    ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____ Date: _____ Date: _____ Date: _____
☑ Cancelled (See attached letter) Date: _____
☑ Accepted at the First Level of Review.
  Assigned to: A W CS.    Title: _____ Date Assigned: JAN 0 6 2015  Date Due: FEB 1 8 2015

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 1-22-15        Interview Location: 4B3L

Your appeal issue is: ☐ Granted    ☑ Granted in Part    ☐ Denied    ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: L. AGUILAR (Print Name)  Title: SGT.  Signature: Sgt. P. Aguilar  Date completed: 1-22-15

Reviewer: R/OOMACIA (Print Name)  Title: Cpt  Signature: _____

Date received by AC: _____

| | AC Use Only Date mailed/delivered to appellant JAN 2 8 2015 |
|---|---|

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)                                                                                                              Side 2

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A

I AM DISSATISFIED WITH THE RESPONSE. YOU CANNOT GET NO SLEEP WITH THIS WELFARE CHECKS.
YOU HAVE METAL TO METAL WHEN THE OFFICER TAPS THE METAL BUTTON AND IT IS LOUD.
I UNDERSTAND THIS PROCEDURE WAS IMPLEMENTED TO PREVENT INMATES FROM SUICIDE.
NOT ALL INMATES ARE IN THAT STATE OF MIND OR NOT ALL INMATES ARE PART OF THE MENTAL
HEALTH SERVICES. WHEN AN INMATE IS ON SUICIDE WATCH HE GETS WELFARE CHECKS EVERY 15 MINUTE
I AM A NORMAL INMATE I HAVE NEVER ATTEMPTED SUICIDE BUT I AM BEING TREATED LIKE

Inmate/Parolee Signature: _J. Moreno_                        Date Submitted: 1-30-15

**E. Second Level - Staff Use Only**                    Staff – Check One: Is CDCR 602-A Attached? ☑Yes ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _LAW CS._ Title: _____ Date Assigned: FEB 0 5 2015 Date Due: MAR 1 9 2015

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _N/A_                                Interview Location: _N/A_

Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☒ Denied  ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ Title: _____ Signature: _____ Date completed _____

Reviewer: _F. VASQUEZ_ Title: _CAW_ Signature: _[signature]_
           (Print Name)

Date received by AC: _____                                                          FEB 2 7 2015

|                                                      | **AC Use Only** Date mailed/delivered to appellant ▓▓▓▓ |
|------------------------------------------------------|------------------------------------------------------------|

F. If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____                        Date Submitted: _____

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
    See attached Third Level response.

|  | **Third Level Use Only** Date mailed/delivered to appellant ___/___/___ |
|--|---------------------------------------------------------------------------|

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because: State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____
_____

_____                Inmate/Parolee Signature: _____                        Date: _____
Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | CSP-CORCORAN | 15-96 | 9 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| MORENO, JORGE | F25733 | 4B·3L·41 | |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** BUILDING 4B·3L SHE
BANGS AND HITS THE DOOR REAL HARD AND THEN SHE FLASH THE
LIGHT INTO MY FACE. I CAN HEAR HER COMING BECAUSE SHE BE
HITTING ALL THE DOORS REAL HARD AND IT IS LOUD. I CANNOT
SLEEP. I AM BEARLY GOING TO SLEEP WENT ANOTHER WELFARE
CHECK COMES AND SHE WAKES ME UP. THIS IS NOT NORMAL OR RIGHT.
I CANNOT SLEEP IN THE MORNINGS BECAUSE THE CORRECTIONAL
OFFICERS DO THE SAME THING, THEN AT NIGHT THE CORRECTIONAL
OFFICER DOES THE SAME THING. THIS RUTINE OF WELFARE CHECKS IS
SOME TYPE OF PUNISHMENT. THIS IS NOT HELPING THE INMATE
INSTEAD IS CAUSING CONFLICT AND ANGER. I AM IN THE CELL
24 HOURS A DAY AND I CANNOT SLEEP NORMAL. I AM BEING
DEPRIVE OF MY SLEEP. THIS IS TORTURE AND CRUEL. BY CDCR
NOT LETTING ME SLEEP. THAT IS A VIOLATION OF MY EIGHTH
AMENDMENT RIGHT.

**Inmate/Parolee Signature:** JMORENO    **Date Submitted:** 1-5-14

**B. Continuation of CDCR 602, Section B only (Action requested):** IF CDCR WANTS TO CONTINUE DOING THE
WELFARE CHECKS LIKE THEY ARE RIGHT NOW, HITTING THE DOORS REAL HARD.
WELL I WOULD LIKE TO REQUEST FOR CDCR TO ISSUE ME EARPLUGS.
IT IS ONLY FAIR. I HAVE MY CONSTITUTIONAL RIGHTS. I LOST MY RIGHT OF
FREEDOM BUT I HAVE THE RIGHT TO SLEEP NORMAL LIKE ANY OTHER HUMAN
BEING. I WANT THIS TORTURE AND THIS TREATMENT TO STOP.

**Inmate/Parolee Signature:** JMORENO    **Date Submitted:** 1-5-15

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
DEPARTMENT OF CORRECTIONS AND REHABILITATION
CDCR 602-A (REV. 03/12)    Side 2

**D.** Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): AN INMATE WHO HAS MENTAL PROBLEMS

THEREFORE THE OFFICER HAS TO COME TO MY CELL DOOR AND HE TAPS THE METAL BUTTON REAL LOUD, ALL THIS IS DOING IS AGGRAVATING THE INMATE. THE INMATE CANNOT SLEEP YOU ARE REALLY GOING TO SLEEP WHEN THE OFFICER COMES AT TAPS YOUR DOOR. AND YOU HAVE CERTAIN OFFICERS WHO DONT CARE AND THEY TAP THAT REAL LOUD. YOU CAN TRY TO TALK TO THEM AND THEY CATCH AN ATTITUDE WITH YOU. ALL THIS IS DOING IS CAUSING PROBLEMS BETWEEN THE INMATE AND THE OFFICER. WHEN YOU HAVE AN INMATE WHO CANNOT SLEEP AND HE IS IRRATED WHEN THEY TAP HIS CELL DOOR. WHAT YOU THINK IS GOING TO HAPPEN? CDCR IS CAUSING TROUBLE AND STARTING PROBLEMS. THERE ARE TIMES WHEN I HAVE MY HEADPHONES ON AND I AM WATCHING T.V. AND THEN I JUMP BECAUSE THE OFFICER IS TAPPING MY CELL DOOR LOUD DOING WELFARE CHECKS EVERY HALF HOUR TO AN INMATE WITH DOESNT HAVE MENTAL HEALTH PROBLEMS. IS TORTURE. IS TORTURE BECAUSE I AM BEING DEEP DEPRIVE OF MY SLEEP AND THAT IS A VIOLATION OF MY CONSTITUTIONAL RIGHT THE EIGHTH AMENDMENT. CDCR IS TREATING ALL INMATES LIFE IF THEY WANT TO COMMITTE SUICIDE BECAUSE THEY ARE DOING HALF HOUR WELFARE CHECKS AND THIS IS WRONG AND ILLEGAL BECAUSE YOU ARE TREATING A MENTAL INMATE AS IF HE WAS MENTALLY ILL HALF HOUR WELFARE CHECKS, HITTING THERE DOOR REAL LOUD, IS NOT NORMAL OR I DONT BECAUSE IS LEGAL. WHY HAS TO BE METAL WITH METAL. WHY HIT ON TAP THE DOOR. WHEN YOU DO THIS PROCEDURE YOU ARE TREATING THE INMATE AS IF HE WAS IN SUICIDE WATCH.

Inmate/Parolee Signature: _JMORENO_    Date Submitted: 1-30-15

**F.** Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):

Inmate/Parolee Signature: _____    Date Submitted: _____

## EFFECTIVE COMMUNICATION DETERMINATION FOR FORMAL LEVEL
## CDC 602 INMATE/PAROLEE APPEAL

Inmate __MORENO__          CDC# __F-25733__      Appeal Log# __CSPC-6-15-00096__

☑ Test of Adult Basic Education (TABE) <u>above</u> 4.0 (provide RGPL __0__ / verify source if other than RGPL __NONE NOTED__ )

☐ Test of Adult Basic Education (TABE) <u>below</u> 4.0 (provide RGPL __0__ )

☐ Learning Disability (LD)

☐ Non-English speaking

<u>* All first level responses must indicate whether inmate does or does not require effective communication. If RGPL is 4.0 or below, first level responder must also identify how Effective Communication was established within response.</u>

_____          ___SGT.___          __1-22-15__
Staff Signature                                Title                        Date

__AGUILAR, L.__
Print Name

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                      EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**

**CALIFORNIA STATE PRISON - CORCORAN**
P.O. Box 8800
Corcoran, CA 93212



February 23, 2015

**Inmate Moreno, F25733**
**Re:    SECOND LEVEL APPEAL RESPONSE**
       Log # CSPC-6-15-00096
       Issue: LIVING CONDITIONS

**DECISION: Denied**

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education list reveals you do not have a Reading Grade Point Level listed. Effective Communication was established by speaking clear simple English. Appellant was articulate in explaining his appeal and his understanding of the process to the interview's satisfaction; therefore no other special accommodations were needed.

**PROBLEM DESCRIPTION:** You contend First Watch building staff is purposely waking you up by loudly tapping multiple times on the metal button mounted to the center of your door.

**ACTION REQUESTED:** You request First Watch staff stop conducting half hour welfare checks at your cell door and not wake you up while performing security checks. You also request the First Watch staff stop shining their flashlight in your face.

**APPEAL RESPONSE:** You were interviewed by Sergeant L. Aguilar on January 22, 2015, at the First Level Review (FLR). The first level appeal and attachments were reviewed. It was determined staff afforded you with an appropriate response at the FLR. It is noted you are dissatisfied with the FLR.

A review of your appeal, the California Code of Regulations (CCR) Title 15 and Operational Procedure 226 has been completed. A Memorandum dated May 09, 2014, authored by M. D. Stainer, Director Division of Adult Institutions clarifies the procedure for conducting Security / Welfare Checks twice an hour on all inmates housed in Administrative Segregation Unit, Psychiatric Service Unit, Segregated Housing Unit and Condemned Housing Units. This policy has been implemented department wide and the frequency of these counts is controlled by Headquarters.

Your appeal, the attachments, and the CCR, Title 15 have been reviewed. The first level response dated January 22, 2015, has been determined to be appropriate. Therefore, your appeal has been **Denied** at the Second Level of Review.

**DECISION: Denied.**

F. VASQUEZ
Chief Deputy Warden – Administration
California State Prison – Corcoran
cc: Central File
Appeal File

State of California                                             Department of Corrections and Rehabilitation

# Memorandum

Date:       January 22, 2015

To:         Inmate Moreno, F25733
            4B3L-41
            California State Prison-Corcoran

Subject:    **APPEAL LOG # CSPC-6-15-00096**
            **FIRST LEVEL RESPONSE**

**APPEAL ISSUE:** You contend First Watch building staff is purposely waking you up by loudly tapping multiple times on the metal button mounted to the center of your door.

**ACTION REQUESTED:** You request First Watch staff stop conducting half hour welfare checks at your cell door and not wake you up while performing security checks. You also request the First Watch staff stop shining their flashlight in your face.

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education list reveals you do not have a Reading Grade Point Level listed. Effective communication was established by speaking clear simple English. Appellant was articulate in explaining his appeal and his understanding of the process to the interviewer's satisfaction, therefore no other special accommodations were needed.

**INTERVIEW:** On January 22, 2015, Sergeant L. Aguilar interviewed you regarding your appeal. You were afforded the opportunity to further explain your issue and to provide any additional supporting evidence, documents, or witnesses, to which you had none.

**APPEAL RESPONSE:** Your appeal, the California Code of Regulations (CCR) Title 15 and Operational Procedure 226 have been reviewed. Per Memorandum dated May 09, 2014, authored by M.D. Stainer, Director Division of Adult Institutions, the procedure to conduct Security / Welfare Checks twice an hour on all inmates housed in ASU, PSU, SHU and Condemned Housing Units has been implemented department wide. The planning and installation of the hardware (metal buttons) was well thought out prior to installation to be as effective as possible in suicide prevention.

**DECISION:** Your appeal is **PARTIALLY GRANTED** at the First Level of Review. First Watch Staff will continue to receive ongoing training pertinent to conducting the required Security / Welfare checks. GRANTED is your request to stop shining their flashlight in your face. Your request for half hour checks to be stopped is DENIED at the First Level of Review.


**L. AGUILAR**
Correctional Sergeant
California State Prison-Corcoran

**R. BROOMFIELD**
Custody Captain
California State Prison-Corcoran