# Exhibit O

PATCH II (FILE B)

Case 2:90-cv-00520-KJM-SCR   Document 6690-17   Filed 05/29/20   Page 3 of 19

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

Side 1

IAB USE ONLY | Institution/Parole Region: CSP CORCORAN | Log #: 15-00401 | Category: 9

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

✓ 3B05-108 L

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| MALONE | E78802 | ~~4A 4R #~~ 23 | |

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):** "CONDITIONS OF CONFINEMENT"

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** CALIFORNIA DEPARTMENT OF CORRECTION AND REHABILITATION'S AFTER LITIGATION AND THE EXCEPTION OF LIABILITY CHANGE THE MANNER INWHICH PRISONER(S) IN SEGREGATION →

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** 1). THAT THIS APPEAL BE BYPASSED TO THE 3RD LEVEL OF CDCR ADMINISTRATIVE REVIEW BASED ON THE ACTION REQUESTED, 2) THAT SECRETARY JEFFREY BEARD ISSUE AND →

**Supporting Documents: Refer to CCR 3084.3.**

☑ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono): 1/25/15 GA-22 FORM TO CHIEF INMATE APPEALS

☑ No, I have not attached any supporting documents. Reason: NONE AT THIS TIME.

**Inmate/Parolee Signature:** [signature] **Date Submitted:** JAN. 15th 2015

☐ **By placing my initials in this box, I waive my right to receive an interview.**

STAFF USE ONLY

CSP-CORCORAN RECEIVED JAN 22 2015 INMATE APPEALS OFFICE

CSP-CORCORAN RECEIVED JAN 26 2015 INMATE APPEALS OFFICE

CSP-CORCORAN RECEIVED FEB 4 2015 INMATE APPEALS OFFICE

CSP-CORCORAN RECEIVED MAR 4 2015 INMATE APPEALS OFFICE

**C. First Level - Staff Use Only**

**Staff – Check One: Is CDCR 602-A Attached?** ☑ Yes ☐ No

This appeal has been:

☐ Bypassed at the First Level of Review. Go to Section E.

☐ Rejected (See attached letter for instruction) Date: 1/22/15 Date: 1/26/15 Date: ______ Date: ______

☐ Cancelled (See attached letter) Date: ______

☑ Accepted at the First Level of Review.

Assigned to: CAW 4A Title: ______ Date Assigned: FEB 0 4 2015 Date Due: MAR 1 8 2015

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 2/17/15 Interview Location: 3B05

Your appeal issue is: ☐ Granted ☐ Granted in Part ☑ Denied ☐ Other: ______

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: C. Denman (Print Name) Title: Sgt. Signature: [signature] Date completed: 2/18/15

Reviewer: M.T. Cumm (Print Name) Title: CAPT Signature: [signature]

Date received by AC: ______

AC Use Only
Date mailed/delivered to appellant FEB 20 2015

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A. DISATISFIED - I KNOW THE DIFFERENCE WHEN THE COUNT SYSTEM IS BEING USED CORRECTLY VERSUS AN ATTEMPT TO BE OFFENDING. THERE IS AN ACTIVE CAMPAIGN TO DEMONSTRATE CONTEMPT. SO AT A TIME OF LITIGATIONS IF ANY INMATE(S) ARE IN THE COURTS BASED ON THIS SAME ISSUE AS SLEEP DEPRIVATION DUE TO CONTEMPT THE COURT(S) WILL CERTIFY THE LITIGATION A CLASS ACTION "I DONT HAVE TO?".

**Inmate/Parolee Signature:** [signature] **Date Submitted:** 3/10/15

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☒ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review

Assigned to: AW 4A Title: ________ Date Assigned: 9 MAR 2015 Date Due: 5/1/15

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: [initials] Interview Location: ________

Your appeal issue is: ☐ Granted ☐ Granted in Part ☒ Denied ☐ Other: ________

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ________ (Print Name) Title: ________ Signature: [signature] Date completed: ________

Reviewer: M. SEXTON (Print Name) Title: CDW Signature: [signature]

Date received by AC: ________

**AC Use Only**
**Date mailed/delivered to appellant** 5/7/15

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ________ **Date Submitted:** ________

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ________ Date: ________ Date: ________ Date: ________ Date: ________
☐ Cancelled (See attached letter) Date: ________
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ________

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: ________ Date: ________

Print Staff Name: ________ Title: ________ Signature: ________ Date: ________

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CSP-CORCORAN | 15-401 | 9 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| MALONE | E78802 | 4A4R # 23 | |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** ARE COUNTED AND MONITORED. THE NEW SYSTEM CALLED FOR METAL/ METALLIC DEVICES ATTACHED PERMENANTLY TO EACH CELL DOOR (OUTSIDE OF CELL). THE COUNT/WELLNESS CHECK IS EFFECTUATED BY A CORRECTIONS OFFICER USING A METAL/METALLIC HAND HELD DEVICE TOUCHING THE ATTACHED METAL CELL DOOR DEVICE THAT GIVE ELECTRONIC NOTIFICATION OF COUNT/WELLNESS CHECK. THE NEW SYSTEM REQUIRES CORRECTIONS OFFICER (PUNCTUALITY). SO WHERE CORRECTIONS OFFICER(S) DEMONSTRATE THEIR CONTEMPT FOR THE NEW POLICY OF PUNCTUATION, ON 1st 2ND & 3RD WATCH. A CORRECTIONS OFFICER COMES AROUND AND WITH A OVER HAND SWING BANGS AS LOUD AS (HE OR SHE) CAN, ECHOING IN THE ENTIRE UNIT. ON DEC. 16th 2014 C/O A. RIVAS STARTED AT ABOUT 10:40 P.M. ON THROUGH ABOUT 4:40 A.M. WOULD INTENTIONALLY EVERY HALF HOUR WAKE ME OUT OF MY SLEEP. THE LAST TIME, I PHYSICALLY GOT OUT OF BED AND BROUGHT IT TO THE C/O'S ATTENTION. HER RESPONSE WAS "AND ?"

Inmate/Parolee Signature: [signature] Date Submitted: JAN 15th 15

**B. Continuation of CDCR 602, Section B only (Action requested):** ADMINISTRATIVE DIRECTIVE OR MEMORANDUM ON ALL INSTITUTION(S) WITH ADMINISTRATIVE SEGREGATION(S) SECURITY HOUSING UNIT(S) WHICH HAVE IMPLEMENTED THE NEW ELECTRONIC COUNT/WELLNESS CHECK SYSTEM. THAT THE SUPERVISING SERGEANT OF THESE HOUSING UNITS EACH ON 1st 2ND & 3RD WATCH AT LEAST ONE TIME DURING A 8 HOUR SHIFT PHYSICALLY VIEW THE COUNT/WELLNESS CHECK BE CARRIED OUT GUARANTEEING THAT ON EACH SHIFT THE PHYSICAL ASPECT OF THE COUNT/WELLNESS CHECKS ARE CONDUCTED UTILIZING PROFESSIONALISM AND NOT USED TO PROMOTE AN AGENDA AND/OR ANY FORM OF DEPRIVATION.

Inmate/Parolee Signature: [signature] Date Submitted: JAN. 15th 2015

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**Side 2**

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

**Inmate/Parolee Signature:** **Date Submitted:**

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

**Inmate/Parolee Signature:** **Date Submitted:**

DIVISION OF ADULT INSTITUTIONS
CALIFORNIA STATE PRISON - CORCORAN
P.O. Box 8800
Corcoran, CA 93212

May 7, 2015

**Inmate Malone, E-78802**
**Re: SECOND LEVEL APPEAL RESPONSE**
Log # CSPC-5-15-00401
Issue: LIVING CONDITIONS

**DECISION: Denied**

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level of 6.6; therefore, you do not require special accommodations to achieve effective communication.

**PROBLEM DESCRIPTION:** You contend during the First Watch shift, Officer A. Rivas would intentionally wake you up every half hour during the Guard One Security/Welfare Checks. You claim the officer would intentionally bang the metal end of the PIPE check to the door causing it to echo throughout the tier.

**ACTION REQUESTED:** You request this appeal be bypassed to the third level. You additionally request to have a sergeant present at least once during their shift to physically view the Guard One Security/Welfare Checks to ensure they are being completed with professionalism.

**APPEAL RESPONSE:** You were interviewed by Sergeant C. Denman on February 17, 2015, at the First Level Review (FLR). The first level appeal and attachments were reviewed. It was determined staff afforded you with an appropriate response at the FLR. It is noted you are dissatisfied with the FLR.

Based upon a review of Operational Procedure (OP) 226 and the FLR response, "No other inmate in your previous housing unit has made a similar complaint to staff nor have any complaints been logged in the building log book. Building staff followed all policies and procedures set forth by the California Department of Corrections and Rehabilitations as outlined in OP 226 and will continue to perform Guard One Security/Welfare Checks. Furthermore, you are no longer housed within the Security Housing Unit and are no longer subjected to the alleged interruptions.

Your appeal, the attachments, and the California Code of Regulations, Title 15 have been reviewed. The first level response dated February 18, 2015, has been determined to be appropriate. Therefore, your appeal has been **DENIED** at the Second Level of Review.

**DECISION: Denied**

M.V. SEXTON
Chief Deputy Warden – Operations
California State Prison – Corcoran
cc: Central File
Appeal File

State of California Department of Corrections and Rehabilitation

# Memorandum

Date : February 18, 2015

To : Malone, E78802
Facility 3B, Building 5, Cell 108L
California State Prison-Corcoran

Subject **APPEAL LOG # CSPC-5-15-00401**
**FIRST LEVEL RESPONSE**

**APPEAL ISSUE:** On December 16th, 2014, you allege Correctional Officers A. Rivas during the first watch shift would intentionally wake you up. Furthermore you stated due to the Guard One "PIPE" Welfare/ Security checks being conducted approximately every half hour, the Officer would use the PIPE's metal end on the metal cell front prison proof button located on the door to *"bang as loud as he or she can; echoing in the entire unit".*

**ACTION REQUESTED**: Your request to have this appeal bypassed to the Third Level of CDCR Administrative Review based on the action requested in the CDCR 602. In addition, you request to have a Sergeant present at least once during their shift to physically view the Welfare/Security checks and ensure these checks are conducted with professionalism and not used to promote an agenda or any form of deprivation.

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education (TABE) list reveals that you have a Reading Grade Point Level above 4.0. Therefore, you do not require special accommodation to achieve effective communication

**INTERVIEW:** On February 17, 2015, you were interviewed by Sergeant C. Denman, regarding your appeal. You were afforded the opportunity to discuss the matter of the appeal. You stated, you wanted to proceed with the appeal even though you no longer are being housed in the SHU. However, you stated you would withdrawal the appeal under the condition the staff on all watches receive training with the Guard One Welfare/Security PIPE.

**APPEAL RESPONSE:** It should be noted Correctional Officers and Supervisors receive annual training on the use of the Guard One Welfare/Security PIPE. According the procedure the Officer was conducting his or her job according to the Operational Procedure. Operational Procedure (226) Title: Security/Welfare Check Procedure, "*Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the "PIPE" to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time. During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Omitting Diode (LED). Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment*

*for First Watch use only."* In order for the Officer to conduct their job correctly, they must insure the Guard One device touches the metal cell front prison proof button located on the door of each cell.

Additionally, during the night/morning of December 16, 2014 no other Inmate in your previous housing unit has made a similar complaint either through staff, buildings log book, request for interview or CDCR 602. Your allegation that the Officer intentionally misused the Guard One to deprive you of sleep is unfounded. Furthermore since you are no longer housed in the SHU, you are no longer subjected to the alleged interruptions. Therefore, your response on the CDC 1824 regarding being deprived of sleep in no longer an issue.

**DECISION**: Based on the above information, your appeal is **DENIED** at the First Level of review. You currently are housed on Facility 3B and are no longer allegedly being deprived of sleep from the Guard One Welfare/Security PIPE.

C. Denman
Correctional Sergeant
California State Prison-Corcoran

M. Cisneros
4A Facility Captain
California State Prison-Corcoran

23

**State of California**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*January 26, 2015*

***MALONE, E78802***
*04AA4RB1023001LP*

LIVING CONDITIONS, , 01/26/2015
Log Number: CSPC-5-15-00401
**(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.)**

The enclosed documents are being returned to you for the following reasons:

***Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(2). You have failed to demonstrate a material adverse effect upon your welfare. Material adverse effect means a harm or injury that is measurable or demonstrable, or the reasonable likelihood of such harm or injury. In either case, the harm or injury must be due to any policy, decision, action, condition, or omission by the department or its staff.***

***Your appeal is dated 01/15/2015. You have not demonstrated any material adverse affect upon yourself. Therefore, this appeal is rejected for clarification.***

***Please note: Material Adverse Affect is defined as Material adverse effect means a harm or injury that is measurable or demonstrable, or the reasonable likelihood of such harm or injury. In either case, the harm or injury must be due to any policy, decision, action, condition, or omission by the department or its staff.***

☐ A. Pacillas, CCII
☒ D. Goree, CCII
☐ K. Cribbs
Appeals Coordinator
CSP-Corcoran

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

I'VE MADE CLEAR MY SERIOUS DEPRIVATATION. AS THE APPEALS COORDINATOR IF YOU DON'T AGREED. SCREEN OUT MY APPEAL AND I'LL PURSUE MY INTENTION OF JUDICIAL INTERVENTION.
FEB 2ND '15

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**

**State of California**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

23

*January 22, 2015*

***MALONE, E78802***
*04AA4RB1023001LP*

LIVING CONDITIONS, , 01/22/2015
Log Number: CSPC-5-15-00401
**(Note: Log numbers are assigned to all appeals for tracking purposes. Your appeal is subject to cancellation for failure to correct noted deficiencies.)**

The enclosed documents are being returned to you for the following reasons:

***Your appeal has been rejected pursuant to the California Code of Regulations, Title 15, Section (CCR) 3084.6(b)(2). You have failed to demonstrate a material adverse effect upon your welfare. Material adverse effect means a harm or injury that is measurable or demonstrable, or the reasonable likelihood of such harm or injury. In either case, the harm or injury must be due to any policy, decision, action, condition, or omission by the department or its staff.***

***Your appeal is dated 01/15/2015. You have not demonstrated any material adverse affect upon yourself. Therefore, this appeal is rejected for clarification.***

***Please note: Material Adverse Affect is defined as Material adverse effect means a harm or injury that is measurable or demonstrable, or the reasonable likelihood of such harm or injury. In either case, the harm or injury must be due to any policy, decision, action, condition, or omission by the department or its staff.***

- [x] A. Pacillas, CCII
- [ ] D. Goree, CCII
- [ ] K. Cribbs

Appeals Coordinator
CSP-Corcoran

**NOTE:** If you are required to respond/explain to this CDCR Form 695, use only the lines provided below.

I'VE INDICATED A METHOD OF SLEEP DEPRIVATION. IF THAT'S NOT ENOUGH CLARIFICATION ~~FOR~~ YOU, CANCEL OUT THIS APPEAL AND LET ME SEE IF A COURT CAN UNDERSTAND ME BETTER. 1/25/15

Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes specified in CCR 3084.6(a) and CCR 3084.8(b). Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

**NOTE THIS CDCR 695 IS A PERMANENT APPEAL ATTACHMENT AND IS NOT TO BE REMOVED**



EFFECTIVE COMMUNICATION DETERMINATION FOR FORMAL LEVEL
CDC 602 INMATE/PAROLEE APPEAL

Inmate Malone CDC# E18802 Appeal Log# CSPC-5-15-00401

☑ Test of Adult Basic Education (TABE) above 4.0 (provide RGPL 6.6 / verify source if other than RGPL ________ )

☐ Test of Adult Basic Education (TABE) below 4.0 (provide RGPL _____)

☐ Learning Disability (LD)

☐ Non-English speaking

* All first level responses must indicate whether inmate does or does not require effective communication. If RGPL is 4.0 or below, first level responder must also identify how Effective Communication was established within response.

[signature]
Staff Signature

Sergeant
Title

2/17/15
Date

C. Denman
Print Name

PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE