# Exhibit P

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)                                                                                              Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
|  | SAC-A | 15-00502 | 2 |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Turner | G05794 | A4-131 |  |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
Guard 1 Sleep Deprivation

Received From Medical To Custody Appeal 1/30/15

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):

B. Action requested (If you need more space, use Section B of the CDCR 602-A):

[diagonal note: Refer to CDCR 602-HC Dated 11/17/14]

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☐ No, I have not attached any supporting documents. Reason: _____

Inmate/Parolee Signature: _____    Date Submitted: 11/17/14

☐ By placing my initials in this box, I waive my right to receive an interview.

STAFF USE ONLY

C. First Level - Staff Use Only    Staff – Check One: Is CDCR 602-A Attached? ☐ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☐ Accepted at the First Level of Review.
Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

[stamp: BYPASS]

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____    Interview Location: _____
Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)    Title: _____  Signature: _____    Date completed: _____
Reviewer: _____ (Print Name)    Title: _____  Signature: _____

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant ___/___/___

STATE OF CALIFORNIA                                                          DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)                                                                                                              Side 2

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.   If you need more space, use Section D of the CDCR 602-A.

[BYPASS stamp]

Inmate/Parolee Signature: _____    Date Submitted: _____

E. Second Level - Staff Use Only                                             Staff – Check One:   Is CDCR 602-A Attached?  ☐ Yes  ☐ No
This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G
☐ Rejected (See attached letter for instruction) Date: _____    Date: _____    Date: _____    Date: _____
☐ Cancelled (See attached letter)
☑ Accepted at the Second Level of Review

Assigned to: _____   Title: _____   Date Assigned: 3-2-15   Date Due: 3-4-15

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other
Date of Interview: _____   Interview Location: _____
See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed: _____
Reviewer: _____ (Print Name)   Title: _____   Signature: _____
Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant __/__/__

F. If you are dissatisfied with the Second Level response, explain reason below, attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: _____    Date Submitted: _____

G. Third Level - Staff Use Only
This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant __/__/__

Request to Withdraw Appeal: I request that this appeal be withdrawn from further review because: State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: _____    Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS AND REHABILITATION
**PATIENT-INMATE HEALTH CARE APPEAL**
CDCR 602 HC (REV. 6/13)                                                                    Page 1 of 2

| STAFF USE ONLY | | | | |
|---|---|---|---|---|
| Emergency Appeal | ☐ Yes | ☐ No | Institution: SAC HC | Log #: 14030216 | Category: 8 |
| Signature: | | Date: | SAC-A-15-00502 FOR STAFF USE ONLY | | |

You may appeal any medical, mental health, or dental decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**    **WRITE, PRINT, or TYPE CLEARLY.**

Name (Last, First): TURNER, L    CDCR Number: G05794    Unit/Cell Number: A4-131    Assignment: E.O.P

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.): SLEEP DEPRIVATION

**SECTION A.** Explain your issue (If you need more space, use Section A of the CDCR 602-A): C/O'S / THE MENTAL HEALTH DOOR CHECK ARE EXTREMLY TO LOUD I AM AWEAKEN EVERY HALF AN HOUR AS C/O'S DONT CARE HOW HARD THEY HIT THE DOOR'S FOR THE CHECK I'M HAVING HEAD AKES, DIZZYNESS, LOST OF APITITE, BLACK OUTS, DEPRESSION NO DAILY FUNKTIO Because ALL I WANT IS SLEEP

**SECTION B.** Action requested (If you need more space, use Section B of the CDCR 602-A): I NEED SLEEP CONSISTATNT SLEEP SO I CAN FUNCTION WITHOUT INJURING MYSELF.

☒ **Supporting Documents:** Refer to CCR 3084.3.
List supporting documents attached (e.g., Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.): 7362

☐ No, I have not attached any supporting documents. Reason: N/A

Patient-Inmate Signature: _Adonzo R Turner_    Date Submitted: 11-12-14
☐ By placing my initials in this box, I waive my right to receive an interview.

| SECTION C. FIRST LEVEL - Staff Use Only | Check One: Is CDCR 602-A attached? ☐Yes ☒No |
|---|---|
| This appeal has been: | Check One: Is this a recatergorized/converted 1824? ☐Yes ☒No |
| ☐ Bypassed at the First Level of Review. Go to Section E. | |
| ☒ Rejected (See attached letter for instruction): error | Date: 1/9/15 Date: Date: Date: |
| ☒ Cancelled (See attached letter): | Date: 1/9/15 |
| ☒ Accepted   Assigned to: error | Title: _____ Date Assigned: 12/4/14 error Date Due: 1/5/15 error |

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: _____    Interview Location: _____
Your appeal issue is: ☐Granted  ☐Granted in part  ☐Denied  ☐Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

| 1. Disability Code: | 2. Accommodation: | 3. Effective Communication: | Interview conducted? ☐Yes ☐No |
|---|---|---|---|
| ☐ TABE score ≤ 4.0 | ☐ Additional time | ☐ P/I asked questions | Interviewer: _____ Title: _____ |
| ☐ DPH ☐ DPV ☐ LD | ☐ Equipment ☐ SLI | ☐ P/I summed information | (Print Name) |
| ☐ DPS ☐ DNH | ☐ Louder ☐ Slower | Please check one: | Signature: _____ Date completed: _____ |
| ☐ DNS ☐ DDP | ☐ Basic ☐ Transcribe | ☐ Not reached* ☐ Reached | |
| ☐ Not Applicable | ☐ Other* | *See chrono/notes | Reviewer: _____ Title: _____ |
| 4. Comments: _____ | | | (Print Name) |
| | | | Signature: _____ |

| HCAC Use Only | HCAC Use Only |
|---|---|
| Date received by HCAC: 11-24-14 error | Date closed and mailed/delivered to appellant: _____ |

NCF. + O.D

STAFF USE ONLY

STATE OF CALIFORNIA  
**PATIENT-INMATE HEALTH CARE APPEAL**  
CDCR 602 HC (Rev. 06/13)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

**SECTION D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____

Patient-Inmate Signature: _____  Date Submitted: _____

**SECTION E. SECOND LEVEL - Staff Use Only**

Check One: Is CDCR 602-A attached?  ☐ Yes  ☐ No  
Check One: Is this a recatergorized/converted 1824?  ☐ Yes  ☐ No

This appeal has been:
- ☐ Bypassed at Second Level of Review. Go to Section G.
- ☐ Rejected (See attached letter for instruction):  Date: ____ Date: ____ Date: ____ Date: ____
- ☐ Cancelled (See attached letter):  Date: ____
- ☐ Accepted   Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____  Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in part   ☐ Denied   ☐ Other: _____  
See attached letter. If dissatisfied with Second Level response, complete Section F.

1. **Disability Code:**  
☐ TABE score ≤ 4.0  
☐ DPH  ☐ DPV  ☐ LD  
☐ DPS  ☐ DNH  
☐ DNS  ☐ DDP  
☐ Not Applicable

2. **Accommodation:**  
☐ Additional time  
☐ Equipment  ☐ SLI  
☐ Louder  ☐ Slower  
☐ Basic  ☐ Transcribe  
☐ Other*

3. **Effective Communication:**  
☐ P/I asked questions  
☐ P/I summed information  
Please check one:  
☐ Not reached*  ☐ Reached  
*See chrono/notes

4. Comments: _____

Interview conducted?  ☐ Yes  ☐ No  
Interviewer: _____ (Print Name)  Title: _____  
Signature: _____  Date completed: _____  
Reviewer: _____ (Print Name)  Title: _____  
Signature: _____

HCAC Use Only  
Date received by HCAC: _____

HCAC Use Only  
Date closed and mailed/delivered to appellant: _____

**SECTION F.** If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Health Care Appeals, ATTN: Chief, Building C, P.O. Box 588500, Elk Grove, CA 95758. If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____

Patient-Inmate Signature: _____  Date Submitted: _____

**SECTION G. THIRD LEVEL - Staff Use Only**
- ☐ Rejected (See attached letter for instruction):  Date: ____ Date: ____ Date: ____ Date: ____
- ☐ Cancelled (See attached letter):  Date: ____
- ☐ Accepted at the Third Level of Review

Your appeal is:  ☐ Granted  ☐ Granted in part  ☐ Denied  ☐ Other: _____  
See attached Third Level response.

Third Level Use Only  
Date closed and mailed/delivered to appellant: _____

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____
_____

Patient-Inmate Signature: _____  Date Submitted: _____  
Print Staff Name: _____  Title: _____  Signature: _____  Date: _____

STAFF USE ONLY

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

106-720

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☐   MENTAL HEALTH ☒   DENTAL ☐   MEDICATION REFILL ☐

NAME: L. Turner
CDC NUMBER: G05794
HOUSING: A2-103
PATIENT SIGNATURE: L. Turner
DATE: 10-15-14

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): SLEEP DEPRIVATION C/O'S KEEP HITTING MY CELL DOOR FOR SUICIDE CHECK EVERY HALF HOUR I FALLEN ONCE BECAUSE OF BEING TIRED, CAN'T READ, CAN'T CONCENTRATE

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate