# Exhibit Q






# PELICAN BAY STATE PRISON
## SECOND LEVEL REVIEW

DATE: MAR 2 3 2016

**Multiple Appeal/Response**
(Security/Welfare Checks)
(Controlling Appeal #PBSP-C-15-02058)

Inmate LEDESMA, V87318
Pelican Bay State Prison
Facility C, Building 4, Cell 115

RE: WARDEN'S LEVEL DECISION
APPEAL LOG NO. PBSP-C-16-00360

APPEAL: PARTIALLY GRANTED
ISSUE: PROGRAM

This matter was reviewed by C. E. Ducart, Warden, at Pelican Bay State Prison (PBSP). On March 8, 2016, R. Mills, Correctional Counselor II (A), conducted the interview at the Second Level Review. This appeal is being processed per California Code of Regulations (CCR), Title 15, Section 3084.2 (i) as a multiple appeal.

ISSUES

The inmate contends since the beginning of October 2015 he has not been able to get a good night's sleep because of the security checks in the Security Housing Unit (SHU). The inmate acknowledges the security checks were reduced to hourly during First Watch hours, but contends it is not enough, as he is feeling the effects of sleep deprivation. He claims this causes headaches and his overall health is deteriorating both physically and mentally.

The inmate is requesting the following actions: The security checks to stop immediately. Keep the pod doors open during First Watch hours. To have security checks reduced to hourly on Second and Third Watch. Change the metal pipe to a bar code type scanner.

EFFECTIVE COMMUNICATION

The inmate has not been identified with a disability or effective communication need. The inmate has a Test of Adult Basic Education score of 6.6. The attached Appeals Effective Communication Form contains information relative to accommodations that may have been utilized to ensure effective communication was achieved. During the interview, the inmate stated his appeal stands as written and he had no new information to add.

FINDINGS

I

This appeal has been processed in accordance with CCR, Title 15, Section 3084.2 (i), *Multiple appeals of the same issue. When multiple appeals are received from more than one inmate or parolee on an identical issue, each such appeal shall be individually processed. However, if other issues in addition or extraneous to the multiple appeal issue are contained in the submitted appeal, this particular complaint shall not be processed as a multiple appeal, but will be subject to processing as a separate, individual appeal. (1) The original inmate or parolee, and as needed for clarification of issues, one or more of the other inmates or parolees, shall be interviewed. (2) The appellant shall be provided with an appeal response. A statement shall be included in the response indicating that the appeal has been designated as one of multiple identical appeals for processing purposes and the same response is being distributed to each appellant.*

DETERMINATION OF ISSUE

The CCR, Title 15, Section 3270, states in part, *The requirement of custodial security and of staff, inmate and public safety must take precedence over all other considerations in the operation of all the programs and activities of the institutions of the department.*

The May 9, 2014, Memorandum titled **Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures** states in part: *all inmates housed in Administrative Segregation Units (ASU), Psychiatric Services Units (PSU), Security Housing Units (SHU), and Condemned Housing Units, which utilize or will be utilizing the Guard One electronic monitoring system. In furtherance of the California Department of Corrections and Rehabilitation's continued efforts to reduce inmate suicides, the Department has determined both the ASU Welfare Check and Security/Custody Rounds will be combined into one Security/Welfare Check Procedure. A "Security/Welfare Check" shall be defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, PSU, SHU, and Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior. The Security/Welfare Check shall be conducted on all inmates housed in ASU, PSU, SHU, and Condemned Housing Units.*

The July 15, 2015, Memorandum titled **Implementation of the Security/Welfare Check Procedure Utilizing the Guard One System (Completion of Phase 3)**, states in part, *effective Monday, August 3, 2015, PBSP Facilities C and D will implement the security/welfare check procedure utilizing the Guard One System to supersede Administrative Segregation Unit welfare check and security/custody rounds in specialized housing procedures.*

The August 3, 2015, Memorandum titled **Addendum to Operational Procedure 222, SHU Security/Welfare Checks Using The Guard One System**, states in part, *The assigned officer shall conduct a Security/Welfare check on each cell, twice an hour not to exceed 35 minutes between checks.*

The December 29, 2015, Memorandum titled **Security Housing Unit Security/Welfare Checks,** states in part, *Effective immediately, PBSP SHU, Security /Welfare Checks utilizing Guard One shall temporarily be conducted only once per hour during First Watch (2200 hours to 0600 hours) not to exceed 60 minutes between checks.*

The February 19, 2016, Memorandum titled **Mitigation of Pod Door Noise During First Watch,** states in part, *Effective immediately, in an effort to mitigate this noise, staff will be directed to not fully open pod doors during First Watch hours, whenever feasible, thus minimizing the noise generated by the metal-on-metal contact. However, pod doors will be closed fully when staff are not in the pod.*

The Department has the obligation to provide a safe and secure environment for staff and inmates. The Warden also has the responsibility to establish and implement safety and security procedures for the safe operation of the Institution. The directions given in the memorandum are in the safety interest of the inmates in general and are specifically targeted to those held in isolation units.

A thorough review of this matter was conducted at the Second Level Review. The Security/Welfare Checks are designed to reduce inmate suicide. The Department has determined both the ASU Welfare Check and the Security/Custody Rounds will be combined into one Security/Welfare Check Procedure. Furthermore, the Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

The inmate's request for the security checks to stop immediately is **DENIED**, as the security/welfare checks have been implemented for inmate safety and institutional security. The inmate's request to keep the pod doors open during First Watch hours is **PARTIALLY GRANTED**, per the Memorandum dated February 19, 2016, staff are directed to not fully open a pod door in an effort to reduce noise. The inmate's request to have the Security/Welfare Checks conducted once per hour on Second and Third Watch is **DENIED**. Per OP 222 Security/Welfare Checks are to be completed twice per hour, not to exceed 35 minutes. The inmate's request to have the metal pipe replaced with a bar code scanner is **DENIED**. The First Watch PIPE does not omit an audible beep during use, only flashes a red light. The inmate is advised staff will make every effort to reduce the noise level. However, the inmate is also advised staff have no control over the noise created by mechanically controlled equipment. The impact of the Security/Welfare Checks procedure has been taken into consideration. However, the safety and security of the institution takes priority over all institutional programs and activities.

This appeal is **PARTIALLY GRANTED** at the Second Level Review.

MODIFICATION ORDER

No modification of this decision or action taken is required.

C. E. DUCART
Warden

RAM Date 3/16/16

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| PELICAN BAY STATE PRISON SECURITY HOUSING UNIT UNIT C-4 | PBSP | C-16-00360 | 11 / 18 |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded. **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| LEDESMA, JOSE | V87318 | C-4-115 | SHU |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): SECURITY CHECK WALKS (CELL)

**A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):** ON FEB. 3, 2016 APPELLANT FORWARDED A 22 REQUEST FORM (SEE ATTACHED) TO C-YARD SHU SGT. IN REGARD TO THE SECURITY CELL'S CHECK, BECAUSE SINCE THE END OF OCTOBER TILL THE PRESENT DAY APPELLANT HAS NOT BEEN ABLE TO GET A GOOD NIGHT

**B. Action requested (If you need more space, use Section B of the CDCR 602-A):** (1) TO STOP SECURITY CELL CHECKS IMMEDIATELY. (2) KEEP ALL POD DOORS OPEN DURING 1ST WATCH SECURITY CELL CHECKS SO NO EXTREME NOISE IS MADE & AWAKES PEOPLE IN POD. (3) 2ND & 3RD WATCH 1 HOUR CELL SECURITY CHECKS SO WE CAN

FEB 22 2016

**Supporting Documents:** Refer to CCR 3084.3.

☑ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

C.D.C.R 22 FORM (YELLOW COPY)
Copy of GA-22

☐ No, I have not attached any supporting documents. Reason: ______

Inmate/Parolee Signature: [signature] Date Submitted: 2-21-16

N/A ~~By placing my initials in this box, I waive my right to receive an interview.~~

STAFF USE ONLY

Pelican Bay State Prison
FEB 22 2016
Appeals Office

**C. First Level - Staff Use Only** Staff – Check One: Is CDCR 602-A Attached? ☑ Yes ☐ No

This appeal has been:
☒ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the First Level of Review.
Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

BYPASS

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: ______ Interview Location: ______
Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

Date received by AC: ______

AC Use Only
Date mailed/delivered to appellant ___/___/___

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

BYPASS

**Inmate/Parolee Signature:** ______ **Date Submitted :** ______

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☒ **Yes** ☐ **No**

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review

Assigned to: Appeals Title: ______ Date Assigned: 2/22/16 Date Due: 4/5/16

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: 3/8/16 Interview Location: NF

Your appeal issue is: ☐ Granted ☒ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: [signature] (Print Name) Title: CCII(A) Signature: [signature] Date completed : 3/21/16

Reviewer: D. BRADBURY (Print Name) Title: CDW Signature: [signature]

Date received by AC: MAR 23 2016

**AC Use Only**
**Date mailed/delivered to appellant** MAR 23 2016

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______
See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

IAB USE ONLY

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
~~UNIT C-4~~

Institution/Parole Region: PBSP Log #: C-16-00360 Category:

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded. WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| LEDESMA, JOSE | V87318 | C-4-115 | SHU |

Pelican Bay State Prison
FEB 2 2 2016
Appeals Office

STAFF USE ONLY

**A. Continuation of CDCR 602, Section A only (Explain your issue):** OF SLEEP!! APPELLANT HAS BEEN PATIENTLY AWAITING FOR CHANGE TO HAPPEN, BUT NOT EVEN WITH THE HOURLY WALK IN 1ST WATCH HAS IT WORKED. THE POD DOORS BEING OPEN & SHUTTING AS WELL AS C/O'S TAPPING THE TUBE'S ON WALL IS STILL ENOUGH NOICE TO AWAKEN APPELLANT. APPELLANT IS AWARE THAT SOME C/O'S DO NOT PURPOSEFULLY MAKE NOISE IN THEIR SECURITY CELL CHECKS IN 1ST WATCH, BUT SOME IS NOT ENOUGH BECAUSE THE REST DON'T TRY. NOW, APPELLANT TRYED TO RESOLVE THIS ISSUE BY 22 REQUEST FORM (SEE ATTACHED) BUT SINCE APPELLANT DID NOT GET A RESPONSE & BECAUSE APPELLANT IS FEELING THE EFFECT OF THIS SECURITY ~~CELL~~ CHECKS OF CONSTANT HEADACHES, TIREDNESS, LACK OF SLEEP & WITHOUT A DOUBT DETERIORATING PHYSICALLY & MENTALLY, APPELLANT NOW TURNS TO THIS APPEAL TO ALEVIATE THE MATTER. DURING 2ND & 3RD WATCH IT IS ALSO EXTREMELY AWKWARD WHEN ONE IS BATHING IN THE CELL & C/O'S DO THEIR SECURITY CELL CHECKS ESPECIALLY A FEMALE C/O'S. FEB 22 2016

Inmate/Parolee Signature: [signature] Date Submitted: 2·21·16

**B. Continuation of CDCR 602, Section B only (Action requested):** CAN GET SOME TYPE OF SLEEP, 30 MIN. IS NOT ENOUGH. (1) CHANGE THE METAL TUBE & METAL PIN ON WALL TO A BAR CODE & SCANNER SO NO NOISE IS MADE WHEN SECURITY CELL CHECKS ARE CONDUCTED. FEB 22 2016

Inmate/Parolee Signature: [signature] Date Submitted: 2·21·16

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL FORM ATTACHMENT
CDCR 602-A (REV. 03/12) Side 2

D. Continuation of CDCR 602, Section D only, (Dissatisfied with First Level response):

BYPASS

Inmate/Parolee Signature: Date Submitted:

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):

Inmate/Parolee Signature: Date Submitted:

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**

CDCR 22 (10/09)

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| PELICAN BAY STATE PRISON SECURITY HOUSING UNIT | | |
| HOUSING/BED NUMBER: / ASSIGNMENT: UNIT C-4 | HOURS FROM ____ TO ____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: [illegible] THE END OF OCTOBER TILL THE PRESENT DAY I HAVE NOT BEEN ABLE TO GET A GOOD NIGHT OF SLEEP BECAUSE OF THIS SECURITY CELL CHECKS. NOW I HAVE BEEN PATIENTLY AWAITING FOR CHANGE & EVEN WITH THE HOURLY WALK IN [illegible] STILL NOT WORKING. THE [illegible] THE WALL STILL AWAKES ME EVEN WITH EAR PLUGS. I ALSO [illegible] [illegible] [illegible]

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☐ SENT THROUGH MAIL: ADDRESSED TO:________________ DATE MAILED: ___/___/___

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| [illegible] | 2/2/[illegible] | | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| [illegible] | | |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | Pelican Bay State Prison FEB 2 2 20[illegible] |

Appeals Office

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 2/23/16 | I/m [illegible] V87318 | Inmate Appeals | |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER FROM | TO |
|---|---|---|---|---|
| C4 | 115 | | | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.): P352-C-16-00366

ASSIGNMENT HOURS FROM TO

**Clearly state your reason for requesting this interview.**

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

Your appeal is in process. In the meantime you are advised to contact Health Care Services regarding any health care issues. You are also advised to alert Floor Staff if you feel you need to speak with mental health. Thank You - N Bramucci AGPA

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

DATE

DISPOSITION

COPY

original sent to I/m 2/23/16

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION PELICAN BAY STATE PRISON

# APPEALS EFFECTIVE COMMUNICATION CONFIRMATION

| INMATE NAME | CDCR NUMBER | HOUSING | APPEAL LOG# | TABE Score |
|---|---|---|---|---|
| LEDESMA | V87318 | C4-115 | PBSP-C-16-00360 | 6.6 |

## A. DOES THE INMATE HAVE DISABILITIES OR COMMUNICATION ISSUES?

1. ☒ Reads and comprehends without assistance (asked inmate or confirmed by past records).
2. ☒ No disabilities or effective communication needs found after review of DECS & TABE/Learning Disability lists.

***STOP! IF ITEMS #1 AND #2 ARE BOTH CHECKED, GO TO SECTION B. SIGN AND DATE.***

3. ☐ Identified with a disability or effective communication need (**check all that apply**):

☐ TABE 4.0 or lower, or no score ☐ Hearing ☐ Learning disability
☐ Requires reading/comprehension assistance ☐ Vision ☐ Developmental disability
☐ Foreign language speaking ☐ Speech ☐ EOP ☐ CCCMS

## B. APPEAL INTERVIEW

**1. How was assistance provided? Check all that apply.**

☒ Simple English spoken slowly & clearly ☐ Inmate stated no need for EC assistance ☐ Large print material used
☐ Read documents to inmate ☐ Used text magnifier ☐ Lip reading
☐ Inmate was wearing hearing aid(s) ☐ Sign language interpreter used; Name:
☐ Written notes used (notes attached) ☐ Language interpreter used; Name:
☐ Other:

**2. How was effective communication achieved? Check all that apply.**

☒ Inmate reiterated in his own words, what was explained.
☒ Inmate provided appropriate, substantive responses to questions asked.
☒ Inmate asked appropriate questions regarding the information provided.
☐ Inmate did not appear to understand the communication, even though the primary method of communication was used.
☐ Other:

| R. MILLS, CCII(A) | [signature] | 3/8/16 |
|---|---|---|
| **Printed Name & Title** | **Signature** | **Date** |

***STOP! DO NOT FILL OUT SECTION C OR D UNLESS PROVIDING ASSISTANCE WITH COMPLETED RESPONSE AS DIRECTED BY THE APPEALS OFFICE***

## C. APPEAL RESPONSE - FIRST LEVEL

**1. How was assistance provided?**

☐ Effective communication assistance was provided as identified in Section B, #1 of this form.

**2. How was effective communication achieved?**

☐ Effective communication assistance was provided as identified in Section B, #2 of this form.

Additional Comments:

| | | |
|---|---|---|
| **Printed Name & Title** | **Signature** | **Date** |

## D. APPEAL RESPONSE - SECOND LEVEL

**1. How was assistance provided?**

☐ Effective communication assistance was provided as identified in Section B, #1 of this form.

**2. How was effective communication achieved?**

☐ Effective communication assistance was provided as identified in Section B, #2 of this form.

Additional Comments:

| | | |
|---|---|---|
| **Printed Name & Title** | **Signature** | **Date** |