# Exhibit R

Side 1

| IAB USE ONLY | Institution/Parole Region: CORCORAN | Log #: 14-4054 | Category: 9 |
|---|---|---|---|

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**

WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): SAAVEDRA, M | CDC Number: E07529 | Unit/Cell Number: 4B-4L-08 | Assignment: N/A |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

DEPRIVATION OF SLEEP BY STAFF.

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A): WHEN CONDUCTING "SECURITY CHECKS", THIS FACILITY HAS IMPLEMENTED A NEW PRACTICE AND POLICY OF BANGING ON OUR CELL DOORS (CONT. ON 602-A)

B. Action requested (If you need more space, use Section B of the CDCR 602-A): FOR SUCH PRACTICE AND POLICY TO CEASE — A VISUAL CHECK SHOULD SUFFICE.

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☑ No, I have not attached any supporting documents. Reason: N/A AT THIS STAGE.

Inmate/Parolee Signature: _____ Date Submitted: 6/24/14

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**
This appeal has been:
Staff – Check One: Is CDCR 602-A Attached? ☑ Yes ☐ No
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☑ Accepted at the First Level of Review.
Assigned to: HCO 4B  Title: ___ Date Assigned: JUL 31 2014  Date Due: SEP 12 2014

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: 9/15/14  Interview Location: 4B YARD CAGES
Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☑ Denied  ☐ Other: ___
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: Brown (Print Name)  Title: S/T  Signature: ___  Date completed: 9/15/14
Reviewer: ___ (Print Name)  Title: ___  Signature: ___
Date received by AC: ___

AC Use Only
Date mailed/delivered to appellant SEP 08 2014

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND
Side 2

Case 2:90-cv-00520-KJM-SCR   Document 6690-20   Filed 05/29/20   Page 3 of 8

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____
_____
_____

Date Submitted: _____

Inmate/Parolee Signature: _____ Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

**E. Second Level - Staff Use Only**

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.   Date: _____ Date: _____ Date: _____
☐ Rejected (See attached letter for instruction) Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
See attached letter. If dissatisfied with Second Level response, complete Section F below.

Date completed: _____
Interviewer: _____ Title: _____ Signature: _____
           (Print Name)
Reviewer: _____ Title: _____ Signature: _____
          (Print Name)

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant ___/___/___

**F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____
_____
_____
_____

Date Submitted: _____

Inmate/Parolee Signature: _____

**G. Third Level - Staff Use Only**

This appeal has been:                                         Date: _____ Date: _____ Date: _____ Date: _____
☐ Rejected (See attached letter for instruction) Date: _____
☐ Cancelled (See attached letter)   Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: _____
See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant ___/___/___

**Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because: State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CSP-CORCORAN | IH-4054 | 9 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.
WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): SAAVEDRA, M.
CDC Number: E07529
Unit/Cell Number: 4B-4L-08
Assignment: N/A

**A. Continuation of CDCR 602, Section A only (Explain your issue):** WITH A METAL PIPE EVERY 1/2 HOUR (CONTINUALLY - AROUND THE CLOCK) WHILE SHINING A FLASH LIGHT IN OUR EYES WHICH MAKES IT IMPOSSIBLE TO SLEEP (BEING WOKE UP BY THIS EVERY 1/2 HOUR); WHICH ULTIMATELY HAS AN ADVERSE EFFECT ON OUR MENTAL AND PHYSICAL HEALTH.

Inmate/Parolee Signature: [signature]
Date Submitted: 6/24/14

CSP-CORCORAN RECEIVED JUL 28 2014 INMATE APPEALS OFFICE

**B. Continuation of CDCR 602, Section B only (Action requested):** _____

Inmate/Parolee Signature: _____  Date Submitted: _____

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE/PAROLEE APPEAL FORM ATTACHMENT
Side 2
CDCR 602-A (08/09)

Case 2:90-cv-00520-KJM-SCR   Document 6690-20   Filed 05/29/20   Page 5 of 8

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): _____

_(blank lines)_

Inmate/Parolee Signature: _____   Date Submitted: _____

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _____

_(blank lines)_

Inmate/Parolee Signature: _____   Date Submitted: _____

State of California                                                                 Department of Corrections and Rehabilitation

# Memorandum

Date : August 30, 2014

To : Saavedra, E07529
4B4L-08
California State Prison-Corcoran

Subject : **APPEAL LOG # CSPC-6-14-04054**
**FIRST LEVEL RESPONSE**

This appeal was accepted as a group appeal therefore, you will be responsible for sharing the response with all participants documented on the attached CDCR 602, pursuant to the California Code of Regulations (CCR) Title 15, 3084, (h) (2).

**APPEAL ISSUE:** You contend California State Prison-Corcoran (CSP-COR) implemented a new monitoring system on the cell which requires staff to walk the tiers every thirty minutes making a loud beeping and banging sounds. You claim this is cruel and unusual punishment by not allowing you to sleep.

**ACTION REQUESTED:** You request for the secure checks to cease and for the department to go back to the old policy of visual inspections.

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education (TABE) list reveals you have a score above 4.0. Therefore, you do not require special accommodations to achieve effective communication.

**INTERVIEW:** On August 18, 2014, you were interviewed by Correctional Sergeant, E. Beam, regarding your appeal. You were afforded the opportunity to further explain your issue, and to provide any supporting evidence or documents.

**APPEAL RESPONSE:** Your appeal and the attachments have been reviewed.

An inquiry was completed into this matter at the First Level of Review. California Department of Corrections and Rehabilitations (CDCR) is continuing in its efforts to reduce inmate suicides therefore, staff will continue to complete Security/Welfare Checks, pursuant to the Memorandum dated May 9, 2014, signed by M.D. Stainer Director, Division of Adult Institutions (DAI). During First Watch staff will utilize a silent "Pipe," which will not omit an audible beep during use. Flashing a light in the cell is the most effective way to see into the cell. If you have not already done so, you are encouraged to complete a medical slip and turn it in to the unit Licensed Vocational Nurse (LVN) explaining any medical concerns you might have.

First Level Response
Saavedra, E07529
CSPC-6-14-04054
Page 2

**DECISION**: Based on the above information, your appeal is **Denied** at the First Level of Review.

E. Beam
Correctional Sergeant
California State Prison - Corcoran

R. CHAVEZ
Facility 4B, Captain
California State Prison - Corcoran

STATE OF CALIFORNIA  
**INMATE/PAROLEE GROUP APPEAL**  
CDCR 602-G (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION  
Page No. _____ of _____

IAB USE ONLY | Institution/Parole Region: CORCORAN | Log #: 14-4054 | Category: 9

**FOR STAFF USE ONLY**

This is a group appeal signature attachment sheet. Attach it to your group CDCR 602. You are to legibly print your name, number, assignment and housing, then sign and date the form. By signing, you are agreeing to the issue and action requested; and you acknowledge that this appeal counts towards the allowable number of appeals in the period in which it is filed.

**PRIMARY APPELLANT**  WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number | Assignment | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| SAAVEDRA, M. | E07529 | N/A | 4B-4L-08 | [signed] | 6/24/14 |

**A. Summarize the specific issue that you are appealing as identified in the attached CDCR 602:** DEPRIVATION OF SLEEP BY STAFF.

**B. Summarize the action requested:** CEASE SUCH PRACTICE / POLICY.

**NOTE:** I, the undersigned, agree that the facts presented in this appeal are true. I agree with the issue presented and I am requesting the action indicated. In the event the Primary Appellant transfers or elects to withdraw from the appeal, I understand that I may become the primary appellant for purposes of processing the group appeal.

| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| H95481 | THOMAS | N/A | 4B4L-10 | [signed] | 6/24/14 |
| J54577 | WILLIAMS | N/A | 4B4L-10 | [signed] | 6/24/14 |
| F44215 | PERALTA, R | N/A | 4B4L #9 | [signed] | 6-24-14 |
| T38707 | CONTRERAS, C | N/A | 4B4L #9 | [signed] | 6-24-14 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |