# Exhibit S

STATE OF CALIFORNIA  
DEPARTMENT OF CORRECTIONS AND REHABILITATION  
**INMATE/PAROLEE APPEAL**  
CDCR 602 (REV. 03/12)  Side 1

IAB USE ONLY  
CSP-

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| MORALES ARTURO | AN6424 | 4B3-L12 | |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):  
4B3-L12 YARD CAPTIAN ISSUE SECURITY CHECKS

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A):  
Im Submitting This complain due To THE noise Evry 30min Security CHECKS And I KNOW OFFICERS ARE doing THERE Job but is Efecting my sleep

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): I would Highly APPRICIATED IF SECURITY CHECKS ARE done EVRY houre instead of EVRY 30 min

**Supporting Documents:** Refer to CCR 3084.3.  
☐ Yes, I have attached supporting documents.  
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☑ No, I have not attached any supporting documents. Reason:

Inmate/Parolee Signature: _Arturo Morales_  Date Submitted: 6-19-14

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**   Staff – Check One: Is CDCR 602-A Attached? ☑ Yes ☐ No  
This appeal has been:  
☐ Bypassed at the First Level of Review. Go to Section E.  
☑ Rejected (See attached letter for instruction) Date: 6/24/14  Date: ___ Date: ___ Date: ___  
☐ Cancelled (See attached letter) Date: ___  
☑ Accepted at the First Level of Review.  
Assigned to: AW 4B  Title: ___  Date Assigned: JUN 2 4 2014  Date Due: AUG 0 6 2014

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.  
Date of Interview: 7.5.14  Interview Location: CELL FRONT  
Your appeal issue is: ☐ Granted  ☑ Granted in Part  ☐ Denied  ☐ Other: ___  
See attached letter. If dissatisfied with First Level response, complete Section D.  
Interviewer: C. MORROW (Print Name)  Title: SGT  Signature: ___  Date completed: 7.5.14  
Reviewer: ___ (Print Name)  Title: CAPTAIN  Signature: ___  
Date received by AC: JUN 2 3 2014

AC Use Only  
Date mailed/delivered to appellant: JUL 2 4 2014

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Inmate/Parolee Signature: _____　　Date Submitted: _____

E. Second Level - Staff Use Only　　　Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No

This appeal has been:
☐ Bypassed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter). Date: ____
☐ Accepted at the Second Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____　　Interview Location: _____

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____
(Print Name)

Reviewer: _____ Title: _____ Signature: _____
(Print Name)

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant ____/____/____

F. If you are dissatisfied with the Second Level response, explain reason below, attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: _____　　Date Submitted: _____

G. Third Level - Staff Use Only

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter). Date: ____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other

See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant: ____/____/____

H. Request to Withdraw Appeal: I request that this appeal be withdrawn from further review because: State reason (if withdrawal is conditional, list conditions).

Inmate/Parolee Signature: _____ Date: _____

Print Staff Name: _____ Title: _____ Signature: _____ Date: _____

DEPARTMENT OF CORRECTIONS AND REHABILITATION
STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category |
|---|---|---|---|
| | CSP-CORCORAN | 14-3983 | 9 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| MORALES ARTURO | #AN6424 | 4B3-L12 | |

A. Continuation of CDCR 602, Section A only (Explain your issue): Good Afternoon And Excuse me for the Iterruption of Your daily Activities The Reason I'm contacting You is For The Following Reasons As I Speak For my Self I'm Self command # As I Canot Speak For otheres in This Issues I understand The Security Checks Are done due To lots of People That Have Suicide Tendency or Have committid Suicide But For Those who dont like my self I Feel I'm Being Punish Torture like If I'm being disciplinary For Something I have no Acknowledge of I'm being Treated UNFARE Because I Cant sleep At Night To much noise Evry 30 min I WAKE up in A Cold Sweat I'm Troublesome by The loud noise It makes It difficult for me To get Rest And Relax I Feel Sanction in solitary I Have d To Find A way To deal with this Traumatic stress I HAVE NO way To buy A Radio or T.v with Headphone Because I cant Afford It like Evryone Els I Need A solution to This problem To Atleast minimize The noise Security Checks To be done Evry houre instead of 30 min to maintain my Sanity IF people feel Thay need A 30 min Security Checks need To be Evaluated by A Psychiatrist It would Be Highly Appriciated Thank you!

Inmate/Parolee Signature: *Arturo morales*   Date Submitted: 6-19-14

STAFF USE ONLY

B. Continuation of CDCR 602, Section B only (Action requested): _____

Inmate/Parolee Signature: _____   Date Submitted: _____

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):

Inmate/Parolee Signature: _____ Date Submitted: _____

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):

Inmate/Parolee Signature: _____ Date Submitted: _____

State of California                                                                 Department of Corrections and Rehabilitation

# Memorandum

Date : July 5, 2014

To : MORALES, AN-6462
4B3L-12L
California State Prison – Corcoran

Subject : **APPEAL LOG # CSPC-6-14-03983**
**FIRST LEVEL RESPONSE**

**APPEAL ISSUE:** You contend the noise every 30 minutes caused by the security checks is affecting your sleep.

You request the checks to be conducted every hour instead of every 30 minutees.

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level above a 4.0; therefore, you do not require special accommodation to achieve effective communication.

**INTERVIEW:** On July 5, 2014, you were interviewed by Correctional Sergeant C. Morrow, regarding your appeal. You were afforded the opportunity to further explain your issue, and to provide any supporting evidence or documents to which you had nothing further to add.

**APPEAL RESPONSE:** Your appeal, the attachments, and the California Code of Regulations (CCR), Title 15, have been reviewed.

An inquiry was completed into this matter at the First Level of Review. California Department of Corrections and Rehabilitation (CDCR) is continuing in its efforts to reduce inmate suicides therefore, staff will continue to complete the Guard 1 Security/Welfare Checks utilizing the Pipe; pursuant to Memorandum dated May 9, 2014, signed by M.D. Stainer, Director, Division of Adult Institutions (DAI) and Operational Procedure (OP) 226. However, during First Watch hours, staff will utilize a Pipe, which will not omit an audible beep during use.

**DECISION:** Based on the above information, your appeal is **Partially Granted** at the First Level of Review.

C. MORROW
Correctional Sergeant
California State Prison – Corcoran

R. CHAVEZ
Facility 4B Captain
California State Prison – Corcoran