# Exhibit T

STATE OF CALIFORNIA  
**INMATE/PAROLEE APPEAL**  
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CSP-CORCORAN | 14-4009 | |
| | FOR STAFF USE ONLY | | |

14-A-311-87L

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**   **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Caldwell, David | F-34117 | F-34117 | SHU |

**State briefly the subject of your appeal** (Example: damaged TV, job removal, etc.):
The loud excessive noise that is created by the new devices on the doors.

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): Since 15 June 2014 and continuing to date Unit 4A-2L staff, supervisory staff, up to and including the warden and contractors of the CDCR have commenced, implemented and sanctioned a plan to disrupt or prevent my sleep by improperly affixing a metallic sensor to the solid metal door of my cell, which staff forcefully strike every half hour, day and night.

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): 1) monetary compensation for the ongoing deprivation of my right to sleep be free from cruel and unusual punishment (sleep deprivation / excessive noise) under the 8th amendment of the constitution. 2) I demand that the metal sensor be removed from my door and that your staff cease and desist from striking it with a metal wand to create

**Supporting Documents: Refer to CCR 3084.3.**
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☒ No, I have not attached any supporting documents. Reason: Staff have personally told me to 602 these issues. 22 forms ect. will not suffice.

Inmate/Parolee Signature: David Caldwell     Date Submitted: 23 June 2014

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**    Staff – Check One: Is CDCR 602-A Attached? ☐ Yes ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date: ___
☒ Accepted at the First Level of Review.
   Assigned to: ___  Title: ___  Date Assigned: JUN 24 2014  Date Due: AUG 06 2014

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
   Date of Interview: July 2, 2014   Interview Location: 4A2 Small Management Yard
Your appeal issue is: ☐ Granted  ☐ Granted in Part  ☒ Denied  ☐ Other: ___
   See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: S. Leon   Title: SGT   Signature: ___   Date completed: 7/6/14
   (Print Name)
Reviewer: ___   Title: Capt.   Signature: ___
   (Print Name)
Date received by AC: 25 JUN 2014

AC Use Only  
Date mailed/delivered to appellant ___/___/___   JUL 09 2014

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)                                                                                                              Side 2

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date Submitted: _____

**E. Second Level - Staff Use Only**          Staff – Check One:  is CDCR 602-A Attached?  ☐ Yes   ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____   Interview Location: _____

Your appeal issue is: ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____ (Print Name)   Title: _____   Signature: _____   Date completed: _____

Reviewer: _____ (Print Name)   Title: _____   Signature: _____

Date received by AC: _____

| AC Use Only |
| Date mailed/delivered to appellant |
| ___/___/___ |

**F. If you are dissatisfied with the Second Level response**, explain reason below, attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

_____
_____
_____
_____
_____

Inmate/Parolee Signature: _____   Date Submitted: _____

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)   Date: _____
☐ Accepted at the Third Level of Review. Your appeal issue is: ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached Third Level response.

| Third Level Use Only |
| Date mailed/delivered to appellant |
| ___/___/___ |

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because: State reason. (If withdrawal is conditional, list conditions.)

_____
_____
_____

Inmate/Parolee Signature: _____   Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA  
INMATE/PAROLEE APPEAL FORM ATTACHMENT  
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CSP-CORCORAN | 14-4009 | 9 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.  
Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Caldwell, David | F-34117 | 4A-2L-29R | SHU |

A. Continuation of CDCR 602, Section A only (Explain your issue): with their metallic tipped wand. Sleep deprivation is torture. I intentionally use the word "torture". Excessive noise inflicts pain without penological justification and violates the 8th amendment. Toussaint vs McCarthy, 801 F.2d 1080, 1110 (9th Cir 1986); accord, Antonelli vs. Sheahan, 81 F.3d 1422, 1423 (7th Cir. 1996) (excessive noise occurred every night often interrupting or preventing plaintiffs sleep stated a constitutional claim). In Sinyard vs Ault, the court noted that "the effectiveness of sleep deprivation as a tool of torture has long been recognized." 982 F.Supp. at 648 (citing Reck vs. Pate, 367 U.S. 433, 81 S.Ct. 1541 (1961)) In Ashcraft vs. Tennessee, the united states Supreme court noted "It has been known since 1500 at least that the deprivation of sleep is the most effective torture..." 322 US 43 150 n.6, 64 S.ct. 421 (1944). Sleep deprivation causes: irritability, anxiety, depression and can lead to hallucinations and violence. It also prevents regeneration of neurons (a physical injury under the PLRA) within the cerebral cortex causing cognitive impairment affecting higher brain function creativity, logic, decision making, and the ability to read. Sleep deprivation also weaken the immune system by decreasing the production of proteins and by increasing the rate at which proteins are broken down. Proteins are used to regenerate neurons within the brain. Without them new synapses may not be formed, which limits the ability of a sleep deprived person to retain information. Sustained sleep deprivation also limits (decreases) the amount of growth hormone that a body produces. Sleep deprivation causes stress, high blood pressure and hypertension which increases the risk of stroke, heart attack and other adverse effects on the body.

Inmate/Parolee Signature: David Caldwell   Date Submitted: 23 June 2014

B. Continuation of CDCR 602, Section B only (Action requested): excessive noise and disrupt my sleep. I note you have an obvious alternative of which you are already aware. That alternative is to mount the sensor on the 6 inch thick concrete wall adjacent to the door as already done on all top tier cells. Concrete insulates the sound, especially if staff use less force in "striking" the sensor with the wand. Conversely, the solid cell doors on the lower tier had the sensors affixed to the door for no apparent reason other than to create excessive noise. 3) Such other + further relief as may be just and equitable in the premises. ie issue me a TV to block out noise and I will drop all further legal actions.

Inmate/Parolee Signature: David Caldwell   Date Submitted: 23 June 2014

STATE OF CALIFORNIA  
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**  
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side.

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** _____

_____

Inmate/Parolee Signature: _____   Date Submitted: _____

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):** _____

_____

Inmate/Parolee Signature: _____   Date Submitted: _____

State of California                                                                                                Department of Corrections and Rehabilitation

# Memorandum

Date  :  July 2, 2014

To    :  Caldwell F-34117
         Facility 4A2L-29
         California State Prison- Corcoran

Subject: **APPEAL LOG # CSPC-5-14-04009**
         **FORMAL LEVEL APPEAL RESPONSE**

**APPEAL ISSUE:** On June 23, 2014, you submitted an Inmate/Parolee Appeal Form CDC (602) regarding the loud excessive noise created by the new checks on the doors. The CSP-Corcoran Appeals Coordinator has categorized this appeal as Living Conditions Issue.

You allege on June 15, 2014, 4A2L Staff, Supervising Staff, the Warden and contractors of CDCR have commenced, implemented and sanctioned a plan to disrupt or prevent your sleep by improperly affixing a metal sensor to the solid metal door of your cell, which staff forcefully shakes every half hour, day and night with their metallic tipped wand causing you sleep deprivation.

**ACTION REQUESTED:** In your appeal, you are requesting monetary damages for the ongoing deprivation of your nights to be free from cruel and unusual punishment (sleep deprivation excessive noise) under the 8th amendment of the constitution, and you demand the metal sensor be removed from your door. Lastly you are requesting to be issued you a television to block out the noise and you will drop all further legal actions.

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level above 4.0, therefore, you do not require special accommodation to achieve effective communication.

**INTERVIEW:** On July 2, 2014, you were interviewed at the 4A2 Small Management Yard(SMY) by Sergeant S. Leon, regarding your appeal. You were afforded the opportunity to further explain your issue and to provide any supporting evidence or documents. However, you did not provide any additional information.

**APPEAL RESPONSE:** Your appeal, the California Code of Regulations (CCR) Title 15 and Operational Procedure 226 have been reviewed. Per Memorandum dated May 09, 2014, authored by M.D. Stainer, Director Division of Adult Institutions, the procedure to conduct Security/Welfare Checks twice an hour on all inmates housed in ASU, PSU, SHU and Condemned Housing Units have been implemented departmental wide. You have quoted cases, but you have not provided any supporting documents.

Caldwell F-34117
Facility 4A2L-29
CSPC-5-14-04009

You are requesting monetary damages for the ongoing sleep deprivation. **Denied.** To grant you monetary damages is not in the scope of my duties, and or do not have the authority to grant you monetary damages. You are demanding for the metal sensor be removed from your door. **Denied.** Security/Welfare checks will be conducted two (2) times per hour, 24 hours a day in an effort to reduce inmate suicide as instructed in the departmental policy and local operational procedures. You are requesting to be issued a television to block out the noise, and will drop all further legal actions. **Denied.** A television will not be issued to you for the purpose of a bargaining tool, and or manipulation.

**DECISION:** Your appeal is **DENIED** at the First Level of Review.

S. Leon
4A2-SHU Sergeant
California State Prison-Corcoran

C. Munoz
4A Facility Captain (A)
California State Prison-Corcoran