# Exhibit U

Case 2:90-cv-00520-KJM-SCR   Document 6690-23   Filed 05/29/20   Page 3 of 13

STATE OF CALIFORNIA  
**INMATE/PAROLEE APPEAL**  
CDCR 602 (REV. 03/12)  
DEPARTMENT OF CORRECTIONS AND REHABILITATION  
Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CSP-CORCORAN | 16-1763 | 9 |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): FEDERICO ADRIAN  
CDC Number: G20850  
Unit/Cell Number: 4A3R26  
Assignment:

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): CRUEL & UNUSUAL PUNISHMENT DEPARTMENT OF CORRECTIONS / CALIFORNIA

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): THE BILL OF RIGHTS: AMENDMENT VIII; EXCESSIVE BAIL OR FINES; CRUEL AND UNUSUAL PUNISHMENT EXCESSIVE BAIL OR FINES SHOULD NOT BE REQUIRED NOR EXCESSIVE FINES IMPOSED NOR CRUEL AND UNUSUAL PUNISHMENT INFLICTED SINCE 3/22/15 IVE BEEN SUBJECTED TO CRUEL

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A): I NEED CDCR TO STOP THERE CRUEL & UNUSUAL PUNISHMENT/SLEEP DEPRIVATION I HAVE BEEN UNDER DUE TO THERE 30 MINUTE COUNT POLICY AND FIX ALL THE SYMPTOMS I SUFFER FROM BEING PLACED UNDER THERE CRUEL & UNUSUAL PUNISHMENT.

MAR 24 2016

NSC 3/25/16

**Supporting Documents:** Refer to CCR 3084.3.  
☐ Yes, I have attached supporting documents.  
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

☐ No, I have not attached any supporting documents. Reason :

Inmate/Parolee Signature: Adrian Federico   Date Submitted: 3/23/16

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**   Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No  
This appeal has been:  
☐ Bypassed at the First Level of Review. Go to Section E.  
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___  
☐ Cancelled (See attached letter) Date: ___  
☒ Accepted at the First Level of Review.  
Assigned to: HW 4A   Title: ___   Date Assigned: APR 01 2016   Date Due: 5/13/16

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.  
Date of Interview: 4/9/16 & 4/19/16   Interview Location: PHONE ATTEMPTED/COMPLETED  
Your appeal issue is: ☐ Granted ☐ Granted in Part ☒ Denied ☐ Other: ___  
See attached letter. If dissatisfied with First Level response, complete Section D.  
Interviewer: V. JUAREZ   Title: Sgt.   Signature: ___   Date completed: ___  
Reviewer: ___   Title: ___   Signature: ___

Date received by AC: ___

AC Use Only  
Date mailed/delivered to appellant: APR 29 2016

STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL**

CDCR 602 (REV. 03/12) Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**E. Second Level - Staff Use Only** **Staff – Check One: Is CDCR 602-A Attached?** ☐ Yes ☐ No

This appeal has been:

☒ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: ______ Title: ______ Date Assigned: ______ Date Due: ______

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ______ Interview Location: ______

Your appeal issue is: ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: ______ (Print Name) Title: ______ Signature: ______ Date completed: ______

Reviewer: ______ (Print Name) Title: ______ Signature: ______

**AC Use Only**
**Date mailed/delivered to appellant** ___/___/___

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

**Inmate/Parolee Signature:** ______ **Date Submitted:** ______

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: ______ Date: ______ Date: ______ Date: ______ Date: ______
☐ Cancelled (See attached letter) Date: ______
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ______

See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** ___/___/___

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: ______ Date: ______

Print Staff Name: ______ Title: ______ Signature: ______ Date: ______

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A (08/09)

Side 1

IAB USE ONLY | Institution/Parole Region: CSP-CORCORAN | Log #: 16-1763 | Category: 9

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

**Appeal is subject to rejection if one row of text per line is exceeded.** **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| ADRIAN FEDERICO | #G20850 | 4A3R26 | |

**A. Continuation of CDCR 602, Section A only (Explain your issue) :**

AND UNUSUAL PUNISHMENT IN THE FORM OF SLEEP DEPRIVATION DUE TO CDCR's 30 MINUTE COUNT POLICY. IT IS MANDITORY FOR CORRECTIONAL OFFICERS TO DO 30 MINUTE WALKING COUNTS TO PROFORM THESE COUNTS THEY HAVE TO BANG THERE COUNTERS ON THE WALL TO ENSURE THERE COUNTS ARE COMPLEAT. THIS IS DONE EVERY 30 MINUTES A DAY 24 HOURS A DAY IT WAS NOT TAKEN INTO CONSIDERATION THESE COUNTS MAKE ALOT OF NOISE MAKING IT IMPOSSIBLE TO SLEEP LONGER THEN 30 MINUTES LET ALONE THROUGH OUT THE NIGHT. THIS WOULD BE SLEEP DEPRIVATION /CRUEL AND UNUSUAL PUNISHMENT BECAUSE OF THIS MY MIND AND BODY HAS DETERIORATING. MY PSYCHOLOGICAL STATE IS DETERIORATING TO THE POINT I HAD TO BE PLACED ON SUICIDE WATCH BECAUSE I WANTED TO KILL MYSELF TO STOP THE CRUEL AND UNUSUAL PUNISHMENT I HAVE HAD INFLICTED UPON ME. IM IN A CONSISTANT STATE OF CONFUSION UNABLE TO THINK STRAIT. MY BODY IS ALSO DETERIORATING I HAVE LOST ALL MUSCLE IN MY BODY, MY NECK & KNEES HAVE DISENTEGRATED AND CONSISTANTLY ACHE MY VISION IS BLURRY AND BECOMING WORSE. ALL OF THIS I SUFFER BECAUSE OF CDCR'S MANDITORY 30 MINUTE COUNT POLICY. I NEED CDCR TO STOP THERE ~~[illegible]~~ CRUEL AND UNUSUAL PUNISHMENT /SLEEP DEPRIVATION AND FIX THE SYMPTOMS I SUFFER PHYSICALLY AND MENTALLY DUE TO THERE ~~[illegible]~~ COUNT POLICY'S.

**Inmate/Parolee Signature:** Adrian Federico **Date Submitted:** 3/23/16

STAFF USE ONLY

MAR 24 2016

**B. Continuation of CDCR 602, Section B only (Action requested):**

**Inmate/Parolee Signature:** ____ **Date Submitted:** ____

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A (08/09)

**Side 2**

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

**Inmate/Parolee Signature:** **Date Submitted:**

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

**Inmate/Parolee Signature:** **Date Submitted:**

State of California Department of Corrections and Rehabilitation

# Memorandum

Date : April 18, 2016

To : Inmate: Federico, G20850
4A3R-26
CSP-Corcoran

Subject: **APPEAL LOG # CSPC-5-16-01763**
**FIRST LEVEL REVIEW**

The attached appeal has been referred to the hiring authority for consideration of processing as a staff complaint. Per Memo signed by the hiring authority dated 3/25/2016, the appeal does not meet the requirement for assignment as a staff complaint. The Appeal as has been categorized as a Living Conditions issue at the First Level.

**APPEAL ISSUE:** You contend the Guard 1 Checks are causing you sleep deprivation. The device used for Welfare Checks every 30 minutes causes you to lose sleep due to the contact of the device on the cell door.

**ACTION REQUESTED**: You request to have Guard 1 Checks stopped due to the 30 minute count policy which is causing you sleep deprivation.

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level of 4.0; therefore, you will not require special accommodation to achieve effective communication.

**INTERVIEW:** On April 9, 2016, Correctional Sergeant V. Juarez, attempted to conduct a phone interview with you regarding your appeal. According to the Psychiatric staff at Solano State Prison, where you are currently housed you were deemed unstable to be interviewed. However on April 18, 2016, at approximately 1605 hours, Sergeant V. Juarez conducted a phone interview with you. Senior Medical Technical Assistant S. Howard was present during the interview and served as a witness to the interview. On the date previously mentioned regarding this appeal you stated you had nothing further to add. The Interview was then concluded.

**APPEAL RESPONSE:** Your appeal and the attachments have been reviewed.

An inquiry was completed into this matter at the First Level of Review. California Department of Corrections and Rehabilitations (CDCR) is continuing its efforts to reduce inmate suicides therefore, staff will continue to complete the Guard 1 Security/Welfare Checks utilizing the Pipe II pursuant to the Memorandum dated May 9, 2014, signed by M.D. Stainer Director, Division of Adult Institutions (DAI) and Operational Procedure (OP) 226. However, during First Watch hours, staff will utilize a Pipe II which will not omit an audible beep during use. These policies have been created because of the department's belief in the sanctity of life and interest in the safety and welfare of all Inmates not for a punitive purpose.

**DECISION**: Considering the above information, your requested action is **Denied.** Per policy and procedures set forth by Operational Procedure 226, Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks.

V. JUAREZ
4A Program Sergeant
California State Prison-Corcoran

J. PEREZ
Associate Warden SHU
California State Prison-Corcoran

ATTACHMENT A (Rev. 9/08)

**EFFECTIVE COMMUNICATION DETERMINATION FOR FORMAL LEVEL CDC 602 INMATE/PAROLEE APPEAL**

Inmate FEDERICO CDC# G20850 Appeal Log# CSPC-5-16-01763

☐ Test of Adult Basic Education (TABE) above 4.0 (provide RGPL 4.0 / verify source if other than RGPL DECS )

☐ Test of Adult Basic Education (TABE) below 4.0 (provide RGPL _____)

☐ Learning Disability (LD)

☐ Non-English speaking

* All first level responses must indicate whether inmate does or does not require effective communication. If RGPL is 4.0 or below, first level responder must also identify how Effective Communication was established within response.

[signature]
Staff Signature

Sgt.
Title

4/8/16
Date

V. Juarez
Print Name

PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE