# Exhibit V

**37**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)                                                                                  DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | | | |
|---|---|---|---|
| | Institution/Parole Region | Log # | Category |
| | CSP-CORCORAN | | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.  See California Code of Regulations (CCR), Title 15, Section 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal.  If additional space is needed, _only_ one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process.  No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): SELSOR, JEFF | CDC Number: K-82840 | Unit/Cell Number: 4B-2L-37R | Assignment: |
|---|---|---|---|

**State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):**

LOUD KNOCKING ON DOORS EVERY 30 MIN. ON 2ND-WATCH /RETALIATION

**A.  Explain your issue (If you need more space, use Section A of the CDCR 602-A):** THIS IS A GROUP APPEAL TITLE 15's 3391 (a) SAYS EMPLOYEES ARE NOT TO USE "IRRESPONSIBLE/ UNETHICAL" CONDUCT. C/O's DOCANTO AND BRAZELTON DURING THEIR 30 MIN WALKS BANG LOUDLY ON DOOR WITH THEIR KEEPERS. THE DOOR BEING METAL

**B.  Action requested (If you need more space, use Section B of the CDCR 602-A):** 1) C/O DOCANTO. C/O BRAZEL- TON BE RE-ASSIGNED TO POSITIONS WHERE NOT ABLE TO HARRASS/RETALIATE/ ABUSE THEIR AUTHORITY NOR INFLUENCE OTHER C/O's TO CONTINUE THEIR HARRASSING BEHAVIOR 2) ALL C/O's STOP KNOCKING DOORS. IT'S UNNESSARY TO TOUCH

**Supporting Documents: Refer to CCR 3084.3.**

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

602-A          602-G

602-G

☐  No, I have not attached any supporting documents.  Reason : _____

_____

NSC 8/13/14

| Inmate/Parolee Signature: Jeff Selsor | Date Submitted: 8-3-14 |
|---|---|

☐ **By placing my initials in this box, I waive my right to receive an interview.**

**C.  First Level - Staff Use Only**                    Staff – Check One:  Is CDCR 602-A Attached?  ☒ Yes   ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☒ Accepted at the First Level of Review.

Assigned to: AWCS 4B          Title: _____   Date Assigned: AUG 13 2014   Date Due: SEP 25 2014

First Level Responder:  Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 9-7-14          Interview Location: 4B2L-37

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☒ Denied   ☐ Other: _____

See attached letter.  If dissatisfied with First Level response, complete Section D.

| Interviewer: T. Saunders (Print Name) | Title: Sgt | Signature: | Date completed: 9-7-14 |
|---|---|---|---|
| Reviewer: (Print Name) | Title: CAPTAIN | Signature: | |

Date received by AC: _____

| AC Use Only | |
|---|---|
| Date mailed/delivered to appellant | SEP 12 2014 |

STAFF USE ONLY
CSP-CORCORAN RECEIVED AUG 11 2014 INMATE APPEALS OFFICE
CSP-CORCORAN RECEIVED SEP 29 2014 INMATE APPEALS OFFICE

**D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.** If you need more space, use Section D of the CDCR 602-A.

DISSATISFIED W/ RESPONSE. METAL ON METAL CONTACT RESONATES A LOUD
& DISTURBING NOISE, REGARDLESS OF THE ELECTRONIC "BEEP" BEING TURNED
OFF. KNOCKING OUR DOOR 48X'S A DAY IS COMPLETELY CONTRARY TO OUR
"WELFARE" SINCE ITS INTRUSIVE & OBNOXIOUS. THIS POLICY MUST BE
MODIFIED OR CURTAILED. AND IT SHOULD NOT BE USED AS A WAY
TO MESS W/US, RETALIATE.

Inmate/Parolee Signature: _Jeff Selser_    Date Submitted: 9-21-14

---

**E. Second Level - Staff Use Only**    Staff – Check One: Is CDCR 602-A Attached? ☑Yes  ☐No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter)
☑ Accepted at the Second Level of Review

Assigned to: HWYB    Title: ____    Date Assigned: 2 9 SEP 2014    Date Due: 11/10/14

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: N/A    Interview Location: N/A

Your appeal issue is: ☐ Granted  ☑ Granted in Part  ☐ Denied  ☐ Other
See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: N/A    Title: ____    Signature: N/A    Date completed: ____
Reviewer: F. LASOUER    Title: CDW    Signature: _____

Date received by AC: ____

AC Use Only
Date mailed/delivered to appellant: OCT 2 0 2014

---

**F. If you are dissatisfied with the Second Level response, explain reason below, attach supporting documents and submit by mail for Third Level Review.** It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: ____    Date Submitted: ____

---

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter)    Date: ____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: ____
See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant: ____

---

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because: State reason. If withdrawal is conditional, list conditions:

Inmate/Parolee Signature: ____    Date: ____
Print Staff Name: ____    Title: ____    Signature: ____    Date: ____

DEPARTMENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)                                                                                                    Side 1



| IAB USE ONLY | Institution/Parole Region: | Log #: | Category |
|---|---|---|---|
| **CSP-CORCORAN** | | 14-5398 | 7 |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.                    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| SELSOR, JEFF | K-82840 | 4B-2L-37R | |

**A.  Continuation of CDCR 602, Section A only (Explain your issue):** MAKE A LOUD "BANG" NOISE.
VERBAL ATTEMPTS TO GET BOTH C/O's TO STOP BANGING ON DOORS HAVE
GONE IGNORED: (IT HAS BECOME IMPLICIT THAT THE BANGING ON DOORS,
SEARCHING OF CELLS, TARGETING WITH "RANDOM" DRUG TESTS, HARRASSING
BEHAVIOR ARE IN RETALIATION FOR 602's PLACED ON THEM FOR UN-
PROFESSIONAL BEHAVIOR/HARRASSMENT. TITLE 15 3084.1 (d) STATES THAT NO
REPRISALS SHALL BE TAKEN FOR FILING AN APPEAL.
    BOTH C/O's ARE IN VIOLATION OF THE SUB SECTION CITED, AND ARE
SHOWING UNETHICAL BEHAVIOR BY RESORTING TO RETALIATION, FURTHER
HARRASSMENT BY ALL MEANS AT THEIR DISPOSAL.
    C/O GUIZAR 2ND-WATCH IS TO BE ENCLUDED IN THIS GRIEVANCE
AS WELL.

*[Stamp: CSP-CORCORAN RECEIVED AUG 11 2014 INMATE APPEALS OFFICE]*
*[Stamp: CSP-CORCORAN RECEIVED SEP 29 2014 INMATE APPEALS OFFICE]*
*[Stamp: NSC 8/10/14]*

Inmate/Parolee Signature: *[signature]*                    Date Submitted: 8-3-14

**B.  Continuation of CDCR 602, Section B only (Action requested):** THEM. C/O GUIZAR, ON 2ND-WATCH IS TO
BE INCLUDED IN THIS GRIEVANCE AS WELL.

Inmate/Parolee Signature: *[signature]*                    Date Submitted: 8-3-14

Inmate/Parolee Signature:                                    Date Submitted:

F.  Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):

Inmate/Parolee Signature:                                    Date Submitted:

D.  Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):

CDCR 602-A (08/09)

INMATE/PAROLEE APPEAL FORM ATTACHMENT

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA
**INMATE/PAROLEE GROUP APPEAL**
CDCR 602-G (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page No. _____ of _____

| | IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|---|
| | | *FOR STAFF USE ONLY* | | |

This is a group appeal signature attachment sheet. Attach it to your group CDCR 602. You are to legibly print your name, number, assignment and housing, then sign and date the form. By signing, you are agreeing to the issue and action requested; and you acknowledge that this appeal counts towards the allowable number of appeals in the period in which it is filed.

**PRIMARY APPELLANT**                                                 WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Assignment: | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| SELSOR, JEFF | K-82840 | | 4B-2L-37ᴿ | Jeff Selsor | 8-3-14 |

**A. Summarize the specific issue that you are appealing as identified in the attached CDCR 602:**

loud knocking on doors every 30 min on 2nd watch / Retaliation

**B. Summarize the action requested:**

S/O5 DOCA and D BRAZELTON BE RE-ASSIGNED

**NOTE:** I, the undersigned, agree that the facts presented in this appeal are true. I agree with the issue presented and I am requesting the action indicated. In the event the Primary Appellant transfers or elects to withdraw from the appeal, I understand that I may become the primary appellant for purposes of processing the group appeal.

| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| F-37796 | Head, Stanley | SHU | 4B-2L-26 | Stanley Head | 8-3-14 |
| AP3673 | Mario Madrid | SHU | 4B2L7 | | 8-3-14 |
| AP-1033 | W. Miles | SHU | 4/33R-8B | W. Miles | 8/3/14 |
| V-91431 | Daniel Barragan | SHU | 4B2L-33 | Daniel Barragan | 8-3-14 |
| F-53364 | Chris Mosqueda | SHU | 4B2L#22 | Chris Mosqueda | 3-3-14 |
| V-92856 | Michael Baca | SHU | 4B2#22 | | 3-3-14 |
| J09493 | Eddie Ramirez | SHU | 4B2L 21 | Eddie Ramy | 3-3-14 |
| E3721-3 | ESTEBAN MALDONADO | SHU | 4B2L-3 | Esteban Maldonado | 3-3-14 |
| T-5600 | Jimmy Gomez | shu | 4B2L3 | | 3-3-14 |
| F31738 | Byron Terraza | S.H.U | 4B-2L-24 | | 3-3-2014 |
| T-84677 | Perez, Alfredo | Shu | 4B2L#24 | Perez Alfredo | 8-3-14 |
| T-66596 | Nieto, Guy | SHU | 4B2L-26 | Guy Nieto | 8-3-14 |



STATE OF CALIFORNIA
**INMATE/PAROLEE GROUP APPEAL**
CDCR 602-G (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page No. _____ of _____

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | | *FOR STAFF USE ONLY* | |

This is a group appeal signature attachment sheet. Attach it to your group CDCR 602. You are to legibly print your name, number, assignment and housing, then sign and date the form. By signing, you are agreeing to the issue and action requested; and you acknowledge that this appeal counts towards the allowable number of appeals in the period in which it is filed.

**PRIMARY APPELLANT**                               WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Assignment: | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| SELSOR, JEFF | K-82840 | | 4B-2L-37ᴿ | *Jeff Selsor* | 8-3-14 |

**A. Summarize the specific issue that you are appealing as identified in the attached CDCR 602:**

1800 Knocking on Doors Every 30 Min on 2nd Watch / Retaliation

**B. Summarize the action requested:**

C/o Dacanto / Brazelton be re assigned

**NOTE:** I, the undersigned, agree that the facts presented in this appeal are true. I agree with the issue presented and I am requesting the action indicated. In the event the Primary Appellant transfers or elects to withdraw from the appeal, I understand that I may become the primary appellant for purposes of processing the group appeal.

| CDC Number | Name | Assignment | Unit/Cell # | Signature | Date |
|---|---|---|---|---|---|
| F11198 | Murillo | SHU | 4B-2L-29 | *Murillo* | 8-3-14 |
| AC-0590 | Bell | SHU | 4B-2L-28 | *Bell* | 8-4-14 |
| AG9329 | Hastings K | SHU | 4B-2L-28 | *K Hastings* | 8-4-14 |
| AD6953 | Koontz M | SHU | 4B-2L-29 | *M Koontz* | 8-4-14 |
| P-62584 | Huerta. E | | 4B-2L-30 | *E Huerta* | 8-4-14 |
| | | Assignment | Unit/Cell # | Signature | Date |
| | | Assignment | Unit/Cell # | Signature | Date |
| | | Assignment | Unit/Cell # | Signature | Date |
| | | Assignment | Unit/Cell # | Signature | Date |
| | | Assignment | Unit/Cell # | Signature | Date |
| | | Assignment | Unit/Cell # | Signature | Date |

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
**CALIFORNIA STATE PRISON - CORCORAN**
P.O. Box 8800
Corcoran, CA 93212



October 5, 2014

Inmate SELSOR, K-82840
Re:    **SECOND LEVEL APPEAL RESPONSE**
         Log # CSPC-6-14-05248
         Issue: LIVING CONDITIONS

**DECISION: Partially Granted**

The attached appeal has been referred to the Hiring Authority for consideration as a staff complaint. On August 12, 2014, the Hiring Authority determined the appeal does not meet the requirement for assignment as a staff complaint. The appeal has been categorized as a living conditions issue.

This appeal was accepted as a group appeal therefore, you will be responsible for sharing the response with all participants documented on the attached CDCR 602, pursuant to the California Code of Regulations (CCR) Title 15, 3084, (h) (2).

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level above 4.0; therefore, you do not require special accommodations to achieve effective communication.

**PROBLEM DESCRIPTION:** You contend Officers M. DoCanto and T. Brazelton bang on the cell doors while completing the 30 minute welfare/security checks. You claim they bang on the cell door with the beepers (Pipe) which makes a loud noise. You claim you had verbally asked these officers to stop banging on the cell doors but they continue to do so. You claim they are doing this because you had previously filed an Inmate/Parolee Appeal CDCR 602 regarding unprofessional behavior.

**ACTION REQUESTED:** You request Officers DoCanto and Brazelton be reassigned to different positions. You further request all officers stop knocking on the cell doors as it is unnecessary to do so.

**APPEAL RESPONSE:** On September 7, 2014, you were interviewed by Correctional Sergeant T. Sanders at the First Level Review (FLR). The first level appeal and attachments were reviewed. It was determined staff afforded you with an appropriate response at the FLR. It is noted you are dissatisfied with the FLR.

An inquiry was completed into this matter at the Second Level of Review. California Department of Corrections and Rehabilitation (CDCR) is continuing in its efforts to reduce inmate suicides, therefore staff will continue to complete the Guard 1 Security/Welfare Checks utilizing the "Pipe," pursuant to the Memorandum dated May 9, 2014, signed by M.D. Stainer Director, Division of Adult Institutions (DAI). Because of the metal on metal contact made when using the pipe, there is unfortunately an inherent and unavoidable noise associated when using the Guard 1 device. Staff is within policy when completing the Security/Welfare Checks.

Second Level Appeal Response
SELSOR, K82840
CSPC-6-14-05248
Page 2

Your appeal, the attachments, the CCR, Title 15, Operational Procedure 226 (OP 226) has been reviewed. The First Level response dated September 7, 2014, has been determined to be appropriate. Therefore, your appeal has been **Partially Granted** at the Second Level of Review. During First Watch staff will utilize a silent "Pipe," which will not omit an audible beep during use.

**DECISION: Partially Granted**

F. VASQUEZ
Chief Deputy Warden – Operations
California State Prison – Corcoran
cc: Central File
Appeal File