# Exhibit W

| STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS AND REHABILITATION |
|---|---|
| **INMATE/PAROLEE APPEAL** | |
| CDCR 602 (REV. 03/12) | Side 1 |

IAB USE ONLY

CSP-C

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| Gonzalez, Michael | AB-2524 | 4B-22-45 | 4B SHU |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.): LIVING CONDITIONS

**A. Explain your issue** (If you need more space, use Section A of the CDCR 602-A): ON 06-15-14 CDCR STARTED CONDUCTING SECURITY CHECKS EVERY 30 MIN. IN WHICH C/O HOWARD IS BANGING A METAL OBJECT AGAINST MY METAL DOOR, WAKING ME UP EVERYTIME IS DONE. IN DOING SO, I'M BEING DEPRIVED OF

**B. Action requested** (If you need more space, use Section B of the CDCR 602-A):
1) THAT C/O HOWARD BE REMOVED FROM CONDUCTING SECURITY CHECKS.
2) THAT SECURITY BOTTONS BE REMOVED FROM DOORS AND PLACED ON PIPE CHASE/WALL.
3) THAT I BE ALLOWED TO SLEEP, WITHOUT BEING WOKEN UP.

**Supporting Documents:** Refer to CCR 3084.3.
☒ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono): 602-A

☐ No, I have not attached any supporting documents. Reason:

Inmate/Parolee Signature: Michael Gonzalez    Date Submitted: 06-24-14

☐ By placing my initials in this box, I waive my right to receive an interview.

RECEIVED SEP - 2 2014 CSP-CORCORAN INMATE APPEALS OFFICE

---

**C. First Level - Staff Use Only**    Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: ___ Date: ___ Date: ___ Date: ___
☐ Cancelled (See attached letter) Date:
☒ Accepted at the First Level of Review.
Assigned to: AW 4B    Title: ___    Date Assigned: JUN 2 5 2014    Date Due: AUG 0 7 2014

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: 7/8/14    Interview Location: 4B22-45 CELL FRONT
Your appeal issue is: ☐ Granted ☒ Granted in Part ☐ Denied ☐ Other: ___
See attached letter. If dissatisfied with First Level response, complete Section D.
Interviewer: T. AMAYA (Print Name)    Title: SGT    Signature: ___    Date completed: 7/8/14
Reviewer: MUNOZ (Print Name)    Title: CAPTAIN    Signature: ___
Date received by AC: JUN 24 2014

JUN 25 2014

AC Use Only
Date mailed/delivered to appellant 8/7/14

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D. If you are dissatisfied with the First Level response,** explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

Dissatisfied: (1) I Was Never Interviewed By Sergeant Amaya Or Any Other Sgt. This Report Is Falsified, I Asked That It Be Removed. (2) The Bedpile Is Not What Keeps Me Up Its The Banging Of Metal On Metal.

Inmate/Parolee Signature: [signature] Date Submitted: 8-24-14

**E. Second Level - Staff Use Only** Staff – Check One: Is CDCR 602-A Attached? ☒ Yes ☐ No

This appeal has been:

☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: Date: Date: Date:
☐ Cancelled (See attached letter):
☒ Accepted at the Second Level of Review

Assigned to: CAW 46 Title: Date Assigned: SEP 0 3 2014 Date Due: OCT 1 5 2014

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: N/A Interview Location: N/A

Your appeal issue is: ☐ Granted ☐ Granted in Part ☒ Denied ☐ Other:

☐ See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: N/A Title: N/A Signature: N/A Date completed: N/A

Reviewer: M. SEXTON Title: CDW (A) Signature: [signature]

Date received by AC:

AC Use Only
Date mailed/delivered to appellant OCT 1 3 2014

**F. If you are dissatisfied with the Second Level response,** explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: Date Submitted:

INMATE APPEALS OFFICE 2014 RECEIVED CSP CORCORAN

**G. Third Level - Staff Use Only**

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: Date: Date: Date:
☐ Cancelled (See attached letter) Date:
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other:

☐ See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant / /

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: Date:

Print Staff Name: Title: Signature: Date:

DEPARTMENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

Side 1

| IAB USE ONLY | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| | CSP-CORCORAN | H-4007 | 2 |

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.
Appeal is subject to rejection if one row of text per line is exceeded.   WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

Name (Last, First): Gonzalez Michael
CDC Number: AB-2524
Unit/Cell Number: 4B-2L #45
Assignment: 4B SHU

**A. Continuation of CDCR 602, Section A only (Explain your issue):** "Basic Human Needs" (Sleep) This is Causing Me Headaches Thru Out The Day... This Is A Clear Violation Of My 8th Amendment Prohibition Of ~~~~ Cruel And Unusal Punishment. I Ask That This Appeal Be Expedite So I May Exhaust This 602 Process...

[CSP-CORCORAN RECEIVED SEP -2 2014 INMATE APPEALS OFFICE stamp]

Inmate/Parolee Signature: Michael Gonzalez     Date Submitted: 06-24-14

**B. Continuation of CDCR 602, Section B only (Action requested):** _____

Inmate/Parolee Signature: _____   Date Submitted: _____

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL FORM ATTACHMENT**

CDCR 602-A (08/09)

Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):**

**Inmate/Parolee Signature:** **Date Submitted:**

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

**Inmate/Parolee Signature:** **Date Submitted:**

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                     EDMUND G. BROWN JR., GOVERNOR

DIVISION OF ADULT INSTITUTIONS

**CALIFORNIA STATE PRISON - CORCORAN**
P.O. Box 8800
Corcoran, CA  93212



**SEPTEMBER 6, 2014**

Inmate GONZALEZ, AB2524
Re:   **SECOND LEVEL APPEAL RESPONSE**
        Log # CSPC-6-14-04067
        Issue: LIVING CONDITIONS

**DECISION: Denied**

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level of 7.7; therefore, you do not require special accommodations to achieve effective communication.

**PROBLEM DESCRIPTION:** You contend California State Prison-Corcoran (CSP-COR) Officials are depriving you of sleep. You state CSP-COR is completing Welfare Checks at the cell door every thirty minutes. You also state these checks consist of an Officer banging a metal object on the cell door creating a loud noise keeping you awake at night which is in violation of your 8th Amendment right (cruel and unusual punishment).

**ACTION REQUESTED:** You request for the officers stop banging the metal object (pipe) on your door and the security button be removed from your door.

**APPEAL RESPONSE:** You were interviewed by Sergeant J. Amaya, at the First Level Review (FLR) on July 8, 2014. The appeal and attachments were reviewed. Your appeal was reviewed and it was determined staff afforded you with an appropriate response at the FLR. It is noted you are dissatisfied with the FLR.

An inquiry was completed into this matter at the Second Level of Review. California Department of Corrections and Rehabilitation (CDCR) is continuing in its efforts to reduce inmate suicides, therefore staff will continue to complete the Guard 1 Security/Welfare Checks utilizing the "Pipe," pursuant to the Memorandum dated May 9, 2014, signed by M.D. Stainer Director, Division of Adult Institutions (DAI). Because of the metal on metal contact made when using the pipe, there is unfortunately an inherent and unavoidable noise associated when using the Guard 1 device.

Your appeal, the attachments, the CCR, Title 15, and Operational Procedure 226 (OP 226) have been reviewed. Therefore, your appeal has been **Denied** at the Second Level of Review.

**DECISION: Denied**

*[signature]*

F. VÁSQUEZ
Chief Deputy Warden – Operations
California State Prison – Corcoran

State of California                                            Department of Corrections and Rehabilitation

# Memorandum

Date     :   July 8, 2014

To       :   GONZALEZ, AB-2524
             4B2L-45L
             California State Prison – Corcoran

Subject  :   **APPEAL LOG # CSPC-6-14-04067**
             **FIRST LEVEL RESPONSE**

**APPEAL ISSUE:** You contend California State Prison – Corcoran (CSP-COR) implemented a new monitoring system on the cell which requires staff to walk the tiers every thirty minutes making a loud beeping and banging sounds. You claim this is cruel and unusual punishment by not allowing you to sleep.

You request Correctional Officer Howard to be removed from conducting the security checks, the security button to be removed and reinstalled on a wall or on the plumbing chase door and to allow you to sleep without waking up frequently.

**EFFECTIVE COMMUNICATION:** A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level above a 4.0; therefore, you do not require special accommodation to achieve effective communication.

**INTERVIEW:** On July 8, 2014, you were interviewed by Correctional Sergeant J. Amaya, regarding your appeal. You were afforded the opportunity to further explain your issue, and to provide any supporting evidence or documents. You stated as a suggestion to possibly place a rubber piece around the metal button to prevent the pipe from making contact with the door.

**APPEAL RESPONSE:** Your appeal, the attachments, and the California Code of Regulations (CCR), Title 15 have been reviewed.

An inquiry was completed into this matter at the First Level of Review. California Department of Corrections and Rehabilitations (CDCR) is continuing in its efforts to reduce inmate suicides therefore, staff will continue to complete Security/Welfare Checks utilizing the Pipe pursuant to the Memorandum dated May 9, 2014, signed by M.D. Stainer, Director, Division of Adult Institutions (DAI).

**DECISION:** Based on the above information, your appeal is **Partially Granted** at the First Level of Review. During First Watch hours, staff will utilize a Pipe which will not omit an audible beep during use.


J. AMAYA                                  R. CHAVEZ
Correctional Sergeant                     Facility 4B Captain
California State Prison – Corcoran        California State Prison – Corcoran