# Exhibit X

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | CSP-CORCORAN | 16-818 | 9 |
| | | FOR STAFF USE ONLY | |

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

**Appeal is subject to rejection if one row of text per line is exceeded.**      **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| ALLEN RODZINSKI | F76592 | 4B4R/45 | SHU |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

SLEEP DEPRIVATION/ DELIBRATE INDIFFERENCE.

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):
THE CORRECTIONAL ADMINSTRATIVE SUPERVISORS
ARE IMPLIMENTING RECKLESS UNCONSTITUTIONAL
BEHAVIOR ON INMATES WITH RAMDON SECURITY CHECKS

B. Action requested (If you need more space, use Section B of the CDCR 602-A):
THE INTERNAL INVESTIGATION OF THE PRACTICE OF
ENFORCEING THE 1ST WATCH STATUS PROGRAM ON
A 24 HOUR A DAY KNOCKING A STEEL ROD ON THE

**Supporting Documents: Refer to CCR 3084.3.**

☒ Yes, I have attached supporting documents.

List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):
22 FORMS TO WARDEN          INMAT/PAROLEE APPEAL
AND CDW WARDEN .           FORM ATTACHMENT.

☐ No, I have not attached any supporting documents. Reason : _____

Inmate/Parolee Signature: _Allen_      Date Submitted: 2·11·16

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**      Staff – Check One: Is CDCR 602-A Attached? ☒ Yes  ☐ No

This appeal has been:
☐ Bypassed at the First Level of Review. Go to Section E.
☐ Rejected (See attached letter for instruction) Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter) Date: _____
☒ Accepted at the First Level of Review.

Assigned to: _TW 4B_      Title: _____      Date Assigned: FEB 16 2016      Date Due: 3/29/16

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: 2/22/16      Interview Location: 4B4R

Your appeal issue is: ☐ Granted  ☒ Granted in Part  ☐ Denied  ☐ Other:

See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _J. BRIAN PEREZ_      Title: _SGT_      Signature: _____      Date completed: 2/22/16

Reviewer: _____ (Print Name)      Title: _AW_      Signature: _____

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant MAR 28 2016

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 03/12)
**Side 2**

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

WOULD LIKE EXPERT MEDICAL NURSES, PHYSICIANS ASSISTANTS OR MEDICAL TECHNICAL ASSISTANTS, UNDER FED. R. EV. RULE 706. (GREASON V. KEMP 891 F.2d 829, 839 (11th CIR 1990) AS THE CDC OFFICIERS OR UNTRAIN PERSONNEL, LANGLEY V. COUGHLIN 715 F. SUPP AT 540, TO DETERMINE MENTAL ILLNESS.

Inmate/Parolee Signature: [signature] 3.31.16 Date Submitted: 3-30-16

**E. Second Level - Staff Use Only** Staff – Check One: Is CDCR 602-A Attached? ☑ Yes ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter)
☑ Accepted at the Second Level of Review.

Assigned to: AW 413 Title: ____ Date Assigned: APR 05 2016 Date Due: 5/16/16

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: N/A Interview Location: N/A

Your appeal issue is: ☐ Granted ☐ Granted in Part ☑ Denied ☐ Other: ____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: N/A (Print Name) Title: N/A Signature: N/A Date completed: 5-13-16

Reviewer: P. Vera (Print Name) Title: (CDW B) Signature: P. Vera

Date received by AC: ____

Date mailed/delivered to appellant: MAY 16, 2016

**F. If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

Inmate/Parolee Signature: ____ Date Submitted: ____

**G. Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: ____ Date: ____ Date: ____ Date: ____ Date: ____
☐ Cancelled (See attached letter) Date: ____
☐ Accepted at the Third Level of Review. Your appeal issue is ☐ Granted ☐ Granted in Part ☐ Denied ☐ Other: ____
See attached Third Level response.

**Third Level Use Only**
**Date mailed/delivered to appellant** __/__/__

**H. Request to Withdraw Appeal:** I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: ____ Date: ____

Print Staff Name: ____ Title: ____ Signature: ____ Date: ____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region | Log #: | Category: |
|---|---|---|---|
| **CSP-CORCORAN** | | 16-818 | 9 |
| | | FOR STAFF USE ONLY | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): ALLEN RODZINSKI | CDC Number: F76592 | Unit/Cell Number: 4B 4R / 45 | Assignment: SHU |
|---|---|---|---|

**A. Continuation of CDCR 602, Section A only (Explain your issue):** EVERY 20 TO 30
MINUTES 24 HOUR A DAY FORCEING LOWER SUBOR-
INATE STAFF TO CONTINUE TO HAMMER A STEEL METAL
ROD AGAINST A STEEL METAL DOOR THAT IS ATTACH
TO THE INMATES DOOR. (8ᵗʰ AMENDMENT.)
WHICH CAUSES SLEEP DEPRIVATION BY BEING AWAKEN
NUMEROUS TIMES NIGHT AND DAY. REST IS MEDICALLY
AND ESSENTIAL PART ON MEDICAL HEALTH, A CRITICAL
BRAIN COMPONENT THAT CONTRIBUTES TO MENTAL
AWARENESS. AS WITH THE CONDITION OF CONFINEMENT OF
A 24 HOUR SECURITY HOUSEING UNIT THAT CAN CAUSE
ATYPICAL HARDSHIP AND DEPRESSION (4ᵗʰ AMENDMENT)
THESE PRACTICES ARE CRUEL AND UNUSUAL PUNISHMENT
WITH DELIBRERATE INDIFFERENCES INTENTIONALLY
ENFORCED BY STAFF IN THE PERFORMANCES AS A
STATUTORY DUTY THAT INJURIOUS TO PRISON CON-
DITION. INMATE HAVE CONSULTED STAFF ADMINSTR-
ATORS, NURESE, DOCTORS, AND PSYCH TECHNICANS
WITH NEGITIVE RESULTS (4ᵗʰ AMENDMENT.)

Inmate/Parolee Signature: *Allen*    Date Submitted: 2·11·16

**B. Continuation of CDCR 602, Section B only (Action requested):** DOOR EVERY 20 TO 30 MINUTES.
TO DETERMINE THE MENTAL AFFECTS THAT IT CAUSEING ON THE
HUMAN BRAIN ALONE WITH THE 24 HOUR SECURITY HOUSEING UNIT
RAMDOM SLEEP DEPRIVATION CHECKS. TO BE NEGOCIATE WITH INMATES
UNDER DIFFERENT CIRCUMSTANCES THAT CAN PROTECT THE INMATE RIGHT
TO NORMAL SLEEPING HABITS WITHOUT AYTYPICAL HARDSHIP AND STRESSFUL
DEPRESSION THAT CAN CAUSE MENTAL INSTABILITY ON THE HUMAN
BRAIN. (FRAMER V. BRENNAN 114 S. CT (1978) WILSON. V. SEITER.
THE CDC) CORCORAN ADMINSTRATION ALSO CONSIDER INJUNCTIVE AND
PUNITIVE DAMAGES AS WELL AS MEDICAL EVALUATION BY CERTIFIED
DOCTORS TO DETERMINE WAYS TO COMPENSATE INMATES WHO HAVE
BEEN AFFECTIVE BY THE INTENTIAL ENFORCED NEW POLICY.

Inmate/Parolee Signature: *Allen*    Date Submitted: 2·11·16

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (REV. 03/12)
DEPARTMENT OF CORRECTIONS AND REHABILITATION
Side 2

**D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response):** IS A DILIBERATE IN-
DIFFERENCES THE STATE OF CALIFORNIA STANFORD
UNIVERSITY IS CONDUCTING SUICIDE TENDACIES AT
MENLO PARK HIGH SCHOOL TO DETERMINE THE ISSUE
WITH SLEEP DEPRIVATION WHICH CAUSES DEPRESSION,
SUICIDE AND ANXIETY (MARCH 4th 2016) ON CBS THIS
MORNING NEWS. WHICH FEATURE DOCTORS EXPERT
PSYCHOLOGISTS WHO CAN EVALUATE THE SCIENCE OF
THE HUMAN MIND MENTALLY.

PLUS KNOCKING ON A STEEL MENTAL DOOR WITH A
STEEL MENTAL ROD PIPE, CANNOT BE PROVEN TO
ADDRESS THE MEDICAL SERIOUSNESS OF SUICIDAL
TENDACICES BY UNTRAIN OR UNQUALIFIED PERSSON-
NEL WITH INADEQUATE SUPERVISION BY PSYCHIATRIST
AND EXPERT MEDICAL DOCTORS.

THE EXPERIMENTAL GUARD ONE SYSTEM SHOULD CON-
SIDER THE FACTOR OF THE MENTAL STATE OF ALL INMATE

TIC PURPOSES (10X) AND INMATE TO INMATE STATUS.

**Inmate/Parolee Signature:** _____ 3·31·16 → **Date Submitted:** 3·30·16

**F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response):**

**Inmate/Parolee Signature:** _____    **Date Submitted:** _____

ATTACHMENT A (Rev. 9/08)

## EFFECTIVE COMMUNICATION DETERMINATION FOR FORMAL LEVEL
## CDC 602 INMATE/PAROLEE APPEAL

Inmate __Allen__    CDC# __F76992__    Appeal Log# __6-16-00818__

☑ Test of Adult Basic Education (TABE) <u>above</u> 4.0 (provide RGPL __10.9__ / verify source if other than RGPL_____ )

☐ Test of Adult Basic Education (TABE) <u>below</u> 4.0 (provide RGPL _____)

☐ Learning Disability (LD)

☐ Non-English speaking

<u>* All first level responses must indicate whether inmate does or does not require effective communication. If RGPL is 4.0 or below, first level responder must also identify how Effective Communication was established within response.</u>

_____    ___SGT___    __2/17/16__
Staff Signature                Title           Date

__Payan, J.__
Print Name

---

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**

**CALIFORNIA STATE PRISON - CORCORAN**
P.O. Box 8800
Corcoran, CA  93212



April 12, 2016

**Inmate** ALLEN, F-76592
**Re:**    **SECOND LEVEL APPEAL RESPONSE**
        Log # CSPC-6-16-00818
        Issue: LIVING CONDITIONS

**DECISION:  Denied**

**EFFECTIVE COMMUNICATION:**  A review of the Test of Adult Basic Education list reveals you have a Reading Grade Point Level of 10.9; therefore, you do not require special accommodations to achieve effective communication.

**PROBLEM DESCRIPTION:**  You contend California State Prison – Corcoran (CSP-COR) Officials/Administration has imposed cruel and unusual punishment by depriving yourself of sleep.  You contend CSP-COR has implemented random security checks.  You also contend these security checks consist of an Officer conducting random welfare checks every 20 to 30 minutes 24 hours a day, seven (7) days a week, utilizing a hand held metal rod hammering against a steel metal door causing you sleep deprivation.  You contend this is cruel and unusual punishment.

**ACTION REQUESTED:**    You request for California Department of Corrections and Rehabilitation (CDCR) to conduct an internal investigation into the adverse effects this is having on the human brain.

**APPEAL RESPONSE:**  On February 22, 2016, Sergeant J. Payan, interviewed you regarding your appeal at the First Level of Review (FLR).  The first level appeal and attachments were reviewed.  It was determined staff afforded you with an appropriate response at the FLR.  It is noted you are dissatisfied with the FLR.

CDCR is continuing in its efforts to reduce inmate suicides; therefore, staff will continue to complete Guard 1 Security/Welfare Checks utilizing the "Pipe," pursuant to the memorandum dated May 9, 2014, signed by M.D. Stainer, Director, Division of Adult Institutions (DAI).  Because of the metal on metal contact made when using the pipe, there is unfortunately an inherent and unavoidable noise associated when using the Guard 1 device.  Staff is within policy when completing the Security/Welfare Checks.  No investigation will be completed as to the adverse effects of the security checks on the human brain.

During First Watch hours, Officers shall conduct all Security/Welfare Checks using a pre-programmed silence "First Watch PIPE."  The "First Watch PIPE," does not omit an audible beep during use and only flashes a red Light Emitting Diode (LED).

Second Level Appeal Response
ALLEN, F-76592
CSPC-6-16-00818
Page 2

Your appeal, the attachments, and the California Code of Regulations, Title 15, have been reviewed. The first level response dated February 22, 2016, has been determined to be appropriate. Therefore, your appeal has been **Denied** at the Second Level of Review.

**DECISION:  Denied**

*P. Vera*

P. VERA
Chief Deputy Warden – Operations (A)
California State Prison – Corcoran

State of California                                    Department of Corrections and Rehabilita

# Memorandum

Date    :    February 22, 2016

To      :    Allen F-76592
             4B4R-45
             California State Prison-Corcoran

Subject :    **APPEAL LOG # CSPC-6-16-00818**
             **FIRST LEVEL RESPONSE**

**APPEAL ISSUE:**  You contend the Correctional Administrative Supervisors are implementing reckless, unconstitutional behavior on inmates with random security checks every 20 to 30 minutes, 24 hours a day.  By forcing lower subordinate staff to continue to hammer a steel metal rod against a steel metal door that is attached to the inmates' door, which causes sleep deprivation by being awaken numerous times during the night and day.

You are requesting internal investigation of the practice of enforcing the first watch status program on a 24 hour a day, knocking a steel rod on the door every 20 to 30 minutes, to determine the mental effects caused on the human brain alone with the 24 hour security housing unit.   You also request random sleep deprivation checks, to be negotiated with inmates under different circumstances that can protect the inmate's right to normal sleeping habits without typical hardship and stressful depression which can cause mental instability on the human brain.  You also request the California State Prison-Corcoran Administration also consider injunctive and punitive damages as well as medical evaluation by certified doctors to determine ways to compensate inmates who have been affected by the intentional enforced new policy.

**EFFECTIVE COMMUNICATION:**  A review of the Test of Adult Basic Education (TABE) list reveals that you have a score above 4.0.  Therefore, you do not require special accommodations to achieve effective communication.

**INTERVIEW:**  On February 22, 2016 you were interviewed by J. Payan, Correctional Sergeant, regarding your appeal.   You were afforded the opportunity to further explain your issue, and to provide any supporting evidence or documents. You had nothing further to add.

**APPEAL RESPONSE:** Your appeal, the attachments, Operational Procedure (OP) 226 and Memorandum dated May 9, 2014, have been reviewed.

First Level Response
Allen F76592
CSPC-6-16-00818
Page 2

An inquiry was completed into this matter at the First Level of Review. California Department of Corrections and Rehabilitations (CDCR) is continuing in its efforts to reduce inmate suicides; therefore, staff will continue to complete the Guard 1 Security/Welfare Checks utilizing the "PIPE" pursuant to the Memorandum dated May 9, 2014 (see attached), signed by M.D. Stainer Director, Division of Adult Institutions (DAI).

OP 226 VI, D. First Watch "PIPE" (see attached), states in part, "During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE." The "First Watch PIPE" does not omit an audible beep during use and only flashes a red LED."

These policies have been created because of the Department's belief in the sanctity of life and interest in the safety and welfare of all inmates, not for a punitive purpose.

**DECISION**:  Based on the above information, your appeal is **PARTIALLY GRANTED** at the First Level of Review as an inquiry into the matter was conducted.  The frequency of checks will not be changed at this time.


J. Payan
Correctional Sergeant
California State Prison–Corcoran

J. Perez
Associate Warden – SHU
California State Prison-Corcoran

The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the "PIPE" to each button which is affixed to each cell door in the housing unit.

The Officer shall confirm the electronic validation at each cell via the audible alert (beep) or flashing red Light Omitting Diode (LED) indicating the officer was at a specific cell, at a specific time.

D. FIRST WATCH "PIPE":

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red LED. Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked and identified as the preferred equipment for First Watch use.

**Note:** Although the silenced "First Watch PIPE" is the preferred equipment for First Watch use, staff should understand the importance of completing the Security/Welfare Checks, and will complete the checks with the available equipment (referring to identified repairs/inoperable equipment). If the silenced "PIPE" is unavailable during the First Watch Security/Welfare Checks staff shall report this information to their direct supervisor and document this in the Unit Log book/Isolation Log Book.

E. INMATE REMOVAL FROM CELL:

When an inmate is out of his/her assigned cell for (yard, classification committee, appointments, visiting, etc.), the designated Correctional Officer **will** continue to conduct Security/Welfare Checks looking for damage and potential security concerns to the inmate(s) cell.

F. VACANT CELLS:

Under this procedure officers **will not** conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

G. INTERNET PROTOCOL DOWNLOAD AND UNIT SUPERVISOR REVIEW:

At approximately one hour prior to the end of their shift, the officer conducting the Security/Welfare Check will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the Unit/Program Office for the unit supervisor's review. After downloading is complete the docking station LED will return to green and the "PIPE" is ready for removal. The supervisor shall print the Guard One Rounds Tracker Reports (Rounds Report, Time Report and Time Between Report) and provide their name, signature and date of review once the IP download has been completed.

TO CHIEF DEPUTY WARDEN

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

#### SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) Allen | (FIRST NAME) RODZINSKI | CDC NUMBER: F76592 | SIGNATURE: |
|---|---|---|---|
| HOUSING/BED NUMBER: 4B 4K/45 | ASSIGNMENT: | HOURS FROM_____ TO_____ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): SLEEP DEPRIVATION |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I WOULD LIKE TO REQUEST AND INTERVIEW TO DISCUS
THE ISSUE OF THE CONSTANT KNOTTING ON THE DOOR
EVERY 25 TO 30 MINUTES 24 HOURS A DAY THAT IS
CAUSEING ME SLEEP DEPRESSION

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☒ SENT THROUGH MAIL: ADDRESSED TO: _____ (CDW) FOR SHU 4B4L_____ DATE MAILED: 2.7.16

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: SAGEHRH | DATE: 2.7.16 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE)   YES   NO |
|---|---|---|---|
| IF FORWARDED -- TO WHOM: | | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE)   IN PERSON   BY US MAIL |

#### SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

#### SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

#### SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) : (LAST NAME) (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|
| Allen Rozinski | F76592 | |

| HOUSING/BED NUMBER: 4B 4R/45 | ASSIGNMENT: | HOURS FROM_____ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): SLEEP DEPRIVATION |
|---|---|---|---|

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

I WOULD LIKE TO REQUEST AND INTERVEIW TO DISCUSS THE FIRST WATCH STATUS POLICE KNOTTING ON THE DOOR EVERY 25 TO 30 MINUTE UNNECESSARILY WAKEING INMATES UP 24 HOUR A DAY IS CLAUSEING ME SLEEP DEPRESSION.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

☑ SENT THROUGH MAIL: ADDRESSED TO: WARDEN/DAVIE          DATE MAILED 2-7-16

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: S. SAEDHAN | DATE: 2-7-16 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|

| IF FORWARDED – TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date   :   May 9, 2014

To     :   Associate Directors, Division of Adult Institutions
           Wardens

Subject :   **SECURITY/WELFARE CHECK PROCEDURE UTILIZING THE GUARD ONE
           SYSTEM TO SUPERSEDE ADMINISTRATIVE SEGREGATION UNIT WELFARE
           CHECK AND SECURITY/CUSTODY ROUNDS IN SPECIALIZED HOUSING
           PROCEDURES**

The purpose of this memorandum is to modify current Security/Welfare Check procedures
for **all** inmates housed in Administrative Segregation Units (ASU), Psychiatric Services
Units (PSU), Security Housing Units (SHU), and Condemned Housing Units, which utilize or
will be utilizing the Guard One electronic monitoring system. In furtherance of the California
Department of Corrections and Rehabilitation's continued efforts to reduce inmate suicides, the
Department has determined both the ASU Welfare Check and Security/Custody Rounds will
be combined into one Security/Welfare Check Procedure.

The Security/Welfare Check procedures presented herein will supersede ASU Welfare
Check and Security/Custody Rounds in Specialized Housing Procedures as directed in
memorandums dated: May 28, 2013, titled, "Revised Administrative Segregation Unit Welfare
Check Procedure and Implementation of Security Inspections in Specialized Housing" and
July 3, 2013, titled, "Implementation of the Administrative Segregation Unit Welfare Check
Procedures Utilizing the Guard One System."

A "Security/Welfare Check" shall be defined as a personal observation by a correctional
officer of the welfare of the inmate and the security of the cell in which an inmate is housed in
an ASU, PSU, SHU, and Condemned Housing Unit. The Security/Welfare Check shall include
a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring
there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs
of any misconduct or self-injurious behavior. The Security/Welfare Check shall be conducted
on **all** inmates housed in ASU, PSU, SHU, and Condemned Housing Units.

The following are custody staff responsibilities for conducting Security/Welfare Checks
utilizing the Guard One System:

1. Correctional officers shall use the Guard One PIPE to record all Security/Welfare
   Checks conducted on **all** inmates housed in ASU, PSU, SHU, and Condemned
   Housing. This will be accomplished by touching the PIPE to each cell front button.
   This will capture the time and location that the Security/Welfare Check was conducted.
   **Note: Staff shall no longer capture the inmates' in-cell activity via the wallet and
   activity buttons under this modified procedure.**

Associate Directors, Division of Adult Institutions
Wardens
Page 2

2. Correctional officers shall conduct Security/Welfare Checks on all inmates in the aforementioned housing units at staggered intervals twice an hour, not to exceed 35 minutes between checks. Staggered means checks are to be conducted at unannounced and irregular intervals so that they are unpredictable to the inmate population. Disruptions of Security/Welfare Checks shall be documented in the ASU, PSU, SHU, and Condemned Housing Unit Isolation log book.

3. During First Watch hours, correctional officers shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not omit an audible beep during use only flashing a red Light Omitting Diode (LED). The First Watch PIPE shall be marked identifying it as equipment for First Watch use only.

4. During times when inmates housed in ASU, PSU, SHU, and Condemned Housing Units are out of their assigned cell for (yard, classification committee, appointments, visiting, etc.), correctional officers are required to conduct a Security/Welfare Check looking for damage and potential security concerns to that inmate(s) cell. Under this procedure correctional officers are not expected to conduct Security/Welfare Checks on ASU, PSU, SHU, and Condemned cells that have no inmates assigned to them.

5. At the completion of each shift the correctional officer(s) tasked with completing the Security/Welfare Check shall insert the PIPE into the Internet Protocol (IP) Downloader. Once the IP download has been completed, the unit supervisor shall review all the Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review shall ensure all Security/Welfare Checks have been completed at least two times an hour at staggered intervals not to exceed 35 minutes between checks.

6. As part of the review, the unit supervisor will print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the housing unit supervisor shall provide appropriate corrective action with staff prior to the end of the shift.

7. Institutions shall retain the original, signed, Guard One Rounds Tracker Report for a minimum of three years at the institution, and an additional four years in departmental records retention.

8. In the event the Guard One electronic monitoring system is inoperable, staff shall use the Security/Welfare Check Manual Tracking Sheet (Attachment A) to document the required checks. Once the Guard One System is fully operational staff shall resume the methods as described above for the Guard One System. The records retention schedule for the Security/Welfare Check Form will be the same as for the Guard One Rounds Tracker Reports.

Associate Directors, Division of Adult Institutions
Wardens
Page 3

9. Based on their unique design and programs, California State Prison, San Quentin's North Segregation and Central California Women's Facility Condemned Housing Units shall only conduct Security/Welfare Checks during First Watch.

All custody staff tasked with conducting and reviewing Security/Welfare Checks shall receive documented on-the-job training regarding the implementation of the Security/Welfare Check procedure utilizing the Guard One System. An In-Service Training Code will be provided in a subsequent email. An updated sample Operating Procedure (OP) is attached for your convenience to assist with incorporating the revised Security/Welfare Check Procedure utilizing the Guard One System into your local OP. This revision(s) may be a supplement to be included in the next scheduled revision of the impacted document. Please provide verification of completion of training and the update to your institution OP via memorandum to your respective Mission Associate Director and a copy to Thomas Tyler, Captain, Audits and Litigation Unit, Division of Adult Institutions within 30 calendar days from the date of issuance of this memorandum.

If you have any questions regarding this procedure, please contact Captain Thomas Tyler at (916) 324-7956.

M. D. STAINER
Director
Division of Adult Institutions

Attachments

cc: Kathleen Allison
    Kelly Harrington
    Tim Virga
    Thomas Tyler