# Exhibit Y

## Criminal Case Information - Case Details

criminal case information/calendar menu / defendant search / search results / case details

| Defendant Information: | Name: | **LIPSEY, CHRISTOPHER** | | Birth Year: | **1985** |

| Case Information: | Court Case #: | **DF015023A** | Filing Date: | **02/20/20** | Related Case #: | **NONE** |
| | Arrest Date: | **N/A** | | | | |
| | Bail Amount: | **$200000.00** | Bail Status: | **N/A** | Bail Type: | **N/A** |

### Charges/Dispositions

| Count | Type | Code | Section | Charge Description | Charge Disposition | Disposition Date |
|---|---|---|---|---|---|---|
| 001 | F | PC | 4501.5>2012 | BATTERY BY PRISONER (EFF 4/12) | | |

### Sentence Information

**\*\* n/a - no convicted charges \*\***

### Scheduled Hearings

Notes:
1. For Metropolitan Division cases: If the Div/Dept is 1-17, A-K or T then the Div/Dept is your courtroom number. If the Div/Dept is other than those listed in the previous sentence see the information desk near the escalator for your courtroom number.
2. If a defendant has more than one hearing scheduled for the same date and time, he or she should appear on the felony case first.
3. Calendars for each court may periodically change as court schedules are modified by court personnel. Persons viewing the court calendar assume full responsibility for appearing at the proper date and time and at the proper court irrespective of the information contained herein.

| Hearing Date/Time | Hearing Location | Div/Dept | Hearing Type |
|---|---|---|---|
| 03/30/2020, 1:30PM | North Division - Delano | C | VIDEO ARRAIGNMENT PER PC 977.2 |
| 05/08/2020, 08:30AM | North Division - Delano | C | PRE-PRELIMINARY HEARING |
| 05/15/2020, 08:30AM | North Division - Delano | C | PRELIMINARY HEARING |
| 05/26/2020, 08:30AM | Metro Division - 1415 Truxtun | CC | ARRAIGNMENT |
| 07/09/2020, 08:30AM | Metro Division - 1415 Truxtun | RH | READINESS |
| 07/20/2020, 08:31AM | Metro Division - 1415 Truxtun | 1 | JURY TRIAL |

### Aliases

| Defendant name | LIPSEY, CHRISTOPHER |
|---|---|
| Aliases | **\*\* None \*\*** |

If you need more case information than what is listed above, please contact the specific court location.

Back to Top