# Exhibit Z

CALIFORNIA DEPARTMENT of
Corrections and Rehabilitation

# ADMINISTRATIVE SEGREGATION UNIT PLACEMENT NOTICE

| INSTITUTION NAME<br>KVSP-Facility Z01 - STRH | INMATE'S NAME<br>LIPSEY, CHRISTOPHER | CDC NUMBER<br>F18039 |
|---|---|---|

## REASON(S) FOR PLACEMENT (PART A)

☑ PRESENTS AN IMMEDIATE THREAT TO THE SAFETY OF SELF OR OTHERS

☐ JEOPARDIZES INTEGRITY OF AN INVESTIGATION OF ALLEGED SERIOUS MISCONDUCT OR CRIMINAL ACTIVITY

☑ ENDANGERS INSTITUTION SECURITY   ☐ RETAINED IN ASU AS NO BED AVAILABLE IN GENERAL POPULATION

DESCRIPTION OF CIRCUMSTANCES WHICH SUPPORT THE REASON(S) FOR PLACEMENT:
On Wednesday, May 6, 2020 you, inmate CHRISTOPHER LIPSEY (F18039) arrived at Kern Valley State Prison (KVSP) Receiving & Release from High Desert State Prison (HDSP) for Out to Court proceedings. A review of the Strategic Offender Management System (SOMS) indicates you have active Staff Separation Alert against Correctional Officer D. Castillo whom is currently employed at KVSP. Based on the aforementioned, you are being placed in Administrative Segregation, Short Term Restricted Housing (STRH) pending completion of your court proceedings and return to your endorsed institution.

You are a participant in the Mental Health Services Delivery System (MHSDS) at the Correctional Clinical Case Management System (CCCMS) level of care with a documented TABE score of 9.4.

☐ IF CONFIDENTIAL INFORMATION USED, DATE INFORMATION DISCLOSED:

| DATE OF ASU PLACEMENT<br>05/07/2020 | SEGREGATION AUTHORITY'S PRINTED NAME<br>A. Sell | SIGNATURE<br>A. Sell | TITLE<br>Lieutenant |
|---|---|---|---|

| DATE NOTICE SERVED<br>05/07/2020 | TIME SERVED<br>16:15:00 | PRINTED NAME OF STAFF SERVING ASU PLACEMENT NOTICE | SIGNATURE | STAFF'S TITLE<br>Lieutenant |
|---|---|---|---|---|

| ☐ INMATE REFUSED TO SIGN | INMATE SIGNATURE | CDC NUMBER<br>F18039 |
|---|---|---|

**You were identified with a disability of:**
☐ Hearing ☐ Vision ☐ Speech ☐ Learning Disability ☐ TABE under 4.0 / no TABE ☐ Developmental Disability ☑ CCCMS ☐ EOP
☐ Foreign Language Speaking

Method
☑ LIPSEY, CHRISTOPHER reiterated in his own words, what was explained

☑ LIPSEY, CHRISTOPHER provided appropriate, substantive responses to questions asked

☑ LIPSEY, CHRISTOPHER asked appropriate questions regarding the information provided

☐ LIPSEY, CHRISTOPHER did not appear to understand the communication, even though the primary method of communication was used

☐ Other

Assistance Provided
☐ Use of Full Page Magnifier

☒ Read aloud Documents to LIPSEY, CHRISTOPHER

☐ Sign Language Interpreter

☐ Lip Reading (spoke facing the inmate)

☐ Written Notes

☐ Language Interpreter

☒ Simple English spoken slowly and clearly

☐ LIPSEY, CHRISTOPHER was wearing his/her hearing aid(s)

☐ LIPSEY, CHRISTOPHER stated he did not need any assistance for Effective Communication

☐ Gave additional time

☐ Rephrased sentence

☐ Other

Provider
Name:    Title:

## ADMINISTRATIVE REVIEW (PART B)
The following to be completed during the administrative review by Captain or higher on the first working day following placement

| STAFF ASSISTANT (SA) | | | INVESTIGATIVE EMPLOYEE (IE) | | |
|---|---|---|---|---|---|
| IS THIS INMATE: | | | | | |
| LITERATE? | ☐ YES | ☐ NO | ASU IS FOR DISCIPLINARY REASONS | ☐ YES | ☐ NO |
| FLUENT IN ENGLISH? | ☐ YES | ☐ NO | EVIDENCE COLLECTION BY IE IS UNNECESSARY | ☐ YES | ☐ NO |
| ABLE TO COMPREHEND ISSUES? | ☐ YES | ☐ NO | INMATE DECLINED ANY IE | ☐ YES | ☐ NO |
| FREE OF MHSDS NEEDS? | ☐ YES | ☐ NO | DECLINED FIRST IE ASSIGNED | ☐ YES | |
| DECLINED FIRST STAFF ASSISTANT ASSIGNED? | ☐ YES | | | | |
| Any "NO" requires SA assignment | ☐ NOT ASSIGNED | | Any "NO" may require IE assignment | ☐ NOT ASSIGNED | |
| STAFF ASSISTANT'S NAME | TITLE | | INVESTIGATIVE EMPLOYEE'S NAME | TITLE | |

**INMATE WAIVERS**

☐ INMATE WAIVES RIGHT TO 72 HOURS PREPARATION TIME

| ☐ INMATE WAIVES OR DECLINES INTERVIEW WITH ADMINISTRATIVE REVIEWER |||
|---|---|---|
| ☐ NO WITNESSES REQUESTED BY INMATE |||
| INMATE SIGNATURE | CDC NUMBER<br>F18039 | DATE |

| WITNESS REQUESTED FOR ICC HEARING ||||
|---|---|---|---|
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |
| WITNESS' NAME | TITLE/CDC NUMBER | WITNESS' NAME | TITLE/CDC NUMBER |

**DECISION**

☐ RELEASE TO UNIT/FACILITY _____

☐ RETAIN PENDING ICC REVIEW

☐ DOUBLE CELL

☐ SINGLE CELL PENDING ICC

REASON FOR DECISION:

| ADMINISTRATIVE REVIEWER'S PRINTED NAME | TITLE | ADMINISTRATIVE REVIEWER'S SIGNATURE | REVIEW DATE | TIME |
|---|---|---|---|---|
| | | | | |

You were identified with a disability of:
☐ Hearing  ☐ Vision  ☐ Speech  ☐ Learning Disability  ☐ TABE under 4.0 / no TABE  ☐ Developmental Disability  ☐ CCCMS  ☒ EOP

☐ Foreign Language Speaking

Method
☐ LIPSEY, CHRISTOPHER reiterated in his own words, what was explained

☐ LIPSEY, CHRISTOPHER provided appropriate, substantive responses to questions asked

☐ LIPSEY, CHRISTOPHER asked appropriate questions regarding the information provided

☐ LIPSEY, CHRISTOPHER did not appear to understand the communication, even though the primary method of communication was used

☐ Other

Assistance Provided
☐ Use of Full Page Magnifier

☐ Read aloud Documents to LIPSEY, CHRISTOPHER

☐ Sign Language Interpreter

☐ Lip Reading (spoke facing the inmate)

☐ Written Notes

☐ Language Interpreter

☐ Simple English spoken slowly and clearly

- [ ] LIPSEY, CHRISTOPHER was wearing his/her hearing aid(s)
- [ ] LIPSEY, CHRISTOPHER stated he did not need any assistance for Effective Communication
- [ ] Gave additional time
- [ ] Rephrased sentence
- [ ] Other

Provider

Name:     Title:

| CORRECTIONAL ADMINISTRATOR'S PRINTED NAME (If necessary - same date of review) | CO-SIGNATURE | DATE OF REVIEW |
|---|---|---|
| | | |

CDCR SOMS ISST180 - Administrative Segregation Unit Placement Notice