IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.** <br><br> Plaintiffs, <br><br> v. <br><br> **GAVIN NEWSOM, et al.,** <br><br> Defendants. | Case No. 2:90-cv-00520 KJM DB P <br><br> **[PROPOSED] ORDER GRANTING CHRISTOPHER LIPSEY'S UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** |

Before the Court is Christopher Lipsey's Unopposed Motion for Leave to File Supplemental Brief in Support of Motion for Temporary Restraining Order ("Motion for Leave"). Having considered the parties' arguments and written submissions, the relevant law, and the record in the case, the Court orders that the Motion for Leave should be **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Christopher Lipsey is granted leave to file his Supplemental Brief in Support of Motion for Temporary Restraining Order. The proposed supplemental brief and supporting exhibits attached to Lipsey's Motion for Leave are deemed filed.
2. Defendants may file a responsive supplemental brief not to exceed five pages.

**IT IS SO ORDERED.**

DATED: _____       _____
                                       The Honorable Kimberly J. Mueller
                                       United States District Judge