1  REICHMAN JORGENSEN LLP
   SHAWNA BALLARD, State Bar No. 155188
2  KATE FALKENSTIEN, State Bar No. 313753
   100 Marine Parkway, Suite 300
3  Redwood Shores, CA 94065
   Telephone: (650) 623-1401
4  Fax: (650) 623-1449
   Email: sballard@reichmanjorgensen.com
5      kfalkenstien@reichmanjorgensen.com

6  *Attorneys for Plaintiff-Intervenor Christopher Lipsey*

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9
                        SACRAMENTO DIVISION
10

11

12

13 | **RALPH COLEMAN, et al.** | Case No. 2:90-cv-00520 KJM DB P |
14 |                           Plaintiffs, | **PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S NOTICE OF MOTION AND MOTION TO COMPEL** |
15 | v. |  |
16 | **GAVIN NEWSOM, et al.,** | Date:       July 10, 2020 |
17 |                           Defendants. | Time:       10:00 a.m. |
   |                                       | Courtroom: Courtroom 27, 8th floor |
   |                                       | Judge:      The Hon. Judge Barnes |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on July 10, 2020, at 10:00 a.m., Plaintiff-Intervenor Christopher Lipsey will move this Court to compel Defendants to produce documents responsive to Lipsey's Request for Production No. 1 and respond to Lipsey's Interrogatory No. 3. Defendants have failed to conduct an adequate search for grievances filed by other inmates regarding the excessive noise caused by the Guard One system, and have refused to identify the *Coleman* class membership of all inmates whose grievances they have produced.

As required by Local Rule 251, the parties will continue to meet and confer, and will prepare a Joint Statement re: Discovery Disagreement to be filed no later than 7 days before the hearing.

Dated: May 29, 2020                         Respectfully submitted,

/s/ *Kate M. Falkenstien*

REICHMAN JORGENSEN LLP
Shawna L. Ballard (SBN 155188)
Kate Falkenstien (SBN 313753)
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
sballard@reichmanjorgensen.com
kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*