# TRANSCRIPT ORDER

CAED 435 (Rev. 04/18)

United States District Court, Eastern District of California

FOR COURT USE ONLY
DUE DATE:

PLEASE *Read Instruction Page* (attached):

| Field | Value |
|---|---|
| 1. YOUR NAME | Elise Owens Thorn |
| 2. EMAIL | Elise.Thorn@doj.ca.gov |
| 3. PHONE NUMBER | (916) 210-7318 |
| 4. DATE | MAY 29, 2020 |
| 5. MAILING ADDRESS | Office of the Attorney General, P.O. Box 944255 |
| 6. CITY | Sacramento |
| 7. STATE | CA |
| 8. ZIP CODE | 94244-2550 |
| 9. CASE NUMBER | 2:90-cv-00520 KJM-DB (PC) |
| 10. JUDGE | Kimberly J. Mueller |
| 11. FROM | May 29 2020 |
| 12. TO | May 29, 2020 |
| 13. CASE NAME | Coleman, et al. v. Newsom, et al. |
| 14. CITY | Sacramento |
| 15. STATE | CA |

### 16. ORDER FOR

- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

### 17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | TELEPHONIC STATUS CONFERENCE | 5/29/2020 | Tiphanne Crowe |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| Entire Status Conference | | | | | |

### 18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [x] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| Field | Value |
|---|---|
| 19. SIGNATURE | /s/ Elise Owens Thorn |
| PROCESSED BY | |
| 20. DATE | May 29, 2020 |
| PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | |
| COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |