**CAED 435 (Rev. 04/18)**

United States District Court, Eastern District of California

# AMENDED TRANSCRIPT ORDER

PLEASE *Read Instruction Page* (attached):

| | | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| 1. YOUR NAME<br>Elise Owens Thorn | 2. EMAIL<br>Elise.Thorn@doj.ca.gov | 3. PHONE NUMBER<br>(916) 210-7318 | 4. DATE<br>MAY 29, 2020 |
| 5. MAILING ADDRESS<br>Office of the Attorney General, P.O. Box 944255 | | 6. CITY<br>Sacramento | 7. STATE CA / 8. ZIP CODE 94244-2550 |
| 9. CASE NUMBER<br>2:90-cv-00520 KJM-DB (PC) | 10. JUDGE<br>Kimberly J. Mueller | DATES OF PROCEEDINGS<br>11. FROM May 29 2020 | 12. TO May 29, 2020 |
| 13. CASE NAME<br>Coleman, et al. v. Newsom, et al. | | LOCATION OF PROCEEDINGS<br>14. CITY Sacramento | 15. STATE CA |

**16. ORDER FOR**
- ☐ APPEAL No.
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | TELEPHONIC STATUS CONFERENCE | 5/29/2020 | Tiphanne Crowe |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |
| Entire Status Conference | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☑ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19 & 20)** By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE<br>/s/ Elise Owens Thorn | PROCESSED BY |
|---|---|
| 20. DATE<br>May 29, 2020 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |