MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
LISA ELLS – 243657
ROSEN BIEN GALVAN &
GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

DONALD SPECTER – 083925
STEVEN FAMA – 099641
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
307 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

Plaintiffs,

v.

GAVIN NEWSOM, et al.,

Defendants.

Case No. 2:90-cv-00520-KJM-DB

**STIPULATION AND [PROPOSED] ORDER CONFIRMING ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2020**

Judge: Hon. Deborah Barnes

[3558458.1]

Pursuant to the periodic fees process in this case, Plaintiffs sent their Quarterly Statement for the First Quarter of 2020 to Defendants via e-mail on May 5, 2020. The parties completed their meet and confer process on June 8, 2020. The parties have resolved all disputes regarding fees and costs for the First Quarter of 2020, with an agreement to reduce claimed amounts to a total of $968,100.89 calculated at a rate of $223.50 per hour pursuant to 42 U.S.C.A. § 1997e(d)(3).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE that $968,100.89 plus interest is due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will run from June 5, 2020 (31 days after Defendants' receipt of Plaintiffs' statement), accruing at the rate provided by 28 U.S.C. § 1961.

IT IS SO STIPULATED.

DATED: June 10, 2020

*/s/ Elise Thorn*
Elise Thorn
Deputy Attorney General
Attorneys for Defendants

DATED: June 10, 2020

*/s/ Lisa Ells*
Lisa Ells
ROSEN BIEN GALVAN & GRUNFELD LLP
Attorneys for Plaintiffs

DATED: ____________, 2020

______________________________
Deborah Barnes
United States Magistrate Judge

[3558458.1]

**Coleman v. Newsom**
**First Quarter of 2020**
**January 1, 2020 through March 31, 2020**
Summary of Fees and Costs

| | CLAIMED FEES | SETTLED FEES | COSTS |
|---|---|---|---|
| **Monitoring, 489-3** | $976,382.10 | $942,208.72 | $19,746.79 |
| **Fees on Fees, 489-5** | $6,302.70 | $6,082.10 | $63.28 |
| **Appeal, 489-20** | $0.00 | $0.00 | $0.00 |
| **Appeal, 489-22** | $0.00 | $0.00 | $0.00 |
| **Totals** | **$982,684.80** | **$948,290.82** | **$19,810.07** |

**Claimed Total:** **$1,002,494.87**

**Settled Total:** **$968,100.89**

**Coleman v. Newsom**
**First Quarter of 2020**
**January 1, 2020 through March 31, 2020**
Monitoring Fees, 489-3

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alex Gourse | 112.40 | 106.30 | $223.50 | $23,758.05 | $22,926.52 |
| Amy Xu | 278.50 | 275.00 | $223.50 | $61,462.50 | $59,311.31 |
| Benjamin Bien-Kahn | 3.30 | 0.00 | $223.50 | $0.00 | $0.00 |
| Cara E. Trapani | 242.90 | 241.30 | $223.50 | $53,930.55 | $52,042.98 |
| Catherine Johnson | 240.10 | 227.60 | $223.50 | $50,868.60 | $49,088.20 |
| Dylan Verner-Crist | 141.30 | 140.70 | $223.50 | $31,446.45 | $30,345.82 |
| Ellinor Heywood | 51.60 | 51.60 | $223.50 | $11,532.60 | $11,128.96 |
| Emma Cook | 420.50 | 415.00 | $223.50 | $92,752.50 | $89,506.16 |
| Ernest Galvan | 51.30 | 50.30 | $223.50 | $11,242.05 | $10,848.58 |
| F. Gail LaPurja | 63.70 | 58.70 | $223.50 | $13,119.45 | $12,660.27 |
| Gay C. Grunfeld | 9.30 | 0.00 | $223.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 218.60 | 191.50 | $223.50 | $42,800.25 | $41,302.24 |
| Heather Gans | 279.20 | 249.50 | $223.50 | $55,763.25 | $53,811.54 |
| Jack Gleiberman | 27.50 | 27.50 | $223.50 | $6,146.25 | $5,931.13 |
| Jenny S. Yelin | 69.70 | 67.80 | $223.50 | $15,153.30 | $14,622.93 |
| Jessica L. Winter | 393.50 | 378.40 | $223.50 | $84,572.40 | $81,612.37 |
| Linda H. Woo | 121.40 | 120.10 | $223.50 | $26,842.35 | $25,902.87 |
| Lisa Ells | 334.80 | 331.50 | $223.50 | $74,090.25 | $71,497.09 |
| Marc Shinn-Krantz | 415.30 | 407.60 | $223.50 | $91,098.60 | $87,910.15 |
| Marcus V. Levy | 361.60 | 348.00 | $223.50 | $77,778.00 | $75,055.77 |
| Michael L. Freedman | 1.00 | 0.00 | $223.50 | $0.00 | $0.00 |
| Michael S. Nunez | 112.50 | 94.40 | $223.50 | $21,098.40 | $20,359.96 |
| Michael W. Bien | 300.10 | 298.70 | $223.50 | $66,759.45 | $64,422.87 |
| Penny Godbold | 1.80 | 0.00 | $223.50 | $0.00 | $0.00 |
| Sanford Jay Rosen | 0.50 | 0.00 | $223.50 | $0.00 | $0.00 |
| Thomas Nolan | 97.90 | 95.60 | $223.50 | $21,366.60 | $20,618.77 |
| Van Swearingen | 2.40 | 0.00 | $223.50 | $0.00 | $0.00 |
| **Total** | **4352.70** | **4177.10** | | **$933,581.85** | **$900,906.49** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Alayna O'Bryan | 14.90 | 14.90 | $223.50 | $3,330.15 | $3,213.59 |
| Alison Hardy | 0.40 | 0.40 | $223.50 | $89.40 | $86.27 |
| Donald Specter | 30.70 | 30.70 | $223.50 | $6,861.45 | $6,621.30 |
| Gabriela Pelsinger | 10.90 | 10.90 | $223.50 | $2,436.15 | $2,350.88 |
| Ilian Meza Pena | 10.40 | 10.40 | $223.50 | $2,324.40 | $2,243.05 |
| Juliette Mueller | 3.00 | 3.00 | $223.50 | $670.50 | $647.03 |
| Margot Mendelson | 2.10 | 2.10 | $223.50 | $469.35 | $452.92 |
| Michael Brodheim | 9.80 | 9.80 | $223.50 | $2,190.30 | $2,113.64 |
| Sara Norman | 1.00 | 1.00 | $223.50 | $223.50 | $215.68 |
| Skye Lovett | 0.90 | 0.90 | $223.50 | $201.15 | $194.11 |
| Steven Fama | 106.50 | 106.50 | $223.50 | $23,802.75 | $22,969.65 |
| **Total** | **190.60** | **190.60** | | **$42,599.10** | **$41,108.12** |

**Disability Rights Education & Defense Fund**

| Name | Actual Hours | Claimed Hours | Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Claudia Center | 0.90 | 0.90 | $223.50 | $201.15 | $194.11 |
| **Total** | **0.90** | **0.90** | | **$201.15** | **$194.11** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$976,382.10** | **$942,208.72** |

**Coleman v. Newsom**
**First Quarter of 2020**
**January 1, 2020 through March 31, 2020**
Monitoring Costs, 489-3

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $827.60 | $827.60 |
| Outside Copying | $5,587.65 | $5,587.64 |
| Transcription | $1,386.20 | $1,386.20 |
| Telephone | $14.30 | $14.30 |
| Postage and Delivery | $1,567.15 | $1,567.15 |
| Research (Westlaw/Lexis/PACER/Fees) | $803.55 | $803.55 |
| Travel | $8,845.56 | $8,830.31 |
| **Total** | | **$19,016.75** |

**Prison Law Office**

| Description | Actual | Claimed |
|---|---|---|
| In-House Copying | $41.50 | $41.50 |
| Postage | $329.30 | $329.30 |
| Travel | $359.24 | $359.24 |
| **Total** | **$730.04** | **$730.04** |

**GRAND TOTAL** **$19,746.79**

**Coleman v. Newsom**
**First Quarter of 2020**
**January 1, 2020 through March 31, 2020**
Fees on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ernst Galvan | 0.30 | 0.30 | $223.50 | $67.05 | $64.70 |
| Linda H. Woo | 5.60 | 5.60 | $223.50 | $1,251.60 | $1,207.79 |
| Lisa Ells | 21.10 | 21.10 | $223.50 | $4,715.85 | $4,550.80 |
| Michael W. Bien | 0.70 | 0.00 | $223.50 | $0.00 | $0.00 |
| **Total** | **27.70** | **27.00** | | **$6,034.50** | **$5,823.29** |

**Prison Law Office**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Ashley Kirby | 1.20 | 1.20 | $223.50 | $268.20 | $258.81 |
| **Total** | **1.20** | **1.20** | | **$268.20** | **$258.81** |

| | Claimed Amount | Settled Amount |
|---|---|---|
| **GRAND TOTAL** | **$6,302.70** | **$6,082.10** |

**Coleman v. Newsom**
**First Quarter of 2020**
**January 1, 2020 through March 31, 2020**
Costs on Fees, 489-5

**Rosen Bien Galvan & Grunfeld**

| Description | Actual | Claimed |
|---|---|---|
| Outside Postage and Delivery | $63.28 | $63.28 |
| **Total** | | **$63.28** |

**GRAND TOTAL** **$63.28**

**Coleman v. Newsom**
**First Quarter of 2020**
**January 1, 2020 through March 31, 2020**
Fees on Appeal of July 3, 2018 Order, 489-20

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Jessica L. Winter | 0.20 | 0.00 | $223.50 | $0.00 | $0.00 |
| Lisa Ells | 0.20 | 0.00 | $223.50 | $0.00 | $0.00 |
| **Total** | **0.40** | **0.00** | | **$0.00** | **$0.00** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$0.00** | **$0.00** |

**Coleman v. Newsom**
**First Quarter of 2020**
**January 1, 2020 through March 31, 2020**
Fees on Golding Investigation Orders Appeal, 489-22

**Rosen Bien Galvan & Grunfeld**

| Name | Actual Hours | Claimed Hours | Claimed Rate | Claimed Amount | Settled Amount |
|---|---|---|---|---|---|
| Cara E. Trapani | 0.20 | 0.00 | $223.50 | $0.00 | $0.00 |
| Gregorio Z. Gonzalez | 0.10 | 0.00 | $223.50 | $0.00 | $0.00 |
| Jessica L. Winter | 0.50 | 0.00 | $223.50 | $0.00 | $0.00 |
| Lisa Ells | 0.20 | 0.00 | $223.50 | $0.00 | $0.00 |
| Marc Shinn-Krantz | 0.20 | 0.00 | $223.50 | $0.00 | $0.00 |
| **Total** | **1.20** | **0.00** | | **$0.00** | **$0.00** |

| | | | | | |
|---|---|---|---|---|---|
| **GRAND TOTAL** | | | | **$0.00** | **$0.00** |