Dan Stormer, Esq. [S.B. #101967]
Brian Olney, Esq. [SB # 298089]
David Clay Washington, Esq. [SB #305996]
HADSELL STORMER RENICK & DAI LLP
128 N. Fair Oaks Avenue
Pasadena, California 91103
Telephone: (626) 585-9600
Facsimile: (626) 577-7079
Emails: dstormer@hadsellstormer.com
　　　　bolney@hadsellstormer.com
　　　　dwashington@hadsellstormer.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF MICHAEL LEE, deceased, by and through ALICIA JOSLIN as Administrator; MARY PAMELA SANDY,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; RALPH DIAZ; SCOTT KERNAN; DIANA TOCHE; CONNIE GIPSON; KATHLEEN ALLISON; KATHERINE TEBROCK; JARED LOZANO; LORI AUSTIN; KAMAL FREIHA; KAREN MCGEE; LAURA EDMONDS; MELISSA SHEFFIELD; DOUGLAS ANDERSON; AZAR NEWTON; JT WALKER; LATOSSIA KRASCHEL; DEMETRIUS NOCERINO; CHERYL MIMS; PRIYA RAMACHANDRAN; JANET GOREWITZ; ANNIE GUTIERREZ; SHARON PAGE-PRESSLEY; LAWRENCE HARRISON; KIRBY SURPRISE; RICK FLYNN; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 20-cv-01161-JAM-CKD<br><br>**NOTICE OF RELATED CASES**<br><br>Complaint Filed: June 9, 2020 |

NOTICE OF RELATED CASES

Pursuant to Eastern District Local Rule 123, Plaintiffs Estate of Michael Lee, deceased, by and through Alicia Joslin as Administrator, and Mary Pamela Sandy hereby notify the Court and all parties that they have filed a civil rights complaint in the Eastern District of California, Sacramento Division, that may be related to the ongoing case *Coleman, et al. v. Newsom, et al.*, E.D. Cal. Case No. 2:90-cv-0520 KJM DB.

Plaintiffs have filed a complaint for damages against Defendants California Department of Corrections and Rehabilitation (CDCR), Ralph Diaz, Scott Kernan, Diana Toche, Connie Gipson, Kathleen Allison, Katherine Tebrock, Jared Lozano, Lori Austin, Kamal Freiha, Karen Mcgee, Laura Edmonds, Melissa Sheffield, Douglas Anderson, Azar Newton, JT Walker, Latossia Kraschel, Demetrius Nocerino, Cheryl Mims, Priya Ramachandran, Janet Gorewitz, Annie Gutierrez, Sharon Page-Pressley, Lawrence Harrison, Kirby Surprise, and Rick Flynn, each in their individual capacities. Plaintiffs' claims for relief arise from the death by suicide of Michael Lee at California Medical Facility (CMF) in Vacaville, California on January 8, 2019, and are based on violations of the First, Eighth, and Fourteenth Amendments of the U.S. Constitution, the Americans with Disabilities Act, the Rehabilitation Act, and California state law. Plaintiffs allege that Defendants failed to provide Mr. Lee, who suffered from serious mental illness, with necessary and adequate medical and mental health treatment, were deliberately indifferent to serious risk of harm, and discriminated on the basis of his mental disability.

*Coleman v. Newsom* is a class action on behalf of all California State prisoners with serious mental illness that relates, *inter alia*, to provision of mental health treatment and suicide prevention at CDCR prisons including CMF. The *Coleman* defendants are California and CDCR officials in their official capacity, including several of the same CDCR officials named in Plaintiffs' lawsuit here (Ralph Diaz, Katherine Tebrock, and Diane Toche).

Dated: June 10, 2020

Respectfully Submitted,
HADSELL STORMER RENICK & DAI LLP

By: /s/ Brian Olney
 Dan Stormer
 Brian Olney
 David Clay Washington
Attorneys for Plaintiffs

NOTICE OF RELATED CASES         - 1 -