| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>DAMON MCCLAIN, SBN 209508<br>Supervising Deputy Attorney General<br>NASSTARAN RUHPARWAR , SBN 263293<br>Deputy Attorney General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-4435<br>  Fax:  (415) 703-1234<br>  E-mail:  nasstaran.ruhparwar@doj.ca.gov<br>*Attorneys for Defendants* | Hanson Bridgett LLP<br>PAUL B. MELLO, State Bar No. 179755<br>SAMANTHA D. WOLFF, State Bar No. 240280<br>  425 Market Street, 26th Floor<br>  San Francisco, California 94105<br>  Telephone:   (415) 777-3200<br>  Fax:  (415) 541-9366<br>  E-mail: pmello@hansonbridgett.com |

IN THE UNITED STATES DISTRICT COURTS

FOR THE EASTERN DISTRICT OF CALIFORNIA

AND THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                              Plaintiffs,<br>        v.<br>**GAVIN NEWSOM, et al.,**<br>                              Defendants. | 2:90-cv-00520 KJM-DB<br>**THREE-JUDGE COURT** |
| **MARCIANO PLATA, et al.,**<br>                              Plaintiffs,<br>        v.<br>**GAVIN NEWSOM, et al.,**<br>                              Defendants. | C01-1351 JST<br>**THREE-JUDGE COURT**<br><br>**DEFENDANTS' JUNE 2020 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |

1  The State submits this status report on the current in-state and out-of-state adult prison
2  populations and the measures being taken to comply with the Court's February 10, 2014 Order
3  Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013
4  Deadline (February 10, 2014 Order).  Exhibit A sets forth the current design bed capacity,
5  population, and population as a percentage of design bed capacity for each state prison and for all
6  state prisons combined.  Exhibit B sets forth the status of the measures Defendants have
7  implemented as required by the February 10, 2014 Order.  (ECF 2766/5060 at ¶¶ 4-5.)

As of June 10, 2020, 106,965 inmates were housed in the State's 34 adult institutions and no inmates[1] were housed in out-of-state facilities.  (Ex. A.[2])  The State's prison population is approximately 125.7% of design capacity.  (Ex. A.)

Dated: June 15, 2020

XAVIER BECERRA
Attorney General of California

By: /s/ Nasstaran Ruhparwar
NASSTARAN RUHPARWAR
Deputy Attorney General
*Attorneys for Defendants*

Dated: June 15, 2020

HANSON BRIDGETT LLP

By: /s/ Paul B. Mello
PAUL B. MELLO
*Attorneys for Defendants*

---

[1] This statistic only concerns inmates in out-of-state contract beds and does not include inmates housed in other states under interstate compact agreements.
[2] The data in Exhibit A is taken from CDCR's June 10, 2020 weekly population report, available on CDCR's website at https://www.cdcr.ca.gov/research/population-reports-2/.