1   XAVIER BECERRA
    Attorney General of California
2   MONICA N. ANDERSON
    Senior Assistant Attorney General
3   ADRIANO HRVATIN
    Supervising Deputy Attorney General
4   ELISE OWENS THORN, State Bar No. 145931
    TYLER V. HEATH, State Bar No. 271478
5   KYLE A. LEWIS, State Bar No. 201041
    Deputy Attorneys General
6     1300 I Street, Suite 125
      P.O. Box 944255
7     Sacramento, CA 94244-2550
      Telephone:  (916) 210-7318
8     Fax:  (916) 324-5205
      E-mail:  Elise.Thorn@doj.ca.gov
9   *Attorneys for Defendants*

    ROMAN M. SILBERFELD, State Bar No. 62783
    GLENN A. DANAS, State Bar No. 270317
    ROBINS KAPLAN LLP
      2049 Century Park East, Suite 3400
      Los Angeles, CA 90067-3208
      Telephone:  (310) 552-0130
      Fax:  (310) 229-5800
      E-mail:  RSilberfeld@RobinsKaplan.com
    *Special Counsel for Defendants*

10

IN THE UNITED STATES DISTRICT COURT

11

FOR THE EASTERN DISTRICT OF CALIFORNIA

12

SACRAMENTO DIVISION

13

14

| | |
|---|---|
| 15   **RALPH COLEMAN, et al.,** | Case No. 2:90-cv-00520 KJM-DB (PC) |
| 16                         Plaintiffs, | **DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |
| 17       v. | |
| 18   **GAVIN NEWSOM, et al.,** | |
| 19                         Defendants. | |
| 20 | |

21

22       The attached California Department of Corrections and Rehabilitation (CDCR) reports

23   capture information concerning the transfer of class members out of desert institutions under the

24   Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert

25   Institutions filed on May 19, 2020.  (ECF No. 6678.)

26       The report attached at Exhibit A shows that twenty-two inmates were placed in CDCR's

27   Mental Health Services Delivery System while housed in a desert institution in May 2020 and

28   were not transferred from the desert institutions within the fourteen-day transfer timeline.  Two

[3419376.1]                                          1

1   class members were transferred from desert institutions in May beyond the fourteen-day transfer

2   timeline.  Twenty-four class members remained in desert institutions in May beyond the fourteen-

3   day transfer timeline due to the shelter-in-place restrictions on inmate movement related to

4   COVID-19.

5            The report attached as Exhibit B shows that one *Coleman* class member transferred to a

6   desert institution in May 2020 for a court appearance.

7                                           **CERTIFICATION**

8            Defendants' counsel certifies that she reviewed the following orders relevant to this filing:

9   ECF No. 6296, and ECF No. 6678.

10    Dated:  June 15, 2020                              Respectfully submitted,

11                                                        XAVIER BECERRA
                                                         Attorney General of California
12                                                       ADRIANO HRVATIN
                                                         Supervising Deputy Attorney General
13
                                                         **/S/ ELISE OWENS THORN**
14                                                       Elise Owens Thorn
                                                         Deputy Attorney General
15                                                       *Attorneys for Defendants*

16

17

18

19

20

21

22

23

24

25

26

27

28

[3419376.1]

Defs.' Compliance Rprts. for Transfers of Class Members Out of Desert Institutions (2:90-cv-00520 KJM-DB (PC))

Case 2:90-cv-00520-KJM-DB   Document 6716   Filed 06/15/20   Page 3 of 7

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



June 15, 2020

Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF
        *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. Hrvatin and Ms. Thorn:

       The California Department of Corrections and Rehabilitation (CDCR) submits its monthly
information on compliance with the *Desert Institutions Expedited Transfer for Mental Health
Services Delivery System* policy approved by the Court on September 27, 2019.  (ECF No. 6296.)
Attached as Exhibit A is CDCR's MH Change report that provides tracking information for
inmates referred to the Mental Health Services Delivery System while housed in one of the six
desert institutions during the month of May 2020, with the inmates' identifying information
redacted.  As Exhibit A reflects, 22 inmates were referred for mental health treatment while housed
in a desert institution during the month of May 2020.  None of those inmates were transferred to
institutions with mental health programs within the fourteen-day transfer timeline due to the policy
in place to restrict inmate movement during the COVID-19 pandemic.  Attached as Exhibit B is
the monthly MH Upon Arrival report that provides tracking information for *Coleman* class
members inadvertently placed in one of the six desert institutions in May 2020, with the inmate's
identifying information redacted.  As the Exhibit reflects, one inmate in the Mental Health Services
Delivery System was transferred to a desert institution in May to attend court proceedings and was
not transferred out of the institution within 72 hours.


Sincerely,


/s/ *Dawn Lorey*


DAWN LOREY
Associate Warden, Mental Health Compliance Team
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# Exhibit A

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 06/01/2020 10:30 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 05/01/2020 - 05/31/2020
Selection Criteria  This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.
R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | CCCMS 05/21/2020 - 05/31/2020 | N | 05/27/2020 00:00 | CCI | I | 05/19/2020 05:41 | 05/21/2020 | MH Change | | | | |
| CAL | | | CCCMS 05/25/2020 - 05/31/2020 | N | 03/21/2020 00:00 | HDSP | IV | 09/19/2013 02:17 | 05/25/2020 | MH Change | | | | |
| CAL | | | CCCMS 04/22/2020 - 05/31/2020 | N | 05/06/2020 00:00 | CCI | IV | 12/20/2016 14 08 | 04/22/2020 | MH Change | | | | 39 days -No movement due to Covid-19 |
| CAL | | | CCCMS 04/30/2020 - 05/28/2020 | N | 05/12/2020 00:00 | KVSP | IV | 04/04/2018 07 59 | 04/30/2020 | MH Change | 05/28/2020 06:51 | 05/28/2020 12:59 | 28 | |
| CAL | | | CCCMS 05/28/2020 - 05/31/2020 | N | | | | 03/19/2020 15:19 | | MH Change | | | | |
| CAL | | | CCCMS 04/23/2020 - 05/31/2020 | N | 04/24/2020 00:00 | SVSP | IV | 09/06/2017 14 05 | 04/14/2020 | MH Change | | | | 47 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/12/2020 - 05/31/2020 | N | 06/01/2020 00:00 | HDSP | IV | 01/20/2019 00:16 | 05/12/2020 | MH Change | | | | 19 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/28/2020 - 05/31/2020 | N | | | | 05/21/2019 13 01 | 05/19/2020 | MH Change | | | | |
| CAL | | | CCCMS 05/19/2020 - 05/31/2020 | N | 05/22/2020 08:36 | NKSP | III | 03/12/2020 10 00 | 05/19/2020 | MH Change | | | | |
| CAL | | | CCCMS 05/07/2020 - 05/31/2020 | N | 05/14/2020 00:00 | SATF | III | 11/27/2019 14 03 | 05/07/2020 | MH Change | | | | 24 days -No movement due to Covid-19 |
| CAL | | | CCCMS 05/05/2020 - 05/31/2020 | N | 05/20/2020 00:00 | KVSP | IV | 03/17/2020 15:19 | 05/05/2020 | MH Change | 05/28/2020 06:44 | 05/28/2020 12:59 | 23 | |
| CCC | | | CCCMS 04/16/2020 - 05/31/2020 | N | 04/27/2020 00:00 | CMC | II | 09/23/2019 18 52 | 04/16/2020 | MH Change | | | | 45 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/15/2020 - 05/31/2020 | N | 05/20/2020 00:00 | SAC | IV | 01/28/2020 15:33 | 05/15/2020 | MH Change | | | | 16 days -No movement due to Covid-19 |
| CEN | | | CCCMS 04/29/2020 - 05/31/2020 | N | 05/05/2020 00:00 | CCI | IV | 09/28/2017 17 52 | 04/29/2020 | MH Change | | | | 32 days -No movement due to Covid-19 |
| CEN | | | CCCMS 04/21/2020 - 05/29/2020 | N | | | | 12/24/2014 15:27 | 04/21/2020 | MH Change | | | | 38 days -No movement due to Covid-19. Removed from MHSDS |
| CEN | | | CCCMS 05/13/2020 - 05/31/2020 | N | | | | 05/04/2020 23 09 | 05/13/2020 | MH Change | | | | 18 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/13/2020 - 05/31/2020 | N | 05/20/2020 00:00 | COR | IV | 02/11/2020 17:29 | 05/13/2020 | MH Change | | | | 18 days -No movement due to Covid-19 |
| CEN | | | CCCMS 04/15/2020 - 05/31/2020 | N | 04/17/2020 00:00 | RJD | III | 03/17/2020 17:36 | 05/13/2020 | MH Change | | | | 46 days -No movement due to Covid-19 |
| CEN | | | CCCMS 04/22/2020 - 05/31/2020 | N | 04/29/2020 00:00 | CRC | II | 03/16/2020 16:35 | 04/22/2020 | MH Change | | | | 39 days -No movement due to Covid-19 |
| CEN | | | CCCMS 05/27/2020 - 05/31/2020 | N | | | | 03/16/2020 01 07 | 05/27/2020 | MH Change | | | | |
| CEN | | | CCCMS 05/28/2020 - 05/31/2020 | Y | 05/14/2020 00:00 | HDSP | IV | 05/28/2020 23:10 | 05/28/2020 | MH Change | | | | |
| CEN | | | CCCMS 05/27/2020 - 05/31/2020 | N | | | | 01/03/2020 14:32 | 05/27/2020 | MH Change | | | | |
| CEN | | | CCCMS 05/23/2020 - 05/31/2020 | N | 04/15/2020 00:00 | KVSP | IV | 08/04/2011 00 00 | 05/23/2020 | MH Change | | | | |
| CVSP | | | CCCMS 04/22/2020 - 05/15/2020, EOP 05/15/2020 - 05/31/2020 | N | 05/26/2020 00:00 | VSP | II | 04/22/2018 18:25 | 04/21/2020 | MH Change | | | | 40 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/21/2020 - 05/31/2020 | N | 04/29/2020 00:00 | CMC | II | 04/05/2020 11 04 | 04/21/2020 | MH Change | | | | 40 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/22/2020 - 05/31/2020 | N | 04/29/2020 00:00 | SATF | II | 04/09/2020 09:42 | 04/22/2020 | MH Change | | | | 39 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/15/2020 - 05/31/2020 | N | 04/22/2020 00:00 | CTF | II | 04/11/2020 10:46 | 04/15/2020 | MH Change | | | | 46 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/27/2020 - 05/31/2020 | N | | | | 04/11/2020 10 05 | 05/24/2020 | MH Change | | | | |
| ISP | | | CCCMS 05/29/2020 - 05/31/2020 | N | | | | 03/18/2020 14:29 | 05/29/2020 | MH Change | | | | |
| ISP | | | CCCMS 04/21/2020 - 05/31/2020 | N | 05/01/2020 00:00 | SATF | III | 10/24/2019 16:22 | 04/18/2020 | MH Change | | | | 43 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/22/2020 - 05/31/2020 | N | 04/29/2020 00:00 | VSP | II | 04/09/2020 09:28 | 04/22/2020 | MH Change | | | | 39 days -No movement due to Covid-19 |
| ISP | | | CCCMS 04/29/2020 - 05/31/2020 | N | 05/06/2020 00:00 | SATF | III | 07/30/2019 15 05 | 04/27/2020 | MH Change | | | | 34 days -No movement due to Covid-19 |
| ISP | | | EOP 05/21/2020 - 05/31/2020 | Y | | | | 05/01/2020 06:15 | 05/17/2020 | MH Change | | | | 14 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 05/31/2020 | N | 05/19/2020 00:00 | SQ | II | 04/24/2020 09 56 | 05/14/2020 | MH Change | | | | 17 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/13/2020 - 05/31/2020 | N | 05/19/2020 00:00 | SQ | II | 04/24/2020 10 54 | 05/13/2020 | MH Change | | | | 18 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 05/31/2020 | N | 05/19/2020 00:00 | SATF | II | 04/24/2020 10 54 | 05/14/2020 | MH Change | | | | 17 days -No movement due to Covid-19 |
| ISP | | | CCCMS 05/14/2020 - 05/31/2020 | N | 05/19/2020 00:00 | CTF | II | 04/25/2020 10:14 | 05/14/2020 | MH Change | | | | 17 days -No movement due to Covid-19 |

# Exhibit B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival
Run Date: 06/01/2020 10:35 AM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 05/01/2020 - 05/31/2020
Selection Criteria  This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were
MH Upon Arrival.

R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CVSP | ███ | ███ | 11/17/2018 | N | 04/13/2020 09:18 | COR | NA | 04/28/2020 15:38 | CCCMS 11/27/2018 - 05/31/2020 | MH Upon Arrival | | | | Out to Court |