XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7325
  Fax:  (916) 324-5205
  E-mail:  Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone:  (310) 552-0130
  Fax:  (310) 229-5800
  E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                               Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                               Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF DEFENDANTS' SUBMISSION OF DOCUMENTS UNDER SEAL** |

## INTRODUCTION

On May 8, 2020, the Court ordered Defendants to submit by May 15 maps:  1) "showing where *Coleman* class members are hous[ed] following the defendants' recent completion of expedited releases 'to reduce the spread of COVID-19' and transfers out of prison dormitories undertaken 'to enhance physical distancing;'" 2) an accompanying list "that identifies by level of care the total number of Coleman class members at each prison facility included on the map;" and 3) "a map identifying the location of every mental health program above the Correctional Clinical Case Management Systems (CCCMS) level of care, accompanied by, for each program, the total number of beds, the number of beds currently occupied, and the number of available bed."

1  (Order, ECF No. 6661 at 11-12.) Defendants submitted the maps and other documents *in camera*
2  on May 15, 2020. (Stipulation and Order, ECF No. 6706 at 2.)

3  On May 22, the Court ordered the parties to meet and confer and file by May 27, 2020 "a
4  stipulated request concerning the filing of the maps and other documents" describing the
5  California Department of Corrections and Rehabilitation's mental health programs at various
6  prison facilities, as impacted by the COVID-19 pandemic. (Order, ECF No. 6681 at 1.) The
7  Court specifically asked the parties to stipulate whether the maps should be filed under seal. *Id*.
8  The parties filed a stipulation agreeing that "the submitted maps, and any revised versions
9  contemplated by the May 22, 2020 order, should be filed under seal." (ECF No. 6706 at 2.) On
10 June 10, the Court made certain clarifications but adopted the parties' stipulation. (*Id*. at 2-3.)

**NOTICE**

12 Under this District's Civil Local Rule 141, Defendants give notice that they are filing the
13 copies of the maps encompassed by the Court's June 10 order under seal, will file the documents
14 via e-mail with the Court, and serve the parties with copies of the documents.

15 Dated: June 15, 2020                           Respectfully submitted,

16                                               XAVIER BECERRA
                                                 Attorney General of California
17                                               ADRIANO HRVATIN
                                                 Supervising Deputy Attorney General

19                                               *Tyler V. Heath*

20                                               TYLER V. HEATH
                                                 Deputy Attorney General
21                                               *Attorneys for Defendants*

22 CF1997CS0003
   34158655.docx