# Exhibit 2

| | |
|---|---|
| **From:** | Elise Thorn |
| **To:** | "Jessica Winter"; Christine.Ciccotti@dsh.ca.gov; Sean.Rashkis@dsh.ca.gov; Antonia.Raddatz@dsh.ca.gov; Kristopher.Kent@dsh.ca.gov; Kyle Lewis; Adriano Hrvatin; Tyler Heath; Lucas Hennes; Damon McClain |
| **Cc:** | Coleman Team - RBG Only; Steve Fama; Donald Specter; Coleman Special Master Team; jerome.hessick@cdcr.ca.gov; Nick Weber; Melissa Bentz; Dillon.Hockerson@cdcr.ca.gov; RSilberfeld@RobinsKaplan.com; GDanas@RobinsKaplan.com |
| **Subject:** | RE: Coleman: DSH discovery requests pursuant to April 10, 2020 Order, ECF 6600 [IWOV-DMS.FID6429] |
| **Date:** | Wednesday, April 15, 2020 11:09:04 AM |

Jessica,

Defendants are working to respond to Plaintiffs' discovery requests as expeditiously as possible to complete the production by 5:00 p.m. on Friday, April 17, 2020. We will not be able to meet the timelines proposed in your email, including today's 12:00 p.m. deadline for written objections. The written objections will be sent to you later today, and we will make time tomorrow to meet and confer with your team on those objections.

Elise

**From:** Jessica Winter [mailto:JWinter@rbgg.com]
**Sent:** Monday, April 13, 2020 4:11 PMly,
**To:** Christine.Ciccotti@dsh.ca.gov; Sean.Rashkis@dsh.ca.gov; Antonia.Raddatz@dsh.ca.gov; Kristopher.Kent@dsh.ca.gov; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Damon McClain <Damon.McClain@doj.ca.gov>
**Cc:** Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Donald Specter <dspecter@prisonlaw.com>; Coleman Special Master Team <ColemanSpecialMasterTeam@rbgg.com>; jerome.hessick@cdcr.ca.gov; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Dillon.Hockerson@cdcr.ca.gov; RSilberfeld@RobinsKaplan.com; GDanas@RobinsKaplan.com
**Subject:** Coleman: DSH discovery requests pursuant to April 10, 2020 Order, ECF 6600 [IWOV-DMS.FID6429]

Dear all,

The Court's order issued on April 10, 2020, ECF No. 6600, authorized Plaintiffs to conduct limited expedited discovery to be completed by 5:00 PM on Friday, April 17, 2020. Pursuant to that order, Plaintiffs are serving our first set of Document Requests and Interrogatories to Defendant Stephanie Clendenin, Director of the Department of State Hospitals. Due to the expedited timeline, Plaintiffs request that Defendants provide any written objections by 12:00 PM (noon) PST on Wednesday, April 15, 2020, and produce all requested discovery by 12:00 PM (noon) PST on Thursday, April 16, 2020.

Plaintiffs are serving these requests by email only due to the local shelter in place order. Given the expedited timeline, please let us know immediately if you have questions or would like to meet and confer about these requests.

Best,

Jessica Winter



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 telephone
(415) 433-7104 facsimile
jwinter@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.