# Exhibit 4

| | |
|---|---|
| From: | Amy Xu |
| To: | Nina Raddatz; Kent, Kristopher@DSH-S; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Neill, Jennifer@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; "Silberfeld, Roman M."; Melissa Bentz; Nick Weber |
| Cc: | Toche, Diana@CDCR; Bick, Joseph@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Hendon, Catherine@DSH-S; Ed Swanson; Barrow, Roscoe@CDCR; Coleman Special Master Team; Coleman Team - RBG Only; Steve Fama |
| Subject: | Coleman: Update to DSH Discovery |
| Date: | Tuesday, June 02, 2020 9:13:24 AM |

Dear all,

Previously, the Court permitted Plaintiffs to conduct written discovery concerning the availability of extra space in the state hospitals to provide necessary care to *Coleman* class members. *See* ECF No. 6600 at 3–4. Defendants provided the negotiated responses and responsive documents on April 17, April 30, and May 1. Since then, however, the Court granted the parties' stipulations to continue the evidentiary hearing until June 25, 2020. *See* ECF No. 6676 at 5.

We write to request that Defendants update their discovery responses to our document requests and interrogatories, consistent with your obligations under Federal Rule of Civil Procedure 26(e)(1). Due to the stipulations to continue the evidentiary hearing, much of the discovery previously provided is no longer current. For example, the DSH Net Bed Capacity Reports and Census by Unit reports reflect data as of April 1 and April 13, 2020. Additionally, we understand that DSH has changed its COVID emergency policies and procedures since the productions, such that the information produced to us pursuant to RFPDs 8 and 9 in April is no longer current or operative.

Please provide us with updated responses that are current and accurate as of at least May 31, 2020. Please provide the updated production by next Thursday so that we can raise any disputes with the Court at the status conference next Friday. We are available to meet and confer as necessary. Thank you.

Amy Xu



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
axu@rbgg.com

CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.