# Exhibit 6

| From: | Elise Thorn |
|---|---|
| To: | "Amy Xu"; Tyler Heath |
| Cc: | Melissa Bentz; Nick Weber; christine.ciccotti@dsh.ca.gov; Kyle Lewis; Adriano Hrvatin; catherine.hendon@dsh.ca.gov; ellen.bachman@dsh.ca.gov; Dillon Hockerson; Mohamedu Jones; Matt Lopes; Kerry F. Walsh; Latricea McClendon-Hunt; Kristina Hector; Rachel Gribbin; Angie Cooper; Jessica Winter; Michael W. Bien; Lisa Ells; Steve Fama; Cara Trapani; kristopher.kent@dsh.ca.gov; Nina Raddatz; Lucas Hennes; Coleman Team - RBG Only |
| Subject: | RE: Coleman v. Newsom: Updated Responses to Plaintiffs" Reqs. for Prod. from DSH |
| Date: | Friday, June 12, 2020 2:58:48 PM |

Amy,

We are not available this afternoon to discuss the pending discovery issues.  I can tell you that, as previously reported, DSH cannot produce the comprehensive data you seek any earlier than June 22, 2020.  We are happy to join you for a teleconference Monday morning to discuss the process required to collect the data needed to update the responses to your discovery requests.  The same challenges that preclude DSH from expediting the discovery responses preclude DSH from producing an ad hoc report for the data as of May 24, 2020.  DSH is willing, as previously offered, to review any request you might have for more limited data.  We would be happy to discuss that with you on Monday.  I suggest you send us a list of the specific information you seek in advance of any call so that DSH can let you know whether it can be reported and compiled on an expedited basis.

Sincerely,
Elise

**From:** Amy Xu [mailto:AXu@rbgg.com]
**Sent:** Friday, June 12, 2020 12:16 PM
**To:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>
**Cc:** Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; christine.ciccotti@dsh.ca.gov; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; catherine.hendon@dsh.ca.gov; ellen.bachman@dsh.ca.gov; Dillon Hockerson <Dillon.Hockerson@cdcr.ca.gov>; Mohamedu Jones <mjones@pldolaw.com>; Matt Lopes <mlopes@pldolaw.com>; Kerry F. Walsh <kwalsh@pldolaw.com>; Latricea McClendon-Hunt <lmcclendonhunt@pldolaw.com>; Kristina Hector <khector@pldolaw.com>; Rachel Gribbin <rgribbin@pldolaw.com>; Angie Cooper <acooper@pldolaw.com>; Jessica Winter <JWinter@rbgg.com>; Michael W. Bien <MBien@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Cara Trapani <CTrapani@rbgg.com>; kristopher.kent@dsh.ca.gov; Nina Raddatz <Antonina.Raddatz@dsh.ca.gov>; Lucas Hennes <Lucas.Hennes@doj.ca.gov>; Coleman Team - RBG Only <ColemanTeam-RBGOnly@rbgg.com>
**Subject:** RE: Coleman v. Newsom: Updated Responses to Plaintiffs' Reqs. for Prod. from DSH

Dear Elise and Tyler,

Thank you for sending a portion of the updated DSH discovery last night.  I am reaching out to see if you are able to meet and confer about the DSH discovery dispute further this afternoon.  For example, if Plaintiffs agree to limit the update to data current as of 5/24, can Defendants provide that information sooner than Monday, 6/22?  We would also like more information on what we will be receiving on a rolling basis, when we can expect that information, and if there are any documents that were provided in the last installments that will not be updated.

Please feel free to call me at (415)-987-2103 to discuss.

Regards,

Amy Xu



101 Mission Street, Sixth Floor
San Francisco, CA 94105
(415) 433-6830 (telephone)
(415) 433-7104 (fax)
axu@rbgg.com
‌
CONFIDENTIALITY NOTICE
The information contained in this e-mail message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any dissemination, distribution or copying is strictly prohibited. If you think that you have received this e-mail message in error, please e-mail the sender at rbgg@rbgg.com.
IRS CIRCULAR 230 NOTICE:  As required by United States Treasury Regulations, you should be aware that this communication is not intended by the sender to be used, and it cannot be used, for the purpose of avoiding penalties under United States federal tax laws.

**From:** Tyler Heath <Tyler.Heath@doj.ca.gov>
**Sent:** Thursday, June 11, 2020 6:43 PM
**To:** Jessica Winter <JWinter@rbgg.com>; Michael W. Bien <MBien@rbgg.com>; Lisa Ells <LElls@rbgg.com>; Steve Fama <sfama@prisonlaw.com>; Cara Trapani <CTrapani@rbgg.com>; Amy Xu <AXu@rbgg.com>
**Cc:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Nick Weber <Nicholas.Weber@cdcr.ca.gov>; christine.ciccotti@dsh.ca.gov; kyle.lewis@doj.ca.gov; adriano.hrvatin@doj.ca.gov; lucas.hennes@doj.ca.gov; Nina Raddatz <Antonina.Raddatz@dsh.ca.gov>; kristopher.kent@dsh.ca.gov; catherine.hendon@dsh.ca.gov; ellen.bachman@dsh.ca.gov; Dillon Hockerson <Dillon.Hockerson@cdcr.ca.gov>; Mohamedu Jones <mjones@pldolaw.com>; Matt Lopes <mlopes@pldolaw.com>; Kerry F. Walsh <kwalsh@pldolaw.com>; Latricea McClendon-Hunt <lmcclendonhunt@pldolaw.com>; Kristina Hector <khector@pldolaw.com>; Rachel Gribbin <rgribbin@pldolaw.com>; Angie Cooper <acooper@pldolaw.com>
**Subject:** Coleman v. Newsom: Updated Responses to Plaintiffs' Reqs. for Prod. from DSH

Dear Amy,

Attached to this email you will find documents Bates numbered DSH Resp. 4.10.20 Order - 01492 to 01588.  These documents are responsive to Plaintiffs' First Set of Document Requests to Defendant Stephanie Clendenin, Director of Department of State Hospitals and your June 2, 2020 email requesting Defendants provide updated responses to Plaintiffs' Requests for Production.  Defendants will produce additional responsive documents as they become available.

Respectfully,

Tyler Heath

## The following files have been sent using FileXchange and can be downloaded by using the link below:

| Filename | Size | Checksum (SHA256) |
|---|---|---|
| | | 0e58c6b58ee295ec39c39309db3dacc24155f6eaa1a415ebcad9f115761be0f0 |

BATES NUMBER - Suppl. Responsive Documents to Pls Discovery Re June 25 Hearing.pdf    29.8 MB

Please click on the following link to download the attachments:
https://FX.doj.ca.gov/message/1bNEAKGgNNtqOFvyGVLXpD

This email or download link can not be forwarded to anyone else.

The attachments are available until: **Tuesday, 23 June.**

Message ID: `1bNEAKGgNNtqOFvyGVLXpD`

Download Files



https://FX.doj.ca.gov