REICHMAN JORGENSEN LLP
SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone: (650) 623-1401
  Fax: (650) 623-1449
  Email: sballard@reichmanjorgensen.com
         kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.** | Case No. 2:90-cv-00520 KJM DB P |
| Plaintiffs, | **PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S NOTICE OF REQUEST TO SEAL DOCUMENT** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff-Intervenor Christopher Lipsey hereby moves this Court to seal Exhibit A to his proposed Supplemental Brief in Support of Motion for Temporary Restraining Order (ECF #6690.3).  This document lists inmates who have complained about the excessive noise and resulting sleep deprivation caused by Guard One welfare checks, and notes whether each complaining inmate is a *Coleman* class member.

Under the protective order entered in this case (ECF #2109), documents which identify an "inmate other than the named plaintiffs in this action" are required to be treated as confidential. Modified Protective Order, ECF #2109, ¶¶ 1-2.  "Any documents filed with the Court that reveal confidential material shall be filed under seal."  *Id.* ¶ 7.

Per Local Rule 141(b), the Request to Seal Documents, proposed order, and the document proposed to be sealed have been emailed to the Court and all other parties.

Dated: June 22, 2020                                    Respectfully submitted,

                                                                          /s/ *Kate M. Falkenstien*

REICHMAN JORGENSEN LLP
Shawna L. Ballard (SBN 155188)
Kate Falkenstien (SBN 313753)
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
sballard@reichmanjorgensen.com
kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*