Xavier Becerra, State Bar No. 118517
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Senior Assistant Attorney General
Adriano Hrvatin, State Bar No. 220909
Supervising Deputy Attorney General
Elise Owens Thorn, State Bar No. 145931
Tyler V. Heath, State Bar No. 271478
Kyle A. Lewis, State Bar No. 201041
Lucas L. Hennes, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7318
  Fax:  (916) 324-5205
  E-mail:  Elise.Thorn@doj.ca.gov
Attorneys for Defendants

Roman M. Silberfeld, State Bar No. 62783
Glenn A. Danas, State Bar No. 270317
Robins Kaplan LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone:  (310) 552-0130
  Fax:  (310) 229-5800
  E-mail:  RSilberfeld@RobinsKaplan.com
Special Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF FILING OF MAY 15, 2020 *IN CAMERA* SUBMISSION OF MAPS AND DATA AND UNDER-SEAL FILING** |

On May 8, 2020, the Court ordered Defendants by May 15 to submit maps and other data concerning the housing of *Coleman* class members.  (ECF No. 6661 at 11-12.)  With Plaintiffs' stipulation, Defendants submitted that material *in camera* on May 15, 2020.  (ECF No. 6706 at 2.)

On June 10, the Court approved the parties' stipulation, which provided that the submitted maps and any future revision to the maps would be filed under seal.  (*Id.*)  In addition to the maps, the information requested by the Court includes patient census and level-of-care data and information that does not need to be filed under seal.  (*Id.* at 2.)  The June 10 order further

1    required Defendants to submit to the Court's Clerk for under-seal filing the maps submitted by

2    Defendants on May 15 for *in camera* review and to file on the public record all other documents

3    that accompanied the May 15 submission. (*Id.* at 3.)

4         Attached is Defendants' May 15 submission that does not need to be filed under seal,

5    including the Mental Health Services Delivery System map and other documents describing the

6    California Department of Corrections and Rehabilitation's mental health programs at various

7    prison facilities, as impacted by the COVID-19 pandemic.

8                                              **NOTICE**

9         Under this District's Civil Local Rule 141, Defendants give notice that they are filing the

10   copies of the maps encompassed by the Court's June 10 order under seal, will file the documents

11   via e-mail with the Court, and serve the parties with copies of the documents.

12

13   Dated:  June 24, 2020                              XAVIER BECERRA
                                                         Attorney General of California
14                                                       ADRIANO HRVATIN
                                                         Supervising Deputy Attorney General

15

16                                                       /S/ *ELISE OWENS THORN*
                                                         Elise Owens Thorn
17                                                       Deputy Attorney General
                                                         *Attorneys for Defendants*

18

19

20

21

22

23

24

25

26

27

28

[3419376.1]                                      2

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



May 15, 2020


Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500


*VIA EMAIL ONLY*

RE:    COLEMAN MAPS

Dear Mr. Hrvatin and Ms. Thorn:

On May 8, 2020, the Court ordered Defendants to provide the following in camera by 9:00 a.m. on Friday, May 15, 2020: 1) "a map showing where Coleman class members are hous[ed] following the defendants' recent completion of expedited releases 'to reduce the spread of COVID-19' and transfers out of prison dormitories undertaken 'to enhance physical distancing'"; 2)  an accompanying list "that identifies by level of care the total number of Coleman class members at each prison facility included on the map"; and 3) "a map identifying the location of every mental health program above the Correctional Clinical Case Management Systems (CCCMS) level of care, accompanied by, for each program, the total number of beds, the number of beds currently occupied, and the number of available bed." (ECF No. 6661).

In response to that order, the California Department of Corrections and Rehabilitation (CDCR) submits a statewide map denoting the mental health programs at each institution and maps for institutions that have a mental health program above the CCCMS level of care. The buildings with a mental health program at the Enhanced Outpatient Program (EOP), Mental Health Crisis Bed (MHCB), or a Psychiatric Inpatient Program (PIP) level of care have been color coded for easy recognition. Each institution map includes a document with charts showing the following: 1) the current population at each mental health level care housed at the institution as of May 11, 2020; 2) information regarding the capacity, census, and number of available beds of each building with a mental health program above the CCCMS level of care as of May 12, 2020; and 3) the location of the Temporary Mental Health Unit (TMHU) at each institution as of May 13, 2020.  In addition to the maps, CDCR submits a two-page document that provides the current mental health population by level of care and location of the TMHUs for institutions that do not have a mental program at the EOP level of care or higher.

All information is point in time as of the date the information was pulled to address the Court's order. Also, the capacity and census information provided is based on the physical capacity of each building and the number of inmates in the beds as of the date pulled. Given the current transfer

restrictions in place and the fact that patients may have had a level of care change recently, some inmates in EOP, MHCB, or PIP beds may be at different levels of care than the level of care for which the unit is designated. (*See* ECF No. 6616-1 at 238-263).

As noted in the Court's May 8, 2020 order, CDCR implemented a series of transfers for inmates out of dorms to enhance physical distancing. Those transfers were completed on April 29, 2020. As of May 1, 2020, CDCR had moved 2,378 inmates out of dorms to create physical distancing, with 1,928 transferred inmates transferred to different institutions and 450 transferred within their institution. The vast majority of class members impacted by these moves were in the CCCMS level of care. Fifty-four EOP class members were transferred to achieve physical distancing. The EOP transfers occurred within San Quentin and involved moving fifty-four EOP class members from the H-Unit Dorms to celled housing in San Quentin's North Block.

We hope the information provided is helpful to the Court.

Respectfully,

*/s/ Melissa C. Bentz*

Melissa C. Bentz
Attorney
Office of Legal Affairs
California Department of Corrections and Rehabilitation

# California Department of Corrections and Rehabilitation
## Division of Health Care Services
## Mental Health Services Delivery System Map



**C** **Correctional Clinical Case Management System (CCCMS)** is the primary level of outpatient clinical mental health care.

**E** **Enhanced Outpatient Program (EOP)** provides a higher, more intensive level of outpatient clinical care than CCCMS.

**M** **Mental Health Crisis Bed (MHCB)** is a short-term inpatient program.

**PI** **Psychiatric Inpatient Program (PIP)** provides services to IPs requiring long-term inpatient mental health care.

Revised by MJ on 5-13-2020

Defs. Resp. 5/8/20 Order - 003

Central California Women's Facility

Total Number of Patients Per Level of Care as of May 11, 2020:

| | |
|---|---|
| CCCMS | 1,243 |
| EOP | 123 |
| MHCB | 9 |
| ICF | 1 |
| APP | - |

Total Mental Health Population: 1,376

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|---|---|---|---|---|---|---|
| B | B 508 1 | EOP | Dorm | 120 | 68 | 52 |
| A[2] | A 504 1 | EOP ASU | 270 Cell | 62 | 45 | 17 |
| A[2] | A 504 2 | EOP ASU | 270 Cell | 90 | 63 | 24 |
| CTC | Skilled Nursing Facility | MHCB | Cell | 12 | 8 | 4 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|---|---|---|
| A | A 503 1 | 15 |
| A | A 503 2 | 6 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

[2] Facility A, Building 504 houses inmates in the following housing designations: general population administrative segregation unit, EOP administrative segregation hub, and short term restricted housing. Thus, not all inmates in that building are at the EOP level of care. As of May 11, 2020, there were 10 EOP ASU patients.

California Health Care Facility

Total Number of Patients Per Level of Care as of May 11, 2020:

| CCCMS | 623 |
|-------|-----|
| EOP | 594 |
| MHCB | 14 |
| ICF | 391 |
| APP | 94 |

Total Mental Health Population: 1,716

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|----------|----------|---------------|--------------|----------|--------|-----------------|
| E | E 301B1 | EOP | Cell | 50 | 44 | 1 |
| E | E 301B2 | EOP | Cell | 50 | 45 | 2 |
| E | E 301C1 | EOP | Cell | 42 | 38 | 2 |
| E | E 301C2 | EOP | Cell | 50 | 46 | 1 |
| E | E 301D1 | EOP | Cell | 42 | 37 | 3 |
| E | E 301D2 | EOP | Cell | 50 | 45 | 1 |
| E | E 301E1 | EOP | Cell | 48 | 46 | 0 |
| E | E 301E2 | EOP | Cell | 50 | 48 | 1 |
| E | E 301F1 | EOP | Cell | 48 | 40 | 7 |
| E | E 301F2 | EOP | Cell | 50 | 41 | 4 |
| A | 302 A1 | APP | Cell | 39 | 29 | 10 |
| A | 302 B1 | APP | Cell | 20 | 15 | 5 |
| B | 301 A1 | APP | Cell | 29 | 25 | 4 |
| B | 301 B1 | APP | Cell | 25 | 19 | 6 |
| B | 302 A1 | APP | Cell | 29 | 21 | 8 |
| B | 302 B1 | APP | Cell | 27 | 23 | 4 |
| B | 304 A1 | APP | Cell | 30 | 14 | 16 |
| B | 301 A1 | ICF | Cell | 1 | 1 | 0 |
| B | 302 A1 | ICF | Cell | 1 | 1 | 0 |
| B | 302 B1 | ICF | Cell | 3 | 2 | 1 |
| B | 303 A1 | ICF | Cell | 30 | 30 | 0 |
| B | 303 B1 | ICF | Cell | 30 | 28 | 2 |
| B | 304 B1 | ICF | Cell | 30 | 30 | 0 |
| B | 305 A1 | ICF | Cell | 30 | 30 | 0 |
| B | 305 B1 | ICF | Cell | 30 | 30 | 0 |
| B | 306 A1 | ICF | Cell | 30 | 30 | 0 |
| B | 306 B1 | ICF | Cell | 30 | 30 | 0 |
| B | 307 A1 | ICF | Cell | 30 | 29 | 1 |
| B | 307 B1 | ICF | Cell | 30 | 29 | 1 |
| B | 308 A1 | ICF | Cell | 30 | 29 | 1 |
| B | 308 B1 | ICF | Cell | 30 | 29 | 1 |
| A | 301 A1 | MHCB | Cell | 30 | 17 | 12 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

| A | 301 B1 | MHCB | Cell | 30 | 0 | 30 |
| A | 302 B1 | MHCB | Cell | 18 | 0 | 18 |
| E | E 301A1 | EOP ASU | Cell | 25 | 23 | 1 |
| E | E 301A2 | EOP ASU | Cell | 25 | 25 | 0 |

Location of TMHU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
| --- | --- | --- |
| D | 305B1 | 3 |
| E | 301A1 | 5 |

California Institution for Men

Total Number of Patients Per Level of Care as of May 11, 2020:

| | |
|---|---|
| CCCMS | 1,033 |
| EOP | 32 |
| MHCB | 14 |
| ICF | 13 |
| APP | 2 |

Total Mental Health Population: 1,094

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|---|---|---|---|---|---|---|
| D | Infirmary | MHCB | Cell | 34 | 29 | 3 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|---|---|---|
| B | B CH 1 | 12 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

California Institution for Women

Total Number of Patients Per Level of Care as of May 11, 2020:

| | |
|---|---|
| CCCMS | 651 |
| EOP | 61 |
| MHCB | 7 |
| ICF | 31 |
| APP | 2 |

Total Mental Health Population: 752

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|---|---|---|---|---|---|---|
| A | Support Care Unit | EOP ASU | Cell | 10 | 3 | 5 |
| A | Support Care Unit | EOP | Cell | 94 | 53 | 38 |
| A | Support Care Unit | PSU | Cell | 10 | 5 | 4 |
| CTC | S INF 1 | MHCB | Cell | 10 | 10 | 1 |
| A | Walker Unit | MHCB | Cell | 19 | 5 | 14 |
| PIP | S PIPA1 | APP/ICF | Cell | 21 | 16 | 5 |
| PIP | S PIPA 2 | APP/ICF | Cell | 24 | 16 | 8 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|---|---|---|
| - | - | - |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

California Men's Colony

Total Number of Patients Per Level of Care as of May 11, 2020:

| CCCMS | 696 |
|---|---|
| EOP | 593 |
| MHCB | 23 |
| ICF | 9 |
| APP | 15 |

Total Mental Health Population: 1,336

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|---|---|---|---|---|---|---|
| D | D 007 1 | EOP | Cell | 52 | 43 | 6 |
| D | D 007 2 | EOP | Cell | 100 | 99 | 0 |
| D | D 007 3 | EOP | Cell | 100 | 100 | 0 |
| D | D 008 1 | EOP | Cell | 100 | 94 | 3 |
| D | D 008 2 | EOP | Cell | 100 | 98 | 2 |
| D | D 008 3 | EOP | Cell | 100 | 97 | 1 |
| B[2] | B 004 1 | EOP ASU | Cell | 97 | 60 | 32 |
| B[2] | B 004 2 | EOP ASU | Cell | 90 | 55 | 32 |
| B[2] | B 004 3 | EOP ASU | Cell | 94 | 61 | 29 |
| H | MHCB Building | MCHB | Cell | 25 | 19 | 6 |
| H | MHCB Building | MCHB | Cell | 25 | 20 | 5 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|---|---|---|
| D | D 007 1 | 33 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.
[2] Facility B, Building 4 houses inmates in the following housing designations: general population administrative segregation unit and EOP administrative segregation hub. Thus, not all inmates in that building are at the EOP level of care. As of May 11, 2020, there were 63 EOP ASU patients.

California Men's Facility

Total Number of Patients Per Level of Care as of May 11, 2020:

| | |
|---|---|
| CCCMS | 467 |
| EOP | 510 |
| MHCB | 17 |
| ICF | 250 |
| APP | 168 |

Total Mental Health Population: 1,412

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|---|---|---|---|---|---|---|
| A | L2 | EOP | Cell | 76 | 69 | 5 |
| A | L3 | EOP | Cell | 37 | 37 | 0 |
| A | M1 | EOP | Cell | 74 | 69 | 4 |
| A | M2 | EOP | Cell | 76 | 69 | 5 |
| A | N1 | EOP | Cell | 73 | 59 | 2 |
| A | N2 | EOP | Cell | 76 | 72 | 3 |
| A | N3 | EOP | Cell | 75 | 68 | 4 |
| A | P1 | APP | Cell | 31 | 26 | 5 |
| A | P2 | APP | Cell | 32 | 26 | 6 |
| A[2] | Q1 | APP | Cell | 28 | 21 | 7 |
| A | Q2 | APP | Cell | 31 | 27 | 4 |
| A | Q3 | APP | Cell | 29 | 22 | 7 |
| A | S1 | APP | Cell | 26 | 24 | 2 |
| A | S2 | APP | Cell | 29 | 25 | 2 |
| A | A2 | ICF | Dorm | 44 | 38 | 6 |
| A | A3 | ICF | Dorm | 40 | 36 | 4 |
| A | L1 | ICF | Cell | 68 | 61 | 7 |
| A | P1 | ICF | Cell | 1 | 1 | 0 |
| A | P2 | ICF | Cell | 4 | 4 | 0 |
| A | P3 | ICF | Cell | 30 | 30 | 0 |
| A[2] | Q1 | ICF | Cell | 1 | 1 | 0 |
| A | Q3 | ICF | Cell | 1 | 1 | 0 |
| A | S1 | ICF | Cell | 4 | 4 | 0 |
| A | S2 | ICF | Cell | 1 | 1 | 0 |
| IFC Building | HTCA1 | ICF | Cell | 16 | 16 | 0 |
| ICF Building | HTCB1 | ICF | Cell | 16 | 16 | 0 |
| ICF Building | HTCC1 | ICF | Cell | 16 | 16 | 0 |
| ICF Building | HTCD1 | ICF | Cell | 16 | 16 | 0 |

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

[2] Only 16 of the beds in Q1 are online due to psychiatry and nursing staffing concerns.

*Coleman* Maps – CMF Chart

| MHCB Building | CTCA1 | MHCB | Cell | 25 | 0 | 25 |
|---|---|---|---|---|---|---|
| MHCB Building | CTCB1 | MHCB | Cell | 25 | 19 | 5 |
| A | I 3[3] | EOP ASU | Cell | 38 | 33 | 4 |
| A | M 3 | EOP ASU | Cell | 38 | 33 | 5 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|---|---|---|
| - | - | - |

---

[3] Facility A, I Wing 3 houses inmates in the following housing designations: general population administrative segregation unit and EOP administrative segregation hub. Thus, not all inmates in that building are at the EOP level of care. As of May 11, 2020, there were 46 EOP ASU patients.

California State Prison, Corcoran

Total Number of Patients Per Level of Care as of May 11, 2020:

| CCCMS | 1,242 |
|-------|-------|
| EOP | 268 |
| MHCB | 6 |
| ICF | 6 |
| APP | 8 |

Total Mental Health Population: 1,530

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|----------|----------|---------------|--------------|----------|--------|-----------------|
| 03A | 03A004 1 | EOP | 270 Cell | 100 | 74 | 14 |
| 03A | 03A004 2 | EOP | 270 Cell | 100 | 77 | 10 |
| 03B | 03B001 1 | EOP | 270 Cell | 100 | 75 | 18 |
| 03B | 03B001 2 | EOP | 270 Cell | 100 | 64 | 23 |
| 03A | 03A003 1 | EOP ASU | 270 Cell | 100 | 45 | 44 |
| 03A | 03A003 2 | EOP ASU | 270 Cell | 100 | 2 | 98 |
| CTC | S INFC1 | MHCB | Cell | 24 | 11 | 13 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|----------|----------|---------------------|
| 03 A | 03A004 1 | 12 |
| 03 A | 03A004 2 | 12 |
| 04 A | 04A3LC1 | 24 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

High Desert State Prison

Total Number of Patients Per Level of Care as of May 11, 2020:

| CCCMS | 977 |
|-------|-----|
| EOP | 6 |
| MHCB | 4 |
| ICF | - |
| APP | - |

Total Mental Health Population: 987

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|----------|----------|---------------|--------------|----------|--------|-----------------|
| CTC | S INF 1 | MHCB | Cell | 10 | 3 | 7 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|----------|----------|---------------------|
| D | 008 1 | 5 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

Kern Valley State Prison

Total Number of Patients Per Level of Care as of May 11, 2020:

| CCCMS | 970 |
|---|---|
| EOP | 108 |
| MHCB | 9 |
| ICF | 4 |
| APP | 1 |

Total Mental Health Population: 1,092

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|---|---|---|---|---|---|---|
| C | C 008 1 | EOP | 180 Cell | 64 | 44 | 10 |
| C | C 008 2 | EOP | 180 Cell | 64 | 47 | 5 |
| CTC | S INF 1 | MHCB | Cell | 12 | 5 | 7 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|---|---|---|
| B | B 001 1 | 20 |
| B | B 001 2 | 16 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

California State Prison, Los Angeles County

Total Number of Patients Per Level of Care as of May 11, 2020:

| | |
|---|---|
| CCCMS | 806 |
| EOP | 575 |
| MHCB | 4 |
| ICF | 12 |
| APP | 6 |

Total Mental Health Population: 1,403

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|---|---|---|---|---|---|---|
| D | D 001 1 | EOP | 270 Cell | 100 | 62 | 19 |
| D | D 001 2 | EOP | 270 Cell | 100 | 61 | 23 |
| D | D 002 1 | EOP | 270 Cell | 100 | 61 | 29 |
| D | D 002 2 | EOP | 270 Cell | 100 | 65 | 16 |
| D | D 003 1 | EOP | 270 Cell | 100 | 74 | 20 |
| D | D 003 2 | EOP | 270 Cell | 100 | 71 | 20 |
| D | D 004 1 | EOP | 270 Cell | 100 | 75 | 18 |
| D | D 004 2 | EOP | 270 Cell | 100 | 70 | 19 |
| D | D 005 1 | EOP ASU | 270 Cell | 100 | 49 | 39 |
| D | D 005 2 | EOP ASU | 270 Cell | 100 | 55 | 32 |
| CTC | S INF 1 | MHCB | Cell | 12 | 8 | 4 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|---|---|---|
| C | C 005 1 | 10 |
| C | C 005 2 | 20 |
| Z | Z 001 1 | 10 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

Mule Creek State Prison

Total Number of Patients Per Level of Care as of May 11, 2020:

| CCCMS | 1,397 |
|-------|-------|
| EOP   | 696   |
| MHCB  | 8     |
| ICF   | 5     |
| APP   | 2     |

Total Mental Health Population: 2,108

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|----------|----------|---------------|--------------|----------|--------|-----------------|
| D | D 018A1 | EOP | Dorm | 30 | 25 | 5 |
| D | D 018A2 | EOP | Dorm | 36 | 29 | 7 |
| D | D 018B1 | EOP | Dorm | 30 | 27 | 3 |
| D | D 018B2 | EOP | Dorm | 36 | 34 | 2 |
| D | D 018C1 | EOP | Dorm | 30 | 28 | 2 |
| D | D 018C2 | EOP | Dorm | 36 | 31 | 5 |
| D | D 018D1 | EOP | Dorm | 30 | 27 | 3 |
| D | D 018D2 | EOP | Dorm | 36 | 34 | 2 |
| B | B 006 1 | EOP | 270 Cell | 100 | 68 | 20 |
| B | B 006 2 | EOP | 270 Cell | 100 | 71 | 18 |
| B | B 007 1 | EOP | 270 Cell | 100 | 65 | 33 |
| B | B 007 2 | EOP | 270 Cell | 100 | 86 | 6 |
| A | A 005 1 | EOP | 270 Cell | 100 | 75 | 13 |
| A | A 005 2 | EOP | 270 Cell | 100 | 73 | 11 |
| C[2] | C 012 1 | EOP ASU | 270 Cell | 100 | 47 | 45 |
| C[2] | C 012 2 | EOP ASU | 270 Cell | 100 | 60 | 32 |
| CTC | S INF 1 | MHCB | Cell | 8 | 8 | 0 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|----------|----------|---------------------|
| C | C 012 1 | 8 |
| C | C 013 1 | 8 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

[2] Facility C, Building 12 houses inmates in the following housing designations: general population administrative segregation unit and EOP administrative segregation hub. Thus, not all inmates in that building are at the EOP level of care. As of May 11, 2020, there were 39 EOP ASU patients.

fact that patients may have had a level of care change recently, some inmates in EOP, MHCB, or PIP beds may be at different levels of care than the level of care for which the unit is designated. (*See* ECF No. 6616-1 at 238-263).

As noted by the Court in the May 8, 2020 order, CDCR implemented a series of transfers for inmates out of dorms to enhance physical distancing. Those transfers were completed on April 29, 2020. As of May 1, 2020, CDCR had moved 2,378 inmates out of dorms to create physical distancing, with 1,928 transferred inmates transferred to different institutions and 450 transferred within their institution. The vast majority of class members impacted by these moves were in the CCCMS level of care. Only fifty-four EOP class members were transferred to achieve physical distancing. The EOP transfers occurred within San Quentin and involved moving fifty-four EOP class members from the H-Unit Dorms to celled housing in San Quentin's North Block.

We hope the information provided is helpful to the Court.

Respectfully,

*/s/ Melissa C. Bentz*

Melissa C. Bentz
Attorney
Office of Legal Affairs
California Department of Corrections and Rehabilitation

North Kern State Prison

Total Number of Patients Per Level of Care as of May 11, 2020:

| | |
|---|---|
| CCCMS | 757 |
| EOP | 46 |
| MHCB | 2 |
| ICF | 2 |
| APP | 1 |

Total Mental Health Population: 808

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|---|---|---|---|---|---|---|
| CTC | S INF 1 | MHCB | Cell | 10 | 2 | 8 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|---|---|---|
| A | A 004 1 | 10 |
| D | D 006 1 | 10 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

Pelican Bay State Prison

Total Number of Patients Per Level of Care as of May 11, 2020:

| | |
|---|---|
| CCCMS | 281 |
| EOP | 2 |
| MHCB | - |
| ICF | - |
| APP | - |

Total Mental Health Population: 283

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|---|---|---|---|---|---|---|
| CTC | S INF 1 | MHCB | S INF 1 | 10 | 0 | 10 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|---|---|---|
| A | A 001 1 | 2 |
| Z | Z 001 1 | 12 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

Pleasant Valley State Prison

Total Number of Patients Per Level of Care as of May 11, 2020:

| | |
|---|---|
| CCCMS | 465 |
| EOP | 6 |
| MHCB | 4 |
| ICF | - |
| APP | 2 |

Total Mental Health Population: 477

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|---|---|---|---|---|---|---|
| CTC[2] | S INF 1 | MHCB | Cell | 6 | 0 | 0 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|---|---|---|
| D | D 005 1 | 16 |
| Z | Z 001 1 | 24 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.
[2] The PVSP MHCB beds are currently offline due to roof damage following rain.

Richard J. Donovan Correctional Facility

Total Number of Patients Per Level of Care as of May 11, 2020:

| CCCMS | 1,306 |
|-------|-------|
| EOP | 822 |
| MHCB | 8 |
| ICF | 4 |
| APP | 7 |

Total Mental Health Population: 2,147

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|----------|----------|---------------|--------------|----------|--------|-----------------|
| E | E 023A1 | EOP | Dorm | 30 | 27 | 3 |
| E | E 023A2 | EOP | Dorm | 36 | 30 | 6 |
| E | E 023B1 | EOP | Dorm | 30 | 29 | 1 |
| E | E 023B2 | EOP | Dorm | 36 | 31 | 5 |
| E | E 023C1 | EOP | Dorm | 30 | 26 | 4 |
| E | E 023C2 | EOP | Dorm | 36 | 32 | 4 |
| E | E 023D1 | EOP | Dorm | 30 | 28 | 2 |
| E | E 023D2 | EOP | Dorm | 36 | 33 | 3 |
| A | A 001 1 | EOP | 270 Cell | 100 | 63 | 12 |
| A | A 001 2 | EOP | 270 Cell | 100 | 75 | 5 |
| A | A 002 1 | EOP | 270 Cell | 100 | 75 | 12 |
| A | A 002 2 | EOP | 270 Cell | 100 | 80 | 9 |
| C | C 014 1 | EOP | 270 Cell | 100 | 47 | 35 |
| C | C 014 2 | EOP | 270 Cell | 100 | 75 | 14 |
| C | C 015 1 | EOP | 270 Cell | 100 | 63 | 24 |
| C | C 015 2 | EOP | 270 Cell | 100 | 61 | 27 |
| B[2] | B 006 1 | EOP ASU | 270 Cell | 100 | 34 | 56 |
| B[2] | B 006 2 | EOP ASU | 270 Cell | 100 | 41 | 49 |
| CTC | S INF 1 | MHCB | Cell | 14 | 14 | 0 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|----------|----------|---------------------|
| B | B 006 1 | 6 |
| B | B 006 2 | 6 |
| B | B 007 1 | 10 |
| B | B 007 2 | 6 |
| C | C 014 4 | 30 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

[2] Facility B, Building 6 houses inmates in the following housing designations: general population administrative segregation unit and EOP administrative segregation hub. Thus, not all inmates in that building are at the EOP level of care. As of May 11, 2020, there were 45 EOP ASU patients.

California State Prison, Sacramento

Total Number of Patients Per Level of Care as of May 11, 2020:

| CCCMS | 492 |
|-------|-----|
| EOP   | 739 |
| MHCB  | 18  |
| ICF   | 23  |
| APP   | 31  |

Total Mental Health Population: 1,303

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|----------|----------|---------------|--------------|----------|--------|-----------------|
| A | A 003 1 | EOP | 180 Cell | 64 | 41 | 13 |
| A | A 003 2 | EOP | 180 Cell | 64 | 45 | 8 |
| A | A 004 1 | EOP | 180 Cell | 64 | 47 | 11 |
| A | A 004 2 | EOP | 180 Cell | 64 | 42 | 11 |
| A | A 006 1 | EOP | 180 Cell | 64 | 42 | 13 |
| A | A 006 2 | EOP | 180 Cell | 64 | 48 | 9 |
| A | A 007 1 | EOP | 180 Cell | 64 | 45 | 14 |
| A | A 007 2 | EOP | 180 Cell | 64 | 48 | 10 |
| B | B 001 1 | EOP | 180 Cell | 44 | 14 | 28 |
| B | B 001 2 | EOP | 180 Cell | 44 | 15 | 25 |
| B | B 005 1 | EOP | 180 Cell | 64 | 45 | 8 |
| B | B 005 2 | EOP | 180 Cell | 64 | 43 | 2 |
| B | B 006 1 | EOP | 180 Cell | 64 | 49 | 5 |
| B | B 006 2 | EOP | 180 Cell | 64 | 50 | 1 |
| A[2] | A 005 1 | EOP ASU | 180 Cell | 43 | 39 | 2 |
| A[2] | A 005 2 | EOP ASU | 180 Cell | 32 | 31 | 1 |
| CTC | S CTC 1 | MHCB | Cell | 11 | 10 | 1 |
| CTC | S INF 1 | MHCB | Cell | 13 | 12 | 1 |
| B | B 001 1 | MHCB | 180 Cell | 10 | 10 | 0 |
| B | B 001 2 | MHCB | 180 Cell | 10 | 10 | 0 |
| A | A 001 1 | PSU | 180 Cell | 32 | 30 | 1 |
| A | A 001 2 | PSU | 180 Cell | 32 | 30 | 1 |
| A | A 002 1 | PSU | 180 Cell | 32 | 27 | 4 |
| A | A 002 2 | PSU | 180 Cell | 32 | 30 | 2 |
| B | B 007 1 | PSU | 180 Cell | 22 | 16 | 6 |
| B | B 007 2 | PSU | 180 Cell | 22 | 16 | 6 |

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

[2] Facility A, Building 5 houses inmates in the following housing designations: general population administrative segregation unit and EOP administrative segregation hub. Thus, not all inmates in that building are at the EOP level of care. As of May 11, 2020, there were 60 EOP ASU patients.

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|----------|----------|---------------------|
| B | B 007 1 | 10 |
| B | B 007 2 | 10 |

California Substance Abuse Treatment Facility

Total Number of Patients Per Level of Care as of May 11, 2020:

| CCCMS | 1,787 |
|-------|-------|
| EOP | 533 |
| MHCB | 8 |
| ICF | 7 |
| APP | 2 |

Total Mental Health Population: 2,337

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|----------|----------|---------------|--------------|----------|--------|-----------------|
| F | F 003 1 | EOP | Dorm | 120 | 102 | 18 |
| F | F 003 2 | EOP | Dorm | 144 | 122 | 22 |
| G | G 001 1 | EOP | Dorm | 120 | 87 | 33 |
| G | G 001 2 | EOP | Dorm | 144 | 107 | 37 |
| G | G 003 1 | EOP | Dorm | 60 | 44 | 16 |
| G | G 003 2 | EOP | Dorm | 72 | 55 | 17 |
| CTC | S INF 1 | MHCB | Cell | 20 | 12 | 8 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|----------|----------|---------------------|
| E | E 001 1 | 16 |
| Z | Z 001 1 | 4 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

*Coleman* Maps – SOL Chart

California State Prison, Solano

Total Number of Patients Per Level of Care as of May 11, 2020:

| CCCMS | 638 |
|-------|-----|
| EOP | 2 |
| MHCB | 2 |
| ICF | - |
| APP | 2 |

Total Mental Health Population: 644

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|----------|----------|---------------|--------------|----------|--------|-----------------|
| CTC | S INF 1 | MHCB | Cell | 9 | 5 | 3 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|----------|----------|---------------------|
| B | B 009 1 | 4 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

San Quentin State Prison

Total Number of Patients Per Level of Care as of May 11, 2020:

| CCCMS | 918 |
|---|---|
| EOP | 277 |
| MHCB | 5 |
| ICF | 30 |
| APP | 3 |

Total Mental Health Population: 1,233

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|---|---|---|---|---|---|---|
| B[2] | H Unit 1 | EOP | Dorm | 100 | 64 | 36 |
| B[3] | H Unit 2 | EOP | Dorm | 100 | 64 | 36 |
| CTC | S INF 1 | APP | Cell | 9 | 8 | 1 |
| CTC | S INF 1 | ICF | Cell | 1 | 0 | 0 |
| CTC | S INF 1 | APP/ICF | Cell | 31 | 30 | 0 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|---|---|---|
| - | - | - |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

[2] A total of fifty-four EOP patients were transferred from H Unit 1 and H Unit 2 to empty cells in North Block at SQ.

[3] There are an additional 59 condemned EOP patient who are housed with the condemned population.

*Coleman* Maps – SVSP Chart

Salinas Valley State Prison

Total Number of Patients Per Level of Care as of May 11, 2020:

| CCCMS | 840 |
|---|---|
| EOP | 346 |
| MHCB | 8 |
| ICF | 214 |
| APP | - |

Total Mental Health Population: 1,408

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|---|---|---|---|---|---|---|
| A | A 004 1 | EOP | 270 Cell | 100 | 51 | 42 |
| A | A 004 2 | EOP | 270 Cell | 100 | 53 | 36 |
| A | A 005 1 | EOP | 270 Cell | 100 | 39 | 40 |
| A | A 005 2 | EOP | 270 Cell | 100 | 50 | 41 |
| D | D 003 1 | EOP | 180 Cell | 64 | 46 | 11 |
| D | D 003 2 | EOP | 180 Cell | 64 | 44 | 10 |
| C | C 005 1 | ICF | 180 Cell | 32 | 22 | 4 |
| C | C 005 2 | ICF | 180 Cell | 32 | 28 | 4 |
| C | C 006 1 | ICF | 180 Cell | 32 | 23 | 3 |
| C | C 006 2 | ICF | 180 Cell | 32 | 27 | 4 |
| ICF Building 1 | I 001A1 | ICF | Cell | 12 | 8 | 3 |
| ICF Building 1 | I 001B1 | ICF | Cell | 10 | 10 | 0 |
| ICF Building 1 | I 001C1 | ICF | Cell | 10 | 10 | 0 |
| ICF Building 1 | I 001D1 | ICF | Dorm | 32 | 22 | 2 |
| ICF Building 2 | I 002A1 | ICF | Cell | 26 | 22 | 4 |
| ICF Building 2 | I 002B1 | ICF | Cell | 16 | 15 | 1 |
| ICF Building 2 | I 002C1 | ICF | Cell | 16 | 14 | 2 |
| ICF Building 2 | I 002D1 | ICF | Cell | 16 | 12 | 4 |
| CTC[2] | S CTC 1 | MHCB | Cell | 10 | 0 | 0 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|---|---|---|
| D | D 002 1 | 6 |
| D | D 002 2 | 10 |

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.
[2] The 10 SVSP MHCBs are currently closed due to psychiatry staffing.

Valley State Prison

Total Number of Patients Per Level of Care as of May 11, 2020:

| CCCMS | 1,056 |
|-------|-------|
| EOP | 321 |
| MHCB | 2 |
| ICF | - |
| APP | - |

Total Mental Health Population: 1,379

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|----------|----------|---------------|--------------|----------|--------|-----------------|
| A | A 001 1 | EOP | Dorm | 192 | 147 | 45 |
| A | A 002 1 | EOP | Dorm | 180 | 163 | 17 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|----------|----------|---------------------|
| A | A 004 1 | 10 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

Wasco State Prison

Total Number of Patients Per Level of Care as of May 11, 2020:

| | |
|---|---|
| CCCMS | 1,202 |
| EOP | 68 |
| MHCB | 8 |
| ICF | - |
| APP | - |

Total Mental Health Population: 1,278

Capacity and Census Per Building as of May 12, 2020[1]:

| Facility | Building | Level of Care | Housing Type | Capacity | Census | Empty Bed Count |
|---|---|---|---|---|---|---|
| CTC | S INF 1 | MHCB | Cell | 6 | 6 | 0 |

Location of THMU as of May 13, 2020:

| Facility | Building | Number of THMU Beds |
|---|---|---|
| B | B 002 1 | 14 |
| B | B 006 1 | 14 |
| B | B 003 1 | 14 |
| B | B 006 1 | 1 |

---

[1] The patients in the beds may not be at the level of care the beds are designated for due to the transfer restrictions the parties have agreed to put in place.

CCCMS-Only Institutions & Desert Institutions

CCCMS: Avenal State Prison; California Correctional Institution; California Rehabilitation Center; Correctional Training Facility; Deuel Vocational Institution; Folsom State Prison; Sierra Conservation Center

Desert Institutions: California City Correctional Facility; Calipatria State Prison; California Correctional Center; Centinela State Prison; Chuckawalla Valley State Prison; Ironwood State Prison

Total Number of CCCMS Patients Per Institution as of May 11, 2020:

| INST | CCCMS | EOP | MHCB | ICF | APP | Total MH Population |
|------|-------|-----|------|-----|-----|---------------------|
| ASP | 1,034 | 3 | 1 | 0 | 0 | 1,038 |
| CAC | 0 | 0 | 0 | 0 | 0 | 0 |
| CAL | 6 | 0 | 1 | 0 | 0 | 7 |
| CCC | 1 | 0 | 0 | 0 | 0 | 1 |
| CCI | 1,318 | 4 | 0 | 0 | 0 | 1,322 |
| CEN | 4 | 0 | 0 | 0 | 0 | 4 |
| CRC | 1,209 | 1 | 0 | 0 | 0 | 1,210 |
| CTF | 1,286 | 2 | 2 | 0 | 0 | 1,290 |
| CVSP | 2 | 0 | 0 | 0 | 0 | 2 |
| DVI | 448 | 4 | 0 | 0 | 0 | 452 |
| FSP[1] | 548 | 2 | 0 | 0 | 0 | 550 |
| ISP | 6 | 0 | 0 | 0 | 0 | 6 |
| SCC | 530 | 3 | 0 | 0 | 0 | 533 |

Location of THMU as of May 13, 2020:

| INST | Facility | Building | Number of THMU Beds |
|------|----------|----------|---------------------|
| ASP | S | S INF 1 | 6 |
| CAC | A | A 001C1 | 8 |
| CAC | A | A 002B1 | 8 |
| CAL | A | A 005 1 | 5 |
| CAL | S | S INF 1 | 5 |
| CAL | Z | Z 001 1 | 3 |
| CCC | C | C 003 1 | 8 |
| CCC | S | S INF 1 | 3 |
| CCI | A | A 008B1 | 10 |
| CEN | A | A 005 1 | 8 |
| CEN | S | S INF 1 | 4 |
| CEN | Z | Z 001 1 | 12 |
| CRC | S | S INF 1 | 2 |
| CTF | C | C INF 2 | 4 |
| CTF | C | C XW 1 | 10 |
| CVSP | - | - | 0 |
| DVI | S | S INF 2 | 9 |
| FSP | A | A 003B1 | 16 |
| FSP | A | A 004B1 | 8 |
| ISP | B | B 003 1 | 6 |

---

[1] Includes population from Folsom Women's Facility.

| ISP | D | D 003 1 | 6 |
|-----|---|---------|----|
| ISP | S | S INF 1 | 3 |
| SCC | C | C 002 1 | 24 |