CAED 435 (Rev. 04/18)

United States District Court, Eastern District of California

# TRANSCRIPT ORDER

**FOR COURT USE ONLY**
DUE DATE:

*PLEASE Read Instruction Page (attached):*

| 1. YOUR NAME | 2. EMAIL | 3. PHONE NUMBER | 4. DATE |
|---|---|---|---|
| Amy Xu | AXu@rbgg.com | (415) 433-6830 | 06/29/20 |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| Rosen Bien Galvan & Grunfeld LLP, 101 Mission Street, 6th Floor | San Francisco | CA | 94105 |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| 2:90-cv-00520-KJM-DB | Kimberly J. Mueller | 11. FROM 06/26/20 | 12. TO 06/26/20 |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| Coleman, et al., v. Newsom, et al. | 14. CITY Sacramento | 15. STATE CA |

**16. ORDER FOR**
- ☐ APPEAL No.
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☑ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)  *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Telephonic Status Conference | 06/26/20 | Kimberly Bennett |
| ☐ OPENING STATEMENTS | | | | | |
| ☐ CLOSING ARGUMENTS | | | | | |
| ☐ JURY INSTRUCTIONS | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☑ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| 19. SIGNATURE | PROCESSED BY |
|---|---|
| /s/ Amy Xu | |

| 20. DATE | PHONE NUMBER |
|---|---|
| 06/29/20 | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|
| | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |