United States District Court, Eastern District of California

**TRANSCRIPT ORDER**

Case 2:90-cv-00520-KJM-SCR    Document 6743    Filed 06/29/20    Page 1 of 1

**FOR COURT USE ONLY**
DUE DATE:

| Field | Value |
|---|---|
| 1. YOUR NAME | Elise Owens Thorn |
| 2. EMAIL | Elise.Thorn@doj.ca.gov |
| 3. PHONE NUMBER | (916) 210-7318 |
| 4. DATE | 6/29/2020 |
| 5. MAILING ADDRESS | Office of the Attorney General, P.O. Box 944255 |
| 6. CITY | Sacramento |
| 7. STATE | CA |
| 8. ZIP CODE | 94244-2550 |
| 9. CASE NUMBER | 2:90-cv-00520 KJM-DB (PC) |
| 10. JUDGE | Kimberly J. Mueller |
| 11. FROM | June 26, 2020 |
| 12. TO | June 26, 2020 |
| 13. CASE NAME | Coleman, et al. v. Newsom, et al. |
| 14. CITY | Sacramento |
| 15. STATE | CA |

**16. ORDER FOR**
- [ ] APPEAL No.
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You must provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| [ ] ENTIRE TRIAL | | | [x] OTHER (Specify Below) | | |
| [ ] JURY SELECTION | | | Telephonic Status Conference | June 26, 2020 | Kimberly Bennett |
| [ ] OPENING STATEMENTS | | | | | |
| [ ] CLOSING ARGUMENTS | | | | | |
| [ ] JURY INSTRUCTIONS | | | | | |
| Entire Status Conference | | | | | |

**18. ORDER** (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [x] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (19 & 20)**
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

19. SIGNATURE: /s/ Elise Owens Thorn

20. DATE: June 29, 2020

PROCESSED BY:

PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:

COURT ADDRESS:

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

DEPOSIT PAID
TOTAL CHARGES
LESS DEPOSIT
TOTAL REFUNDED
TOTAL DUE