REICHMAN JORGENSEN LLP
SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone: (650) 623-1401
  Fax: (650) 623-1449
  Email: sballard@reichmanjorgensen.com
         kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                              Plaintiff,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | Case No. 2:90-cv-00520 KJM DB P<br><br>**DECLARATION OF KATE FALKENSTIEN IN SUPPORT OF PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S MOTION TO COMPEL**<br><br>Judge:         Hon. Kimberly Mueller<br>Action Filed:  April 23, 1990 |

I, Kate Falkenstien, hereby declare as follows:

1. I am an attorney with Reichman Jorgensen LLP, counsel for Plaintiff-Intervenor Christopher Lipsey in this matter. I am admitted to the California bar. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently hereto.

2. This Declaration is submitted in support of Lipsey's Motion to Compel.

3. Exhibit A to this Declaration is a true and correct copy of the transcript of the status conference held before this Court on February 26, 2020.

4. Exhibit B to this Declaration is a true and correct copy of Lipsey's First Set of Requests for Production to defendants, served on February 28, 2020.

5. In response to the First Set of Requests for Production, Defendants produced responsive complaints on March 16, 2020; April 27, 2020; May 22, 2020; and June 22, 2020. The March 16 production included 253 pages of complaints from Corcoran. The April 27 production included 3 grievances from CCI, 30 from Corcoran (which included duplicates of the 253 pages of complaints produced in March), 9 from Pelican Bay, and 8 from Sacramento.

6. The May 22 production included 898 pages of complaints from Pelican Bay (which included duplicates of the 9 complaints produced in April). These 898 pages contained 86 new complaints signed by 325 new inmates (beyond those included in the April production).

7. The June 22 production included 381 pages of newly disclosed complaints from CCI. These 381 pages contained 46 new complaints signed by 289 new inmates (beyond those included in the April production).

8. Exhibit C to this Declaration is a true and correct copy of Lipsey's First Set of Interrogatories to defendants, served on February 28, 2020.

9. Exhibit D to this Declaration is a true and correct copy of emails I exchanged with Defendants' counsel on March 3-4, 2020.

10. Exhibit E to this Declaration is a true and correct copy of the Declaration of Captain S. Pulley, which Defendants served to me with their initial responses to Lipsey's First Set of Interrogatories, on March 16, 2020.

11. On March 18, the parties met and conferred about the outstanding discovery requests. I initially suggested to Defendants that we agree to search terms and electronically search scanned copies of the inmate grievances, to reduce the burden of a manual review on Defendants. Defendants' counsel told me that the grievances were not stored electronically and thus could not be searched with keywords. I then proposed a more limited manual search, as reflected in Exhibit F.

12. Exhibit F to this Declaration is a true and correct copy of emails I exchanged with Defendants' counsel on March 16-20 and April 10-13, 2020.

13. Exhibit G to this Declaration is a true and correct copy of emails I exchanged with Defendants' counsel on April 27, 2020.

14. Exhibit H to this Declaration is a true and correct copy of an internal CDCR email on September 22, 2015, which was previously filed in this case.

15. Exhibit I to this Declaration is a true and correct copy of a letter I sent to Defendants' counsel via email on May 12, 2020.

16. Exhibit J to this Declaration is a true and correct copy of an email I sent to Defendants' counsel on May 20, 2020. Defendants' counsel did not respond to this email.

17. Exhibit K to this Declaration is a true and correct copy of emails I exchanged with Defendants' counsel on May 22-26, 2020.

18. Exhibit L to this Declaration is a PDF of an excel spreadsheet Defendants' counsel sent me on May 22, 2020, as an updated exhibit to their response to Lipsey's Interrogatory No. 3.

19. Exhibit M is intentionally omitted.

20. Exhibit N to this Declaration is a table summarizing all of the inmate complaints produced by Defendants so far, including the inmate's name, the date of the complaint, the prison, and (when Defendants have provided the information) whether the inmate is a *Coleman* class member.

21. Exhibit O to this Declaration is a true and correct copy of a document produced by Defendants in the related case *Suarez v. Beard*, bates numbered AGO002844. This document was designated Confidential—Attorney's Eyes Only by the defendants in *Suarez*. I notified *Suarez*

Defendants' counsel, Preeti Bajwa, by email on June 5, 2020 that I intended to file this document on July 2, 2020, to give her time to prepare a motion to seal if she wished.

22. I searched for the grievance attached as Exhibit O in Defendants' production in this case. Although the *Suarez* defendants redacted the complaining inmates' name, Exhibit O contains a log number for the appeal itself: PBSP-C-15-02204. I searched for this log number in Defendants' productions in this case and did not find any documents referencing it.

23. Exhibit P to this Declaration is a true and correct copy of emails I exchanged with Defendants' counsel on June 11-16, 2020.

24. Exhibit Q to this Declaration is a true and correct copy of a letter I sent to Defendants' counsel via email on June 16, 2020.

25. Exhibit R to this Declaration is a true and correct copy of an email I sent Defendants' counsel on June 10, 2020. Defendants' counsel did not respond to this email.

26. Exhibit S to this Declaration is a true and correct copy of an email Defendants' counsel sent me on June 22, 2020.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed this 25th day of June, 2020, in Boise, Idaho.

/s/ Kate Falkenstien