# Exhibit B

REICHMAN JORGENSEN LLP
Shawna Ballard, State Bar No. 155188
Kate Falkenstien, State Bar No. 313753
100 Marine Parkway, Suite 350
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
Email: sballard@reichmanjorgensen.com
       kfalkenstien@reichmanjorgensen.com
*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. S-90-0520-KJM-DB P<br><br>**PLAINTIFF-INTERVENOR'S FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS**<br><br>Judge:   Hon. Kimberly Mueller |

Plaintiff-intervenor Christopher Lipsey, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 34(a) and the Court's order dated February 27, 2020, hereby requests that Defendants respond to the following First Set of Requests for Production of Documents and produce responsive documents within their possession, custody, or control for inspection and copying at the offices of Reichman Jorgensen, 100 Marine Parkway, Suite 300, Redwood Shores, CA 94065, within 30 days from the service hereof.  Defendants shall supplement these responses in accordance with Federal Rule of Civil Procedure 26(e)(1).

I.   **DEFINITIONS**

The following Requests for Production of Documents (collectively referred to herein as the "Requests") are to be answered with reference to the definitions set forth below, each of which shall be deemed to be a material part of each Request.

1. "Defendants" and "you" or "your" shall be understood to refer to defendants Gavin Newsom, Pamela Ahlin, Michael Cohen, Ralph Diaz, Katherine Tebrock, and Diana Toche, as well as any agents, representatives, attorneys, consultants, or any other persons acting or purporting to act on behalf of the foregoing parties.

2. "Complaint" means a document submitted by an inmate to a CDCR official regarding an inmate's concerns, including but not limited to grievances submitted on CDCR forms (such as form 602 and form 22).

3. "Welfare checks" mean the rounds conducted by correctional officers during which officers walk around units to verify the health and safety of inmates.

4. The "Guard One system" means the system manufactured by TimeKeeping Systems which allows a user to connect an electronic baton to a metal, electronic button, creating a downloadable electronic record of the contact between the baton and button.

5. "Regarding" means constituting, reflecting, relating to, concerning, recording, embodying, containing, mentioning, analyzing, discussing, evaluating, or being relevant to.

## II. GENERAL PROVISIONS AND INSTRUCTIONS

1. All information and documents are to be divulged that are in your possession, custody, or control or within the possession, custody, or control of your attorneys, investigators, agents, employees or other representatives of you or your attorneys or anyone else from whom you have a superior right to compel production.

2. In the event you withhold any document or information on the basis of privilege (attorney-client communications, work product or any other alleged privilege), for each document state:

    a. the date and place of the communication and/or document;

    b. the identity of each person who was present at or who participated in such communication or the author(s) and recipient(s) of the document;

  c. the type of communication;

  d. the general subject matter of the communication or document; and

  e. the nature of the privilege or other reason for not producing the communication or document.

3. The following rules of construction apply to these Requests:

  a. the term "all" shall be construed to mean each or any and the terms "each" or "any" shall be construed to mean all as necessary to bring within the scope of the Request all responses that might otherwise be construed to be outside of its scope;

  b. the connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the Request all responses that might otherwise be construed to be outside of its scope;

  c. the use of the singular form of any word includes the plural and *vice versa;*

  d. any Request propounded in the masculine shall include the feminine and *vice versa*; and

  e. any Request propounded in the present tense shall include the past tense and *vice versa.*

4. If you object to all or any portion of any category of documents called for by these Requests, please produce all documents within each category to which your objections do not apply and please state whether any documents are being withheld based on your objection.

5. Produce all documents as they are kept in the usual course of business, in the file folders or other organizational order in which they are kept or organized. Plaintiff requests hard copy documents not maintained in electronic form to be produced in electronic imaged form including searchable text. Plaintiff requests that all electronically stored information which may be responsive to these Requests be produced in native format unless that format is one which can only be read by Defendants' proprietary software. If the requested electronically stored information can only be read by Defendants' proprietary software and if that information can be exported into an electronic format which can be read by nonproprietary software (such as Microsoft Word or WordPerfect for word-processed information; Microsoft Outlook "pst" format

for email; Microsoft Office Access or Microsoft Excel for database information), then Plaintiff requests that such information be produced in that electronic format. With respect to Documents or Communications which already exist as .pdf files, copies of those .pdf files, including any metadata, should be produced.

6. If any of the documents requested herein have been destroyed, describe the contents of such documents as completely as possible, the date of such destruction, and the name of the person who ordered or authorized such destruction.

7. All Requests for discovery by Lipsey in this case are continuing. In the event that any information or documents come to your attention subsequent to serving your responses to these Requests, which information or documents are responsive to any Request for discovery below or which would alter or change in any way a response, and which were not included in your responses to the Requests below, such additional information or documents shall be furnished to attorneys for Lipsey as soon as possible without further request.

**REQUEST FOR PRODUCTION NO. 1**

All complaints submitted by inmates in any CDCR institution to Defendants or other current or former CDCR employees or officers, regarding the Guard One system, the welfare check program, night-time noise, or sleep deprivation.

Dated: February 28, 2020

Respectfully submitted,

/s/ *Kate M. Falkenstien*

REICHMAN JORGENSEN LLP
Shawna L. Ballard (SBN 155188)
Kate Falkenstien (SBN 313753)
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
sballard@reichmanjorgensen.com
kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*