# Exhibit C

REICHMAN JORGENSEN LLP
Shawna Ballard, State Bar No. 155188
Kate Falkenstien, State Bar No. 313753
100 Marine Parkway, Suite 350
Redwood Shores, CA 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
Email: sballard@reichmanjorgensen.com
       kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. S-90-0520-KJM-DB P<br><br>**PLAINTIFF-INTERVENOR'S FIRST SET OF INTERROGATORIES TO DEFENDANTS**<br><br>Judge:　　Hon. Kimberly Mueller |

　　　　Plaintiff-intervenor Christopher Lipsey, by and through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 33 and the Court's order dated February 27, 2020, hereby requests that Defendants respond to the following First Set of Interrogatories, to be answered separately and fully in writing under oath by Defendants. Pursuant to the Court's order dated February 27, 2020, Defendants are to respond within 14 days of service of this document. Defendants shall supplement these responses in accordance with Federal Rule of Civil Procedure 26(e)(1).

## I.　　DEFINITIONS

The following Interrogatories are to be answered with reference to the definitions set forth below, each of which shall be deemed to be a material part of each Interrogatory.

1. "Defendants" and "you" or "your" shall be understood to refer to defendants Gavin Newsom, Pamela Ahlin, Michael Cohen, Ralph Diaz, Katherine Tebrock, and Diana Toche, as well as any agents, representatives, attorneys, consultants, or any other persons acting or purporting to act on behalf of the foregoing parties.

2. "Complaint" means a document submitted by an inmate to a CDCR official regarding an inmate's concerns, including but not limited to grievances submitted on CDCR forms (such as form 602 and form 22).

3. "Welfare checks" mean the rounds conducted by correctional officers during which officers walk around units to verify the health and safety of inmates.

4. The "Guard One system" means the system manufactured by TimeKeeping Systems which allows a user to connect an electronic baton to a metal, electronic button, creating a downloadable electronic record of the contact between the baton and button.

5. "Regarding" means constituting, reflecting, relating to, concerning, recording, embodying, containing, mentioning, analyzing, discussing, evaluating, or being relevant to.

## II. GENERAL PROVISIONS AND INSTRUCTIONS

1. All information is to be divulged that is in your possession, custody, or control or within the possession, custody, or control of your attorneys, investigators, agents, employees or other representatives of you or your attorneys or anyone else from whom you have a superior right to compel production.

2. If you object to any Interrogatory on the basis of privilege (attorney-client, work product, or any other alleged privilege), for each objection state:

   a. the date and place of the communication and/or document;
   b. the identity of each person who was present at or who participated in such communication or the author(s) and recipient(s) of the document;
   c. the type of communication;
   d. the general subject matter of the communication or document; and

      e.  the nature of the privilege or other reason for not producing the communication or document.

3. The following rules of construction apply to these Interrogatories:

    a.  the term "all" shall be construed to mean each or any and the terms "each" or "any" shall be construed to mean all as necessary to bring within the scope of the Interrogatory all responses that might otherwise be construed to be outside of its scope;

    b.  the connectives "and" and "or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the Interrogatory all responses that might otherwise be construed to be outside of its scope;

    c.  the use of the singular form of any word includes the plural and *vice versa;*

    d.  any Interrogatory propounded in the masculine shall include the feminine and *vice versa*; and

    e.  any Interrogatory propounded in the present tense shall include the past tense and *vice versa.*

4. All Requests for discovery by Lipsey in this case are continuing. In the event that any information or documents come to your attention subsequent to serving your responses to these Interrogatories, which information or documents are responsive to any Interrogatory below or which would alter or change in any way a response, and which were not included in your responses to the Interrogatories below, such additional information or documents shall be furnished to attorneys for Lipsey as soon as possible without further request.

**INTERROGATORY NO. 1**

Identify the names and CDCR inmate numbers for all current or former inmates who submitted any complaint in any CDCR institution to Defendants or other current or former CDCR employees or officers, regarding the Guard One system, the welfare check program, night-time noise, or sleep deprivation.

**INTERROGATORY NO. 2**

For any inmate identified in response to Interrogatory Number 1, state the date on which the inmate submitted a complaint regarding the Guard One system, the welfare check program, night-time noise, or sleep deprivation.

**INTERROGATORY NO. 3**

For any inmate identified in response to Interrogatory Number 1, state whether the inmate is a member of the plaintiff class in this lawsuit.

Dated: February 28, 2020

Respectfully submitted,

/s/ *Kate M. Falkenstien*

REICHMAN JORGENSEN LLP
Shawna L. Ballard (SBN 155188)
Kate Falkenstien (SBN 313753)
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
sballard@reichmanjorgensen.com
kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*