# Exhibit E

1   XAVIER BECERRA
    Attorney General of California
2   MONICA N. ANDERSON
    Senior Assistant Attorney General
3   ADRIANO HRVATIN, State Bar No. 220909
    Supervising Deputy Attorney General
4   ELISE OWENS THORN, State Bar No. 145931
    TYLER V. HEATH, State Bar No. 271478
5   KYLE A. LEWIS, State Bar No. 201041
    LUCAS L. HENNES, State Bar No. 278361
6   Deputy Attorneys General
      1300 I Street, Suite 125
7     P.O. Box 944255
      Sacramento, CA 94244-2550
8     Telephone: (916) 210-7323
      Fax: (916) 324-5205
9     E-mail: Lucas.Hennes@doj.ca.gov
    Attorneys for Defendants

    ROMAN M. SILBERFELD, State Bar No. 62783
    GLENN A. DANAS, State Bar No. 270317
    ROBINS KAPLAN LLP
      2049 Century Park East, Suite 3400
      Los Angeles, CA 90067-3208
      Telephone: (310) 552-0130
      Fax: (310) 229-5800
      E-mail: RSilberfeld@RobinsKaplan.com
    Special Counsel for Defendants

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13                     SACRAMENTO DIVISION

14

15

16   **RALPH COLEMAN, et al.,**                 2:90-cv-00520 KJM-DB (PC)

                                Plaintiffs,     **DECLARATION OF S. PULLEY**
17

18          v.

19   **GAVIN NEWSOM, et al.,**

20                              Defendants.

21

22          I, S. Pulley, declare:

23          1.      I am employed as a Captain and Special Assistant to the Deputy Director of the

24   Division of Adult Institutions within the California Department of Corrections and

25   Rehabilitations (CDCR) in Sacramento, California. I have personal knowledge of the matters set

26   forth in this declaration, and if called upon to testify as to those matters, I could and would do so.

27   I submit this declaration in support of Defendants' responses to Plaintiff-Intervenor Lipsey's

28

                                              1

1   Request for Production of Documents, Set One, and Defendants' responses to Plaintiff-Intervenor

2   Lipsey's Interrogatories, Set One.

3        2.      I am aware that as part of his discovery requests mentioned above, Lipsey has

4   requested all grievances related to Guard One or "welfare checks" submitted to CDCR staff since

5   the implementation of Guard One.  Inmate grievances related to Guard One are not maintained in

6   a separate category by any CDCR institution.  Instead, Guard One-related grievances could be

7   located in several broad categories of grievances, including "Living Conditions," "Segregation,"

8   "Staff Complaints," or "Other."  Upon request from the Office of the Attorney General, CDCR

9   staff at each institution across the state has compiled a chart of accepted grievances in each of

10  these categories.  A true and correct copy of the chart showing the number of all Level I

11  grievances in each of these four categories between 2012 and 2020 is attached to this declaration

12  as **Exhibit A,** while a true and correct copy of the chart showing the number of all Level II

13  grievances in each of these categories from that time frame is attached to this declaration as

14  **Exhibit B**.

15       3.      To identify all grievances related to Guard One, as Lipsey has requested, staff at each

16  institution would need to go through each grievance individually by log number or by CDCR

17  number and read that grievance to determine if it is related to Guard One.  As indicated in the

18  attached charts, there are approximately 44,595 Level I grievances and 44,054 Level II grievances

19  that would need to be individually examined in this manner to complete Lipsey's request.  These

20  numbers include cancelled or rejected grievances, but they do not include Form 22 requests,

21  which are not generally maintained.  Given the number of staff available and familiar with the

22  Inmate Appeals Tracking System, CDCR estimates that it would take approximately 8 hours for

23  every 100 appeals to conduct this search.  Given this estimate and the numbers, the earliest such a

24  search could be completed would be mid-June 2020.

25       I declare under penalty of perjury that the foregoing is true.  Executed this 13th day of

26  March, 2020 at Sacramento, California.

27

28                                               _____
                                                 S. PULLEY
                                                 Captain, Division of Adult Institutions

                                    2

# EXHIBIT A

**Completed Level I Appeals Data**
**2012-February 2020**

| Calendar Year(s): 2012 to 2020-02 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 22 | 540 | 5 | 201 | 768 |
| CAC | 1 | 103 | 4 | 17 | 125 |
| CAL | 0 | 500 | 3 | 155 | 658 |
| CBU | 0 | 330 | 21 | 252 | 603 |
| CCC | 0 | 173 | 36 | 210 | 419 |
| CCI | 0 | 610 | 5 | 2 | 617 |
| CCWF | 3 | 924 | 18 | 325 | 1,270 |
| CEN | 4 | 507 | 17 | 133 | 661 |
| CHCF | 5 | 434 | 5 | 24 | 468 |
| CIM | 1 | 1,287 | 50 | 257 | 1,595 |
| CIW | 6 | 424 | 12 | 15 | 457 |
| CMC | 0 | 448 | 17 | 1 | 466 |
| CMF | 2 | 1,021 | 83 | 3 | 1,109 |
| COR | 9 | 3,219 | 142 | 27 | 3,397 |
| CRC | 0 | 151 | 1 | 3 | 155 |
| CTF | 0 | 641 | 36 | 24 | 701 |
| CVSP | 15 | 107 | 0 | 116 | 238 |
| DVI | 1 | 1,991 | 23 | 122 | 2,137 |
| FSP | 0 | 200 | 0 | 50 | 250 |
| HDSP | 0 | 1,263 | 8 | 1,215 | 2,486 |
| ISP | 3 | 213 | 2 | 507 | 725 |
| KVSP | 0 | 982 | 43 | 3 | 1,028 |
| LAC | 4 | 1,001 | 116 | 12 | 1,133 |
| MCSP | 0 | 657 | 74 | 51 | 782 |
| NKSP | 148 | 571 | 2 | 4 | 725 |
| NR | 1 | 1 | 0 | 12 | 14 |
| PBSP | 5 | 971 | 54 | 791 | 1,821 |
| PVSP | 0 | 281 | 1 | 12 | 294 |
| RJD | 8 | 1,414 | 6 | 10 | 1,438 |
| SAC | 0 | 1,241 | 50 | 202 | 1,493 |
| SATF | 0 | 2,690 | 86 | 1,019 | 3,795 |
| SCC | 0 | 350 | 12 | 5 | 367 |
| SOL | 1 | 648 | 22 | 45 | 716 |
| SQ | 0 | 1,463 | 49 | 20 | 1,532 |
| SR | 38 | 10 | 0 | 1 | 49 |
| SVSP | 7 | 5,659 | 193 | 2,617 | 8,476 |
| VSP | 0 | 605 | 15 | 119 | 739 |
| WSP | 19 | 846 | 7 | 16 | 888 |
| Total | 303 | 34,476 | 1,218 | 8,598 | 44,595 |

| Calendar Year(s): 2012 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 5 | 30 | 1 | 69 | 105 |
| CAC | 0 | 0 | 0 | 0 | 0 |
| CAL | 0 | 52 | 0 | 45 | 97 |
| CBU | 0 | 3 | 7 | 4 | 14 |
| CCC | 0 | 5 | 2 | 0 | 7 |
| CCI | 0 | 52 | 0 | 0 | 52 |
| CCWF | 0 | 28 | 0 | 24 | 52 |
| CEN | 0 | 44 | 6 | 58 | 108 |
| CHCF | 0 | 0 | 0 | 0 | 0 |
| CIM | 0 | 80 | 5 | 42 | 127 |
| CIW | 0 | 17 | 0 | 11 | 28 |
| CMC | 0 | 30 | 2 | 0 | 32 |
| CMF | 0 | 143 | 26 | 1 | 170 |
| COR | 3 | 324 | 25 | 1 | 353 |
| CRC | 0 | 11 | 0 | 0 | 11 |
| CTF | 0 | 68 | 9 | 15 | 92 |
| CVSP | 1 | 5 | 0 | 16 | 22 |
| DVI | 0 | 66 | 0 | 44 | 110 |
| FSP | 0 | 18 | 0 | 41 | 59 |
| HDSP | 0 | 131 | 2 | 235 | 368 |
| ISP | 3 | 24 | 1 | 73 | 101 |
| KVSP | 0 | 67 | 8 | 0 | 75 |
| LAC | 0 | 54 | 25 | 0 | 79 |
| MCSP | 0 | 29 | 0 | 17 | 46 |
| NKSP | 0 | 36 | 0 | 0 | 36 |
| NR | 0 | 0 | 0 | 1 | 1 |
| PBSP | 0 | 167 | 16 | 121 | 304 |
| PVSP | 0 | 26 | 0 | 9 | 35 |
| RJD | 0 | 20 | 0 | 0 | 20 |
| SAC | 0 | 138 | 19 | 68 | 225 |
| SATF | 0 | 222 | 34 | 117 | 373 |
| SCC | 0 | 15 | 2 | 1 | 18 |
| SOL | 0 | 26 | 3 | 0 | 29 |
| SQ | 0 | 115 | 3 | 1 | 119 |
| SR | 5 | 0 | 0 | 0 | 5 |
| SVSP | 1 | 305 | 23 | 503 | 832 |
| VSP | 0 | 108 | 2 | 93 | 203 |
| WSP | 18 | 101 | 0 | 0 | 119 |
| Total | 36 | 2,560 | 221 | 1,610 | 4,427 |

**Completed Level I Appeals Data**
**2012-February 2020**

| Calendar Year(s): 2013 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 9 | 47 | 4 | 120 | 180 |
| CAC | 0 | 0 | 0 | 0 | 0 |
| CAL | 0 | 40 | 1 | 71 | 112 |
| CBU | 0 | 5 | 3 | 0 | 8 |
| CCC | 0 | 10 | 4 | 0 | 14 |
| CCI | 0 | 53 | 2 | 0 | 55 |
| CCWF | 0 | 56 | 0 | 53 | 109 |
| CEN | 0 | 49 | 2 | 38 | 89 |
| CHCF | 1 | 6 | 0 | 0 | 7 |
| CIM | 0 | 85 | 14 | 33 | 132 |
| CIW | 0 | 17 | 0 | 1 | 18 |
| CMC | 0 | 45 | 9 | 1 | 55 |
| CMF | 0 | 208 | 10 | 1 | 219 |
| COR | 4 | 494 | 27 | 0 | 525 |
| CRC | 0 | 8 | 0 | 0 | 8 |
| CTF | 0 | 57 | 5 | 3 | 65 |
| CVSP | 1 | 8 | 0 | 14 | 23 |
| DVI | 0 | 63 | 1 | 53 | 117 |
| FSP | 0 | 5 | 0 | 3 | 8 |
| HDSP | 0 | 67 | 0 | 215 | 282 |
| ISP | 0 | 15 | 0 | 30 | 45 |
| KVSP | 0 | 97 | 1 | 1 | 99 |
| LAC | 0 | 64 | 24 | 0 | 88 |
| MCSP | 0 | 24 | 3 | 1 | 28 |
| NKSP | 0 | 33 | 0 | 1 | 34 |
| NR | 0 | 0 | 0 | 0 | 0 |
| PBSP | 0 | 114 | 18 | 46 | 178 |
| PVSP | 0 | 18 | 0 | 0 | 18 |
| RJD | 0 | 66 | 3 | 1 | 70 |
| SAC | 0 | 178 | 17 | 53 | 248 |
| SATF | 0 | 279 | 11 | 110 | 400 |
| SCC | 0 | 22 | 0 | 0 | 22 |
| SOL | 0 | 53 | 7 | 2 | 62 |
| SQ | 0 | 77 | 3 | 11 | 91 |
| SR | 22 | 7 | 0 | 0 | 29 |
| SVSP | 1 | 287 | 28 | 566 | 882 |
| VSP | 0 | 109 | 3 | 24 | 136 |
| WSP | 0 | 20 | 0 | 0 | 20 |
| Total | 38 | 2,786 | 200 | 1,452 | 4,476 |

**Completed Level I Appeals Data**
**2012-February 2020**

| Calendar Year(s): 2014 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 1 | 36 | 0 | 9 | 46 |
| CAC | 0 | 11 | 0 | 16 | 27 |
| CAL | 0 | 63 | 2 | 39 | 104 |
| CBU | 0 | 67 | 3 | 41 | 111 |
| CCC | 0 | 2 | 1 | 7 | 10 |
| CCI | 0 | 50 | 1 | 0 | 51 |
| CCWF | 0 | 55 | 1 | 68 | 124 |
| CEN | 0 | 36 | 4 | 16 | 56 |
| CHCF | 1 | 33 | 0 | 0 | 34 |
| CIM | 0 | 160 | 14 | 34 | 208 |
| CIW | 0 | 28 | 1 | 1 | 30 |
| CMC | 0 | 42 | 2 | 0 | 44 |
| CMF | 1 | 87 | 9 | 0 | 97 |
| COR | 1 | 561 | 32 | 3 | 597 |
| CRC | 0 | 13 | 1 | 0 | 14 |
| CTF | 0 | 55 | 7 | 2 | 64 |
| CVSP | 0 | 3 | 0 | 0 | 3 |
| DVI | 0 | 144 | 0 | 22 | 166 |
| FSP | 0 | 4 | 0 | 1 | 5 |
| HDSP | 0 | 82 | 1 | 182 | 265 |
| ISP | 0 | 10 | 0 | 43 | 53 |
| KVSP | 0 | 108 | 0 | 0 | 108 |
| LAC | 2 | 49 | 21 | 0 | 72 |
| MCSP | 0 | 41 | 5 | 2 | 48 |
| NKSP | 3 | 91 | 1 | 1 | 96 |
| NR | 0 | 1 | 0 | 4 | 5 |
| PBSP | 0 | 124 | 7 | 39 | 170 |
| PVSP | 0 | 44 | 0 | 1 | 45 |
| RJD | 0 | 47 | 0 | 0 | 47 |
| SAC | 0 | 122 | 3 | 67 | 192 |
| SATF | 0 | 367 | 12 | 156 | 535 |
| SCC | 0 | 19 | 0 | 1 | 20 |
| SOL | 0 | 78 | 5 | 0 | 83 |
| SQ | 0 | 70 | 1 | 0 | 71 |
| SR | 10 | 3 | 0 | 1 | 14 |
| SVSP | 2 | 273 | 41 | 564 | 880 |
| VSP | 0 | 109 | 1 | 0 | 110 |
| WSP | 1 | 16 | 0 | 0 | 17 |
| Total | 22 | 3,104 | 176 | 1,320 | 4,622 |

**Completed Level I Appeals Data**
**2012-February 2020**

| Calendar Year(s): 2015 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 4 | 44 | 0 | 1 | 49 |
| CAC | 0 | 19 | 2 | 0 | 21 |
| CAL | 0 | 61 | 0 | 0 | 61 |
| CBU | 0 | 62 | 8 | 33 | 103 |
| CCC | 0 | 16 | 0 | 3 | 19 |
| CCI | 0 | 58 | 1 | 0 | 59 |
| CCWF | 0 | 53 | 1 | 85 | 139 |
| CEN | 0 | 82 | 0 | 20 | 102 |
| CHCF | 0 | 37 | 0 | 1 | 38 |
| CIM | 0 | 138 | 3 | 27 | 168 |
| CIW | 0 | 12 | 0 | 0 | 12 |
| CMC | 0 | 35 | 2 | 0 | 37 |
| CMF | 0 | 81 | 8 | 0 | 89 |
| COR | 0 | 567 | 6 | 5 | 578 |
| CRC | 0 | 15 | 0 | 1 | 16 |
| CTF | 0 | 82 | 3 | 1 | 86 |
| CVSP | 9 | 3 | 0 | 5 | 17 |
| DVI | 1 | 239 | 4 | 0 | 244 |
| FSP | 0 | 11 | 0 | 0 | 11 |
| HDSP | 0 | 113 | 4 | 158 | 275 |
| ISP | 0 | 21 | 1 | 75 | 97 |
| KVSP | 0 | 64 | 3 | 0 | 67 |
| LAC | 1 | 95 | 13 | 1 | 110 |
| MCSP | 0 | 64 | 8 | 9 | 81 |
| NKSP | 1 | 63 | 0 | 1 | 65 |
| NR | 0 | 0 | 0 | 1 | 1 |
| PBSP | 0 | 103 | 5 | 102 | 210 |
| PVSP | 0 | 17 | 0 | 0 | 17 |
| RJD | 0 | 38 | 0 | 0 | 38 |
| SAC | 0 | 161 | 7 | 9 | 177 |
| SATF | 0 | 217 | 7 | 162 | 386 |
| SCC | 0 | 20 | 0 | 0 | 20 |
| SOL | 0 | 64 | 1 | 1 | 66 |
| SQ | 0 | 79 | 3 | 3 | 85 |
| SR | 0 | 0 | 0 | 0 | 0 |
| SVSP | 1 | 394 | 41 | 647 | 1,083 |
| VSP | 0 | 56 | 0 | 0 | 56 |
| WSP | 0 | 29 | 0 | 0 | 29 |
| Total | 17 | 3,213 | 131 | 1,351 | 4,712 |

**Completed Level I Appeals Data**
**2012-February 2020**

| Calendar Year(s): 2016 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 1 | 34 | 0 | 0 | 35 |
| CAC | 0 | 7 | 1 | 1 | 9 |
| CAL | 0 | 51 | 0 | 0 | 51 |
| CBU | 0 | 31 | 0 | 38 | 69 |
| CCC | 0 | 14 | 10 | 53 | 77 |
| CCI | 0 | 48 | 0 | 0 | 48 |
| CCWF | 0 | 85 | 1 | 92 | 178 |
| CEN | 0 | 40 | 1 | 1 | 42 |
| CHCF | 1 | 55 | 0 | 8 | 64 |
| CIM | 0 | 151 | 8 | 88 | 247 |
| CIW | 1 | 3 | 2 | 0 | 6 |
| CMC | 0 | 39 | 1 | 0 | 40 |
| CMF | 0 | 118 | 7 | 0 | 125 |
| COR | 0 | 261 | 4 | 4 | 269 |
| CRC | 0 | 14 | 0 | 0 | 14 |
| CTF | 0 | 61 | 4 | 0 | 65 |
| CVSP | 4 | 11 | 0 | 14 | 29 |
| DVI | 0 | 178 | 1 | 0 | 179 |
| FSP | 0 | 50 | 0 | 1 | 51 |
| HDSP | 0 | 216 | 0 | 323 | 539 |
| ISP | 0 | 18 | 0 | 58 | 76 |
| KVSP | 0 | 101 | 4 | 0 | 105 |
| LAC | 0 | 150 | 7 | 4 | 161 |
| MCSP | 0 | 48 | 3 | 3 | 54 |
| NKSP | 14 | 16 | 0 | 1 | 31 |
| NR | 0 | 0 | 0 | 1 | 1 |
| PBSP | 0 | 71 | 0 | 223 | 294 |
| PVSP | 0 | 24 | 0 | 0 | 24 |
| RJD | 0 | 48 | 0 | 1 | 49 |
| SAC | 0 | 192 | 2 | 2 | 196 |
| SATF | 0 | 202 | 1 | 236 | 439 |
| SCC | 0 | 29 | 0 | 1 | 30 |
| SOL | 1 | 87 | 1 | 1 | 90 |
| SQ | 0 | 96 | 8 | 2 | 106 |
| SR | 0 | 0 | 0 | 0 | 0 |
| SVSP | 2 | 774 | 22 | 285 | 1,083 |
| VSP | 0 | 37 | 1 | 0 | 38 |
| WSP | 0 | 64 | 1 | 15 | 80 |
| Total | 24 | 3,424 | 90 | 1,456 | 4,994 |

| Calendar Year(s): 2017 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 1 | 56 | 0 | 0 | 57 |
| CAC | 0 | 17 | 0 | 0 | 17 |
| CAL | 0 | 50 | 0 | 0 | 50 |
| CBU | 0 | 44 | 0 | 65 | 109 |
| CCC | 0 | 50 | 8 | 60 | 118 |
| CCI | 0 | 87 | 1 | 0 | 88 |
| CCWF | 0 | 164 | 2 | 3 | 169 |
| CEN | 0 | 67 | 0 | 0 | 67 |
| CHCF | 2 | 50 | 0 | 9 | 61 |
| CIM | 0 | 230 | 1 | 31 | 262 |
| CIW | 0 | 36 | 3 | 1 | 40 |
| CMC | 0 | 29 | 1 | 0 | 30 |
| CMF | 0 | 126 | 2 | 0 | 128 |
| COR | 0 | 285 | 8 | 4 | 297 |
| CRC | 0 | 13 | 0 | 1 | 14 |
| CTF | 0 | 100 | 3 | 0 | 103 |
| CVSP | 0 | 15 | 0 | 19 | 34 |
| DVI | 0 | 324 | 5 | 0 | 329 |
| FSP | 0 | 42 | 0 | 0 | 42 |
| HDSP | 0 | 172 | 1 | 101 | 274 |
| ISP | 0 | 34 | 0 | 97 | 131 |
| KVSP | 0 | 48 | 10 | 0 | 58 |
| LAC | 1 | 128 | 6 | 4 | 139 |
| MCSP | 0 | 69 | 10 | 5 | 84 |
| NKSP | 34 | 18 | 1 | 0 | 53 |
| NR | 0 | 0 | 0 | 0 | 0 |
| PBSP | 0 | 110 | 7 | 206 | 323 |
| PVSP | 0 | 39 | 0 | 1 | 40 |
| RJD | 0 | 167 | 2 | 1 | 170 |
| SAC | 0 | 140 | 0 | 3 | 143 |
| SATF | 0 | 382 | 1 | 232 | 615 |
| SCC | 0 | 50 | 0 | 0 | 50 |
| SOL | 0 | 77 | 3 | 15 | 95 |
| SQ | 0 | 145 | 3 | 0 | 148 |
| SR | 1 | 0 | 0 | 0 | 1 |
| SVSP | 0 | 1,281 | 24 | 17 | 1,322 |
| VSP | 0 | 42 | 4 | 0 | 46 |
| WSP | 0 | 208 | 0 | 1 | 209 |
| Total | 39 | 4,895 | 106 | 876 | 5,916 |

| Calendar Year(s): 2018 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 1 | 97 | 0 | 0 | 98 |
| CAC | 0 | 25 | 1 | 0 | 26 |
| CAL | 0 | 79 | 0 | 0 | 79 |
| CBU | 0 | 69 | 0 | 47 | 116 |
| CCC | 0 | 29 | 3 | 58 | 90 |
| CCI | 0 | 63 | 0 | 0 | 63 |
| CCWF | 0 | 281 | 6 | 0 | 287 |
| CEN | 2 | 67 | 2 | 0 | 71 |
| CHCF | 0 | 63 | 5 | 3 | 71 |
| CIM | 1 | 204 | 2 | 2 | 209 |
| CIW | 5 | 120 | 6 | 0 | 131 |
| CMC | 0 | 80 | 0 | 0 | 80 |
| CMF | 0 | 95 | 14 | 1 | 110 |
| COR | 0 | 347 | 16 | 4 | 367 |
| CRC | 0 | 33 | 0 | 1 | 34 |
| CTF | 0 | 70 | 3 | 0 | 73 |
| CVSP | 0 | 28 | 0 | 35 | 63 |
| DVI | 0 | 298 | 4 | 2 | 304 |
| FSP | 0 | 38 | 0 | 1 | 39 |
| HDSP | 0 | 233 | 0 | 0 | 233 |
| ISP | 0 | 44 | 0 | 105 | 149 |
| KVSP | 0 | 167 | 14 | 1 | 182 |
| LAC | 0 | 185 | 15 | 2 | 202 |
| MCSP | 0 | 154 | 25 | 4 | 183 |
| NKSP | 60 | 165 | 0 | 0 | 225 |
| NR | 0 | 0 | 0 | 0 | 0 |
| PBSP | 3 | 117 | 1 | 54 | 175 |
| PVSP | 0 | 39 | 1 | 0 | 40 |
| RJD | 6 | 413 | 0 | 1 | 420 |
| SAC | 0 | 159 | 0 | 0 | 159 |
| SATF | 0 | 454 | 12 | 3 | 469 |
| SCC | 0 | 79 | 1 | 0 | 80 |
| SOL | 0 | 105 | 0 | 16 | 121 |
| SQ | 0 | 407 | 8 | 0 | 415 |
| SR | 0 | 0 | 0 | 0 | 0 |
| SVSP | 0 | 1,309 | 5 | 22 | 1,336 |
| VSP | 0 | 60 | 2 | 1 | 63 |
| WSP | 0 | 179 | 6 | 0 | 185 |
| Total | 78 | 6,355 | 152 | 363 | 6,948 |

**Completed Level LAppeals Data**
**2012-February 2020**

| Calendar Year(s): 2019 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 0 | 168 | 0 | 1 | 169 |
| CAC | 1 | 21 | 0 | 0 | 22 |
| CAL | 0 | 82 | 0 | 0 | 82 |
| CBU | 0 | 45 | 0 | 23 | 68 |
| CCC | 0 | 40 | 8 | 29 | 77 |
| CCI | 0 | 161 | 0 | 2 | 163 |
| CCWF | 0 | 159 | 6 | 0 | 165 |
| CEN | 2 | 105 | 2 | 0 | 109 |
| CHCF | 0 | 167 | 0 | 0 | 167 |
| CIM | 0 | 216 | 3 | 0 | 219 |
| CIW | 0 | 157 | 0 | 1 | 158 |
| CMC | 0 | 123 | 0 | 0 | 123 |
| CMF | 1 | 144 | 6 | 0 | 151 |
| COR | 1 | 354 | 20 | 5 | 380 |
| CRC | 0 | 34 | 0 | 0 | 34 |
| CTF | 0 | 131 | 2 | 1 | 134 |
| CVSP | 0 | 29 | 0 | 13 | 42 |
| DVI | 0 | 598 | 7 | 1 | 606 |
| FSP | 0 | 26 | 0 | 3 | 29 |
| HDSP | 0 | 229 | 0 | 0 | 229 |
| ISP | 0 | 40 | 0 | 26 | 66 |
| KVSP | 0 | 270 | 3 | 1 | 274 |
| LAC | 0 | 213 | 5 | 1 | 219 |
| MCSP | 0 | 203 | 19 | 9 | 231 |
| NKSP | 35 | 109 | 0 | 0 | 144 |
| NR | 1 | 0 | 0 | 5 | 6 |
| PBSP | 2 | 136 | 0 | 0 | 138 |
| PVSP | 0 | 48 | 0 | 1 | 49 |
| RJD | 2 | 503 | 1 | 6 | 512 |
| SAC | 0 | 121 | 2 | 0 | 123 |
| SATF | 0 | 454 | 8 | 3 | 465 |
| SCC | 0 | 91 | 9 | 0 | 100 |
| SOL | 0 | 138 | 2 | 9 | 149 |
| SQ | 0 | 413 | 19 | 2 | 434 |
| SR | 0 | 0 | 0 | 0 | 0 |
| SVSP | 0 | 892 | 8 | 13 | 913 |
| VSP | 0 | 72 | 2 | 1 | 75 |
| WSP | 0 | 195 | 0 | 0 | 195 |
| Total | 45 | 6,887 | 132 | 156 | 7,220 |

**Completed Level LAppeals Data**
**2012-February 2020**

| Calendar Year(s): 2020 to 2020-02 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 0 | 28 | 0 | 1 | 29 |
| CAC | 0 | 3 | 0 | 0 | 3 |
| CAL | 0 | 22 | 0 | 0 | 22 |
| CBU | 0 | 4 | 0 | 1 | 5 |
| CCC | 0 | 7 | 0 | 0 | 7 |
| CCI | 0 | 38 | 0 | 0 | 38 |
| CCWF | 3 | 43 | 1 | 0 | 47 |
| CEN | 0 | 17 | 0 | 0 | 17 |
| CHCF | 0 | 23 | 0 | 3 | 26 |
| CIM | 0 | 23 | 0 | 0 | 23 |
| CIW | 0 | 34 | 0 | 0 | 34 |
| CMC | 0 | 25 | 0 | 0 | 25 |
| CMF | 0 | 19 | 1 | 0 | 20 |
| COR | 0 | 26 | 4 | 1 | 31 |
| CRC | 0 | 10 | 0 | 0 | 10 |
| CTF | 0 | 17 | 0 | 2 | 19 |
| CVSP | 0 | 5 | 0 | 0 | 5 |
| DVI | 0 | 81 | 1 | 0 | 82 |
| FSP | 0 | 6 | 0 | 0 | 6 |
| HDSP | 0 | 20 | 0 | 1 | 21 |
| ISP | 0 | 7 | 0 | 0 | 7 |
| KVSP | 0 | 60 | 0 | 0 | 60 |
| LAC | 0 | 63 | 0 | 0 | 63 |
| MCSP | 0 | 25 | 1 | 1 | 27 |
| NKSP | 1 | 40 | 0 | 0 | 41 |
| NR | 0 | 0 | 0 | 0 | 0 |
| PBSP | 0 | 29 | 0 | 0 | 29 |
| PVSP | 0 | 26 | 0 | 0 | 26 |
| RJD | 0 | 112 | 0 | 0 | 112 |
| SAC | 0 | 30 | 0 | 0 | 30 |
| SATF | 0 | 113 | 0 | 0 | 113 |
| SCC | 0 | 25 | 0 | 2 | 27 |
| SOL | 0 | 20 | 0 | 1 | 21 |
| SQ | 0 | 61 | 1 | 1 | 63 |
| SR | 0 | 0 | 0 | 0 | 0 |
| SVSP | 0 | 144 | 1 | 0 | 145 |
| VSP | 0 | 12 | 0 | 0 | 12 |
| WSP | 0 | 34 | 0 | 0 | 34 |
| Total | 4 | 1,252 | 10 | 14 | 1,280 |

# EXHIBIT B

| Calendar Year(s): 2012 to 2020-02 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 14 | 181 | 4 | 654 | 853 |
| CAC | 0 | 27 | 1 | 342 | 370 |
| CAL | 0 | 134 | 88 | 485 | 707 |
| CBU | 0 | 188 | 40 | 189 | 417 |
| CCC | 0 | 31 | 20 | 325 | 376 |
| CCI | 0 | 533 | 32 | 739 | 1,304 |
| CCWF | 0 | 99 | 4 | 991 | 1,094 |
| CEN | 0 | 176 | 65 | 182 | 423 |
| CHCF | 4 | 160 | 9 | 588 | 761 |
| CIM | 0 | 212 | 12 | 484 | 708 |
| CIW | 4 | 59 | 8 | 701 | 772 |
| CMC | 0 | 159 | 93 | 1,753 | 2,005 |
| CMF | 0 | 266 | 80 | 1,227 | 1,573 |
| COR | 6 | 786 | 59 | 1,725 | 2,576 |
| CRC | 1 | 27 | 0 | 435 | 463 |
| CTF | 0 | 606 | 64 | 856 | 1,526 |
| CVSP | 4 | 52 | 14 | 126 | 196 |
| DVI | 0 | 337 | 150 | 608 | 1,095 |
| FSP | 0 | 112 | 7 | 229 | 348 |
| HDSP | 0 | 428 | 73 | 1,343 | 1,844 |
| ISP | 0 | 75 | 28 | 345 | 448 |
| KVSP | 2 | 393 | 39 | 1,399 | 1,833 |
| LAC | 2 | 409 | 85 | 1,823 | 2,319 |
| MCSP | 0 | 211 | 60 | 1,538 | 1,809 |
| NKSP | 74 | 118 | 4 | 441 | 637 |
| NR | 1 | 0 | 0 | 2 | 3 |
| PBSP | 5 | 510 | 129 | 878 | 1,522 |
| PVSP | 0 | 127 | 32 | 663 | 822 |
| RJD | 1 | 441 | 69 | 1,580 | 2,091 |
| SAC | 1 | 563 | 42 | 1,517 | 2,123 |
| SATF | 0 | 792 | 38 | 1,136 | 1,966 |
| SCC | 0 | 82 | 17 | 433 | 532 |
| SOL | 0 | 228 | 101 | 919 | 1,248 |
| SQ | 1 | 411 | 38 | 735 | 1,185 |
| SR | 1 | 0 | 0 | 13 | 14 |
| SVSP | 9 | 1,705 | 115 | 2,978 | 4,807 |
| VSP | 0 | 144 | 10 | 699 | 853 |
| WSP | 5 | 42 | 7 | 377 | 431 |
| Total | 135 | 10,824 | 1,637 | 31,458 | 44,054 |

| Calendar Year(s): 2012 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 0 | 17 | 0 | 90 | 107 |
| CAC | 0 | 0 | 0 | 0 | 0 |
| CAL | 0 | 18 | 16 | 20 | 54 |
| CBU | 0 | 30 | 5 | 12 | 47 |
| CCC | 0 | 2 | 3 | 43 | 48 |
| CCI | 0 | 49 | 13 | 51 | 113 |
| CCWF | 0 | 8 | 0 | 1 | 9 |
| CEN | 0 | 15 | 25 | 27 | 67 |
| CHCF | 0 | 0 | 0 | 0 | 0 |
| CIM | 0 | 15 | 2 | 12 | 29 |
| CIW | 0 | 3 | 0 | 41 | 44 |
| CMC | 0 | 9 | 9 | 77 | 95 |
| CMF | 0 | 36 | 24 | 114 | 174 |
| COR | 1 | 91 | 14 | 119 | 225 |
| CRC | 0 | 4 | 0 | 52 | 56 |
| CTF | 0 | 30 | 6 | 47 | 83 |
| CVSP | 0 | 5 | 5 | 7 | 17 |
| DVI | 0 | 25 | 19 | 18 | 62 |
| FSP | 0 | 14 | 0 | 19 | 33 |
| HDSP | 0 | 37 | 7 | 129 | 173 |
| ISP | 0 | 11 | 4 | 33 | 48 |
| KVSP | 0 | 37 | 5 | 137 | 179 |
| LAC | 0 | 22 | 6 | 130 | 158 |
| MCSP | 0 | 15 | 6 | 70 | 91 |
| NKSP | 1 | 22 | 0 | 50 | 73 |
| NR | 0 | 0 | 0 | 1 | 1 |
| PBSP | 1 | 87 | 27 | 118 | 233 |
| PVSP | 0 | 14 | 8 | 204 | 226 |
| RJD | 0 | 8 | 7 | 40 | 55 |
| SAC | 0 | 57 | 12 | 46 | 115 |
| SATF | 0 | 90 | 15 | 61 | 166 |
| SCC | 0 | 8 | 5 | 22 | 35 |
| SOL | 0 | 5 | 1 | 65 | 71 |
| SQ | 1 | 39 | 2 | 101 | 143 |
| SR | 0 | 0 | 0 | 0 | 0 |
| SVSP | 0 | 90 | 6 | 227 | 323 |
| VSP | 0 | 9 | 2 | 18 | 29 |
| WSP | 5 | 18 | 0 | 107 | 130 |
| Total | 9 | 940 | 254 | 2,309 | 3,512 |

Calendar Year(s): 2013

| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
|---|---|---|---|---|---|
| ASP | 0 | 21 | 3 | 106 | 130 |
| CAC | 0 | 0 | 0 | 0 | 0 |
| CAL | 0 | 12 | 14 | 30 | 56 |
| CBU | 0 | 11 | 8 | 17 | 36 |
| CCC | 0 | 2 | 1 | 18 | 21 |
| CCI | 0 | 72 | 4 | 77 | 153 |
| CCWF | 0 | 12 | 0 | 13 | 25 |
| CEN | 0 | 27 | 16 | 21 | 64 |
| CHCF | 0 | 4 | 0 | 6 | 10 |
| CIM | 0 | 32 | 3 | 11 | 46 |
| CIW | 0 | 5 | 0 | 102 | 107 |
| CMC | 0 | 11 | 14 | 134 | 159 |
| CMF | 0 | 54 | 10 | 143 | 207 |
| COR | 2 | 114 | 10 | 152 | 278 |
| CRC | 0 | 2 | 0 | 48 | 50 |
| CTF | 0 | 19 | 0 | 75 | 94 |
| CVSP | 0 | 3 | 4 | 6 | 13 |
| DVI | 0 | 21 | 2 | 12 | 35 |
| FSP | 0 | 5 | 1 | 27 | 33 |
| HDSP | 0 | 28 | 2 | 110 | 140 |
| ISP | 0 | 9 | 6 | 9 | 24 |
| KVSP | 0 | 50 | 0 | 106 | 156 |
| LAC | 1 | 28 | 8 | 171 | 208 |
| MCSP | 0 | 13 | 2 | 130 | 145 |
| NKSP | 0 | 10 | 0 | 39 | 49 |
| NR | 0 | 0 | 0 | 1 | 1 |
| PBSP | 0 | 62 | 11 | 50 | 123 |
| PVSP | 0 | 12 | 3 | 153 | 168 |
| RJD | 0 | 37 | 6 | 100 | 143 |
| SAC | 0 | 72 | 11 | 38 | 121 |
| SATF | 0 | 84 | 7 | 39 | 130 |
| SCC | 0 | 8 | 0 | 25 | 33 |
| SOL | 0 | 26 | 10 | 82 | 118 |
| SQ | 0 | 34 | 7 | 63 | 104 |
| SR | 0 | 0 | 0 | 0 | 0 |
| SVSP | 1 | 95 | 12 | 242 | 350 |
| VSP | 0 | 25 | 0 | 23 | 48 |
| WSP | 0 | 8 | 0 | 45 | 53 |
| Total | 4 | 1,028 | 175 | 2,424 | 3,631 |

| Calendar Year(s): 2014 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 5 | 7 | 0 | 67 | 79 |
| CAC | 0 | 4 | 0 | 34 | 38 |
| CAL | 0 | 20 | 13 | 69 | 102 |
| CBU | 0 | 29 | 2 | 31 | 62 |
| CCC | 0 | 0 | 2 | 18 | 20 |
| CCI | 0 | 47 | 3 | 90 | 140 |
| CCWF | 0 | 12 | 1 | 29 | 42 |
| CEN | 0 | 11 | 4 | 8 | 23 |
| CHCF | 0 | 5 | 0 | 53 | 58 |
| CIM | 0 | 18 | 1 | 16 | 35 |
| CIW | 0 | 7 | 0 | 31 | 38 |
| CMC | 0 | 17 | 18 | 157 | 192 |
| CMF | 0 | 32 | 11 | 121 | 164 |
| COR | 2 | 190 | 15 | 101 | 308 |
| CRC | 0 | 5 | 0 | 71 | 76 |
| CTF | 0 | 32 | 5 | 79 | 116 |
| CVSP | 2 | 1 | 0 | 4 | 7 |
| DVI | 0 | 26 | 8 | 108 | 142 |
| FSP | 0 | 12 | 2 | 19 | 33 |
| HDSP | 0 | 30 | 2 | 89 | 121 |
| ISP | 0 | 8 | 6 | 19 | 33 |
| KVSP | 0 | 55 | 6 | 160 | 221 |
| LAC | 0 | 23 | 14 | 100 | 137 |
| MCSP | 0 | 16 | 8 | 120 | 144 |
| NKSP | 0 | 17 | 0 | 90 | 107 |
| NR | 0 | 0 | 0 | 0 | 0 |
| PBSP | 0 | 89 | 8 | 30 | 127 |
| PVSP | 0 | 27 | 3 | 101 | 131 |
| RJD | 0 | 25 | 17 | 58 | 100 |
| SAC | 0 | 46 | 1 | 30 | 77 |
| SATF | 0 | 115 | 2 | 46 | 163 |
| SCC | 0 | 8 | 0 | 34 | 42 |
| SOL | 0 | 32 | 7 | 80 | 119 |
| SQ | 0 | 43 | 7 | 100 | 150 |
| SR | 0 | 0 | 0 | 8 | 8 |
| SVSP | 2 | 101 | 14 | 276 | 393 |
| VSP | 0 | 28 | 1 | 33 | 62 |
| WSP | 0 | 1 | 0 | 24 | 25 |
| Total | 11 | 1,139 | 181 | 2,504 | 3,835 |

| Calendar Year(s): 2015 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 5 | 15 | 0 | 45 | 65 |
| CAC | 0 | 3 | 0 | 33 | 36 |
| CAL | 0 | 22 | 8 | 69 | 99 |
| CBU | 0 | 48 | 3 | 56 | 107 |
| CCC | 0 | 5 | 0 | 54 | 59 |
| CCI | 0 | 78 | 1 | 59 | 138 |
| CCWF | 0 | 12 | 0 | 41 | 53 |
| CEN | 0 | 36 | 4 | 11 | 51 |
| CHCF | 1 | 25 | 0 | 90 | 116 |
| CIM | 0 | 24 | 1 | 26 | 51 |
| CIW | 0 | 9 | 3 | 47 | 59 |
| CMC | 0 | 14 | 4 | 115 | 133 |
| CMF | 0 | 35 | 10 | 105 | 150 |
| COR | 0 | 127 | 2 | 113 | 242 |
| CRC | 0 | 5 | 0 | 49 | 54 |
| CTF | 0 | 55 | 5 | 144 | 204 |
| CVSP | 0 | 2 | 0 | 3 | 5 |
| DVI | 0 | 29 | 14 | 79 | 122 |
| FSP | 0 | 12 | 1 | 36 | 49 |
| HDSP | 0 | 46 | 18 | 113 | 177 |
| ISP | 0 | 9 | 0 | 34 | 43 |
| KVSP | 0 | 31 | 3 | 150 | 184 |
| LAC | 1 | 43 | 10 | 156 | 210 |
| MCSP | 0 | 38 | 7 | 128 | 173 |
| NKSP | 1 | 16 | 0 | 45 | 62 |
| NR | 0 | 0 | 0 | 0 | 0 |
| PBSP | 0 | 50 | 10 | 91 | 151 |
| PVSP | 0 | 16 | 0 | 53 | 69 |
| RJD | 0 | 22 | 2 | 54 | 78 |
| SAC | 0 | 79 | 5 | 117 | 201 |
| SATF | 0 | 49 | 2 | 45 | 96 |
| SCC | 0 | 11 | 1 | 58 | 70 |
| SOL | 0 | 24 | 1 | 68 | 93 |
| SQ | 0 | 84 | 5 | 80 | 169 |
| SR | 0 | 0 | 0 | 1 | 1 |
| SVSP | 0 | 142 | 17 | 272 | 431 |
| VSP | 0 | 19 | 0 | 47 | 66 |
| WSP | 0 | 3 | 0 | 18 | 21 |
| Total | 8 | 1,238 | 137 | 2,705 | 4,088 |

| Calendar Year(s): 2016 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 2 | 21 | 1 | 89 | 113 |
| CAC | 0 | 2 | 0 | 40 | 42 |
| CAL | 0 | 9 | 12 | 51 | 72 |
| CBU | 0 | 29 | 11 | 32 | 72 |
| CCC | 0 | 3 | 6 | 34 | 43 |
| CCI | 0 | 77 | 2 | 112 | 191 |
| CCWF | 0 | 13 | 0 | 62 | 75 |
| CEN | 0 | 13 | 3 | 19 | 35 |
| CHCF | 2 | 34 | 5 | 147 | 188 |
| CIM | 0 | 26 | 3 | 67 | 96 |
| CIW | 0 | 2 | 2 | 75 | 79 |
| CMC | 0 | 15 | 4 | 252 | 271 |
| CMF | 0 | 38 | 6 | 147 | 191 |
| COR | 0 | 73 | 2 | 152 | 227 |
| CRC | 0 | 3 | 0 | 59 | 62 |
| CTF | 0 | 67 | 8 | 89 | 164 |
| CVSP | 0 | 12 | 0 | 10 | 22 |
| DVI | 0 | 35 | 19 | 94 | 148 |
| FSP | 0 | 28 | 1 | 30 | 59 |
| HDSP | 0 | 92 | 7 | 186 | 285 |
| ISP | 0 | 8 | 0 | 33 | 41 |
| KVSP | 0 | 40 | 3 | 178 | 221 |
| LAC | 0 | 78 | 12 | 269 | 359 |
| MCSP | 0 | 20 | 3 | 257 | 280 |
| NKSP | 6 | 8 | 0 | 51 | 65 |
| NR | 0 | 0 | 0 | 0 | 0 |
| PBSP | 0 | 27 | 8 | 131 | 166 |
| PVSP | 0 | 12 | 1 | 53 | 66 |
| RJD | 0 | 32 | 16 | 321 | 369 |
| SAC | 0 | 111 | 5 | 267 | 383 |
| SATF | 0 | 55 | 0 | 53 | 108 |
| SCC | 0 | 13 | 0 | 73 | 86 |
| SOL | 0 | 25 | 3 | 94 | 122 |
| SQ | 0 | 35 | 4 | 96 | 135 |
| SR | 0 | 0 | 0 | 0 | 0 |
| SVSP | 1 | 174 | 11 | 371 | 557 |
| VSP | 0 | 8 | 2 | 94 | 104 |
| WSP | 0 | 3 | 0 | 20 | 23 |
| Total | 11 | 1,241 | 160 | 4,108 | 5,520 |

| Calendar Year(s): 2017 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 1 | 12 | 0 | 71 | 84 |
| CAC | 0 | 6 | 0 | 66 | 72 |
| CAL | 0 | 14 | 10 | 72 | 96 |
| CBU | 0 | 17 | 2 | 30 | 49 |
| CCC | 0 | 5 | 1 | 22 | 28 |
| CCI | 0 | 50 | 2 | 108 | 160 |
| CCWF | 0 | 9 | 0 | 249 | 258 |
| CEN | 0 | 22 | 3 | 26 | 51 |
| CHCF | 1 | 26 | 2 | 100 | 129 |
| CIM | 0 | 39 | 0 | 76 | 115 |
| CIW | 1 | 4 | 0 | 102 | 107 |
| CMC | 0 | 10 | 5 | 305 | 320 |
| CMF | 0 | 25 | 1 | 165 | 191 |
| COR | 1 | 54 | 7 | 313 | 375 |
| CRC | 0 | 4 | 0 | 43 | 47 |
| CTF | 0 | 112 | 17 | 113 | 242 |
| CVSP | 2 | 6 | 0 | 8 | 16 |
| DVI | 0 | 45 | 33 | 138 | 216 |
| FSP | 0 | 19 | 0 | 22 | 41 |
| HDSP | 0 | 67 | 20 | 242 | 329 |
| ISP | 0 | 9 | 0 | 57 | 66 |
| KVSP | 0 | 29 | 12 | 229 | 270 |
| LAC | 0 | 59 | 12 | 284 | 355 |
| MCSP | 0 | 23 | 7 | 294 | 324 |
| NKSP | 23 | 9 | 2 | 66 | 100 |
| NR | 0 | 0 | 0 | 0 | 0 |
| PBSP | 0 | 34 | 30 | 158 | 222 |
| PVSP | 0 | 26 | 1 | 28 | 55 |
| RJD | 1 | 93 | 4 | 441 | 539 |
| SAC | 1 | 86 | 2 | 330 | 419 |
| SATF | 0 | 108 | 0 | 191 | 299 |
| SCC | 0 | 10 | 2 | 70 | 82 |
| SOL | 0 | 25 | 14 | 141 | 180 |
| SQ | 0 | 48 | 4 | 67 | 119 |
| SR | 0 | 0 | 0 | 2 | 2 |
| SVSP | 2 | 299 | 19 | 418 | 738 |
| VSP | 0 | 7 | 1 | 153 | 161 |
| WSP | 0 | 1 | 0 | 37 | 38 |
| Total | 33 | 1,412 | 213 | 5,237 | 6,895 |

| Calendar Year(s): 2018 | | | | |
|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 0 | 34 | 0 | 118 | 152 |
| CAC | 0 | 5 | 0 | 86 | 91 |
| CAL | 0 | 16 | 9 | 100 | 125 |
| CBU | 0 | 14 | 7 | 5 | 26 |
| CCC | 0 | 3 | 0 | 27 | 30 |
| CCI | 0 | 75 | 0 | 102 | 177 |
| CCWF | 0 | 22 | 1 | 262 | 285 |
| CEN | 0 | 27 | 4 | 25 | 56 |
| CHCF | 0 | 13 | 0 | 68 | 81 |
| CIM | 0 | 36 | 1 | 140 | 177 |
| CIW | 3 | 13 | 3 | 126 | 145 |
| CMC | 0 | 41 | 15 | 362 | 418 |
| CMF | 0 | 16 | 7 | 132 | 155 |
| COR | 0 | 63 | 4 | 314 | 381 |
| CRC | 1 | 3 | 0 | 55 | 59 |
| CTF | 0 | 168 | 9 | 184 | 361 |
| CVSP | 0 | 15 | 1 | 22 | 38 |
| DVI | 0 | 40 | 31 | 94 | 165 |
| FSP | 0 | 8 | 1 | 23 | 32 |
| HDSP | 0 | 56 | 12 | 331 | 399 |
| ISP | 0 | 12 | 5 | 61 | 78 |
| KVSP | 2 | 67 | 8 | 227 | 304 |
| LAC | 0 | 77 | 16 | 409 | 502 |
| MCSP | 0 | 43 | 13 | 319 | 375 |
| NKSP | 29 | 21 | 1 | 54 | 105 |
| NR | 0 | 0 | 0 | 0 | 0 |
| PBSP | 3 | 99 | 14 | 143 | 259 |
| PVSP | 0 | 10 | 10 | 30 | 50 |
| RJD | 0 | 99 | 8 | 322 | 429 |
| SAC | 0 | 50 | 3 | 337 | 390 |
| SATF | 0 | 116 | 6 | 310 | 432 |
| SCC | 0 | 10 | 2 | 88 | 100 |
| SOL | 0 | 35 | 29 | 190 | 254 |
| SQ | 0 | 50 | 4 | 67 | 121 |
| SR | 1 | 0 | 0 | 1 | 2 |
| SVSP | 1 | 278 | 12 | 514 | 805 |
| VSP | 0 | 19 | 2 | 147 | 168 |
| WSP | 0 | 2 | 4 | 54 | 60 |
| Total | 40 | 1,656 | 242 | 5,849 | 7,787 |

| Calendar Year(s): 2019 | | | | | |
|---|---|---|---|---|---|
| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
| ASP | 1 | 43 | 0 | 57 | 101 |
| CAC | 0 | 7 | 0 | 69 | 76 |
| CAL | 0 | 14 | 6 | 58 | 78 |
| CBU | 0 | 10 | 2 | 5 | 17 |
| CCC | 0 | 8 | 7 | 102 | 117 |
| CCI | 0 | 71 | 3 | 115 | 189 |
| CCWF | 0 | 10 | 2 | 285 | 297 |
| CEN | 0 | 23 | 5 | 28 | 56 |
| CHCF | 0 | 43 | 2 | 97 | 142 |
| CIM | 0 | 22 | 1 | 123 | 146 |
| CIW | 0 | 15 | 0 | 147 | 162 |
| CMC | 0 | 34 | 22 | 307 | 363 |
| CMF | 0 | 27 | 7 | 263 | 297 |
| COR | 0 | 69 | 3 | 414 | 486 |
| CRC | 0 | 1 | 0 | 54 | 55 |
| CTF | 0 | 112 | 13 | 114 | 239 |
| CVSP | 0 | 7 | 4 | 43 | 54 |
| DVI | 0 | 94 | 24 | 60 | 178 |
| FSP | 0 | 13 | 1 | 46 | 60 |
| HDSP | 0 | 67 | 5 | 136 | 208 |
| ISP | 0 | 7 | 7 | 82 | 96 |
| KVSP | 0 | 75 | 2 | 179 | 256 |
| LAC | 0 | 68 | 7 | 262 | 337 |
| MCSP | 0 | 39 | 12 | 188 | 239 |
| NKSP | 12 | 14 | 1 | 46 | 73 |
| NR | 1 | 0 | 0 | 0 | 1 |
| PBSP | 1 | 53 | 20 | 130 | 204 |
| PVSP | 0 | 7 | 6 | 35 | 48 |
| RJD | 0 | 108 | 6 | 194 | 308 |
| SAC | 0 | 54 | 3 | 313 | 370 |
| SATF | 0 | 142 | 5 | 347 | 494 |
| SCC | 0 | 13 | 5 | 53 | 71 |
| SOL | 0 | 50 | 33 | 166 | 249 |
| SQ | 0 | 72 | 5 | 140 | 217 |
| SR | 0 | 0 | 0 | 1 | 1 |
| SVSP | 2 | 447 | 22 | 602 | 1,073 |
| VSP | 0 | 21 | 2 | 166 | 189 |
| WSP | 0 | 5 | 3 | 61 | 69 |
| Total | 17 | 1,865 | 246 | 5,488 | 7,616 |

**Completed Level II Appeals Data**
**2012-February 2020**

Calendar Year(s): 2020 to 2020-02

| Institution | IssueOther | LivingCondition | Segregation | StaffComplaints | Total |
|---|---|---|---|---|---|
| ASP | 0 | 11 | 0 | 11 | 22 |
| CAC | 0 | 0 | 1 | 14 | 15 |
| CAL | 0 | 9 | 0 | 16 | 25 |
| CBU | 0 | 0 | 0 | 1 | 1 |
| CCC | 0 | 3 | 0 | 7 | 10 |
| CCI | 0 | 14 | 4 | 25 | 43 |
| CCWF | 0 | 1 | 0 | 49 | 50 |
| CEN | 0 | 2 | 1 | 17 | 20 |
| CHCF | 0 | 10 | 0 | 27 | 37 |
| CIM | 0 | 0 | 0 | 13 | 13 |
| CIW | 0 | 1 | 0 | 30 | 31 |
| CMC | 0 | 8 | 2 | 44 | 54 |
| CMF | 0 | 3 | 4 | 37 | 44 |
| COR | 0 | 5 | 2 | 47 | 54 |
| CRC | 0 | 0 | 0 | 4 | 4 |
| CTF | 0 | 11 | 1 | 11 | 23 |
| CVSP | 0 | 1 | 0 | 23 | 24 |
| DVI | 0 | 22 | 0 | 5 | 27 |
| FSP | 0 | 1 | 0 | 7 | 8 |
| HDSP | 0 | 5 | 0 | 7 | 12 |
| ISP | 0 | 2 | 0 | 17 | 19 |
| KVSP | 0 | 9 | 0 | 33 | 42 |
| LAC | 0 | 11 | 0 | 42 | 53 |
| MCSP | 0 | 4 | 2 | 32 | 38 |
| NKSP | 2 | 1 | 0 | 0 | 3 |
| NR | 0 | 0 | 0 | 0 | 0 |
| PBSP | 0 | 9 | 1 | 27 | 37 |
| PVSP | 0 | 3 | 0 | 6 | 9 |
| RJD | 0 | 17 | 3 | 50 | 70 |
| SAC | 0 | 8 | 0 | 39 | 47 |
| SATF | 0 | 33 | 1 | 44 | 78 |
| SCC | 0 | 1 | 2 | 10 | 13 |
| SOL | 0 | 6 | 3 | 33 | 42 |
| SQ | 0 | 6 | 0 | 21 | 27 |
| SR | 0 | 0 | 0 | 0 | 0 |
| SVSP | 0 | 79 | 2 | 56 | 137 |
| VSP | 0 | 8 | 0 | 18 | 26 |
| WSP | 0 | 1 | 0 | 11 | 12 |
| Total | 2 | 305 | 29 | 834 | 1,170 |