# Exhibit H

| | |
|---|---|
| **From**: | Bramucci, Naomi@CDCR [Naomi.Bramucci@cdcr.ca.gov] |
| **Sent**: | 9/22/2015 1:28:19 PM |
| **To**: | Parry, Chad J.@CDCR [Chad.Parry@cdcr.ca.gov] |
| **Subject**: | FW: Guard One Appeals |

Hello,

Only 6 appeals were submitted from AdSeg regarding Guard One.

Only 8 appeals were submitted from ASU Standalone regarding Guard One.

There is no record of any appeals file from PSU for Guard One.

The total number of appeals filed in SHU for Guard One since implementation is 73 (including 19 group appeals).

Let me know if you have any questions.

Thank you,
Naomi

**From:** Townsend, Mark@CDCR
**Sent:** Tuesday, September 22, 2015 12:48 PM
**To:** Bramucci, Naomi@CDCR
**Subject:** FW:


Mark Townsend, CCII (Spec)
PBSP Appeals
707-465-1000 ex: 5095
707-465-9024- fax

Above all else, guard your heart, for everything you do flows from it. Proverbs 4:23

**From:** Parry, Chad J.@CDCR
**Sent:** Tuesday, September 22, 2015 12:47 PM
**To:** Townsend, Mark@CDCR
**Cc:** Bell, Rodney K.@CDCR; Pepiot, Anthony@CDCR
**Subject:**

Hi Mark,

The folks in HQ's who are responsible for the Guard One program are asking for some data:

1. We need the total number of appeals to date filed regarding the Guard One program in Ad-Seg, Stand Alone and PSU.
2. Total number of appeals filed in our SHU for Guard One to date.

If you can help us out, we'd appreciate it!

Chad J. Parry

AGO 003092

Captain
Facility D
Security Housing Unit
Pelican Bay State Prison
Office: 707-465-9180
Mobile: 707-951-0365

AGO 003093