# Exhibit K

| | |
|---|---|
| **From:** | Kate Falkenstien |
| **To:** | Lucas Hennes |
| **Cc:** | kyle.lewis@doj.ca.gov; elise.thorn@doj.ca.gov; tyler.heath@doj.ca.gov; adriano.hrvatin@doj.ca.gov |
| **Subject:** | RE: Coleman discovery/meet and confer |
| **Date:** | Monday, April 27, 2020 11:44:00 AM |

Hi Lucas,

Thank you—I have received and downloaded the files, and I don't need hard copies.  Thanks!

Kate

**From:** Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Sent:** Monday, April 27, 2020 11:39 AM
**To:** Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>
**Cc:** kyle.lewis@doj.ca.gov; elise.thorn@doj.ca.gov; tyler.heath@doj.ca.gov; adriano.hrvatin@doj.ca.gov
**Subject:** RE: Coleman discovery/meet and confer

[EXTERNAL]

Kate,

Per our earlier agreement, I am sending all
documents responsive to your discovery requests from four institutions: Pelican
Bay State Prison, California State Prison-Corcoran, California State
Prison-Sacramento, and California Correctional Institution. Please confirm that
you've received these documents.  I do not plan to send hard copies at
this time unless you request them.



Sincerely,


Lucas L. Hennes

Deputy Attorney General

Office of the Attorney General, Correctional Law Section

1300 I Street, Sacramento, CA 95814

Phone: (916) 210-7323

Fax: (916) 324-5205

lucas.hennes@doj.ca.gov

## The following files have been sent using FileXchange and can be downloaded by using the link below:

| Filename | Size | Checksum (SHA256) |
|---|---|---|
| COR.zip | 96 MB | f8889e9b91dbee52b7f77feacd79117c2110689763c1d3bbc9a9c01b0e39631b |
| PBSP.zip | 6.84 MB | 0beb087645ef55e34b18e07000f5041b25da8a6ce1c84bbb4bc9dd5f94c125ea |
| SAC.zip | 10.2 MB | fce27c5599663f7fb28125507ca0199e0d59c1ae4b48f75b5d3a74f5b16ef467 |
| CCI.zip | 3.48 MB | f31d321d9cebe2733aeb307583750f9b3341b20ff64e9c02bbfa9337265568e6 |

Please click on the following link to download the attachments:
https://FX.doj.ca.gov/message/ClUC4U3LJlgSN6MIEKSb2d

This email or download link can be forwarded to anyone.

The attachments are available until: **Saturday, 9 May.**

Message ID: ClUC4U3LJlgSN6MIEKSb2d

Download Files



https://FX.doj.ca.gov