# Exhibit L

| Inmate Name | CDCR # | Date of Grievance | *Coleman* class status |
|---|---|---|---|
| F. Mosqueda | V-67993 | 5/18/2014 | No |
| L. Cortinas | P-09908 | 5/19/2014 | Class member |
| L. Eldridge | K-72457 | 5/29/2014 | No |
| F. Ramirez, Jr. | AE-9021 | 6/11/2014 | No |
| R. Ruse | D-44173 | 6/13/2014 | Inactive |
| A. Johnson | P-20038 | 6/16/2014 | Class member |
| G. Nieto | T-66596 | 6/16/2014 | No |
| N. Sambrana | K-53140 | 6/16/2014 | No |
| D. Alvarez | D-07374 | 6/17/2014 | No |
| Dale | P-27601 | 6/18/2014 | No |
| A. Morales | AN-6424 | 6/19/2014 | No |
| A. Johnson | P-20038 | 6/20/2014 | Class member |
| J. Sawyer | AA-1674 | 6/20/2014 | No |
| J. Villegas | T-56192 | 6/21/2014 | Class member |
| D. Moreno | AB-9220 | 6/22/2014 | No |
| T. Robinson | F-55048 | 6/22/2014 | No |
| V. Jackson | C-39492 | 6/22/2014 | Class member |
| D. Caldwell | F-34117 | 6/23/2014 | No |
| M. Gonzalez | AB-2524 | 6/24/2014 | No |
| M. Saavedra | E-07529 | 6/24/2014 | No |
| R. Reyes | T-09726 | 6/24/2014 | No |
| L. Walker | J-53260 | 6/27/2014 | Class member |
| S. Dominici | P-12762 | 6/27/2014 | No |
| L. Pennix | J-94038 | 6/29/2014 | No |
| R. Anderson | AH-4031 | 7/6/2014 | No |
| S. Dunkhurst | V-97052 | 7/11/2014 | No |
| Thatcher | K-81267 | 7/13/2014 | No |
| J. Selsor | K-82840 | 8/3/2014 | No |
| L. Perry | J-11869 | 11/16/2014 | No |
| L. Turner | G-05794 | 11/17/2014 | Class member |
| S. Negrete | P-49458 | 11/20/2014 | No |
| F. Hernandez | F-09157 | 12/23/2014 | No |
| J. Moreno | F-25733 | 1/5/2015 | Class member |
| Malone | E-78802 | 1/15/2015 | Class member |
| V. Green | C-61557 | 2/8/2015 | Class member |
| J. Martinez | J-52893 | 3/16/2015 | Class member |
| M. Rocha | K-34251 | 8/3/2015 | No |
| A. Garcia | F-10204 | 8/4/2015 | No |
| P. Martinez | E-79704 | 8/4/2015 | No |
| R. Guerrero | P-79983 | 8/4/2015 | No |
| S. Dermendzhyan | V-49819 | 8/4/2015 | Inactive + No |
| O. Reynoso | H-93482 | 8/6/2015 | No |
| R. Salas | G-55918 | 8/6/2015 | No |
| R. Becerra | K-57108 | 8/7/2015 | Inactive + No |
| B. Bartosh | D-91985 | 8/9/2015 | No |
| G. Adams | P-29440 | 8/9/2015 | No |

| Name | ID | Date | Status |
|---|---|---|---|
| J. Torres | V-68554 | 8/9/2015 | No |
| J. Villareal | H-84098 | 8/9/2015 | Inactive + No |
| M. Suarez | V-82078 | 8/9/2015 | No |
| N. Cleveland | T-65081 | 8/9/2015 | No |
| S. Hardcastle | H-01294 | 8/9/2015 | No |
| S. Nania | K-37078 | 8/9/2015 | No |
| A. Sandoval | D-61000 | 8/10/2015 | No |
| D. Ramos | T-91437 | 8/10/2015 | No |
| I. Sotelo | F-10381 | 8/10/2015 | No |
| J. Aguilar | P-20814 | 8/10/2015 | No |
| J. Garcia | E-94675 | 8/10/2015 | No |
| V. Ramirez | J-79674 | 8/10/2015 | No |
| M. Guzman | K-80395 | 8/11/2015 | No |
| P. Evans | J-43496 | 8/11/2015 | No |
| A. Barron | F-73020 | 8/12/2015 | Inactive + No |
| A. Rodriguez | D-89239 | 8/12/2015 | Inactive + No |
| D. Roman | C-15546 | 8/12/2015 | No |
| M. Marruffo | P-65579 | 8/12/2015 | No |
| S. Hernandez | G-32389 | 8/12/2015 | Inactive + No |
| E. Foster | H-48556 | 8/13/2015 | No |
| R. Reed | T-17989 | 8/13/2015 | No |
| D. Gutierrez | V-48214 | 8/16/2015 | No |
| J. Cress | V-30548 | 8/16/2015 | No |
| M. Kropp | T-46877 | 8/16/2015 | No |
| G. Andrade | P-53522 | 8/17/2015 | No |
| A. Castellanos | C-17275 | 8/18/2015 | No |
| D. Ortiz | C-42223 | 8/18/2015 | No |
| J. Ceballos | E-82190 | 8/18/2015 | No |
| J. Sawyers | F-33417 | 8/18/2015 | Inactive + No |
| S. Saldana | V-30056 | 8/18/2015 | No |
| S. Rodriguez | AV-0386 | 8/19/2015 | No |
| C. Quispe | V-26598 | 8/20/2015 | No |
| J. Houston | D-24165 | 8/20/2015 | No |
| T. Ashker | C-58191 | 8/20/2015 | No |
| V. Martinez | K-97257 | 8/20/2015 | No |
| M. Thompson | F-43276 | 8/21/2015 | No |
| A. Juarez | F-55194 | 8/23/2015 | No |
| A. Valencia | P-80790 | 8/23/2015 | No |
| J. Carraza | T-66284 | 8/23/2015 | No |
| P. Martinez | E-79704 | 8/23/2015 | No |
| J. Palos | F-14866 | 8/24/2015 | No |
| L. Aguirre | V-99888 | 8/25/2015 | Inactive + No |
| E. Trejo | K-72446 | 8/26/2015 | Inactive + No |
| J. Flores | G-00837 | 8/26/2015 | No |
| M. Payan | T-08858 | 8/26/2015 | No |
| M. Perez | D-46240 | 8/26/2015 | No |
| A. Andrade | F-37180 | 8/27/2015 | Inactive + No |

| Name | ID | Date | Status |
|---|---|---|---|
| F. Monroy | T-37312 | 8/30/2015 | No |
| S. Rubio | H-29053 | 8/30/2015 | No |
| J. Martinez | H-93376 | 8/31/2015 | No |
| D. Romero | K-39790 | 9/1/2015 | No |
| L. Quezada | K-10024 | 9/1/2015 | No |
| A. Coronado | P-62479 | 9/3/2015 | No |
| J. Rodriguez | V-68063 | 9/3/2015 | No |
| R. Chaidez | F-47646 | 9/3/2015 | No |
| A. Perryman | AR-6158 | 9/7/2015 | No |
| G. Nevarez | K-28495 | 9/7/2015 | No |
| D. Treglia | T-66950 | 9/14/2015 | Inactive + No |
| J. Camarillo | P-06688 | 9/14/2015 | No |
| E. Enriquez | D-50895 | 9/15/2015 | No |
| N. Ortega | T-54609 | 9/15/2015 | No |
| E. Gonzalez | F-69178 | 9/20/2015 | No |
| M. Haro | J-36101 | 9/20/2015 | No |
| E. Robles | T-22777 | 9/24/2015 | No |
| D. Jackson | V-74188 | 9/28/2015 | No |
| J. Vargas | T-11954 | 10/18/2015 | No |
| R. Guerrero | P-90335 | 10/19/2015 | No |
| L. McCoy | G-67351 | 10/22/2015 | No |
| C. Lipsey | F-18039 | 11/3/2015 | Class member |
| M. Ramirez | E-96963 | 11/3/2015 | No |
| J. Chavez | AG-8871 | 12/2/2015 | No |
| J. Hernandez | AC-3208 | 12/6/2015 | No |
| R. Smallwood | C-15171 | 12/10/2015 | No |
| G. Lopez | T-81282 | 12/27/2015 | No |
| J. Lopez | F-42207 | 1/2/2016 | Inactive + No |
| E. Harris | H-63617 | 1/7/2016 | No |
| R. Manzanillo | J-91574 | 1/24/2016 | Class member |
| R. Allen | F-76592 | 2/11/2016 | No |
| J. Ledesma | V-87318 | 2/21/2016 | No |
| R. Farias | G-52538 | 3/1/2016 | No |
| D. Lopez | G-40832 | 3/2/2016 | No |
| R. Lear | H-28226 | 3/4/2016 | No |
| W. Luna | E-27010 | 3/20/2016 | No |
| A. Federico | G-20850 | 3/23/2016 | Class member |
| R. Bernard | AX-4698 | 4/11/2016 | No |
| E. Harris | H-63617 | 5/22/2016 | No |
| C. Lipsey | F-18039 | 10/17/2016 | Class member |
| C. Lipsey | F-18039 | 12/15/2016 | Class member |
| M. Stires | T-82616 | 3/28/2017 | Class member |
| E. Nungaray | AR-8118 | 7/3/2017 | Class member |
| A. Jones | P-85158 | 7/19/2017 | Class member |
| J. Rico | AI-3815 | 8/9/2017 | No |
| E. Gulbronson | H-52054 | 8/28/2017 | Class member |
| J. Rico | AI-3815 | 9/26/2017 | No |

| | | | |
|---|---|---|---|
| C. Robles | AC-3318 | 2/19/2018 | No |
| E. Harris | H-63617 | 3/17/2019 | No |
| E. Harris | H-63617 | 9/6/2019 | No |
| J. Nest | AR-3848 | 1/5/2020 | Class member |
| Z. Henley | BC-9550 | 3/2/2020 | Class member |
| G. Sotelo | BJ-7855 | 3/8/2020 | No |
| Smith | AN-9812 | | No |