# Exhibit M

| | |
|---|---|
| **From:** | Reichman Jorgensen LLP Notifications |
| **To:** | Kate Falkenstien |
| **Subject:** | lucas.hennes@doj.ca.gov has accessed your shared folder |
| **Date:** | Tuesday, May 26, 2020 6:04:43 PM |

[EXTERNAL]



lucas.hennes@doj.ca.gov has accessed your shared folder

data/reichmanjorgensen/Kate_Falkenstien/Lipsey Coleman group grievance list

View these files

Notification Setting: Notify me when invitation to folder '/Kate_Falkenstien/Lipsey Coleman group grievance list' is received
Delete this notification to stop receiving these emails.

App Software © 2020 ExaVault, Inc. | Contents © 2020 Reichman Jorgensen LLP