# Exhibit N

| Inmate surname | CDCR number | Date of complaint | Prison | Group complaint? |
|---|---|---|---|---|
| Mosqueda | V67993 | 5/18/2014 | Corcoran | Yes—20 additional signatories |
| Cortinas | P09908 | 5/19/2014 | Corcoran | No |
| Nieto | T66596 | 6/16/2014 | Corcoran | No |
| Sambrana | K53140 | 6/16/2014 | Corcoran | No |
| Johnson | P20038 | 6/16/2014 | Corcoran | No |
| Alvarez | D07374 | 6/17/2014 | Corcoran | No |
| Dale | P27601 | 6/18/2014 | Corcoran | No |
| Morales | AN6424 | 6/19/2014 | Corcoran | No |
| Sawyer | AA1674 | 6/20/2014 | Corcoran | No |
| Johnson | P20038 | 6/20/2014 | Corcoran | No |
| Villegas | T56192 | 6/21/2014 | Corcoran | No |
| Jackson | C39492 | 6/22/2014 | Corcoran | No |
| Moreno | AB9220 | 6/22/2014 | Corcoran | Yes—19 additional signatories |
| Robinson | F55048 | 6/22/2014 | Corcoran | No |
| Caldwell | F34117 | 6/23/2014 | Corcoran | No |
| Reyes | T09726 | 6/24/2014 | Corcoran | No |
| Saavedra | E07529 | 6/24/2014 | Corcoran | Yes—4 additional signatories |
| Gonzalez | AB2524 | 6/24/2014 | Corcoran | No |
| Dominici | P12762 | 6/27/2014 | Corcoran | No |
| Pennix | J94038 | 6/29/2014 | Corcoran | Yes—40 additional signatories |
| Anderson | AH4031 | 7/6/2014 | Corcoran | No |
| Dunckhurst | V97052 | 7/11/2014 | Corcoran | No |
| Thatcher | K81267 | 7/13/2014 | Corcoran | No |
| Selsor | K82840 | 8/3/2014 | Corcoran | Yes—17 additional signatories |
| Perry | J11869 | 11/16/2014 | Corcoran | No |
| Moreno | F25733 | 1/5/2015 | Corcoran | No |
| Malone | E78802 | 1/15/2015 | Corcoran | No |
| Lipsey | F18039 | 11/3/2015 | Corcoran | No |
| Allen | F76592 | 2/11/2016 | Corcoran | No |
| Manzanillo | J91574 | 2/24/2016 | Corcoran | No |
| Lear | H28226 | 3/4/2016 | Corcoran | No |
| Federico | G20850 | 3/23/2016 | Corcoran | No |
| Jones | P86168 | 7/18/2017 | Corcoran | No |
| Gulbronson | H52054 | 8/28/2017 | Corcoran | No |
| Smith | AN9812 | 7/30/2018 | Corcoran | No |
| Harris | H63617 | 9/6/2019 | Corcoran | No |
| Henley | BC9550 | 3/2/2020 | Corcoran | No |
| King | AB7541 | 5/30/2014 | CCI | No |

| Inmate surname | CDCR number | Date of complaint | Prison | Group complaint? |
|---|---|---|---|---|
| Hines | P29864 | 6/2/2014 | CCI | No |
| Garcia | K56357 | 6/11/2014 | CCI | No |
| Matthews | H69338 | 6/16/2014 | CCI | No |
| Hopkins | G54367 | 6/17/2014 | CCI | No |
| Ramos | V51064 | 6/22/2014 | CCI | No |
| Gutierrez | T77883 | 6/23/2014 | CCI | Yes—22 additional signatories |
| Hernandez | G49312 | 6/23/2014 | CCI | No |
| Williams | D87616 | 6/23/2014 | CCI | No |
| Wilson | P78686 | 6/25/2014 | CCI | No |
| Taylor | G52410 | 6/26/2014 | CCI | No |
| Ornelas | T09540 | 6/29/2014 | CCI | Yes—19 additional signatories |
| Sambrano | K23767 | 6/30/2014 | CCI | Yes—1 additional signatory |
| Vigil | V62854 | 7/1/2014 | CCI | No |
| Taylor | H38287 | 7/2/2014 | CCI | Yes—15 additional signatories |
| Brown | F84597 | 7/6/2014 | CCI | No |
| Campbell | P87126 | 7/6/2014 | CCI | No |
| Steele | AL3638 | 7/7/2014 | CCI | Yes—18 additional signatories |
| Arevalo | G19490 | 7/8/2014 | CCI | No |
| Farias | V64953 | 7/9/2014 | CCI | Yes—7 additional signatories |
| Clark | AG2283 | 7/10/2014 | CCI | Yes—8 additional signatories |
| Medina | K69372 | 7/10/2014 | CCI | No |
| Murillo | T90719 | 7/13/2014 | CCI | No |
| Herrera | G67377 | 7/14/2014 | CCI | No |
| Thurston | V21362 | 7/14/2014 | CCI | No |
| Berg | G21795 | 7/20/2014 | CCI | Yes—9 additional signatories |
| Stivers | F25138 | 7/21/2014 | CCI | No |
| Mancha | V95827 | 8/3/2014 | CCI | No |
| Cota | G36094 | 8/5/2014 | CCI | Yes—15 additional signatories |
| Ruiz | E50797 | 8/5/2014 | CCI | No |
| Bracamonte | T24296 | 8/11/2014 | CCI | No |
| Wilkerson | V96371 | 8/11/2014 | CCI | No |
| Lobdell | F90002 | 8/13/2014 | CCI | Yes—12 additional signatories |
| Martinez | T12007 | 8/16/2014 | CCI | No |
| Pichie | G47892 | 8/18/2014 | CCI | Yes—12 additional signatories |
| Lopez | K18313 | 8/24/2014 | CCI | No |
| Fulker | H93860 | 8/25/2014 | CCI | No |
| Rodriguez | F38491 | 8/26/2014 | CCI | Yes—57 additional signatories |
| Salinas | V38786 | 8/28/2014 | CCI | No |
| Martinez | P52845 | 9/3/2014 | CCI | Yes—23 additional signatories |
| Perez | G34867 | 9/5/2014 | CCI | Yes—12 additional signatories |
| Carper | T75429 | 9/11/2014 | CCI | No |
| Silva | H35993 | 9/22/2014 | CCI | No |

| Inmate surname | CDCR number | Date of complaint | Prison | Group complaint? |
|---|---|---|---|---|
| Gutierrez | AH4468 | 10/15/2014 | CCI | Yes—13 additional signatories |
| Pena | P14167 | 11/4/2014 | CCI | No |
| Toscano | G40141 | 11/4/2014 | CCI | No |
| Romero | K39790 | 9/1/2015 | CCI | No |
| McCoy | G67351 | 10/22/2015 | CCI | No |
| Lopez | G40832 | 3/2/2016 | CCI | Yes—3 additional signatories |
| Nungaray | AR8118 | 7/3/2017 | Sacramento | No |
| Stires | T82616 | 3/28/2017 | Sacramento | No |
| Turner | G05794 | 11/17/2014 | Sacramento | No |
| Walker | FA2225 | 6/27/2014 | Sacramento | No |
| Ruse | D44173 | 6/13/2014 | Sacramento | Yes—17 additional signatories |
| Ewing | G06579 | 5/29/2014 | Pelican Bay | Yes—14 additional signatories |
| Ramirez | AE9021 | 6/11/2014 | Pelican Bay | No |
| Eldridge | K72457 | 7/20/2014 | Pelican Bay | No |
| Negrete | P49458 | 11/20/2014 | Pelican Bay | No |
| Hernandez | F09157 | 11/23/2014 | Pelican Bay | No |
| Rocha | K34251 | 8/3/2015 | Pelican Bay | No |
| Dermendzhyan | V49819 | 8/4/2015 | Pelican Bay | No |
| Garcia | F10204 | 8/4/2015 | Pelican Bay | No |
| Guerrero | P79983 | 8/4/2015 | Pelican Bay | No |
| Martinez | E79704 | 8/4/2015 | Pelican Bay | No |
| Reynoso | H93482 | 8/6/2015 | Pelican Bay | Yes—7 additional signatories |
| Salas | G55918 | 8/6/2015 | Pelican Bay | Yes—8 additional signatories |
| Becerra | K57108 | 8/7/2015 | Pelican Bay | No |
| Saldana | V30056 | 8/8/2015 | Pelican Bay | No |
| Adams | P29440 | 8/9/2015 | Pelican Bay | Yes—8 additional signatories |
| Bartosh | D91985 | 8/9/2015 | Pelican Bay | Yes—7 additional signatories |
| Cleveland | T65081 | 8/9/2015 | Pelican Bay | No |
| Hardcastle | H01294 | 8/9/2015 | Pelican Bay | No |
| Nania | K37078 | 8/9/2015 | Pelican Bay | No |
| Suarez | V82078 | 8/9/2015 | Pelican Bay | No |
| Torres | V68554 | 8/9/2015 | Pelican Bay | No |
| Villareal | H84098 | 8/9/2015 | Pelican Bay | No |
| Aguilar | P20814 | 8/10/2015 | Pelican Bay | No |
| Garcia | E94675 | 8/10/2015 | Pelican Bay | Yes—7 additional signatories |
| Ramirez | J79674 | 8/10/2015 | Pelican Bay | No |
| Ramos | T91437 | 8/10/2015 | Pelican Bay | No |
| Sandoval | D61000 | 8/10/2015 | Pelican Bay | No |
| Sotelo | F10381 | 8/10/2015 | Pelican Bay | Yes—7 additional signatories |
| Evans | J43496 | 8/11/2015 | Pelican Bay | Yes—7 additional signatories |
| Guzman | K80395 | 8/11/2015 | Pelican Bay | No |
| Barron | F73020 | 8/12/2015 | Pelican Bay | No |
| Hernandez | G32389 | 8/12/2015 | Pelican Bay | No |

| Inmate surname | CDCR number | Date of complaint | Prison | Group complaint? |
|---|---|---|---|---|
| Marruffo | P65579 | 8/12/2015 | Pelican Bay | No |
| Rodriguez | D89239 | 8/12/2015 | Pelican Bay | No |
| Roman | C15546 | 8/12/2015 | Pelican Bay | No |
| Foster | H48556 | 8/13/2015 | Pelican Bay | Yes—7 additional signatories |
| Reed | T17989 | 8/13/2015 | Pelican Bay | No |
| Martinez | J52893 | 8/16/2015 | Pelican Bay | Yes—9 additional signatories |
| Cress | V30548 | 8/16/2015 | Pelican Bay | No |
| Gutierrez | V48214 | 8/16/2015 | Pelican Bay | Yes—6 additional signatories |
| Kropp | T46877 | 8/16/2015 | Pelican Bay | No |
| Andrade | P53522 | 8/17/2015 | Pelican Bay | Yes—8 additional signatories |
| Castellanos | C17275 | 8/18/2015 | Pelican Bay | No |
| Ceballos | E82190 | 8/18/2015 | Pelican Bay | No |
| Ortiz | C42223 | 8/18/2015 | Pelican Bay | Yes—8 additional signatories |
| Sawyers | F33417 | 8/18/2015 | Pelican Bay | No |
| Rodriguez | AV0386 | 8/19/2015 | Pelican Bay | Yes—28 additional signatories |
| Ashker | C58191 | 8/20/2015 | Pelican Bay | No |
| Houston | D24165 | 8/20/2015 | Pelican Bay | No |
| Martinez | K97257 | 8/20/2015 | Pelican Bay | Yes—6 additional signatories |
| Quispe | V26598 | 8/20/2015 | Pelican Bay | Yes—3 additional signatories |
| Thompson | F43276 | 8/21/2015 | Pelican Bay | No |
| Carraza | T66284 | 8/23/2015 | Pelican Bay | No |
| Juarez | F55194 | 8/23/2015 | Pelican Bay | No |
| Valencia | P80790 | 8/23/2015 | Pelican Bay | No |
| Aguirre | V99888 | 8/25/2015 | Pelican Bay | No |
| Flores | G00837 | 8/26/2015 | Pelican Bay | Yes—8 additional signatories |
| Payan | T08858 | 8/26/2015 | Pelican Bay | No |
| Perez | D46240 | 8/26/2015 | Pelican Bay | No |
| Trejo | K72446 | 8/26/2015 | Pelican Bay | No |
| Andrade | F37180 | 8/27/2015 | Pelican Bay | Yes—7 additional signatories |
| Monroy | T37312 | 8/30/2015 | Pelican Bay | No |
| Rubio | H29053 | 8/30/2015 | Pelican Bay | Yes—6 additional signatories |
| Martinez | H93376 | 8/31/2015 | Pelican Bay | No |
| Quezada | K10024 | 9/1/2015 | Pelican Bay | No |
| Chaidez | F47646 | 9/3/2015 | Pelican Bay | No |
| Coronado | P62479 | 9/3/2015 | Pelican Bay | No |
| Rodriguez | V68063 | 9/3/2015 | Pelican Bay | No |
| Alejo | AK2983 | 9/6/2015 | Pelican Bay | No |
| Nevarez | K28495 | 9/7/2015 | Pelican Bay | No |
| Perryman | AR6158 | 9/7/2015 | Pelican Bay | No |
| Camarillo | P06688 | 9/14/2015 | Pelican Bay | No |
| Treglia | T66950 | 9/14/2015 | Pelican Bay | Yes—41 additional signatories |
| Enriquez | D50895 | 9/15/2015 | Pelican Bay | No |
| Ortega | T54609 | 9/15/2015 | Pelican Bay | No |

| Inmate surname | CDCR number | Date of complaint | Prison | Group complaint? |
|---|---|---|---|---|
| Haro | J36101 | 9/20/2015 | Pelican Bay | No |
| Gonzalez | F69178 | 9/20/2015 | Pelican Bay | No |
| Robles | T22777 | 9/24/2015 | Pelican Bay | No |
| Jackson | V74188 | 9/28/2015 | Pelican Bay | Yes—36 additional signatories |
| Vargas | T11954 | 10/18/2015 | Pelican Bay | No |
| Guerrero | P90335 | 10/19/2015 | Pelican Bay | No |
| Ramirez | E96963 | 11/3/2015 | Pelican Bay | Yes—1 additional signatory |
| Chavez | AG8871 | 12/2/2015 | Pelican Bay | No |
| Hernandez | AC3208 | 12/6/2015 | Pelican Bay | No |
| Smallwood | C15171 | 12/10/2015 | Pelican Bay | No |
| Lopez | T81282 | 12/27/2015 | Pelican Bay | No |
| Lopez | F42207 | 1/4/2016 | Pelican Bay | No |
| Ledesma | V87318 | 2/22/2016 | Pelican Bay | No |
| Farias | G52538 | 3/1/2016 | Pelican Bay | No |
| Luna | E27010 | 3/26/2016 | Pelican Bay | No |
| Bernard | AX4698 | 4/11/2016 | Pelican Bay | No |
| Rico | AI3815 | 8/9/2017 | Pelican Bay | No |
| Robles | AC3318 | 2/19/2018 | Pelican Bay | No |
| Sotelo | BJ7855 | 3/8/2020 | Pelican Bay | No |