# Exhibit O

| Level II Review: | Received Date: 8/31/2015 | Due Date: 10/12/2015 | Completed Date: 9/14/2015 | GRANTED IN PART |
|---|---|---|---|---|
| ████ | ████ | C-SHU 10 | PROGRAM | PBSP-C-15-02204 |

**Primary Appeal Information**

| Log Number | Area of Origin | Housing at Time of Appeal | | Issue |
|---|---|---|---|---|
| PBSP - C - 15-02204 | C-SHU 10 | | | PROGRAM |
| CDC Number   Appellant - Last Name   First Name | | Current Housing | Current Location PAR NORTH | Issue Subcategory Policy & Procedures |

Inmate Information | Screen Out | Medical Verification | First Level | Second Level * | Third Level * | Staff Involved | Modification Orders | 115 Information | Reimbursement
Comments / Other Log Numbers *

**Comments**

On 8/2/15 PBSP implemented 30 minute security checks, as a result
the opening and closing of doors, banging of wand, and stomping
has caused I/m to loose a lot of sleep which has affected his
concentration. I/m has also not been getting 10 hours of yard as
a result of delayed program. And food is late resulting in cold
trays. I/m requests stop security checks or implement less
intrusive or loud checks and prioritize I/m program and meals
abouve security checks.

Request is Partially Granted at SLR.

**Other Log Numbers**

| Log Number | Comment | Action |
|---|---|---|
| | | Add |

CONFIDENTIAL - ATTORNEYS' EYES ONLY       AGO 002844





## PELICAN BAY STATE PRISON
### SECOND LEVEL REVIEW

DATE: SEP 1 4 2015

Multiple Appeal/Response
(Security/Welfare Checks)
(Controlling Appeal #PBSP-C-15-02058)

Inmate ███████████
Pelican Bay State Prison
Facility C, Building 10, Cell 102

RE: WARDEN'S LEVEL DECISION          APPEAL: PARTIALLY GRANTED
APPEAL LOG NO. PBSP-C-15-02204      ISSUE: PROGRAM

This matter was reviewed by C. E. Ducart, Warden, at Pelican Bay State Prison (PBSP). This appeal is being processed per California Code of Regulations (CCR), Title 15, Section 3084.2 (i) as a multiple appeal. No interview was conducted as no clarification of issues was needed.

### ISSUES

The inmate contends on August 2, 2015, staff implemented 30 minute security checks. Because of the checks, the section doors have been opening and closing, staff have been banging the wand on the sensor, and stomping up and down the steps/stairs, which has caused the inmate to lose sleep. This loss of sleep has affected his concentration, irritability and studies. The inmate also claims he is not getting his mandatory ten hours of yard time and other programs are being delayed.

The inmate is requesting the Security/Welfare Checks be stopped or implement a less intrusive or loud check which prioritizes inmate programs.

### EFFECTIVE COMMUNICATION

The controlling interview for this appeal was conducted at the Second Level Review. The inmate has not been identified with a disability or effective communication need. The inmate has a Test of Adult Basic Education score of 10.2. The inmate has no need for accommodations to ensure effective communication throughout the remainder of the processing of this appeal.

### FINDINGS

I

This appeal has been processed in accordance with CCR, Title 15, Section 3084.2 *(i), Multiple appeals of the same issue. When multiple appeals are received from more than one inmate or parolee on an identical issue, each such appeal shall be individually processed. However, if other issues in addition or extraneous to the multiple appeal issue are contained in the submitted appeal, this particular complaint shall not be*

**CONFIDENTIAL - ATTORNEYS' EYES ONLY      AGO 002845**

*processed as a multiple appeal, but will be subject to processing as a separate, individual appeal. (1) The original inmate or parolee, and as needed for clarification of issues, one or more of the other inmates or parolees, shall be interviewed. (2) The appellant shall be provided with an appeal response. A statement shall be included in the response indicating that the appeal has been designated as one of multiple identical appeals for processing purposes and the same response is being distributed to each appellant.*

### DETERMINATION OF ISSUE

The CCR, Title 15, Section 3270, states in part, *The requirement of custodial security and of staff, inmate and public safety must take precedence over all other considerations in the operation of all the programs and activities of the institutions of the department.*

**The May 9, 2014, Memorandum titled Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures** states in part: *all inmates housed in Administrative Segregation Units (ASU), Psychiatric Services Units (PSU), Security Housing Units (SHU), and Condemned Housing Units, which utilize or will be utilizing the Guard One electronic monitoring system. In furtherance of the California Department of Corrections and Rehabilitation's continued efforts to reduce inmate suicides, the Department has determined both the ASU Welfare Check and Security/Custody Rounds will be combined into one Security/Welfare Check Procedure. A "Security/Welfare Check" shall be defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, PSU, SHU, and Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior. The Security/Welfare Check shall be conducted on all inmates housed in ASU, PSU, SHU, and Condemned Housing Units.*

**The July 15, 2015, Memorandum titled Implementation of the Security/Welfare Check Procedure Utilizing the Guard One System (Completion of Phase 3),** states in part, *effective Monday, August 3, 2015, PBSP Facilities C and D will implement the security/welfare check procedure utilizing the Guard One System to supersede Administrative Segregation Unit welfare check and security/custody rounds in specialized housing procedures.*

The Department has the obligation to provide a safe and secure environment for staff and inmates. The Warden also has the responsibility to establish and implement safety and security procedures for the safe operation of the Institution. The directions given in the memorandum are in the safety interest of the inmates in general and are specifically targeted to those held in isolation units. Safety and security procedures are not determined by the opinions of inmates.

A thorough review of this matter was conducted at the Second Level Review. The inmate's request for the Security/Welfare Checks to be stopped or to implement a less intrusive or loud check which prioritizes inmate programs is **PARTIALLY GRANTED.** Staff will continue to conduct the Security/Welfare Checks as directed by policy. However, during First Watch hours Correctional Officers shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not omit an audible beep during use, only flashes a red light. The First Watch PIPE shall be marked identifying it as equipment for First Watch use only. The inmate is advised staff will make every effort to reduce the noise level. However, the inmate is also advised staff have no control over the noise created by mechanically controlled equipment, such as the opening and closing of the section doors.

This appeal is **PARTIALLY GRANTED** at the Second Level Review.

**CONFIDENTIAL - ATTORNEYS' EYES ONLY        AGO 002846**

Supplement Page 3

Appeal # PBSP-C-15-02204

MODIFICATION ORDER

No modification of this decision or action taken is required.

C. E. DUCART
Warden

MST      Date 9/1/15

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION                    PELICAN BAY STATE PRISON
## APPEALS EFFECTIVE COMMUNICATION CONFIRMATION

| INMATE NAME | CDCR NUMBER | HOUSING | APPEAL LOG# | TABE Score |
|---|---|---|---|---|
| ███████ | ███████ | C10-102 | PBSP-C-15-02204 | 12.9 |

### A.    DOES THE INMATE HAVE DISABILITIES OR COMMUNICATION ISSUES?

1. ☐ Reads and comprehends without assistance (asked inmate or confirmed by past records).
2. ☒ No disabilities or effective communication needs found after review of DECS & TABE/Learning Disability lists.

*STOP!   IF ITEMS #1 AND #2 ARE BOTH CHECKED, GO TO SECTION B.  SIGN AND DATE.*

3. ☐ Identified with a disability or effective communication need (check all that apply):
☐ TABE 4.0 or lower, or no score          ☐ Hearing          ☐ Learning disability
☐ Requires reading/comprehension assistance    ☐ Vision           ☐ Developmental disability
☐ Foreign language speaking               ☐ Speech           ☐ EOP          ☐ CCCMS

### B.    APPEAL INTERVIEW

1. **How was assistance provided?  Check all that apply.**
☐ Simple English spoken slowly & clearly    ☐ Inmate stated no need for EC assistance   ☐ Large print material used
☐ Read documents to inmate               ☐ Used text magnifier                    ☐ Lip reading
☐ Inmate was wearing hearing aid(s)        ☐ Sign language interpreter used; Name: _____
☐ Written notes used (notes attached)       ☐ Language interpreter used; Name: _____
☐ Other:

2. **How was effective communication achieved?  Check all that apply.**
☐ Inmate reiterated in his own words, what was explained.
☐ Inmate provided appropriate, substantive responses to questions asked.
☐ Inmate asked appropriate questions regarding the information provided.
☐ Inmate did not appear to understand the communication, even though the primary method of communication was used.
☐ Other:

| M. TOWNSEND, CCII | *[signature]* | 9/1/15 |
|---|---|---|
| Printed Name & Title | Signature | Date |

*STOP!  DO NOT FILL OUT SECTION C OR D UNLESS PROVIDING ASSISTANCE
WITH COMPLETED RESPONSE AS DIRECTED BY THE APPEALS OFFICE*

### C.    APPEAL RESPONSE - FIRST LEVEL

1. **How was assistance provided?**
☐ Effective communication assistance was provided as identified in Section B, #1 of this form.
2. **How was effective communication achieved?**
☐ Effective communication assistance was provided as identified in Section B, #2 of this form.
Additional Comments:

| | | |
|---|---|---|
| Printed Name & Title | Signature | Date |

### D.    APPEAL RESPONSE - SECOND LEVEL

1. **How was assistance provided?**
☐ Effective communication assistance was provided as identified in Section B, #1 of this form.
2. **How was effective communication achieved?**
☐ Effective communication assistance was provided as identified in Section B, #2 of this form.
Additional Comments:

| | | |
|---|---|---|
| Printed Name & Title | Signature | Date |

Rev. 03/23/2011

CONFIDENTIAL - ATTORNEYS' EYES ONLY        AGO 002848

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

Side 1

DEPARTMENT OF CORRECTIONS AND REHABILITATION

*PELICAN BAY STATE*
*SECURITY HOUSING*
*UNIT C-10*

| Institution/Parole Region: | Log #: | Category: |
|---|---|---|
| IAB USE ONLY | PBSP-DON-15-02204 | 11/18 |

FOR STAFF USE ONLY

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available.   See California Code of Regulations, Title 15, Section (CCR) 3084.1.  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal.  If additional space is needed, only one CDCR Form 602-A will be accepted.  Refer to CCR 3084 for further guidance with the appeal process  No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First) | CDC Number. | Unit/Cell Number | Assignment |
|---|---|---|---|
| ▮ | ▮ | C-10/102 | Pelican Bay State Prison |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

SECURITY CHECKS

AUG 26 2015

Appeals Office

A.  Explain your issue (If you need more space, use Section A of the CDCR 602-A): AS OF 8/12/15 STAFF
IMPLEMENTED 30 MIN. SECURITY CHECKS. AS A RESULT OF THE OPEN/LING
AND CLOSING OF SEC. DOOR, BANGING OF THE WAND ON SENSOR AND
STOMPING OF STAFF WHEN COMING UP AND DOWN THE STEPS/STAIRS

B.  Action requested (If you need more space, use Section B of the CDCR 602-A): FOR SECURITY CHECKS
TO STOP OR TO IMPLEMENT A LESS INTRUSIVE OR LOUD CHECKS WHICH
PRIORITIZE INMATE PROGRAM AND MEALS ABOVE SECURITY CHECKS.

AUG 26 2015

Supporting Documents: Refer to CCR 3084.3.
☐ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

FORM 22 & ATTACHED DOCUMENT

☐ No, I have not attached any supporting documents.  Reason :

| Inmate/Parolee Signature: ▮ | Date Submitted: 8/24/15 |
|---|---|

☐ By placing my initials in this box, I waive my right to receive an interview.

C.  First Level - Staff Use Only             Staff – Check One:  Is CDCR 602-A Attached?  ☒ Yes    ☐ No

This appeal has been:
☒ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____ Date: _____ Date: _____ Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

First Level Responder: Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is:  ☐ Granted    ☐ Granted in Part    ☐ Denied    ☐ Other: _____
See attached letter. If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name) Title: _____ Signature: _____ Date completed: _____

Reviewer: _____ (Print Name) Title: _____ Signature: _____

Date received by AC: _____

| AC Use Only |
|---|
| Date mailed/delivered to appellant _____ / _____ / _____ |

*BYPASS*

**CONFIDENTIAL - ATTORNEYS' EYES ONLY          AGO 002849**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.  If you need more space, use Section D of the CDCR 602-A.

_____

_____

_____

_____

_____

~~BYPASS~~

Inmate/Parolee Signature: _____  Date Submitted : _____

E.  Second Level - Staff Use Only                    Staff – Check One:  Is CDCR 602-A Attached?  ☒ Yes  ☐ No

This appeal has been:

☐ By-passed at Second Level of Review.  Go to Section G.

☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____

☐ Cancelled (See attached letter)

☒ Accepted at the Second Level of Review

Assigned to: _Appeals_  Title: _____  Date Assigned: 8/26/15  Date Due: 10/07/15

Second Level Responder:  Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _N/a_  Interview Location: _____

Your appeal issue is:  ☐ Granted  ☒ Granted in Part  ☐ Denied  ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____  Title: _____  Signature: _____  Date completed: 9/11/15
                 [Print Name]

Reviewer: D. BRADBURY  Title: CDW  Signature: _____
           [Print Name]

Date received by AC: SEP 14 2015

AC Use Only
Date mailed/delivered to appellant  SEP 14 2015

F.  If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____  Date Submitted: _____

G.  Third Level - Staff Use Only

This appeal has been:

☐ Rejected (See attached letter for instruction) Date: _____  Date: _____  Date: _____  Date: _____

☐ Cancelled (See attached letter)  Date: _____

☐ Accepted at the Third Level of Review.  Your appeal issue is  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____

See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant ____/____/____

**Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

Inmate/Parolee Signature: _____  Date: _____

Print Staff Name: _____  Title: _____  Signature: _____  Date: _____

**CONFIDENTIAL - ATTORNEYS' EYES ONLY     AGO 002850**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)                                                                                    Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | **PBSP** C-15-02204 | | |
| | *FOR STAFF USE ONLY* | | |

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First): | CDC Number: | Unit/Cell Number: | Assignment: |
|---|---|---|---|
| ▮ | ▮ | C-10/102 | Pelican Bay State Prison |

**A. Continuation of CDCR 602, Section A only (Explain your issue):** INE BEEN LOSING ALOT OF SLEEP
WHICH HAS AFFECTED MY CONCENTRATION, IRRITABILITY AND STUDIES. FURTHERMORE
WE HAVE NOT BEEN GETTING OUR MANDATORY (10) HOURS OF YARD AS A
RESULT OF DELAYED PROGRAM. FOD HAS BEEN ARRIVING LATER RESULTING IN
COLD TRAYS. ALL THESE ISSUES STEM FROM SECURITY CHECKS    AUG 2 6 2015

AUG 2 6 2015

Appeals Office

S T A F F   U S E   O N L Y

| Inmate/Parolee Signature: ▮ | Date Submitted: |
|---|---|
| 8/24/15 | |

**B. Continuation of CDCR 602, Section B only (Action requested):**     AUG 2 6 2015

| Inmate/Parolee Signature: | Date Submitted: |
|---|---|

**CONFIDENTIAL - ATTORNEYS' EYES ONLY          AGO 002851**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D.  Continuation of CDCR 602,  Section D only (Dissatisfied with First Level response): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

BYPASS

Inmate/Parolee Signature: _____   Date Submitted: _____

F.  Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____   Date Submitted: _____

CONFIDENTIAL - ATTORNEYS' EYES ONLY     AGO 002852

STATE OF CALIFORNIA
INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print) (LAST NAME) | (FIRST NAME) | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| | | | |

| HOUSING/BED NUMBER: C 10 / 102 | ASSIGNMENT: | HOURS FROM_____ TO_____ | (STATE BRIEFLY THE CONDITION OF CONFINEMENT/PAROLE, ETC.): PROGRAM CONDITIONS |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW.

STARTING SUNDAY 8/02/15 CORRECTIONAL STAFF IMPLEMENTED A 30 MIN. SECURITY CHECK AROUND THE CLOCK THESE CHECKS ARE HAVING ADVERSE EFFECTS ON DELAYED PROGRAM (IS INTERFERING WITH INMATES RECEIVING FAIR (10) HOURS OF EXERCISE OF YARD A WEEK) AS YARD IS BEING RAN FROM 8 am TO 6 pm MONDAYS THROUGH FRIDAYS, WORST OFF IS THE SLEEP DEPRIVATION CAUSED BY THE LOUD BANGING FROM THE FRONT DOOR AT NIGHT TIME EVERY 30 MIN. I'm ASKING FOR A POSITIVE RESOLUTION IN THIS AREA.

METHOD OF DELIVERY (CHECK APPROPRIATE BOX ) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **
☑ SENT THROUGH MAIL: ADDRESSED TO: PROGRAM DEPT. DATE MAILED: 8/12/15
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: BOB HATCH | DATE: 8/12/15 | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| IF FORWARDED - TO WHOM: PROGRAM DEPT. | DATE DELIVERED/MAILED: 8/12/15 | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: J. SILVA | DATE: 8-14-15 | SIGNATURE: J. Silva | DATE RETURNED: 8-14-15 |
|---|---|---|---|

SEE Attachment

~~BAY STATE PRISON~~
~~SECURITY HOUSING UNIT C-10~~

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY MAIL. KEEP FINAL CANARY COPY.

STAFF DID NOT ADDRESS ANY OF THE AFOREMENTIONED ISSUES. I WOULD LIKE A RESPONSE TO MY ISSUES.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| | |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): SGT. COMBS | DATE: 8/18/15 | SIGNATURE: | DATE RETURNED: 8/18/15 |
|---|---|---|---|

Program is being prep OP Addendum Date 3 Aug 2015 Further more OP 222 Security protocols will be completed as per M. D. Stainer Director of Adult Institutions, dated -5/9/15 to Conduct Security/Welfare Check on all Inmates or SHU FACIL. per hour.

Pelican Bay State Prison

AUG 26 2015

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

Appeals Office

CONFIDENTIAL - ATTORNEYS' EYES ONLY     AGO 002853

CDCR FORM 22 REGARDING SECURITY/WELFARE CHECKS

Implementation of the Security/Welfare Check Procedure utilizing the Guard One system is a directive per the memorandum dated July 15, 2015. This memorandum is signed by Kelly Harrington, Director, Division of Adult Institutions. The memorandum states, ". . . effective Monday, August 3, 2015, Pelican Bay State Prison's Facilities C and D will implement the Security/Welfare Check Procedure . . . 'Utilizing the Guard One System' . . ."



Pelican Bay State Prison

AUG 2 6 2015

Appeals Office

CONFIDENTIAL - ATTORNEYS' EYES ONLY       AGO 002854

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
OFFICE OF APPEALS
P. O. BOX 942883
SACRAMENTO, CA  94283-0001



### THIRD LEVEL APPEAL DECISION

Date: **NOV 2 0 2015**

In re: ███████████████

Pelican Bay State Prison
P.O. Box 7000
Crescent City, CA  95531-7000

TLR Case No.: 1503643          Local Log No.: PBSP-15-02204

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner T. Lee, Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that as of the August 2, 2015, due to the implemented 30 minute checks, he has been losing sleep. The appellant states that the opening and closing of the security doors, banging of the wand on the sensor and the stomping feet of staff when coming up and down the steps which is resulting in sleep loss and is affecting his concentration, causing irritability and effected studies. The appellant states that he has not been getting his mandatory 10 hours of yard as a result of the delayed program and the food has been arriving later resulting in cold trays. The appellant requests the security checks stop or to prioritize inmate program and meals over security checks.

**II   SECOND LEVEL'S DECISION:** The Second Level of Review (SLR) found that pursuant to California Code of Regulations, Title 15, Section (CCR) 3270, the requirement of custodial security and of staff, inmate and public safety must take precedence over all other considerations in the operation of all the programs and activities of the institutions of the department.

The SLR notes, the May 9, 2014, Memorandum titled: Security/Welfare Check Procedure Utilizing The Guard One System To Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures states in part, "all inmates housed in Administrative Segregation Unit (ASU), Psychiatric Services Unit (PSU), Security Housing Unit (SHU), and Condemned Housing Units, which utilize or will be utilizing the Guard One electronic monitoring system. In furtherance of the California Department of Corrections and Rehabilitation's continued efforts to reduce inmate suicides, the Department has determined both the ASU Welfare Check and Security/Custody Rounds will be combined into one Security/Welfare Check procedure. A "Security/Welfare Check" shall be defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, PSU, SHU, and Condemned Housing Unit.   The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or sins of any misconduct of self-injurious behavior. The Security/Welfare Check shall be conducted on all inmates housed in ASU, PSU, SHU, and Condemned Housing Units."

The SLR notes the July 15, 2015, Memorandum titled implementation of the Security/Welfare Check Procedure Utilizing the Guard One System (Completion of Phase 3), states in part, "effective Monday, August 3, 2015, Pelican Bay State Prison (PBSP) Facilities C and D will implement the Security/Welfare check procedure utilizing the Guard One System to supersede Administrative Segregation unit welfare check and security/custody rounds in specialized hosing procedures."

The SLR notes the Department has the obligation to provide a safe and secure environment for staff and inmates. The SLR notes the PBSP Warden also has the responsibility to establish and implement safety and security procedures for the safe operation of the Institution. The SLR notes the directions given in the memorandum are in the safety interest of the inmates in general and are specifically targeted to those held in isolation units. The SLR notes staff will continue to conduct the Security/Welfare Checks; however, Correctional Officer that work on First Watch hours shall conduct all Security/Welfare Checks using a pre-programmed silenced wand and will make every effort to reduce the noise level. The SLR found the

CONFIDENTIAL - ATTORNEYS' EYES ONLY       AGO 002855

CASE NO. 1503643
PAGE 2

appellant's request to have the Security/Welfare Checks to be stopped or to implement a less intrusive or loud check which prioritizes inmate programs was partially granted.

III  **THIRD LEVEL DECISION:** Appeal is denied.

A.  **FINDINGS:** The documentation and arguments are persuasive that the appellant has failed to support his appeal issues with sufficient evidence or facts to warrant a modification of the SLR.

California Penal Code Section (PC) 5058 authorizes the Secretary of CDCR to prescribe and amend rules and regulations within the CDCR. Pursuant to CCR 3001, every person confined in facilities of the Department is subject to the rules and regulations of the Secretary, and to the procedures established by the warden. The Third Level of Review (TLR) notes along with the previous cited CCR 3270, CCR 3380 states in part, "The warden or superintendent of an institution of the department is the chief executive officer of that institution, and is responsible for the custody, treatment, training and discipline of all inmates under his or her charge."

CCR 3341(a) states, "In keeping with the special purpose of a segregated housing unit, and with the degree of security, control and supervision required to serve that purpose, the physical facilities of special purpose segregated housing will approximate those of the general population."

PBSP confirmed the inmate population of PBSP has been issued ear plugs in an effort to suppress some of the noise associated with the institution's Security/Welfare Checks.

On October 9, 2015, the TLR contacted Correctional Lieutenant (Lt.) S. Bradley regarding the appellant's yard access. The appellant did not specify a date when his yard has been affected. The TLR asked Lt. Bradley to review the appellant's yard access for the previous week. Lt. Bradly reviewed the appellant's CDC Form 114-A, Isolation Segregation Record and confirmed the appellant's following yard access: September 28, 2015 from 0855 hours until 1005 hours; September 29, 2015 from 1256 hours until 1330 hours; September 30, 2015 from 1030 hours until 1201 hours; October 1, 2015 from 1830 hours until 1930 hours; October 2, 2015 from 0739 hours until 0909 hours; October 3, 2015 from 1037 hours until 1201 hours; October 4, 2015 from 1250 hours until 1330 hours. Lt. Bradley states that consistent efforts are being made to ensure meals are delivered as soon as possible. The appellant has failed to present any tangible evidence that the Security/Welfare Checks have adversely impacted his programming. Therefore no relief is provided at the TLR.

B.  **BASIS FOR THE DECISION:**
PC: 5058
CCR: 3001, 3084.1, 3270, 3341, 3380

C.  **ORDER:** No changes or modifications are required by the Institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

T. LEE, Appeals Examiner
Office of Appeals

M. VOONG, Chief
Office of Appeals

cc:   Warden, PBSP
      Appeals Coordinator, PBSP

CONFIDENTIAL - ATTORNEYS' EYES ONLY      AGO 002856

STATE OF CALIFORNIA
INMATE/PAROLEE APPEAL
CDCR 602 (REV. 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

*PELICAN BAY STATE*
*SECURITY*
*HOUSING*
*UNIT C 10*

| (AB USE ONLY) | Institution/Parole Region | Log # | Category |
|---|---|---|---|
| 1503643 | SHU-PBSP-C-15-02204 | | IIB |

FOR STAFF USE ONLY

You ... and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material ... no other prescribed method of departmental review/remedy available. See California Code of Regulations, Title 15, Section (CCR) 3084.1  You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that lead to the filing of this appeal  If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process  No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.     WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | CDC Number | Unit/Cell Number | Assignment |
|---|---|---|---|
| ▇▇▇▇▇ | ▇▇▇▇ | C-10/10-2 | Prison ... |

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):

*Security Checks*

AUG 2 6 2015
Appeals Coor

A.  Explain your issue (If you need more space, use Section A of the CDCR 602-A): As C.F. [illegible] staff implemented a new security checks as a result of the [illegible] and checks of a ... back up the new security and [illegible] or staff who come up and doing the checks every...

B.  Action requested (If you need more space, use Section B of the CDCR 602-A): for security checks ... want to implement a less intrusive or less checks which positive inmate ... can and many ... or security checks

AUG 2 6 2015

Supporting Documents: Refer to CCR 3084.3.
☑ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory; CDC 128-G, Classification Chrono):

From 22-A attached document _____

☐ No, I have not attached any supporting documents.  Reason : _____

| Inmate/Parolee Signature | ▇▇▇▇ | Date Submitted: 8-20-15 |
|---|---|---|

☐  By placing my initials in this box, I waive my right to receive an interview.

DUPLICSS

**C.  First Level - Staff Use Only**     Staff – Check One:  Is CDCR 602-A Attached? ☑ Yes  ☐ No
This appeal has been:
☑ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder  Complete a First Level response.  Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____  Interview Location: _____

Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)  Title: _____  Signature: _____  Date completed: _____

Reviewer: _____ (Print Name)  Title: _____  Signature: _____

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant ___ / ___ / ___

RECEIVED
SEP 23 2015
INMATE APPEALS BRANCH

AUG 2 6 2015
Appeals Coor

CONFIDENTIAL - ATTORNEYS' EYES ONLY     AGO 002857

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (REV 08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

**D.** If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response   If you need more space, use Section D of the CDCR 602-A.

~~BYPASS~~

Inmate/Parolee Signature: _____   Date Submitted: _____

**E. Second Level - Staff Use Only**   Staff – Check One:  Is CDCR 602-A Attached?  ☒ Yes  ☐ No

This appeal has been.
☐ By-passed at Second Level of Review  Go to Section G.
☐ Rejected (See attached letter for instruction) Date) _____ Date _____ Date _____
☐ Cancelled (See attached letter)
☒ Accepted at the Second Level of Review

Assigned to: _Appeals_  Title: _____  Date Assigned: 8/26/15  Date Due: 10/07/15

Second Level Responder: Complete a Second Level response. If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: ____ N/a ____   Interview Location: _____

Your appeal issue is:  ☐ Granted  ☒ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter. If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____  Title: _____  Signature: _____  Date completed: 9/11/15

Reviewer: D. BRADBURY  Title: CCII  Signature: _____

Date received by AC  SEP 14 2015

AC Use Only
Date mailed/delivered to appellant  SEP 14 2015

**F.** If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001. If you need more space, use Section F of the CDCR 602-A.

I have not noticed any reduction in the noise level of staff in fact lat watch the co[...]
very loudly. To the point that it seems to be one of their security/welfare check[...]
[...]no consideration the impact it is having on the disruption of the sleep which this has[...]
an impact on my health physical and psychological this counseling is proper furthermore I[...]
have never had an mental or social ducts so I do not see the justification of being subjected to [...]

Inmate/Parolee Signature: ███████  Date Submitted: 9/20/15

**G. Third Level - Staff Use Only**
This appeal has been:
☐ Rejected (See attached letter for instruction) Date) _____ Date _____ Date _____ Date _____
☐ Cancelled (See attached letter)
☒ Accepted at the Third Level of Review. Your appeal issue is  ☐ Granted  ☐ Granted in Part  ☒ Denied  ☐ Other: _____
See attached Third Level response.

Third Level Use Only
Date mailed/delivered to appellant ___/___/___

**Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because: State reason. (If withdrawal is conditional, list conditions.)

Inmate/Parolee Signature: _____  Date: _____
Print Staff Name: _____  Title: _____  Signature: _____  Date: _____

**CONFIDENTIAL - ATTORNEYS' EYES ONLY      AGO 002858**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|
| | PBSP | C-15-02204 | |

*1503643*

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed. Only one CDCR 602-A may be used.

Appeal is subject to rejection if one row of text per line is exceeded.       WRITE, PRINT, or TYPE CLEARLY in black or blue ink.

| Name (Last, First) | | CDC Number | Unit/Cell Number | Assignment: |
|---|---|---|---|---|
| ▮▮▮▮ | | ▮▮▮▮ | C-10-110 | Pelican Bay State Prison |

A. Continuation of CDCR 602, Section A only (Explain your issue): _Jail been using ALL of sleep_

_which no direct my concentration irritability and makes furthermore_

_we have not been getting our mandatory 8 hours of sleep as a_

_result of delayed pill call this been arriving later resulting in_

_cold trays all these issues stem from security checks_ AUG 26 2015

[multiple blank lines]

Inmate/Parolee Signature: ▮▮▮▮        Date Submitted: 6/24/15

B. Continuation of CDCR 602, Section B only (Action requested): AUG 26 2015

[multiple blank lines]

Inmate/Parolee Signature: _____        Date Submitted: _____

**CONFIDENTIAL - ATTORNEYS' EYES ONLY       AGO 002859**

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A (08/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D. Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): _____

_____

_____

BYPASS

Inmate/Parolee Signature: _____     Date Submitted: _____

F. Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): _SECURITY AND WELFARE CHECKS (WHICH_
_ARE SO INTRUSIVE AND DISRUPTIVE THAT THEY EQUATE TO CRUEL AND UNUSUAL PUNISHMENT_

_____

Inmate/Parolee Signature: ████████████     Date Submitted: _9/10/15_

**CONFIDENTIAL - ATTORNEYS' EYES ONLY      AGO 002860**