# Exhibit S

| | |
|---|---|
| From: | Lucas Hennes |
| To: | Kate Falkenstien |
| Cc: | adriano.hrvatin@doj.ca.gov; kyle.lewis@doj.ca.gov; tyler.heath@doj.ca.gov; elise.thorn@doj.ca.gov |
| Subject: | Coleman - Lipsey further supplemental discovery |
| Date: | Monday, June 22, 2020 10:55:45 AM |

[EXTERNAL]

Good morning Kate,

Please see the attached additional responsive documents located by CCI this weekend.  According to staff, an associate warden had a box of archived appeals in his office that appeals office staff was not aware of, so they were not found in the original search.  I have asked CDCR to provide me with the class status of each of these inmates and will provide a supplemental Exhibit A as soon as I have that information.

# Lucas L. Hennes
Deputy Attorney General
Office of the Attorney General,
Correctional Law Section
1300 I Street, Sacramento, CA 95814
Phone: (916) 210-7323
Fax: (916) 324-5205

**The following files have been sent using FileXchange and can be downloaded by using the link below:**

| Filename | Size | Checksum (SHA256) |
|---|---|---|
| SAC AG-1251-1315.pdf.pdf | 40.9 MB | 2e7680fbabd275d522e7963023ce60c7f04823d182263903c64273b79cf1e495 |

Please click on the following link to download the attachments:
https://FX.doj.ca.gov/message/g5NJvLd3fumBgr3DjiCCbY

This email or download link can be forwarded to anyone.

The attachments are available until: **Saturday, 4 July.**

**Message ID:** `g5NJvLd3fumBgr3DjiCCbY`

Download Files

---

https://FX.doj.ca.gov

