UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB P |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff-intervenor Christopher Lipsey (Lipsey) has filed a motion for leave to file a supplemental brief in support of his February 14, 2020 motion for temporary restraining order, ECF No. 6462.  ECF No. 6690.  In the motion, Lipsey represents that defendants do not oppose the motion as long as the supplemental brief is limited to five pages and defendants are permitted to file a responsive brief also not to exceed five pages.  *Id*. at 2.  Lipsey's five page brief is accompanied by twenty-six exhibits and a declaration of counsel.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff-intervenor Lipsey's May 29, 2020 motion to file a supplemental brief, ECF No. 6690, is GRANTED.

2. Defendants are granted fourteen days from the date of this order in which to file a responsive brief not to exceed five pages and accompanying evidence as necessary.

DATED: July 2, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE