DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:    (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:    (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:    (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,

    v.

GAVIN NEWSOM, et al.,

        Defendants.

Case No. 2:90-CV-00520-KJM-DB

**PLAINTIFFS' REQUEST FOR LEAVE TO RESPOND TO DEFENDANTS' RESPONSE AND OBJECTIONS, ECF. NO. 6744**

Judge:   Hon. Kimberly J. Mueller

[3572294.1]

Despite the fact that the Court has not granted Defendants leave to file objections to the Special Master's Report on His Expert's Analysis of Psychiatrist Employment Conditions and Compensation at the California Department of Corrections and Rehabilitation and the Department of State Hospitals (May 29, 2020), ECF No. 6695 ("Special Master's May 29, 2020 Report"), or ruled on the parties' dispute regarding the deadline for Defendants to file such objections, Defendants filed objections on June 29, 2020, three weeks after the deadline to file any such objections.  *See* Defendants' Response and Objections to the Special Master's May 29, 2020 Report on His Expert's Analysis of Psychiatrist Employment Conditions and Compensation, ECF No. 6744 ("Defendants' Objections").  As Plaintiffs made clear in the June 16, 2020 Joint Status Report, per the process that has been in place for decades, Defendants had ten days, not thirty, to respond to the Special Master's May 29, 2020 Report because Defendants received an opportunity to comment on, and actually submitted over 100 pages of comments on, the Special Master's Labor Economist's report in draft form before the report was filed.  *See* Joint Status Report in Response to Jun. 12, 2020 Order Regarding the Jun. 25, 2020 Hearing, the Status of Defs.' Updates to Pls.' Discovery Requests, and the Deadline to Respond to the Special Master's May 29, 2020 Report at 20-25 (Jun. 16, 2020), ECF No. 6726; *see also* Order of Reference at 4, 8 (Dec. 11, 1995), ECF No. 640 ("Order of Reference").  Defendants did not submit their objections or request an extension to submit their objections within the ten-day period that they had to respond to the Special Master's May 29, 2020 Report.  This Court should therefore disregard Defendants' Objections as untimely.

However, if the Court intends to consider Defendants' Objections, Plaintiffs request that the Court grant Plaintiffs until July 31, 2020 to respond to Defendants' Objections, including the new evidence Defendants have submitted from their own experts in support of their objections, which was not provided to the Special Master in advance of his filing of the final report.  The Order of Reference makes clear that Plaintiffs' input and involvement is critical to the *Coleman* remedial process.  *See* Order of Reference at 2.

1  That is particularly true regarding the Special Master's recommendations, which Plaintiffs

2  support, concerning measures to address the persistently high psychiatrist staffing vacancy

3  rates which directly and negatively affect the timeliness and quality of mental healthcare

4  provided to the Plaintiff class.  *See* Special Master's May 29, 2020 Report at 20-21.

5  Plaintiffs dispute Defendants' objections, and if the Court intends to consider Defendants'

6  untimely objections, Plaintiffs seek an opportunity to demonstrate why they lack merit.

7

8

9  DATED:  July 2, 2020                Respectfully submitted,

10                                     ROSEN BIEN GALVAN & GRUNFELD LLP

11                                     By:  */s/ Michael S. Nunez*

12                                          Michael S. Nunez

13                                     Attorneys for Plaintiffs

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[3572294.1]