REICHMAN JORGENSEN LLP
SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
 100 Marine Parkway, Suite 300
 Redwood Shores, CA 94065
 Telephone: (650) 623-1401
 Fax: (650) 623-1449
 Email: sballard@reichmanjorgensen.com
     kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.**<br><br>                              Plaintiffs,<br><br>     **v.**<br><br>**GAVIN NEWSOM, et al.,**<br><br>                              Defendants. | Case No. 2:90-cv-00520 KJM DB P<br><br>**PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S NOTICE OF REQUEST TO SEAL DOCUMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff-Intervenor Christopher Lipsey hereby moves this Court to seal Exhibit L to Kate Falkenstien's declaration in support of the parties' Joint Discovery Dispute Statement (ECF #6746.13).  This document lists some of the inmates who have complained about the excessive noise and resulting sleep deprivation caused by Guard One welfare checks, and notes whether each complaining inmate is a *Coleman* class member.

Under the protective order entered in this case (ECF #2109), documents which identify an "inmate other than the named plaintiffs in this action" are required to be treated as confidential. Modified Protective Order, ECF #2109, ¶¶ 1-2.  "Any documents filed with the Court that reveal confidential material shall be filed under seal."  *Id.* ¶ 7.

Per Local Rule 141(b), the Request to Seal Documents, proposed order, and the document proposed to be sealed have been emailed to the Court and all other parties.

Dated: July 9, 2020                              Respectfully submitted,

/s/ *Kate M. Falkenstien*

REICHMAN JORGENSEN LLP
Shawna L. Ballard (SBN 155188)
Kate Falkenstien (SBN 313753)
100 Marine Parkway, Suite 300
Redwood Shores, California 94065
Telephone: (650) 623-1401
Fax: (650) 623-1449
sballard@reichmanjorgensen.com
kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*