XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>  Plaintiffs,<br><br>  v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>  Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' COMPLIANCE REPORTS FOR TRANSFERS OF CLASS MEMBERS OUT OF DESERT INSTITUTIONS** |

The attached California Department of Corrections and Rehabilitation (CDCR) reports capture information concerning the transfer of class members out of desert institutions under the Stipulation and Order Approving Plan to Report on Class Members Transferred Out of Desert Institutions filed on May 19, 2020. (ECF No. 6678.)

The report attached at Exhibit A shows that twenty-two inmates were placed in CDCR's Mental Health Services Delivery System in June 2020 while housed in a desert institution and were not transferred from the desert institution within the fourteen-day transfer timeline; three

[3419376.1]                                        1

Defs.' Compliance Rprts. for Transfers of Class Members Out of Desert Institutions (2:90-cv-00520 KJM-DB (PC))

class members placed in the Mental Health Services Delivery System in April and May 2020 were transferred from desert institutions in June 2020; and fifty-three patients in the Mental Health Delivery System remained in desert institutions in June 2020 beyond the fourteen-day transfer timeline. All delayed transfers were due to inmate movement restrictions related to COVID-19.

The report attached as Exhibit B shows that one *Coleman* class member at the Correctional Clinical Case Management level of care transferred to a desert institution in April 2020 for a court proceeding.

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following order relevant to this filing: ECF No. 6296 and ECF No. 6678.

Dated: July 15, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/S/ *ELISE OWENS THORN*
Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

[3419376.1]                                         2

Defs.' Compliance Rprts. for Transfers of Class Members Out of Desert Institutions (2:90-cv-00520 KJM-DB (PC))

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



July 14, 2020

Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:   DEFENDANT CDCR'S COMPLIANCE REPORTS FOR THE TRANSFER OF
      *COLEMAN* CLASS MEMBERS OUT OF DESERT INSTITUTIONS

Dear Mr. Hrvatin and Ms. Thorn:

The California Department of Corrections and Rehabilitation (CDCR) submits its monthly information on compliance with the *Desert Institutions Expedited Transfer for Mental Health Services Delivery System* policy approved by the Court on September 27, 2019. (ECF No. 6296.) Attached as Exhibit A is CDCR's MH Change report that provides tracking information for inmates referred to the Mental Health Services Delivery System while housed in one of the six desert institutions during the month of June 2020, with the inmates' identifying information redacted. As Exhibit A reflects, twenty-two inmates were referred for mental health treatment while housed in a desert institution during the Month of June 2020. Those inmates were not transferred to institutions with mental health programs due to the policy in place to restrict inmate movement during the COVID-19 pandemic. The report also shows that three class members who were placed in the Mental Health Services Delivery System in April and May of 2020 were transferred from desert institutions in June 2020 and that fifty-three patients in the Mental Health Delivery System remained in desert institutions in June 2020 beyond the fourteen-day transfer timeline. All delayed transfers were due to inmate movement restrictions related to COVID-19.

Attached as Exhibit B is the monthly MH Upon Arrival report that provides tracking information for *Coleman* class members placed in one of the six desert institutions in June 2020, with the inmate's identifying information redacted.

Sincerely,

/s/ *Charles Callahan*

CHARLES CALLAHAN
Acting Deputy Director
California Department of Corrections and Rehabilitation
Division of Adult Institutions

# EXHIBIT A

MHSDS Inmates at Desert Institutions Historical MH Change
Run Date: 07/05/2020 09:46 PM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 06/01/2020 - 06/30/2020
Selection Criteria  This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Change.
R2

| Institution | CDC Number | Last Name | MH LOC | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MHSDS Begin Date | MHLOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Calendar Days Since MHSDS Begin Date and Transfer Arrival | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CAC | | | CCCMS 05/21/2020 - 06/30/2020 | N | 05/27/2020 00:00 | CCI | I | 05/19/2020 05:41 | 05/21/2020 | MH Change | | | | 40 days - No movement due to Covid-19 |
| CAL | | | CCCMS 05/25/2020 - 06/30/2020 | N | 06/18/2020 08:56 | SVSP | IV | 09/19/2013 02:17 | 05/25/2020 | MH Change | | | | 36 days - No movement due to Covid-19 |
| CAL | | | CCCMS 04/22/2020 - 06/30/2020 | N | 05/06/2020 00:00 | CCI | IV | 12/20/2016 14:08 | 04/22/2020 | MH Change | | | | 69 days - No movement due to Covid-19 |
| CAL | | | CCCMS 06/12/2020 - 06/30/2020 | N | 06/18/2020 08:25 | SVSP | IV | 05/30/2019 07:41 | 06/12/2020 | MH Change | | | | 18 days - No movement due to Covid-19 |
| CAL | | | CCCMS 06/29/2020 - 06/30/2020 | N | 06/18/2020 00:00 | HDSP | IV | 12/04/2019 16:04 | 06/18/2020 | MH Change | | | | |
| CAL | | | CCCMS 06/18/2020 - 06/30/2020 | N | 06/26/2020 00:00 | KVSP | IV | 05/20/2020 14:21 | 06/18/2020 | MH Change | | | | |
| CAL | | | CCCMS 05/28/2020 - 06/30/2020 | N | 06/05/2020 00:00 | KVSP | IV | 03/19/2020 15:19 | 05/19/2020 | MH Change | | | | 42 days - No movement due to Covid-19 |
| CAL | | | CCCMS 04/23/2020 - 06/30/2020 | N | 04/24/2020 00:00 | SVSP | IV | 09/06/2017 14:05 | 04/14/2020 | MH Change | | | | 77 days - No movement due to Covid-19 |
| CAL | | | EOP 06/10/2020 - 06/30/2020 | N | 06/12/2020 00:00 | RJD | IV | 05/28/2020 14:58 | 06/10/2020 | MH Change | | | | 20 days - No movement due to Covid-19 |
| CAL | | | CCCMS 05/12/2020 - 06/30/2020 | N | 06/01/2020 00:00 | HDSP | IV | 01/20/2019 00:16 | 05/12/2020 | MH Change | | | | 49 days - No movement due to Covid-19 |
| CAL | | | CCCMS 05/19/2020 - 06/30/2020 | N | 05/22/2020 08:36 | NKSP | III | 03/12/2020 10:00 | 05/19/2020 | MH Change | | | | 42 days - No movement due to Covid-19 |
| CAL | | | CCCMS 05/07/2020 - 06/30/2020 | N | 05/14/2020 00:00 | SATF | III | 11/27/2019 14:03 | 05/07/2020 | MH Change | | | | 54 days - No movement due to Covid-19 |
| CAL | | | CCCMS 06/11/2020 - 06/30/2020 | N | 06/18/2020 00:00 | DVI | III | 04/02/2012 20:03 | 06/11/2020 | MH Change | | | | 19 days - No movement due to Covid-19 |
| CAL | | | CCCMS 06/29/2020 - 06/30/2020 | N | | | | 05/20/2020 14:21 | 06/29/2020 | MH Change | | | | |
| CAL | | | CCCMS 06/04/2020 - 06/30/2020 | N | 06/15/2020 00:00 | HDSP | IV | 05/20/2020 14:21 | 06/04/2020 | MH Change | | | | 26 days - No movement due to Covid-19 |
| CAL | | | CCCMS 06/05/2020 - 06/30/2020 | N | 06/15/2020 00:00 | CCI | IV | 09/07/2018 23:35 | 06/03/2020 | MH Change | | | | 27 days - No movement due to Covid-19 |
| CCC | | | CCCMS 04/16/2020 - 06/30/2020 | N | 04/27/2020 00:00 | CMC | II | 09/23/2019 18:52 | 04/16/2020 | MH Change | | | | 75 days - No movement due to Covid-19 |
| CCC | | | CCCMS 06/01/2020 - 06/30/2020 | N | 06/09/2020 00:00 | MCSP | III | 04/16/2020 23:08 | 05/28/2020 | MH Change | | | | 33 days - No movement due to Covid-19 |
| CEN | | | CCCMS 05/15/2020 - 06/30/2020 | N | 05/20/2020 00:00 | SAC | IV | 01/28/2020 15:33 | 05/15/2020 | MH Change | | | | 46 days - No movement due to Covid-19 |
| CEN | | | CCCMS 06/17/2020 - 06/30/2020 | N | 06/22/2020 00:00 | COR | IV | 02/26/2016 10:47 | 06/17/2020 | MH Change | | | | |
| CEN | | | CCCMS 04/29/2020 - 06/30/2020 | N | 05/05/2020 00:00 | CCI | IV | 09/28/2017 17:52 | 04/29/2020 | MH Change | | | | 62 days - No movement due to Covid-19 |
| CEN | | | CCCMS 05/13/2020 - 06/30/2020 | N | | | | 05/04/2020 23:09 | 05/13/2020 | MH Change | | | | 48 days - No movement due to Covid-19 |
| CEN | | | CCCMS 05/13/2020 - 06/30/2020 | N | 05/20/2020 00:00 | COR | IV | 02/11/2020 17:29 | 05/13/2020 | MH Change | | | | 48 days - No movement due to Covid-19 |
| CEN | | | CCCMS 06/12/2020 - 06/30/2020 | N | 06/22/2020 00:00 | CTF | II | 09/26/2017 16:27 | 06/12/2020 | MH Change | | | | 18 days - No movement due to Covid-19 |
| CEN | | | CCCMS 06/12/2020 - 06/30/2020 | N | 06/17/2020 00:00 | CTF | II | 05/21/2020 17:31 | 06/12/2020 | MH Change | | | | 18 days - No movement due to Covid-19 |
| CEN | | | CCCMS 06/17/2020 - 06/30/2020 | N | 06/24/2020 00:00 | MCSP | III | 12/12/2019 16:32 | 06/17/2020 | MH Change | | | | |
| CEN | | | CCCMS 06/18/2020 - 06/30/2020 | N | 06/22/2020 00:00 | DVI | III | 11/27/2019 17:31 | 06/18/2020 | MH Change | | | | |
| CEN | | | CCCMS 04/15/2020 - 06/30/2020 | N | 04/17/2020 00:00 | RJD | III | 03/17/2020 17:36 | 04/15/2020 | MH Change | | | | 76 days - No movement due to Covid-19 |
| CEN | | | CCCMS 04/22/2020 - 06/30/2020 | N | 04/29/2020 00:00 | CRC | II | 03/16/2020 16:35 | 04/22/2020 | MH Change | | | | 69 days - No movement due to Covid-19 |
| CEN | | | CCCMS 06/24/2020 - 06/30/2020 | N | 06/30/2020 00:00 | DVI | III | 06/04/2020 16:40 | 06/24/2020 | MH Change | | | | |
| CEN | | | CCCMS 05/27/2020 - 06/30/2020 | N | 06/04/2020 00:00 | KVSP | IV | 03/16/2020 01:07 | 05/27/2020 | MH Change | | | | 34 days - No movement due to Covid-19 |
| CEN | | | CCCMS 06/17/2020 - 06/30/2020 | N | 06/22/2020 00:00 | MCSP | III | 06/02/2020 11:10 | 06/17/2020 | MH Change | | | | |
| CEN | | | CCCMS 05/28/2020 - 06/30/2020 | N | 06/12/2020 00:00 | HDSP | IV | 05/28/2020 23:10 | 05/28/2020 | MH Change | | | | 33 days - No movement due to Covid-19 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CEN | | CCCMS 05/27/2020 - 06/23/2020 | N | 06/03/2020 00:00 | MCSP | III | 01/03/2020 14:32 | 05/27/2020 | MH Change | 06/23/2020 08:11 | | Paroled 6/23/2020  27 days - No movement due to Covid-19 |
| CEN | | CCCMS 05/23/2020 - 06/30/2020 | N | 06/22/2020 00:00 | HDSP | IV | 08/04/2011 00:00 | 05/23/2020 | MH Change | | | 38 days - No movement due to Covid-19 |
| CEN | | CCCMS 06/30/2020 - 06/30/2020 | N | 06/24/2020 00:00 | SATF | IV | 07/16/2019 17:34 | 06/29/2020 | MH Change | | | |
| CVSP | | EOP 05/15/2020 - 06/12/2020 | N | 05/26/2020 00:00 | VSP | II | 04/22/2020 18:25 | 04/21/2020 | MH Change | 06/12/2020 07:49 | 06/12/2020 17:25 | 53 |
| CVSP | | CCCMS 06/12/2020 - 06/30/2020 | N | 06/19/2020 00:00 | SATF | II | 10/01/2018 10:44 | 06/12/2020 | MH Change | | | 18 days - No movement due to Covid-19 |
| ISP | | CCCMS 04/21/2020 - 06/30/2020 | N | 04/29/2020 00:00 | CMC | II | 04/05/2020 11:04 | 04/21/2020 | MH Change | | | 70 days - No movement due to Covid-19 |
| ISP | | CCCMS 06/08/2020 - 06/30/2020 | N | 06/09/2020 00:00 | VSP | II | 04/27/2020 02:08 | 06/08/2020 | MH Change | | | 22 days - No movement due to Covid-19 |
| ISP | | CCCMS 04/22/2020 - 06/30/2020 | N | 04/29/2020 00:00 | SATF | II | 04/09/2020 09:42 | 04/22/2020 | MH Change | | | 69 days - No movement due to Covid-19 |
| ISP | | CCCMS 04/15/2020 - 06/30/2020 | N | 04/22/2020 00:00 | CTF | II | 04/11/2020 10:46 | 04/15/2020 | MH Change | | | 76 days - No movement due to Covid-19 |
| ISP | | CCCMS 06/11/2020 - 06/30/2020 | N | 06/18/2020 00:00 | RJD | III | 06/05/2020 20:50 | 06/09/2020 | MH Change | | | 21 days - No movement due to Covid-19 |
| ISP | | CCCMS 06/05/2020 - 06/30/2020 | N | 06/17/2020 00:00 | CCI | IV | 04/23/2019 12:13 | 06/05/2020 | MH Change | | | 25 days - No movement due to Covid-19 |
| ISP | | CCCMS 05/27/2020 - 06/30/2020 | N | 06/03/2020 00:00 | SOL | II | 04/11/2020 10:05 | 05/24/2020 | MH Change | | | 37 days - No movement due to Covid-19 |
| ISP | | CCCMS 06/17/2020 - 06/30/2020 | N | 07/03/2020 00:00 | RJD | III | 05/07/2019 14:42 | 06/17/2020 | MH Change | | | |
| ISP | | CCCMS 05/29/2020 - 06/30/2020 | N | 06/03/2020 00:00 | PVSP | III | 03/18/2020 14:29 | 05/29/2020 | MH Change | | | 32 days - No movement due to Covid-19 |
| ISP | | CCCMS 04/21/2020 - 06/30/2020 | N | 05/01/2020 00:00 | SATF | III | 10/24/2019 16:22 | 04/18/2020 | MH Change | | | 73 days - No movement due to Covid-19 |
| ISP | | CCCMS 04/22/2020 - 06/30/2020 | N | 04/29/2020 00:00 | VSP | II | 04/09/2020 09:28 | 04/22/2020 | MH Change | | | 69 days - No movement due to Covid-19 |
| ISP | | CCCMS 04/29/2020 - 06/11/2020 | N | 05/06/2020 00:00 | SATF | III | 07/30/2019 15:05 | 04/27/2020 | MH Change | 06/11/2020 07:48 | 06/11/2020 15:42 | 45 |
| ISP | | CCCMS 06/10/2020 - 06/30/2020 | N | 06/22/2020 00:00 | RJD | III | 01/16/2020 16:32 | 06/10/2020 | MH Change | | | 20 days - No movement due to Covid-19 |
| ISP | | EOP 05/21/2020 - 06/30/2020 | N | 06/03/2020 00:00 | RJD | IV | 05/01/2020 06:15 | 05/17/2020 | MH Change | | | 44 days - No movement due to Covid-19 |
| ISP | | CCCMS 05/14/2020 - 06/30/2020 | N | 05/19/2020 00:00 | SQ | II | 04/24/2020 09:56 | 05/14/2020 | MH Change | | | 47 days - No movement due to Covid-19 |
| ISP | | CCCMS 05/13/2020 - 06/30/2020 | N | 05/19/2020 00:00 | SQ | II | 04/24/2020 10:54 | 05/13/2020 | MH Change | | | 48 days - No movement due to Covid-19 |
| ISP | | CCCMS 05/14/2020 - 06/30/2020 | N | 05/19/2020 00:00 | SATF | II | 04/24/2020 10:54 | 05/14/2020 | MH Change | | | 47 days - No movement due to Covid-19 |
| ISP | | CCCMS 05/14/2020 - 06/30/2020 | N | 05/19/2020 00:00 | CTF | II | 04/25/2020 10:14 | 05/14/2020 | MH Change | | | 47 days - No movement due to Covid-19 |

# EXHIBIT B

MHSDS Inmates at Desert Institutions Historical MH Upon Arrival
Run Date: 07/05/2020 09:49 PM
Run By: rodney.price
Institutions Selected: CAC, CAL, CCC, CEN, CVSP, ISP
Date Range: 06/01/2020 - 06/30/2020
Selection Criteria: This report generates a list of MHSDS inmates who were housed for any length of time at a desert institution and were MH Upon Arrival.
R2

| Institution | CDC Number | Last Name | MHSDS Begin Date | Medical Hold | Endorsement Date | Endorsement Institution | Endorsement Level | Arrival Date to Desert Institution | MH LOC | MH LOC History | Departure Date From Institution | Arrival Date to Endorsed MHSDS Institution | Transfer Timeline (Hours) | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CVSP | ■ | ■ | 11/17/2018 | N | 04/13/2020 09:18 | COR | NA | 04/28/2020 15:38 | CCCMS 11/27/2018 - 06/30/2020 | MH Upon Arrival | | | | Out to Court |