XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                      Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                      Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF DEFENDANTS' SUBMISSION OF DOCUMENTS UNDER SEAL** |

## INTRODUCTION

On May 8, 2020, the Court ordered Defendants to submit by May 15 maps: 1) "showing where *Coleman* class members are hous[ed] following the defendants' recent completion of expedited releases 'to reduce the spread of COVID-19' and transfers out of prison dormitories undertaken 'to enhance physical distancing;'" 2) an accompanying list "that identifies by level of care the total number of Coleman class members at each prison facility included on the map;" and 3) "a map identifying the location of every mental health program above the Correctional Clinical Case Management Systems (CCCMS) level of care, accompanied by, for each program, the total number of beds, the number of beds currently occupied, and the number of available bed."

1

(Order, ECF No. 6661 at 11-12.) Defendants submitted the maps and other documents *in camera* on May 15. (Stipulation and Order, ECF No. 6706 at 2.)

On May 22, the Court ordered the parties to meet and confer and file by May 27 "a stipulated request concerning the filing of the maps and other documents" describing the California Department of Corrections and Rehabilitation's mental health programs at various prison facilities, as impacted by the COVID-19 pandemic. (Order, ECF No. 6681 at 1.) The Court specifically asked the parties to stipulate whether the maps should be filed under seal. *Id*. The parties filed a stipulation agreeing that "the submitted maps, and any revised versions contemplated by the May 22, 2020 order, should be filed under seal." (ECF No. 6706 at 2.) On June 10, the Court made certain clarifications and adopted the parties' stipulation. (*Id*. at 2-3.)

## NOTICE

Under this District's Civil Local Rule 141, Defendants give notice that they are filing the copies of the maps encompassed by the Court's June 10 order under seal, will file the documents via e-mail with the Court, and serve the parties with copies of the documents.

Dated: July 15, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/s/ *Tyler V. Heath*

TYLER V. HEATH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003