Exhibit R

| From: | Weber, Nicholas@CDCR |
|---|---|
| To: | Melissa Bentz; Coleman Team - RBG Only; Steve Fama; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Sharen Barboza; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares |
| Cc: | Elise Thorn; Tyler Heath; lucas.hennes@doj.ca.gov; Kyle Lewis; Dillon Hockerson; Stafford, Carrie@CDCR; Ryan, Amanda@CDCR |
| Subject: | Coleman Tier Report and TMHU Patient List |
| Date: | Monday, July 06, 2020 4:53:57 PM |
| Attachments: | Tier Report 06222020 - 06262020 .pdf<br>TMHU Patient List 0622-06262020.pdf |

All,

Attached is the Tier Report and TMHU/Treat in Place List for the week of June 22nd.


Nick Weber

Attorney

Department of Corrections & Rehabilitation

1515 S Street, Suite 314S

Sacramento, CA  95811-7243

(916) 323-3202

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

| June 22-26, 2020 | | | |
| --- | --- | --- | --- |
| Region | Institution | MH Porgram | Current Tier |
| I | CMF PIP | Acute[1] | 3 |
| I | CMF PIP | ICF[1] | 3 |
| I | SAC | PSU | 4 |
| I | SAC | ASU | 4 |
| I | SAC | STRH | 4 |
| I | SAC | LTRH | 4 |
| I | SAC | EOP | 4 |
| I | SAC | CCCMS | 4 |
| I | SAC | TMHU | 4 |
| I | SAC | MHCB | 4 |
| I | SQ | STRH[2] | 4 |
| I | SQ | CCCMS[2] | 4 |
| I | SQ | ASU[2] | 4 |
| I | SQ | EOP[2] | 4 |
| I | SQ | Acute | 4 |
| I | SQ | ICF | 4 |
| I | SQ | MHCB | 4 |
| II | CCWF | CCCMS | 4 |
| II | CCWF | STRH | 3 |
| II | CTF | CCCMS[3] | 3 |
| II | CTF | TMHU[3] | 3 |
| II | SVSP | CCCMS | 3 |
| III | ASP | CCCMS[4] | 3 |
| III | LAC | ASU | 3 |
| III | LAC | EOP | 3 |
| III | LAC | TMHU | 3 |
| III | SATF | EOP[5] | 3 |
| III | SATF | STRH[5] | 3 |
| III | SATF | CCCMS[5] | 3 |
| IV | CAL | CCCMS | 4 |
| IV | CAL | EOP | 4 |
| IV | CAL | TMHU | 4 |
| IV | CEN | CCCMS | 3 |
| IV | CIM | MHCB | 3 |
| IV | CIM | STRH | 3 |
| IV | CIM | EOP | 3 |
| IV | CIW | CCCMS[6] | 3 |
| IV | CRC | CCCMS | 4 |
| IV | CVSP | TMHU | 4 |
| IV | ISP | THMU[7] | 3 |

[1] Beginning 6/25 CMF PIP changed from Tier 4 to 3

[2] Beginning 6/24 SQ ASU, EOP, CCCMS and STRH changed from Tier 3 to 4

[3]CTF CCCMS and TMHU only identified as Tier 3 on 6/22. The rest of the week were Tier 2 only

[4] Beginning 6/24 ASP CCCMS identified as Tier 3

[5] Beginning 6/25 SATF EOP, CCCMS, and STRH identified as Tier 3

[6]Beginning 6/24 CIW CCCMS identified as Tier 3

[7]Beginning 6/23 ISP identified as Tier 3

Exhibit S

| From: | Nick Weber |
|---|---|
| To: | Marc Shinn-Krantz; Melissa Bentz |
| Cc: | Adriano Hrvatin; Damon McClain; Elise Thorn; Kyle Lewis; Lucas Hennes; Tyler Heath; Jessica Winter; Michael W. Bien; Lisa Ells; Matt Lopes; Kerry F. Walsh; Kent, Kristopher@DSH-S; Christine Ciccotti; Nina Raddatz; Steve Fama |
| Subject: | RE: Coleman: PG Departures Update Stipulation [IWOV-DMS.FID6429] |
| Date: | Tuesday, July 14, 2020 2:49:32 PM |
| Attachments: | DRAFT Stip and Update Addressing Current Departures From Program Guide Requirements July 2020.DOCX<br>DRAFT JULY Monthly Update to Appendix A to Stip re PG Departures 7.10.20 489-3.DOCX<br>TMHU Patient List as of 0629-07032020.pdf<br>Tier Report 06292020 - 07032020.pdf |

Hi Marc,

Attached are Defendants' revisions to the stipulation and Appendix A. I want to specifically address points five and six below. Regarding the Maps filing, Defendants agree to include the closure status of each institution on the face sheet for each map produced in the maps filing tomorrow.

Second, regarding the TMHU/TIP List, I want to clarify that each report covers a span of days – generally a workweek – and includes any patient reported to be in the TMHU or TIP during that week and if they were released that week. Thus, the reports are not point in time. The labeling of the document has been inconsistent which has led to this confusion. Accordingly, I have edited paragraph two to reflect the date spans for each report we will be submitting. Additionally, upon review of that, I realized that we did not provide tier or TMHU/TIP data for the week of June 29 – July 3, 2020, but skipped ahead to July 6 – July 10, 2020. I am providing that data now and it is reflected in the stipulation.

My plan is to redact all reports that include patient information listed in paragraph two and also, sometime in the morning, pull the TMHU registry off the On Demand reports. Last month, we ran the report from May 15 – June 15, 2020. I propose to run it from June 16- July 15, 2020. Please let me know if you disagree or would like to discuss any of these changes.

Thanks.


Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA 95811-7243
(916) 323-3202

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

| June 29 -July 3, 2020 | | | |
|---|---|---|---|
| **Region** | **Institution** | **MH Porgram** | **Current Tier** |
| I | CMF PIP | Acute[1] | 4 |
| I | CMF PIP | ICF[1] | 4 |
| I | SAC | PSU | 4 |
| I | SAC | ASU | 4 |
| I | SAC | STRH | 4 |
| I | SAC | LTRH | 4 |
| I | SAC | EOP | 4 |
| I | SAC | CCCMS | 4 |
| I | SAC | TMHU | 4 |
| I | SAC | MHCB | 4 |
| I | SQ | STRH | 4 |
| I | SQ | CCCMS | 4 |
| I | SQ | ASU | 4 |
| I | SQ | EOP | 4 |
| I | SQ | Acute | 4 |
| I | SQ | ICF | 4 |
| I | SQ | MHCB | 4 |
| II | CCWF | CCCMS | 4 |
| II | CCWF | STRH | 3 |
| II | CTF | CCCMS | 3 |
| II | CTF | TMHU | 3 |
| II | SVSP | EOP | 4 |
| II | SVSP | CCCMS | 4 |
| II | SVSP | ICF[2] | 4 |
| III | ASP | CCCMS | 3 |
| III | LAC | ASU | 3 |
| III | LAC | EOP[3] | 3 |
| III | LAC | TMHU | 3 |
| III | SATF | EOP | 3 |
| III | SATF | STRH | 3 |
| III | SATF | CCCMS | 3 |
| IV | CAL | CCCMS | 4 |
| IV | CAL | EOP | 4 |
| IV | CAL | TMHU | 4 |
| IV | CEN | CCCMS | 3 |
| IV | CIM | MHCB | 3 |
| IV | CIM | STRH | 3 |
| IV | CIM | EOP | 3 |
| IV | CIW | CCCMS | 3 |
| IV | CRC | CCCMS | 4 |
| IV | CVSP | TMHU[4] | 4 |
| IV | ISP | THMU | 3 |

[1] CMF PIP Acute and ICF changed from Tier 4 to Tier 3 as of 7/1

[2] SVSP ICF Tier 3 on 6/29 and 6/30, changed to Tier 4 on 7/1-7/3

[3] LAC ASU changed to Tier 4 on 7/3

[4] CVSP THMU changed from Tier 4 to 3 on 7/1

Exhibit T

# Consulting Services for California Department of Corrections & Rehabilitation

# MENTAL HEALTH BED NEED STUDY Based on Fall 2009 Population Projections

## January 2010

**Navigant Consulting**

1

# Assignment & Scope

The California Department of Corrections and Rehabilitation (CDCR) engaged Navigant Consulting for a three-year contract to provide semi-annual updates of the forecasts for CDCR Mental Health programs. Effective January 1, 2010, CDCR engaged McManis Consulting to continue the services for the next three years. As in previous reports, John Misener of McManis Consulting remains the lead author and forecaster for the materials in this report.

<u>DATA USED</u>

- The census and wait list data used for the FY2009 base year was complete through June 30, 2009.

- The "Fall 2009 Adult Population Projections" from the CDCR Offender Information Services Branch (OISB) were received and used for the models, replacing the Spring 2009 values. These projections are based on policies and practices in place at the time the projections were developed. They do not include proposed legislation, programs, propositions, or policy changes that have not been signed or affirmed as of the beginning of the projection process.

*On October 11, 2009, Governor Schwarzenegger signed Senate Bill 18 (Third Extraordinary Session). The provisions of this bill, which include parole, sentencing, and time credit reforms, became law on January 1, 2010. These changes are expected to substantially impact the CDCR's overall population by tens of thousands of inmates and will be incorporated into the Spring 2010 Adult Population Projections. Moreover, its impact on CDCR's mental health caseload will be reflected in the Spring 2010 update of the Mental Health Bed Need Study.*

# Fall 2009 Report – ISSUES & FEATURES

## MALE

- Male population projections were only slightly lower than those of the Spring 2009 projections. Differences were greater in the early years of the forecast.

- Utilization and wait lists increased for the remaining six months of FY2009 creating a greater demand for Acute, Intermediate and MHCB forecasts. Most notably:

  - *There was a 38% increase in the Acute wait list from the Spring Report to this Fall 2009 study.*

  - *There was a 7.4% increase in the SVPP wait list, and a 144% increase in the ASH Intermediate wait list since the Spring 2009 study. This increase is attributed primarily to the "MHARP" (Mental Health Assessment and Referral Project), and therefore, may not be sustainable at the same level.*

- Census Rate changes:

  - Acute Male bed need increased due to an increase of 10.2% in the 2009 census rate.

  - Male CCCMS census rate dropped slightly (-1.4%) as did the population projections to create a decline of 843 beds (-2.7%) by 2014 compared to the Spring 2009 study.

  - Other male census rates increased: Intermediate (5.3%), MHCB (2.9%), EOP-GP (1.4%).

## FEMALE

- Female population projections were significantly lower than the Spring 2009 projections: 3.7% lower in 2009, 12.1% lower in 2014, and 16.9% lower by 2019.

- Census rate changes varied. Acute/Intermediate and MHCB rates were stable. EOP-GP decreased 8.5% as did PSU (3.6%) but CCCMS increased 3.4% as did EOP-ASU (1.8%). But population projection declines resulted in lower forecasted program volumes across the board.

## OVERALL

- The FY2009 Mental Health Services Delivery System (MHSDS) population, excluding CCCMS, is 0.3% higher than that estimated for the same year in the Spring 2009 study. This grows to 2.4% higher by 2014.

3

Mental Health Bed Need Study (based on Fall 2009 Population projections)

# Table of Contents

|  | Page |
|---|---|
| **METHODOLOGY** | **5** |
| **FALL 2009 POPULATION PROJECTIONS** | **6** |
| **MENTAL HEALTH PROGRAM CAPACITIES (as of June 30, 2009)** | **7** |
| **FORECASTS** | |
| ▪ Acute Psychiatric Inpatient – Males | 8 |
| ▪ Acute and Intermediate Inpatient – Females | 12 |
| ▪ Intermediate Psychiatric Inpatient – Males | 13 |
| ▪ Mental Health Crisis Bed (MHCB) – Males | 18 |
| ▪ MHCB – Females | 22 |
| ▪ Enhanced Outpatient Program (EOP) General Population (GP) – Males | 23 |
| ▪ EOP – Administrative Segregation (ASU) – Males | 24 |
| ▪ Psychiatric Services Unit (PSU) – Males | 25 |
| ▪ EOP-GP – Females | 26 |
| ▪ EOP-ASU – Females | 27 |
| ▪ PSU – Females | 28 |
| ▪ Correctional Clinical Case Management System (CCCMS) – Males | 29 |
| ▪ CCCMS – Females | 31 |
| **APPENDIX** | |
| ▪ List of Abbreviations Used in Report | 33 |
| ▪ Comparison of Bed Need Forecasts – Fall 2009 vs. Spring 2009 | 34 |
| ▪ Mental Health Services Delivery System Bed Need | 35 |

Mental Health Bed Need Study (based on Fall 2009 Population projections)

# Methodology

- The fundamental modeling approach for the Mental Health Bed Need Study is the Census Rate method, which is a population-based model. The method entails development of forecasts of the target populations and the development of use rates for those populations (based on average daily census per 1,000 inmates) for each level of care. Thus, this model uses the following variables:

    – Overall CDCR population

    – Periodic census counts by program

    – Periodic wait list counts by program

- The goal of the study is to address the adequacy of the capacities in each program so that those who are referred on the basis of a clinical judgment will not encounter barriers caused by inadequate supply. Occupancy standards were selected to ensure that, on the average, capacities would not be exceeded in the future given the forecasted bed requirements. The Division of Health Care Services decided to apply a 90 percent occupancy standard (rather than the 95 percent standard) to all *inpatient* programs. The lower occupancy standard increases the probability of having an empty bed available.

Mental Health Bed Need Study (based on Fall 2009 Population projections)

# Fall 2009 Population Projections

*The Fall 2009 projections from CDCR's OISB were received and published on December 31, 2009, and are deemed "final." The chart for Males shows that the new forecast is roughly the same as the Spring 2009 forecast. However, the chart for Females shows a significant departure from previous population reports.*




*The Fall 2009 Male projections are only slightly lower than the previous Spring 2009 projections, with lower estimates in the early years.*

*The Fall 2009 population projection for females shows a substantial drop in future levels compared to prior forecasts.*

**The new projections grow more disparate over time. The Fall 2009 Female projection for 2019 is 16.9% lower than the older Spring 2009 forecast.**



Mental Health Bed Need Study (based on Fall 2009 Population projections)

# Mental Health Program Capacities as of June 30, 2009

| MALE | |
|---|---|
| Acute (CMF-VPP) | 126 |
| ICF | 390 |
| *ASH* | *256* |
| *CSH* | *50* |
| *CMF-VPP* | *84* |
| ICF (High Custody) | 274 |
| *CMF-VPP* | *30* |
| *SVPP* | *244* |
| MHCB | 314 |
| EOP | 3,141 |
| EOP - ASU | 474 |
| PSU | 384 |
| CCCMS | 23,471 |

| FEMALE | |
|---|---|
| Acute/ICF (PSH) | 30 |
| MHCB | 22 |
| EOP | 129 |
| EOP - ASU | 19 |
| PSU | 10 |
| CCCMS | 2,247 |

7

Mental Health Bed Need Study (based on Fall 2009 Population projections)



This Forecast is **Higher** than Spring 2009

# Acute Psychiatric Bed Need – Males

## Acute Inpatient Program Bed Need Forecast

| Acute Psych - Male | --- Actual --- | | | | | | | | | | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 156,592 | 158,456 | 160,041 | 162,197 | 164,108 | 166,058 | 167,922 | 169,603 | 171,677 | 173,203 |
| Census Rate | 0.92 | 0.94 | 0.89 | 0.85 | 1.10 | 0.97 | 1.19 | 1.11 | 1.16 | 1.19 | 1.22 | 1.23 | 1.23 | 1.23 | 1.23 | 1.23 | 1.23 | 1.23 |
| ADC from databases a/ | 137 | 142 | 136 | 129 | 145 | 115.1 | 134.4 | 128.85 | | | | | | | | | | |
| ADC - UNA est. unserved b/ | | | | 2 | 1 | | | | | | | | | | | | | |
| Wait List ADC c/ | | | | | 31 | 42.0 | 55.0 | 45.9 | | | | | | | | | | |
| Total ADC Est. & Forecast | | | | 131 | 177 | 157 | 189 | 175 | 182 | 189 | 195 | 200 | 202 | 204 | 207 | 209 | 211 | 213 |
| Census Rate Adj. Factor d/ | | | | | | | | 5.0% | 4.0% | 3.0% | 2.0% | 1.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 152 | 157 | 151 | 146 | 197 | 175 | 210 | 194 | 202 | 210 | 217 | 222 | 224 | 227 | 230 | 232 | 235 | 237 |

a/ FY09 based on DMH daily census file 7/01/08 through 6/30/09 (avg. 119.66). ASH-APP average for July 2008-June 2009 (HC-POP MIS Reports) was 9.19. Also, it is reported by HC-POP that ASH-APP was converted to ICF beds in June.

b/ Distribution of patient days during UNA study of transferred inmates: 80% in FY2005; 20% in FY2006

c/ Wait list based on average daily counts through 6/30/09 was 27.4. However, due to great variability by month the 90th percentile has been substituted to help improve bed availability for monthly fluctuations. This is an upward adjustment of 66%.

d/ Assumes that rates will continue to increase at a decelerating rate to 2014.

| | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Spring 2009 | | 179 | 184 | 187 | 191 | 193 | 195 | 196 | 199 | 201 | 204 | 207 |
| Forecast based on Fall 2008 | 210 | 218 | 225 | 229 | 231 | 232 | 233 | 236 | 240 | 246 | | |
| Forecast based on Spring 2008 | 209 | 216 | 221 | 224 | 225 | 226 | 226 | 229 | 230 | | | |

*The Fall 2009 bed need forecast is higher than the Spring 2009, but did not return to the higher values from the Fall 2008 forecast. The main factor increasing bed need was the increase in the Acute wait list. Some of this increase is attributable to MHARP. This wait list is also effected by the Suicide Proofing Project currently underway. This project began in April 2009 and is estimated to be completed in March 2011. During this period, four beds will be down at a time.*

*Source: HC-POP "MIS SUM" files, and DMH's "Census VPP FYE 09.xls"*

Mental Health Bed Need Study (based on Fall 2009 Population projections)



# Acute Psychiatric Program – Male Census Trend

Acute Psychiatric Programs – Male Trends July 2006-June 2009

*Twenty of the licensed Acute beds (S-2 unit) are being used as temporary MHCBs. Thus, the CMF-APP Census trends reflect only those inmates in the Acute program, not crisis beds.*

Mental Health Bed Need Study (based on Fall 2009 Population projections)

*Source: HC-POP "MIS SUM" files.*

9

# Wait List Trend at CMF- Acute Psychiatric Program

*Wait List Census Trend at CMF-APP*



*In FY09 average wait list = 20.17; 90th percentile = 33.0; maximum = 45; median = 2*

*Periodic wait list spikes are pronounced. For this reason, this model adds the 90th percentile rather than the average wait list census prior to Bed Need calculation.*

Data source:  DMH's file "Census VPP FYE 09.xls" and prior year versions.

Mental Health Bed Need Study (based on Fall 2009 Population projections)

10

# Acute Psychiatric Bed Need – Males (Cont'd)



*Census Rate Trends – CMF & ASH APP[1] (Fall 2009)*

*Census Rate Trends – CMF & ASH APP (Spring 2009)*

*The Fall 2009 population estimates and a higher wait list resulted in a higher census rate for 2009 (10%) and 2014 (15%) than the Spring 2009 forecast.*

*This Fall 2009 forecast uses a higher census rate projection than the Spring 2009 forecast.*

*[1] In June 2009, ASH APP beds were converted to ICF.*

# Acute & Intermediate Bed Need – Females

**This Forecast is Lower than Spring 09**

## Patton State Hospital Acute and Intermediate Programs – Bed Need Forecast

| Acute & Intermediate Female | --- Actual --- | | | | | | | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,861 | 10,889 | 11,180 | 11,284 | 11,095 | 11,167 | 11,440 | 11,640 | 11,688 | 11,855 |
| Census Rate a/ | 2.57 | 2.38 | 1.58 | 2.99 | 2.22 | 1.73 | 1.84 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 | 1.95 |
| Average Census b/ | 25.30 | 23.96 | 16.86 | 32.47 | 26.03 | 20.58 | 20.99 | 21.52 | 21.20 | 21.25 | 21.82 | 22.02 | 21.65 | 21.79 | 22.33 | 22.72 | 22.81 | 23.14 |
| Bed Need @ 90% Occ | 28 | 27 | 19 | 36 | 29 | 23 | 23 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 25 | 25 | 25 | 26 |

a/ Model now uses "Census Rate" method. Forecast uses the FY09 census rate as constant.
b/ ADC originally calculated using discharge rate model through 2006.

| Fiscal Year | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Spring 2009 | | 25 | 25 | 25 | 26 | 27 | 27 | 28 | 29 | 29 | 30 | 31 |
| Forecast based on Fall 2008 | | 23 | 23 | 24 | 24 | 25 | 26 | 26 | 27 | 28 | 28 | |
| Forecast based on Spring 2008 | 23 | 22 | 22 | 22 | 23 | 23 | 24 | 25 | 25 | 26 | | |

**The Fall 2009 forecast dropped compared to the Spring 2009 forecast by 3 beds in 2014 (-12%) and 5 Beds in 2019 (-17%).**

*Data for Patton State Hospital was based on combining the weekly Management Information Summary reports from HC-POP for July 2008 to June 2009. The utilization is not at the level of 2005 and 2006 and no census rate adjustment factor was applied to the model. The census rate for the full fiscal year was stable, but bed need dropped due to the projected drop in population, especially in the outer years.*

Source: HC-POP weekly MIS reports

Mental Health Bed Need Study (based on Fall 2009 Population projections)

# Intermediate Psychiatric Bed Need – Males

**This Forecast Higher than Spring 09**

### CMF - ICF

| Fiscal Year | 2002 | 2003 | 2004 | 2005 (Actual) | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 (Forecast) | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Population (Fall 2009) | 148,153 | 150,851 | 152,959 | 153,323 | 160,912 | 161,424 | 159,581 | 156,805 | 156,592 | 158,456 | 160,041 | 162,197 | 164,108 | 166,056 | 167,322 | 169,603 | 171,677 | 173,203 |
| Census Rate a/ | 0.53 | 0.52 | 0.50 | 0.52 | 0.62 | 0.67 | 0.84 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 |
| Avg. Census | 79 | 79 | 76 | 80 | 100 | 107 | 134 | 135 | 135 | 137 | 138 | 140 | 142 | 143 | 145 | 146 | 148 | 150 |
| Bed Need (90% Occ) | 87 | 88 | 85 | 88 | 111 | 119 | 149 | 150 | 150 | 152 | 154 | 156 | 157 | 159 | 161 | 163 | 165 | 166 |

### ASH

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Census Rate a/ | 1.01 | 0.88 | 0.65 | 0.76 | 0.72 | 0.64 | 0.59 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 |
| Avg. Census (HC-POP weekly file) | 150 | 132 | 100 | 117 | 116 | 103.6 | 94.0 | 113.40 | | | | | | | | | | |
| ASH-ICF wait list | | | | | | | | 21.04 | | | | | | | | | | |
| Total Avg. Census Est. & Forecast | 167 | 147 | 111 | 130 | 120 | 115 | 104 | 134.4 | 134 | 136 | 137 | 139 | 141 | 142 | 144 | 145 | 147 | 149 |
| Bed Need (90% Occ) | | | | | | | 126 | 149 | 151 | 152 | 155 | 156 | 158 | 160 | 162 | 164 | 165 | |

### Coalinga

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Census Rate b/ | - | - | - | - | 0.35 | 0.30 | 0.31 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 |
| Avg. Census (HC-POP weekly file) | | | | | | 49.0 | 49.1 | 46.92 | 47 | 48 | 49 | 49 | 50 | 50 | 51 | 51 | 52 |
| Bed Need (90% Occ) | | | | | | 54 | 55 | 52 | 52 | 53 | 54 | 55 | 55 | 56 | 56 | 57 | 58 |

### SVPP

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Census Rate b/ | - | - | - | 0.60 | 0.99 | 1.05 | 1.48 | 1.96 | 2.44 | 2.90 | 3.26 | 3.46 | 3.46 | 3.46 | 3.46 | 3.46 | 3.46 | 3.46 |
| ADC (DMH daily census file) | | | 43 | 51 | 49 | 96.4 | 156.4 | 171.02 | 383 | 459 | 521 | 561 | 568 | 575 | 581 | 587 | 594 | 599 |
| ADC Dorm ADC | | | | | 20 | 21.2 | 21.8 | 26.85 | | | | | | | | | | |
| ADC - UNA res. unserved | | | | | 10 | | | | | | | | | | | | | |
| ADC on Waitlist ("net" UNA) d/ | | | 11 | 38 | 3 | 100 | 79.5 | 136.13 | | | | | | | | | | |
| Total ADC Est. & Forecast | | | 54 | 92 | 159 | 236 | 307 | | | | | | | | | | | |
| Sub-Total ADC on 1370 wait list | | | | | | | 27.94 | 317 | 3299 | 383 | 459 | 521 | 561 | 568 | 575 | 581 | 587 | 594 | 599 |
| ADC on 1370 wait list | | | 60 | 102 | 177 | 219 | 297 | 377 | 461 | 546 | 615 | 660 | 667 | 674 | 682 | 688 | 696 | 702 |
| Bed Need (90% Occ) with 1370's | | | | | | | | | | | | | | | | | | |

### Intermediate - Combined

| Fiscal Year | 2002 | 2003 | 2004 | 2005 (Actual) | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 (Forecast) | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ADC | 220 | 211 | 231 | 2975 | 416 | 429 | 513 | 624 | 699 | 745 | 809 | 889 | 899 | 910 | 920 | 931 | 941 | 949 |
| Bed Need (90% Occ) excl. 1370's | 254 | 234 | 256 | 320 | 477 | 570 | 693 | 777 | 866 | 939 | 988 | 999 | 1,011 | 1,023 | 1,033 | 1,045 | 1,055 |
| ICF "Dorm-type" census rate e/ | | | | 1.29 | 1.52 | 1.48 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 | 1.65 |
| Sub-Total Dormitory Housing ADC c/ | | | | 208 | 246 | 236 | 259 | 258 | 261 | 264 | 267 | 271 | 274 | 277 | 280 | 283 | | |
| Sub-Total Called Housing ADC c/ | | | | 167 | | 231 | 305 | 518 | 561 | 584 | 607 | 629 | 652 | 653 | 658 | 664 | | |
| Sub-Total Psych Bed Need e/ | | | | 185 | 204 | 308 | 406 | 490 | 576 | 645 | 690 | 699 | 707 | 715 | 722 | 731 | 737 | |
| Sub-Total Dorm-type Bed Need @ 90% | | | | 231 | 273 | 262 | 287 | 287 | 290 | 293 | 297 | 301 | 304 | 308 | 311 | 315 | 317 | |

Forecast Based on Spring 2009

Source: HC-POP 2009, and DMH's Census Files for SVPP, CSH and VPP.

a/ CMF, Coalinga and ASH data from weekly HC-POP reports. Census rates for CMF-ICF, Coalinga and ASH are assumed to be constant at 2009 levels. CMF-DTP combined with CMF-ICF because unit was closed on 7/1/09

b/ 2008 and 2009 data from DMH daily census file. Census rate for SVPP in 2005 and 2006 includes potential census estimated for UNA inmates not transferred. Also the SVPP wait list is applied and included in the census rate. SVPP census rate was projected to decelerate 20% per year until 2014, based on the entire intermediate census rate change for last 5 years.

c/ The demand for celled housing was determined by subtracting the dormitory need from total need. The dormitory need was determined by calculating a census rate using historical volumes at the dormitory units at SVPP. CMF, ASH and Coalinga. This rate increased in FY08, dropped in FY08. Forecast years assumed the FY09 ratio as a constant

d/ The average wait list of 139.0 for FY2009 was reduced by 2.83 which was the average overlap found in SVPP, PSU and MHCB wait lists for a sample of 12 dates during the period

> The Fall 2009 forecast resulted in an increase of bed need of 22 (3.3%) in 2009, 64 beds (6.9%) higher in 2014, and 63 beds (6.3%) higher in 2019 compared to the Spring 2009 study. Differences in population projections are deemed insignificant. Major increases occurred in the wait lists probably due in large part to the ongoing MHARP. Changes may be made in the forecast as final data is received.

Mental Health Bed Need Study (based on Fall 2009 Population projections)    13

# SVPP Census Trends
## July 2005 – March 2009

*The Census Trends at SVPP were relatively static until the new unit opened in May 2006. A second increase in capacity occurred in Spring 2007. There was a 5.6% increase in Average daily census in FY09 versus FY08.*



**Treatment Center 2 added April 2009 (a 64-bed capacity unit)**

**Opening of Delta-5 unit in April 2007 (a 56-bed capacity unit)**

**Start of census in Delta-6. in May 2006 (a 36-bed capacity unit)**

— SVPP Intermediate Census

SVPP Weekly Census Counts

*Source: HC-POP weekly counts.*

| Fiscal Year | Average |
|---|---|
| FY06 | 49.0 |
| FY07 | 93.8 |
| FY08 | 157.4 |
| FY09 | 169.3 |

Mental Health Bed Need Study (based on Fall 2009 Population projections)

14

# CMF Intermediate Census Trends
## July 2006 – June 2009

*The census trends at CMF – ICF and Day Treatment Programs\* have been remarkably constant until the addition of 30 new beds at CMF-ICF in June 2007 (P-3 unit). Census at CMF-ICF has fluctuated around 100 since this addition.*

Opening of P-3 unit – 1st census count on 6/18/07



| Fiscal Year | Avg. ICF | Avg. DTP |
|---|---|---|
| FY07 | 68.0 | 39.4 |
| FY08 | 96.9 | 36.8 |
| FY09 | 99.0 | 38.0 |

\* In July 2009, the 44 DTP beds at CMF were converted to ICF dorm beds.

*Source: HC-POP weekly counts. Table uses DMH's file "Census VPP FYE 09.xls" through Dec. 2009*

15

Mental Health Bed Need Study (based on Fall 2009 Population projections)

# ASH Intermediate Census Trends
# July 2006 – June 2009

*The wait list at ASH has dramatically increased, presumably due to the MHARP.*

*As of 3/25/09, the average wait list (as reported in the Spring 2009 study) was 8.6. For the full year through June 2009, the average jumped to 21 with a large spike reaching 100 inmates in two reporting periods. However, because the increase is attributed primarily to MHARP, it may not be sustainable at the same level.*



Source: HC-POP – weekly census counts

Mental Health Bed Need Study (based on Fall 2009 Population projections)



# SVPP Wait List Trend (Intermediate – Males)

SVPP Wait List Census Rate Trend – (PC2684's only)

Opening of Delta-5 unit in April 2007. Currently a 56 beds capacity unit.

Fiscal Year 2009

MHARP start

SVPP -ICF Wait List

The SVPP Wait List has increased significantly since April 2008 and especially since the MHARP.

MHARP start

■ 1370 Wait List
□ SVPP Wait List

Source: DMH's "SVPP Wait List .xls"

Mental Health Bed Need Study (based on Fall 2009 Population projections)

17

# Mental Health Crisis Bed Need - Males



**This Forecast Higher than Spring 09**

## Male MHCB - Bed Need Forecast

| MHCB - Males Fiscal Year | ---- Actual ---- | | | | | | | 2009 | 2010 | 2011 | 2012 | 2013 | ---- Forecast ---- | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 156,592 | 158,456 | 160,041 | 162,197 | 164,108 | 166,058 | 167,922 | 169,603 | 171,677 | 173,203 |
| Census Rate a/ | 1.11 | 1.15 | 1.13 | 1.33 | 1.16 | 1.55 | 1.77 | 2.01 | 2.27 | 2.48 | 2.64 | 2.72 | 2.72 | 2.72 | 2.72 | 2.72 | 2.72 | 2.72 |
| Average census | 157 | 167 | 165 | 151 | 147 | 241 | 246.7 | 292.4 | | | | | | | | | | |
| Wait List | 8 | 7 | 7 | 53 | 40 | 9.60 | 36.0 | 23.4 | | | | | | | | | | |
| Combined ADC | 165 | 174 | 172 | 204 | 187 | 250 | 283 | 316 | 355 | 393 | 422 | 441 | 446 | 452 | 457 | 461 | 467 | 471 |
| Census Rate Adjustment factor b/ | | | | | | | | 15.7% | 12.6% | 9.4% | 6.3% | 3.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 183 | 193 | 192 | 227 | 208 | 278 | 314 | 351 | 395 | 437 | 469 | 490 | 496 | 502 | 508 | 513 | 519 | 524 |

a/ Rate includes actual census and wait list average.  FY2009 includes data for 12months of FY2009.
b/ Assumes that rates will continue to increase at a decelerating rate to 2014.

| Forecast based on Spring 2009 | | | | | | | | 347 | 390 | 425 | 454 | 470 | 475 | 479 | 485 | 491 | 497 | 503 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Fall 2008 | | | | | | | 314 | 340 | 360 | 375 | 383 | 383 | 384 | 386 | 391 | 397 | 402 | |

*Compared to the Spring 2009 forecast, this Fall 2009 forecast increases bed need by 3 (1.2%) for 2009; 21 beds (4.5%) by 2014, and 20 beds (4.0%) by 2019.*

18

Mental Health Bed Need Study (based on Fall 2009 Population projections)

# Mental Health Crisis Bed Need – Males: Census Rate Trends & Forecasts



*Census Rate Trends – MHCB Males – Fall 2009*

*Census Rate Trends – MHCB Males – Spring 2009*

*This Fall 2009 model exhibits a higher census rate projection (2.7%) than the Spring 2009 Study.*

Source: Navigant Bed Need models

Mental Health Bed Need Study (based on Fall 2009 Population projections)

19

# Mental Health Crisis Bed Need – Males:  Census Trends



### 48-Month Census Trends MHCB – Male (July 2005-June 2009)

FY 2009

S-1 CMF CB unit
(25 beds) opened

S-1 CMF CB
unit closed

A new bed supply in July 2006 had a significant impact on the census and a concurrent drop in the wait list. Following closure of the CMF Crisis Bed unit (S-1), the census dipped while the wait list again increased. In FY2009, the census averaged 292.4 versus 246.7 in FY2008; an increase of 18.6%.

Source: HC-POP – weekly MIS census reports and earlier versions

Mental Health Bed Need Study (based on Fall 2009 Population projections)          20

# Mental Health Crisis Bed Need – Males:  Wait List Trends



A shift in bed supply appears to have a direct effect on the wait list. New beds added at CMF in 7/06 led to a drop, but returning those 25 beds to Acute use and lowering the overall supply shows a wait list rebound in 2007. There was a drop of 2.7% in the FY09 Wait List compared to FY08.  (* missing data between 12/4/06 and 1/10/07). MHCB capacity increased in late FY2008 from 259 with the addition of the 50-bed MHCB at CMF and capacity increases at SATF and PVSP.

Source: HC-POP – weekly MIS census reports and earlier versions

Mental Health Bed Need Study (based on Fall 2009 Population projections)

21

# Mental Health Crisis Bed Need – Females

This Forecast **Lower** than Spring 09

## Female MHCB - Bed Need Forecast

| MHCB - Females | Actual | | | --- Forecast --- | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Fiscal Year** | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 11,888 | 11,392 | 11,027 | 10,861 | 10,889 | 11,180 | 11,284 | 11,095 | 11,167 | 11,440 | 11,640 | 11,688 | 11,855 |
| Census Rate a/ | 1.04 | 1.15 | 1.20 | 1.27 | 1.32 | 1.36 | 1.38 | 1.38 | 1.38 | 1.38 | 1.38 | 1.38 | 1.38 |
| Average census | 12.4 | 13.2 | 13.2 | 14 | 14 | 15 | 16 | 15 | 15 | 16 | 16 | 16 | 16 |
| Census Rate Adjustment factor b/ | | | 7.3% | 5.8% | 4.4% | 2.9% | 1.5% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need (90% Occ) | 14 | 15 | 15 | 15 | 16 | 17 | 17 | 17 | 17 | 18 | 18 | 18 | 18 |

a/ Includes CCWF and CIW.
b/ Assumes that rates will continue to increase at a decelerating rate to 2014. Based on an increase between 2007 and 2009.

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast based on Spring 2009 | | | | 15 | 16 | 17 | 18 | 19 | 20 | 20 | 21 | 22 | 22 |
| Forecast based on Fall 2008 | | | 15 | 15 | 16 | 17 | 18 | 18 | 18 | 19 | 19 | 20 | |

*The Spring 2009 projections indicate a decrease in bed need of 2.4 beds (-12%) in 2014 and 3.8 beds (-17%) in 2019 compared to the Spring 2009 study.*

Source: HC-POP – weekly census counts

22

Mental Health Bed Need Study (based on Fall 2009 Population projections)



# EOP General Population Bed Need - Males

## Male EOP-GP Bed Need Forecast

| EOP-GP Need - Males | Actual | | | | | | | | Forecast | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 150,851 | 152,859 | 153,323 | 161,812 | 161,424 | 159,581 | 156,586 | 156,592 | 158,456 | 160,041 | 162,197 | 164,108 | 166,058 | 167,922 | 169,603 | 171,677 | 173,203 |
| Census /1000 males | 18.12 | 18.31 | 18.93 | 20.25 | 19.75 | 22.25 | 24.73 | 26.12 | 27.22 | 27.99 | 28.38 | 28.38 | 28.38 | 28.38 | 28.38 | 28.38 | 28.38 |
| Average Census a/ | 2,733 | 2,798 | 2,902 | 3,257 | 3,189 | 3,550 | 3,878 | 4,091 | 4,314 | 4,480 | 4,604 | 4,658 | 4,713 | 4,766 | 4,814 | 4,873 | 4,916 |
| Census Rate Adjustment factor b/ | | | | | | | 7.0% | 5.6% | 4.2% | 2.8% | 1.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 2,877 | 2,946 | 3,055 | 3,428 | 3,357 | 3,737 | 4,083 | 4,306 | 4,541 | 4,715 | 4,846 | 4,903 | 4,961 | 5,017 | 5,067 | 5,129 | 5,175 |
| | | | | | | | | | | | | | | | | | |
| Forecast based on Spring 2009 | | | | | | | 4,094 | 4,343 | 4,516 | 4,677 | 4,763 | 4,816 | 4,855 | 4,915 | 4,981 | 5,040 | 5,107 |
| | | | | | | | | | | | | | | | | | |
| Forecast based on Fall 2008 | | | | | | 3,737 | 3,858 | 3,952 | 4,021 | 4,053 | 4,050 | 4,065 | 4,088 | 4,134 | 4,196 | 4,258 | |
| | | | | | | | | | | | | | | | | | |
| Level IV census as % of total c/ | | | | | 35.9% | 35.2% | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% | 34.8% |
| Level I-III & RCs Bed Need (95%) | | | | | 2,153 | 2,423 | 2,661 | 2,807 | 2,960 | 3,074 | 3,159 | 3,196 | 3,234 | 3,270 | 3,303 | 3,343 | 3,373 |
| Level IV Bed Need (95%) | | | | | 1,204 | 1,314 | 1,421 | 1,499 | 1,581 | 1,642 | 1,687 | 1,707 | 1,727 | 1,747 | 1,764 | 1,786 | 1,802 |
| Total all Levels | | | | | 3,357 | 3,737 | 4,083 | 4,306 | 4,541 | 4,715 | 4,846 | 4,903 | 4,961 | 5,017 | 5,067 | 5,129 | 5,175 |

a/ Source:  HC-POP Reports R1-1 through R1-4.  Starting in FY07, data was captured every 2 weeks.  FY09 was based on 12 months data.
b/ Assumes that rates will continue to increase but at a decelerating rate to 2014.  Based on an increase of between 2004 and 2009.
c/ Data was available from HC-POP by Level of Custody (GP + Ad-Seg data combined).  The FY09's ratio of Level IV / total census dropped from the FY08 level to 34.8%.

*The Fall 2009 bed need dropped slightly by 11 beds (-.28%) in 2009 compared to the Spring 2009 forecast;
increased by 87 beds (1.8%) in 2014 and by 68 beds (1.3%) in 2019.*

### Census Rate Trend/Forecast – Fall 2009



The revised FY2009 census rate is 1.4% higher in Fall 2009 than forecast
in Spring 2009. The projected 2014 rate is 2.2% higher.

Mental Health Bed Need Study (based on Fall 2009 Population projections)

### Census Rate Trend/Forecast – Spring 2009



Source: HC-POP

23



**This Forecast**
**Higher**
**Than Spring 09**

# EOP ASU Bed Need - Males

## Male EOP–ASU Bed Need Forecast

| Ad-Seg EOP Need - Males | | --- Actual --- | | | | | | | | | | --- Forecast --- | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 156,592 | 158,456 | 160,041 | 162,197 | 164,108 | 166,058 | 167,922 | 169,603 | 171,677 | 173,203 |
| Census /1000 males | 2.55 | 2.75 | 2.59 | 3.08 | 3.08 | 3.51 | 3.62 | 3.80 | 3.94 | 4.04 | 4.10 | 4.10 | 4.10 | 4.10 | 4.10 | 4.10 | 4.10 |
| Average census a/ | 385 | 420 | 398 | 496 | 498 | 560 | 567 | 595 | 625 | 647 | 664 | 672 | 680 | 688 | 695 | 703 | 709 |
| Census Rate Adjustment factor b/ | | | | | | | 6.3% | 5.0% | 3.8% | 2.5% | 1.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 405 | 443 | 419 | 522 | 524 | 589 | 597 | 627 | 658 | 681 | 699 | 707 | 716 | 724 | 731 | 740 | 747 |

| | | | | | | | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2009 | | | | | | | 592 | 623 | 644 | 664 | 675 | 682 | 688 | 696 | 706 | 714 | 724 |
| Forecast Based on Fall 2008 | | | | | | | 589 | 622 | 648 | 667 | 677 | 676 | 679 | 683 | 690 | 701 | 711 |

a/ Source: HC-POP Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. Starting in FY07, data was captured every 2 weeks.
b/ Assumes that rates will continue to increase but at a decelerating rate to 2014.

*The full FY2009 census rate is 2.7% higher than that calculated for 2009 in the Spring 2009 study. The 2009 bed need is 6 beds higher (1%) than calculated in the Spring 2009 study; 25 beds higher (3.7%) in 2014 and 23 beds higher (3.2%) in 2019.*



Census Rate Trend/Forecast – Fall 2009

Census Rate Trend/Forecast – Spring 2009

*The full FY2009 census results in a 2.7% higher census rate forecast than that forecasted in Spring 2009.*

Source: HC-POP

Mental Health Bed Need Study (based on Fall 2009 Population projections)

24



This Forecast is **Higher** than Spring 2009

# Psychiatric Services Unit Bed Need - Males

## Male PSU Bed Need Forecast

| PSU - Males | | | — Actual — | | | | | | | | — Forecast — | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 156,592 | 158,456 | 160,041 | 162,197 | 164,108 | 166,058 | 167,922 | 169,603 | 171,677 | 173,203 |
| Census /1000 males | 1.56 | 1.77 | 1.74 | 1.91 | 1.88 | 2.02 | 2.65 | 2.67 | 2.91 | 3.09 | 3.23 | 3.30 | 3.30 | 3.30 | 3.30 | 3.30 | 3.30 | 3.30 |
| Average Census a/ | 231 | 267 | 265 | 292 | 303 | 310 | 380 | 376.4 | 455 | 490 | 517 | 535 | 541 | 548 | 554 | 559 | 566 | 571 |
| Endorsed & Waiting a/ | | | | | | 15.9 | 43 | 43.0 | | | | | | | | | | |
| Census Rate Adjustment factor b/ | | | | | | | | 10.8% | 8.6% | 6.5% | 4.3% | 2.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 243 | 281 | 279 | 308 | 319 | 343 | 445 | 442 | 479 | 516 | 544 | 563 | 570 | 577 | 583 | 589 | 596 | 601 |

| Forecast based on Spring 2009 | | | | | | | | 439 | 478 | 507 | 532 | 546 | 552 | 556 | 563 | 571 | 578 | 585 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Forecast based on Fall 2008 | | | | | | | 400 | 479 | 506 | 526 | 535 | 535 | 537 | 540 | 546 | 554 | 562 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

a/ Data starting in FY07 allows separation of actual census and endorsed & waiting counts. Both are included in census rate calculation. FY2009 data for 12 months.
b/ Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2014 based on the change between 2004-2009.

*The Fall 2009 forecast results in a lower bed need of 37 (-7.8%) in 2009 but a higher need of 33 beds (6.1%) compared to the Spring 2009 report. This is due to a lower population in 2009 but a higher census rate.*





Census Rate Trend - PSU Fall 2009



PSU Housed and PSU Waiting Census: 1/06 - 6/09

Source: HC-POP

25

# EOP General Population Bed Need - Females

This Forecast is **Lower** Than Spring 09

## Female EOP–GP Bed Need Forecast

| EOP-GP Female | | | --- Actual --- | | | | | | | | | | | ---- Forecast ---- | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,861 | 10,889 | 11,180 | 11,284 | 11,095 | 11,167 | 11,440 | 11,640 | 11,688 | 11,855 |
| Census /1000 Females | 12.62 | 12.37 | 13.28 | 14.99 | 15.63 | 17.3 | 14.5 | 13.5 | 13.53 | 13.56 | 13.58 | 13.59 | 13.59 | 13.59 | 13.59 | 13.59 | 13.59 | 13.59 |
| Avg census a/ | 124 | 125 | 141 | 163 | 184 | 206 | 165 | 148.9 | 147 | 148 | 152 | 153 | 151 | 152 | 155 | 158 | 159 | 161 |
| Census Rate Adjustment factor b/ | | | | | | | | 0.3% | 0.3% | 0.2% | 0.1% | 0.1% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.00% |
| Bed Need @ 95% Occ | 131 | 131 | 149 | 171 | 193 | 217 | 174 | 157 | 155 | 155 | 160 | 161 | 159 | 160 | 164 | 166 | 167 | 170 |

a/ Source:  HC-POP Reports R1-1 through R1-4.  FY09 based on full 12 months data.
b/ Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2014 based on the change between 2004-2009.

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2009 | 178 | 183 | 185 | 192 | 199 | 205 | 209 | 214 | 220 | 228 | 231 |
| Forecast Based on Fall 2008 | 174 | 180 | 185 | 189 | 193 | 200 | 206 | 208 | 216 | 220 | 225 |

*The Fall 2009 forecast is significantly lower than the Spring 2009 Forecast indicating 21 fewer beds (-12%) in 2009; to 62 fewer beds (-27%) by 2019. This is due both to the drop in utilization in the second half of FY2009 and the lower population projections.*

### Census Rate Trend – Fall 2009



### Census Rate Trend – Spring 2009



Source: HC-POP

Mental Health Bed Need Study (based on Fall 2009 Population projections)

Case 2:90-cv-00520-KJM-SCR    Document 6768-2    Filed 07/15/20    Page 36 of 67

Forecast is
**Lower**
than Spring 2009

# EOP-ASU Bed Need – Females

## Female EOP-ASU Bed Need Forecast

| EOP-AdSeg Female | 2002 | 2003 | 2004 | **---- Actual ----** 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | **---- Forecast ----** 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 9,826 | 10,080 | 10,641 | 10,656 | 11,749 | 11,888 | 11,392 | 11,027 | 10,861 | 10,889 | 11,180 | 11,284 | 11,095 | 11,167 | 11,440 | 11,640 | 11,688 | 11,855 |
| Census/1000 Females | 1.42 | 0.64 | 0.91 | 1.28 | 1.43 | 1.6 | 0.7 | 1.2 | 1.30 | 1.35 | 1.39 | 1.41 | 1.41 | 1.41 | 1.41 | 1.41 | 1.41 | 1.41 |
| Avg census a/ | 14 | 7 | 10 | 14 | 17 | 18.7 | 8.3 | 13.5 | 14 | 15 | 16 | 16 | 16 | 16 | 16 | 16 | 16 | 17 |
| Census Rate Adjustment factor b/ | | | | | | | | 7.0% | 5.6% | 4.2% | 2.8% | 1.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Bed Need @ 95% Occ | 15 | 7 | 10 | 15 | 18 | 20 | 9 | 14 | 15 | 15 | 16 | 17 | 16 | 17 | 17 | 17 | 17 | 18 |

a/ Source: HC-POP Reports R1-1 through R1-4.
b/ Census rate adjustment assumes that rates will continue to increase but at a decelerating rate to 2014 based on the change between 2004-2009.

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2009 | | | | | | | | 14 | 14 | 15 | 16 | 16 | 17 | 17 | 17 | 18 | 19 | 19 |
| Forecast Based on Fall 2008 | | | | | | | | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 11 |

*The Fall 2009 forecast is slightly higher by .6 beds (4%) than the Spring 2009 forecast due to higher census in the second half of FY2009, but comparatively lower in 2014 by -0.2 beds (-1.2%) and in 2019 by -1.25 beds (-6.6%) due to the drop in Female population projections.*

### Census Rate Trend/Forecast – Fall 2009



### Census Rate Trend/Forecast – Spring 2009

Source: HC-POP

Mental Health Bed Need Study (based on Fall 2009 Population projections)



This Forecast **Lower** than Spring 09

# Psychiatric Services Unit Bed Need - Females

## Female PSU Bed Need Forecast

| PSU - Females | --- Actual --- | | | --- Forecast --- | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 11,888 | 11,392 | 11,027 | 10,861 | 10,889 | 11,180 | 11,284 | 11,095 | 11,167 | 11,440 | 11,640 | 11,688 | 11,855 |
| Census /1000 females a/ | 0.87 | 0.80 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 | 0.91 |
| Average Census | 9.73 | 8.85 | 9.30 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 11 | 11 | 11 |
| Endorsed & Waiting | 0.64 | 0.25 | 0.78 | | | | | | | | | | |
| Bed Need @ 95% Occ | 10.9 | 9.6 | 11 | 10 | 10 | 11 | 11 | 11 | 11 | 11 | 11 | 11 | 11 |

a/ Census rates calculated using actual census plus wait list. Census rate dropped in FY08 but increased in FY09. Assume a constant rate at the FY09 level.

| Forecast Based on Spring 2009 | | | 11 | 12 | 12 | 12 | 12 | 13 | 13 | 13 | 14 | 14 | 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Fall 2008 | | 9.6 | 10 | 10 | 10 | 10 | 11 | 11 | 11 | 12 | 12 | 12 | |

*The census rate dropped in the full 12 months of FY2009 compared to the Spring 2009 forecast. With a lower census rate and lower population projections, the bed need was lower throughout the forecast period.*

*CDCR established the PSU program for women in January 2007. Though the rate dropped in FY08, the average census increased somewhat in FY09, but not to the level of FY07.*



Source: HC-POP

Mental Health Bed Need Study (based on Fall 2009 Population projections)

28



This Forecast
**Lower**
than Spring 09

# CCCMS - Males

## Male CCCMS Bed Need Forecast

| CCCMS - Males | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | --- Actual --- | | | | | | | | | | --- Forecast --- | | | | |
| Fiscal Year | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
| Population (Fall 2009) | 148,153 | 150,851 | 152,859 | 153,323 | 160,812 | 161,424 | 159,581 | 156,805 | 156,592 | 158,456 | 160,041 | 162,197 | 164,108 | 166,058 | 167,922 | 169,603 | 171,677 | 173,203 |
| Census/1,000 males a\ | 116 | 124 | 134 | 144 | 147 | 154 | 158 | 161 | 168 | 173 | 177 | 180 | 182 | 182 | 182 | 182 | 182 | 182 |
| Census Rate Adj. Factor b/ | | | | | | | | 4.1% | 3.2% | 2.4% | 1.6% | 0.8% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| CCCMS Census & Forecast | 17,119 | 18,712 | 20,501 | 22,070 | 23,575 | 24,874 | 25,276 | 25,289 | 26,278 | 27,453 | 28,401 | 29,250 | 29,835 | 30,189 | 30,528 | 30,834 | 31,211 | 31,488 |

a/ Source:  HC-POP Management Information Reports R1-1 through R1-4 for the first downloaded day of each month.  FY09 based on 12 months data.
b/  Assumes that census rate will continue to increase but at a decelerating rate to 2014.

| | | | | | | | | | | | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2009 | | | | | | | | | 26,090 | 27,436 | 28,398 | 29,409 | 30,076 | 30,677 | 30,927 | 31,310 | 31,725 | 32,105 | 32,530 |
| Forecast Based on Fall 2008 | | | | | | | 25,276 | 26,569 | 27,661 | 28,558 | 29,158 | 29,459 | 29,572 | 29,738 | 29,738 | 30,072 | 30,526 | 30,973 |

*This Fall 2009 forecast is lower than the Spring 2009 forecast throughout the forecast period. The newer FY09 census rate is lower by 1.4%, and this rate decreases 2.4% compared to the 2014 and 2019 rates from the Spring 2009 study.*



CCCMS – Male Census Rate/1000

Source: HC-POP

Mental Health Bed Need Study (based on Fall 2009 Population projections)

# CCCMS – Males: Census Trend & Forecast



CCCMS – Male Census Trend & Forecast

Source: Navigant Bed Need models

# CCCMS - Females

This Forecast is **Lower** than Spring 2009

## Female CCCMS Bed Need Forecast

| CCCMS - Females | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fiscal Year | | | | --- Actual --- | | | | | | | | | --- Forecast --- | | | | | |
| Population (Fall 2009) | 9,826 | 10,080 | 10,641 | 10,856 | 11,749 | 11,888 | 11,392 | 11,027 | 10,861 | 10,889 | 11,180 | 11,284 | 11,095 | 11,167 | 11,440 | 11,640 | 11,688 | 11,855 |
| Census /1,000 Females a/ | 223 | 230 | 210 | 210 | 220 | 245 | 255 | 262 | 275 | 286 | 294 | 300 | 303 | 303 | 303 | 303 | 303 | 303 |
| Census Rate Adj. Factor b/ | | | | | | | | 4.9% | 4.0% | 3.0% | 2.0% | 1.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| CCCMS Census & Forecast | 2,194 | 2,322 | 2,237 | 2,263 | 2,587 | 2907 | 2,903 | 2,891 | 2,988 | 3,114 | 3,292 | 3,388 | 3,364 | 3,386 | 3,469 | 3,530 | 3,544 | 3,595 |

a/ Source: HC-POP Management Information Reports R1-1 through R1-4 for the first downloaded day of each month. FY09 for 12 months.
b/ Assumes that census rate will continue to increase but at a decelerating rate to 2014.

| | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Forecast Based on Spring 2009 | 2,904 | 3,059 | 3,155 | 3,332 | 3,491 | 3,614 | 3,687 | 3,781 | 3,891 | 4,028 | 4,085 |
| Forecast Based on Fall 2008 | 2,903 | 2,986 | 3,061 | 3,129 | 3,191 | 3,318 | 3,420 | 3,450 | 3,589 | 3,650 | 3,733 |

*The Fall 2009 forecast results in a lower program need in 2009, 2014, and 2018 compared to the Spring 2009 study due to a slightly lower average census for the full 12 months and, more significantly, a lower population projection.*



Census Rate Trend/Forecast – Fall 2009

Legend: CCCMS-Female Rate/1,000 - Actual; Projected Rate/1,000

Source: HC-POP MIS Reports and Navigant Bed Need models

# Appendix

# Abbreviations used in report

- **ADC** – Average Daily Census
- **ALOS** – Average Length of Stay
- **ASH** – Atascadero State Hospital
- **ASU** – Administrative Segregation Unit
- **CADDIS** – Census And Discharge Data Information System
- **CCCMS** – Correctional Clinical Case Management System
- **CCWF** – California Correctional Women's Facility
- **CDCR** – California Department of Corrections and Rehabilitation
- **CIW** – California Institute for Women
- **CMF-APP** – California Medical Facility – Acute Psychiatric Program
- **CMF-DTP** – California Medical Facility – Day Treatment Program
- **CMF-ICF** – California Medical Facility – Intermediate Care Facility
- **CMF-VPP** – California Medical Facility – Vacaville Psychiatric Program
- **CTC** – Correctional Treatment Center
- **DMH** – Department of Mental Health
- **EOP** – Enhanced Outpatient Program
- **FY** – Fiscal Year – the convention used here indicates the fiscal year <u>ending</u> e.g. FY09 ends June 30, 2009
- **GP** – General Population
- **HCCUP** – Health Care Cost and Utilization Program
- **HC-POP** – Health Care Placement Oversight Program
- **MHARP** – Mental Health Assessment and Referral Project
- **MHCB** – Mental Health Crisis Bed
- **MH-OHU** – Mental Health Outpatient Housing Unit
- **OHU** – Outpatient Housing Unit
- **PSH** – Patton State Hospital
- **PSU** – Psychiatric Services Unit
- **SAC** – California State Prison, Sacramento
- **SVPP** – Salinas Valley Psychiatric Program
- **UNA** – Unmet Needs Assessment

Mental Health Bed Need Study (based on Fall 2009 Population projections)

33

# Comparison of Bed Need Forecasts Fall 2009 vs. Spring 2009

*The forecasts produced for this revised Fall 2009 report are compared to the forecasts in the Spring 2009 forecast. With the exception of Male CCCMS, all male programs are higher. All Female programs are lower.*

| Program | Higher/ Lower | 2014 Fall 09 Study | 2014 Spring 09 Study | 2014 Fall 09 - minus Spring 09 | % Variance (Fall 09 - Spring 09) |
|---|---|---|---|---|---|
| **Males** | | | | | |
| Acute | Higher | 224 | 195 | 30 | 15.2% |
| Intermediate * | Higher | 999 | 935 | 64 | 6.9% |
| MHCB | Higher | 496 | 475 | 21 | 4.5% |
| EOP - GP | Higher | 4,903 | 4,816 | 87 | 1.8% |
| EOP ASU | Higher | 707 | 682 | 25 | 3.7% |
| PSU | Higher | 570 | 552 | 18 | 3.2% |
| CCCMS | Lower | 29,835 | 30,677 | (843) | -2.7% |
| | | | | | |
| **Females** | | | | | |
| Acute/Intermediate | Lower | 24 | 27 | (3) | -12.0% |
| MHCB | Lower | 17 | 19 | (2.4) | -12.5% |
| EOP - GP | Lower | 159 | 205 | (46) | -22.4% |
| EOP ASU | Lower | 16 | 17 | (0.2) | -1.2% |
| PSU | Lower | 11 | 13 | (2) | -15.3% |
| CCCMS | Lower | 3,364 | 3,614 | (250) | -6.9% |

*\* Intermediate bed need excludes beds needed for 1370 inmates (ADC=32.4; bed need 36 @ 90% occupancy).*

34

# Mental Health Services Delivery System Bed Need

For the full 12-month FY 2009, the MHSDS population, that excludes CCCMS, is 0.3% higher than the same forecast in the Spring 2009 report. This grows to 2.4% higher by 2014. The variance is due to slightly higher utilization overall.

## MHSDS Bed Need (excluding CCCMS) – Fall 09 vs. Spring 09



| | FY08 | FY09 | FY10 | FY11 | FY12 | FY13 | FY14 | FY15 | FY16 | FY17 | FY18 | FY19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MHSDS Bed Need Fall 09 | 6,097 | 6,580 | 7,003 | 7,449 | 7,793 | 8,039 | 8,127 | 8,222 | 8,317 | 8,402 | 8,503 | 8,580 |
| MHSDS Bed Need Spring 09 | 6,097 | 6,564 | 7,022 | 7,356 | 7,671 | 7,844 | 7,935 | 8,003 | 8,106 | 8,218 | 8,324 | 8,434 |

35

Mental Health Bed Need Study (based on Fall 2009 Population projections)

Exhibit U

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
**P.O. Box 588500**
**Elk Grove, California 95758**

April 15, 2020

Matthew A. Lopes, Jr. Esquire
Office of the Special Master
Pannone Lopes Devereaux & O'Gara LLC
Northwoods Office Park
1301 Atwood Avenue, Suite 215 N
Johnston, RI 02919

via: Elise Owens Thorn, Esquire
Deputy Attorney General
Department of Justice
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

**RE: *COLEMAN* MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of February, 2020, data (or as otherwise noted). The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
   a. Mental Health Executive Summary.
   b. Mental Health Institution Vacancy by Classification.
   c. Mental Health Institution Vacancies Summary by Classification.
   d. Mental Health Month to Month Registry Usage.
   e. Mental Health Six-Month Vacancy Summary.
   f. Mental Health Program Institution Vacancies - Summary by Classification.
   g. Statewide Mental Health Program Compliance Summary Report.
   h. Enhanced Outpatient Program Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
   i. Mental Health Hiring Progress Report.
   j. Mental Health Statewide Hire Tracking Summary - Clinical Positions Only.
   k. Mental Health Telepsych Allocated and Filled Positions Report.
   l. Psychiatric Inpatient Program (PIP) Staffing Data.
   m. Department of State Hospitals (DSH) Staffing Data.

2. Reception Center Monthly Reports.
   a. Reception Center Mental Health Screening Report.
   b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

Matthew A. Lopes, Jr. Esquire
Page 2

4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

6. Population and Census Reports.
    a. Health Care Placement Oversight Program (HCPOP) Information Report, Summary of Mental Health Population by Institution and Level of Care (H-1).
    b. MHSDS Management Information Summary (MIS).
    c. Weekly EOP/Outpatient Psychiatric Program Report.

7. Mental Health Crisis Bed (MHCB) Reports.
    a. MHCB Referrals report.
    b. MHCB Stays report.
    c. MHCB Wait List.

8. DSH and Inpatient Program Referral Reports.
    a. Referrals for Transfer to Inpatient Programs Report.
    b. DSH Monthly Report of CDCR Patients in DSH Hospitals, Summary of PC 2684s Report.

9. Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

EUREKA C. DAYE, Ph.D, MPH, MA, CCHP
Deputy Director (A), Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:  Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
     Kerry F. Walsh, Esq., *Coleman* Deputy Special Master
     Jeffrey L. Metzner, M.D., *Coleman* Expert
     Kerry C. Hughes, M.D., *Coleman* Expert

Matthew A. Lopes, Jr. Esquire
Page 3

Mary Perrien, Ph.D., *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Patricia Williams, Esq., *Coleman* Monitor
Nicholas Weber, Esq, Office of Legal Affairs, CDCR
Melissa Bentz, Esq, Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Steve Fama, Esq., Prison Law Office
Angela Ponciano, Associate Director, Statewide Mental Health Program, DHCS
Laura Ceballos, Ph.D., Mental Health Administrator, Inpatient Facilities and
     Quality Improvement, Statewide Mental Health Program, DHCS
Steven Cartwright, Psy.D. Chief Psychologist, Quality Management, Statewide
     Mental Health Program, DHCS
Teresa Owens, Health Program Specialist I, Quality Management, Statewide Mental
     Health Program, DHCS

DIVISION OF HEALTH CARE SERVICES
Psychiatric Inpatient Program Staffing Report
Feb 2020

## California Institution for Women - Psychiatric Inpatient Program

| Class Code | Classifications | Governor's Budget Authorized Positions (1) | Allocated Blanket Positions (2) | Total Positions | Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 9288 | Senior Psychologist, Supervisor | 0.00 | 1.50 | 1.50 | 1.00 | 0.00 | 0.00 | 1.00 | 0.50 | 33% |
| 8103 | Program Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 8102 | Program Assistant | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9761 | Senior Psychiatrist, Supervisor | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9287 | Senior Psychologist, Specialist | 0.00 | 0.50 | 0.50 | 0.50 | 0.00 | 0.00 | 0.50 | 0.00 | 0% |
| 9283 | Psychologist, Clinical | 2.00 | 1.00 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0% |
| 9758 | Staff Psychiatrist | 2.00 | 1.00 | 3.00 | 1.00 | 0.00 | 0.00 | 1.00 | 2.00 | 67% |
| 9872 | Clinical Social Worker | 4.00 | 0.00 | 4.00 | 3.00 | 0.00 | 0.00 | 3.00 | 1.00 | 25% |
| 9286 | Recreation Therapist | 4.00 | 0.00 | 4.00 | 3.00 | 0.00 | 0.00 | 3.00 | 1.00 | 25% |
| 8253 | Psychiatric Technician | 32.00 | 0.00 | 32.00 | 32.00 | 0.00 | 0.00 | 32.00 | 0.00 | 0% |
| 8252 | Senior Psychiatric Technician | 6.00 | 0.00 | 6.00 | 6.00 | 0.00 | 0.00 | 6.00 | 0.00 | 0% |
| 8104 | Unit Supervisor | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| | **GRAND TOTAL** | **54.00** | **4.00** | **58.00** | **53.50** | **0.00** | **0.00** | **53.50** | **4.50** | **8%** |

(1) Authorized positions are based on the number of positions in the Governor's 2017/18 budget.

(2) Positions allocated per memorandum dated 1/27/15.

(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.

(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

DIVISION OF HEALTH CARE SERVICES

Psychiatric Inpatient Program Staffing Report

Feb 2020

## California Medical Facility - Psychiatric Inpatient Program

| Class Code | Classifications | Governor's Budget Authorized Positions (1) | Allocated Blanket Positions (2) | Total Positions | Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|---|
| 9859 | Chief Psychologist | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9288 | Senior Psychologist, Supervisor | 0.30 | 0.00 | 0.30 | 0.00 | 0.00 | 0.00 | 0.00 | 0.30 | 100% |
| 8103 | Program Director | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 8102 | Program Assistant | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9761 | Senior Psychiatrist, Supervisor | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9287 | Senior Psychologist, Specialist | 0.40 | 0.00 | 0.40 | 0.40 | 0.00 | 0.00 | 0.40 | 0.00 | 0% |
| 9283 | Psychologist, Clinical | 2.50 | 0.00 | 2.50 | 2.00 | 0.00 | 0.00 | 2.00 | 0.50 | 20% |
| 9758 | Staff Psychiatrist | 2.50 | 0.00 | 2.50 | 0.00 | 2.00 | 0.00 | 2.00 | 0.50 | 20% |
| 9872 | Clinical Social Worker | 2.50 | 0.00 | 2.50 | 2.00 | 0.00 | 0.00 | 2.00 | 0.50 | 20% |
| 9286 | Recreation Therapist | 2.50 | 0.00 | 2.50 | 2.50 | 0.00 | 0.00 | 2.50 | 0.00 | 0% |
| | **GRAND TOTAL** | **10.70** | **4.00** | **14.70** | **10.90** | **2.00** | **0.00** | **12.90** | **1.80** | **12%** |

(1) Authorized positions are based on the number of positions in the Governor's 2017/18 budget.

(2) Positions allocated per memorandum dated 5/15/17.

(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.

(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

DIVISION OF HEALTH CARE SERVICES
Psychiatric Inpatient Program Staffing Report
Feb 2020

| | San Quentin - Psychiatric Inpatient Program | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Class Code | Classifications | Governor's Budget Authorized Positions (1) | Total Positions | Filled Civil Service Positions (2) | Contracted FTE (3) | Overtime FTE (3) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
| 9859 | Chief Psychologist | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9288 | Senior Psychologist, Supervisor | 0.40 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 100% |
| 8103 | Program Director | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 8102 | Program Assistant | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9761 | Senior Psychiatrist, Supervisor | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0% |
| 9287 | Senior Psychologist, Specialist | 0.40 | 0.40 | 0.00 | 0.00 | 0.00 | 0.00 | 0.40 | 100% |
| 9283 | Psychologist, Clinical | 2.70 | 2.70 | 3.00 | 1.00 | 0.00 | 4.00 | -1.30 | -48% |
| 9758 | Staff Psychiatrist | 2.70 | 2.70 | 2.00 | 1.00 | 0.00 | 3.00 | -0.30 | -11% |
| 9872 | Clinical Social Worker | 3.60 | 3.60 | 2.00 | 0.00 | 0.00 | 2.00 | 1.60 | 44% |
| 9286 | Recreation Therapist | 3.60 | 3.60 | 3.00 | 0.00 | 0.00 | 3.00 | 0.60 | 17% |
| | **GRAND TOTAL** | **17.40** | **17.40** | **14.00** | **2.00** | **0.00** | **16.00** | **1.40** | **8%** |

(1) Authorized positions are based on the number of positions in the Governor's 2017/18 budget.

(2) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.

(3) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**
**Psychiatric Inpatient Program Staff**
**February 2020**
**Report submitted March 2020**

**CHCF PIP**

| Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|
| **Mental Health Staffing** | | | | | | | | | |
| Psychologist | 29.00 | 0.00 | 29.00 | 20.00 | 1.73 | 0.00 | 21.73 | 7.27 | 25.07% |
| Psychiatrist | 33.00 | 3.50 | 36.50 | 14.00 | 1.90 | 0.00 | 15.90 | 20.60 | 56.44% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 33.00 | 0.00 | 33.00 | 23.00 | 0.00 | 0.00 | 23.00 | 10.00 | 30.30% |
| Rehabilitation Therapist | 32.00 | 0.00 | 32.00 | 24.00 | 0.00 | 0.48 | 24.48 | 7.52 | 23.50% |
| **Total, Mental Health Staffing** | 127.00 | 3.50 | 130.50 | 81.00 | 3.63 | 0.48 | 85.11 | 45.39 | 34.78% |
| **Direct Care Nursing Staff** | | | | | | | | | |
| Psychiatric Technician | 430.00 | 0.00 | 430.00 | 336.00 | 2.34 | 91.20 | 429.54 | 0.46 | 0.11% |
| Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Registered Nurse | 174.00 | 0.00 | 174.00 | 162.00 | 2.64 | 53.51 | 218.15 | 0.00 | 0.00% |
| **Total, Direct Care Nursing Staff** | 604.00 | 0.00 | 604.00 | 498.00 | 4.98 | 144.71 | 647.69 | 0.00 | 0.00% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 2.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Supervising Rehabilitation Therapist | 3.00 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 2.00 | 1.00 | 33.33% |
| Chief Psychologist | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychologist, Supervisor | 3.00 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 2.00 | 1.00 | 33.33% |
| Senior Psychiatrist, Supervisor | 2.00 | 0.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| Senior Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Registered Nurse | 23.00 | 0.00 | 23.00 | 21.00 | 0.00 | 0.00 | 21.00 | 2.00 | 8.70% |
| Unit Supervisor | 18.00 | 0.00 | 18.00 | 16.00 | 0.00 | 0.00 | 16.00 | 2.00 | 11.11% |
| **TOTAL** | 784.00 | 3.50 | 787.50 | 623.00 | 8.61 | 145.19 | 776.80 | 10.70 | 1.36% |

(1) Authorized positions are based on the number of positions in the Governor's 2019/20 budget.

(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2019/20 budget. They are established at a point in time based on need of the facilities.

(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.

(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

**CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES**
**Psychiatric Inpatient Program Staff**
**February 2020**
**Report submitted March 2020**

**CMF PIP**

| Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|
| **Mental Health Staffing** | | | | | | | | | |
| Psychologist | 27.50 | 0.00 | 27.50 | 16.00 | 0.00 | 0.00 | 16.00 | 11.50 | 41.82% |
| Psychiatrist | 28.50 | 0.00 | 28.50 | 8.00 | 3.63 | 0.00 | 11.63 | 16.87 | 59.19% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 27.50 | 0.00 | 27.50 | 19.00 | 0.69 | 0.00 | 19.69 | 7.81 | 28.40% |
| Rehabilitation Therapist | 27.50 | 0.00 | 27.50 | 25.00 | 0.00 | 0.80 | 25.80 | 1.70 | 6.18% |
| **Total, Mental Health Staffing** | 111.00 | 0.00 | 111.00 | 68.00 | 4.32 | 0.80 | 73.12 | 37.88 | 34.13% |
| **Direct Care Nursing Staff** | | | | | | | | | |
| Psychiatric Technician | 33.00 | 0.00 | 33.00 | 37.00 | 0.00 | 10.63 | 47.63 | 0.00 | 0.00% |
| Medical Technical Assistant | 218.00 | 0.00 | 218.00 | 74.00 | 0.00 | 18.86 | 92.86 | 125.14 | 57.40% |
| Registered Nurse | 77.00 | 0.00 | 77.00 | 85.00 | 6.24 | 27.14 | 118.38 | 0.00 | 0.00% |
| **Total, Direct Care Nursing Staff** | 328.00 | 0.00 | 328.00 | 196.00 | 6.24 | 56.63 | 258.87 | 69.13 | 21.08% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 2.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Chief Psychologist | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychologist, Supervisor | 2.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 2.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Senior Medical Technical Assistant | 39.10 | 0.00 | 39.10 | 24.00 | 0.00 | 2.04 | 26.04 | 13.06 | 33.40% |
| Supervising Registered Nurse | 25.60 | 0.00 | 25.60 | 23.00 | 0.00 | 0.00 | 23.00 | 2.60 | 10.16% |
| Unit Supervisor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **TOTAL** | 511.70 | 0.00 | 511.70 | 318.00 | 10.56 | 59.47 | 388.03 | 123.67 | 24.17% |

(1) Authorized positions are based on the number of positions in the Governor's 2019/20 budget.

(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2019/20 budget. They are established at a point in time based on need of the facilities.

(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.

(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

Page 2 of 3

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES
Psychiatric Inpatient Program Staff
February 2020
Report submitted March 2020

**SVSP PIP**

| Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|
| **Mental Health Staffing** | | | | | | | | | |
| Psychologist | 10.00 | 0.00 | 10.00 | 7.00 | 2.67 | 0.00 | 9.67 | 0.33 | 3.30% |
| Psychiatrist | 10.00 | 0.00 | 10.00 | 0.00 | 4.60 | 0.00 | 4.60 | 5.40 | 54.00% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 10.00 | 0.00 | 10.00 | 7.00 | 0.00 | 0.00 | 7.00 | 3.00 | 30.00% |
| Rehabilitation Therapist | 9.00 | 0.00 | 9.00 | 7.00 | 0.00 | 0.21 | 7.21 | 1.79 | 19.89% |
| Total, Mental Health Staffing | 39.00 | 0.00 | 39.00 | 21.00 | 7.27 | 0.21 | 28.48 | 10.52 | 26.97% |
| **Direct Care Nursing Staff** | | | | | | | | | |
| Psychiatric Technician | 31.00 | 0.00 | 31.00 | 20.00 | 11.00 | 2.01 | 33.01 | 0.00 | 0.00% |
| Medical Technical Assistant | 165.00 | 0.00 | 165.00 | 26.00 | 0.00 | 5.15 | 31.15 | 133.85 | 81.12% |
| Registered Nurse | 50.00 | 0.00 | 50.00 | 42.00 | 2.55 | 7.77 | 52.32 | 0.00 | 0.00% |
| Total, Direct Care Nursing Staff | 246.00 | 0.00 | 246.00 | 88.00 | 13.55 | 14.93 | 116.48 | 129.52 | 52.65% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Chief Psychologist | 2.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Senior Psychologist, Supervisor | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| Senior Medical Technical Assistant | 30.00 | 0.00 | 30.00 | 20.00 | 0.00 | 4.89 | 24.89 | 5.11 | 17.03% |
| Supervising Registered Nurse | 22.00 | 0.00 | 22.00 | 17.00 | 0.00 | 0.00 | 17.00 | 5.00 | 22.73% |
| Unit Supervisor | 5.00 | 0.00 | 5.00 | 4.00 | 0.00 | 0.00 | 4.00 | 1.00 | 20.00% |
| **TOTAL** | 347.00 | 0.00 | 347.00 | 153.00 | 20.82 | 20.03 | 193.85 | 153.15 | 44.14% |

(1) Authorized positions are based on the number of positions in the Governor's 2019/20 budget.

(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2019/20 budget. They are established at a point in time based on need of the facilities.

(3) Total filled civil service positions includes employees working second positions, retired annuitants, limited term, permanent intermittent.

(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.

Exhibit V

| | |
|---|---|
| **From:** | Michael W. Bien |
| **To:** | Coleman Team - RBG Only |
| **Subject:** | FW: Coleman - Mission Change Letter |
| **Date:** | Thursday, October 03, 2019 9:58:33 AM |
| **Attachments:** | Ltr. NW-ML re Mission Changes 10.3.19.pdf |

**From:** Weber, Nicholas@CDCR
**Sent:** Thursday, October 3, 2019 9:57:52 AM (UTC-08:00) Pacific Time (US & Canada)
**To:** Michael W. Bien; Steve Fama; Lisa Ells; Angie Cooper; Cynthia Radavsky; Henry D. Dlugacz; Jeff Metzner; Karen Rea-Williams; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; L M. Hunt; Maria Masotta; Matt Lopes; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Roxie Dunbar; Steve Raffa; Tim Rougeux
**Cc:** Elise Thorn; Tyler Heath; Melissa Bentz; Hessick, Jerome@CDCR; Hockerson, Dillon@CDCR; Ponciano, Angela@CDCR; Mitchell, Kelly@CDCR; Brizendine, Brittany@CDCR; Moose, Kristen@CDCR; Laura Ceballos; Lorey, Dawn@CDCR; Golding, Michael@CDCR; Williams, Travis@CDCR; Worrell, Wendy@CDCR; Daye, Eureka@CDCR
**Subject:** Coleman - Mission Change Letter

All,

Please find attached this month's mission change letter.

Nick Weber

Attorney

Department of Corrections & Rehabilitation

1515 S Street, Suite 314S

Sacramento, CA  95811-7243

(916) 323-3202


CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



October 3, 2019

Special Master Lopes
Pannone Lopes Devereaux and O'Gara LLC
Northwoods Office Park, Suite 215N
1301 Atwood Avenue
Johnston, RI 02919

VIA EMAIL

Dear Special Master Lopes:

I write regarding planned mission changes, crisis and inpatient bed closures, and tele-psychiatry office space.

1.  Planned Mission Changes

Below are scheduled Enhanced Outpatient Program and segregation bed changes.

| Institution | Bed Type | Housing Unit | Level | # of Beds | Date (Estimated) |
|---|---|---|---|---|---|
| COR | PSU | 3A-3 | PSU | 50 | TBD |

As previously reported, California State Prison, Sacramento converted sixty-four Psychiatric Services Unit beds to sixty-four Long Term Restricted Housing (LTRH) unit beds on September 9, 2019.

California State Prison, Corcoran (COR) converted seventy-seven Security Housing Unit beds to seventy-seven LTRH beds on July 25, 2019.

COR also moved 150 Enhanced Outpatient Program (EOP) beds from 3A-3 to 3A-4 on July 3, 2019 and moved their Administrative Segregation Unit EOP Hub from 3A-4 to 3A-3 on that same date.

Salinas Valley State Prison (SVSP) took down ninety-six EOP beds and California Men's' Colony changed their D Yard from a level three to a level two in July 2019.

2.  Crisis and Inpatient Beds

The following is a list of crisis or inpatient beds currently offline.  Updates from the last letter are in red.

Special Master Lopes
Page 2

| Institution | Deactivation | Cells | Reason | Activation Date |
|---|---|---|---|---|
| SVSP MHCB | January 25, 2019 | 10 | Staffing | TBD |
| PVSP MHCB | February 19, 2019 | 6 | Roof Repair | TBD |
| CMF PIP Q1 | April 29, 2019 | 23 | Staffing | TBD |

Crisis beds at SVSP and Pleasant Valley State Prison (PVSP) and are closed. SVSP's crisis bed and Correctional Treatment Center (CTC) remain closed pending re-staffing of the unit. The unit closed in January for Root Cause Analyses and a subsequent accessibility retrofit which are now complete. PVSP's CTC roof was replaced, however, further internal repairs are ongoing due to water damage.

The California Medical Facility (CMF) PIP, unit Q1, is currently operating six acute beds due to nursing staffing. Twenty-three additional acute beds in Q1 remain offline. CMF PIP P2 is operating as an acute unit.

High Desert State Prison's (HDSP) Mental Health Crisis Bed reactivated in September 2019 as HDSP now has on-site psychiatry to service the unit.

The PIP and crisis beds at California Healthcare Facility have resumed normal intake following the Legionella decontamination. CDCR continues to monitor the units' water supply for Legionella.

3. Telepsychiatry Office Space

CDCR currently operates ninety-seven telepsychiatry offices at six locations.

| Location | Number of Offices |
|---|---|
| Elk Grove, CA | 17 Offices |
| San Quentin, CA | 18 Offices |
| Rancho Cucamonga, CA | 27 Offices |
| Diamond Bar, CA | 18 Offices |
| Fresno, CA | 2 Office |
| Santa Ana, CA | 15 Offices |
| Subtotal | 97 Offices |

CDCR operates six telemedicine offices in Fresno and three telemedicine offices in Bakersfield. Two of those offices in Fresno are currently being used by telepsychiatrists. While those nine telemedicine offices have been offered to CDCR for telepsychiatry use as needed, the unused offices remain classified as telemedicine.

Special Master Lopes
Page 3


Below is a telepsychiatry office space activation and deactivation schedule.

| Location | Number of Offices | Date |
|---|---|---|
| **Diamond Bar, CA** | 1 Offices | November 2019 |
| **Rancho Cucamonga, CA** | -9 Offices | December 2019 |
| **San Quentin, CA** | 18 Offices | 2024/25 |


Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs

Exhibit W

| From: | Michael W. Bien |
|---|---|
| To: | Coleman Team - RBG Only |
| Subject: | FW: Coleman - Mission Change Letter |
| Date: | Friday, November 1, 2019 3:43:20 PM |
| Attachments: | Ltr. NW-ML re Mission Changes 11.1.19.pdf |
| | Transfers P2 July 1-8 2019.pdf |

**From:** Weber, Nicholas@CDCR
**Sent:** Friday, November 1, 2019 3:43:01 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Michael W. Bien; Steve Fama; Lisa Ells; Angie Cooper; Cynthia Radavsky; Henry D. Dlugacz; Jeff Metzner; Karen Rea-Williams; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; L M. Hunt; Maria Masotta; Matt Lopes; Mohamedu Jones; Mary Perrien; Patricia Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Roxie Dunbar; Steve Raffa; Tim Rougeux
**Cc:** Elise Thorn; Tyler Heath; Melissa Bentz; Hessick, Jerome@CDCR; Hockerson, Dillon@CDCR; Ponciano, Angela@CDCR; Mitchell, Kelly@CDCR; Brizendine, Brittany@CDCR; Moose, Kristen@CDCR; Laura Ceballos; Lorey, Dawn@CDCR; Golding, Michael@CDCR; Williams, Travis@CDCR; Worrell, Wendy@CDCR; Daye, Eureka@CDCR; Steven Cartwright; Robert Henkels; Kyle Lewis
**Subject:** Coleman - Mission Change Letter

All,

Please find attached this month's mission change letter.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243
(916) 323-3202

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
**General Counsel**
P.O. Box 942883
Sacramento, CA 94283-0001



November 1, 2019

Special Master Lopes
Pannone Lopes Devereaux and O'Gara LLC
Northwoods Office Park, Suite 215N
1301 Atwood Avenue
Johnston, RI 02919

VIA EMAIL

Dear Special Master Lopes:

I write regarding planned mission changes, changes in use for crisis and inpatient beds, and tele-psychiatry office space.

1. Planned Mission Changes

Below are scheduled Enhanced Outpatient Program (EOP) and segregation bed changes.

| Institution | Bed Type | Housing Unit | Level | # of Beds | Date (Estimated) |
|---|---|---|---|---|---|
| COR | PSU | 3A-3 | PSU | 50 | TBD |

Plaintiffs raised a number of questions regarding recent activations at California State Prison, Sacramento and California State Prison, Corcoran. Those questions are addressed below.

a. California State Prison, Sacramento Unit B8

As previously reported, the California Department of Corrections and Rehabilitation (CDCR) converted sixty-four Psychiatric Services Unit (PSU) beds to Long Term Restricted Housing (LTRH) unit beds on September 9, 2019. The beds are located in unit B8 at California State Prison, Sacramento. Class members in the LTRH received LTRH level of care. If a patient's level of care changes, they are transferred to the appropriate level of care pursuant to transfer timeframes outlined by policy.

Patients in B8 are offered fifteen hours or more of out of cell activity each week. They are offered ten hours of yard, three and a half hours of dayroom time, and a ninety minute structured group session. They also receive weekly 1:1 contacts with their primary clinicians. Psychiatric technicians round the unit daily.

Special Master Lopes
Page 2

The B8 LTRH shares eleven Individual Exercise Yards with the adjacent PSU on B facility. B PSU's treatment center has eighty therapeutic treatment modules (TTM) for group therapy spread out across eight treatment rooms with ten TTMs in each. Those treatment rooms are shared with B PSU. B8 itself has thirty-two restart chairs installed across its three sections. Ten are in sections A and B, and twelve are in section C. Those chairs are used solely for B8's population.

Finally, SAC B-8 does not have a policy to cluster transgender women patients in the Mental Health Services Delivery System or class members receiving hormone replacement therapy.

CDCR is still gathering September 9, 2019, census information for B8 per Plaintiffs' request and will provide it when available.

> b. California State Prison, Corcoran Psychiatric Services Unit

Corcoran unit 3A-3, which is an Administrative Segregation Unit (ASU) EOP hub, has twenty Individual Exercise Yards and forty-nine TTMs available for group therapy. Corcoran is utilizing all beds in 3A-3 as an ASU EOP hub program as the conversion to PSU has not occurred. Should it occur, half the beds in 3A-3 will be converted to PSU. CDCR will provide written up-to-date information about staffing in advance of any further discussions about the proposed conversion.

Corcoran is in the process of installing fifteen restart chairs in unit 4A-2L for its LTRH program. Five restart chairs will be installed in each of the three sections of 4A-2L.

Corcoran unit 3A-4 is a general population EOP unit and does not use Individual Exercise Yards or TTMs for programming.

> 2. Crisis and Inpatient Beds

Like any large system, hospital beds will be taken offline for a myriad of reasons. Today, sixteen of CDCR's 474 crisis beds, or just over three percent, are offline due to physical plant damage or staffing. And thirteen of CDCR's 1,641 Psychiatric Inpatient Beds (PIP) beds, or less than one percent, are offline for staffing. Contrary to Plaintiffs' assertion, CDCR has not kept these beds offline because they are not needed. These beds are offline for the reasons noted and will reopen as soon as repairs are completed and are adequately staffed.

Plaintiffs' assertion that these bed closures violate court orders is similarly misplaced. Defendants have provided notice to the Special Master and Plaintiffs of every bed closure as they occur and regularly update the Special Master and Plaintiffs on the status of the beds. And the parties meet and confer regularly to discuss mission changes and bed closures.

The following is a list of crisis or inpatient beds currently offline.

Special Master Lopes
Page 3

| Institution | Deactivation | Cells | Reason | Activation Date |
|---|---|---|---|---|
| SVSP MHCB | January 25, 2019 | 10 | Staffing | TBD |
| PVSP MHCB | February 19, 2019 | 6 | Roof Repair | TBD |
| CMF PIP Q1 | April 29, 2019 | 13 | Staffing | TBD |

The following is a list of changes or activations in inpatient bed usage. These changes were originally noticed by separate emails and are discussed in more detail below.

| Institution | Change Date | Cells | Reason |
|---|---|---|---|
| CMF PIP Q1 | Oct. 12, 2019 | 10 | Activate Redlined Acute Cells |
| CHCF A2B | Oct. 12 and 16, 2019 | 20 | Flex MHCB to Acute |
| SQ PIP | Oct. 16, 2019 | 10 | Permit Use of Available Beds for Non-Condemned Acute. |

      a.   Salinas Valley State Prison Correctional Treatment Center and Crisis Beds

SVSP's crisis bed and Correctional Treatment Center (CTC) closed on January 25, 2019, for root cause analyses into the death of an inmate and treatment concerns regarding another inmate that did not result in death. The root cause analyses, and their resulting agitation and self-harm protocols, are maintained by the *Plata* Receiver. California Correctional Health Care Services will not release any of these documents to *Coleman* Plaintiffs. Likewise, because the death of Mr. Rivera is intertwined with the Root Cause Analysis, CDCR cannot respond to Plaintiffs' February 6 or October 15, 2019, inquiry regarding his death.

CDCR expects the CTC medical beds to reopen on November 4, 2019. The medical beds have all necessary and required staff, including nursing, medical, mental health, and custody. Medical patients in the Mental Health Services Delivery System are provided care from clinicians assigned to the outpatient caseload, not the crisis bed. The crisis bed remains closed pending identification of psychiatry staffing.

      b.   Pleasant Valley State Prison Crisis Bed

Pleasant Valley State Prison's crisis bed closed on February 19, 2019 due to roof damage following rain. As a result of the damage, the interior of the building was severely damaged. CDCR continues to repair the building but no reopening date is available at this time.

      c.   High Desert State Prison Crisis Bed

High Desert's crisis bed reopened on October 1, 2019. The psychiatrist who had previously worked in the crisis bed left state employment at the end of June 2019. High Desert is aware of its duty to continue to refer patients in need of crisis bed care to a crisis bed, regardless of whether their unit is open. According to the MHCB Referrals Report, for the three months the crisis bed was closed between July 1, 2019, and September 30, 2019, High Desert referred 84 patients for

Special Master Lopes
Page 4

crisis bed care. High Desert referred the same number of patients during the preceding three months of April 1, 2019, to Jun 30, 2019.

> d.   California Medical Facility Q1

California Medical Facility Q1 is an acute unit at the California Medical Facility PIP with twenty-nine beds. Currently, sixteen of twenty-nine beds are operating. In order to activate the remaining thirteen beds, CDCR must provide additional psychiatry staff.

> e.   California Medical Facility P2

California Medical Facility P2 is an acute unit at the California Medical Facility PIP. P2 has thirty-six beds. Originally, CDCR planned to close P2 and shift its resources to Q1 when Q1 reactivated from retrofits. That plan ultimately did not occur. P2 remained open, but instead flexed to acute on July 8, 2019, in response to an increased demand for acute beds. The ICF patients in P2 at that time were either transferred to additional ICF beds or discharged if they met clinical requirements. A list of all ICF patients who transferred out of P2, either through transfer to another ICF or discharge to another level of care, between July 1 and 8, 2019, is attached.

> f.   California Healthcare Facility

> > i.   Water Safety

The PIP and crisis beds at California Healthcare Facility (CHCF) are currently accepting low and medium medical risk inmates and any high risk medical inmate that is medically cleared to be housed at CHCF.

CHCF first closed to intake on March 22, 2019 and was reopened on March 27, 2019, in response to legionella contamination. The facility was again closed on April 17 and reopened on April 18, 2019. On April 18, 2019, CHCF was open to only low medical risk inmates. On April 22, 2019, CHCF began admitting medium medical risk inmates as well as high medical risk inmates that were cleared for placement. That intake procedure remains in place today.

Plaintiffs' raised several questions in their October 15, 2019, letter. Those are addressed below:

- All patients at CHCF can use their building's regular showers. CHCF has resumed normal shower program.
- All water is safe in A-4, C-3, D-2, E-1, E-2, E-3, E-4, and E-5. For A-4, C-3, and D-2, water restrictions were lifted on October 10, 2019. Water restrictions in E-Facility were lifted on July 30, 2019, except for E-5 which was lifted September 17, 2019.
- Bottled water continues to be delivered for units A-1, A-2, B-1 through B-8, C-1, C-2, C-4, C-5, C-6, D-1, and D-3 through D-7.
- Water restrictions were re-imposed for part of the central mall, Facility Shared Services (FSS), on October 10, 2019 due to testing results. FSS 201N showed legionella average

Special Master Lopes
Page 5

    readings above 1 CFU/ml and weekly monitoring was initiated. FSS 202N showed legionella average below 1 CFU/ml and is monitored monthly.

- CHCF continues with the steps to control legionella bacteria that began at the very end of July: (1) periodic thermal disinfection of certain water valves in the plumbing system, and (2) either monthly, weekly, or daily flushing of the plumbing pipes in all CHCF buildings. Some or all of these measures will become a part of CHCF's long-term water safety management plan.
- Water sampling continue in all buildings at CHCF on an at least monthly basis.

### ii.  Acute Flex

On October 12, 2019, in response to two broken windows in a CHCF acute unit, A2A, CDCR flexed two crisis beds in adjacent A2B to acute. Those windows were quickly repaired and the cells reactivated as acute on October 14, 2019.

On October 16, 2019, due to rising demand for acute beds, CDCR flexed an additional eighteen crisis beds in A2B to acute, for a total of twenty beds. As noted in my October 16, 2019, email, nursing services are provided by the team in A2A and patients were admitted by CHCF's acute team. Routine acute care is provided by CHCF mental health staff assigned to A2B.

### g.  San Quentin PIP

Also on October 16, 2019, CDCR opened up available PIP beds in the San Quentin PIP to non-condemned acute patients. CDCR had previously opened available San Quentin PIP beds to San Quentin non-condemned patients in need of crisis bed care. Subsequently, CDCR opened those beds to *any* non-condemned inmate in need of crisis bed care. CDCR maintains the same priority for San Quentin PIP beds as before:

- First Priority – PIP ICF Patients (Condemned only)
- Second Priority - PIP Acute Patients (Condemned only)
- Third Priority - PIP MHCB Patients (Condemned only)
- Fourth Priority - Non-Condemned MHCB or Acute Patients, depending upon bed need.

As with before, the Health Care Placement Oversight Program, in consultation with Headquarters' Inpatient Referral Unit, will be responsible for determining when there is need for a specific level of inpatient care necessitating a change of the program designation of these beds.

As of October 31, 2019, ten non-condemned acute patients are in the San Quentin PIP.

### 3.  Telepsychiatry Office Space

CDCR currently operates ninety-seven telepsychiatry offices at six locations.

Special Master Lopes
Page 6

| Location | Number of Offices |
|---|---|
| **Elk Grove, CA** | 17 Offices |
| **San Quentin, CA** | 18 Offices |
| **Rancho Cucamonga, CA** | 27 Offices |
| **Diamond Bar, CA** | 18 Offices |
| **Fresno, CA** | 2 Office |
| **Santa Ana, CA** | 15 Offices |
| **Subtotal** | 97 Offices |

CDCR operates six telemedicine offices in Fresno and three telemedicine offices in Bakersfield. Two of those offices in Fresno are currently being used by telepsychiatrists. While those nine telemedicine offices have been offered to CDCR for telepsychiatry use as needed, the unused offices remain classified as telemedicine.

Plaintiffs' inquired why Diamond Bar is only expected to have nineteen offices instead of the previously forecast twenty-three. Four offices were allocated to tele-medicine.

Below is a telepsychiatry office space activation and deactivation schedule.

| Location | Number of Offices | Date |
|---|---|---|
| **Diamond Bar, CA** | 1 Offices | November 2019 |
| **Rancho Cucamonga, CA** | -9 Offices | December 2019 |
| **San Quentin, CA** | 18 Offices | 2024/25 |

Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs