Exhibit X

| | |
|---|---|
| From: | Weber, Nicholas@CDCR |
| To: | Coleman Team - RBG Only; Steve Fama; Elise Thorn; Tyler Heath; Lucas Hennes; Kyle Lewis; Melissa Bentz; Dillon Hockerson; Stafford, Carrie@CDCR; Ryan, Amanda@CDCR; Christine Ciccotti; Ponciano, Angela@CDCR; Nina Raddatz; Kent, Kristopher@DSH-S; Lorey, Dawn@CDCR; Bick, Joseph@CDCR; Fouch, Adam@CDCR; Golding, Michael@CDCR; Laura Ceballos; Steven Cartwright; Shama Chaiken; White, Lourdes@CDCR; Flores, Marcie@CDCR; Scholl, Jason@CDCR; Williams, Travis@CDCR; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Sharen Barboza; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares |
| Subject: | Coleman - Mission Change Letter |
| Date: | Friday, July 03, 2020 4:32:46 PM |
| Attachments: | Ltr. NW-ML re Mission Changes 7.3.20.pdf |

All,

Attached please find this month's mission change letter.


Nick Weber

Attorney

Department of Corrections & Rehabilitation

1515 S Street, Suite 314S

Sacramento, CA  95811-7243

(916) 323-3202

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
**General Counsel**
P.O. Box 942883
Sacramento, CA 94283-0001



July 3, 2020

Special Master Lopes
Pannone Lopes Devereaux and O'Gara LLC
Northwoods Office Park, Suite 215N
1301 Atwood Avenue
Johnston, RI 02919

VIA EMAIL

Special Master Lopes:

I write regarding planned mission changes, reception centers, inpatient bed closures, and tele-psychiatry office space.

1. Planned Mission Changes

The following are planned mission changes:

Planned Deactivations

| Institution | Bed Type | Deactivation | # of Beds | Reason |
|---|---|---|---|---|
| COR 3A4 | EOP III | July 1, 2020 | 150 | Conversion to SNY |

CDCR will deactivate 150 level III Enhanced Outpatient Program (EOP) beds at California State Prison, Corcoran (COR).  The unit will be replaced by a non-EOP Sensitive Needs Yard housing unit.

Planned Conversions

| Institution | Current Bed Type | Conversion Date | # of Beds | New Bed Type |
|---|---|---|---|---|
| COR 3B1 | EOP IV | July 1, 2020 | 150 | EOP II |

CDCR will convert 150 level IV EOP beds to level II at COR.  This conversion is part of COR's plan to convert yard 3B from level IV to level II.  Conversion of 3B2, 3B3, 3B4, and 3B5, will also occur.  Any level II EOP patient out of level at COR and any level III EOP warranting a behavioral override to level II at COR will be housed at 3B1 after its conversion.  The conversion has begun but its completion date is dependent on COVID 19 restrictions.

//

//

Special Master Lopes
Page 2

2. Reception Center Deactivations

CDCR will close the Reception Centers at San Quentin, California Institution for Men, and Deuel Vocational Institution on October 5, 2020. Those closures include any related reception center mental health programs such as programs for EOP patients or reception center Short Term Restricted Housing units. These mission changes are part of a transition to implement enhanced Reception Center processing and increase access to the Integrated Substance Use Disorder Treatment program. The transition will allow CDCR to reduce Reception Center length of stay while increasing access to rehabilitative programming opportunities. (See attached May 7, 2020, memorandum Reception Centers Expedited Processing Responsibilities and Timeframes.)

Planned Deactivations

| Institution | Bed Type | Deactivation | # of Beds | Reason |
|---|---|---|---|---|
| SQ (Alpine, Badger, Carson, Donner) | RC | October 5, 2020 | 1006 | Conversion to Level II NDPF |
| CIM (Birch, Cypress, Madrone, Sycamore) | RC | October 5, 2020 | 558 | Conversion to Level II NDPF |
| DVI (East Hall, West Hall) | RC | October 5, 2020 | 449 | Conversion to Level II GP |
| DVI (E, F, G, and H Wings) | RC | October 5, 2020 | 792 | Conversion to Level III GP |

3. Tents at San Quentin

In response to COVID-19, San Quentin has set up six tents able to house ten inmates in each. As of this writing, they have not yet been activated, but patients in the MHSDS will not be excluded. Tentatively, the plan is to house healthy inmate workers in the tents.

4. Crisis and Inpatient Beds

The following is a list of closed crisis or inpatient beds.

| Institution | Deactivation | Cells | Reason | Activation Date |
|---|---|---|---|---|
| SVSP MHCB | January 25, 2019 | 10 | Staffing | TBD |
| PVSP MHCB | February 19, 2019 | 6 | CTC Repair | TBD |
| CMF PIP | April 29, 2019 | 13 | Staffing | TBD |
| CMF PIP A3 | April 23, 2020 | 2 | COVID-19 | TBD |

Special Master Lopes
Page 3

    a.   Salinas Valley State Prison Mental Health Crisis Beds

Crisis beds at Salinas Valley State Prison (SVSP) closed on January 25, 2019, pending a root cause analysis regarding care provided in the Correctional Treatment Center (CTC). The crisis beds remain closed pending identification of staff for both psychiatry and primary clinicians. SVSP has one on-site psychiatrist and four telepsychiatrists; however, the on-site provider is primarily focused on the EOP patients and Temporary Mental Health Unit population.

    b.   Pleasant Valley State Prison Crisis Bed

Pleasant Valley State Prison's CTC and crisis bed closed on February 19, 2019 due to roof damage as a result of rain storms. As a result of the damage, the interior of the building was severely damaged. The main barrier to reactivating the unit is internal damage, particularly to the safety cell. Much of the work has been ongoing, however, the work is temporarily stalled due to COVID 19 and no reactivation date is available at this time. Construction within the secured perimeter of CDCR institutions has stopped until further notice.

    c.   California Medical Facility Psychiatric Inpatient Program

Defendants previously reported that California Medical Facility (CMF) Q1, a twenty-nine bed acute unit at the CMF Psychiatric Inpatient Program (PIP), was operating only sixteen beds, leaving thirteen offline due to staffing vacancies. CMF PIP has stopped clustering the thirteen closed beds in Q1. Instead, the thirteen closed beds are scattered throughout the PIP.

In addition to these closures, CMF PIP has taken down two dorm beds in unit A3, dorm 4, in order to achieve physical distancing due to COVID 19.

  5.   Telepsychiatry Office Space

CDCR currently operates one hundred three telepsychiatry offices at seven locations.

| Location | Number of Offices |
|---|---|
| Elk Grove, CA | 17 Offices |
| San Quentin, CA | 19 Offices |
| Rancho Cucamonga, CA | 27 Offices |
| Diamond Bar, CA | 18 Offices |
| Santa Ana, CA | 15 Offices |
| Fresno, CA | 5 Offices |
| Bakersfield, CA | 2 Offices |
| SUBTOTAL | 103 Offices |

Below is a telepsychiatry office space activation and deactivation schedule.

| Location | Number of Offices | Date |
|---|---|---|

Special Master Lopes
Page 4

| Rancho Cucamonga, CA | -9 Offices | December 2021 |
|---|---|---|
| San Quentin, CA | 18 Offices | 2024/25 |

Sincerely,

*/s/ Nick Weber*

NICK WEBER
Attorney
Office of Legal Affairs

# ATTACHMENT A

## Reception Centers Expedited Processing Responsibilities and Timeframes

## May 7, 2020

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date  :   May 7, 2020

To    :    Associate Directors, Division of Adult Institutions
           Regional Health Care Executives
           Wardens
           Chief Executive Officers

Subject:    **RECEPTION CENTERS EXPEDITED PROCESSING RESPONSIBILITIES AND TIMEFRAMES**

The California Department of Corrections and Rehabilitation (CDCR) is committed to comprehensive rehabilitative programming in order to ensure successful community re-entry outcomes. As part of this focus, CDCR is committed to processing inmates out of the Reception Centers (RC), to mainline institutions more efficiently than our current practice. The RCs are extremely limited on their ability to provide substantive programming. For inmates to obtain timely access to rehabilitative programming opportunities, including Integrated Substance Use Disorder Treatment programs, we must expedite our current processing timelines. Effective May 26, 2020, the below timelines will be implemented to expedite RC inmate processing.

The historical average of days spent at the RC prior to transferring to mainline institutions has varied over time, but in recent years that figure is approximately 105 days. By implementing new processing expectations, CDCR's goal is to transfer RC inmates to mainline institutions in approximately 30 days. This will be achieved through the collaboration and teamwork of multiple stakeholders, including, but not limited to, California Correctional Health Care Services staff, Case Records staff, Correctional Counselors, and Statewide Transportation Unit staff. The Warden and Chief Executive Officer shall ensure coordination in scheduling and escorting for all components to ensure an efficient process.

CDCR has adopted a standardized Local Operating Procedure (LOP) for use by each of the RC institutions. The attached LOP and flowchart has been approved and shall be utilized to revise and incorporate institutional specific processes where applicable. Wardens shall ensure their LOP is updated and a copy is submitted to their respective Associate Director by May 19, 2020.

As outlined in the LOP, the timeline for RC staff to complete RC processing is as follows:

- Case Records Staff - Complete the case records intake process within five business days of arrival.
- Mental Health (MH) Clinicians – Complete the MH and DDP screening process within five business days of arrival.
- Medical/Nursing Staff – Complete the initial health screening and Focused Health Assessment within five business days of arrival.
- Dental Staff – Complete the RC dental screening within five business days of arrival.

Associate Directors, Division of Adult Institutions
Regional Health Care Executives
Wardens
Chief Executive Officers
Page 2

- Correctional Counselor (CC) I - Complete all components of the CC I casework within five business days of the inmate's file being ready for review.
- CC II Supervisor - The CC II Supervisor will have two business days from the date the casework is completed to conduct a review of the case to allow for referral to a Classification Staff Representative for transfer endorsement.

This memorandum provides the timelines and policies for Classification Services Unit (CSU) personnel, including the Classification Staff Representatives (CSR), Population Management Unit (PMU) counselors, and the Statewide Transportation Unit (STU).

Once RC counseling staff place the inmate's case in *Referred to Classification Staff Representative* Status in the Strategic Offender Management System (SOMS), a CSR will review the case within three business days, and endorse to a mainline program appropriate for the inmate's case factors. In the event the case has errors or omissions that preclude an endorsement, the CSR will send the case back to RC counseling staff for the necessary corrections, consistent with current policy. CSU, including the CSR Scheduler, will ensure that RCs have robust CSR coverage so cases are seen expeditiously after being placed in *Referred to CSR* status.

Once RC cases are endorsed for transfer by the CSR, PMU counseling staff will review these cases within two business days to confirm bed availability at the endorsed institution. In the event there are no available beds at the endorsed institution, PMU staff will advise RC staff to complete a Redirect Chrono with a specified alternate institution, consistent with current practices. The Chief and Captain in PMU will ensure the cases are reviewed by counseling staff within two business days.

After PMU staff have confirmed bed availability, the inmate will transfer from the RC within five business days. This will be accomplished by STU staff scheduling movement utilizing methods to establish the safest and most cost effective way to meet the established timeframe. Existing Bus Seat Requests from the RCs, currently sent weekly, will be conducted twice a week on Wednesdays by 1000 hours and Fridays by 1700 hours. STU will continue to produce the Send/Intake report at minimum once a week, and will evaluate the need for any additional reports that may need to be sent throughout the week. The Chief and Captain of STU will ensure RC inmates will be moved within the five business day timeframe.

In-Service Training (IST) Managers shall ensure all staff assigned to RC processing receive documented On-the-Job Training (OJT) regarding the changes to the RC processing, within 30 days from the date of this memorandum. The OJT shall include a copy of this memorandum as

Associate Directors, Division of Adult Institutions
Regional Health Care Executives
Wardens
Chief Executive Officers
Page 2


well as the updated LOP. The IST Managers shall utilize training code, BET 11054489, with Reception Center Expedited Processing Responsibilities and Timelines, in the notes section.

Wardens and Chief Executive Officers shall ensure all staff training is completed for their institution, and shall provide a proof of practice certification memorandum to the RC Associate Director, and the applicable Regional Health Care Executive.

If you have any questions or require further clarification, please contact Dan Ross, Captain, RC Mission at (916) 324-6808 or Dan.Ross@cdcr.ca.gov, or Charlie Thompson, CC III, CSU, at (916) 322-7150 or Charles.Thompson4@cdcr.ca.gov.

*Original Signed*

**CONNIE GIPSON**
Director
Division of Adult Institutions

*Original Signed*

**R. STEVEN THARRATT, MD, MPVM, FACP**
Director, Health Care Operations
Statewide Chief Medical Executive
California Correctional Health Care Services

*Original Signed*

**JOSEPH BICK, MD, CCHP**
Director (A)
Division of Health Care Services

cc: Kimberly Seibel
Charles Callahan
Chris Podratz
J. W. Moss
Brian Moak
Dennis Halverson
John Herrera
Heidi Dixon
Dan Ross
Charlie Thompson



**RECEPTION CENTER INTAKE PROCESSING**
**(Institutional Name Here)**

Revision Date: XXXXXX

## I.    PROCEDURE NUMBER AND TITLE

Operational Procedure # (XXX)
Reception Center Intake Processing

**This Operating Procedure (OP) supersedes all previous direction regarding the intake and processing of Reception Center (RC) inmates.**

## II.    PURPOSE AND OBJECTIVES:

A.  The purpose of this Local Operational Procedure (LOP) is to provide a standardized collaborative framework for the Department's goals regarding intake and processing of all RC inmates.

B.  The California Department of Corrections and Rehabilitation (CDCR) recognizes that a collaborative partnership between custody and Health Care (HC) staff is necessary to improve and maintain efficient RC processing.   CDCR recognizes that achieving organizational change can only occur if it is driven by the highest levels of leadership. Not only must leaders embrace the principals of organizational change, they must model and communicate the behaviors that are expected to achieve it.

C.  The details of this operations procedure have been developed to achieve the Department's goals and to enhance collaboration.   When fully implemented, this procedure will create a continuity of teamwork amongst all disciplines, improve RC processing time frames and greatly reduce the inmate's length of stay in RC housing.

## III.    COMPLIANCE INDICATORS:

To comply with this policy, the following expectations shall be met:

A.  The guidelines outlined in this LOP will be utilized to develop expectations and time frames for processing all RC intake inmates.

B.  The Strategic Offender Management System (SOMS) report titled, "Unclassified Inmates and RC Processing Completion Dates" will also be utilized as a tracking tool. This report captures the Case Records, Institution Staff Recommendation Summary (ISRS), Classification Services Representative (CSR), portions of processing and will identify any overdue or missing documentation.

C.  Wardens will develop a process to maintain monitoring of LOP compliance.

D. Each RC institution will provide weekly RC processing reports to the RC Associate Director's office.

## IV. REFERENCES:

A. California Code of Regulation, Title 15, Section(s) 3075, 3075.1, 3.999.305

B. Health Care Department Operations Manual (HCDOM), Chapter 3, Article 1, Section 3.1.7, Care Management/Care Coordination.

C. Health Care Department Operations Manual, Chapter 3, Article 1, Section 3.1.8, Reception Center.

D. Health Care Department Operations Manual, Chapter 3, Article 3, Section 3.3.2.2, Dental Care – Reception Center.

E. Mental Health Services Delivery System (MHSDS) Program Guide, Chapter 2, Reception Center Mental Health Assessment.

F. LOP XXX (Any other institution specific LOP that should be referenced or could be impacted based on this direction.)

## V. APPROVAL AND REVIEW:

A. This procedure shall be reviewed and updated annually by the Associate Warden of the Reception Center (AWRC), the Chief Nurse Executive (CNE), and the Chief of Mental Health (CMH) and the Supervising Dentist (SD). This annual review shall include an update of the operational procedures to align with modifications in the CDCR MHSDS Program Guide and the HCDOM where appropriate.

B. After approval by the Chief Executive Officer (CEO), the procedure shall be forwarded to the Warden for review and approval.

## VI. RESPONSIBILITY:

The CEO and Warden have overall responsibility for the implementation and operation of this operational procedure.

## VII.    INTAKE PROCEDURE:

A. To achieve the Department's RC processing goals it will require a detailed collaboration of Case Records Staff, Classification Services and Correctional Counselors as well as Mental Health (MH), Medical, Nursing and Dental professionals. Each discipline will be required to complete their specific role in the process within the established time frames to ensure continuity and efficiency.

B. The intake screening process will initiate for each Inmate/Patient (IP) upon their arrival to the RC. Each disciplines role in the process is described below:

1. Case Records Staff

   a. Receive and review all documentation that arrives with the IP from the county.

   b. Within the first (5) business day of arrival, complete the case records intake process.

2. MH Clinicians

   a. Within the first (5) business days of arrival, the IP's shall receive a MH screening as described in the MHSDS Program Guide Chapter 2, Reception Center Mental Health Assessment.

3. Medical/Nursing Staff

   a. Within the first (5) business days of the IP's arrival they shall receive an initial health screening and triage as described in HCDOM 3.1.7, Care Management/Care Coordination and HCDOM 3.1.8, Reception Center.

4. Dental Staff

   a. Within the first (5) business days from the IP's arrival, perform a Reception Center screening as described in HCDOM 3.3.2.2 Dental Care – Reception Center.

5. Correctional Counselor I (CCI)

   a. Within the first (5) business days from the IP's arrival, the file should be ready for review by the CCI.

   b. Review the inmate's electronic record in the Strategic Offender Management System (SOMS) and Electronic Records Management System (ERMS).

   c. The CCI will be expected to complete all components of the counselor casework within (5) business days of the inmate's file being ready for review.

   d. The CCI's completed casework will be forwarded to their assigned CCII for review and approval in SOMS.

Operation Procedure # (xxx)
RC Intake Processing
Page 4 of 4

      e. If the casework is returned to the CCI for corrections the CCI will have (2) business days from the date of return to make the corrections and resubmit it back to the CCII.

6. <u>Correctional Counselor II (CCII)</u>

      a. Conduct a daily review of all assigned CCI casework to ensure compliance with the casework time frames.

      b. The CCII will have (2) business days from the date the casework is completed to conduct a review and approve or return the case for corrections.

      c. If the casework is returned to the CCI for corrections the CCI will have (2) business days from the date of return to make the corrections and resubmit it back to the CCII.

C. Program effectiveness, quality of services and compliance requirements for this LOP will be monitored and reported through the Warden and CEO to the RC Associate Director and the Regional Health Care Executive.

_____          Date  _____
(Name)
Chief Executive Officer

_____          Date  _____
(Name)
Warden



# RECEPTION CENTER PROCESSING

**CASE RECORDS** 5

Scan docs into ERMS, IN sync with R&R

Run CLETS and Scan into ERMS

Enter Commits

**R&R**

MANIFEST

ARRIVE AT RC

CUSTODY

NURSING – Identify MAT/HR

**DIAGNOSTICS** 5

MEDICAL
NURSING
DDP SCREEN
LAB SERVICES
MENTAL HEALTH
DENTAL

MCC/ Intake Audit Done

Final Intake Audit

**SUDT SCREEN**
**Only for 15-24 months left to serve**

Identified as 15-24 months

NIDA Quick Screen plus NIDA Modified Assist if Indicated

~4

CC1 5

CC2 2

CSR/ Endorse 3

Notify Nursing

PMU 2

Assign to Waiting List

Transfer to Mainline

5

**CLASSIFICATION & ENDORSEMENT**

**TRANSFER**

## 30 Days
Manage to this timeframe from **Arrival to Departure**

ISUDT Lean Six Sigma Team

# ATTACHMENT B

## Mental Health Services Delivery System (MHSDS) Management Information Summary (MIS) Report

## June 29, 2020

**MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS)**
**MANAGEMENT INFORMATION SUMMARY (MIS) REPORT**

| Level of Care | Housing Program | MALES Capacity | MALES Census[1] | MALES Awaiting Placement[2] | FEMALES Capacity | FEMALES Census[1] | FEMALES Awaiting Placement[2] |
|---|---|---|---|---|---|---|---|
| **Correctional Clinical Case Management System (CCCMS)** | | **27,000** | **23,296** | | **2,250** | **1,917** | |
| CCCMS | Reception Center (RC) | | 1,169 | | | 96 | |
| | General Population (GP) | | 20,178 | | | 1,693 | |
| | Enhanced Outpatient Program (EOP) | | 101 | | | 0 | |
| | Mental Health Crisis Bed (MHCB) | | 3 | | | 0 | |
| | Psychiatric Inpatient Program (PIP) | | 4 | | | 0 | |
| | Specialized Medical Beds Housing | | 565 | | | 29 | |
| | Administrative Segregation Unit (ASU) | | 406 | | | 71 | |
| | Condemned | | 142 | | | 14 | |
| | Long Term Restricted Housing Unit (LTRH)[6] | 270 | 170 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 0 | | | 0 | |
| | Psychiatric Services Unit (PSU) | | 5 | | | 0 | |
| | Security Housing Unit (SHU) | | 0 | | | 14 | |
| | Short Term Restricted Housing Unit (STRH)[6] | 1,125 | 553 | | | 0 | |
| **Enhanced Outpatient Program (EOP)** | | **7,075** | **6,521** | | **225** | **173** | |
| EOP | Reception Center (RC) | | 75 | | | 1 | |
| | General Population (GP) | | 153 | | | 42 | |
| | Enhanced Outpatient Program (EOP) | 6,318 | 5,388 | | 195 | 119 | |
| | Mental Health Crisis Bed (MHCB) | | 17 | | | 0 | |
| | Psychiatric Inpatient Program (PIP) | | 16 | | | 0 | |
| | Specialized Medical Beds Housing | | 191 | | | 1 | |
| | Administrative Segregation Unit (ASU) | 585 | 428 | 96 | 20 | 7 | 0 |
| | Condemned | | 65 | | | 0 | |
| | Long Term Restricted Housing Unit (LTRH) | | 0 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 0 | | | 0 | |
| | Psychiatric Services Unit (PSU) | 172 | 115 | 60 | 10 | 3 | 1 |
| | Security Housing Unit (SHU) | | 0 | | | 0 | |
| | Short Term Restricted Housing Unit (STRH) | | 73 | | | 0 | |

| Level of Care | Capacity | Census[1, 7] | Awaiting Placement[2] | Capacity | Census[1, 7] | Awaiting Placement[2] |
|---|---|---|---|---|---|---|
| **Mental Health Crisis Bed (MHCB)[7]** | **424** | **272** | **3** | **41** | **11** | **1** |
| **Psychiatric Inpatient Programs:** **Intermediate Care Facility (ICF)** | **1,166** | **1,043** | **53** | | | |
| Low Custody | 390 | 335 | 10 | | | |
| *Atascadero State Hospital (ASH)* | 256 | 224 | 5 | | | |
| *Coalinga State Hospital (CSH)* | 50 | 45 | 1 | | | |
| *California Medical Facility (CMF)* | 84 | 66 | 4 | | | |
| High Custody | 776 | 708 | 43 | | | |
| *California Health Care Facility (CHCF)* | 354 | 353 | 13 | | | |
| *CMF Single Cells* | 106 | 105 | 1 | | | |
| *CMF Multi Cells* | 70 | 45 | 4 | | | |
| *SVPP Single Cells* | 202 | 170 | 21 | | | |
| *Salinas Valley Psychiatric Program (SVPP) Multi Cells* | 44 | 35 | 4 | | | |
| **Acute Psychiatric Program (APP)** | **369** | **284** | **17** | | | |
| ASH | 0 | 0 | 0 | | | |
| CHCF | 163 | 103 | 11 | | | |
| CMF | 206 | 181 | 6 | | | |
| **Psychiatric Inpatient Program (PIP)** | **40** | **30** | **0** | **75** | **40** | **0** |
| California Institution for Women (CIW) | | | | 45 | 30 | 0 |
| Patton State Hospital (PSH) | | | | 30 | 10 | 0 |
| SQ | 30 | 23 | 0 | | | |
| SQ (Non-condemned) | 10 | 7 | 0 | | | |
| **Penal Code 2974s (Parolees)[5]** | | **2** | | | | |
| Metro State Hospital (MSH) | | 0 | | | | |
| Napa State Hospital (NSH) | | 2 | | | | |
| Patton State Hospital (PSH) | | 0 | | | | |
| **TOTALS (excluding Parolees)** | **36,074** | **31,446** | **229** | **2,591** | **2,141** | **2** |

| | Total Capacity | Total Census[1] | Total Awaiting Placement[2] | Total Over Timeframes[3] | CENSUS PERCENTAGES % MHSDS | CENSUS PERCENTAGES % CDCR[4] |
|---|---|---|---|---|---|---|
| CCCMS | 29,250 | 25,213 | | | 75.07% | 22.12% |
| EOP | 6,513 | 6,068 | | | 18.07% | 5.32% |
| EOP-ASU/NDS/STRH | 605 | 508 | 96 | 61 | 1.51% | 0.45% |
| EOP-PSU/LTRH/SHU | 182 | 118 | 61 | 20 | 0.35% | 0.10% |
| MHCB | 465 | 283 | 4 | 1 | 0.84% | 0.25% |
| PSYCHIATRIC INPATIENT | 1,650 | 1,397 | 70 | 32 | 4.16% | 1.23% |
| **GRAND TOTAL** | **38,665** | **33,587** | **231** | **114** | **100.00%** | **29.47%** |

[1] Census sources: HCODS for CCCMS, EOP; HEART for MHCB; RIPA reports for ICF, APP, and PIP programs.

[2] Awaiting Placement = The sum of inmates waiting to be placed in a bed at a specific level of care. Those awaiting placement to ICF, APP, and PIP include referrals that have been custodially reviewed by IICPOP and are awaiting bed availability, inpatient program acceptance, or transfer to the inpatient program as of the reporting date (based on the Referrals to Inpatient Programs Application (RIPA)).

[3] Total Over Timeframes = The number of referrals that are beyond Mental Health Program Guide transfer timeframes: EOP-ASU includes cases in non-hubs waiting > 30 days, PSU includes cases with an original CSR endorsement date > 60 days, MHCB includes referrals > 24 hours, Psychiatric Inpatient includes Intermediate referrals > 30 days and Acute referrals > 10 days.

[4] CDCR pop as of 6/24/20 (OISB). Based on Total In-State Institution Population and Out of State (COCF).

[5] Census numbers are tracked and updated by Department of State Hospital (DSH).

[6] LTRH and STRH capacity numbers obtained from the PMU Weekly Population Summary Report dated March 6, 2020.

[7] In response to CDCR COVID-19 Guidelines some patients may be housed outside of their level of care and/or in a Temporary Mental Health Unit.

CCHCS, Health Care Placement Oversight Program

Exhibit Y

| | |
|---|---|
| **From:** | Weber, Nicholas@CDCR |
| **To:** | Melissa Bentz; Coleman Team - RBG Only; Steve Fama; Angie Cooper; Braxton Medlin; Brian Main; Cindy Radavsky; Henry D. Dlugacz; Jamas DeGroot; Jeffrey Metzner; Joseph Sorah; Kahlil Johnson; Karen Rea; Kerry Courtney Hughes, MD; Kerry F. Walsh; Kristina Hector; Lindsay Hayes; Latricea McClendon-Hunt; Lana Lopez; Maria Masotta; Matt Lopes; Michael Ryan; Mohamedu Jones; Mary Perrien; Patricia M. Williams; Rachel Gribbin; Regina Costa; Rod Hickman Gmail; Sharen Barboza; Sofia Millham; Tim Rougeux; William Trezvant; Zelia M. Tavares |
| **Cc:** | Elise Thorn; Tyler Heath; lucas.hennes@doj.ca.gov; Kyle Lewis; Dillon Hockerson; Stafford, Carrie@CDCR; Ryan, Amanda@CDCR |
| **Subject:** | Coleman Tier Report and TMHU Patient List |
| **Date:** | Monday, July 06, 2020 4:53:57 PM |
| **Attachments:** | Tier Report 06222020 - 06262020 .pdf<br>TMHU Patient List 0622-06262020.pdf |

All,

Attached is the Tier Report and TMHU/Treat in Place List for the week of June 22nd.

Nick Weber

Attorney

Department of Corrections & Rehabilitation

1515 S Street, Suite 314S

Sacramento, CA  95811-7243

(916) 323-3202

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

| Region | Institution | Last Name | First Name | CDCR# | Housing Location | Level of Care | Date of Arrival | Date of Release | Level of Care When Released |
|---|---|---|---|---|---|---|---|---|---|
| I | FOL | | | | Max | MHCB | 6/23/2020 | Pending | |
| I | MCSP | | | | Max | MHCB | 6/17/2020 | 6/23/2020 | MHCB |
| I | MCSP | | | | Non-Max | MHCB | 6/17/2020 | 6/23/2020 | EOP |
| I | MCSP | | | | Non-Max | MHCB | 6/22/2020 | 6/24/2020 | EOP |
| I | MCSP | | | | Non-Max | MHCB | 6/23/2020 | Pending | |
| I | MCSP | | | | Max | MHCB | 6/24/2020 | Pending | |
| I | MCSP | | | | Non-Max | MHCB | 6/25/2020 | Pending | |
| I | SAC | | | | Max | Acute | 5/29/2020 | Pending | |
| I | SAC | | | | Max | MHCB | 6/21/2020 | 6/24/2020 | EOP |
| I | SAC | | | | Non-Max | MHCB | 6/20/2020 | Pending | |
| I | SAC | | | | Max | ICF | 5/27/2020 | Pending | |
| I | SAC | | | | Non-Max | Acute | 5/20/220 | 6/25/2020 | MHCB |
| I | SAC | | | | Max | MHCB | 6/16/2020 | 6/22/2020 | EOP |
| I | SAC | | | | Max | MHCB | 6/15/2020 | 6/22/2020 | MHCB |
| I | SAC | | | | Non-Max | MHCB | 6/20/2020 | Pending | |
| I | SAC | | | | Max | ICF | 6/22/2020 | Pending | |
| I | SAC | | | | Non-Max | Acute | 6/18/2020 | 6/22/2020 | EOP |
| I | SAC | | | | Max | ICF | 4/24/2020 | Pending | |
| I | SAC | | | | Non-Max | MHCB | 6/21/2020 | Pending | |
| I | SAC | | | | Non-Max | MHCB | 6/21/2020 | 6/24/2020 | MHCB |
| I | SAC | | | | Max | ICF | 6/15/2020 | 6/22/2020 | ACTUE |
| I | SAC | | | | Max | MHCB | 6/18/2020 | 6/23/2020 | MHCB |
| I | SAC | | | | Max | MHCB | 6/22/2020 | 6/25/2020 | EOP |
| I | SAC | | | | Non-Max | MHCB | 6/19/2020 | Pending | |
| I | SAC | | | | Max | MHCB | 6/16/2020 | 6/23/2020 | MHCB |
| I | SAC | | | | Max | MHCB | 6/17/2020 | 6/23/2020 | MHCB |
| I | SAC | | | | Non-Max | MHCB | 6/21/2020 | Pending | |
| I | SAC | | | | Max | MHCB | 6/20/2020 | Pending | |
| I | SAC | | | | Max | CCCMS | 6/16/2020 | Pending | |
| I | SAC | | | | Max | MHCB | 6/16/2020 | Pending | |
| II | CTF | | | | Non-Max | MHCB | 6/23/2020 | Pending | |
| II | SCC | | | | Non-Max | MHCB | 6/21/2020 | Pending | |
| II | SCC | | | | Non-Max | MHCB | 6/25/2020 | Pending | |
| II | SCC | | | | Non-Max | MHCB | 6/26/2020 | Pending | |
| II | SVSP | | | | Non-Max | MHCB | 6/21/2020 | 6/24/2020 | EOP |
| II | SVSP | | | | Max | MHCB | 6/22/2020 | 6/25/2020 | CCCMS |
| II | SVSP | | | | Non-Max | MHCB | 6/21/2020 | 6/24/2020 | CCCMS |
| II | SVSP | | | | Non-Max | MHCB | 6/22/2020 | 6/24/2020 | EOP |
| II | SVSP | | | | Max | MHCB | 6/22/2020 | Pending | |
| II | SVSP | | | | Max | MHCB | 6/19/2020 | Pending | |
| II | SVSP | | | | Non-Max | MHCB | 6/22/2020 | 6/25/2020 | EOP |
| II | SVSP | | | | Max | MHCB | 6/22/2020 | 6/25/2020 | EOP |

| Level | Institution | Custody | Program | Date | Date | Level of Care |
|---|---|---|---|---|---|---|
| II | SVSP | Max | MHCB | 6/22/2020 | 6/24/2020 | CCCMS |
| II | SVSP | Non-Max | MHCB | 6/16/2020 | Pending | EOP |
| II | SVSP | Max | MHCB | 6/13/2020 | 6/22/2020 | EOP |
| II | SVSP | Non-Max | MHCB | 6/22/2020 | Pending | |
| II | SVSP | Max | MHCB | 6/21/2020 | 6/22/2020 | EOP |
| II | SVSP | Max | ICF as of 6/22/2020 | 6/12/2020 | Pending | |
| II | SVSP | Max | MHCB | 6/23/2020 | Pending | |
| II | SVSP | Non-Max | MHCB | 6/23/2020 | Pending | |
| II | VSP | Non-Max | MHCB | 6/21/2020 | Pending | |
| II | VSP | Non-Max | MHCB | 6/17/2020 | Pending | |
| II | VSP | Non-Max | MHCB | 6/23/2020 | Pending | |
| III | VSP | Non-Max | MHCB | 6/23/2020 | 6/26/2020 | CCCMS |
| III | ASP | Treatment in Place | MHCB | 6/14/2020 | 6/24/2020 | EOP |
| III | ASP | Treatment in Place | MHCB | 6/16/2020 | Pending | |
| III | ASP | Treatment in Place | MHCB | 6/11/2020 | 6/25/2020 | CCCMS |
| III | CCI | Non-Max | MHCB | 6/19/2020 | 6/23/2020 | CCCMS |
| III | CCI | Non-Max | MHCB | 6/22/2020 | Pending | |
| III | LAC | Max | MHCB | 6/12/2020 | 6/23/2020 | EOP |
| III | LAC | Non-Max | MHCB | 6/16/2020 | Pending | |
| III | LAC | Max | MHCB | 6/16/2020 | Pending | |
| III | LAC | Max | MHCB | 6/22/2020 | Pending | |
| III | LAC | Max | MHCB | 6/22/2018 | 6/24/2020 | MHCB |
| III | LAC | Max | MHCB | 6/23/2020 | 6/24/2020 | MHCB |
| III | LAC | Non-Max | MHCB | 6/20/2020 | Pending | |
| III | PVSP | Non-Max | MHCB | 6/21/2020 | 6/24/2020 | |
| III | PVSP | Non-Max | MHCB | 6/18/2020 | 6/24/2020 | |
| IV | CAL | Non-Max | MHCB | 6/24/2020 | Pending | |
| IV | CRC | Treatment in Place | ICF | 3/11/2020 | Pending | |
| IV | RJD | Treatment in Place | ICF | 5/18/2020 | Pending | |
| IV | RJD | Treatment in Place | ICF | 6/8/2020 | pending | |
| IV | RJD | Treatment in Place | ICF | 4/30/2020 | pending | |
| IV | RJD | Treatment in Place | ICF | 6/4/2020 | pending | |
| IV | RJD | Treatment in Place | ICF | 3/27/2020 | Pending | |
| IV | RJD | Non-Max | MHCB | 6/24/2020 | Pending | |
| IV | RJD | Non-Max | MHCB | 6/24/2020 | pending | |
| IV | RJD | Non-Max | MHCB | 6/24/2020 | Pending | |
| IV | RJD | Non-Max | MHCB | 6/24/2020 | Pending | |
| IV | RJD | Non-Max | MHCB | 6/24/2020 | Pending | |

Exhibit Z

State of California – Department of State Hospitals
Case 2:90-cv-00520-KJM-SCR   Document 6768-3   Filed 07/15/20   Page 23 of 29
Gavin Newsom, Governor



## Memorandum

**Date:**       March 16, 2020

**Subject:**    DEPARTMENT DIRECTIVE ON SUSPENSION OF PATIENT
ADMISSIONS FROM THE CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION (CDCR)

Pursuant to Governor Gavin Newsom's Proclamation of a State of
Emergency dated March 4, 2020, the Director of the Department of State
Hospitals issues this Directive in accordance with the Director's authority
to execute laws relating to the care and treatment of persons with mental
health disorders placed with the State Department of State Hospitals
(DSH).  To ensure that patients with mental health disorders currently in
DSH's custody continue to receive the services and support that are
threatened by disruptions caused by COVID-19, and to protect the health,
safety and welfare of those patients, the Department is suspending
admission of patients placed at DSH facilities pursuant to Penal Code
section 2684 (*Coleman* patients).

All *Coleman* patients presently in DSH's custody will not be discharged
until DSH rescinds the suspension of *Coleman* patient admissions, unless
an emergency discharge is required for patients who cannot be safely
maintained in DSH's unlocked dorm setting.

This suspension of *Coleman* patient admissions will remain in effect for 30
days, unless extended by the Director of the Department.

STEPHANIE CLENDENIN
Director

*"Caring Today for a Safe and Healthy Tomorrow"*

# Exhibit AA

| | |
|---|---|
| **From:** | Nina Raddatz |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Matt Lopes; Mohamedu Jones; Kristina Hector; Angie Cooper; Rachel Gribbin; Lana Lopez; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; "Silberfeld, Roman M."; Ed Swanson; Barrow, Roscoe@CDCR |
| **Cc:** | Kent, Kristopher@DSH-S; Ciccotti, Christine@DSH-S; Clendenin, Stephanie@DSH-S; Hendon, Catherine@DSH-S; Warburton, Katherine@DSH-S |
| **Subject:** | Coleman COVID Task Force Meeting: DSH Reports |
| **Date:** | Monday, May 11, 2020 4:16:41 PM |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 5-8-2020.pdf<br>2 Census by Unit Coleman Units 5-11-20.pdf<br>3 Coleman Discharges 5-3-20 to 5-9-20.pdf<br>4 OMD Admissions 5-3-20 to 5-9-20.pdf |

Good Afternoon, All:

Please see the attached DSH reports for our Task Force meeting tomorrow:

1. Coleman Patient Census and Waitlist Report
2. Census by Unit for Units with Coleman Patients
3. Coleman Discharges
4. OMD Admissions


Respectfully,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile:** (916) 208-9544 **\*\*Please Note: I am working remotely. Please direct all calls to this number\*\***


California Department of
**State Hospitals**


**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

State of California
GAVIN NEWSOM, Governor

# DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION

Patient Management Unit
1500 North Street, Room 420
Sacramento, CA 95814

## DSH CDCR Patient Census and Waitlist Report
Data as of: 5/8/20

### Acute Care Patients

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist Referrals Pending Review | Accepted Referrals CDCR Prison[4] | Accepted Referrals CDCR PIP[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (Includes 0 Waiting >10 Days) |

### Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist Referrals Pending Review | Accepted Referrals CDCR Prison[4] | Accepted Referrals CDCR PIP[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Atascadero | 256 | 231 | 1 | 0 | 0 | 24 | 0 | 0 | 0 | 1 |
| Coalinga | 50 | 45 | 0 | 0 | 0 | 5 | 0 | 0 | 1 | |
| Total | 306 | 276 | 1 | 0 | 0 | 29 | 0 | 0 | 1 | (Includes 0 Waiting >30 Days) |

### Intermediate Care Low Custody - Unlocked Dorms - Female

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist Referrals Pending Review | Accepted Referrals CDCR Prison[4] | Accepted Referrals CDCR PIP[5] | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| Patton[6] | 30 | 13 | 0 | 0 | 0 | 17 | 0 | 0 | 0 | 0 |
| Total | 30 | 13 | 0 | 0 | 0 | 17 | 0 | 0 | 0 | (Includes 0 Waiting >30 Days) |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

Source: BUMMs

1 of 1

Exhibit BB

| From: | Kent, Kristopher@DSH-S |
|---|---|
| To: | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; "Silberfeld, Roman M."; Barrow, Roscoe@CDCR; Tyler Heath |
| Cc: | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham; Dan Potter |
| Subject: | DSH Coleman COVID-19 Task Force Reports |
| Date: | Monday, July 13, 2020 6:43:30 PM |
| Attachments: | 1 Coleman Patient Census and Waitlist Report 7-10-20.pdf |
| | 2 Census by Unit Coleman 7-10-20.pdf |
| | 3 Coleman Discharges 7-5-20 to 7-11-20.pdf |
| | 4_OMD Admissions 7-5-20 to 7-11-20.pdf |
| | Coleman COVID-19 Referral Progress for 7-14-20 Task Force Meeting.pdf |

Hello All,
Please find attached the DSH reports for this week. Thanks, Kris

State of California

# DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814

GAVIN NEWSOM, Governor

DSH

# Draft

## DSH CDCR Patient Census and Waitlist Report

Data as of: 7/10/20

### Acute Care Patients

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals[7] | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 (Includes 0 Waiting >10 Days) |

### Intermediate Care Low Custody - Unlocked Dorms

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals[7] | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Alascadero | 256 | 220 | 0 | 0 | 0 | 36 | | | | |
| Coalinga | 50 | 46 | 0 | 0 | 0 | 4 | | | | |
| Total | 306 | 266 | 0 | 0 | 0 | 40 | 12 | 7 | 11 | 30 (Includes 2 Waiting >30 Days)[8] |

### Intermediate Care Low Custody - Unlocked Dorms - Female

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Referrals Pending Review | Waitlist Accepted Referrals[7] | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 10 | 0 | 0 | 0 | 20 | 3 | 1 | 0 | 4 |
| Total | 30 | 10 | 0 | 0 | 0 | 20 | 3 | 1 | 0 | 4 (Includes 0 Waiting >30 Days) |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated Coleman beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical Isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

[7]Accepted referrals include 19 referrals that are on a facility hold.

[8]Patients are waiting >30 days due to COVID-19 holds on referring facilities.

Source: BUMMs