# Exhibit LL

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



March 3, 2020

**VIA EMAIL ONLY**

Lisa Ells (lells@rbgg.com)
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105

Lisa,

I write to provide you with the requested Enhanced Outpatient Program (EOP) segregation data, which Defendants agreed to produce in Nick Weber's March 20, 2017 letter. Enclosed you will find a report showing the mean and median lengths of stay of class members in segregation, as well as a report on EOP patients and EOP patients on modified programs in segregation refusing more than fifty percent of their groups in the past month.

As of Friday, February 28, 2020, the Psychiatric Services Unit (PSU) at California State Prison-Sacramento, houses 121 PSU inmates. None are in the Step Down Program. 100 PSU inmates are currently placed in the Behavior Incentive Program as follows:

| Step | Number of Inmates |
|------|-------------------|
| Step 4 | 10 |
| Step 3 | 10 |
| Step 2 | 22 |
| Step 1 | 58 |

The remaining PSU inmates have either finished their segregated housing term, are awaiting their initial IDTT, or have been placed in a lower or higher level of care and are awaiting transfer.

As of March 2, 2020, 3.42%, or 2,693 of the 78,790 non-class members housed in the California Department of Corrections and Rehabilitation, not counting contract beds, were in segregation.

Sincerely,

*/s/* **Dillon Hockerson**

Dillon Hockerson
Attorney
Office of Legal Affairs

# Exhibit MM

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                        GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



July 6, 2020


**VIA EMAIL ONLY**

Lisa Ells (lells@rbgg.com)
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105


Lisa,

I write to provide you with the requested Enhanced Outpatient Program (EOP) segregation data, which Defendants agreed to produce in Nick Weber's March 20, 2017 letter.  Enclosed you will find a report showing the mean and median lengths of stay of class members in segregation, as well as a report on EOP patients and EOP patients on modified programs in segregation refusing more than fifty percent of their groups in the past month.

As of Wednesday, July 1, 2020, the Psychiatric Services Unit (PSU) at California State Prison, Sacramento, houses 113 PSU inmates.  None are in the Step Down Program.  108 PSU inmates are currently placed in the Behavior Incentive Program as follows:

| Step | Number of Inmates |
|------|-------------------|
| Step 4 | 36 |
| Step 3 | 20 |
| Step 2 | 19 |
| Step 1 | 33 |

The remaining PSU inmates have either finished their segregated housing term, are awaiting their initial IDTT, or have been placed in a lower or higher level of care and are awaiting transfer.

Finally, as of July 2, 2020, 3.36% or 2,435 of the 72,485 non-class members housed in the California Department of Corrections and Rehabilitation, not counting contract beds, were in segregation.

Sincerely,

*/s/* **Dillon Hockerson**

Dillon Hockerson
Attorney
Office of Legal Affairs

# Exhibit NN

| | |
|---|---|
| **From:** | Michael W. Bien |
| **To:** | Coleman Team - RBG Only |
| **Subject:** | Fwd: Coleman: February 2020 Monthly Segregation Data |
| **Date:** | Monday, May 04, 2020 3:52:42 PM |
| **Attachments:** | ATT00001.htm |
| | EOP Segregation Data -February 2020.pdf |
| | ATT00002.htm |
| | Lt DH-LE re Feb 2020 EOP Seg Data.pdf |
| | ATT00003.htm |
| | Segregation Length of Stay Averages -rundate 030220.xlsm |
| | ATT00004.htm |

Michael W. Bien
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street
Sixth Floor
San Francisco, CA 94105

415-433-6830: Tel
415-433-7104: Fax

Mbien@rbgg.com

Begin forwarded message:

> **From:** "Hockerson, Dillon@CDCR" <Dillon.Hockerson@cdcr.ca.gov>
> **Date:** March 3, 2020 at 12:16:32 PM PST
> **Subject: Coleman: February 2020 Monthly Segregation Data**
>
>
> Hello,
>
> Attached is a letter regarding the monthly EOP segregation data and two segregation reports concerning the month of February 2020. Please let me know if you have any questions.
>
> Sincerely,
> **Dillon Hockerson**
> Attorney
> California Department of Corrections and Rehabilitation
> Email: Dillon.Hockerson@cdcr.ca.gov
> Phone: (916) 445-2779
> Cell: (916) 413-5796

**Continuous Length of Stay Averages, Medians, and Counts in Segregated Housing for MHSDS Patients in ASU,**

CDCR; MHIs: CCCMS, EOP, EOPMod, ACUTE, ICF

LOS calculation: Total consecutive days in any segregated housing

(1898 patients total)

|  | SRH-CCCMS | ASUHub-CCCMS | LRH-CCCMS | ASUHub-EOP | SRH-EOP | LRH-EOP | ASUHub-EOPMod |
|---|---|---|---|---|---|---|---|
| Average Days | 109 | 28 | 249 | 66 | 34 | 147 | 113 |
| Median Days | 54 | 15 | 205.5 | 38 | 14 | 129 | 61 |
| Inmates | 770 | 56 | 250 | 347 | 44 | 4 | 37 |

| ASUHub-ICF | ASU-CCCMS | ASU-EOP | ASU-EOPMod | SHU-CCCMS | PSU-CCCMS | PSU-EOP | PSU-EOPMod |
|---|---|---|---|---|---|---|---|
| 45 | 64 | 75 | 15 | 295 | 50 | 203 | 403 |
| 38 | 20 | 15 | 15 | 183.5 | 39 | 138 | 262 |
| 8 | 211 | 16 | 2 | 12 | 4 | 125 | 5 |

Generated on 2/4/2020 8:42:39 AM

| PSU-ICF | ALL |
|---------|-----|
| 301 | 119 |
| 227 | 54 |
| 7 | 1898 |

Exhibit OO

| From: | Lisa Ells |
|---|---|
| To: | Emma Cook |
| Subject: | FW: Coleman: May 2020 Monthly Segregation Data [IWOV-DMS.FID6429] |
| Date: | Monday, July 13, 2020 3:08:58 PM |
| Attachments: | Copy of Segregation Length of Stay Averages - run date 060120.xlsx |
| | EOP Segregation Data -May-FINAL.pdf |
| | Lt DH-LE re May 2020 EOP Seg Data.pdf |

**From:** Hockerson, Dillon@CDCR <Dillon.Hockerson@cdcr.ca.gov>
**Sent:** Friday, June 5, 2020 11:18 AM
**To:** Lisa Ells <LElls@rbgg.com>; Michael W. Bien <MBien@rbgg.com>; Steve Fama <sfama@prisonlaw.com>
**Cc:** Nick Weber <Nicholas.Weber@cdcr.ca.gov>; Melissa Bentz <Melissa.Bentz@cdcr.ca.gov>; Stafford, Carrie@CDCR <Carrie.Stafford@cdcr.ca.gov>
**Subject:** Coleman: May 2020 Monthly Segregation Data

Hello,

Attached is a letter regarding the monthly EOP segregation data and two segregation reports. Please let me know if you have any questions.

Sincerely,
**Dillon Hockerson**
Attorney
CDCR Office of Legal Affairs
Email: Dillon.Hockerson@cdcr.ca.gov
Phone: (916) 445-2779
Cell: (916) 413-5796



**THIS DOCUMENT IS CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. PLEASE DO NOT FORWARD THIS EMAIL WITHOUT PERMISSION OF THE SENDER. IF YOU RECEIVED THIS DOCUMENT IN ERROR PLEASE NOTIFY THE SENDER IMMEDIATELY.**

**Continuous Length of Stay Averages, Medians, and Counts in Segregated Housing for MHSDS Patients in ASU,**

CDCR; MHIs: CCCMS, EOP, EOPMod, MHCB, ACUTE, ICF

LOS calculation: Total consecutive days in any segregated housing

(1952 patients total)

| | ASUStd-CCCMS | ASUHub-CCCMS | SRH-CCCMS | LRH-CCCMS | ASUHub-EOP | SRH-EOP | ASUHub-EOPMod |
|---|---|---|---|---|---|---|---|
| Average Days | 74 | 61 | 127 | 328 | 93 | 78 | 229 |
| Median Days | 77 | 43 | 81 | 280 | 50 | 55 | 166 |
| Inmates | 9 | 79 | 661 | 183 | 396 | 76 | 15 |

| SRH-EOPMod | ASUHub-ICF | ASUHub-MHCB | SRH-MHCB | ASU-CCCMS | ASU-EOP | ASU-ICF | ASU-MHCB |
|---|---|---|---|---|---|---|---|
| 41 | 107 | 48 | 13 | 80 | 71 | 38 | 25 |
| 32 | 65 | 52 | 13 | 45 | 50 | 42 | 25 |
| 5 | 12 | 6 | 1 | 333 | 65 | 4 | 2 |

| SHU-CCCMS | PSU-EOP | PSU-EOPMod | PSU-ICF | ALL |
|---|---|---|---|---|
| 194 | 235 | 478 | 437 | 131 |
| 171 | 160 | 409 | 317 | 75 |
| 5 | 93 | 3 | 4 | 1952 |

# Exhibit PP

**DIVISION OF CORRECTIONAL HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 942883
Sacramento, CA94283-0001



August 3, 2012

Matthew A. Lopes, Jr. Esquire
Office of the Special Master
Pannone Lopes & Devereaux LLC
317 Iron Horse Point Way, Suite 301
Providence, RI  02908

via:  Debbie J. Vorous, Esquire
Deputy Attorney General
Department of Justice
1300 "I" Street, Suite 125
P. O. Box 944255
Sacramento, CA  94244-2550

## RE: COLEMAN MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES

Dear Mr. Lopes:

Enclosed is the Coleman Monthly Report reflective of June, 2012 data (or as otherwise noted).  The following is the list of enclosures:

1. Mental Health Services Delivery System (MHSDS) Staffing Allocation and Vacancy History.
2. MHSDS Hiring Activity Report.
3. Health Care Placement Oversight Program (HCPOP) Information Report, Summary and Administrative Segregation Greater than 60 Days.
4. Mental Health Contract Services including Summary and Telemedicine Monthly Report for all disciplines.
5. California Department of Corrections and Rehabilitation (CDCR) Reception Center (RC) Monthly Report.
6. Monthly Summary of Mental Health Crisis Bed use by Institution Titles Inpatient Psychiatric Aging Report.
7. Referrals for Transfer to the Department of Mental Health (including admissions).
8. Atascadero State Hospital (ASH) Discharges.
9. Weekly Enhanced Outpatient Program (EOP)/Outpatient Psychiatric Program.
10. The Department of Mental Health (DMH) Monthly Report of CDCR Patients in DMH Hospitals -- Summary and Penal Code 2684.
11. Suicide Report.
12. Statistics on Contracted Registered Nurse (RN).  **(No Longer Available)**
13. RC Processing for MHSDS Inmate Patients.
14. Medical Technical Assistant (MTA) Vacancy Report.  **(No Longer Available)**
15. Allocated Case Manager Positions and Vacancies for the EOP Administrative Segregated Hub institutions.

Matthew A. Lopes, Jr. Esquire
Page 2

16. EOP Inmates Waiting Transfer to a Psychiatric Services Unit (PSU).
17. Audit reports on Psychiatric Technician Rounds in Administrative Segregation at California State Prison, San Quentin (SQ), California State Prison-Corcoran (COR), and Salinas Valley State Prison (SVSP).
18. Mental Health Crisis Beds Wait List.
19. Correctional Treatment Centers and CDCR General Acute Care Hospital Care Placement Issues. **(No longer available)**
20. Transferred and Rescinded Mental Health Crisis Bed Referrals by Institution and Level of Care.

If you have any questions, please contact me at (916) 691-0209.

Sincerely,

T. BELAVICH, Ph.D., MSHCA, CCHP
Deputy Director (A)
Statewide Mental Health Program
Division of Correctional Health Care Services

Enclosures

cc: Diana Toche, DDS, Director (A), Division of Correctional Health Care Services (DCHCS)
Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
Linda Holden, Esq., *Coleman* Deputy Special Master
Jeffrey L. Metzner, M.D., *Coleman* Expert
Kerry C. Hughes, M.D., *Coleman* Expert
Raymond F. Patterson, M.D, *Coleman* Expert
Paul Nicoll, MPA, *Coleman* Monitor
Ted Ruggles, Ph.D., *Coleman* Expert
Mary Perrien, Ph.D., *Coleman* Expert
Yong Joo Erwin, LCSW, *Coleman* Expert
Kathryn A. Burns, M.D., MPH, *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Kerry F. Walsh, Esq., *Coleman* Monitor
Patricia Williams, Esq., *Coleman* Monitor
Haunani Henry, *Coleman* Monitor
J. Ronald Metz, *Coleman* Monitor
Debbie Vorous, Esq., Office of the Attorney General

Matthew A. Lopes, Jr. Esquire
Page 3


Heather McCray Esq., Office of Legal Affairs, CDCR
Michael Stone, Esq., Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Judy Burleson, Associate Director, Statewide Mental Health Program, DCHCS
Nathan Stanley, Chief, Operational Program Oversight, Statewide Mental Health
    Program DCHCS
Karen Higgins, M.D., Chief of Behavioral Medicine, Statewide Mental Health
    Program, DCHCS
Teresa Owens, Associate Governmental Program Analyst, Operational Program
    Oversight, DCHCS

CONFIDENTIAL

# Mental Health Population  By Institution
*Download Date: June 8, 2012*

## SUMMARY OF OUTPATIENT POPULATION
*(ASU, GP, RC and SHU Detail on pages 2-4)*

| Institution | CCCMS | | | EOP (1) | | | PSU (1) | | | Inst Total Outpatient Pop |
|---|---|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | |
| ASP | 1099 | 1115 | 101% | | 8 | | | | | 1123 |
| CAL | | 19 | | | | | | | | 19 |
| CCC | | 3 | | | | | | | | 3 |
| CCI | 1349 | 1018 | 75% | | 8 | | | | | 1026 |
| CCWF | 899 | 853 | 95% | 54 | 53 | 98% | | | | 906 |
| CEN | | 25 | | | 1 | | | | | 26 |
| CIM | 1299 | 1364 | 105% | | 39 | | | | | 1403 |
| CIW | 499 | 438 | 88% | 85 | 56 | 66% | 20 | 19 | 95% | 513 |
| CMC | 1099 | 1025 | 93% | 634 | 625 | 99% | | | | 1650 |
| CMF | 599 | 517 | 86% | 391 | 407 | 104% | | | | 924 |
| COR | 949 | 1215 | 128% | 249 | 248 | 100% | | | | 1463 |
| CRC-M | 848 | 957 | 113% | | 1 | | | | | 958 |
| CTF | 845 | 1087 | 129% | | 4 | | | | | 1091 |
| CVSP | | 7 | | | 1 | | | | | 8 |
| DVI | 649 | 440 | 68% | | 14 | | | | | 454 |
| FOL | 599 | 630 | 105% | | 6 | | | | | 636 |
| HDSP | 699 | 768 | 110% | | 13 | | | | | 781 |
| ISP | | 16 | | | | | | | | 16 |
| KVSP | 1000 | 1333 | 133% | 96 | 88 | 92% | | | | 1421 |
| LAC | 1149 | 1317 | 115% | 374 | 368 | 98% | | | | 1685 |
| MCSP | 1149 | 1114 | 97% | 546 | 540 | 99% | | | | 1654 |
| NKSP | 799 | 1092 | 137% | | 57 | | | | | 1149 |
| PBSP | 349 | 261 | 75% | 66 | 70 | 106% | 128 | 115 | 90% | 446 |
| PVSP | 1499 | 1658 | 111% | | 4 | | | | | 1662 |
| RJD | 1199 | 1332 | 111% | 543 | 562 | 103% | | | | 1894 |
| SAC | 849 | 842 | 99% | 458 | 414 | 90% | 256 | 241 | 94% | 1497 |
| SATF | 1199 | 1563 | 130% | 264 | 276 | 105% | | | | 1839 |
| SCC | 499 | 481 | 96% | | 7 | | | | | 488 |
| SOL | 1199 | 1094 | 91% | | 9 | | | | | 1103 |
| SQ | 899 | 857 | 95% | 36 | 45 | 125% | | | | 902 |
| SVSP | 999 | 1154 | 116% | 264 | 222 | 84% | | | | 1376 |
| VSPW | 849 | 921 | 108% | 9 | 7 | 78% | | | | 928 |
| WSP | 1049 | 1099 | 105% | | 62 | | | | | 1161 |
| **TOTAL** | 26118 | 27615 | 106% | 4069 | 4215 | 104% | 404 | 375 | 93% | 32205 |

Health Care Placement Oversight Program
California Correctional Health Care Services

Printed Date:6/8/2012 9:07:04 AM
R1 Rev 2 - Page 2 of 6

Health Care Placement Oversight Program
California Correctional Health Care Services

| Group | | | CCCMS | | EOP | | | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Institution (2) | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Subtotal MH Pop | | |
| **Administrative Segregation Unit (ASU)** | | | | | | | | | |
| ASP ASU | | 43 | | | | | 43 | | |
| CAL ASU | | 2 | | | | | 2 | | |
| CCI ASU | | 85 | | | 1 | | 86 | | |
| CCWF ASU | | 30 | | | 1 | | 31 | | |
| CEN ASU | | 14 | | | 1 | | 15 | | |
| CIM ASU | | 98 | | | 2 | | 100 | | |
| CIW ASU | | 9 | | 10 | 7 | 70% | 16 | | |
| CMC ASU | | 42 | | 54 | 42 | 78% | 84 | | |
| CMF ASU | | 25 | | 58 | 43 | 74% | 68 | | |
| COR ASU | | 164 | | 99 | 82 | 83% | 246 | | |
| CTF ASU | | 42 | | | | | 42 | | |
| DVI ASU | | 60 | | | 3 | | 63 | | |
| FOL ASU | | 40 | | | 3 | | 43 | | |
| HDSP ASU | | 53 | | | 3 | | 56 | | |
| KVSP ASU | | 81 | | | 2 | | 83 | | |
| LAC ASU | | 165 | | 74 | 58 | 78% | 223 | | |
| MCSP ASU | | 64 | | 36 | 51 | 142% | 115 | | |
| NKSP ASU | | 28 | | | 3 | | 31 | | |
| PBSP ASU | | 107 | | | 6 | | 113 | | |
| PVSP ASU | | 145 | | | 1 | | 146 | | |
| RJD ASU | | 108 | | 63 | 61 | 97% | 169 | | |
| SAC ASU | | 101 | | 74 | 46 | 62% | 147 | | |
| SATF ASU | | 135 | | | 3 | | 138 | | |
| SCC ASU | | 44 | | | | | 44 | | |
| SOL ASU | | 80 | | 36 | 4 | 28% | 84 | | |
| SQ ASU | | 64 | | 72 | 10 | 54% | 74 | | |
| SVSP ASU | | 177 | | 9 | 39 | | 216 | | |
| VSPW ASU | | 35 | | | 6 | 67% | 41 | | |
| WSP ASU | | 36 | | | 5 | | 41 | | |

| Group | CCCMS | | | EOP | | | Subtotal MH Pop | Comments |
|---|---|---|---|---|---|---|---|---|
| | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | | |
| Institution (2) | | | | | | | | |
| **Administrative Segregation Unit (ASU)** | | | | | | | | |
| Group Total for ASU | | 2,077 | | 585 | 483 | 83% | 2,560 | |

Printed Date:6/8/2012 9:07:04 AM
R1 Rev 2 - Page 4 of 6

Health Care Placement Oversight Program
California Correctional Health Care Services

| Group | | CCCMS | | | EOP | | | Subtotal MH Pop | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Institution (2) | | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | | |
| **General Population (GP)** | | | | | | | | | |
| ASP | *II* | 1,099 | 1,072 | 98% | | 8 | | 1,080 | |
| CAL | *I/IV* + | | 17 | | | | | 17 | |
| CCC | *I/II/III* | | 3 | | | | | 3 | |
| CCI | *I/II/III/IV* * | 1,053 | 690 | 66% | | 1 | | 691 | |
| CCWF | | 745 | 681 | 91% | 54 | 52 | 96% | 733 | |
| CEN | *III* | | 11 | | | | | 11 | |
| CIM | *I* | 666 | 1,159 | 174% | | 27 | | 1,186 | |
| CIW | | 367 | 376 | 102% | 75 | 49 | 65% | 425 | |
| CMC | *I/II/III* | 1,099 | 983 | 89% | 580 | 583 | 101% | 1,566 | |
| CMF | *I/II/III* | 599 | 517 | 86% | 533 | 407 | 76% | 924 | |
| COR | *I/II/III/IV* + * | 499 | 606 | 121% | 150 | 163 | 109% | 769 | *SNY EOP=150 beds* |
| CRC-M | *II* | 848 | 957 | 113% | | 1 | | 958 | |
| CTF | *I/II* | 845 | 1,045 | 124% | | 4 | | 1,049 | |
| CVSP | *I/II* | | 7 | | | 1 | | 8 | |
| DVI | *I/II* | 85 | 108 | 127% | | | | 108 | |
| FOL | *III* | 599 | 590 | 98% | | 3 | | 593 | |
| HDSP | *I/II/IV* * | 608 | 675 | 111% | | 5 | | 680 | |
| ISP | *I/III* | | 16 | | | | | 16 | |
| KVSP | *I/IV* | 1,000 | 1,252 | 125% | 96 | 86 | 90% | 1,338 | *SNY EOP* |
| LAC | *I/III/IV* + | 1,000 | 1,152 | 115% | 300 | 310 | 103% | 1,462 | |
| MCSP | *I/II/III/IV* + | 1,149 | 1,050 | 91% | 510 | 489 | 96% | 1,539 | *SNY EOP* |
| NKSP | *I/III* | 80 | 166 | 208% | | 2 | | 168 | |
| PBSP | *I/IV* * | 349 | 143 | 41% | 66 | 64 | 97% | 207 | |
| PVSP | *I/III* | 1,499 | 1,513 | 101% | | 3 | | 1,516 | |
| RJD | *I/III* | 800 | 1,081 | 135% | 480 | 468 | 98% | 1,549 | *SNY EOP=150 beds* |
| SAC | *I/IV* * | 849 | 728 | 86% | 384 | 368 | 96% | 1,096 | |
| SATF | *I/II/IV* * | 1,199 | 1,428 | 119% | 264 | 273 | 103% | 1,701 | *SNY EOP=176 beds* |
| SCC | *I/II/III* | 499 | 437 | 88% | | 7 | | 444 | |
| SOL | *II/III* | 1,199 | 1,014 | 85% | | 5 | | 1,019 | |
| SQ | *I/II* | 350 | 633 | 181% | | 25 | | 658 | |

| Group | CCCMS | | | EOP | | | | Comments |
|---|---|---|---|---|---|---|---|---|
| Institution (2) | Capacity | Current Pop | % of Capacity | Capacity | Current Pop | % of Capacity | Subtotal MH Pop | |
| **General Population (GP)** | | | | | | | | |
| SVSP * | 999 | 977 | 98% | 192 | 183 | 95% | 1,160 | |
| VSPW | 687 | 886 | 129% | | 1 | | 887 | |
| WSP | 105 | 84 | 80% | | | | 84 | |
| **Group Total for GP** | 20,876 | 22,057 | 106% | 3,484 | 3,588 | 103% | 25,645 | |
| **Reception Center (RC)** | | | | | | | | |
| CCWF-RC | 154 | 142 | 92% | | | | 142 | |
| CIM-RC | 633 | 107 | 17% | | 10 | | 117 | |
| DVI-RC | 564 | 272 | 48% | | 11 | | 283 | |
| HDSP-RC | 91 | 40 | 44% | | 5 | | 45 | |
| NKSP-RC | 719 | 898 | 125% | | 52 | | 950 | |
| RJD-RC | 399 | 143 | 36% | | 33 | | 176 | |
| SQ-RC | 549 | 160 | 29% | | 10 | | 170 | |
| WSP-RC | 944 | 979 | 104% | | 57 | | 1,036 | |
| **Group Total for RC** | 4,053 | 2,741 | 68% | | 178 | | 2,919 | |
| **Security Housing Unit (SHU)** | | | | | | | | |
| CCI-SHU | 130 | 243 | 187% | | 6 | | 249 | |
| CIW SHU | | 53 | | | | | 53 | |
| COR-SHU | 450 | 445 | 99% | | 3 | | 448 | |
| PBSP SHU | | 11 | | | | | 11 | |
| SAC SHU | | 13 | | | | | 13 | |
| **Group Total for SHU** | 580 | 765 | 132% | | 9 | | 774 | |

**Report Footnotes**
(1) EOP, ASU-EOP, and PSU may not reflect actual program vacancies because beds can be held vacant for inmate-patients temporarily housed in MHCB and OHU.
(2) " + " is a 270 Design Facility. " * " is a 180 Design Facility.

Exhibit QQ



Exhibit RR

# California Department of Corrections and Rehabilitation



## Offender
# Data Points

*Offender Demographics for the 24-month period, ending June 2017*

*Prepared by the Office of Research, Division of Internal Oversight and Research*



| In Custody Population | JUN 2015 | 128,900 |
|---|---|---|
| | JUN 2016 | 128,643 |
| | JUN 2017 | 131,260 |

Month-end Total

*Data Source: Offender Based Information System (OBIS)/Strategic Offender Management System (SOMS)*



Prop 184 - Increased Sentences. Repeat Offenders (1994)

Senate Bill 1555 - Crimes. (1988) (Street Terrorism Enforcement and Prevention Act)

Senate Bill 42 - Imprisonment. (1976) (Uniform Determinate Sentencing Act of 1976)

*(End of Month Data)*

▨ Total Population



**Offender Demographics and Census**    In Custody Specialized Bed Populations

| Month-end Total / % of Total Population | JUN 2015 | | JUN 2016 | | JUN 2017 | |
|---|---|---|---|---|---|---|
| Administrative Segregation Unit (ASU) | 4,369 | 3.4% | 2,837 | 2.2% | 2,701 | 2.1% |
| Short Term Restricted Housing (STRH)* | 236 | 0.2% | 944 | 0.7% | 960 | 0.7% |
| Protective Housing Unit (PHU) | 10 | 0.0% | 6 | 0.0% | 7 | 0.0% |
| Psychiatric Services Unit (PSU) | 395 | 0.3% | 309 | 0.2% | 230 | 0.2% |
| Security Housing Unit (SHU) | 3,018 | 2.3% | 1,165 | 0.9% | 579 | 0.4% |
| Long Term Restricted Housing (LTRH)* | 77 | 0.1% | 127 | 0.1% | 118 | 0.1% |
| Total Offenders in Specialized Beds | 8,105 | 6.3% | 5,388 | 4.2% | 4,595 | 3.5% |

*Data Source: SOMS*



* The STRH and the LTRH house Correctional Clinical Case Management System (CCCMS) offenders who get extra time outside of their cell.



**OFFICE OF RESEARCH**

Exhibit SS

California Department of Corrections and
Rehabilitation

# OFFENDER DATA POINTS FOR THE 24-MONTH PERIOD ENDING IN JUNE 2018

January 2019

Division of Correctional Policy Research and Internal Oversight
Office of Research





| In-Custody Population | JUN 2016 | 128,643 |
| | JUN 2017 | 131,260 |
| | JUN 2018 | 129,417 |
| | | Month-end Total |



*Data Source: Offender Based Information System (OBIS)/Strategic Offender Management System (SOMS)*

*(End of Month Data)*

☐ Total Population

**Offender Demographics and Census**    **In-Custody Specialized Bed Populations**

| Month-end Total / % of Total Population | JUN 2016 | | JUN 2017 | | JUN 2018 | |
|---|---|---|---|---|---|---|
| Administrative Segregation Unit (ASU) | 2,837 | 2.2% | 2,701 | 2.1% | 2,732 | 2.1% |
| Short Term Restricted Housing (STRH)* | 944 | 0.7% | 960 | 0.7% | 978 | 0.8% |
| Protective Housing Unit (PHU) | 6 | 0.0% | 7 | 0.0% | 7 | 0.0% |
| Psychiatric Services Unit (PSU) | 309 | 0.2% | 230 | 0.2% | 204 | 0.2% |
| Security Housing Unit (SHU) | 1,165 | 0.9% | 579 | 0.4% | 532 | 0.4% |
| Long Term Restricted Housing (LTRH)* | 127 | 0.1% | 118 | 0.1% | 93 | 0.1% |
| Total Offenders in Specialized Beds | 5,388 | 4.2% | 4,595 | 3.5% | 4,546 | 3.5% |

*Data Source: SOMS*



* The STRH and the LTRH house Correctional Clinical Case Management System (CCCMS) offenders who get extra time outside of their cell.



Exhibit TT

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
**STATEWIDE MENTAL HEALTH PROGRAM**
P.O. Box 588500
Elk Grove, California  95758



July 9, 2019

Matthew A. Lopes, Jr. Esquire                    via:  Elise Owens Thorn, Esquire
Office of the Special Master                            Deputy Attorney General
Pannone Lopes Devereaux & O'Gara LLC                   Department of Justice
Northwoods Office Park                                  1300 I Street, Suite 125
1301 Atwood Avenue, Suite 215 N                        P.O. Box 944255
Johnston, RI  02919                                    Sacramento, CA  94244-2550

**RE:** ***COLEMAN*** **MONTHLY REPORT OF INFORMATION REQUESTED AND RESPONSE TO JANUARY 19, 1999, COURT ORDER REGARDING STAFF VACANCIES**

Dear Mr. Lopes:

Enclosed is the *Coleman* Monthly Report reflective of May, 2019, data (or as otherwise noted).  The following is the list of enclosures:

1. California Department of Corrections and Rehabilitation (CDCR) Staffing Report.
    a. Mental Health Executive Summary.
    b. Mental Institution Vacancy by Classification.
    c. Mental Institution Vacancies Summary by Classification.
    d. Mental Health Month to Month Registry Usage.
    e. Mental Health Six-Month Vacancy Summary.
    f. Mental Health Program Institution Vacancies-Summary by Classification.
    g. Statewide Mental Health Program Compliance Summary Report.
    h. Enhanced Outpatient Administrative Segregation Unit (EOP ASU) Case Manager Positions and Vacancies.
    i. Mental Health Hiring Progress Report.
    j. Mental Health Statewide Hire Tracking Summary -- Clinical Positions Only.
    k. Mental Health Telepsych Allocated and Filled Positions Report.
    l. Psychiatric Inpatient Program (PIP) Staffing Data.
    m. Department of State Hospitals (DSH) Staffing Data.

2. Reception Center Monthly Reports.
    a. Reception Center Mental Health Screening Report.
    b. Reception Center Transfer Timelines Report.

3. Continuous Length of Stay Counts for Mental Health Services Delivery Systems (MHSDS) ASU, Secured Housing Unit (SHU), and Psychiatric Services Unit (PSU) report.

Matthew A. Lopes, Jr. Esquire
Page 2


4. EOP Inmates Waiting Transfers to PSU.

5. EOP ASU Hub Trends.

6. Population and Census Reports.
    a. Health Care Placement Oversight Program (HCPOP) Information Report,
       Summary of Mental Health Population by Institution and Level of Care (H-1).
    b. MHSDS Management Information Summary (MIS).
    c. Weekly EOP/Outpatient Psychiatric Program Report.

7. Mental Health Crisis Bed (MHCB) Reports.
    a.  MHCB Referrals report.
    b.  MHCB Stays report.
    c.  MHCB Wait List.

8. DSH and Inpatient Program Referral Reports.
    a. Referrals for Transfer to Inpatient Programs Report.
    b. DSH Monthly Report of CDCR Patients in DSH Hospitals, Summary of PC 2684s
       Report.

9. Milestone Credits Report.

10. Work Assignments Report.

11. Out of Level Housing Report.

If you have any questions, please contact me at (916) 691-0296.

Sincerely,

*Kate Tebrock*

KATHERINE TEBROCK, ESQUIRE
Deputy Director, Statewide Mental Health Program
California Department of Corrections and Rehabilitation

Enclosures

cc:   Mohamedu F., Jones, Esq., *Coleman* Deputy Special Master
      Kerry F. Walsh, Esq., *Coleman* Deputy Special Master
      Jeffrey L. Metzner, M.D., *Coleman* Expert
      Kerry C. Hughes, M.D., *Coleman* Expert

Matthew A. Lopes, Jr. Esquire
Page 3

Mary Perrien, Ph.D., *Coleman* Expert
Henry A. Dlugacz, Esq., *Coleman* Expert
Patricia Williams, Esq., *Coleman* Monitor
Patrick McKinney, Esq., Office of Legal Affairs, CDCR
Nicholas Weber, Esq, Office of Legal Affairs, CDCR
Michael Bien, Esq., Rosen, Bien and Galvan
Donald Specter, Esq., Prison Law Office
Steve Fama, Esq., Prison Law Office
Brittany Brizendine, Psy.D, Assistant Deputy Director, Statewide Mental Health Program, Division of Healthcare Services (DHCS)
Angela Ponciano, Associate Director, Statewide Mental Health Program, DHCS
Laura Ceballos, Ph.D., Mental Health Administrator, Inpatient Facilities and Quality Improvement, Statewide Mental Health Program, DHCS
Wendy Worrell, Psy.D, Chief Psychologist, Quality Management and Informatics (A), Statewide Mental Health Program, DHCS
Teresa Owens, Health Program Specialist I, Quality Management, Statewide Mental Health Program, DHCS

**MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS)**
**MANAGEMENT INFORMATION SUMMARY (MIS) REPORT**

| Level of Care | Housing Program | MALES | | | FEMALES | | |
|---|---|---|---|---|---|---|---|
| | | Capacity | Census[1] | Awaiting Placement[2] | Capacity | Census[1] | Awaiting Placement[2] |
| **Correctional Clinical Case Management System (CCCMS)** | | **27,000** | **25,646** | | **2,250** | **2,236** | |
| CCCMS | Reception Center (RC) | | 2,388 | | | 217 | |
| | General Population (GP) | | 21,302 | | | 1,859 | |
| | Enhanced Outpatient Program (EOP) | | 85 | | | 0 | |
| | Mental Health Crisis Bed (MHCB) | | 6 | | | 0 | |
| | Psychiatric Inpatient Program (PIP) | | 2 | | | 0 | |
| | Specialized Medical Beds Housing | | 543 | | | 22 | |
| | Administrative Segregation Unit (ASU) | | 259 | | | 84 | |
| | Condemned | | 149 | | | 14 | |
| | Long Term Restricted Housing Unit (LTRH) | 130 | 118 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 3 | | | 0 | |
| | Psychiatric Services Unit (PSU) | | 61 | | | 0 | |
| | Security Housing Unit (SHU) | | 5 | | | 40 | |
| | Short Term Restricted Housing Unit (STRH) | 1,125 | 725 | | | 0 | |
| **Enhanced Outpatient Program (EOP)** | | **7,385** | **6,285** | | **225** | **158** | |
| EOP | Reception Center (RC) | | 166 | | | 0 | |
| | General Population (GP) | | 76 | | | 36 | |
| | Enhanced Outpatient Program (EOP) | 6,564 | 5,212 | | 195 | 108 | |
| | Mental Health Crisis Bed (MHCB) | | 20 | | | 0 | |
| | Psychiatric Inpatient Program (PIP) | | 18 | | | 0 | |
| | Specialized Medical Beds Housing | | 188 | | | 5 | |
| | Administrative Segregation Unit (ASU) | 585 | 399 | 47 | 20 | 5 | 0 |
| | Condemned | | 35 | | | 0 | |
| | Long Term Restricted Housing Unit (LTRH) | | 0 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 0 | | | 0 | |
| | Psychiatric Services Unit (PSU) | 236 | 141 | 19 | 10 | 4 | 0 |
| | Security Housing Unit (SHU) | | 0 | | | 0 | |
| | Short Term Restricted Housing Unit (STRH) | | 30 | | | 0 | |

| Level of Care | Capacity | Census[1] | Awaiting Placement[2] | Capacity | Census[1] | Awaiting Placement[2] |
|---|---|---|---|---|---|---|
| **Mental Health Crisis Bed (MHCB)** | **434** | **287** | **12** | **41** | **30** | **3** |
| **Psychiatric Inpatient Programs:** | | | | | | |
| **Intermediate Care Facility (ICF)** | **1,136** | **859** | **72** | | | |
| Low Custody | 390 | 243 | 29 | | | |
| *Atascadero State Hospital (ASH)* | 256 | 133 | 19 | | | |
| *Coalinga State Hospital (CSH)* | 50 | 38 | 0 | | | |
| *California Medical Facility (CMF)* | 84 | 72 | 10 | | | |
| High Custody | 746 | 616 | 43 | | | |
| *California Health Care Facility (CHCF)* | 300 | 280 | 2 | | | |
| *CMF Single Cells* | 130 | 118 | 4 | | | |
| *CMF Multi Cells* | 70 | 49 | 14 | | | |
| *SVPP Single Cells* | 202 | 136 | 14 | | | |
| *Salinas Valley Psychiatric Program (SVPP) Multi Cells* | 44 | 33 | 9 | | | |
| **Acute Psychiatric Program (APP)** | **396** | **330** | **22** | | | |
| ASH | 0 | 0 | 0 | | | |
| CHCF | 214 | 189 | 11 | | | |
| CMF | 182 | 141 | 11 | | | |
| **Psychiatric Inpatient Program (PIP)** | **33** | **26** | **0** | **75** | **46** | **1** |
| California Institution for Women (CIW) | | | | 45 | 37 | 0 |
| Patton State Hospital (PSH) | | | | 30 | 9 | 1 |
| San Quentin (SQ) | 33 | 26 | 0 | | | |
| **Penal Code 2974s (Parolees)[5]** | | **3** | | | | |
| Metro State Hospital (MSH) | | 0 | | | | |
| Napa State Hospital (NSH) | | 3 | | | | |
| Patton State Hospital (PSH) | | 0 | | | | |
| **TOTALS (excluding Parolees)** | **36,384** | **33,433** | **172** | **2,591** | **2,470** | **4** |

| | Total Capacity | Total Census[1] | Total Awaiting Placement[2] | Total Over Timeframes[3] | CENSUS PERCENTAGES | |
|---|---|---|---|---|---|---|
| | | | | | % MHSDS | % CDCR[4] |
| CCCMS | 29,250 | 27,882 | | | 77.66% | 22.17% |
| EOP | 6,759 | 5,894 | | | 16.42% | 4.69% |
| EOP-ASU & NDS | 605 | 404 | 47 | 2 | 1.13% | 0.32% |
| PSU | 246 | 145 | 19 | 1 | 0.40% | 0.12% |
| MHCB | 475 | 317 | 15 | 0 | 0.88% | 0.25% |
| PSYCHIATRIC INPATIENT | 1,640 | 1,261 | 95 | 2 | 3.51% | 1.00% |
| **GRAND TOTAL** | **38,975** | **35,903** | **176** | **5** | **100.00%** | **28.55%** |

[1] Census sources: HCODS for CCCMS, EOP; HEART for MHCB; RIPA reports for ICF, APP, and PIP programs.

[2] Awaiting Placement = The sum of inmates waiting to be placed in a bed at a specific level of care. Those awaiting placement to ICF, APP, and PIP include referrals that have been custodially reviewed by HCPOP and are awaiting bed availability, inpatient program acceptance, or transfer to the inpatient program as of the reporting date (based on the Referrals to Inpatient Programs Application (RIPA)).

[3] Total Over Timeframes = The number of referrals that are beyond Mental Health Program Guide transfer timeframes: EOP-ASU includes cases in non-hubs waiting > 30 days, PSU includes cases with an original CSR endorsement date > 60 days, MHCB includes referrals > 24 hours, Psychiatric Inpatient includes Intermediate referrals > 30 days and Acute referrals > 10 days.

[4] CDCR pop as of 6/12/19 (OISB). Based on Total In-State Institution Population and Out of State (COCF).

[5] Census numbers are tracked and updated by Department of State Hospital (DSH).