XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7325
 Fax: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION J. POWELL IN SUPPORT OF DEFENDANTS' RESPONSE TO THE JULY 2, 20202 ORDER** |

I, Jay Powell, declare:

1. I am the Correctional Administrator for the Health Care Placement Oversight Program (HCPOP), Corrections Services division of the California Correctional Health Care Services. I make this declaration to support Defendants' response to the Court's July 2, 2020 order. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

1

2. I was appointed as HCPOP's Correctional Administrator of the Health Care Placement Oversight Program on May 1, 2018. I am familiar with the numerous and complex policies and procedures that govern the movement of inmates within the mental health care delivery system. I supervise and direct HCPOP's activities. This program area is responsible for managing and tracking the statewide movement of inmates into and out of designated health care beds, including oversight of tracking, endorsing, and managing movement of CDCR patients into and out of Department of State Hospitals (DSH).

3. Attached as Exhibits A and B are true copies of CDCR's Summary of Population by Institution and Level of Care report (also referred to as the H1 report) as of July 15 and March 18, 2020, respectively, which were prepared by my staff at HCPOP. As the footnotes on each report note, the source of the H1 report is Health Care Offender Data Store (HCODS). The report provides information for a specific date and time noted by the report's time stamp. The report shows the operational capacity, design capacity, population number, occupied percentage, and the vacant number of beds at each mental health level of care, including the Correctional Clinical Case Management System (CCCMS), Enhanced Outpatient Program (EOP), Mental Health Crisis Bed (MHCB), Intermediate Care Facility (ICF), and Acute Psychiatric Program (APP). The definitions for operational capacity, population, percent occupied, and vacancy rate are all provided on the report.

4. Attached as Exhibit C is a report prepared by my staff at HCPOP based on data contained in computer data applications called the HCPOP Endorsement and Referrals Tracking (HEART) and the Referrals to Inpatient Program Application (RIPA) as well as HCODS. The report shows the number of mental health patient movements for 2018 and 2019 from each level of care (CCCMS, EOP, MHCB, APP, and ICF) to inpatient beds (APP and ICF) and to crisis beds (MHCB). The applications store numerous data points in the life cycle of each referral type. These data points are validated against secondary sources such as the Strategic Offender Management System, the Electronic Health Record System, and email correspondence.

5. Based on the data in Exhibit C, 5,635 EOP patients transferred to a MHCB in 2018, and 4,768 EOP patients transferred to a MHCB in 2019. Exhibit C also shows 449 EOP patients

2

Decl. J. Powell Supp. Defs.' Resp. July 2, 2020 Order  (2:90-cv-00520 KJM-DB (PC))

transferred to Psychiatric Inpatient Program beds in 2018 and 507 EOP patients transferred to Psychiatric Inpatient Program beds in 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Elk Grove, California on July 15, 2020.

Jay Powell
Correctional Administrator
Health Care Placement Oversight Program
(original signature retained by attorney)

3

Decl. J. Powell Supp. Defs.' Resp. July 2, 2020 Order  (2:90-cv-00520 KJM-DB (PC))

# Exhibit A

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE (H1)

**CONFIDENTIAL**

Data Refreshed: 7/15/20 6:07 AM

## Mental Health Summary by Level of Care

| Institution | CCCMS Operational Capacity | CCCMS Population | CCCMS % Occupied | CCCMS Vacant Beds | EOP GP | EOP ASU | EOP PSU | EOP Population | EOP % Occupied | EOP Vacant Beds | MHCB Design Capacity | MHCB Population | MHCB % Occupied | MHCB Vacant Beds | ICF Design Capacity | ICF Population | ICF % Occupied | ICF Vacant Beds | APP Design Capacity | APP Population | APP % Occupied | APP Vacant Beds | Total MH Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 1,100 | 956 | 87% | 144 | | | | 6 | | -6 | | 1 | | -1 | | | | | | 1 | | -1 | 964 |
| CAL | | 16 | | -16 | | | | 1 | | -1 | | 2 | | -2 | | | | | | | | | 19 |
| CCC | | 2 | | -2 | | | | | | | | | | | | | | | | | | | 2 |
| CCI | 1,850 | 1,323 | 72% | 527 | | | | 12 | | -12 | | 3 | | -3 | | | | | | | | | 1,338 |
| CEN | | 19 | | -19 | | | | | | | | | | | | | | | | | | | 19 |
| CHCF | 550 | 643 | 117% | -93 | 375 | 50 | | 578 | 136% | -153 | 95 | 9 | 9% | 86 | 356 | 362 | 102% | -6 | 161 | 82 | 51% | 79 | 1,674 |
| CIM | 1,050 | 896 | 85% | 154 | | | | 35 | | -35 | 34 | 4 | 12% | 30 | | 18 | | -18 | | 7 | | -7 | 960 |
| CMC | 750 | 674 | 90% | 76 | 552 | 100 | | 580 | 89% | 72 | 50 | 15 | 30% | 35 | | 16 | | -16 | | 9 | | -9 | 1,294 |
| CMF | 600 | 459 | 77% | 141 | 391 | 58 | | 498 | 111% | -49 | 50 | 11 | 22% | 39 | 257 | 233 | 91% | 24 | 207 | 172 | 83% | 35 | 1,373 |
| COR | 1,000 | 1,093 | 109% | -93 | 366 | 100 | | 257 | 55% | 209 | 24 | 7 | 29% | 17 | | 8 | | -8 | | 15 | | -15 | 1,380 |
| CRC | 1,150 | 1,048 | 91% | 102 | | | | 2 | | -2 | | | | | | | | | | | | | 1,050 |
| CTF | 1,500 | 1,274 | 85% | 226 | | | | 8 | | -8 | | 4 | | -4 | | | | | | | | | 1,286 |
| CVSP | | 2 | | -2 | | | | | | | | | | | | | | | | | | | 2 |
| DVI | 500 | 330 | 66% | 170 | | | | | | | | | | | | | | | | | | | 330 |
| FOL | 500 | 498 | 100% | 2 | | | | 7 | | -7 | | 1 | | -1 | | | | | | | | | 506 |
| HDSP | 1,050 | 1,042 | 99% | 8 | | | | 11 | | -11 | 10 | 4 | 40% | 6 | | 1 | | -1 | | | | | 1,058 |
| ISP | 0 | 22 | | -22 | | | | 1 | | -1 | | 2 | | -2 | | | | | | | | | 25 |
| KVSP | 900 | 1,007 | 112% | -107 | 96 | | | 127 | 132% | -31 | 12 | 4 | 33% | 8 | | 6 | | -6 | | 2 | | -2 | 1,146 |
| LAC | 1,000 | 759 | 76% | 241 | 600 | 100 | | 543 | 78% | 157 | 12 | 4 | 33% | 8 | | 30 | | -30 | | 11 | | -11 | 1,347 |
| MCSP | 1,350 | 1,478 | 109% | -128 | 774 | 50 | | 668 | 81% | 156 | 8 | 5 | 63% | 3 | | 8 | | -8 | | 7 | | -7 | 2,166 |
| NKSP | 1,000 | 407 | 41% | 593 | | | | 13 | | -13 | 10 | 3 | 30% | 7 | | 1 | | -1 | | 2 | | -2 | 426 |
| PBSP | 300 | 268 | 89% | 32 | | | | 3 | | -3 | 10 | | | 10 | | | | | | | | | 271 |
| PVSP | 700 | 498 | 71% | 202 | | | | 7 | | -7 | 6 | | | 6 | | | | | | | | | 505 |
| RJD | 1,500 | 1,319 | 88% | 181 | 894 | 63 | | 833 | 87% | 124 | 14 | 12 | 86% | 2 | | 11 | | -11 | | 4 | | -4 | 2,179 |
| SAC | 500 | 473 | 95% | 27 | 642 | 64 | 172 | 729 | 83% | 149 | 44 | 21 | 48% | 23 | | 23 | | -23 | | 29 | | -29 | 1,275 |
| SATF | 2,000 | 1,770 | 89% | 230 | 660 | | | 516 | 78% | 144 | 20 | 5 | 25% | 15 | | 11 | | -11 | | 8 | | -8 | 2,310 |
| SCC | 400 | 509 | 127% | -109 | | | | 1 | | -1 | 1 | | | -1 | | | | | | | | | 511 |
| SOL | 1,000 | 641 | 64% | 359 | | | | 7 | | -7 | 9 | 1 | 11% | 8 | | | | | | 1 | | -1 | 650 |
| SQ | 1,250 | 861 | 69% | 389 | 200 | | | 257 | 129% | -57 | 0 | 4 | | -4 | 31 | 28 | 90% | 3 | 9 | 3 | 33% | 6 | 1,153 |
| SVSP | 850 | 824 | 97% | 26 | 396 | | | 369 | 93% | 27 | 10 | 2 | 20% | 8 | 246 | 201 | 82% | 45 | | | | | 1,396 |
| VSP | 1,350 | 1,043 | 77% | 307 | 372 | | | 324 | 87% | 48 | | 3 | | -3 | | | | | | 1 | | -1 | 1,371 |
| WSP | 1,300 | 736 | 57% | 564 | | | | 24 | | -24 | 6 | 1 | 17% | 5 | | 2 | | -2 | | 3 | | -3 | 766 |
| DSH-ASH | | 1 | | -1 | | | | 3 | | -3 | | 1 | | -1 | 256 | 214 | 84% | 42 | | 3 | | -3 | 222 |
| DSH-CSH | | | | | | | | | | | | | | | 50 | 44 | 88% | 6 | | 1 | | -1 | 45 |
| **Male Subtotal** | **27,000** | **22,891** | **85%** | **4,109** | **6,318** | **585** | **172** | **6,420** | **91%** | **655** | **424** | **130** | **31%** | **294** | **1,196** | **1,217** | **102%** | **-21** | **377** | **361** | **96%** | **16** | **31,019** |
| CCWF | 1,350 | 1,132 | 84% | 218 | 120 | 10 | | 102 | 78% | 28 | 12 | 7 | 58% | 5 | | 1 | | -1 | | 2 | | -2 | 1,244 |
| CIW | 750 | 622 | 83% | 128 | 75 | 10 | 10 | 47 | 49% | 48 | 29 | 8 | 28% | 21 | 45 | 29 | 64% | 16 | | 1 | | -1 | 707 |
| FWF | 150 | 97 | 65% | 53 | | | | 1 | | -1 | | | | | | | | | | | | | 98 |
| DSH-PSH | | 1 | | -1 | | | | 2 | | -2 | | | | | 30 | 10 | 33% | 20 | | | | | 13 |
| **Female Subtotal** | **2,250** | **1,852** | **82%** | **398** | **195** | **20** | **10** | **152** | **68%** | **73** | **41** | **15** | **37%** | **26** | **75** | **40** | **53%** | **35** | **0** | **3** | | **-3** | **2,062** |
| **Grand Total** | **29,250** | **24,743** | **85%** | **4,507** | **6,513** | **605** | **182** | **6,572** | **90%** | **728** | **465** | **145** | **31%** | **320** | **1,271** | **1,257** | **99%** | **14** | **377** | **364** | **97%** | **13** | **33,081** |

**NOTES:**

1. This report provides operational capacities, population, and vacant beds detail by mental health level of care and institution. Level of care is based on Current Mental Health level of care code in SOMS. For each level of care, a summary of patients by SOMS housing program and institution is provided. Data Source is HCODS, as of the "Data Refreshed" time stamp.

2. Definitions:
   - Operational Capacity = indicates the number of beds available in the program based on factors such as treatment space and staffing, as determined by CCHCS headquarters.
   - Design Capacity = indicates the total number of beds available in the program Determined by Facility Planning, Construction, & Management.
   - Population = total census per SOMS as of the "Data Refreshed" time stamp shown on the report.
   - % Occupied = ([Population] / [Operational Capacity]) x 100.
   - Vacant Beds = the number of beds available after subtracting the Population from the Operational Capacity.
   - The "PIP" column in the "Psychiatry Inpatient Program (PIP) Housing" refers to programs that have the ability to provide multiple levels of care.

3. PIP capacities:
   - SQ PIP is for male condemned patients only, and has a total capacity of 30 beds reflected under ICF capacity. It is noted that these are flex beds that can accommodate ICF, APP, and MHCB level of care.
   - CIW PIP has a total capacity of 45 beds reflected under ICF capacity. It is noted that these are flex beds that can accomodate ICF and APP level of care.
   - DSH-PSH has a total capacity of 30 beds reflected under ICF capacity. It is noted that these are flex beds that can accomodate ICF and APP level of care.

4. Housing Groups:
   *GP Housing Group census includes patients in the following housing programs: Camp Program Beds, Debrief Processing Unit, Family Visiting, Fire House, General Population, Institution Hearing Program, Minimum Security Facility, Non-Designated Program Facility, Protective Housing Unit, Restricted Custody General Population, Sensitive Needs Yard, SNY Fire House, SNY, MSF, Transitional Housing Unit, Unkown, Varied Use and Work Crew.

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

| Data Refreshed: | 7/15/20 6:07 AM |
|---|---|

| Correctional Clinical Case Management System (CCCMS) Level of Care Population by Housing Program ||||||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Psychiatric Inpatient Program (PIP) Housing ||| Specialized Medical Beds Housing ||| Segregated Housing ||||| |
| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | Total CCCMS Population |
| ASP | | 953 | | | | | | | | 3 | | | | | | | | 956 |
| CAL | | 9 | | | | | | | | | 7 | | | | | | | 16 |
| CCC | | | | | | | | | | 2 | | | | | | | | 2 |
| CCI | | 1,270 | | | | | | | | | 53 | | | | | | | 1,323 |
| CEN | | 14 | | | | | | | | | 5 | | | | | | | 19 |
| CHCF | | 211 | 17 | 1 | 1 | | | 153 | | 253 | 7 | | | | | | | 643 |
| CIM | 89 | 733 | | | | | | | | 14 | 60 | | | | | | | 896 |
| CMC | | 654 | | | | | | 3 | | 17 | | | | | | | | 674 |
| CMF | | 418 | 1 | | | | | 14 | 5 | 12 | 9 | | | | | | | 459 |
| COR | | 875 | 6 | | | | | 10 | | 6 | 1 | | 114 | | | | 81 | 1,093 |
| CRC | | 1,046 | | | | | | | | 2 | | | | | | | | 1,048 |
| CTF | | 1,252 | | | | | | | | 7 | 15 | | | | | | | 1,274 |
| CVSP | | 1 | | | | | | | | | 1 | | | | | | | 2 |
| DVI | 103 | 191 | | | | | | | | 10 | 26 | | | | | | | 330 |
| FOL | | 480 | | | | | | | | | 18 | | | | | | | 498 |
| HDSP | | 991 | | | | | | 7 | | | | | | | | | 44 | 1,042 |
| ISP | | 22 | | | | | | | | | | | | | | | | 22 |
| KVSP | | 909 | 1 | | | | | 3 | | | | | | | | | 94 | 1,007 |
| LAC | | 636 | 17 | | | | | | | | 2 | | | | | | 104 | 759 |
| MCSP | | 1,431 | 21 | | | | | | | | 26 | | | | | | | 1,478 |
| NKSP | 217 | 171 | | | | | | 4 | | | 15 | | | | | | | 407 |
| PBSP | | 220 | | | | | | | | | | | | | | | 48 | 268 |
| PVSP | | 485 | | | | | | | | | | | | | | | 13 | 498 |
| RJD | | 1,266 | 5 | | | | | 2 | | | 46 | | | | | | | 1,319 |
| SAC | | 335 | 28 | | | | | 1 | | | 1 | | 32 | | 9 | | 67 | 473 |
| SATF | | 1,715 | 1 | | | | | 6 | | | | | | | | | 48 | 1,770 |
| SCC | | 496 | | | | | | | | 1 | 12 | | | | | | | 509 |
| SOL | | 612 | | | | | | 1 | | | 28 | | | | | | | 641 |
| SQ | 143 | 525 | | | | | 1 | 4 | | | 49 | 139 | | | | | | 861 |
| SVSP | | 737 | 5 | | | | | 5 | | | 6 | | | | | | 71 | 824 |
| VSP | | 1,018 | | | | | | | | 11 | 14 | | | | | | | 1,043 |
| WSP | 578 | 137 | | | | | | 3 | | | 18 | | | | | | | 736 |
| DSH-ASH | | 1 | | | | | | | | | | | | | | | | 1 |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | 1,130 | 19,814 | 102 | 1 | 1 | 0 | 1 | 216 | 5 | 321 | 436 | 139 | 146 | 0 | 9 | 0 | 570 | 22,891 |
| CCWF | 112 | 922 | | | | | | 18 | | | 66 | 14 | | | | | | 1,132 |
| CIW | | 587 | | | | | | 3 | | 7 | 10 | | | | | 15 | | 622 |
| FWF | | 97 | | | | | | | | | | | | | | | | 97 |
| DSH-PSH | | 1 | | | | | | | | | | | | | | | | 1 |
| *Female Subtotal* | 112 | 1,607 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 7 | 76 | 14 | 0 | 0 | 0 | 15 | 0 | 1,852 |
| *Grand Total* | 1,242 | 21,421 | 102 | 1 | 1 | 0 | 1 | 237 | 5 | 328 | 512 | 153 | 146 | 0 | 9 | 15 | 570 | 24,743 |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 7/15/20 6:07 AM

## Enhanced Outpatient Program (EOP) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Psychiatric Inpatient Program (PIP) Housing ||| Specialized Medical Beds Housing ||| Segregated Housing |||||| Total EOP Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | |
| ASP | | 5 | | | | | | | | 1 | | | | | | | | 6 |
| CAL | | 1 | | | | | | | | | | | | | | | | 1 |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | 11 | | | | | | | | | 1 | | | | | | | 12 |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | 397 | 7 | 1 | 21 | | 42 | | 88 | 22 | | | | | | | 578 |
| CIM | 30 | 1 | | | | | | | | | 4 | | | | | | | 35 |
| CMC | | 1 | 521 | 1 | | | | 2 | | | 55 | | | | | | | 580 |
| CMF | | 1 | 428 | 7 | 2 | 2 | | 12 | 2 | 5 | 39 | | | | | | | 498 |
| COR | | 1 | 186 | | | | | 18 | | 3 | 49 | | | | | | | 257 |
| CRC | | 2 | | | | | | | | | | | | | | | | 2 |
| CTF | | 8 | | | | | | | | | | | | | | | | 8 |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | | | | | | | | | | | | | | | | | | |
| FOL | 7 | 6 | | | | | | | | | 1 | | | | | | | 7 |
| HDSP | | 4 | | | | | | | | | | | | | | | 7 | 11 |
| ISP | | 1 | | | | | | | | | | | | | | | | 1 |
| KVSP | | 3 | 96 | | | | | 2 | | | | | | | | | 26 | 127 |
| LAC | | | 474 | | | | | 1 | | | 68 | | | | | | | 543 |
| MCSP | | | 616 | | | | | 1 | | | 51 | | | | | | | 668 |
| NKSP | 10 | | | | | | | | | | 3 | | | | | | | 13 |
| PBSP | | 3 | | | | | | | | | | | | | | | | 3 |
| PVSP | | 7 | | | | | | | | | | | | | | | | 7 |
| RJD | | | 769 | | | | | 5 | | | 59 | | | | | | | 833 |
| SAC | | | 541 | 1 | | | | | | | 67 | | | | 120 | | | 729 |
| SATF | | 16 | 479 | | | | | 7 | | | | | | | | | 14 | 516 |
| SCC | | 1 | | | | | | | | | | | | | | | | 1 |
| SOL | | 1 | | 3 | | | | | | | 3 | | | | | | | 7 |
| SQ | 15 | 40 | 120 | | | | | 1 | | | 17 | 64 | | | | | | 257 |
| SVSP | | 23 | 304 | | | 5 | | 1 | | | | | | | | | 36 | 369 |
| VSP | | 10 | 312 | | | | | | | | 2 | | | | | | | 324 |
| WSP | 19 | | | | | | | 2 | | | 3 | | | | | | | 24 |
| DSH-ASH | | | 1 | | | 2 | | | | | | | | | | | | 3 |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | 74 | 146 | 5,244 | 19 | 3 | 30 | 0 | 94 | 2 | 97 | 444 | 64 | 0 | 0 | 120 | 0 | 83 | 6,420 |
| CCWF | 2 | 30 | 63 | | | | | 1 | | | 6 | | | | | | | 102 |
| CIW | | | 43 | | | | | 1 | | | 1 | | | | 2 | | | 47 |
| FWF | | 1 | | | | | | | | | | | | | | | | 1 |
| DSH-PSH | | | 2 | | | | | | | | | | | | | | | 2 |
| *Female Subtotal* | 2 | 33 | 106 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 7 | 0 | 0 | 0 | 2 | 0 | 0 | 152 |
| **Grand Total** | 76 | 179 | 5,350 | 19 | 3 | 30 | 0 | 96 | 2 | 97 | 451 | 64 | 0 | 0 | 122 | 0 | 83 | 6,572 |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 7/15/20 6:07 AM

## Mental Health Crisis Bed (MHCB) Level of Care Population by Housing Program

| Institution | RC (Reception Center) | GP* (General Population) | EOP (Enhanced Outpatient Program) | MHCB (Mental Health Crisis Bed) | Psychiatric Inpatient Program (PIP) Housing ||| Specialized Medical Beds Housing ||| Segregated Housing ||||||| Total MHCB Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF | Hospice | OHU | ASU | Condemned | LTRH | NDS | PSU | SHU | STRH | |
| ASP | | | | | | | | | | 1 | | | | | | | | 1 |
| CAL | | | | | | | | | | 2 | | | | | | | | 2 |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | 2 | | | | | | | | | 1 | | | | | | | 3 |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | | 8 | 1 | | | | | | | | | | | | | 9 |
| CIM | | | | 4 | | | | | | | | | | | | | | 4 |
| CMC | | | | 15 | | | | | | | | | | | | | | 15 |
| CMF | | | | 11 | | | | | | | | | | | | | | 11 |
| COR | | | 1 | 6 | | | | | | | | | | | | | | 7 |
| CRC | | | | | | | | | | | | | | | | | | |
| CTF | | 3 | | | | | | | | | 1 | | | | | | | 4 |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | | | | | | | | | | | | | | | | | | |
| FOL | | | | | | | | | | | 1 | | | | | | | 1 |
| HDSP | | | | 3 | | | | 1 | | | | | | | | | | 4 |
| ISP | | | | | | | | | | 2 | | | | | | | | 2 |
| KVSP | | | | 4 | | | | | | | | | | | | | | 4 |
| LAC | | 3 | | | | | | | | | 1 | | | | | | | 4 |
| MCSP | | 3 | | 2 | | | | | | | | | | | | | | 5 |
| NKSP | | | | 1 | | | | | | | 2 | | | | | | | 3 |
| PBSP | | | | | | | | | | | | | | | | | | |
| PVSP | | | | | | | | | | | | | | | | | | |
| RJD | | | 7 | 3 | | | | 1 | | | 1 | | | | | | | 12 |
| SAC | | | | 16 | | | | | | | | | | | | 5 | | 21 |
| SATF | | | 1 | 4 | | | | | | | | | | | | | | 5 |
| SCC | | | | | | | | | | | 1 | | | | | | | 1 |
| SOL | | | | 1 | | | | | | | | | | | | | | 1 |
| SQ | | | | | 3 | 1 | | | | | | | | | | | | 4 |
| SVSP | | 2 | | | | | | | | | | | | | | | | 2 |
| VSP | | 2 | | | | | | | | | 1 | | | | | | | 3 |
| WSP | | | | 1 | | | | | | | | | | | | | | 1 |
| DSH-ASH | | | | 1 | | | | | | | | | | | | | | 1 |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | 0 | 15 | 9 | 80 | 4 | 0 | 1 | 2 | 0 | 6 | 8 | 0 | 0 | 5 | 0 | 0 | 0 | 130 |
| CCWF | 2 | | | 5 | | | | | | | | | | | | | | 7 |
| CIW | | | | 8 | | | | | | | | | | | | | | 8 |
| FWF | | | | | | | | | | | | | | | | | | |
| DSH-PSH | | | | | | | | | | | | | | | | | | |
| *Female Subtotal* | 2 | 0 | 0 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| Grand Total | 2 | 15 | 9 | 93 | 4 | 0 | 1 | 2 | 0 | 6 | 8 | 0 | 0 | 5 | 0 | 0 | 0 | 145 |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 7/15/20 6:07 AM

## Intermediate Care Facility (ICF) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Psychiatric Inpatient Program (PIP) Housing — Acute | Psychiatric Inpatient Program (PIP) Housing — Intermediate | Psychiatric Inpatient Program (PIP) Housing — PIP | Specialized Medical Beds Housing — CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Specialized Medical Beds Housing — Hospice | Specialized Medical Beds Housing — OHU Outpatient Housing Unit | Segregated Housing — ASU Administrative Segregation Unit | Segregated Housing — Condemned | Segregated Housing — LTRH Long Term Restricted Housing Unit | Segregated Housing — NDS Non-Disciplinary Segregation | Segregated Housing — PSU Psychiatric Services Unit | Segregated Housing — SHU Security Housing Unit | Segregated Housing — STRH Short Term Restricted Housing Unit | Total ICF Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | | | | | | | | | | | | | | | | | | |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | | | | | | | | | | | | | | | | | |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | | | 35 | 326 | | 1 | | | | | | | | | | 362 |
| CIM | | | | 18 | | | | | | | | | | | | | | 18 |
| CMC | | | 7 | 4 | | | | | | | 5 | | | | | | | 16 |
| CMF | | | 1 | 8 | 22 | 202 | | | | | | | | | | | | 233 |
| COR | | | 7 | | | | | | | | 1 | | | | | | | 8 |
| CRC | | | | | | | | | | | | | | | | | | |
| CTF | | | | | | | | | | | | | | | | | | |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | | | | | | | | | | | | | | | | | | |
| FOL | | | | | | | | | | | | | | | | | | |
| HDSP | | | | 1 | | | | | | | | | | | | | | 1 |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | | 6 | | | | | | | | | | | | | | | 6 |
| LAC | | | 16 | 1 | | | | | | | 13 | | | | | | | 30 |
| MCSP | | | 6 | | | | | | | | 2 | | | | | | | 8 |
| NKSP | 1 | | | | | | | | | | | | | | | | | 1 |
| PBSP | | | | | | | | | | | | | | | | | | |
| PVSP | | | | | | | | | | | | | | | | | | |
| RJD | | | 4 | 7 | | | | | | | | | | | | | | 11 |
| SAC | | | 8 | 4 | | | | | | | 1 | | | 1 | 9 | | | 23 |
| SATF | | | 6 | 3 | | | | | | | | | | | | | 2 | 11 |
| SCC | | | | | | | | | | | | | | | | | | |
| SOL | | | | | | | | | | | | | | | | | | |
| SQ | | | | | 5 | 23 | | | | | | | | | | | | 28 |
| SVSP | | 3 | | | | 198 | | | | | | | | | | | | 201 |
| VSP | | | | | | | | | | | | | | | | | | |
| WSP | 1 | | | | | | | | | | 1 | | | | | | | 2 |
| DSH-ASH | | 1 | 48 | 29 | 79 | 54 | | 2 | | 1 | | | | | | | | 214 |
| DSH-CSH | | 1 | 14 | 7 | 18 | 4 | | | | | | | | | | | | 44 |
| *Male Subtotal* | 2 | 5 | 123 | 82 | 159 | 784 | 23 | 3 | 0 | 1 | 23 | 0 | 0 | 1 | 9 | 0 | 2 | 1,217 |
| CCWF | | | | | | | | | | | 1 | | | | | | | 1 |
| CIW | | | | | | 28 | | | | | | | | | 1 | | | 29 |
| FWF | | | | | | | | | | | | | | | | | | |
| DSH-PSH | | 4 | 2 | 1 | | | 3 | | | | | | | | | | | 10 |
| *Female Subtotal* | 0 | 4 | 2 | 1 | 0 | 0 | 31 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 40 |
| Grand Total | 2 | 9 | 125 | 83 | 159 | 784 | 54 | 3 | 0 | 1 | 24 | 0 | 0 | 1 | 10 | 0 | 2 | 1,257 |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

| Data Refreshed: | 7/15/20 6:07 AM |
|---|---|

## Acute Psychiatric Program (APP) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Psychiatric Inpatient Program (PIP) Housing ||| Specialized Medical Beds Housing ||| Segregated Housing |||||||| Total APP Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | |
| ASP | | | | | | | | | | 1 | | | | | | | | 1 |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | | | | | | | | | | | | | | | | | |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | | 2 | 74 | 3 | | 3 | | | | | | | | | | 82 |
| CIM | | | | 7 | | | | | | | | | | | | | | 7 |
| CMC | | | | 9 | | | | | | | | | | | | | | 9 |
| CMF | | | | 5 | 165 | 1 | | 1 | | | | | | | | | | 172 |
| COR | | | | 15 | | | | | | | | | | | | | | 15 |
| CRC | | | | | | | | | | | | | | | | | | |
| CTF | | | | | | | | | | | | | | | | | | |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | | | | | | | | | | | | | | | | | | |
| FOL | | | | | | | | | | | | | | | | | | |
| HDSP | | | | | | | | | | | | | | | | | | |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | | | 2 | | | | | | | | | | | | | | 2 |
| LAC | | | | 11 | | | | | | | | | | | | | | 11 |
| MCSP | | | 1 | 6 | | | | | | | | | | | | | | 7 |
| NKSP | | | | 2 | | | | | | | | | | | | | | 2 |
| PBSP | | | | | | | | | | | | | | | | | | |
| PVSP | | | | | | | | | | | | | | | | | | |
| RJD | | | | 4 | | | | | | | | | | | | | | 4 |
| SAC | | | | 22 | | | | 1 | | | | | | | | | | 29 |
| SATF | | | | 8 | | | | | | | | | | | | | | 8 |
| SCC | | | | | | | | | | | | | | | | | | |
| SOL | | | | 1 | | | | | | | | | | | | | | 1 |
| SQ | | | | | 1 | 1 | 1 | | | | | | | | | | | 3 |
| SVSP | | | | | | | | | | | | | | | | | | |
| VSP | | | | | | | | | | | | | | | | | | 1 |
| WSP | | | | 3 | | | | | | | | | | | | | | 3 |
| DSH-ASH | | | | | 2 | 1 | | | | | | | | | | | | 3 |
| DSH-CSH | | | | | 1 | | | | | | | | | | | | | 1 |
| *Male Subtotal* | 0 | 0 | 1 | 97 | 243 | 6 | 1 | 5 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 361 |
| CCWF | | | | 2 | | | | | | | | | | | | | | 2 |
| CIW | | | | | | | | 1 | | | | | | | | | | 1 |
| FWF | | | | | | | | | | | | | | | | | | |
| DSH-PSH | | | | | | | | | | | | | | | | | | |
| *Female Subtotal* | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| **Grand Total** | 0 | 0 | 1 | 99 | 243 | 6 | 2 | 5 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 364 |

# Exhibit B

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE (H1)

**CONFIDENTIAL**

Data Refreshed: 3/18/20 6:10 AM

**Mental Health Summary by Level of Care**

| Institution | CCCMS Operational Capacity | CCCMS Population | CCCMS % Occupied | CCCMS Vacant Beds | EOP GP | EOP ASU | EOP PSU | EOP Population | EOP % Occupied | EOP Vacant Beds | MHCB Design Capacity | MHCB Population | MHCB % Occupied | MHCB Vacant Beds | ICF Design Capacity | ICF Population | ICF % Occupied | ICF Vacant Beds | APP Design Capacity | APP Population | APP % Occupied | APP Vacant Beds | Total MH Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 1,100 | 1,074 | 98% | 26 | | | | | | | | | | | | | | | | | | | 1,074 |
| CAL | | | | | | | | | | | | | | | | | | | | | | | |
| CCC | | 3 | | -3 | | | | | | | | | | | | | | | | | | | 3 |
| CCI | 1,850 | 1,476 | 80% | 374 | | | | 5 | | -5 | | | | | | | | | | | | | 1,481 |
| CEN | | | | | | | | | | | | | | | | | | | | | | | |
| CHCF | 550 | 638 | 116% | -88 | 375 | 50 | | 574 | 135% | -149 | 78 | 62 | 79% | 16 | 315 | 342 | 109% | -27 | 219 | 178 | 81% | 41 | 1,794 |
| CIM | 1,050 | 1,131 | 108% | -81 | | | | 35 | | -35 | 34 | 25 | 74% | 9 | | 4 | | -4 | | 1 | | -1 | 1,196 |
| CMC | 750 | 714 | 95% | 36 | 552 | 100 | | 571 | 88% | 81 | 50 | 28 | 56% | 22 | | 13 | | -13 | | 13 | | -13 | 1,339 |
| CMF | 600 | 499 | 83% | 101 | 391 | 58 | | 513 | 114% | -64 | 50 | 27 | 54% | 23 | 248 | 234 | 94% | 14 | 218 | 183 | 84% | 35 | 1,456 |
| COR | 1,000 | 931 | 93% | 69 | 366 | 100 | | 273 | 59% | 193 | 24 | 14 | 58% | 10 | | 4 | | -4 | | 5 | | -5 | 1,227 |
| CRC | 1,150 | 1,519 | 132% | -369 | | | | 2 | | -2 | | | | | | | | | | | | | 1,521 |
| CTF | 1,500 | 1,444 | 96% | 56 | | | | 2 | | -2 | | | | | | | | | | | | | 1,446 |
| CVSP | | 5 | | -5 | | | | | | | | | | | | | | | | | | | 5 |
| DVI | 500 | 422 | 84% | 78 | | | | 5 | | -5 | | | | | | | | | | | | | 427 |
| FOL | 500 | 425 | 85% | 75 | | | | 1 | | -1 | | 1 | | -1 | | | | | | | | | 427 |
| HDSP | 1,050 | 1,003 | 96% | 47 | | | | 5 | | -5 | 10 | 7 | 70% | 3 | | | | | | | | | 1,015 |
| ISP | 0 | 1 | | -1 | | | | | | | | | | | | | | | | | | | 1 |
| KVSP | 900 | 948 | 105% | -48 | 96 | | | 100 | 104% | -4 | 12 | 7 | 58% | 5 | | | | | | 5 | | -5 | 1,060 |
| LAC | 1,000 | 813 | 81% | 187 | 600 | 100 | | 577 | 82% | 123 | 12 | 8 | 67% | 4 | | 11 | | -11 | | 6 | | -6 | 1,415 |
| MCSP | 1,350 | 1,396 | 103% | -46 | 774 | 50 | | 720 | 87% | 104 | 8 | 9 | 113% | -1 | | 4 | | -4 | | 1 | | -1 | 2,130 |
| NKSP | 1,000 | 895 | 90% | 105 | | | | 50 | | -50 | 10 | 6 | 60% | 4 | | 1 | | -1 | | 2 | | -2 | 954 |
| PBSP | 300 | 282 | 94% | 18 | | | | 1 | | -1 | 10 | 1 | 10% | 9 | | | | | | | | | 284 |
| PVSP | 700 | 463 | 66% | 237 | | | | 7 | | -7 | 6 | | | 6 | | | | | | | | | 470 |
| RJD | 1,500 | 1,293 | 86% | 207 | 894 | 63 | | 835 | 87% | 122 | 14 | 10 | 71% | 4 | | 6 | | -6 | | 1 | | -1 | 2,145 |
| SAC | 500 | 526 | 105% | -26 | 642 | 64 | 172 | 769 | 88% | 109 | 44 | 9 | 20% | 35 | | 10 | | -10 | | 4 | | -4 | 1,318 |
| SATF | 2,000 | 1,911 | 96% | 89 | 660 | | | 575 | 87% | 85 | 20 | 9 | 45% | 11 | | 4 | | -4 | | 6 | | -6 | 2,505 |
| SCC | 400 | 522 | 131% | -122 | | | | | | | | | | | | | | | | | | | 522 |
| SOL | 1,000 | 692 | 69% | 308 | | | | 2 | | -2 | 9 | 5 | 56% | 4 | | | | | | | | | 699 |
| SQ | 1,250 | 994 | 80% | 256 | 200 | | | 291 | 146% | -91 | 0 | 4 | | -4 | 30 | 27 | 90% | 3 | 10 | 2 | 20% | 8 | 1,318 |
| SVSP | 850 | 865 | 102% | -15 | 396 | | | 304 | 77% | 92 | 10 | 2 | 20% | 8 | 246 | 243 | 99% | 3 | | 2 | | -2 | 1,416 |
| VSP | 1,350 | 1,078 | 80% | 272 | 372 | | | 332 | 89% | 40 | | | | | | | | | | 1 | | -1 | 1,411 |
| WSP | 1,300 | 1,071 | 82% | 229 | | | | 60 | | -60 | 6 | 5 | 83% | 1 | | | | | | 1 | | -1 | 1,137 |
| DSH-ASH | | 1 | | -1 | | | | 3 | | -3 | | | | | 256 | 236 | 92% | 20 | | 4 | | -4 | 244 |
| DSH-CSH | | | | | | | | | | | | | | | 50 | 47 | 94% | 3 | | 1 | | -1 | 48 |
| **Male Subtotal** | **27,000** | **25,035** | **93%** | **1,965** | **6,318** | **585** | **172** | **6,612** | **93%** | **463** | **407** | **239** | **59%** | **168** | **1,145** | **1,186** | **104%** | **-41** | **447** | **416** | **93%** | **31** | **33,488** |
| CCWF | 1,350 | 1,261 | 93% | 89 | 120 | 10 | | 125 | 96% | 5 | 12 | 8 | 67% | 4 | | | | | | 1 | | -1 | 1,395 |
| CIW | 750 | 679 | 91% | 71 | 75 | 10 | 10 | 64 | 67% | 31 | 31 | 7 | 23% | 24 | 43 | 34 | 79% | 9 | | 2 | | -2 | 786 |
| FWF | 150 | 145 | 97% | 5 | | | | 1 | | -1 | | | | | | | | | | | | | 146 |
| DSH-PSH | | 1 | | -1 | | | | 2 | | -2 | | | | | 30 | 16 | 53% | 14 | | | | | 19 |
| **Female Subtotal** | **2,250** | **2,086** | **93%** | **164** | **195** | **20** | **10** | **192** | **85%** | **33** | **43** | **15** | **35%** | **28** | **73** | **50** | **68%** | **23** | **0** | **3** | | **-3** | **2,346** |
| **Grand Total** | **29,250** | **27,121** | **93%** | **2,129** | **6,513** | **605** | **182** | **6,804** | **93%** | **496** | **450** | **254** | **56%** | **196** | **1,218** | **1,236** | **101%** | **-18** | **447** | **419** | **94%** | **28** | **35,834** |

**NOTES:**

1. This report provides operational capacities, population, and vacant beds detail by mental health level of care and institution. Level of care is based on Current Mental Health level of care code in SOMS. For each level of care, a summary of patients by SOMS housing program and institution is provided. Data Source is HCODS, as of the "Data Refreshed" time stamp.

2. Definitions:
   - Operational Capacity = indicates the number of beds available in the program based on factors such as treatment space and staffing, as determined by CCHCS headquarters.
   - Design Capacity = indicates the total number of beds available in the program Determined by Facility Planning, Construction, & Management.
   - Population = total census per SOMS as of the "Data Refreshed" time stamp shown on the report.
   - % Occupied = ([Population] / [Operational Capacity]) x 100.
   - Vacant Beds = the number of beds available after subtracting the Population from the Operational Capacity.
   - The "PIP" column in the "Psychiatry Inpatient Program (PIP) Housing" refers to programs that have the ability to provide multiple levels of care.

3. PIP capacities:
   - SQ PIP is for male condemned patients only, and has a total capacity of 40 beds reflected under ICF capacity. It is noted that these are flex beds that can accomodate ICF, APP, and MHCB level of care.
   - CIW PIP has a total capacity of 45 beds reflected under ICF capacity. It is noted that these are flex beds that can accomodate ICF and APP level of care.
   - DSH-PSH has a total capacity of 30 beds reflected under ICF capacity. It is noted that these are flex beds that can accomodate ICF and APP level of care.

4. Housing Groups:
   - *GP Housing Group census includes patients in the following housing programs: Camp Program Beds, Debrief Processing Unit, Family Visiting, Fire House, General Population, Institution Hearing Program, Minimum Security Facility, Non-Designated Program Facility, Protective Housing Unit, Restricted Custody General Population, Sensitive Needs Yard, SNY Fire House, SNY MSF, Transitional Housing Unit, Unkown, Varied Use and Work Crew.

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 3/18/20 6:10 AM

## Correctional Clinical Case Management System (CCCMS) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Psychiatric Inpatient Program (PIP) Housing | | | Specialized Medical Beds Housing | | | Segregated Housing | | | | | | | Total CCCMS Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | |
| ASP | | 1,069 | | | | | | | | 5 | | | | | | | | 1,074 |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | 3 | | | | | | | | | | | | | | | | 3 |
| CCI | | 1,447 | | | | | | | | | 29 | | | | | | | 1,476 |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | 222 | 7 | | | | | 158 | | 249 | 2 | | | | | | | 638 |
| CIM | 86 | 1,003 | | 3 | | | | | | 11 | 28 | | | | | | | 1,131 |
| CMC | | 700 | | 1 | | | | 4 | | | 9 | | | | | | | 714 |
| CMF | | 450 | | | | | | 13 | 6 | 17 | 13 | | | | | | | 499 |
| COR | | 630 | 2 | | | | | 14 | | 3 | | | 191 | | | | 91 | 931 |
| CRC | | 1,517 | | | | | | | | 2 | | | | | | | | 1,519 |
| CTF | | 1,425 | | | | | | | | 10 | 9 | | | | | | | 1,444 |
| CVSP | | 2 | | | | | | | | | 3 | | | | | | | 5 |
| DVI | 252 | 127 | | | | | | | | 9 | 34 | | | | | | | 422 |
| FOL | | 422 | | | | | | | | | 3 | | | | | | | 425 |
| HDSP | | 935 | | | | | | 8 | | | | | | | | | 60 | 1,003 |
| ISP | | 1 | | | | | | | | | | | | | | | | 1 |
| KVSP | | 851 | | | | | | 4 | | | | | | | | | 93 | 948 |
| LAC | | 689 | 23 | | | | | 2 | | | 2 | | | | | | 97 | 813 |
| MCSP | | 1,365 | 14 | | | | | | | | 17 | | | | | | | 1,396 |
| NKSP | 708 | 169 | | 1 | | | | 1 | | | 16 | | | | | | | 895 |
| PBSP | | 211 | | | | | | 2 | | | | | | | | | 69 | 282 |
| PVSP | | 445 | | | | | | | | | | | | | | | 18 | 463 |
| RJD | | 1,264 | 4 | | | | | 4 | | | 21 | | | | | | | 1,293 |
| SAC | | 354 | 33 | | | | | 1 | | | 1 | | 42 | | 6 | | 89 | 526 |
| SATF | | 1,797 | 12 | | | | | 5 | | | | | | | | | 97 | 1,911 |
| SCC | | 515 | | | | | | | | 1 | 6 | | | | | | | 522 |
| SOL | | 680 | | | | | | 1 | | | 11 | | | | | | | 692 |
| SQ | 213 | 641 | | | | | | 2 | | | 6 | 132 | | | | | | 994 |
| SVSP | | 774 | 7 | | | | | 3 | | | | | | | | | 81 | 865 |
| VSP | | 1,059 | | | | | | | | 11 | 8 | | | | | | | 1,078 |
| WSP | 926 | 131 | | | | | | 3 | | | 11 | | | | | | | 1,071 |
| DSH-ASH | | 1 | | | | | | | | | | | | | | | | 1 |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | 2,185 | 20,899 | 102 | 5 | 0 | 0 | 0 | 225 | 6 | 318 | 229 | 132 | 233 | 0 | 6 | 0 | 695 | 25,035 |
| CCWF | 259 | 910 | | | | | | 12 | | | 64 | 16 | | | | | | 1,261 |
| CIW | | 645 | | | | | | 2 | | 6 | 2 | | | | | 24 | | 679 |
| FWF | | 145 | | | | | | | | | | | | | | | | 145 |
| DSH-PSH | | 1 | | | | | | | | | | | | | | | | 1 |
| *Female Subtotal* | 259 | 1,701 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 6 | 66 | 16 | 0 | 0 | 0 | 24 | 0 | 2,086 |
| *Grand Total* | 2,444 | 22,600 | 102 | 5 | 0 | 0 | 0 | 239 | 6 | 324 | 295 | 148 | 233 | 0 | 6 | 24 | 695 | 27,121 |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

| Data Refreshed: | 3/18/20 6:10 AM | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Enhanced Outpatient Program (EOP) Level of Care Population by Housing Program** | | | | | | | | | | | | | | | | |
| | | | | | Psychiatric Inpatient Program (PIP) Housing | | | Specialized Medical Beds Housing | | | Segregated Housing | | | | | | |
| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | Total EOP Population |
| ASP | | | | | | | | | | | | | | | | | | |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | 4 | | | | | | | | | 1 | | | | | | | 5 |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | 420 | | | 2 | | 43 | | 75 | 34 | | | | | | | 574 |
| CIM | 29 | 1 | | 1 | | | | | | | 4 | | | | | | | 35 |
| CMC | | 1 | 519 | 2 | | | | 2 | | | 47 | | | | | | | 571 |
| CMF | | | 442 | 5 | 4 | 4 | | 11 | | 10 | 37 | | | | | | | 513 |
| COR | | | 213 | 2 | | | | 16 | | 5 | 37 | | | | | | | 273 |
| CRC | | 2 | | | | | | | | | | | | | | | | 2 |
| CTF | | 2 | | | | | | | | | | | | | | | | 2 |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | 3 | | | | | | | | | | 2 | | | | | | | 5 |
| FOL | 1 | | | | | | | | | | | | | | | | | 1 |
| HDSP | | 2 | | | | | | | | | | | | | | | 3 | 5 |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | | 87 | | | | | 1 | | | | | | | | | 12 | 100 |
| LAC | | | 502 | | | | | | | | 75 | | | | | | | 577 |
| MCSP | | 1 | 677 | | | | | 1 | | | 41 | | | | | | | 720 |
| NKSP | 48 | | | | | | | | | | 2 | | | | | | | 50 |
| PBSP | | | | | | | | | | | | | | | | | 1 | 1 |
| PVSP | | 6 | | | | | | | | | | | | | | | 1 | 7 |
| RJD | | | 796 | | | | | 7 | | | 32 | | | | | | | 835 |
| SAC | | 1 | 568 | | | | | 1 | | | 64 | | | | 135 | | | 769 |
| SATF | | 7 | 554 | 2 | | | | 8 | | | | | | | | | 4 | 575 |
| SCC | | | | | | | | | | | | | | | | | | |
| SOL | | | | 2 | | | | | | | | | | | | | | 2 |
| SQ | 24 | 19 | 184 | | | | | 1 | | | 3 | 60 | | | | | | 291 |
| SVSP | | 23 | 268 | | | 1 | | | | | | | | | | | 12 | 304 |
| VSP | | 5 | 323 | | | | | | | 1 | 3 | | | | | | | 332 |
| WSP | 58 | | | | | | | | | | 2 | | | | | | | 60 |
| DSH-ASH | | | 1 | | | 2 | | | | | | | | | | | | 3 |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | 162 | 75 | 5,554 | 14 | 4 | 9 | 0 | 91 | 0 | 91 | 384 | 60 | 0 | 0 | 135 | 0 | 33 | **6,612** |
| CCWF | 1 | 44 | 65 | 1 | | | | 3 | | | 11 | | | | | | | 125 |
| CIW | | | 58 | | | | 1 | | | | | | | | 5 | | | 64 |
| FWF | | 1 | | | | | | | | | | | | | | | | 1 |
| DSH-PSH | | 2 | | | | | | | | | | | | | | | | 2 |
| *Female Subtotal* | 1 | 47 | 123 | 1 | 0 | 0 | 1 | 3 | 0 | 0 | 11 | 0 | 0 | 0 | 5 | 0 | 0 | **192** |
| **Grand Total** | **163** | **122** | **5,677** | **15** | **4** | **9** | **1** | **94** | **0** | **91** | **395** | **60** | **0** | **0** | **140** | **0** | **33** | **6,804** |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 3/18/20 6:10 AM

## Mental Health Crisis Bed (MHCB) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Psychiatric Inpatient Program (PIP) Housing ||| Specialized Medical Beds Housing ||| Segregated Housing |||||||Total MHCB Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | |
| ASP | | | | | | | | | | | | | | | | | | |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | | | | | | | | | | | | | | | | | |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | 1 | 60 | | | | | | 1 | | | | | | | | 62 |
| CIM | | 1 | | 24 | | | | | | | | | | | | | | 25 |
| CMC | | | | 28 | | | | | | | | | | | | | | 28 |
| CMF | | | 2 | 24 | | | | | | | 1 | | | | | | | 27 |
| COR | | | | 13 | | | | 1 | | | | | | | | | | 14 |
| CRC | | | | | | | | | | | | | | | | | | |
| CTF | | | | | | | | | | | | | | | | | | |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | | | | | | | | | | | | | | | | | | |
| FOL | | | | | | | | | | | 1 | | | | | | | 1 |
| HDSP | | | | 7 | | | | | | | | | | | | | | 7 |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | | | 7 | | | | | | | | | | | | | | 7 |
| LAC | | | 1 | 5 | | | | | | | 1 | | | | | | 1 | 8 |
| MCSP | | | 2 | 7 | | | | | | | | | | | | | | 9 |
| NKSP | | | | 6 | | | | | | | | | | | | | | 6 |
| PBSP | | | | 1 | | | | | | | | | | | | | | 1 |
| PVSP | | | | | | | | | | | | | | | | | | |
| RJD | | | | 9 | | | | | | | 1 | | | | | | | 10 |
| SAC | | | | 7 | | | | | | | | | | | 2 | | | 9 |
| SATF | | | | 9 | | | | | | | | | | | | | | 9 |
| SCC | | | | | | | | | | | | | | | | | | |
| SOL | | | | 5 | | | | | | | | | | | | | | 5 |
| SQ | 1 | | 1 | | 2 | | | | | | | | | | | | | 4 |
| SVSP | | 2 | | | | | | | | | | | | | | | | 2 |
| VSP | | | | | | | | | | | | | | | | | | |
| WSP | 1 | | | 4 | | | | | | | | | | | | | | 5 |
| DSH-ASH | | | | | | | | | | | | | | | | | | |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | 2 | 3 | 7 | 216 | 2 | 0 | 0 | 1 | 0 | 1 | 4 | 0 | 0 | 2 | 0 | 0 | 1 | 239 |
| CCWF | 1 | 1 | | 6 | | | | | | | | | | | | | | 8 |
| CIW | | | | 6 | | | | 1 | | | | | | | | | | 7 |
| FWF | | | | | | | | | | | | | | | | | | |
| DSH-PSH | | | | | | | | | | | | | | | | | | |
| *Female Subtotal* | 1 | 1 | 0 | 12 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| **Grand Total** | 3 | 4 | 7 | 228 | 2 | 0 | 0 | 2 | 0 | 1 | 4 | 0 | 0 | 2 | 0 | 0 | 1 | 254 |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 3/18/20 6:10 AM

## Acute Psychiatric Program (APP) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Psychiatric Inpatient Program (PIP) Housing ||| Specialized Medical Beds Housing ||| Segregated Housing |||||||| Total APP Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | |
| ASP | | | | | | | | | | | | | | | | | | |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | | | | | | | | | | | | | | | | | |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | | 8 | 167 | 2 | | 1 | | | | | | | | | | 178 |
| CIM | | | | 1 | | | | | | | | | | | | | | 1 |
| CMC | | | | 13 | | | | | | | | | | | | | | 13 |
| CMF | | | | 9 | 169 | 4 | | 1 | | | | | | | | | | 183 |
| COR | | | | 4 | | | | 1 | | | | | | | | | | 5 |
| CRC | | | | | | | | | | | | | | | | | | |
| CTF | | | | | | | | | | | | | | | | | | |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | | | | | | | | | | | | | | | | | | |
| FOL | | | | | | | | | | | | | | | | | | |
| HDSP | | | | | | | | | | | | | | | | | | |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | | | 5 | | | | | | | | | | | | | | 5 |
| LAC | | | | 6 | | | | | | | | | | | | | | 6 |
| MCSP | | | | | | | | 1 | | | | | | | | | | 1 |
| NKSP | | | | 2 | | | | | | | | | | | | | | 2 |
| PBSP | | | | | | | | | | | | | | | | | | |
| PVSP | | | | | | | | | | | | | | | | | | |
| RJD | | | | 1 | | | | | | | | | | | | | | 1 |
| SAC | | | | 4 | | | | | | | | | | | | | | 4 |
| SATF | | | | 6 | | | | | | | | | | | | | | 6 |
| SCC | | | | | | | | | | | | | | | | | | |
| SOL | | | | | | | | | | | | | | | | | | |
| SQ | | | | | 2 | | | | | | | | | | | | | 2 |
| SVSP | | | | | | 2 | | | | | | | | | | | | 2 |
| VSP | | | 1 | | | | | | | | | | | | | | | 1 |
| WSP | | | | 1 | | | | | | | | | | | | | | 1 |
| DSH-ASH | | | | | 2 | 2 | | | | | | | | | | | | 4 |
| DSH-CSH | | | | | 1 | | | | | | | | | | | | | 1 |
| *Male Subtotal* | 0 | 0 | 1 | 60 | 341 | 10 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 416 |
| CCWF | | | | 1 | | | | | | | | | | | | | | 1 |
| CIW | | | | 1 | | | 1 | | | | | | | | | | | 2 |
| FWF | | | | | | | | | | | | | | | | | | |
| DSH-PSH | | | | | | | | | | | | | | | | | | |
| *Female Subtotal* | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| **Grand Total** | 0 | 0 | 1 | 62 | 341 | 10 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 419 |

Date Printed: 3/18/2020 8:30 AM

CCHCS, Health Care Placement Oversight Program

# Exhibit C

**Psychiatric Inpatient Programs Admissions 2018-2019**

| Referral Type/Prior LOC | 2018 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2018 Total | 2019 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2019 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **APP** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APP | | | 2 | | 2 | 1 | | 1 | | 1 | | | 7 | | | | 1 | | | | 3 | 1 | | 2 | | 7 | 14 |
| CCCMS | | | | | | | | | | 2 | | | 2 | | | | | | 1 | | | | | | | 1 | 3 |
| EOP | 4 | 3 | 2 | 3 | 7 | 13 | 4 | 7 | 2 | | 3 | 2 | 50 | 5 | 3 | 3 | 5 | 7 | 14 | 6 | 4 | 8 | 4 | 1 | 4 | 64 | 114 |
| ICF | 11 | 16 | 12 | 5 | 11 | 11 | 8 | 10 | 3 | 9 | 13 | 15 | 124 | 13 | 15 | 14 | 9 | 9 | 10 | 14 | 8 | 14 | 9 | 9 | 7 | 131 | 255 |
| MHCB | 169 | 145 | 162 | 132 | 120 | 131 | 123 | 161 | 128 | 140 | 142 | 104 | 1657 | 122 | 112 | 107 | 140 | 184 | 130 | 183 | 169 | 154 | 164 | 128 | 147 | 1740 | 3397 |
| **APP Total** | 184 | 164 | 178 | 140 | 140 | 156 | 135 | 179 | 133 | 150 | 160 | 121 | 1840 | 140 | 130 | 124 | 154 | 201 | 155 | 203 | 181 | 179 | 178 | 138 | 160 | 1943 | 3783 |
| **ICF** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APP | 97 | 84 | 108 | 81 | 89 | 86 | 67 | 83 | 65 | 106 | 97 | 86 | 1049 | 57 | 81 | 89 | 83 | 81 | 60 | 101 | 99 | 108 | 93 | 89 | 89 | 1030 | 2079 |
| CCCMS | | | | | | | | | | 2 | | | 2 | 1 | | 1 | 1 | 1 | | 2 | 1 | 1 | 2 | | | 10 | 12 |
| EOP | 46 | 48 | 36 | 41 | 29 | 22 | 30 | 29 | 26 | 27 | 31 | 34 | 399 | 31 | 23 | 41 | 31 | 40 | 39 | 47 | 46 | 36 | 39 | 33 | 37 | 443 | 842 |
| ICF | 18 | 29 | 34 | 18 | 18 | 15 | 32 | 21 | 28 | 20 | 27 | 20 | 280 | 29 | 17 | 22 | 24 | 33 | 45 | 44 | 81 | 38 | 60 | 28 | 24 | 445 | 725 |
| MHCB | 43 | 60 | 52 | 41 | 34 | 42 | 51 | 42 | 39 | 39 | 39 | 47 | 529 | 34 | 29 | 50 | 46 | 57 | 40 | 51 | 52 | 41 | 43 | 30 | 22 | 495 | 1024 |
| **ICF Total** | 204 | 221 | 230 | 181 | 170 | 165 | 180 | 175 | 158 | 194 | 194 | 187 | 2259 | 152 | 150 | 203 | 185 | 212 | 184 | 245 | 279 | 224 | 237 | 180 | 172 | 2423 | 4682 |
| **Grand Total** | 388 | 385 | 408 | 321 | 310 | 321 | 315 | 354 | 291 | 344 | 354 | 308 | 4099 | 292 | 280 | 327 | 339 | 413 | 339 | 448 | 460 | 403 | 415 | 318 | 332 | 4366 | 8465 |

Yellow highlighted data:

*APP admissions with prior APP LOC were due to medical requirements not available at current APP location or staff separations/enemy concerns at current APP location.

*ICF admissions with prior ICF LOC are transition referrals between ICF-High (Single), ICF-Dorms, and ICF-High (Multi).



Source: RIPA

# MHCB Referrals by Prior Level of Care
## 2018- 2019

| MHCB Referrals by Prior Level of Care | 2018 | 2019 | Grand Total |
|---|---|---|---|
| **APP** | **11** | **16** | **27** |
| Internally Admitted | 7 | 13 | 20 |
| Transferred | 4 | 3 | 7 |
| **CCCMS** | **3412** | **3828** | **7240** |
| Internally Admitted | 1881 | 2014 | 3895 |
| Transferred | 1531 | 1814 | 3345 |
| **EOP** | **5635** | **4768** | **10403** |
| Internally Admitted | 3720 | 3126 | 6846 |
| Transferred | 1915 | 1642 | 3557 |
| **GP/OP** | **902** | **1134** | **2036** |
| Internally Admitted | 417 | 416 | 833 |
| Transferred | 485 | 718 | 1203 |
| **ICF** | **30** | **85** | **115** |
| Internally Admitted | 26 | 57 | 83 |
| Transferred | 4 | 28 | 32 |
| **MHCB** | **97** | **102** | **199** |
| Internally Admitted | 34 | 37 | 71 |
| Transferred | 63 | 65 | 128 |
| **Grand Total** | **10087** | **9933** | **20020** |



Note: Those referrals originating from MHCB LOC are those patients who are MHCB to MHCB transfers for court appearances, long term hospital stays, and continuity of care purposes.