Exhibit UU

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



June 7, 2019

Lisa Ells (LElls@rbgg.com)
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105

*VIA ELECTRONIC MAIL ONLY*

Lisa,

I write to provide you with the requested Enhanced Outpatient Program (EOP) segregation data, which Defendants agreed to produce in Nick Weber's March 20, 2017 letter. Enclosed you will find a report showing the mean and median lengths of stay of class members in segregation, as well as a report on EOP patients and EOP patients on modified programs in segregation refusing more than fifty percent of their groups in the past month.

As of June 5, 2019, the Psychiatric Services Unit (PSU) at California State Prison, Sacramento, houses 199 PSU inmates. One hundred and twenty-five PSU inmates are currently placed in the Behavior Incentive Program as follows:

| Step | Number of Inmates |
|------|-------------------|
| Step 4 | 7 |
| Step 3 | 17 |
| Step 2 | 38 |
| Step 1 | 63 |

The remaining PSU inmates have either finished their segregated housing term, are awaiting their initial IDTT, or have been placed in a lower or higher level of care and are awaiting transfer.

Finally, as of June 5, 2019, 3.68%, or 2,892 of the 78,673 non-class members housed in the California Department of Corrections and Rehabilitation, not counting contract beds, were in segregation.

Sincerely,

*/s/ Melissa C. Bentz*

Melissa C. Bentz
Attorney
Office of Legal Affairs

Exhibit VV

| | |
|---|---|
| **From:** | Michael W. Bien |
| **To:** | Coleman Team - RBG Only |
| **Subject:** | FW: Coleman: PG Departures Update Stipulation [IWOV-DMS.FID6429] |
| **Date:** | Monday, July 13, 2020 4:11:30 PM |
| **Attachments:** | Shower and Yard in Segregation Compliance for June 2020.pdf |
| | Tier Report 07062020 - 07102020.pdf |
| | TMHU Patient List 0706-07102020.pdf |
| | June 2020 TMHU 114-A Tracking Logs.xlsx |

**From:** Weber, Nicholas@CDCR
**Sent:** Monday, July 13, 2020 4:10:57 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** Marc Shinn-Krantz; Melissa Bentz
**Cc:** Adriano Hrvatin; Damon McClain; Elise Thorn; Kyle Lewis; Lucas Hennes; Tyler Heath; Jessica Winter; Michael W. Bien; Lisa Ells; Matt Lopes; Kerry F. Walsh
**Subject:** RE: Coleman: PG Departures Update Stipulation [IWOV-DMS.FID6429]

All,

Attached are the following reports:

1) Shower and Yard in Segregation Compliance for June 2020
2) Tier Report (7/6 – 7/10/20)
3) TMHU/TIP Roster (7/6 – 7/10/20)
4) TMHU 114-A Tracing Log June 2020

CDCR will begin preparing redacted forms of these and prior reports referenced in the draft stipulation for inclusion in the Wednesday filing.

Nick Weber
Attorney
Department of Corrections & Rehabilitation
1515 S Street, Suite 314S
Sacramento, CA  95811-7243
(916) 323-3202

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

| Region | Institution | Last Name | First Name | CDCR# | Housing Location | Level of Care | Date of Arrival | Date of Release | Level of Care When Released | TIP Housing (Prior to Release) |
|---|---|---|---|---|---|---|---|---|---|---|
| I | CCC | | | | Non-Max | MHCB | 6/27/2020 | Pending | | |
| I | CCC | | | | Non-Max | MHCB | 7/2/2020 | Pending | | |
| I | FOL | | | | Max | MHCB | 7/7/2020 | Pending | | |
| I | MCSP | | | | Non-Max | MHCB | 7/3/2020 | Pending | | |
| I | MCSP | | | | Non-Max | MHCB | 7/1/2020 | 7/6/2020 | MHCB | |
| I | MCSP | | | | Max | MHCB | 7/5/2020 | 7/6/2020 | EOP | |
| I | MCSP | | | | Non-Max | MHCB | 7/2/2020 | 7/6/2020 | MHCB | |
| I | MCSP | | | | Non-Max | MHCB | 7/2/2020 | 7/6/2020 | MHCB | |
| I | MCSP | | | | Non-Max | MHCB | 7/1/2020 | 7/6/2020 | MHCB | |
| I | MCSP | | | | Non-Max | MHCB | 7/7/2020 | 7/8/2020 | MHCB | |
| I | MCSP | | | | Non-Max | MHCB | 7/8/2020 | Pending | | |
| I | MCSP | | | | Non-Max | MHCB | 7/9/2020 | Pending | | |
| I | SAC | | | | Max | ICF | 5/27/2020 | Pending | | |
| I | SAC | | | | Non-Max | MHCB | 6/30/2020 | 7/6/2020 | MHCB | |
| I | SAC | | | | Non-Max | MHCB | 7/6/2020 | 7/8/2020 | MHCB | |
| I | SAC | | | | Max | MHCB | 6/30/2020 | 7/6/2020 | MHCB | |
| I | SAC | | | | Non-Max | MHCB | 7/3/2020 | Pending | | |
| I | SAC | | | | Max | MHCB | 7/6/2020 | 7/8/2020 | MHCB | |
| I | SAC | | | | Non-Max | MHCB | 6/29/2020 | Pending | | |
| I | SAC | | | | Non-Max | MHCB | 7/5/2020 | Pending | | |
| I | SAC | | | | Max | ICF | 4/24/2020 | Pending | | |
| I | SAC | | | | Non-Max | MHCB | 7/6/2020 | Pending | | |
| I | SAC | | | | Max | MHCB | 7/1/2020 | 7/8/2020 | MHCB | |
| I | SAC | | | | Non-Max | MHCB | 6/30/2020 | 7/8/2020 | EOP | |
| I | SAC | | | | Max | MHCB | 7/8/2020 | Pending | | |
| I | SAC | | | | Max | MHCB | 7/4/2020 | Pending | | |
| I | SAC | | | | Non-Max | MHCB | 6/30/2020 | 7/8/2020 | MHCB | |
| I | SAC | | | | Non-Max | MHCB | 6/19/2020 | 7/8/2020 | MHCB | |
| I | SAC | | | | Non-Max | MHCB | 7/5/2020 | 7/6/2020 | EOP | |
| I | SAC | | | | Max | MHCB | 7/1/2020 | 7/6/2020 | CCCMS | |
| I | SAC | | | | Non-Max | MHCB | 7/5/2020 | 7/6/2020 | CCCMS | |
| I | SAC | | | | Non-Max | MHCB | 6/29/2020 | 7/6/2020 | EOP | |
| I | SAC | | | | Non-Max | MHCB | 6/28/2020 | Pending | | |
| I | SAC | | | | Max | MHCB | 7/5/2020 | 7/8/2020 | MHCB | |
| I | SAC | | | | Non-Max | MHCB | 7/2/2020 | 7/6/2020 | CCCMS | |
| I | SAC | | | | Max | MHCB | 6/30/2020 | Pending | | |
| I | SAC | | | | Non-Max | MHCB | 7/2/2020 | Pending | | |
| I | SAC | | | | Max | MHCB | 6/16/2020 | Pending | | |
| I | SOL | | | | Non-Max | Acute | 7/5/2020 | 7/8/2020 | ACUTE | |
| II | CTF | | | | Non-Max | MHCB | 7/1/2020 | 7/7/2020 | EOP | |
| II | CTF | | | | Non-Max | MHCB | 7/1/2020 | 7/7/2020 | EOP | |
| II | CTF | | | | Non-Max | MHCB | 7/7/2020 | Pending | | |
| II | CTF | | | | Non-Max | MHCB | 7/7/2020 | Pending | | |
| II | CTF | | | | Non-Max | MHCB | 7/8/2020 | Pending | | |
| II | DVI | | | | Non-Max | MHCB | 7/3/2020 | 7/7/2020 | | |
| II | SCC | | | | Non-Max | MHCB | 7/1/2020 | 7/6/2020 | CCCMS | |
| II | SCC | | | | Non-Max | MHCB | 7/3/2020 | 7/6/2020 | CCCMS | |

| Level | Institution | Custody | Placement | Date | Disposition | Level of Care | Notes |
|---|---|---|---|---|---|---|---|
| II | SCC | Non-Max | MHCB | 6/21/2020 | 7/7/2020 | Acute | EOP |
| II | SVSP | Non-Max | MHCB | 7/3/2020 | 7/6/2020 | MHCB | OHU |
| II | SVSP | Non-Max | MHCB | 7/4/2020 | Pending | | OHU |
| II | SVSP | Non-Max | MHCB | 7/6/2020 | 7/9/2020 | EOP | NDPF |
| II | SVSP | Max | ICF (as of | 7/9/2020 | 7/9/2020 | ICF | OHU |
| II | SVSP | Non-Max | MHCB | 6/12/2020 | 7/7/2020 | CCCMS | |
| II | SVSP | Non-Max | MHCB | 7/4/2020 | Pending | | |
| II | SVSP | Max | ICF (as of | 7/7/2020 | Pending | | |
| II | SVSP | Non-Max | MHCB | 6/22/2020 | Pending | | |
| II | SVSP | Non-Max | MHCB | 6/26/2020 | 7/6/2020 | EOP | |
| II | SVSP | Non-Max | MHCB | 7/3/2020 | 7/6/2020 | EOP | |
| II | SVSP | Non-Max | MHCB | 7/3/2020 | 7/6/2020 | EOP | |
| II | VSP | Non-Max | Acute | 6/17/2020 | Pending | | |
| II | VSP | Non-Max | MHCB | 7/2/2020 | 7/7/2020 | EOP | |
| II | VSP | Non-Max | MHCB | 7/8/2020 | Pending | | |
| II | VSP | Non-Max | MHCB | 7/5/2020 | 7/7/2020 | EOP | |
| II | VSP | Non-Max | MHCB | 7/2/2020 | Pending | | |
| II | VSP | Non-Max | MHCB | 7/9/2020 | Pending | | |
| III | ASP | Treatment in Place | MHCB | 6/11/2020 | Pending | | |
| III | ASP | Treatment in Place | MHCB | 6/28/2020 | Pending | | |
| III | ASP | Treatment in Place | MHCB | 6/28/2020 | Pending | | |
| III | ASP | Treatment in Place | MHCB | 6/29/2020 | Pending | | |
| III | ASP | Treatment in Place | MHCB | 7/5/2020 | Pending | | |
| III | CCI | Non-Max | MHCB | 7/3/2020 | Pending | | |
| III | CCI | Non-Max | MHCB | 7/5/2020 | 7/6/2020 | CCCMS | |
| III | COR | Non-Max | MHCB | 7/5/2020 | 7/6/2020 | MHCB | |
| III | LAC | Max | MHCB | 6/22/2018 | 7/8/2020 | ICF | |
| III | LAC | Max | MHCB | 7/8/2020 | 7/6/2020 | ICF | |
| III | LAC | Max | MHCB | 6/26/2020 | 7/6/2020 | MHCB | |
| III | LAC | Non-Max | MHCB | 6/29/2020 | 7/9/2020 | ICF | |
| III | LAC | Max | MHCB | 6/30/2020 | Pending | | |
| III | LAC | Non-Max | APP | 7/2/2020 | Pending | | |
| IV | CAL | Non-Max | MHCB | 7/9/2020 | Pending | | |
| IV | CAL | Non-Max | MHCB | 7/9/2020 | Pending | | |
| IV | CAL | Non-Max | MHCB | 6/30/2020 | Pending | | |
| IV | CAL | Non-Max | MHCB | 6/30/2020 | Pending | | |
| IV | ISP | Treatment in Place | MHCB | 7/2/2020 | 7/7/2020 | MHCB | |
| IV | RJD | Treatment in Place | MHCB | 7/3/2020 | 7/7/2020 | CCCMS | OHU |
| IV | RJD | Non-Max | ICF | 3/11/2020 | 7/9/2020 | EOP | EOP |
| IV | RJD | Non-Max | MHCB | 7/2/2020 | 7/9/2020 | EOP | EOP |
| IV | RJD | Non-Max | MHCB | 7/7/2020 | Pending | | |
| IV | RJD | Treatment in Place | ICF | 7/7/2020 | 7/9/2020 | EOP | EOP |
| IV | RJD | Treatment in Place | MHCB | 7/7/2020 | 7/8/2020 | MHCB | ASU EOP |
| IV | RJD | Treatment in Place | ICF | 4/30/2020 | Pending | | EOP |
| IV | RJD | Non-Max | ICF | 3/27/2020 | Pending | | EOP |
| IV | RJD | Non-Max | MHCB | 7/3/2020 | 7/9/2020 | EOP | EOP |
| IV | RJD | Non-Max | MHCB | 7/8/2020 | Pending | | |
| IV | RJD | Non-Max | MHCB | 7/3/2020 | Pending | | |
| IV | RJD | Treatment in Place | MHCB | 6/24/2020 | Pending | | EOP |

Exhibit WW

| Date | Institution | Region | Patient Code | Program | Sub Program | MHI | Referral Date Time | Clinical LOS | TMHU Placement Date | TMHU Enddate | TMHU LOS | PC Contact | PC Contact Conf | MHMD Contact | MHMD Contact Conf | IDTT | RT Contact | Group Attended | Group Refused | Group Offered | Total Offered | Conf Hour | Non Conf Hour | Cell Front | 1st Rounding | 2nd Rounding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/7/2020 | FSP | Region 1 | Patient 1 | ASU | ASU | MHCB | 7/7/2020 14:03 | 6.83 | 7/7/2020 15:40 | 7/13/2020 14:00 | 5.93 | 5.93 | 10:12:00 C NonCof | | | 09:10:00 Standard Con | | 0 | 0 | 0 | 0.2 | 0 | 0.2 | 0.2 | 0.2 | |
| 7/8/2020 | FSP | Region 1 | Patient 1 | ASU | ASU | MHCB | 7/7/2020 14:03 | 6.83 | 7/7/2020 15:40 | 7/13/2020 14:00 | 5.93 | 5.93 | 11:41:00 C NonCof | | | | | 0 | 0 | 0 | 0.07 | 0 | 0.07 | 0.07 | 0.07 | |
| 7/9/2020 | FSP | Region 1 | Patient 1 | ASU | ASU | MHCB | 7/7/2020 14:03 | 6.83 | 7/7/2020 15:40 | 7/13/2020 14:00 | 5.93 | 5.93 | 08:46:00 C NonCof | | | | | 0 | 0 | 0 | 0.08 | 0 | 0.08 | 0.08 | 0.08 | |
| 7/11/2020 | FSP | Region 1 | Patient 1 | ASU | ASU | MHCB | 7/7/2020 14:03 | 6.83 | 7/7/2020 15:40 | 7/13/2020 14:00 | 5.93 | 5.93 | | 13:15:00 C NonCof | | | | 0 | 0 | 0 | 0.08 | 0 | 0.08 | 0.08 | 0.08 | |
| 7/12/2020 | FSP | Region 1 | Patient 1 | ASU | ASU | MHCB | 7/7/2020 14:03 | 6.83 | 7/7/2020 15:40 | 7/13/2020 14:00 | 5.93 | 5.93 | | 11:15:00 C NonCof | | | | 0 | 0 | 0 | 0.25 | 0 | 0.25 | 0.22 | 0.22 | |
| 7/13/2020 | FSP | Region 1 | Patient 1 | ASU | ASU | MHCB | 7/7/2020 14:03 | 6.83 | 7/7/2020 15:40 | 7/13/2020 14:00 | 5.93 | 5.93 | | | | | | 0 | 0 | 0 | 0.25 | 0 | 0.25 | 0.25 | 0.25 | |
| 7/6/2020 | MCSP | Region 1 | Patient 2 | ASU | ASUHub | MHCB | 7/5/2020 14:40 | 3.27 | 7/5/2020 15:20 | | 9.2 | 11:20:00 C NonCof | | 11:11:00 C NonCof | | 10:00:00 Standard Con | | 0 | 0 | 0 | 0 | 0 | | | | |
| 7/7/2020 | MCSP | Region 1 | Patient 2 | ASU | ASUHub | MHCB | 7/5/2020 14:40 | 3.27 | 7/5/2020 15:20 | | 9.2 | 08:25:00 C NonCof | | | | | | 0 | 0 | 0 | 0 | 0 | | | | |
| 7/8/2020 | MCSP | Region 1 | Patient 2 | ASU | ASUHub | MHCB | 7/5/2020 14:40 | 3.27 | 7/5/2020 15:20 | | 9.2 | 09:05:00 C NonCof | | | | | | 0 | 0 | 0 | 0 | 0 | | | | |
| 7/6/2020 | SAC | Region 1 | Patient 3 | ASU | NDS | ALCITE | 7/2/2020 14:58 | 11.8 | 5/27/2020 20:37 | | 47.56 | 47.56 | | 07:51:00 C NonCof | | | | 0 | 0 | 0 | 0.07 | 0 | 0.07 | 0.07 | 0.07 | |
| 7/7/2020 | SAC | Region 1 | Patient 3 | ASU | NDS | ALCITE | 7/2/2020 14:58 | 11.8 | 5/27/2020 20:37 | | 47.56 | 47.56 | 11:00:00 C NonCof | | | | | 0 | 0 | 0 | 0.17 | 0 | 0.17 | 0.17 | 0.17 | |
| 7/9/2020 | SAC | Region 1 | Patient 3 | ASU | NDS | ACUTE | 7/2/2020 14:58 | 11.8 | 5/27/2020 20:37 | | 47.56 | 47.56 | 10:15:00 C NonCof | | | | | 0 | 0 | 0 | 0.25 | 0 | 0.25 | 0.25 | 0.25 | |
| 7/10/2020 | SAC | Region 1 | Patient 3 | ASU | NDS | ACUTE | 7/2/2020 14:58 | 11.8 | 5/27/2020 20:37 | | 47.56 | 47.56 | 10:50:00 C NonCof | | 10:00:00 C NonCof | | | 0 | 0 | 0 | 1.25 | 0 | 1.25 | 1.25 | 1.25 | |
| 7/11/2020 | SAC | Region 1 | Patient 3 | ASU | NDS | ACUTE | 7/2/2020 14:58 | 11.8 | 5/27/2020 20:37 | | 47.56 | 47.56 | 08:45:00 C NonCof | | 07:30:00 C NonCof | | | 0 | 0 | 0 | 0.17 | 0 | 0.17 | 0.17 | 0.17 | |
| 7/6/2020 | SAC | Region 1 | Patient 4 | MHCB | MCB | ACUTE | 6/30/2020 23:38 | 6.48 | 7/1/2020 2:30 | 7/6/2020 12:51 | 5.43 | 5.43 | 10:20:00 C NonCof | | | | | 0 | 0 | 0 | 0.17 | 0 | 0.17 | 0.17 | 0.17 | |
| 7/6/2020 | SAC | Region 1 | Patient 6 | PSU | NDS | MHCB | 6/30/2020 15:32 | 13.77 | 6/30/2020 19:52 | 7/6/2020 13:03 | 5.72 | 5.72 | 10:50:00 C NonCof | | 07:46:00 C NonCof | | | 0 | 0 | 0 | 0.17 | 0 | 0.17 | 0.07 | 0.07 | |
| 7/6/2020 | SAC | Region 1 | Patient 6 | PSU | NDS | MHCB | 7/6/2020 09:17 | 8.03 | 7/6/2020 11:01 | 7/8/2020 15:52 | 2.2 | 2.2 | 08:45:00 C NonCof | | | | | 0 | 0 | 0 | 0.5 | 0 | 0.5 | 0.5 | 0.5 | |
| 7/8/2020 | SAC | Region 1 | Patient 6 | PSU | MHCB | MHCB | 7/6/2020 09:17 | 8.03 | 7/6/2020 11:01 | 7/8/2020 15:52 | 2.2 | 2.2 | | | | | | 0 | 0 | 0 | 0.83 | 0 | 0.83 | 0.83 | 0.83 | |
| 7/6/2020 | SAC | Region 1 | Patient 7 | ASU | NDS | ICF | 5/1/2020 15:37 | 73.77 | 6/16/2020 20:43 | 6/16/2020 20:43 | 27.56 | 27.56 | 11:20:00 C NonCof | | | | | 0 | 0 | 0 | 0.5 | 0 | 0.5 | 0.5 | 0.5 | |
| 7/7/2020 | SAC | Region 1 | Patient 7 | PSU | NDS | ICF | 5/1/2020 15:37 | 73.77 | 6/16/2020 20:43 | 6/16/2020 20:43 | 27.56 | 27.56 | | | 07:46:00 C NonCof | | | 0 | 0 | 0 | 0.17 | 0 | 0.17 | 0.17 | 0.17 | |
| 7/8/2020 | SAC | Region 1 | Patient 7 | ASU | NDS | ICF | 5/1/2020 15:37 | 73.77 | 6/16/2020 20:43 | 6/16/2020 20:43 | 27.56 | 27.56 | 10:40:00 C NonCof | | | | | 0 | 0 | 0 | 0.17 | 0 | 0.17 | 0.17 | 0.17 | |
| 7/9/2020 | SAC | Region 1 | Patient 7 | ASU | NDS | ICF | 5/1/2020 15:37 | 73.77 | 6/16/2020 20:43 | 6/16/2020 20:43 | 27.56 | 27.56 | 09:30:00 C NonCof | | | | | 0 | 0 | 0 | 0.25 | 0 | 0.25 | 0.25 | 0.25 | |
| 7/11/2020 | SAC | Region 1 | Patient 7 | ASU | NDS | ICF | 5/1/2020 15:37 | 73.77 | 6/16/2020 20:43 | 6/16/2020 20:43 | 27.56 | 27.56 | | | | | | 0 | 0 | 0 | 0.25 | 0 | 0.25 | 0.25 | 0.25 | |
| 7/13/2020 | SAC | Region 1 | Patient 7 | ASU | NDS | ICF | 5/1/2020 15:37 | 73.77 | 6/16/2020 20:43 | 6/16/2020 20:43 | 27.56 | 27.56 | | | | | | 0 | 0 | 0 | 0 | 0 | | | | |
| 7/6/2020 | SAC | Region 1 | Patient 8 | ASU | NDS | MHCB | 7/8/2020 22:34 | 5.48 | 7/9/2020 00:30 | | 5.4 | 5.4 | 09:15:00 C NonCof | | 08:30:00 C NonCof | | | 0 | 0 | 0 | 0.75 | 0 | 0.75 | 0.75 | 0.75 | |
| 7/7/2020 | SAC | Region 1 | Patient 8 | ASU | NDS | MHCB | 7/8/2020 22:34 | 5.48 | 7/9/2020 00:30 | | 5.4 | 5.4 | 09:45:00 C NonCof | | | | | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 1 | |
| 7/8/2020 | SAC | Region 1 | Patient 8 | ASU | NDS | MHCB | 7/8/2020 22:34 | 5.48 | 7/9/2020 00:30 | | 5.4 | 5.4 | | | 11:15:00 C NonCof | | | 0 | 0 | 0 | 0.42 | 0 | 0.42 | 0.42 | 0.42 | |
| 7/9/2020 | SAC | Region 1 | Patient 8 | ASU | NDS | MHCB | 7/8/2020 22:34 | 5.48 | 7/9/2020 00:30 | | 5.4 | 5.4 | | | | | | 0 | 0 | 0 | 0.42 | 0 | 0.42 | 0.42 | 0.42 | |
| 7/6/2020 | SAC | Region 1 | Patient 9 | ASU | NDS | MHCB | 7/5/2020 03:10 | 9.29 | 7/5/2020 3:50 | | 9.26 | 5.4 | 07:25:00 C NonCof | | | | | 0 | 0 | 0 | 0.08 | 0 | 0.08 | 0.08 | 0.08 | |
| 7/7/2020 | SAC | Region 1 | Patient 9 | ASU | NDS | MHCB | 7/5/2020 03:10 | 9.29 | 7/5/2020 3:50 | | 9.26 | 9.26 | 12:20:00 C NonCof | | 08:01:00 C NonCof | | 12:00:00 Standard Con | | 0 | 0 | 0 | 0.17 | 0 | 0.17 | 0.17 | 0.17 | |
| 7/8/2020 | SAC | Region 1 | Patient 9 | ASU | NDS | MHCB | 7/5/2020 03:10 | 9.29 | 7/5/2020 3:50 | | 9.26 | 9.26 | 15:00:00 C NonCof | | 10:05:00 C NonCof | | | 0 | 0 | 0 | 0.32 | 0 | 0.32 | 0.32 | 0.32 | |
| 7/9/2020 | SAC | Region 1 | Patient 9 | ASU | MHCB | MHCB | 7/5/2020 03:10 | 9.29 | 7/5/2020 3:50 | | 9.26 | 9.26 | 10:30:00 C NonCof | | | | | 0 | 0 | 0 | 0.33 | 0 | 0.33 | 0.33 | 0.33 | |
| 7/6/2020 | SAC | Region 1 | Patient 10 | ASU | NDS | MHCB | 7/1/2020 11:03 | 5.14 | 7/1/2020 12:55 | 7/6/2020 18:40 | 5.24 | 5.24 | 11:40:00 C NonCof | | | | | 0 | 0 | 0 | 0.25 | 0 | 0.25 | 0.25 | 0.25 | |
| 7/6/2020 | SAC | Region 1 | Patient 11 | PSU | NDS | MHCB | 7/5/2020 11:11 | 8.95 | 7/5/2020 13:03 | 7/8/2020 15:39 | 3.11 | 3.11 | 10:45:00 C NonCof | | 11:30:00 C NonCof | | | 0 | 0 | 0 | 0.25 | 0 | 0.25 | 0.17 | 0.17 | |
| 7/7/2020 | SAC | Region 1 | Patient 11 | PSU | NDS | MHCB | 7/5/2020 11:11 | 8.95 | 7/5/2020 13:03 | 7/8/2020 15:39 | 3.11 | 3.11 | 10:10:00 C NonCof | | | | | 0 | 0 | 0 | 0.17 | 0 | 0.17 | 0.17 | 0.17 | |
| 7/8/2020 | SAC | Region 1 | Patient 11 | ASU | NDS | MHCB | 7/5/2020 11:11 | 8.95 | 7/5/2020 13:03 | 7/8/2020 15:39 | 3.11 | 3.11 | 11:00:00 C NonCof | | | | | 0 | 0 | 0 | 0.17 | 0 | 0.17 | 0.17 | 0.17 | |
| 7/6/2020 | SAC | Region 1 | Patient 12 | MHCB | MCB | MHCB | 6/30/2020 20:20 | 8.69 | 6/30/2020 22:54 | | 13.46 | 13.46 | 10:30:00 C NonCof | | 12:30:00 C NonCof | | | 0 | 0 | 0 | 0.17 | 0 | 0.17 | 0.17 | 0.17 | |
| 7/7/2020 | SAC | Region 1 | Patient 12 | MHCB | MCB | MHCB | 6/30/2020 20:20 | 8.69 | 6/30/2020 22:54 | | 13.46 | 13.46 | 11:40:00 C NonCof | | | | | 0 | 0 | 0 | 0.17 | 0 | 0.17 | 0.67 | 0.67 | |
| 7/9/2020 | SAC | Region 1 | Patient 12 | ASU | NDS | MCB | 6/30/2020 20:20 | 8.69 | 6/30/2020 22:54 | | 13.46 | 13.46 | | | | | | 0 | 0 | 0 | 0.67 | 0 | 0.67 | 0.67 | 0.67 | |
| 7/10/2020 | SAC | Region 1 | Patient 12 | ASU | ACUTE | ACUTE | 7/9/2020 12:55 | 4.88 | 7/9/2020 12:55 | | 13.46 | 13.46 | 09:15:00 C NonCof | | | | | 0 | 0 | 0 | 0.25 | 0 | 0.25 | 0.25 | 0.25 | |
| 7/11/2020 | SAC | Region 1 | Patient 12 | ASU | NDS | ACUTE | 7/9/2020 12:55 | 4.88 | 7/9/2020 12:55 | | 13.46 | 13.46 | | | | | | 0 | 0 | 0 | | 0 | | | | |

| Date | Region | Institution | Patient Code | Program | Sub-Program | MHI | Referral Date Time | Clinical LOS | TMHIJ Placement Date | TMHIJ Enddate | TMHIJ LOS | PC Contact | PC Contact Conf | MHMD Contact | MHMD Contact Conf | IDTT | RT Contact | Group Attended | Group Refused | Group Offered | Total Offered | Conf Hour | Non Conf Hour | Cell Front | 1st Rounding | 2nd Rounding |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/12/2020 | Region I | SAC | Patient 12 | ASU | NDS | ACUTE | 7/9/2020 12:55 | 4.88 | 6/30/2020 22:54 | | 13.46 | | | | | | | 0 | 0 | 0 | 0 | | | | | |
| 7/13/2020 | Region I | SAC | Patient 12 | ASU | NDS | ACUTE | 7/9/2020 12:55 | 4.88 | 6/30/2020 22:54 | | 13.46 | | | | | | | 0 | 0 | 0 | 0 | | | | | |
| 7/6/2020 | Region I | SAC | Patient 13 | ASU | NDS | ACUTE | 6/29/2020 13:22 | 14.86 | 6/16/2020 15:54 | | 27.76 | | | | | | | 0 | 0 | 0 | 0 | | | | | |
| 7/7/2020 | Region I | SAC | Patient 13 | ASU | NDS | ACUTE | 6/29/2020 13:22 | 14.86 | 6/16/2020 15:54 | | 27.76 | 10:50:00 | C NonCof | | | | | 0 | 0 | 0 | 0.17 | | 0.17 | 0.17 | 0.17 | |
| 7/8/2020 | Region I | SAC | Patient 13 | ASU | NDS | ACUTE | 6/29/2020 13:22 | 14.86 | 6/16/2020 15:54 | | 27.76 | 10:15:00 | C NonCof | 08:06:00 | O NonCof | | | 0 | 0 | 0 | 0.32 | | 0.32 | 0.32 | 0.32 | |
| 7/9/2020 | Region I | SAC | Patient 13 | ASU | NDS | ACUTE | 6/29/2020 13:22 | 14.86 | 6/16/2020 15:54 | | 27.76 | | | | | | | 0 | 0 | 0 | 0 | | | | | |
| 7/10/2020 | Region I | SAC | Patient 13 | ASU | NDS | ACUTE | 6/29/2020 13:22 | 14.86 | 6/16/2020 15:54 | | 27.76 | 08:45:00 | C NonCof | | | | | 0 | 0 | 0 | 0.25 | | 0.25 | 0.25 | 0.25 | |
| 7/11/2020 | Region I | SAC | Patient 13 | ASU | NDS | ACUTE | 6/29/2020 13:22 | 14.86 | 6/16/2020 15:54 | | 27.76 | 09:00:00 | C NonCof | | | | | 0 | 0 | 0 | 0.25 | | 0.25 | 0.25 | 0.25 | |
| 7/12/2020 | Region I | SAC | Patient 13 | ASU | NDS | ACUTE | 6/29/2020 13:22 | 14.86 | 6/16/2020 15:54 | | 27.76 | 11:00:00 | C NonCof | 11:00:00 | O NonCof | | | 0 | 0 | 0 | 0.25 | | 0.25 | 0.25 | 0.25 | |
| 7/13/2020 | Region I | SAC | Patient 13 | ASU | NDS | ACUTE | 6/29/2020 13:22 | 14.86 | 6/16/2020 15:54 | | 27.76 | | | | | | | 0 | 0 | 0 | 0.25 | | 0.25 | 0.25 | 0.25 | |
| 7/6/2020 | Region II | SVSP | Patient 14 | ML | SNY | ICF | 6/22/2020 13:19 | 21.7 | 6/12/2020 13:19 | 7/9/2020 11:04 | 26.91 | 11:20:00 | St Conf | | | 12:00:00 Standard Con | | 0 | 0 | 0 | 0.42 | 0.42 | | | | |
| 7/7/2020 | Region II | SVSP | Patient 14 | ML | SNY | ICF | 6/22/2020 13:19 | 21.7 | 6/12/2020 13:19 | 7/9/2020 11:04 | 26.91 | 10:20:00 | C NonCof | | | | | 0 | 0 | 0 | 0.33 | | 0.33 | 0.33 | 0.33 | |
| 7/8/2020 | Region II | SVSP | Patient 14 | ML | SNY | ICF | 6/22/2020 13:16 | 21.7 | 6/12/2020 13:19 | 7/9/2020 11:04 | 26.91 | 16:08:00 | C NonCof | | | | | 0 | 0 | 0 | 0.25 | | 0.25 | 0.25 | 0.25 RT at 10:00 | |
| 7/9/2020 | Region II | SVSP | Patient 14 | ML | SNY | ICF | 6/22/2020 13:16 | 21.7 | 6/12/2020 13:19 | 7/9/2020 11:04 | 26.91 | 08:03:00 | C NonCof | 11:30:00 | St Conf | | | 0 | 0 | 0 | 1.28 | 1 | 0.28 | 0.28 | 0.28 | |
| 7/6/2020 | Region II | SVSP | Patient 15 | ML | SNY | ICF | 7/2/2020 13:18 | 11.86 | 6/12/2020 19:24 | 7/8/2020 18:04 | 25.94 | 08:30:00 | St Conf | | | | | 0 | 0 | 0 | 0.42 | | 0.42 | 0.42 | 0.42 | |
| 7/7/2020 | Region II | SVSP | Patient 15 | ML | SNY | ICF | 7/2/2020 13:18 | 11.86 | 6/12/2020 19:24 | 7/8/2020 18:04 | 25.94 | 15:10:00 | St Conf | | | | | 0 | 0 | 0 | 1.33 | 1.33 | | | | |
| 7/8/2020 | Region II | SVSP | Patient 15 | ML | SNY | ICF | 7/2/2020 13:18 | 11.86 | 6/12/2020 19:24 | 7/8/2020 18:04 | 25.94 | 15:03:00 | St Conf | | | | | 0 | 0 | 0 | 1.02 | 1.02 | | | | RT at 10:00 |

Average Total Offered 0.27