UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | No. 2:90-cv-0520 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| GAVIN NEWSOM, et al., | |
| Defendants. | |

Plaintiff-Intervenor Christopher Lipsey moves to file a previously-submitted exhibit under seal. Because the exhibit contains information identifying class members and is covered by a protective order previously issued in this action (ECF No. 2109), this court finds good cause to grant Lipsey's motion. See Kamakana v. City & Cty. of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006) (showing of good cause required to seal exhibits to non-dispositive motion).

Accordingly, IT IS HEREBY ORDERED that:

1. Lipsey's July 9, 2020 motion to seal (ECF No. 6754) is granted.

2. Exhibit L to the declaration of Kate Falkenstien attached to the parties' Joint Discovery Dispute Statement (ECF No. 6746-13) shall be stricken from the public record.

////

////

////

1

3.  The Clerk of the Court is directed to file under seal: (a) Lipsey's July 9, 2020 motion to seal, and (b) Exhibit L to the declaration of Kate Falkenstien attached to the parties' Joint Discovery Dispute Statement (ECF No. 6746-13).

Dated: July 16, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/cole0520.lipsey ex seal