XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7325
  Fax: (916) 324-5205
  E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**NOTICE OF ASSOCIATION OF SPECIAL COUNSEL FOR DEFENDANTS** |

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants associate attorneys Paul B. Mello and Samantha D. Wolff of Hanson Bridgett LLP as special counsel in this case. Please add Mr. Mello and Ms. Wolff to the service list and files as follows:

> Paul B. Mello
> Hanson Bridgett LLP
> 1676 N. California Boulevard, Suite 620
> Walnut Creek, CA 94596
> Telephone: (925) 746-8460
> Facsimile: (925) 746-8491
> Email: pmello@hansonbridgett.com

1

| | |
|---|---|
| 1 | Samantha D. Wolff |
| | Hanson Bridgett LLP |
| 2 | 425 Market Street, 26th Floor |
| | San Francisco, CA 94105 |
| 3 | Telephone: (415) 995-5020 |
| | Facsimile: (415) 995-3547 |
| 4 | Email: swolff@hansonbridgett.com |

Dated: July 16, 2020                                   Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General


/s/ Tyler V. Heath
TYLER V. HEATH
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003