1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  ADRIANO HRVATIN
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   TYLER V. HEATH, State Bar No. 271478
5  KYLE A. LEWIS, State Bar No. 201041
   LUCAS HENNES, State Bar No. 278361
6  Deputy Attorneys General
    1300 I Street, Suite 125
7   P.O. Box 944255
    Sacramento, CA 94244-2550
8   Telephone: (916) 210-7323
    Fax: (916) 324-5205
9   E-mail: Lucas.Hennes@doj.ca.gov
   *Attorneys for Defendants*

   ROMAN M. SILBERFELD, State Bar No. 62783
   GLENN A. DANAS, State Bar No. 270317
   ROBINS KAPLAN LLP
    2049 Century Park East, Suite 3400
    Los Angeles, CA 90067-3208
    Telephone: (310) 552-0130
    Fax: (310) 229-5800
    E-mail: RSilberfeld@RobinsKaplan.com
   *Special Counsel for Defendants*

10

11                 IN THE UNITED STATES DISTRICT COURT

12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13                        SACRAMENTO DIVISION

14

| | |
|---|---|
| 15 **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| 16 Plaintiffs, | **DECLARATION OF PREETI K. BAJWA IN SUPPORT OF IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| 17 v. | |
| 18 | |
| 19 **GAVIN NEWSOM, et al.,** | |
| 20 Defendants. | |
| 21 | Judge:      The Honorable Kimberly J. Mueller |
| 22 | Action Filed:  April 23, 1990 |

23        I, PREETI K. BAJWA, declare:

24        1.    I am an attorney admitted to practice before the courts of the State of California and

25  before this Court. I am employed by the California Attorney General's Office as a Deputy

26  Attorney General in the Correctional Law Section, and I am assigned to represent Defendants in

27  the above-related matters. I am competent to testify to the matters set forth in this declaration,

28  and, if called to do so, I would and could so testify. I submit this declaration support of

                                        1

1    Defendants' supplemental briefing in opposition to Plaintiff-Intervenor Christopher Lipsey's

2    motion for a temporary restraining order to stop the Guard One security welfare checks.

3         2.    Attached as Exhibit A to this declaration is a chart summarizing the number of Guard

4    One checks conducted at California State Prison, Corcoran (Corcoran), California Correctional

5    Institution (CCI), Kern Valley State Prison, California State Prison, Sacramento (CSP-Sac), and

6    Pelican Bay State Prison (Pelican Bay), obtained from the data provided in Exhibits B-T attached

7    to Captain S. Pulley's declaration, and the number of grievances received by these institutions as

8    summarized by Plaintiff Christopher Lipsey in K. Falkenstien Declaration In Support of Plaintiff

9    Christopher Lipsey's Supplemental Brief In Support of Motion for a Temporary Restraining

10   Order, Exhibit A (2:90-cv-00520 KJM-DB; ECF No. 6690-3.)

11        3.    Attached as Exhibit B to this declaration is a true and correct copy of relevant

12   excerpts from California Correctional Center's operational procedures pertaining to the Guard

13   One security checks, with a declaration from the institution's litigation coordinator authenticating

14   these records.

15        4.    Attached as Exhibit C to this declaration is a true and correct copy of relevant

16   excerpts from California Health Care Facility's operational procedures pertaining to the Guard

17   One security checks, with a declaration from the institution's litigation coordinator authenticating

18   these records.

19        5.    Attached as Exhibit D to this declaration is a true and correct copy of relevant

20   excerpts from California Institute for Men's operational procedures pertaining to the Guard One

21   security checks, with a declaration from the institution's litigation coordinator authenticating

22   these records.

23        6.    Attached as Exhibit E to this declaration is a true and correct copy of relevant

24   excerpts from California Medical Facility's operational procedures pertaining to the Guard One

25   security checks, with a declaration from the institution's litigation coordinator authenticating

26   these records.

27        7.    Attached as Exhibit F to this declaration is a true and correct copy of relevant

28   excerpts from California Men's Colony's operational procedures pertaining to the Guard One

2

1  security checks, with a declaration from the institution's litigation coordinator authenticating

2  these records.

3       8.    Attached as Exhibit G to this declaration is a true and correct copy of relevant

4  excerpts from California State Prison – Los Angeles's operational procedures pertaining to the

5  Guard One security checks, with a declaration from the institution's litigation coordinator

6  authenticating these records.

7       9.    Attached as Exhibit H to this declaration is a true and correct copy of relevant

8  excerpts from Substance Abuse Treatment Facility's operational procedures pertaining to the

9  Guard One security checks, with a declaration from the institution's litigation coordinator

10  authenticating these records.

11       10.    Attached as Exhibit I to this declaration is a true and correct copy of relevant excerpts

12  from Calipatria State Prison's operational procedures pertaining to the Guard One security

13  checks, with a declaration from the institution's administrative segregation unit's captain

14  authenticating these records.

15       11.    Attached as Exhibit J to this declaration is a true and correct copy of relevant excerpts

16  from California Correctional Women's Facility's operational procedures pertaining to the Guard

17  One security checks, with a declaration from the institution's litigation coordinator authenticating

18  these records.

19       12.    Attached as Exhibit K to this declaration is a true and correct copy of relevant

20  excerpts from Valley State Prison's operational procedures pertaining to the Guard One security

21  checks, with a declaration from the institution's litigation coordinator authenticating these

22  records.

23       13.    Attached as Exhibit L to this declaration is a true and correct copy of relevant

24  excerpts from Deuel Vocational Institution's operational procedures pertaining to the Guard One

25  security checks, with a declaration from the institution's litigation coordinator authenticating

26  these records.

27       14.    Attached as Exhibit M to this declaration is a true and correct copy of relevant

28  excerpts from Folsom State Prison's operational procedures pertaining to the Guard One security

1  checks, with a declaration from the institution's litigation coordinator authenticating these

2  records.

3    15.    Attached as Exhibit N to this declaration is a true and correct copy of relevant

4  excerpts from High Desert State Prison's operational procedures pertaining to the Guard One

5  security checks, with a declaration from the institution's litigation coordinator authenticating

6  these records.

7    16.    Attached as Exhibit O to this declaration is a true and correct copy of relevant

8  excerpts from Pleasant Valley State Prison's operational procedures pertaining to the Guard One

9  security checks, with a declaration from the institution's litigation coordinator authenticating

10  these records.

11    17.    Attached as Exhibit P to this declaration is a true and correct copy of relevant

12  excerpts from RJ Donovan's operational procedures pertaining to the Guard One security checks,

13  with a declaration from the institution's litigation coordinator authenticating these records.

14    18.    Attached as Exhibit Q to this declaration is a true and correct copy of relevant

15  excerpts from Salinas Valley State Prison's operational procedures pertaining to the Guard One

16  security checks, with a declaration from the institution's litigation coordinator authenticating

17  these records.

18    19.    Attached as Exhibit R to this declaration is a true and correct copy of relevant

19  excerpts from California Institution for Women's operational procedures pertaining to the Guard

20  One security checks, with a declaration from the institution's litigation coordinator authenticating

21  these records.

22    20.    Attached as Exhibit S to this declaration is a true and correct copy of relevant

23  excerpts from Chuckawalla Valley State Prison's operational procedures pertaining to the Guard

24  One security checks, with a declaration from the institution's litigation coordinator authenticating

25  these records.

26    21.    Attached as Exhibit T to this declaration is a true and correct copy of relevant

27  excerpts from California State Prison, Solano's operational procedures pertaining to the Guard

28

4

1  One security checks, with a declaration from the institution's litigation coordinator authenticating

2  these records.

3      22.    Attached as Exhibit U to this declaration is a true and correct copy of relevant

4  excerpts from Mule Creek State Prison's operational procedures pertaining to the Guard One

5  security checks, with a declaration from the institution's litigation coordinator authenticating

6  these records.

7      23.    Attached as Exhibit V to this declaration is a true and correct copy of relevant

8  excerpts from California Training Facility's operational procedures pertaining to the Guard One

9  security checks, with a declaration from the institution's litigation coordinator authenticating

10 these records.

11     24.    Attached as Exhibit W to this declaration is a true and correct copy of relevant

12 excerpts from Sierra Conservation Center's operational procedures pertaining to the Guard One

13 security checks, with a declaration from the institution's litigation coordinator authenticating

14 these records.

15     I declare under penalty of perjury that the foregoing is true and correct and that this

16 declaration was executed on July 16, 2020 in Castro Valley, California.

17

18                                                                 */s/ Preeti K. Bajwa*

19                                                                 PREETI K. BAJWA

                                                                Deputy Attorney General

20 CF1997CS0003
   91266553

21

22

23

24

25

26

27

28

# Exhibit A

**Summary of Guard One Checks and Grievances at Select Institutions**

**Guard One Checks and Grievances 2019**

|  | Corcoran | CCI | Kern Valley | CSP-Sacramento | Pelican Bay |
|---|---|---|---|---|---|
| Jan. Checks | 812,841 | 88,208 | 294,681 | 447,727 | 556,601 |
| Jan. Grievances | 0 | 0 | 0 | 0 | 0 |
| Feb. Checks | 752,073 | 78,903 | 265,886 | 417,264 | 471,875 |
| Feb. Grievances | 0 | 0 | 0 | 0 | 0 |
| Mar. Checks | 821,672 | 83,840 | 280,745 | 420,842 | 499,741 |
| Mar. Grievances | 0 | 0 | 0 | 0 | 0 |
| Apr. Checks | 751,149 | 82,389 | 273,250 | 405,731 | 495,517 |
| Apr. Grievances | 0 | 0 | 0 | 0 | 0 |
| May Checks | 750,004 | 87,369 | 275,038 | 425,595 | 539,955 |
| May Grievances | 0 | 0 | 0 | 0 | 0 |
| June Checks | 777,811 | 103,998 | 265,308 | 420,683 | 567,748 |
| June Grievances | 0 | 0 | 0 | 0 | 0 |
| July Checks | 770,861 | 99,036 | 269,769 | 452,859 | 583,961 |
| July Grievances | 0 | 0 | 0 | 0 | 0 |
| Aug. Checks | 731,826 | 74,185 | 252,999 | 447,814 | 586,849 |
| Aug. Grievances | 0 | 0 | 0 | 0 | 0 |
| Sept. Checks | 712,593 | 93,314 | 230,984 | 426,967 | 577,395 |
| Sept. Grievances | 1 | 0 | 0 | 0 | 0 |
| Oct. Checks | 785,678 | 85,921 | 246,340 | 451,925 | 620,549 |
| Oct. Grievances | 0 | 0 | 0 | 0 | 0 |
| Nov. Checks | 719,878 | 83,133 | 222,043 | 438,922 | 614,621 |
| Nov. Grievances | 0 | 0 | 0 | 0 | 0 |
| Dec. Checks | 721,659 | 82,794 | 220.812 | 436,932 | 627,831 |
| Dec. Grievances | 0 | 0 | 0 | 0 | 0 |

## Guard Checks and Grievances 2020

|  | Corcoran | CCI | Kern Valley | CSP-Sacramento | Pelican Bay |
|---|---|---|---|---|---|
| Jan. Checks | 679,689 | 128,455 | 222,894 | 449,591 | 641,907 |
| Jan. Grievances | 0 | 0 | 0 | 0 | 0 |
| Feb. Checks | 628,261 | 107,601 | 218,759 | 396,530 | 612,590 |
| Feb. Grievances | 0 | 0 | 0 | 0 | 0 |
| Mar. Checks | 668,966 | 116,164 | 252,132 | 423,583 | 651,752 |
| Mar. Grievances | 1 | 0 | 0 | 0 | 1 |
| Apr. Checks | 657,788 | 133,337 | 278,525 | 404,522 | 618,448 |
| Apr. Grievances | 0 | 0 | 0 | 0 | 0 |
| May Checks | 687,763 | 158,578 | 288,669 | 449,802 | 600,231 |
| May Grievances | 0 | 0 | 0 | 0 | 0 |

CF1997CS0003
91267151

# Exhibit B

**DIVISION OF ADULT INSTITUTIONS**
**CALIFORNIA CORRECTIONAL CENTER**
P.O. Box 790
Susanville, CA 96127-0790



# DECLARATION OF CUSTODIAN OF RECORDS
*Ralph Coleman vs Gavin Newsom*
United States District Court, Eastern District of California, Case no 2:90-CV- 00520 KJM-DB (PC).

I, **John Wattenburg**, declare as follows:

I am the Litigation Coordinator, employed by the California Department of Corrections and Rehabilitation at the California Correctional Center in Susanville, California. In this capacity I am a duly authorized custodian of records and/or other qualified witness for the above-named entity of the records requested regarding Coleman v Newsom requested by Preeti K. Bajwa Deputy Attorney General dated July 7, 2020. The duplicated or photocopied documents submitted herein are true copies of the records. The original records, of which copies are enclosed, were prepared by the litigation coordinator of this business/agency in the ordinary course of doing business at or near the time of the act, condition, or event of which they reflect.

A thorough search of our records carried out by me has revealed that this business or facility does have the following records described in the document request.

- Local Operation Procedures No # 892.
- Operations Manual No # 52080.33
- Any effort to Quieten the noise associated with the use of Guard one. (None to Report).
- Memos (None to Report).

I declare under the penalty of perjury under the laws of The State of California that the foregoing is true and correct. Executed at, Susanville, California on this 13th day of July, 2020.

J. Wattenburg
Litigation Coordinator
California Correctional Center
(530) 257-2181 extension 4314

7/14/2020
Date

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**            LAST REVISED 08/18
**CALIFORNIA CORRECTIONAL CENTER – NORTHERN/COSTAL CAMPS**             PAGE 1 OF 4
**OPERATIONAL PROCEDURE NO. 892**
**CLINICAL ROUNDS AND SCREENING IN ADMINISTRATIVE SEGREGATION**

I.      **PROCEDURE NUMBER AND TITLE**

   Operational Procedure *(OP)* No 892, Clinical Rounds and Screening in Administrative Segregation

II.     **PURPOSE AND OBJECTIVES**

   The purpose of this ~~Operational Procedure~~ is to ensure timely and effective mental health service delivery to the institution's patient population *in the Administrative Segregation Unit (ASU)*.

III.    **REFERENCES**

   Mental Health Services Delivery System (MHSDS) Program Guide 2009.
   Memorandum dated June 6, 2007, "Implementation of Mental Health Screening Prior to Placement in Administrative Segregation Units," signed by Jackie Clark, BSN, MBA, Statewide Director of Nursing, California Prison Health Care Services.
   Memorandum dated June 6, 2007, "Implementation of Screening of Inmates who have been Out to Court and Received "Bad News," signed by Jackie Clare, BSN, MBA, Statewide Director of Nursing, California Prison Health Care Services.
   ~~Memorandum dated May 21, 2013, "Data Entry of Administrative Segregation Unit Screening Encounters," signed by Timothy G. Belavich, PH.D., Director (A), Division of Health Care Services, and Deputy Director (A), Statewide Mental Health Program.~~
   Memorandum dated June 7, 2016, "Release of New Mental Health Post-Placement Screening Form for Administrative Segregation Units" signed by Katherine Tebrock, ESQ., Deputy Director, Statewide Mental Health Program, and Cheryl Schutt, RN, BSN, Statewide Chief Nurse Executive, Nursing Services.
   Memorandum dated October 2, 2006, "Plan to Reduce Suicide Risk in Administrative Segregation Units," signed by P. Farber-Szekrenyi, Director, Division of Correctional Health Care Services, and J. Dovey, Director, Division of Adult Institutions.
   *OP 509, Disability Placement Program.*

IV.     **REVIEW AND APPROVAL**

   This procedure will be reviewed annually in the month of June by the Chief of Mental Health (CMH), or designee, and/or Director of Nursing ~~(DON)~~, and requires the approval of the Chief Executive Officer ~~(CEO)~~ and the Warden.

V.      **RESPONSIBILITY**

   A.  The overall institutional responsibility for this program will be that of the CMH and Chief Nurse Executive *(CNE)*.

   B.  Institutional procedures for the provision of psychological services and supervision of Mental Health *(MH)* staff will be the responsibility of the CMH, or designee.

   C.  Oversight of clinical programs and patient management will be the responsibility of the Senior Psychologist, Supervisor.

VI.     **METHODS**

   A.  **Clinical Rounds-**

      1.  A ~~Mental Health (MH)~~ staff member, usually a Psychiatric Technician (PT) and/or licensed ~~Medical~~ *Health Care* staff trained to complete MH rounds, shall conduct MH rounds ~~(7)~~ seven days a week in all ~~Administrative Segregation Unit (ASU)~~ housing units.

      2.  A morning "huddle" shall be held each day consisting of, an ASU Sergeant and the designated ASU MH personnel.

      3.  During the ASU huddle meeting, staff shall discuss new arrivals, at risk patients, behavioral issues and concerns, suicide risks, MH Clinical Crisis follow-ups, and any other pertinent MH issues. Notation of the "huddle" meeting shall be documented in the ASU entry Isolation Log Book, and *on the ASU Mental Health Log* on the huddle clipboard in the ASU Sergeant's Office. ~~on the ASU Mental Health Log.~~ *The Senior*

*Psychologist, Supervisor, or designee, shall review the ASU huddle notations by the ASU Sergeant and ASU MH personnel on the Isolation Log Book and ASU Mental Health Log weekly and report compliance to the Mental Health Program Subcommittee (MHPS) meeting monthly.*

4. Reasonable accommodation shall be afforded to patients with disabilities, e.g., vision, speech, hearing impaired, learning disabilities, and those with low Test of Adult Basic Education scores (below 4.0) to ensure equally effective communication.

5. Record all effective communication in accordance with ~~California Correctional Center~~ OP 509, Disability Placement Program ~~For Non-Designated Institutions~~. The presence of translators for foreign speaking or hearing impaired patients must also be documented.

6. Staff shall ascertain the patient's mental condition, particularly during the first 72 hours of admittance to ASU, by developing rapport with new patients. Initial contact shall be made within the first 24 hours of placement into ASU.

7. The ASU MH clinician shall review and prioritize staff referrals, patient requests, and follow up with ASU inmates as appropriate.

8. MH staff shall document clinical rounds on both MHSDS and non-patients by initialing next to each inmate's name on the ASU Isolation Log Book, each time the inmate is seen.

9. Staff completing rounds shall be in possession of ~~the Mental Health~~ *MH* Rounds Guard 1 (pipe) and corresponding "button" to differentiate MH rounds from custody rounds. Pipes shall be stored in a secured location when not in use. Buttons will be added to the PT Key rings and kept in Central Control when not in use.

10. Prior to beginning rounds, staff will place the button over the sensor on the pipe until the pipe beeps and flashes red, thereby, reprogramming the identity of the pipe as health care staff rounds.

11. At each cell door, regardless of whether cell is occupied by a patient or not, staff completing ~~mental health~~ *MH* rounds shall place the sensor end of the pipe on the metal button mounted to each door in ASU until an audible beep is produced and a red light flashes. This will be repeated at each cell door until rounds are completed.

12. Reprogramming the identity of the pipe as health care rounds should be completed prior to restarting rounds if a staff member is interrupted to complete other tasks during rounds.

13. After rounds are completed, staff shall place the pipe into the download docking station in the ASU Sergeant Office to download rounds information. This process of downloading should take about 30 seconds.

14. Any inmate who exhibits signs and symptoms of a serious mental disorder shall be referred via Electronic Health Record System (EHRS), MH Consult Emergent, Urgent, Routine referral for staff with EHRS access, or a CDCR 128-MH5, ~~MH~~ *Mental Health* Referral Chrono (Attachment A) for staff with non-EHRS access, for further clinical evaluation. If staff submits an Emergent or Urgent referral, a phone call to MH ~~will~~ *shall* also be made.

15. Unusual psychological findings that require closer observation by custody staff shall be documented on the CDC 114-A, Inmate Segregation Record (Attachment B), on the same day of evaluation. Documentation of those findings shall also be made in the EHRS on a ~~Mental Health~~ *MH* Consult Note or MH Primary Clinician Note generated in power chart on the same day.

16. All patients in ASU ~~will~~ *shall* have daily PT cell front rounds, completed to identify signs/symptoms of MH issues and/or decline in MH status. For MHSDS Correctional Clinical Case Management System patients, MH staff ~~will~~ *shall* document a summary of daily clinical rounds on the PT Daily Rounds documentation band found in the IView section of the power chart.

17. PTs shall make contact with the Out Patient Housing Unit (OHU) on each shift to determine if ASU inmates are housed in the OHU. Second Watch PTs ~~will~~ *shall* also make rounds on the patient(s) housed in the OHU and document such rounds on the inmate's CDC 114-A.

### Spit Mask/Hood Procedure

Any staff (custody or non-custody) who observes an inmate housed in ASU displaying behavior that includes spitting directed at staff, shall notify their supervisor immediately. They must also thoroughly document the incident on ~~all CDC~~ RVR. During an emergency situation, the highest-ranking employee present shall authorize immediate use of the spit mask/hood and supervise its placement as indicated in ~~the Spit Masks/Hoods Policy~~ *DOM Section 51020.6*. A CDC-128B completely documenting the circumstances for placing the inmate on spit mask/hood status will be forwarded to the Captain.

If the Captain determines the inmate's placement on Spit Mask/Hood status is appropriate, they will document, via memorandum, the order for placement on Spit Mask/Hood status and the future date to be reviewed. Once an inmate is placed on spit mask/hood status, they will be required to wear the spit mask/hood every time they exit their assigned cell.

Subsequent to the placement of a spit mask/hood on an inmate, staff members should regularly assess the need for continued use. When staff believes the need for the spit mask/hood is no longer necessary, they will notify the Captain and request permission to remove.

### Security – Cell Removal

When an inmate is to be removed from a cell, the officer will instruct the inmate to back up to the security port, with his hands behind ~~his~~ *their* back; the inmate will then be handcuffed through the security port. Staff should not place their hands in the cell, through the security port. If there is a second inmate in the cell, the second inmate will also be placed in handcuffs and shall be seated on the desk stool facing the window. The door will not be opened until the second inmate complies with these instructions. When the Escort Officer is ready to remove the inmate, they will signal the Control Booth Officer and identify the cell to be ~~opened by number; the control booth officer shall confirm the program status/yard eligibility and verbally confirm the~~ cell number. Two ~~(2)~~ officers will be present while the door is open, if there are two ~~(2)~~ inmates in the cell. The Escort Officer will take hold of the inmate by the arm and guide ~~him~~ *them* out backwards. The same procedure, in reverse, will be utilized when placing an inmate in the cell.

Anytime a staff-assaultive inmate or any other inmate proven to be violent against staff is removed from a cell, at least two ~~(2)~~ officers will be present, one ~~(1)~~ of whom will stand by with baton drawn, while the other officer has the inmate submit to an unclothed body search prior to exiting the cell.

When a cell fight occurs, the following process will be implemented:

- One ~~(1)~~ inmate will be instructed to lay under the lower bunk with ~~their~~ face turned towards the wall.

- The second inmate will be ordered to submit to handcuffs through the security port.

- Whenever an ASU cell door is opened with an unrestrained inmate inside sufficient staff (minimum of two ~~[2]~~ officers) shall be present prior to the door being initially opened. If the first inmate refuses to comply with orders to lie under the lower bunk, or insufficient staff is present, the cell door shall not be opened.

### Security Cell Extraction

DOM Section 51020, Use of Force, and Restricted OP 106, Cell and Area Extractions, will be reviewed and adhered to by the Incident Commander prior to any Controlled UOF. All staff assigned to ASU shall be trained in cell extractions. Normally, staff shall not be placed on a cell extraction team without prior training. No controlled cell extraction will be completed without administrative approval at the level of Captain or the Administrative Officer-of-the-Day (AOD) during non-business hours.

### Security/Welfare Checks

A security/welfare check is defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in ASU, Psychiatric Services Unit (PSU), Security Housing Unit (SHU), and Condemned Housing Unit. The security/welfare check shall include a visual/physical observation of living, breathing inmate, free from obvious injury, ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior. The security/welfare check shall be conducted on all inmates housed in ASU, PSU, SHU, and Condemned Housing Units. The correctional officer shall conduct the security/welfare checks on all inmates in the aforementioned housing units at staggered intervals twice an hour, not to exceed 35 minutes between checks.

### Use of the Guard One Rounds Tracker

Correctional officers shall use the Guard One "PIPE" to record all security/welfare checks conducted on all inmates housed in ASU. This will be accomplished by touching the PIPE to each cell front button. This will capture the time and location that the security/welfare check was conducted. Correctional officers shall conduct security/welfare checks on all inmates in ASU at staggered intervals twice an hour not to exceed 35 minutes between checks. In the event the Guard One monitoring system is inoperable or there is another unforeseen disruption, staff shall use the Security/Welfare *Check* Manual ~~Check~~ Tracking Sheet (Attachment G) to document the required checks.

All inmates housed outside of Building 4, excluding Contraband Surveillance Watch which shall be tracked consistent with DOM 52050.23, Contraband Surveillance Watch, where the use of the Guard One System is not available such as: Building 3/ASU Overflow, OHU, Off

Reservation Hospitals, etc. shall record the Security/Welfare checks using the Security/Welfare *Check* Manual ~~Check~~ Tracking Sheet.

### First Watch PIPE

During First Watch, correctional officers shall conduct all security/welfare checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red light emitting diode (LED). Officers conducting security/welfare checks using the "First Watch PIPE" must ensure they observe the red LED when conducting their security/welfare checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch only.

### Inmate Removal from Cell

During times when inmates are out of their assigned cells, correctional officers are required to conduct security/welfare checks looking for damage and potential security concerns to that inmate's cell.

### Vacant Cells

Under this procedure, correctional officers are expected to conduct security/welfare checks on all cells.

### Internet Protocol Download and Unit Supervisor Review

At the completion of each shift, the officer conducting the security/welfare check will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the ASU Sergeant's Office for the ASU Sergeant's review. Once the IP download has been completed, the ASU Sergeant shall review all security/welfare checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all security/welfare checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks. After the review, the ASU Sergeant shall print the Guard One Rounds Tracker Report and provide their signature and date and time of review. Should there be any discrepancies during this review; the ASU Sergeant shall appropriately address any deficiencies with staff prior to the end of shift. Any security check that is beyond 35 minutes will be explained on the hard copy report as to the reason the check exceeded 35 minutes. The reports (manual and/or the Guard One Rounds Tracker "PIPE" Time Between Report), upon review, shall be provided to the Facility Captain and AW weekly for approval. Once approved, the reports will be forwarded to the Litigation Office and shall be retained by that office indefinitely.

On First Watch (1W), the Facility C Sergeant will perform all the ASU Sergeant duties.

### Training

The ASU Sergeant *and/or the Facility C* Lieutenant shall ensure that all officers tasked with conducting security/welfare checks are provided the necessary training regarding this procedure and the Guard One System equipment.

### Additional ASU Security

Deadlock

At approximately 2130 hours daily, and in all cases prior to the Third Watch (3W) ASU Sergeant going off duty, the entire ASU shall be placed on deadlock. The unit shall remain on deadlock throughout 1W. At approximately 0615 hours daily, the entire ASU shall be taken off of deadlock. A supervisor must be present for any routine cell openings on 1W. Once the emergency is handled and/or inmates removed, that section shall be returned to deadlock until the scheduled removal of deadlock in the morning.

Cell Searches

To maintain a high level of security within ASU, staff must diligently conduct cell searches whenever a cell is vacated. Cell searches shall be conducted prior to the placement of an inmate into a vacant cell or whenever there is suspicion of contraband having been introduced or weapons manufacturing occurring, and of all cells on a routine, unscheduled basis. Each ASU Officer assigned to a specific section within ASU on Second Watch (2W)/3W shall conduct a minimum of three ~~(3)~~ random cell searches within their assigned section each day.

Staff shall maintain a search log of all searches conducted within their section. They shall note on the Building 4 Search Log form, as well as the inmate's CDC 114-A, the date, their legible signature, any contraband confiscated from the cell and any discrepancy to the cell (to include maintenance problems, gang drawings or writing, or any indication of weapons manufacture, such as scraping or a burnt area). In addition to the notation on the Building 4 Search Log form, all discrepancies to the cell shall be reflected on an ASU Cell Diagram. These notations should be dated and initialed by staff. All contraband removed from the cell will also be documented on a cell search receipt and a copy given to the inmate.

All ASU cells will be searched upon vacancy and documented utilizing the appropriate Cell ~~Bed Area~~ Search ~~form~~ *Log* "~~Exhibit B~~" (Attachment H).

Other Security Searches

Staff will search common areas, such as the exercise yards, showers, and holding cells, prior to any inmate being placed in that area.

wand/search each laundry bag for contraband. ASU staff will then place the laundry bags into the ASU laundry cart and secure it with a lock.

- When the laundry cart is returned from Facility C Clothing, ASU staff will take the laundry cart to the Facility C Program Area room to process the laundry bags through the x-ray machine. This process is to scan for contraband. After the scanning process is complete, the ASU floor staff will then return the assigned laundry bag to the corresponding inmate.

- While under ASU staff supervision, the inmate will retrieve, open and remove all laundry within the laundry bag.

- Once the bag is empty, the inmate will hand the laundry bag back to the ASU floor staff. ASU floor staff will then account for all net laundry bags and store them in a secure office in ASU.

### Packages

Inmates housed in ASU are permitted to receive one (1) annual package (similar to quarterly packages); not to exceed 30 pounds maximum weight, per year. ASU inmates are not eligible to receive this annual package until 365 days from the date of their placement in ASU. To request an annual package, ASU inmates shall submit the annual package slip to the ASU Sergeant. After verifying the inmate's eligibility to receive such a package, the Sergeant shall keep a copy for their records, as well as one (1) for R&R, and return the form to the inmate who will mail it out. All other packages received for inmates on ASU status shall be returned to the sender at the inmate's expense.

### Responsibility, Review, and Approval

The Facility C Program Lieutenant is responsible for the operation of this procedure, under direction of the Captain. The AW, Facility C, will review this ~~Operational Ssupplement~~ annually in the month of ~~April~~ March. This supplement requires the approval of the Warden.

### Attachments

| Attachment A | 7219, Medical Report of Injury or Unusual Occurrence |
|---|---|
| Attachment B | CDC 114-A, Inmate Segregation Record |
| Attachment C | CDC 114-A1, Inmate Segregation Profile |
| Attachment D | CDCR 1083, Inmate Property Inventory |
| Attachment E | CDCR 1030, ~~Parole~~ Confidential Information Disclosure Form |
| Attachment F | CDC 1882-*B*, Administrative Segregation Unit/Security Housing Unit Double Cell Review |
| Attachment G | Security/Welfare Check Manual Tracking Sheet |
| Attachment H | ~~Exhibit B~~ Cell Search Log |
| Attachment I | Weekly Review of Inmate Segregation Profile/Record Worksheet |

| Attachment J | Monthly Certification ~~Memorandum of~~ *Supervisory Review of CDC Form 114-A Inmate Segregation Record and CDC Form 114-A1 Inmate Segregation Profile* |
|---|---|
| Attachment K | CDCR 7362, Inmate Request for Service |
| Attachment L | Monthly ASU Intake Cell Audit Worksheet |
| Attachment M | ASU Inmate Orientation Mental Health Guide |
| *Attachment N* | *Authorized ASU Personal Property Log* |
| Attachment ~~N~~O | CDC-128B Multi-Powered Radio Loaner Program Agreement |
| Attachment ~~O~~P | Multi-Powered Radio Distribution Log |
| *Attachment Q* | *CDCR 128-B, General Chrono, Headphone Loaner Program Agreement* |
| *Attachment R* | *Headphone Distribution Log* |
| Attachment ~~P~~S | Non Disciplinary Segregation Log |
| Attachment ~~Q~~T | Non Disciplinary Segregation Weekly Phone Tracking Log |

_S. PEERY_
Warden

_5/12/20_
Date

# Exhibit C

**CALIFORNIA HEALTH CARE FACILITY**
LITIGATION OFFICE
P.O. Box 32050
Stockton, CA 95213



## DECLARATION OF CUSTODIAN OF RECORDS
Department of Corrections, California Health Care Facility

I, Erin Takehara, Correctional Counselor II (Specialist), declare that I am the Litigation Coordinator, California Health Care Facility (CHCF). I have been an employee with the California Department of Corrections and Rehabilitation (CDCR) for approximately 22 years, 3 months. I am the duly authorized custodian of records for the above-named entity. As such, I have the authority to certify the attached records as true and correct. The duplicated documents submitted herewith are true and correct copies of the Operational Procedure 04-001 Administrative Segregation Unit (ASU) at CHCF.

The original records, of which copies are enclosed, were prepared by the personnel of this business/agency in the ordinary course of business at or near the time of the act, condition or even which they reflect.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the 15th day of July, 2020 at Stockton, California.

Erin Takehara
Correctional Counselor II
Litigation Coordinator
California Health Care Facility

# CALIFORNIA HEALTH CARE FACILITY
## Stockton, California
### January 2020

I. **OPERATIONAL PROCEDURE 04-001 ADMINISTRATIVE SEGREGATION UNIT (ASU)**

II. **PURPOSE AND OBJECTIVES**

This procedure establishes specific guidelines for the approved program within the Administrative Segregation Unit (ASU) as mandated by the California Code of Regulations (CCR), Title 15, Division 3, Chapter 1, Rules and Regulations of Adult Institutions, and the California Department of Corrections and Rehabilitation (CDCR) Department Operations Manual (DOM).

The objective of this procedure is to establish an Operational Procedure (OP) that clearly delineates the multiple missions within ASU. ASU provides temporary segregation for inmates pending investigation, evaluation and/or disciplinary action. To achieve this goal, the Mental Health Services Delivery System (MHSDS) procedures have been interfaced into this plan to ensure the overall function of the ASU.

III. **REFERENCES**

- California Code of Regulations, Title 15
- Department Operations Manual
- Memorandum titled, Headphone Loaner Program for Hearing Impaired Inmates Housed in Restricted Housing Units, dated March 16, 2020.
- Operational Procedure 04-006 Max Custody Disciplinary Procedure for California Health Care Facility General Population Level II Programming Facility.

IV. **APPROVAL AND REVIEW**

This OP will be reviewed annually in the month of January by the Associate Warden Facility E and submitted to the Warden for final approval.

V. **RESPONSIBILITY**

The Warden has the overall responsibility for this OP. The Chief Deputy Warden and the Associate Warden, Facility E, are responsible for the administrative operation of this procedure. The Facility E Captain is responsible for the functional operation of ASU and compliance with all applicable policies and procedures.

VI. **METHODS**

**Purpose of California Health Care Facility ASU**
When an inmate's presence in the California Health Care Facility's (CHCF), General Population (GP) presents an immediate threat to the safety of the inmate or others, endangers institution security or jeopardizes the integrity of an investigation of an alleged serious misconduct or criminal activity, the inmate shall be immediately removed from general population and be placed in ASU. The ASU may be accomplished by confinement in a designated segregation unit or, in an emergency, to any single cell unit capable of providing secure segregation.

**Yard Searches**
- The yard and sallyport doors will be inspected for proper operation and structural integrity on each watch. This inspection includes testing of the electronic key, manual key door operation and override function. The ASU Sergeant must be notified of any discrepancies immediately. The ASU supervisors shall ensure all yard searches are logged in the Unit Log Book.
- The yard sinks and toilets will be inspected for proper operation.
- Yard exercise modules shall be searched for weapons and contraband prior to initiating yard release of all yard groups without exception. Exercise yards will be searched following any incident in which inmates are suspected to have used a weapon or a weapon is discharged. The first line supervisors shall ensure the completion and documentation of these searches and inspections. All yard incidents involving the use of a weapon by an inmate **must** include the name of the staff member who searched the yard in the CDCR Form 837, Crime/Incident Report.

**Common Areas**
All common areas accessible or used by inmates (i.e., showers, tiers, etc.), shall be searched/inspected on a daily basis and logged in the Common Area search sheet.

**Unit Securities**
At the beginning and conclusion of each shift, Unit Staff shall conduct a security check of the unit and will document the security check in the ASU Log book. The security check will consist of:
- A visual inspection of all cells and inmates to ensure all are alive and well.
- Ensure all food ports are secured and locked.
- No cell door or window is covered.
- Firefighting equipment inspection.
- The tiers are free of contraband and debris.

**ASU Guard One Security/Welfare Checks**
- Correctional Officers shall use the Guard One PIPE to record all Security/Welfare Checks conducted on all inmates housed in ASU. This will be accomplished by touching the PIPE to each cell front button. This will capture the time and location that the Security/Welfare Check was conducted.
- Correctional Officers shall conduct Security/Welfare Checks on all inmates in the ASU at staggered intervals twice an hour, not to exceed 35 minutes between checks. Staggered means checks are to be conducted at unannounced and irregular intervals so that they are unpredictable to the inmate population. Disruptions of Security/Welfare Checks shall be documented in the ASU Unit Log book.
- During First Watch hours, Correctional Officers shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not omit an audible beep during use only flashing a red Light Emitting Diode (LED). The First Watch PIPE shall be marked identifying it as equipment for First Watch use only.
- During times when inmates housed in ASU are out of their assigned cell for (yard, classification committee, appointments, visiting, etc.), Correctional Officers are required to conduct a Security/Welfare Check looking for damage and potential security concerns to that inmate's cell
  Under this procedure, Correctional Officers are not expected to conduct Security/Welfare Checks on ASU cells that have no inmates assigned to them.

- At the completion of each shift, the Correctional Officers tasked with completing the Security/Welfare Checks shall insert the PIPE into the Internet Protocol (IP) Downloader. Once the IP download has been completed, the unit supervisor shall review all the Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated workstation.
- As part of the Review, the unit supervisor will print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during a review the housing unit supervisor shall provide appropriate corrective action with staff prior to the end of the shift.
- In the event the Guard One electronic monitoring system is inoperable, staff shall use the Security/Welfare Check Manual Tracking Sheet to document the required checks. Once the Guard One System is fully operational, staff shall resume the methods as described above for the Guard One System. The records retention schedule for the Security/Welfare Check Form will be the same as for the Guard One Rounds Tracker Reports.

**Inmate Property**
All personal property, legal materials and state issued property items, which inmates assigned to an ASU, are allowed to possess, will be issued and handled pursuant to DOM Section 54030, Inmate Property. In an ASU, high control shall be maintained on types and quantities of personal property allowed. An excess of items impedes searching and large quantities of certain items provide materials for the construction and/or secretion of weapons.

It is the inmate's responsibility to order only approved items and to possess only specified limits. If property items are received at this institution, which do not meet with the specifications of this procedure, the item(s) shall be returned to the sender at the inmate's expense or donated.

Property items found in the inmate's possession, which exceed specified limits, shall be subject to confiscation and/or mailing home at the inmate's expense as outlined in CCR, Title 15, Section 3191(c).
Allowable items listed in the following can be purchased through the Canteen, brought from another institution or received through the mail pursuant to CHCF's Property Operational Procedure 03-001 and the approved canteen list.

Items of personal clothing including shoes are not authorized. CDCR authorized Orthopedic shoes may be allowed with the verification by a CHCF medical doctor and documented on a CDCR Form 128-C, Medical Chrono.
Authorized property shall be stored pending review by ICC. One (1) of the following procedures shall be implemented:
- If retained in ASU, for disciplinary reasons, the inmate's allowable property shall be issued to him and the remainder stored by the ASU Property Officer pending final disposition of the inmate's case. If retained in ASU on Non-Disciplinary Status, the inmate shall receive property pursuant to the NDS matrix.
- When endorsed for Security Housing Unit (SHU) placement the inmate shall be required to dispose of any unauthorized property by the following approved methods. The inmate shall be afforded the options outlined in CCR, Title 15, Section 3191(c).

CALIFORNIA HEALTH CARE FACILITY
OPERATIONAL PROCEDURE 04-001- Administrative Segregation Unit
January 2020
Page 41 of 41

## VIII.    APPROVALS

*B. Donahoo*

BRYAN DONAHOO
Associate Warden
Facility E
California Health Care Facility

4.21.20
Date

*Laura Eldridge*

LAURA ELDRIDGE
Warden (A)
California Health Care Facility

042920
Date

# Exhibit D

**DIVISION OF ADULT INSTITUTIONS**
California Institution for Men
PO Box 128
Chino, CA 91708-0128



I, <u>Kendra Leyva</u>, hereby declare:

I am the Litigation Coordinator employed by the California Department of Corrections and Rehabilitation (CDCR) at the California Institution for Men (CIM) in Chino, California. As such, I have the authority to certify these records as true and correct. The duplicated or photocopied documents submitted herein are true copies of the records requested in Ralph Coleman et al. v. Gavin Newsom, et al. (CF1997CS0003). The original records were prepared by the personnel of this agency in the ordinary course of doing business at or near the time of the act, condition, or event of which they reflect.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 10, 2020, at Chino, California.

Kendra Leyva
Litigation Coordinator
California Institution for Men

| | California Department of Corrections and Rehabilitation California Institution for Men Operational Procedure # 009 | Title: | SPECIAL HOUSING ASSIGNMENTS-ADMINISTRATIVE SEGREGATION PLACEMENT |
|---|---|---|---|
| | | Responsibility for Review: | AW-FACILITY B |
| | | Reviewed Annually: | SEPTEMBER |
| | | Date of Last Revision: | SEPTEMBER 2019 |

## OBJECTIVE

The purpose of this Operational Procedure (OP) is to provide a safe and secure Administrative Segregation Unit (ASU) housing for inmates who require ASU placement at the California Institution for Men.

## RESPONSIBILITY

The Facility B Associate Warden (AW) and the Facility B Correctional Captain are responsible for this procedure, pursuant to review of the required annual revision.

The ASU Lieutenant and the ASU Sergeant will be responsible for the operational responsibilities of ASU. It is the responsibility of all staff assigned to ASU to become familiar with ASU procedures.

The Litigation Coordinator will be responsible to monitor the Security/Welfare Guard 1 procedure for compliance with court mandates.

## PROTECTIVE EQUIPMENT:

Staff Members will be required to appropriately don a state issued or personally owned stab-resistant vest as outlined in Department Operations Manual (DOM) Section 33020.15. WHEN IN CLOSE CONTACT WITH UNHANDCUFFED INMATES, staff members will be required to appropriately don FACE PROTECTION. The face shield is designed and intended to protect the eyes, nose and mouth, in the case of a gassing, from coming in contact with any liquid.

## AUTHORIZATION FOR ASU PLACEMENT:

The authority to place an inmate into ASU may not be delegated below the level of a Correctional Lieutenant, unless a lower level staff member is the highest-ranking official on duty. Such action will be reviewed and considered by administrative review within the next business day. When an inmate is placed in ASU, the reason or cause for the placement must be clearly documented on the California Department of Corrections (CDC) Form 114D, ASU Placement Notice.

## REVIEW OF SEGREGATION ORDER:

The Captain or designee of the sending facility, will review the ASU Placement Notice the following workday after the affected inmate's placement. The official reviewing the ASU Placement Notice will sign and date it as acknowledgment the ASU placement order has been reviewed, per, California Corrections and Rehabilitation (CCR), Title 15, Section 3337. A completed ASU Placement Notice will be placed in the ASU Inmate Segregation File and documentation made in the CDC Form 114A.

## CLASSIFICATION HEARING FOR SEGREGATION ORDER:

An Institutional Classification Hearing will be conducted to determine the appropriate inmate housing and privileges for the inmate. This shall occur within 10 days of an inmate's placement in ASU.

1

| | California | | SPECIAL HOUSING ASSIGNMENTS- |
|---|---|---|---|
| | Department of Corrections and Rehabilitation | Title: | ADMINISTRATIVE SEGREGATION PLACEMENT |
| | California Institution for Men | Responsibility for Review: | AW-FACILITY B |
| | Operational Procedure # 009 | Reviewed Annually: | SEPTEMBER |
| | | Date of Last Revision: | SEPTEMBER 2019 |

114A of every inmate attending yard will have an annotation written with the start and stop time for that particular yard.

## XXIV.    SECURITY/WELFARE CHECK – GUARD 1:

**1.    USE OF THE GUARD 1 ROUNDS TRACKER**

ASU officers will use the Guard 1 Rounds Tracker device (commonly referred to as the pipe) to record all security/welfare checks. The assigned ASU officer shall conduct a security/welfare checks on each cell, twice an hour not to exceed 35 minutes between checks. The device captures one level of information; the time the security/welfare check was made and the location where the security/welfare check was conducted. A button is affixed to the front of each ASU cell. The officer will momentarily touch the device upon each button. This will electronically validate the officer was at a specific time. Any activity which disrupts the officer's ability to complete security/welfare checks within the required time frame must be documented in the housing unit isolation log book. When the ASU sergeant is reviewing the day's security/welfare checks, the housing unit log book will be used to cross-reference any discrepancies.

**2.    1ST WATCH USE OF THE SECURITY/WELFARE CHECKS DEVICE**

During first watch hours, officers shall conduct all security/welfare checks using an alternate, pre-programed to be silent device (pipe). The first watch device does not emit a sounding beep during use. It only flashes a red LED indicator. Officers conducting Security/Welfare checks using the first watch device must be sure to observe the flashing red LED indicator when conduction the checks. The first watch device shall be marked identifying for use only during First Watch.

**3.    All cells must be checked to remain in the percentage threshold.  INMATE'S TEMPORARY REMOVAL FROM A CELL**

They must check the cell during times when an inmate is out of his/her assigned cell for (yard, classification, committee, appointments, visiting, etc.)

**4.    INTERNET PROTOCOL DOWNLOAD AND ASU SERGEANT/LIEUTENANT REVIEW**

At the completion of each shift the officer conducting the security/welfare check will place the device onto the internet protocol downloading dock located in the ASU Sergeant's Office. Once the internet protocol download has been completed, the ASU Sergeant shall review all security/welfare checks made during their shift including rounds tracker and time between reports. This will be accomplished by using the Guard 1 rounds tracker software installed on the desktop computer at the designated work state. The review will ensure all security/welfare checks have been competed at least twice an hour at staggered intervals not to exceed 35 minutes between checks. Upon completion of this review, the ASU Sergeant will print the Guard 1 rounds tracker report and provide their signature and date of review. Any discrepancies noted during the review will be addressed appropriately with ASU officer(s) prior to the end of the shift.

| California<br>Department of Corrections<br>and Rehabilitation<br>California Institution for Men<br><br>Operational Procedure # 009 | Title: | SPECIAL HOUSING ASSIGNMENTS-<br>ADMINISTRATIVE SEGREGATION<br>PLACEMENT |
|---|---|---|
| | Responsibility for Review: | AW-FACILITY B |
| | Reviewed Annually: | SEPTEMBER |
| | Date of Last Revision: | SEPTEMBER 2019 |

## 5.    TRAINING

The ASU Sergeant/Lieutenant shall ensure all officers tasked with conducting security/welfare checks have been provided meaningful training regarding the procedure, responsibility and use of the Guard 1 System equipment.

## 6.    EQUIPMENT MALFUNCTION

In the event the Guard 1 rounds tracker software or equipment is not functioning properly, the affected office will immediately notify the ASU Sergeant. For any technical assistance regarding the Guard 1 rounds tracker system, the Officer/Sergeant/Lieutenant will contact Enterprise Information Services using their work request process (remedy). If the Guard 1 rounds tracker software or equipment cannot be returned to service in a timely manner, the affected officer will be required to continue security/welfare checks using manual methods in the security/welfare check manual tracking sheet.

## XXV.   ADDITIONAL TRAINING:

ASU staff shall receive additional training in the below listed subjects with initial training following assignment to the unit and follow-up training as required. On-the-job training in these subjects should be utilized whenever possible:

| | |
|---|---|
| Classification Levels and Processes | Crime Scene Preservation |
| Cell Area and Body Searches | Security Threat Groups |
| Application of Restraint Gear | First Aid and CPR |
| Drug Identification and Control | Use of Specialized Equipment |

## XXVI.   SHORT TERM RESTRICTED HOUSING:

The DAI, in collaboration with the Division of Health Care Services, has developed a serious of alternative ASU for Correctional Clinic Case Management System (CCCMS) inmates requiring short-term segregated housing. This alternate segregated housing program was developed as part of CDCR'S plan to comply with the Coleman v. Brown, April 10, 2014, court order.

As a result of such, inmates whom are participants in the MHSDS at the CCCMS level of care whom require segregated housing shall be housed within the stand alone ASU.

For inmate participants at the CCCMS level of care, secure segregation will be conducted within B-3. It is CDCR'S intent to not mix CCCMS participants with non- MHSDS participants; however, this will not preclude staff from housing non-MHSDS participants in wings not housing CCCMS inmates.

This program will offer 15 hours of out of cell activities per week. The 15 hours will be a mix including 10 hours of exercise outside the cell and 3.5 hours of recreational activity in a secure Treatment Module (TM). In addition, CCCMS inmates will be offered 90 minutes of out of cell activities consisting of confidential structured therapeutic activity.

| | California Department of Corrections and Rehabilitation California Institution for Men  Operational Procedure # 009 | Title: | SPECIAL HOUSING ASSIGNMENTS-ADMINISTRATIVE SEGREGATION PLACEMENT |
|---|---|---|---|
| | | Responsibility for Review: | AW-FACILITY B |
| | | Reviewed Annually: | SEPTEMBER |
| | | Date of Last Revision: | SEPTEMBER 2019 |

## XXVII.  REFERENCES:

- DOM Section 50280.24
- CCR Title 15, Sections 3275 through 3281, and through 3345.
- Memorandum, "Security/Welfare Check Procedure Utilizing the Guard 1 System to Supersede ASU Welfare Check and Security/Custody Rounds in Specialized Hosing Procedures" dated May 9, 2014, authored by DIA Director M. Stainer.


MONA D. HOUSTON                    9/30/19
Warden (A)                         Date
California Institution for Men

# Exhibit E

I am the duly authorized Custodian Records for

## CALIFORNIA MEDICAL FACILITY

### REGARDING: California Medical Facility Operational Procedure 74

**FOR DATES OF**: Revision Date October 2019

1. **CERTIFICATION OF RECORDS COPIED** (Please initial appropriate lines)
I am a duly authorized Custodian of Records or other qualified witness for the above-named facility. As such, I have the authority to certify these records. The photocopied records submitted herewith are true copies of all the records described in the Deposition Subpoena for Business Records and/or Authorization. To the best of my knowledge, all such records were prepared or compiled by the personnel of the above-named facility in the ordinary course of business at or near the time of the acts, conditions, or events recorded. No documents have been withheld in order to avoid their being photocopied. If we have only part of the records described in the Deposition Subpoena for Business Records and/or Authorization, such records as are available are provided.

____X____ CERTIFICATION OF RECORDS COPIED _____ BILLING _____ X-RAYS

2. **CERTIFICATION OF NO RECORDS** (Please initial appropriate lines)
After a thorough search has been made for the documents described in the Deposition Subpoena for Business Records and/or Authorization, no records were found.

_____ CERTIFICATION OF NO RECORDS _____ NO BILLING _____ NO X-RAYS

_____ OTHER: _____

**REASON(S) FOR NON-COMPLIANCE** (Please initial appropriate lines)

_____ Records requested have been destroyed. Number of years facility keeps records: _____
_____ Records do not exist for the dates requested.
_____ Records exist, but cannot be located by this office. Explanation: _____
_____
_____ Doctor retired or sold practice.
_____ Records are in storage.
_____ Records are located at: _____
_____ Other: _____

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on _7/9/20_ at Vacaville, CA 95687.

Print Name __Brandy Ebert__          Signature _[signature]_
              Custodian of Records
                                     Title _CCII Litigation Coordinator_

I declare under penalty of perjury that the copies provided are true and complete copies of those released to me for reproduction.

Signed: _[signature]_          Date: _7/9/20_

Brandy Ebert, Correctional Counselor II (Specialist)
Litigation Coordinator
1600 California Dr., Vacaville, CA 95687
Ph: 707-449-6510      Fax: 707-469-6006

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date  : June 3, 2013

To    : Associate Directors, Division of Adult Institutions
        Wardens

Subject: **GATE CLEARANCE FOR INSTALLATION OF GUARD ONE SYSTEM FOR ADMINISTRATIVE SEGREGATION UNIT**

The Division of Correctional Health Care Services along with the Division of Adult Institutions has partnered to obtain the Guard One System for electronic recording of the staggered welfare checks in the Administrative Segregation Units. The installation of the Guard One system is scheduled to begin on June 11, 2013, by Time Keeping Systems the manufacturer of the Guard One System. The below Time Keeping Systems employees have been cleared to enter our institutions to install this product:

                Richard Willkom              Rosa Solaun

This 6-month statewide approval has been prepared to reduce workload on institution employees and to ensure expeditious access into an institution. Each Time Keeping Systems employee shall have a valid Driver's License.

Please ensure a copy of this memorandum is forwarded to your institution's ingress/egress locations and your entrance staff is fully aware of the aforementioned contractor's approval to enter our institutions.

If you have any questions regarding this memorandum, please contact, Art Gonzales, Correctional Lieutenant, Audits and Litigation Unit, Division of Adult Institutions, at (916) 324-7001.

KATHLEEN L. DICKINSON
Director
Division of Adult Institutions

cc:    Michael Stainer, Deputy Director, Facility Operations
       Vimal Singh, Deputy Director (A), Facility Support
       Kathleen Allison, Deputy Director, Special Project Liaison
       Natalie Fransham, Chief, Office of Policy and Standardization
       Thomas Tyler, Correctional Captain, Audits and Litigation Unit

WSP-RC WARDEN'S
ACTION CORRESPONDENCE ROUTE SLIP
Rev. 1/29/98

| TICKLER CONTROL NUMBER | CLASSIFICATION OF THIS SHEET, ONLY | CLASSIFICATION OF ATTACHED MATERIAL |
|---|---|---|
| **177-13** | **UNCLASSIFIED** | |

| From: Kathleen Dickinson | SERIAL | DATE | CROSS REFERENCE |
|---|---|---|---|
| Director Division of Adult Institutions | **None** | **07/03/13** | |

| VIA | **None** | DATE RECEIVED **7/5/13** | REPLY DUE BY **07/12/13** *(Drop Dead Date: 07/15/13)* |
|---|---|---|---|

| TO | Warden Wasco State Prison – Recep Center | NUMBER OF COPIES RECEIVED **One** | ENCLOSURES RECEIVED |
|---|---|---|---|

## IMPLEMENTATION OF THE ADMINISTRATIVE SEGREGATION UNIT WELFARE CHECK PROCEDURE UTILIZING THE GUARD ONE SYSTEM

ENCLOSURES RECEIVED (1)

**WARNING** ENTRY OF CLASSIFIED SUBJECT OR TITLE WILL REQUIRE CLASSIFICATION ON THIS FORM AND ALL COPIES.

(2)

| WARDEN'S PRIMARY ROUTING | | | | | INTER-DIVISION SECONDARY ROUTING | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TO | AC* | DATE RECEIVED | SIGNATURE | DATE FORWARD | TO | AC* | DATE RECEIVED | SIGNATURE | DATE FORWARD |
| **Warden** | 1 I | 7/5/13 | | 7/5/13 | 8 | / / | | | / / |
| CDW | 2 I | 7/5/13 | | | 9 | / / | | | / / |
| AW-RC | 3 A | / / | | / / | 10 | / / | | | / / |
| | 4 | / / | | / / | 11 | / / | | | / / |
| | 5 | / / | | / / | 12 | / / | | | / / |
| | 6 | / / | | / / | 13 | / / | | | / / |
| AGPA | 7 I | 7/5/13 | | 7/5/13 | 14 | / / | | | / / |

**\*Action Codes: A - Action    C - Comment    I - Information    P-Prepare Reply    R - Retain Copy**

### REMARKS

*AW-RC, please coordinate this action.*

*AW-RC, please review the attached correspondence. (1) Draft an Addendum to our institution's procedures that oversees the ASU Welfare Checks for the Warden's signature. (2) Additionally, provide on-the-job training to all AdSeg Unit staff concerning the requirement. (3) Prepare a "proof of practice" memorandum addressed to the Warden that all ASU staff have been trained concerning this latest policy.*

**NOTE: email:**

| | TICKLER CONTROL NUMBER **177-13** |
|---|---|
| CLASSIFICATION OF ATTACHED MATERIAL | CLASSIFICATION OF THIS SHEET, ONLY **UNCLASSIFIED** |

State of California                                Department of Corrections and Rehabilitation

# Memorandum

Date   :   July 3, 2013

To     :   Associate Directors – Division of Adult Institutions
           Wardens

Subject :  **IMPLEMENTATION OF THE ADMINISTRATIVE SEGREGATION UNIT WELFARE
           CHECK PROCEDURE UTILIZING THE GUARD ONE SYSTEM**

The purpose of this memorandum is to provide direction regarding the implementation of
the Guard One System to electronically record the required Administrative Segregation
Unit (ASU) Welfare Checks. The Guard One System software is currently being installed
in identified Administrative Segregation Unit's (ASU) at designated institutions throughout
the state with an estimated completion date of August 29, 2013.

Effective July 15, 2013, all institutions with installed Guard One System software and
equipment shall discontinue using the revised ASU Welfare Check Tracking
Sheet (Rev. 3-18-13), and implement the Guard One System to document all required
ASU Welfare Checks. Institutions who are still awaiting installation of the Guard One
System software will continue to utilize the ASU Welfare Check procedure as described in
the attached May 28, 2013, memorandum, "Revised Administrative Segregation Unit
Welfare Check Procedure and Implementation of Security Inspections In Specialized
Housing," until their respective Guard One System has been installed and is operational.

Wardens are to ensure staff tasked with conducting and reviewing ASU Welfare Checks
are provided On the Job Training regarding the use of the Guard One System. A sample
Operational Procedure (OP) has been attached to this memorandum to assist with
incorporating the Guard One System into your local OP's. The revision(s) may be a
supplement to be included in the next scheduled revision of the impacted document.

If you have any questions regarding these expectations, please contact
Thomas Tyler, Captain, Audits and Litigation Unit, Division of Adult Institutions (DAI) at
(916) 324-7956, or Joe Stein, Captain, Standardized Procedures Unit, at (916) 323-2863.

KATHLEEN L. DICKINSON
Director
Division of Adult Institutions

Attachments

cc: M. D. Stainer, Deputy Director, Facility Operations, DAI
    Kathleen Allison, Deputy Director, Facility Support, DAI
    Vimal Singh, Deputy Director (A), Facility Support, DAI
    Joseph Moss, Chief Deputy Warden, Contract Beds Unit, DAI
    Natalie Fransham, Chief, Office of Policy Standardization, DAI
    Joe Stein, Captain, Adult Institutions, Standardized Procedures Unit, DAI
    Thomas Tyler, Captain, Adult Institutions, Audits and Litigation Unit, DAI

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date    :    May 28, 2013

To      :    Associate Directors, Division of Adult Institutions
             Wardens
             Chief Executive Officers
             Chiefs of Mental Health

Subject :    **REVISED ADMINISTRATIVE SEGREGATION UNIT WELFARE CHECK
             PROCEDURE AND IMPLEMENTATION OF SECURITY INSPECTIONS IN
             SPECIALIZED HOUSING**

The California Department of Corrections and Rehabilitation (CDCR) implemented the
30-Minute Welfare Check in Administrative Segregation Unit (ASU) procedure, as
described in memorandum dated October 31, 2006, 30-MINUTE WELFARE CHECKS
OF INMATES PLACED IN ADMINISTRATIVE SEGREGATION UNITS (attached).
The process for completing ASU Welfare Checks was subsequently modified on
December 12, 2006, via a memorandum titled, REVISED 30 MINUTE WELFARE
CHECK PROCESS (attached). Finally, additional clarification and expectations were
disseminated on August 6, 2007, in a memorandum titled, ADMINISTRATIVE
SEGREGATION UNIT 30-MINUTE WELFARE CHECK LOGGING AND
COMPLIANCE REVIEW (attached).

The purpose of Welfare Checks is to limit the opportunity an inmate has to commit
acts of self-harm. Since implementation, custody staff completing the ASU Welfare
Check process have interrupted many inmate suicide attempts, subsequently saving
the lives of the involved inmates. However, CDCR continues to identify opportunities
to further reduce the number of completed inmate suicides in prisons. Segregated
housing remains a critical area of concern, with a substantial percentage of completed
suicides occurring in these areas annually.

Welfare Checks are most effective when staggered and unpredictable to the subject
inmate population. Currently, custody staff completes ASU Welfare Checks on
inmates during the first 21 days of ASU placement, at intervals not exceeding
30 minutes. Previous versions of the ASU Welfare Check Tracking Sheet may have
misled staff into believing the checks were to be completed every    30 minutes.
However, the intent of the welfare check process from inception was for ASU Welfare
Checks to be completed at staggered intervals not to exceed 30 minutes.

This memorandum is intended to both reiterate prior expectations regarding the
completion of ASU Welfare Checks, and introduce a revised ASU Welfare Check
Tracking Sheet (Rev. 3-8-13) (attached) to be completed each shift.

*The revised process also focuses on conducting* **three** *welfare checks per hour at
staggered intervals not to exceed 30 minutes.*

Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Page 2

In addition, clinical staff may continue welfare checks beyond 21 days on specific ASU inmates when deemed clinically indicated. The requesting clinician shall document the request in a CDCR Form 128-B, Informational Chrono, identifying the inmate, and the requested duration of the extension. The original completed CDCR Form 128-B shall be sent to Records for placement in the Central File, with copies provided to a custody supervisor in ASU, for placement in the segregation file, and to notify custody staff of the need to extend the welfare checks.

The following are critical responsibilities related to completion of the ASU Welfare Checks:

1. Assigned staff shall initiate the form at the beginning of their shift by filling out the top of the form with identifying information, and printing, signing, and initialing the bottom of the form.

2. Assigned staff shall complete welfare checks **three** times per hour at staggered intervals not exceeding 30 minutes.

3. During each welfare check, the assigned staff shall note the time, enter their initials in the appropriate column, and note the inmate(s) behavior under "Staff Observations" correlating to the numbered activities on the form.

4. Institutions shall immediately begin using the attached revised "ASU WELFARE CHECK TRACKING SHEET," which has been modified as described above.

5. ASU custody supervisors shall review and sign the ASU WELFARE CHECK TRACKING SHEET indicating it has been completed and reviewed at the end of each shift. The Watch Commander will be responsible to review and sign for first watch.

6. ASU custody supervisors shall provide appropriate training relative to any discrepancies noted on the completed ASU WELFARE CHECK TRACKING SHEET prior to the end of the shift. For example, training shall be provided if the form is incomplete, completed early, not completed timely, less than three checks completed per hour, or check times are not staggered.

7. Institutions shall retain the original, completed ASU WELFARE CHECK TRACKING SHEET's for a minimum of three years at the institution, and an additional four years in departmental records retention.

Associate Directors, Division of Adult Institutions
Wardens
Chief Executive Officers
Chiefs of Mental Health
Page 3

In addition to the above expectations with regard to newly placed inmates in ASU, and in an effort to further define the Department's expectations to provide for the safety of all staff and inmates, as well as the security of the institution, the following directive shall be implemented immediately:

- Custody staff assigned to Security Housing Units (SHU), ASU, and Psychiatric Services Units (PSU) on First, Second, and Third Watch shall complete security/custody rounds at least every 30 minutes to ensure all inmates are accounted for and within their assigned housing units.

- The security/custody rounds are to be documented in the housing unit logbook clearly identifying the time and staff member completing the round.

Wardens are to ensure post orders clearly reflect this expectation and staff assigned to SHU, ASU, and PSU are provided training in the form of On the Job Training with regard to this expectation. Wardens are to provide certification that the post order changes have been completed to their respective Associate Director, with copies to Joseph Moss, Chief Deputy Warden, Coleman Team, within 30 days of the date of this directive.

Please ensure your institution's local Operational Procedures are immediately updated to include the processes described in this directive. The revision(s) may be a supplement to be included in the next scheduled revision of the impacted document.

If you have any questions regarding these expectations, please contact Mr. Moss at (916) 464-5672.

KATHLEEN L. DICKINSON
Director
Division of Adult Institutions

TIMOTHY G. BELAVICH, Ph.D., MSHCA, CCHP
Director (A)
Division of Health Care Services

Attachments

cc: M. D. Stainer, Deputy Director, Division of Adult Institutions (DAI)
Kathleen Allison, Deputy Director, DAI
Joseph Moss, Chief Deputy Warden
Christina Phillips, CC-II

## ASU WELFARE CHECK TRACKING SHEET

PRISON:_____    UNIT:_____    CELL:_____

INMATE 1 NAME:_____    CDCR#:_____

INMATE 2 NAME:_____    CDCR#:_____

START DATE/TIME:_____    END DATE/TIME:_____    WATCH: 1 - 2 - 3

INSTRUCTIONS:  COMPLETE **3 WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT EXCEEDING 30 MINUTES** OF INMATES IN SEGREGATED HOUSING FOR THE FIRST 21 DAYS OF ASU PLACEMENT. INMATES PLACED IN ASU SHALL BE HOUSED IN MODIFIED "INTAKE CELLS" FOR THE FIRST 3 DAYS OF ASU HOUSING, UNLESS THEY CAN BE SAFELY DOUBLE-CELLED. ASSIGNED STAFF ENTER THE TIME OF EACH WELFARE CHECK, ENTER THIER INITIALS, AND NOTE ANY SIGNIFICANT INMATE ACTIVITY UNDER "STAFF OBSERVATIONS," USING THE NUMBERS FROM THE STAFF OBSERVATIONS KEY BELOW.

| STAFF OBSERVATIONS KEY: | 1 = SLEEPING / LAYING DOWN | 2 = SITTING |
|---|---|---|
| 3 = STANDING | 4 = EATING | 5 = RESTROOM |
| 6 = EXERCISING | 7 = WATCHING TV | 8 = MUSIC |
| 9 = DRAWING/WRITING | 10 = OUT OF CELL | 11 = OTHER |

| TIME | STAFF INITIALS | STAFF OBSERVATIONS | |
|---|---|---|---|
| | | INMATE 1 | INMATE 2 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Assigned Staff Name (print): | |
|---|---|
| Assigned Staff Signature: | and Initials: |
| Supervisor Name (print): | Sign: |

REVISED 3-8-13

ADMINISTRATIVE SEGREGATION UNIT WELFARE CHECK SYSTEM
OPERATIONAL PROCEDURE SAMPLE

**Operational Procedure**

### I.    PLAN TITLE AND NUMBER:

Administrative Segregation Unit Welfare Checks

### II.    PURPOSE AND OBJECTIVE:

The purpose of this procedure is to establish specific security and operational guidelines for the Administrative Segregation Unit (ASU) Welfare Check System, to ensure operational compliance with the California Code of Regulations, Title 15, the Department Operations Manual (DOM), and the Revised 2009 Mental Health Services Delivery System Program Guide.

The objective of this procedure is to set the guidelines for the ASU Welfare Checks of all inmates placed in ASU. The purpose of the ASU Welfare Check System is to reduce the opportunities an inmate has to commit acts of self-harm.  Welfare Checks are the personal observations by correctional officers of inmates recently placed into ASU.  These checks are to be completed three times per hour at staggered intervals not to exceed 30 minutes, during the first three weeks, (21 calendar days) of ASU placement.

The overall focus of this procedure is to outline the requirement of the ASU Welfare Check System utilizing the Guard One Rounds Tracker "PIPE" System.

### III.    REFERENCES:

A.    DOM Section 52080.24 - Administrative Segregation

B.    October 2, 2006, memorandum, "Plan to Reduce Suicide Risk in Administrative Segregation Units," signed by, John Dovey, Director, Division of Adult Institutions and Peter Farber-Szekrenyi, Dr. P.H., Director, Correctional Health Care Services

C.    October 16, 2006, memorandum, "Expectations Regarding Administrative Segregation and Suicide Prevention," signed by, John Dovey, Director, Division of Adult Institutions.

Administrative Segregation Unit Welfare Check System-Sample
Page 2

    D.     October 31, 2006, memorandum, "30 Minute Welfare Checks of Inmates Placed in Administrative Segregation Unit," signed by John Dovey, Director, Division of Adult Institutions.

    E.     August 6, 2007, memorandum, "Administrative Segregation Unit 30 Minute Welfare Check Logging and Compliance Monitoring," signed by Lea Ann Chrones, Director (A), Division of Adult Institutions.

    F.     May 28, 2013, memorandum, "Revised Administrative Segregation Unit Welfare Check Procedure and Implementation of Security Inspections In Specialized Housing," signed by Kathleen L. Dickinson, Director, Division of Adult Institutions and Timothy Belavich, Ph. D., Director, Division of Health Care Services.

## IV.   APPROVAL AND REVIEW:

This procedure will be reviewed annually by the Associate Warden of Housing. It will be submitted to the Warden for final approval.

### RESPONSIBILITY:

    A.     The Warden has the overall managerial responsibility for the operation of this procedure.

    B.     The Chief Deputy Warden has the overall functional responsibility for the operation of this procedure.

    C.     The Associate Warden of Housing is responsible for the application of this procedure in the Administrative Segregation Unit.

    D.     The Captain(s) in charge of any Administration Segregation Unit are responsible for ensuring procedural adherence.

    E.     The Litigation Coordinator is responsible for monitoring this procedure for compliance with Coleman Court Mandates.

Administrative Segregation Unit Welfare Check System-Sample
Page 3

### **METHODS:**

Use of the Guard One Rounds Tracker

Officers will use the Guard One Rounds Tracker "PIPE" to record all ASU Welfare Checks. The "PIPE" will capture three levels of information – time, location, and activities. The Officer will touch the "PIPE" to each button which is affixed to each cell in the ASU housing unit. Once a successful connection is established the "PIPE" will emit a sound and a small LED light will be lit on the "PIPE" confirming the button was read. This will electronically record the officer was at a specific cell, at a specific time. Activities are captured using **ibuttons** inside the supplied leather wallets. The "PIPE" reads the **ibuttons** by touching the end of the "PIPE" to the **ibutton**. The battery power from the "PIPE" energizes the **ibutton** for an instant to capture a location or activity.

Activity Capture:

When officers are conducting rounds they will capture activity information electronically with the use of the supplied leather wallets containing 12 activity **ibuttons**. These 12 **ibuttons** will correspond with a card inserted inside the wallet displaying specific activity information. In order to capture an activity the officer must first record the location **ibutton** at the cell front, and then identify which inmate (i.e. upper bunk, lower bunk) is being recorded, and touch the appropriate activity information in the leather wallet. The **ibuttons** will be programmed with standardized activities for capture. The following table lists each standardized activity:

| Lower Bunk | Cancel Last Entry | Upper Bunk |
|---|---|---|
| Sleeping/Laying Down | Eating | Television/Music |
| Exercising/Misc In Cell Activity | Reading/Writing/Drawing | Mental Health Rounds |
| Out to Yard/Shower | Out of Cell Misc | Out to Committee/Interdisciplinary Treatment Team |

Internet Protocol Download and ASU Supervisory Review:

At the completion of each shift, the officer conducting the ASU Welfare Checks will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the ASU Unit/Program Office for supervisory review. Once a successful download is established the "PIPE" will emit a sound and a small LED light will be lit on the

Administrative Segregation Unit Welfare Check System-Sample
Page 4

"PIPE" confirming the information has been downloaded.  Upon completion of the IP download, the ASU custody supervisor shall review all ASU Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station.  This review will ensure all ASU Welfare Checks have been completed at least three times an hour at staggered intervals not to exceed 30 minutes between checks.

After the review, the ASU custody supervisor will print the Guard One Rounds Tracker report and provide their signature and date of review.  Should there be any discrepancies discovered during this review, the ASU custody supervisor shall address the discrepancy, and if necessary, provide appropriate training with the responsible staff prior to the end of shift.  The reports shall be retained in accordance to CDCR's records retention policies.  Additionally, the ASU custody supervisor shall document the reason for the discrepancy in the unit logbook.

Equipment Malfunction:

In the event the Guard One Rounds Tracker software or equipment is not functioning properly staff will immediately notify the ASU custody supervisor for follow up.  For any technical assistance regarding the Guard One Rounds Tracker System staff will contact Enterprise Information Services staff.  If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed in the May 28, 2013 memorandum, "Revised Administrative Segregation Unit Welfare Check Procedure and Implementation of Security Inspections In Specialized Housing."

_____            _____
Warden                                  Date

State of California                                                  Department of Corrections and Rehabilitation

# Memorandum

Date    :    May 9, 2014

To      :    Associate Directors, Division of Adult Institutions
             Wardens

Subject :    **IMPLEMENTATION OF THE SECURITY/WELFARE CHECK PROCEDURE
             UTILIZING THE GUARD ONE SYSTEM**

The purpose of this memorandum is to provide direction regarding the implementation of the
Security/Welfare Check Procedure utilizing the Guard One electronic monitoring system. The
Guard One System is currently being expanded to all Psychiatric Services Units (PSU),
Security Housing Units (SHU), and Condemned Housing Units throughout the State. Due to
the ongoing installation of the Guard One System at various institutions, the Security/Welfare
Check Procedure will be implemented in three phases. Institutions will not begin utilizing the
modified Security/Welfare Check Procedure until the initiation of their designated phase.

Upon receipt of this memorandum, all institutions with an Administrative Segregation
Unit (ASU), PSU, SHU or Condemned Housing Unit will begin to provide training to all
correctional officers assigned to the abovementioned areas on the Security/Welfare Check
Procedure utilizing the Guard One electronic monitoring system. The Division of Adult
Institutions has developed an on-the-job training aide to assist institutions with providing
training to staff. This training should be conducted in areas where the Guard One System is
installed so that staff can familiarize themselves with the equipment and the Security/Welfare
Check Procedure. Institutions shall ensure correctional officers assigned to each phase's
identified areas have been trained prior to that phase's activation date.

## PHASE 1

Phase 1 will begin on May 19, 2014, with all ASU's that have the Guard One System currently
installed.

## PHASE 2

Phase 2 will begin on June 16, 2014, consisting of Kern Valley State Prison's ASU overflow,
all PSU, SHU (excluding Pelican Bay State Prison's Facilities C and D), and Condemned
Housing Units.

## PHASE 3

Phase 3 will consist of Pelican Bay State Prison's Facilities C and D along with the California
Health Care Facility-Stockton. Phase 3's activation date has yet to be determined and will be
announced in a subsequent directive.

Associate Director, Division of Adult Institutions
Wardens
Page 2

If you have any questions regarding the implementation of the Security/Welfare Check Procedure and/or the Guard One System, please contact Thomas Tyler, Captain, Audits and Litigation Unit, Division of Adult Institutions, at (916) 324-7956.

M. D. STAINER
Director
Division of Adult Institutions

Attachment

cc: Kathleen Allison
    Kelly Harrington
    Tim Virga
    Thomas Tyler

WSP-RC WARDEN'S
ACTION CORRESPONDENCE ROUTE SLIP
Rev. 1/29/98

| TICKLER CONTROL NUMBER | CLASSIFICATION OF THIS SHEET, ONLY | CLASSIFICATION OF ATTACHED MATERIAL |
|---|---|---|
| **149-14** | **UNCLASSIFIED** | |

| From: | M. D. Stainer | SERIAL | DATE | CROSS REFERENCE |
|---|---|---|---|---|
| | Director | **None** | **05/09/14** | |
| | Division of Adult Institutions | | | |

| VIA | **None** | DATE RECEIVED | REPLY DUE BY |
|---|---|---|---|
| | | **5/9/14** | **(1st) 05/16/14; (2nd) 05/30/14** |
| | | | *(Drop Dead Date: (1st) 05/19/14; (2nd) 06/08/14)* |

| TO | Warden | NUMBER OF COPIES RECEIVED | ENCLOSURES RECEIVED |
|---|---|---|---|
| | Wasco State Prison – Recep Center | **One** | |

### SECURITY/WELFARE CHECK PROCEDURE UTILIZING THE GUARD ONE SYSTEM TO SUPERSEDE ADMINISTRATIVE SEGREGATION UNIT WELFARE CHECK AND SECURITY/CUSTODY ROUNDS IN SPECIALIZED HOUSING PROCEDURES

ENCLOSURES RECEIVED
(1)

WARNING    ENTRY OF CLASSIFIED SUBJECT OR TITLE WILL REQUIRE
CLASSIFICATION ON THIS FORM AND ALL COPIES.

(2)

| WARDEN'S PRIMARY ROUTING | | | | | INTER-DIVISION SECONDARY ROUTING | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TO | AC* | DATE RECEIVED | SIGNATURE | DATE FORWARD | TO | AC* | DATE RECEIVED | SIGNATURE | DATE FORWARD |
| **Warden** | 1 I | 5/9/14 | | 5/9/14 | 8 | / / | | | / / |
| **CDW** | 2 I | 5/9/14 | | | 9 | / / | | | / / |
| **AW-RC** | 3 A | / / | | / / | 10 | / / | | | / / |
| **IST** | 4 A | / / | | / / | 11 | / / | | | / / |
| | 5 | / / | | / / | 12 | / / | | | / / |
| | 6 | / / | | / / | 13 | / / | | | / / |
| **AGPA** | 7 I | 5/9/14 | | 5/9/14 | 14 | / / | | | / / |

**\*Action Codes:   A - Action    C - Comment    I - Information    P-Prepare Reply    R - Retain Copy**

### REMARKS

*AW-RC, please coordinate this action.*

*AW-RC, please have your staff review the attached correspondence.  (1) (1st ACTION DUE 05/16/14) All custody staff tasked with conducting and reviewing Security/Welfare Checks shall receive documented on-the-job training regarding the implementation of the Security/Welfare Check procedure utilizing the Guard One System.  Submit original OJT sheets to IST for recording. Maintain a copy of OJT slips to be submitted later with the Operational Procedure.  (2) (2ND ACTION DUE 05/30/14)  Update this institution's Operation Procedure to be in compliance with this latest policy revision.  NOTE:  This revision may be a supplement to be included in the next scheduled revision of our Operational Procedure.  (3)  Prepare a forwarding memorandum for the Warden's signature addressed to Vimal J. Signh, Associate Director, Reception Centers Mission; with a copy to:  Thomas Tyler, Captain, Audits and Litigation Unit, Division of Adult Institutions.*

**NOTE:  email: Vimal.Singh@cdcr.ca.gov; Thomas.Tyler@cdcr.ca.gov**

| | TICKLER CONTROL NUMBER |
|---|---|
| | **149-14** |
| CLASSIFICATION OF ATTACHED MATERIAL | CLASSIFICATION OF THIS SHEET, ONLY |
| | **UNCLASSIFIED** |

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date    :    May 9, 2014

To    :    Associate Directors, Division of Adult Institutions
          Wardens

Subject : **SECURITY/WELFARE CHECK PROCEDURE UTILIZING THE GUARD ONE SYSTEM TO SUPERSEDE ADMINISTRATIVE SEGREGATION UNIT WELFARE CHECK AND SECURITY/CUSTODY ROUNDS IN SPECIALIZED HOUSING PROCEDURES**

The purpose of this memorandum is to modify current Security/Welfare Check procedures for **all** inmates housed in Administrative Segregation Units (ASU), Psychiatric Services Units (PSU), Security Housing Units (SHU), and Condemned Housing Units, which utilize or will be utilizing the Guard One electronic monitoring system. In furtherance of the California Department of Corrections and Rehabilitation's continued efforts to reduce inmate suicides, the Department has determined both the ASU Welfare Check and Security/Custody Rounds will be combined into one Security/Welfare Check Procedure.

The Security/Welfare Check procedures presented herein will supersede ASU Welfare Check and Security/Custody Rounds in Specialized Housing Procedures as directed in memorandums dated: May 28, 2013, titled, "Revised Administrative Segregation Unit Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing" and July 3, 2013, titled, "Implementation of the Administrative Segregation Unit Welfare Check Procedures Utilizing the Guard One System."

A "Security/Welfare Check" shall be defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, PSU, SHU, and Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior. The Security/Welfare Check shall be conducted on **all** inmates housed in ASU, PSU, SHU, and Condemned Housing Units.

The following are custody staff responsibilities for conducting Security/Welfare Checks utilizing the Guard One System:

1. Correctional officers shall use the Guard One PIPE to record all Security/Welfare Checks conducted on **all** inmates housed in ASU, PSU, SHU, and Condemned Housing. This will be accomplished by touching the PIPE to each cell front button. This will capture the time and location that the Security/Welfare Check was conducted. **Note: Staff shall no longer capture the inmates' in-cell activity via the wallet and activity buttons under this modified procedure.**

Associate Directors, Division of Adult Institutions
Wardens
Page 2

2. Correctional officers shall conduct Security/Welfare Checks on all inmates in the aforementioned housing units at staggered intervals twice an hour, not to exceed 35 minutes between checks. Staggered means checks are to be conducted at unannounced and irregular intervals so that they are unpredictable to the inmate population. Disruptions of Security/Welfare Checks shall be documented in the ASU, PSU, SHU, and Condemned Housing Unit Isolation log book.

3. During First Watch hours, correctional officers shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not omit an audible beep during use only flashing a red Light Omitting Diode (LED). The First Watch PIPE shall be marked identifying it as equipment for First Watch use only.

4. During times when inmates housed in ASU, PSU, SHU, and Condemned Housing Units are out of their assigned cell for (yard, classification committee, appointments, visiting, etc.), correctional officers are required to conduct a Security/Welfare Check looking for damage and potential security concerns to that inmate(s) cell. Under this procedure correctional officers are not expected to conduct Security/Welfare Checks on ASU, PSU, SHU, and Condemned cells that have no inmates assigned to them.

5. At the completion of each shift the correctional officer(s) tasked with completing the Security/Welfare Check shall insert the PIPE into the Internet Protocol (IP) Downloader. Once the IP download has been completed, the unit supervisor shall review all the Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review shall ensure all Security/Welfare Checks have been completed at least two times an hour at staggered intervals not to exceed 35 minutes between checks.

6. As part of the review, the unit supervisor will print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the housing unit supervisor shall provide appropriate corrective action with staff prior to the end of the shift.

7. Institutions shall retain the original, signed, Guard One Rounds Tracker Report for a minimum of three years at the institution, and an additional four years in departmental records retention.

8. In the event the Guard One electronic monitoring system is inoperable, staff shall use the Security/Welfare Check Manual Tracking Sheet (Attachment A) to document the required checks. Once the Guard One System is fully operational staff shall resume the methods as described above for the Guard One System. The records retention schedule for the Security/Welfare Check Form will be the same as for the Guard One Rounds Tracker Reports.

Associate Directors, Division of Adult Institutions
Wardens
Page 3

9. Based on their unique design and programs, California State Prison, San Quentin's North Segregation and Central California Women's Facility Condemned Housing Units shall only conduct Security/Welfare Checks during First Watch.

All custody staff tasked with conducting and reviewing Security/Welfare Checks shall receive documented on-the-job training regarding the implementation of the Security/Welfare Check procedure utilizing the Guard One System. An In-Service Training Code will be provided in a subsequent email. An updated sample Operating Procedure (OP) is attached for your convenience to assist with incorporating the revised Security/Welfare Check Procedure utilizing the Guard One System into your local OP. This revision(s) may be a supplement to be included in the next scheduled revision of the impacted document. Please provide verification of completion of training and the update to your institution OP via memorandum to your respective Mission Associate Director and a copy to Thomas Tyler, Captain, Audits and Litigation Unit, Division of Adult Institutions within 30 calendar days from the date of issuance of this memorandum.

If you have any questions regarding this procedure, please contact Captain Thomas Tyler at (916) 324-7956.

M. D. STAINER
Director
Division of Adult Institutions

Attachments

cc: Kathleen Allison
Kelly Harrington
Tim Virga
Thomas Tyler

SECURITY/WELFARE CHECK PROCEDURE GUIDELINE

**Operating Procedure**

I.    **PLAN TITLE AND NUMBER:**

    A.    Security/Welfare Check Procedure

II.    **PURPOSE AND OBJECTIVE:**

The purpose of this procedure is to establish specific security and operational guidelines for Security/Welfare Checks, to ensure operational compliance with the Department Operations Manual (DOM), the California Code of Regulations, Title 15 and Coleman court mandates.

The objective of this procedure is to set the guidelines for the Security/Welfare Checks of **all** inmates placed in Administrative Segregation Housing Units (ASU), Security Housing Units (SHU), Psychiatric Services Housing Units (PSU) and Condemned Housing Units.

A Security/Welfare Check is defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, PSU, SHU, or Condemned Housing Unit to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

The overall focus of this procedure is to outline the requirement of the Security/Welfare Checks System utilizing the Guard One Rounds Tracker "PIPE" System.

III.    **REFERENCES:**

    A.    DOM Section 52080.24 - Administrative Segregation

    B.    May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", signed by Michael Stainer, Director, Division of Adult Institutions.

IV.    **APPROVAL AND REVIEW:**

This procedure will be reviewed annually and will be submitted to the Warden for final approval.

Date of last revision:

**RESPONSIBILITY:**

Security/Welfare Check Procedure Guideline
Page 2

   A.   The Warden has the overall managerial responsibility for the operation of this
        procedure.

   B.   The Chief Deputy Warden has the overall functional responsibility for the
        operation of this procedure.

   C.   The Associate Warden of Housing is responsible for the application of this
        procedure in the ASU, PSU, SHU and Condemned Housing Unit.

   D.   The Captain(s) in charge of any ASU, PSU, SHU and Condemned Housing
        Unit Units are responsible for ensuring procedural adherence.

   E.   The Litigation Coordinator is responsible for monitoring this procedure for
        compliance with Coleman Court Mandates.

## V.   METHODS:

### Use of the Guard One Rounds Tracker

Officers will use the Guard One Rounds Tracker "PIPE" to record all
Security/Welfare Checks. The assigned officer shall conduct a
Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes
between checks. The "PIPE" captures two levels of information, the time the
Security/Welfare Check was made and the location where the
Security/Welfare Check was conducted. The officer will touch the "PIPE" to
each button which is affixed to each cell in their unit. This will electronically
validate the officer was at a specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the
housing unit isolation log book.

### First Watch PIPE

During First Watch hours, officers shall conduct all Security/Welfare Checks
using a pre-programmed silenced "First Watch PIPE". The
"First Watch PIPE" does not omit an audible beep during use and only flashes
a red Light Omitting Diode (LED). Officers conducting Security/Welfare
Checks using the "First Watch PIPE" must ensure they observe the flashing
red LED when conducting their Security/Welfare Checks. The "First Watch
PIPE" shall be marked identifying it as equipment for First Watch use only.

### Inmate Removal from Cell

During times when an inmate is out of his/her assigned cell for (yard,
classification committee, appointments, visiting, etc.), the assigned
correctional officer will continue to conduct Security/Welfare Checks looking
for damage and potential security concerns to that inmate(s) cell.

Security/Welfare Check Procedure Guideline
Page 3

### Vacant Cells

Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

### Internet Protocol Download and Unit Supervisor Review:

At the completion of each shift the officer conducting the Security/Welfare Check will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the Unit/Program Office for the unit supervisor's review. Once the IP download has been completed, the unit supervisor shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the unit supervisor shall print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the custody supervisor shall appropriately address any deficiencies with staff prior to the end of shift.

### Training

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

### Equipment Malfunction:

In the event the Guard One Rounds Tracker software or equipment is not functioning properly staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet (Attachment-A).

Warden _____ Date

## ATTACHMENT A

| SECURITY/WELFARE CHECK MANUAL TRACKING SHEET |
|---|

INSTITUTION:_____   FACILITY:_____

HOUSING UNIT:_____   DATE:_____   WATCH:   1ST   2ND   3RD

LOWER BED:_____   UPPER BED:_____

**INSTRUCTIONS: COMPLETE TWO SECURITY/WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT TO EXCEED 35 MINUTES A CHECK**

A "Security/Welfare Check" shall be defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, PSU, SHU or Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior. The Security/Welfare Check shall be conducted on all inmates housed in ASU, PSU, SHU and Condemned Housing Units.

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURE | COMMENTS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Supervisor Name (print)** | | **(signature)** | **(date)** |

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date    :   August 22, 2014.

To      :   Associate Directors, Division of Adult Institutions
            Wardens

Subject :   **IMPLEMENTATION OF THE SECURITY/WELFARE CHECK PROCEDURE
            UTILIZING THE GUARD ONE SYSTEM (ACTIVATION OF PHASE 3)**

The purpose of this memorandum is to provide notification regarding the activation
of Phase 3 of the Security/Welfare Check Procedure utilizing the Guard One
System implementation.    Phase 3 begins with the California Health Care
Facility-Stockton's Enhanced Outpatient Program Administrative Segregation Unit.
The implementation of the Security/Welfare Check Procedure at Pelican Bay State
Prison's Facilities C and D still have not activated under Phase 3, and await further
direction prior to implementation.

If you have any questions regarding the implementation of the Security/Welfare
Check Procedure, the Guard One System and/or Phase 3, please contact Thomas
Tyler, Captain, Class Action Management Unit, at (916) 324-7956.

M. D. STAINER
Director
Division of Adult Institutions

Attachments

cc:  Kathleen Allison
     Kelly Harrington
     Timothy Virga
     Thomas Tyler

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date  :  May 9, 2014

To    :  Associate Directors, Division of Adult Institutions
         Wardens

Subject :  **IMPLEMENTATION OF THE SECURITY/WELFARE CHECK PROCEDURE
           UTILIZING THE GUARD ONE SYSTEM**

The purpose of this memorandum is to provide direction regarding the implementation of the Security/Welfare Check Procedure utilizing the Guard One electronic monitoring system. The Guard One System is currently being expanded to all Psychiatric Services Units (PSU), Security Housing Units (SHU), and Condemned Housing Units throughout the State. Due to the ongoing installation of the Guard One System at various institutions, the Security/Welfare Check Procedure will be implemented in three phases. Institutions will not begin utilizing the modified Security/Welfare Check Procedure until the initiation of their designated phase.

Upon receipt of this memorandum, all institutions with an Administrative Segregation Unit (ASU), PSU, SHU or Condemned Housing Unit will begin to provide training to all correctional officers assigned to the abovementioned areas on the Security/Welfare Check Procedure utilizing the Guard One electronic monitoring system. The Division of Adult Institutions has developed an on-the-job training aide to assist institutions with providing training to staff. This training should be conducted in areas where the Guard One System is installed so that staff can familiarize themselves with the equipment and the Security/Welfare Check Procedure. Institutions shall ensure correctional officers assigned to each phase's identified areas have been trained prior to that phase's activation date.

## PHASE 1

Phase 1 will begin on May 19, 2014, with all ASU's that have the Guard One System currently installed.

## PHASE 2

Phase 2 will begin on June 16, 2014, consisting of Kern Valley State Prison's ASU overflow, all PSU, SHU (excluding Pelican Bay State Prison's Facilities C and D), and Condemned Housing Units.

## PHASE 3

Phase 3 will consist of Pelican Bay State Prison's Facilities C and D along with the California Health Care Facility-Stockton. Phase 3's activation date has yet to be determined and will be announced in a subsequent directive.

Associate Director, Division of Adult Institutions
Wardens
Page 2

If you have any questions regarding the implementation of the Security/Welfare Check Procedure and/or the Guard One System, please contact Thomas Tyler, Captain, Audits and Litigation Unit, Division of Adult Institutions, at (916) 324-7956.

M. E. STAINER
Director
Division of Adult Institutions

Attachment

cc: Kathleen Allison
    Kelly Harrington
    Tim Virga
    Thomas Tyler

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date  :  May 9, 2014

To    :  Associate Directors, Division of Adult Institutions
         Wardens

Subject :  **SECURITY/WELFARE CHECK PROCEDURE UTILIZING THE GUARD ONE SYSTEM TO SUPERSEDE ADMINISTRATIVE SEGREGATION UNIT WELFARE CHECK AND SECURITY/CUSTODY ROUNDS IN SPECIALIZED HOUSING PROCEDURES**

The purpose of this memorandum is to modify current Security/Welfare Check procedures for all inmates housed in Administrative Segregation Units (ASU), Psychiatric Services Units (PSU), Security Housing Units (SHU), and Condemned Housing Units, which utilize or will be utilizing the Guard One electronic monitoring system. In furtherance of the California Department of Corrections and Rehabilitation's continued efforts to reduce inmate suicides, the Department has determined both the ASU Welfare Check and Security/Custody Rounds will be combined into one Security/Welfare Check Procedure.

The Security/Welfare Check procedures presented herein will supersede ASU Welfare Check and Security/Custody Rounds in Specialized Housing Procedures as directed in memorandums dated: May 28, 2013, titled, "Revised Administrative Segregation Unit Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing" and July 3, 2013, titled, "Implementation of the Administrative Segregation Unit Welfare Check Procedures Utilizing the Guard One System."

A "Security/Welfare Check" shall be defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, PSU, SHU, and Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior. The Security/Welfare Check shall be conducted on all inmates housed in ASU, PSU, SHU, and Condemned Housing Units.

The following are custody staff responsibilities for conducting Security/Welfare Checks utilizing the Guard One System:

1. Correctional officers shall use the Guard One PIPE to record all Security/Welfare Checks conducted on **all** inmates housed in ASU, PSU, SHU, and Condemned Housing. This will be accomplished by touching the PIPE to each cell front button. This will capture the time and location that the Security/Welfare Check was conducted. **Note: Staff shall no longer capture the inmates' in-cell activity via the wallet and activity buttons under this modified procedure.**

Associate Directors, Division of Adult Institutions
Wardens
Page 2

2. Correctional officers shall conduct Security/Welfare Checks on all inmates in the aforementioned housing units at staggered intervals twice an hour, not to exceed 35 minutes between checks. Staggered means checks are to be conducted at unannounced and irregular intervals so that they are unpredictable to the inmate population. Disruptions of Security/Welfare Checks shall be documented in the ASU, PSU, SHU, and Condemned Housing Unit Isolation log book.

3. During First Watch hours, correctional officers shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not omit an audible beep during use only flashing a red Light Omitting Diode (LED). The First Watch PIPE shall be marked identifying it as equipment for First Watch use only.

4. During times when inmates housed in ASU, PSU, SHU, and Condemned Housing Units are out of their assigned cell for (yard, classification committee, appointments, visiting, etc.), correctional officers are required to conduct a Security/Welfare Check looking for damage and potential security concerns to that inmate(s) cell. Under this procedure correctional officers are not expected to conduct Security/Welfare Checks on ASU, PSU, SHU, and Condemned cells that have no inmates assigned to them.

5. At the completion of each shift the correctional officer(s) tasked with completing the Security/Welfare Check shall insert the PIPE into the Internet Protocol (IP) Downloader. Once the IP download has been completed, the unit supervisor shall review all the Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review shall ensure all Security/Welfare Checks have been completed at least two times an hour at staggered intervals not to exceed 35 minutes between checks.

6. As part of the review, the unit supervisor will print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the housing unit supervisor shall provide appropriate corrective action with staff prior to the end of the shift.

7. Institutions shall retain the original, signed, Guard One Rounds Tracker Report for a minimum of three years at the institution, and an additional four years in departmental records retention.

8. In the event the Guard One electronic monitoring system is inoperable, staff shall use the Security/Welfare Check Manual Tracking Sheet (Attachment A) to document the required checks. Once the Guard One System is fully operational staff shall resume the methods as described above for the Guard One System. The records retention schedule for the Security/Welfare Check Form will be the same as for the Guard One Rounds Tracker Reports.

Associate Directors, Division of Adult Institutions
Wardens
Page 3

9.  Based on their unique design and programs, California State Prison, San Quentin's North Segregation and Central California Women's Facility Condemned Housing Units shall only conduct Security/Welfare Checks during First Watch.

All custody staff tasked with conducting and reviewing Security/Welfare Checks shall receive documented on-the-job training regarding the implementation of the Security/Welfare Check procedure utilizing the Guard One System. An In-Service Training Code will be provided in a subsequent email.  An updated sample Operating Procedure (OP) is attached for your convenience to assist with incorporating the revised Security/Welfare Check Procedure utilizing the Guard One System into your local OP.  This revision(s) may be a supplement to be included in the next scheduled revision of the impacted document.  Please provide verification of completion of training and the update to your institution OP via memorandum to your respective Mission Associate Director and a copy to Thomas Tyler, Captain, Audits and Litigation Unit, Division of Adult Institutions within 30 calendar days from the date of issuance of this memorandum.

If you have any questions regarding this procedure, please contact Captain Thomas Tyler at (916) 324-7956.

M. D. STAINER
Director
Division of Adult Institutions

Attachments

cc: Kathleen Allison
    Kelly Harrington
    Tim Virga
    Thomas Tyler

# OPERATIONS PLAN

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | | |
|---|---|---|
| **CALIFORNIA MEDICAL FACILITY** | **PLAN FOR:** | **ADMINISTRATIVE SEGREGATION** |
| **VACAVILLE, CALIFORNIA** | **DATED:** | **OCTOBER 2019** |
| **SUPERSEDES PLAN DATE: OCTOBER 2018** | **PLAN #:** | **74** |

## ADMINISTRATIVE SEGREGATION OPERATIONS

### OPERATIONAL PLAN #74

The following Operational Plan (OP) governing Administrative Segregation Housing Unit (ASU) Operations for the California Medical Facility (CMF) consists of Thirty-Two (32) pages, inclusive of this cover sheet.

**D. HURLEY**
Associate Warden
Program Services

**D. CUEVA**
Chief Deputy Warden

**Approved:**

**JARED D. LOZANO**
Warden (A)

# OPERATIONS PLAN

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | | |
|---|---|---|
| **CALIFORNIA MEDICAL FACILITY** | **PLAN FOR:** | **ADMINISTRATIVE SEGREGATION** |
| **VACAVILLE, CALIFORNIA** | **DATED:** | **OCTOBER 2019** |
| **SUPERSEDES PLAN DATE: OCTOBER 2018** | **PLAN #:** | **74** |

New arrivals into any ASU shall be housed in a designated intake cell for the first seventy-two (72) hours of placement. Should intake cells not be available at the initial time of placement, the ASU/Unit Lieutenant shall consult with MHSDS staff, on a case by case basis, regarding which inmates would most benefit from placement in an Intake cell, and which could be moved to another cell for the remainder of their first seventy-two (72) hours in ASU.

The following cells have been designated as intake cells:

- W-101
- W-102
- W-103
- M-302
- M-303
- I-306
- I-307
- S-301
- S-302

## 8. GUARD 1 SYSTEM

Correctional Officers assigned to ASU will utilize the Guard One Electronic Monitoring System to track security/welfare checks. Guard 1 consists of a PIPE and an Internet Protocol (IP) Downloader. Each cell shall be equipped with a front button. The designated officer will touch the front button with the PIPE twice an hour, not to exceed thirty-five (35) minutes between checks. The initial check each shift will commence ten (10) minutes after the beginning of the shift and the next check will commence on forty (40) minutes after the beginning of the hour. Disruptions of security/welfare checks will be documented in the ASU Isolation Log Book. First Watch Officers shall conduct all security/welfare checks using a pre-programmed silenced First Watch PIPE. Officers will continue the security/welfare checks when the inmates are out of their assigned cells (I.E.: yard, committee and group therapy).

One hour prior to the end of each shift, the designated officer will insert the PIPE into the IP Downloader. After the download has been completed, the ASU Supervisor shall review all the security/welfare checks conducted during their assigned shift utilizing the Guard One Rounds Tracker Software installed on their designated workstation. As part

| | | |
|---|---|---|
| **OPERATIONS PLAN #74** | **DATED:** | **OCTOBER 2019** |
| **APPROVED BY WARDEN (A):  JARED D. LOZANO** | **PAGE:** | **9 OF 32** |

# OPERATIONS PLAN

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

| | | |
|---|---|---|
| **CALIFORNIA MEDICAL FACILITY** | **PLAN FOR:** | **ADMINISTRATIVE SEGREGATION** |
| **VACAVILLE, CALIFORNIA** | **DATED:** | **OCTOBER 2019** |
| **SUPERSEDES PLAN DATE: OCTOBER 2018** | **PLAN #:** | **74** |

of the review, the unit supervisor will print the Guard One Report and provide their signature and date of review. In the event of discrepancies, the unit supervisor shall provide appropriate action prior to the end of the shift. In the event Guard One becomes inoperable, staff shall use the Security/Welfare Check Manual Tracking Sheet.

All inmates placed on ASU status shall be issued an orientation pamphlet, which describes some of the stressors related to being placed on ASU status and contains information about how to request mental health services. This packet is issued to new intake inmates by the ASU staff receiving the inmate into the ASU. Documentation that the inmate received the orientation pamphlet will be entered on the inmate's CDCR Form114-A.

### 9. MULTI-POWERED RADIO LOANER PROGRAM FOR ASU

To be in compliance with the Suicide Prevention Plan, upon completion of the Administrative Review, inmates shall be given the opportunity to be issued a radio. The ASU Sergeant will ensure the ASU Property Officer issues a radio to the inmate. The ASU Property Officer will ensure the inmate signs a CDCR Form 128 B, Multi-Powered Radio Loaner Program Agreement, and an Inmate Trust Withdrawal Form for the replacement value of the radio should it be damaged as a result of abuse by the inmate. If there are only limited radios available, inmates shall only be issued radios during the first 21 days in ASU.

### 10. MENTAL HEALTH SCREENING

All inmates placed into an ASU shall receive a thirty-one item screening according to the MHSDS program guide timelines. Mental Health staff shall conduct the screening of participants in the MHSDS. Interviews will take place in a private and confidential setting. The setting will afford confidentiality of sight and sound from other inmates, and confidentiality of sound from staff.

### D. ADMINISTRATIVE SEGREGATION PLACEMENT REVIEW:

Upon placement in ASU or ASU status, an offender is entitled to due process rights, regarding their placement. As designated within the CCR, Title 15, an offender will be seen by a designated staff member (not less than the rank of Captain) on the first working day following their placement on ASU status.

If the determination is made to retain the offender on ASU status, the assignment of a staff assistant will be determined. If the offender is to be retained on ASU status, the Captain will document the reasons for the retention on the ASU Placement Notice. If the offender is to be

# Exhibit F

## DECLARATION OF CUSTODIAN OF RECORDS
### Department of Corrections, California Men's Colony

I, **N. Diaz-Acosta,** declare as follows:

I am the Litigation Coordinator, Correctional Counselor II (A), employed by the

California Department of Corrections at California Men's Colony (CMC), San Luis Obispo

California. In this capacity, I am the duly authorized custodian of record and/or other qualified

witness for the above named entity. I have the authority to certify these records as true and

correct. The original records, of which copies are enclosed, were prepared by the Litigation

Office in the ordinary course of business at or near the time of the act, condition or event of

which they reflect.

The documents enclosed is the true and correct copy of the "Request for CDCR

Guidelines for Guard One" from the Attorney General's Office. The records are maintained in

the regular course of business by the Department of Corrections at this institution.

I declare under penalty of perjury that I am competent to testify as a witness, that the

foregoing is true and correct and based on my personal knowledge except for those statements

based on information and belief, and as to those statements I believe them to be true, and that if

called as a witness, I would so testify.

Executed on July 15, 2020, at San Luis Obispo, California.

N. Díaz-Acosta
Litigation Coordinator (A)
California Men's Colony

**CALIFORNIA MEN'S COLONY**                                      November 2019
**San Luis Obispo**

I.    **PROCEDURE NUMBER AND TITLE**

Operational Procedure No. 1012 – **Administrative Segregation Unit**

II.   **PURPOSE AND OBJECTIVES**

This procedure shall serve as a guide for the efficient, safe operation of the Administrative Segregation Unit (ASU), and ASU Central.

III.  **REFERENCES**

- The California Code of Regulations (CCR), Title 15, Sections 3164 (b), 3165(c), 3178, 3315 (b), 3317, 3322, 3323, 3330 – 3345, 3358.
- Memorandums: 12-31-96, ASU Training (Tristan); 1-15-97, Exercise/Yard Plan For ASU Annex (Osborn); 6-2-97, Staff Response to Incidents of Inmate Flooding in ASU; 9-1-05, Institution Bed Management; 5-9-06, Daily Coordination of ASU; 10-2-06, Plan to Reduce Suicide Risk in ASU; 10-16-06, Expectation Regarding ASU and Suicide Prevention; 5-14-14, Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures 4-26-11, Use of Intake Cells-ASU Placement; 5-28-13, Revised ASU Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing.
- CDCR ASU Inmate Orientation Pamphlet.
- Fire Evacuation Procedures - ASU Central, and ASU Annex; California Men's Colony (CMC) Use of Force Documentation Procedure; Hunger Strike Procedures.
- Department Operations Manual (DOM), Sections 51020, 52080.29, 53130.7 and 53130.11, 101120.2, 54030, 62050.10.2 through 62050.10.5.
- DOM Section 52050.16.6 Unclothed or Clothed Body Search of Inmates in Enhanced Outpatient Program Administrative Segregation Hubs and Psychiatric Services Units.
- California Men's Colony Operational Procedure (OP) 3005, Disability Placement Program

IV.   **APPROVAL AND REVIEW**

This procedure shall be reviewed and/or revised annually by the Associate Warden, Level III Housing (AW Level III) and submitted to the Warden for review and approval.

V.    **RESPONSIBILITY**

A.  The AW Level III shall be responsible for the overall operation, care and treatment of inmates housed within the ASU.

B.  The AW Level III shall conduct inspections of the ASU on an "as needed basis" with a minimum inspection of once per month.

C.  The Facility B Lieutenant and the ASU Sergeant shall be responsible for the day to day operations of any ASU. In the absence of both the Facility B Lieutenant and the ASU Sergeant, the Facility B Captain (Watch Commander during first watch hours) will be responsible for any ASU matters.

http://teamsite/team/Ops/AO/DAI/SitePages?ASU%20Intake%20Cell%20Manageme
nt%20Tracking%20Log.aspx

Each day, ASU Custody Supervisory staff will review the Daily Movement Sheet for
any ASU placements from the previous day.

If any inmates were housed in ASU, the ASU Sergeant will access the aforementioned
ASU Intake Cell Management Tracking Log, utilizing the aforementioned link and
enter all applicable information into the SharePoint for all inmates initially placed into
ASU.

3.  If there is no available "intake" cell at the time of an inmate's initial placement in ASU, the
    next available cell closest to the intake cell shall be utilized to house the inmate. When this
    becomes necessary, the ASU/Facility B Sergeant will be informed. A new arrival ASU
    inmate who has been placed in a non-intake cell will be housed in the next available "intake"
    cell upon one of these cells becoming vacant.

4.  All inmates will receive Security/Welfare Checks utilizing the Guard One Rounds Tracker,
    two times per hour, at staggered intervals not to exceed 35 minutes between checks.

    a.  Use of the Guard One Rounds Tracker for Welfare Checks:
        Officers will use the Guard One Rounds Tracker "PIPE" to record all ASU
        Security/Welfare Checks. The assigned Officer shall conduct a Security/Welfare check
        on each cell which an inmate is assigned, two times an hour not to exceed 35 minutes
        between checks. The "PIPE" will capture two levels of information – time and location.
        The Officer will touch the "PIPE" to each button which is affixed to each cell in the ASU
        housing unit. Once a successful connection is established, the "PIPE" will emit a sound
        and a small LED light will be lit on the "PIPE" confirming the button was read. This will
        electronically record the Officer was at a specific cell at a specific time.

        During first watch hours, Officers shall conduct all Security/Welfare checks using a pre-
        programmed silenced "first watch pipe". The "first watch pipe" does not emit an audible
        beep during use and only flashes a red LED. Officers conducting Security/Welfare
        checks using the "first watch pipe' must insure they observe the flashing red LED when
        conducting their Security/Welfare checks. The "first watch pipe" shall be marked
        identifying it as equipment for first watch use only.

        During times when an inmate is out of his assigned cell for (yard, classification
        committee, appointments, visiting, etc.) the assigned Officer will continue to conduct
        Security checks looking for damage and potential security concerns to that inmate (s)
        cell.

        Under this procedure, Officers are not required to conduct Security/Welfare checks on
        cells where there are no inmate (s) assigned.

        The unit supervisor shall insure all Officers tasked with conducting Security/Welfare
        checks are provided training regarding this procedure and the Guard One system
        equipment.

    b.  Internet Protocol Download and ASU Supervisory Review:
        At the completion of each shift, the Officer conducting the ASU Welfare/Security checks
        will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the ASU
        unit/program office for supervisory review. Once a successful download is established
        the "PIPE" will emit a sound and a small LED light will be lit on the "PIPE" confirming

the information has been downloaded. Upon completion of the IP download, the ASU custody supervisor shall review all ASU Security/Welfare checks on their designated work station. This review will ensure all ASU Security/Welfare checks have been completed at least two times an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the ASU custody supervisor will print the Guard One Exceptions Only report and provide his/her signature and date of review. Should there be any discrepancies discovered during this review, the ASU custody supervisor shall address the discrepancy, and if necessary, provide appropriate training and/or corrective action. Additionally, the ASU custody supervisor shall document the reason for the discrepancy in the unit logbook.

   c. <u>Equipment Malfunction</u>:
     In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the ASU custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System, staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods by completing the Security/Welfare Check Manual Tracking Sheet (Attachment A).

   d. <u>5 Day Clinical Follow Up (5DCFU) / CDCR MH-7497 Discharge Custody Check Sheet</u>:
     Per CMC OP 3028, *"As part of the statewide California Department of Corrections and Rehabilitation Suicide Prevention Policy, all new arrivals to ASU receive custody welfare checks twice an hour at staggered intervals not to exceed 35 minutes. 1. The custody welfare checks are completed by utilizing the Guard One Rounds Tracker. 2. All I/P's discharged from the MHCB/DSH/AHU to ASU are considered new arrivals and receive these welfare checks the entire time while housed in ASU. This represents an intensive level of observation. At CMC, these welfare checks in ASU are utilized in place of the custody welfare checks."*

5. Each day, the ASU mental health clinician (social worker or psychologist) shall have a meeting with the ASU supervisor of each ASU area to solicit information about new arrivals in ASU or inmates who may require clinical attention. The clinician shall inform ASU staff of potential suicide risks or other clinical concerns. The PT's will also meet with the sergeants from each ASU area every shift to review relevant information related to inmates (refer to memorandum dated 5/9/06, entitled "Daily Coordination of ASU").

6. Upon an inmate's initial placement into the ASU, he may be issued a loaner hand-crank AM/FM radio and ear buds. All radios not in use will be stored in the ASU Sergeants Office. Each radio must be scribed for accountability purposes and the nylon wrist strap within the box shall be removed prior to issuance to the inmate. The desk officer will be responsible for assigning the hand-crank radio to an intake inmate. The Inmate Door Placard and ASU Board Tag will note the date of radio issuance and the radio inventory number. The ASU Tier Officer will ensure the inmate completes the CDCR Form 128B; General Chrono Multi powered Radio Loaner Program Agreement (Attachment B), prior to issuance. Each inmate that is issued a radio and ear buds will be required to sign a Trust Account Withdrawal Form for the radio and ear buds for the replacement cost should the items be damaged/destroyed by the inmate. Failure to sign the Trust Withdrawal Form will result in the inmate not being issued a radio. The ASU Tier Officer will track the issuance of the radio and ear buds on the Multi-powered Radio Distribution Log (Attachment C). Staff shall endure the radio is in proper working order prior to issuance and upon return from the inmate.

Case 2:90-cv-00520-KJM-SCR    Document 6776-1    Filed 07/16/20    Page 65 of 245

5. If there is an instance where all interested parties cannot agree upon an individual precautionary measure, the Facility B Captain shall render a decision to remove the precaution, or retain the precaution until the next review period.


J. GASTELO
Warden
California Men's Colony

# Exhibit G

# CERTIFICATION

**In re: RALPH COLEMAN, ET AL. V. GAVIN NEWSOM, ET AL.**
       **USDC, ED OF CALIFORNIA, CASE NO. 2:90-CV-00520 KJM-DB (PC)**

This is to certify that the Director of the Department of Corrections and Rehabilitation is the official legal custodian of the records of prisoners committed to the California State Prisons and has authorized the undersigned or other qualified witness and has authority to certify in his behalf the criminal records of persons who have served sentences in California State Prisons.

I declare under the penalty of perjury under the laws of The State of California that the foregoing is true and accurate copies of the records maintained in the regular course and scope of CDCR's business and, to my knowledge, were prepared or created by authorized personnel at or near the time of the acts, conditions, or events.

7.9.2020
_____
DATE

DANIEL SANCHEZ
Litigation Coordinator
CSP – Los Angeles County

(rev.7/2017)



| | |
|---|---|
| **California Department of Corrections and Rehabilitation**<br><br>**California State Prison Los Angeles County**<br><br>**Operational Procedure #551** | **Administrative Segregation Unit (ASU) Security/Welfare Check Procedure (Guard 1)** |
| | **Developed: November 2016** |
| | **Revised: February 2020** |

**551.1**
**PURPOSE AND OBJECTIVE**

To establish security and operational guidelines for the Administrative Segregation Unit (ASU) Security/Welfare Check Procedure, to ensure operational compliance with the California Code of Regulations (CCR), Title 15, the Department Operations Manual (DOM), and the Revised 2009 Mental Health Services Delivery System Program Guide.

To set the guidelines for the ASU Security/Welfare Check of all inmates placed in ASU.

Reduce the opportunities an inmate has to commit acts of self-harm. Welfare Checks are the personal observations by Correctional Officers of inmates recently placed into ASU.

The Overall focus of this procedure is to outline the requirement of the ASU Welfare Check System utilizing the Guard One Rounds Tracker System.

**551.2**
**REFERENCES**

CCR, Title 15, Article 7, Administrative Segregation, Section 3335 through 3344.

October 2, 2006, memorandum, "Plan to Reduce Suicide Risk in Administrative Segregation Units," signed by John Dovey, Director, Division of Adult Institutions and Peter Farber-Szekrenyi, Dr. P.H., Director, Correctional Health Care Services.

October 16, 2006, memorandum, "Expectations Regarding Administrative Segregation and Suicide Prevention," signed by John Dovey, Director, Division of Adult Institutions.

October 31, 2006, memorandum, "30 Minute Welfare Checks of Inmates placed in ASU," signed by John Dovey, Director, Division of Adult Institutions.

August 6, 2007, memorandum, "ASU 30 Minute Welfare Check Logging and Compliance Monitoring," signed by Lea Ann Chrones, Director (A), Division of Adult Institutions.

May 28, 2013, memorandum, "Revised ASU Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing," signed by Kathleen L. Dickenson, Director, Division of Adult Institutions and Timothy Belavich, Ph. D., Correctional Health Care Services.



| California Department of Corrections and Rehabilitation<br><br>California State Prison Los Angeles County<br><br>Operational Procedure #551 | Administrative Segregation Unit (ASU) Security/Welfare Check Procedure (Guard 1) |
|---|---|
| | Developed:  November 2016 |
| | Revised: February 2020 |

| | |
|---|---|
| **551.2**<br>**REFERENCES**<br>**CONTINUED** | May 9, 2014, memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures," signed by Michael Stainer, Director, Division of Adult Institutions. |
| **551.3**<br>**APPROVAL AND REVIEW** | The Warden must approve this procedure and all revisions prior to implementation.<br><br>The Associate Warden (AW), Central Operations will review this procedure annually. |
| **551.4**<br>**RESPONSIBILITY** | The Warden has the overall responsibility for the operations of this procedure.<br><br>The AW Central Operations will be responsible to ensure compliance with these procedures for Administrative Segregation (Ad-Seg) on the perspective facilities.<br><br>The Central Operations Captain will be responsible for the management of Facility D Building 5, Enhanced OutPatient Program Ad-Seg and the Stand Alone ASU and ensure compliance with these policies and procedures.<br><br>The ASU Sergeants and Lieutenants are responsible for the daily monitoring of compliance to the Welfare Checks and the Guard One Rounds Tracker on each watch. The Watch Commander is responsible to monitor compliance in all ASU Units for First Watch.<br><br>The unit supervisor will be responsible for assigning an officer to conduct the Welfare Checks at the beginning of each shift.<br><br>The AW Central Operations will be responsible to ensure this procedure is in compliance with the Coleman Court Mandates. |
| **551.5**<br>**METHODS** | **Use of the Guard One Rounds Tracker**<br>Officers shall use the Guard One Tracker PIPE to record all Welfare Checks conducted on all inmates housed in EOP/ASU and the Stand Alone ASU. This will be accomplished by touching the PIPE to each Guard One Rounds Tracker Plate, secured to the cell doors. This will capture the time and location that the Welfare Check was conducted. |



| California Department of Corrections and Rehabilitation<br><br>California State Prison Los Angeles County<br><br>Operational Procedure #551 | Administrative Segregation Unit (ASU) Security/Welfare Check Procedure (Guard 1) |
|---|---|
| | Developed:  November 2016 |
| | Revised: February 2020 |

**551.5**
**METHODS**
**CONTINUED**

Officers shall conduct Security/Welfare Checks on all inmates in the aforementioned Housing Units at staggered (unpredictable to the inmates) intervals, twice an hour, not to exceed 35 minutes between checks. Any disruptions and the reason for the disruption of the Welfare Check shall be documented in the ASU Housing Unit Isolation Log Book.

A "Security/Welfare Check" shall be defined as a personal observation by a Correctional Officer of the welfare of the inmate and the security of the cell in which an inmate is housed. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

**First Watch PIPE**
During the First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE." The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Omitting Diode (LED). Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment to be utilized for First Watch use only.

**Out of Cell Time**
When an inmate is out of the cell, officers are required to conduct Welfare Checks of these cells, looking for damage and potential security concerns.

**Vacant Cells**
Under this procedure, officers are required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned, looking for damage and potential security concerns

**ASU Supervisory Review**
The unit supervisor shall print the Guard One Rounds Tracker Report and the Time Between checks report. The unit supervisor will sign and date the report and forward a copy of the report to the respective Captain. Should there be any discrepancies during the review; the Housing Unit supervisor shall provide appropriate corrective action with staff prior to the end of the shift.



| California Department of Corrections and Rehabilitation<br><br>California State Prison Los Angeles County<br><br>Operational Procedure #551 | Administrative Segregation Unit (ASU) Security/Welfare Check Procedure (Guard 1) |
|---|---|
| | Developed:  November 2016 |
| | Revised: February 2020 |

**551.5**
**METHODS**
**CONTINUED**

A copy of all training and corrective action must be provided to the respective Captain, who will track to ensure compliance with the procedures.

**Equipment Malfunction**
In the event the Guard One Rounds Tracker software or equipment is inoperable, staff will use the welfare check manual tracking sheet to document the required checks. Once the Guard One System is operational, staff will resume normal Guard One operations. The record retention schedule for the manual form will be the same as the Guard One Tracker reports.

**Training**
The Unit Supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

ANY CHANGES TO THIS OPERATONAL PROCEDURE WILL REQUIRE THE APPROVAL OF THE WARDEN.


_____                    2/14/2020
R. C. JOHNSON                                      DATE
Warden
California State Prison-Los Angeles County

ATTACHMENT A

| SECURITY/WELFARE CHECK MANUAL TRACKING SHEET | | | |
|---|---|---|---|
| INSTITUTION:_____ | FACILITY:_____ | | |
| HOUSING UNIT:_____ | DATE:_____ | WATCH:   1ST    2ND    3RD | |
| LOWER BED:_____ | UPPER BED:_____ | | |

INSTRUCTIONS: COMPLETE TWO SECURITY/WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT TO EXCEED 35 MINUTES A CHECK

A Security/Welfare Check shall be defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, PSU, SHU or Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior. The Security/Welfare Check shall be conducted on all inmates housed in ASU, PSU, SHU and Condemned Housing Units.

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURE | COMMENTS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Supervisor Name (print) | (signature) | (date) |
|---|---|---|

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date    :   May 9, 2014

To      :   Associate Directors, Division of Adult Institutions
            Wardens

Subject :   **SECURITY/WELFARE CHECK PROCEDURE UTILIZING THE GUARD ONE
            SYSTEM TO SUPERSEDE ADMINISTRATIVE SEGREGATION UNIT WELFARE
            CHECK AND SECURITY/CUSTODY ROUNDS IN SPECIALIZED HOUSING
            PROCEDURES**

The purpose of this memorandum is to modify current Security/Welfare Check procedures
for **all** inmates housed in Administrative Segregation Units (ASU), Psychiatric Services
Units (PSU), Security Housing Units (SHU), and Condemned Housing Units, which utilize or
will be utilizing the Guard One electronic monitoring system. In furtherance of the California
Department of Corrections and Rehabilitation's continued efforts to reduce inmate suicides, the
Department has determined both the ASU Welfare Check and Security/Custody Rounds will
be combined into one Security/Welfare Check Procedure.

The Security/Welfare Check procedures presented herein will supersede ASU Welfare
Check and Security/Custody Rounds in Specialized Housing Procedures as directed in
memorandums dated: May 28, 2013, titled, "Revised Administrative Segregation Unit Welfare
Check Procedure and Implementation of Security Inspections in Specialized Housing" and
July 3, 2013, titled, "Implementation of the Administrative Segregation Unit Welfare Check
Procedures Utilizing the Guard One System."

A "Security/Welfare Check" shall be defined as a personal observation by a correctional
officer of the welfare of the inmate and the security of the cell in which an inmate is housed in
an ASU, PSU, SHU, and Condemned Housing Unit. The Security/Welfare Check shall include
a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring
there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs
of any misconduct or self-injurious behavior. The Security/Welfare Check shall be conducted
on **all** inmates housed in ASU, PSU, SHU, and Condemned Housing Units.

The following are custody staff responsibilities for conducting Security/Welfare Checks
utilizing the Guard One System:

1. Correctional officers shall use the Guard One PIPE to record all Security/Welfare
   Checks conducted on **all** inmates housed in ASU, PSU, SHU, and Condemned
   Housing. This will be accomplished by touching the PIPE to each cell front button.
   This will capture the time and location that the Security/Welfare Check was conducted.
   **Note: Staff shall no longer capture the inmates' in-cell activity via the wallet and
   activity buttons under this modified procedure.**

Associate Directors, Division of Adult Institutions
Wardens
Page 2

2. Correctional officers shall conduct Security/Welfare Checks on all inmates in the aforementioned housing units at staggered intervals twice an hour, not to exceed 35 minutes between checks. Staggered means checks are to be conducted at unannounced and irregular intervals so that they are unpredictable to the inmate population. Disruptions of Security/Welfare Checks shall be documented in the ASU, PSU, SHU, and Condemned Housing Unit Isolation log book.

3. During First Watch hours, correctional officers shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not omit an audible beep during use only flashing a red Light Omitting Diode (LED). The First Watch PIPE shall be marked identifying it as equipment for First Watch use only.

4. During times when inmates housed in ASU, PSU, SHU, and Condemned Housing Units are out of their assigned cell for (yard, classification committee, appointments, visiting, etc.), correctional officers are required to conduct a Security/Welfare Check looking for damage and potential security concerns to that inmate(s) cell. Under this procedure correctional officers are not expected to conduct Security/Welfare Checks on ASU, PSU, SHU, and Condemned cells that have no inmates assigned to them.

5. At the completion of each shift the correctional officer(s) tasked with completing the Security/Welfare Check shall insert the PIPE into the Internet Protocol (IP) Downloader. Once the IP download has been completed, the unit supervisor shall review all the Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review shall ensure all Security/Welfare Checks have been completed at least two times an hour at staggered intervals not to exceed 35 minutes between checks.

6. As part of the review, the unit supervisor will print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the housing unit supervisor shall provide appropriate corrective action with staff prior to the end of the shift.

7. Institutions shall retain the original, signed, Guard One Rounds Tracker Report for a minimum of three years at the institution, and an additional four years in departmental records retention.

8. In the event the Guard One electronic monitoring system is inoperable, staff shall use the Security/Welfare Check Manual Tracking Sheet (Attachment A) to document the required checks. Once the Guard One System is fully operational staff shall resume the methods as described above for the Guard One System. The records retention schedule for the Security/Welfare Check Form will be the same as for the Guard One Rounds Tracker Reports.

Associate Directors, Division of Adult Institutions
Wardens
Page 3

9. Based on their unique design and programs, California State Prison, San Quentin's North Segregation and Central California Women's Facility Condemned Housing Units shall only conduct Security/Welfare Checks during First Watch.

All custody staff tasked with conducting and reviewing Security/Welfare Checks shall receive documented on-the-job training regarding the implementation of the Security/Welfare Check procedure utilizing the Guard One System. An In-Service Training Code will be provided in a subsequent email. An updated sample Operating Procedure (OP) is attached for your convenience to assist with incorporating the revised Security/Welfare Check Procedure utilizing the Guard One System into your local OP. This revision(s) may be a supplement to be included in the next scheduled revision of the impacted document. Please provide verification of completion of training and the update to your institution OP via memorandum to your respective Mission Associate Director and a copy to Thomas Tyler, Captain, Audits and Litigation Unit, Division of Adult Institutions within 30 calendar days from the date of issuance of this memorandum.

If you have any questions regarding this procedure, please contact Captain Thomas Tyler at (916) 324-7956.

M. D. STAINER
Director
Division of Adult Institutions

Attachments

cc: Kathleen Allison
    Kelly Harrington
    Tim Virga
    Thomas Tyler

SECURITY/WELFARE CHECK PROCEDURE GUIDELINE

**Operating Procedure**

I.    **PLAN TITLE AND NUMBER:**

      A.    Security/Welfare Check Procedure

II.   **PURPOSE AND OBJECTIVE:**

      The purpose of this procedure is to establish specific security and operational
      guidelines for Security/Welfare Checks, to ensure operational compliance with
      the Department Operations Manual (DOM), the California Code of Regulations,
      Title 15 and Coleman court mandates.

      The objective of this procedure is to set the guidelines for the
      Security/Welfare Checks of **all** inmates placed in Administrative Segregation
      Housing Units (ASU), Security Housing Units (SHU), Psychiatric Services
      Housing Units (PSU) and Condemned Housing Units.

      A Security/Welfare Check is defined as a personal observation by a correctional
      officer of the welfare of the inmate and the security of the cell in which an inmate is
      housed in an ASU, PSU, SHU, or Condemned Housing Unit to include a
      visual/physical observation of a living, breathing inmate, free from obvious injury
      ensuring there is a clear and unobstructed view into the cell looking for damage to
      the cell and/or signs of any misconduct or self-injurious behavior.

      The overall focus of this procedure is to outline the requirement of the
      Security/Welfare Checks System utilizing the Guard One Rounds Tracker "PIPE"
      System.

III.  **REFERENCES:**

      A.    DOM Section 52080.24 - Administrative Segregation

      B.    May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the
            Guard One System to Supersede Administrative Segregation Unit Welfare
            Check and Security/Custody Rounds in Specialized Housing· Procedures",
            signed by Michael Stainer, Director, Division of Adult Institutions.

IV.   **APPROVAL AND REVIEW:**

      This procedure will be reviewed annually and will be submitted to the Warden for
      final approval.

      Date of last revision:

      **RESPONSIBILITY:**

Security/Welfare Check Procedure Guideline
Page 2

    A.    The Warden has the overall managerial responsibility for the operation of this procedure.

    B.    The Chief Deputy Warden has the overall functional responsibility for the operation of this procedure.

    C.    The Associate Warden of Housing is responsible for the application of this procedure in the ASU, PSU, SHU and Condemned Housing Unit.

    D.    The Captain(s) in charge of any ASU, PSU, SHU and Condemned Housing Unit Units are responsible for ensuring procedural adherence.

    E.    The Litigation Coordinator is responsible for monitoring this procedure for compliance with Coleman Court Mandates.

## V.    __METHODS:__

### Use of the Guard One Rounds Tracker

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the "PIPE" to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log book.

### First Watch PIPE

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Omitting Diode (LED). Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

### Inmate Removal from Cell

During times when an inmate is out of his/her assigned cell for (yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

Security/Welfare Check Procedure Guideline
Page 3

### Vacant Cells

Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

### Internet Protocol Download and Unit Supervisor Review:

At the completion of each shift the officer conducting the Security/Welfare Check will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the Unit/Program Office for the unit supervisor's review. Once the IP download has been completed, the unit supervisor shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the unit supervisor shall print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the custody supervisor shall appropriately address any deficiencies with staff prior to the end of shift.

### Training

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

### Equipment Malfunction:

In the event the Guard One Rounds Tracker software or equipment is not functioning properly staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet (Attachment-A).


Warden                    _____
                                    Date

# Exhibit H

## <u>AFFIDAVIT OF CUSTODIAN OF RECORDS</u>
**Department of Corrections and Rehabilitation**
**California Substance Abuse and Treatment Facility and State Prison at Corcoran**

I, Jason Barba, hereby declare as follows:

1. That I am the duly authorized custodian of record and/or other qualified witness for the above named entity.
2. As such, I have the authority to certify these records as true and correct.
3. The original records, of which copies are enclosed, were prepared by the personnel of this business/agency in the ordinary course of doing business at or near the time of the act, condition or event of which they reflect.

RE: *July 15, 2015 DAI Memorandum / Local Operational Procedures regarding the use of Guard One at SATF*

I declare under penalty of perjury under the laws of the State of California and of the United States that the foregoing is true and correct.

Executed this 8th day of July 2020, in Corcoran, California.

_____
Jason Barba
Litigation Office
California Substance Abuse and Treatment Facility and State Prison at Corcoran

State of California                                      Department of Corrections and Rehabilitation

# Memorandum

Date    :    July 15, 2015

To      :    Associate Directors, Division of Adult Institutions
             Wardens

Subject :    **IMPLEMENTATION OF THE SECURITY/WELFARE CHECK PROCEDURE
             UTILIZING THE GUARD ONE SYSTEM (COMPLETION OF PHASE 3)**

The purpose of this memorandum is to provide notification effective
Monday, August 3, 2015, Pelican Bay State Prison's Facilities C and D will
implement the Security/Welfare Check Procedure as outlined in the May 9, 2014,
memorandum titled "Security/Welfare Check Procedure Utilizing the Guard One
System to Supersede Administrative Segregation Unit Welfare Check and
Security/Custody Rounds In Specialized Housing Procedures." This completes
Phase 3, and fully implements the Security/Welfare Check Procedure utilizing the
Guard One system.

If you have any questions, please contact Thomas Tyler, Captain, Division of Adult
Institutions, at (916) 323-2931 or Thomas.Tyler@cdcr.ca.gov.

KELLY HARRINGTON
Director
Division of Adult Institutions

Attachment

cc: Kathleen Allison
    Ralph M. Diaz
    Thomas Tyler

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date  :  May 9, 2014

To  :  Associate Directors, Division of Adult Institutions
Wardens

Subject :  **SECURITY/WELFARE CHECK PROCEDURE UTILIZING THE GUARD ONE
SYSTEM TO SUPERSEDE ADMINISTRATIVE SEGREGATION UNIT WELFARE
CHECK AND SECURITY/CUSTODY ROUNDS IN SPECIALIZED HOUSING
PROCEDURES**

The purpose of this memorandum is to modify current Security/Welfare Check procedures
for all inmates housed in Administrative Segregation Units (ASU), Psychiatric Services
Units (PSU), Security Housing Units (SHU), and Condemned Housing Units, which utilize or
will be utilizing the Guard One electronic monitoring system. In furtherance of the California
Department of Corrections and Rehabilitation's continued efforts to reduce inmate suicides, the
Department has determined both the ASU Welfare Check and Security/Custody Rounds will
be combined into one Security/Welfare Check Procedure.

The Security/Welfare Check procedures presented herein will supersede ASU Welfare
Check and Security/Custody Rounds in Specialized Housing Procedures as directed in
memorandums dated: May 28, 2013, titled, "Revised Administrative Segregation Unit Welfare
Check Procedure and Implementation of Security Inspections in Specialized Housing" and
July 3, 2013, titled, "Implementation of the Administrative Segregation Unit Welfare Check
Procedures Utilizing the Guard One System."

A "Security/Welfare Check" shall be defined as a personal observation by a correctional
officer of the welfare of the inmate and the security of the cell in which an inmate is housed in
an ASU, PSU, SHU, and Condemned Housing Unit. The Security/Welfare Check shall include
a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring
there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs
of any misconduct or self-injurious behavior. The Security/Welfare Check shall be conducted
on all inmates housed in ASU, PSU, SHU, and Condemned Housing Units.

The following are custody staff responsibilities for conducting Security/Welfare Checks
utilizing the Guard One System:

1. Correctional officers shall use the Guard One PIPE to record all Security/Welfare
   Checks conducted on all inmates housed in ASU, PSU, SHU, and Condemned
   Housing. This will be accomplished by touching the PIPE to each cell front button.
   This will capture the time and location that the Security/Welfare Check was conducted.
   **Note: Staff shall no longer capture the inmates' in-cell activity via the wallet and
   activity buttons under this modified procedure.**

Associate Directors, Division of Adult Institutions
Wardens
Page 2

2. Correctional officers shall conduct Security/Welfare Checks on all inmates in the aforementioned housing units at staggered intervals twice an hour, not to exceed 35 minutes between checks. Staggered means checks are to be conducted at unannounced and irregular intervals so that they are unpredictable to the inmate population. Disruptions of Security/Welfare Checks shall be documented in the ASU, PSU, SHU, and Condemned Housing Unit Isolation log book.

3. During First Watch hours, correctional officers shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not omit an audible beep during use only flashing a red Light Omitting Diode (LED). The First Watch PIPE shall be marked identifying it as equipment for First Watch use only.

4. During times when inmates housed in ASU, PSU, SHU, and Condemned Housing Units are out of their assigned cell for (yard, classification committee, appointments, visiting, etc.), correctional officers are required to conduct a Security/Welfare Check looking for damage and potential security concerns to that inmate(s) cell. Under this procedure correctional officers are not expected to conduct Security/Welfare Checks on ASU, PSU, SHU, and Condemned cells that have no inmates assigned to them.

5. At the completion of each shift the correctional officer(s) tasked with completing the Security/Welfare Check shall insert the PIPE into the Internet Protocol (IP) Downloader. Once the IP download has been completed, the unit supervisor shall review all the Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review shall ensure all Security/Welfare Checks have been completed at least two times an hour at staggered intervals not to exceed 35 minutes between checks.

6. As part of the review, the unit supervisor will print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the housing unit supervisor shall provide appropriate corrective action with staff prior to the end of the shift.

7. Institutions shall retain the original, signed, Guard One Rounds Tracker Report for a minimum of three years at the institution, and an additional four years in departmental records retention.

8. In the event the Guard One electronic monitoring system is inoperable, staff shall use the Security/Welfare Check Manual Tracking Sheet (Attachment A) to document the required checks. Once the Guard One System is fully operational staff shall resume the methods as described above for the Guard One System. The records retention schedule for the Security/Welfare Check Form will be the same as for the Guard One Rounds Tracker Reports.

Associate Directors, Division of Adult Institutions
Wardens
Page 3

9. Based on their unique design and programs, California State Prison, San Quentin's North Segregation and Central California Women's Facility Condemned Housing Units shall only conduct Security/Welfare Checks during First Watch.

All custody staff tasked with conducting and reviewing Security/Welfare Checks shall receive documented on-the-job training regarding the implementation of the Security/Welfare Check procedure utilizing the Guard One System. An In-Service Training Code will be provided in a subsequent email. An updated sample Operating Procedure (OP) is attached for your convenience to assist with incorporating the revised Security/Welfare Check Procedure utilizing the Guard One System into your local OP. This revision(s) may be a supplement to be included in the next scheduled revision of the impacted document. Please provide verification of completion of training and the update to your institution OP via memorandum to your respective Mission Associate Director and a copy to Thomas Tyler, Captain, Audits and Litigation Unit, Division of Adult Institutions within 30 calendar days from the date of issuance of this memorandum.

If you have any questions regarding this procedure, please contact Captain Thomas Tyler at (916) 324-7956.

M. D. STAINER
Director
Division of Adult Institutions

Attachments

cc: Kathleen Allison
    Kelly Harrington
    Tim Virga
    Thomas Tyler

State of California                                                      Department of Corrections and Rehabilitation

# Memorandum

Date    :    September 24, 2019

To      :    All Staff

Subject :    **OPERATIONAL PROCEDURE 102—SHORT TERM RESTRICTED HOUSING (STRH) / ADMINISTRATIVE SEGREGATION UNIT (ASU) SECURITY / WELFARE CHECK PROCEDURE**

The purpose of this memorandum is to announce there are no amendments to Operational Procedure 102, Short Term Restricted Housing (STRH) / Administrative Segregation Unit (ASU) Security / Welfare Check Procedure, during this annual review period.

Ensure this information is disseminated to all institutional staff. Should you have any questions, please contact the Associate Warden of Complex I at extension 7212.

S. SHERMAN
Warden
California Substance Abuse Treatment Facility and State Prison at Corcoran

New:
Reviewed: _September 2019_
Revised: _September_

**CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON**
Corcoran, California

Operational Procedure (OP)

## I.    PLAN NUMBER AND TITLE:

A.    Short Term Restricted Housing (STRH) / Administrative Segregation Unit (ASU) Security/Welfare Check Procedure

B.    OP – 102

## II.    PURPOSE AND OBJECTIVE:

A.    Short Term Restricted Housing (STRH) establish specific security and operational guidelines for the Administrative Segregation Unit Security/Welfare Check Procedure, to ensure operational compliance with the California Code of Regulations, Title 15, the Department Operations Manual (DOM), and the Revised 2009 Mental Health Services Delivery System Program Guide.

B.    Objective of this procedure is to set the guidelines for the STRH/ASU Security/Welfare Checks of all inmates placed in STRH/ASU.

C.    Reduce the opportunities an inmate has to commit acts of self-harm. Welfare Checks are the personal observations by correctional officers of inmates recently placed into STRH/ASU. A Security/Welfare Check is defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an STRH/ASU, to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and or signs of any misconduct or self-injurious behavior.

D.    The Overall focus of this procedure is to outline the requirement of the STRH/ASU Welfare Check System utilizing the Guard One Rounds Tracker "PIPE" System.

## III.    REFERENCES:

A.    DOM Section 52080.24 – Administrative Segregation

B.    October 2, 2006, memorandum, "Plan to Reduce Suicide Risk in Administrative Segregation Units," signed by, John Dovey, Director, of Adult Institutions and Peter Farber-Szekrenyi, Dr. P.H., Director, Correctional Health Care Services.

Short Term Restricted Housing (STRH) / Administrative Segregation Unit (ASU) Welfare Checks
– Guard One Rounds Tracker, OP-102
Page 2 of 5

C.      October 16, 2006, memorandum, "Expectations Regarding Administrative Segregation and Suicide Prevention," signed by, John Dovey, Director, Division of Adult Institutions.

D.      October 31, 2006, memorandum, "30 Minute Welfare Checks of Inmates placed in ASU", signed by John Dovey, Director, Division of Adult Institutions.

E.      August 6, 2007, memorandum, "ASU 30 Minute Welfare Check Logging and Compliance Monitoring," signed by Lea Ann Chrones, Director (A), Division of Adult Institutions.

F.      May 28, 2013, memorandum, "Revised ASU Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing," signed by Kathleen L. Dickenson, Director, Division of Adult Institutions and Timothy Belavich, Ph. D., Director, Division of Health Care Services.

G.      May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", signed by Michael Stainer, Director, Division of Adult Institutions.

## IV.    APPROVAL AND REVIEW:

A.      This procedure requires the approval of the Warden.

B.      This procedure shall be reviewed annually, in September, by the Associate Warden Complex I (AW I).

## V.    RESPONSIBILITY:

A.      The Warden has the ultimate responsibility for the implementation and operation of this procedure.

B.      The AW I shall exercise administrative responsibility.

C.      The Complex I Captain shall maintain functional responsibility of the STRH/ASU.

D.      The STRH/ASU Sergeants and Lieutenants are responsible for the daily monitoring of compliance to the Welfare Checks and the Guard One Rounds Tracker on each watch. The Custody Captain is responsible to monitor compliance in STRH/ASU units for First Watch.

E.      The following Correctional Officer posts will have the responsibility for the Welfare Checks:

Case 2:90-cv-00520-KJM-SCR    Document 6776-1    Filed 07/16/20    Page 88 of 245

Short Term Restricted Housing (STRH) / Administrative Segregation Unit (ASU) Welfare Checks – Guard One Rounds Tracker, OP-102
Page 3 of 5

- First Watch – Floor #1
- Second Watch – Floor #1
- Third Watch – Floor #1

F.    The AW I is responsible for monitoring this procedure for the compliance with Coleman Court Mandates.

## VI.    METHODS:

### Use of the Guard One Rounds Tracker:

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks.    The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks.  The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted.  The officer will touch the "PIPE" to each button which is affixed to each cell in their unit.    This will electronically validate the officer was at a specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log book.

A.    First Watch PIPE:

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE".  The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Omitting Diode (LED).  Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks.  The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

Inmate Removal from Cell:

During times when an inmate is out of his assigned cell (yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

Vacant Cells:

Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

Case 2:90-cv-00520-KJM-SCR    Document 6776-1    Filed 07/16/20    Page 89 of 245

Short Term Restricted Housing (STRH) / Administrative Segregation Unit (ASU) Welfare Checks
– Guard One Rounds Tracker, OP-102
Page 4 of 5

B.    Internet Protocol Download and ASU Supervisory Review:

At the completion of each shift, the officer conducting the STRH/ASU Welfare Checks will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the STRH/ASU Unit Office for supervisory review. Once a successful download is established the "PIPE" will emit a sound and a small LED light will be lit on the "PIPE" confirming the information has been downloaded. Upon completion of the IP download, the STRH/ASU custody supervisor shall review all STRH/ASU Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all STRH/ASU Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the STRH/ASU custody supervisor will print the Guard One Rounds Tracker report and provide their signature and date of review. Should there be any discrepancies discovered during this review, the STRH/ASU custody supervisor shall address the discrepancy, and if necessary, provide appropriate training with the responsible staff prior to the end of shift. The reports shall be retained in accordance to CDCR's records retention policies by forwarding them to the AW I, who will review and forward them to the Mental Health Department for inclusion in the COLEMAN audit paperwork. Additionally, the STRH/ASU custody supervisor shall document the reason for any discrepancy in the unit logbook.

C.    Equipment Malfunction:

In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the STRH/ASU custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact TimeKeeping Systems Incorporated staff. If staff cannot repair the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the STRH/ASU Welfare Check Tracking Sheet (Attachment A), detailed in the May 28, 2013, memorandum, "Revised Administrative Segregation Unit Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing."

There is a separate tracking sheet for each inmate, each shift and each day. The tracking sheet includes the time of the check, staff initials and staff's observation of the inmate during the welfare check. Upon completion of each shift's observation period, the completed sheets shall be reviewed and signed by the STRH/ASU Supervisor. Each Monday the STRH/ASU Welfare Tracking Sheets shall be forwarded to the Mental Health Department for review and filing.

Short Term Restricted Housing (STRH) / Administrative Segregation Unit (ASU) Welfare Checks
– Guard One Rounds Tracker, OP-102
Page 5 of 5

Inmates housed in the CTC requiring Welfare Checks will not use the Guard One system, but will utilize the STRH/ASU Welfare Tracking Sheets.

There are five "PIPES" for use in the STRH/ASU.  Two will be assigned to STRH/ASU and the extra will be located in the Complex I Control Booth and inventoried on a daily basis on each shift.    The STRH/ASU Custody Supervisor will notify the STRH/ASU Captain when a "Pipe" is in need of repair and has been exchanged with one in Complex I pending repairs.   The STRH/ASU Captain will ensure the Complex I Office Technician sends the "Pipe" out for repair.

D.    Extraordinary Circumstances

Under extraordinary circumstances, if there is an incident or event in STRH/ASU necessitating staff to miss a mandated welfare check outside the timeframes of the policy, a notation shall be made by supervisory staff into the STRH/ASU Unit Logbook noting specifically what the extraordinary circumstance was causing staff to deviate from policy.

E.    Training:

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

_____          9-24-19
S. SHERMAN                                                    DATE
Warden

ATTACHMENT A

## SECURITY/WELFARE CHECK MANUAL TRACKING SHEET

INSTITUTION:_____    FACILITY:_____

HOUSING UNIT:_____    DATE:_____    WATCH:    1ST    2ND    3RD

LOWER BED:_____    UPPER BED:_____

**INSTRUCTIONS: COMPLETE 2 SECURITY/WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT TO EXCEED 35 MINUTES**

(A "Security/Welfare Check" is defined as a personal observation by correctional officers of the welfare of the inmate and the security of the cell of inmates housed in an ASU, PSU, SHU or Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.)

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURE | COMMENTS |
|------|---------------------------|--------------------------|----------|
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |

| Supervisor Name (print) | (signature) | (date) |
|-------------------------|-------------|--------|

Case 2:90-cv-00520-KJM-SCR    Document 6776-1    Filed 07/16/20    Page 92 of 245

# Memorandum

Date  :  September 27, 2018

To  :  All Staff

Subject :  **OPERATIONAL PROCEDURE 102, SHORT TERM RESTRICTED HOUSING (STRH) /
ADMINISTRATIVE SEGREGATION UNIT (ASU) SECURITY/WELFARE CHECK
PROCEDURE**

There were no changes to Operational Procedure 102, Short Term Restricted Housing
(STRH)/Administrative Segregation Unit (ASU) Security/Welfare Check Procedure,
during this annual revision.

Ensure this information is disseminated to all institutional staff. Any questions regarding
this matter can be directed to Associate Warden Complex I, at extension 7212.


S. SHERMAN
Warden
California Substance Abuse Treatment Facility and State Prison at Corcoran

New: _____
Reviewed: _____
Revised:   September 2018

# CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON
### Corcoran, California

Operational Procedure (OP)

## I.   PLAN NUMBER AND TITLE:

A.   Short Term Restricted Housing (STRH) / Administrative Segregation Unit (ASU) Security/Welfare Check Procedure

B.   OP – 102

## II.   PURPOSE AND OBJECTIVE:

A.   Short Term Restricted Housing (STRH) establish specific security and operational guidelines for the Administrative Segregation Unit Security/Welfare Check Procedure, to ensure operational compliance with the California Code of Regulations, Title 15, the Department Operations Manual (DOM), and the Revised 2009 Mental Health Services Delivery System Program Guide.

B.   Objective of this procedure is to set the guidelines for the STRH/ASU Security/Welfare Checks of all inmates placed in STRH/ASU.

C.   Reduce the opportunities an inmate has to commit acts of self-harm. Welfare Checks are the personal observations by correctional officers of inmates recently placed into STRH/ASU. A Security/Welfare Check is defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an STRH/ASU, to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and or signs of any misconduct or self-injurious behavior.

D.   The Overall focus of this procedure is to outline the requirement of the STRH/ASU Welfare Check System utilizing the Guard One Rounds Tracker "PIPE" System.

## III.   REFERENCES:

A.   DOM Section 52080.24 – Administrative Segregation

B.   October 2, 2006, memorandum, "Plan to Reduce Suicide Risk in Administrative Segregation Units," signed by, John Dovey, Director,

of Adult Institutions and Peter Farber-Szekrenyi, Dr. P.H., Director, Correctional Health Care Services.

C.  October 16, 2006, memorandum, "Expectations Regarding Administrative Segregation and Suicide Prevention," signed by, John Dovey, Director, Division of Adult Institutions.

D.  October 31, 2006, memorandum, "30 Minute Welfare Checks of Inmates placed in ASU", signed by John Dovey, Director, Division of Adult Institutions.

E.  August 6, 2007, memorandum, "ASU 30 Minute Welfare Check Logging and Compliance Monitoring," signed by Lea Ann Chrones, Director (A), Division of Adult Institutions.

F.  May 28, 2013, memorandum, "Revised ASU Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing," signed by Kathleen L. Dickenson, Director, Division of Adult Institutions and Timothy Belavich, Ph. D., Director, Division of Health Care Services.

G.  May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", signed by Michael Stainer, Director, Division of Adult Institutions.

## IV.   APPROVAL AND REVIEW:

A.  This procedure requires the approval of the Warden.

B.  This procedure shall be reviewed annually, in September, by the Associate Warden Complex I (AW I).

## V.   RESPONSIBILITY:

A.  The Warden has the ultimate responsibility for the implementation and operation of this procedure.

B.  The AW I shall exercise administrative responsibility.

C.  The Complex I Captain shall maintain functional responsibility of the STRH/ASU.

      D.     The STRH/ASU Sergeants and Lieutenants are responsible for the daily monitoring of compliance to the Welfare Checks and the Guard One Rounds Tracker on each watch. The Custody Captain is responsible to monitor compliance in STRH/ASU units for First Watch.

      E.     The following Correctional Officer posts will have the responsibility for the Welfare Checks:

- First Watch – Floor #1
- Second Watch – Floor #1
- Third Watch – Floor #1

      F.     The AW I is responsible for monitoring this procedure for the compliance with Coleman Court Mandates.

## VI.   METHODS:

### Use of the Guard One Rounds Tracker:

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the "PIPE" to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log book.

A.     First Watch PIPE:

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Omitting Diode (LED). Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

Inmate Removal from Cell:

During times when an inmate is out of his assigned cell (yard, classification committee, appointments, visiting, etc.), the assigned

correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

Vacant Cells:

Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

B.     Internet Protocol Download and ASU Supervisory Review:

At the completion of each shift, the officer conducting the STRH/ASU Welfare Checks will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the STRH/ASU Unit Office for supervisory review. Once a successful download is established the "PIPE" will emit a sound and a small LED light will be lit on the "PIPE" confirming the information has been downloaded. Upon completion of the IP download, the STRH/ASU custody supervisor shall review all STRH/ASU Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all STRH/ASU Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the STRH/ASU custody supervisor will print the Guard One Rounds Tracker report and provide their signature and date of review. Should there be any discrepancies discovered during this review, the STRH/ASU custody supervisor shall address the discrepancy, and if necessary, provide appropriate training with the responsible staff prior to the end of shift. The reports shall be retained in accordance to CDCR's records retention policies by forwarding them to the AW I, who will review and forward them to the Mental Health Department for inclusion in the COLEMAN audit paperwork. Additionally, the STRH/ASU custody supervisor shall document the reason for any discrepancy in the unit logbook.

C.     Equipment Malfunction:

In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the STRH/ASU custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact TimeKeeping Systems Incorporated staff. If staff cannot repair the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the STRH/ASU Welfare Check Tracking Sheet (Attachment A), detailed in the May 28, 2013, memorandum, "Revised Administrative

Segregation Unit Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing."

There is a separate tracking sheet for each inmate, each shift and each day. The tracking sheet includes the time of the check, staff initials and staff's observation of the inmate during the welfare check. Upon completion of each shift's observation period, the completed sheets shall be reviewed and signed by the STRH/ASU Supervisor. Each Monday the STRH/ASU Welfare Tracking Sheets shall be forwarded to the Mental Health Department for review and filing.

Inmates housed in the CTC requiring Welfare Checks will not use the Guard One system, but will utilize the STRH/ASU Welfare Tracking Sheets.

There are five "PIPES" for use in the STRH/ASU. Two will be assigned to STRH/ASU and the extra will be located in the Complex I Control Booth and inventoried on a daily basis on each shift. The STRH/ASU Custody Supervisor will notify the STRH/ASU Captain when a "Pipe" is in need of repair and has been exchanged with one in Complex I pending repairs. The STRH/ASU Captain will ensure the Complex I Office Technician sends the "Pipe" out for repair.

D.    Extraordinary Circumstances

Under extraordinary circumstances, if there is an incident or event in STRH/ASU necessitating staff to miss a mandated welfare check outside the timeframes of the policy, a notation shall be made by supervisory staff into the STRH/ASU Unit Logbook noting specifically what the extraordinary circumstance was causing staff to deviate from policy.

E.    Training:

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

_____                    9/28/18
S. SHERMAN                                 DATE
Warden

ATTACHMENT A

## SECURITY/WELFARE CHECK MANUAL TRACKING SHEET

INSTITUTION:_____    FACILITY:_____

HOUSING UNIT:_____    DATE:_____    WATCH:    1ST    2ND    3RD

LOWER BED:_____    UPPER BED:_____

INSTRUCTIONS: COMPLETE 2 SECURITY/WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT TO EXCEED 35 MINUTES

(A "Security/Welfare Check" is defined as a personal observation by correctional officers of the welfare of the inmate and the security of the cell of inmates housed in an ASU, PSU, SHU or Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.)

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURE | COMMENTS |
|------|---------------------------|--------------------------|----------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Supervisor Name (print) | (signature) | (date) |
|-------------------------|-------------|--------|

# Memorandum

Date : September 27, 2017

To : All Staff

Subject : **SHORT TERM RESTRICTED HOUSING (STRH) / ADMINISTRATIVE SEGREGATION UNIT (ASU) SECURITY/WELFARE CHECK PROCEDURE**

The purpose of this memorandum is to announce the following deletion to Operational Procedure 102. Any additions are noted in RED FONT within the procedure.

### Deletions

**I. PURPOSE AND OBJECTIVE:**

   A. Short Term Restricted Housing (STRH) establish specific security and operational guidelines for the Administrative Segregation Unit ~~Units~~ Security/Welfare Check Procedure was changed to: Establish specific security and operational guidelines for the Short Term Restricted Housing Unit Security/Welfare Check Procedure

**V. RESPOSIIBILITY:**

   C. The ~~Facility E and~~ Complex I Captain shall maintain functional responsibility of the STRH/ASU.

**VI. METHODS:**

   B. Internet Protocol Download and ASU Supervisory Review:

     At the completion of each shift, the officer conducting the STRH/ASU Welfare Checks will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the STRH/ASU Unit~~/Program~~ Office for supervisory review. Once a successful download is established the "PIPE" will emit a sound and a small LED light will be lit on the "PIPE" confirming the information has been downloaded. Upon completion of the IP download, the STRH/ASU custody supervisor shall review all STRH/ASU Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all STRH/ASU Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

STU SHERMAN
Warden
California Substance Abuse Treatment Facility and State Prison at Corcoran

New:
Reviewed:
Revised:        September 2017

# CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON
Corcoran, California

Operational Procedure (OP)

## I.     PLAN NUMBER AND TITLE:

A.     Short Term Restricted Housing (STRH) / Administrative Segregation Unit (ASU) Security/Welfare Check Procedure

B.     OP – 102

## II.     PURPOSE AND OBJECTIVE:

A.     Short Term Restricted Housing (STRH) establish specific security and operational guidelines for the Administrative Segregation Unit Security/Welfare Check Procedure, to ensure operational compliance with the California Code of Regulations, Title 15, the Department Operations Manual (DOM), and the Revised 2009 Mental Health Services Delivery System Program Guide.

B.     Objective of this procedure is to set the guidelines for the STRH/ASU Security/Welfare Checks of all inmates placed in STRH/ASU.

C.     Reduce the opportunities an inmate has to commit acts of self-harm. Welfare Checks are the personal observations by correctional officers of inmates recently placed into STRH/ASU. A Security/Welfare Check is defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an STRH/ASU, to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and or signs of any misconduct or self-injurious behavior.

D.     The Overall focus of this procedure is to outline the requirement of the STRH/ASU Welfare Check System utilizing the Guard One Rounds Tracker "PIPE" System.

## III.     REFERENCES:

A.     DOM Section 52080.24 – Administrative Segregation

B.     October 2, 2006, memorandum, "Plan to Reduce Suicide Risk in Administrative Segregation Units," signed by, John Dovey, Director,

Case 2:90-cv-00520-KJM-SCR  Document 6756-1  Filed 07/18/20  Page 101 of 245

Short Term Restricted Housing (STRH) / Administrative Segregation Unit (ASU) Welfare Checks
– Guard One Rounds Tracker, OP-102
Page 2 of 5

of Adult Institutions and Peter Farber-Szekrenyi, Dr. P.H., Director, Correctional Health Care Services.

C.  October 16, 2006, memorandum, "Expectations Regarding Administrative Segregation and Suicide Prevention," signed by, John Dovey, Director, Division of Adult Institutions.

D.  October 31, 2006, memorandum, "30 Minute Welfare Checks of Inmates placed in ASU", signed by John Dovey, Director, Division of Adult Institutions.

E.  August 6, 2007, memorandum, "ASU 30 Minute Welfare Check Logging and Compliance Monitoring," signed by Lea Ann Chrones, Director (A), Division of Adult Institutions.

F.  May 28, 2013, memorandum, "Revised ASU Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing," signed by Kathleen L. Dickenson, Director, Division of Adult Institutions and Timothy Belavich, Ph. D., Director, Division of Health Care Services.

G.  May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", signed by Michael Stainer, Director, Division of Adult Institutions.

## IV.  APPROVAL AND REVIEW:

A.  This procedure requires the approval of the Warden.

B.  This procedure shall be reviewed annually, in September, by the Associate Warden Complex I (AW I).

## V.  RESPONSIBILITY:

A.  The Warden has the ultimate responsibility for the implementation and operation of this procedure.

B.  The AW I shall exercise administrative responsibility.

C.  The Complex I Captain shall maintain functional responsibility of the STRH/ASU.

D. The STRH/ASU Sergeants and Lieutenants are responsible for the daily monitoring of compliance to the Welfare Checks and the Guard One Rounds Tracker on each watch. The Custody Captain is responsible to monitor compliance in STRH/ASU units for First Watch.

E. The following Correctional Officer posts will have the responsibility for the Welfare Checks:

- First Watch – Floor #1
- Second Watch – Floor #1
- Third Watch – Floor #1

F. The AW I is responsible for monitoring this procedure for the compliance with Coleman Court Mandates.

## VI.   METHODS:

### Use of the Guard One Rounds Tracker:

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the "PIPE" to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log book.

A. First Watch PIPE:

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Omitting Diode (LED). Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

Inmate Removal from Cell:

During times when an inmate is out of his assigned cell (yard, classification committee, appointments, visiting, etc.), the assigned

Case 2:90-cv-00520-KJM-SCR   Document 6776-1   Filed 07/16/20   Page 103 of 245

Short Term Restricted Housing (STRH) / Administrative Segregation Unit (ASU) Welfare Checks
– Guard One Rounds Tracker, OP-102
Page 4 of 5

correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

Vacant Cells:

Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

B.  Internet Protocol Download and ASU Supervisory Review:

At the completion of each shift, the officer conducting the STRH/ASU Welfare Checks will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the STRH/ASU Unit Office for supervisory review. Once a successful download is established the "PIPE" will emit a sound and a small LED light will be lit on the "PIPE" confirming the information has been downloaded. Upon completion of the IP download, the STRH/ASU custody supervisor shall review all STRH/ASU Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all STRH/ASU Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the STRH/ASU custody supervisor will print the Guard One Rounds Tracker report and provide their signature and date of review. Should there be any discrepancies discovered during this review, the STRH/ASU custody supervisor shall address the discrepancy, and if necessary, provide appropriate training with the responsible staff prior to the end of shift. The reports shall be retained in accordance to CDCR's records retention policies by forwarding them to the AW I, who will review and forward them to the Mental Health Department for inclusion in the COLEMAN audit paperwork. Additionally, the STRH/ASU custody supervisor shall document the reason for any discrepancy in the unit logbook.

C.  Equipment Malfunction:

In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the STRH/ASU custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact TimeKeeping Systems Incorporated staff. If staff cannot repair the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the STRH/ASU Welfare Check Tracking Sheet (Attachment A), detailed in the May 28, 2013, memorandum, "Revised Administrative

Case 2:90-cv-00520-KJM-SCR    Document 6776-1    Filed 07/16/20    Page 104 of 245

Short Term Restricted Housing (STRH) / Administrative Segregation Unit (ASU) Welfare Checks
– Guard One Rounds Tracker, OP-102
Page 5 of 5

Segregation Unit Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing."

There is a separate tracking sheet for each inmate, each shift and each day. The tracking sheet includes the time of the check, staff initials and staff's observation of the inmate during the welfare check. Upon completion of each shift's observation period, the completed sheets shall be reviewed and signed by the STRH/ASU Supervisor. Each Monday the STRH/ASU Welfare Tracking Sheets shall be forwarded to the Mental Health Department for review and filing.

Inmates housed in the CTC requiring Welfare Checks will not use the Guard One system, but will utilize the STRH/ASU Welfare Tracking Sheets.

There are five "PIPES" for use in the STRH/ASU. Two will be assigned to STRH/ASU and the extra will be located in the Complex I Control Booth and inventoried on a daily basis on each shift. The STRH/ASU Custody Supervisor will notify the STRH/ASU Captain when a "Pipe" is in need of repair and has been exchanged with one in Complex I pending repairs. The STRH/ASU Captain will ensure the Complex I Office Technician sends the "Pipe" out for repair.

D.  Extraordinary Circumstances

Under extraordinary circumstances, if there is an incident or event in STRH/ASU necessitating staff to miss a mandated welfare check outside the timeframes of the policy, a notation shall be made by supervisory staff into the STRH/ASU Unit Logbook noting specifically what the extraordinary circumstance was causing staff to deviate from policy.

E.  Training:

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

_____
STU SHERMAN
Warden

_____10/12/17_____
DATE

**ATTACHMENT A**

## SECURITY/WELFARE CHECK MANUAL TRACKING SHEET

INSTITUTION:_____   FACILITY:_____

HOUSING UNIT:_____   DATE:_____   WATCH:   1ST   2ND   3RD

LOWER BED:_____   UPPER BED:_____

INSTRUCTIONS: COMPLETE 2 SECURITY/WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT TO EXCEED 35 MINUTES

(A "Security/Welfare Check" is defined as a personal observation by correctional officers of the welfare of the inmate and the security of the cell of inmates housed in an ASU, PSU, SHU or Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.)

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURE | COMMENTS |
|------|---------------------------|--------------------------|----------|
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |

| Supervisor Name (print) | (signature) | (date) |
|-------------------------|-------------|--------|

# Memorandum

Date : August 26, 2016

To : ALL STAFF

Subject : **OPERATIONAL PROCEDURE 102, ADMINISTRATIVE SEGREGATION UNITS (ASU) SECURITY/WELFARE CHECK PROCEDURE**

## Additions/Deletions

There were no additions or deletions to this Operational Procedure 102, Administrative Segregation Units (ASU Security/Welfare Check Procedure).

Should you have any questions, contact Complex I AW at extension 7212.

STU SHERMAN
Warden
California Substance Abuse Treatment Facility and State Prison at Corcoran

New: _____
Reviewed: _____
Revised: _____September 2016_____

**CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON**
Corcoran, California

Operational Procedure (OP)

I.   **PLAN NUMBER AND TITLE:**

A.   Administrative Segregation Units (ASU) Security/Welfare Check Procedure

B.   OP – 102

II.  **PURPOSE AND OBJECTIVE:**

A.   Establish specific security and operational guidelines for the Administrative Segregation Units (ASU) Security/Welfare Check Procedure, to ensure operational compliance with the California Code of Regulations, Title 15, the Department Operations Manual (DOM), and the Revised 2009 Mental Health Services Delivery System Program Guide.

B.   Objective of this procedure is to set the guidelines for the ASU Security/Welfare Checks of all inmates placed in ASU.

C.   Reduce the opportunities an inmate has to commit acts of self-harm. Welfare Checks are the personal observations by correctional officers of inmates recently placed into ASU. A Security/Welfare Check is defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in a ASU, to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and or signs of any misconduct or self-injurious behavior.

D.   The Overall focus of this procedure is to outline the requirement of the ASU Welfare Check System utilizing the Guard One Rounds Tracker "PIPE" System.

III. **REFERENCES:**

A.   DOM Section 52080.24 – Administrative Segregation

B.   October 2, 2006, memorandum, "Plan to Reduce Suicide Risk in Administrative Segregation Units," signed by, John Dovey, Director,

of Adult Institutions and Peter Farber-Szekrenyi, Dr. P.H., Director, Correctional Health Care Services.

C.    October 16, 2006, memorandum, "Expectations Regarding Administrative Segregation and Suicide Prevention," signed by, John Dovey, Director, Division of Adult Institutions.

D.    October 31, 2006, memorandum, "30 Minute Welfare Checks of Inmates placed in ASU", signed by John Dovey, Director, Division of Adult Institutions.

E.    August 6, 2007, memorandum, "ASU 30 Minute Welfare Check Logging and Compliance Monitoring," signed by Lea Ann Chrones, Director (A), Division of Adult Institutions.

F.    May 28, 2013, memorandum, "Revised ASU Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing," signed by Kathleen L. Dickenson, Director, Division of Adult Institutions and Timothy Belavich, Ph. D., Director, Division of Health Care Services.

G.    May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", signed by Michael Stainer, Director, Division of Adult Institutions.

## IV.    APPROVAL AND REVIEW:

A.    This procedure requires the approval of the Warden.

B.    This procedure shall be reviewed annually, in September, by the Associate Warden Complex I (AW I).

## V.    RESPONSIBILITY:

A.    The Warden has the ultimate responsibility for the implementation and operation of this procedure.

B.    The AW I shall exercise administrative responsibility.

C.    The Facility E and Complex I Captain shall maintain functional responsibility of the ASU's.

D.    The ASU Sergeants and Lieutenants are responsible for the daily monitoring of compliance to the Welfare Checks and the Guard One Rounds Tracker on each watch.  The Custody Captain is responsible to monitor compliance in all ASU units for First Watch.

E.    The following Correctional Officer posts will have the responsibility for the Welfare Checks:

- First Watch – Floor #1
- Second Watch – Floor #1
- Third Watch – Floor #1

F.    The AW I is responsible for monitoring this procedure for the compliance with Coleman Court Mandates.

## VI.    METHODS:

### Use of the Guard One Rounds Tracker:

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks.  The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted.  The officer will touch the "PIPE" to each button which is affixed to each cell in their unit.  This will electronically validate the officer was at a specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log book.

A.    First Watch PIPE:

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE".  The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Omitting Diode (LED).  Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks.  The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

Inmate Removal from Cell:

During times when an inmate is out of his assigned cell (yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

Vacant Cells:

Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

B.      Internet Protocol Download and ASU Supervisory Review:

At the completion of each shift, the officer conducting the ASU Welfare Checks will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the ASU Unit/Program Office for supervisory review.  Once a successful download is established the "PIPE" will emit a sound and a small LED light will be lit on the "PIPE" confirming the information has been downloaded.  Upon completion of the IP download, the ASU custody supervisor shall review all ASU Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all ASU Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the ASU custody supervisor will print the Guard One Rounds Tracker report and provide their signature and date of review.  Should there be any discrepancies discovered during this review, the ASU custody supervisor shall address the discrepancy, and if necessary, provide appropriate training with the responsible staff prior to the end of shift.  The reports shall be retained in accordance to CDCR's records retention policies by forwarding them to the AW I, who will review and forward them to the Mental Health Department for inclusion in the COLEMAN audit paperwork. Additionally, the ASU custody supervisor shall document the reason for any discrepancy in the unit logbook.

C.      Equipment Malfunction:

In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the ASU custody supervisor for follow up.  For any technical assistance regarding the Guard One Rounds Tracker System staff will contact

TimeKeeping Systems Incorporated staff.  If staff cannot repair the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the ASU Welfare Check Tracking Sheet (Attachment A), detailed in the May 28, 2013, memorandum, "Revised Administrative Segregation Unit Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing."

There is a separate tracking sheet for each inmate, each shift and each day.  The tracking sheet includes the time of the check, staff initials and staff's observation of the inmate during the welfare check.  Upon completion of each shift's observation period, the completed sheets shall be reviewed and signed by the ASU 1 and 2 Supervisor.  Each Monday the ASU Welfare Tracking Sheets shall be forwarded to the Mental Health Department for review and filing.

Inmates housed in the CTC requiring Welfare Checks will not use the Guard One system, but will utilize the ASU Welfare Tracking Sheets.

There are five "PIPES" for use in the ASU units.  Two will be assigned to each unit and the extra will be located in the Complex I Control Booth and inventoried on a daily basis on each shift.

D.     Extraordinary Circumstances

Under extraordinary circumstances, if there is an incident or event in ASU necessitating staff to miss a mandated welfare check outside the timeframes of the policy, a notation shall be made by supervisory staff into the ASU Unit Logbook noting specifically what the extraordinary circumstance was causing staff to deviate from policy.

E.     Training:

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

_____          ___8-30-16_____
STU SHERMAN                                              DATE
Warden

State of California
Case 2:90-cv-00520-KJM-SCR    Document 6776-1    Filed 07/16/20    Page 112 of 245
Department of Corrections and Rehabilitation

# Memorandum

Date   :   September 1, 2015

To    :   ALL STAFF

Subject :   **OPERATIONAL PROCEDURE 102, ADMINISTRATIVE SEGREGATION UNITS (ASU) SECURITY/WELFARE CHECK PROCEDURE**

The purpose of this memorandum is to announce the following amendments to Operational Procedure 102.

### **Additions/Deletions**

IV.   **APPROVAL AND REVIEW:**

A.   This procedure requires the approval of the Warden.

B.   This procedure shall be reviewed annually, in August, by the Associate Warden Complex I (AW I).

~~LAST REVISION:      August 2013~~

VI.   **METHODS:**

C.   Equipment Malfunction:

In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the ASU custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact ~~Enterprise Information Services~~ TimeKeeping Systems Incorporated staff. If staff cannot repair the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the ASU Welfare Check Tracking Sheet (Attachment A), detailed in the May 28, 2013, memorandum, "Revised Administrative Segregation Unit Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing."

STU SHERMAN
Warden
California Substance Abuse Treatment Facility and State Prison at Corcoran

New:
Reviewed: _____
Revised:    September 2015

**CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON**
Corcoran, California

Operational Procedure (OP)

I.    **PLAN NUMBER AND TITLE:**

    A.    Administrative Segregation Units (ASU) Security/Welfare Check Procedure

    B.    OP – 102

II.    **PURPOSE AND OBJECTIVE:**

    A.    Establish specific security and operational guidelines for the Administrative Segregation Units Security/Welfare Check Procedure, to ensure operational compliance with the California Code of Regulations, Title 15, the Department Operations Manual (DOM), and the Revised 2009 Mental Health Services Delivery System Program Guide.

    B.    Objective of this procedure is to set the guidelines for the ASU Security/Welfare Checks of all inmates placed in ASU.

    C.    Reduce the opportunities an inmate has to commit acts of self-harm. Welfare Checks are the personal observations by correctional officers of inmates recently placed into ASU. A Security/Welfare Check is defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and or signs of any misconduct or self-injurious behavior.

    D.    The Overall focus of this procedure is to outline the requirement of the ASU Welfare Check System utilizing the Guard One Rounds Tracker "PIPE" System.

III.    **REFERENCES:**

    A.    DOM Section 52080.24 – Administrative Segregation

    B.    October 2, 2006, memorandum, "Plan to Reduce Suicide Risk in Administrative Segregation Units," signed by, John Dovey, Director,

of Adult Institutions and Peter Farber-Szekrenyi, Dr. P.H., Director, Correctional Health Care Services.

C.  October 16, 2006, memorandum, "Expectations Regarding Administrative Segregation and Suicide Prevention," signed by, John Dovey, Director, Division of Adult Institutions.

D.  October 31, 2006, memorandum, "30 Minute Welfare Checks of Inmates placed in ASU", signed by John Dovey, Director, Division of Adult Institutions.

E.  August 6, 2007, memorandum, "ASU 30 Minute Welfare Check Logging and Compliance Monitoring," signed by Lea Ann Chrones, Director (A), Division of Adult Institutions.

F.  May 28, 2013, memorandum, "Revised ASU Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing," signed by Kathleen L. Dickenson, Director, Division of Adult Institutions and Timothy Belavich, Ph. D., Director, Division of Health Care Services.

G.  May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", signed by Michael Stainer, Director, Division of Adult Institutions.

## IV.  APPROVAL AND REVIEW:

A.  This procedure requires the approval of the Warden.

B.  This procedure shall be reviewed annually, in August, by the Associate Warden Complex I (AW I).

## V.  RESPONSIBILITY:

A.  The Warden has the ultimate responsibility for the implementation and operation of this procedure.

B.  The AW I shall exercise administrative responsibility.

C.  The Facility E and Complex I Captain shall maintain functional responsibility of the ASU's.

D.   The ASU Sergeants and Lieutenants are responsible for the daily monitoring of compliance to the Welfare Checks and the Guard One Rounds Tracker on each watch.   The Custody Captain is responsible to monitor compliance in all ASU units for First Watch.

E.   The following Correctional Officer posts will have the responsibility for the Welfare Checks:

- First Watch – Floor #1
- Second Watch – Floor #1
- Third Watch – Floor #1

F.   The AW I is responsible for monitoring this procedure for the compliance with Coleman Court Mandates.

## VI.   METHODS:

### Use of the Guard One Rounds Tracker:

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks.   The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted.  The officer will touch the "PIPE" to each button which is affixed to each cell in their unit.   This will electronically validate the officer was at a specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log book.

A.   First Watch PIPE:

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE".  The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Omitting Diode (LED).  Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks.  The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

Inmate Removal from Cell:

During times when an inmate is out of his assigned cell (yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

Vacant Cells:

Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

B.    Internet Protocol Download and ASU Supervisory Review:

At the completion of each shift, the officer conducting the ASU Welfare Checks will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the ASU Unit/Program Office for supervisory review.  Once a successful download is established the "PIPE" will emit a sound and a small LED light will be lit on the "PIPE" confirming the information has been downloaded.  Upon completion of the IP download, the ASU custody supervisor shall review all ASU Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all ASU Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the ASU custody supervisor will print the Guard One Rounds Tracker report and provide their signature and date of review.  Should there be any discrepancies discovered during this review, the ASU custody supervisor shall address the discrepancy, and if necessary, provide appropriate training with the responsible staff prior to the end of shift.  The reports shall be retained in accordance to CDCR's records retention policies by forwarding them to the AW I, who will review and forward them to the Mental Health Department for inclusion in the COLEMAN audit paperwork. Additionally, the ASU custody supervisor shall document the reason for any discrepancy in the unit logbook.

C.    Equipment Malfunction:

In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the ASU custody supervisor for follow up.  For any technical assistance regarding the Guard One Rounds Tracker System staff will contact

TimeKeeping Systems Incorporated staff. If staff cannot repair the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the ASU Welfare Check Tracking Sheet (Attachment A), detailed in the May 28, 2013, memorandum, "Revised Administrative Segregation Unit Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing."

There is a separate tracking sheet for each inmate, each shift and each day. The tracking sheet includes the time of the check, staff initials and staff's observation of the inmate during the welfare check. Upon completion of each shift's observation period, the completed sheets shall be reviewed and signed by the ASU 1 and 2 Supervisor. Each Monday the ASU Welfare Tracking Sheets shall be forwarded to the Mental Health Department for review and filing.

Inmates housed in the CTC requiring Welfare Checks will not use the Guard One system, but will utilize the ASU Welfare Tracking Sheets.

There are five "PIPES" for use in the ASU units. Two will be assigned to each unit and the extra will be located in the Complex I Control Booth and inventoried on a daily basis on each shift.

D.    Extraordinary Circumstances

Under extraordinary circumstances, if there is an incident or event in ASU necessitating staff to miss a mandated welfare check outside the timeframes of the policy, a notation shall be made by supervisory staff into the ASU Unit Logbook noting specifically what the extraordinary circumstance was causing staff to deviate from policy.

E.    Training:

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

_____
STU SHERMAN
Warden

DATE __10/3/15__

ATTACHMENT 4

# ASU WELFARE CHECK TRACKING SHEET

DATE _____    TIME _____    UNIT SECTION _____

CELL NUMBERS IN SECTION _____

| START TIME | END TIME | PRINTED STAFF NAME | STAFF SIGNATURE |
|---|---|---|---|
| 00 | 00 | | |
| 00 | 00 | | |
| 00 | 00 | | |
| 01 | 01 | | |
| 01 | 01 | | |
| 01 | 01 | | |
| 02 | 02 | | |
| 02 | 02 | | |
| 02 | 02 | | |
| 03 | 03 | | |
| 03 | 03 | | |
| 03 | 03 | | |
| 04 | 04 | | |
| 04 | 04 | | |
| 04 | 04 | | |
| 05 | 05 | | |
| 05 | 05 | | |
| 05 | 05 | | |
| 06 | 06 | | |
| 06 | 06 | | |
| 06 | 06 | | |
| 07 | 07 | | |
| 07 | 07 | | |
| 07 | 07 | | |
| 08 | 08 | | |
| 08 | 08 | | |
| 08 | 08 | | |
| 09 | 09 | | |
| 09 | 09 | | |
| 09 | 09 | | |
| 10 | 10 | | |
| 10 | 10 | | |
| 10 | 10 | | |
| 11 | 11 | | |
| 11 | 11 | | |
| 11 | 11 | | |

1st Watch Review – Supervisor Signature
2nd Watch Review – Supervisor Signature
3rd Watch Review – Supervisor Signature

# Memorandum

Date :    October 3, 2014

To    :    All Staff

Subject :    **OPERATIONAL PROCEDURE 102 - ADMINISTRATIVE SEGREGATION UNITS (ASU) / WELFARE CHECK PROCEDURE**

Operational Procedure 102 – Administrative Segregation Units (ASU)/Welfare Check Procedure is to read in its entirety due to the numerous newly implemented changes.

Should you have any questions, please contact the Associate Warden Complex I at extension 7212.

STU SHERMAN
Warden (A)
California Substance Abuse Treatment Facility and State Prison at Corcoran

New:  _____
Reviewed:  _____
Revised:  September 2014

**CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON**
Corcoran, California

Operational Procedure (OP)

I.    **PLAN NUMBER AND TITLE:**

    A.    Administrative Segregation Units (ASU) Security/Welfare Check Procedure

    B.    OP – 102

II.    **PURPOSE AND OBJECTIVE:**

    A.    Establish specific security and operational guidelines for the Administrative Segregation Units Security/Welfare Check Procedure, to ensure operational compliance with the California Code of Regulations, Title 15, the Department Operations Manual (DOM), and the Revised 2009 Mental Health Services Delivery System Program Guide.

    B.    Objective of this procedure is to set the guidelines for the ASU Security/Welfare Checks of all inmates placed in ASU.

    C.    Reduce the opportunities an inmate has to commit acts of self-harm. Welfare Checks are the personal observations by correctional officers of inmates recently placed into ASU. A Security/Welfare Check is defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and or signs of any misconduct or self-injurious behavior.

    D.    The Overall focus of this procedure is to outline the requirement of the ASU Welfare Check System utilizing the Guard One Rounds Tracker "PIPE" System.

III.    **REFERENCES:**

    A.    DOM Section 52080.24 – Administrative Segregation

    B.    October 2, 2006, memorandum, "Plan to Reduce Suicide Risk in Administrative Segregation Units," signed by, John Dovey, Director,

of Adult Institutions and Peter Farber-Szekrenyi, Dr. P.H., Director, Correctional Health Care Services.

C.      October 16, 2006, memorandum, "Expectations Regarding Administrative Segregation and Suicide Prevention," signed by, John Dovey, Director, Division of Adult Institutions.

D.      October 31, 2006, memorandum, "30 Minute Welfare Checks of Inmates placed in ASU", signed by John Dovey, Director, Division of Adult Institutions.

E.      August 6, 2007, memorandum, "ASU 30 Minute Welfare Check Logging and Compliance Monitoring," signed by Lea Ann Chrones, Director (A), Division of Adult Institutions.

F.      May 28, 2013, memorandum, "Revised ASU Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing," signed by Kathleen L. Dickenson, Director, Division of Adult Institutions and Timothy Belavich, Ph. D., Director, Division of Health Care Services.

G.      May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", signed by Michael Stainer, Director, Division of Adult Institutions.

## IV.    APPROVAL AND REVIEW:

A.      This procedure requires the approval of the Warden.

B.      This procedure shall be reviewed annually, in August, by the Associate Warden Complex I (AW I).

        LAST REVISION:    August 2013

## V.    RESPONSIBILITY:

A.      The Warden has the ultimate responsibility for the implementation and operation of this procedure.

B.      The AW I shall exercise administrative responsibility.

C.      The Facility E and Complex I Captain shall maintain functional responsibility of the ASU's.

D.    The ASU Sergeants and Lieutenants are responsible for the daily monitoring of compliance to the Welfare Checks and the Guard One Rounds Tracker on each watch.  The Custody Captain is responsible to monitor compliance in all ASU units for First Watch.

E.    The following Correctional Officer posts will have the responsibility for the Welfare Checks:

- First Watch – Floor #1
- Second Watch – Floor #1
- Third Watch – Floor #1

F.    The AW I is responsible for monitoring this procedure for the compliance with Coleman Court Mandates.


## VI.    METHODS:

### Use of the Guard One Rounds Tracker:

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks.  The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks.  The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted.  The officer will touch the "PIPE" to each button which is affixed to each cell in their unit.  This will electronically validate the officer was at a specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log book.


A.    First Watch PIPE:

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE".  The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Omitting Diode (LED).  Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks.  The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.


Inmate Removal from Cell:

During times when an inmate is out of his assigned cell (yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

Vacant Cells:

Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

B.  Internet Protocol Download and ASU Supervisory Review:

At the completion of each shift, the officer conducting the ASU Welfare Checks will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the ASU Unit/Program Office for supervisory review. Once a successful download is established the "PIPE" will emit a sound and a small LED light will be lit on the "PIPE" confirming the information has been downloaded. Upon completion of the IP download, the ASU custody supervisor shall review all ASU Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all ASU Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the ASU custody supervisor will print the Guard One Rounds Tracker report and provide their signature and date of review. Should there be any discrepancies discovered during this review, the ASU custody supervisor shall address the discrepancy, and if necessary, provide appropriate training with the responsible staff prior to the end of shift. The reports shall be retained in accordance to CDCR's records retention policies by forwarding them to the AW I, who will review and forward them to the Mental Health Department for inclusion in the COLEMAN audit paperwork. Additionally, the ASU custody supervisor shall document the reason for any discrepancy in the unit logbook.

C.  Equipment Malfunction:

In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the ASU custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact Enterprise Information Services staff. If staff cannot repair the

Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the ASU Welfare Check Tracking Sheet (Attachment A), detailed in the May 28, 2013, memorandum, "Revised Administrative Segregation Unit Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing."

There is a separate tracking sheet for each inmate, each shift and each day. The tracking sheet includes the time of the check, staff initials and staff's observation of the inmate during the welfare check. Upon completion of each shift's observation period, the completed sheets shall be reviewed and signed by the ASU 1 and 2 Supervisor. Each Monday the ASU Welfare Tracking Sheets shall be forwarded to the Mental Health Department for review and filing.

Inmates housed in the CTC requiring Welfare Checks will not use the Guard One system, but will utilize the ASU Welfare Tracking Sheets.

There are five "PIPES" for use in the ASU units. Two will be assigned to each unit and the extra will be located in the Complex I Control Booth and inventoried on a daily basis on each shift.

D.    Extraordinary Circumstances

Under extraordinary circumstances, if there is an incident or event in ASU necessitating staff to miss a mandated welfare check outside the timeframes of the policy, a notation shall be made by supervisory staff into the ASU Unit Logbook noting specifically what the extraordinary circumstance was causing staff to deviate from policy.

E.    Training:

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.


_____
STU SHERMAN
Warden (A)


10/15/14
_____
DATE

## ASU WELFARE CHECK TRACKING SHEET

DATE _____    PRISON _____    UNIT SECTION _____

CELL NUMBERS IN SECTION _____

| START TIME | END TIME | PRINTED STAFF NAME | STAFF SIGNATURE |
|---|---|---|---|
| 00: | 00: | | |
| 00: | 00: | | |
| 00. | 00: | | |
| 01: | 01: | | |
| 01: | 01: | | |
| 01: | 01: | | |
| 02: | 02: | | |
| 02: | 02: | | |
| 02: | 02: | | |
| 03: | 03: | | |
| 03: | 03: | | |
| 03: | 03: | | |
| 04: | 04: | | |
| 04: | 04: | | |
| 04: | 04: | | |
| 05: | 05: | | |
| 05: | 05: | | |
| 05: | 05: | | |
| 06: | 06: | | |
| 06: | 06: | | |
| 06: | 06. | | |
| 07: | 07. | | |
| 07: | 07: | | |
| 07: | 07: | | |
| 08: | 08: | | |
| 08: | 08: | | |
| 08: | 08: | | |
| 09: | 09: | | |
| 09: | 09: | | |
| 09: | 09: | | |
| 10: | 10: | | |
| 10: | 10: | | |
| 10: | 10: | | |
| 11: | 11: | | |
| 11: | 11: | | |
| 11: | 11 | | |

1st Watch Review – Supervisor Signature:

2nd Watch Review – Supervisor Signature:

3rd Watch Review – Supervisor Signature:

| New: | August 2013 |
|---|---|
| Reviewed: | |
| Revised: | |

# CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON
## Corcoran, California

Operational Procedure (OP)

## I.    PLAN NUMBER AND TITLE:

A.    Administrative Segregation Units (ASU's) Welfare Checks-Guard One Rounds Tracker

B.    OP – 102

## II.    PURPOSE AND OBJECTIVE:

A.    Establish specific security and operational guidelines for the Administrative Segregation Units Welfare Check System, to ensure operational compliance with the California Code of Regulations, Title 15, the Department Operations Manual (DOM), and the Revised 2009 Mental Health Services Delivery System Program Guide.

B.    Objective of this procedure is to set the guidelines for the ASU Welfare Checks of all inmates placed in ASU's.

C.    Reduce the opportunities an inmate has to commit acts of self-harm. Welfare Checks are the personal observations by correctional officers of inmates recently placed into ASU. **These checks are to be completed 24 hours per day, 7 days a week, three times per hour at staggered intervals not to exceed 30 minutes during the first three weeks (21 calendar days) of ASU placement.**

D.    The Overall focus of this procedure is to outline the requirement of the ASU Welfare Check System utilizing the Guard One Rounds Tracker "PIPE" System.

## III.    REFERENCES:

A.    DOM Section 52080.24 – Administrative Segregation.

B.    October 2, 2006, memorandum, "Plan to Reduce Suicide Risk in Administrative Segregation Units," signed by, John Dovey, Director, of Adult Institutions and Peter Farber-Szekrenyi, Dr. P.H., Director, Correctional Health Care Services.

Operations Procedure Number 102
Administrative Segregation Unit Welfare
Checks-Guard One Rounds Tracker
Page 2

C.  October 16, 2006, memorandum, "Expectations Regarding Administrative Segregation and Suicide Prevention," signed by, John Dovey, Director, Division of Adult Institutions.

D.  October 31, 2006, memorandum, "30 Minute Welfare Checks of Inmates placed in ASU", signed by John Dovey, Director, Division of Adult Institutions.

E.  August 6, 2007, memorandum, "ASU 30 Minute Welfare Check Logging and Compliance Monitoring," signed by Lea Ann Chrones, Director (A), Division of Adult Institutions.

F.  May 28, 2013, memorandum, "Revised ASU Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing," signed by Kathleen L. Dickenson, Director, Division of Adult Institutions and timothy Belavich, Ph. D., Director, Division of Health Care Services.

IV.  **APPROVAL AND REVIEW:**

G.  This procedure requires the approval of the Warden.

H.  This procedure shall be reviewed annually, in September, by the Complex I Associate Warden.

**LAST REVISION:**  August 2013

V.  **RESPONSIBILITY:**

I.  The Warden has the ultimate responsibility for the implementation and operation of this procedure.

J.  The Complex I Associate Warden shall exercise administrative responsibility.

K.  The Facility E and Complex I Captain shall maintain functional responsibility of the ASU's.

L.  The ASU's Sergeants and Lieutenants are responsible for the daily monitoring of compliance to the Welfare Checks and the Guard One Rounds Tracker on each watch.  The Watch Commander under the supervision of Central Operations Captain is responsible to monitor compliance in all ASU's for First Watch.

Operations Procedure Number 102
Administrative Segregation Unit Welfare
Checks-Guard One Rounds Tracker
Page 3

M.    The following Correctional Officer posts will have the responsibility for the Welfare Checks:

>    First Watch – Floor #1
>    Second Watch – Floor #1
>    Third Watch – Floor #1

N.    The Litigation Coordinator is responsible for monitoring this procedure for the compliance with Coleman Court Mandates.

## VI.    METHODS:

### Use of the Guard One Rounds Tracker:

The officer responsible for the Welfare Checks will chit out the Guard One Rounds Tracker "PIPE" and ibuttons supplied leather wallets for accountability purposes.

Officers will use the Guard One Rounds Tracker "PIPE" to record all ASU's Welfare Checks. The "PIPE" will capture three levels of information, including, time, location, and activities. The Officer will touch the "PIPE" to each button which is affixed to each cell in the ASU housing unit. Once a successful connection is established the "PIPE" will emit a sound and a small LED light will be lit on the "PIPE" confirming the button was read. This will electronically record the officer was at a specific cell, at a specific time. Activities are captured using ibuttons inside the supplied leather wallets. The "PIPE" reads the ibuttons by touching the end of the "PIPE" to the ibutton. The battery power from the "PIPE" energizes the ibutton for an instant to capture a location or activity.

### A.    Activity Capture:

When officers are conducting rounds they will capture activity information electronically with the use of the supplied leather wallets containing 12 activity ibuttons. These 12 ibuttons will correspond with a card inserted inside the wallet displaying specific activity information. In order to capture an activity the officer must first record the location ibutton at the cell front, and then identify which inmate (i.e. upper bunk, lower bunk) is being recorded, and touch the appropriate activity information in the leather wallet. If both cell partners require a welfare check, after the activity for the first inmate has been recorded, staff does not have touch the "pipe" to the same door again, but can proceed to touching the "pipe" to the upper or lower bunk for the other inmate and then record the activity

Operations Procedure Number 102
Administrative Segregation Unit Welfare
Checks-Guard One Rounds Tracker
Page 4

of that inmate.   The ibuttons will be programmed with standardized activities for capture. The following table lists each standardized activity:

| Lower Bunk | Cancel Last Entry | Upper Bunk |
|---|---|---|
| Sleeping/Laying Down | Eating | Television/Music |
| Exercising/Misc In Cell Activity | Reading/Writing/Drawing | Mental Health Rounds |
| Out to Yard/Shower | Out of Cell Misc | Out to Committee/Interdisciplinary Treatment Team |

**B.**    **Internet Protocol Download and ASU Supervisory Review:**

At the completion of each shift, the officer conducting the ASU's Welfare Checks will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the ASU's Unit/Program Office for supervisory review.  Once a successful download is established the "PIPE" will emit a sound and a small LED light will be lit on the "PIPE" confirming the information has been downloaded.   Upon completion of the IP download, the ASU's custody supervisor shall review all ASU's Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station.   This review will ensure all ASU's Welfare Checks have been completed at least three times an hour at staggered intervals not to exceed 30 minutes between checks.

After the review, the ASU's custody supervisor will print the Guard One Rounds Tracker report and provide their signature and date of review. Should there be any discrepancies discovered during this review, the ASU's custody supervisor shall address the discrepancy, and if necessary, provide appropriate training with the responsible staff prior to the end of shift.  The reports shall be retained in accordance to CDCR's records retention policies by forwarding them to the Complex I Associate Warden who will review and forward them to the Mental Health Department for inclusion in the COLEMAN audit paperwork. Additionally, the ASU's custody supervisor shall document the reason for the discrepancy in the unit logbook.

Operations Procedure Number 102
Administrative Segregation Unit Welfare
Checks-Guard One Rounds Tracker
Page 5

### C.    Equipment Malfunction:

In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the ASU's custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact Enterprise Information Services staff. If staff cannot repair the Guard One Rounds Tracker software or equipment to service in a timely manner, **or anytime an inmate is placed in an ASU overflow**, staff will utilize the ASU Welfare Check Tracking Sheet (**Attachment A)**, detailed in the May 28, 2013, memorandum, "Revised Administrative Segregation Unit Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing."

There is a separate tracking sheet for each inmate, each shift and each day. The tracking sheet includes the time of the check, staff initials and staff's observation of the inmate during the welfare check. Upon completion of each shift's observation period, the completed sheets shall be reviewed and signed by the ASU's Supervisor. Each Monday, the ASU's Welfare Tracking Sheets shall be forwarded to the Mental Health Department for review and filing.

Inmates housed in the CTC requiring Welfare Checks will not use the Guard One system, but will utilize the ASU's Welfare Tracking Sheets.

There are five "PIPES" for use in the ASU units. Two will be assigned to each unit and inventoried on each watch and the extra will be located in the Complex I Associate Wardens Office.

### D.    Extraordinary Circumstances

Under extraordinary circumstances, if there is an incident or event in the ASU's necessitating staff to miss a mandated welfare check outside the timeframes of the policy, a notation shall be made by supervisory staff into the ASU's Unit Logbook noting specifically what the extraordinary circumstance was causing staff to deviate from policy. In the event the assigned staff member is unable to complete a welfare check within the mandated time frame, the assigned staff member shall immediately notify the ASU's Supervisor.

Operations Procedure Number 102
Administrative Segregation Unit Welfare
Checks-Guard One Rounds Tracker
Page 6

**E.    Security Checks:**

Security Checks will be conducted on all inmates housed in ASU's every 30 minutes and documented in the Housing Unit logbook clearly identifying the time and staff member completing the round. Security checks are not tracked through the Guard One Rounds Tracker.

STU SHERMAN
Warden (A)

8-27-13
DATE

Attachment A    ASU Welfare Check Tracking Sheet

ATTACHMENT A

# ASU WELFARE CHECK TRACKING SHEET

DATE _____    PRISON _____    UNIT SECTION _____

CELL NUMBERS IN SECTION _____

| START TIME | END TIME | PRINTED STAFF NAME | STAFF SIGNATURE |
|---|---|---|---|
| 00: | 00: | | |
| 00: | 00: | | |
| 00: | 00: | | |
| 01: | 01: | | |
| 01: | 01: | | |
| 01: | 01: | | |
| 02: | 02: | | |
| 02: | 02: | | |
| 02: | 02: | | |
| 03: | 03: | | |
| 03: | 03: | | |
| 03: | 03: | | |
| 04: | 04: | | |
| 04: | 04: | | |
| 04: | 04: | | |
| 05: | 05: | | |
| 05: | 05: | | |
| 05: | 05: | | |
| 06: | 06: | | |
| 06: | 06: | | |
| 06: | 06: | | |
| 07: | 07: | | |
| 07: | 07: | | |
| 07: | 07: | | |
| 08: | 08: | | |
| 08: | 08: | | |
| 08: | 08: | | |
| 09: | 09: | | |
| 09: | 09: | | |
| 09: | 09: | | |
| 10: | 10: | | |
| 10: | 10: | | |
| 10: | 10: | | |
| 11: | 11: | | |
| 11: | 11: | | |
| 11: | 11 | | |

1st Watch Review – Supervisor Signature:

2nd Watch Review – Supervisor Signature:

3rd Watch Review – Supervisor Signature:

# Exhibit I

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
**CALIPATRIA STATE PRISON**
P.O. Box 5001
Calipatria, CA 92233



## DECLARATION OF CUSTODIAN OF RECORDS

I, **Rafael Acevedo,** declare as follows:

I am the ASU Correctional Captain, assigned to Facility C employed by the California Department of Corrections and Rehabilitation (CDCR) at Calipatria State Prison in Calipatria, California.

That a thorough search of our files carried out by me or at my direction as the respondent, not a complainant revealed that this business or facility **does have** the records described in the Deputy Attorney General's Document Request for the **Coleman Case,** dated July 7, 2020, regarding Ralph Coleman, et al v. Gavin Newson, et al, Christopher Lipsey, F18039, United States District Court, Eastern District of California, Case No.:  90cv00820 KJM-DB (PC), for the following documents:

- Local Operational Procedure 3070

I declare under penalty of perjury that I am competent to testify as a witness, that the foregoing is true and correct and based on my personal knowledge except for those statements based on information and belief, and as to those statements I believe them to be true, and that if I am called am called as a witness, I would so testify.

Executed **on July 8, 2020**, at Calipatria State Prison, Calipatria, California.

7 | 2 | 2020

R. ACEVEDO                                                      Date
Facility C, ASU Captain
Calipatria State Prison

# CALIPATRIA STATE PRISON

## Calipatria, California

Operational Procedure

## I. PLAN TITLE AND NUMBER:

    A.    Administrative Segregation Unit

    B.    3070

## II. PURPOSE AND OBJECTIVE:

    A.    The purpose of this procedure is to establish specific security and operational guidelines for the Administrative Segregation Unit (ASU) and to ensure operational compliance with the Department Operations Manual (DOM) and the California Code of Regulations (CCR), Title 15.

    B.    The objective of this procedure is to provide safe and secure temporary segregated housing for inmates classified as a threat to the safety and security of the institution, present a threat to their own safety or the safety of others, or whose continued presence in the general inmate population would jeopardize the integrity of an investigation into alleged serious misconduct or criminal activity.

## III. REFERENCES:

    A.    CCR, Title 15, Division 3, Chapter 1, Subchapter 4, Article 2, Sections 3270 through 3294.5 and Article 7, and Sections 3335 through 3344.

    B.    DOM Sections 51020.12.1 through 51020.12.3, 51020.16, 52080.24, 54060.11, and 54070.6.1.

    C.    California Penal Code Sections 2081, 2931, 2932, 2933, 3060, 5054, 5058, and 5077.

    D.    Memorandum dated March 27, 2014, entitled "Clarification Regarding Privilege Group D Inmates Purchase/Possessing Entertainment Appliances in Administrative Segregation Units" authored by M. D. Stainer, Director, Division of Adult Institutions.

    E.    DOM, Chapter 5, Article 19.

    F.    Memorandum dated May 5, 2015, entitled "Weekly Supervisory Review of CDC Form 114-A Inmate Segregation Profiles Requiring Warden Certification of Administrative Segregation Units", authored by Kelly Harrington, Director (A), Division of Adult Institutions.

Offenders Management System (SOMS) OpAdHoc report to assist with generating the Weekly Worksheet.

The ASU Lieutenant shall review the completed Weekly Review of Inmate Segregation Profile/Record Worksheet; upload/attach copies of the completed worksheet/s to the share point along with a monthly certification memorandum to their respective Associate Director (AD) by the fifth of every month. The memorandum will indicate all inmates have been offered minimally required programs and services, noting any exceptions or deficiencies. The memorandum shall be reviewed by the respective Facility Captain, Associate Warden, Chief Deputy Warden and Warden prior to submittal to the AD.

3.  Security/Welfare Checks Utilizing Guard One System

    a.  Correctional Officers shall use the Guard One PIPE to record all security/welfare checks conducted on inmates housed in ASU. This will be accomplished by touching the PIPE to each cell front button. This will capture time and location that the security/welfare check was conducted. Correctional Officers shall conduct security/welfare checks on all inmates in the ASU at staggered intervals twice an hour, not to exceed 35 minutes between checks. Staggered means checks are to be conducted unannounced at irregular intervals so that they are unpredictable to the inmate population. Disruptions of security/welfare checks shall be documented in the ASU Isolation log book.

    b.  Once received during First Watch hours, Correctional Officers shall conduct all security/welfare checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not emit an audible beep during use, only a flashing red Light. The First Watch PIPE shall be marked identifying it as equipment for *First Watch use only*.

    c.  Anytime an inmate housed in ASU is removed from their assigned cell for any of the following reasons, yard, classification, appointments, visiting, etc., Correctional Officers are expected to conduct a security/welfare check during their absence (occupied and vacant) looking for damage and potential security concerns within the cells.

    d.  At the completion of each shift, the Correctional Officer(s) tasked with completing the security/welfare checks shall insert the PIPE into the Internet Protocol (IP) Downloader. Once the IP download has been completed, the ASU supervisor shall review all security/welfare checks made

during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review shall ensure all security/welfare checks have been completed at least two times an hour, at staggered intervals, not to exceed 35 minutes between checks. The ASU Supervisor shall conduct an audit of the reports prior to the end of their shift.

e.   As part of the review, the ASU supervisor will print out the Guard One Rounds Tracker Report and provide their signature and date of review in red ink. Should there be any discrepancies during this review the ASU supervisor shall provide appropriate corrective action to staff prior to the end of the shift. The Third Watch supervisor is responsible for forwarding all reports for all previous shifts, inclusive of corrective actions and/or recommendations for corrective action to the respective Facility Captain at the end of their shift. The Facility Captain shall review the reports for discrepancies, ensure completion of any corrective action, and forward the Guard One reports to the Litigation Coordinator for record keeping daily.

f.   CAL shall retain the original, signed, Guard One Rounds Tracker Report for a minimum of three years at the institution, and an additional four years in departmental records retention.

g.   In the event the Guard One System is inoperable, staff shall use the ASU Welfare Check Tracking Sheet (Attachment M) to conduct Manual Welfare Checks on every occupied/unoccupied cell and document the required checks. Once the Guard One System is fully operational, staff shall resume the methods as described above for the Guard One System. The records retention schedule for the ASU Welfare Check Tracking Sheets will be the same as for the Guard One Rounds Tracker Reports.

D.   Security/Custody Rounds

Custody staff assigned to ASU on First, Second, and Third Watch shall complete security/custody rounds at least twice an hour not to exceed 35 minutes between checks to ensure all **ASU inmates** are accounted for, **alive and breathing**, within their assigned cell.

E.   Administrative Timelines

1.   The Facility Captain's review and personal interview of the inmate regarding the ASU Placement Notice will occur the first workday

# Exhibit J

**DIVISION OF ADULT INSTITUTIONS**
Central California Women's Facility
23370 Road 22
P.O. Box 1501
Chowchilla, CA 93610



# DECLARATION OF CUSTODIAN OF RECORDS

I, Eric Ausburn, hereby declare,

That I am the duly authorized custodian of records and/or other qualified witness for the above-named entity.

As such, I have the authority to certify these records as true and correct. The duplicated or photocopied documents submitted herein are true copies of the records noted in the records request that was received by the CCWF Litigation Office via electronic mail on 07/07/20. The original records, of which copies are enclosed, were prepared by the personnel of this business/agency in the ordinary course of doing business at or near the time or the act, condition, or event of which they reflect.

The following records pertain to: Guard One Welfare Checks.

Type of records produced: CCWF Memorandums, Local Operating Procedures and/or directives regarding the use of the Guard One.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Chowchilla, CA on this 8th day of July, 2020.

Eric Ausburn
Litigation Coordinator
Central California Women's Facility
(559) 665-5531, Ext. 5521

State of California                                         Department of Corrections and Rehabilitation

# Memorandum

Date  :  July 3, 2013

To    :  Associate Directors – Division of Adult Institutions
         Wardens

Subject :  **IMPLEMENTATION OF THE ADMINISTRATIVE SEGREGATION UNIT WELFARE CHECK PROCEDURE UTILIZING THE GUARD ONE SYSTEM**

The purpose of this memorandum is to provide direction regarding the implementation of the Guard One System to electronically record the required Administrative Segregation Unit (ASU) Welfare Checks. The Guard One System software is currently being installed in identified Administrative Segregation Unit's (ASU) at designated institutions throughout the state with an estimated completion date of August 29, 2013.

Effective July 15, 2013, all institutions with installed Guard One System software and equipment shall discontinue using the revised ASU Welfare Check Tracking Sheet (Rev. 3-18-13), and implement the Guard One System to document all required ASU Welfare Checks. Institutions who are still awaiting installation of the Guard One System software will continue to utilize the ASU Welfare Check procedure as described in the attached May 28, 2013, memorandum, "Revised Administrative Segregation Unit Welfare Check Procedure and Implementation of Security Inspections In Specialized Housing," until their respective Guard One System has been installed and is operational.

Wardens are to ensure staff tasked with conducting and reviewing ASU Welfare Checks are provided On the Job Training regarding the use of the Guard One System. A sample Operational Procedure (OP) has been attached to this memorandum to assist with incorporating the Guard One System into your local OP's. The revision(s) may be a supplement to be included in the next scheduled revision of the impacted document.

If you have any questions regarding these expectations, please contact Thomas Tyler, Captain, Audits and Litigation Unit, Division of Adult Institutions (DAI) at (916) 324-7956, or Joe Stein, Captain, Standardized Procedures Unit, at (916) 323-2863.

KATHLEEN L. DICKINSON
Director
Division of Adult Institutions

Attachments

cc: M. D. Stainer, Deputy Director, Facility Operations, DAI
    Kathleen Allison, Deputy Director, Facility Support, DAI
    Vimal Singh, Deputy Director (A), Facility Support, DAI
    Joseph Moss, Chief Deputy Warden, Contract Beds Unit, DAI
    Natalie Fransham, Chief, Office of Policy Standardization, DAI
    Joe Stein, Captain, Adult Institutions, Standardized Procedures Unit, DAI
    Thomas Tyler, Captain, Adult Institutions, Audits and Litigation Unit, DAI

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date     :  May 9, 2014

To       :  Associate Directors, Division of Adult Institutions
            Wardens

Subject  :  **IMPLEMENTATION OF THE SECURITY/WELFARE CHECK PROCEDURE
            UTILIZING THE GUARD ONE SYSTEM**

The purpose of this memorandum is to provide direction regarding the implementation of the
Security/Welfare Check Procedure utilizing the Guard One electronic monitoring system. The
Guard One System is currently being expanded to all Psychiatric Services Units (PSU),
Security Housing Units (SHU), and Condemned Housing Units throughout the State. Due to
the ongoing installation of the Guard One System at various institutions, the Security/Welfare
Check Procedure will be implemented in three phases. Institutions will not begin utilizing the
modified Security/Welfare Check Procedure until the initiation of their designated phase.

Upon receipt of this memorandum, all institutions with an Administrative Segregation
Unit (ASU), PSU, SHU or Condemned Housing Unit will begin to provide training to all
correctional officers assigned to the abovementioned areas on the Security/Welfare Check
Procedure utilizing the Guard One electronic monitoring system. The Division of Adult
Institutions has developed an on-the-job training aide to assist institutions with providing
training to staff. This training should be conducted in areas where the Guard One System is
installed so that staff can familiarize themselves with the equipment and the Security/Welfare
Check Procedure. Institutions shall ensure correctional officers assigned to each phase's
identified areas have been trained prior to that phase's activation date.

### PHASE 1

Phase 1 will begin on May 19, 2014, with all ASU's that have the Guard One System currently
installed.

### PHASE 2

Phase 2 will begin on June 16, 2014, consisting of Kern Valley State Prison's ASU overflow,
all PSU, SHU (excluding Pelican Bay State Prison's Facilities C and D), and Condemned
Housing Units.

### PHASE 3

Phase 3 will consist of Pelican Bay State Prison's Facilities C and D along with the California
Health Care Facility-Stockton. Phase 3's activation date has yet to be determined and will be
announced in a subsequent directive.

SECURITY/WELFARE CHECK PROCEDURE GUIDELINE

**Operating Procedure**

I.   **PLAN TITLE AND NUMBER:**

    A.   Security/Welfare Check Procedure

II.  **PURPOSE AND OBJECTIVE:**

The purpose of this procedure is to establish specific security and operational guidelines for Security/Welfare Checks, to ensure operational compliance with the Department Operations Manual (DOM), the California Code of Regulations, Title 15 and Coleman court mandates.

The objective of this procedure is to set the guidelines for the Security/Welfare Checks of **all** inmates placed in Administrative Segregation Housing Units (ASU), Security Housing Units (SHU), Psychiatric Services Housing Units (PSU) and Condemned Housing Units.

A Security/Welfare Check is defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, PSU, SHU, or Condemned Housing Unit to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

The overall focus of this procedure is to outline the requirement of the Security/Welfare Checks System utilizing the Guard One Rounds Tracker "PIPE" System.

III. **REFERENCES:**

    A.   DOM Section 52080.24 - Administrative Segregation

    B.   May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", signed by Michael Stainer, Director, Division of Adult Institutions.

IV.  **APPROVAL AND REVIEW:**

This procedure will be reviewed annually and will be submitted to the Warden for final approval.

Date of last revision:

**RESPONSIBILITY:**

Security/Welfare Check Procedure Guideline
Page 2

A.    The Warden has the overall managerial responsibility for the operation of this procedure.

B.    The Chief Deputy Warden has the overall functional responsibility for the operation of this procedure.

C.    The Associate Warden of Housing is responsible for the application of this procedure in the ASU, PSU, SHU and Condemned Housing Unit.

D.    The Captain(s) in charge of any ASU, PSU, SHU and Condemned Housing Unit Units are responsible for ensuring procedural adherence.

E.    The Litigation Coordinator is responsible for monitoring this procedure for compliance with Coleman Court Mandates.

## V.   METHODS:

### Use of the Guard One Rounds Tracker

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the "PIPE" to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log book.

### First Watch PIPE

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Omitting Diode (LED). Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

### Inmate Removal from Cell

During times when an inmate is out of his/her assigned cell for (yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

Security/Welfare Check Procedure Guideline
Page 3

Vacant Cells

Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

Internet Protocol Download and Unit Supervisor Review:

At the completion of each shift the officer conducting the Security/Welfare Check will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the Unit/Program Office for the unit supervisor's review. Once the IP download has been completed, the unit supervisor shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the unit supervisor shall print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the custody supervisor shall appropriately address any deficiencies with staff prior to the end of shift.

Training

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

Equipment Malfunction:

In the event the Guard One Rounds Tracker software or equipment is not functioning properly staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet (Attachment-A).

Warden _____ Date

|  | **Central Operations and Programs** | | |
|---|---|
| | **OPERATIONAL PROCEDURE** |
| **Central California Women's Facility** | **C-075** |
| | **Security/Welfare Check Procedure** |
| | **Reviewed: May 2020** |

I.  **TITLE:**

Security/Welfare Check Procedure

II.  **PURPOSE:**

A. The purpose of this Operational Procedure (OP) is to establish specific security and operational guidelines for Security/Welfare Checks, to ensure operational compliance with the Department Operations Manual (DOM); California Code of Regulations, Title 15; and *Coleman* court mandates.

B. The objective of this OP is to set the guidelines for the Security/Welfare Checks of all inmates placed in the Administrative Segregation Unit (ASU or AD-SEG), Condemned Row (CR) housing units, and Short Term Restricted Housing (STRH).

C. The overall focus of this OP is to outline the requirement of the Security/Welfare Checks System, utilizing the Guard One Rounds Tracker "PIPE" system.

III.  **REFERENCES:**

A. DOM, Section 52080.24, AD-SEG

B. Memorandum dated May 9, 2014, titled Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures, authored by Michael Stainer, Director, Division of Adult Institutions.

IV.  **APPROVAL AND REVIEW:**

This OP will be reviewed annually by the Associate Warden (AW) of Central Operations and Programs (CO&P) during the month of May, and will be submitted to the Warden for final approval.

Central California Women's Facility
C-075 - Security/Welfare Check Procedure
Page 2 of 4

## V.      RESPONSIBILITY:

A.  The Warden has the overall managerial responsibility for the operation of this OP.
B.  The Chief Deputy Warden has the overall functional responsibility for the operation of this OP.
C.  The AW, CO&P, is responsible for the application of this OP in the ASU, PSU, SHU, and CR housing units.
D.  The Facility A Captain is responsible for ensuring procedural adherence to this OP.

## VI.     DEFINITIONS:

A Security/Welfare Check is defined as a personal observation, by a Correctional Officer (C/O), of the welfare of the inmate, and the security of the cell in which an inmate is housed in an ASU, PSU, SHU, or CR housing unit to include a visual/physical observation of a living, breathing inmate, free from obvious injury, ensuring there is a clear and unobstructed view into the cell, looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

## VII.    PROCEDURE:

A.  Use of the Guard One Rounds Tracker

1.  The Guard One Rounds Tracker "PIPE" will be used to record all Security/Welfare Checks. The assigned C/O shall conduct a Security/Welfare Check on each cell, at staggered intervals, twice an hour, not to exceed 35 minutes between checks. The "PIPE" captures the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The C/O will touch the "PIPE" to each button which is affixed to each cell in their unit. This will electronically validate the C/O was at a specific cell, at a specific time. The C/O shall look into the cell to ensure the inmate is safe.
2.  Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log book.

B.  First Watch PIPE

1.  During First Watch hours, C/Os shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Emitting Diode (LED). C/Os conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

C. Inmate Removal From Cell

    1. During times when an inmate is out of her assigned cell (yard, classification committee, appointments, visiting, etc.), the assigned C/O will continue to conduct Security/Welfare Checks, looking for damage and potential security concerns to that inmate's cell.

D. Vacant Cells

    1. Under this OP, C/Os are not required to conduct Security/Welfare Checks on cells where there is no inmate(s) assigned.

E. Internet Protocol (IP) Download and Unit Supervisor Review

    1. At the completion of each shift, the C/O conducting the Security/Welfare Check will insert the "PIPE" into the IP Downloader, located in the Unit/Program Office ,for the ASU Sergeant's (Sgt.) review. Once the IP download has been completed, the ASU Sgt. shall review all Security/Welfare Checks made during their shift, using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

    2. After the review, the unit supervisor shall print the Guard One Rounds Tracker Report and provide their signature and date of review.

    3. If inmates are on 30-Minute Custodial Observation Checks, the ASU Sgt. shall print separate Guard One Rounds Tracker Reports corresponding to the cell to which the inmate on 30-Minute Custodial Observations Checks is housed. The ASU Sgt. shall verify the review and provide their signature and date of review. The report shall be attached to the 30-Minute Check folder. This is completed in lieu of documenting all 30 minute checks and supervisor review directly on the Mental Health Crisis Bed (MHCB) Discharge Custody Check Sheet (CDCR MH-7497).

    4. Should there be any discrepancies during this review, the ASU Sgt. shall appropriately address any deficiencies with staff prior to the end of shift.

    5. A daily report will be forwarded to the Facility A Captain via electronic mail, prior to 0800 hours, documenting all discrepancies for the day prior and corrective action taken in each instance. If no discrepancies occurred, that information will also be forwarded in accordance with this section.

F. Training

    1. The ASU Sgt. shall ensure all C/Os tasked with conducting Security/Welfare Checks are provided training regarding this OP and the Guard One System

equipment. Training is to be conducted immediately upon assuming the post, to ensure continuity of checks with the Guard One Rounds checker.

G. Equipment Malfunction:

1. In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the ASU Sgt. for follow-up. For any technical assistance regarding the Guard One Rounds Tracker System, staff will contact Enterprise Information Services staff.
2. In the event the Guard One Rounds Tracker software or equipment is inoperable, staff shall utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet (Attachment A).

## VIII.   ATTACHMENTS:

A. Security/Welfare Check Manual Tracking Sheet

## IX.   APPROVAL:

M. PALLARES
Warden (A)
Central California Women's Facility

5/8/2020
DATE

| SECURITY/WELFARE CHECK MANUAL TRACKING SHEET | | | |
|---|---|---|---|

**INSTITUTION:** _____    **FACILITY:** _____

**HOUSING UNIT:** _____    **DATE:** _____ **WATCH:**    1ST    2ND    3rd

**LOWER BED:** _____    **UPPER BED:** _____

INSTRUCTIONS: COMPLETE 2 SECURITY/WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT TO EXCEED 35 MINUTES

(A "Security/Welfare Check" is defined as a personal observation by correctional officers of the welfare of the inmate and the security of the cell of inmate housed in an ASU, PSU, SHU or Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.)

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURE | COMMENTS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Supervisor Name (print) | (signature) | (date) |
|---|---|---|

# Exhibit K

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
Valley State Prison
21633 Avenue 24
P.O. Box 99
Chowchilla, CA  93610-0099



# DECLARATION OF CUSTODIAN OF RECORDS

I, Vanessa Soza, hereby declare,

Valley State Prison
21633 Avenue 24
P.O. Box 99
Chowchilla, California  93610-0099

That I am the duly authorized custodian of records and/or other qualified witness for the above-named entity.  As such, I have the authority to certify these records as true and correct.  The duplicated or photocopied documents submitted herein are true copies of the records. The original records, of which copies are enclosed, were prepared by the personnel of this business/agency in the ordinary course of doing business at or near the time or the act, condition, or event of which they reflect.

**Please be advised the contents of these records are Highly Confidential in nature and are not to be released to another party without the consent of VSP Litigation Coordinator.**

The following records pertain to: **VALLEY STATE PRISON**

Type of records produced: Operational Procedure #10252 *Administrative Segregation Unit Security/Welfare Checks* (5/8/19 and 6/19/20), and Post Order number 121041 A4 Floor 1 ASU.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Chowchilla, CA, on this 13th day of July, 2020.

Vanessa Soza
Litigation Coordinator
Valley State Prison
(559) 665-6100, Ext. 5582

# VALLEY STATE PRISON

## OPERATIONAL PROCEDURE NUMBER:

### *10252*

## OPERATIONAL PROCEDURE TITLE:

### *ADMINISTRATIVE SEGREGATION UNIT SECURITY/WELFARE CHECKS*

## OPERATIONAL PROCEDURE NEXT REVISION DATE:

### *May 2020*

Valley State Prison
OP 10252, Administrative Segregation Unit Security/Welfare Checks
Revised: May 2019
By: Housing Division

# TABLE OF CONTENTS

| SECTION | TITLE | PAGE NUMBER |
|---|---|---|
| I | PURPOSE AND OBJECTIVES | 3 |
| II | REFERENCES | 3 |
| III | APPROVAL AND REVIEW | 3 |
| IV | RESPONSIBILITY | 3-4 |
| V | METHODS | 4-5 |
| ATTACHMENT A | SECURITY/WELFARE CHECK MANUAL TRACKING SHEET | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Valley State Prison
OP 10252, Administrative Segregation Unit Security/Welfare Checks
Revised: May 2019
By: Housing Division

## I.    PURPOSE AND OBJECTIVES:

The purpose of this procedure is to establish specific security and operational guidelines for Security/Welfare Checks, to ensure operational compliance with the Department Operations Manual (DOM), the California Code of Regulations, Title 15, and Coleman Court mandates.

The objective of this procedure is to set the guidelines for the Security/Welfare Checks of **all** inmates placed in Administrative Segregation Units (ASU), Security Housing Units (SHU), Psychiatric Services Housing Units (PSU), and Condemned Housing Units.

A Security/Welfare Check is defined as a personal observation by an officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, SHU, PSU, or Condemned Housing Unit to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

The overall focus of this procedure is to outline the requirement of the Security/Welfare Checks System utilizing the Guard One Rounds Tracker PIPE System.

## II.    REFERENCES:

A.    DOM Section 52080.24, Administrative Segregation.

B.    May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", signed by Michael Stainer, Director, Division of Adult Institutions.

## III.    APPROVAL AND REVIEW:

This Operational Procedure is to be reviewed annually by the Associate Warden (AW) of Housing. It will be submitted to the Warden for final approval.

## IV.    RESPONSIBILITY:

A.    The Warden has the overall managerial responsibility for the operation of this procedure.

B.    The Chief Deputy Warden has the overall functional responsibility for the operation of this procedure.

C.    The AW of Housing is responsible for the application of this procedure in ASU.

D.    The Captain in charge of ASU is responsible for ensuring procedural adherence.

3

Valley State Prison
OP 10252, Administrative Segregation Unit Security/Welfare Checks
Revised: May 2019
By: Housing Division

    E.    The Litigation Coordinator is responsible for monitoring this procedure for compliance with Coleman Court Mandates.

## V.    METHODS:

### A.    USE OF THE GUARD ONE ROUNDS TRACKER

Officers shall conduct Security/Welfare Checks on ALL inmates in ASU at staggered intervals twice an hour, not to exceed 35 minutes between checks. However, it is recommended officers should make all reasonable efforts to not exceed 30 minute intervals. The aforementioned guideline of 30 minutes will ensure consistency in the Security/Welfare Checks. Staggered means checks are to be conducted at unannounced and irregular intervals so they are unpredictable to the inmate population. Any disruptions to the Security/Welfare Checks shall be documented in the ASU Isolation Logbook. The PIPE captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the PIPE to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time. Officers shall conduct a final Security/Welfare Check 15 minutes prior to any shift change and no later than 15 minutes after the beginning of the shift change. Additionally, it is recommended the relieving Officers conduct a Security/Welfare Check after relieving the previous officer, ie. Conduct a Security/Welfare Check at the top of the hour.

### B.    FIRST WATCH PIPE

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not omit an audible beep during use and only flashes a red Light Emitting Diode (LED). Officers conducting Security/Welfare Checks using the First Watch PIPE must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The First Watch PIPE shall be marked identifying it as equipment for First Watch use only. If the First Watch PIPE is not available then an audible alternate PIPE shall be utilized.

### C.    INTERNET PROTOCOL DOWNLOAD AND ASU SUPERVISORY REVIEW

At the completion of each shift the officer conducting the Security/Welfare Check will insert the PIPE into the Internet Protocol (IP) Downloader located in the Unit/Program Office for the unit supervisor's review. Once the IP download has been completed, the unit supervisor shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

4

Valley State Prison
OP 10252, Administrative Segregation Unit Security/Welfare Checks
Revised: May 2019
By: Housing Division

After the review, the unit supervisor shall print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the custody supervisor shall appropriately address any deficiencies with staff prior to the end of shift.

**D.     EQUIPMENT MALFUNCTION**

In the event the Guard One Rounds Tracker software or equipment is not functioning properly staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet (Attachment A).

**E.     INMATE REMOVAL FROM CELL**

During times when an inmate is out of his assigned cell for yard, classification committee, appointments, visiting, etc., the assigned officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

**F.     VACANT CELL**

Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

**G.     TRAINING**

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

**H.     RECORDS RETENTION**

Institutions shall retain the Guard One Rounds Tracker Report for a minimum of three years at the institution, and an additional four years in the departmental records retention.

**R. FISHER, JR.**
**Warden**
**Valley State Prison**

Date   5-8-19

**ATTACHMENT A**

| SECURITY/WELFARE CHECK MANUAL TRACKING SHEET | | | |
|---|---|---|---|

INSTITUTION:_____    FACILITY:_____

HOUSING UNIT:_____    DATE:_____    WATCH:   1ST    2ND    3RD

LOWER BED:_____    UPPER BED:_____

**INSTRUCTIONS: COMPLETE 2 SECURITY/WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT TO EXCEED 35 MINUTES**

(A "Security/Welfare Check" is defined as a personal observation by correctional officers of the welfare of the inmate and the security of the cell of inmates housed in an ASU, PSU, SHU or Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.)

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURE | COMMENTS |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Supervisor Name (print) | (signature) | (date) |
|---|---|---|

# VALLEY STATE PRISON

**OPERATIONAL PROCEDURE NUMBER:**

*10252*

**OPERATIONAL PROCEDURE TITLE:**

*ADMINISTRATIVE SEGREGATION UNIT SECURITY/WELFARE CHECKS*

**OPERATIONAL PROCEDURE NEXT REVISION DATE:**

*May 2021*

Valley State Prison
OP 10252, Administrative Segregation Unit Security/Welfare Checks
Revised: May 2020
By: Housing Division

# TABLE OF CONTENTS

| SECTION | TITLE | PAGE NUMBER |
|---|---|---|
| I | PURPOSE AND OBJECTIVES | 3 |
| II | REFERENCES | 3 |
| III | APPROVAL AND REVIEW | 3 |
| IV | RESPONSIBILITY | 3-4 |
| V | METHODS | 4-5 |
| ATTACHMENT A | SECURITY/WELFARE CHECK MANUAL TRACKING SHEET | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Valley State Prison
OP 10252, Administrative Segregation Unit Security/Welfare Checks
Revised: May 2020
By: Housing Division

## I.    PURPOSE AND OBJECTIVES:

The purpose of this procedure is to establish specific security and operational guidelines for Security/Welfare Checks, to ensure operational compliance with the Department Operations Manual (DOM), the California Code of Regulations, Title 15, and Coleman Court mandates.

The objective of this procedure is to set the guidelines for the Security/Welfare Checks of all inmates placed in Administrative Segregation Units (ASU), Security Housing Units (SHU), Psychiatric Services Housing Units (PSU), and Condemned Housing Units.

A Security/Welfare Check is defined as a personal observation by an officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, SHU, PSU, or Condemned Housing Unit to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

The overall focus of this procedure is to outline the requirement of the Security/Welfare Checks System utilizing the Guard One Rounds Tracker PIPE System.

## II.    REFERENCES:

A.    DOM Section 52080.24, Administrative Segregation.

B.    May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", signed by Michael Stainer, Director, Division of Adult Institutions.

## III.    APPROVAL AND REVIEW:

This Operational Procedure is to be reviewed annually by the Associate Warden (AW) of Housing. It will be submitted to the Warden for final approval.

## IV.    RESPONSIBILITY:

A.    The Warden has the overall managerial responsibility for the operation of this procedure.

B.    The Chief Deputy Warden has the overall functional responsibility for the operation of this procedure.

C.    The AW of Housing is responsible for the application of this procedure in ASU.

D.    The Captain in charge of ASU is responsible for ensuring procedural adherence.

3

Valley State Prison
OP 10252, Administrative Segregation Unit Security/Welfare Checks
Revised: May 2020
By: Housing Division

E.     The Litigation Coordinator is responsible for monitoring this procedure for compliance with Coleman Court Mandates.

## V.    METHODS:

### A.    USE OF THE GUARD ONE ROUNDS TRACKER

Officers shall conduct Security/Welfare Checks on ALL inmates in ASU at staggered intervals twice an hour, not to exceed 35 minutes between checks. However, it is recommended officers should make all reasonable efforts to not exceed 30 minute intervals. The aforementioned guideline of 30 minutes will ensure consistency in the Security/Welfare Checks. Staggered means checks are to be conducted at unannounced and irregular intervals so they are unpredictable to the inmate population. Any disruptions to the Security/Welfare Checks shall be documented in the ASU Isolation Logbook. The PIPE captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the PIPE to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time. Officers shall conduct a final Security/Welfare Check 15 minutes prior to any shift change and no later than 15 minutes after the beginning of the shift change. Additionally, it is recommended the relieving Officers conduct a Security/Welfare Check after relieving the previous officer, i.e. Conduct a Security/Welfare Check at the top of the hour.

### B.    FIRST WATCH PIPE

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not omit an audible beep during use and only flashes a red Light Emitting Diode (LED). Officers conducting Security/Welfare Checks using the First Watch PIPE must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The First Watch PIPE shall be marked identifying it as equipment for First Watch use only. If the First Watch PIPE is not available then an audible alternate PIPE shall be utilized.

### C.    INTERNET PROTOCOL DOWNLOAD AND ASU SUPERVISORY REVIEW

At the completion of each shift the officer conducting the Security/Welfare Check will insert the PIPE into the Internet Protocol (IP) Downloader located in the Unit/Program Office for the unit supervisor's review. Once the IP download has been completed, the unit supervisor shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

4

Valley State Prison
OP 10252, Administrative Segregation Unit Security/Welfare Checks
Revised: May 2020
By: Housing Division

After the review, the unit supervisor shall print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the custody supervisor shall appropriately address any deficiencies with staff prior to the end of shift.

### D. EQUIPMENT MALFUNCTION

In the event the Guard One Rounds Tracker software or equipment is not functioning properly staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet (Attachment A).

### E. INMATE REMOVAL FROM CELL

During times when an inmate is out of his assigned cell for yard, classification committee, appointments, visiting, etc., the assigned officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

### F. VACANT CELL

Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

### G. TRAINING

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

### H. RECORDS RETENTION

Institutions shall retain the Guard One Rounds Tracker Report for a minimum of three (3) years at the institution, and an additional four (4) years in the departmental records retention.


**R. FISHER, JR.**
Warden
Valley State Prison

Date  6-19-2020

5

ATTACHMENT A

| SECURITY/WELFARE CHECK MANUAL TRACKING SHEET | | | |
|---|---|---|---|

INSTITUTION:_____   FACILITY:_____

HOUSING UNIT:_____ _____   DATE:_____   WATCH:   1ST   2ND   3RD

LOWER BED:_____   UPPER BED:_____

**INSTRUCTIONS: COMPLETE 2 SECURITY/WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT TO EXCEED 35 MINUTES**

(A "Security/Welfare Check" is defined as a personal observation by correctional officers of the welfare of the inmate and the security of the cell of inmates housed in an ASU, PSU, SHU or Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.)

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURE | COMMENTS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Supervisor Name (print) | (signature) | (date) |
|---|---|---|

# Exhibit L

STATE OF CALIFORNIA—HEALTH AND ADULT CORRECTIONS AGENCY                    GAVIN NEWSOM, Governor

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## DEUEL VOCATIONAL INSTITUTION

P.O. BOX 400
TRACY, CA 95378-0400
(209) 835-4141



# DECLARATION OF CUSTODIAN OF RECORDS

The California Department of Corrections and Rehabilitation (CDCR) at Deuel Vocational Institution (DVI) employs me, John Pedroso, in the capacity of Facility Captain. I am the duly authorized custodian of records for DVI and I have the authority to certify such records. The address for my place of business is Deuel Vocational Facility Captain, P.O. Box 400, Tracy, CA 95304-0400.

I declare, verified by my signature below, the documents attached hereto are true and correct copies of documents requested by the Attorney General's Office pertaining to any memos/OP's regarding the use of Guard One at DVI and are maintained in the regular course of business by the CDCR at this institution.

I declare that I am competent to testify as a witness, that the foregoing is true and correct and based on information on my personal knowledge, except for those statements based on information and belief, and as to those statements I believe them to be true, and that if called as a witness, I would so testify.

I declare under the penalty of perjury under the laws of The State of California that the foregoing is true and correct.

Executed on July 10, 2020, at Deuel Vocational Institution, Tracy, California.

John Pedroso
Facility Captain
Deuel Vocational Institution

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date  :  May 9, 2014

To  :  Associate Directors, Division of Adult Institutions
Wardens

Subject  :  **SECURITY/WELFARE CHECK PROCEDURE UTILIZING THE GUARD ONE SYSTEM TO SUPERSEDE ADMINISTRATIVE SEGREGATION UNIT WELFARE CHECK AND SECURITY/CUSTODY ROUNDS IN SPECIALIZED HOUSING PROCEDURES**

The purpose of this memorandum is to modify current Security/Welfare Check procedures for **all** inmates housed in Administrative Segregation Units (ASU), Psychiatric Services Units (PSU), Security Housing Units (SHU), and Condemned Housing Units, which utilize or will be utilizing the Guard One electronic monitoring system. In furtherance of the California Department of Corrections and Rehabilitation's continued efforts to reduce inmate suicides, the Department has determined both the ASU Welfare Check and Security/Custody Rounds will be combined into one Security/Welfare Check Procedure.

The Security/Welfare Check procedures presented herein will supersede ASU Welfare Check and Security/Custody Rounds in Specialized Housing Procedures as directed in memorandums dated: May 28, 2013, titled, "Revised Administrative Segregation Unit Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing" and July 3, 2013, titled, "Implementation of the Administrative Segregation Unit Welfare Check Procedures Utilizing the Guard One System."

A "Security/Welfare Check" shall be defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, PSU, SHU, and Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior. The Security/Welfare Check shall be conducted on **all** inmates housed in ASU, PSU, SHU, and Condemned Housing Units.

The following are custody staff responsibilities for conducting Security/Welfare Checks utilizing the Guard One System:

1. Correctional officers shall use the Guard One PIPE to record all Security/Welfare Checks conducted on **all** inmates housed in ASU, PSU, SHU, and Condemned Housing. This will be accomplished by touching the PIPE to each cell front button. This will capture the time and location that the Security/Welfare Check was conducted. **Note: Staff shall no longer capture the inmates' in-cell activity via the wallet and activity buttons under this modified procedure.**

Associate Directors, Division of Adult Institutions
Wardens
Page 2

2. Correctional officers shall conduct Security/Welfare Checks on all inmates in the aforementioned housing units at staggered intervals twice an hour, not to exceed 35 minutes between checks. Staggered means checks are to be conducted at unannounced and irregular intervals so that they are unpredictable to the inmate population. Disruptions of Security/Welfare Checks shall be documented in the ASU, PSU, SHU, and Condemned Housing Unit Isolation log book.

3. During First Watch hours, correctional officers shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not omit an audible beep during use only flashing a red Light Omitting Diode (LED). The First Watch PIPE shall be marked identifying it as equipment for First Watch use only.

4. During times when inmates housed in ASU, PSU, SHU, and Condemned Housing Units are out of their assigned cell for (yard, classification committee, appointments, visiting, etc.), correctional officers are required to conduct a Security/Welfare Check looking for damage and potential security concerns to that inmate(s) cell. Under this procedure correctional officers are not expected to conduct Security/Welfare Checks on ASU, PSU, SHU, and Condemned cells that have no inmates assigned to them.

5. At the completion of each shift the correctional officer(s) tasked with completing the Security/Welfare Check shall insert the PIPE into the Internet Protocol (IP) Downloader. Once the IP download has been completed, the unit supervisor shall review all the Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review shall ensure all Security/Welfare Checks have been completed at least two times an hour at staggered intervals not to exceed 35 minutes between checks.

6. As part of the review, the unit supervisor will print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the housing unit supervisor shall provide appropriate corrective action with staff prior to the end of the shift.

7. Institutions shall retain the original, signed, Guard One Rounds Tracker Report for a minimum of three years at the institution, and an additional four years in departmental records retention.

8. In the event the Guard One electronic monitoring system is inoperable, staff shall use the Security/Welfare Check Manual Tracking Sheet (Attachment A) to document the required checks. Once the Guard One System is fully operational staff shall resume the methods as described above for the Guard One System. The records retention schedule for the Security/Welfare Check Form will be the same as for the Guard One Rounds Tracker Reports.

Associate Directors, Division of Adult Institutions
Wardens
Page 3

9. Based on their unique design and programs, California State Prison, San Quentin's North Segregation and Central California Women's Facility Condemned Housing Units shall only conduct Security/Welfare Checks during First Watch.

All custody staff tasked with conducting and reviewing Security/Welfare Checks shall receive documented on-the-job training regarding the implementation of the Security/Welfare Check procedure utilizing the Guard One System. An In-Service Training Code will be provided in a subsequent email. An updated sample Operating Procedure (OP) is attached for your convenience to assist with incorporating the revised Security/Welfare Check Procedure utilizing the Guard One System into your local OP. This revision(s) may be a supplement to be included in the next scheduled revision of the impacted document. Please provide verification of completion of training and the update to your institution OP via memorandum to your respective Mission Associate Director and a copy to Thomas Tyler, Captain, Audits and Litigation Unit, Division of Adult Institutions within 30 calendar days from the date of issuance of this memorandum.

If you have any questions regarding this procedure, please contact Captain Thomas Tyler at (916) 324-7956.

M. D. STAINER
Director
Division of Adult Institutions

Attachments

cc: Kathleen Allison
    Kelly Harrington
    Tim Virga
    Thomas Tyler

SECURITY/WELFARE CHECK PROCEDURE GUIDELINE

**Operating Procedure**

I.   **PLAN TITLE AND NUMBER:**

    A.   Security/Welfare Check Procedure

II.   **PURPOSE AND OBJECTIVE:**

The purpose of this procedure is to establish specific security and operational guidelines for Security/Welfare Checks, to ensure operational compliance with the Department Operations Manual (DOM), the California Code of Regulations, Title 15 and Coleman court mandates.

The objective of this procedure is to set the guidelines for the Security/Welfare Checks of **all** inmates placed in Administrative Segregation Housing Units (ASU), Security Housing Units (SHU), Psychiatric Services Housing Units (PSU) and Condemned Housing Units.

A Security/Welfare Check is defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, PSU, SHU, or Condemned Housing Unit to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

The overall focus of this procedure is to outline the requirement of the Security/Welfare Checks System utilizing the Guard One Rounds Tracker "PIPE" System.

III.   **REFERENCES:**

    A.   DOM Section 52080.24 - Administrative Segregation

    B.   May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", signed by Michael Stainer, Director, Division of Adult Institutions.

IV.   **APPROVAL AND REVIEW:**

This procedure will be reviewed annually and will be submitted to the Warden for final approval.

Date of last revision:

**RESPONSIBILITY:**

Security/Welfare Check Procedure Guideline
Page 2

A.   The Warden has the overall managerial responsibility for the operation of this procedure.

B.   The Chief Deputy Warden has the overall functional responsibility for the operation of this procedure.

C.   The Associate Warden of Housing is responsible for the application of this procedure in the ASU, PSU, SHU and Condemned Housing Unit.

D.   The Captain(s) in charge of any ASU, PSU, SHU and Condemned Housing Unit Units are responsible for ensuring procedural adherence.

E.   The Litigation Coordinator is responsible for monitoring this procedure for compliance with Coleman Court Mandates.

## V.   METHODS:

### Use of the Guard One Rounds Tracker

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the "PIPE" to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log book.

### First Watch PIPE

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Omitting Diode (LED). Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

### Inmate Removal from Cell

During times when an inmate is out of his/her assigned cell for (yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

Security/Welfare Check Procedure Guideline
Page 3

Vacant Cells

Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

Internet Protocol Download and Unit Supervisor Review:

At the completion of each shift the officer conducting the Security/Welfare Check will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the Unit/Program Office for the unit supervisor's review. Once the IP download has been completed, the unit supervisor shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the unit supervisor shall print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the custody supervisor shall appropriately address any deficiencies with staff prior to the end of shift.

Training

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

Equipment Malfunction:

In the event the Guard One Rounds Tracker software or equipment is not functioning properly staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet (Attachment-A).

Warden _____    _____ Date

## ATTACHMENT A

| SECURITY/WELFARE CHECK MANUAL TRACKING SHEET |
|---|

INSTITUTION:_____    FACILITY:_____

HOUSING UNIT:_____    DATE:_____    WATCH:    1ST    2ND    3RD

LOWER BED:_____    UPPER BED:_____

**INSTRUCTIONS: COMPLETE TWO SECURITY/WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT TO EXCEED 35 MINUTES A CHECK**

A  Security/Welfare Check  shall be defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, PSU, SHU or Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior. The Security/Welfare Check shall be conducted on all inmates housed in ASU, PSU, SHU and Condemned Housing Units.

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURE | COMMENTS |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Supervisor Name (print)**          **(signature)**          **(date)**

# Exhibit M

DIVISION OF ADULT INSTITUTIONS
**FOLSOM STATE PRISON**
PO Box 910
Represa, CA 95671



### DECLARATION OF CUSTODIAN OF RECORDS
Department of Corrections and Rehabilitation (CDCR)

I, Nikki Peterson, hereby declare:

I am the duly authorized custodian of records and/or other qualified witness for the above named entity. As such, I have the authority to certify these documents as true and correct. Alexandra Gottlieb, Senior Legal Analyst, Office of Attorney General, requested these documents via email. Case No. 2:90-CV-00520 KJM-DN. The request was for any memos or operational procedures regarding the Guard One procedures at Folsom State Prison. The requestor was provided with Folsom State Prison's Operational Procedure # 11.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Executed at Folsom, California on the 9th day of July 2020.

Nikki Peterson
Folsom State Prison
Litigation Coordinator

**FOLSOM STATE PRISON**
**OPERATIONAL PROCEDURE**

**March 2020**

## I.     OPERATIONAL PROCEDURE #11

Administrative Segregation Unit (ASU)

## II.    PURPOSE AND OBJECTIVES

The purpose of this procedure is to establish specific informational guidelines for the operation of the ASU.  The ASU provides segregated housing for inmates classified as a threat to their own safety, the safety of others, the security of the institution, or for inmates who jeopardize the integrity of an investigation into alleged serious misconduct or criminal activities.

## III.   REFERENCES

Penal Code Section 830; Department Operations Manual (DOM) Sections 52080.24 through 52080.35, 55050.20, 62010.8 through 62010.8.2, and 62050.10 through 62050.10.7; California Code of Regulations (CCR), Title 15, Division 3, Sections 3291(b), 3310 through 3345; Local Operational Procedures (LOP) #92 and LOP #119(O); Armstrong v. Davis; Court Ordered Remedial Plan; Coleman v. Davis; Plata v. Davis; and Clark v. Davis;   October 2, 2006, Memorandum, "Plan to Reduce Suicide Risk in Administrative Segregation Units" authored by, Peter Farber-Szekrenyi, DR. P.H., Division of Adult Institutions (DAI); October 16, 2006, Memorandum, "Expectations Regarding Administrative Segregation and Suicide Prevention", authored by, John Dovey, Director, DAI; May 9, 2014 Memorandum,  "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", authored by M. D. Stainer, Director, DAI; January 27, 2016 Memorandum, "Amended - Revision of Mental Health Crisis Bed Discharge Custody Checks Policy", authored by Kathleen Allison, Director, DAI, Katherine Tebrock, Deputy Director, Statewide Mental Health Program and Jane Robinson, Deputy Director (A), Statewide Chief Nurse Executive, Nursing Services Branch; Memorandum dated, May 9, 2016, Allowable Property for Inmates Placed In Administrative Segregation, authored by Kathleen Allison, Director, DAI; Memorandum, Introduction of the Administrative Segregation Unit Expedited Review Trial Implementation, authored by Kathleen Allison, Director, DAI

## IV.    APPROVAL AND REVIEW

This procedure will be reviewed annually in March by the Associate Warden, Operations (AWO) and submitted to the Warden for final approval.

## V.     RESPONSIBILITY

The AWO and the Custody Captain are responsible for the administrative oversight and overall compliance with this policy.

The ASU Correctional Lieutenants and Sergeants are responsible for managing and supervising the day-to-day ASU program and operation.  The Litigation Coordinator is responsible for monitoring this procedure for compliance with Coleman Court Mandates.

and Reception Center Re-Admission Summary (CDC 816)

h. All CDC 128Cs, which document mental, medical, or physical health concerns

i. Information in the confidential folder found in SOMS/ERMS

j. The inmate's input regarding cell status and yard placement (Yard assignments will be determined by the ICC)

k. The reviewing Captain shall determine the need for a staff assistant or investigative employee and note the reasons for the assignment

l. The reviewing Captain rendering a decision shall document the conclusions on the ASU Placement Notice and CDC 114-A and shall note any information that may affect the housing decision. The reviewing Captain shall print and sign their name legibly, noting the title, date and time of review.

m. In the event the reviewing Captain determines ASU placement is not warranted, they shall conduct the ASU Placement Notice hearing and release the inmate back to the general population or orientation status (if applicable). This hearing shall be documented within the "Decision" section of the ASU Placement Notice, with a specific reason for release and a copy to the inmate. A CDC 128-B1 - Notice of Classification Hearing, will be completed and given to the Unit Sergeant for distribution.

### E.    Use of the Guard One Rounds Tracker

This section outlines the requirement of the ASU Welfare/Security Check Procedure utilizing the Guard One Rounds Tracker "PIPE" System.

A Security/Welfare Check is defined as a personal observation by a Correctional Officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

Use of the Guard One Rounds Tracker

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each occupied cell, twice an hour not to exceed 35 minutes between checks. The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the "PIPE" to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the Housing Unit isolation log book.

First Watch PIPE

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Emitting Diode (LED). Officers

conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

Inmate Removal from Cell

During times when an inmate is out of their assigned cell for (yard, classification committee, appointments, visiting, etc.) the assigned Correctional Officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

Internet Protocol Download and Unit Supervisor Review

At the completion of each shift, the Officer conducting the Security/Welfare Check will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the Unit/Program Office for the unit supervisor's review. Once the IP download has been completed, the unit supervisor shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the unit supervisor shall print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review; the custody supervisor shall appropriately address any deficiencies with staff prior to the end of shift, which will require a memorandum from the ASU Lieutenant.

Training

The unit supervisor shall ensure all Officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

Equipment Malfunction

In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet (Attachment A).

**F.    Committees**

ICC is scheduled every Thursday and is chaired by the Warden or designee. Initial placement reviews shall be conducted within ten days of the inmate's initial ASU placement, except when a continuing State of Emergency exists within the institution as described in CCR, Title 15, Section 3383. In a State of Emergency, the hearing shall be held as soon as it is safe and practical to do so.

ICC is responsible for initial ASU reviews and determines if the inmate will be released or retained. ICC will determine visiting requirements. It is ICC's responsibility to

## AB.    Training and Drills

Training of all custody staff will be completed through the In-Service Training (IST) program or On-The-Job-Training (OJT) by the ASU Sergeant.

Monthly Medical Emergency Response Drills:

Monthly Medical Emergency Response Drills will be conducted on all Watches in ASU. Training of all custody/medical staff will be completed through the IST program or OJT by the ASU Sergeant. The drill will be accomplished under the direction of the ASU Lieutenant and First Watch, Watch Commander. Staff participating in the Monthly Medical Emergency Response Drills will complete an IST sign-in sheet. The training is to emphasize custody and medical roles in response to medical emergencies. The drills are to include regularly assigned ASU Custody and Medical staff and shall be varied (i.e. in January, an inmate attempting to hang himself; in February, response to a cell with an inmate with self-inflicted wounds).

The AWO will ensure compliance with this process, submit a memorandum for the Warden's signature which will be uploaded to SharePoint by the fifth day of the following month along with a copy of the IST sign-in sheet.


J. TUGGLE
Associate Warden, Operations (A)

Date


RICK M. HILL
Warden

Feb. 6, 2020
Date


ATTACHMENTS:
Attachment A – Security /Welfare Manual Tracking Sheet
Attachment B – CDCR Form 22 - Inmate/Parolee Request for Interview, Item or Service
Attachment C – CDC 193 - Trust Account Withdrawal Form

# Exhibit N

**DIVISION OF ADULT INSTITUTIONS**
**HIGH DESERT STATE PRISON**
P.O. Box 270220
Susanville, CA 96127-0750



# DECLARATION OF RECORDS

I, **Joni Quam**, declare as follows:

I am a Correctional Counselor II employed by the California Department of Corrections and Rehabilitation at High Desert State Prison in Susanville, California, and currently assigned as the Litigation Coordinator. In this capacity I am a duly authorized to respond to requests for records maintained by the California Department of Corrections and Rehabilitation and High Desert State Prison.

The documents attached hereto are true and correct copies of documents that I gathered from the prison records as requested in the Document Request, dated July 7, 2020, from the Office of Attorney General; In re Coleman vs Newsom, United States District Court, Eastern District of California case no: 2:90-CV-00520 KJM-DB (PC) which are maintained in the regular course of business by the California Department of Corrections and Rehabilitation.

I declare under penalty of perjury that I am competent to testify as a witness, that the foregoing is true and correct and based on my personal knowledge except for those statements based on information and belief, and as to those statements I believe them to be true, and that if called as a witness, I would so testify.

Executed at High Desert State Prison, Susanville, California, on this <u>8th day of July 2020.</u>

_____
Joni Quam
HDSP Litigation Coordinator

<u>7-8-2020</u>
DATE

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

# HIGH DESERT STATE PRISON

OPERATIONAL PROCEDURE

## ~ 500 ~

### SHORT TERM RESTRICTED HOUSING
### SECURITY/WELFARE CHECK

## I.  PURPOSE AND OBJECTIVE

The purpose of this procedure is to establish specific security and operational guidelines for the Short Term Restricted Housing (STRH) Unit Security/Welfare Check System, to ensure operational compliance with the California Code of Regulations, Title 15, the Department Operations Manual (DOM), and the Mental Health Services Delivery System Program Guide, 2009 Revision.

The objective of this procedure is to set the guidelines for the STRH Unit Security/Welfare Checks of all inmates placed in STRH. The purpose of the STRH Security/Welfare Check is to reduce the opportunities an inmate has to commit acts of self-harm. Security/Welfare Checks are the personal observations by Correctional Officers of inmates recently placed into STRH. These checks are to be completed twice an hour at staggered intervals not to exceed 35 minutes between checks.

The overall focus of this procedure is to outline the requirement of the STRH Unit Security/Welfare Check System utilizing the Guard One Rounds Tracker System (PIPE).

## II.  REFERENCES

1. DOM Section 52080.24, AD-SEG
2. Memorandum - May 9, 2014 - Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedure - signed by Michael Stainer, Director, Division of Adult Institutions

## III.  REVIEW AND APPROVAL

This procedure will be reviewed and updated annually in the month of July by the Associate Warden of Complex II, and submitted via the Chief Deputy Warden (CDW) to the Warden for final approval.

Date of last review: July 23, 2018

## IV.  RESPONSIBILITY

The Warden has overall managerial responsibility, while the CDW has the overall functional responsibility for the operation of this procedure. The Associate Warden of Complex II is responsible for the application of this procedure and the Facility *C* Captain is responsible for ensuring procedural adherence in the STRH Unit.

The Litigation Coordinator is responsible for monitoring this procedure for compliance with Coleman Court Mandates.

V.   METHOD

A. USE OF THE GUARD ONE ROUNDS TRACKER

The following positions will be responsible for performing the Security/Welfare Checks with the PIPE and downloading the information into the Guard One Rounds tracking software installed on the designated computer in the STRH Unit:

First Watch:   ~~191701 - STRH/Z-Unit Floor Officer #1~~
               *171701 - STRH/Z-Unit Floor Officer 1*

Second Watch: ~~291702 - STRH/Z-Unit Floor Officer #1~~
               *271702 - STRH/Z-Unit Floor Officer 2*

Third Watch:   ~~391701 - STRH/Z-Unit Floor Officer #1~~
               *371701 - STRH/Z-Unit Floor Officer 1*

Officers will use the PIPE to record all STRH Unit Security/Welfare Checks. The PIPE will capture two levels of information; time and location. The officer will touch the PIPE to each button which is affixed to each cell door in the STRH Unit. Once a successful connection is established, the PIPE will emit a sound (except first watch) and a small Light Emitting Diode (LED) light will be lit on the PIPE confirming the button was read. This will electronically record the officer was at a specific cell, at a specific time. The battery power from the PIPE energizes the ibutton for an instant to capture a time and location.

B. ACTIVITY CAPTURE

1. Use of the PIPE

Officers will use the PIPE to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour at staggered intervals not to exceed 35 minutes between checks. The PIPE captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the PIPE to each button which is affixed to each cell in the unit. This will electronically validate the officer was at this specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the Housing Unit Isolation Log Book.

2. First Watch PIPE

During first watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not omit an audible beep during use and only flashes a red LED. Officers conducting Security/Welfare Checks using the First Watch PIPE must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The First Watch PIPE shall be marked, identifying it as equipment for first watch use only.

3. Inmate Removal from Cell

During times when an inmate is out of his/her assigned cell for yard, classification committee, appointments, visiting, etc., the assigned officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns in that inmate's cell.

4. Vacant Cells

Under this procedure officers are required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

5. Internet Protocol (IP) Download and Unit Supervisor Review

At the completion of each shift, the officer conducting the Security/Welfare Check will insert the PIPE into the IP downloader located in the Unit/Program Office for the Unit Supervisor's review. Once the IP download has been completed, the Unit Supervisor shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals, not to exceeding 35 minutes between checks.

After the review, the Unit Supervisor shall print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the custody supervisor shall appropriately address any deficiencies with staff prior to the end of shift.

The reports from all three shifts will be collected and forwarded to the Litigation Coordinator weekly. These reports shall be retained in accordance to the department's records retention policy.

C. TRAINING

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

D. EQUIPMENT MALFUNCTION

In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System, staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet (Attachment A).

The following positions will be responsible for documenting the inmate's disposition on the Security/Welfare Check Manual Tracking Sheet:

First Watch:      ~~191701 - STRH/Z-Unit Floor Officer #1~~
                  *171701 - STRH/Z-Unit Floor Officer 1*

Second Watch:    ~~291702 - STRH/Z-Unit Floor Officer #1~~
                  *271702 - STRH/Z-Unit Floor Officer 2*

Third Watch:     ~~391701 - STRH/Z-Unit Floor Officer #1~~
                  *371701 - STRH/Z-Unit Floor Officer 1*

The following are critical responsibilities related to completion of the manual STRH Unit Security/Welfare Checks:

1. Designated staff shall initiate a Security/Welfare Manual Tracking Sheet at the beginning of their shift by filling out the top of the form with identifying information; and printing, signing, and initialing the bottom of the form.

2. Designated staff shall complete the Security/Welfare checks twice per hour, at staggered intervals not exceeding 35 minutes.

3. During each Security/Welfare Check, the assigned staff member shall enter their initials in the appropriate column and note the time and inmate's behavior under Staff Observations, correlating the entry to the numbered activities listed on the form.

4. STRH custody supervisors shall review and sign the Security/Welfare Check Manual Tracking Sheet, indicating it has been completed and reviewed at the end of each shift. The Facility C Sergeant, Outside Patrol Sergeant, or the Watch Commander will be responsible to review and sign for first watch checks.

5. STRH custody supervisors shall provide appropriate training relative to any discrepancies noted on the completed Security/Welfare Check Manual Tracking Sheet prior to the end of shift. For example, training shall be provided if the form is incomplete, completed early, not completed timely, or if less than two checks per hour were completed or check times were not staggered.

6. The institution shall retain the original completed Security/Welfare Check Manual Tracking Sheets for a minimum of three years at the institution, and an additional four years in departmental records retention.

7. Each completed Security/Welfare Check Manual Tracking Sheet shall be collected and forwarded to the Litigation Coordinator's office at the end of third watch every Monday, for final review.

VI.   **ATTACHMENTS**

Attachment A - Security/Welfare Check Manual Tracking Sheet

M. E. SPEARMAN
Warden

Date  7-15-19

500 - Attachment A

## SECURITY/WELFARE CHECK MANUAL TRACKING SHEET

INSTITUTION: _____   FACILITY: _____

HOUSING UNIT: _____   DATE: _____   WATCH:   1ST   2ND   3RD

LOWER BED: _____   UPPER BED: _____

INSTRUCTIONS: COMPLETE 2 SECURITY/WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT TO EXCEED 35 MINUTES

(A "Security/Welfare Check" is defined as a personal observation by correctional officers of the welfare of the inmate and the security of the cell of inmates housed in an ASU, PSU, SHU or Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.)

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURE | COMMENTS |
|------|---------------------------|--------------------------|----------|
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |

Supervisor Name (print) _____   (signature) _____   (date) _____

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**

# HIGH DESERT STATE PRISON

# LOCAL OPERATIONAL PROCEDURE

# ~ 525 ~

## SHORT TERM RESTRICTED HOUSING

*Revised: February 3, 2020*

## I.  PURPOSE AND OBJECTIVE

The purpose of this procedure is to establish specific security and operational guidelines for the Short Term Restricted Housing (STRH) and STRH overflow, and to ensure operational compliance with the California Code of Regulations (CCR), Title 15; Department Operations Manual (DOM); and departmental directives.

The objective of this procedure is to provide safe and secure segregated housing for inmates classified as an immediate threat to safety and security of the institution, the inmates' own safety, the safety of others, or those who may jeopardize the integrity of an investigation into alleged serious misconduct or criminal activities.

This procedure will identify the appropriate housing for each of the different classifications of inmates being housed in administrative segregation/STRH, and outline the specific terminology and definitions of these terms.

## II.  REFERENCES

1. California Penal Code Section 2651
2. CCR Title 15, Section 3275 through 3345
3. DOM, Chapter 1, Article 18, Legal Matters, Section 14010.12
4. DOM, Chapter 3, Article 21, Uniforms/Employee Grooming Standards
5. DOM, Chapter 5, Article 2, Use of Force
6. DOM, Chapter 5, Article 18, Tool Control
7. DOM, Chapter 5, Article 41, Inmate Mail, Section 54010.3
8. DOM, Chapter 6, Article 9, Special Placements
9. DOM, Chapter 10, Article 12, Library and Law Library
10. Memorandum - dated September 29, 2010 - Administrative Segregation Unit Intake Cell Procedure - signed by George J. Giurbino, Director, Division of Adult Institutions (DAI)
11. Memorandum - dated October 30, 2015 - Revised Administrative Segregation Unit Intake Cell Procedure - signed by Kelly Harrington, Director, DAI
12. Local Operational Procedure (LOP) 500 - Short Term Restricted Housing, Security/Welfare Checks
13. LOP 502 - Inmate Celling for Short Term Restricted Housing, Orientation and General Population

body search; refer to DOM Section 52050.16.5, for proper procedure on unclothed body searches. The inmate will then be screened with a hand-held metal detector. All state-issued clothing, including shoes, will be returned to the laundry. The inmate will not have any personal clothing on when escorted to the STRH Unit from the sending facility. Any exceptions require prior approval by the Z Unit Program Lieutenant or designee. The only jewelry the inmate will be allowed to retain is a wedding band. Inmates with braids or finger waves must remove them and run their fingers through their hair.

Prior to housing, STRH staff will provide the inmate an issue of state clothing and an initial issue of personal hygiene items and bedding. The inmate's assigned cell will be searched and inspected by STRH staff prior to occupancy, and the search documented. The inmate is to sign a cell inspection form indicating that everything is in working order.

All inmates placed in STRH will have a placard (Attachment E) on their cell door front with the word INTAKE written on it. This placard will remain on the cell door for the initial 21 days of placement.

## I.   GUARD ONE TRACKING SYSTEM

1. Use of the Guard One Rounds Tracker

   Officers will use the Guard One Rounds Tracker (PIPE) to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. The PIPE captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the PIPE to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time.

   Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log book.

   A mental health staff member, usually a PT - or trained RN, will use the PIPE to digitally track clinical rounds in locked units. The assigned PT shall conduct daily clinical rounds within the MHSDS requirements. Clinical rounds are required for all inmates in locked units. The ID button will indicate which post number completed the clinical round. The PIPE captures the time and location the clinical round was conducted.

2. First Watch PIPE

   During first watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced first watch PIPE. The first watch PIPE does not omit an audible beep during use and only flashes a red Light Emitting Diode (LED). Officers conducting Security/Welfare Checks using the first watch PIPE must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The first watch PIPE shall be marked identifying it as equipment for first watch use only.

3. Inmate Removal from Cell

   During times when an inmate is out of his/her assigned cell (i.e., yard,

classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks, looking for damage and potential security concerns to the inmate's assigned cell.

4. Vacant Cells

Under this procedure, officers are required to conduct Security/Welfare Checks on cells where there are no inmates assigned.

5. Internet Protocol Download and Unit Supervisor Review

At the completion of each shift the officer conducting the Security/Welfare Check will insert the PIPE into the Internet Protocol (IP) Downloader located in the unit/program office for the unit supervisor's review. Once the IP download has been completed, the unit supervisor shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the unit supervisor shall print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the custody supervisor shall appropriately address the deficiencies with staff prior to the end of shift.

6. Training

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

7. Equipment Malfunction

In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System, staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual method detailed on the Security/Welfare Check Manual Tracking Sheet (Attachment A to local OP 500).

Refer to LOP 500 for detailed information regarding this process.

J.    **SEGREGATION RECORDS**

All segregation records are legal documents. Accuracy in maintaining these records is imperative. Staff members recording information on these documents must write legibly and sign their first initial and full last name. The CDC Form 114-A and CDC Form 114-A1 shall be maintained by all staff assigned to STRH.

1. CDC Form 114, Isolation Log

Inmates arriving within STRH shall have their name, CDCR number, date and time of placement, and cell assignment neatly printed in the appropriate location on the unit's Isolation Log. All inmate movement shall be recorded on the Isolation Log. This includes escorts to health care services, visiting, or inter-unit cell moves. The conducting of clinical rounds and collection of CDCR

Proof of practice shall be provided to the appropriate AD by each Warden, no later than close of business on the final day of each month, in the form of a memorandum confirming compliance.

The type of emergency addressed in each month's drill shall be varied (for example: January - response to a cell with an inmate attempting to hang himself; February - response to a shower with an inmate with self-inflicted cuts and threatening additional cutting; March - response to a holding cell with an unresponsive inmate, etc.). The rotation of monthly drill topics are outlined on the Short Term Restricted Housing Monthly Medical Emergency Response Drills schedule (Attachment P).

The training should be quality response training with emphasis placed on custody and medical roles in the response to medical emergencies. The training code for medical emergency response drills is BET 11053675.

## VI.    ATTACHMENTS

A - Non Disciplinary (NDS) Log
B - Loaner Program Agreement Chronos
C - Multi-Powered Radio / DNH/DPH Over-the-Ear Headphones Distribution Log
D - Short Term Restricted Housing Unit Placement Package Checklist
E - Intake Placard
F - Weekly Review of Inmate Segregation Profile/Record
G - Short Term Restricted Housing Supply Issuance Log
H - Laundry Roster - Z Unit
I - Laundry Roster - Facility D, Overflow
J - Non Disciplinary Segregation (NDS) Personal Property Matrix
K - Authorized STRH Personal Property
L - Authorized NDS STRH Personal Property
M - Non Disciplinary Segregation (NDS) Telephone Sign-Up List
N - Non Disciplinary Segregation (NDS) STRH Weekly Phone Tracking Log for D1/A Inmates
O - Non Disciplinary Segregation (NDS) STRH Monthly Phone Tracking Log for D1/B Inmates
P - Short Term Restricted Housing Monthly Medical Emergency Response Drills

J. PICKETT
Warden (A)

Date
2/3/20

TODD E. MURRAY, Psy.D
Chief Executive Officer

Date

# Exhibit O

**DIVISION OF ADULT INSTITUTIONS**
**PLEASANT VALLEY STATE PRISON**
P O Box 8500
Coalinga, California 93210-8500



July 09, 2020

Pleasant Valley State Prison
Post Office Box 8500
Coalinga, California 93210

## DECLARATION OF CUSTODIAN OF RECORDS
### Department of Corrections, Pleasant Valley State Prison

I, Linda M. Rangel, hereby declare

That I am the duly authorized custodian of records and/or other qualified witness for the above- named entity. As such, I have the authority to certify these records, Local Operations Procedure Title: Security/ Welfare Check Procedure dated May 2020, Memorandum dated May 09, 2014 and a Training Power Point, as true and correct. The duplicated or photocopied documents submitted herein are true copies of the records described in the subpoena duces tecum. The original records, of which copies are enclosed, were prepared by the personnel of this business/agency in the ordinary course of doing business at or near the time of the act, condition, or event of which they reflect.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Coalinga, California on this 9th day of July 2020.

Linda M. Rangel, CCII
Litigations Coordinator
Pleasant Valley State Prison

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**PLEASANT VALLEY STATE PRISON**
**COALINGA, CALIFORNIA**

**MAY 2020**

I.  **PLAN TITLE AND NUMBER:**

Operations Procedure Number:     405
Operations Procedure Tile:       Security/Welfare Check Procedure

II.  **PURPOSE AND OBJECTIVE:**

A.  The purpose of this procedure is to establish specific security and operational guidelines for Security/Welfare Checks, to ensure operational compliance with the Department Operations Manual (DOM), the California Code of Regulations, Title 15 and Coleman Court Mandates.

B.  The objective of this procedure is to set the guidelines for the Security/Welfare Checks of **all** inmates placed in Short-Term Restricted Housing (STRH) Units.

C.  A Security/Welfare Check is defined as a personal observation by a Correctional Officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an STRH Unit to include a visual/physical observation of a living, breathing inmate, free from visible injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

D.  The overall focus of this procedure is to outline the requirement for the Security/Welfare Checks System utilizing the Guard One Rounds Tracker "PIPE" System.

III.  **REFERENCES:**

A.  DOM, Section 52080.24 - Administrative Segregation

B.  May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures," signed by Michael Stainer, Director, Division of Adult Institutions.

C.  American Corrections Association Standard 4-4257, Supervision.

IV.  **APPROVAL AND REVIEW:**

A.  This procedure requires the approval of the Warden.

B.  This procedure will be reviewed annually, in May, by the Facility C Captain and Associate Warden (AW), Housing C/D/E/STRH/Equal Employment Opportunity (EEO).

   **LAST REVISION:**          May 2019

Operations Procedure Number 405
Security/Welfare Check Procedure Guideline
Page 2

V.    **RESPONSIBILITY:**

A.    The Warden has the ultimate responsibility for the implementation and operation of this procedure.

B.    The AW, Housing C/D/E/STRH/EEO, shall exercise administrative responsibility.

C.    The Facility C, Captain shall maintain functional responsibility of STRH.

D.    The STRH Sergeant and Lieutenant are responsible for the daily monitoring of compliance to the Welfare Checks and the Guard One Rounds Tracker on each Watch. The Captain, Central Operations, is responsible to monitor compliance for First Watch.

E.    The following Correctional Officer positions will have the responsibility for the Guard One Rounds Tracker Welfare Checks:

  •    First Watch – Floor Officer #1, Post # 192410
  •    Second Watch – Floor Officer #1, Post # 292411
  •    Third Watch – Floor Officer #1, Post # 392412

F.    The Litigation Coordinator is responsible for monitoring this procedure to ensure compliance with Coleman Court Mandates.

VI.    **METHODS:**

A.    **Use of the Guard One Rounds Tracker**

Floor Officer #1 is responsible for the Welfare Checks will chit-out the Guard One Rounds Tracker "PIPE" at the beginning of the shift for accountability purposes. Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks. The assigned officer shall conduct a Security/ Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. The "PIPE" captures two levels of information - the time the Security/ Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the "PIPE" to each button that is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time. **Staff shall observe and ensure the welfare of a living, breathing inmate, free from visible injury and shall inspect for damage or tampering to the cell.**

Disruptions to the Security/Welfare Checks shall be documented in the STRH Unit Isolation Logbook and notification shall promptly be made to the STRH Sergeant.

Operations Procedure Number 405
Security/Welfare Check Procedure Guideline
Page 3

B.    **First Watch PIPE**

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE." The "First Watch PIPE" does not emit an audible beep during use and only flashes a red Light Emitting Diode (LED). Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when performing their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

C.    **Inmate Removal from Cell**

During times when an inmate is out of his assigned cell such as yard, classification committee, appointments, and visiting, the assigned Correctional Officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

D.    **Vacant Cells**

Under this procedure, officers are not required to conduct Security/Welfare Checks on cells where there are no inmates assigned.

E.    **Internet Protocol Download and Unit Supervisor Review**

At the completion of each shift, the officer conducting the Security/Welfare Check will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the Unit/Program Office for the unit supervisor's review. Once the IP download has been completed, the unit supervisor shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated workstation. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

At the completion of each shift, the unit supervisor shall print the Guard One Rounds Tracker Report. Upon review, the unit supervisor and Security/Welfare Check Officer shall provide their signature noting date of review and any comments relative to Welfare Check discrepancies. The unit supervisor and the Security/Welfare Check Officer shall ensure any and all bed moves, intakes, kick outs, malfunctions and/or discrepancies which occurred during their shift, are noted on the Guard One print out next to the cell where the issue occurred. Should there be any discrepancies during this review, the custody supervisor shall appropriately address any deficiencies with staff prior to the end of shift and attach a copy of the In-Service Training Sheet (CDCR 844).

Operations Procedure Number 405
Security/Welfare Check Procedure Guideline
Page 4

F.   **Training**

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

G.   **Equipment Malfunction**

In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet **(Attachment A).**

In the event manual tracking is required due to equipment malfunction, there is a separate tracking sheet required for each inmate, each shift, and each day. The tracking sheet includes the time of the check, staff's initials and staff's observation of the inmate during the welfare check. Upon completion of each shift's observation period, the completed sheets shall be reviewed and signed by the STRH Supervisor. The STRH Welfare Tracking Sheets shall be forwarded daily to the Facility C Captain for initial review. The Captain will forward the STRH Welfare Tracking Sheets to the AW, Housing C/D/E/STRH/EEO, for review and filing.

Inmates housed at the Correctional Treatment Center (CTC) requiring Welfare Checks will not use the Guard One System, but will utilize the Security/Welfare Manual Tracking Sheets and forward them as noted above.

H.   **Extraordinary Circumstances**

Under extraordinary circumstances such as inmate/custody/medical/life threatening related emergencies, if there is an incident or event in STRH necessitating staff to miss a mandated welfare check outside the timeframes of the established operating procedure, a notation shall be made by supervisory staff into the STRH Unit Isolation Logbook noting the specific extraordinary circumstance causing staff to deviate from the procedure. Supervisors will ensure every effort is made to resume checks as soon as practical.

SCOTT FRAUENHEIM , cow 4
Warden                                    DATE   5/12/2020

Attachment A   Security/Welfare Check Manual Tracking Sheet

ATTACHMENT A

## SECURITY/WELFARE CHECK MANUAL TRACKING SHEET

INSTITUTION:_____    FACILITY:_____

HOUSING UNIT:_____    DATE:_____    WATCH:    1ST    2ND    3RD

LOWER BED:_____    UPPER BED:_____

INSTRUCTIONS: COMPLETE 2 SECURITY/WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT TO EXCEED 35 MINUTES

(A "Security/Welfare Check" is defined as a personal observation by correctional officers of the welfare of the inmate and the security of the cell of inmates housed in an ASU, STRH, PSU, SHU or Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.)

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURE | COMMENTS |
|------|---------------------------|--------------------------|----------|
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |

| Supervisor Name (print) | (signature) | (date) |
|-------------------------|-------------|--------|

# Exhibit P

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:       July 8, 2020

To:         Office of the Attorney General
            Department of Justice

From:       L. Garnica, CCII
            Litigation Coordinator
            Richard J. Donovan Correctional Facility

Subject:    **PRODUCTION OF RECORDS - LIPSEY (F18039)-COLEMAN, RALPH ET AL. V.
            GAVIN NEWSOM, ET AL. (CF1997CS0003)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION OF CUSTODIAN OF RECORDS

I am the Litigation Coordinator and duly authorized custodian of records for Richard
J. Donovan Correctional Facility. I have provided the Office of the Attorney General
the following records:

-   Operational Procedure #1 – Administrative Segregation Unit Procedures

-   May 9, 2014 Memorandum -  Implementation of the Security-Welfare
    Check Procedure Utilizing Guard One System

I declare under penalty of perjury that I am competent to testify as a witness, that the
forgoing is true and correct, based on my personal knowledge. I make the aforesaid
declarations under penalty of perjury, in the City of San Diego and the State of
California, on this 8th day of July 2020.


_Luis Garnica_
_____                          _____
        Signature                                       07/08/2020
                                                           Date



**RICHARD J. DONOVAN CORRECTIONAL FACILITY
AT ROCK MOUNTAIN
San Diego, California**

Date: March 2019

**I.    PLAN NUMBER & TITLE:**

Administrative Segregation Unit (ASU) Procedures
Operational Procedure #1

**Rev. 2/19    II.    PURPOSE AND OBJECTIVE:**

**A.** The purpose of this procedure is to establish specific security and operational guidelines for the Administrative Segregation Unit (ASU), **as well as to** ensure operational compliance with the Department Operations Manual (DOM) and the California Code of Regulations (CCR), Title 15, **Division 3**.

**B. The objective of this procedure is to provide safe and secure temporary segregated housing for inmates classified as a threat to the safety and security of the institution, present a threat to their own safety or the safety of others, or whose continued presence in the general inmate population would jeopardize the integrity of an investigation into alleged serious misconduct or criminal activity.**

**Rev. 2/19    III.    REFERENCES:**

A.    CCR, Title 15, **Division 3,** Sections **3004, 3005, 3006, 3011, 3017, 3030-3033,** 3044, 3045, **3045.1, 3045.3, 3050-3055,** 3060-**3064, 3084-3086, 3090-3095, 3120-3124, 3130-3147, 3160-3165, 3170-3182**, 3190-**3193**, 3191, **3220-3220.1,** 3268-**3268.3**, 3268.2, 3269-**3269.1, 3274, 3280, 3286, 3287, 3292, 3295-3296, 3300-3304, 3310-3326, 3335-3344, 3391-3395, 3397, 3400-3401.6, 3407, 3409, 3414, 3435**.

B.    DOM, Sections 32010.14.5, 33020, 51020, 51030, 52050, 52050, 52080, 54020.22, 54030, 55050, 55080 and 101120.

C.    CCR, Title 8, Section 5193, Bloodborne Pathogens.

D.    Operational Procedure (OP) #20, Dental Supplies (Dental Floss) for Indigent Inmate/Patients

E.    OP #80, Medication Management

F.    OP #84, Inmate Hunger Strike Procedures

G.    California Retail Food Code

H.    Inmate Medical Services Policies and Procedures

I.    California Department of Corrections and Rehabilitation (CDCR), Division of Correctional Health Care Services, Mental Health Services Delivery System (MHSDS) Program Guide, 2009 Revision.

J.    Memorandum dated April 24, 1996, authored by Kyle McKinsey and David Tristan regarding Mental Health Services in the ASU.

K.    Memorandum dated October 2, 2006, "*Plan to Reduce Suicides Risk in Administrative Segregation Units*," authored by John Dovey, Director, Division of Adult Institutions and Peter Farber-Szekrenyi, Dr. P.H., Director, Director, Correctional Health Services.

Operational Plan #1
Administrative Segregation Unit (ASU) Procedures
Page 16

**Rev. 2/19**

On a monthly basis, a certification memorandum (Attachment K) will be submitted **to the Warden or designee for review and forwarded to the** Associate Director by the fifth of every month. The certification memorandum will also reflect **that** a review of the weekly reports was completed by the Warden or their designee.

The memorandum will indicate weekly reviews of the CDCR 114-A and CDCR 114-A1 forms have been completed and all ASU inmates have been offered the minimally required program and/or services. The memorandum will also note any expectations or deficiencies identified by the ASU Sergeant, Lieutenant, and/or Facility **B** Captain.

H.    SECURITY/WELFARE CHECKS:

A "*Security/Welfare Check*" **is** defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell of inmates housed in **an** ASU. The **Security/W**elfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury, ensuring there is a clear and unobstructed view into the cell, looking for damage to the cell and/or signs of any misconduct or self-injurious behavior. **The Security/Welfare Check shall be conducted on all inmate housed in the ASU.**

**Security/Custody Rounds:**
**Custody staff assigned to the ASU on First, Second, and Third Watch shall complete security/custody rounds at least twice an hour, not to exceed 35-minutes between checks, to ensure all ASU inmates are accounted for, alive and breathing, within their assigned cells.**

Storage of the Guard One Rounds Tracker (PIPE):
The Guard One Rounds Tracker PIPE shall be stored in the docking station (*Internet Protocol [IP] downloaded*) when not in use. The docking station and PIPE are located within the ASU-6 and ASU-7. The docking station shall be plugged into a power source and network at all times.

Use of the Guard One Rounds Tracker (PIPE):
**The following are custody staff responsibilities for conducting Security/Welfare Checks utilizing the Guard One System:**

**1. A designated Correctional Officer shall use the Guard One PIPE to record all Security/Welfare Checks conducted on all inmates housed in ASU.** This will be accomplished by the officer touching the PIPE to each *ibutton* that has been affixed to each cell door within the ASU. It is not necessary to tap or hit the *ibutton* in a manner which disrupts the inmate population. **This will capture the time and location that the Security/Welfare Check was conducted.** Once a

Operational Plan #1
Administrative Segregation Unit (ASU) Procedures
Page 17

**Rev. 2/19**

successful connection is established, the PIPE will emit a sound and a small LED light will be lit on the PIPE, confirming the button was read. **The designated Correctional Officer will pay close attention to ensure they hear the sound and see the LED light.**

2. A designated **Correctional** Officer shall **conduct Security/Welfare Checks on all inmates in the ASU at staggered intervals twice an hour, not to exceed thirty-five (35) minutes between checks. Staggered means checks are to be conducted at unannounced and irregular intervals so that they are unpredictable to the inmate population. Disruptions of Security/Welfare Checks shall be documented in the ASU Isolation Logbook.**

3. **During First Watch hours, a designated Correctional Officer shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not omit an audible beep during use, only flashes a red light omitting diode (LED). The First Watch PIPE shall be marked, identifying it as equipment for First Watch use only. The designated First Watch Correctional Officer will pay close attention to ensure they see the LED light.**

4. **During times when inmates housed with the ASU are out of their assigned cell (*i.e., yard, ICC, appointments, visiting, etc.*), Correctional Officers are required to conduct a Security/Welfare Check looking for damage and potential security concerns to the inmate(s) cell. At the RJDCF, a**ll cells shall be inspected during this time to ensure there are no discrepancies; therefore, every cell, vacant or occupied, shall be recorded via the PIPE.

Designated Correctional Officer:
For accountability purposes, posts have been designated to perform the Welfare Checks. Refer to Attachment L for daily rotational schedule.

IP Download:
At the completion of each Welfare Check round, the officer will insert the PIPE into the docking station (IP downloader). Once a successful download is established, the PIPE will emit a sound and a small LED light will be lit on the PIPE, confirming the information has been downloaded. The PIPE shall remain in the docking station until the next welfare check round.

ASU Supervisory Review:
**Once the IP download has been completed, the ASU Sergeant shall review all the Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review shall ensure all Security/**

Operational Plan #1
Administrative Segregation Unit (ASU) Procedures
Page 18

Rev. 2/19

**Welfare Checks have been completed at least two times an hour at staggered intervals not to exceed 35-minutes between checks. The ASU Sergeant shall conduct an audit of the reports prior to the end of their shift.**

**As part of the review, the ASU Sergeant will print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review, the ASU Sergeant shall document on the report the reason for the discrepancy and/or circumstances, as well as providing the appropriate corrective action with staff prior to the end of the shift.**

**All** Tracker Reports shall be forwarded to the Facility B Captain at the end of **each** shift. Based on the absence of an ASU supervisor on First Watch, the Facility B Program Sergeant shall print and review the report. The Facility Captain shall review the reports for discrepancies, ensure completion of any corrective action, and maintain the Guard One reports in their office.

Equipment Malfunction:
**In the event the Guard One electronic monitoring system is inoperable, staff will immediately notify an ASU supervisor for follow-up. Staff shall immediately begin using the Security/Welfare Check Manual Tracking Sheet (Attachment M) to document the required checks. Once the Guard One System is fully operational, staff shall resume the methods as described above for the Guard One System. The records retention schedule for the Security/Welfare Check Form will be the same as for the Guard One Rounds Tracker Reports.**

For any technical assistance regarding the Guard One Rounds Tracker System, staff will contact Enterprise Information Services staff by submitting a Remedy Ticket.

Records Retention:
**Original, signed Guard One Rounds Tracker Reports shall be retained at the RJDCF for a minimum of three (3) years and an additional four (4) years in departmental records retention.**

I.    EMERGENCY MEDICAL REPONSE DRILLS:

Each Watch, every calendar month, **an ASU** Medical **Emergency** Response Drill shall be conducted within each ASU. Participants shall include the ASU supervisors, officers, and healthcare staff assigned to the unit. On First Watch, the participants shall include healthcare and custody staff assigned to Facility B (*Program Sergeant, Security & Patrol, and ASU staff*).

Operational Plan #1
Administrative Segregation Unit (ASU) Procedures
Page 67

**Rev. 2/19**                                         staff for the ASU.

LL.  <u>DAILY ACTIVITY REPORT</u>

The ASU Sergeant and Lieutenant will ensure a Daily Activity Report (DAR) is completed at the end of Second and Third Watch respectively (Attachment DD).  The DAR will reflect, at a minimum, the following information:

- Tray count (*beginning and ending*)
- Guard **One Tracker Rounds**
- Feeding (*beginning and ending*)
- Housing Unit clean-up
- Common Area Searches
- Cell searches **and results**
- Yard releases and recalls
- Showers
- Razor accountability
- Counts
- Reportable Incidents
- Heat Alerts

Additionally, any unusual occurrences shall be documented in order to capture any obstacles which may have prevented ASU staff **from** completing their daily tasks (*i.e.,* **Controlled Uses of Force, Immediate Extractions, etc**.).

_____                    4/8/19
PATRICK COVELLO                                    Date: _____
Warden (A)
Richard J. Donovan Correctional Facility

<u>Attachments:</u>

| | | |
|---|---|---|
| A | - | Living Quarters Agreement |
| B | - | ASU Mental Health Orientation Guide |
| C | - | Intake Placard (Pink) |
| D | - | ASU Document Folder |
| E | - | RJDCF Internal Movement Checklist |
| F | - | Inmate Segregation Record (CDC 114-A) |
| G | - | RJDCF Cell Search Record |
| H | - | Facility Captain's ASU Folder |
| I | - | ASU Kick-Out Chrono |
| J | - | Weekly Review of CDC 114-A |
| K | - | Monthly Certification Memo |

# Exhibit Q

## DECLARATION OF CUSTODIAN OF RECORDS

I, Robert DiFruscio, declare as follows:

I am employed by the California Department of Corrections and Rehabilitation at Salinas Valley State Prison, Soledad, California, as the Compliance Analyst. In this capacity, I am a duly authorized custodian of records for the Operational Procedures.

The Operational Procedure #59 Short Term Restricted Housing and Administrative Segregation Units is a true and correct copy that was made by a person with responsibility and authority to do so accurately during the course of business by the Department of Corrections at this institution.

I declare under penalty of perjury that I am competent to testify as a witness, that the foregoing is true and correct and that if called as a witness, I would so testify.

Executed on   July 9, 2020  at            Soledad        , California.

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                    GAVIN NEWSOM, GOVERNOR

DIVISION OF ADULT INSTITUTION
SALINAS VALLEY STATE PRISON
P.O. Box 1020
Soledad, CA 93960
(831) 678-5500



# OP 59 – Short Term Restricted Housing (STRH) and Administrative Segregation Units (ASU)

# 2020

| California<br>**Department of Corrections and Rehabilitation**<br>**Salinas Valley State Prison**<br>**OPERATIONAL**<br>**PROCEDURE**<br>**59** | Title:<br>**ADMINISTRATIVE SEGREGATION UNIT**<br>**D1 AND SHORT TERM RESTRICTED**<br>**HOUSING Z9** |
|---|---|
| | Developed:<br>**JULY 2015** |
| | Revised:<br>**JANUARY 2020** |

**59.8**
**SECURITY/**
**WELFARE CHECKS**

The officers will use the Guard One Rounds Tracker to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each cell, **twice an hour not to exceed 35 minutes between checks**. The tracker captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the tracker to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time.

**First Watch Guard One Tracker**
During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch tracker. The First Watch tracker does not emit an audible beep during use and only flashes a red Light Emitting Diode (LED). Officers conducting Security/Welfare Checks using the First Watch tracker must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The First Watch tracker shall be marked identifying it as equipment for First Watch use only.

**Inmate Removal from Cell**
During times when an inmate is out of his/her assigned cell for (yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct security/welfare checks looking for damage and potential security concerns to that inmate's cell.

**Vacant Cells**
Under this procedure, officers are not required to conduct security/welfare checks on cells where there are no inmate(s) assigned.

**Internet Protocol Download and Unit Supervisor Review**
At the completion of each shift, the assigned officer conducting the security/welfare checks will insert the tracker into the internet protocol (IP) downloader (dock) located in the unit/program office for the Unit Supervisor's review. Once the IP download has been completed, the Unit Supervisor shall review ALL security/welfare checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work stations. This review will ensure all security/welfare checks have been completed at least twice an hour at staggered intervals not to exceed thirty-five (35) minutes between checks.

| California Department of Corrections and Rehabilitation Salinas Valley State Prison OPERATIONAL PROCEDURE 59 | Title: ADMINISTRATIVE SEGREGATION UNIT D1 AND SHORT TERM RESTRICTED HOUSING Z9 |
|---|---|
| | Developed: JULY 2015 |
| | Revised: JANUARY 2020 |

After the review, the Unit Supervisor (Sergeant), shall print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the Unit Supervisor (Sergeant) shall appropriately address any deficiencies with staff prior to the end of shift.

The reviewing supervisor upon completing his/her review and addressing any discrepancies with staff, will submit the documents to the ASU Program Supervisor (Lieutenant), who will review and address any discrepancies having been noted by the supervisor and what actions were taken.

The ASU Program Supervisor (Lieutenant) will then forward the Guard One Rounds Tracker Report to the Facility Manager (Captain) for his/her final review. The Facility Manager will then place the reports into a storage container and store them onsite for a period of one (1) year, at which time the documents will be processed to archive storage for the next four (4) years.

**Equipment Malfunction**
In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System, staff will contact Enterprise Information Services staff by submitting a remedy ticket to address the concerns and failure of the system to function properly.

If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, the Sergeant will immediately inform the ASU Lieutenant. The ASU Lieutenant will ensure the Facility Captain, Associate Warden, Chief Deputy Warden and Warden have all been notified. Additionally, the Captain of the Mental Health Compliance Team shall be notified by email of the inoperable Guard One system. Disruptions to the security/welfare checks shall also be documented in the housing unit isolation log book.

As long as the Guard One System remains inoperable, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet (Attachment A).

| California Department of Corrections and Rehabilitation Salinas Valley State Prison OPERATIONAL PROCEDURE 59 | Title: **ADMINISTRATIVE SEGREGATION UNIT D1 AND SHORT TERM RESTRICTED HOUSING Z9** |
|---|---|
| | **Developed: JULY 2015** |
| | **Revised: JANUARY 2020** |

**Training**

The unit's Supervisor (Sergeant) shall ensure **ALL** officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

The unit Supervisor will conduct Mandatory Guard One System training for ALL staff quarterly ensuring ALL assigned Administrative Segregation staff receive the training and maintain a training file for review by the Hiring Authority and the Litigations Coordinator for court compliance reporting.

**59.9 RELEASE FROM ASU/STRH**

**Release from STRH (Z9) or ASU (D1)**

Release from STRH shall occur at the earliest possible time in keeping with the circumstances and reasons for the inmate's initial placement. Segregated Housing is intended as a temporary placement. Periodic reviews of STRH inmate's retention in segregation units every 90 days shall be conducted in accordance with memorandum dated September 15, 2014, entitled, Case-by-Case Review of MHSDS Long-Term Segregated Inmates.

Inmates shall be released under the following circumstances:

1. The official ordering the inmate's placement in an STRH, or a higher ranking staff member in the same chain of command, may withdraw the administrative segregation order before it is acted upon or prior to a hearing on the order (after consulting with and obtaining the concurrence of the administrator of the general population unit to which the inmate will be returned or assigned).

2. Designated staff at not less than the level of Captain may order release following the SOMS ASU Placement Notice.

3. ICC action.

**59.10 ESCORTS**

**Accompanying Staff Escorts**

Non-custody staff, such as Mental Health Clinicians, Teachers, or Medical Staff do not require an escort by custody staff while conducting rounds on the tier. However, when the food port is required to be opened, a minimum of one custody staff will be present. Also, if non-custody staff requests an escort when approaching a cell where the inmate is designated as an IEX inmate, custody staff will provide the escort. During cell front

| California Department of Corrections and Rehabilitation Salinas Valley State Prison OPERATIONAL PROCEDURE 59 | Title: **ADMINISTRATIVE SEGREGATION UNIT D1 AND SHORT TERM RESTRICTED HOUSING Z9** |
|---|---|
| | Developed: **JULY 2015** |
| | Revised: **JANUARY 2020** |

Attachments:
- Attachment A – Security/Welfare Check Manual Tracking Sheet.
- Attachment B – Bed History and Internal Transfer Report Instructions

S. SAWYER                    Date: 1/24/2020
Chief Executive Officer (A)
Salinas Valley State Prison

M. ATCHLEY                   Date: 01/23/20
Warden (A)
Salinas Valley State Prison

# Exhibit R

# CERTIFICATION

**COLEMAN V. NEWSOM**
**UNITED STATES DISTRICT COURT, ED CASE NO. 2:90-CV-00520 KJM-DB(PC)**
**DOCUMENT REQUEST**

This is to certify that the Director of the Department of Corrections and Rehabilitation is the official legal custodian of the records of prisoners committed to the California State Prisons and has authorized the undersigned as an authorized custodian of records and/or other qualified witness for the above-named entity.

The enclosed records were prepared by employees of the CDCR, and/or CIW, in the ordinary course of business, at or near the time of the act, condition, or event for the specific purposes of the business and were kept in the normal course of business at CDCR, and/or CIW, as is the regular practice.

I further certify under penalty of perjury that the attached documents are true and correct copies of documents in our institutional records.


7/13/2020
**DATE**

**CHRISTINA ALVAREZ**
Litigation Coordinator
California Institution for Women (CIW)
16756 Chino-Corona Road
Corona, CA 92880

**RESPONSIBILITY FOR REVIEW:** Associate Warden
                                  Health Care Operations
**REVIEWED ANNUALLY:** March
**DATE OF LAST REVIEW:** April 2020

## PROCEDURE NUMBER AND TITLE
346 RESTRICTIVE HOUSING

## PURPOSE

To provide safe, secure, and restricted housing for inmates who have been identified as posing a threat to staff, other inmates, and/or the security of the Institution.

## REFERENCES

- California Code of Regulations (CCR), Title 15, Sections 3268, 3330, 3331, 3332, and 3335-3344. Chapter 1, Article 4 Food Services.
- Department Operations Manual (DOM), Sections 52051, 52080, 52080.24, 54030.12.2, 54030.17, 54100, 62050.10- 62050.15.
- DOM Supplement 54010.4, 54020.32 and 101070.2.
- Manual of Standards for Correctional Institutions, Section 2-4214 and 2-4237.
- Operational Procedure (OP) 418 Medication Management
- Non Disciplinary Segregation Personal Property Matrix.
- Memorandum entitled *Multi-Powered Radio Loaner Program in Administrative Segregation Units*, dated January 22, 2014, authored by M. D. Stainer, Director, Division of Adult Institutions (DAI).
- Memorandum entitled *Clarification Regarding Privilege Group D Inmates Purchase/Possessing Entertainment Appliances in Administrative*, dated March 27, 2014, authored by M. D. Stainer, Director, DAI.
- Memorandum entitled *Security/Welfare Check Procedure Utilizing The Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures*, dated May 9, 2014, authored by M. D. Stainer, Director, DAI.
- Memorandum entitled *Administrative Segregation Unit Activity Workbook Program*, dated May 19, 2014, authored by M. D. Stainer, Director, DAI.
- Memorandum entitled *Covering of Wickets*, dated August 8, 2014, authored by K. Hughes, Warden.
- Memorandum entitled *Revised Administrative Segregation Unit Intake Cell Procedure*, dated October 30, 2015, authored by Kelly Harrington, Director, DAI.
- Memorandum entitled *Weekly Supervisory Review of California Department of Corrections (CDC) Form 114-A Inmate Segregation Records, & CDC Form 114-A1 Inmate Segregation Profiles requiring Warden Certification of Administrative Segregation Units*, dated May 5, 2015, authored by Kelly Harrington, Director (A), DAI.
- California Seasonal Influenza Infection Prevention and Control Guidance, California Correctional Health Care Services (CCHCS), revised August 2019 (Attachment Z)

## RESPONSIBILITY

The Warden has overall responsibility for all institutional procedures. The Chief Deputy Warden (CDW) has delegated preparation responsibility to the four institutional division heads. The department heads of each division are directly responsible for compliance with the OPs in their areas of responsibility. This procedure is the direct responsibility of the Associate Warden Heath Care Operations (AWHCO) and implemented through the Special Programs Captain.

## UNIT DESCRIPTION

Purpose of Correctional Clinical Case Management System (CCCMS) Short Term Restricted Housing (STRH) & Long Term Restricted Housing (LTRH);

The purpose of being placed in CCCMS STRH and LTRH is when an inmate's presence in an institution's General Population (GP) presents an immediate threat to the safety of the inmate or others, endangers institution security or jeopardizes the integrity of an investigation of alleged serious misconduct or criminal activity, the inmate shall be

immediately removed from GP and be placed in segregated housing. Segregation may be accomplished by confinement in a designated segregation unit or, in an emergency, to any single cell unit capable of providing secure segregation.

For inmate participants at the CCCMS level of care, secure segregation shall be conducted within the CCCMS STRH and LTRH. It is California Department of Corrections and Rehabilitation's (CDCR) intent to not mix CCCMS participants with non-Mental Health Services. Delivery System (MHSDS) participants however; this shall not preclude staff from housing non-MHSDS participants in cells not housing CCCMS inmates.

## POLICY STATEMENTS

It is the policy of the CDCR and the California Institution for Women (CIW) to provide housing separate and apart from the GP for the supervision and control of inmates who cannot be housed in GP without endangering institutional security or the safety of themselves or others. The placement of an inmate in restricted housing shall be in compliance with policies, procedures, and practices provided in the DOM.

The Special programs Housing Unit (SpHU) is a multi-purpose restricted housing unit, housing inmates placed in Administrative Segregation Unit (ASU), which includes those inmates endorsed to a Security Housing Unit (SHU) term. To ensure achievement of the unit's purpose and objectives, custody staff shall physically check on each inmate in ASU hourly. The A Program SGT ASU EOP SHU and the A Program LT ASU EOP SHU shall monitor the unit's activities continuously. A designated Correctional Counselor (CC) shall respond to Inmate/Parolee Request for Interview, Item or Service CDCR Form 22 to provide casework services. The Special Programs Captain shall tour the unit monthly. All staff assigned to SpHU shall ensure inmate concerns are addressed in a timely manner.

## ADMINISTRATIVE SEGREGATION UNIT

ASU provides confinement during the period of initial segregation, pending outcome of an investigation, disciplinary, and/or review and placement as a result of an Institutional Classification Committee (ICC) action.

ASU is located on the first and second tier of the south wall of SpHU with 132 total beds. Cells 101 through 133 and 201 through 233 are designated ASU cells. Cells 101 through 116 have been identified for use by heat risk inmates.

The criterion for the placement of inmates housed in ASU is outlined in DOM, Sections 62050.10 through 62050.15, and CCR, Title 15, Sections 3335 through 3345.

### Physical Admission into Administrative Segregation Unit/Security Housing Unit

A. Prior to the inmate's arrival, the A Program SGT ASU EOP SHU shall assign the incoming inmate a bed/cell, as determined by case factors.
B. Pending Bed Assignment Report (IPTR149) shall be retained in the unit slough file and a copy to the ASU/SHU nurse. A Medical Report of Injury or Unusual Occurrence CDCR 7219 (Attachment M) shall be completed before the inmate is transferred from the sending facility. The Licensed Vocational Nurse (LVN) or Registered Nurse (RN) assigned to the sending facility shall interview and medically evaluate the inmate to identify any medical concerns prior to an inmate's placement in the assigned cell. An initial assessment of the inmate's mental health concerns shall also be addressed.
C. The inmate shall be allowed to retain all life sustaining medications, keep on person medication, medical appliances i.e., cane, walker, hearing aids, ambulatory prosthetics and prescription glasses after review and concurrence by on duty LVN or RN. Inmates shall not be denied access to prosthetic devices in or out of cell unless there is documented evidence the inmate utilized the prosthetic device/appliance as a weapon or any other purpose other than designed intent.
D. Prior to escorting the inmate to the SpHU, the inmate shall be escorted to the Visiting Department or Receiving and Release (R&R) to be processed through the Adani Conpass Full Body Scanner by a

1

ASU cell with a compatible cellmate in order to vacate the retrofitted ASU intake cell for the initial intake inmate.

NOTE: If no retrofitted ASU intake cells are available for an initial intake inmate through the above mentioned procedures and/or case factors prohibit double-celling, the inmate shall be housed in an ASU cell clustered next to the retrofitted ASU intake cells. An officer shall be hired for the sole purpose of providing direct observation wellness check monitoring of the initial intake inmate until the appropriate intake cell housing can occur within a retrofitted ASU intake Cell.

To assist institutions with monitoring the use of ASU intake cells, the DAI has developed a SharePoint custom list, titled "ASU Intake Cell Management Tracking Log." This custom list can be accessed using the following intranet link:

http://teamsite/team/Ops/AO/DAI/SitePages/ASU%20Intake%20Cell%20Management%20Tracking%20Log.aspx.

The A Program SGT ASU EOP SHU assigned to SpHu when an ASU intake inmate is received shall enter all applicable information into the SharePoint for all inmates initially placed into ASU.

Intake Cells

The designated intake cells are 108 through 111 and 208 through 210. ASU/SHU staff shall cluster ASU inmates on intake status (first 21 days) in close proximity to one another in the retrofitted intake Cells. This shall ensure staff is better able to complete required Welfare Checks in ASU. When possible and practical, MHSDS-ASU inmates should be placed in cells in close proximity to each other. Inmates in the EOP or STRH are not to be housed in the same cell with non-MHSDS inmates.

Identifying white markers with the inmate's name, CDCR number, date of ASU Placement, and the word "INTAKE" shall be kept on the cell door of each newly placed inmate for a minimum of 3 weeks or 21 days.

Security/Welfare Checks

A "Security/Welfare Check" shall be defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in ASU, Psychiatric Services Unit (PSU) and SHU. The Security/Welfare Check shall include a visual/physical observation of a living breathing inmate, free from obvious injury, ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

Inmates in ASU, PSU and SHU shall not be allowed to obstruct the view into their cell for any reason. If the view into the cell is obstructed at any time, the inmate shall be charged with "Willfully, resisting, delaying, or obstructing any Peace Officer in the performance of duty" per CCR, Title 15, Section 3323(f)(7), which is a Division D offense.
The following are custody staff responsibilities for conducting Security/Welfare Checks utilizing the Guard One System:

A. Correctional officers shall use the Guard One PIPE to record all Security/Welfare Checks conducted on all inmates housed in ASU, PSU and SHU. This shall be accomplished by touching the PIPE to each cell front button. This shall capture the time and location the Security/Welfare Check was conducted.

B. Correctional officers shall conduct Security/Welfare Checks on all inmates in the aforementioned housing units at staggered intervals twice an hour, not to exceed 35 minutes between checks. Staggered means checks are to be conducted at unannounced and irregular intervals so that they are unpredictable to the inmate population. Disruptions of Security/Welfare Checks shall be documented in the ASU, PSU and SHU Isolation Log Book.

C. During First Watch hours, correctional officers shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not omit an audible beep during use, only flashing a red light-emitting diode. The First Watch PIPE shall be marked identifying it as equipment for First Watch use only.

D. During times when inmates housed in ASU, PSU and SHU are out of their assigned cell (yard, classification committee, appointments, visiting, etc.), correctional officers are required to conduct a Security/Welfare Check looking for damage and potential security concerns to the cell. Under this procedure correctional officers are not expected to conduct Security/Welfare Checks on ASU, PSU and SHU cells that have no inmates assigned to them.

E. At the completion of each shift the correctional officer(s) tasked with completing the Security/Welfare Check shall insert the PIPE into the internet protocol. Once the internet protocol download has been completed, the unit supervisor shall review all the Security/Welfare Checks during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review shall ensure all Security/Welfare Checks have been completed at least two times an hour at staggered intervals not to exceed 35 minutes between checks.

F. As part of the review, the unit supervisor shall print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during the review the housing unit supervisor shall provide appropriate corrective action with staff prior to the end of the shift.

G. The original signed Guard One Rounds Tracker Report shall be retained for a minimum of three years at the institution, and an additional four years in departmental records.

H. In the event the Guard One electronic monitoring system is inoperable, staff shall use the Security/Welfare Check Manual Tracking Sheet to document the required checks. Once the Guard One System is fully operational staff shall resume the methods as described above for the Guard One System. The records retention schedule for the Security/Welfare Check Form shall be the same as for the Guard One Rounds Tracker Reports.

Multi-Powered Radio Loaner Program

The Multi-Powered Radio Loaner Program shall only be implemented if electronic tablets are unavailable. The Multi-Powered Radio Loaner Program has been developed to provide the inmate population access to a loaner radio upon their initial placement into the ASU. This program has been developed in order to enhance the Department's suicide prevention efforts.

Upon completion of the Administrative review, inmates shall be given the opportunity to be issued a radio and a set of ear buds. If the inmate is a participant in the Disability Placement Program (DPP), with a designation of Hearing Impaired, Impacting Placement (DPH) or Hearing Impaired, Not Impacting Placement (DNH) they shall be given the opportunity to be issued a set of over-the-ear headphones instead of ear buds. The supervisor responsible for ASU shall ensure the Property Officer issues radio and ear buds/over-the-ear headphones to the inmate. The ASU Property Officer shall ensure the inmate completes the CDC-128B Multi-Powered Radio Loaner Program Agreement Custodial Counseling (Attachment H) prior to issuance. A Headphone Loaner Program Agreement (Attachment AA) shall be completed before issuance of headphones. Once the loaner agreement is completed, the inmate may be issued the radio and ear buds/headphones. The ASU Property Officer shall track issuance of the radio and ear buds on the Multi-Powered Radio Distribution Log (Attachment S), and the over-the-ear headphones shall be tracked on the Headphone Distribution Log (Attachment AB). Staff shall ensure the radio is in proper working order prior to issuance and upon return from the inmate.

Inmates who elect to participate in the Multi-Powered Radio Loaner Program shall be allowed to utilize the radio in 21 day increments. If, at the conclusion of the initial 21 day period, the inmate has not been released or received her personal entertainment appliance or is determined to be indigent, she may request additional 21 day periods in the program. Prior to granting any extension requests, priority shall first be given to all newly placed ASU inmates and then all indigent inmates.
Upon release from ASU, the inmate shall relinquish the radio; however, may retain possession of the ear buds. ASU staff must ensure the ear buds are placed onto the inmate's CDC Form 160-H, Inmate Property Control Card. If the radio and ear buds are altered or destroyed, the ASU supervisor shall determine if it was intentional or unintentional based on the circumstances and all available information. If it is deemed intentional, the institution shall utilize the progressive discipline process as outlined within the CCR, Title 15, Section 3312 Disciplinary Methods. In addition, the inmate shall be charged the full replacement cost of the hand crank radio ($38.99), and the hand crank radio shall be confiscated.

After Patient Contact is completed:

1.  All personnel shall remove and bag infection control PPE. Once infection control PPE is removed and bagged, place in contaminated bin.
2.  After removing infection control PPE, staff should perform hand hygiene prior to re-gloving to clean equipment or apparatus.

Additional Training

ASU/SHU staff shall receive additional training in the below-listed subjects with initial training following assignment to the unit. OJT in these subjects should be utilized whenever possible:

• Classification levels and process
• Cell and body searches
• Application of restraint gear
• Drug identification and control
• Crime scene prevention
• Prison gangs
• First-aid and cardiopulmonary resuscitation
• Identification of special problem inmates
• Less than lethal weapons certification
• Use and care of protective vests
• Use of other specialized equipment or devices as applicable
• Suicide Prevention

R. KETTLE
Associate Warden
Health Care Operations
California Institution for Women

R. MONTES
Warden (A)
California Institution for Women

Date 9/15/2020

ATTACHMENTS

| | |
|---|---|
| Attachment A | Administrative Segregation Unit Placement Checklist |
| Attachment B | Administrative Segregation Unit Placement Notice |
| Attachment C | Inmate Segregation Record CDC 114-A |
| Attachment D | Inmate Segregation Profile CDC 114-A1 |
| Attachment E | CDC-128 A Custodial Counseling |
| Attachment F | CDC-128 B Electronic Tablet Loaner Program Agreement |
| Attachment G | CDC-128 B Mental Health Refusal General Chrono |
| Attachment H | CDC 128 B, Multi-Powered Radio Loaner Program Agreement Custodial Counseling |
| Attachment I | CDC 128 B Informational Chrono |
| Attachment J | CDC 1030 Confidential Information Disclosure Form |
| Attachment K | Inmate Property Inventory CDC 1083 |
| Attachment L | CDC 1882-B Administrative Segregation Unit/Security Housing Unit Double Cell Review |
| Attachment M | Medical Report of Injury or Unusual Occurrence CDCR 7219 |
| Attachment N | CIW Ad-Seg/SHU Population Exhibit B |
| Attachment O | Electronic Tablet Distribution Log |
| Attachment P | CDC 128 B Razor Cleared Chrono |
| Attachment Q | Intra-Institutional Medication Transfer Package Accountability Sheet |
| Attachment R | Monthly Certification of Supervisory Review of CDC 114-A Inmate Segregation Record and CDC 114-A1 Inmate Segregation Profile Memorandum |
| Attachment S | Multi-Powered Radio Distribution Log |
| Attachment T | Out of Cell-Dayroom Activity Schedule Short Term Restricted Housing (STRH) and Long Term Restricted Housing |
| Attachment U | SHU Housing Unit Cell Search |
| Attachment V | SpHU Telephone Sign Up List Non Disciplinary Segregation |
| Attachment W | SpHU Yard Schedule |
| Attachment X | Weekly Audit Sheet |
| Attachment Y | Weekly Review of Inmate Segregation Profile/Record |
| Attachment Z | California Seasonal Influenza Infection Prevention and Control Guidance, California Correctional Health Care Services (CCHCS) revised August 2019 |
| Attachment AA | Headphone Loaner Program Agreement |
| Attachment AB | Headphone Distribution Log |

# Exhibit S

California Dept. of Corrections and Rehabilitation
Chuckawalla Valley State Prison
POB 2289
Blythe, CA 92226
(760) 922-5300

Fax (760) 922-9785



California Department of Corrections and Rehabilitation

Chuckawalla Valley State Prison

## DECLARATION OF CUSTODIAN OF RECORDS

I, Carlos Gonzalez, declare as follows:

I am employed by the California Department of Corrections and Rehabilitation, at Chuckawalla Valley State Prison, hereinafter referred to as CVSP, located in Riverside County, City of Blythe, in the State of California.

I am employed in the capacity of Litigation Coordinator. In this capacity, I am duly authorized to retrieve, review and copy records of the Guard One procedure mandated by the California Department of Corrections and Rehabilitation and housed at this institution.

The documents and entries in documents pertaining to Guard One are prepared at or near the time of their occurrence by persons with knowledge of the circumstances or events.

The document attached hereto is a true and correct copy of the document from the Operational Procedure and ASU post orders, and maintained in the regular course of business by the Department of Corrections at this institution.

I declare under penalty of perjury that I am competent to testify as a witness, that the foregoing is true and correct and based on my personal knowledge except for those statements based on information and belief, and as to those statements I believe them to be true, and that if called as a witness, I would so testify.

Executed on July 14, 2020 at Blythe, California.


Carlos Gonzalez, CCII(A)
Litigation Coordinator, CVSP

## CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
## CHUCKAWALLA VALLEY STATE PRISON

January 2020

**I.     PLAN AND NUMBER AND TITLE**
Operational Procedure G #4
Administrative Segregation Unit (ASU)

**II.    PURPOSE AND OBJECTIVE**
ASU is designed for the purposes of housing general population inmates from Chuckawalla Valley State Prison and Ironwood State Prison pending review of housing and program needs, if an inmate(s) presents an immediate threat to the safety of self or others, jeopardizes the integrity of an investigation of alleged serious misconduct or criminal activity or endangers institution security. While housed in ASU, staff/inmate safety and well-being is priority. The following procedures have been written to provide ASU operating guidelines to meet and comply with the many laws that govern ASU housing.

**III.   REFERENCES**

**A.**    California Penal Code, Sections 5054 and 5058, *The Secretary of the Department of Corrections and Rehabilitation*

**B.**    Department Operations Manual (DOM), Sections 33020.15.2, *Wear Authorizations and Requirements,* 51020.12.5, *Food Trays,* 51020.14.1, *Use of Less Lethal Weapons During Controlled Uses of Force,* 52050.16.5, *Unclothed Body Search of Inmates,* 53130.5, *Work/Training Groups,* 53130.6, *Privileges,* 53130.6.2, Group Privileges, 54030.8, *Personal Property Package Criteria,* 54030.10.6, *Appliances/Musical Instruments,* 54046.5.1, *Initial Screening-Administrative Segregation Unit-Security Housing Unit,* 54046.7.1 *Double-Cell Assignments in ASU or SHU*

**C.**    California Code of Regulations (CCR), Title 15, Section 3164, 3335 *Administrative Segregation* and 3343 (h) *Conditions of Segregated Housing*

**D.**    Memorandum titled "Face Protection" dated August 2, 2000, authored by David Tristan, Deputy Director-Institutions Divisions.

**E.**    Memorandum titled "Revised Administrative Segregation Unit Intake Cell Procedure" dated October 30, 2015, authored by Kelly Harrington Director, Division of Adult Institutions.

**F.**    Memorandum titled "Allowable Property for Inmates Placed Administrative Segregation Unit" dated May 9, 2016, authored by Kathleen Allison Director, Division of Adult Institutions.

mechanical restraints and escorted away from the tier or yard area, the wearing of the face protection becomes optional.

5. **Protective Vests**

    Protective vests and face protection shall be worn by all designated peace officers, staff (non-managers/non-custody) and visitors inside ASU under the following criteria:

    a. In the vicinity of inmates within lockup units (unrestrained and/or restrained).

    b. Escorting inmates housed in lockup units anywhere on institutional grounds.

    c. On lockup unit tiers (e.g., staff conducting inmate interviews, casework preparation and anywhere contact with inmate(s) is anticipated).

    d. In close proximity to Administrative Segregation classified inmates whether in Central Infirmary or in outside medical facilities.

6. **Security Checks**

    Continuous security checks and searches are to be conducted in all ASU common areas. Cells will be searched prior to cell assignment to an inmate and immediately after vacated by an inmate. Additionally, cell searches will be conducted when inmates are released for showers and yard. These searches and inspections are to be logged into the inmate's ASU Folder on the CDCR 114-A.

7. **Guard 1 Tracker**

    Officers will use the Guard One Rounds Tracker "PIPE" (A hardware device that staff use to collect patrol data) to record all ASU Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 30 minutes between checks. The "PIPE" captures two levels of information – time and location. The officer will touch the "PIPE" to each button which is affixed to each cell in the ASU housing unit. Once a successful connection is established, the "PIPE" will emit a sound and a small Light Emitting Diode (LED) light will be lit on the "PIPE" confirming the button was read.

    a. **First Watch Pipe**

        During first watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced

"First Watch PIPE". The "First Watch PIPE" does not emit an audible beep during use and only flashes a red LED light.

Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for first watch use only.

**b. Inmates Out Of Cell**

During times when an inmate is out of his assigned cell for (yard, classification committee, appointments, visiting, etc.), the assigned Correctional Officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

**c. Vacant Cells**

Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned. However, Guard One Rounds Tracker "Pipe" will be utilized on every cell.

**d. Internet Protocol Download/Supervisory Review**

At the completion of each shift, the officer conducting the ASU Welfare Checks will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the ASU Unit/Program Office for supervisory review. Once a successful download is established the "PIPE" will emit a sound and a small LED light will be lit on the "PIPE" confirming the information has been downloaded. Upon completion of the IP download, the ASU Custody Supervisor shall review all ASU Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed in their designated work station. This review will ensure all ASU Welfare Checks have been completed at least three times in an hour at staggered intervals not to exceed 30 minutes between checks.

After the review, the ASU Custody Supervisor will print the Guard One Rounds Tracker Report and provide their signature and date of review. Any discrepancies discovered during this review shall address the discrepancy, and if necessary, provide appropriate training/documentation with the responsible staff prior to the end of shift. The reports shall be retained in accordance to CDCR's Records Retention Policies.

**e. Training**

The unit Supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

**f. Equipment Malfunction**
In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the ASU custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System, staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Checks Manual Tracking Sheet (Attachment D). Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log book. A back-up Pipe is located in the Watch Commanders Office if needed.

**8. Procedures For ASU Transportation, Medical Transportation and Emergency Response**

**a. Medical/Dental Appointments Facility A Medical Clinic**
Medical and Dental appointments for ASU inmates shall be conducted in the Facility "A" clinic. The Health Care Access Unit (HCAU) Sergeant and the ASU Sergeant will coordinate the transport of ASU inmates to the Facility "A" Medical Clinic in a manner to ensure the safe transportation of the ASU inmate, while maintaining the security of the institution.

**b. Medical Appointments/Treatment to Central Health**
Medical treatment/appointments to include specialty clinics conducted in Central Health require the coordination of the ASU Sergeant and staff, Central Control, and the staff assigned to Central Health.

It is imperative Central Health staff secure all inmates in the Central Health Building prior to the transport of ASU inmates to Central Health. Medical and Dental appointments for ASU inmates must be scheduled at a different time than appointments for non-ASU inmates.

Prior to the transport of an ASU inmate to Central Health, the ASU Sergeant must notify Central Control. Central Control will notify Central Health staff via institutional radio to ensure

    **d.** The inmate shall be referred to the next scheduled Classification Committee Hearing for confirmation of removal of the appliance, pending adjudication of the disciplinary charges.

    **e.** The necessity to continue the removal shall be reviewed by a Classification Committee at least every 90 days.

    **f.** The inmate shall be deprived of the appliance for only so long as the appliance continues to pose a direct threat to safety and security.


David Holbrook                                 2/18/2020
Warden(A)                                      DATE


Attachment(s):
"A"    Weekly Review of Inmate Segregation Profile/Record Worksheet
"B"    CDC Form 128B, General Chrono Multi-Powered Loaner Program Agreement
"C"    Multi-Powered Radio Distribution Log
"D"    Security/Welfare Checks Manual Tracking Sheet
"E"    NDS Canteen List

# Exhibit T

Case 2:90-cv-00520-KJM-SCR    Document 6776-1    Filed 07/16/20    Page 224 of 245

**DIVISION OF ADULT INSTITUTIONS**
**CALIFORNIA STATE PRISON - SOLANO**
P. O. BOX 4000
VACAVILLE, CALIFORNIA  95696-4000
(707) 451-0182



## DECLARATION OF DESIGNEE FOR THE CUSTODIAN OF RECORDS TO PRODUCE RECORDS TO THE COURT

I, A. Zaragoza, declare as follows:

I am the Litigation Office Technician employed by the California Department of Corrections and Rehabilitation (CDCR) at California State Prison-Solano (CSP-Solano) in Vacaville, California. In this capacity, I am the designee to provide records and can validate the authenticity of Departmental records.

In response to the Document Request dated **July 7, 2020** regarding *Guard One***,** received by the Litigation Office on July 7, 2020, all available information requested was provided.

The documents attached hereto are true and correct copies of the documents from the departmental files, maintained in the regular course of business by the Department of Corrections and Rehabilitation at CSP-Solano. I declare under penalty of perjury that I am competent to testify as a witness, and that the foregoing is true and correct.

Executed at Vacaville, California on this 13th day of July, 2020.


A. ZARAGOZA
Litigation Office Technician
California State Prison Solano

# INSTITUTION OPERATIONS PLAN

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**CALIFORNIA STATE PRISON – SOLANO**
**VACAVILLE, CALIFORNIA**

PLAN TITLE: **ADMINISTRATIVE SEGREGATION**
PLAN NUMBER: **CSPS-L3-20-014**
DATE: **April 2020**

## I.   PLAN NUMBER AND TITLE

Institution Operations Plan (IOP) number CSPS-L3-20-014, Administrative Segregation.

## II.   PURPOSE AND OBJECTIVES

The California State Prison-Solano (SOL) Administrative Segregation Unit (ASU) is composed of two programs and comes under the operational responsibility of the Associate Warden, Level III.   The programs and objectives are as follows:

### A.   Segregation Unit

This program is designed to provide housing for California Department of Correction and Rehabilitation (CDCR) inmates who must be removed from the general population (GP) for security, safety, or control reasons while pending disciplinary processes and/or investigations; presents a threat to the inmate or others; endangers Institution security or jeopardizes the integrity of an investigation; exhibits threatening behavior; presents an escape risk or threatens the safety and security of the Institution; or requests and/or appears to require protective custody housing.

### B.   Disciplinary Detention

Disciplinary Detention is a temporary housing status which confines an inmate to a designated cell for prescribed periods of time as punishment for SERIOUS acts of misbehavior.   An inmate may not be assigned to Disciplinary Detention except on the order of a Disciplinary Committee or Senior Hearing Officer (SHO).

## III.   REFERENCES

Administrative Segregation: California Code of Regulations (CCR) Title 15, Subchapter 4, Article 7, Sections 3335-3345, SB-198, Disciplinary Detention; CCR Title 15, Subchapter 4, Articles 6 & 7, Section 3330-3345, SB-198, General Visiting Guidelines; Title 15, Division 3, Subsection 3170.1 (f), Inmate Housing Assignments; Department Operations Manual (DOM) 54046, Extractions:   DOM Supplement 51020.12.2, Hunger Strike Procedures; IOP CSPS-MD-035, Disability Placement Program; IOP CSPS-MD-016; Contraband Surveillance Watch;   DOM Supplement 52050.23, Contraband Surveillance Watch; California Correctional Health Care Services Volume 20-Outpatient Mental Health Services, Chapter 12 Alternative/Temporary Housing and Logs; Headquarters Memorandum dated 10-30-15, "Administrative Segregation Unit Intake Cell Procedure"; Headquarters Memorandum dated 05-09-14, "Revised Administrative Segregation Unit Welfare Check Procedure and Implementation of Security Inspections in Specialized Housing"; Headquarters Memorandum dated 05-09-14, "30 Minute Welfare Checks of Inmates Placed in Administrative Segregation Units"; Headquarters Memorandum dated 05-09-14, "Revised 30 Minute Welfare Checks Process"; and Headquarters memorandum dated 03-16-20, "Headphone Loaner Program for Hearing Impaired Inmate Housed in Restricted Housing Units";

## IV.   APPROVAL & REVIEW

This plan will be reviewed/updated annually in the month of April by the Associate Warden, Level III. The revised plan will be forwarded to the Warden, via the Chief Deputy Warden, for final review and approval.

# INSTITUTION OPERATIONS PLAN

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**CALIFORNIA STATE PRISON – SOLANO**
**VACAVILLE, CALIFORNIA**

PLAN TITLE: **ADMINISTRATIVE SEGREGATION**
PLAN NUMBER: **CSPS-L3-20-014**
DATE: **April 2020**

      f. "Open" Teamsite and "Enable" report.
      g. From there click your options.

**B. Welfare Checks**

  1. <u>Use of the Guard One Rounds tracker:</u>
Officers will use the Guard One Rounds Tracker "Pipe" to record all ASU Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check of each inmate/cell, twice an hour not to exceed 35 minutes between checks at staggered intervals. The "Pipe" will capture two levels of information- time and location. The officer will touch the "Pipe" to each button which is affixed to each cell in the ASU housing unit. Once a successful connection is established, the "Pipe" will emit a sound and a small Light Omitting Diode (LED) light will be lit on the "Pipe" confirming the button was read. This will electronically record the officer was at a specific cell at a specific time.

    a. Custody staff shall complete ASU Welfare Checks on inmates during the first 21 days of ASU placement, at intervals not exceeding 30 minutes. Guard 1 shall be used for this purpose. Checks are personal observation to ensure that inmates are not engaged in self-injurious or life-threatening behavior.

    b. In addition, clinical staff may request that these welfare checks continue beyond 21 days on specific ASU inmates when deemed clinically indicated.

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch Pipe". The "First Watch Pipe does not omit an audible beep during use and only flashes a red LED. Officers conducting Security/Welfare Checks using the "First Watch Pipe" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch Pipe" shall be marked identifying it as equipment for First Watch only.

  2. <u>Inmate Removal from Cell:</u>
During times when an inmate is out of his/her assigned cell (for yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate's cell.

  3. <u>Vacant Cells:</u>
Under this procedure, Officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

  4. <u>Internet Protocol Download and Unit Supervisor Review:</u>
At the completion of each shift, the Officer conducting the Security/Welfare Check will insert the "pipe" into the Internet Protocol (IP) Downloader located in the Unit/Program Office for the unit supervisor's review. Once the IP download has been completed, the unit supervisor shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station.

---

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**CALIFORNIA STATE PRISON – SOLANO**
**VACAVILLE, CALIFORNIA**

PLAN TITLE: **ADMINISTRATIVE SEGREGATION**
PLAN NUMBER: **CSPS-L3-20-014**
DATE: **April 2020**

This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the unit supervisor shall print the Guard One Rounds Tracker Report, identify and document any deficiencies, and provide their signature and date of review. Should there be any discrepancies during this review the custody supervisor shall appropriately address any deficiencies with staff prior to the end of shift.

   a. ASU custody supervisors shall print, review and sign the Guard One Rounds Tracker Report indicating it has been completed and reviewed at the end of each shift. The Watch Commander will be responsible to review and sign for first watch.

   b. ASU custody supervisors shall provide appropriate training relative to any discrepancies noted on the completed tracking sheet prior to the end of the shift.

   c. Completed ASU Welfare Check Tracking Sheets shall be forwarded to Facility B Captain for record retention/review.

5. <u>Training:</u>
The unit supervisor shall ensure all Officers tasked with conducting Security/Welfare Checks and completing the ASU Welfare Tracking Sheet **(see Attachment A),** and are provided training regarding this procedure and the Guard One System equipment.

6. <u>Equipment Malfunction:</u>
In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System, staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet.

**C. Unit Program**
1. <u>General Policies:</u>
   a. Implementation of new programs will require the approval of the Facility B Captain, as will modification of any existing unit program.
   b. All programs are designed to be flexible and give the inmate as much opportunity as possible to become involved in his own self-improvement from a social, mental, and physical standpoint. Inmates will be encouraged to participate in what limited programs are available, commensurate with their respective custody status.

   c. All programs and procedures will be subject to revision and/or termination whenever they conflict with established policies, rules, and regulations required for the safe operation of the unit for both staff and inmates.

# INSTITUTION OPERATIONS PLAN

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**CALIFORNIA STATE PRISON – SOLANO**
**VACAVILLE, CALIFORNIA**

PLAN TITLE: **ADMINISTRATIVE SEGREGATION**
PLAN NUMBER: **CSPS-L3-20-014**
DATE: **April 2020**

3. In the event of a cell fire on the second tier, cell evacuations will be accomplished in the following order:

   a. Inmate(s) located in the cell with the fire will be the first evacuated.

   b. Inmate(s) located on the second tier sharing the same pipe chase.

   c. Inmate(s) located on the first tier sharing the same pipe chase.

   d. Inmate(s) located on the second tier adjacent to the affected cell not sharing the same pipe chase.

   e. Inmate(s) with cells on the second tier in the vicinity of the cell fire.

   f. Inmate(s) with cells on the first tier in the vicinity of the cell fire.

   g. Evacuation of the remainder of ASU beginning with the second tier.

**C. Posting Notices**
Proposed changes to the CCR, Informational Bulletins, and Administrative Bulletins will be provided for review. Notices will be made available for inmate review for a period of two (2) weeks. Document(s) will be made available in the committee room, inmate shower, and yard areas. The ASU Sergeant will note the posting date and removal date of each document posted in the Daily Activities Log.

## VIII. ADMINISTRATIVE SEGREGATION OVERFLOW
A. ASU Welfare Tracking Sheet
B. CDC Form 128B, General Chrono Multi-Powered Loaner Program Agreement
C. Multi-Powered Radio Distribution Log

**N. JUSTIN**
Associate Warden
Level III Operations

**J. POPOVITS**
Chief Deputy Warden (A)
California State Prison, Solano

**G. MATTESON**
Warden (A)
California State Prison, Solano

# Exhibit U

## DECLARATION OF CUSTODIAN OF RECORDS

I, <u>Dawn Santos</u>, declare as follows:

I am employed by the California Department of Corrections and Rehabilitation (CDCR). I am a Correctional Counselor II and currently hold the position of Litigation Coordinator at Mule Creek State Prison (MCSP). I am familiar with the documents prepared, produced and/or maintained by MCSP discussed below, as well as the policies and procedures related to such documents.

In that capacity, I am able to confirm the existence and nature of personnel-related records at MCSP. I am also trained in CDCR's policies and procedures regarding confidential documents, and I am familiar with the numerous risks associated with disclosing confidential information to inmates

I declare under penalty and perjury that I am competent to testify as a witness, that the foregoing is true and correct and based on my personal knowledge except for those statements based on information and belief, and as to those statements I believe them to be true, and that if called as a witness, I would so testify.

Executed on __July 13, 2020__, Mule Creek State Prison, Ione, California.


Dawn Santos
Correctional Counselor II

7/13/2020
Date



| | |
|---|---|
| Mule Creek State Prison | ADMINISTRATIVE SEGREGATION UNIT |
| | ADDENDUM: MAY 2014 |
| OPERATIONAL PROCEDURE | MC 42 |

This addendum is effective immediately and will be incorporated into the Operational Procedure at the next annual review.

PURPOSE AND OBJECTIVE

The purpose of this procedure is to establish specific security and operational guidelines for Security/Welfare Checks, to ensure operational compliance with the Department Operations Manual (DOM), the California Code of Regulations, Title 15 and Coleman court mandates.

The objective of this procedure is to set the guidelines for the Security/Welfare Checks of all inmates placed in Administrative Segregation Housing Units (ASU), Security Housing Units (SHU), Psychiatric Services Housing Units (PSU) and Condemned Housing Units.

A Security/Welfare check is defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, PSU, SHU, or Condemned Housing Unit to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

The overall focus of this procedure is to outline the requirement of the Security/Welfare Checks System utilizing the Guard One Rounds Tracker "PIPE" System.

REFERENCES

- DOM Section 52080.24, Administrative Segregation.

- May 9, 2014 Memorandum, "Security/Welfare Check Procedure utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", signed by Michael Stainer, Director, Division of Adult Institutions

METHODS

Use of the Guard One Rounds Tracker
Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. The "PIPE" captures two levels of information; the time the Security/Welfare Check was made, and the

location where the Security/Welfare Check was conducted. The officer will touch the "PIPE" to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log book.

## First Watch PIPE
During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Emitting Diode (LED). Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

## Inmate Removal from Cell
During times when an inmate is out of his/her assigned cell for (yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

## Vacant Cells
Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are not inmate(s) assigned.

## Internet Protocol Download and Unit Supervisor Review:
At the completion of each shift the officer conducting the Security/Welfare Check will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the Unit/Program Office for the unit supervisor's review. Once the IP download has been completed, the unit supervisor shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the unit supervisor shall print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the custody supervisor shall appropriately address any deficiencies with staff prior to the end of shift.

Weekly management review meetings are held to ensure compliance with Guard One mandates.

## TRAINING
The unit supervisor shall ensure all officers tasked with conducting

Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

<u>Equipment Malfunction:</u>

In the event the Guard One Rounds Tracker software or equipment is not functioning properly staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet (Attachment-A).

Institutions shall retain the signed, original, Guard One Rounds Tracker Report for a minimum of three years at the institution and an additional four years in departmental records retention.

6/10/14

JOE A. LIZARRAGA
Warden (A)

# Exhibit V

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                EDMUND G. BROWN JR., GOVERNOR

**DIVISION OF ADULT INSTITUTIONS**
**CORRECTIONAL TRAINING FACILITY**
P.O. Box 686
Soledad, CA 93960



## DECLARATION OF CUSTODIAN OF RECORDS

I am the **Litigation Office Technician** employed by the California Department of Corrections and Rehabilitations (CDCR) at the Correctional Training Facility (CTF) in Soledad, California. In this capacity, I have custodial authority to access the attached inmate records maintained on the individual listed below.

Except where based on information and belief, I have personal knowledge of the facts as set forth in this declaration. These reports and entries pertaining to the individual are prepared at or near the time of their occurrence by persons with knowledge of the circumstance or events.

The documents attached hereto are true and correct copies of the documents from the file of **Inmate Ralph Coleman CDCR#: C09970**. They represent the latest information received in written form. They may be outdated as the result of new or revised information, which has not been received or filed.

I declare under penalty of perjury that the foregoing is true, and that if called as a witness, I would so testify.

Executed on July 16, 2020, at Soledad, California.

Signature

Monique Benavides
Printed Name

lit\forms\@declaration of custodian of records

| California<br>Department of Corrections and Rehabilitation | Title:<br>ASU PROCEDURES AND CASE MANAGEMENT |
|---|---|
| Correctional Training Facility<br>OPERATIONAL<br>PROCEDURE<br>114 | Developed:<br>AUGUST 2010 |
| | Revised:<br>AUGUST 2020 |

**114.1**
**PURPOSE**

It is the policy of the California Department of Corrections and Rehabilitation (CDCR) to provide housing separate from the general population for inmates who, for various reasons, cannot be housed in a general population setting without unduly endangering institution security or the safety of self and/or others. Such housing is defined as Administrative Segregation.

The Administrative Segregation Unit (ASU) is designed for temporary segregated housing for General Population (GP)/Sensitive Needs (SNY) inmates. Placement in ASU is appropriate when an inmate's presence in an institution's general population presents an immediate threat to the safety of the inmate or others, endangers institution security, or jeopardizes the integrity of an investigation of serious misconduct or criminal activity.

**114.2**
**APPROVAL**
**AND REVIEW**

This procedure will be reviewed and updated annually by the Facility C Associate Warden; upon completion of the review, the procedure shall be routed through the Chief Deputy Warden (CDW) and submitted to the Warden for final review and signature.

**114.3**
**RESPONSIBILITY**

The Warden has the overall responsibility for this procedure. The Facility C Associate Warden is responsible for the implementation of this procedure and ensures that all staff assigned to work in ASU, will familiarize themselves with this plan and is responsible for compliance.

**114.4**
**REFERENCES**

California Code of Regulations (CCR), Title 15, Division 3, Chapter 1, Rules and Regulations of the Director of Corrections, Subchapter 4, General Institution Regulations, Article 5, Disciplinary Methods, Section 3312, and Article 7, Administrative Segregation, Section 3335 through 3345.

Standards for Adult Correctional Institutions 4th Edition, Part 3 Institutional Operations, Section D Special Management 4249, 4250, 4251, 4257, 4261, 4264, 4266, 4267, 4270. Part 4 Institutional Services, Section E Health Care 4400.

**114.5**
**DESCRIPTION OF**
**PHYSICAL PLANT**

The ASU is located in Facility C, O-Wing and is comprised of 144 cells distributed among three (3) tiers. Each tier has an East and West side with the cells constructed back to back. Each tier has a grill gate that restricts access to the stairways and staff areas.

The Grill Gate Officer has control of the keys for the gate and provides

| California Department of Corrections and Rehabilitation | Title: ASU PROCEDURES AND CASE MANAGEMENT |
|---|---|
| Correctional Training Facility OPERATIONAL PROCEDURE 114 | Developed: AUGUST 2010 |
| | Revised: AUGUST 2020 |

immediately advise custody staff of the need to medically change the in-cell care.

Upon arrival to the ASU, all inmates will be interviewed ASU staff regarding health care devices, assistive devices and rescue medication(s) and sign the CDCR 128-B Health Care Appliance Chrono receiving the inmate into ASU. The interview will be documented on the CDCR 114-A. In the event the inmate does not have, in his possession, his required assistive device(s) and/or rescue medication(s), the supervisor will immediately locate the device(s) or medication(s) and issue it to the inmate. In the event the inmate's assistive device(s) and/or rescue medication did not arrive with the inmate, the supervisor will immediately contact the sending unit lieutenant to ascertain the location of the aforementioned device(s) and/or medication(s). The items will be delivered to ASU immediately. The information will be documented on the CDCR 114-A. It is the sending unit's responsibility to ensure all assistive device(s) and/or rescue medication(s) arrive with the inmate in ASU.

**114.9 SECURITY / WELFARE CHECK**

A Security/Welfare Check is defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in ASU to include a visual/physical observation of a living, breathing inmate, free from obvious injury, ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

The overall focus of this procedure is to outline the requirement of the Security/Welfare Checks System utilizing the Guard One Rounds Tracker "PIPE" System.

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare checks. The Floor 1 Officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. There will be a Guard One "PIPE" assigned to each tier. The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The Officer will touch the "PIPE" to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log as well as the ASU Sergeants log book.

| California<br>Department of Corrections and Rehabilitation | Title:<br>ASU PROCEDURES AND CASE<br>MANAGEMENT |
|---|---|
| Correctional Training Facility<br>OPERATIONAL<br>PROCEDURE<br>114 | Developed:<br>AUGUST 2010 |
| | Revised:<br>AUGUST 2020 |

During First Watch hours, officer shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Emitting Diode (LED). Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

**INMATE REMOVAL FROM CELL**
During times when an inmate is out of his assigned cell for (yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate's call.

**VACANT CELLS**
Under this procedure officers are not required to conduct Security/Welfare Checks of cells where there are no inmates assigned.

**INTERNET PROTOCOL DOWNLOAD AND UNIT SUPERVISOR REVIEW**
At the completion of each shift the officer conducting the Security/Welfare Check will insert the "PIPE" into the Internet Protocol (IP) Downloader located at the ASU Sergeants desk for review. Once the IP download has been completed, the ASU Sergeant shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker software installed on their designated work station. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the unit supervisor shall print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the custody supervisor shall appropriately address any deficiencies with staff prior to the end of shift. The ASU Lieutenant shall review the Guard One Rounds Tracker Report on a daily basis and ensure any deficiencies are appropriately addressed.

Note: In the event of an emergency and a Security/Welfare Check cannot be performed, a supervisor shall be immediately notified and

| California<br>Department of Corrections and Rehabilitation | Title:<br>**ASU PROCEDURES AND CASE MANAGEMENT** |
|---|---|
| **Correctional Training Facility**<br>**OPERATIONAL**<br>**PROCEDURE**<br>**114** | Developed:<br>**AUGUST 2010** |
| | Revised:<br>**AUGUST 2020** |

shall be documented in the tier logbook the reason(s) the Security/Welfare Check was not completed.

**EQUIPMENT MALFUNCTION**
In the event the Guard One Rounds Tracker software or equipment is not functioning properly staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System, staff will contact Enterprise Information Services (EIS) staff. If EIS staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check manual tracking sheet.

**114.10**
**SEARCH OF**
**NEW ARRIVALS**
**TO THE ASU**

Upon arrival, every inmate will receive a clothed body search prior to entering the ASU. ASU staff will conduct the cursory search. When entering ASU, new arrivals will enter utilizing the main entry door. Staff will ensure the inmate is secured in appropriate restraints, i.e. handcuffs, waist chains, and leg restraints. The inmate will be placed in a holding cell and an unclothed body search will be conducted.

**114.11**
**CLOTHING AND**
**PROPERTY OF**
**ALL NEW**
**ARRIVALS**

All State clothing, including shoes, will be returned to the Facility C Laundry Room, and all personal clothing, including personal hard sole shoes, will be placed in the inmate's personal property. The inmate will be allowed to retain a wedding band while in ASU. Inmates with braids or finger waves must remove the braid/weave and run their fingers through their hair. Prior to housing, unit staff will provide the inmate with an issue of state clothing, an initial intake packet, personal hygiene items and bedding. The inmate's assigned cell will be searched and inspected by the ASU staff prior to occupancy. The search shall be documented in the 114 file on the 114A and cell search log within the file.

All inmates housed in the ASU will receive a copy of the Administrative Segregation General Rules (English) or the Reglas Generales De Segregacion Administrativa (Spanish), whichever is applicable. The expectations will be explained to the inmate and a CDCR-128-B, ASU Orientation Chrono, will be completed.

Initial ASU clothing, bedding, and State issue items will consist of the following items:
- ASU Information Packet
- New Arrival Kit

| California<br>**Department of Corrections and Rehabilitation** | Title:<br>**ASU PROCEDURES AND CASE MANAGEMENT** |
|---|---|
| **Correctional Training Facility**<br>**OPERATIONAL**<br>**PROCEDURE**<br>**114** | Developed:<br>**AUGUST 2010** |
| | Revised:<br>**AUGUST 2020** |

Form 114-A1 Inmate Segregation Profile". The memorandum shall indicate all inmates have been offered minimally required programs and services or note any discrepancies or deficiencies. The certification memorandum will be routed through the ASU Captain up the chain of command to the Warden who will then submit it to the Associate Director by the fifth of every month.


C. KOENIG
Warden
Correctional Training Facility

4/27/2020
DATE

| California<br>Department of Corrections and Rehabilitation | Title:<br>**ASU PROCEDURES AND CASE MANAGEMENT** |
|---|---|
| **Correctional Training Facility OPERATIONAL PROCEDURE 114** | Developed:<br>**AUGUST 2010** |
| | Revised:<br>**AUGUST 2020** |

**114.1 PURPOSE**

It is the policy of the California Department of Corrections and Rehabilitation (CDCR) to provide housing separate from the general population for inmates who, for various reasons, cannot be housed in a general population setting without unduly endangering institution security or the safety of self and/or others. Such housing is defined as Administrative Segregation.

The Administrative Segregation Unit (ASU) is designed for temporary segregated housing for General Population (GP)/Sensitive Needs (SNY) inmates. Placement in ASU is appropriate when an inmate's presence in an institution's general population presents an immediate threat to the safety of the inmate or others, endangers institution security, or jeopardizes the integrity of an investigation of serious misconduct or criminal activity.

**114.2 APPROVAL AND REVIEW**

This procedure will be reviewed and updated annually by the Facility C Associate Warden; upon completion of the review, the procedure shall be routed through the Chief Deputy Warden (CDW) and submitted to the Warden for final review and signature.

**114.3 RESPONSIBILITY**

The Warden has the overall responsibility for this procedure. The Facility C Associate Warden is responsible for the implementation of this procedure and ensures that all staff assigned to work in ASU, will familiarize themselves with this plan and is responsible for compliance.

**114.4 REFERENCES**

California Code of Regulations (CCR), Title 15, Division 3, Chapter 1, Rules and Regulations of the Director of Corrections, Subchapter 4, General Institution Regulations, Article 5, Disciplinary Methods, Section 3312, and Article 7, Administrative Segregation, Section 3335 through 3345.

Standards for Adult Correctional Institutions 4th Edition, Part 3 Institutional Operations, Section D Special Management 4249, 4250, 4251, 4257, 4261, 4264, 4266, 4267, 4270. Part 4 Institutional Services, Section E Health Care 4400.

**114.5 DESCRIPTION OF PHYSICAL PLANT**

The ASU is located in Facility C, O-Wing and is comprised of 144 cells distributed among three (3) tiers. Each tier has an East and West side with the cells constructed back to back. Each tier has a grill gate that restricts access to the stairways and staff areas.

The Grill Gate Officer has control of the keys for the gate and provides

| California<br>Department of Corrections and Rehabilitation | Title:<br>**ASU PROCEDURES AND CASE MANAGEMENT** |
|---|---|
| **Correctional Training Facility**<br>**OPERATIONAL**<br>**PROCEDURE**<br>**114** | Developed:<br>**AUGUST 2010** |
| | Revised:<br>**AUGUST 2020** |

immediately advise custody staff of the need to medically change the in-cell care.

Upon arrival to the ASU, all inmates will be interviewed ASU staff regarding health care devices, assistive devices and rescue medication(s) and sign the CDCR 128-B Health Care Appliance Chrono receiving the inmate into ASU. The interview will be documented on the CDCR 114-A. In the event the inmate does not have, in his possession, his required assistive device(s) and/or rescue medication(s), the supervisor will immediately locate the device(s) or medication(s) and issue it to the inmate. In the event the inmate's assistive device(s) and/or rescue medication did not arrive with the inmate, the supervisor will immediately contact the sending unit lieutenant to ascertain the location of the aforementioned device(s) and/or medication(s). The items will be delivered to ASU immediately. The information will be documented on the CDCR 114-A. It is the sending unit's responsibility to ensure all assistive device(s) and/or rescue medication(s) arrive with the inmate in ASU.

**114.9**
**SECURITY /**
**WELFARE**
**CHECK**

A Security/Welfare Check is defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in ASU to include a visual/physical observation of a living, breathing inmate, free from obvious injury, ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

The overall focus of this procedure is to outline the requirement of the Security/Welfare Checks System utilizing the Guard One Rounds Tracker "PIPE" System.

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare checks. The Floor 1 Officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. There will be a Guard One "PIPE" assigned to each tier. The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The Officer will touch the "PIPE" to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation log as well as the ASU Sergeants log book.

| California Department of Corrections and Rehabilitation | Title: ASU PROCEDURES AND CASE MANAGEMENT |
|---|---|
| Correctional Training Facility OPERATIONAL PROCEDURE 114 | Developed: AUGUST 2010 |
| | Revised: AUGUST 2020 |

During First Watch hours, officer shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Emitting Diode (LED). Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

**INMATE REMOVAL FROM CELL**
During times when an inmate is out of his assigned cell for (yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate's call.

**VACANT CELLS**
Under this procedure officers are not required to conduct Security/Welfare Checks of cells where there are no inmates assigned.

**INTERNET PROTOCOL DOWNLOAD AND UNIT SUPERVISOR REVIEW**
At the completion of each shift the officer conducting the Security/Welfare Check will insert the "PIPE" into the Internet Protocol (IP) Downloader located at the ASU Sergeants desk for review. Once the IP download has been completed, the ASU Sergeant shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker software installed on their designated work station. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

After the review, the unit supervisor shall print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the custody supervisor shall appropriately address any deficiencies with staff prior to the end of shift. The ASU Lieutenant shall review the Guard One Rounds Tracker Report on a daily basis and ensure any deficiencies are appropriately addressed.

Note: In the event of an emergency and a Security/Welfare Check cannot be performed, a supervisor shall be immediately notified and

| California<br>Department of Corrections and Rehabilitation | Title:<br>**ASU PROCEDURES AND CASE MANAGEMENT** |
|---|---|
| **Correctional Training Facility**<br>**OPERATIONAL**<br>**PROCEDURE**<br>**114** | Developed:<br>**AUGUST 2010** |
| | Revised:<br>**AUGUST 2020** |

shall be documented in the tier logbook the reason(s) the Security/Welfare Check was not completed.

**EQUIPMENT MALFUNCTION**
In the event the Guard One Rounds Tracker software or equipment is not functioning properly staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System, staff will contact Enterprise Information Services (EIS) staff. If EIS staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check manual tracking sheet.

**114.10**
**SEARCH OF**
**NEW ARRIVALS**
**TO THE ASU**

Upon arrival, every inmate will receive a clothed body search prior to entering the ASU. ASU staff will conduct the cursory search. When entering ASU, new arrivals will enter utilizing the main entry door. Staff will ensure the inmate is secured in appropriate restraints, i.e. handcuffs, waist chains, and leg restraints. The inmate will be placed in a holding cell and an unclothed body search will be conducted.

**114.11**
**CLOTHING AND**
**PROPERTY OF**
**ALL NEW**
**ARRIVALS**

All State clothing, including shoes, will be returned to the Facility C Laundry Room, and all personal clothing, including personal hard sole shoes, will be placed in the inmate's personal property. The inmate will be allowed to retain a wedding band while in ASU. Inmates with braids or finger waves must remove the braid/weave and run their fingers through their hair. Prior to housing, unit staff will provide the inmate with an issue of state clothing, an initial intake packet, personal hygiene items and bedding. The inmate's assigned cell will be searched and inspected by the ASU staff prior to occupancy. The search shall be documented in the 114 file on the 114A and cell search log within the file.

All inmates housed in the ASU will receive a copy of the Administrative Segregation General Rules (English) or the Reglas Generales De Segregacion Administrativa (Spanish), whichever is applicable. The expectations will be explained to the inmate and a CDCR-128-B, ASU Orientation Chrono, will be completed.

Initial ASU clothing, bedding, and State issue items will consist of the following items:
- ASU Information Packet
- New Arrival Kit

| California | Title: |
|---|---|
| **Department of Corrections and Rehabilitation** | **ASU PROCEDURES AND CASE MANAGEMENT** |
| **Correctional Training Facility** **OPERATIONAL** | Developed: **AUGUST 2010** |
| **PROCEDURE** **114** | Revised: **AUGUST 2020** |

Form 114-A1 Inmate Segregation Profile". The memorandum shall indicate all inmates have been offered minimally required programs and services or note any discrepancies or deficiencies. The certification memorandum will be routed through the ASU Captain up the chain of command to the Warden who will then submit it to the Associate Director by the fifth of every month.


C. KOENIG
Warden
Correctional Training Facility

4/27/2020
DATE