1  XAVIER BECERRA                          ROMAN M. SILBERFELD, State Bar No. 62783
   Attorney General of California          GLENN A. DANAS, State Bar No. 270317
2  MONICA N. ANDERSON                      ROBINS KAPLAN LLP
   Senior Assistant Attorney General        2049 Century Park East, Suite 3400
3  ADRIANO HRVATIN                          Los Angeles, CA 90067-3208
   Supervising Deputy Attorney General      Telephone: (310) 552-0130
4  ELISE OWENS THORN, State Bar No. 145931  Fax: (310) 229-5800
   TYLER V. HEATH, State Bar No. 271478     E-mail: RSilberfeld@RobinsKaplan.com
5  KYLE A. LEWIS, State Bar No. 201041     Special Counsel for Defendants
   LUCAS HENNES, State Bar No. 278361
6  Deputy Attorneys General
     1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 210-7323
     Fax: (916) 324-5205
9    E-mail: Lucas.Hennes@doj.ca.gov
   Attorneys for Defendants

10

11                    IN THE UNITED STATES DISTRICT COURT

12                  FOR THE EASTERN DISTRICT OF CALIFORNIA

13                          SACRAMENTO DIVISION

14

15

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
| Plaintiffs, | **DECLARATION OF ASSOCIATE WARDEN E. SILVA IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL OPPOSITION TO PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | Judge:      The Honorable Kimberly J. Mueller |
| | Action Filed:  April 23, 1990 |

23        I, Associate Warden E. Silva, declare:

24        1.    I am currently employed by the California Department of Corrections and

25   Rehabilitation (CDCR) as an Associate Warden at California State Prison, Corcoran.  I have held

26   this position since April 2020.  I have worked for CDCR for almost twenty-one years, first as a

27   Correctional Officer—I then promoted to Correctional Sergeant, Correctional Lieutenant, and

28   Correctional Captain before promoting to Associate Warden.  I submit this declaration to support

                                         1

1  of Defendants' supplemental briefing in opposition to Plaintiff-Intervenor Christopher Lipsey's

2  motion for a temporary restraining order regarding Guard One security checks.  I have personal

3  knowledge of the statements in this declaration and could testify to them if called to do so.

4         2.     As an Associate Warden, I oversee custody operations, including the manner in which

5  correctional staff conduct the Guard One checks in the Security Housing Unit, the Short-Term

6  Restricted Housing Unit, and the Long-Term Restricted Housing Unit, which are the units at

7  Corcoran in which staff conduct Guard One security checks.  In addition, Guard One checks are

8  conducted in the Administrative Housing Units, which include a unit for inmates in the Enhanced

9  Outpatient Program, and a stand-alone unit.  I know how correctional staff conduct  Guard One

10  checks in Corcoran's Administrative Segregation Units.

11        3.     Beginning in January 2014, at the direction of the Court in the *Coleman v. Newsom*

12  class action, CDCR implemented Guard One security checks.

13        4.     The Guard One security checks are conducted twice every hour, twenty-four hours a

14  day.  Attached as Exhibit A to this declaration are true and correct copies of Operating Procedures

15  pertaining to the Guard One security checks at Corcoran.

16        5.     All Guard One security checks conducted during First Watch, between the hours of

17  10:00 p.m. and 6:00 a.m., are conducted on "silent" mode, meaning the device is operated in

18  silent mode so that no beeps or noises occur when the device is used to record a Guard One

19  check.  During Second Watch, between the hours of 6:00 a.m. and 2:00 p.m., and Third Watch,

20  between the hours of 2:00 p.m. and 10:00 p.m., the silencer is turned off, and you can hear an

21  audible beep during a Guard One check.

22        6.     All units where Guard One is utilized have a pad—the staff member touches the

23  Guard One device to the pad to record the he or she has completed the check.  The pad is located

24  either on an inmate's cell door or on the metal divider next to an inmate's cell door.  In the

25  Security Housing Unit, some pads are located on the wall next to an inmate's cell door while

26  others are on an inmate's cell door.  In the remaining units, the pad is located on the cell door.

27        7.     Because the cell door is metal, the pad is metal, and the Guard One device is metal,

28  when contact is made between the pad and the Guard One device, the contact between the two

2

1  makes a sound.  In the past, inmates have complained about the noise generated from this metal-

2  on-metal clicking, and accordingly, all officers are instructed to gently tap the Guard One device

3  to the pad to reduce the noise.  As a result, none of the units have received any recent complaints

4  from inmates pertaining to this noise.

5  8.    To my knowledge, none of the units have received any complaints pertaining to the beeping

6  sound emitted from the Guard One device during Second and Third Watch within the last year.

7

8      I declare under penalty of perjury that the information in this declaration is true and correct

9  to the best of my knowledge.  Executed on July 14, 2020, at Corcoran, California.

10                                    ___/s/ E. Silva_____

11                                    Associate Warden E. Silva
                                      California State Prison, Corcoran

12  CF1997CS0003
    91265759

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

# Memorandum

Date   :   JUL 2 2 2019

To     :   All Staff

Subject :   **OPERATIONAL PROCEDURE 226, SECURITY/ WELFARE CHECK PROCEDURE**

The purpose of this memorandum is to announce the following amendments to Operational Procedure 226, Security/ Welfare Check Procedure. Any additions are noted in **RED BOLD FONT** within the policy.

<u>**Deletions**</u>

There were no changes made during this year's revision.

Any questions regarding this matter can be directed to D. Goss, Associate Warden – Security Housing Unit (SHU), at extension 5665.

KEN CLARK
Warden
California State Prison – Corcoran

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**CALIFORNIA STATE PRISON- CORCORAN**
**CORCORAN, CALIFORNIA 93212**

**JUNE 2019**

I.    **PLAN NUMBER AND TITLE:**
Operational Procedure No:   226
Operational Procedure Title: Security/ Welfare Check Procedure

II.   **PURPOSE AND OBJECTIVE:**
The purpose of this procedure is to establish specific security and operational guidelines for Security/Welfare Checks, to ensure operational compliance with the Department Operations Manual (DOM), the California Code of Regulations, Title 15 and Coleman court mandates.

The objective of this procedure is to set the guidelines for the Security/Welfare Checks of **all** inmates placed in Administrative Segregation Housing Units (ASU), Security Housing Units (SHU), Psychiatric Services Housing Units (PSU), Long Term Restricted Housing Units (LTRH), Short Term Restricted Housing Units (STRH) and Condemned Housing Units.

The overall focus of this procedure is to outline the requirement' of the Security/Welfare Checks System utilizing the Guard One Rounds Tracker "PIPE" System.

III.  **REFERENCES:**
A.  DOM Section 52080.24- Administrative Segregation.

B.  May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", signed by Michael Steiner, Director, Division of Adult Institutions.

IV.   **APPROVAL AND REVIEW:**
This procedure will be reviewed annually by the Associate Warden – Security Housing Unit (SHU) and will be submitted to the Warden for final approval.

V.    **RESPONSIBILITY:**
A.  The Warden has the overall managerial responsibility for the operation of this procedure.
B.  The Chief Deputy Warden has the overall functional responsibility for the operation of this procedure.
C.  The Associate Warden- SHU is responsible for the application of this procedure in

the ASU, PSU, SHU, LTRH, STRH and Condemned Housing Unit.

D. The Captain(s) in charge of any ASU, PSU, SHU, LTRH, STRH and condemned Housing Unit are responsible for ensuring procedural adherence.

E. The Chief of Mental Health is responsible for monitoring this procedure for compliance with Coleman Court Mandates.

## VI.   METHODS:

The Correctional Officer(s) conducting the Security/Welfare Check will utilize the Guard 1 Rounds Tracker ("PIPE") to record all Security/Welfare Checks. The Security/Welfare check is a personal observation by a Correctional Officer of a living, breathing inmate, free from obvious injury. Officers will report any equipment malfunctions to their immediate Supervisor, who will in turn report it to their area manager or Administrative Officer of the Day (AOD) via their chain of command.

The following Correctional Officer posts will have the responsibility for the Welfare Checks:

- First Watch- Floor #1
- Second Watch- Floor #2
- Third Watch- Floor #2

Officers conducting the Security/Welfare Check will ensure there is a clear and unobstructed view into the cell where inmates are assigned and identify any:

a) Damage to the cell.
b) Signs of misconduct, safety/security breaches.
c) Signs of obvious injury to any inmate.

The unit/facility Sergeant shall print/review, sign and date the Guard 1 Tracker reports (Rounds Report, Time Report and Time Between Report), approximately one (1) hour prior to the end of their shift. Institutions shall retain the original, signed, Guard One Rounds Tracker reports on the facility for approximately six months. After six months the Captain and/or area Manager shall ensure reports are archived at the institution for a minimum of three years. This review is conducted to identify staff proof of practice of the Security/Welfare Checks.

The Sergeant will review the Security/Welfare Checks and:

a) Identify noted discrepancies/delay(s) of the Security/Welfare Check.
b) Discuss discrepancies/delay(s) with staff.
c) Determine the cause of the discrepancy/delay(s)
d) Provide staff training/Corrective Action/Progressive Discipline (if needed).
e) Submit a Remedy Ticket/Work Order (if needed).
f) Immediately document and report discrepancies to the Facility Lieutenant and Captain.

The unit/facility Lieutenant shall review the Guard 1 Tracker reports prior to the end of their shift and immediately report any discrepancies/delay(s) to the Facility Captain and indicate the cause and remedy, noting any training/corrective action conducted.

The Lieutenant will subsequently document work orders/remedy tickets submitted due to required repairs via a Notice of Unusual (NOU) and email a copy of the NOU to the Facility Captain/Associate Warden - SHU and Associate Warden Housing for notification.

The Facility Captain responsible for any ASU, PSU, SHU and Condemned Housing Unit is responsible for ensuring procedural adherence. The Captain shall conduct a review of the printed Guard One reports, **at a minimum of weekly** (of their assigned area) noting any discrepancies/delay(s) and requested repairs. The Captain shall report this information to the Associate Warden.

The Associate Warden(s) will provide a weekly report of any discrepancies/delay(s), requested repairs and training/corrective action for review at the weekly Security/Welfare Check meeting with the Hiring Authority or their designee.

A. SECURITY/WELFARE CHECK DEFINED:
A Security/Welfare Check is a personal observation by a correctional officer, of the welfare of the inmate and the security of the cell in which an inmate is housed in an ASU, PSU, SHU, or Condemned Housing Unit.

The Security/Welfare Check will include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

B. EXTRAORDINARY CIRCUMSTANCES:
An incident or event, causing any delay(s) outside of the mandated time frame of the Security/Welfare Check(s), shall be noted by staff in the Unit Log book/Isolation Log Book. This extraordinary circumstance, causing the delay(s), shall be immediately reported to the unit/facility Sergeant. The unit/facility Sergeant shall briefly document the cause of the delay(s) on the printed report noting the date, time and supervisor name. This delay(s) shall immediately be reported to the Facility Lieutenant, and documented on a Notice of Unusual Occurrence (NOU).

C. USE OF THE GUARD ONE ROUNDS TRACKER:
Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each cell, at staggered intervals and twice an hour, not to exceed 35 minutes between checks and no sooner than 10 minutes between checks.

"Staggered" means Security/Welfare Checks are conducted at unannounced and irregular intervals so that they are unpredictable to the inmate population.

The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the "PIPE" to each button which is affixed to each cell door in the housing unit

The Officer shall confirm the electronic validation at each cell via the audible alert (beep) or flashing red Light Omitting Diode (LED) indicating the Officer was at a specific cell, at a specific time.

D. <u>FIRST WATCH "PIPE":</u>
During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red LED. Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked and identified as the preferred equipment for First Watch use.

**Note:** Although the silenced "First Watch PIPE" is the preferred equipment for First Watch use, staff should understand the importance of completing the Security/Welfare Checks, and will complete the checks with the available equipment (referring to identified repairs/inoperable equipment). If the silenced "PIPE" is unavailable during the First Watch Security/Welfare Checks staff shall report this information to their direct supervisor and document this in the Unit Log book/Isolation Log Book.

E. <u>INMATE REMOVAL FROM CELL:</u>
When an inmate is out of his/her assigned cell for (yard, classification committee, appointments, visiting, etc.), the designated Correctional Officer **will** continue to conduct Security/Welfare Checks looking for damage and potential security concerns to the inmate(s) cell.

F. <u>VACANT CELLS:</u>
Under this procedure officers **will not** conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

G. INTERNET PROTOCOL DOWNLOAD AND UNIT SUPERVISOR REVIEW:

At approximately one hour prior to the end of their shift, the officer conducting the Security/Welfare Check will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the Unit/Program Office for the unit supervisor's review. After downloading is complete the docking station LED will return to green and the "PIPE" is ready for removal. The supervisor shall print the Guard One Rounds Tracker Reports (Rounds Report, Time Report and Time Between Report) and provide their name, signature and date of review once the IP download has been completed.

**Note: Leaving the "PIPE" connected to the downloader will deplete the battery. Optimal charging time on the docking station is defined as 15 minutes per day.**

The supervisor shall review the previous eight hours of all Security/Welfare Checks, including one hour from the previous shift.   This review will ensure all Security / Welfare Checks have been completed at least twice an hour and at staggered intervals, not to exceed 35 minutes between checks.

Supervisors/Managers may utilize the Guard One Tracker Software installed at any work station for review/printing of the reports. Should there be any discrepancies during this review the custody supervisor shall appropriately address any deficiencies with staff prior to the end of shift and report the deficiencies/corrective action to the facility Lieutenant/Captain.

H. TRAINING:

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

I. EQUIPMENT MALFUNCTION:

In the event the Guard One Rounds Tracker software, or equipment, is not functioning properly staff will immediately notify the custody supervisor for follow up. For any technical assistance regarding the Guard One Rounds Tracker System, staff will contact Enterprise Information Services staff and complete a Remedy Ticket. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet (Attachment A).

J. RECORDS RETENTION:

Institutions shall retain the original, signed, Guard One Rounds Tracker report, in the facility for approximately six months. After six months the reports will be

archived at the institution for an additional two years and six months. The reports will then be archived in departmental records retention for an additional four years.

Any Security/Welfare Check Manual Tracking Sheet(s) (Attachment A) shall be submitted as the report, representing any inoperable incidents.

Attachment A - Security/Welfare Check Manual Tracking Sheet


_____                    7-22-15
KEN CLARK                               Date
Warden
California State Prison-Corcoran

ATTACHMENT A

## SECURITY/WELFARE CHECK MANUAL TRACKING SHEET

INSTITUTION: _____    FACILITY: _____

HOUSING UNIT: _____    DATE: _____    WATCH:   1ST   2ND   3RD

LOWER BED: _____    UPPER BED: _____

**INSTRUCTIONS: COMPLETE 2 SECURITY/WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT TO EXCEED 35 MINUTES**

(A "Security/Welfare Check" is defined as a personal observation by correctional officers of the welfare of the inmate and the security of the cell of inmates housed in an ASU, PSU, SHU or Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.)

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURE | COMMENTS |
|------|---------------------------|--------------------------|----------|
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |

Supervisor Name (print)              (signature)              (date)