1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  ADRIANO HRVATIN
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   TYLER V. HEATH, State Bar No. 271478
5  KYLE A. LEWIS, State Bar No. 201041
   LUCAS HENNES, State Bar No. 278361
6  Deputy Attorneys General
    1300 I Street, Suite 125
7   P.O. Box 944255
    Sacramento, CA 94244-2550
8   Telephone:  (916) 210-7323
    Fax:  (916) 324-5205
9   E-mail:  Lucas.Hennes@doj.ca.gov
   Attorneys for Defendants

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone:  (310) 552-0130
 Fax:  (310) 229-5800
 E-mail:  RSilberfeld@RobinsKaplan.com
 Special Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF CAPTAIN C. PARRY IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL OPPOSITION TO PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, Captain C. Parry, declare:

1.    I am currently employed by the California Department of Corrections and Rehabilitation (CDCR) as a Correctional Captain at Pelican Bay State Prison.  I have held this position for seven years.  I submit this declaration to support of Defendants' supplemental briefing in opposition to Plaintiff-Intervenor Christopher Lipsey's motion for a temporary restraining order regarding Guard One security checks.  I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

1

1    2.    I began my career with CDCR as a Correctional Officer at California Correctional

2  Center in Susanville, California.  In 2007, I transferred to Pelican Bay as a Correctional Sergeant.

3  In addition to my Correctional Sergeant position at Pelican Bay, I have also worked as a

4  Correctional Counselor I, Correctional Counselor II, a Correctional Lieutenant and a Correctional

5  Captain at Pelican Bay.

6    3.    I am currently a Correctional Captain in Pelican Bay's Administrative Segregation

7  Unit, the Security Housing Unit, and the Short-Term Restricted Housing Unit, which are the only

8  units in which Pelican Bay conducts the Guard One security checks.  In this capacity, I oversee all

9  custody operations, including the manner in which correctional staff conduct the Guard One

10  security checks in these units.

11    4.    At Pelican Bay, the Administrative Segregation Unit and the Security Housing Unit

12  are located in Facility C.  The Short-Term Restricted Housing Unit in stand-alone unit.

13    5.    Beginning in January 2014, at the direction of the Court in the *Coleman v. Newsom*

14  class action, I understand that the California Department of Corrections and Rehabilitation

15  implemented the Guard One security checks.  At that time, I was a Correctional Captain in

16  Facility D, which was then a Security Housing Unit.  Thus, I am familiar with the implementation

17  of the Guard One checks and the modifications that have occurred to the Guard One system.

18  Attached as Exhibit A to this declaration is a true and correct copy of the memorandum directing

19  staff to implement the Guard One security checks at Pelican Bay.

20    6.    In the Administrative Segregation Unit and Short-Term Restricted Housing Unit, the

21  Guard One security checks are conducted twice every hour, twenty-four hours a day.  In the

22  Security Housing Unit, Guard One security checks during First Watch, between the hours of

23  10:00 p.m. and 6:00 a.m., occur once every hour.  During Second Watch, between the hours of

24  6:00 a.m. and 2:00 p.m., and Third Watch, between the hours of 2:00 p.m. and 10:00 p.m., the

25  checks are conducted at twice every hour.  Attached as Exhibits B-F to this declaration are true

26  and correct copies of the Operating Procedures pertaining to the Guard One security checks at

27  Pelican Bay, subsequent amendments to the timing of the checks during First Watch, and a

28  memorandum describing steps taken to reduce the noise of Guard One checks during First Watch.

7.    When the Guard One security checks were first implemented at Pelican Bay in August 2015, some of the Guard One devices had silencers, meaning the device could be operated in silent mode so that no beeps or noises occurred when the device was used.  Other devices did not have the silent mode option, and I am aware that inmates housed in the Security Housing Unit filed grievances complaining about the beeping sound emitted when the device was used during First Watch.

8.    I don't recall the exact date but I do recall that, in response to inmate complaints about the noise emitted from the Guard One device during the night, attorneys for inmates, attorneys from the Attorney General's office, members of the *Coleman* Special Master's team, including Mr. Lindsay Hayes, who I understand to be an expert designated by the *Coleman* court, toured Pelican Bay's Security Housing Unit during the night and early morning to understand the noise caused by Guard One and whether inmates were awakened by the noise.  I was present during that tour that occurred at approximately 1:00 a.m.

9.    During the tour, the inmates were noted to be sleeping and not awakened by the beeping caused by the Guard One device.  In fact, I, and others on the tour, heard a toilet flushed by an inmate, and we all noted that sound to be much louder than the beeping sound emitted by the Guard One device.

10.    Currently, all Guard One security checks, including during Second and Third Watch are conducted silently, with no audible beeping or sound when the device is activated.  Consequently, inmates have submitted significantly fewer grievances.  In fact, I have not seen a single grievance or complaint about the use of Guard One for at least a year.

11.    As recently as July 6, 2020 at approximately 4:00 a.m., I personally walked through the Administrative Segregation Unit, while staff conducted the Guard One security checks.  During this check, all inmates were asleep and undisturbed by any noise in connection with the Guard One checks, including the low electrical hum of security doors opening and closing.

12.    In addition to the silent Guard One devices, all officers perform the checks quietly, without banging or walking loudly while conducting the security checks.

13.    Pelican Bay provides ear plugs to any inmate who requests them.

3

1         I declare under penalty of perjury that the information in this declaration is true and correct

2    to the best of my knowledge.  Executed on July 13, 2020, at Crescent City, California.

3                              ____    /s/ C. Parry _____

4                              Captain C. Parry
                          Pelican Bay State Prison

5    CF1997CS0003
   91265223

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

# Memorandum

Date   :   June 6, 2014

To     :   Ralph M. Diaz
           Associate Director
           High Security Mission
           Division of Adult Institutions

Subject :   **SECURITY/WELFARE CHECK PROCEDURE UTILIZING THE GUARD ONE SYSTEM TO SUPERSEDE ADMINISTRATIVE SEGREGATION UNIT WELFARE CHECK AND SECURITY/CUSTODY ROUNDS IN SPECIALIZED HOUSING PROCEDURES – PROOF OF PRACTICE**

Per the memorandum dated May 9, 2014, signed by M. D. Stainer, Director, Division of Adult Institutions (DAI), regarding Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialized Housing Procedures, this memorandum serves as Proof of Practice that Pelican Bay State Prison (PBSP) is in compliance with the training requirement.

In addition, PBSP has prepared addendums to our local operational procedures to ensure appropriateness and compliance with the new policy. The information will be incorporated into the next revision of our operational procedures.

If you have any questions or concerns, please contact me at (707) 465-9000.

C. E. DUCART
Warden (A)
Pelican Bay State Prison

cc:   Michael Romero, Associate Warden (A), High Security Mission, DAI
       Thomas Tyler, Captain, Audits and Litigation Unit, DAI

State of California                                                          Department of Corrections and Rehabilitation

# Memorandum

Date  :  May 9, 2014

To    :  Associate Directors, Division of Adult Institutions
         Wardens

Subject  :  **SECURITY/WELFARE CHECK PROCEDURE UTILIZING THE GUARD ONE
         SYSTEM TO SUPERSEDE ADMINISTRATIVE SEGREGATION UNIT WELFARE
         CHECK AND SECURITY/CUSTODY ROUNDS IN SPECIALIZED HOUSING
         PROCEDURES**

The purpose of this memorandum is to modify current Security/Welfare Check procedures
for **all** inmates housed in Administrative Segregation Units (ASU), Psychiatric Services
Units (PSU), Security Housing Units (SHU), and Condemned Housing Units, which utilize or
will be utilizing the Guard One electronic monitoring system. In furtherance of the California
Department of Corrections and Rehabilitation's continued efforts to reduce inmate suicides, the
Department has determined both the ASU Welfare Check and Security/Custody Rounds will
be combined into one Security/Welfare Check Procedure.

The Security/Welfare Check procedures presented herein will supersede ASU Welfare
Check and Security/Custody Rounds in Specialized Housing Procedures as directed in
memorandums dated: May 28, 2013, titled, "Revised Administrative Segregation Unit Welfare
Check Procedure and Implementation of Security Inspections in Specialized Housing" and
July 3, 2013, titled, "Implementation of the Administrative Segregation Unit Welfare Check
Procedures Utilizing the Guard One System."

A "Security/Welfare Check" shall be defined as a personal observation by a correctional
officer of the welfare of the inmate and the security of the cell in which an inmate is housed in
an ASU, PSU, SHU, and Condemned Housing Unit. The Security/Welfare Check shall include
a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring
there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs
of any misconduct or self-injurious behavior. The Security/Welfare Check shall be conducted
on **all** inmates housed in ASU, PSU, SHU, and Condemned Housing Units.

The following are custody staff responsibilities for conducting Security/Welfare Checks
utilizing the Guard One System:

1. Correctional officers shall use the Guard One PIPE to record all Security/Welfare
   Checks conducted on **all** inmates housed in ASU, PSU, SHU, and Condemned
   Housing. This will be accomplished by touching the PIPE to each cell front button.
   This will capture the time and location that the Security/Welfare Check was conducted.
   **Note: Staff shall no longer capture the inmates' in-cell activity via the wallet and
   activity buttons under this modified procedure.**

Associate Directors, Division of Adult Institutions
Wardens
Page 2

2. Correctional officers shall conduct Security/Welfare Checks on all inmates in the aforementioned housing units at staggered intervals twice an hour, not to exceed 35 minutes between checks. Staggered means checks are to be conducted at unannounced and irregular intervals so that they are unpredictable to the inmate population. Disruptions of Security/Welfare Checks shall be documented in the ASU, PSU, SHU, and Condemned Housing Unit Isolation log book.

3. During First Watch hours, correctional officers shall conduct all Security/Welfare Checks using a pre-programmed silenced First Watch PIPE. The First Watch PIPE does not omit an audible beep during use only flashing a red Light Omitting Diode (LED). The First Watch PIPE shall be marked identifying it as equipment for First Watch use only.

4. During times when inmates housed in ASU, PSU, SHU, and Condemned Housing Units are out of their assigned cell for (yard, classification committee, appointments, visiting, etc.), correctional officers are required to conduct a Security/Welfare Check looking for damage and potential security concerns to that inmate(s) cell. Under this procedure correctional officers are not expected to conduct Security/Welfare Checks on ASU, PSU, SHU, and Condemned cells that have no inmates assigned to them.

5. At the completion of each shift the correctional officer(s) tasked with completing the Security/Welfare Check shall insert the PIPE into the Internet Protocol (IP) Downloader. Once the IP download has been completed, the unit supervisor shall review all the Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated work station. This review shall ensure all Security/Welfare Checks have been completed at least two times an hour at staggered intervals not to exceed 35 minutes between checks.

6. As part of the review, the unit supervisor will print the Guard One Rounds Tracker Report and provide their signature and date of review. Should there be any discrepancies during this review the housing unit supervisor shall provide appropriate corrective action with staff prior to the end of the shift.

7. Institutions shall retain the original, signed, Guard One Rounds Tracker Report for a minimum of three years at the institution, and an additional four years in departmental records retention.

8. In the event the Guard One electronic monitoring system is inoperable, staff shall use the Security/Welfare Check Manual Tracking Sheet (Attachment A) to document the required checks. Once the Guard One System is fully operational staff shall resume the methods as described above for the Guard One System. The records retention schedule for the Security/Welfare Check Form will be the same as for the Guard One Rounds Tracker Reports.

Associate Directors, Division of Adult Institutions
Wardens
Page 3

9. Based on their unique design and programs, California State Prison, San Quentin's North Segregation and Central California Women's Facility Condemned Housing Units shall only conduct Security/Welfare Checks during First Watch.

All custody staff tasked with conducting and reviewing Security/Welfare Checks shall receive documented on-the-job training regarding the implementation of the Security/Welfare Check procedure utilizing the Guard One System. An In-Service Training Code will be provided in a subsequent email. An updated sample Operating Procedure (OP) is attached for your convenience to assist with incorporating the revised Security/Welfare Check Procedure utilizing the Guard One System into your local OP. This revision(s) may be a supplement to be included in the next scheduled revision of the impacted document. Please provide verification of completion of training and the update to your institution OP via memorandum to your respective Mission Associate Director and a copy to Thomas Tyler, Captain, Audits and Litigation Unit, Division of Adult Institutions within 30 calendar days from the date of issuance of this memorandum.

If you have any questions regarding this procedure, please contact Captain Thomas Tyler at (916) 324-7956.

M. D. STAINER
Director
Division of Adult Institutions

Attachments

cc: Kathleen Allison
Kelly Harrington
Tim Virga
Thomas Tyler

# Exhibit B

# Memorandum

**Date** : August 3, 2015

**To** : All Staff

**From** : **Department of Corrections and Rehabilitation**
**Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000**

**Subject :** **ADDENDUM TO OPERATIONAL PROCEDURE 222, SECURITY HOUSING UNIT, SECURITY / WELFARE CHECKS USING THE GUARD ONE SYSTEM**

The contents of this addendum will be incorporated into Operational Procedure (OP) 222, Security Housing Unit (SHU), at the next revision.

## PURPOSE AND OBJECTIVE:

The purpose of this procedure is to establish specific security and operational guidelines for Security/Welfare Checks, to ensure operational compliance with the Department Operations Manual (DOM), California Code of Regulations, Title 15, and Coleman court mandates.

The objective of this procedure is to set the guidelines for the Security/Welfare Checks of **all** inmates placed in SHU.

A Security/Welfare Check is defined as a personal observation by a correctional officer of the welfare of the inmate and the security of the cell in which an inmate is housed in an Administrative Segregation Unit (ASU), Psychiatric Services Unit, SHU, or Condemned Housing Unit. The Security/Welfare Check is to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

The overall focus of this procedure is to outline the requirement of the Security/Welfare Checks System utilizing the Guard One Rounds Tracker "PIPE" System.

## REFERENCES:

A.  DOM, Section 52080.24 - ASU

B.  Memorandum dated May 9, 2014, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede ASU Welfare Check and Security/Custody Rounds in Specialized Housing Procedures", signed by Michael Stainer, Director, Division of Adult Institutions.

## RESPONSIBILITY:

A.   The Warden has the overall managerial responsibility for the operation of this procedure.

B.   The Chief Deputy Administrator has the overall functional responsibility for the operation of this procedure.

C.   The Associate Warden of the SHU is responsible for the application of this procedure.

D.   The Captain(s) in charge of any SHU Units are responsible for ensuring procedural adherence.

E.   The Americans with Disabilities Act Coordinator is responsible for monitoring this procedure for compliance with Coleman court mandates.

## METHODS:

### Use of the Guard One Rounds Tracker

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks. The names of the officers conducting the Security/Welfare Checks shall be logged in the unit logbook. The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the "PIPE" to each button which is affixed to each cell in their unit. Once a successful connection is established, the "PIPE" will emit a sound, and a small Light Emitting Diode (LED) light will be lit on the "PIPE" to confirm the button has been read. This will electronically validate the officer was at a specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the housing unit logbook.

In the event the "PIPE" malfunctions the Security/Welfare Check Manual Tracking Sheet (Attachment A) will be utilized until the "PIPE" is repaired.

### First Watch PIPE

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE". The "First Watch PIPE" does not omit an audible beep during use and only flashes a red LED. Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

### Inmate Removal from Cell

During times when an inmate is out of his/her assigned cell for (yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

All Staff
Page 3

Vacant Cells

Under this procedure, officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

Internet Protocol Download and Unit Supervisor Review

The officer conducting the Security/Welfare Check will insert the "PIPE" into the Internet Protocol (IP) Downloader in the designated unit located in the Unit/Program Office for the unit supervisor's review. A download should be completed about half way through the shift and the final download should be completed an hour prior to end of the shift. The supervisor shall be notified of any discrepancies immediately. The staff shall continue with the scheduled security checks even after the download until they have been properly relieved. This will ensure all checks are completed within the 35-minute timeframe. Once the IP download has been completed, the unit supervisor shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed on their designated workstation. This review will ensure all Security/Welfare Checks have been completed at least twice an hour at staggered intervals not to exceed 35 minutes between checks.

Upon completion of each shift a review will be conducted by the Correctional Sergeant who will forward via e-mail a copy of the "Time Between" report with an explanation with regard to any discrepancies, and their name to the Health Care Access Unit Analyst who can be reached at extension 7707, during regular business hours. **When forwarding the "Time Between" report via e-mail, the Facility, Date, and Watch will be noted in the subject line.**

Training

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment.

Equipment Malfunction

In the event the Guard One Rounds Tracker software or equipment is not functioning properly, staff will immediately notify the custody supervisor for follow up. For any technical assistance, regarding the Guard One Rounds Tracker System, staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff will utilize the manual methods detailed on the Security/Welfare Check Manual Tracking Sheet.

C. E. DUCART
Warden

Attachment A - Security/Welfare Manual Tracking Sheet

## SECURITY/WELFARE CHECK MANUAL TRACKING SHEET

INSTITUTION:_____    FACILITY:_____

HOUSING UNIT:_____    DATE:_____    WATCH:    1ST    2ND    3RD

LOWER BED:_____    UPPER BED:_____

**INSTRUCTIONS: COMPLETE 2 SECURITY/WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT TO EXCEED 35 MINUTES**

(A "Security/Welfare Check" is defined as a personal observation by correctional officers of the welfare of the inmate and the security of the cell of inmates housed in an ASU, PSU, SHU or Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.)

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURE | COMMENTS |
|------|---------------------------|--------------------------|----------|
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |

**Supervisor Name (print)**          **(signature)**          **(date)**

# Exhibit C

**State of California**

# Memorandum

**Date** : December 11, 2015

**To** : All Security Housing Unit Staff

**From** : **Department of Corrections and Rehabilitation**
**Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000**

## Subject : MITIGATION OF NOISE DURING FIRST WATCH

The purpose of this memorandum is to remind staff of the expectation to minimize the amount of noise they make during the Security Welfare/Guard One Checks. To assist in minimizing the noise during these hours, please stow your key sets in your belt and use other devices such as rubber bands to restrict the movement of your keys. Thank you for all your efforts to minimize the noise during your First Watch duties.

If you have any questions or concerns, please contact your respective Captain.

C. E. DUCART
Warden

# Exhibit D

# Memorandum

**Date** : December 29, 2015

**To** : All Staff

**From** : **Department of Corrections and Rehabilitation**
**Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000**

**Subject :** **SECURITY HOUSING UNIT SECURITY/WELFARE CHECKS**

Effective immediately, Pelican Bay State Prison Security Housing Unit Security/Welfare Checks utilizing Guard One shall temporarily be conducted only once per hour during First Watch (2200 hours to 0600 hours) not to exceed 60 minutes between checks.

If you have any questions, please contact R. K. Bell, Correctional Administrator, Security Housing Unit, at extension 9008.

C. E. DUCART
Warden

# Exhibit E

State of California                                                                Department of Corrections and Rehabilitation

# Memorandum

Date    :    December 29, 2015

To      :    Sandra Alfaro, Associate Director (A), High Security (Males) Mission
             Clark Ducart, Warden, Pelican Bay State Prison

Subject :    **(TEMPORARY AMENDMENT) SECURITY/WELFARE CHECK PROCEDURE
             UTILIZING THE GUARD ONE SYSTEM TO SUPERSEDE ADMINISTRATIVE
             SEGREGATION UNIT WELFARE CHECK AND SECURITY/CUSTODY ROUNDS
             IN SPECIALIZED HOUSING PROCEDURES**

             The purpose of this memorandum is to provide notification regarding a temporary
             amendment to the Security/Welfare Check Procedure, as outlined in the
             May 9, 2014, memorandum titled, "Security/Welfare Check Procedure Utilizing the
             Guard One System to Supersede Administrative Segregation Unit Welfare Check
             and Security/Custody Rounds In Specialized Housing Procedures."    This
             temporary amendment is site specific to Pelican Bay State Prison (PBSP),
             Facilities C and D, and will be effective immediately.

             During First Watch hours, Custody staff at PBSP, Facilities C and D, shall
             temporarily conduct Security/Welfare Checks on all inmates within each housing
             unit at staggered intervals, once per hour, not to exceed 60 minutes between
             checks.

             During Second and Third Watch hours, staff shall continue to conduct
             Security/Welfare Checks on all inmates within each housing unit at staggered
             intervals, twice per hour, not to exceed 35 minutes between checks.

             If you have any questions, please contact Trent Allen, Captain, Mental Health
             Compliance Team, Division of Adult Institutions, at (916) 324-7956 or
             Trent.Allen@cdcr.ca.gov.


             K. allison
             KELLY HARRINGTON
             Director
             Division of Adult Institutions

             cc:  Kathleen Allison
                  Ralph M. Diaz
                  Robert L. Davis
                  Trent Allen

State of California                                              Department of Corrections and Rehabilitation

# Memorandum

Date     :  July 15, 2015

To       :  Associate Directors, Division of Adult Institutions
            Wardens

Subject  :  **IMPLEMENTATION OF THE SECURITY/WELFARE CHECK PROCEDURE
            UTILIZING THE GUARD ONE SYSTEM (COMPLETION OF PHASE 3)**

The purpose of this memorandum is to provide notification effective
Monday, August 3, 2015, Pelican Bay State Prison's Facilities C and D will
implement the Security/Welfare Check Procedure as outlined in the May 9, 2014,
memorandum titled "Security/Welfare Check Procedure Utilizing the Guard One
System to Supersede Administrative Segregation Unit Welfare Check and
Security/Custody Rounds In Specialized Housing Procedures." This completes
Phase 3, and fully implements the Security/Welfare Check Procedure utilizing the
Guard One system.

If you have any questions, please contact Thomas Tyler, Captain, Division of Adult
Institutions, at (916) 323-2931 or Thomas.Tyler@cdcr.ca.gov.


KELLY HARRINGTON
Director
Division of Adult Institutions

Attachment

cc: Kathleen Allison
    Ralph M. Diaz
    Thomas Tyler

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date    :    August 22, 2014

To      :    Associate Directors, Division of Adult Institutions
             Wardens

Subject :    **IMPLEMENTATION OF THE SECURITY/WELFARE CHECK PROCEDURE
             UTILIZING THE GUARD ONE SYSTEM (ACTIVATION OF PHASE 3)**

             The purpose of this memorandum is to provide notification regarding the activation
             of Phase 3 of the Security/Welfare Check Procedure utilizing the Guard One
             System implementation.    Phase 3 begins with the California Health Care
             Facility-Stockton's Enhanced Outpatient Program Administrative Segregation Unit.
             The implementation of the Security/Welfare Check Procedure at Pelican Bay State
             Prison's Facilities C and D still have not activated under Phase 3, and await further
             direction prior to implementation.

             If you have any questions regarding the implementation of the Security/Welfare
             Check Procedure, the Guard One System and/or Phase 3, please contact Thomas
             Tyler, Captain, Class Action Management Unit, at (916) 324-7956.

             M. DESTAINER
             Director
             Division of Adult Institutions

             Attachments

             cc:  Kathleen Allison
                  Kelly Harrington
                  Timothy Virga
                  Thomas Tyler

State of California                                                      Department of Corrections and Rehabilitation

# Memorandum

Date      :    May 9, 2014

To        : ···    Associate Directors, Division of Adult Institutions
                Wardens

Subject   :    **IMPLEMENTATION OF THE SECURITY/WELFARE CHECK PROCEDURE
                UTILIZING THE GUARD ONE SYSTEM**

The purpose of this memorandum is to provide direction regarding the implementation of the
Security/Welfare Check Procedure utilizing the Guard One electronic monitoring system. The
Guard One System is currently being expanded to all Psychiatric Services Units (PSU),
Security Housing Units (SHU), and Condemned Housing Units throughout the State. Due to
the ongoing installation of the Guard One System at various institutions, the Security/Welfare
Check Procedure will be implemented in three phases. Institutions will not begin utilizing the
modified Security/Welfare Check Procedure until the initiation of their designated phase.

Upon receipt of this memorandum, all institutions with an Administrative Segregation
Unit (ASU), PSU, SHU or Condemned Housing Unit will begin to provide training to all
correctional officers assigned to the abovementioned areas on the Security/Welfare Check
Procedure utilizing the Guard One electronic monitoring system. The Division of Adult
Institutions has developed an on-the-job training aide to assist institutions with providing
training to staff. This training should be conducted in areas where the Guard One System is
installed so that staff can familiarize themselves with the equipment and the Security/Welfare
Check Procedure. Institutions shall ensure correctional officers assigned to each phase's
identified areas have been trained prior to that phase's activation date.

### PHASE 1

Phase 1 will begin on May 19, 2014, with all ASU's that have the Guard One System currently
installed.

### PHASE 2

Phase 2 will begin on June 16, 2014, consisting of Kern Valley State Prison's ASU overflow,
all PSU, SHU (excluding Pelican Bay State Prison's Facilities C and D), and Condemned
Housing Units.

### PHASE 3

Phase 3 will consist of Pelican Bay State Prison's Facilities C and D along with the California
Health Care Facility-Stockton. Phase 3's activation date has yet to be determined and will be
announced in a subsequent directive.

Associate Director, Division of Adult Institutions
Wardens
Page 2

If you have any questions regarding the implementation of the Security/Welfare Check Procedure and/or the Guard One System, please contact Thomas Tyler, Captain, Audits and Litigation Unit, Division of Adult Institutions, at (916) 324-7956.

M. D. STAINER
Director
Division of Adult Institutions

Attachment

cc: Kathleen Allison
    Kelly Harrington
    Tim Virga
    Thomas Tyler

# Exhibit F

# Memorandum

**Date** :  FEB 1 9 2016

**To** :  All Staff

**From** :  **Department of Corrections and Rehabilitation**
**Pelican Bay State Prison, P.O. Box 7000, Crescent City, CA 95532-7000**

**Subject** :  **MITIGATION OF POD DOOR NOISE DURING FIRST WATCH**

Concerns have been expressed regarding the noise made by the opening and closing of pod doors. Effective immediately, in an effort to mitigate this noise, staff will be directed to not fully open pod doors during First Watch hours, whenever feasible, thus minimizing the noise generated by the metal-on-metal contact. However, pod doors will be closed fully when staff are not in the pod.

If you have any questions, please contact your immediate supervisor.

C. E. DUCART
Warden