1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  ADRIANO HRVATIN
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   TYLER V. HEATH, State Bar No. 271478
5  KYLE A. LEWIS, State Bar No. 201041
   LUCAS HENNES, State Bar No. 278361
6  Deputy Attorneys General
    1300 I Street, Suite 125
7   P.O. Box 944255
    Sacramento, CA 94244-2550
8   Telephone:  (916) 210-7323
    Fax:  (916) 324-5205
9   E-mail:  Lucas.Hennes@doj.ca.gov
   Attorneys for Defendants

   ROMAN M. SILBERFELD, State Bar No. 62783
   GLENN A. DANAS, State Bar No. 270317
   ROBINS KAPLAN LLP
    2049 Century Park East, Suite 3400
    Los Angeles, CA 90067-3208
    Telephone:  (310) 552-0130
    Fax:  (310) 229-5800
    E-mail:  RSilberfeld@RobinsKaplan.com
   Special Counsel for Defendants

10

11                IN THE UNITED STATES DISTRICT COURT

12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13                      SACRAMENTO DIVISION

14

15  **RALPH COLEMAN, et al.,**                2:90-cv-00520 KJM-DB (PC)

16                            Plaintiffs,    **DECLARATION OF LT R. DAVILA IN**
                                             **SUPPORT OF DEFENDANTS'**
17       **v.**                              **SUPPLEMENTAL OPPOSITION TO**
                                             **PLAINTIFF-INTERVENOR**
18                                           **CHRISTOPHER LIPSEY'S MOTION**
                                             **FOR A TEMPORARY RESTRAINING**
19  **GAVIN NEWSOM, et al.,**                **ORDER**

20                            Defendants.

21

22       I, Lieutenant R. Davila, declare:

23       1.     I am currently employed by the California Department of Corrections and

24  Rehabilitation (CDCR) as a Correctional Lieutenant at Centinela State Prison.  I have held this

25  position for nine months.  Prior to this position, I was a Correctional Sergeant at Centinela for

26  eight years, and before that I was a Correctional Officer at this prison for nine years.  I submit this

27  declaration to support of Defendants' supplemental briefing in opposition to Plaintiff-Intervenor

28  Christopher Lipsey's motion for a temporary restraining order regarding Guard One security

                                             1

1  welfare checks.  I have personal knowledge of the statements in this declaration and could testify

2  to them if called to do so.

3       2.    In my current position, I oversee custody operations, including the Guard One

4  security checks in the Administrative Segregation Unit at Centinela.

5       3.    Centinela was one of the first institutions that began using Guard One as part of a

6  pilot program CDCR implemented in June 2010  to evaluate to what extent Guard One could be

7  applied statewide, as required by the Court in the *Coleman v. Newsom* class action.

8       4.    The Guard One checks are conducted twice every hour, twenty-four hours a day.

9  Guard One checks at Centinela are completed in the Administrative Segregation Unit units and

10  the Correctional Treatment Center.  Attached as Exhibit A to this declaration is a true and correct

11  copy of the Operating Procedures pertaining to Guard One security checks performed in

12  Centinela's Administrative Segregation Unit.

13       5.    When Guard One was first implemented in 2010, inmates complained about the

14  clicking noise emitted when the Guard One device touched the metal pad that affixed to the

15  inmates' metal cell door.  Consequently, Centinela moved the pad to the wall next to an inmate's

16  cell door, thus limiting the clicking noise because it was no longer a metal-on-metal contact.  This

17  reduced the number of complaints about noise.

18       6.    Approximately five or six years ago, all Guard One checks occurring during First

19  Watch, between the hours of 10:00 p.m. and 6:00 a.m., began to be conducted with the device in

20  silent mode.  Thus, there is no audible beeping noise from the device when the check is

21  conducted.

22       7.    I am aware that all Guard One devices are in the process of being converted so that

23  the devices only operate in silent mode, during all watches.

24       8.    Since the change was made so that all Guard One checks during First Watch occurred

25  in silent mode, there has been a marked reduction in complaints about noise related to these

26  checks.  In fact, since I began my current role as Lieutenant in the Administrative Segregation

27  Unit in January 2020, there have been no grievances or complaints about the Guard One process.

28

2

1       9.    In addition to the silent Guard One devices, all officers perform the checks quietly,

2  without banging or walking loudly through the housing unit while conducting the security checks.

3       10.   I have personally observed Guard One checks being conducted in the Administrative

4  Segregation Unit during First Watch, and observed all officers conducting the checks quietly,

5  without waking any inmates.

6       11.   In addition to the Guard One check, the officer will illuminate the cell, where the

7  officer is trained to point the flashlight at a wall and not at the inmate's face, to ascertain the

8  inmate is living and breathing.  This is accomplished by visually observing the inmate breathing.

9  If the officer cannot see the inmate because the inmate is covered by a blanket, the officer is

10  instructed to gently tap on the door, to observe movement to make sure the inmate is alive.

11

12      I declare under penalty of perjury that the information in this declaration is true and correct

13  to the best of my knowledge.  Executed on July 14, 2020, at Imperial, California.

14                            ____/s/ R. Davila_____

15                                Lt. R. Davila

16  CF1997CS0003                    Centinela State Prison
      91265326

17

18

19

20

21

22

23

24

25

26

27

28

3

# Exhibit A

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**CENTINELA STATE PRISON**
**IMPERIAL, CALIFORNIA**

**Operational Procedure**

## I.  PLAN TITLE AND NUMBER

A.  OPERATIONAL PROCEDURE ADMINISTRATIVE SEGREGATION UNIT (Z ASU)

B.  (5) 008

## II.  PURPOSE AND OBJECTIVE

A.  The purpose of this procedure is to establish specific security and operational guidelines for Z ASU and ensure operational compliance with the Department Operations Manual and the California Code of Regulations, Title 15.

B.  The objective of this procedure is to provide safe and secure segregated housing for inmates who; are classified as a threat to the safety and security of the institution, present a threat to their own safety or the safety of others, or whose continued presence in the general inmate population would jeopardize the integrity of an investigation, into alleged serious misconduct or criminal activity.

## III.  REFERENCES

A.  The California Code of Regulations, Title 15, Division 3, Chapter 1, Rules and Regulations of the Director of Corrections, Subchapter 4, general Institution Regulations, Article 2, Security, Section 3270 through 3281 and Article 7, Administrative Segregation, Section 3335 through 3345 and Restricted Department Operations Manual Sections 55050 and 55080.

B.  CCPOA/CDC Local Meet and Discuss date, September 2003.

C.  Memorandum dated September 28, 2005, "Administrative Segregation Unit Inmate Orientation Pamphlet" by R. Kanan, M.D., Director (A), Division of Correctional Health Care Services.

D.  Memorandum dated October 16, 2006, "Expectations Regarding Administrative Segregation and Suicide Prevention", by J. Dovey, Director, Division of Adult Institutions.

E.  Memorandum dated October 31, 2006, "30 Minute Welfare Checks of Inmates Placed in Administrative Segregation Unit", by J. Dovey, Director, Division of Adult Institutions.

F. Centinela State Prison Operational Procedure (6) 002 Suicide Prevention and Response Guidelines.

G. Operation Manual Centinela State Prison Supplement Chapter 5 Article 25 Indecent Exposure and Sexual Disorderly Conduct Management.

H. Memorandum dated May 28, 2013, "Z ASU Welfare Check Tracking Sheet" by K. Dickinson, Director, Division of Adult Institutions.

I. Memorandum dated July 3, 2013, "Implementation of the Administrative Segregation Unit Welfare Check Procedure Utilizing the Guard One System", by Kathleen L. Dickinson Director, Division of Adult Institutions.

J. Memorandum dated September 25, 2013, "Non-Disciplinary Segregation Training", by Director (A) M. D. Stainer, Director of Adult Institutions.

K. Memorandum dated August 14, 2014 "Temporary Moratorium on Use of Management Cell Status for Inmates in the Mental Health Delivery System" by M.D. Stainer, Director, Division of Adult Institutions and Timothy Belavich, Ph.D., MSHCA, CCHP-MH Director (A), Division of Health Care Services and Deputy Director, Statewide Mental Health Program California Department of Corrections and Rehabilitation.

L. Memorandum dated February 9, 2015, "Durable Medical Equipment Policy", by Director (A) Kelly Harrington, Director of Adult Institutions.

M. Memorandum dated May 5, 2015, "Weekly Supervisory Review of CDC 114-A Inmate Segregation Records & CDC Form 114-A1 Inmate Segregation Profiles Regarding Warden Certification of Administrative Segregation Units", by Director (A) Kelly Harrington, Director of Adult Institutions.

N. Memorandum dated October 30, 2015, "Revised Administrative Segregation Unit Intake Cell Procedure", by Director Kelly Harrington, Director of Adult Institutions.

O. Memorandum "Addendum to Administrative Segregation Unit Operational Procedure (5) 008 (Z-Z ASU)", (Regarding recreational yard for inmates prescribed heat medications) by Raymond Madden, Warden, Centinela State Prison.

P. Memorandum dated August 2, 2017, "Addendum to Operational Procedure Administrative Segregation unit (5) 008 (Z-Z ASU)", by Raymond Madden, Warden, Centinela State Prison.

Q. Memorandum dated August 17, 2017, "Documenting the Application of Spit Hoods or Masks", by Kathleen Allison, Director, Division of Adult Institutions.

R. Memorandum dated October 30, 2017, "Administrative Segregation Placement Inmates", by Raymond Madden, Warden Centinela State Prison.

S. Memorandum dated March 30, 2018, "Inmate Count Expectations" by Kathleen Allison, Director, Division of Adult Institutions.

## IV. APPROVALS AND REVIEW

A. This procedure shall be reviewed and revised by the: Associate Warden Central Services annually and submitted to the Warden during the month of June with all applicable revisions and modifications for final approval.

B. Date of last revision: **JUNE 2019**

## V. RESPONSIBILITY

A. The Associate Warden Central Services will be administratively responsible for the operation of the Z ASU.  The Custody Captain will be responsible for the functional operation of Z ASU and compliance with all policies and procedures, as well as any applicable court mandates.

B. The Z ASU Lieutenant along with Z ASU Sergeants will be responsible for the operational oversight of Z ASU ensuring strict compliance with the operational procedures is maintained at all times.

C. The Chief Executive Officer will be responsible for the overall health care services provided to inmates housed in the Z ASU.

D. All staff assigned to Z ASU, or who provide services to the Z ASU, shall become familiar with this procedure.

E. The Chief of Mental Health is responsible for monitoring this procedure for Court Compliance with Coleman Mandates.

## VI. METHODS

A. STATEMENT OF PURPOSE

It is the policy of the Department of Corrections and Rehabilitation to provide housing separate from the general population for inmates who for various reasons cannot be housed in a general population setting without endangering institution security or the safety of themselves and/or others. Such housing is defined as "Administrative Segregation."

B. LIMITED ENGLISH PROFICIENT (LEP) INMATES

CDCR takes reasonable steps to facilitate effective communication with LEP inmates in order to comply with its responsibility to provide meaningful access to such inmates.  These services include the toll free telephonic interpretation service,

"VOIANCE Language Services, LLC", telephone number 1 (833) 673-5194 (back up numbers, (833) 323-0719 and (530)554-1581); the list of bilingual facility staff competent to interpret/translate; a list of any other local interpreters or interpreters from neighboring institutions or agencies; and a list of translated forms available from staff. The LEP Coordinator (Healthcare Access Captain) has provided copies of the VOIANCE "How to Access Services" instruction sheet in all housing units ensuring the toll free number is current, as well as the process for accessing the facility's telephonic interpretation services. The toll free number service is available 24 hours a day, and seven days a week, for staff that require interaction for the most commonly spoken languages used by non-English speaking inmates.

## C. Z ASU PLACEMENT AND INTAKE PROCESS

### 1. CRITERIA FOR PLACEMENT IN ADMINISTRATIVE SEGREGATION

An inmate may be placed into Z ASU when it has been determined that his presence within the general population would:

- Present a threat to his own safety

- Present a threat to the safety of others

- Endanger the security of the institution

- Jeopardize the integrity of an investigation into alleged misconduct or criminal activity.

NOTE: Under no circumstances will an Inmate participant in the Mental Health Services Delivery System (MHSDS) at any level of care be housed in the Stand Alone Administrative Segregation Unit (Z ASU).

### 2. AUTHORITY FOR Z ASU PLACEMENT

Authority to place an inmate in Administrative Segregation may not be delegated below the staff level of Correctional Lieutenant, except when a lower staff member is the highest-ranking official on duty.

### 3. REQUIREMENTS FOR Z ASU INTAKE

The sending facility is responsible for completing and forwarding to Z ASU the following required documents/items:

- Strategic Offender Management System (SOMS) Administrative Segregation Unit Placement Notice. When an inmate is placed on Z ASU status, the reason for the placement must be documented on the Administrative Segregation Unit Placement Notice. The official who orders the segregated housing will complete this document. (Two copies are required for Z ASU staff).

- CDCR 114-A1, Inmate Segregation Profile, will be completed on all inmates placed in Z ASU by the sending facility. (The CDCR 114-A1 will be updated every 90 days or as required to maintain current information).

- A Medical Report of Injury or Unusual Occurrence (CDCR 7219). The completion of the pre-placement Mental Health screening shall be noted on the CDCR 7219 by nursing staff for verification by custody staff. SOMS Bed Assignment Change Report IPTR149 must be signed by the sending facility's medical staff.

- Picture Identification.

- Coleman Chrono (128-B).

- Effective Communication Concerns (CDCR 114-D1).

- Signed Inmate Property Inventory (CDCR 1083); required with supervisor signature.

- Double Cell Review (CDCR 1882-B) when applicable.

- CDCR-128B, Informative Chrono documenting the completion of the body scan.

- All Durable Medical Appliances (DME) must accompany the inmate.

4. INTAKE PROCESSING FOR Z ASU PLACEMENT

No inmate will be accepted into Z ASU without the aforementioned required documentation/items. Z ASU staff will process new arrivals in a timely manner as follows:

- When receiving an intake inmate into Z ASU for housing, the Z ASU Supervisor will review the Disability and Effective Communication System (DECS) for all DMEs assigned to the inmate and ensure all appropriate DMEs are in his possession prior to placement in Z ASU. Staff shall document all DMEs on the Administrative Segregation Record CDCR 114A upon an inmate arriving to Z ASU. The intake inmate must sign acknowledging the receipt of his assigned DMEs.

- Contact Nursing Staff immediately. When possible, Nursing Staff is to conduct an initial Mental Health interview prior to the inmate being placed in his cell.

- Nursing Staff shall distribute the "Administrative Segregation Unit Inmate Orientation Mental Health Guide" pamphlet to all inmates within 24 hours of arrival into Z ASU (refer to attachments B and C).

- Z ASU Orientation Pamphlet – All inmates assigned to Z ASU shall receive an orientation pamphlet upon arrival.

- The issuance of the Z ASU Orientation Pamphlet and Z ASU Inmate Orientation Mental Health Guide will be documented on the inmates 114A.

- Prior to inmates being placed into a holding cell an inspection of the cell will be conducted to affix responsibility of destruction/defacing of the cell.  Inmates will be charged for the cost of repair/replacement.  The inmate will be placed in the holding cell and given an unclothed body search by Z ASU staff.

- All state clothing will be taken from the inmate and returned to laundry. Initial clothing will be issued to the inmate upon his arrival to Z ASU and will consist of the following items:

  - Two blankets (During Cold Weather Months from November to April)
  - Two sheets
  - Three sets of undergarments (T-Shirts, Boxers and Socks)
  - Two towels
  - One pair of soft sole shoes
  - One Jumpsuit

Additional items issued to intake inmates, security toothbrush, tooth powder, state cup, state spoon, pen/pencil, paper, book and any CDCR paperwork requested.

- In addition to the above items intake inmates will also be issued a Z ASU activity workbook.  This workbook has been developed by the Division of Health Care Services (DHCS) Statewide Mental Health Program to further the Departments suicide prevention efforts.  The issuance of the Z ASU activity workbook will be documented on the inmate's 114A.

- Inmates will sign a Trust Account Withdrawal Order Form (CDCR 193), in the event of destruction/alteration of state items.

- The inmate's personal property must be processed and delivered to Receiving and Release (R&R) by the sending facility.  Z ASU staff does not assume this responsibility.

- The cell that the inmate is being assigned to, if vacant, will be thoroughly searched before the inmate is allowed to occupy the cell.  Any discrepancies found during the search will be noted on the Cell Search Sheet.

- The "INTAKE" sign with the inmate's Name, CDCR Number and date of intake will be placed on the front of the cell immediately upon an inmates' arrival/intake to Z ASU. This identification card will remain posted while the inmate is housed in Z ASU (Refer to attachment A).

5. DESIGNATED INTAKE CELLS

Inmates approved for double-cell housing that can be safely double-celled upon intake, and for whom an appropriate cell partner is available, shall be celled where the vacancy exists and will not require housing in a designated Z ASU intake cell. When inmates are in their initial 72 hours of Z ASU placement and their cell partner subsequently moves out of the cell, Z ASU staff shall immediately make every effort to identify another compatible cellmate.  If the inmate cannot be double-celled with a compatible cellmate, Z ASU staff shall place the inmate into

an available retrofitted intake cell as soon as possible, but no later than eight hours after the cell partner has been moved from the cell. Z ASU retrofitted cells are: Z-100 through Z-110; this is a court mandated requirement.  Staff may be required to rotate inmates out of this section providing they have been housed in one of the retrofitted cells for the minimum 72 hours and when staff is required to house new arrivals/intake. The "clustering" of newly placed Z ASU inmates will better allow for existing resources to complete the welfare check function.

Newly arriving Z ASU inmates shall be housed in A pod, then B pod if necessary.

## D.  GUARD ONE ROUNDS TRACKER / WELFARE CHECKS

### 1.  USE OF THE GUARD ONE ROUNDS TRACKER

The purpose of Welfare Checks is to limit the opportunity an inmate has to commit acts of self-harm.

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour not to exceed 35 minutes between checks. The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted.  The officer will touch the "PIPE" to each button which is affixed to each cell in their unit.  This will electronically validate the officer was at a specific cell, at a specific time.

Disruptions to the Security/Welfare Checks shall be documented in the housing unit isolation logbook.

### 2.  GUARD ONE MALFUNCTIONS

In the event of a program malfunction, or should the Guard One system become inoperable, assigned staff shall revert to the manual revised "Z ASU Welfare Check Tracking Sheet" (Attachment B).  The tracking sheets shall be kept available within the Z ASU Sergeant's Office during each welfare check (Attachment A).

### 3.  FIRST WATCH PIPE

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE".  The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Emitting Diode (LED).  Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only.

4. VACANT CELLS

Under this procedure officers are not required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned.

Clinical staff may continue welfare checks beyond 21 days on specific Z ASU inmates when deemed clinically necessary. The requesting clinician shall document the request in a CDCR 128B.

5. INMATE REMOVAL FROM CELL

During times when an inmate is out of his assigned cell for (yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

E. DETENTION AND SEGREGATION RECORDS

1. Z ASU ISOLATION LOG (CDCR 114)

An Isolation Log (CDCR 114) is maintained in Z ASU. All staff and visitors must sign in and out on this log. It is kept on a podium near the entrance to the unit. It is the responsibility of all Z ASU staff to ensure this log is utilized and maintained properly. All inmate movement into and out of the unit (Medical, etc.) will be recorded in the Unit Isolation Log (CDCR 114).

2. SEGREGATION RECORDS (CDCR 114-A)

An "Inmate Segregation Record File" will be prepared on each inmate placed in Z ASU. The left side of this file will consist of a copy of the CDCR 114-D and CDCR 114-A1, the right side of this file will only consist of the CDCR 114-A, the next section will have Cell Inspection Sheet, CDCR 1882, Request to Double Cell Form (if appropriate), 128-B, Maintenance Records and any other relevant documents pertaining to the individual inmate or cell. The other half of the file will be used only if two inmates are assigned to the same cell.

All segregation records are legal documents. Accuracy in maintaining these records is imperative. Staff members recording information on these documents must write LEGIBLY and print their first initial and full last name.

All staff assigned to the unit shall record all inmate activities on each inmate's individual CDCR 114-Such activities shall include, but not be limited to the following:

- Showers, refusals will be noted
- Exercise Yard Release Times, refusals will also be noted.
- No yard due to state of emergency, inclement weather, and refusal; the scheduled yard time will also be noted.
- Trash emptied

- Meals
- Supplies Issued (i.e., toilet paper, soap) be specific
- Clothing and linen exchanged be specific (i.e., two sheets, one blanket.
- Interviews and medical examinations
- Leaving/returning Z ASU and destination
- Any other unusual or special circumstance, as determined by the Z ASU Lieutenant, Custody Captain or Associate Warden Central Services.
- All Hearing Officers shall enter the log number(s) and dispositions of any Rules Violation Report's heard on the CDCR 114-A
- Medication refusals will be documented by Medical Staff.
- Cell inspections

Z ASU Sergeants are to complete and document a weekly supervisory review of the CDCR 114-A file folder.  The purpose of this review is to ensure conditions of confinement are being met and documented and appropriate remarks by other staff (medical, classification committees, administrative reviewers, etc.) are being entered.  When deficiencies are noticed, the Z ASU Sergeant shall report this in writing to the Z ASU Lieutenant.

NOTE: These reviews will be documented on the "Weekly Review of Inmate Segregation Profile/Record Worksheet". The Z ASU Supervisors will access the SOMS OpAdHoc report which provides real time information which can be exported to populate the Weekly Review of Inmate Segregation Profile/Record Worksheet.

F.  ADMINISTRATIVE TIMELINES

1.  The Facility Captains review and personal interviews with the inmate regarding the SOMS Z ASU Placement Notice shall take place the first workday following placement into Z ASU.

2.  Initial Institution Classification Committee review of Z ASU placements will be conducted within 10 days from initial Z ASU placement, but no sooner than 72 hours, unless waived by the inmate.  There is no exception to this timeline.

3.  All inmates retained in Z ASU at their Initial Z ASU Review shall be referred to the Classification Staff Representative (CSR) for retention authorization at that time.  Inmates retained in Z ASU for non-disciplinary reasons shall require routine review no more frequently than once every 90 days or when scheduled by staff for specific action.  Inmates segregated for disciplinary reasons shall be reviewed by ICC at least once every 180 days or when scheduled by staff for specific action, such as, yard assignment, cell status, change in segregation reason, etc.  These cases shall be closely monitored by classification staff and shall be returned to ICC within 10 days of necessary action being completed; i.e., Rules Violation Reports (RVR) hearings final/concluded, District Attorney Referral determination, Court action, Investigative Service Unit action, etc.  All

cases must be referred to the CSR for retention at least 180 days after obtaining initial authority to retain.

## G. AUTHORIZED RELEASE FROM Z ASU

1. Inmates who have been placed in Z ASU may only be released by one of the following:

   - The official ordering the placement or staff member of higher rank in the same chain of command may withdraw an Z ASU order before it is acted upon or prior to a classification hearing on the order after consulting with and obtaining the concurrence of the administrator of the general population unit to which the inmate shall be returned or assigned.

   - The Administrative Reviewer must be at the rank of Captain or above. If the reviewer is functioning in an acting assignment, the Z ASU Placement Notice Administrative Review must be co-signed by an Associate Warden or above.

   - Institution Classification Committee.

2. DME ACCOUNTABILITY UPON RELEASE FROM Z ASU

   Prior to releasing any inmate from Z ASU, the Z ASU Supervisor will review DECS in conjunction with Medical Staff to ensure the inmate's DME(s) are accounted for and documented on the CDCR 114A. The releasing supervisor must document all DMEs in their possession on the releasing inmate's 114A and the inmate must sign acknowledging all DMEs have been documented prior to the inmate's release from Z ASU.

   In the event that a DME is not in their possession prior to release, a thorough search of the inmate's assigned cell will be conducted and documented on the CDCR 114A. Medical staff will be contacted to ensure the missing DME was removed by medical.

## H. Z ASU MEDICAL/MENTAL HEALTH SERVICES

1. The Registered Nurse (RN) or Licensed Vocational Nurse (LVN)/ Licensed Psychiatric Technician (LPT) assigned to Z ASU on Second and Third Watch will be responsible for distribution of medication in the unit. Sick call will be conducted as outlined within the Post Orders and pursuant to standardized Health Care Services policies. Staff shall announce any medically related appointment as "Health Appointment."

2. All requests for dental services will be made through the sick call process. Emergency appointments will be done as needed.

   - Routine dental services will be done at Facility C for Z ASU.

3.   Medication will be issued to the inmate within the time frame specified by the Doctor/Pharmacist and pursuant to the institution policy. Custody staff is prohibited from distributing medication.

- When an inmate is given his medication, the assigned medical staff will follow approved medication administration protocol.

- Refused medication will be returned to pharmacy as per medical protocol. Refusal of medication shall be noted in red on the CDCR 114-A.

- The inmate will keep in his cell; certain medically prescribed life-sustaining medications that are directly issued to inmates for an "as needed" use, such as inhalators and nitroglycerin tablets. These items will be distributed only by authorized medical staff.

- The medication cart shall be visually inspected by medical staff ensuring there has been no tampering with the medication cart. If tampering has occurred, the Custody Captain shall be notified.

- All Z ASU staff will attend Suicide Prevention Training annually.

- A morning briefing meeting will be held daily between custody staff (at minimum, a Sergeant) and Mental Health staff to discuss new arrivals, current behavior issues/concerns suicide risk information and any other pertinent information regarding at-risk inmates. (Meeting will be logged in the sergeant's unit logbook in red ink.)

4.   Z ASU inmates that require emergency medical attention will be escorted to the designated emergency treatment area. During normal working hours the Medical Escort Officer assigned to Central Services, will remain with the inmate during the course of the medical evaluation/treatment. Z ASU staff will report to the area and return the inmate to Z ASU if and when it is deemed appropriate.

5.   All inmates housed in Z ASU will have access to Inmate/Parolee Health Care Appeal Form (CDCR 602-HC). Upon the inmates' request, the CDCR 602-HC shall be issued to the inmate. The CDCR 602-HC will be picked up by Z ASU staff and placed into the Health Care Grievance Coordinator box located inside CTC.

6.   The Control Booth Officer in Z ASU will announce the presence of health care providers in the housing unit via the public address system. The assigned staff member shall ensure this announcement is entered in the respective control logbook.

I.   DEVELOPMENTAL DISABLED PROGRAM (DDP)

1.   DDP inmates shall be placed in Z ASU consistent with existing departmental procedures and inmate case factors.

2.   When a DDP inmate is placed in Z ASU, the housing unit staff will ensure that the DDP Adaptive Support Log and CDCR 128C-2 (located in the housing unit

DDP binder are delivered immediately to Z ASU staff.  The Z ASU Licensed Psychiatric Technician (PT) shall promptly notify Mental Health (MH) Clinicians of any new arrival of a DDP inmate.

3.      The Adaptive Support Needs Form-128C-2, accompanying the ASU Placement Notice, shall include information regarding the inmate's participation in the DDP and the support services required.

4.      For any DDP inmate placed in ASU, an urgent referral will be sent to MH to ensure the inmate is evaluated within 24 hours of arrival.  The MH Clinician will evaluate the inmate in order to assess any additional support services needed to function in the ASU environment.  If new or additional support services are not required in the ASU setting, the existing 128C-2 does not need to be updated.

5.      While the inmate is in ASU, the DDP Psychologist will see the inmate on a weekly basis to determine if adaptive support services are adequate or in need of adjustment.

6.      If the DDP inmate's condition deteriorates, alternate placement and/or a change in adaptive support services must be recommended. As necessary, the assigned Use of Force (UOF) Coordinator/On-Call Clinician of the Day must perform this function during weekends/holidays.

7.      A Psychiatric Technician shall make personal contact with each DDP inmate on a daily basis to monitor the inmate's adaptive functioning.

J.  DURABLE MEDICAL EQUIPMENT (DME)

1.      The California Correctional Health Care Services (CCHCS) has implemented the DME and medical supplies policy to standardize the medical equipment needs of inmates and to ensure that their needs are being met.

2.      Removal of DME absent of any threat to the safety or security of the institution is not allowed unless collection is required as evidence or by direction from a senior custody official. Only Health Care staff will determine the need for removal of any prescribed DME or medical supplies.

3.      DME CRITERIA

- DME is any equipment prescribed by a licensed practitioner intended to meet the medical needs of an inmate/patient.

- DME can withstand repeated use.

- DME is not normally useful to an individual in the absence of an illness, injury, functional impairment or congenital anomaly.

Examples of DME include, but are not limited to: Canes, walkers, wheelchairs, Transcutaneous Electronic Nerve Stimulation (TENS) units, Bi-level Positive

Airway Pressure (BIPAP) machine and Continuous Positive Airway Pressure (CPAP) machine.

DME's will be transferred with the inmate when there is a change in the inmate's housing or institution, and when paroling or discharging.

4.   REQUIRED WEEKLY DME INSPECTION BY Z ASU STAFF

A weekly inspection of the DMEs, such as a cane, crutches, walker and/or knee brace with metal or plastic etc. will be conducted every Sunday on 3rd Watch by Z ASU staff and documented on the CDCR 114A.

K.  DISCIPLINE

Inmates in Z ASU who become disruptive as to endanger the safe operation of the unit or endanger their safety or the safety of staff may be placed in one or more of the restricted programs listed below.  All management controls and status restrictions must be fully documented on the inmates CDCR-114-A.

L.  MANAGEMENT CELL STATUS

1.   An inmate who persists in unduly disruptive, destructive, or dangerous behavior and who will not heed or respond to orders and warnings to desist from such activity may be placed in a management cell.  Authority to place an inmate on Management Cell Status may not be delegated below the staff level of Correctional Lieutenant.  The respective Associate Warden, or designee at a level no less than Captain, shall review MCS daily, making a notation of the review on the CDCR form 114-A, Inmate Segregation Record.  The reviewing manager, after consulting with the licensed mental health practitioner about the inmate's progress on an established behavior plan will make a determination on a daily basis to either, grant additional items of property within the cell, or remove the inmate from MCS based on the inmate's current behavior and compliance with rules.  These decisions will be based solely on the inmate's behavior while on MCS.  On weekends and holidays, the AOD shall personally review MCS placement and complete the daily notation on the CDCR form 114-A.   The respective Captain will have functional responsibility to ensure compliance with the MCS review procedures.

2.   Inmates placed on Management Cell Status will have all property removed from the cell except for one pair of boxer shorts, one mattress, one blanket, one T-shirt, one bar of soap, one tooth brush with tooth powder, one towel, daily supply of toilet tissue, and legal materials (priority legal user status only). State issued bedding will be withheld if the inmate obstructs staff's view into the cell or utilizes such items to barricade the cell.  A CDCR 128-B will be generated and immediately forwarded to the unit administrator when an inmate is deprived of any usually authorized item or activity (DOM Section 52080.33.1). Additionally, since the possession of personal property is a privilege extended to those

inmates demonstrating acceptable behavior patterns (DOM Section 54030.4), this privilege may be withdrawn for specific periods as a disciplinary action.

3. Once the decision has been made to place an inmate on Management Cell Status, a CDCR 7219 Medical Report of Injury or Unusual Occurrence will be completed to ensure there are no existing medical/mental conditions that would affect this placement. Placement will be for a period of 72 hours. In the event an inmates' disruptive behavior continues and requires retention beyond 72 hours, authorization of the Chief Deputy Warden or Warden is required. In addition, a licensed mental health practitioner shall consult with the Chief Deputy Warden or Warden regarding the inmate's behavior plan and barriers to progress. The Lieutenant will document approval of the extension by the authorizing officer on a CDCR-128-B and include a description of the inmate's disciplinary history in Z ASU/SHU/PHU housing units, with specific dates and rule violations, counseling, disruptive behavior, etc. The Custody Captain or Administrative Officer of the Day (AOD) will review the inmate's status daily. To extend an inmate's MCS beyond six calendar days, approval from the respective Associate Director must be obtained.

M. SPIT HOOD/ MASK STATUS

The Spit Hood/Mask is currently used at Centinela State Prison. When utilizing the Spit Hood/Mask the following rules apply:

1. A spit hood/mask shall not be placed upon an inmate who: is in an altered state of consciousness (visibly drowsy, stupor, or unconscious), has any visible signs of a seizure, is vomiting or exhibits signs of beginning to vomit.

2. If the inmate loses consciousness, begins seizing, or begins vomiting after placement of a spit hood/mask, the spit hood/mask will be removed immediately and appropriate treatment administered.

3. A spit hood/mask may be applied to an inmate if:

   • Staff believes there is verbal or physical intent by the inmate to contaminate staff or others with spit or other body fluids from the nose or mouth.

   • The inmate is housed within the Z ASU and has exhibited a recent history (within the last 30 days) of spitting incidents. Preventative use of the spit mask/hood in this circumstance must be appropriately documented on a CDCR 128-B, Informative Chrono and on the inmate's CDCR Form 114-A, Administrative Segregation Record. Such preventative use will occur each time the inmate is removed from his cell under the escort of staff. Continued use of the preventative spit hood/mask will be reviewed on a regular basis by the Custody Captain. The preventative use will continue until the review by the Custody Captain determines that placement is no longer necessary.

4. If a spit hood/mask is applied to an inmate, it is imperative that constant supervision of the inmate is maintained for signs of respiratory distress. If any respiratory distress is observed, the spit hood/mask shall be removed until the signs of respiratory distress have dissipated.

5. "Positional asphyxia" occurs when an individual's body interferes with respiration and has a potential to result in death. Placement upon the stomach for a short period of time to restrain the inmate is authorized. However, once an individual is exposed to chemical agents, and/or if a spit hood/mask is placed upon an inmate, staff is directed to ensure that the inmate is not placed upon his stomach or in a position that allows him to end up on his stomach for any period longer than necessary to gain/maintain control.

6. If deployment of OC spray upon an inmate wearing a mask is required in accordance with California Code of Regulations, Title 15, Section 3268, such deployment is authorized. The contaminated mask shall be replaced with a clean mask as soon as practical.

7. Staff removing the inmate from the cell is required to wear a plastic face shield until securing the spit hood/mask over the inmate's head. Once in restraints, the inmate will be instructed to face away from staff. The spit hood/mask will then be placed over the inmate's head in the prescribed manner.

N. CONTAINER RESTRICTIONS STATUS

1. Container restriction is imposed whenever an inmate threatens to throw, attempts to throw, or throws liquids on staff or other inmates. Inmates placed on container restriction will not be allowed containers of any kind inclusive of canteen cups and milk cartons (inmate will be given a milk substitute such as a sliced cheese).

2. The Z ASU Lieutenant will review the inmate's status daily. The Lieutenant's review will be noted on the CDCR 114-A. The restriction will continue until the review by the Z ASU Lieutenant determines that placement is no longer necessary. This determination to remove the inmate from the restriction, will be documented on a CDCR 128-B and noted by the Lieutenant on the inmates CDCR 114-A.

O. PAPER TRAY STATUS

1. Paper tray status is imposed whenever an inmate refuses to return his insulated food tray, uses the tray to commit a disciplinary offense or attempts to break or deface the insulated food tray. Inmates placed on paper tray status will be fed on paper trays for a period of up to 30 days, at the discretion of the Z ASU Lieutenant. After 20 days, the inmate will be referred to ICC for review and follow up action.

2.    If the offense also involves misuse or damage to the food port, the food port precaution status (use of safety feeding device) is the more appropriate security precaution.

## P.  FLOODING

Inmates who intentionally flood their cell or the tier shall be issued a Rules Violation Report (RVR) and placed on a 72-hour water restriction.  The restriction entails the shut-off of the flush valve to the inmate's cell for a period not to exceed three calendar days.  During this time, the inmate will be allowed to flush his toilet three times on each shift.  In every instance when a 72-hour water restriction is imposed, the Z ASU Lieutenant will be advised and the incident noted in the inmate's CDCR 114-A file.

## Q.  REFUSING TO RELINQUISH RESTRAINTS

Correctional personnel are cautioned that should an inmate attempt to pull away during the application or removal of handcuffs, staff shall not attempt to maintain control of the restraint equipment as the inmate is in a controlled environment, i.e., assigned cell, shower, section, etc.  Correctional personnel are instructed to release control of the equipment to minimize injury to self, maintain visual contact with the inmate, and summon a supervisor and await their arrival.  The supervisor shall determine the proper recovery method.

Any inmate who refuses to allow staff to remove mechanical restraints shall receive a Rules Violation Report.  With approval of the Custody Captain or the Administrative Officer of the Day (AOD), the use of force may be utilized to recover these items.

## R.  REFUSING TO RECALL FROM YARD

1.    Any inmate who refuses to recall from the yard shall receive a Rules Violation Report and may be placed on Management Cell Status.

2.    Any inmate(s) who refuses to exit the yard will be called by name and given a direct order to do so by the officer responsible for recalling the yard.

3.    If the inmate(s) continues to refuse the direct order, the Z ASU Sergeant/Z ASU Lieutenant will be notified.  The Z ASU Supervisor will evaluate the situation and determine the appropriate action to achieve compliance.

4.    Staff will identify any inmate(s) who has encouraged and/or incited others not to recall from the yard and document the event on an RVR.

S.  FOOD PORT SECURITY / PRECAUTION AND BEDDING RESTRICTIONS

FOOD PORT SECURITY

1.  Food ports will be opened to apply and remove handcuffs, dispense medications, supply meals, pick up trash and exchange clothing and linen. Upon completion, the food port will immediately be closed and secured.  At no time shall the food port be left unattended when opened.

2.  For staff safety, any time it becomes necessary to open a food port to handcuff an inmate, deliver food, medication or other services, the inmate will be instructed to turn on the cell light prior to opening the food port.  Staff should be able to clearly see the inmate's hands and determine that the food port can be safely opened.  If the inmate refuses to turn on the cell light or refuses to remove any coverings he has over the cell light, door, or window, the food port will not be opened.

3.  Any inmate who obstructs the view inside his cell will receive an RVR.  The matter will be documented in the inmate's CDCR 114-A file and the Z ASU Sergeant notified of the occurrence.

4.  An inmate who refuses to allow staff to close and lock his food port poses an immediate threat to the safety and security of staff and inmates alike and mandates suspension of the programming of the other inmates housed in the unit.  This seriously impacts the ability of staff to provide services as required by law and departmental policy.  An unsecured food port offers an inmate an unobstructed window through which he is able to propel darts, feces, urine and other items capable of causing serious injury to staff and inmates.

5.  If an inmate refuses to relinquish his food port, the officer(s) will back away from the cell and notify the control booth officer who will contact and advise the Z ASU Sergeant.

6.  If the inmate continues to refuse to relinquish control of the food port, the Z ASU Lieutenant/Watch Commander will affect the Controlled use of force i.e. tactical extraction procedure by obtaining authorization from the Custody Captain/AOD. All normal activity will stop, until control of the food port is regained.

FOOD PORT PRECAUTION

1.  Food Port precaution (use of safety feed device) is imposed whenever the inmate has resisted or prevented staff from closing the food port or the food port cannot be opened because the inmate has threatened to commit battery or attempted to commit battery through the open food port.

2. With approval of the Associate Warden, this security precaution may be imposed by the Custody Captain for no longer than 72 hours, with a review every 48 hours.

3. All inmates placed on this precaution are also prohibited from the use of containers.

BEDDING RESTRICTION

1. Inmates placed on bedding restriction will not be allowed bedding inclusive of sheets and blankets. Mattresses and towels are removed only when the offense involves misuse of these items.

2. This restriction is imposed when the inmate misuses one or more of the items. The usual example of such misuse is covering the cell windows, constructing barricades within the cell or the use of such items to fabricate "fish" lines. The infraction shall be documented on an RVR.

T.  ESCORT PROCEDURES

At no time will any door separating staff from an inmate be opened prior to the inmate's placement into handcuffs, unless instructed by and under the direct supervision of a Z ASU supervisor during an emergency situation or a Controlled Use of Force (cell extraction).

If the cell is occupied by two inmates, two custody staff members will be present when the cell door is opened. When the cell is occupied by one inmate, a minimum of two Custody staff members will be present on the section when cell door is opened. Additionally, all inmate movement outside the Z ASU building will be under direct escort by a minimum of two custody staff members. Escorts within the Z ASU, to include escorts to the exercise yard may be conducted by one custody staff member.

Inmates housed in Z ASU for a Staff Assault will be escorted by two staff members. The two staff members will be present throughout the completion of the escort. The escorting officers will be required to wear a face shield and will be equipped with the appropriate mechanical restraint devices, a protective vest, and an MEB baton and oleoresin capsicum (O.C.) spray.

The Z ASU supervisors will determine stricter controls on an individual basis. Prior to removing an inmate from his cell proper identification will be made. The inmate will be instructed to remove all braids and ponytails. The inmate will relinquish all clothing and property that he has been approved to take with him through the food port. The escorting officers will thoroughly search the property and conduct an unclothed body search of the inmate. The inmate will then be instructed to place his back to the door and extend his arms through the food port with the back of his hands together, thumbs up.

Once the handcuffs are applied and double locked, the inmate will retract his arms from the food port and remain standing with his back to the door.

If two inmates are assigned to a cell, both must be in handcuffs before the door is opened. Upon staff instruction, the inmate who is to remain in the cell shall be placed in handcuffs first then instructed to go to the rear of the cell and face the wall. Then handcuffs will be applied to the other inmate.

Although control booth officers are responsible for the opening cell doors via the electronic control panel, housing unit floor officers are responsible for directing the control officer to open the cell doors. All communication between floor officers and control booth officers shall be clear. An officer yelling a cell number by itself is not a clear form of communication. This may cause doors to be opened if an inmate yells a cell number. Visual contact between the floor officer and control officer combined with yelling the cell number or pointing at the cell number printed above the door and the floor officer being physically present at the cell door is considered clear communication. During emergency situations, floor officers must go to the cell and assess the emergency prior to signaling for the cell door to be opened. The control booth officer will not open a cell door prior to floor staff's assessment during an emergency. Consistent adherence to this procedure will eliminate miscommunication and maintain a higher level of safety and security.

Once securing the handcuffs to the inmate's wrist, custody staff shall signal for the door to be opened, order the inmate to back out of the cell, signal for the door to be closed and order the inmate to step to the side (same direction of door travel). Once the door is secured, the restraint gear shall be removed from the inmate remaining in the cell. The other inmate shall be escorted to his destination.

When escorting/transporting an inmate outside the Z ASU, the inmate will be placed in a holding cell, surrender items in his possession and receive an unclothed body search, a search of his clothing and property. The inmate will then be allowed to dress before being handcuffed and/or placed in waist chains and leg irons.

Ensuring a comprehensive visual inspection of the inmate's entire body, inclusive of all body cavities, hair and extremities, all oral and physical prosthetic appliances must be removed and carefully examined and searched.

Handcuffs and leg irons shall be double locked.

At no time shall restraint devices be placed about the inmate's neck.

With the exception of an extreme emergency, inmates shall not be secured to stationary objects.

During in-house escorts such as yard, shower, etc., inmates shall be attired only in boxer shorts, T-shirts, and soft-soled shoes. Inmates are required to be attired in a jumpsuit during committee appearances, Mental Health visits and all escorts outside of Z ASU. While under escort, inmates shall not stop or impede the escort for any

reason.   The Z ASU Sergeant shall identify inmates requiring additional escort coverage or restraint gear.

U.  SAFETY TRIANGLE

1.  This device is a handcuff retention device, used to prevent inmates from pulling restraint equipment into their cells and may be used at the discretion of on duty staff. Some reasons for using the safety triangle include but are not limited to: rehousing an inmate who has threatened violence or an inmate who was just involved in a use of force incident.

2.  The Safety triangle may remain attached to the handcuffs if the inmate is being relocated in the housing unit and if attaching or detaching the safety triangle to and from the handcuffs presents a safety concern.

3.  The safety triangle is not intended to control the inmate outside of the cell. The officer controlling the Safety Triangle must be vigilant and efforts should be directed to prevent the inmate from pulling their hands inside the cell while the door is being closed.

4.  In the event that an inmate who is attached to the triangle refused to place their hands in the food/security port to allow staff to retrieve the handcuffs, it may be necessary to pull the safety triangle to retrieve the handcuffs. When it is necessary to pull the safety triangle, a single staff member shall slowly move away from the door while holding onto the safety triangle, in order to bring the inmate's hand through the port. This will be conducted with extreme caution in order to minimize the risk of injury. Additional staff may be needed to assist with the safety triangle in the event one staff member is insufficient to get the inmate's hands through the food port. Once the inmate's hands, wrists, and forearms are through the food port, staff will grasp the inmate's forearms, the tension on the safety triangle shall be released, and the handcuffs removed.

V.  HAND ISOLATION DEVICES (HID)

The devices are used as an additional measure to restrict an inmate's ability to use his/her hands. HIDs may only be used at an institution when authorized in writing, by the Warden or Chief Deputy Warden (CDW). Inmates in HIDs must have constant and direct visual supervision at all times. In instances where HIDs are used for Contraband Surveillance Watch (CSW), staff must maintain a log (CDCR 114-A) which reflects usage times and correlating actions (e.g., 1200 hours one hand removed to allow the inmate to eat). The HIDs must be cleaned and sanitized on an ongoing basis.

W. INMATE COUNTS

The mission of the California Department of Corrections and Rehabilitation is to enhance public safety through safe and secure incarceration of offenders.  In order to successfully meet this commitment, it is imperative custody staff conduct daily

positive counts as outlined in Department Operations Manual (DOM), Section 52020.5 Positive Count, which states in part, "A positive count is the actual number of inmates that each respective staff member has counted and reported to Central Control. (Note: A positive/physical count means to count a living, breathing person and physically see that person.)

Custody staff shall conduct the daily standing count as outlined in DOM, Section 52020.5.1 Standing Count, which states in part, "During the 1630 hour count, inmates housed in cells shall stand upright at their cell door and shall remain standing until counted by the officer conducting the count. Inmates housed in dormitories equipped with double tier bunks shall remain seated on their assigned bunk until the count is completed by the officer. Disabled inmates shall be reasonably accommodated, dependent on their disability."

The first and second watch Z ASU sergeants shall on a daily basis monitor the housing unit count within their area of responsibility. The third watch Z ASU sergeant, on a daily basis, shall monitor the standing count within their area of responsibility. Custody supervisors monitoring an institutional count shall note the count they observed in the sergeant's log book. The name of the custody supervisor and the specific housing unit where the count was monitored shall also be recorded in the Daily Activity Report.

The proper counting of our inmate population is one of the most important aspects of our profession. Failure to appropriately account for inmates during count is unacceptable, and shall be addressed through the progressive disciplinary process. Failure of supervisors to monitor counts is also unacceptable, and shall likewise be addressed via the progressive disciplinary process.

X. Z ASU MAIL

1. Inmates shall be allowed to possess no more than five combined books, magazines or newspapers in their cell at a time. Old newspapers will be destroyed. Books, magazines and newspapers shall be exchanged on a one-for-one basis. Old magazines may be donated to the inmate library or sent home at the inmates' expense. Old books, newspapers and magazines will not be passed to other inmates. All staples must be removed from the magazines before being issued to the inmates.

2. Inmate mail will be processed in accordance with local procedures. Incoming mail bags (Confidential "Legal" and Non- Confidential) will be dropped off at ISU/Central Control Mail box by institutional mail room staff during Third Watch. Mail will be picked up by Third Watch Z ASU Staff and distributed after the 1630 hours count.

3. Third Watch Z ASU Staff will pick up outgoing mail during the 2115 hours count. The mail will be collected and delivered to the Unit Control Booth for review by

First Watch Staff. ISU/Institutional mail room staff will pick up the mail bags from Z ASU the following morning during Second Watch.

4.      Z ASU Staff will make a reasonable attempt to locate inmates of undelivered mail. The undelivered mail shall be routed and delivered to the respective facilities before the end of Third Watch. Mail for transferred, Out-to-Court (OTC) or Out-to-Medical (OTM), inmates will be appropriately marked with the inmates' status and returned to the Mailroom with the outgoing mail.

5.      Incoming Confidential Mail will be distributed by designated Z ASU Staff. This staff member will open the mail in the presence of the inmate and ensure that no contraband is present. Staff will not read the contents of the confidential mail. Staff will document the delivery of all Confidential Mail on the inmates CDCR 114-A in addition to completing the confidential mail log. Inmates must sign for all confidential correspondence they receive. Failure to do so will be considered a refusal to accept the correspondence, which will be returned to the mailroom for disposition. If contraband is discovered it will be treated as any other mail with the confiscation of the envelope and all the contents. A supervisor must be notified immediately.

6.      Outgoing Confidential Mail will be picked up by Z ASU staff during the 2115 hours count. All outgoing confidential correspondence must be in compliance with CCR, Title 15, Sections 3141, 3142, 3143, and 3144, as well as current operating procedures.

Y.    CANTEEN, PACKAGES, AND SPECIAL PURCHASES

CANTEEN

1.      Inmates housed in Z ASU may purchase and receive Z ASU approved canteen items. The abbreviated canteen listing for inmates in Z ASU shall be approved by the Chief Deputy Warden or Warden.

2.      The maximum allowable canteen draw for inmates housed in Z ASU is $55.00 (Privilege Group D), $110.00 (Privilege Group B), $220.00 (Privilege Group A). The canteen draw schedule is based on the last two digits of the inmate's identification number. First draw is 00-33; second draw is 34-66; and third draw is 67-99. Monthly schedules for draws will be published and distributed to Z ASU Canteen Staff.

3.      The inmate must turn in a Canteen Order Form (CDCR 184), to an Z ASU Officer by 1400 hours the Wednesday prior to the requested draw. Canteen will be processed and delivered by Third Watch Z ASU Staff on the following Thursday.

4.      Inmates housed in Z ASU will be authorized to complete only one canteen order form each month. There will be no open lines or make-up draws.

5. Canteen orders will be confirmed by an Z ASU Officer and delivered to the canteen. The officer will inventory the items and confirm the charges with the sales receipt. If the order is correct, the inmate will sign the Canteen Order Form, which will be retained by the issuing officer in the Z ASU Canteen Order File.

## PACKAGES

Pursuant to the California Code of Regulations, Title 15, Section 3044(g) (E): inmates housed in Z ASU designated privilege group D, may be permitted to receive one yearly package upon completion of 365 days of Z ASU retention. The package is not to exceed 30 pounds. Privilege Group D Inmates in Z ASU may also purchase an entertainment appliance via the Special Purchase Process. Eligibility to acquire an entertainment appliance commences one year after the date of Privilege Group D assignment per DOM (54030.8).

1. Approval of the yearly package is at the discretion of the Warden or Chief Deputy Warden.

2. Packages in excess of the allowable weight (30 pounds) will be returned to the sender at the inmates' expense. Food items determined to be unauthorized for issuance to the inmate will be returned to the sender at the expense of the inmate. The inmate also has the option to donate or destroy unauthorized items. Controlling date will be the dated received in R&R; postmark date will not be the deciding factor.

3. Upon receiving the required signatures on the package request form, the Z ASU Property Officer will be responsible for the issuance of yearly packages to inmates housed in Z ASU.

4. Inmates housed in Z ASU designated NDS by ICC, may order packages, canteen and make phone calls based on their Privilege Group (refer to NDS Personal Property Matrix "Attachment E" for allowable NDS property items).

## SPECIAL PURCHASES OF MAGAZINES AND BOOKS

1. Inmates who wish to order magazines or books should fill out a Trust Account Withdrawal Order Form (CDC 193) and a Special Purchase Order Form and have it approved by the Custody Captain.

2. Books shall be recorded on the inmate's CDC 104, Property Card.

3. Z ASU retention endorsement by the Classification Services Representative is needed, prior to conducting a Special purchase.

Z.   NON-DISCIPLINARY SEGREGATION (NDS) INMATES

1.   The majority of inmates placed in Administrative Segregation Units (Z ASU) are inmates with a history and/or occurrences of in-prison violence which, if allowed to remain within the general Population would present a threat to the safety and the security of the institution, its inmates and staff member. However, there are instances where an inmate is placed in Z ASU for administrative reason such as: placement for safety concerns, investigations, not related to misconduct or criminal activity, or being a relative or associate of a person staff member who works at the institution where the inmates is being housed. These inmates still constitute a concern within the GP but produce less of a threat to Z ASU security based on their lack of current misconduct.

2.   The CDCR has recognized inmates may be placed in Z ASU for administrative reason, thus they do not pose as high of a threat to the safety of the institution. Subsequently, CDCR has developed the housing designation known as; Non-Disciplinary Segregation (NDS).  This designation will afford inmates segregated in Z ASU for non-disciplinary reasons privileges more consistent, but not identical, with their pre-segregation privilege group.

3.   Once the inmate has been classified by ICC, they may be placed in one of the NDS privilege groups. At that time inmates will receive the privileges associated with the Privilege Group (i.e. Phone Calls, Canteen limits are increase and packages).

4.   Staff currently assigned as property officers in Z ASU will review the NDS list generated by ICC weekly.

AA.  ALLOWABLE PROPERTY

1.   The sending Facility is responsible for the accurate and complete inventorying of the inmate's personal property.  The sending Facility will ensure that the CDC 1083 Property Inventory Form is properly completed, is verified and signed by the inmate before the property is transported to R&R and logged in for storage. Property Forms that are incomplete or incorrectly filled out will be returned to the sending facility along with the property. One copy of the inventory form will be given to the inmate, one copy will be placed in the inmate's property file, located in Z ASU and one copy will be firmly attached to the outside of the inventoried box.  All stored property will be searched, boxed.

2.   After the inmate has gone through his initial 10 day ICC review, he may request to receive his allowable Z ASU property.  All requests must be approved by a unit supervisor and processed by the Z ASU Property Officer.

3.   The Z ASU Sergeant will interview the inmate upon initial transfer to Z ASU and explain unit policies and procedures.

Operational Procedure (5) 008 Administrative Segregation Unit (Z ASU)
June 2019
Page 25

CLOTHING AND BEDDING

1.   Each inmate assigned to Administrative Segregation is authorized the below listed standard clothing and bedding complement which shall be exchanged Thursday of each week by Third Watch Z ASU Staff:

   • Exposure Control Suit (for inmates on exposure control suit status)
   • Three undershorts (exchanged weekly)
   • Three T-Shirts (exchanged weekly)
   • Two blankets (exchanged every six months)
   • Two sheets (exchanged weekly)
   • Three pair of socks (exchanged weekly)
   • Two bath towels (exchanged weekly)
   • One jumpsuit-issued as needed

2.   ACCOUNTABILITY

   Inmates will be responsible to maintain state issued clothing.  Failure to properly maintain the assigned clothing issue will result in disciplinary action and the inmate being charged for the cost of replacement or repair.

3.   PERSONAL CLOTHING/PROPERTY

   Inmates in Z ASU may not possess or purchase personal clothing of any kind. The only approved personal articles that an inmate will be allowed to possess are:

   • 15 Photographs
   • Greeting Cards
   • 1 Palm Brush (non-metal)
   • A combination not to exceed 5 Magazines, paperback books, newspapers.
   • 1 tablets of lined paper (without staples)
   • Legal materials for verified court deadlines (1 cubic ft.)
   • 40 envelopes
   • 40 stamps
   • 1 Entertainment Appliance

4.   All inmates housed in Z ASU will have their property stored in the Z ASU Property Room or Property Connex boxes, located near Z ASU or Receiving and Release.  Inmates may request utilization of stored legal materials via written request to the Z ASU Property Officer.  All requests will be processed in an expedient manner.

5.   STATE ISSUED SUPPLIES

   The following supplies will be issued each Thursday by Second Watch staff:

- One roll of toilet paper (cardboard roll removed)
- One bar of soap
- Small amount of cleanser

The following supplies will be issued each Saturday by Third Watch staff:

- Five envelopes
- Five sheets of writing paper
- One ounce of tooth powder
- Toothbrush-Short Handle (one for one exchange)
- Pen filler (one for one exchange)
- One Security Dental floss/Gliders no more than three inches in length

BB.  ENTERTAINMENT APPLIANCES

The CCR, Title 15, Article 9. Personal Property 3190 General Policy subsection, (k)(3) states inmates assigned to Z ASU, SHU, and/or PHU may possess or acquire one entertainment appliance that can be a television or radio or a TV/Radio combination unit, through Special Purchase process, facility physical plant limitations permitting, and shall not exceed the six cubic feet maximum limitation. Eligibility to possess an Entertainment appliance commences on the date the inmate is assigned by ICC to Privilege Group D.

Inmates who have been deemed to be a program failure, as defined in section 3000, based on conduct while in the Z ASU/PHU/SHU, shall have his or her entertainment appliance disposed of in accordance with subsection 3191(c).

Inmate(s) that have not been deemed a program failure, but has been found guilty of any rules violation report based on conduct while in Z ASU/PHU/SHU, is subject to temporary loss of the entertainment appliance as follows: thirty days for the first offense, sixty days for the second offence, and ninety days for the third and all subsequent offenses.

Inmates assigned to Privilege Group D shall not possess a musical instrument.

In accordance with the Authorized Personal Property Schedule, APPS (Attachment D) inmates housed in Z ASU will be authorized to receive either an Audio Entertainment Appliances (Radio) or Television Set (TV) Flat screen only.

All Entertainment Appliances must meet all requirements and restrictions of the APPS (i.e. clear case, size restrictions, and no speakers).

Headphones are mandatory.  Possession of headphones is required to receive an Entertainment Appliance in Z ASU.  The headphones and appliance can be obtained at the same time.  Inmates housed in Z ASU will be allowed to obtain their headphones from the canteen, or order from an approved vendor.  Failure to utilize headphones at all times while the Entertainment Appliance is in use will result in disciplinary action.

Inmates will be allowed to possess coaxial cable (3-foot maximum) and coaxial splitter. Inmates will be responsible to retain these items and account for them at all times.

Entertainment Appliances will be authorized for inmates housed in Z ASU after Initial Classification Committee (ICC) and being retained in Z ASU.

The issuance of Entertainment Appliances will be conducted by the Z ASU Property Officer. The initial issuance of the Entertainment Appliances will be conducted in conjunction with the established canteen draw to allow inmates to purchase authorized headphones prior to the issuance of the Entertainment Appliances.

Once an inmate requests and receives an appliance, he is allowed to change his mind and request a different appliance subject to approval of the Z ASU Lieutenant.

Per the California Code of Regulations Title 15, inmates who break or tamper with the seal of the appliance(s) may be subject to disciplinary action and confiscation of the item.

Per the California Code of Regulations Title 15, Section 3192, an inmate may not exchange, borrow, loan, give away, or convey personal property to or from other inmates.

In accordance with the California Code of Regulations Title 15, Division 3, subsections 3315 (f) (5) (N) and 3315 (f) (5) (P). Any violation of refusing to accept an Inmate Housing Assignment of subsections 3005 (c) shall result in:

- First Offence violation shall result in loss of any or all of the following for up to 90 days: canteen, appliances, vendor packages, and personal property.

- Second Offence and subsequent violations shall result in loss of any or all of the following for up to 180 days: canteen, appliances, vendor packages, and personal property and a referral to a classification committee for review and determination for program failure. An inmate who is deemed a program failure by a classification committee is subject to having his personal property/appliances disposed of in accordance with Departmental procedure.

## CC. MULTI-POWERED RADIO PROGRAM

1. Upon completion of the Administrative Review by the Captain, inmates shall be given the opportunity to be issued a radio and a set of ear buds.

2. The Z ASU Property Officer will ensure the inmate completes the CDCR form 128-B Chrono Multi-Powered Loaner Program Agreement prior to issuance. The Z ASU Property Officer will track issuance of the radio and ear buds on the Multi-Powered Radio Distribution Log. Staff shall ensure the radio is in proper working order prior to issuance and upon return from the inmate.

3.  Inmates, who elect to participate in the Multi-Powered Loaner Radio Program, will be allowed to utilize the radio in 21 day increments. If at the conclusion of the 21-day period, the inmate has not been released or received his personal entertainment appliance or is determined to be indigent he may request an additional 21-day period in the program. Prior to granting the extension request, priority shall first be given to all newly placed Z ASU inmates and then indigent inmates.

4.  Upon release from Z ASU, the inmate will relinquish the radio; however, may retain the ear buds. Z ASU staff must ensure the ear buds are placed on the inmate's property card. If the radio and or ear dubs are altered or destroyed, the Z ASU Supervisor shall determine if it was intentional or unintentional based on the circumstance and all available information. If it is deemed intentional the progressive discipline process per the CCR, Title 15, Section 3312. And Disciplinary Methods shall be used. The inmate shall be charged the full replacement cost of the radio ($38.99) and the radio will be confiscated. The inmate will then be placed on Multi-Powered Radio Restriction and documented on the 114-A.

DD.  HOUSEKEEPING PROCEDURES

Inmates are required to keep their assigned cells neat and clean at all times consistent with institutional procedures.

1.  The cell will be swept and scrubbed as necessary.

2.  Beds are to be made and all personal property and state issued clothing will be properly stored.

3.  No articles will be suspended or affixed to the ceiling or walls of the cell.

4.  Windows will not be covered.

5.  Most cleaning supplies are caustic substances.  Unit staff will ensure that inmates do not possess more than necessary.

FEEDING PROCEDURES

1.  Inmates assigned to Z ASU will receive the same meals as inmates assigned to General Population Housing Units with the following exceptions.  Inmates assigned to Z ASU will not be allowed:

    •  Chicken with bones
    •  Fresh fruit with pits
    •  Fresh chili peppers

2.  Two hot meals and one sack lunch will be served daily.

Operational Procedure (5) 008 Administrative Segregation Unit (Z ASU)
June 2019
Page 29

3. All meals will be served in and consumed within the assigned cell.

4. All meals will be prepared at the Facility A/C Satellite Kitchen for steam line feeding and delivered directly to the Z ASU.

5. Serving utensils, trays and food carts will be inventoried and accounted for upon entrance to and prior to departure from the Z ASU. The Z ASU Sergeant will maintain a daily Culinary Inventory Log to ensure accountability of all items.

6. Upon the arrival of the food carts, the food trays will be prepared by Z ASU staff and then distributed to the Z ASU inmates. Prior to serving, the Z ASU Sergeant or Lieutenant will take and log the temperature of sample hot food item(s). The temperature of the hot items must be at least 140°F at the time of serving.

7. The individual food trays will be placed on a serving cart and distributed to the assigned inmates.

8. All personnel assigned to food preparation duties will wear culinary disposable hats and gloves at all times when handling food.

9. If an inmate refuses to eat, the refusal will be appropriately documented on their CDCR 114-A, and supervisory personnel will be notified.

10. After allowing the inmates an ample amount of time to finish their meal (not to exceed 15 minutes), all food trays (hot and cold) will be picked up and accounted for from each cell. The inmate is only allowed to retain one piece of fruit. They will surrender all trash and unconsumed food (i.e. milk carton, cereal box etc.).

HUNGER STRIKE

Refer to standardized Health Care Services Procedures (Chapter 31, Inmate Hunger Strike). The Z ASU Supervisor will prepare the Meal sample reports and submit it to the Food Services Manager, Watch Office (to be placed with the Daily Activity Report) and retain a copy for the unit file. At no time will there be more than one food port open per Section/POD in Z ASU.

SHOWERS

1. Inmates housed within Z ASU will be afforded the opportunity to shower three times weekly. A maximum of 5 minutes (per inmate) is authorized for each inmate shower. This time may be reduced consistent with unit operations and staff availability.

    Note: A shower log must be utilized by staff in order to enforce the 5-minute policy. Staff shall remain in the POD area until the shower program is concluded.

2. When escorted to the shower, the inmate will be attired only in boxer shorts, T-shirt and shower shoes. The placement of an inmate into an exposure control

jumpsuit is mandatory for all IEX or SDC out of cell offenses as a security precaution.

3. Authorized items to be taken to the shower are:

- One bar of soap
- One towel
- One clean pair of boxer shorts
- One pair of shower shoes
- One T-Shirt

GROOMING

1. Inmates will be allowed to use nail clippers and plug-in style clipper/shaver once every two weeks and/or upon request during his shower schedule time. While the inmate is in the grooming Cell/Area, the assigned Z ASU Officer will inspect the nail clippers or the plug-in style clipper/shaver to be used ensuring they are in proper working condition prior to the inmate's use. Prior to the inmate leaving the area, the clippers will be retrieved, inspected and returned to inventory. Rules Violation Report's will be issued to inmates upon discovery of intentional breakage or destruction of the equipment.

2. Prior to issuing the nail clippers and/or plug-in style clipper/shaver, staff will clean and sanitize the clippers.

3. Staff will encourage assigned inmates to maintain acceptable personal hygiene standards. An inmate's failure to maintain himself or his assigned cell in an acceptable manner will be reported to the Z ASU Sergeant and handled utilizing progressive discipline. Inmates are expected to be in compliance with CCR, Section 3061, while they are away from their immediate area of living quarters.

CELL SEARCHES

Z ASU Staff will conduct routine cell searches. Each cell search will be completed in a systematic and concise manner. All areas within the cell, to include vents, mattresses, toilet, sink, desk, bunks and inmate property will be searched.

1. Second and Third Watch staff will conduct at least 3 random cell searches, not including empty cell inspections.

2. A thorough cell search will be conducted prior to assignment of an inmate to the cell. Additionally, a search will be conducted upon the departure of the inmate from his assigned cell.

3. During the course of normal daily activities, visual searches and inspections will be conducted simultaneously to ensure all cell fixtures and equipment are serviceable and the cell is clean.

4. All cell searches will be documented on a Cell Search Worksheet; logged on the inmates CDC 114-A noting any discrepancies. Disciplinary action is to be taken when appropriate.

5. Every cell will be searched a minimum of once every 30 days.

LAW LIBRARY

1. The inmate will submit a Law Library Request Form to the Z ASU Legal Library Officer or Z ASU Officers. All Library Request forms will be logged in the Z ASU Law Library log book by the staff receiving the request from the inmate. Legal Material Request Forms submitted by the inmates will be forward to the Facility C Library Technical Assistant (LTA) by the Z ASU Legal Library Officer.

2. The LTA will fill out The "Court Actions Verification" Form with attached copy of the inmate's court documents.

3. The LTA submits the forms to the Senior Librarian for verification.

4. The LTA logs, files and responds to Legal Material Request Forms submitted by inmates.

5. The LTA makes a list of inmates requesting use of the Law Library, indicating those with verified court deadlines and submits it to the Z ASU Legal Library Officer.

6. The Z ASU Legal Library Officer generates a weekly schedule, ensuring that inmates with verifiable court deadlines Priority Library Users (PLU) are given priority over those without them, General Library Users (GLU). The Z ASU Legal Library Officer escorts inmates to the Z ASU Law Library work station and directly monitors and supervises Z ASU inmates during the two hour sessions.

7. The Z ASU Legal Library Officer will notify the Z ASU Sergeant of any changes in program.

8. The LTA will photocopy complete packets to be mailed to the courts (no partial writs) following the same procedures used for the General Population Inmate Law Library Users.

9. The Z ASU Legal Library Officer will receive, seal, sign and log all copied packets to be mailed to the courts from inmates. The Z ASU Legal Library Officer will assure that the Mailroom Staff picks up the documents to be mailed to the courts.

10. At the conclusion of the session, the Z ASU Legal Library Officer will escort the inmate back to his cell.

Operational Procedure (5) 008 Administrative Segregation Unit (Z ASU)
June 2019
Page 32

11.  Z ASU inmates will be afforded one 2-hour session every seven days if possible. The session will be from 0900-1130 hours and 1200–1430.

BOOK EXCHANGE

Leisure reading book exchange will be done every Tuesday on a one for one basis by the Z ASU Legal Library Officer or upon request by the Z ASU Officers; in keeping with the safety and security of Z ASU and its programming needs.

If the inmate moves out of Z ASU, they do not take books with them.  They return all books to the floor staff prior to moving or their signed Trust Account Withdrawal form will be submitted.

Only one book per inmate, at a time is allowed. Inmates are required to fill out a Trust Account Withdrawal Form prior to being issued law books from the law library.

EE.  KEY AND TOOL CONTROL / SAFETY EQUIPMENT

The Z ASU Sergeant will ensure that all safety equipment, i.e., cut down kits, chemical agents, mechanical restraints, batons, protective vests, keys and any assigned tools are accounted for and properly secured at all times.

1.  UNIT INVENTORY

A Unit Inventory Log will be maintained and all equipment, weapons and padlocks will be inventoried at the beginning and end of each shift by unit staff. All deficiencies/discrepancies will be immediately reported to Z ASU Sergeant or appropriate supervisor.

2.  MAINTENANCE CREW/TOOLS

When a maintenance crew enters the unit with assorted tools, only those tools needed to accomplish the job will be allowed to remain with the workers.  All tools will be inventoried when entering and upon exiting the unit.
The remainder of the tools will be secured in the Z ASU Sergeant's Office.

Inmate maintenance workers are not authorized in Z ASU unless under emergency conditions and with the approval from the Z ASU Lieutenant.  The Maintenance Supervisor will escort the inmate workers.

Upon completion of work, the cell will be searched and the Floor Officer will do a complete inventory of the tools.

If a tool cannot be accounted for the Z ASU Sergeant will be notified immediately. The Z ASU Sergeant will notify the Z ASU Lieutenant and a complete search of the area will be conducted.

Operational Procedure (5) 008 Administrative Segregation Unit (Z ASU)
June 2019
Page 33

3.   PROTECTIVE VESTS

Protective vest use is mandatory for all designated staff working in the vicinity of inmates housed Z ASU, inclusive of inmates housed in or being treated in the Central Infirmary.

The following personnel are mandated to wear a protective vest when working with Z ASU inmates:

- Correctional Officer
- Correctional Sergeant
- Correctional Lieutenant
- Correctional Counselor I
- Correctional Counselor II
- All Medical Staff
- Any Staff with Direct Contact with Z ASU Inmates

Optional vest use by designated staff:

The wearing of the protective vest is optional for the following designated personnel under the following circumstances:

- Classification Committee members when serving on an Z ASU Classification Committee (ICC or UCC).
- When visiting or touring Z ASU and not going into the sections or coming within close proximity of Z ASU inmates.

Protective vests shall be worn only in the manner prescribed by the manufacturer and the departmental guidelines.   Protective vests shall not be worn in any manner that might reduce their designed level of effectiveness.

Protective vest/covers:

- Protective vest/covers are to be maintained in good condition.  Damage is to be reported to the Z ASU Sergeant for replacement if necessary.
- Protective vest/covers will be available in the Z ASU Sergeant's office for visitors and other short-term assignment personnel.
- Staff will check out protective vest/covers insert plates utilizing the chit system.
- The Second and Third Watch Z ASU Sergeants will be responsible to inventory all vest/covers at the beginning and end of each shift.
- The Z ASU Sergeant will coordinate the cleaning and sanitizing of the vest/covers.

FF.   MEDICAL EMERGENCY RESPONSE DRILL

Monthly Medical Emergency Response Drills shall be conducted by Z ASU and Medical staff on all three watches.   The type of incident with response time

chronology and the IST sign-in forms with confirmation of completion shall be provided to the Custody Captain by the 5th of each month.

GG. EMERGENCY EVACUATION / FIRE PREVENTION

1. All assigned personnel will be familiar with existing institutional procedures relevant to emergency response and fire evacuation.

2. The Z ASU Sergeant will ensure that all assigned staff is familiar with fire evacuation routes within the unit and knowledgeable in the use of appropriate firefighting equipment. Simulated monthly fire/emergency evacuation drills will be conducted by each shift under the direction of the Z ASU Sergeant in order to audit the effectiveness of the procedure.

3. Based upon custody/security requirements, the following specific procedures for fire emergency evacuation of the Z ASU will be followed in the event of a major fire or natural disaster within the unit.

4. The Z ASU Sergeant will determine the severity of the situation and supervise the evacuation.

5. Z ASU staff is responsible for conducting an orderly/safe evacuation of the unit under the direct supervision of the Z ASU Sergeant. The Z ASU Control Booth Officer will provide gun coverage inside the unit and release inmates from their cells electronically if appropriate. In the event the cells cannot be electronically operated, floor staff will manually release inmates.

6. All inmates will be individually released, restrained, escorted to and secured inside the small management yards. Staff will attempt to place inmates in groups according to compatibility. However, dependent on the severity of the situation, compatibility will not be a determining factor for placement. If circumstance dictates, Z ASU staff may conduct an unlock of all cells.

7. Z ASU staff will direct all affected inmates to the area in front of the Z ASU building instructing them to assume a sitting position.

8. To ensure the unit has been entirely evacuated, staff will conduct a cell-by-cell security check to assure all inmates have been evacuated.

9. Z ASU staff will report to the area in front of the Z ASU building upon the completion of the evacuation and summon/render appropriate medical assistance.

10. All inmates' status/whereabouts will be accounted for and staff will stand by for further instructions. When the situation has returned to normal, the inmates will be re-housed.

11. Fires, which do not require evacuation, will be extinguished by responding staff/and or the institution Fire Department.

12. The Control Booth Officer will vent excessive amounts of smoke from the unit. The control booth officer will familiarize him/herself with the operation of the Z ASU vent zones.

FIRE PREVENTION

1. Containers of flammable items will not be stored in Z ASU.

2. Clean laundry will be kept in storage cabinets with doors closed at all times, except when clothing is being issued.

3. Accumulations of dirty laundry will be kept in containers away from areas readily accessible to inmates.

4. Accumulations of waste paper will be kept in trash receptacles with fitted covers and kept away from areas readily accessible to inmates.

5. The exhaust fan system will be checked weekly and Plant Operations notified promptly if the system is not functioning properly.

REPORTING FIRES/EMERGENCIES

1. In case of fire, dial the emergency number for the Fire Department (extension 222). Report all emergencies to the Z ASU Sergeant, Z ASU Lieutenant and Watch Commander. Give the Fire Department the following information:

    - Location of fire
    - Person placing the call
    - Type of fire, (i.e., electrical, fuel etc.)

2. If a fire extinguisher or fire hose is used to extinguish a fire, staff will promptly notify the Fire Chief for replacement or recharge. A NOU shall be prepared and submitted to the Watch office.

HH. ACCESS TO TELEPHONES

1. Z ASU inmates are permitted telephone calls only in the following situations:

    - Verified family emergencies.
    - Per the Litigation Coordinator (i.e. Court ordered Attorney contacts).
    - If an inmate is housed in Z ASU as an NDS inmate as verified by committee.

2. The Custody Captain, Z ASU Lieutenant or Correctional Counselor I or II must authorize telephone calls.

Operational Procedure (5) 008 Administrative Segregation Unit (Z ASU)
June 2019
Page 36

3.  NDS telephone access will be as follows:

- Inmates classified as WG/PG D1/A will be allowed 1 telephone call per week.
- Inmates Classified as WG/PG D1/B will be allowed 1 telephone call per month.

4.  Every Wednesday third watch Z ASU staff will prepare a phone sign up list (Attachment H) for the following day.

5.  Phone calls will be Thursday, 15 minute increments, 1300-1615 hours and 1830-2045 hours.

6.  The escorting officer will secure the inmate in the holding cell and dial the phone number for the inmate.

7.  The control booth officer will monitor the call and note on the phone signup sheet (Yes/No) whether the inmate made contact during his phone time.

8.  The control booth officer will notify the escorting officer if the inmate has difficulty during his phone time or if the inmate wishes to make another call during his allotted 15 minutes.

9.  The escorting officer will log the time the inmate made his phone call on the inmates 114A.

II.   Z ASU EXERCISE YARD PROCEDURES

1.  Z ASU has 20 small management control yards.  Inmates newly assigned to Z ASU will be offered exercise yard at the next available yard for their assigned cell.  Inmates housed in Z ASU are not required to be seen by a classification committee prior to being offered exercise yard.

2.  YARD PROCEDURE

The control booth officer will announce yard call 10 minutes and 5 minutes prior to yard release, over the unit public address system.  A supervisor is to be present prior to removing any inmate from their cell.

Inmates scheduled and desiring to participate in yard, will inform the Z ASU Officer when "yard call" is given.

The inmates clothing and all authorized items to be taken to the yard will be placed on the cell food port.

The escorting officer will conduct a thorough search of all clothing and property and conduct an unclothed body search of the inmate within his assigned cell.

Operational Procedure (5) 008 Administrative Segregation Unit (Z ASU)
June 2019
Page 37

In instances where two inmates are assigned to a cell, both inmates' property will be removed from the cell prior to the Commencement of the unclothed body search. At no time will inmates retrieve items once the search has been initiated. Once the inmate is restrained and removed from the cell, he will be allowed to carry his property to the yard.

Upon completion of the search, the inmate(s) will be mechanically restrained (handcuffed) and escorted from the cell to the assigned yard. Upon the completion of the search, the Sergeant will allow the inmate(s) access to the yard.

Once placed on the yard, the inmate will be unrestrained.

Yard recall will be conducted in the reverse manner of yard release. Escorting officers will report to the yard and individually remove each inmate from the yard.

All inmate clothing and items authorized for the yard will be thoroughly searched by the officer. Upon completion of an unclothed body search, the inmate will be placed in restraints and removed from the yard. An officer will be positioned at the building entrance door and will conduct a search of the inmate utilizing a hand held metal detector. If clear, the inmate will be returned to his cell.

Inmates will not impede the progress of yard by stopping or conversing with others during the escort.

Inmates will not be removed from the exercise yard unless approved by the Z ASU Sergeant or Lieutenant for the following reasons:

- Illness
- Visits
- RVR Hearings
- Ducats
- Need to be seen by a staff member
- Emergencies
- Disciplinary problems
- Completion of allotted yard time

Yard procedures will continue six days per week with the following expectations:

- Fog line
- Emergencies
- Lockdown specifically affecting Z ASU
- Per institutional needs

Operational Procedure (5) 008 Administrative Segregation Unit (Z ASU)
June 2019
Page 38

The following items will be allowed on the Z ASU SMY

- One T-Shirt
- One Pair of Boxer Shorts
- One Pair of Socks
- One Pair of Soft Shoes
- One Towel
- One Jumpsuit (November 1 through April 1)
- Thermal Underwear Top and Bottom (November 1 through April 1)

3. Yard Times shall be in accordance with the attached Administrative Segregation Unit C6 Activity Schedule. (Attachment J)

4. Third Watch Staff shall clean the yards each evening as well as conduct inspections of the SMY's for contraband and ensure the integrity of the SMY's is secure. Any discrepancies shall be brought to the Z ASU Sergeant for review. The Z ASU Sergeant shall not suspend yard due to discrepancies discovered, without the approval of the Custody Captain or Administrative Officer of the Day.

JJ.  HEAT PATHOLOGY PROCEDURES FOR HEAT RISK/MEDICATION INMATES

In the event an inmate housed in Z ASU is placed on "Heat Meds" and the Outside temperature may reach 90 degrees Fahrenheit, Z ASU staff shall ensure heat risk inmates are provided priority access to the Small Management Yard (SMY) yard at 0730 hours. When the outside temperature reaches 90 degrees, they will be removed from the SMY and a Security (S) will be documented in the 114A. The yard times and further yard times will be modified so the heat med inmate receives his 10 hours of court mandated recreational yard time each week. The accommodation will also be documented on the facility-specific Daily Activity Report (DAR). The temperature logs will be reviewed daily by the Facility Z ASU 3/W Sergeant and a copy forwarded daily with the DAR to the Watch Commander before 2100 hours. The original DAR shall be forwarded to CEN's Litigation Coordinator/Heat Plan Coordinator daily.

KK.  EMERGENCY SMALL MANAGEMENT YARD PROCEDURES

1. In the event of an emergency, the Officer monitoring the yard will immediately activate the building alarm and notify staff.

2. If time permits, (great bodily injury or possible death is not imminent) ample warning (whistle or verbal commands) will be given before using any other force options.

3. Responding staff will not enter the yard area until sufficient staff has arrived and all inmates are lying face down on the yard. Staff will then enter upon orders from the Z ASU supervisor in charge.

Operational Procedure (5) 008 Administrative Segregation Unit (Z ASU)
June 2019
Page 39

STAFF RESPONDING TO EMERGENCIES

1.  The Z ASU Sergeant will respond to all emergencies and will take immediate charge in quelling and investigating the emergency. The Z ASU Sergeant will direct all operations.

2.  All Z ASU custody floor staff will respond to all emergencies on the yard and in the building areas.

3.  Sufficient staff will enter the yard at the direction of the supervisor.

4.  Additional staff will be held in reserve outside the yard area until the situation is under control.

ACTION TAKEN

1.  Emergency response medical staff will assess inmates requiring medical attention and take them immediately to the Triage Treatment Area (TTA) at the Health Care Services Building, if necessary.

2.  All other inmates involved in the incident will be immediately searched and medically evaluated prior to determining if they can be returned to their cells.

EMERGENCY SMALL MANAGEMENT YARD EVACUATION

1.  The primary goal if an inmate has been seriously injured is to remove the victim that is in need of emergency medical attention without jeopardizing the safety of staff or inmates.

2.  The Z ASU Sergeant will ascertain which victim(s) need to be immediately removed due to injuries sustained.

3.  Z ASU staff will proceed to the staff office and don protective gear and shields.

4.  Staff will instruct the non-injured inmate to exit the small management yard cell (restraints will be applied before the SMY gate is opened) while the injured inmate lies face down on the ground. Once the non-injured inmate has been removed, the remaining inmate will be instructed to exit the SMY cell. If the inmate is unable to move due to his injuries, staff will enter the SMY cell with a shield and batons and place the inmate in restraints. Medical staff will conduct an evaluation and determine the extent of the injuries. The inmate will be moved only when it is reasonably safe to do so.

5.  If the inmates in the affected SMY cell refuse to comply with staff's instructions for being restrained and removed from the SMY cell, a determination will be made on the need to use force and administrative staff will be immediately notified if the use of force is warranted.

6.  Following an incident, the SMY cells will be searched and evidence gathered and processed in accordance with Institutional Procedures.

LL.  VISITING PROCEDURES

Visiting will be permitted with persons approved per the regulations set forth in the Director's Rules and local visiting procedures.

METHOD

1.  Ad-Seg inmates are permitted visits with their approved visitors. All visits will be non-contact behind glass. All attorney contact visits will be allowed at the attorney's request, except in circumstances where there is documented evidence of extremely violent behavior demonstrated by the inmate. Additionally, all attorney contact visits will be conducted in the guarded conference rooms, separate from the general population inmates and visitors. All Z ASU visits will be conducted in the Facility C Visiting Room using a non-contact cell. Visiting regulations require visiting restrictions for an inmate found guilty in a disciplinary hearing for an indecent exposure incident; a classification committee must review for visiting restrictions with minor.

2.  All visits will be by appointment only pursuant to local visiting procedures. Visits will be restricted to one-hour time limits. The inmate will be escorted to Facility C visiting in waist restraints and leg irons. Once secured inside the Visiting Cell, the waist restraints and leg irons will be removed during the visit utilizing the cuff port and Z ASU escorting procedures. At the end of the visit the waist restraints and leg irons will be placed on the inmate prior to escorting him back to Z ASU. Upon returning to the unit the inmate will submit to an unclothed body search prior to returning to his Cell.

MM.  MENTAL HEALTH THERAPEUTIC TREATMENT MODULES

Once an Inmate/Patient (I/P) is secured within a Mental Health Therapeutic Treatment Module (TTM), mechanical restraints shall be removed unless the I/P is deemed a danger to others based on current behavior. If it is determined by custody with input from clinical staff, the I/P remain in restraints while secured in the TTM, the person making such determination shall prepare a 128B, indicating the reason why the I/P was required to remain in restraints. (The clinician shall also document the reason on the Inmate's 114A). The escorting officer assigned to provide coverage shall be positioned outside the treatment room in a manner that allows them to provide security and maintain confidentiality simultaneously.

Operational Procedure (5) 008 Administrative Segregation Unit (Z ASU)
June 2019
Page 41

## VII.    RESOURCE SUPPLEMENTS

Attachment A        Intake Cell Door Sign

Attachment B        Z ASU Welfare Check Tracking Sheet

Attachment C        Administrative Segregation Unit Orientation Mental Health Guide

Attachment D        Administrative Segregation Unit (ASU)/Security Housing Unit (SHU)/Psychiatric Services Unit (PSU) Male Inmates Matrix

Attachment E        Non-Disciplinary Segregation (NDS) Personal Property Matrix (8/14/13)

Attachment F        Multi-Powered Radio Loaner Program Agreement CDC-128B

Attachment G        Multi-Powered Radio Distribution Log

Attachment H        Housing Unit Weekly Telephone Sign-Up Sheet for NDS Inmates

Attachment I        Weekly Review of Inmate Segregation Profile/Record Worksheet

Attachment J        Administrative Segregation Unit C6 Activity Schedule

_____                    7/31/19
RAYMOND MADDEN                             DATE
Warden
Centinela State Prison

# ATTACHMENTS

**Attachment A**

# ASU INMATE

1

**CALIFORNIA**
DEPARTMENT OF CORRECTIONS
INMATE IDENTIFICATION

NAME:

CDCR#:

ASU ARRIVAL DATE:

21 DAY COMPLETION:

FAC:

## SECURITY/WELFARE CHECK MANUAL TRACKING SHEET

INSTITUTION:  CENTINELA    FACILITY:  ADMINISTRATIVE SEGREGATION UNIT

HOUSING UNIT:  C6 – ASU    DATE: _____    WATCH:  1ST    2ND    3RD

LOWER BED: _____    UPPER BED: _____

INSTRUCTIONS: COMPLETE 2 SECURITY/WELFARE CHECKS PER HOUR AT STAGGERD INTERVALS NOT TO EXCEED 35 MINUTES

A "Security/Welfare Check" is defined as a personal observation by Correctional Officers of the welfare of the inmate and security of the cell of inmates housed in an ASU, PSU, SHU or condemned housing unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURES | COMMENTS |
|------|---------------------------|---------------------------|----------|
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |
|      |                           |                           |          |

SUPERVISOR: _____    SIGNATURE: _____    DATE: _____
(PRINT NAME)

ATTACHMENT C

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION

# ADMINISTRATIVE SEGREGATION UNIT

IF YOU NEED HELP READING THIS, ASK FOR HELP FROM STAFF

SI USTED NO HABLA INGLÉS PUEDE PEDIR ESTA INFORMACIÓN EN ESPAÑOL. DIGALE A UNO DE LOS EMPLEADOS QUE HABLA ESPAÑOL, QUE NECESITA ESTA INFORMACIÓN EN ESPAÑOL. TAMBIEN PUEDE DECIR "I NEED THIS IN SPANISH?".

## SOME REASONS WHY ASU CAN BE STRESSFUL

➤ It is a sudden change in housing with restricted privileges. For some people this includes:

    ○ Loss of a good cellmate or friendships
    ○ Opportunities for exercise
    ○ Yard time – interactions, exercise, etc.
    ○ Loss of property
    ○ Changes in program

➤ Some inmates do not know exactly how long they will be in ASU.

➤ Some inmates do not feel safe in ASU.

➤ Some inmates do not understand or agree with the reasons they are in ASU.

➤ Some inmates are worried about getting more time.

➤ Some inmates are waiting for a transfer, and don't know what to expect in a new placement.

➤ Some inmates are already facing difficulties (family problems, medical problems, personal problems like debts, etc.) and being put in ASU may make them feel worse.

➤ Some inmates have mental health concerns, such as:

    ○ feeling stressed
    ○ feeling anxious
    ○ feeling worried
    ○ problems sleeping
    ○ depression
    ○ hearing voices

These inmates may feel worse while in ASU.

## WHAT CAN YOU DO

HOW TO HELP YOURSELF:

➤ Exercise in your cell or in the walk alone yard

➤ Draw

➤ Write down your thoughts or anything that comes to mind

➤ Practice relaxation

➤ Try to go to bed and wake up at the same time each day

➤ Write letters

HOW TO GET HELP:

If you need help you may:

1. Ask any staff member for help OR

2. Ask staff for a health care request form (CDCR 7362). If you need help filling it out, any staff person can help you. A psychiatric technician (PT) or another mental health staff person will come by your cell each day to see how you are doing.

Ask to speak to a mental health clinician if you are:

➤ worried
➤ upset
➤ angry
➤ feeling hopeless
➤ thinking about suicide
➤ having trouble eating or sleeping
➤ having trouble thinking clearly
➤ or are experiencing any problems coping

YOU CAN ASK TO TALK TO A MENTAL HEALTH STAFF PERSON IN A PRIVATE SETTING IF YOU CANNOT TALK OPENLY ABOUT YOUR ISSUES.

IF YOU FEEL LIKE HURTING OR KILLING YOURSELF RIGHT NOW, TELL A CUSTODY OR MENTAL HEALTH STAFF MEMBER RIGHT AWAY.

➤ Give yourself a chance to talk to someone about how to deal with your situation without hurting yourself or anyone else.

➤ You have made it through a lot of difficult times. Give us a chance to help you find solutions to your problems.

➤ If you don't want to talk to a mental health staff person, ask to talk to a Chaplain or someone else you trust.

*If you do not need help coping right now, but you do later, you can ask to talk to a mental health clinician at any time.*

DEPARTAMENTO CORRECCIONAL Y
DE REHABILITACIÓN DE CALIFORNIA



ESPERANZA

UNIDAD DE SEGREGACIÓN
ADMINISTRATIVA (ASU)

PIDALÉ A CUALQUIER MIEMBRO DEL
PERSONAL SI NECESITA AYUDA PARA
LEER ESTE FOLLETO

ALGUNAS RAZONES POR LAS CUALES
LAS PERSONAS ENCUENTRAN
ESTRESANTE LA SEGREGACIÓN
ADMINISTRATIVA

Ⱥ  Es un cambio inesperado en el alojamiento
donde los privilegios son restringidos. Para
algunas personas esto incluye:

Ⱥ
  o  Pérdida de un buen compañero de
     celda o de amistades
  o  Pérdida de oportunidades para hacer
     ejercicio
  o  Pérdida de recreación y de
     interacción humana
  o  Pérdida de la propiedad
  o  Cambios en el programa diario

Ⱥ  Algunos presos:

  o  No saben cuánto tiempo estarán en la
     ASU.

  o  No se sienten seguros en la ASU.

  o  No entienden o no están de acuerdo
     con las razones por las cuales se
     encuentran en la ASU.

  o  Están preocupados por recibir más
     tiempo añadido a su condena.

  o  Están esperando una transferencia y
     no saben que esperar en una nueva
     ubicación.

  o  Ya se enfrentan a dificultades
     (problemas familiares, problemas
     médicos, problemas personales, como
     deudas, etc.) y el hecho de ser ubicado
     en la ASU puede hacer que se sientan
     peor.

Ⱥ  Algunos presos tienen problemas de salud
mental, tales como:

  o  El estrés
  o  La ansiedad
  o  Las preocupaciones
  o  La depresión
  o  Oyendo voces

Estos presos podrían sentirse peor en la
ASU.

QUE SE PUEDE HACER

COMO AYUDARSE A SI MISMO

Ⱥ  Haga ejercicios en su celda o en el
patio de recreo confinado

Ⱥ  Dibuje

Ⱥ  Escriba sus pensamientos o
cualquier cosa que viene a la
mente

Ⱥ  Haga ejercicios de relajamiento

Ⱥ  Trate de acostarse y de levantarse
a la misma hora cada día

Ⱥ  Escriba cartas

Ⱥ  Platique con alguien

COMO OBTENER AYUDA

Si necesita ayuda puede:

1.  Pedirle ayuda a cualquier miembro del
    personal O

2.  Pedirle un Formulario CDCR 7362 a
    cualquier miembro del personal

Pida hablar con un especialista en salud mental si
está:

Ⱥ  Preocupado
Ⱥ  Perturbado
Ⱥ  Enojado
Ⱥ  Sintiéndose sin esperanza
Ⱥ  Pensando en suicidarse
Ⱥ  Teniendo problemas para comer o dormir
Ⱥ  Teniendo problemas para pensar con
   claridad
Ⱥ  Luchando o no está manejando bien las
   cosas

PUEDE SOLICITAR UNA ENTREVISTA PRIVADA
CON EL PERSONAL DE SALUD MENTAL SI NO
SE SIENTE EN LIBERTAD DE HABLAR
ABIERTAMENTE DE SUS PROBLEMAS.

SI EN ESTE MOMENTO ESTÁ PENSANDO EN
HACERSE DAÑO O EN SUICIDARSE,
INDÍCASELO INMEDIATAMENTE A CUALQUIER
MIEMBRO DEL PERSONAL.

Ⱥ  Dese la oportunidad de platicar con alguien
   sobre como Ud. puede enfrentar su
   situación sin hacerse daño a sí mismo o a
   otro individuo.

Ⱥ  Ud. ha logrado a triunfar muchas
   situaciones difíciles. Dénos la oportunidad
   de ayudarle a encontrar soluciones a sus
   problemas.

Ⱥ  Si no desea hablar con el personal de
   salud mental, pida hablar con un capellán u
   otra persona en la cual tiene confianza.

*Si no necesita ayuda ahora, pero lo necesita en
el futuro, puede pedir una consulta en cualquier
momento con el personal de salud mental.*

# ADMINISTRATIVE SEGREGATION UNIT (ASU) / SECURITY HOUSING UNIT (SHU) / PSYCHIATRIC SERVICES UNIT (PSU) MALE INMATES

## TABLE OF CONTENTS

ITEM DESCRIPTION ........................................................................................................... PAGE #

Personal Clothing ...................................................................................................................... 35

Personal Care / Hygiene........................................................................................................... 36

Food ........................................................................................................................................... 38

Miscellaneous............................................................................................................................ 40

Games ........................................................................................................................................ 42

Registerable Property .............................................................................................................. 42

## "YES"=NO LIMIT ON PRODUCTS. HOWEVER, TOTAL MUST REMAIN WITHIN SIX CUBIC FEET

## PERSONAL CLOTHING FOR ASU / SHU / PSU MALE INMATES

- INMATES ARE ONLY PERMITTED ITEMS OF PERSONAL CLOTHING LISTED IN THIS SCHEDULE UNLESS AUTHORIZED FOR MEDICAL REASONS.

- INMATES ARE PERMITTED TO WEAR SOLID COLORS ONLY UNLESS OTHERWISE INDICATED.

- INMATES ARE PROHIBITED FROM POSSESSING, USING, OR WEARING PERSONAL CLOTHING ITEMS IN ANY SHADE OR TINT OF GREEN, BLACK, BROWN, TAN, RED, OR BLUE UNLESS OTHERWISE INDICATED.

- INMATES ARE PROHIBITED FROM POSSESSING, USING, OR WEARING PERSONAL CLOTHING WITH HOODS, PICTURES, DECORATIVE ZIPPERS, INSIDE POCKETS, OR ZIPPERED POCKETS.

- INMATES ARE PROHIBITED FROM POSSESSING, USING, OR WEARING ITEMS WHICH ARE OBSCENE OR WHICH HAVE LOGOS, LETTERING, PICTURES WHICH ADVERTISE OR DEPICT ALCOHOL, GANGS, PROFANITY, SEX, WEAPONS, DRUGS, OR DRUG PARAPHERNALIA.

- MALE INMATES SHALL NOT RECEIVE OR POSSESS ITEMS OF CLOTHING DESIGNED AND MANUFACTURED SPECIFICALLY FOR WOMEN, i.e., BRASSIERES, UNLESS AUTHORIZED BY CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES.

| ITEM DESCRIPTION  With additional requirements and restrictions. | SHU / PSU | ASU |
|---|---|---|
| | PRIVILEGE GROUP | |
| | D | D |
| **ATHLETIC SHORTS** (White or gray only. No logos or printing. No inside pockets). A single pocket is authorized providing the opening is visible on the outside of the garment and is in line with the side seam). | 2 | 0 |
| **ATHLETIC SUPPORTER** | 2 | 0 |
| **BRIEFS / BOXERS** (White or gray only). Boxers shall have no elastic on the leg opening. | 6 | 0 |
| **GLOVES** (Cold weather gloves upon approval of Warden. No zippers, pockets, or metal. White or gray only. One for one exchange). | 1 | 0 |
| **HATS and CAPS**<br>• BASEBALL (White or gray only).<br>• WATCH CAPS (White or gray only).<br>• Additional hats consistent with these regulations may be allowed by Warden's discretion.<br>(No stripes, designs, or logos). | 1<br>(Watch cap only) | 0 |
| **HEAD BAND** (Terry cloth, plain, white, or gray). | 0 | 0 |
| **RAIN COAT / PONCHO** (Transparent only). | 0 | 0 |

## PERSONAL CLOTHING FOR ASU / SHU / PSU MALE INMATES (continued)

| ITEM DESCRIPTION<br>With additional requirements and restrictions. | SHU / PSU | ASU |
|---|---|---|
| | PRIVILEGE GROUP | |
| | D | D |
| **SHOELACES** (White only. Max. 36". One for one exchange). | 0 | 0 |
| **SHOWER SHOES** (Foam or soft rubber, single layer construction, not exceeding 1" in thickness). | 1 pair | 1 pair |
| **SLIPPERS / HOUSE SHOES** (No leather or leather-like materials. Must be predominantly white or gray). | 1 pair | 0 |
| **SOCKS** (White or gray only. Any combination of short to knee-high). | 6 pair | 0 |
| **SWEAT PANTS** (Gray or white only. No inside pockets. A single pocket is authorized providing the opening is visible on the outside of the garment and is in line with the side seam). | 2 | 0 |
| **SWEAT SHIRT** (Gray or white only). | 2 | 0 |
| **TENNIS SHOES** (No shades of red or blue. Low, mid, or high tops are permitted. Must be predominantly white in color. No K-Swiss, Bugle Boys, Joy Walkers, Pumps, Gels, British Knights, DC, or Airlifts. Shoe laces white only. Not to exceed $75. No hidden compartments, zippers, or laces that are covered or concealed. No metal components including eyelets). Shoelaces included. One for one exchange. | 1 pair | 0 |
| **UNDERWEAR, THERMAL OR LONG** (Gray or white only. One set consists of top and bottom or solid one piece). | 2 sets | 1 set |
| **UNDER SHIRTS** (White or gray only. Any combination of crew neck, v-neck, long sleeve, or sleeveless athletic tank-top. Turtle neck and mock turtle neck are not permitted). | 3 | 0 |
| **WAVE CAPS** (White or gray only). | 2 | 0 |

## PERSONAL CARE / HYGIENE FOR ASU / SHU / PSU MALE INMATES

- NO ALCOHOL-BASED PRODUCTS, NO SPRAY OR PUMP BOTTLES, AND NO AEROSOL CONTAINERS ALLOWED.
- NO METAL CONTAINERS OR CONTAINERS HAVING METAL TOPS OR BOTTOMS.
- PRODUCTS CONTAINING PHOSPHATES ARE NOT ALLOWED.
- INSTITUTIONS MAY REQUIRE DISPOSABLE RAZORS TO MEET SAFETY TAMPER PROOF SPECIFICATIONS.

| ITEM DESCRIPTION<br>With additional requirements and restrictions. | SHU / PSU | ASU |
|---|---|---|
| | PRIVILEGE GROUP | |
| | D | D |
| **AFTER SHAVE** (Must be clear and in clear container only. 5 oz. each max.). | 1 | 0 |
| **BODY POWDERS** (Baby powder, foot powder, medicated powder, talcum powder, etc. 20 oz. each max.). | 2 | 0 |
| **COMB / HAIR PICK** (COMB – non-metal, no handle, not to exceed 6" in length, no handle/HAIR PICK – non-metal not to exceed 6" in length). | 0 | 0 |
| **COSMETIC / SHAVING BAG** (Not to exceed 6" x 6" x 8". Plastic. Clear case only). | 0 | 0 |
| **COTTON SWABS** | 0 | 0 |
| **DENTAL ADHESIVE** (For approved denture wearers only). | 2 | 2 |
| **DENTAL FLOSSERS / GLIDERS / SAFETY DENTAL FLOSS** (No more than 3" in length. Amount allowed in possession to be determined by local institutional procedure. Warden's discretion on the type of flosser that would meet their respective institution's safety and/or security needs). | YES | YES |
| **DENTURE CLEANSER** | 2 boxes | 1 box |

**PERSONAL CARE / HYGIENE FOR ASU / SHU / PSU MALE INMATES (continued)**

| ITEM DESCRIPTION<br>With additional requirements and restrictions. | SHU / PSU | ASU |
|---|---|---|
| | PRIVILEGE GROUP | |
| | D | D |
| **DEPILATORYS** (Hair removers, Magic Shave, etc. 10 oz. each max.). | 2 | 0 |
| **DEODORANT / ANTIPERSPIRANT** (Stick, gel, or roll-on, 5 oz. each max.). | 2 | 2 |
| **FACE CREAM** (Noxzema®, etc. Products with glycerin as primary ingredient are not permitted. 10 oz. each max.). | 1 | 0 |
| **HAIR CONDITIONER** (20 oz. each max.). | 1 | 0 |
| **HAIR OIL / GREASE / GEL / POMADE** (20 oz. each max.). | 1 | 0 |
| **HAIR TIES** (Colors of black, white and gray only). | 0 | 0 |
| **INSECT REPELLANT** (Must contain N,N-diethyl-m-toluamide (DEET) as main active ingredient). | 0 | 0 |
| **LAUNDRY DETERGENT** (Powder or liquid. 36 oz. each max.). | 2 | 0 |
| **LAUNDRY SOAP** (Bar, 7 oz. each max.). This laundry soap must be intended to be used by hand. | 2 | 0 |
| **LIP BALM** (No pigmentation added). | 2 | 0 |
| **LOTIONS** (Includes baby oil. 30 oz. each max.). Baby Oil is not permitted. | 2 | 0 |
| **MEDICATIONS, OVER-THE-COUNTER (OTC)** (Only those OTC medications permitted by the California Correctional Health Care Services shall be stocked by institution canteens. **OTC medications are not approved for inmate packages, except those OTC medications listed below**). Must be solid tablet or capsule form only. Cough drops, sugar-free only (non-formulary versions); Digestive aids containing Lactobacillus; and Guaifenesin (single ingredient only. No alcohol). | YES | YES |
| **MIRROR** (Maximum of 6" diameter). | 0 | 0 |
| **MOUTHWASH** (Non-alcohol only. 30 oz. each max.). | 1 | 0 |
| **MUSCLE RUB and VAPOR RUB** (Soft plastic containers/tube only. 5 oz. each max.). | 0 | 0 |
| **NAIL CLIPPER** (Maximum of 2" length. No file blade). | 0 | 0 |
| **PALM BRUSH / COMB** (No handle. Plastic only). | 1 | 1 |
| **PERMANENT CURL / HAIR RELAXER KIT** (No lye). | 0 | 0 |
| **PERMANENT WAVE KIT** | 0 | 0 |
| **PERMANENT WAVE RODS** (Non-electric. Plastic only. 3.5" max in length. Gray only). | 0 | 0 |
| **PETROLEUM JELLY** (Not permitted in Level IV design housing. 8 oz. each max.). | 0 | 0 |
| **RAZOR, DISPOSABLE** (Not permitted in Level IV 180 design housing). | 0 | 0 |
| **SHAMPOO** (20 oz. each max.). | 1 | 1 |
| **SHAVING CREAM / GEL** (Non-aerosol. 10 oz. each max.). | 1 | 0 |
| **SOAP, BAR** (5 oz. each max. Medicated soap containing additional ingredients; i.e., insecticides, keratolytics, antiseptics, antipruritics is allowed). | 6 | 2 |
| **SOAP DISH** (Non-metal. Clear case only). | 1 | 0 |
| **SOAP, LIQUID BODY WASH / DISH SOAP** (20 oz. each max.). | 0 | 0 |
| **SUNBLOCK** (Must be a minimum of SPF 15. 30 oz. each max.). | 1 | 1 |

**PERSONAL CARE / HYGIENE FOR ASU / SHU / PSU MALE INMATES (continued)**

| ITEM DESCRIPTION<br>With additional requirements and restrictions. | SHU / PSU | ASU |
|---|---|---|
| | PRIVILEGE GROUP | |
| | D | D |
| **TOOTHBRUSH** (Subject to local determination of maximum length. Local facility is required to shorten if necessary, to meet local requirements). | 1 | 1 |
| **TOOTHBRUSH HOLDER** (Clear plastic only. May only cover head of toothbrush). | 2 | 0 |
| **TOOTHPASTE / POWDER** (7 oz. each max.). | 3 | 2 |
| **WASHCLOTHS** (White only). | 2 | 0 |

**FOOD FOR ASU / SHU / PSU MALE INMATES**

- NO GLASS CONTAINERS. STYROFOAM CONTAINERS FROM CANTEEN ONLY. NOT APPROVED FOR INMATE PACKAGES.
- CANNED ITEMS AND METAL CONTAINERS ARE NOT PERMITTED IN ASU, PSU, AND SHU.
- NO PRODUCTS REQUIRING REFRIGERATION OR COOKING ARE PERMITTED. HOWEVER, HEATING OR RECONSTITUTING IN A HOT POT IS ACCEPTABLE. FOODS THAT REQUIRE REFRIGERATION AFTER OPENING ARE RESTRICTED TO SINGLE SERVING CONTAINERS ONLY.
- NO FOIL PACKAGED ITEMS PERMITTED.
- FOODS MEETING SPECIFIC RECOGNIZED RELIGIOUS DIETARY REQUIREMENTS MAY BE ORDERED FROM A LOCALLY APPROVED RELIGIOUS SPECIALTY VENDOR. RELIGIOUS SPECIALTY FOODS MUST MEET REQUIREMENTS OF THE APPS.
- THE APPS IS NOT INTENDED TO REFLECT ITEMS INTENDED FOR IMMEDIATE CONSUMPTION, SUCH AS ICE CREAM.
- ALL PLASTIC CONTAINERS MUST BE MADE OUT OF A SOFT/PLIABLE/BENDABLE PLASTIC. CONTAINERS WHICH ARE FABRICATED IN A HARD PLASTIC (I.E. ACRYLIC, HIGH-DENSITY POLYETHYLENE, ETC.) ARE NOT AUTHORIZED.

| ITEM DESCRIPTION<br>With additional requirements and restrictions. | SHU / PSU | ASU |
|---|---|---|
| | PRIVILEGE GROUP | |
| | D | D |
| **ARTIFICIAL SWEETENER** | YES | YES |
| **BEVERAGES** (Canned or bottled soda, water, etc., canteen purchase only. Beverages are not approved for inmate packages. No fruit juice containing sugar. Canned soda in aluminum cans is permissible for all security levels. Privilege Group D is not permitted plastic bottles and aluminum cans). | YES | YES |
| **CANDY** (Candy bars and soft candies that contain chocolate, i.e., M&M's®, Milk Duds®, Tootsie Roll®, etc. All other candies soft and/or hard shall be sugar-free. Candy shall not contain alcohol or liqueurs. No foil packaging). | YES | 1 pound limit |
| **CANNED GOODS** (Canteen only. Permitted by Warden's discretion. Not approved for inmate packages. Not permitted in ASU, PSU and SHU). NOTE: for canned soda, refer to BEVERAGES). | 0 | 0 |
| **CEREALS** (Dry. Boxes or resealable bags only. 26 oz. each max.). | YES | YES |
| **CHEESE** (Non-aerosol). | YES | 0 |
| **CHIPS / TACO SHELLS** | YES | YES |
| **COCOA** (Sugar-free). | YES | YES |
| **COOKIES** | YES | YES |
| **COFFEE** (Instant only). | YES | YES |

Incorporated by reference into ADC IR # 49 section 3190

## FOOD FOR ASU / SHU / PSU MALE INMATES (continued)

| ITEM DESCRIPTION<br>With additional requirements and restrictions. | SHU / PSU | ASU |
|---|---|---|
| | PRIVILEGE GROUP | |
| | D | D |
| **CONDIMENTS** (Spices, seasonings, sauces (hot, soy, etc.), mustard, mayonnaise, salad dressing/olive oil, sugar-free honey, dried vegetables, etc. are permissible. Tomato based products containing sugar such as ketchup, BBQ sauce, pizza sauce, etc. are not permitted. Items containing sugar such as jams, jellies, honey, syrup, juices, and sugar are not permitted Nutmeg and mace are not permitted). Hot sauces which contain sugar are permissible for purchase/possession. | YES | 0 |
| **CRACKERS** | YES | YES |
| **CREAMER** (Powdered only). | 0 | 0 |
| **DRY MIX DRINKS** (Non-flammable. Sugar-free only). | YES | YES |
| **FOODS, POUCHED / VACUUM PACKED** (Tuna, sardines, vegetables, etc.). | YES | 0 |
| **HERBAL / BOTANICAL / BIOLOGICAL SUPPLEMENTS** (Solid tablet/caplet or softgel form only. Six bottles/containers maximum allowed per product, i.e., six bottles of Ginkgo Biloba, six bottles of Milk Thistle, etc. Bottles/containers not to exceed 250 tablets/caplets/softgels per bottle/container. Product shall be stored in original bottle/container. No bulk powdered products are permitted).<br><br>Herbal/botanical supplements (derived from botanical sources such as plants, trees, seeds, roots, fruits, and vegetables), i.e., Ginkgo Biloba, Milk Thistle, Resveratrol, Saw Palmetto, Cranberry, Fruit/Vegetable Extracts, Ginseng, Echinacea, Rose Hips, Pomegranate, Lycopene, Bioflavonoids, Green Tea, Valerian, Flax Seed Oil, Methylsulfonylmethane (MSM), Circumin (Tumeric) Peppermint Oil.<br><br>Biological supplements (derived from biological sources such as shellfish, animal cartilage, bone, tissue), i.e., Glucosamine, Chondroitin, Coenzyme $Q_{10}$, Hyaluronic acid, and Fish Oil (Omega 3 Fatty Acid). | YES | YES |
| **MEATS, DRY** (Salami, jerky, sausages, etc.). | YES | YES |
| **MISCELLANEOUS SNACK ITEMS** (Snack cakes, bars, pies, pickles, etc. are permissible. Dried fruit is not permitted). | YES | YES |
| **NUTS** (No shells). | YES | YES |
| **PEANUT BUTTER** (30 oz. each max.). | YES | 0 |
| **PRECOOKED / RECONSTITUTED/DEHYDRATED / INSTANT FOODS** (Rice, beans, chili, couscous, hummus, pasta (16 oz. each max. is permitted), etc. Restricted to single serving containers only. No foil packaged items permitted. No raw food products allowed, i.e., raw/uncooked rice, beans, etc.). | YES | YES |
| **PROTEIN SUPPLEMENTS** (Solid tablet/caplet or softgel form only, 400 max. Six bottles/containers maximum allowed per product, i.e., six bottles of Soy-Rich Protein, six bottles of chewable Protein tablets, etc. Bottles/containers not to exceed 400 tablets/caplets/softgels per bottle/container. Product shall be stored in original bottle/container. No bulk powdered products are permitted).<br><br>Protein supplements shall contain at a minimum, the following nine essential amino acids: Isoleucine, Leucine, Lysine, Methionine, Phenylalanine, Threonine, Tryptophan, Valine and Histidine. The following 14 nonessential amino acids are acceptable in a protein supplement, but only when the nine essential amino acids are also present: Alanine, Asparagine, Aspartate, Cysteine, Glutamate, Glutamine, Glycine, Proline, Serine, Tyrosine, Arginine, Carnitine, Citrulline, Ornithine. | Medical Rx. Only | Medical Rx. Only |
| **SOUPS / NOODLES** (Ramen, rice noodles, etc.). (Styrofoam containers are not permitted for inmate possession in ASU and SHU. Staff may empty the contents of the Styrofoam container into an alternate container, retain and dispose of the empty Styrofoam container). | YES | YES |
| **TEA** (Bags and instant). | YES | YES |

**FOOD FOR ASU / SHU / PSU MALE INMATES (continued)**

| ITEM DESCRIPTION<br>With additional requirements and restrictions. | SHU / PSU | ASU |
|---|---|---|
| | PRIVILEGE GROUP | |
| | D | D |
| **VITAMIN / MINERAL SUPPLEMENTS** (Solid tablet/caplet or softgel form only. Not to exceed 250 tablets/caplets/softgels per bottle/container. Maximum six bottles/containers allowed per product, i.e., six bottles of Vitamin C, six bottles of Chromium, etc. Multiple Vitamin, Multiple Vitamin/Mineral and Single Vitamin packaging allowed. Supplements must remain in original container. No bulk powdered products are permitted).<br><br>Allowable Vitamin Supplements: A (Retinoids: retinol, retinoids and carotenoids), $B_1$ (Thiamine), $B_2$ (Riboflavin), $B_3$ (Niacin, niacinamide), $B_5$ (Pantothenic acid), $B_6$ (Pyridoxine, pyridoxamine, pyridoxal), $B_7$ (Biotin), $B_9$ (Folic acid, folinic acid), $B_{12}$ (Cyanocobalamin, hydroxycobalamin, methylcobalamin), C (Ascorbic Acid), D (Ergocalciferol, cholecalciferol), E (Tocopherols, tocotrienols), K (Phylloquinone, menaquinones).<br><br>Allowable Mineral Supplements: Boron, Calcium, Chloride, Chromium, Cobalt, Copper, Iodine, Iron, Magnesium, Manganese, Molybdenum, Nickel, Phosphorus, Potassium, Selenium, Sodium, Sulfur, Vanadium, Zinc. | YES | YES |

**MISCELLANEOUS ITEMS FOR ASU / SHU / PSU MALE INMATES**

| ITEM DESCRIPTION<br>With additional requirements and restrictions. | SHU / PSU | ASU |
|---|---|---|
| | PRIVILEGE GROUP | |
| | D | D |
| **ADDRESS BOOK** (Soft plastic/paperback cover only. 3" x 5" maximum). | 1 | 1 |
| **AUDIO CASSETTES** (Professionally pre-recorded only. Possession of a player is not required). | 0 | 0 |
| **BALLPOINT PENS** (Non-metal, clear plastic only. Black/blue ink flexible pens or pen fillers are required for ASU/SHU/PSU only as permitted by Warden's discretion).<br>SHU/PSU - Colored pen fillers (Canteen only, CDC Form 128B, General Chrono (04/74) is required). | 14 colored pen fillers | 1 |
| **BATTERY RECHARGER** (Does not count as an electrical appliance). | 0 | 0 |
| **BATTERIES** | 0 | 0 |
| **BOOKS, MAGAZINES, AND NEWSPAPERS** (Paperback or hardback with cover removed only. Limits do not apply to legal materials). | 10 | 5 |
| **BOWL** (Plastic. All bowls and lids must be made of a soft/pliable/bendable plastic. Bowls which are fabricated in a hard plastic (i.e. acrylic, high-density polyethylene, etc.) are not authorized. Maximum of 8" in diameter. Plastic lid optional. Lids shall not be secured by a locking tab/clip). | 1 | 0 |
| **CALENDAR** (12" x 24" maximum dimensions. No metal). | 1 | 0 |
| **CARD STOCK / DRAWING PAPER** (White only. 12" x 12" max. size). (SHU/PSU - Drawing paper, Canteen only. CDC Form 128B, General Chrono (04/74) is required). | 25 | 0 |
| **CHALK, PASTEL** (Pastel color sticks. SHU/PSU-Canteen only. CDC Form 128B, General Chrono (04/74) is required). | 12 | 0 |
| **CLOCK** (Non-electric, no alarm). | 0 | 0 |
| **COAXIAL CABLE** (As permitted by Warden's discretion. Maximum 6' in length). | 1 | 1 |
| **COMPACT DISCS (CD)** (Factory sealed, pre-recorded only. Sets including DVDs shall not be permitted. Possession of a player is not required). | 0 | 0 |

**MISCELLANEOUS ITEMS FOR ASU / SHU / PSU MALE INMATES (continued)**

| ITEM DESCRIPTION<br>With additional requirements and restrictions. | SHU / PSU | ASU |
|---|---|---|
| | PRIVILEGE GROUP | |
| | D | D |
| **CORRESPONDENCE COURSE** (Does not impact the limit on books. Must be within the established 6-cubic feet limit of allowable property). | YES | YES |
| **EAR PLUGS** (Soft foam only. No lanyard. Not to be worn on the yard). | 2 | 2 |
| **ENVELOPES, BLANK AND / OR PRE-STAMPED – ENVELOPES, CLASP / GRIP SEAL** (10" x 15" max. size. Clasp shall be removed for inmate possession in ASU/SHU/PSU). | 40 | 40 |
| **ENVELOPES, METERED** (Indigent inmates only). | 5 | 5 |
| **EXTENSION CORD** (Maximum length of 6', UL approved only. Must adhere to requirements established in California Electric Code Section 400.8, three prong outlet only, with circuit breaker. Permitted by Warden's discretion). | 1 | 0 |
| **GREETING CARDS** (Maximum size 6" x 9"). | 5 | 5 |
| **HANDKERCHIEFS / BANDANNAS** (Solid color. White or gray only. Maximum size of 22" x 22"). | 0 | 0 |
| **INSTRUMENT STRINGS, SPARE** (As permitted by Warden's discretion). | 0 | 0 |
| **LEGAL MATERIAL** (Books, pamphlets, and other legal reference). | YES | YES |
| **LEGAL PADS / TABLETS AND NOTEBOOKS** (No spiral bound. White and yellow paper only. 9" x 14" max.). | 4 | 1 |
| **LEGAL SIZE FILE FOLDERS / WALLET ENVELOPES** (10" x 15" max. size). | 0 | 0 |
| **PENCILS, DRAWING** (Colored), **OR WRITING** (Non-mechanical only). | 0 | 0 |
| **PENCIL ERASER** (Erasers cannot be kneadable). | 0 | 0 |
| **PHOTOS / PORTRAITS** (Maximum of 8" x 10". No Polaroid). | 40 | 40 |
| **PHOTO ALBUMS** (Soft plastic/paperback cover. Maximum of 9" x 12"). | 0 | 0 |
| **READING GLASSES – NON PRESCRIPTION**<br>(Magnifying glasses). | 1 | 1 |
| **SPLITTER** (For use with television). | 0 | 0 |
| **STAMPS** (U.S. Postal only). | 40 | 40 |
| **STATIONERY** (For written correspondence. May be decorated and have matching envelopes. Must be predominantly white. 8.5" x 11" max.). | 200 sheets | 200 sheets |
| **SUNGLASSES – NON-PRESCRIPTION** (No metal frames, non-mirrored, no red or blue lenses. Excludes prescription sunglasses. Purchase value not to exceed $50). | 0 | 0 |
| **STORAGE CONTAINER** (Upon Warden's approval. All storage containers and lids must be made out of a soft/pliable/bendable plastic. Storage containers which are fabricated in a hard plastic (i.e., acrylic, high-density polyethylene, etc.) are not authorized. Lids shall not be secured with a locking tab/clip. May include clear storage containers, foot lockers, denture holders, etc.). | 0 | 0 |
| **TUMBLER** (All tumblers shall hold 16 ounces or less of fluid. The tumbler (to include the lids) must be made out of a soft/pliable/bendable plastic. Tumblers which are fabricated in a hard plastic (i.e., acrylic, high-density polyethylene, etc.) are not authorized). | 1 | 0 |
| **WALLET** (Plain brown or black, no engravings). | 0 | 0 |

## GAMES FOR ASU / SHU / PSU MALE INMATES

| ITEM DESCRIPTION With additional requirements and restrictions. | SHU / PSU | ASU |
|---|---|---|
| | PRIVILEGE GROUP | |
| | D | D |
| **CARDS** (No role playing). | 0 | 0 |
| **CHECKERS** (Cardboard and soft vinyl boards only. Plastic pieces only). | 0 | 0 |
| **CHESS** (Cardboard and soft vinyl boards only. Plastic pieces only). | 0 | 0 |
| **DOMINOS** | 0 | 0 |
| **SCRABBLE** (Cardboard and soft vinyl boards only. Plastic pieces only). | 0 | 0 |

## REGISTERABLE PROPERTY FOR ASU / SHU / PSU MALE INMATES

- A MAXIMUM OF TWO ELECTRICAL APPLIANCES OF ANY TYPE ARE ALLOWED FOR SHU/PSU MALE INMATES.

- A MAXIMUM OF ONE ENTERTAINMENT APPLIANCES OF ANY TYPE IS ALLOWED FOR ASU MALE INMATES.

- BATTERY OPERATED, NON-ENTERTAINMENT APPLIANCES SHALL NOT COUNT TOWARDS THE APPLIANCE LIMIT.

- APPLIANCES WITH INTERNAL MECHANISMS FOR RECORDING OR TRANSMITTING CAPABILITY SHALL NOT BE ALLOWED. VENDOR OR MANUFACTURER ALTERATIONS THAT DISABLE AN APPLIANCE'S CAPABILITY TO RECORD OR TRANSMIT SHALL NOT BE ALLOWED. COMPACT DISC AND CASSETTE TAPE PLAYERS ARE RESTRICTED TO ORIGINAL MANUFACTURER PLAY CAPABILITY ONLY. NO GAMING SYSTEMS, GAMES, REMOVABLE STORAGE DEVICES, RECORDABLE DISKS, RECORDABLE TAPES, CHIPS (CPU'S) OR THE CAPABILITY TO TRANSFER INFORMATION SHALL BE ALLOWED.

- APPLIANCES SHALL BE PORTABLE MODELS, AND HAVE EITHER AN INTERNAL ANTENNA OR AN EXTERNAL FLEXIBLE INSULATED WIRE ANTENNA WHICH MEASURES NO LONGER THAN 10" IN LENGTH AND 1.5 MILLIMETERS IN DIAMETER. NO REEL-TO-REEL OR SPOOL TYPE PLAYERS.

- ENTERTAINMENT APPLIANCES SHALL HAVE HEADPHONES/EARBUDS WHICH SHALL BE WORN, ON HEAD OR IN EAR WHEN APPLIANCE IS IN USE. HEADPHONES/EARBUDS MAY BE PURCHASED AND POSSESSED WHEN INMATE HAS TV OR AUDIO DEVICE AS PERSONAL PROPERTY.

- INMATES ORDERING NEW OR REPLACEMENT APPLIANCES SHALL BE REQUIRED TO PURCHASE APPLIANCES WITHOUT SPEAKERS. INMATES CURRENTLY POSSESSING APPLIANCES WITH SPEAKERS SHALL BE ALLOWED TO KEEP THOSE APPLIANCES UNTIL THEY ARE NO LONGER FUNCTIONING. NON-FUNCTIONING APPLIANCES ARE CONSIDERED CONTRABAND AND SHALL BE DISPOSED OF ACCORDING TO TITLE 15, SECTION 3191(c).

- THE POSSESSION OF ACCESSORIES FOR APPLIANCES AND MUSICAL INSTRUMENTS SUCH AS RIBBONS FOR TYPEWRITERS, OR ELECTRONIC/NON-ELECTRONIC ADAPTERS FOR APPLIANCES ARE AUTOMATICALLY IMPLIED. INSTITUTIONS MAY LIMIT ACCESSORIES BASED UPON SAFETY/SECURITY CONCERNS. ELECTRONIC ADAPTERS FOR APPLIANCES SHALL BE CLEAR CASE ONLY.

- WHEN ORDERING A TYPEWRITER AN INMATE MAY ALSO ORDER ACCESSORIES FOR THE APPLIANCE SUCH AS RIBBONS, DAISY WHEELS, AND CORRECTION RIBBON. INMATES HOUSED WITHIN THE SHU ARE NOT AUTHORIZED QUARTERLY PERSONAL PROPERTY PACKAGES, THEREFORE, WHEN ORDERING THIS APPLIANCE THE INMATE MAY ORDER ENOUGH ACCESSORIES TO SUSTAIN THE APPLIANCE UNTIL THEY ARE ELIGIBLE FOR THEIR ANNUAL PERSONAL PROPERTY PACKAGE. THE COMBINED VOLUME OF THE STATE-ISSUED AND AUTHORIZED PERSONAL PROPERTY SHALL NOT EXCEED SIX CUBIC FEET.

NOTE: CERTAIN INMATE HOUSING CONFIGURATIONS MAY JUSTIFY THE PRECLUSION OF THE POSSESSION AND USE OF SPECIFIC APPLIANCES. WARDENS MUST REQUEST APPROVAL FOR AN EXEMPTION FROM THE DEPUTY DIRECTOR, DIVISION OF ADULT INSTITUTIONS, VIA THE STANDARDIZED PROCEDURES UNIT.

| ITEM DESCRIPTION With additional requirements and restrictions. | SHU / PSU | ASU |
|---|---|---|
| | PRIVILEGE GROUP | |
| | D | D |
| **ANTENNA / FLAT FLEXIBLE PLASTIC** (Up to 6' in length. As permitted by Warden's discretion). | 1 | 1 |

**REGISTERABLE PROPERTY FOR ASU / SHU / PSU MALE INMATES (continued)**

| ITEM DESCRIPTION With additional requirements and restrictions. | SHU / PSU | ASU |
|---|---|---|
| | PRIVILEGE GROUP | |
| | D | D |
| **AUDIO ENTERTAINMENT APPLIANCE** (AM/FM radio/CD/cassette tape player or any combination allowed. CD/cassette player to be used as an AM/FM radio only. CDs/cassettes are not permitted. AC power only (batteries are not permitted). Internal antenna only. Must have earphone jack and earbuds. Clear case only. No detachable speakers. Outside measurements not to exceed 3" x 6" x 6". Possession by ASU precludes any other entertainment appliance. Purchase value not to exceed $150). | 1 | 1 |
| **CALCULATOR** (Hand held, battery or solar battery operated. No games, clock, or alarm. No removable memory storage device, disks, tapes, chips (CPUs). No capability to transfer information. Purchase value not to exceed $25). | 0 | 0 |
| **CD WALLETS** (Clear case, soft cover only. No padded or hardback covers. No zippers). | 0 | 0 |
| **EARBUDS/HEADPHONES** (Maximum cord length 8.5'. Headphones clear case only. Existing non-clear devices may be retained until no longer operational. Purchase value not to exceed $50). | 1 (earbuds only) | 1 (earbuds only) |
| **FAN** (AC power, or battery operated. Plastic blade and cage. Not to exceed 9". Clip on fans not allowed. Purchase value not to exceed $25). | 0 | 0 |
| **HAIR CLIPPER / TRIMMER** (AC power, battery operated, or rechargeable. Includes attachments and combs. Clear case only. Existing non-clear case trimmers may be retained until no longer operational. Spare blades may not be kept in possession of inmate. Purchase value not to exceed $80). | 0 | 0 |
| **HANDICRAFT** (Requires institutional approval). | 0 | 0 |
| **HEALTH CARE APPLIANCE** (Dr. Rx. only. Not subject to the six-cubic foot limit. Includes prescription eyeglasses and prescription sunglasses). | YES | YES |
| **HOT POT** (UL approved, maximum 350 watts, 40 oz. liquid capacity. Clear, non-removable base from body, temperature sensitive thermal fuse, allowable based upon local facility determination). *NOTE: If this item is used in an assault or in a manner that constitutes a safety/security threat, the inmate shall permanently lose the privilege of possession of this item.* | 0 | 0 |
| **LAMP** (Book lights only are permitted. Flexible neck only. Existing lamps are permitted to remain until no longer operational. Not to exceed 30 watts. Purchase value not to exceed $25). | 0 | 0 |
| **MUSICAL INSTRUMENT** (As determined by local institutional procedures. Combined instrument and case dimensions shall not exceed 46" x 24" x 12". New purchases of keyboards are no longer permitted in male facilities, existing keyboards are permitted). | 0 | 0 |
| **RAZOR, ELECTRIC / PERSONAL GROOMER (Nose/ear trimmer)** (AC power or battery operated. Purchase value not to exceed $80). | 0 | 0 |
| **RING** (Wedding band. One only. Yellow or white metal only. Not to exceed $100, maximum declared value, and may not contain a set or stone). | 1 | 1 |

Incorporated by reference into CCR Title 15 section 3190

**REGISTERABLE PROPERTY FOR ASU / SHU / PSU MALE INMATES (continued)**

| ITEM DESCRIPTION<br>With additional requirements and restrictions. | SHU / PSU | ASU |
|---|---|---|
| | PRIVILEGE GROUP | |
| | D | D |
| **TELEVISION SET (includes TV/CD/Radio combination which counts as one appliance)**<br><br>All televisions: Outside cabinet clear case only and not to exceed 16" x 16" x 20" deep. Screen not to exceed 13" (tube) and 15.6" (flat panel) measured diagonally. Must have jack for earbuds or headphones. Possession by ASU precludes any other entertainment appliance. Purchase value not to exceed $300. NO REMOTE CONTROL DEVICES. | 1 | 1 |
| **TYPEWRITER, ELECTRIC**<br>(AC power or battery operated.  Portable only.  Outside cabinet clear case and not to exceed 24" x 18" x 12". Existing non-clear typewriters may be retained until no longer operational. No removable memory storage device, disks, tapes, chips (CPUs). Temporary internal memory up to one-line for correction purposes is permissible. Memory must automatically clear when device is turned off.  No capability to transfer information.  Existing memory typewriters may be retained with owner's manual until no longer operational. Purchase value not to exceed $250). *NOTE: If this item is used in an assault or in a manner that constitutes a safety/security threat, the inmate shall permanently lose the privilege of possession of this item.* | 1 | 0 |

ATTACHMENT E

# NON DISCIPLINARY SEGREGATION (NDS) PERSONAL PROPERTY MATRIX
## (8/14/13)

PERSONAL CLOTHING..................................................................PAGE 2

PERSONAL CARE / HYGIENE.......................................................PAGE 3 & 4

FOOD.........................................................................................PAGE 5

MISCELLANEOUS/GAMES............................................................PAGE 6 & 7

REGISTERABLE PROPERTY..........................................................PAGE 8

"YES" = NO LIMIT ON PRODUCTS. HOWEVER, TOTAL MUST REMAIN WITHIN SIX CUBIC FEET

## PERSONAL CLOTHING FOR NON DISCIPLINARY SEGREGATION (NDS) INMATES

- INMATES ARE ONLY PERMITTED ITEMS OF PERSONAL CLOTHING LISTED IN THIS SCHEDULE UNLESS AUTHORIZED FOR MEDICAL REASONS.
- INMATES ARE PERMITTED TO WEAR SOLID COLORS ONLY UNLESS OTHERWISE INDICATED.
- INMATES ARE PROHIBITED FROM POSSESSING, USING, OR WEARING PERSONAL CLOTHING ITEMS IN ANY SHADE OR TINT OF GREEN, BLACK, BROWN, TAN, RED, OR BLUE UNLESS OTHERWISE INDICATED.
- INMATES ARE PROHIBITED FROM POSSESSING, USING, OR WEARING PERSONAL CLOTHING WITH HOODS, PICTURES, DECORATIVE ZIPPERS, INSIDE POCKETS, OR ZIPPERED POCKETS.
- ALL INMATES ARE PROHIBITED FROM POSSESSING, USING, OR WEARING ITEMS WHICH ARE OBSCENE OR WHICH HAVE LOGOS, LETTERING, PICTURES WHICH ADVERTISE OR DEPICT ALCOHOL, GANGS, PROFANITY, SEX, WEAPONS, DRUGS, OR DRUG PARAPHERNALIA.
- INMATES SHALL NOT RECEIVE OR POSSESS ITEMS OF CLOTHING DESIGNED AND MANUFACTURED SPECIFICALLY FOR OPPOSITE GENDER i.e., BRASSIERES, BOXERS UNLESS DIAGNOSED WITH GENDER IDENTITY DISORDER (GID) AS NOTED ON THE CDCR FORM 128-C3 (Rev. 11/12), MEDICAL CLASSIFICATION CHRONO.

ATTACHMENT E

## PERSONAL CLOTHING FOR NDS INMATES

| Item Description<br>With additional requirements and restrictions. | NON DISCIPLINARY SEGREGATION (NDS) | | | |
|---|---|---|---|---|
| | Privilege Group | | | |
| | U<br>(Intake) | U<br>(Processing) | A - B | C |
| ATHLETIC SHORTS (White or light gray only. No logos or printing. No inside pockets). | 0 | 0 | 2 | 2 |
| BRIEFS/BOXERS (White only) (Male inmate only). | 10 | 10 | 10 | 10 |
| SHOWER SHOES (Foam or soft rubber, single layer construction, not exceeding 1" in thickness). | 1 | 1 | 1 | 1 |
| SLIPPERS / HOUSE SHOES (No leather or leather-like materials. Must be predominantly white or gray in color). | 0 | 1 | 1 | 1 |
| SOCKS (White only. Any combination of short to knee-high). | 0 | 7 | 7 | 7 |
| SWEAT SHIRT (Light gray or white only). | 0 | 1 | 1 | 1 |
| SWEAT PANTS (Light gray or white only. No inside pockets). | 0 | 1 | 1 | 1 |
| UNDERWEAR, THERMAL OR LONG (Light gray or white only. One pair consists of top and bottom or solid one piece). | 0 | 1 | 1 | 1 |
| UNDER SHIRTS (White or light gray only. Any combination of crew neck, v-neck, long sleeve, or sleeveless athletic tank-top. Turtle neck and mock turtle neck are not permitted). | 0 | 5 | 5 | 5 |
| WAVE CAPS (White or light gray only). | 0 | 1 | 1 | 1 |
| *Female NDS Inmates are allowed the above clothing and the below listed additional property unless otherwise noted.* | U<br>(Intake) | U<br>(Processing) | A - B | C |
| BRASSIERES (No metal underwires, lace, strapless, see through, or push up. Any solid color except as noted above). | 5 | 5 | 5 | 5 |
| PAJAMA / NIGHTGOWN (No sheer material). | 0 | 0 | 2 | 2 |
| PANTIES (Full-cut briefs only. No laces, see through, or pockets). | 10 | 10 | 10 | 10 |
| ROBE (Cotton or terrycloth material only. Maximum of two large pockets. No metal snaps, no zippers, and cannot be sheer or see-through. Any solid color except as noted above). | 0 | 0 | 1 | 1 |

## PERSONAL CARE / HYGIENE FOR NDS INMATES

- NO ALCOHOL-BASED PRODUCTS, NO SPRAY OR PUMP BOTTLES, AND NO AEROSOL CONTAINERS ALLOWED.
- NO METAL CONTAINERS OR CONTAINERS HAVING METAL TOPS OR BOTTOMS.
- PRODUCTS CONTAINING PHOSPHATES ARE NOT ALLOWED.
- INSTITUTIONS MAY REQUIRE DISPOSABLE RAZORS TO MEET SAFETY TAMPER PROOF SPECIFICATIONS.

2

ATTACHMENT E

PERSONAL CARE/HYGIENE FOR NDS INMATES (Continued)

| Item Description With additional requirements and restrictions. | NON DISCIPLINARY SEGREGATION (NDS) | | | |
|---|---|---|---|---|
| | Privilege Group | | | |
| | U (Intake) | U (Processing) | A -B | C |
| TOOTHBRUSH (Subject to local determination of maximum length. Local facility is required to shorten if necessary, to meet local requirements). | 1 | 1 | 1 | 1 |
| TOOTHBRUSH HOLDER (Clear plastic only. May only cover head of toothbrush). | 1 | 1 | 1 | 1 |
| TOOTHPASTE / POWDER (Toothpaste must be clear and in clear container. 7 oz. max.). | 2 | 2 | 2 | 2 |
| WASHCLOTHS (White only). | 3 | 3 | 3 | 3 |
| *Female* NDS Inmates are allowed the above Hygiene items and the below listed additional property unless otherwise noted. | | | | |
| BODY SPLASH/SPRAY (10 oz. max.). | 0 | 1 | 2 | 2 |
| BRUSH (Non-metal. Maximum of 8" in length including handle). | 1 | 1 | 1 | 1 |
| COSMETIC/SHAVING BAG (Not to exceed 6" x 6" x 8"). | 0 | 0 | 1 | 1 |
| DOUCHE (10 oz. max.). | 2 | 2 | 4 | 4 |
| EMERY BOARD (Non-metal only). | 0 | 3 | 6 | 6 |
| EYEBROW PENCIL/EYELINER (Factory sealed. Pencil only, no liquid. Natural skin tones only, i.e., black or brown). | 0 | 0 | 2 | 2 |
| EYE SHADOW KIT (No mirrors. Kit shall not be altered. Natural skin tones only). | 0 | 0 | 2 | 2 |
| FACE CREAM (10 oz. max.) | 0 | 1 | 2 | 2 |
| FACE POWDER (10 oz. max.). | 0 | 1 | 2 | 2 |
| FACIAL ASTRINGENT (10 oz. max.). | 0 | 1 | 2 | 2 |
| FACIAL CLEANSER (10 oz. max.). | 0 | 1 | 2 | 2 |
| FEMININE HYGIENE WASH | 1 | 1 | 2 | 2 |
| HAIR CLIPS, TIES, & SCRUNCHES (Clips are a maximum 3" in size). | 0 | 0 | 10 | 10 |
| LIPGLOSS/LIPSTICK/LIPLINER (Natural skin tone only). | 0 | 1 | 2 | 2 |
| MASCARA (Factory sealed. Natural skin tone. i.e., black or brown). | 0 | 0 | 1 | 1 |
| TAMPONS/SANITARY PADS/PANTY LINERS | Y | Y | Y | Y |

FOOD FOR NDS INMATES

* NO GLASS CONTAINERS. STYROFOAM CONTAINERS CANTEEN ONLY. NOT APPROVED FOR INMATE PACKAGES.

4

- CANNED ITEMS AND METAL CONTAINERS ARE NOT PERMITTED IN ASU.

- NO PRODUCTS REQUIRING REFRIGERATION OR COOKING ARE PERMITTED. FOODS THAT REQUIRE REFRIGERATION AFTER OPENING ARE RESTRICTED TO SINGLE SERVING CONTAINERS ONLY.

- NO FOIL PACKAGED ITEMS PERMITTED.

- FOODS MEETING SPECIFIC RECOGNIZED RELIGIOUS DIETARY REQUIREMENTS MAY BE ORDERED FROM A LOCALLY APPROVED RELIGIOUS SPECIALTY VENDOR. RELIGIOUS SPECIALTY FOODS MUST MEET REQUIREMENTS OF THE APPS.

- THE APPS IS NOT INTENDED TO REFLECT ITEMS INTENDED FOR IMMEDIATE CONSUMPTION, SUCH AS ICE CREAM.

## FOOD ITEMS FOR NDS INMATES

| Item Description<br>With additional requirements and restrictions. | NON DISCIPLINARY SEGREGATION (NDS) | | | |
|---|---|---|---|---|
| | Privilege Group | | | |
| | U<br>(Intake) | U<br>(Processing) | A - B | C |
| ALL FOOD ITEMS AND QUANTITIES LISTED AS APPROVED IN THE RESPECTIVE AUTHORIZED PERSONAL PROPERTY SCHEDULES (REV 12/12) ARE APPROVED- WITH THE EXCEPTIONS NOTED BELOW FOR NDS INMATES. | | | | |
| BEVERAGES (Canned or botled soda, water, etc., canteen purchase only. Beverages are not approved for inmate packages. No fruit juice containing sugar. Canned soda in aluminum cans is permissible for all security levels. Privilege Group D and NDS inmates are not permitted plastic bottles and aluminum cans). | 0 | Y | Y | Y |
| CANDY. (Candy bars and soft candies that contain chocolate, i.e. M&M's®, Milk Duds®, Tootsie Roll®, etc . All other candies soft and/or hard shall be sugar free. Candy shall not contain alcohol or liqueurs. No foil packaging). | Limit one Pound | Limit one Pound | Limit one Pound | Limit one Pound |
| CANNED GOODS (Canteen only. Permitted by Warden discretion. Not approved for inmate packages. Not permitted in ASU and SHU). NOTE: for canned soda, refer to BEVERAGES. | 0 | 0 | 0 | 0 |
| CONDIMENTS (Spices, seasonings, sauces (hot, soy, etc.), mustard, mayonnaise, salad dressing/olive oil, BBQ sauce, ketchup, jams, jellies, honey, syrup, sugar, etc. are permissible. (As permitted by Warden discretion). Nutmeg and mace are not permitted. | 0 | 0 | 0 | 0 |
| CREAMER (Powdered only). | 0 | 0 | 0 | 0 |
| PROTEIN SUPPLEMENTS (Solid tablet/caplet or softgel form only. 400 max. Six bottles/containers maximum allowed per product, i.e., six bottles of Soy-Rich Protein, six bottles of chewable Protein tablets, etc. Bottles/containers not to exceed 400 tablets/caplets/softgels per bottle/container. Product shall be stored in original bottle/container. No bulk powdered products are permitted.). Protein supplements shall contain at a minimum, the following nine essential amino acids: Isoleucine, Leucine, Lysine, Methionine, Phenylalanine, Threonine, Tryptophan, Valine and Histidine. The following 14 nonessential amino acids are acceptable in a protein supplement, but only when the 9 essential amino acids are also present: Alanine, Asparagine, Aspartate, Cysteine, Glutamate, Glutamine, Glycine, | Medical Rx. only | Medical Rx. only | Medical Rx. only | Medical Rx. only |

| Proline. Serine. Tyrosine. Arginine. Carnitine. Citrulline. Ornithine. | | | |
|---|---|---|---|

## MISCELLANEOUS ITEMS FOR NDS INMATES

| Item Description With additional requirements and restrictions. | NON DISCIPLINARY SEGREGATION (NDS) | | | |
|---|---|---|---|---|
| | Privilege Group | | | |
| | U (Intake) | U (Processing) | A -B | C |
| ADDRESS BOOK (Soft plastic/paperback cover only. 3" x 5" maximum). | 1 | 1 | 1 | 1 |
| BALLPOINT PENS (Non-metal, clear plastic only. Blue/Black ink only.). | 2 Pen Fillers | 2 Pen Fillers | 2 Pen Fillers | 2 Pen Fillers |
| BOOKS, MAGAZINES, AND NEWSPAPERS (Paperback or hardback with cover removed only. Limits do not apply to legal materials). | 5 | 5 | 10 | 5 |
| BOWL (Plastic. Future construction material to be approved by DAI. Maximum of 8" in diameter. Plastic lid optional). | 0 | 0 | 1 | 1 |
| CALENDAR (12" x 24" maximum dimensions. No metal). | 1 | 1 | 1 | 1 |
| CLOCK (Non-electric, no alarm). | 0 | 0 | 1 | 0 |
| COAXIAL CABLE (As permitted by Warden's discretion. Maximum 6' in length). | 0 | 0 | 1 | 0 |
| CORRESPONDENCE COURSE (Does not impact the limit on books. Must be within the established 6-cubic feet limit of allowable property). | Yes | Yes | Yes | Yes |
| ENVELOPES, BLANK AND/OR PRE-STAMPED ENVELOPES, CLASP/GRIP SEAL (10" x 15" max. size.) | 40 | 40 | 40 | 40 |
| ENVELOPES, METERED (Indigent inmates only). | 5 | 5 | 5 | 5 |
| GREETING CARDS (Maximum size 6" x 9"). | 0 | 0 | 10 | 5 |
| LEGAL MATERIAL (Books, pamphlets, and other legal reference). | Yes | Yes | Yes | Yes |
| LEGAL PADS / TABLETS AND NOTEBOOKS (No spiral bound. White and yellow paper only. 9" x 14" max.). | 0 | 0 | 4 | 2 |
| PENCILS, DRAWING (Colored), OR WRITING (Non-mechanical only). | 5 | 5 | 5 | 5 |
| PHOTOS / PORTRAITS (Maximum of 8" x 10". No Polaroid). | 15 | 15 | Y | Y |
| PHOTO ALBUMS (Soft plastic/paperback cover. No spiral bound. Maximum of 9" x 12"). | 1 | 1 | 1 | 1 |
| READING GLASSES – NON PRESCRIPTION (Magnifying glasses. | 1 | 1 | 1 | 1 |
| SPLITTER (For use with television). | 1 | 1 | 1 | 1 |
| STAMPS (U.S. Postal only). | 40 | 40 | 40 | 40 |
| STATIONERY (For written correspondence. May be decorated and have matching envelopes. Must be predominantly white. 8.5" x 11" max.). | 200 | 200 | 200 | 200 |
| TUMBLER (Plastic. Future construction material to be approved by DAI. 16 ounces or less). | 1 | 1 | 1 | 1 |

ATTACHMENT E

| WALLET (Plain brown or black, no engravings). | | 1 | | 1 | | 1 | | 1 |

## GAMES FOR NDS INMATES

| Item Description<br>With additional requirements and restrictions. | NON DISCIPLINARY SEGREGATION (NDS) | | | |
| --- | --- | --- | --- | --- |
| | Privilege Group | | | |
| | U<br>(Intake) | U<br>(Processing) | A - B | C |
| CARDS (No role playing). | 0 | 0 | 1 | 0 |
| CHECKERS (No wooden boards. Plastic pieces only). | 0 | 0 | 1 | 0 |
| CHESS (No wooden boards. Plastic pieces only). | 0 | 0 | 1 | 0 |
| DOMINOS | 0 | 0 | 1 | 0 |

## REGISTERABLE PROPERTY NDS INMATES

- A MAXIMUM OF TWO ELECTRICAL APPLIANCES OF ANY TYPE ARE ALLOWED NDS DESIGNATED INMATES.
- APPLIANCES WITH INTERNAL MECHANISMS FOR RECORDING OR TRANSMITTING CAPABILITY SHALL NOT BE ALLOWED. VENDOR OR MANUFACTURER ALTERATIONS THAT DISABLE AN APPLIANCE'S CAPABILITY TO RECORD OR TRANSMIT SHALL NOT BE ALLOWED. COMPACT DISC AND CASSETTE TAPE PLAYERS ARE RESTRICTED TO ORIGINAL MANUFACTURER PLAY CAPABILITY ONLY. NO GAMING SYSTEMS, GAMES, REMOVABLE STORAGE DEVICES, DISKS, TAPES, OR CHIPS (CPU'S). NO CAPABILITY TO TRANSFER INFORMATION.
- APPLIANCES SHALL BE PORTABLE MODELS, AND HAVE AN INTERNAL ANTENNA. NO REEL-TO-REEL OR SPOOL TYPE PLAYERS.
- ENTERTAINMENT APPLIANCES SHALL HAVE HEADPHONES/EARBUDS, WHICH SHALL BE WORN, ON HEAD OR IN EAR WHEN APPLIANCE IS IN USE. HEADPHONES/EARBUDS MAY BE PURCHASED AND POSSESSED WHEN INMATE HAS TV OR AUDIO DEVICE AS PERSONAL PROPERTY.
- THE POSSESSION OF ACCESSORIES FOR APPLIANCES AND MUSICAL INSTRUMENTS SUCH AS RIBBONS FOR TYPEWRITERS OR ELECTRONIC ADAPTERS FOR APPLIANCES ARE AUTOMATICALLY IMPLIED. INSTITUTIONS MAY LIMIT ACCESSORIES BASED UPON SAFETY/SECURITY CONCERNS. ELECTRONIC ADAPTERS FOR APPLIANCES SHALL BE CLEAR CASE ONLY.

NOTE:    CERTAIN INMATE HOUSING CONFIGURATIONS MAY JUSTIFY THE PRECLUSION OF THE POSSESSION AND USE OF SPECIFIC APPLIANCES. WARDENS MUST REQUEST APPROVAL FOR AN EXEMPTION FROM THE DEPUTY DIRECTOR, DIVISION OF ADULT INSTITUTIONS.

REGISTERABLE ITEMS FOR NDS INMATES

| Item Description With additional requirements and restrictions: | NON DISCIPLINARY SEGREGATION (NDS) | | | |
|---|---|---|---|---|
| | Privilege Group | | | |
| | U (Intake) | U (Processing) | A -B | C |
| AUDIO ENTERTAINMENT APPLIANCE (PG A and B: AM/FM radio/CD/cassette tape player or any combination allowed. AC power. Must have earphone jack and headphones/earbuds. Clear case only. No detachable speakers. Outside measurements not to exceed 3" x 6" x 6". Purchase value not to exceed $150.) | 0 | 0 | 1 | 0 |
| CALCULATOR (Hand held, battery or solar battery operated. No games, clock, or alarm. No removable memory storage device, disks, tapes, chips (CPUs). No capability to transfer information. (Purchase value not to exceed $25). | 0 | 0 | 1 | 0 |
| FAN (AC power or battery operated. Plastic blade and cage. Not to exceed 9". Clip on fans are not permitted for Level III inmates. Purchase value not to exceed $25). | 0 | 0 | 1 | 0 |
| HEALTH CARE APPLIANCE (Dr. Rx. only. Not subject to the six-cubic foot limit. Includes prescription eyeglasses and prescription sunglasses). | Y | Y | Y | Y |
| RING (Wedding band. One only. Yellow or white metal only. Not to exceed $100, maximum declared value, and may not contain a set or stone). | 1 | 1 | 1 | 1 |
| TELEVISION SET (includes TV/CD/Radio combination which counts as one appliance) (PG A and B: AC power, portable models only. Must have jack and earphones or headphones. All televisions: Outside cabinet clear case only and not to exceed 16" x 16" x 20" deep. Screen not to exceed 13" (tube) and 15.5" (flat panel) measured diagonally. Internal speakers excluded, however, the television shall have the capability to connect external speakers. Existing televisions with internal speakers may be retained until no longer operational. Purchase value not to exceed $300. NO REMOTE CONTROL DEVICES. NO EXTERNAL SPEAKERS). | 0 | 0 | 1 | 0 |
| WATCH (Wrist or pocket style. No sets or stones. No memory storage device, disks, tapes, or CPUs. No alarm, calculator, radio, TV, game, or communication capabilities. No capacity to transfer information. (Purchase value not to exceed $50). | 0 | 0 | 1 | 0 |

**NAME and NUMBER**

CDCR 128- B Rev.4/74

I have received a state issued hand cranked radio on loan while I am in the Administrative Segregation Unit. I understand that I must return the radio at the completion of the 21 day period unless I am granted an extension by staff. The radio is being issued at no cost. Normal wear and tear will not be considered abuse or willful damage. However, if the radio is willfully damages or abused, I will be charged with the replacement cost of $54.95 dollars.

Disciplinary action may be taken if the radio is returned with missing parts, there is evidence of tampering with the radio, refusal to return the radio on the date/time due or there is unauthorized use of the radio by me or another inmate. If I violate the terms of this agreement, I may be removed from the radio loaner program.

| **Inmate Signature** | **Staff Signature** |
|---|---|

Original:    **ERMS**
    cc:    **ASU Supervisor**
        **ASU Property Officer**
        **Inmate**

**DATE:    /    /**          **Multi-Powered Radio Loaner Program Agreement**          **Informational Chrono**

--------------------------------------------------------------------------------

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
CDC – 193 (1/88)

# TRUST ACCOUNT WITHDRWAL ORDER

Date    _____

To:  Warden                    Approved

I hereby request that my Trust Account be charged $    **54.95**    for the purpose stated below and authorize the withdrawal of that sum from my account:

----------------------------------------                    ----------------------------------------
NUMBER                                      NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is          PRINT PLAINLY BELOW name and address
requested (do not use this form for Canteen or Hobby      of person to whom check is to be mailed.
purchase).

PURPOSE: _____          NAME _____

_____          ADDRESS _____

_____          _____

_____          _____

_____                    PRINT YOUR FULL NAME HERE

Attachment G

**ASU Radio Report**

**Report Date:**

| CELL | INMATE NAME | CDCR | RADIO ISSUED | DATE ISSUED | SERIAL NUMBER |
|------|-------------|------|--------------|-------------|---------------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

ATTACHMENT H

DATE: _____     HOUSING UNIT: _____

# HOUSING UNIT WEEKLY TELEPHONE SIGN-UP SHEET

# FOR NON-DISCIPLINARY SEGREGATION (NDS)INMATES

PHONE A                          PHONE B

| TIME | INMATE NAME | CELL # | CONTACT Y/N | INMATE NAME | CELL # | CONTACT Y/N |
|------|-------------|--------|-------------|-------------|--------|-------------|
| 1300 | | | | | | |
| 1330 | | | | | | |
| 1430 | | | | | | |
| 1500 | | | | | | |
| 1530 | | | | | | |
| 1600 | | | | | | |
| 1830 | | | | | | |
| 1900 | | | | | | |
| 1930 | | | | | | |
| 2000 | | | | | | |
| 2030 | | | | | | |

Make a copy for:     Control Booth Officer

The Housing Unit Sergeant

ISU

WEELY REVIEW OF INMATE SEGREGATION PROFILE/RECORD

**Institution: CENTINELA STATE PRISON**  **Unit: C6 ASU**  **Week Reviewed:**

| | Inmate Name | CDCR # | Cell # | 114-A1 Updated Within Last 90 Days | | | # of Hours | Yard Minimum Hours Met | | S* Time Utilized | | Showers Minimum of Three | | Comments (Explain reason(s) for and amount of 'S' Time) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | N/A | | Yes | No | Yes | No | Yes | No | |
| 1 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 2 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 3 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 4 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 5 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 6 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 7 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 8 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 9 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 10 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 11 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 12 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 13 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 14 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 15 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 16 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 17 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 18 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 19 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 20 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 21 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 22 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 23 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 24 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 25 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 26 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 27 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 28 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 29 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 30 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 31 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 32 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 33 | | | | ☐ | ☐ | ☑ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 34 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 35 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 36 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 37 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 38 | | | | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| 39 | | | | ☑ | ☐ | ☐ | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

Attachment J

CENTINELA STATE PRISON
ADMINISTRATIVE SEGREGATION UNIT
DAILY ACTIVITY SCHEDULE

## EXERCISE YARD

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| **0800-1000** | **0800-1200** | **0800-1200** | **0800-1200** | | **0800-1200** | **0800-1200** |
| A 100-109 | THE ENDS | A 100-109 | THE ENDS | ICC | B 112-121 | D 136-145 |
| E 148-157 | 110 111 122 123 | E 148-157 | 110 111 122 123 | | F 160-169 | H 188-197 |
| | 134 135 146 147 | | 134 135 146 147 | | | |
| **1000-1200** | 158 159 170 171 | **1200-1600** | 158 159 170 171 | **1400-1600** | **1200-1600** | **1200-1600** |
| THE ENDS | 172 173 184 185 | B 112-121 | 172 173 184 185 | C 124-133 | A 100-109 | C 124-133 |
| | 186 187 198 199 | F 160-169 | 186 187 198 199 | G 174-183 | E 148-157 | G 174-183 |
| **1200-1400** | | | | | | |
| D 136-145 | **1200-1600** | | **1200-1600** | | | |
| H 188-197 | C 124-133 | | D 136-145 | | | |
| | G 174-183 | | H 188-197 | | | |
| **1400-1600** | | | | | | |
| B 112-121 | | | | | | |
| F 160-169 | | | | | | |

## SHOWERS

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| **2nd WATCH** | **2nd WATCH** | **2nd WATCH** | **2nd WATCH** | | **2nd WATCH** | **2nd WATCH** |
| C SECTION | A SECTION | C SECTION | B SECTION | | D SECTION | A SECTION |
| G SECTION | E SECTION | G SECTION | F SECTION | NO SHOWERS | H SECTION | E SECTION |
| **3rd WATCH** | **3rd WATCH** | **3rd WATCH** | **3rd WATCH** | | **3rd WATCH** | **3rd WATCH** |
| D SECTION | B SECTION | D SECTION | A SECTION | | C SECTION | B SECTION |
| H SECTION | F SECTION | H SECTION | E SECTION | | G SECTION | F SECTION |

This schedule will be effective, Monday July 22, 2019

RAYMOND MADDEN
Warden
Centinela State Prison