1   XAVIER BECERRA
    Attorney General of California
2   MONICA N. ANDERSON
    Senior Assistant Attorney General
3   ADRIANO HRVATIN
    Supervising Deputy Attorney General
4   ELISE OWENS THORN, State Bar No. 145931
    TYLER V. HEATH, State Bar No. 271478
5   KYLE A. LEWIS, State Bar No. 201041
    LUCAS HENNES, State Bar No. 278361
6   Deputy Attorneys General
      1300 I Street, Suite 125
7     P.O. Box 944255
      Sacramento, CA 94244-2550
8     Telephone:  (916) 210-7323
      Fax:  (916) 324-5205
9     E-mail:  Lucas.Hennes@doj.ca.gov
    *Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone:  (310) 552-0130
  Fax:  (310) 229-5800
  E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

10

11                 IN THE UNITED STATES DISTRICT COURT

12               FOR THE EASTERN DISTRICT OF CALIFORNIA

13                         SACRAMENTO DIVISION

14

15  **RALPH COLEMAN, et al.,**                     2:90-cv-00520 KJM-DB (PC)

16                                  Plaintiffs,    **DECLARATION OF CAPTAIN A.**
                                                   **KONRAD IN SUPPORT OF**
17         **v.**                                  **DEFENDANTS' SUPPLEMENTAL**
                                                   **OPPOSITION TO PLAINTIFF-**
18                                                 **INTERVENOR CHRISTOPHER**
                                                   **LIPSEY'S MOTION FOR A**
19  **GAVIN NEWSOM, et al.,**                      **TEMPORARY RESTRAINING ORDER**

20                                  Defendants.

21

22         I, Captain A. Konrad, declare:

23         1.      I am currently employed by the California Department of Corrections and

24  Rehabilitation (CDCR) as a Correctional Captain at California State Prison, Sacramento (CSP-

25  Sacramento).  I have been employed by CDCR for twenty-two years, first as a Correctional

26  Officer—I since promoted to Correctional Sergeant, Correctional Lieutenant, and now a Captain.

27  I submit this declaration to support of Defendants' supplemental briefing in opposition to

28  Plaintiff-Intervenor Christopher Lipsey's motion for a temporary restraining order regarding

                                          1

Guard One security checks.  I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2.    I am currently a Correctional Captain in CSP-Sacramento's Psychiatric Services Unit, where Guard One is utilized to complete the security checks mandated by the *Coleman v. Newsom* class-action matter.  In this capacity, I oversee all custody operations, including the manner in which correctional staff conduct the Guard One security checks.  In addition, CSP-Sacramento conducts Guard One checks in the Administrative Segregation Unit, the Short-Term Restricted Housing Unit, and the Long-Term Restricted Housing Unit.  .

3.    Beginning in January 2014, at the direction of the Court in *Coleman v. Newsom*, CDCR implemented the Guard One security checks.

4.    In all units, the Guard One security checks are conducted twice every hour, twenty-four hours a day.  Attached as Exhibit A to this declaration is a true and correct copy of Operating Procedure 35 pertaining to the Guard One security checks at CSP-Sacramento.

5.    All Guard One security checks conducted during First Watch, between the hours of 10:00 p.m. and 6:00 a.m., are conducted on "silent" mode, meaning the wand device is in silent mode so that no beeps or noises occur when the device is used.  During Second Watch, between the hours of 6:00 a.m. and 2:00 p.m., and Third Watch, between the hours of 2:00 p.m. and 10:00 p.m., the silencer is turned off, and the wand device makes an audible beep.

6.    In addition to the silence-mode on the Guard One devices, all officers are instructed to and do perform the checks quietly, without banging or walking loudly through the housing unit while conducting the security checks.

7.    I am not aware of a CSP-Sacramento inmate submitting a grievance complaining about any noise associated with the Guard One checks.

I declare under penalty of perjury that the information in this declaration is true and correct to the best of my knowledge.  Executed on July 14 2020, at Represa, California.

                                 _____/s/ A. Konrad_____
                                   Captain A. Konrad
                                   California State Prison, Sacramento

CF1997CS0003/91265614

# Exhibit A

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

## I.      OP INFORMATION

OP No. 035
OP Title: Guard One Security/Welfare Check Procedure Guideline
Reviewed By: ASU/EOP Captain A Facility
Review Month: July
Date of Current Review: June 2020

## II.     PURPOSE

The purpose of OP 035 is to establish specific security and operational guidelines for the Security/Welfare Checks, to ensure operational compliance with the Department Operations Manual, the California Code of Regulations, Title 15 and Coleman court mandates. The objective of this procedure is to set the guidelines for the Security/Welfare Checks of **all** inmates placed in Administrative Segregation Units (ASU), Short Term Restricted Housing (STRH), Long Term Restricted Housing (LTRH), and Psychiatric Services Units (PSU).  A Security/Welfare Check is defined as a personal observation by a correctional officer of the welfare of the Inmate and the security of the cell in which an inmate is housed an ASU, STRH, LTRH or PSU, to include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior. The overall focus of this procedure is to outline the requirement of the Security/Welfare Checks System utilizing the Guard One Rounds Tracker "PIPE" System.

## III.    REFERENCES

A.      DOM Section 52080.24, Administrative Segregation
B.      May 9, 2014, Memorandum, "Security/Welfare Check Procedure Utilizing the Guard One System to Supersede Administrative Segregation Unit Welfare Check and Security/Custody Rounds in Specialize Housing Procedures

## IV.     REVIEW AND APPROVAL

This procedure will be reviewed and updated annually in the month of July by ASU/EOP Captain A Facility, and submitted to the Warden for approval.

## V.      RESPONSIBILITY

A. The Warden has the overall managerial responsibility for the operation of the procedure.
B. The Chief Deputy Warden (CDW)  has the overall functional responsibility for the operation of the procedure.
C. The Associate Warden of Housing is responsible for the application of this procedure in ASU, STRH, LTRH, and PSU.
D. The Captain(s) in charge of any ASU, STRH, LTRH, PSU units are responsible for ensuring procedural adherence.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

E. The Litigation Coordinator is responsible for monitoring this procedure for compliance with Coleman Court Mandates.

## VI.  **METHODS**

### A.  **Use of Guard One Rounds Tracker**

Officers will use the Guard One Rounds Tracker "PIPE" to record all Security/Welfare Checks. The assigned officer shall conduct a Security/Welfare Check on each cell, twice an hour at no less than10 minute intervals, not to exceed 35 minutes between checks. The "PIPE" captures two levels of information, the time the Security/Welfare Check was made and the location where the Security/Welfare Check was conducted. The officer will touch the "PIPE" to each button which is affixed to each cell in their unit. This will electronically validate the officer was at a specific cell, at a specific time.

Each ASU, STRH, LTRH and PSU has identified two posts per shift in four hour increments to conduct Guard One Checks.  This is the officer's primary function and will be the priority.

Disruptions to Security/Welfare Checks shall be documented in the housing unit isolation log book and a memorandum from the officer to the respective supervisor explaining why the disruption occurred.  If the Security/Welfare Manual Tracking Sheet is being used, a Guard One report by shift, by housing unit, capturing the mechanical failure shall be completed.

Additionally, if the disruption occurs after normal business hours, the respective supervisor shall inform the Facility Lieutenant  of the issue and reason the Guard One checks cannot be completed by the officer.  The Facility Lietenant shall make a determination if the disruption requires Administrative Officer of the Day (AOD) Notification. If the AOD is notified the Watch Commander will note in the AOD Report that contact was made and reason why Guard One checks are being manually tracked.

During First Watch, if the Guard One checks are not completed due to a threat to staff safety or security (i.e., Gassing, smoke inhalation, etc.), the Watch Commander will ensure a copy of the memorandum submitted by the officer to the supervisor is forwarded to the Central Services Captain.

All watches shall document the reason Guard One checks were not completed on a Rules Violation Report  (RVR) for the specific inmate, if applicable (i.e. Gassing, Threatening Staff, etc.).

### B.  **First Watch Pipe**

During First Watch hours, officers shall conduct all Security/Welfare Checks using a pre-programmed silenced "First Watch PIPE".  The "First Watch PIPE" does not omit an audible beep during use and only flashes a red Light Emitting Diode (LED).  Officers conducting Security/Welfare Checks using the "First Watch PIPE" must ensure they observe the flashing red

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

LED when conducting their Security/Welfare Checks. The "First Watch PIPE" shall be marked identifying it as equipment for First Watch use only. In the absence or malfunction of the "First Watch Pipe," and no silent alternative is nearby nor available, staff shall utilize the Guard One Rounds Tracker "PIPE."

## C. Inmate Removal From Cell

During times when an inmate is out of his assigned cell (for yard, classification committee, appointments, visiting, etc.), the assigned correctional officer will continue to conduct Security/Welfare Checks looking for damage and potential security concerns to that inmate(s) cell.

## D. Vacant Cells

Under this procedure officers are required to conduct Security/Welfare Checks on cells where there are no inmate(s) assigned. If a section of the housing unit is completely vacant, there is no need to conduct a Security/Welfare Check utilizing the "PIPE." However, staff will verify the Guard One application has been deactivated.

## E. Internet Protocol Download and Unit Supervisor Review

At the completion of each shift the officer conducting the Security/Welfare Check will insert the "PIPE" into the Internet Protocol (IP) Downloader located in the Unit/Program Office for the unit supervisor's review. Once the IP download has been completed, the unit supervisor shall review all Security/Welfare Checks made during their shift using the Guard One Rounds Tracker Software installed in their designated work station. This review will ensure all Security/Welfare Checks have been completed at least twice an hour, at no less than 10 minute intervals, not to exceed 35 minutes between checks.

After the review, the unit supervisor shall print the Guard One Times Between Report, provide their signature and date of review, and submit the report to the respective unit Lieutenant. Should there be any discrepancies during this review, the custody supervisor shall appropriately address any deficiencies with staff prior to the end of their shift.

All Second Watch Guard One Unit Sergeants will be responsible for delivering printed and signed Guard One reports from the previous day (all watches) to the A Facility Watch Office. The A Facility Security & Patrol (S&P) Officer will ensure an original copy is in the folder for the day and will be responsible for maintaining and tracking of the reports.

## F. Training

The unit supervisor shall ensure all officers tasked with conducting Security/Welfare Checks are provided training regarding this procedure and the Guard One System equipment. All training shall be documented on a CDC 844, In-Service Training Sign-In Sheet.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION
CALIFORNIA STATE PRISON, SACRAMENTO
OPERATIONAL PROCEDURE (OP)

### G. Equipment Malfunction

If the Guard One, Downloader malfunctions or goes down, the "PIPE" will be docked in the adjacent block. If both housing unit IP Downloader stations are not functioning, the Security/Welfare Manual Tracking Sheet will be utilized.

In the event the Guard One Round Tracker software or equipment is not functioning properly staff will immediately notify the custody supervisor for follow-up. For any technical assistance regarding the Guard One Rounds Tracker System staff will contact Enterprise Information Services staff. If staff cannot return the Guard One Rounds Tracker software or equipment to service in a timely manner, staff shall utilize the manual methods detained on the Security/Welfare Check manual tracking Sheet (Attachment-A)

## VII.    ATTACHMENTS

Attachment A: Security/Welfare Check Manual Tracking Sheet

BRITTANY BRIZENDINE
Chief Executive Officer

7/1/20
Date

JEFF LYNCH
Warden (A)

7/5/2020
Date

ATTACHMENT A

## SECURITY/WELFARE CHECK MANUAL TRACKING SHEET

INSTITUTION:_____    FACILITY:_____

HOUSING UNIT:_____    DATE:_____    WATCH:    1ST    2ND    3RD

LOWER BED:_____    UPPER BED: N/A _____

INSTRUCTIONS: COMPLETE 2 SECURITY/WELFARE CHECKS PER HOUR AT STAGGERED INTERVALS NOT TO EXCEED 35 MINUTES

(A "Security/Welfare Check" is defined as a personal observation by correctional officers of the welfare of the inmate and the security of the cell of inmates housed in an ASU, PSU, SHU or Condemned Housing Unit. The Security/Welfare Check shall include a visual/physical observation of a living, breathing inmate, free from obvious injury ensuring there is a clear and unobstructed view into the cell looking for damage to the cell and/or signs of any misconduct or self-injurious behavior.)

| TIME | ASSIGNED STAFF PRINT NAME | ASSIGNED STAFF SIGNATURE | COMMENTS |
|------|---------------------------|--------------------------|----------|
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |
|      |                           |                          |          |

Supervisor Name (print)                    (signature)                    (date)