DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**JOINT NOTICE OF ERRATA REGARDING ECF NO. 6761: STIPULATION AND UPDATE ADDRESSING CURRENT COVID-19-RELATED DEPARTURES FROM PROGRAM GUIDE REQUIREMENTS**<br>Judge: Hon. Kimberly J. Mueller |

[3580503.1]

JOINT NOTICE OF ERRATA REGARDING ECF NO. 6761: JULY 15, 2020 STIPULATION AND UPDATE ADDRESSING CURRENT COVID-19-RELATED DEPARTURES FROM PROGRAM GUIDE REQUIREMENTS

PLEASE TAKE NOTICE that the Parties' Stipulation and Update Addressing Current COVID-19-Related Departures from Program Guide Requirements, ECF No. 6761 (July 15, 2020), contained a typographical error on ECF page 4, line 6, that requires clarification. The date Defendants anticipate providing an updated version of the COVID-19 Mental Health Dashboard business rules should read July 27, 2020, not July 27, 2002.

DATED: July 20, 2020        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By:   */s/ Marc J. Shinn-Krantz*
         Marc J. Shinn-Krantz

Attorneys for Plaintiffs

DATED: July 20, 2020        XAVIER BECERRA
Attorney General

By:   */s/ Kyle Lewis*
         Kyle Lewis
         Deputy Attorney General

Attorneys for Defendants

1

JOINT NOTICE OF ERRATA REGARDING ECF NO. 6761: JULY 15, 2020 STIPULATION AND UPDATE ADDRESSING CURRENT COVID-19-RELATED DEPARTURES FROM PROGRAM GUIDE REQUIREMENTS

[3580503.1]