REICHMAN JORGENSEN LLP
SHAWNA BALLARD, State Bar No. 155188
KATE FALKENSTIEN, State Bar No. 313753
  100 Marine Parkway, Suite 300
  Redwood Shores, CA 94065
  Telephone: (650) 623-1401
  Fax: (650) 623-1449
  Email: sballard@reichmanjorgensen.com
        kfalkenstien@reichmanjorgensen.com

*Attorneys for Plaintiff-Intervenor Christopher Lipsey*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.** | Case No. 2:90-cv-00520 KJM DB P |
| Plaintiffs, | **DECLARATION OF KATE FALKENSTIEN IN SUPPORT OF PLAINTIFF-INTERVENOR CHRISTOPHER LIPSEY'S STATEMENT OF ATTORNEY'S FEES INCURRED TO BRING MOTION TO COMPEL** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |

I, Kate Falkenstien, hereby declare as follows:

      1.      I am an attorney with Reichman Jorgensen, LLP, and counsel for Plaintiff-Intervenor Christopher Lipsey in this case. I am admitted to the California bar. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently hereto.

      2.      This Declaration is submitted in support of Lipsey's Statement of Attorney's Fees Incurred To Bring Motion to Compel ("Statement").

      3.      As discussed in the Statement, Lipsey seeks attorney's fees for the work counsel did to evaluate Defendants' flawed discovery responses, bring the motion to compel, and represent Lipsey the hearing held by the Court, as well as for counsel's work on this Statement.

**Counsel's Time Records**

      4.      Attached as Exhibit A to this declaration are excerpts of my time records for this case. The time records have been excerpted to include only those time entries related to the motion to compel and associated discovery disputes.

      5.      Most of the descriptions in the excerpt relate exclusively to the discovery dispute at issue in the motion to compel.  In a few instances, one description covered both work involving the motion to compel and other issues in the intervention, including briefing on the temporary restraining order.  I therefore added a column estimating the percentage of time billed in each entry which was related to this discovery dispute, and a second column calculating the hours for which fees are requested (by applying the percentage of billed time related to this discovery dispute, to the total hours billed that day).

      6.      Below is a table summarizing the hours worked to date and fees requested for the review of Defendants' flawed productions, conferences about the discovery disputes, the written joint statement about the discovery dispute, the July 2020 hearing, and this fee briefing:

| Project | Hours | Requested Fees |
|---|---|---|
| Review of document productions and conferences with counsel | 13.1 | $2,927.85 |
| Written joint statement | 30.4 | $6,794.40 |
| Hearing and preparation for hearing | 5.6 | $1,251.60 |

| Fee briefing | 5.5 | $1,229.25 |
| TOTAL | 54.6 | $12,203.10 |

**Counsel's Experience and Rates**

7.     I earned my undergraduate degree from Yale University and my law degree from Stanford Law School in 2015.  I clerked for Judge Sri Srinivasan of the District of Columbia Circuit from 2015 to 2016.  Since 2017, I have been an associate, first at McKool Smith and then Reichman Jorgensen, practicing primarily complex commercial and patent litigation.

8.     I have represented several inmates challenging the sleep deprivation caused by the Guard One system, starting when I was first appointed by the Northern District of California to represent Jorge Rico in 2017.  I was first appointed to represent Mr. Lipsey in July 2017.  I subsequently moved for him to intervene in this case in November 2019.

9.     I completed all the legal work related to the motion to compel at issue in the Statement, including the discovery review, meet-and-confer conferences, briefing, and hearing.

10.     Although I am representing Mr. Lipsey pro bono in this case, my standard billing rate is $550/hour.  My firm uses this $550/hour rate in billing and invoicing my other clients for litigation matters.

**Exhibits**

11.     Exhibit B to this Declaration is a true and correct copy of emails I exchanged with opposing counsel in May and June 2020.

12.     Exhibit C to this Declaration is a true and correct copy of emails I exchanged with opposing counsel in June 2020.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed this 23rd day of July, 2020, in Boise, Idaho.

/s/ Kate Falkenstien