# Exhibit A

| Date | Time | Description | Percentage related to motion to compel | Time for which fees are requested |
|---|---|---|---|---|
| 5/11/2020 | 5.5 | Review produced documents; draft letter to opposing counsel regarding discovery shortcomings; draft supplemental brief on TRO. | 50% | 2.75 |
| 5/20/2020 | 1 | Meet and confer with opposing counsel about discovery issues and TRO; write email | 75% | 0.75 |
| 5/22/2020 | 3.6 | Review document production; draft supplemental brief on TRO. | 50% | 1.8 |
| 5/26/2020 | 3.2 | Review document production; email correspondence with opposing counsel about Coleman class status; prepare list of group complainants for opposing counsel. | 100% | 3.2 |
| 5/28/2020 | 4.1 | Email correspondence with opposing counsel about discovery dispute; draft joint statement. | 100% | 4.1 |
| 5/29/2020 | 5.6 | Finalize and file supplemental brief on motion for TRO; draft joint statement. | 75% | 4.2 |
| 6/1/2020 | 5.1 | Draft joint statement. | 100% | 5.1 |
| 6/2/2020 | 2.8 | Edit joint statement. | 100% | 2.8 |
| 6/5/2020 | 1.5 | Finalize opening portion of joint statement, supporting declaration, and exhibits and send to opposing counsel; email opposing counsel in *Suarez* regarding sealing of confidential exhibit. | 100% | 1.5 |
| 6/9/2020 | 0.8 | Review defendants' updated interrogatory response, revise motion to compel draft accordingly, and email with opposing counsel about interrogatory response and motion to | 100% | 0.8 |
| 6/10/2020 | 0.8 | Meet and confer with defendants about motion to compel; write email memorializing call. | 100% | 0.8 |
| 6/16/2020 | 2.5 | Review defendants' email dated June 11; write letter regarding deficiencies in Defendants' | 100% | 2.5 |
| 6/17/2020 | 3.2 | Revise opening portion of motion to compel in light of new meet-and-confer events and information in Defendants' June 11 email. | 100% | 3.2 |
| 6/24/2020 | 4.5 | Review defendants' June 22 production; review Defendants' opposition to motion to compel; draft reply in support of motion to compel. | 100% | 4.5 |
| 6/25/2020 | 2.2 | Draft reply in support of motion to compel; draft declaration and compile exhibits in support. | 100% | 2.2 |
| 6/26/2020 | 2.8 | Finalize reply in support of motion to compel. | 100% | 2.8 |
| 7/1/2020 | 0.5 | Prepare for and meet and confer with defendants' counsel regarding motion to compel. | 100% | 0.5 |
| 7/9/2020 | 4.1 | Prepare for motion to compel hearing. | 100% | 4.1 |
| 7/10/2020 | 1.5 | Prepare for and attend motion to compel hearing. | 100% | 1.5 |
| 7/14/2020 | 0.3 | Review order granting motion to compel. | 100% | 0.3 |
| 7/22/2020 | 2.5 | Research and draft statement regarding claimed attorneys' fees. | 100% | 2.5 |
| 7/23/2020 | 3 | Research and draft statement regarding claimed attorneys' fees; discuss with S. Jorgensen. | 100% | 3 |