# Exhibit B

| | |
|---|---|
| **From:** | Kate Falkenstien |
| **To:** | Lucas Hennes |
| **Cc:** | Adriano Hrvatin; Kyle Lewis; Elise Thorn; Tyler Heath |
| **Subject:** | RE: Lipsey supplemental discovery responses |
| **Date:** | Tuesday, June 9, 2020 8:34:00 AM |

Hi Lucas,

Thank you for providing the information on the group appeals, and the information about the "inactive" inmate! Could you just update your Exhibit A to reflect that the "inactive" inmate is actually a member (so that we have a clean, correct copy if we need to cite it in the future)? Other than that, this satisfies my concerns about the interrogatory. I still have the concerns about the request for production as outlined in the motion to compel briefing.

Thank you,
Kate

**From:** Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Sent:** Monday, June 8, 2020 3:58 PM
**To:** Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>
**Cc:** Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>
**Subject:** RE: Lipsey supplemental discovery responses

[EXTERNAL]
Kate,

Per your email of May 26, 2020, please find the attached spreadsheet indicating the *Coleman* class status of each of the inmates signing onto the group appeals, as you requested. A small number of the inmates could not be identified, and those are indicated on the spreadsheet as well.

Also, in response to your question regarding "inactive" versus "inactive + no," CDCR informs me that the one inmate listed as "inactive" was in fact a *Coleman* class member at the time of his complaint. I apologize for the confusion.

Are there additional concerns you have regarding Defendants' production at this time?

Lucas L. Hennes
Deputy Attorney General
Office of the Attorney General, Correctional Law Section
1300 I Street, Sacramento, CA 95814
Phone: (916) 210-7323
Fax: (916) 324-5205
lucas.hennes@doj.ca.gov

**From:** Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>
**Sent:** Tuesday, May 26, 2020 2:59 PM
**To:** Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Cc:** Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>
**Subject:** RE: Lipsey supplemental discovery responses

It seems my attachment was too big to go through.  You can download it here: https://reichmanjorgensen.exavault.com/share/view/20m5q-47gvw48i.

Thanks,
Kate

---

**From:** Kate Falkenstien
**Sent:** Tuesday, May 26, 2020 3:49 PM
**To:** Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Cc:** Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>
**Subject:** RE: Lipsey supplemental discovery responses

Hi Lucas,

I am asking for the *Coleman* class status of the inmates who signed on to each group appeal in the set of grievances you produced.  The list of inmates participating in each grievance is in fact readily available: the grievances themselves contain such lists.  For your convenience, I am attaching the lists of inmates participating in group appeals, which I have extracted from your production.  Those are the inmates whose *Coleman* class status I would like you to add to Exhibit A.

I believe two inmates who are the named complainants (i.e., not group appeals) are also missing from your chart: Alejo (AK2983) and Ewing (G06579).

I also have one additional question about the updated chart: what does "inactive" mean in Exhibit A?  Why do some listings say "inactive + no" while others merely say "inactive"?  For example, Mr. Ruse's listing merely says "inactive" while the others all say "inactive + no."

Thank you,
Kate

---

**From:** Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Sent:** Tuesday, May 26, 2020 12:58 PM
**To:** Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>
**Cc:** Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>
**Subject:** Re: Lipsey supplemental discovery responses

[EXTERNAL]

Good morning, Kate. To my knowledge, CDCR tracks group appeals based on the inmate submitting the appeal, so the identity of the other inmates on each of those appeals (and their class status at the time of submission) is not readily available. If you have a list of inmates who signed onto group appeals whose class status you would like to know, I am happy to communicate that to CDCR and get back to you.

--Lucas

**From:** Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>
**Sent:** Tuesday, May 26, 2020 11:14:13 AM
**To:** Lucas Hennes
**Cc:** Adriano Hrvatin; Kyle Lewis; Elise Thorn; Tyler Heath
**Subject:** RE: Lipsey supplemental discovery responses

Hi Lucas,

Thank you for these materials. This Exhibit A still does not contain the *Coleman* class membership status of inmates who joined group appeals, as I requested in my letter and I understood you would be providing. When will you be updating it to include that information?

Thank you,
Kate

**From:** Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Sent:** Friday, May 22, 2020 2:42 PM
**To:** Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>
**Cc:** Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Elise Thorn <Elise.Thorn@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>
**Subject:** Lipsey supplemental discovery responses

[EXTERNAL]
Good afternoon, Kate.

Per our conversation on Wednesday, please see the attached updated Exhibit A to Defendants' interrogatory responses. Also attached is a copy of the Henley and Smith grievances. I will be sending a full, Bates-stamped copy of all the grievances located via a separate email with a download link.

With respect to your questions regarding the methodology of the search, CDCR informed me that each institution filtered through thousands of documents using multiple staff members (at least two at each, but possibly more) who were instructed to flag any appeals which involved Guard One or Welfare Checks under the categories of *Living Conditions*, *Segregation, Staff Complaints, or Other*.

Staff were not asked to track exactly how many hours they logged for this request. As I mentioned on the call, any further specificity is impossible without reproducing the search or physically counting the documents searched. Given that your questions about methodology were not included in the original requests nor in our stipulated limitations, I am extremely hesitant to divert CDCR's staff further to obtain those answers, nor do I believe that a motion to compel on that basis would have any merit.

If you have any further questions regarding this discovery, please don't hesitate to ask.

Lucas L. Hennes
Deputy Attorney General
Office of the Attorney General, Correctional Law Section
1300 I Street, Sacramento, CA 95814
Phone: (916) 210-7323
Fax: (916) 324-5205
lucas.hennes@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.
NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.
NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the

Case 2:90-cv-00520-KJM-SCR    Document 6785-3    Filed 07/23/20    Page 6 of 6
Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.