# Exhibit C

| | |
|---|---|
| **From:** | Kate Falkenstien |
| **To:** | Lucas Hennes |
| **Cc:** | Elise Thorn; Kyle Lewis; Adriano Hrvatin; Tyler Heath |
| **Subject:** | RE: Opening portion of Joint Discovery Dispute Statement re Lipsey"s Motion to Compel |
| **Date:** | Tuesday, June 9, 2020 8:46:00 AM |
| **Attachments:** | 2020 06 09 Lipsey MTC joint statement--final opening statement removing rog issue CLEAN.docx |
| | 2020 06 09 Lipsey MTC joint statement--final opening statement removing rog issue REDLINE.docx |

Hi Lucas,

I believe my brief is in compliance with these requirements. I include the full text of the RFP and interrogatory at issue on pages 1-2. After that, I include the supporting arguments. The details of our conferences are set out in the brief; I describe each time we spoke and our email/letter exchanges at pages 2-4. I also explain the nature of the action (Lipsey is seeking a TRO based on sleep deprivation from Guard One) and the factual question the discovery bears upon (whether other inmates agree that Guard One causes sleep deprivation). I do not see the need to revise to meet the local rules. If you wish to provide further details about any of these issues, you are free to do so in your portion.

If you would like to confer further about the nature of the action and the factual disputes, I believe we have tentatively agreed to a phone call the first week of July, before the brief is filed. If you think we need to confer sooner, please suggest some times and I am happy to speak with you.

In light of your updated interrogatory response, I am no longer seeking relief from the court as to the interrogatory (I separately responded to that email a few minutes ago). I have removed that portion of my brief and added a footnote to reflect your updated response. I am attaching both a clean and redlined version here.

Thank you,
Kate

---

**From:** Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Sent:** Monday, June 8, 2020 2:10 PM
**To:** Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>
**Cc:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>
**Subject:** RE: Opening portion of Joint Discovery Dispute Statement re Lipsey's Motion to Compel

[EXTERNAL]

Good afternoon Kate,


Thank you for providing your portion of the joint statement. After reviewing, it appears that your proposed statement does not meet the requirements of Local Rule 251(c). Specifically, "Each specific interrogatory, deposition question or other item objected to, or concerning which a

protective order is sought, and the objection thereto, shall be reproduced in full. The respective arguments and supporting authorities of the parties shall be set forth immediately following each such objection."

I would also point out that the statement is meant to set forth the following, "with particularity":

(1) The details of the conference or conferences;

(2) A statement of the nature of the action and its factual disputes insofar as they are pertinent to the matters to be decided and the issues to be determined at the hearing; and

(3) The contentions of each party as to each contested issue, including a memorandum of each party's respective arguments concerning the issues in dispute and the legal authorities in support thereof.

While there is certainly no doubt that your briefing thoroughly covers (3), I do not see anything about (1), and I believe the parties are meant to confer regarding (2). Given that this is a mandatory part of the brief per the local rule, I wanted to bring this to your attention immediately so you can revise as necessary. I will begin preparing my response to your arguments in the meantime.

Please feel free to call me if you have any questions regarding this email.

Lucas L. Hennes
Deputy Attorney General
Office of the Attorney General, Correctional Law Section
1300 I Street, Sacramento, CA 95814
Phone: (916) 210-7323
Fax: (916) 324-5205
lucas.hennes@doj.ca.gov

---

**From:** Kate Falkenstien <kfalkenstien@reichmanjorgensen.com>
**Sent:** Friday, June 5, 2020 4:45 PM
**To:** Lucas Hennes <Lucas.Hennes@doj.ca.gov>
**Cc:** Elise Thorn <Elise.Thorn@doj.ca.gov>; Kyle Lewis <Kyle.Lewis@doj.ca.gov>; Adriano Hrvatin <Adriano.Hrvatin@doj.ca.gov>; Tyler Heath <Tyler.Heath@doj.ca.gov>
**Subject:** Opening portion of Joint Discovery Dispute Statement re Lipsey's Motion to Compel

Hi Lucas,

As agreed last week, I am sending you the opening portion of the Joint Discovery Dispute Statement for Lipsey's Motion to Compel.  I have used 8 pages + 17 lines, so I am reserving 3 pages + 25 lines for my reply (for a total of 12 pages + 14 lines, or 12.5 pages).

Here is a link to download the supporting declaration and exhibits (which are too big for email): https://reichmanjorgensen.exavault.com/share/view/212k0-1948ed8b

I look forward to receiving your responsive portion on June 19.

Thanks,
Kate

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.