| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>ADRIANO HRVATIN<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>KYLE A. LEWIS, State Bar No. 201041<br>LUCAS HENNES, State Bar No. 278361<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7323<br>  Fax: (916) 324-5205<br>  E-mail: Lucas.Hennes@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>                              Plaintiffs,<br>    v.<br>**GAVIN NEWSOM, et al.,**<br>                              Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' SUBMISSIONS IN RESPONSE TO JULY 14, 2020 ORDER** |

//

//

In response to the Court's July 14, 2020 order (ECF No. 6756 at 7), Defendants submit the attached declarations from the persons most knowledgeable at identified prisons concerning the maintenance and storage of prisoner grievances and the search that was conducted to provide documents responsive to Intervenor Christopher Lipsey's discovery.

Dated:  July 24, 2020                    Respectfully submitted,

                                                                XAVIER BECERRA
          Attorney General of California
          ADRIANO HRVATIN
          Supervising Deputy Attorney General

          */s/ Lucas L. Hennes*
          LUCAS L. HENNES
          Deputy Attorney General
          *Attorneys for Defendants*

CF1997CS0003
42281063