| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>ADRIANO HRVATIN<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>KYLE A. LEWIS, State Bar No. 201041<br>LUCAS HENNES, State Bar No. 278361<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7323<br>  Fax: (916) 324-5205<br>  E-mail: Lucas.Hennes@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>                          Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>                          Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF S. BOXALL RESPONDING TO JULY 14, 2020 ORDER** |

I, S. Boxall, declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as a Correctional Counselor II at California State Prison, Sacramento (SAC) in Represa, California. Since December 31, 2018, I have acted as the Grievance Coordinator at SAC. I have personal knowledge of the information set forth in this declaration, and if called upon to testify as to this information, I could and would do so.

2. I am aware that the Court ordered CDCR to provide information regarding the search conducted for documents responsive to Plaintiff-Intervenor Lipsey's discovery requests. This declaration provides my answers to the Court's questions.

3. *What is your understanding of the discovery you were required to provide in response to Mr. Lipsey's request?* My understanding of the discovery Lipsey requested was to search for and produce all inmate grievances, which I refer to as CDCR 602 grievances, submitted regarding Guard One checks between the years 2013 to Present day the reports were reviewed.

4. *How and where are the grievances responsive to Lipsey's request maintained? Please explain all possible locations of any responsive documents.* Scanned copies of all CDCR 602 grievances are maintained and located in the SAC Appeals Office electronic share drive. Per the May 19, 2016 Memorandum scanning was in place and all hard copies prior to 2016 were also scanned in to the share drive.

5. *Have any grievances that might be responsive to this discovery been destroyed? If documents were destroyed, please explain how and why they were destroyed. If documents were destroyed pursuant to prison policy, what is that policy?* I have no knowledge of staff destroying any documents potentially responsive to Lipsey's discovery requests. Since May 9, 2016, current policy at SAC requires that staff (a) preserve all appeals for ten years from the date the inmate appeal is resolved, which means an appeal that has been answered and signed by the Warden or (b) in the case of pending litigation, until the litigation has ended, whichever occurs last.

6. *Explain specifically what was done to respond to Mr. Lipsey's discovery requests. Please include the method for locating all possibly relevant grievances and the method used to review grievances to determine if they involved the use of Guard One.* To locate CDCR 602 grievances concerning Guard One, I used the Inmate/Parolee Appeals Tracking System (IATS), which is a database utilized to track all appeals within the CDCR prisons. The IATS platform allows staff to search for inmate grievances under certain search criteria or categories—I clicked on a box named "Appeals Comment." I used this box and typed in different search terms to refine the search, including "Guard one," "pipe check," and "beep," because I understand that these are words the inmates used in appeals regarding Guard One. These are the only words I

2

used in this search box. I also refined the search and pulled all appeals in the administration buildings that were about living conditions. I pulled all appeals that had these terms in the "Appeals Comments." I then searched in the archive file which is a file that is located on the Sacrament State Prison share drive where all the scanned CDCR 602's are retained, only Grievance staff members have access to. I then read all the appeals to see if they actually concerned Guard One. If they did, I printed them out as potentially responsive material to Lipsey's request. I located 9 appeals, which I provided to Chief Deputy Warden.

7. *State whether every responsive document was provided to Mr. Lipsey and explain the basis for that statement.* Based on the search I performed using search criteria most likely to locate documents responsive to Lipsey's request, I believe SAC has provided every appeal concerning Guard One.

I declare under penalty of perjury that the foregoing is true. Executed this 23 day of July, 2020 at Sacramento, California.

S. BOXALL

CF1997CS0003
34245417.docx