XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7323
 Fax: (916) 324-5205
 E-mail: Lucas.Hennes@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, et al., <br><br> Defendants. | 2:90-cv-00520 KJM-DB (PC) <br><br> **DECLARATION OF C. SCOTT RESPONDING TO JULY 14, 2020 ORDER** |

I, C. Scott, declare:

1. I am employed by the California Department of Corrections and Rehabilitation (CDCR) as a Correctional Counselor II at the California Correctional Institution (CCI) in Tehachapi, California. Since 5/8/20, I have acted as the Grievance Coordinator at CCI. I have personal knowledge of the information set forth in this declaration, and if called upon to testify as to this information, I could and would do so.

1

Scott Decl. Resp. July 14 Order (2:90-cv-00520 KJM-DB (PC))

2. I am aware that the Court ordered CDCR to provide information regarding the search conducted for documents responsive to Plaintiff-Intervenor Lipsey's discovery requests. I set forth my answers to these questions in this declaration.

3. *What is your understanding of the discovery you were required to provide in response to Mr. Lipsey's request?* I understand that CCI was asked to search for, locate, and provide any and all Guard One inmate appeals to CDCR counsel.

4. *How and where are the grievances responsive to Lipsey's request maintained? Please explain all possible locations of any responsive documents.* All grievances and responses for Guard One are maintained alphabetically in hard-copy files labelled by year in CCI's secure archive room, which is located in the administration building. Additionally, CCI staff performed an electronic search of the Inmate Appeals Tracking System (IATS) and Electronic Records Management System (ERMS) to ensure that CCI's appeals office had not stored electronically any potentially responsive appeals. Please note that CCI did not start electronically archiving appeals until 2016, and all appeals were archived in paper form prior to that date. Guard One was implemented at CCI [5/19/14].

5. *Have any grievances that might be responsive to this discovery been destroyed? If documents were destroyed, please explain how and why they were destroyed. If documents were destroyed pursuant to prison policy, what is that policy?* To the best of my knowledge, CCI staff did not destroy any potentially responsive documents.

6. *Explain specifically what was done to respond to Mr. Lipsey's discovery requests. Please include the method for locating all possibly relevant grievances and the method used to review grievances to determine if they involved the use of Guard One.* CCI staff searched the Inmate Appeal Tracking System, which is a computerized database that logs all appeals received by CCI's Appeals Office and assigns a log number, to determine which inmates filed appeals related to Guard One. CCI staff also manually searched archive file boxes and the central files of any inmate identified as having filed an appeal related to Guard One. To make sure that we were not missing any database or records that could contain potentially responsive records, staff also

2

Scott Decl. Resp. July 14 Order (2:90-cv-00520 KJM-DB (PC))

1  interviewed CCI staff members with knowledge about the retention of records regarding Guard
2  One, including staff that address inmate grievances regarding Guard One checks.
3       7.  *State whether every responsive document was provided to Mr. Lipsey and explain the*
4  *basis for that statement.*  On 5/8/20, I assumed the position of Appeals Coordinator at CCI. This
5  date was subsequent of the initial request date to produce the responsive documents which
6  yielded 3 of 67 alleged appeals initially. Upon my being noticed of this, my office conducted a
7  search for these documents utilizing the aforementioned efforts which yielded 62 of the 67 cited
8  responsive documents. IATS did not have the ability to categorize these specific appeals under a
9  common name such as "Guard One". Therefore, different categories had been utilized hindering
10 the ability to pinpoint this particular appeal issue. CCI was not provided a specific appeal listing
11 identifying specific log numbers or inmates in which to cross reference/extract a copy of the
12 appeal. Through interviews of prior staff assigned to the appeals office and staff that may have
13 addressed this issue by way of providing a response, my office was able to identify 62 appeal
14 copies with names and log numbers. It is noted that 11 were initially indicated not to have an
15 appeal copy. However, through continued efforts and identifying those 11 as having been
16 categorized as staff complaints, copies of those 11 were provided upon discovery. Based on
17 CCI's search, I believe that every document located potentially responsible to Lipsey's requests
18 regarding Guard One was provided to CDCR counsel for further review and producton. As a
19 result, 62 of the alleged 67 appeals identified as responsive were located and produced to Mr.
20 Lipsey, including eleven which were originally listed in CCI's records as "no appeal copy." To
21 the best of my knowledge and through exhaustive measures, the remaining 5 in question have not
22 been able to be identified or located.
23       I declare under penalty of perjury that the foregoing is true. Executed this 24th day of July,
24 2020 at Tehachapi, California.

*/s/ C. Scott*
C. SCOTT

CF1997CS0003
34245410.docx

3

Scott Decl. Resp. July 14 Order (2:90-cv-00520 KJM-DB (PC))