| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>KYLE A. LEWIS, State Bar No. 201041<br>LUCAS HENNES, State Bar No. 278361<br>Deputy Attorneys General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004<br>  Telephone: (415) 510-3585<br>  Fax: (415) 703-5843<br>  E-mail: Kyle.Lewis@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                Plaintiffs,<br><br>**v.**<br><br>**GAVIN NEWSOM, et al.,**<br><br>                Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND ORDER APPROVING EXTENSION OF THE IMPLEMENTATION PERIOD FOR THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S TELEPSYCHIATRY POLICY** |

On March 27, 2020, the Court approved the parties' stipulation proposing a provisional policy regarding the California Department of Corrections and Rehabilitation's (CDCR) use of telepsychiatry to provide mental health services to its inmate-patients. (ECF No. 6539.) The parties agreed that the provisional telepsychiatry policy would be implemented within 120 days of the Court's approval of the stipulation, or by July 25, 2020 (this Saturday). (*Id*. at 2.) During this 120-day period, the parties agreed that Defendants would complete the internal monitoring process allowing Defendants to provide notice to Plaintiffs and the Special Master, as required by the provisional policy. (*Id*.) The stipulation further provided that if Defendants believed that the 120-day period should be extended due to the COVID-19 pandemic's impact on CDCR, they

would meet and confer with Plaintiffs' counsel and the Special Master concerning an extension of that period. (*Id.*)

Since the Court approved the parties' stipulation on March 27, Defendants have worked diligently to construct and implement CDCR's Telepsychiatry Resource Management Tool, and educate mental health program staff throughout CDCR regarding the tool's use. Working closely with CDCR Information Technology staff, officials have made significant strides toward developing a system to notify stakeholders of telepsychiatry's use under the provisional policy, but they have not been able to complete the tool given resource conflicts and operational exigencies posed by the COVID-19 pandemic. Additional time is needed so that CDCR can complete and validate the Telepsychiatry Resource Management Tool, train statewide institution staff to ensure accurate data entry, train headquarters staff to use the system and provide program oversight, and implement to tool throughout CDCR's mental health program sites.

On July 23, 2020, the parties met and conferred regarding an extension of the implementation period with the Special Master and members of his team. Based on the report provided by CDCR staff, the parties and Special Master agree that Defendants have been diligently working on development of the Telepsychiatry Resource Management Tool, and that giving Defendants additional time to complete and validate the tool and take further actions to implement it throughout CDCR is appropriate.

Accordingly, the parties agree that the time for Defendants to complete the internal monitoring process and implement CDCR's provisional telepsychiatry policy shall be extended by 30 days. If Defendants believe that a further extension of the implementation period is needed, they will meet and confer with Plaintiffs' counsel and the Special Master concerning an extension. If no agreement is reached, Defendants may seek an order from the Court extending the implementation period.

The Special Master has reviewed and concurs with this stipulation.

**IT IS SO STIPULATED.**

Dated: July 24, 2020

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

/s/ *Kyle A. Lewis*
Kyle A. Lewis
Deputy Attorney General
*Attorneys for Defendants*

Dated: July 24, 2020

ROSEN BIEN GALVAN & GRUNFELD LLP

/s/ *Lisa Ells*
Lisa Ells
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: July 25, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE