| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>KYLE A. LEWIS, State Bar No. 201041<br>LUCAS HENNES, State Bar No. 278361<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                          Plaintiffs,<br><br>    v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                         Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' FIFTEENTH STATUS REPORT ON FUNDING FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**<br><br>Judge: The Hon. Kimberly J. Mueller |

**INTRODUCTION**

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id.*) Defendants have filed fourteen status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' ongoing efforts to advance the construction of additional licensed crisis beds. This is Defendants' fifteenth status report.

[3419376.1]

1

**DISCUSSION**

I. **DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.**

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD). (ECF No. 6168.) The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget. Defendants have met the Court's order—they timely filed thirteen status reports between June 27, 2019 and June 26, 2020 (ECF Nos. 6208, 6235, 6256, 6297, 6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, and 6739), plus a supplemental report on August 2, 2019. (ECF No. 6256.)

II. **UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.**

As previously reported to the Court in August 2019, based on a review and analysis of the continuing need for additional licensed crisis beds requested by the Joint Legislative Budget Committee, CDCR decided to proceed with its plans to construct 50 new licensed mental health crisis beds at CIM and to defer plans to construct 50 beds at RJD. (ECF No. 6297 at 3.) The Legislature and the Governor approved the plan. (ECF No. 6371 at 3.) The work on the plan is proceeding. (Borg Decl. ¶ 2.)

CDCR submitted the working drawings for review to the Office of the State Fire Marshal (OSFM) on May 5, 2020, and that review is ongoing. (*Id.*) The OSFM has informed CDCR that full review comments should be provided to CDCR by July 31, 2020. CDCR's schedule for the project had assumed approval of the working drawings by the OSFM no later than September 1, 2020. (*Id.*) Once review comments are received from the OSFM, CDCR will review the number and complexity of the comments and estimate how much time Architect Hellmuth, Obata & Kassabaum will require to address them and return the working drawings back to the OSFM for

final approval. (*Id.*) Once CDCR receives the OSFM's comments, CDCR will better understand whether it will be able to meet the September 1, 2020 deadline for final OSFM approval of the working drawings, and CDCR will provide that information in the Sixteenth Status Report in August 2020. (*Id.*)

### III. UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.

As previously reported, the Governor's proposed budget for the 2020-2021 fiscal year contained an appropriation of $91,032,000 for construction of 50 new licensed crisis beds at CIM, which was considered by the Legislature in the 2020 Budget Act. (ECF No. 6452 at 3.) On June 25, 2020, the Senate passed Assembly Bill 89, which contains an appropriation for the construction project in the amount proposed by the Governor in the May Revision. (ECF No. 6739 at 3.) On June 26, 2020, the Assembly concurred with the Senate, and on June 29, 2020, the Governor signed Assembly Bill 89 into law. The funding for the project was approved as part of Assembly Bill 89, the Budget Act of 2020. (*See* Sec. 64, Item 5225-301-0660 of Section 2.00 of the Budget Act of 2020, Schedule (1), published at leginfo.legislature.ca.gov.)

### IV. DEFENDANTS CURRENTLY DO NOT EXPECT COVID-19 TO DELAY THE PROJECT.

CDCR's COVID-19 response plan has not delayed the CIM construction project. (Borg Decl. ¶ 3.) Should COVID-19 impact Defendants' construction project, Defendants will let the Court know.

///
///
///

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.

Dated: July 27, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*