XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' FIFTEENTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**<br><br>Judge: The Hon. Kimberly J. Mueller |

　　　I, Dean L. Borg, declare:

　　　1.　　I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration to support Defendants' fifteenth status report on the funding process for the design and construction of licensed mental health crisis beds in Southern California.

///

[3419376.1]　　　　　　　　　　　　　　　　　　　1

2. The work on CDCR's plan to construct 50 new licensed mental health crisis beds at the California Institution for Men is proceeding. CDCR submitted the working drawings for review to the Office of the State Fire Marshal (OSFM) on May 5, 2020. The OSFM continues to review the working drawings and has informed CDCR that full review comments should be provided to CDCR by July 31, 2020. CDCR's schedule for the project had assumed approval of the working drawings by the OSFM no later than September 1, 2020. Once review comments are received from the OSFM, CDCR will review the number and complexity of the comments and estimate how much time Architect Hellmuth, Obata & Kassabaum will require to address these comments and return the working drawings back to the OSFM for final approval. When CDCR receives the OSFM's comments, CDCR will be better positioned to determine whether to expect any delays to the September 1, 2020 deadline for final OSFM approval of the working drawings, which we will report in the Sixteenth Status Report in August 2020.

3. CDCR's response plan to COVID-19 has not led to any delays to the California Institution for Men construction project as of the date of this report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on July 27, 2020.

*/s/ Dean L. Borg*_____
DEAN L. BORG
Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*

[3419376.1]   2

Borg Decl. Supp. Defs.' 15th Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))