DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G BROWN, JR., et al., <br><br> Defendants. | Case No. 2:90-CV-00520-KJM-DB <br><br> **DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' REQUEST TO CONTINUE DSH EVIDENTIARY HEARING FOR 60 DAYS** |

I, Lisa Ells, declare:

1. I am an attorney duly admitted to practice before this Court. I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify. I make this declaration in support of Plaintiffs' Request to Continue the Department of State Hospitals ("DSH") Evidentiary Hearing for 60 Days.

2. On July 23, 2020, my colleague Michael Bien and I met and conferred with counsel for Defendants, Kyle Lewis and Roman Silberman, regarding the upcoming DSH evidentiary hearing currently slated for August 7, 2020. Defendants' counsel requested that we agree to take the hearing off calendar. We declined, and suggested a 60 day continuance instead. Defendants' counsel stated they would speak with their clients. Having heard nothing back, I asked Defendants for their response to our proposal at the end of the Task Force meeting on July 28, 2020. Defendants' counsel stated then and again later that evening by email that they would follow up shortly. On July 29, 2020, Mr. Lewis informed me by email that Defendants would not agree to a continuance and would instead seek to have the hearing taken off calendar. I informed Mr. Lewis that we would not agree, and that Plaintiffs would be filing the instant request.

3. Attached hereto as **Exhibits A** and **B** are true and correct copies of two documents provided to Plaintiffs and the Special Master by counsel for Defendant DSH via email on July 27, 2020. **Exhibit A** is entitled "DSH CDCR Patient Census and Waitlist Report, Data as of: 7/24/20." **Exhibit B** is entitled "*Coleman* Progress Summary, Rev. 7/27/2020."

4. According to data reported by Defendants at the Task Force meetings, there were 30 vacant beds at Atascadero State Hospital ("ASH") on July 3; 36 vacant beds at ASH on July 10; 33 vacant beds at ASH on July 17; and, as shown in the most recent data provided in Exhibit A, 40 vacant beds at ASH as of July 24. Defendants reported 4 vacant beds at Coalinga State Hospital ("CSH") on July 3 and 10; 5 vacant beds at CSH on July 17; and, as shown in the most recent data provided in Exhibit A, 7 vacant beds at CSH

as of July 24. Defendants reported 19 vacant beds at Patton State Hospital ("PSH") on July 3; 20 vacant beds at PSH on July 10 and 17; and, as shown in the most recent data provided in Exhibit A, 21 vacant beds at PSH as of July 24.

5. At the July 28, 2020 Task Force meeting, it was generally agreed by representatives of CDCR Mental Health and the Special Master team that the PIPs—except CIW and CMF L-1—are unable to provide minimally adequate mental health care.

6. Attached hereto as **Exhibit C** is a true and correct copy of an email entitled "DSH-Patton COVID-19 Information," which was sent to Plaintiffs and the Special Master by counsel for Defendant DSH on June 18, 2020.

7. Attached hereto as **Exhibit D** is a true and correct copy of an email entitled "Coleman v Newsom: ASH Coleman Unit Quarantined," which was sent to Plaintiffs and the Special Master by counsel for Defendant DSH on July 29, 2020.

8. At the June 23, 2020 Task Force meeting, representatives for DSH and CDCR Mental Health reported that eight patients who had been accepted for transfer to DSH the prior week did not actually transfer because of CDCR delays in securing negative test results, which then required numerous patients to be retested and secure a second negative test before they could be endorsed and transferred to DSH.

9. In the Task Force meetings, the parties are continuing to negotiate the appropriate way to address transfers to DSH from CDCR institutions that are closed to movement due to the pandemic, as well as what circumstances constitute a sufficient enough clinical emergency to require that a patient be transferred.

10. Attached hereto as **Exhibit E** is a true and correct copy of a document entitled "OMD Admissions, Admissions from June 21, 2020 through June 27, 2020," which was provided to Plaintiffs and the Special Master by counsel for Defendant DSH via email on June 29, 2020. This document has been redacted to remove the patients' names.

11. In the weekly reports submitted in advance of the July 21, 2020 Task Force meeting, DSH changed its reporting on the status of referred patients to include information going back only two weeks, rather than from the mid-April resumption of

1  admissions.  Since the format change, Plaintiffs have had difficulty reconciling DSH's
2  various reports, and have not yet had the opportunity to seek clarity and address concerns
3  in the Task Force process.
4     I declare under penalty of perjury under the laws of the United States of America
5  that the foregoing is true and correct, and that this declaration is executed at San Francisco,
6  California this 30th day of July, 2020.

              /s/ Lisa Ells
              Lisa Ells

[3588103.2]

3    Case No. 2:90-CV-00520-KJM-DB
DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' REQUEST TO CONTINUE DSH
EVIDENTIARY HEARING FOR 60 DAYS

# EXHIBIT A

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Monday, July 27, 2020 7:30 PM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR; Tyler Heath; Michael Ryan |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham; Dan Potter |
| **Subject:** | DSH Task Force Reports |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 7-24-20.pdf; 2 Census by Unit Coleman 7-24-20.pdf; 3 Coleman Discharges 7-18-20 to 7-24-20.pdf; 4_OMD Admissions 7-18-20 to 7-24-20.pdf; Coleman DSH Transfer Progress Report -Final 7-27-2020.pdf; Coleman Progress Report Sumary Table_7-27-2020.pdf |

Hello All,
Please find attached the DSH reports for this week. Thanks, Kris

1

# Draft

### DSH CDCR Patient Census and Waitlist Report

Data as of: 7/24/20

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | | | | 0 |
| Total | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (Includes 0 Waiting >10 Days) |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist[7] | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 216 | 0 | 0 | 0 | 40 | | | | |
| Coalinga | 50 | 43 | 0 | 0 | 0 | 7 | | | | 24 |
| Total | 306 | 259 | 0 | 0 | 0 | 47 | 3 | 6 | 15 | (Includes 9 Waiting >30 Days)[8] |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist[7] | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 9 | 0 | 0 | 0 | 21 | | | | 4 |
| Total | 30 | 9 | 0 | 0 | 0 | 21 | 0 | 4 | 0 | (Includes 0 Waiting >30 Days) |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

[7]Waitlist includes 13 referrals on hold by CDCR.

[8]Patients waiting >30 days are due to COVID-19 holds on referring facilities, which may include COVID-19 holds recently lifted.

# EXHIBIT B

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Monday, July 27, 2020 7:30 PM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR; Tyler Heath; Michael Ryan |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham; Dan Potter |
| **Subject:** | DSH Task Force Reports |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 7-24-20.pdf; 2 Census by Unit Coleman 7-24-20.pdf; 3 Coleman Discharges 7-18-20 to 7-24-20.pdf; 4_OMD Admissions 7-18-20 to 7-24-20.pdf; Coleman DSH Transfer Progress Report -Final 7-27-2020.pdf; Coleman Progress Report Sumary Table_7-27-2020.pdf |

Hello All,

Please find attached the DSH reports for this week. Thanks, Kris

1

State of California – Department of State Hospitals                                Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



## Coleman Progress Summary

### Rev. 7/27/2020

I. Overall Summary
   a. Between July 20 and July 24, DSH received 2 *Coleman* referrals for review.
   b. Between July 20 and July 24, DSH admitted 0 *Coleman* patients.
        i. Transportation was being arranged for 2 patients (CMF) who were placed on an emergency hold the evening prior to transport to evaluate COVID-19 exposure risk.
        ii. As of July 24, DSH has 6 patients with endorsements: 2 patients are on COVID-19 holds; 2 endorsements were received 7/21 and are under final review, and possibly need new tests due to the time passed since the test was conducted (tests collected on 7/16/20); 1 endorsement was received 7/23; and 1 endorsement was received at the end of day 7/24.
   c. Additional detail for the week of July 20th and any changes from the previous week are highlighted in the attached Summary Table.

II. Closed CDCR Institutions
   a. CDCR closed California Medical Facility for patient movement due to a positive COVID-19 case in Mental Health Crisis Beds housing; contact tracing is currently underway in order to clear 2 referrals from CMF of exposure risk.
   b. An additional 11 patients remain on hold from the following facilities: California State Prison-Corcoran (1), California Health Care Facility-Stockton (6), California Institution for Women (4).

III. DSH Facility Quarantine Status as of July 24, 2020
   a. DSH-Atascadero
        i. DSH-Atascadero has 4 housing units on quarantine. No *Coleman* units are on quarantine at this time.
        ii. No *Coleman* patients are showing symptoms or have had a positive COVID-19 test.
   b. DSH-Coalinga
        i. DSH-Coalinga has 9 housing units on quarantine. On July 24, Unit 21, the *Coleman* treatment unit was quarantined due to a staff member testing positive.
        ii. No *Coleman* patients are showing symptoms or have had a positive COVID-19 test.

*"Caring Today for a Safe and Healthy Tomorrow"*

    c. DSH-Patton:
        i. DSH-Patton has 19 housing units on quarantine and 3 on isolation.
        ii. The *Coleman* patients are housed in Unit 33, which is not currently on quarantine, as it was lifted on July 6, 2020.
        iii. No *Coleman* patients are showing symptoms or have had a positive COVID-19 test.
        iv. At this time DSH-Patton has suspended admissions to the hospital.

IV. Other Key Updates
    a. DSH-Atascadero's Unit 23 transitioned to an Admission Observation unit, effective July 6, 2020. Census, as a result, is temporarily reduced in this unit to implement the transition.
    b. DSH-Patton Pending Discharges: Due to COVID-19 quarantine at Patton, 5 discharges are temporarily on hold.
    c. Additional data metrics have been incorporated for the Summary Table to illustrate point-in-time average days waited for referrals that were not impacted by facility closure, and average days waited for referrals that were placed on hold due to COVID-19 concerns.

V. Weekly Report Inventory
    a. *Coleman* Patient Census and Waitlist
    b. Census by Unit for *Coleman* units
    c. *Coleman* Discharges
    d. OMD Admissions
    e. Written Progress Report (includes Patient Activity Detail Table)

*"Caring Today for a Safe and Healthy Tomorrow"*

# EXHIBIT C

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Thursday, June 18, 2020 8:52 AM |
| **To:** | Amy Xu; Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; 'Kyle Lewis'; Elise Thorn; 'Lucas Hennes'; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR; Tyler Heath |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sofia Millham; Sharen Barboza |
| **Subject:** | DSH-Patton COVID-19 Information |

Hello All,

We wanted to confirm in writing what we updated on this week's task force, that admissions to DSH-Patton have been suspended due to COVID-19 cases. Currently we have 8 housing units on Quarantine and 2 on isolation. The *Coleman* patients are housed in unit 33, which is one of our quarantined units. As of today, no *Coleman* patients are showing symptoms or have had a positive COVID-19 test. At the time we suspended admissions to the hospital, we had no pending *Coleman* referrals. We will update the task force when the quarantine of Unit 33 is lifted.

Please let us know if you have any further questions.

# EXHIBIT D

| | |
|---|---|
| **From:** | Nina Raddatz <Antonina.Raddatz@dsh.ca.gov> |
| **Sent:** | Wednesday, July 29, 2020 4:29 PM |
| **To:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh |
| **Cc:** | Michael W. Bien; Lisa Ells; Kyle Lewis; Elise Thorn; Tyler Heath; Melissa Bentz; Nick Weber; Ciccotti, Christine@DSH-S; Kent, Kristopher@DSH-S |
| **Subject:** | Coleman v Newsom: ASH Coleman Unit Quarantined |

Dear Special Master Lopes,

The purpose of this email is to let you know that Unit 33, a *Coleman* unit, at DSH-Atascadero was quarantined today. A *Coleman* patient on that unit was placed into isolation and the unit is now on quarantine. COVID-19 test results for this patient are pending.

Respectfully,

*Antonina (Nina) Raddatz*
Attorney III
Department of State Hospitals
Legal Division
1600 9th Street, Suite 437
Sacramento, CA 95814
**Work Mobile**: (916) 208-9544 **Please Note: I am working remotely. Please direct all calls to this number**



**CONFIDENTIALITY NOTICE**: This email message, including its contents and any attachments may contain confidential and/or legally privileged information.  It is solely for the use of the intended recipient(s).  Any unauthorized interception, review, use, disclosure or distribution is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act.  If you are not the intended recipient, please contact the sender by reply email, and destroy all copies of the original message.

**DO NOT FORWARD EMAIL WHICH IS SUBJECT TO ATTORNEY CLIENT PRIVILEGE.**

1

# EXHIBIT E

| | |
|---|---|
| **From:** | Kent, Kristopher@DSH-S <Kristopher.Kent@dsh.ca.gov> |
| **Sent:** | Monday, June 29, 2020 7:03 PM |
| **To:** | Kerry F. Walsh; Michael W. Bien; Lisa Ells; Jessica Winter; Cara Trapani; Amy Xu; Marc Shinn-Krantz; Donald Specter; Steve Fama; Ciccotti, Christine@DSH-S; Bachman, Ellen@DSH-S; Hendon, Catherine@DSH-S; Nina Raddatz; Toche, Diana@CDCR; Bick, Joseph@CDCR; Neill, Jennifer@CDCR; Daye, Eureka@CDCR; Ponciano, Angela@CDCR; Nick Weber; Melissa Bentz; Barney-Knox, Barbara@CDCR; Golding, Michael@CDCR; Mehta, Amar@CDCR; Kyle Lewis; Elise Thorn; Lucas Hennes; Ed Swanson; 'Silberfeld, Roman M.'; Barrow, Roscoe@CDCR; Tyler Heath |
| **Cc:** | Matt Lopes; Mohamedu Jones; Kerry F. Walsh; Kristina Hector; Angie Cooper; Tim Rougeux; Jeffrey Metzner; Kerry Courtney Hughes, MD; Mary Perrien; Henry D. Dlugacz; Lindsay Hayes; Mary Perrien; Maria Masotta; Karen Rea; Jamas DeGroot; Brian Main; Kahlil Johnson; Sharen Barboza; Sofia Millham |
| **Subject:** | DSH COVID-19 Task Force Reports |
| **Attachments:** | 1 Coleman Patient Census and Waitlist Report 6-26-2020.pdf; 2 Census by Unit Coleman 6-26-20.pdf; 3 Coleman Discharges 6-21-20 to 6-27-20.pdf; 4 OMD Admissions 6-21-20 to 6-27-20.pdf |

Hello All,

Please find attached the DSH reports for this week's task force meeting. The progress report will be forthcoming. Thanks, Kris

1

STATE OF CALIFORNIA - DEPARTMENT OF STATE HOSPITALS                                                                                              GAVIN NEWSOM, Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**

Patient Management Unit

1600 Ninth Street, Room 420

Sacramento, CA 95814

# Draft



**OMD Admissions**

Admissions from June 21, 2020 through June 27, 2020

| Name | Legal Class Group | Gender | Referring Source | DSH Facility | Admission Date |
|---|---|---|---|---|---|
| | OMD | M | MULE CREEK STATE PRISON, IONE | ATASCADERO | 6/26/20 |
| | OMD | F | CALIFORNIA INSTITUTION FOR WOMEN | PATTON | 6/26/20 |
| | OMD | F | CENTRAL CA. WOMEN'S FACILITY, CHOWCHILLA | PATTON | 6/25/20 |
| | OMD | M | CALIFORNIA HEALTH CARE FACILITY | ATASCADERO | 6/24/20 |
| | OMD | M | CALIF. STATE PRISON, SAC (NEW FOLSOM) | ATASCADERO | 6/23/20 |
| | OMD | M | COND. RELEASE PGM. | ATASCADERO | 6/23/20 |
| | OMD | M | CALIFORNIA HEALTH CARE FACILITY | ATASCADERO | 6/22/20 |
| | OMD | F | COURT | METROPOLITAN | 6/22/20 |
| | OMD | M | CALIFORNIA MENS COLONY | ATASCADERO | 6/22/20 |
| Total: 9 Patients | | | | | |