XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn @doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' RESPONSE TO JULY 28, 2020 ORDER AND NOTICE OF SUBMISSION OF DOCUMENTS UNDER SEAL** |

**INTRODUCTION**

On July 22, 2020, the Court in *Plata v. Newsom,* Case No. 4:01-cv-1351-JST (N.D. Cal.), issued an order adopting a modified version of Defendants' proposal to set aside isolation and quarantine space at California's state prisons. On July 28, 2020, this Court issued an order directing Defendants work with the Special Master throughout the identification and implementation of the new quarantine bed space to ensure no further harms results to the delivery of mental health care to members of the *Coleman* class. (ECF No. 6791.) That order also requires Defendants to provide the following information using the maps filed under seal on July 15, 2020, ECF No. 6777: (1) the specific identification of the location of any unit or units at

1

1  each prison proposed to be vacated to comply with the *Plata* court quarantine space order;
2  (2) whether any *Coleman* class members reside in any units proposed to be vacated and, if so,
3  how many reside in each unit and what is their mental health classification level; and (3) if there
4  are *Coleman* class members who defendants propose to move, where do defendants propose to
5  move them and what level of mental health care will they receive in their proposed new location.
6  (ECF No. 6791 at 5.)

7  The July 28 order calls for Defendants to provide information that the California
8  Department of Corrections and Rehabilitation (CDCR) does not track and report on a regular
9  basis. CDCR conducted a manual review and collection of the data to respond to the Court's
10 requests. The data collected is compiled in Exhibit A, which includes a letter from CDCR and a
11 table setting forth information regarding the number of *Coleman* class members who transferred
12 out of the space set aside for isolation and quarantine on July 29-30, 2020, the number of class
13 members who reside in those locations as of July 31, 2020, and the class members' level of care.
14 The chart also includes comments on the location of the isolation and quarantine space and the
15 types of housing some class members were transferred to.

16 In response to the Court's first inquiry, Defendants also provide the specific identification
17 of the location of the units at each prison proposed to be vacated to comply with the *Plata* court
18 quarantine space order on the respective prison's maps filed concurrently herewith under seal.

19 **NOTICE OF SUBMISSION OF DOCUMENTS UNDER SEAL**

20 Under this District's Civil Local Rule 141, Defendants give notice that they are filing the
21 copies of the maps encompassed by the Court's July 28, 2020 order under seal, will file the
22 documents via e-mail with the Court, and serve the parties with copies of the documents.
23 / / /
24 / / /
25 / / /
26
27
28

2

Defs.' Resp. to 7/28/20 Order and Not. of Submission Under Seal  (2:90-cv-00520 KJM-DB (PC))

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 6791.

Dated: July 31, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

3

# Exhibit A

STATE OF CALIFORNIA – DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                         GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



July 31, 2020

Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

*VIA EMAIL ONLY*

RE:   COLEMAN MAPS- ISOLATION AND QUARANTINE SPACE

Dear Mr. Hrvatin and Ms. Thorn:

On July 28, 2020, the *Coleman* Court ordered that "[n]ot later than Friday, July 31, 2020 at noon, defendants shall file the following information: (1) Using the most recent monthly maps filed under seal, ECF No. 6777, specific identification of the location of any unit or units at each prison proposed to be vacated to comply with the *Plata* court quarantine space order; (2) Whether any Coleman class members reside in any units proposed to be vacated and, if so, how many reside in each unit and what is their mental health classification level; (3) If there are Coleman class members who defendants propose to move, where do defendants propose to move them and what level of mental health care will they receive in their proposed new location." (ECF No. 6791 at 5).

In accordance with this order, attached are maps of the 31 institutions where space has been set aside for isolation and quarantine space. Several of the institutions relocated the Temporary Mental Health Units (TMHU) to accommodate the isolation and quarantine space. These relocations are noted on the chart following the maps. Otherwise, the maps remain unchanged. Any additional updates to TMHU locations or other mental health housing that the maps previously identified will be made in Defendant's August 15, 2020 filing.

In addition to the revised maps, Defendants have included a chart that provides information responsive to the Court's second request. The California Department of Corrections and Rehabilitation (CDCR) does not generally report on the movement of general population inmate or movement of inmates within an institution. CDCR also does not generally report on the movement of patients in the Correctional Clinical Case Management System (CCCMS) or Enhanced Outpatient Program (EOP), unless those patients are housed in a desert institution or have exceed a transfer timeline as required by the Program Guide or Court order.[1]

---
[1] The desert institutions are California City Correctional Facility, Calipatria State Prison, California Correctional Center, Centinela State Prison, Chuckawalla Valley State Prison, and Ironwood State Prison.

To complicate matters, movement out of the designated isolation and quarantine space is ongoing and is not anticipated to be completed until August 14, 2020. Despite this, CDCR was able to run a query to gather information on the number of *Coleman* class members who have transferred out of the buildings identified for use as quarantine and isolation space on July 29 and 30, 2020. CDCR was also able to gather the number of class member who are housed in those units as of the morning of July 31, 2020. This information is available in the chart following the maps. The chart also includes the mental health level of care for the class members.

In response to the Court's third request, the data provided shows that the majority of class members that either have moved or are currently housed the designated isolation and quarantine space are in the CCCMS level of care. Mental health care for patients at the CCCMS level of care is regularly available at all institutions, except the desert institutions. Even at the desert institutions, CDCR has allocated a small number of mental health staff to provide services to the limited number of patients who reside there until they transfer. All patients that have or will be moved out of the buildings identified for use as quarantine or isolation space are anticipated to be re-housed within their own institution and often on the same yard. These patients will continue to receive at least the level of mental health care they received in their previous housing assignment.

We hope the information provided is helpful to the Court.

Respectfully,

*/s/ Melissa C. Bentz*

Melissa C. Bentz
Attorney
Office of Legal Affairs
California Department of Corrections and Rehabilitation

DOCUMENTS FILED UNDER SEAL

(Maps)

| Institution | Location and type of reserved space | Number of Bed(s) | Type of Housing | Number of MHSDS Patients Who Have Moved* | Level of Care* | Number of MHSDS Patients Remaining** | Level of Care** | Comments |
|---|---|---|---|---|---|---|---|---|
| ASP | Facility A Housing Unit 120 | 192 | Cell | 0 | - | 33 | CCCMS | - |
| CAC | Facility A, Building 2, A and B Pod | 168 | Cell | 0 | - | 0 | - | One of the TMHUs at CAC was previously in Facility A, Building 2. The TMHU has now been relocated to Facility B, Building 2. The TMHU location has been updated on the map. |
| CAL | Facility A Building 5 | 198 | Cell | 0 | - | 0 | - | The isolation and quarantine units are also designated on the map as a TMHU. CAL has designated a few cells in that unit as TMHU beds in case a patient referred to an inpatient level of care requires isolation or quarantine. |
| CCC | Facility C, Building 3 | 200 | Cell | 0 | - | 0 | - | The isolation and quarantine units are also designated on the map as a TMHU. CCC has designated a few cells in that unit as TMHU beds in case a patient referred to an inpatient level of care requires isolation or quarantine. |
| CCI | Facility E Clark Hall (124 beds); Facility D Building 9 (24 beds) | 148 | Facility E- Dorm Facility D- Cell | 0 | - | 7 | CCCMS | - |
| CCWF | Facility A, Building 503 | 200 | Cell | 25 | 22 CCCMS; 3 EOP | 30 | 29 CCCMS; 1 EOP | Facility A, Building 503 is an Reception Center building. Two of the three EOP patients were re-housed in a GP building and one was re-housed in an EOP building. One of the TMHUs at CCWF was previously located in Facility A, Building 503. The TMHU has now been relocated to Building 705, 805, and 812. The TMHU beds in Building 805 are wet cells that are not in the MHCB. The TMHU location has been updated on the map. |
| CEN | Facility A Building 5 | 184 | Cell | 0 | - | 0 | - | The isolation and quarantine units are also designated on the map as a TMHU. CEN has designated a few cells in that unit as TMHU beds in case a patient referred to an inpatient level of care requires isolation or quarantine. |
| CIM | Facility B Building 1 | 102 | Cell | 4 | 3 CCCMS; 1 EOP | 46 | 24 CCCMS; 22 EOP | The EOP patient who was moved was re-housed in an MHCB. The isolation and quarantine units are designated on the map as a TMHU. However, the TMHU beds are in a separate location within the building that is isolated from the rest of the unit. There will be no interaction between the patients in the TMHU and those in the isolation/quarantine units. |
| CIW | Housing Unit A RCU | 220 | Cell | 4 | CCCMS | 75 | CCCMS | - |
| CMC | Facility C, Building 5 | 300 | Cell | 7 | CCCMS | 11 | 4 CCCMS; 7 EOP | - |
| CMF | W-1 (41 beds); W-3 (42 beds); S-3 (18 beds) | 101 | Cell | 0 | - | 3 | 1 CCCMS; 2 ICF | S-Wing at CMF has three separate sections. Sections 1 and 2 (S-1 and S-2) are PIP beds. Section 3 (S-3) was an ASU section; however, that section has been vacated to create a quarantine/isolation unit. There will be no interaction between the patients in the PIP and those in S-3. |
| COR | Facility 3B Buiding 02 | 200 | Cell | 0 | - | 12 | 11 CCCMS; 1 EOP | - |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CRC | Facility D Dorm 410 (78 beds); Dorm 311 (77 beds) | 155 | Dorm | 0 | - | 5 | CCCMS | - |
| CTF | Central Facility Y wing | 258 | Cell | 2 | CCCMS | 21 | CCCMS | - |
| CVSP | Facility D Building 11 | 192 | Dorm | 0 | - | 0 | - | - |
| DVI | Facility B, G-wing | 264 | Cell | 14 | CCCMS | 0 | - | - |
| HDSP | Facility C, Building 1 | 128 | Cell | 2 | CCCMS | 0 | - | - |
| ISP | Facility C, Building 1 | 200 | Cell | 0 | - | 0 | - | - |
| KVSP | Facility D, Building 6 | 128 | Cell | 0 | - | 25 | CCCMS | - |
| LAC | Facility C, Building 5 | 200 | Cell | 0 | - | 1 | CCCMS | One of the TMHUs at LAC was previously in Facility C, Building 5. The TMHU has now been relocated to Facility D, Building 4 and 5 and in the STRH. The TMHU location has been updated on the map. |
| MCSP | Facility A Building 2 | 200 | Cell | 28 | 27 CCCMS; 1 EOP | 16 | 15 CCCMS; 1 EOP | The EOP patient who was moved was re-housed in an EOP Building. |
| NKSP | Facility D, Building 3 | 198 | Cell | 0 | - | 0 | - | - |
| PBSP | Facility A Building 1 | 128 | Cell | 0 | - | 0 | - | One of the TMHUs at PBSP was previoulsy located in Facility A, Building 1. The TMHU has now been relocated to Facility A, Building 2. |
| PVSP | Facility D Building 5 | 200 | Cell | 1 | CCCMS | 1 | CCCMS | On May 13, 2020, PVSP relocated the TMHU location to Facility D, Building 4. The TMHU location has been updated on the map. |
| RJD | Facility D, Housing Unit 20 | 200 | Cell | 24 | CCCMS | 44 | CCCMS | - |
| SAC | Facility A, Building 2 (20 beds); Facility B, Building 1 (48 beds); Facility C Building 8 (128) | 196 | Cell | 0 | - | 0 | - | The housing units at SAC are dvided into three separate sections (A, B, and C). Facility A, Building 2 is a Psychiatric Services Unit (PSU). Sections A and C will remain PSU, while Section B has been vacated to create a quaratine/isolation area. Facility B, Building 1 is an MHCB and EOP building. Section B will remain an MHCB unt. Sections A and B have been vacated for use as quarantine and isolation sections. The inmates in these separate sections will not have any interaction. |
| SATF | Facility E, Building 2 | 200 | Cell | 8 | CCCMS | 32 | 29 CCCMS; 3 EOP | - |
| SOL | Facility B, Building 7 | 200 | Cell | 1 | CCCMS | 2 | CCCMS | - |
| SVSP | Facility C, Building 7 | 128 | Cell | 16 | CCCMS | 0 | - | - |
| VSP | Facility A Building 4 (88); Facility B Building 4 | 344 | Facility A- Cell Facility B- Dorm | 9 | 8 CCCMS; 1 EOP | 13 | 6 CCCMS; 2 EOP; 5 MHCB | The EOP patient who was moved was re-housed in an EOP building. The isolation and quarantine units are designated on the map as a TMHU. However, the TMHU beds are in a separate location within the building that is isolated from the rest of the unit. There will be no interaction between the patients in the TMHU and those in the isolation/quarantine units. |
| WSP | Facility B Building 1 | 200 | Cell | 0 | - | 23 | 22 CCCMS; 1 EOP | - |

\* Information provided shows the number of class members transferred out of the buildings identified for use as quarantine and isolation space on July 29 and 30, 2020. This information does not include patients who may have transferred before July 29, 2020 and does not include those patients who remain housed in those units.

\*\* Information provided shows the number of class members housed in the buildings identified for use as quarantine and isolation space as of the morning of July 31, 2020. As noted in the comments, there are some buildings with separate sections that will house both patients in isolation and/or quarantine and other inmates, such as patients in a TMHU. There are also some buildings that were previously vacated that have started to re-house patients under quarantine or isolation in these designated spaces. The numbers these columns represents all patients in the building, even those who may not transfer to a different housing unit and those who have transerred in due to their need for isolation or quarantine.