| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>KYLE A. LEWIS, State Bar No. 201041<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>LUCAS L. HENNES, State Bar No. 278361<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7325<br>  Fax: (916) 324-5205<br>  E-mail: Tyler.Heath@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                      Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                      Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT**<br><br>Judge: The Hon. Kimberly J. Mueller |

    On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*) On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month. (ECF No. 5886.)

/ / /

/ / /

/ / /

1        Consistent with the Court's February 14, 2018 order, attached here is a letter from Defendant CDCR setting forth CDCR's Division of Health Care Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for June 2020.

**CERTIFICATION**

Defendants' counsel certifies that he reviewed the following orders relevant to this filing: ECF No. 5786, ECF No. 5803, and ECF No. 5886.

Dated: July 31, 2020               Respectfully submitted,

                                               XAVIER BECERRA
                                               Attorney General of California
                                               ADRIANO HRVATIN
                                               Supervising Deputy Attorney General

                                               */S/ Tyler V. Heath*

                                               TYLER VANCE HEATH
                                               Deputy Attorney General
                                               *Attorneys for Defendants*

CF1997CS0003
34280077.docx

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



July 31, 2020

Tyler Vance Heath, Esq.
California Department of Justice
1300 I Street
Sacramento, CA 95814

RE: CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

Dear Mr. Heath:

The California Department of Corrections and Rehabilitation (CDCR) hereby submits its monthly report identifying the psychiatry vacancy rates at each CDCR institution and systemwide for June 2020. It is attached as Exhibit A. In accordance with the Court's February 14, 2018 order, the report contains the same data as the Correctional Health Care Services Mental Health Institution Vacancies: Summary by Institution by Classification. It also includes data from the monthly telepsychiatry report, as well as a separate column showing the number of psychiatric nurse practitioners working at each institution and systemwide, and the fill rate including psychiatric nurse practitioners.

Sincerely,

AMAR MEHTA, M.D.
Deputy Director (A)
Statewide Mental Health Program

| | Division of Health Care Services<br>Statewide Mental Health Program<br>Allocated and Filled Psychiatry Positions - June 2020 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Allocated Jan 2020[1] | | | Filled Jun 2020 | | | | | | Filled w PNP Jun 2020 | | |
| Sites | Site | Telepsych | Total | Site[2] | On-Site Registry[3] | Telepsych[4] | Telepsych Registry[3,4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 5.56 | 0.00 | 0.00 | 5.56 | **111%** | 0.00 | 5.56 | **111%** |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | **0%** | 0.00 | 0.00 | **0%** |
| CCI | 4.00 | 4.00 | 8.00 | 2.00 | 1.01 | 1.77 | 0.00 | 4.78 | **60%** | 0.00 | 4.78 | **60%** |
| CCWF | 11.00 | 1.00 | 12.00 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | **42%** | 4.89 | 9.89 | **82%** |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | **100%** | 0.00 | 1.00 | **100%** |
| CHCF | 18.50 | 7.00 | 25.50 | 3.00 | 1.87 | 6.00 | 0.00 | 10.87 | **43%** | 1.00 | 11.87 | **47%** |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 13.90 | 4.45 | 5.28 | 1.04 | 24.67 | **68%** | 0.00 | 24.67 | **68%** |
| CIM | 12.00 | 0.00 | 12.00 | 6.00 | 1.01 | 0.00 | 0.00 | 7.01 | **58%** | 0.00 | 7.01 | **58%** |
| CIW | 12.00 | 1.00 | 13.00 | 6.00 | 4.28 | 0.00 | 0.00 | 10.28 | **79%** | 0.00 | 10.28 | **79%** |
| CMC | 17.00 | 1.00 | 18.00 | 9.00 | 3.56 | 0.00 | 0.00 | 12.56 | **70%** | 0.52 | 13.08 | **73%** |
| CMF | 17.00 | 2.00 | 19.00 | 7.00 | 4.04 | 2.00 | 0.00 | 13.04 | **69%** | 2.10 | 15.14 | **80%** |
| CMF PIP | 32.00 | 0.00 | 32.00 | 9.00 | 6.96 | 3.00 | 1.22 | 20.18 | **63%** | 0.00 | 20.18 | **63%** |
| COR | 7.50 | 5.00 | 12.50 | 2.50 | 3.63 | 3.70 | 0.00 | 9.83 | **79%** | 0.00 | 9.83 | **79%** |
| CRC | 7.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 0.00 | 7.00 | **100%** | 0.00 | 7.00 | **100%** |
| CTF | 6.00 | 1.00 | 7.00 | 1.75 | 1.04 | 1.00 | 0.00 | 3.79 | **54%** | 0.00 | 3.79 | **54%** |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.31 | 0.00 | 0.00 | 0.31 | **31%** | 0.00 | 0.31 | **31%** |
| DVI | 4.00 | 0.00 | 4.00 | 2.00 | 1.27 | 0.00 | 0.00 | 3.27 | **82%** | 0.00 | 3.27 | **82%** |
| FSP | 3.50 | 0.00 | 3.50 | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | **114%** | 0.00 | 4.00 | **114%** |
| HDSP | 2.50 | 4.00 | 6.50 | 0.00 | 1.30 | 3.17 | 0.97 | 5.44 | **84%** | 0.00 | 5.44 | **84%** |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.59 | 0.00 | 0.00 | 0.59 | **59%** | 0.00 | 0.59 | **59%** |
| KVSP | 6.00 | 2.00 | 8.00 | 1.00 | 0.00 | 1.97 | 0.43 | 3.40 | **43%** | 1.93 | 5.33 | **67%** |
| LAC | 12.00 | 0.00 | 12.00 | 6.00 | 3.52 | 0.00 | 0.00 | 9.52 | **79%** | 1.50 | 11.02 | **92%** |
| MCSP | 12.00 | 3.00 | 15.00 | 4.75 | 0.00 | 3.75 | 1.74 | 10.24 | **68%** | 0.00 | 10.24 | **68%** |
| NKSP | 6.50 | 2.00 | 8.50 | 1.00 | 3.40 | 1.00 | 0.00 | 5.40 | **64%** | 2.01 | 7.41 | **87%** |
| PBSP | 1.50 | 2.00 | 3.50 | 1.00 | 0.00 | 1.17 | 0.00 | 2.17 | **62%** | 0.00 | 2.17 | **62%** |
| PVSP | 3.00 | 0.00 | 3.00 | 1.00 | 0.30 | 0.00 | 0.00 | 1.30 | **43%** | 0.00 | 1.30 | **43%** |
| RJD | 14.00 | 3.00 | 17.00 | 6.25 | 6.19 | 2.62 | 0.00 | 15.06 | **89%** | 0.00 | 15.06 | **89%** |
| SAC | 18.50 | 1.00 | 19.50 | 15.75 | 4.03 | 0.17 | 0.00 | 19.95 | **102%** | 0.00 | 19.95 | **102%** |
| SATF | 9.00 | 9.00 | 18.00 | 1.00 | 1.31 | 7.00 | 0.00 | 9.31 | **52%** | 3.13 | 12.44 | **69%** |
| SCC | 3.50 | 0.00 | 3.50 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | **29%** | 0.00 | 1.00 | **29%** |
| SOL | 5.00 | 0.00 | 5.00 | 4.00 | 0.00 | 0.16 | 0.00 | 4.16 | **83%** | 0.00 | 4.16 | **83%** |
| SQ | 13.50 | 0.00 | 13.50 | 13.00 | 0.38 | 0.00 | 0.00 | 13.38 | **99%** | 0.00 | 13.38 | **99%** |
| SVSP | 5.00 | 4.00 | 9.00 | 0.00 | 1.59 | 4.16 | 0.53 | 6.28 | **70%** | 0.00 | 6.28 | **70%** |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 1.00 | 6.03 | 2.00 | 0.68 | 9.71 | **97%** | 0.00 | 9.71 | **97%** |
| VSP | 2.50 | 6.00 | 8.50 | 0.00 | 0.40 | 4.93 | 0.00 | 5.33 | **63%** | 0.63 | 5.96 | **70%** |
| WSP | 6.50 | 4.00 | 10.50 | 3.00 | 1.76 | 2.20 | 0.73 | 7.69 | **73%** | 0.00 | 7.69 | **73%** |
| **TOTAL** | **327.00** | **64.00** | **391.00** | **139.90** | **69.79** | **57.05** | **7.34** | **274.08** | **70%** | **17.71** | **291.79** | **75%** |

**Footnote**

1 Source: MH Memo January 2020 Statewide Mental Health Position Allocated

2 Source: June 29, 2020 CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: PSYT_PNP Temp Relief Details (June 2020)

4 Source: June 2020 Telepsychiatry Provider List