XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-7323
  Fax:  (916) 324-5205
  E-mail:  Lucas.Hennes@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone:  (310) 552-0130
  Fax:  (310) 229-5800
  E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF ERRATA OF ECF NO. 6788-3** |

//

//

1    On July 24, 2020, in response to this Court's order granting Plaintiff-Intervenor Lipsey's

2  Motion to Compel (ECF No. 6756), Defendants filed the declarations of persons most

3  knowledgeable at four prisons responding to Lipsey's discovery requests.  (ECF No. 6678.)

4  Defendants have since learned that one of the declarations submitted, the Declaration of K. Royal

5  (ECF No. 6678-3), contained placeholders for background information unrelated to the Court's

6  order, and that the information was inadvertently omitted from the filed declaration.  To correct

7  this inadvertent clerical error, Defendants submit the corrected Declaration of K. Royal, attached

8  to this pleading as **Exhibit A**.

9  Dated:  July 31, 2020                              Respectfully submitted,

10                                                                 XAVIER BECERRA
                                                                      Attorney General of California
11                                                                 ADRIANO HRVATIN
                                                                      Supervising Deputy Attorney General
12

13                                                                 */s/ Lucas L. Hennes*

14                                                                 LUCAS L. HENNES
                                                                      Deputy Attorney General
15                                                                 *Attorneys for Defendants*

16  CF1997CS0003
     42281063
17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7323
  Fax: (916) 324-5205
  E-mail: Lucas.Hennes@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                   Plaintiffs,<br><br>     **v.**<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                   Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF K. ROYAL RESPONDING TO JULY 14, 2020 ORDER** |

I, K. Royal, declare:

1.     I am employed by the California Department of Corrections and Rehabilitation (CDCR) as a Correctional Counselor II at Pelican Bay State Prison (PBSP) in Crescent City, California. Since August 2016, I have acted as the Grievance Coordinator at PBSP. I have personal knowledge of the information set forth in this declaration, and if called upon to testify as to this information, I could and would do so.

1

1      2.     I am aware that the Court ordered CDCR to provide information regarding the search

2    conducted for documents responsive to Plaintiff-Intervenor Lipsey's discovery requests.  This

3    declaration responds to the Court's questions.

4      3.     *What is your understanding of the discovery you were required to provide in response*

5    *to Mr. Lipsey's request?*  I understand that PBSP was required to search for and produce all

6    inmate appeals regarding Guard One filed since approximately August 2014, when the policy was

7    implemented at CDCR institutions to the time of Lipsey's request July 23, 2020.

8      4.     *How and where are the grievances responsive to Lipsey's request maintained?*

9    *Please explain all possible locations of any responsive documents.*  A record of all inmate

10    appeals, which are assigned a unique log number, are maintained in the Inmate Appeals Tracking

11    System, an electronic database maintained on CDCR servers.  Copies of the resolved appeals are

12    retained in two mediums: (1) the Electronic Records Management System—an electronic record

13    of the inmate's file; and (2) the appeals archive maintained by each institution's appeals office,

14    including at PBSP.

15      5.     *Have any grievances that might be responsive to this discovery been destroyed?  If*

16    *documents were destroyed, please explain how and why they were destroyed.  If documents were*

17    *destroyed pursuant to prison policy, what is that policy?*  PBSP has not destroyed any inmate

18    appeals regarding Guard One.  Inmate appeals records are maintained dating back to 2009.  When

19    PBSP decides to no longer retain documents, we contract with a shredding company to make sure

20    the documents are disposed of properly, particularly given that they may contain inmate or staff

21    personal information.  I checked PBSP's records and we did not contract with a shredding

22    company at any relevant time to dispose of the appeal records requested by Lipsey.

23      6.     *Explain specifically what was done to respond to Mr. Lipsey's discovery requests.*

24    *Please include the method for locating all possibly relevant grievances and the method used to*

25    *review grievances to determine if they involved the use of Guard One.*  A search of the IATS

26    system was conducted to locate relevant appeals in various appeals categories. These search

27    categories included Program with sub-category of Policy/Procedure, Living Conditions with sub-

28    category of Policy/Procedure, and Staff Complaint with no specific sub-category, dating back to

2

1   August 2014. This search took three weeks and identified 118 responsive records concerning

2   Guard One, all of which were located and provided to headquarters for production to Lipsey.

3        7.    *State whether every responsive document was provided to Mr. Lipsey and explain the*

4   *basis for that statement.* PBSP searched for documents responsive to Lipsey's requests in the

5   databases that would potentially contain responsive material—i.e., Program, Living Conditions,

6   and Staff Complaints—applying all search criteria likely to return potentially responsive

7   documents. Based on PBSP's efforts to locate information responsive to Lipsey's requests, PBSP

8   provided 118 appeals to counsel. Based on this work, I believe PBSP located and produced all

9   responsive appeals for potential production to Lipsey.

10       I declare under penalty of perjury that the foregoing is true. Executed this 30 day of July,

11   2020 at Crescent City, California.

12

                 K. ROYAL

13   CF1997CS0003
    USDC Eastern (2 Party) no cover.docx

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3