DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al., | Case No. 2:90-CV-00520-KJM-DB |
| Plaintiffs, | **DECLARATION OF MICHAEL NUNEZ IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' RESPONSE AND OBJECTIONS REGARDING ECF NO. 6695** |
| v. | |
| GAVIN NEWSOM, et al., | |
| Defendants. | Judge: Hon. Kimberly J. Mueller |

[3588469.1]

DECLARATION OF MICHAEL NUNEZ IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS'
RESPONSE AND OBJECTIONS REGARDING ECF NO. 6695

1    I, Michael S. Nunez, declare:

2    1.    I am an attorney duly admitted to practice before this Court. I am an

3    associate in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for

4    Plaintiffs. I have personal knowledge of the facts set forth herein, and if called as a

5    witness, I could competently so testify. I make this declaration in support of Plaintiffs'

6    Response To Defendants' Response And Objections Re: ECF. No. 6695.

7    2.    Attached hereto as **Exhibit A** is a true and correct copy of a letter dated

8    May 31, 2018 from Andrea S. Moon, an attorney in CDCR's Office of Legal Affairs at

9    that time.

10    3.    Attached hereto as **Exhibit B** is a true and correct copy of the draft

11    psychiatrist survey that the Special Master and his Labor Economist provided to the parties

12    for comment on November 6, 2018.

13    I declare under penalty of perjury under the laws of the United States of America

14    that the foregoing is true and correct, and that this declaration is executed at Los Angeles,

15    California this 6th day of August, 2020.

16

17    */s/ Michael S. Nunez*

18    Michael S. Nunez

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL NUNEZ IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS'
RESPONSE AND OBJECTIONS REGARDING ECF NO. 6695

[3588469.1]

E X H I B I T    A

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION                                      EDMUND G. BROWN JR., GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Patrick R. McKinney II
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



May 31, 2018


Michael S. Nunez
Rosen Bien Galvan & Grunfeld
50 Fremont Street, 19th Floor
San Francisco, CA 94105

VIA EMAIL ONLY

Re: Commitments Letters dated March 14, March 21, and April 12, 2018

Dear Michael:

I write in response to the commitment letters sent by Plaintiffs on March 14, March 21, and April 12, 2018.

### I.    Hiring Above Minimum (HAM)

The percentage of new hire psychiatrists that were offered a salary rate above the minimum was 40.9%. Of those individuals offered a HAM position, 78% accepted the position.

Currently, approximately 80% of psychiatrists statewide are at maximum salary. Additionally, from December 2016 through February 2018, of 44 new hire candidates[1], which included internal transfers, reinstatements, or some other designation, 59.1% were hired at the minimum salary.

A copy of the HAM Policy (1707) is attached to this correspondence.

### II.    Applicants

CDCR defines a "serious candidate" as an applicant who received a tentative offer from CDCR and declined that offer. From December 2016 through February 2018, 77 applicants were hired[2].

Of those 77 candidates, 45 resided outside of California, with five being hired; 16 are in the hiring process; and 25 declined an offer of employment. Of those who declined an offer, half did not provide a reason for declining, and only 2 identified salary as the reason for not accepting an offered position. The majority of those who provided a reason indicated family, or accepting other employment, as the basis for their decision. Out-of-state applicants have not identified concerns with the time period required to obtain a CA license, nor does CDCR regulate or control the requirements associated with state licensure.

---

[1] There were 77 total candidates.
[2] Information is currently being gathered with respect to the times associated with processing new-hire applications, and will be provided as soon as it is complete.

**CONFIDENTIAL: ATTORNEY/CLIENT PRIVILEGED & ATTORNEY WORK DOCUMENT**

Michael S. Nunez
Page 2

III.    Attachment A-2

The Salary Surveys identified in Attachment A-2 are reports that independent companies compiled and produced reports from, which CCHCS purchased.  No specific requests were made from the vendors with respect to these surveys.  The data from Sullivan Cotter was effective June 1, 2016; the data from ERI was effective April 1, 2017; the data from CompAnalyst was effective May 1, 2017; the data from MGMA was effective in 2015; and the CA Primary Care Association Compensation Survey data from effective from August-October 2016.

The Western Market Median column of data provided in Attachment A-2 incorporates the states of: CA, OR, WA, ID, NV, AZ, HI, AK, NM, UT, CO, WY, and MT.  The Midwest section includes: ND, SD, NE, MN, IA, WI, MI, IL, IN, and OH.  The Southern section includes: TX, OK, KS, MO, AR, LA, MS, AL, TN, KY, GA, FL, and SC.  Lastly, the Eastern section includes: NC, VA, WV, PA, DC, MD, DE, NJ, CT, RD, MA, NY, VT, NH, and ME.

The salary surveys utilized are based on self-reported earnings, and do not include health or other benefits such as pensions, bonuses, incentive or production payments, management compensation, retention, sign-on bonuses, or other cash compensation.  Based on this, there is not sufficient data to support a comprehensive analysis.

IV.    Attachment A-3

From the time period July through December 2017, four of the new psychiatrist hires were for telepsychiatry positions.  New onsite psychiatrists were hired at California Health Care Facility (CHCF); California Men's Colony (CMC); California Medical Facility (CMF); California State Prison, Lancaster (LAC); Mule Creek State Prison (MCSP); North Kern State Prison (NKSP); Richard J. Donovan (RJD); California State Prison, Sacramento (SAC); Sierra Conservation Center (SCC); and California State Prison, Solano (SOL).

As identified in the 2017 Filled Civil Service PIP Positions chart provided to plaintiffs' counsel on March 16, 2018, many staff did remain employed at the PIP; however, under the circumstances, this result cannot necessarily be correlated to a salary issue.

V.    Salary

CDCR has not recently conducted a salary survey to determine specifically whether CDCR is perceived to be a competitive option when an applicant has competing offers.  However, as identified in Attachment A-3, provided to Plaintiffs on March 16, 2018, there was an increase in the number of hires subsequent to the July 2017 General Salary Increase (GSI).  The raises negotiated on behalf of psychiatrists between the California Department of Human Resources (CalHR) and the Bargaining Union for the American Physicians and Dentists (UAPD/BU 16) have been effective in the hiring process.

Pursuant to the MOU governing psychiatrist positions, psychiatrists will receive a 2% GSI effective July 1, 2018.  This will bring the minimum of the salary range for a Staff Psychiatrist, Correctional and Rehabilitative Services (Safety) from $11,503 to roughly $11,733 per month.

Effective July 1, 2019, an additional GSI of 2% will occur, bringing the minimum of the salary range for this position from roughly $11,733 to $11,967 per month.

Michael S. Nunez
Page 3

VI.    Exit Survey

The specific methodology of the exit survey and the questions CCHCS asks when conducting those surveys are attached to this correspondence, as well as the exit interview questions given when psychiatrists depart their positions.

VII.    Medical Assistants

CDCR currently employs 112 medical assistants, 11 of which are civil service and 101 of which are registry.  Medical assistants do not rotate, and all are assigned to psychiatrists, with approximately half of those assigned to telepsychiatrists.

VIII.    PNPs

As of mid-April 2018, one Psychiatric Nurse Practitioner (PNP) has been given a tentative offer at Valley State Prison (VSP), with additional interviews for PNP's scheduled at CMF; Central California Women's Facility (CCWF); Correctional Training Facility (CTF); and LAC.  Should tentative offers be made, Chiefs of Mental Health will be reminded that PNP's should be utilized for CCCMS patients.  Should a PNP be placed in a different level of care due to supervision requirements, the placement will be reviewed on a case-by-case basis.

Sincerely,

ANDREA S. MOON
Attorney
Office of Legal Affairs

Attachments:
Human Resources Manual – CalHR 1707-Hiring Above Minimum (HAM)
Exit Interview Questions
CCHCS Exit Survey
2017 Filled Civil Service PIP Positions
Revised 2017 Filled Civil Service Positions-Attachment A3

Cc: Special Master
Steve Fama
Co-Counsel

# E X H I B I T    B

## Introduction

**This survey is being conducted by EmployStats, an economic consulting firm. EmployStats is a neutral third-party entity and is conducting this survey in order to gather data to assess CDCR's psychiatrists work satisfaction, compensation, and environment, and assess staffing levels for psychiatrists. In this survey we will ask you a few short questions concerning your compensation, working conditions, and job satisfaction.**

**As you know, the CDCR often has difficulty hiring psychiatrists and maintaining psychiatrist staffing levels. Your honest and thoughtful answers to this survey will provide vital information to assist policy makers in assessing and implementing policies that address that issue.**

**Your responses will not impact your employment. We will not individually identify your responses. Your name will not be presented with your survey response and survey responses will be aggregated.**

**This survey should take approximately 15 minutes to complete.**

Please enter the PIN number provided to you.

## Employment Information

**Please answer the following questions as they are true to you today.**

Which of the following best describes your current employment with CDCR?

○ Registry or Contract Psychiatrist

○ Civil Service Psychiatrist

At what facility or facilities do you currently work? If you are work as a Telepsychiatrist, select 'Telepsychiatrist' below.

☐ Telepsychiatrist

☐ Avenal State Prison

☐ California Correctional Center

☐ California Correctional Institution

☐ California Health Care Facility

☐ California Institution for Men

☐ California Institution for Women

☐ California Medical Facility

☐ California Men's Colony

☐ California Rehabilitation Center

☐ Calipatria State Prison

☐ Centinela State Prison

☐ Central California Women's Facility

☐ Chuckawalla Valley State Prison

☐ Correctional Training Facility

☐ CSP Corcoran

☐ CSP Los Angeles County

☐ CSP Sacramento (New Folsom)

☐ CSP San Quentin

☐ CSP Solano

☐ Deuel Vocational Institution

☐ Folsom State Prison

☐ High Desert State Prison

☐ Ironwood State Prison

☐ Kern Valley State Prison

☐ Mule Creek State Prison

☐ North Kern State Prison

☐ Pelican Bay State Prison

☐ Pleasant Valley State Prison

☐ Richard J. Donovan Correctional Facility

☐ Salinas Valley State Prison

☐ Sierra Conservation Center

☐ Substance Abuse Treatment Facility and State Prison

☐ Valley State Prison

☐ Wasco State Prison

What is your current job title?

○ Staff Psychiatrist

○ Supervising Psychiatrist

○ Chief Psychiatrist

○ Telepsychiatrist

Prior to being employed as a psychiatrist with CDCR, have you ever been employed as a psychiatrist outside of CDCR or self-employed as a psychiatrist?

○ Yes

○ No

## CDCR Psychiatrist **Salary** versus non-CDCR Peer Psychiarist **Salary**

**We will now ask you about how you feel that your CDCR Psychiatrist salary compares with your peer's salary who work as Psychiatrists for other employers.**

**When answering these questions, please consider the salary of other Psychiatrists that you feel are your peers.**

**When thinking about your salary, only consider the actual amount of money that you earn each week, i.e. take home pay.**

**Your Salary**. When answering the question below concerning your salary, only consider the actual amount of pre-tax money that you earn as a CDCR Psychiatrist each week.

For this question, do not consider fringe benefits such as retirement or health insurance.  You will be asked a separate question concerning these benefits later in the survey

Which of the following best describes your salary in relation to your Psychiatrist peers salaries who work for other employers?

○ I feel that my salary is typically  **higher** than my Psychiatrist peers's salaries who work for other employers outside of CDCR

○ I feel that my salary is typically **lower** than my Psychiatrist peer's salaries who work for other employers outside of CDCR

○ I feel that my salary is typically about **equal** to my Psychiatrist peer's salaries who work for other employers outside of CDCR

○ I do not know

## CDCR Psychiatrist **Total Compensation** versus non-CDCR Peer Psychiarist **Total Compensation**

**We will now ask you about how you feel that your CDCR Psychiatristcompensation compares with your peers who work as Psychiatrists for other employers.**

**When answering these questions, please consider the monetary value of the total compensation of other Psychiatrists that you feel are your peers.**

**When thinking about total compensation, consider the monetary value of all forms of compensation that you receive such as salary, health benefits, retirement, federal loan forgiveness program and bonuses.**

**Your Total Compensation**. When answering the question below concerning your compensation, consider the monetary value of **all** forms of compensation that you receive such as salary, health benefits, retirement, federal loan forgiveness program and bonuses.

Which of the following best describes your**total compensation** in relation to your Psychiatrist peers**total compensation** who work for other employers?

○ I feel that my total compensation is **typically higher** than my Psychiatrist peers's total compensation who work for other employers outside of CDCR

○ I feel that my total compensation is **typically lower** than my Psychiatrist peers's total compensation who work for other employers outside of CDCR

○ I feel that my total compensation is **typically about equal** to that of my Psychiatrist peers's total compensation who work for other employers outside of CDCR

○ I do not know

## Hours Worked

**We will now ask you about your hours worked and your current CDCR work schedule.**

What is your current employment status?

○ Full-time (40 hours a week/ 2080 hours a year)          ○ 3/4  time (30 hours a week/ 1560 hours a year)

○ 8/9 time (36 hours a week/1872 hours a year)           ○ less than 30 hours a week

○ 4/5 time (32 hours a week/ 1664 hours a year)          ○ I do not know

## Telepyschiatrist (Y/N)

Are you currently employed as a telepsychiatrist at CDCR?

◯ Yes

◯ No

## Supplemental Information

**Please answer these questions as they are true to you today unless otherwise specified.**

What was the location of your personal residence when you first applied to a position with CDCR?

○ In California

○ Outside of California (within United States)

○ Outside of United States

How did you first learn of the job posting for your current position?

○ Online job posting site (ex. Simply Hired, Indeed, etc.)     ○ Ad at residency location

○ CDCR official website                                         ○ CDCR recruiter contacted me

○ CDCR on-site facility                                         ○ Word of mouth

○ Psychiatric Conference                                        ○ Other method

○ Career fair

Which of the following best describes the salary that CDCR offered you when you were initially hired at CDCR?

○ I felt that the salary that CDCR offered me was competitive with other employers

○ I felt that the salary CDCR offered me was less than that of  other employers

○ I do not recall

At the time you were hired, where you hired above minimum ('HAM')?

○ Yes

○ No

○ I do not recall

Do you currently perform psychiatric work outside of CDCR?

○ Yes

○ No

## CDCR Salary - Less than Psychiatrist Peers

**You responded that your salary is typically lower than your Psychiatrist peer's salaries who work for other employers outside of CDCR.  Please tell us how much lower you feel your salary is than these Psychiatrist peers.**

Which of the following best describes how much lower your salary is typically than your Psychiatrist peer's salaries who work for employers outside of CDCR?

○ My salary is **more than 20% lower** than my Psychiatrist peer's salaries

○ My salary is **15% to 20% lower** than my Psychiatrist peer's salaries

○ My salary is **10% to 14% lower**  than my Psychiatrist peer's salaries

○ My salary is **5% to 9% lower** than my Psychiatrist peer's salaries

○ My salary is **1% to 4% lower**  than my Psychiatrist peer's salaries

○ My salary is **less than 1% lower** than my Psychiatrist peer's salaries

○ I do not know

## CDCR Salary - Higher than Psychiatrist Peers

**You responded that your salary is typically higher than your Psychiatrist peer's salaries who work for other employers outside of CDCR.  Please tell us how much higher you feel your salary is than these Psychiatrist peers.**

Which of the following best describes how much higher your salary is typically than your Psychiatrist peer's salaries who work for employers outside of CDCR?

○ My salary is **more than 20% higher** than my Psychiatrist peer's salaries

○ My salary is **15% to  20% higher** than my Psychiatrist peer's salaries

○ My salary is **10% to 14% higher**  than my Psychiatrist peer's salaries

○ My salary is **5% to 9% higher**  than my Psychiatrist peer's salaries

○ My salary is **1% to 4% higher** than my Psychiatrist peer's salaries

○ My salary is **less than 1% higher** than my Psychiatrist peer's salaries

○ I do not know

## CDCR Total Compensation - Less than Psychiatrist Peers

**You responded that your total compensation is typically lower than your Psychiatrist peer's total compensation who work for other employers outside of CDCR.  Please tell us how much lower you feel your total compensation is than these Psychiatrist peers.**

Which of the following best describes how much lower your total compensation is typically than your Psychiatrist peer's total compensation who work for employers outside of CDCR?

○ My total compensation is **more than 20% lower** than my Psychiatrist peer's total compensation

○ My total compensation is **1% to 4% lower** than my Psychiatrist peer's total compensation

○ My total compensation is **15% to  20% lower** than my Psychiatrist peer's total compensation

○ My total compensation is **less than 1% lower** than my Psychiatrist peer's total compensation

○ My total compensation is **10% to 14% lower**  than my Psychiatrist peer's total compensation

○ I do not know

○ My total compensation is **5% to 9% lower** than my Psychiatrist peer's total compensation

## CDCR Total Compensation - More than Psychiatrist Peers

**You responded that your total compensation is typically higher than your Psychiatrist peer's total compensation who work for other employers outside of CDCR.  Please tell us how much more you feel your total compensation is than these Psychiatrist peers.**

Which of the following best describes how much higher your total compensation is typically than your Psychiatrist peer's total compensation who work for employers outside of CDCR?

○ My total compensation is **more than 20% higher** than my Psychiatrist peer's total compensation

○ My total compensation is **15% to 20% higher** than my Psychiatrist peer's total compensation

○ My total compensation is **10% to 15% higher**  than my Psychiatrist peer's total compensation

○ My total compensation is **5% to 9% higher** than my Psychiatrist peer's total compensation

○ My total compensation is **1% to 4% higher** than my Psychiatrist peer's total compensation

○ My total compensation is **less than 1% higher** than my Psychiatrist peer's total compensation

○ I do not know

## Why less than full time

Which of the following best describes why you work less than full time?

○ The compensation is too low

○ There are no opportunities to work additional hours at a facility near me

○ The work environment is too demanding

○ I have outside interests and pursuits

○ I have outside employment

○ None of the above

## Facility Psychiatrist

**These questions are for CDCR Psychiatrist who see patients in a facility and are not currently employed as a telepsychiatrist.**

On a scale from 1 to 7, where 7 is 'completely adequate' and 1 is 'completely inadequate', how would you rate your current office space for performing all of the job functions of a psychiatrist, such as seeing patients, having meetings, and completing paperwork, etc?

Completely inadequate                                        Completely adequate

On a scale from 1 to 7, where 7 is 'very highly regarded' and 1 is 'generally disregarded', how would you say that other facility employees regard your medical and professional opinions as a psychiatrist?

Generally disregarded                                        Very highly regarded

On a scale from 1 to 7, where 7 is 'very highly valued' and 1 is 'of no value', how would you say that other facility employees value your role as a psychiatrist in operation of the facility where you work?

Of no value                                                  Very highly valued

## Telepsychiatrist

**These questions are for CDCR Psychiatrists who are currently employed as a telepsychiatrist.**

On a scale from 1 to 7, where 7 is 'completely adequate' and 1 is 'completely inadequate', how would you rate your current office space for performing all of the job functions of a telepsychiatrist, such as seeing patients remotely, having meetings, and completing paperwork, etc?

Completely inadequate                                      Completely adequate

Which of the following best describes why you chose telepsychiatry over a facility psychiatrist position?

○ There is no facility near where I live

○ Better working conditions as a telepsychiatrist

○ Prefer to not work directly with inmates

○ Able to work with different levels of care

○ More stable/predictable schedule

○ None of the above

On a scale from 1 to 7, where 7 is 'very highly regarded' and 1 is 'generally disregarded', how would you say that other facility employees regard your medical and professional opinions as a telepsychiatrist?

Generally disregarded                                      Very highly regarded

On a scale from 1 to 7, where 7 is 'very highly valued' and 1 is 'of no value', how would you say that other facility employees value your role as a telepsychiatrist in operation of the facility where you work?

Of no value                                      Very highly valued

**Outside work - Yes**

Approximately how may hours per week do you perform psychiatric work outside of CDCR?  Please enter only one number.

Which factors describe why you perform psychiatric work outside of CDCR?  Please check all that apply.

☐ Maintain skills                    ☐ Better working environment

☐ Need additional income             ☐ Work with different patients

☐ Want additional income             ☐ Other

☐ More opportunity

Finally, before today, do you remember hearing or reading anything about any lawsuit involving CDCR, or do you not remember hearing or reading anything about any lawsuit involving CDCR?

○ Remember hearing or reading something

○ Do not remember hearing or reading anything

○ Do not know

○ Do not wish to answer

Please describe as much detail as you can, everything you can remember about the purpose of any lawsuit involving CDCR.

Outside work - No

Finally, before today, do you remember hearing or reading anything about any lawsuit involving CDCR, or do you not remember hearing or reading anything about any lawsuit involving CDCR?

○ Remember hearing or reading something

○ Do not remember hearing or reading anything

○ Do not know

○ Do not wish to answer

Please describe as much detail as you can, everything you can remember about the purpose of any lawsuit involving CDCR.