| | |
|---|---|
| Xavier Becerra, State Bar No. 118517<br>Attorney General of California<br>Adriano Hrvatin, State Bar No. 220909<br>Supervising Deputy Attorney General<br>Kyle A. Lewis, State Bar No. 201041<br>Elise Owens Thorn, State Bar No. 145931<br>Tyler V. Heath, State Bar No. 271478<br>Lucas L. Hennes, State Bar No. 278361<br>Deputy Attorneys General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone: (916) 210-7318<br> Fax: (916) 324-5205<br> E-mail: Elise.Thorn @doj.ca.gov<br>*Attorneys for Defendants* | Roman M. Silberfeld, State Bar No. 62783<br>Glenn A. Danas, State Bar No. 270317<br>Robins Kaplan llp<br> 2049 Century Park East, Suite 3400<br> Los Angeles, CA 90067-3208<br> Telephone: (310) 552-0130<br> Fax: (310) 229-5800<br> E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' FURTHER RESPONSE TO JULY 28, 2020 ORDER AND NOTICE OF SUBMISSION OF DOCUMENTS UNDER SEAL** |

**INTRODUCTION**

On July 22, 2020, the Court in *Plata v. Newsom,* Case No. 4:01-cv-1351-JST (N.D. Cal.), issued an order adopting a modified version of Defendants' proposal to set aside isolation and quarantine space at California's state prisons. On July 28, 2020, this Court issued an order directing Defendants work with the Special Master throughout the identification and implementation of the new quarantine bed space to ensure no further harms results to the delivery of mental health care to members of the *Coleman* class. (ECF No. 6791.) That order also required Defendants to provide by July 31, 2020 the following information using the maps filed under seal on July 15, 2020, ECF No. 6777: (1) the specific identification of the location of any

1

unit or units at each California Department of Corrections and Rehabilitation (CDCR) prison proposed to be vacated to comply with the *Plata* court quarantine space order; (2) whether any *Coleman* class members reside in any units proposed to be vacated and, if so, how many reside in each unit and what is their mental health classification level; and (3) if there are *Coleman* class members who defendants propose to move, where do defendants propose to move them and what level of mental health care will they receive in their proposed new location. (ECF No. 6791 at 5.) The order also directed Defendants to file the above information by August 7, 2020 for any additional designations they made after July 31. (*Id.*)

Defendants filed information responsive to the order on July 31, 2020. (ECF No. 6801.) Defendants now provide information concerning designations made since that filing. Defendants restate their contention that the July 28 order calls for Defendants to provide information that CDCR does not track and report on a regular basis. The data collected is compiled in Exhibit A, which includes a letter from CDCR and a chart that provides the number of *Coleman* class members in each newly identified isolation and quarantine space at four institutions not included in the previous filing and their level of care. Additional information concerning class members and their housing are contained in that letter.

In further response to the Court's first inquiry, Defendants also provide maps identifying the space set aside for isolation and quarantine at the four institutions not included in the previous filing: California Health Care Facility, Folsom State Prison, Sierra Conservation Center, and San Quentin State Prison. These maps are filed concurrently herewith under seal.

**NOTICE OF SUBMISSION OF DOCUMENTS UNDER SEAL**

Under this District's Civil Local Rule 141, Defendants give notice that they are filing the copies of the maps encompassed by the Court's July 28, 2020 order under seal, will file the documents via e-mail with the Court, and serve the parties with copies of the documents.

//

//

2

Defs.' Further Resp. to 7/28/20 Order and Not. of Submission Under Seal  (2:90-cv-00520 KJM-DB (PC))

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF No. 6791.

Dated:  August 7, 2020                                             Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General


*/s/ Elise Owens Thorn*

ELISE OWENS THORN
Deputy Attorney General
*Attorneys for Defendants*

CF1997CS0003

3

Defs.' Further Resp. to 7/28/20 Order and Not. of Submission Under Seal  (2:90-cv-00520 KJM-DB (PC))

# EXHIBIT A

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION   GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



August 7, 2020


Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500


*VIA EMAIL ONLY*

RE:   COLEMAN MAPS- ISOLATION AND QUARANTINE SPACE

Dear Mr. Hrvatin and Ms. Thorn:

On July 28, 2020, the *Coleman* Court ordered that "[n]ot later than Friday, July 31, 2020 at noon, defendants shall file the following information: (1) Using the most recent monthly maps filed under seal, ECF No. 6777, specific identification of the location of any unit or units at each prison proposed to be vacated to comply with the *Plata* court quarantine space order; (2) Whether any Coleman class members reside in any units proposed to be vacated and, if so, how many reside in each unit and what is their mental health classification level; (3) If there are Coleman class members who defendants propose to move, where do defendants propose to move them and what level of mental health care will they receive in their proposed new location." (ECF No. 6791 at 5). The Court also ordered that "[n]ot later than August 7, 2020 at noon, defendants shall file the information required by paragraph 3 of this order for any additional delegations they have made." (*Id.*).

In accordance with this order, on July 31, 2020, Defendants filed maps of 31 institutions where space has been set aside for isolation and quarantine space. In addition to the revised maps, Defendants included a chart that provided information on the number of *Coleman* class members who transferred out of the buildings identified for use as quarantine and isolation space on July 29 and 30, 2020. CDCR also provided the number of class members housed in those units as of the morning of July 31, 2020.

In response to the second part of the July 28, 2020 order, CDCR now submits maps identifying the space set aside for isolation and quarantine at the four institutions not included in the previous filing: California Health Care Facility, Folsom State Prison, Sierra Conservation Center, and San Quentin State Prison. CDCR has also attached a chart that provides the number of *Coleman* class members in each space and their level of care. Most of the space reserved for isolation and quarantine at these institutions was vacant or already designated for this purpose. Therefore, there have not been any recent transfers of *Coleman* class members out of these locations to create isolation and quarantine space. The number of *Coleman* class members listed

in the chart reflects *Coleman* class members who are currently in quarantine or isolation in those designated locations. These patients will transfer to appropriate housing once their medical concerns are resolved.

We hope the information provided is helpful to the Court.

Respectfully,

*/s/ Melissa C. Bentz*

Melissa C. Bentz
Attorney
Office of Legal Affairs
California Department of Corrections and Rehabilitation

DOCUMENTS FILED UNDER SEAL

(Maps)

| Institution | Location and type of reserved space | Number of Bed(s) | Type of Housing | Number of MHSDS Patients* | Level of Care* | Comments |
|---|---|---|---|---|---|---|
| CHCF | Facility E Main Yard tents (100 beds); Facilities A, B, C and D total of 92 negative pressure rooms | 192 | Facility E- Tents Facilities A, B, C, and D- Cells | 62 | 25 CCCMS; 6 EOP; 24 ICF; 7 APP | The tents at CHCF have not been activated. The negative pressure rooms are placed throughout each facility. For example, Facility B has 2 negative pressure rooms in each unit on the facility. These rooms are currently used for patients with contagious diseases. Although these rooms are on facilities that house other inmates who are not on isolation or quarantine status, staff are trained to take extra precautions to prevent cross-contamination between the patient in the negative pressure room and others in the unit. The patients identified in column E are currently in the negative pressure rooms and are under isolation or quarantine. These patients will not be transferred until their medical concerns are resolved. |
| FOL | Main Yard Tents 40 beds; Facility A Unit IV Tier 2 A & B side cells 88 beds; Facility B FWF A Dorm Pods 3/4 126 beds; MSF Dorm 500/600 32 beds | 286 | Main Yard- Tents Facility A- Cells FWF- Dorms MSF- Dorms | 9 | CCCMS | The isolation and quarantine units are also designated on the map as a TMHU. However, the TMHU beds are in a separate location within the building that is isolated from the isolation and quarantine space. There will be no interaction between the patients in the TMHU and those in the isolation/quarantine units. The patients in the isolation/quarantine units are currently under isolation or quarantine and will not be transferred until the COVID concerns are resolved. |
| SCC | Facility C Gym | 100 | Gym | - | - | The gym at SCC has not been activated. |
| SQ | Gym 108 beds; Main yard tents (1) 150 beds | 258 | Gym Main Yard- Tents | 19 | 14 CCCMS; 5 EOP | The patients in the isolation/quarantine units are currently under isolation or quarantine and will not be transferred until the COVID concerns are resolved. |

* Information as of August 6, 2020.