1   XAVIER BECERRA
    Attorney General of California
2   MONICA N. ANDERSON
    Senior Assistant Attorney General
3   DAMON MCCLAIN, SBN 209508
    Supervising Deputy Attorney General
4   NASSTARAN RUHPARWAR , SBN 263293
    Deputy Attorney General
5    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
6    Telephone:  (415) 510-4435
     Fax:  (415) 703-1234
7    E-mail:  nasstaran.ruhparwar@doj.ca.gov
    *Attorneys for Defendants*

Hanson Bridgett LLP
PAUL B. MELLO, State Bar No. 179755
SAMANTHA D. WOLFF, State Bar No. 240280
 425 Market Street, 26th Floor
 San Francisco, California 94105
 Telephone:  (415) 777-3200
 Fax:  (415) 541-9366
 E-mail: pmello@hansonbridgett.com

8

9           IN THE UNITED STATES DISTRICT COURTS

10        FOR THE EASTERN DISTRICT OF CALIFORNIA

11        AND THE NORTHERN DISTRICT OF CALIFORNIA

12    UNITED STATES DISTRICT COURT COMPOSED OF THREE JUDGES

13      PURSUANT TO SECTION 2284, TITLE 28 UNITED STATES CODE

14

| | |
|---|---|
| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| **GAVIN NEWSOM, et al.,** | |
| Defendants. | |
| **MARCIANO PLATA, et al.,** | C01-1351 JST |
| Plaintiffs, | **THREE-JUDGE COURT** |
| v. | |
| **GAVIN NEWSOM, et al.,** | **DEFENDANTS' AUGUST 2020 STATUS REPORT IN RESPONSE TO FEBRUARY 10, 2014 ORDER** |
| Defendants. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    The State submits this status report on the current in-state and out-of-state adult prison

2    populations and the measures being taken to comply with the Court's February 10, 2014 Order

3    Granting in Part and Denying in Part Defendants' Request for Extension of December 31, 2013

4    Deadline (February 10, 2014 Order).  Exhibit A sets forth the current design bed capacity,

5    population, and population as a percentage of design bed capacity for each state prison and for all

6    state prisons combined.  Exhibit B sets forth the status of the measures Defendants have

7    implemented as required by the February 10, 2014 Order.  (ECF 2766/5060 at ¶¶ 4-5.)

8    As of August 12, 2020, 96,881 inmates were housed in the State's 34 adult institutions

9    and no inmates[1] were housed in out-of-state facilities.  (Ex. A. [2])  The State's prison population is

10   approximately 113.9% of design capacity.  (Ex. A.)

11

12   Dated:  August 17, 2020                    XAVIER BECERRA
                                                Attorney General of California
13
                                                By:  /s/ Nasstaran Ruhparwar
14                                                   NASSTARAN RUHPARWAR
                                                     Deputy Attorney General
15                                                   Attorneys for Defendants

16   Dated:  August 17, 2020                    HANSON BRIDGETT LLP

17                                              By:  /s/ Paul B. Mello
                                                     PAUL B. MELLO
18                                                   Attorneys for Defendants

19

20

21

22

23

24

25

26

27   [1] This statistic only concerns inmates in out-of-state contract beds and does not include inmates
     housed in other states under interstate compact agreements.
28   [2] The data in Exhibit A is taken from CDCR's August 12, 2020 weekly population report,
     available on CDCR's website at https://www.cdcr.ca.gov/research/population-reports-2/.