# EXHIBIT A

Population as of August 12, 2020

| Institution | Design Capacity | Actual Population | Population as % of design capacity |
|---|---|---|---|
| Total housed in adult institutions[1] | 85,083 | 96,881 | 113.9% |
| Total housed in camps | | 2,109 | |
| Total housed out of state | | 0 | |
| **Individual CDCR Institutions - Men** | | | |
| Avenal State Prison | 2,920 | 3,789 | 129.8% |
| California State Prison, Calipatria | 2,308 | 2,905 | 125.9% |
| California Correctional Center* | 3,883 | 3,066 | 79.0% |
| California Correctional Institution | 2,783 | 3,398 | 122.1% |
| California State Prison, Centinela | 2,308 | 3,169 | 137.3% |
| California Health Care Facility, Stockton | 2,951 | 2,561 | 86.8% |
| California Institution for Men | 2,976 | 2,505 | 84.2% |
| California Men's Colony | 3,838 | 3,394 | 88.4% |
| California Medical Facility | 2,361 | 2,178 | 92.2% |
| California State Prison, Corcoran | 3,116 | 3,359 | 107.8% |
| California Rehabilitation Center | 2,491 | 2,663 | 106.9% |
| Correctional Training Facility | 3,312 | 4,508 | 136.1% |
| Chuckawalla Valley State Prison | 1,738 | 2,082 | 119.8% |
| Deuel Vocational Institution | 1,681 | 1,463 | 87.0% |
| Folsom State Prison | 2,066 | 2,457 | 118.9% |
| High Desert State Prison | 2,324 | 3,396 | 146.1% |
| Ironwood State Prison | 2,200 | 2,990 | 135.9% |
| Kern Valley State Prison | 2,448 | 3,538 | 144.5% |
| California State Prison, Los Angeles | 2,300 | 3,036 | 132.0% |
| Mule Creek State Prison | 3,284 | 3,872 | 117.9% |
| North Kern State Prison | 2,694 | 1,670 | 62.0% |
| Pelican Bay State Prison | 2,380 | 2,384 | 100.2% |
| Pleasant Valley State Prison | 2,308 | 2,902 | 125.7% |
| RJ Donovan Correctional Facility | 2,992 | 3,624 | 121.1% |
| California State Prison, Sacramento | 1,828 | 2,273 | 124.3% |
| California Substance Abuse Treatment Facility, Corcoran | 3,424 | 4,587 | 134.0% |
| Sierra Conservation Center* | 3,836 | 3,476 | 90.6% |
| California State Prison, Solano | 2,610 | 3,502 | 134.2% |
| California State Prison, San Quentin | 3,082 | 3,126 | 101.4% |
| Salinas Valley State Prison | 2,452 | 2,779 | 113.3% |
| Valley State Prison | 1,980 | 2,859 | 144.4% |
| Wasco State Prison | 2,984 | 1,986 | 66.6% |
| **Individual CDCR Institutions - Women** | | | |
| Central California Women's Facility | 2,004 | 2,099 | 104.7% |
| California Institution for Women* | 1,398 | 1,265 | 90.5% |
| Folsom Women's Facility | 403 | 129 | 32.0% |

* The individual Design Capacity and Actual Population figures for California Correctional Center, Sierra Conservation Center and California Institution for Women include persons housed in camps. This population is excluded from the "Total housed in adult institutions" included on Exhibit A.

[1] The "Actual Population" includes inmates housed in medical and mental health inpatient beds located within Correctional Treatment Centers, General Acute Care Hospitals, Outpatient Housing Units, and Skilled Nursing Facilities at the State's 34 institutions. Many of those beds are not captured in "Design Capacity".

Source - August 12, 2020 Weekly Population Report, available at: https://www.cdcr.ca.gov/research/population-reports-2/.

# EXHIBIT B

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                              GAVIN NEWSOM, GOVERNOR

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



August 17, 2020

Paul Mello
Hanson Bridgett
1676 N. California Boulevard, Suite 620
Walnut Creek, CA 94596

Dear Mr. Mello:

Attached please find the California Department of Corrections and Rehabilitation's August 2020 Status Update for the Three-Judge Court proceeding.

Sincerely,

*Jennifer Neill*

JENNIFER NEILL
General Counsel, Office of Legal Affairs
California Department of Corrections and Rehabilitation



# AUGUST 17, 2020 UPDATE TO THE THREE-JUDGE COURT

On February 10, 2014, the Three-Judge Court extended the deadline to achieve the court-ordered reduction in the in-state adult institution population to 137.5% of design capacity to February 28, 2016.  (ECF Nos. 2766/5060 & 2767/5061.)  This report is CDCR's 77th report submitted since the Court issued its population-reduction order, and the 65th report submitted since February 2015, when Defendants informed the Court that the population was below the court-ordered reduction.  (ECF No. 2838/5278, filed February 17, 2015.)  It has now been over five years since Defendants have been in full compliance with the population-reduction order.  As of August 12, 2020, the State's prison population is 113.9% of design capacity.

A.      Update on durability:

As previously reported, Proposition 57, the State's durable remedy that enacts many of the Court-ordered reforms as well as expands credit earning opportunities, was approved by voters in November 2016.

On May 1, 2018, regulations for Proposition 57 were approved and made permanent. Information about these regulations can be found at: https://www.cdcr.ca.gov/proposition57/.

Later, in December 2018, the Office of Administrative Law approved two emergency regulation packages which: (1) amend the nonviolent offender parole process to distinguish between determinately and indeterminately sentenced offenders and implement a parole consideration process for indeterminately sentenced, nonviolent offenders ("Nonviolent Offender Package"); and (2) expands credit earning opportunities ("Credit Earning Package") for inmates who achieve a High School diploma or its equivalent or who complete 52 hours of programming under the Rehabilitative Achievement Credit program.  The Credit Earning Package also reduces the minimum amount of time an inmate must serve until released following a sudden award of substantial credit.  The Credit Earning Package went into effect on January 9, 2019.

The Nonviolent Offender Package went into effect on January 1, 2019.  Following the Court of Appeal's decision *In re McGhee*, effective July 9, 2019, CDCR no longer applies the previously mandated public safety screening criteria to eligible nonviolent offenders.  All eligible (determinately and indeterminately sentenced) nonviolent offenders are now referred to the Board of Parole Hearings for consideration, regardless of their in-prison behavior.  On September 10, 2019, the Office of Administrative Law approved the emergency regulations repealing the public safety screening criteria for determinately sentenced, nonviolent offenders.  On March 26, 2020, the Office of Administrative Law made the emergency regulations permanent.  The notices of approval and publication can be found here: https://www.cdcr.ca.gov/regulations/wp-content/uploads/sites/171/2020/04/Adopted-NCR-19-06.pdf?label=Adopted%20Regulations%20for%20Supplemental%20Reforms%20to%20Parole%20Consideration%20for%20Determinately-

15853516.1

Sentenced%20Nonviolent%20Offenders&from=https://www.cdcr.ca.gov/regulations/cdcr-regulations/new-rules-page/.

In addition, in response to the COVID-19 pandemic, pursuant to Governor Newsom's March 24, 2020 Executive Order N-36-20 and CDCR's Secretary Ralph Diaz's independent authority under California Government Code § 8658, CDCR reduced the inmate population at CDCR's institutions.

The impact of the above-described regulations include:

1. <u>Increased credit earning opportunities for all inmates except the condemned and those serving life without parole.</u>

   3,932 inmates released in July earned credit authorized by Proposition 57 towards their advanced release date. These inmates earned an estimated average of 153.2 days of additional credit.[1]

2. <u>Determinately Sentenced Nonviolent Offender Parole Process.</u>

   CDCR began referring inmates to the Board for this process on July 1, 2017, pursuant to the emergency regulations promulgated on April 13, 2017. From July 1, 2017 through July 31, 2020, 21,354 referrals were made to the Board. As of July 31, 2020, 18,211 referrals have been reviewed on the merits, with 3,550 inmates approved for release and 14,661 denied. Additionally, 1,923 referrals have been closed because the Board's jurisdictional review of the inmates' criminal history and central file revealed they were not eligible for parole consideration. The remaining referrals are pending review, including the 30-day period for written input from inmates, victims, and prosecutors.

3. <u>Indeterminately Sentenced Nonviolent Offender Parole Process.</u>

   CDCR began screening indeterminately-sentenced, nonviolent offenders for eligibility in January 2019. As of July 31, 2020, 2,407 inmates have been referred to the Board for a parole consideration hearing, of which 51 were closed because the Board's jurisdictional review of the inmates' criminal history and central file revealed they were not eligible for parole consideration. The Board conducted 535 hearings for indeterminately sentenced nonviolent offenders. The hearings resulted in 152 grants, 339 denials, and 44 stipulations to unsuitability. An additional 425 hearings were scheduled but were postponed, waived, continued, or cancelled. The remaining referrals are pending parole suitability hearings.

---

[1] This number does not include inmates released from fire camps.

B. <u>Update on Other Measures Defendants Continue to Implement</u>:

1. <u>Contracting for additional in-state capacity in county jails, community correctional facilities, private prison(s), and reduction of out-of-state beds</u>:

    Defendants have reduced the population in CDCR's 34 institutions by transferring inmates to in-state facilities.

    a. Private Prison (California City):

    The current population of California City is approximately 2,151 inmates.

    b. Community correctional facilities (CCFs), modified community correctional facilities (MCCFs), and Female Community Reentry Facility (FCRFs):

    The State currently has contracted for 2,818 MCCF and FCRF beds that are in various stages of activation and transfer.

    c. County jails:

    The State continues to evaluate the need for additional in-state jail bed contracts to house CDCR inmates.

    d. Reduction of inmates housed out-of-state:

    On February 10, 2014, the Court ordered Defendants to "explore ways to attempt to reduce the number of inmates housed in out-of-state facilities to the extent feasible." Since that time, the State has reduced the out-of-state inmate population to zero.[2] The last inmates in out-of-state contract beds returned to California at the end of June 2019.

2. <u>Parole process for medically incapacitated inmates</u>:

    The State continues to work closely with the Receiver's Office to implement this measure. The Receiver's Office is continuing to review inmates and is sending completed recommendations to CDCR. Recommendations received from the Receiver's office are reviewed by DAI and referred to the Board for a hearing. As of August 9, 2020, the Board has held 193 medical parole hearings under the revised procedures, resulting in 118 approvals and 75 denials. An additional 42[3] were scheduled, but were postponed, continued, or cancelled.

3. <u>Parole process for inmates 60 years of age or older having served at least 25 years</u>:

    The Board continues to schedule eligible inmates for hearings who were not already in the Board's hearing cycle, including inmates sentenced to determinate terms. From

---

[2] This statistic only concerns inmates in out-of-state contract beds and does not include inmates housed in other states under interstate compact agreements.

[3] Due to a typographical error, last month's report mistakenly stated that an additional 70 hearings were scheduled, but were postponed, continued, or cancelled. The correct number was 42 and remains unchanged for this month.

February 11, 2014, through July 31, 2020, the Board held 4,702 hearings for inmates eligible for elderly parole, resulting in 1,325 grants, 2,927 denials, 450 stipulations to unsuitability, and there currently are no split votes that require further review by the full Board. An additional 2,356 hearings were scheduled during this period but were waived, postponed, continued, or cancelled.

As discussed in prior reports, the State enacted Assembly Bill 1448 on October 11, 2017, authorizing an elderly parole program for inmates age 60 or older who have served at least 25 years of incarceration. The State will continue to implement the Court-ordered elderly parole process until this matter is terminated or the February 10, 2014 Order is modified.

4. Male Community Reentry Programs:

Contracts for the San Diego County, Los Angeles County, Kern County, and Butte County Male Community Reentry Programs are in place. The State continues to review and refer eligible inmates for placement consideration. As of June 10, 2020, 324 inmates are housed in Male Community Reentry Program facilities.

5. Expanded alternative custody program:

The State's expanded alternative custody program for females, Custody to Community Treatment Reentry Program (CCTRP), provides female inmates with a range of rehabilitative services that assist with alcohol and drug recovery, employment, education, housing, family reunification, and social support. Female inmates in the CCTRP are housed at facilities located in San Diego, Santa Fe Springs, Bakersfield, Stockton, and Sacramento. As of August 12, 2020, 147 female inmates are participating in the CCTRP.

6. Reduction of inmate population in response to COVID-19 pandemic:

On March 24, 2020, Governor Newsom issued an Executive Order N-36-20 suspending the intake of new inmates into CDCR facilities for 30 days subject to one further 30-day extension as needed in order "to protect the health, safety, and welfare" of CDCR inmates and staff. Secretary Diaz has since extended the suspension of intake. CDCR has not set a date to resume intake. Further to these efforts, in March 2020, Secretary Diaz exercised his independent authority under California Government Code § 8658 to transition inmates for whom CDCR staff determined that public safety risk does not preclude release to early parole or Post Release Community Supervision. Inmates with 60 days or less remaining on their sentence (as of March 30, 2020) who were not serving a current term for a violent felony, or for a domestic violence offense, and were not required to register as a sex offender had their release to parole or Post Release Community Supervision accelerated under Secretary Diaz's direction. As of the end of the day on April 14, 2020, a total of 3,585 inmates were released as a result of the Secretary's directive and other natural attrition. In addition, at the end of June 2020, CDCR implemented a new plan to further safely reduce the prison population under California Government Code section 8658. Under the plan, incarcerated people who are within 180 days of their release date will be released on a rolling basis provided they meet certain criteria. On July 10, 2020, CDCR announced additional plans for early releases. Further

details can be found at https://www.cdcr.ca.gov/news/2020/07/10/cdcr-announces-additional-actions-to-reduce-population-and-maximize-space-systemwide-to-address-covid-19/. Through August 9, 2020, 4,421 incarcerated people were released from CDCR institutions and camps as a result of the COVID-19 early-release programs announced by Defendants on July 10, 2020. As of August 9, 2020, 17,832 people had been released from CDCR institutions and camps since the beginning of March 2020.