XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DEFENDANTS' SUBMISSION OF MAPS AND DATA IN FURTHER RESPONSE TO THE JUNE 10, 2020 ORDER** |

On May 8, 2020, the Court ordered Defendants to submit by May 15 maps and other data concerning the housing of *Coleman* class members to reduce the spread of COVID-19 and enhance physical distancing. (ECF No. 6661 at 11-12.) Defendants submitted the maps and other documents in camera on May 15. (ECF No. 6706 at 2.) On May 22, the Court ordered the parties to meet and confer and file by May 27 "a stipulated request concerning the filing of the maps and other documents" describing the California Department of Corrections and Rehabilitation's mental health programs at various prison facilities, as impacted by the COVID-

1

Defs.' Further Resp. June 10, 2020 Order (2:90-cv-00520 KJM-DB (PC))

1  19 pandemic.  (ECF No. 6681 at 1.)  The May 22 order also requires Defendants to file updated
2  maps and accompanying information the 15th of every month, starting on June 15.  (*Id.* at 2.)  On
3  June 10, the Court approved and ordered the parties' stipulation concerning the filing of maps and
4  other documents describing the California Department of Corrections and Rehabilitation's mental
5  health programs at various prison facilities, as impacted by the COVID-
6  19 pandemic.  (ECF No. 6706.)  The stipulation provides that the submitted maps, and any
7  revised version of the maps contemplated by the May 22 order, should be filed under seal.  (*Id.*)
8  In addition to the maps, the requested information includes patient census, and level-of-care data
9  and information that does not need to be filed under seal.  (ECF No. 6706 at 2.)

   Attached as Exhibit A is a letter from CDCR Office of Legal Affairs enclosing updated
11 maps and other documents describing the California Department of Corrections and
12 Rehabilitation's mental health programs at various prison facilities impacted by the COVID-19
13 pandemic.  Defendants concurrently have filed the referenced maps under seal.

14 Dated:  August 17, 2020                    XAVIER BECERRA
                                               Attorney General of California
15                                             ADRIANO HRVATIN
                                               Supervising Deputy Attorney General
16

17                                             /S/ *ELISE OWENS THORN*
                                               Elise Owens Thorn
18                                             Deputy Attorney General
                                               *Attorneys for Defendants*