XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182970
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**RALPH COLEMAN, et al.,**

Plaintiffs,

v.

**GAVIN NEWSOM, et al.,**

Defendants.

Case No. 2:90-cv-00520 KJM-DB (PC)

**DEFENDANTS' APPLICATION FOR ONE-DAY EXTENSION OF TIME, NUNC PRO TUNC, TO FILE MONTHLY INPATIENT REPORTS**

Defendants request a one-day extension of time, nunc pro tunc, by which to file Defendants' Census, Waitlists, and Transfer Timelines Compliance Reports for Inpatient Mental Health Care. As discussed below, good cause exists to grant Defendants' request because Defendants and their counsel diligently worked to meet the filing deadline, and would have filed on time, but for unforeseen difficulties. No previous extensions of time have been granted for this filing. And counsel would have sought the extension earlier, except that its need did not appear until just before the filing deadline.

[3419376.1]                                  1

Defs.' Application for One Day Extension to File Monthly Inpatient Reports (2:90-cv-00520 KJM-DB (PC))

Defendants are required to file on the fifteenth of each month a set of reports on transfers of patients to different levels of care, including between California Department of Corrections and Rehabilitation (CDCR) and Department of State Hospitals (DSH) in compliance with the Court's October 13, 2015 and April 19, 2017 orders. (ECF Nos. 5367 and 5610.) The reports filed are, (1) DSH CDCR Patient Census and Waitlist Report; (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted during the prior month; (3) CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report; (4) CDCR Mental Health Crisis Bed *Coleman* Patient Census and Waitlist Report; (5) Psychiatric Inpatient Programs Census Report; and (6) CDCR Inpatient Program Referrals: Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in the prior month.

Although the bulk of the filing was prepared timely, after working hours, the Attorney General's Office discovered an issue with one of the reports that could not be corrected for the filing. Instead of filing a report with an error, the Attorney General's Office decided to wait for a corrected report and request this one-day extension to complete the filing.

Defendants respectfully request that the Court grant a one-day extension, nunc pro tunc, to accept their filing.

A proposed order is submitted for the Court's consideration.

## CERTIFICATION

In preparing this filing, Defendants' counsel reviewed relevant portions of the following Court orders: October 13, 2015 Order (ECF No. 5367) and April 19, 2017 Orders (ECF No. 5610.)

Dated: August 18, 2020

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/S/ ELISE OWENS THORN*

Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

[3419376.1]    2

Defs.' Application for One Day Extension to File Monthly Inpatient Reports (2:90-cv-00520 KJM-DB (PC))