IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>                                            Plaintiffs,<br><br>          v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>                                            Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR A ONE-DAY EXTENSION OF TIME NUNC PRO TUNC TO FILE DEFENDANTS' MONTHLY INPATIENT REPORTS** |

On August 18, 2020, Defendants filed an application, nunc pro tunc, for a one-day extension of time to file their monthly inpatient reports required under this Court's October 13, 2015 and April 19, 2017 orders. (ECF Nos. 5367 and 5610.)

Good cause appearing, the Court GRANTS Defendants' application for a one-day extension of time, nunc pro tunc, by which to file Defendants' monthly inpatient reports.

Dated: _____          _____
                                                                                The Honorable Kimberly J. Mueller