1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Senior Assistant Attorney General
3  ADRIANO HRVATIN, State Bar No. 220909
   Supervising Deputy Attorney General
4  ELISE OWENS THORN, State Bar No. 145931
   TYLER V. HEATH, State Bar No. 271478
5  KYLE A. LEWIS, State Bar No. 201041
   LUCAS L. HENNES, State Bar No. 278361
6  Deputy Attorneys General
     1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone:  (916) 210-7318
     Fax:  (916) 324-5205
9    E-mail:  Elise.Thorn@doj.ca.gov
   Attorneys for Defendants

   ROMAN M. SILBERFELD, State Bar No. 62783
   GLENN A. DANAS, State Bar No. 270317
   ROBINS KAPLAN LLP
     2049 Century Park East, Suite 3400
     Los Angeles, CA 90067-3208
     Telephone:  (310) 552-0130
     Fax:  (310) 229-5800
     E-mail:  RSilberfeld@RobinsKaplan.com
   Special Counsel for Defendants

10

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13                     SACRAMENTO DIVISION

14

15

16  **RALPH COLEMAN, et al.,**                  Case No. 2:90-cv-00520 KJM-DB (PC)

17                              Plaintiffs,     **DEFENDANTS' CENSUS, WAITLISTS,
                                                AND TRANSFER TIMELINES
18      v.                                      COMPLIANCE REPORTS FOR
                                                INPATIENT MENTAL HEALTH CARE**
19  **GAVIN NEWSOM, et al.,**

20                              Defendants.

21

22         Defendants California Department of Corrections and Rehabilitation (CDCR) and

23  Department of State Hospitals (DSH) file the attached reports capturing data concerning patient

24  census, waitlists, and compliance with transfer timelines for inpatient mental health care in

25  compliance with the Court's October 13, 2015 order.  (ECF No. 5367.)  Attached are letters from

26  DSH and CDCR enclosing the following census and inpatient reports, as modified by the Court's

27  April 19, 2017 order (ECF No. 5610):  (1) DSH CDCR Patient Census and Waitlist Report

28  (Exhibit A); (2) DSH Psychiatric Inpatient Timelines Compliance Report, Patients Admitted

[3419376.1]                              1

July 1 through July 31, 2020 Who Waited Beyond Program Guide Timelines (Exhibit B);

(3) CDCR Psychiatric Inpatient Programs (PIP) *Coleman* Patient Census and Waitlist Report as

of July 27, 2020 (Exhibit C); (4) CDCR Mental Health Crisis Bed *Coleman* Patient Census and

Waitlist Report as of July 27, 2020 (Exhibit D); (5) Psychiatric Inpatient Programs Census Report

as of 7/27/20 (Exhibit E); and (6) CDCR Inpatient Program Referrals: Compliance with Program

Guide Timeframes for Acute and Intermediate Referrals Admitted or Closed in July 2020

(Exhibit F).

The compliance reports at Exhibits B and F show 18 patients admitted to inpatient

programs in July 2020 transferred beyond Program Guide timelines based on delays caused by

COVID-19.

Dated:  August 18, 2020

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ ELISE OWENS THORN*

Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*

[3419376.1]                                          2

Defs.' Census, Waitlists and Compliance Reports for Inpatient Mental Health Care  (2:90-cv-00520 KJM-DB (PC))

State of California – Department of State Hospitals                    Gavin Newsom, Governor

Office of the Director
1600 9th Street, Room 151
Sacramento, California 95814
www.dsh.ca.gov



August 17, 2020

Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

Re:      DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
         COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. Hrvatin and Ms. Thorn:

The California Department of State Hospitals (DSH) submits its monthly information on
patient census, referrals, waitlists, and transfer timeline compliance for inpatient mental
health care.

The DSH CDCR Patient Census and Waitlist Report as of July 27, 2020, attached as
Exhibit A, and the DSH Psychiatric Inpatient Timelines Compliance Report, Patients
Admitted July 1, 2020 through July 31, 2020 Who Waited Beyond Program Guide
Timelines, attached as Exhibit B, are based on data from the DSH Bed Utilization
Management Report.

The report attached as Exhibit A reflects data collected at a single point in time and, as a
result, should not be used for purposes outside of that report.  The report attached as
Exhibit B is the compliance report from DSH, which includes requested compliance data
for all DSH level of care referrals admitted to inpatient care in July 2020, for any inmate-
patient who waited beyond the timelines specified in the Mental Health Services Delivery
System Program Guide (2009 Revision) at 12-1-16.

August 18, 2020
Page Two

DSH also reports that as of July 31, 2020, there were 5 patients from facilities that had lifted COVID-19 holds waiting beyond Program Guide transfer timelines. These referrals are from a psychiatric inpatient program and the patients were in the process of COVID-19 testing prior to transfer to DSH. In addition, DSH's records show seven patients from facilities with active COVID-19-related holds waiting beyond Program Guide transfer timelines.  DSH records also show there were two patients that had COVID-19 holds lifted who were admitted to DSH in July 2020 beyond thirty days.  Those patients were not reported on the Program Guide compliance report because they were transferring from an intermediate care facility level of care to their least restrictive housing, DSH intermediate care in unlocked dorms.

Sincerely,

*/s/ Stephanie Clendenin*
STEPHANIE CLENDENIN
Director
Department of State Hospitals

*"Caring Today for a Safe and Healthy Tomorrow"*

# Exhibit A

State of California                                                                     GAVIN NEWSOM, Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION** Case 2:90-cv-00520-KJM-DB   Document 6823   Filed 08/18/20   Page 6 of 25

Patient Management Unit
1600 Ninth Street, Room 420
Sacramento, CA 95814



### DSH CDCR Patient Census and Waitlist Report
Data as of: 7/27/20

*Acute Care Patients*

| DSH Facility - Acute - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | - | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | **-** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **0** | **(Includes 0 Waiting >10 Days)** |

*Intermediate Care Low Custody - Unlocked Dorms*

| DSH Facility - Unlocked Dorms | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist[7] | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Atascadero | 256 | 210 | 0 | 0 | 0 | 46 | 8 | 6 | 15 | 29 |
| Coalinga | 50 | 43 | 0 | 0 | 0 | 7 | | | | |
| **Total** | **306** | **253** | **0** | **0** | **0** | **53** | **8** | **6** | **15** | **(Includes 13 Waiting >30 Days)[8]** |

*Intermediate Care Low Custody - Unlocked Dorms - Female*

| DSH Facility - Unlocked Dorms - Female | Bed Capacity | Census | Beds on Hold[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Waitlist[7] | | | Total Patients Awaiting Admission |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Referrals Pending Review | Accepted Referrals | | |
| | | | | | | | | CDCR Prison[4] | CDCR PIP[5] | |
| Patton[6] | 30 | 9 | 0 | 0 | 0 | 11 | 0 | 4 | 0 | 4 |
| **Total** | **30** | **9** | **0** | **0** | **0** | **11** | **0** | **4** | **0** | **(Includes 0 Waiting >30 Days)** |

[1]Beds on hold are assigned for internal patient movement and patients waiting to transfer to DSH. When allocated *Coleman* beds are at maximum capacity within the facility, beds with patients pending discharge may be placed on hold for accepted patients to maximize bed utilization. This may result in negative totals for available beds, but does not necessarily imply exceeding capacity.

[2]Redlined beds are temporarily unavailable due to repairs.

[3]Medical isolation rooms are required for licensing and physically differ from the other housing in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4]Direct referrals from a CDCR prison for patients awaiting transfer to DSH for inpatient treatment.

[5]Referrals for patients currently receiving inpatient treatment within a CDCR PIP referred to DSH for stepdown of LRH or Level of Care change.

[6]Beds at DSH-P are for female patients only.

[7]Waitlist includes 20 referrals on hold by CDCR.

[8]Patients waiting >30 days are due to COVID-19 holds on referring facilities, which may include COVID-19 holds recently lifted.

# Exhibit B

State of California
GAVIN NEWSOM, Governor

**DIVISION OF HOSPITAL STRATEGIC PLANNING AND IMPLEMENTATION**

Patient Management Unit

1600 Ninth Street, Room 420

Sacramento, CA 95814



### DSH Psychiatric Inpatient Timelines Compliance Report

Patients Admitted July 1 through July 31, 2020 Who Waited Beyond Program Guide Timelines

| Level of Care | Patients Waiting Outside Program Guide Timelines[3] | Days Waited Outside Program Guide Timelines[4] |
|---|---|---|
| Intermediate Care Admissions | 0 | 0 |
| **Subtotal** | **0** | **0** |
| Exceptions to Program Guide Timelines - OTC, OTH, and Medical Holds[1] | 0 | 0 |
| Exceptions to Program Guide Timelines - Internal Referrals[2] | 0 | 0 |
| **Total Excluding Exceptions to Program Guide Timelines** | **0** | **0** |

[1]Includes exceptions to the Program Guide timelines for referrals on hold for patients with out-to-court status, out-to-hospital status, and medical holds.
[2]Includes exceptions to the Program Guide timelines for CDCR patients currently receiving inpatient treatment within a DSH program and have been referred for internal movement within DSH.
[3]Including patients admitted in July 2020 who waited greater than 30 days from the referral received date to DSH for a change in level of care.
[4]Includes the total number of days patients admitted in July 2020 waited beyond 30 days from the referral received date to DSH for a change in level of care.

Source: BUMMs

Patient Management Unit

1600 Ninth Street, Room 420

Sacramento, CA 95814



**DSH Psychiatric Inpatient Timelines Compliance Report**

Patients Admitted July 1 through July 31, 2020 Who Waited Beyond Program Guide Timelines

*Patients Admitted to Intermediate Care*

| Name | CDCR # | CDCR Direct/ DSH Internal | Total Days on Waitlist | Number of Days Waited Beyond Program Guide Timelines | Total Days on Hold | Exclusion Days | Total Days Waited Excluding Exceptions[1] | Exception Reason(s) |
|---|---|---|---|---|---|---|---|---|
| - | - | - | - | - | - | - | - | - |
| **Total Number of Patients Waiting Over 30 Days** | **0** | **Total Number of Days All Patients** | **0** | **0** | **0** | **0** | **0** | - |

Case 2:90-cv-00520-KJM-DB   Document 6823   Filed 08/18/20   Page 10 of 25

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



August 17, 2020

Adriano Hrvatin, Esq.
Elise Owens Thorn, Esq.
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-5500

RE:     DEFENDANTS' CENSUS, WAITLISTS AND TRANSFER TIMELINES
        COMPLIANCE REPORTS FOR INPATIENT MENTAL HEALTH CARE

Dear Mr. Hrvatin and Ms. Thorn:

        The California Department of Corrections and Rehabilitation (CDCR) submits its monthly
information on patient census, referrals, waitlists, and transfer timeline compliance for inpatient
mental health care.

        The CDCR Psychiatric Inpatient Programs (PIP) Coleman Patient Census and Waitlist
Report as of July 27, 2020 (Exhibit C), the CDCR Mental Health Crisis Bed Coleman Patient
Census and Waitlist Report as of July 27, 2020 (Exhibit D), the Psychiatric Inpatient Programs
Census Report as of 7/27/2020 (Exhibit E), and the CDCR Inpatient Program Referrals:
Compliance with Program Guide Timeframes for Acute and Intermediate Referrals Admitted or
Closed in July 2020 (Exhibit F), are generated using data from CDCR's tracking software, the
Referrals to Inpatient Programs Application.

        The reports attached as Exhibits C and D reflect data collected at a single point in time
and, as a result, should not be used for purposes outside of those reports.  The reports attached as
Exhibit F are compliance reports from CDCR, which include requested compliance data for all
referrals admitted to inpatient care in July 2020, for any inmate-patient who waited beyond the
timelines specified in the Mental Health Services Delivery System Program Guide (2009
Revision) at 12-1-16.

August 17, 2020
Page Two

      Although not reflected in CDCR's census and waitlist report and PIP census report at Exhibits C and E, the California Medical Facility's PIP is operating with thirteen beds offline due to staffing shortages (psychiatry and nursing) and an additional two beds offline within dorm housing in order to achieve physical distancing.

Sincerely,

*/s/ Amar Mehta*
AMAR MEHTA, M.D.
Deputy Director (A)
Statewide Mental Health Program

# Exhibit C

**CDCR Psychiatric Inpatient Programs (PIP)**
Coleman Patient Census and Waitlist Reports as of
July 27, 2020

| MALE ACUTE PIPs | Bed Capacity | Census | Beds Reserved[1] | Beds Redlined[2] | Medical Isolation Rooms[3] | Available Beds | Pending Referrals[4] | Accepted Referrals[5] | Total Waitlist | Total Acute Referrals Waiting > 10 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| California Health Care Facility (CHCF) | 161 | 113 | 2 | 0 | 7 | 39 | | | | |
| California Medical Facility (CMF) | 207 | 183 | 1 | 0 | 0 | 23 | | | | |
| **Total** | **368** | **296** | **3** | **0** | **7** | **62** | **107** | **1** | **108** | **2** |

| MALE INTERMEDIATE LOCKED DORM PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| CMF | 84 | 61 | 1 | 0 | 0 | 22 | | | | |
| **Total** | **84** | **61** | **1** | **0** | **0** | **22** | **1** | **0** | **1** | **0** |

| MALE INTERMEDIATE HIGH CUSTODY PIPs | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|
| CHCF Single Cell | 356 | 343 | 10 | 0 | 11 | -8 | | | | |
| CMF Multi Cell | 68 | 41 | 2 | 0 | 0 | 25 | | | | |
| CMF Single Cell | 105 | 102 | 3 | 0 | 0 | 0 | | | | |
| SVSP Multi Cell | 44 | 34 | 3 | 0 | 0 | 7 | | | | |
| SVSP Single Cell | 202 | 165 | 3 | 2 | 0 | 32 | | | | |
| **Total** | **775** | **685** | **21** | **2** | **11** | **56** | **193** | **6** | **199** | **16** |

| MALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CSP, San Quentin (Condemned) | 30 | 23 | 0 | 0 | 0 | 7 | | | | | |
| CSP, San Quentin (Non-Condemned) | 10 | 4 | 0 | 0 | 0 | 6 | | | | | |
| **Total** | **40** | **27** | **0** | **0** | **0** | **13** | **1** | **0** | **1** | **0** | **0** |

| FEMALE HIGH CUSTODY PIP | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| California Institution for Women | 45 | 28 | 0 | 0 | 0 | 17 | | | | | |
| **Total** | **45** | **28** | **0** | **0** | **0** | **17** | **4** | **0** | **4** | **0** | **0** |

| | Bed Capacity | Census | Beds Reserved | Beds Redlined | Medical Isolation Rooms | Available Beds | Pending Referrals | Accepted Referrals | Total Waitlist | Total Acute Referrals Waiting > 10 Days | Total Intermediate Referrals Waiting > 30 Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **GRAND TOTALS - ALL PIPs** | **1312** | **1097** | **25** | **2** | **18** | **170** | **306** | **7** | **313** | **2** | **16** |

[1] Beds Reserved - Beds held or endorsed to by the Health Care Placement Oversight Program (HCPOP) for a specific patient. The referral is either pending clinical acceptance by the PIP or the patient is pending transfer to the PIP.

[2] Beds Redlined - Beds are temporarily unavailable fpr patient placement due to repairs or single cell status (if a two-man cell).

[3] Medical Isolation Rooms - Rooms are required for licensing and physically differ from the other housing cells in the program, i.e., have showers or restricted sightlines into the cell, and are deemed inappropriate for everyday use.

[4] Pending Referrals - Includes all referrals received by the Mental Health Inpatient Referrals Unit (new inpatient referral, level of care transfers, least restrictive housing transfers) that are pending a clinical referral review, least restrictive housing determination, HCPOP endorsement/bed vacancy, or inpatient program acceptance.

[5] Accepted Referrals - Includes all referrals that have been endorsed to a bed, have been accepted by the inpatient program, and are awaiting transfer.

\* There are 2 APP referrals, waiting greater than 10 days, that are pending exceptions due to COVID-19.

\*\*There are 15 ICF referrals, waiting greater than 30 days, that are pending exceptions due to COVID-19; and there is 1 ICF referral, waiting greater than 30 days, that is pending a medical hold exception.

# Exhibit D

## CDCR Mental Health Crisis Bed
## *Coleman* Patient Census and Waitlist Report as of
## July 27, 2020

| CDCR MHCB Programs | Bed Capacity | Census | Beds Redlined | Available Beds | Total Pending Referrals | Beds Assigned | Total Pending Referrals > 24 hours |
|---|---|---|---|---|---|---|---|
| Male Programs | 424 | 243 | 8 | 173 | 1 | 1 | 0 |
| Female Programs | 41 | 12 | 0 | 29 | 0 | 0 | 0 |
| Totals | 465 | 255 | 8 | 202 | 1 | 1 | 0 |

# Exhibit E

## PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 07/27/2020

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Male Acute Care Programs** | | | |
| PIP-Vacaville | 207 | No Score: | 2 |
| | | Level I: | 11 |
| | | Level II: | 37 |
| | | Level III: | 31 |
| | | Level IV | 102 |
| | | **Total Census:** | **183** |
| PIP-Stockton | 161 | No Score: | 2 |
| | | Level I: | 10 |
| | | Level II: | 29 |
| | | Level III: | 12 |
| | | Level IV | 60 |
| | | **Total Census:** | **113** |
| DSH-Atascadero | 0 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 0 |
| | | Level IV | 0 |
| | | **Total Census:** | **0** |
| **Totals for Male Acute** | **368** | | **296** |
| **Male Intermediate Care Facility (High Custody) Programs** | | | |
| PIP-Stockton | 356 | No Score: | 2 |
| | | Level I: | 12 |
| | | Level II: | 48 |
| | | Level III: | 32 |
| | | Level IV | 249 |
| | | **Total Census:** | **343** |
| | | *Total out of LRH:* | *205* |
| PIP-Vacaville | 105 | No Score: | 1 |
| | | Level I: | 3 |
| | | Level II: | 15 |
| | | Level III: | 16 |
| | | Level IV | 67 |
| | | **Total Census:** | **102** |
| | | *Total out of LRH:* | *41* |
| PIP-Vacaville Multi-person Cells | 68 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 7 |
| | | Level III: | 5 |
| | | Level IV | 29 |
| | | **Total Census:** | **41** |
| | | *Total out of LRH:* | 11 |

## PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 07/27/2020

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| PIP-Salinas Valley | 202 | No Score: | 1 |
| | | Level I: | 4 |
| | | Level II: | 18 |
| | | Level III: | 16 |
| | | Level IV | 117 |
| | | PC 1370: | 7 |
| | | WIC 7301: | 2 |
| | | **Total Census:** | **165** |
| | | *Total out of LRH:* | *63* |
| PIP-Salinas Valley Multi-person Cells | 44 | No Score: | 0 |
| | | Level I: | 1 |
| | | Level II: | 8 |
| | | Level III: | 6 |
| | | Level IV | 17 |
| | | PC 1370: | 1 |
| | | WIC 7301: | 0 |
| | | **Total Census:** | **33** |
| | | *Total out of LRH:* | *14* |
| **Totals for Male ICF High Custody** | **775** | | **684** |
| **Male Intermediate Care Facility (Low Custody) Programs** | | | |
| PIP-Vacaville Dorms | 84 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 18 |
| | | Level III: | 14 |
| | | Level IV | 29 |
| | | **Total Census:** | **61** |
| | | *Total out of LRH:* | *15* |
| DSH-Atascadero | 256 | No Score: | 0 |
| | | Level I: | 33 |
| | | Level II: | 121 |
| | | Level III: | 23 |
| | | Level IV | 34 |
| | | **Total Census:** | **211** |
| DSH-Coalinga | 50 | No Score: | 0 |
| | | Level I: | 3 |
| | | Level II: | 21 |
| | | Level III: | 6 |
| | | Level IV | 13 |
| | | **Total Census:** | **43** |
| **Totals for Male ICF Low Custody** | **390** | | **315** |
| **Male Programs** | | | |
| PIP-San Quentin | 30 | **Total Census:** | **23** |
| PIP-San Quentin Non-condemned | 10 | No Score: | 0 |
| | | Level I: | 0 |
| | | Level II: | 0 |
| | | Level III: | 1 |
| | | Level IV: | 3 |
| | | **Total Census:** | **4** |
| **Totals for Male ICF/Acute** | **40** | | **27** |

**PSYCHIATRIC INPATIENT PROGRAMS CENSUS AS OF 07/27/2020**

| Facility | Bed Capacity | Beds Occupied | |
|---|---|---|---|
| **Female Programs** | | | |
| DSH-Patton | 30 | No Score: | 0 |
| | | Level I: | 2 |
| | | Level II: | 6 |
| | | Level III: | 0 |
| | | Level IV | 1 |
| | | **Total Census:** | **9** |
| PIP-California Institution for Women | 45 | No Score: | 3 |
| | | Level I: | 4 |
| | | Level II: | 7 |
| | | Level III: | 1 |
| | | Level IV | 12 |
| | | WIC 7301: | 1 |
| | | **Total Census:** | **28** |
| | | *Total out of LRH:* | *8* |
| **Totals for Female ICF/Acute** | **75** | | **37** |
| **Total Inpatient Program Capacity and Census - Male and Female** | | | |
| **GRAND TOTALS** | **1648** | | **1359** |

❖ **Beds Occupied:** For each program, identify the total number of patients in the program and the total at each custody level, i.e., Level I-IV. Level I has placement score of 0 through 18; Level II 19 through 35; Level III 36 through 59; and Level IV 60 and above. Patients with "no score" have not completed Reception Center processing. PC 1370 inmates are considered incompetent to stand trial and do not have a concurrent ICF referral. WIC 7301 also do not have a concurrent ICF referral and are too dangerous for a State Hospital facility -- enhanced custody/security needs of a patient can best be met in a CDCR Institution.

❖ **Male Acute Care Programs:** Acute beds at PIP-Vacaville and PIP-Stockton are single cell. Thus, custody level and least restrictive housing categories do not apply.

❖ **DSH-Atascadero:** The full complement of beds at DSH-Atascadero are reflected under the Intermediate Low-Custody bed capacity. The Acute census includes patients admitted for Acute care at DSH-Atascadero after an individualized review of the patient's clinical need, bed availability, patient's least restrictive housing designation, and patient's likelihood of stepping down to Intermediate care at DSH-Atascadero or DSH-Coalinga upon the determination by the treatment team of clinical appropriateness for discharge from Acute care.

❖ **Total Out of LRH (Least Restrictive Housing):** Least Restrictive Housing (LRH) is determined by CDCR. The numbers of patients identified as out of LRH for High Custody Programs include those whose LRH is for Multi-person Cells.

# Exhibit F

| CDCR INPATIENT PROGRAM REFERRALS: COMPLIANCE WITH PROGRAM GUIDE TIMEFRAMES FOR ACUTE AND INTERMEDIATE REFERRALS ADMITTED OR CLOSED IN JULY 2020 | | | | | | | |
|---|---|---|---|---|---|---|---|
| CDCR IDTT Referral Type | Total Referrals | Patients Admitted Within Program Guide Timeframes [1] | Patients Admitted Outside Program Guide Timeframes | Referrals Resulting in Rescind, Rejection, or Parole/Discharge | Exceptions to Program Guide Timeframes [2] | Number of Referrals Out of Compliance | Total Days Out of Compliance |
| Intermediate (ICF) | 64 | 42 | 2 | 20 | 2 | 0 | 0 |
| Acute (APP) | 82 | 16 | 16 | 50 | 16 | 0 | 0 |
| TOTALS | 146 | 58 | 18 | 70 | 18 | 0 | 0 |

[1] Program Guide timeframes: Transfer within 30 days of referral for ICF, or within 10 days of referral for APP.  Timeline begins when the completed referral is received by the Mental Health Inpatient Referrals Unit (MH IRU); or if accepted at a Department of State Hospitals (DSH) program, upon DSH acceptance.
[2] Exceptions to the Program Guide timeframes in this report include: medical concerns and those referred that are on out-to-court status, out-to-hospital status, and/or on medical or Vitek holds.

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APP | CMF | ███ | ███ | MHCB | 7/15/2020 | 7/16/2020 | 7/30/2020 | Acute / preliminary Single Cell | 07/31/2020 | APP: VPP | 07/31/2020 09:59:00 |
| APP | CMF | ███ | ███ | MHCB | 6/25/2020 | 7/2/2020 | 7/2/2020 | Acute / preliminary Multi Person Cell | 07/02/2020 | APP: VPP | 07/02/2020 13:07:00 |
| APP | CMF | ███ | ███ | MHCB | 6/22/2020 | 6/23/2020 | 6/23/2020 | Acute / preliminary Multi Person Cell | 06/23/2020 | APP: VPP | 06/23/2020 16:55:00 |
| APP | CHCF | ███ | ███ | MHCB | 6/15/2020 | 6/19/2020 | 6/19/2020 | Acute / preliminary Unlocked Dorms | 06/19/2020 | APP: CHCF | 06/19/2020 15:28:00 |
| APP | KVSP | ███ | ███ | MHCB | 6/11/2020 | 6/15/2020 | 6/29/2020 | Acute / preliminary Single Cell | 06/30/2020 | APP: CHCF | 06/30/2020 11:32:00 |
| APP | KVSP | ███ | ███ | MHCB | 6/10/2020 | 6/11/2020 | 6/30/2020 | Acute / preliminary Multi Person Cell | 07/02/2020 | APP: CHCF | 07/02/2020 09:27:00 |
| APP | MCSP | ███ | ███ | MHCB | 5/29/2020 | 6/1/2020 | 6/26/2020 | Acute / preliminary Single Cell | 06/26/2020 | APP: CHCF | 06/26/2020 17:33:00 |
| APP | SAC | ███ | ███ | MHCB | 5/26/2020 | 5/27/2020 | 6/23/2020 | Acute / preliminary Single Cell | 06/26/2020 | APP: VPP | 06/26/2020 11:32:00 |
| APP | SAC | ███ | ███ | MHCB | 5/20/2020 | 5/21/2020 | 7/7/2020 | Acute / preliminary Single Cell | 06/30/2020 | APP: CHCF | 06/30/2020 09:00:00 |
| APP | SATF | ███ | ███ | MHCB | 5/4/2020 | 5/6/2020 | 6/19/2020 | Acute / preliminary Unlocked Dorms | 06/23/2020 | APP: CHCF | 06/23/2020 15:16:00 |
| APP | SAC | ███ | ███ | MHCB | 4/23/2020 | 4/30/2020 | 7/7/2020 | Acute / preliminary Locked Dorms | 07/07/2020 | APP: CHCF | 07/07/2020 14:10:00 |
| APP | RJD | ███ | ███ | MHCB | 4/20/2020 | 4/22/2020 | 7/7/2020 | Acute / preliminary Single Cell | 06/29/2020 | APP: CHCF | 06/29/2020 16:31:00 |
| APP | SAC | ███ | ███ | MHCB | 4/17/2020 | 4/21/2020 | 7/7/2020 | Acute / preliminary Locked Dorms | 07/07/2020 | APP: CHCF | 07/07/2020 14:45:00 |
| APP | SAC | ███ | ███ | MHCB | 4/16/2020 | 4/20/2020 | 7/7/2020 | Acute / preliminary Multi Person Cell | 07/07/2020 | APP: CHCF | 07/07/2020 15:01:00 |
| APP | CMC | ███ | ███ | MHCB | 4/8/2020 | 4/16/2020 | 6/19/2020 | Acute / preliminary Multi Person Cell | 06/22/2020 | APP: VPP | 06/22/2020 18:20:00 |
| APP | SAC | ███ | ███ | MHCB | 4/10/2020 | 4/14/2020 | 7/7/2020 | Acute / preliminary Single Cell | 06/29/2020 | APP: CHCF | 06/29/2020 12:34:00 |

| HCPPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| APP: VPP | 07/31/2020 09:59:00 | APP: VPP | 07/31/2020 | APP: VPP | 07/31/2020 14:04:00 | **EXCEPTION:** COVID-19 | Admitted | 15 | N | 5 |
| APP: VPP | 07/02/2020 13:07:00 | APP: VPP | 07/15/2020 | APP: VPP | 07/15/2020 10:58:00 | **EXCEPTION:** COVID-19 | Admitted | 13 | N | 3 |
| APP: VPP | 06/25/2020 16:06:00 | APP: VPP | 07/06/2020 | APP: VPP | 07/06/2020 00:25:00 | **EXCEPTION:** COVID-19 | Admitted | 13 | N | 3 |
| APP: CHCF | 06/19/2020 15:28:00 | APP: CHCF | 07/07/2020 | APP: CHCF | 07/07/2020 12:57:00 | **EXCEPTION:** COVID-19 | Admitted | 18 | N | 8 |
| APP: CHCF | 06/30/2020 11:32:00 | APP: CHCF | 07/07/2020 | APP: CHCF | 07/08/2020 15:51:28 | **EXCEPTION:** COVID-19 | Admitted | 23 | N | 13 |
| APP: CHCF | 07/02/2020 09:27:00 | APP: CHCF | 07/07/2020 | APP: CHCF | 07/08/2020 15:54:09 | **EXCEPTION:** COVID-19 | Admitted | 27 | N | 17 |
| APP: CHCF | 06/27/2020 16:09:00 | APP: CHCF | 07/03/2020 | APP: CHCF | 07/06/2020 15:22:00 | **EXCEPTION:** COVID-19 | Admitted | 35 | N | 25 |
| APP: CHCF | 06/29/2020 15:36:00 | APP: CHCF | 06/30/2020 | APP: CHCF | 07/01/2020 12:40:09 | **EXCEPTION:** COVID-19 | Admitted | 35 | N | 25 |
| APP: CHCF | 07/07/2020 15:29:00 | APP: CHCF | 07/07/2020 | APP: CHCF | 07/08/2020 15:55:44 | **EXCEPTION:** COVID-19 | Admitted | 48 | N | 38 |
| APP: CHCF | 06/24/2020 14:51:00 | APP: CHCF | 07/07/2020 | APP: CHCF | 07/07/2020 16:34:00 | **EXCEPTION:** COVID-19 | Admitted | 62 | N | 52 |
| APP: CHCF | 07/07/2020 14:10:00 | APP: CHCF | 07/07/2020 | APP: CHCF | 07/08/2020 16:07:30 | **EXCEPTION:** COVID-19 | Admitted | 69 | N | 59 |
| APP: CHCF | 07/07/2020 14:47:00 | APP: CHCF | 07/07/2020 | APP: CHCF | 07/08/2020 16:09:24 | **EXCEPTION:** COVID-19 | Admitted | 77 | N | 67 |
| APP: CHCF | 07/07/2020 14:45:00 | APP: CHCF | **07/07/2020** | APP: CHCF | 07/08/2020 15:59:00 | **EXCEPTION:** COVID-19 | Admitted | 78 | N | 68 |
| APP: CHCF | 07/07/2020 16:20:00 | APP: VPP | 07/08/2020 | APP: CHCF | 07/08/2020 15:55:03 | **EXCEPTION:** COVID-19 | Admitted | 79 | N | 69 |
| APP: CHCF | 06/24/2020 15:46:00 | APP: CHCF | 07/03/2020 | APP: CHCF | 07/07/2020 12:14:02 | **EXCEPTION:** COVID-19 | Admitted | 82 | N | 72 |
| APP: CHCF | 07/07/2020 16:14:00 | APP: CHCF | 07/07/2020 | APP: CHCF | 07/08/2020 16:03:23 | **EXCEPTION:** COVID-19 | Admitted | 85 | N | 75 |

| TOTAL DAYS OUT OF COMPLIANCE | 0 |
|---|---|

**DETAIL OF ICF OUT OF COMPLIANCE**
**JULY 2020**

| Referral Type | Referring Institution | CDCR Nbr | LastName | Referring Level Of Care | IDTT Referral Date | Date Referral Received Complete by MHIRU (Timeframes Start) | Date Referral Sent To HCPOP | HCPOP LRH Determination | HCPOP LRH Determination Date | HCPOP Endorsement Rx | HCPOP Endorsement Rx Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ICF | SAC | ██████ | ███ | EOP-GP | 5/19/2020 | 5/22/2020 | 6/29/2020 | Unlocked Dorms | 06/30/2020 | ICF-Dorms: VPP | 06/30/2020 13:30:00 |
| ICF | CHCF | ██████ | ████ | APP | 5/13/2020 | 5/15/2020 | 5/15/2020 | Locked Dorms<br>Locked Dorms | 05/16/2020<br>07/06/2020 | ICF-High: SVPP (Single)<br>ICF-High: CHCF | 05/16/2020 13:51:00<br>07/06/2020 15:49:00 |

**DETAIL OF ICF OUT OF COMPLIANCE**
JULY 2020

| HCPPOP Endorsement Location | HCPOP Endorsement Date/Time | Accepting Inpatient Program | Date Placed on Accepted Referrals List | Inpatient Program Admitted | Inpatient Program Admit Date/Time | Comments for DELAY/EXCEPTION | Referral Status | Day from Referral to MH IRU and Admission | Within Program Guide Timeframes | Days over Program Guide Timeframes |
|---|---|---|---|---|---|---|---|---|---|---|
| ICF-Dorms: VPP | 06/30/2020 13:30:00 | ICF-Dorms: VPP | 06/30/2020 | ICF-Dorms: VPP | 07/01/2020 10:39:06 | **EXCEPTION:** COVID-19 | Admitted | 40 | N | 10 |
| ICF-High: SVPP (Single) ICF-High: CHCF | 06/16/2020 10:58:00 07/20/2020 14:40:00 | ICF-High: SVPP (Single) ICF-High: CHCF | 06/16/2020 07/27/2020 | ICF-High: CHCF | 07/27/2020 19:44:00 | **EXCEPTION:** COVID-19 | Admitted | 73 | N | 43 |

| TOTAL DAYS OUT OF COMPLIANCE | 0 |
|---|---|