DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California 94703-2578
Telephone: (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>       Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>       Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND [PROPOSED] ORDER TO ADD ADDITIONAL NAMED PLAINTIFFS**<br><br>Judge: Hon. Kimberly J. Mueller |

1    Pursuant to Federal Rule of Civil Procedure 21, courts have the authority to add
2 parties "at any stage of the action and on such terms as are just."  Fed. R. Civ. P. 21; *see*
3 *also Graves v. Walton Cnty. Bd. of Educ.*, 686 F.2d 1135, 1138 (5th Cir. 1982) (affirming
4 district court's decision to allow substitution of additional plaintiffs for original named
5 plaintiffs in school desegregation case); *cf. Bain v. Cal. Teachers Ass'n*, 891 F.3d 1206,
6 1217 (9th Cir. 2018) (explaining that in cases where a class has been certified, courts have
7 "authority to replace a party with a new one once the case becomes moot").  Currently, the
8 sole named plaintiff in this action who remains in CDCR custody is Ralph Coleman
9 (C09970), a *Coleman* class member at the Correctional Clinical Case Management System
10 ("CCCMS") level of care currently housed at the California State Prison, Solano.  On
11 June 10, 2020, Plaintiffs' counsel wrote to counsel for Defendants and identified class
12 members Peter Cockcroft (H86887), Ernesto Venegas (F71732), and Julio Garza (T23444)
13 as proposed additional named class representatives in addition to Mr. Coleman given their
14 longstanding participation in the Mental Health Services Delivery System ("MHSDS") and
15 their willingness to represent the class.
16    The parties have met and conferred and agree that the Court should allow these
17 three class members to be added as named plaintiffs to represent the *Coleman* class.
18 Accordingly, the parties request that the Court enter an order adding class members Peter
19 Cockcroft, Ernesto Venegas, and Julio Garza as additional named plaintiffs in this ongoing
20 class action pursuant to Rule 21 of the Federal Rules of Civil Procedure.
21    IT IS SO STIPULATED.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

DATED: August 18, 2020

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: /s/ Lisa Ells
    Lisa Ells

Attorneys for Plaintiffs

DATED: August 18, 2020

XAVIER BECERRA
Attorney General of California

By: /s/ Kyle Lewis
    Kyle Lewis
    Deputy Attorney General

Attorneys for Defendants

## PROPOSED ORDER

Pursuant to the foregoing stipulation, the Court hereby grants the parties' request to add *Coleman* class members Peter Cockcroft, Ernesto Venegas, and Julio Garza as additional named plaintiffs in this ongoing class action.

IT IS SO ORDERED.

DATED: _____, 2020

Honorable Kimberly J. Mueller
United States District Judge