1  XAVIER BECERRA
   Attorney General of California
2  MONICA N. ANDERSON
   Senior Assistant Attorney General
3  ADRIANO HRVATIN
   Supervising Deputy Attorney General
4  KYLE A. LEWIS, State Bar No. 201041
   ELISE OWENS THORN, State Bar No. 145931
5  TYLER V. HEATH, State Bar No. 271478
   LUCAS L. HENNES, State Bar No. 278361
6  Deputy Attorneys General
     1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 210-7318
     Fax: (916) 324-5205
9    E-mail: Elise.Thorn@doj.ca.gov
   Attorneys for Defendants

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
Special Counsel for Defendants

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13                    SACRAMENTO DIVISION

14

15
   **RALPH COLEMAN, et al.,**                Case No. 2:90-cv-00520 KJM-DB (PC)
16
                                Plaintiffs,  **STIPULATION AND [PROPOSED]
17                                            ORDER TO EXTEND TIME TO FILE
          **v.**                             AUGUST 18, 2020 JOINT REPORT
18                                            ADDRESSING CURRENT COVID-19-
                                              RELATED DEPARTURES FROM
19 **GAVIN NEWSOM, et al.,**                  PROGRAM GUIDE REQUIREMENTS
                                              AND RESUMPTION OF PROGRAM
20                              Defendants.   GUIDE MENTAL HEALTH CARE**

21

22          Under a July 28, 2020 order and an August 14 minute order, the Court directed the parties

23  to file a joint report by August 18 setting forth updates regarding any changes to Appendix A of

24  the stipulation filed May 20 (ECF No. 6679), and "their positions on the path to full resumption

25  of Program Guide level mental health care assuming the COVID-19 pandemic has not abated and

26  will not abate for some time." (ECF Nos. 6791 and 6814.)

27          The parties met and conferred and worked to prepare a joint report to address the Court's

28  orders. However, Defendants require some additional time to confer with their clients, given

[3545068.2]                                    1

1   competing demands on their time during the COVID-19 pandemic, and memorialize their

2   position, particularly regarding the path to full resumption of Program Guide level mental health

3   care.  Plaintiffs agree to Defendants' request for an additional three days to complete the joint

4   report.  Accordingly, the parties request an extension of three business days from the present

5   August 18 due date, such that their joint report will be due by Friday, August 21.

6          The Special Master is aware of and approves this stipulated request for additional time.

7   Dated:  August 18, 2020                          XAVIER BECERRA
                                                      Attorney General of California
8                                                     ADRIANO HRVATIN
                                                      Supervising Deputy Attorney General
9

10                                                    /s/ Kyle A. Lewis
                                                      Kyle A. Lewis
11                                                    Deputy Attorney General
                                                      *Attorneys for Defendants*
12

13  Dated:  August 18, 2020                          ROSEN BIEN GALVAN & GRUNFELD LLP

14                                                    /s/ Jessica Winter
                                                      Jessica Winter
15                                                    *Attorneys for Plaintiffs*

16

17          **IT IS SO ORDERED.**

18

19

20  Dated:  _____              _____
                                           KIMBERLY J. MUELLER
                                           UNITED STATES DISTRICT COURT

21

22

23

24

25

26

27

28

[3545068.2]

2