| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, et al.,<br><br>　　　　　Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**STIPULATION AND ORDER TO ADD ADDITIONAL NAMED PLAINTIFFS**<br><br>Judge:  Hon. Kimberly J. Mueller |

1  Pursuant to Federal Rule of Civil Procedure 21, courts have the authority to add
2 parties "at any stage of the action and on such terms as are just." Fed. R. Civ. P. 21; *see*
3 *also Graves v. Walton Cnty. Bd. of Educ.*, 686 F.2d 1135, 1138 (5th Cir. 1982) (affirming
4 district court's decision to allow substitution of additional plaintiffs for original named
5 plaintiffs in school desegregation case); *cf. Bain v. Cal. Teachers Ass'n*, 891 F.3d 1206,
6 1217 (9th Cir. 2018) (explaining that in cases where a class has been certified, courts have
7 "authority to replace a party with a new one once the case becomes moot"). Currently, the
8 sole named plaintiff in this action who remains in CDCR custody is Ralph Coleman
9 (C09970), a *Coleman* class member at the Correctional Clinical Case Management System
10 ("CCCMS") level of care currently housed at the California State Prison, Solano. On
11 June 10, 2020, Plaintiffs' counsel wrote to counsel for Defendants and identified class
12 members Peter Cockcroft (H86887), Ernesto Venegas (F71732), and Julio Garza (T23444)
13 as proposed additional named class representatives in addition to Mr. Coleman given their
14 longstanding participation in the Mental Health Services Delivery System ("MHSDS") and
15 their willingness to represent the class.
16  The parties have met and conferred and agree that the Court should allow these
17 three class members to be added as named plaintiffs to represent the *Coleman* class.
18 Accordingly, the parties request that the Court enter an order adding class members Peter
19 Cockcroft, Ernesto Venegas, and Julio Garza as additional named plaintiffs in this ongoing
20 class action pursuant to Rule 21 of the Federal Rules of Civil Procedure.
21  IT IS SO STIPULATED.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[3556050.1]

1

STIPULATION AND ORDER TO ADD ADDITIONAL NAMED PLAINTIFFS

DATED: August 18, 2020　　Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Lisa Ells*
　　　Lisa Ells

Attorneys for Plaintiffs

DATED: August 18, 2020　　XAVIER BECERRA
Attorney General of California

By: */s/ Kyle Lewis*
　　　Kyle Lewis
　　　Deputy Attorney General

Attorneys for Defendants

## ORDER

Pursuant to the foregoing stipulation, the Court hereby grants the parties' request to add *Coleman* class members Peter Cockcroft, Ernesto Venegas, and Julio Garza as additional named plaintiffs in this ongoing class action.

IT IS SO ORDERED.

DATED: August 18, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE