XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7318
 Fax: (916) 324-5205
 E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AUGUST 18, 2020 JOINT REPORT ADDRESSING CURRENT COVID-19-RELATED DEPARTURES FROM PROGRAM GUIDE REQUIREMENTS AND RESUMPTION OF PROGRAM GUIDE MENTAL HEALTH CARE** |

Under a July 28, 2020 order and an August 14 minute order, the Court directed the parties to file a joint report by August 18 setting forth updates regarding any changes to Appendix A of the stipulation filed May 20 (ECF No. 6679), and "their positions on the path to full resumption of Program Guide level mental health care assuming the COVID-19 pandemic has not abated and will not abate for some time." (ECF Nos. 6791 and 6814.)

The parties met and conferred and worked to prepare a joint report to address the Court's orders. However, Defendants require some additional time to confer with their clients, given

competing demands on their time during the COVID-19 pandemic, and memorialize their position, particularly regarding the path to full resumption of Program Guide level mental health care. Plaintiffs agree to Defendants' request for an additional three days to complete the joint report. Accordingly, the parties request an extension of three business days from the present August 18 due date, such that their joint report will be due by Friday, August 21.

The Special Master is aware of and approves this stipulated request for additional time.

Dated: August 18, 2020

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/s/ Kyle A. Lewis*
Kyle A. Lewis
Deputy Attorney General
*Attorneys for Defendants*

Dated: August 18, 2020

ROSEN BIEN GALVAN & GRUNFELD LLP

*/s/ Jessica Winter*
Jessica Winter
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated: August 18, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE