XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS L. HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7325
  Fax: (916) 324-5205
  E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR JOINT UPDATE ON THE COVID-19 TASK FORCE** |

At the June 26, 2020 status conference, the Court directed the parties to file a joint report with updates "on the work of the Task Force" by July 15, 2020 and "every two weeks thereafter." (ECF No. 6741.) Based on the Court's order, the joint updates are due every other Wednesday. The parties have filed three COVID-19 Task Force joint updates, covering the activities of the Twenty-Fifth through Thirtieth COVID-19 Task Force, as well as the activities of the various small workgroups working meetings working on related issues. (ECF Nos. 6765, 6792, 6813.)

After filing three updates, the parties agree that they could use additional time to file the joint report on a day other than Wednesday every two weeks. Currently, the COVID-19 Task Force meets on Tuesdays from 1:30 to at least 3:00 p.m. Pacific Standard Time every week.

1

1   Also, the Special Master's team provides a separate update to Plaintiffs on the small workgroup
2   activities each Monday afternoon.  Due to the timing of these meetings, the parties are generally
3   unable to exchange a substantive joint update with information from those two meetings until
4   Tuesday evening or Wednesday morning or early afternoon.  This leaves only a short time for the
5   parties to check all of the information in the report, provide updated data, and meet and confer
6   regarding the joint report before it is due on Wednesday.  With the last several reports, the parties,
7   despite best and collaborative efforts, could not provide certain information by the Court's current
8   schedule requiring the parties to file reports every-other-Wednesday.

9   Accordingly, the parties stipulate and request that the Court allow the parties to file
10  COVID-19 Task Force updates every other Friday by 12:00 p.m., beginning on August 28, 2020.

11  The Special Master has reviewed and concurs with this stipulation.

12  **IT IS SO STIPULATED.**

13  Dated:  August 20, 2020                              Respectfully submitted,

14                                                      XAVIER BECERRA
                                                        Attorney General of California
15                                                      ADRIANO HRVATIN
                                                        Supervising Deputy Attorney General
16
                                                        **/s/ TYLER V. HEATH**
17
                                                        TYLER V. HEATH
18                                                      Acting Supervising Deputy Attorney General
                                                        *Attorneys for Defendants*
19

20  Dated:  August 20, 2020                              ROSEN BIEN GALVAN & GRUNFELD LLP

21                                                      **/s/ Lisa Ells**

22
                                                        Lisa Ells
23                                                      *Attorneys for Plaintiffs*

24  **IT IS SO ORDERED.**

25
    Dated: _____                            _____
26                                                      KIMBERLY J. MUELLER
                                                        UNITED STATES DISTRICT COURT
27

28  CF1997CS0003/34317702.docx