
XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General
ADRIANO HRVATIN
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7318
  Fax: (916) 324-5205
  E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
  2049 Century Park East, Suite 3400
  Los Angeles, CA 90067-3208
  Telephone: (310) 552-0130
  Fax: (310) 229-5800
  E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION J. POWELL IN SUPPORT OF DEFENDANTS' EXPEDITED MOTION TO CONTINUE AUGUST 31, 2020 BRIEFING DEADLINE AND SEPTEMBER 10, 2020 HEARING, OR IN THE ALTERNATIVE, FOR RECONSIDERATION OF JULY 30, 2020 ORDER**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Jay Powell, declare:

1. I am the Correctional Administrator for the Health Care Placement Oversight Program (HCPOP), Corrections Services division of the California Correctional Health Care Services. I make this declaration in support of Defendants' Motion to Continue August 31, 2020 Briefing Deadline and September 10, 2020 Hearing, or, in the Alternative, for Reconsideration of

1

1  July 30, 2020 Order. I have personal knowledge of the statements in this declaration and could
2  testify to them if called to do so.

3      2. I was appointed as the Correctional Administrator of the HCPOP on May 1, 2018. I
4  am familiar with the numerous and complex policies and procedures that govern the movement of
5  patients within the mental health care delivery system and I supervise and direct HCPOP's
6  activities. HCPOP is the program area responsible for managing and tracking the statewide
7  movement of patients into and out of designated health care beds.

8      3. Attached as Exhibits A, B, and C, are true copies of the California Department of
9  Corrections & Rehabilitation's Management Information Summary (MIS) report and the
10 Summary of Population by Institution and Level of Care report (also referred to as H1 report) as
11 of October 10, 2017, March 18, 2020, and August 20, 2020, respectively. HCPOP staff prepare
12 the MIS and the H1 reports. As the footnotes on each report note, the source of the MIS in
13 October of 2017 was Datamart for Correctional Clinical Case Management System (CCCMS),
14 Enhanced Outpatient Program (EOP); HCPOP Endorsements and Referrals Tracking (HEART)
15 for Mental Health Crisis Bed (MHCB); Referrals to Inpatient Programs Application (RIPA)
16 reports for Intermediate Care Facility (ICF), Acute Psychiatric Program (APP), and Psychiatric
17 Inpatient Program (PIP) programs; and Department of State Hospital reports for Parolee
18 programs. The source of the H1 report is the Health Care Offender Data Store (HCODS). The
19 reports provide information for a specific date and time (H1 only) noted by the report's time
20 stamp. The H1 report shows the operational capacity, design capacity, population number,
21 occupied percentage, and the vacant number of beds at each mental health level of care. The
22 definitions for operational capacity, population, percent occupied, and vacancy rate are all
23 provided on the H1 report.

24     4. Based on the data in Exhibit A, there were 38,936 patients in CDCR's Mental Health
25 Services Delivery System on October 9, 2017. According to Exhibit B, on March 18, 2020, there
26 were 35,834 patients in CDCR's Mental Health Services Delivery System. On August 19, 2020,
27 the data from Exhibit C indicates there were 30,816 patients in CDCR's Mental Health Services
28 Delivery System.

2

Decl. J. Powell ISO Exped. Mot. To Continue 8/31/20 Briefing or Mot. For Recon. (2:90-cv-00520 KJM-DB (PC))

5. Comparing the MIS and the H1 reports attached as Exhibits A and C, there were 8,120 fewer patients in CDCR's Mental Health Delivery System on August 19, 2020, than were there on October 9, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Elk Grove, California on August 21, 2020.

/s/ Jay Powell
Jay Powell
Correctional Administrator
Health Care Placement Oversight Program
(original signature retained by attorney)

3

Decl. J. Powell ISO Exped. Mot. To Continue 8/31/20 Briefing or Mot. For Recon. (2:90-cv-00520 KJM-DB (PC))

# Exhibit A

# MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS) MANAGEMENT INFORMATION SUMMARY (MIS) REPORT

## 10/9/2017

| Level of Care | MALES Capacity | MALES Census[1] | MALES Awaiting Placement[2] | FEMALES Capacity | FEMALES Census[1] | FEMALES Awaiting Placement[2] |
|---|---|---|---|---|---|---|
| **Correctional Clinical Case Management System (CCCMS)** | **27,450** | **26,940** | | **2,100** | **2,291** | |
| CCCMS - General Population (GP) | | 23,590 | | | 1,989 | |
| CCCMS - Reception Center (RC) | | 2,410 | | | 165 | |
| CCCMS - Administrative Segregation Unit (ASU) | | 139 | | | 0 | |
| CCCMS - Security Housing Unit (SHU) | | 0 | | | 38 | |
| CCCMS - Restricted Housing Long-Term (LTRH) | | 91 | | | | |
| CCCMS - Restricted Housing Short-Term (STRH)+STRH-RC | | 710 | | | 99 | |
| CCCMS - Non Disciplinary Segregation (NDS) | | 0 | | | | |
| **Enhanced Outpatient Program (EOP)[4]** | **7,707** | **7,719** | | **235** | **239** | |
| EOP - GP | 6,886 | 6,618 | | 195 | 214 | |
| *Sensitive Needs Yard (SNY)* | *3,636* | *3,364* | | | | |
| EOP - RC | | 265 | | | 0 | |
| EOP - ASU[5] | 585 | 636 | 45 | 20 | 17 | 0 |
| EOP - PSU[5] | 236 | 200 | 19 | 20 | 8 | 0 |
| EOP - NDS | | 0 | | | | |
| **Mental Health Crisis Bed (MHCB)** | **427** | **392** | **34** | **22** | **18** | **7** |
| **Psychiatric Inpatient Programs:** | | | | | | |
| **Intermediate Care Facility (ICF)** | **1130** | **874** | **74** | | | |
| <u>Low Custody</u> | <u>390</u> | <u>339</u> | <u>36</u> | | | |
| *Atascadero State Hospital (ASH)* | 256 | 218 | 27 | | | |
| *Coalinga State Hospital (CSH)* | 50 | 48 | 2 | | | |
| *California Medical Facility (CMF)* | 84 | 73 | 7 | | | |
| <u>High Custody</u> | <u>740</u> | <u>535</u> | <u>38</u> | | | |
| *California Health Care Facility (CHCF)* | 330 | 183 | 6 | | | |
| *CMF Single Cells* | 94 | 74 | 11 | | | |
| *CMF Multi Cells* | 70 | 58 | 11 | | | |
| *SVPP Single Cells* | 202 | 187 | 2 | | | |
| *Salinas Valley Psychiatric Program (SVPP) Multi Cells* | 44 | 33 | 8 | | | |
| **Acute Psychiatric Program (APP)** | **402** | **380** | **47** | | | |
| ASH | 0 | 0 | 0 | | | |
| CHCF | 184 | 166 | 28 | | | |
| CMF | 218 | 214 | 19 | | | |
| **Psychiatric Inpatient Program (PIP)** | **40** | **33** | **0** | **75** | **50** | **5** |
| California Institution for Women (CIW) | | | | 45 | 39 | 3 |
| Patton State Hospital (PSH) | | | | 30 | 11 | 2 |
| San Quentin (SQ) | 40 | 33 | 0 | | | |
| **Penal Code 2974s (Parolees)** | | **3** | | | | |
| Metro State Hospital (MSH) | | 0 | | | | |
| Napa State Hospital (NSH) | | 3 | | | | |
| Patton State Hospital (PSH) | | 0 | | | | |
| **TOTALS (excluding Parolees)** | **37,156** | **36,338** | **219** | **2,432** | **2,598** | **12** |

| | Total Capacity | Total Census[1] | Total Awaiting Placement[2] | Total Over Timeframes[3] | CENSUS PERCENTAGES % MHSDS | CENSUS PERCENTAGES % CDCR[6] |
|---|---|---|---|---|---|---|
| CCCMS | 29,550 | 29,231 | | | 75.07% | 22.23% |
| EOP | 7,081 | 7,097 | | | 18.23% | 5.40% |
| EOP-ASU | 605 | 653 | 45 | 5 | 1.68% | 0.50% |
| PSU | 256 | 208 | 19 | 0 | 0.53% | 0.16% |
| MHCB | 449 | 410 | 41 | 11 | 1.05% | 0.31% |
| PSYCHIATRIC INPATIENT | 1,647 | 1,337 | 126 | 10 | 3.43% | 1.02% |
| GRAND TOTAL | 39,588 | 38,936 | 231 | 26 | 100.00% | 29.61% |

[1] Census sources: Datamart for CCCMS, EOP; HEART for MHCB; RIPA reports for ICF, APP, and PIP programs; and DSH reports for Parolee programs.

[2] <u>Awaiting Placement</u> = The sum of inmates waiting to be placed in a bed at a specific level of care. Those awaiting placement to ICF, APP, and PIP include referrals that have been custodially reviewed by HCPOP and are awaiting bed availability, inpatient program acceptance, or transfer to the inpatient program as of the reporting date (based on the Referrals to Inpatient Programs Application (RIPA)).

[3] <u>Total Over Timeframes</u> = The number of referrals that are beyond Mental Health Program Guide transfer timeframes: EOP-ASU includes cases in non-hubs waiting > 30 days, PSU includes cases with an original CSR endorsement date > 60 days, MHCB includes referrals > 24 hours, Psychiatric Inpatient includes Intermediate referrals > 30 days and Acute referrals > 10 days.

[4] EOP, EOP-ASU, & PSU may not reflect actual program vacancies because beds can be held vacant for inmate-patients temporarily housed in MHCB and

[5] The numbers for Awaiting Placement and Total Over Timeframes in EOP-ASU, PSU, and Pyschiatric Inpatient may include inmates who <u>cannot</u> transfer due to the following reasons: out-to-court, medical holds, safekeeper status.

[6] CDCR pop as of 10/04/17 (OISB). Based on Total In-State Institution Population and Out of State (COCF).

*CCHCS, Health Care Placement Oversight Program*

# Exhibit B

## SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE (H1)

**CONFIDENTIAL**

Data Refreshed: 3/18/20 6:10 AM

Mental Health Summary by Level of Care

| Institution | CCCMS Operational Capacity | CCCMS Population | CCCMS % Occupied | CCCMS Vacant Beds | EOP General Population (GP) | EOP Administrative Segregation Unit (ASU) | EOP Psychiatric Services Unit (PSU) | EOP Population | EOP % Occupied | EOP Vacant Beds | MHCB Design Capacity | MHCB Population | MHCB % Occupied | MHCB Vacant Beds | ICF Design Capacity | ICF Population | ICF % Occupied | ICF Vacant Beds | APP Design Capacity | APP Population | APP % Occupied | APP Vacant Beds | Total Mental Health Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ASP | 1,100 | 1,074 | 98% | 26 | | | | | | | | | | | | | | | | | | | 1,074 |
| CAL | | | | | | | | | | | | | | | | | | | | | | | |
| CCC | | 3 | | -3 | | | | | | | | | | | | | | | | | | | 3 |
| CCI | 1,850 | 1,476 | 80% | 374 | | | | 5 | | -5 | | | | | | | | | | | | | 1,481 |
| CEN | | | | | | | | | | | | | | | | | | | | | | | |
| CHCF | 550 | 638 | 116% | -88 | 375 | 50 | | 574 | 135% | -149 | 78 | 62 | 79% | 16 | 315 | 342 | 109% | -27 | 219 | 178 | 81% | 41 | 1,794 |
| CIM | 1,050 | 1,131 | 108% | -81 | | | | 35 | | -35 | 34 | 25 | 74% | 9 | | 4 | | -4 | | 1 | | -1 | 1,196 |
| CMC | 750 | 714 | 95% | 36 | 552 | 100 | | 571 | 88% | 81 | 50 | 28 | 56% | 22 | | 13 | | -13 | | 13 | | -13 | 1,339 |
| CMF | 600 | 499 | 83% | 101 | 391 | 58 | | 513 | 114% | -64 | 50 | 27 | 54% | 23 | 248 | 234 | 94% | 14 | 218 | 183 | 84% | 35 | 1,456 |
| COR | 1,000 | 931 | 93% | 69 | 366 | 100 | | 273 | 59% | 193 | 24 | 14 | 58% | 10 | | 4 | | -4 | | 5 | | -5 | 1,227 |
| CRC | 1,150 | 1,519 | 132% | -369 | | | | 2 | | -2 | | | | | | | | | | | | | 1,521 |
| CTF | 1,500 | 1,444 | 96% | 56 | | | | 2 | | -2 | | | | | | | | | | | | | 1,446 |
| CVSP | | 5 | | -5 | | | | | | | | | | | | | | | | | | | 5 |
| DVI | 500 | 422 | 84% | 78 | | | | 5 | | -5 | | | | | | | | | | | | | 427 |
| FOL | 500 | 425 | 85% | 75 | | | | 1 | | -1 | | 1 | | -1 | | | | | | | | | 427 |
| HDSP | 1,050 | 1,003 | 96% | 47 | | | | 5 | | -5 | 10 | 7 | 70% | 3 | | | | | | | | | 1,015 |
| ISP | 0 | 1 | | -1 | | | | | | | | | | | | | | | | | | | 1 |
| KVSP | 900 | 948 | 105% | -48 | 96 | | | 100 | 104% | -4 | 12 | 7 | 58% | 5 | | | | | | 5 | | -5 | 1,060 |
| LAC | 1,000 | 813 | 81% | 187 | 600 | 100 | | 577 | 82% | 123 | 12 | 8 | 67% | 4 | | 11 | | -11 | | 6 | | -6 | 1,415 |
| MCSP | 1,350 | 1,396 | 103% | -46 | 774 | 50 | | 720 | 87% | 104 | 8 | 9 | 113% | -1 | | 4 | | -4 | | 1 | | -1 | 2,130 |
| NKSP | 1,000 | 895 | 90% | 105 | | | | 50 | | -50 | 10 | 6 | 60% | 4 | | 1 | | -1 | | 2 | | -2 | 954 |
| PBSP | 300 | 282 | 94% | 18 | | | | 1 | | -1 | 10 | 1 | 10% | 9 | | | | | | | | | 284 |
| PVSP | 700 | 463 | 66% | 237 | | | | 7 | | -7 | 6 | | | 6 | | | | | | | | | 470 |
| RJD | 1,500 | 1,293 | 86% | 207 | 894 | 63 | | 835 | 87% | 122 | 14 | 10 | 71% | 4 | | 6 | | -6 | | 1 | | -1 | 2,145 |
| SAC | 500 | 526 | 105% | -26 | 642 | 64 | 172 | 769 | 88% | 109 | 44 | 9 | 20% | 35 | | 10 | | -10 | | 4 | | -4 | 1,318 |
| SATF | 2,000 | 1,911 | 96% | 89 | 660 | | | 575 | 87% | 85 | 20 | 9 | 45% | 11 | | 4 | | -4 | | 6 | | -6 | 2,505 |
| SCC | 400 | 522 | 131% | -122 | | | | | | | | | | | | | | | | | | | 522 |
| SOL | 1,000 | 692 | 69% | 308 | | | | 2 | | -2 | 9 | 5 | 56% | 4 | | | | | | | | | 699 |
| SQ | 1,250 | 994 | 80% | 256 | 200 | | | 291 | 146% | -91 | 0 | 4 | | -4 | 30 | 27 | 90% | 3 | 10 | 2 | 20% | 8 | 1,318 |
| SVSP | 850 | 865 | 102% | -15 | 396 | | | 304 | 77% | 92 | 10 | 2 | 20% | 8 | 246 | 243 | 99% | 3 | | 2 | | -2 | 1,416 |
| VSP | 1,350 | 1,078 | 80% | 272 | 372 | | | 332 | 89% | 40 | | | | | | | | | | 1 | | -1 | 1,411 |
| WSP | 1,300 | 1,071 | 82% | 229 | | | | 60 | | -60 | 6 | 5 | 83% | 1 | | | | | | 1 | | -1 | 1,137 |
| DSH-ASH | | 1 | | -1 | | | | 3 | | -3 | | | | | 256 | 236 | 92% | 20 | | 4 | | -4 | 244 |
| DSH-CSH | | | | | | | | | | | | | | | 50 | 47 | 94% | 3 | | 1 | | -1 | 48 |
| *Male Subtotal* | 27,000 | 25,035 | 93% | 1,965 | 6,318 | 585 | 172 | 6,612 | 93% | 463 | 407 | 239 | 59% | 168 | 1,145 | 1,186 | 104% | -41 | 447 | 416 | 93% | 31 | 33,488 |
| CCWF | 1,350 | 1,261 | 93% | 89 | 120 | 10 | | 125 | 96% | 5 | 12 | 8 | 67% | 4 | | | | | | 1 | | -1 | 1,395 |
| CIW | 750 | 679 | 91% | 71 | 75 | 10 | 10 | 64 | 67% | 31 | 31 | 7 | 23% | 24 | 43 | 34 | 79% | 9 | | 2 | | -2 | 786 |
| FWF | 150 | 145 | 97% | 5 | | | | 1 | | -1 | | | | | | | | | | | | | 146 |
| DSH-PSH | | 1 | | -1 | | | | 2 | | -2 | | | | | 30 | 16 | 53% | 14 | | | | | 19 |
| *Female Subtotal* | 2,250 | 2,086 | 93% | 164 | 195 | 20 | 10 | 192 | 85% | 33 | 43 | 15 | 35% | 28 | 73 | 50 | 68% | 23 | 0 | 3 | | -3 | 2,346 |
| *Grand Total* | 29,250 | 27,121 | 93% | 2,129 | 6,513 | 605 | 182 | 6,804 | 93% | 496 | 450 | 254 | 56% | 196 | 1,218 | 1,236 | 101% | -18 | 447 | 419 | 94% | 28 | 35,834 |

**NOTES:**
1. This report provides operational capacities, population, and vacant beds detail by mental health level of care and institution. Level of care is based on Current Mental Health level of care code in SOMS. For each level of care, a summary of patients by SOMS housing program and institution is provided. Data Source is HCODS, as of the "Data Refreshed" time stamp.
2. Definitions:
   - Operational Capacity = indicates the number of beds available in the program based on factors such as treatment space and staffing, as determined by CCHCS headquarters.
   - Design Capacity = indicates the total number of beds available in the program Determined by Facility Planning, Construction, & Management.
   - Population = total census per SOMS as of the "Data Refreshed" time stamp shown on the report.
   - % Occupied = ([Population] / [Operational Capacity]) x 100.
   - Vacant Beds = the number of beds available after subtracting the Population from the Operational Capacity.
   - The "PIP" column in the "Psychiatry Inpatient Program (PIP) Housing" refers to programs that have the ability to provide multiple levels of care.
3. PIP capacities:
   - SQ PIP is for male condemned patients only, and has a total capacity of 40 beds reflected under ICF capacity. It is noted that these are flex beds that can accommodate ICF, APP, and MHCB level of care.
   - CIW PIP has a total capacity of 45 beds reflected under ICF capacity. It is noted that these are flex beds that can accommodate ICF and APP level of care.
   - DSH-PSH has a total capacity of 30 beds reflected under ICF capacity. It is noted that these are flex beds that can accommodate ICF and APP level of care.
4. Housing Groups:
   *GP Housing Group census includes patients in the following housing programs: Camp Program Beds, Debrief Processing Unit, Family Visiting, Fire House, General Population, Institution Hearing Program, Minimum Security Facility, Non-Designated Program Facility, Protective Housing Unit, Restricted Custody General Population, Sensitive Needs Yard, SNY Fire House, SNY MSF, Transitional Housing Unit, Unkown, Varied Use and Work Crew.

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 3/18/20 6:10 AM

### Correctional Clinical Case Management System (CCCMS) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Psychiatric Inpatient Program (PIP) Housing ||| Specialized Medical Beds Housing ||| Segregated Housing ||||||| Total CCCMS Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit |  |
| ASP |  | 1,069 |  |  |  |  |  |  |  | 5 |  |  |  |  |  |  |  | 1,074 |
| CAL |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| CCC |  | 3 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 3 |
| CCI |  | 1,447 |  |  |  |  |  |  |  |  | 29 |  |  |  |  |  |  | 1,476 |
| CEN |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| CHCF |  | 222 | 7 |  |  |  |  | 158 |  | 249 | 2 |  |  |  |  |  |  | 638 |
| CIM | 86 | 1,003 |  | 3 |  |  |  |  |  | 11 | 28 |  |  |  |  |  |  | 1,131 |
| CMC |  | 700 |  | 1 |  |  |  | 4 |  | 9 |  |  |  |  |  |  |  | 714 |
| CMF |  | 450 |  |  |  |  |  | 13 | 6 | 17 | 13 |  |  |  |  |  |  | 499 |
| COR |  | 630 | 2 |  |  |  |  | 14 |  | 3 |  |  | 191 |  |  |  | 91 | 931 |
| CRC |  | 1,517 |  |  |  |  |  |  |  | 2 |  |  |  |  |  |  |  | 1,519 |
| CTF |  | 1,425 |  |  |  |  |  | 10 |  | 9 |  |  |  |  |  |  |  | 1,444 |
| CVSP |  | 2 |  |  |  |  |  |  |  | 3 |  |  |  |  |  |  |  | 5 |
| DVI | 252 | 127 |  |  |  |  |  |  |  | 9 | 34 |  |  |  |  |  |  | 422 |
| FOL |  | 422 |  |  |  |  |  |  |  |  | 3 |  |  |  |  |  |  | 425 |
| HDSP |  | 935 |  |  |  |  |  | 8 |  |  |  |  |  |  |  |  | 60 | 1,003 |
| ISP |  | 1 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 1 |
| KVSP |  | 851 |  |  |  |  |  | 4 |  |  |  |  |  |  |  |  | 93 | 948 |
| LAC |  | 689 | 23 |  |  |  |  | 2 |  |  | 2 |  |  |  |  |  | 97 | 813 |
| MCSP |  | 1,365 | 14 |  |  |  |  |  |  |  | 17 |  |  |  |  |  |  | 1,396 |
| NKSP | 708 | 169 |  | 1 |  |  |  | 1 |  |  | 16 |  |  |  |  |  |  | 895 |
| PBSP |  | 211 |  |  |  |  |  | 2 |  |  |  |  |  |  |  |  | 69 | 282 |
| PVSP |  | 445 |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 18 | 463 |
| RJD |  | 1,264 | 4 |  |  |  |  | 4 |  |  | 21 |  |  |  |  |  |  | 1,293 |
| SAC |  | 354 | 33 |  |  |  |  | 1 |  |  | 1 |  | 42 |  | 6 |  | 89 | 526 |
| SATF |  | 1,797 | 12 |  |  |  |  | 5 |  |  |  |  |  |  |  |  | 97 | 1,911 |
| SCC |  | 515 |  |  |  |  |  |  | 1 | 6 |  |  |  |  |  |  |  | 522 |
| SOL |  | 680 |  |  |  |  |  | 1 |  | 11 |  |  |  |  |  |  |  | 692 |
| SQ | 213 | 641 |  |  |  |  |  | 2 |  | 6 | 132 |  |  |  |  |  |  | 994 |
| SVSP |  | 774 | 7 |  |  |  |  | 3 |  |  |  |  |  |  |  |  | 81 | 865 |
| VSP |  | 1,059 |  |  |  |  |  |  |  | 11 | 8 |  |  |  |  |  |  | 1,078 |
| WSP | 926 | 131 |  |  |  |  |  | 3 |  |  | 11 |  |  |  |  |  |  | 1,071 |
| DSH-ASH |  | 1 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 1 |
| DSH-CSH |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| *Male Subtotal* | 2,185 | 20,899 | 102 | 5 | 0 | 0 | 0 | 225 | 6 | 318 | 229 | 132 | 233 | 0 | 6 | 0 | 695 | 25,035 |
| CCWF | 259 | 910 |  |  |  |  |  | 12 |  |  | 64 | 16 |  |  |  |  |  | 1,261 |
| CIW |  | 645 |  |  |  |  |  | 2 |  | 6 | 2 |  |  |  |  | 24 |  | 679 |
| FWF |  | 145 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 145 |
| DSH-PSH |  | 1 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 1 |
| *Female Subtotal* | 259 | 1,701 | 0 | 0 | 0 | 0 | 0 | 14 | 0 | 6 | 66 | 16 | 0 | 0 | 0 | 24 | 0 | 2,086 |
| **Grand Total** | 2,444 | 22,600 | 102 | 5 | 0 | 0 | 0 | 239 | 6 | 324 | 295 | 148 | 233 | 0 | 6 | 24 | 695 | 27,121 |

## SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 3/18/20 6:10 AM

### Enhanced Outpatient Program (EOP) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Psychiatric Inpatient Program (PIP) Housing | | | Specialized Medical Beds Housing | | | Segregated Housing | | | | | | Total EOP Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | |
| ASP | | | | | | | | | | | | | | | | | | |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | 4 | | | | | | | | | 1 | | | | | | | 5 |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | 420 | | | 2 | | 43 | | 75 | 34 | | | | | | | 574 |
| CIM | 29 | 1 | | 1 | | | | | | | 4 | | | | | | | 35 |
| CMC | | 1 | 519 | 2 | | | | 2 | | | 47 | | | | | | | 571 |
| CMF | | | 442 | 5 | 4 | 4 | | 11 | | 10 | 37 | | | | | | | 513 |
| COR | | | 213 | 2 | | | | 16 | | 5 | 37 | | | | | | | 273 |
| CRC | | 2 | | | | | | | | | | | | | | | | 2 |
| CTF | | 2 | | | | | | | | | | | | | | | | 2 |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | 3 | | | | | | | | | | 2 | | | | | | | 5 |
| FOL | | 1 | | | | | | | | | | | | | | | | 1 |
| HDSP | | 2 | | | | | | | | | | | | | | | 3 | 5 |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | | 87 | | | | | 1 | | | | | | | | | 12 | 100 |
| LAC | | | 502 | | | | | | | | 75 | | | | | | | 577 |
| MCSP | | 1 | 677 | | | | | 1 | | | 41 | | | | | | | 720 |
| NKSP | 48 | | | | | | | | | | 2 | | | | | | | 50 |
| PBSP | | | | | | | | | | | | | | | | | 1 | 1 |
| PVSP | | 6 | | | | | | | | | | | | | | | 1 | 7 |
| RJD | | | 796 | | | | | 7 | | | 32 | | | | | | | 835 |
| SAC | | 1 | 568 | | | | | 1 | | | 64 | | | | | 135 | | 769 |
| SATF | | 7 | 554 | 2 | | | | 8 | | | | | | | | | 4 | 575 |
| SCC | | | | | | | | | | | | | | | | | | |
| SOL | | | | 2 | | | | | | | | | | | | | | 2 |
| SQ | 24 | 19 | 184 | | | | | 1 | | | 3 | 60 | | | | | | 291 |
| SVSP | | 23 | 268 | | | 1 | | | | | | | | | | | 12 | 304 |
| VSP | | 5 | 323 | | | | | | | 1 | 3 | | | | | | | 332 |
| WSP | 58 | | | | | | | | | | 2 | | | | | | | 60 |
| DSH-ASH | | | 1 | | | 2 | | | | | | | | | | | | 3 |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | 162 | 75 | 5,554 | 14 | 4 | 9 | 0 | 91 | 0 | 91 | 384 | 60 | 0 | 0 | 135 | 0 | 33 | 6,612 |
| CCWF | 1 | 44 | 65 | 1 | | | | 3 | | | 11 | | | | | | | 125 |
| CIW | | | 58 | | | | 1 | | | | | | | | 5 | | | 64 |
| FWF | | 1 | | | | | | | | | | | | | | | | 1 |
| DSH-PSH | | 2 | | | | | | | | | | | | | | | | 2 |
| *Female Subtotal* | 1 | 47 | 123 | 1 | 0 | 0 | 1 | 3 | 0 | 0 | 11 | 0 | 0 | 0 | 5 | 0 | 0 | 192 |
| Grand Total | 163 | 122 | 5,677 | 15 | 4 | 9 | 1 | 94 | 0 | 91 | 395 | 60 | 0 | 0 | 140 | 0 | 33 | 6,804 |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 3/18/20 6:10 AM

### Mental Health Crisis Bed (MHCB) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Psychiatric Inpatient Program (PIP) Housing ||| Specialized Medical Beds Housing ||| Segregated Housing |||||| Total MHCB Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | |
| ASP | | | | | | | | | | | | | | | | | | |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | | | | | | | | | | | | | | | | | |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | 1 | 60 | | | | | | 1 | | | | | | | | 62 |
| CIM | | 1 | | 24 | | | | | | | | | | | | | | 25 |
| CMC | | | | 28 | | | | | | | | | | | | | | 28 |
| CMF | | | 2 | 24 | | | | | | | 1 | | | | | | | 27 |
| COR | | | | 13 | | | | 1 | | | | | | | | | | 14 |
| CRC | | | | | | | | | | | | | | | | | | |
| CTF | | | | | | | | | | | | | | | | | | |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | | | | | | | | | | | | | | | | | | |
| FOL | | | | | | | | | | | 1 | | | | | | | 1 |
| HDSP | | | | 7 | | | | | | | | | | | | | | 7 |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | | | 7 | | | | | | | | | | | | | | 7 |
| LAC | | | 1 | 5 | | | | | | | 1 | | | | | | 1 | 8 |
| MCSP | | | 2 | 7 | | | | | | | | | | | | | | 9 |
| NKSP | | | | 6 | | | | | | | | | | | | | | 6 |
| PBSP | | | | 1 | | | | | | | | | | | | | | 1 |
| PVSP | | | | | | | | | | | | | | | | | | |
| RJD | | | | 9 | | | | | | | 1 | | | | | | | 10 |
| SAC | | | | 7 | | | | | | | | | | 2 | | | | 9 |
| SATF | | | | 9 | | | | | | | | | | | | | | 9 |
| SCC | | | | | | | | | | | | | | | | | | |
| SOL | | | | 5 | | | | | | | | | | | | | | 5 |
| SQ | 1 | | 1 | | 2 | | | | | | | | | | | | | 4 |
| SVSP | | 2 | | | | | | | | | | | | | | | | 2 |
| VSP | | | | | | | | | | | | | | | | | | |
| WSP | 1 | | | 4 | | | | | | | | | | | | | | 5 |
| DSH-ASH | | | | | | | | | | | | | | | | | | |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | 2 | 3 | 7 | 216 | 2 | 0 | 0 | 1 | 0 | 1 | 4 | 0 | 0 | 2 | 0 | 0 | 1 | 239 |
| CCWF | 1 | 1 | | 6 | | | | | | | | | | | | | | 8 |
| CIW | | | | 6 | | | | 1 | | | | | | | | | | 7 |
| FWF | | | | | | | | | | | | | | | | | | |
| DSH-PSH | | | | | | | | | | | | | | | | | | |
| *Female Subtotal* | 1 | 1 | 0 | 12 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15 |
| *Grand Total* | 3 | 4 | 7 | 228 | 2 | 0 | 0 | 2 | 0 | 1 | 4 | 0 | 0 | 2 | 0 | 0 | 1 | 254 |

Case 2:90-cv-00520-KJM-SCR    Document 6830-1    Filed 08/21/20    Page 11 of 18

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 3/18/20 6:10 AM

### Acute Psychiatric Program (APP) Level of Care Population by Housing Program

| Institution | RC (Reception Center) | GP* (General Population) | EOP (Enhanced Outpatient Program) | MHCB (Mental Health Crisis Bed) | Psychiatric Inpatient Program (PIP) Housing ||| Specialized Medical Beds Housing ||| Segregated Housing ||||||| Total APP Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF (Correctional Treatment Center/Skilled Nursing Facility) | Hospice | OHU (Outpatient Housing Unit) | ASU (Administrative Segregation Unit) | Condemned | LTRH (Long Term Restricted Housing Unit) | NDS (Non-Disciplinary Segregation) | PSU (Psychiatric Services Unit) | SHU (Security Housing Unit) | STRH (Short Term Restricted Housing Unit) | |
| ASP | | | | | | | | | | | | | | | | | | |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | | | | | | | | | | | | | | | | | |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | | 8 | 167 | 2 | | 1 | | | | | | | | | | 178 |
| CIM | | | | 1 | | | | | | | | | | | | | | 1 |
| CMC | | | | 13 | | | | | | | | | | | | | | 13 |
| CMF | | | | 9 | 169 | 4 | | 1 | | | | | | | | | | 183 |
| COR | | | | 4 | | | | 1 | | | | | | | | | | 5 |
| CRC | | | | | | | | | | | | | | | | | | |
| CTF | | | | | | | | | | | | | | | | | | |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | | | | | | | | | | | | | | | | | | |
| FOL | | | | | | | | | | | | | | | | | | |
| HDSP | | | | | | | | | | | | | | | | | | |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | | | 5 | | | | | | | | | | | | | | 5 |
| LAC | | | | 6 | | | | | | | | | | | | | | 6 |
| MCSP | | | | | | | | 1 | | | | | | | | | | 1 |
| NKSP | | | | 2 | | | | | | | | | | | | | | 2 |
| PBSP | | | | | | | | | | | | | | | | | | |
| PVSP | | | | | | | | | | | | | | | | | | |
| RJD | | | | 1 | | | | | | | | | | | | | | 1 |
| SAC | | | | 4 | | | | | | | | | | | | | | 4 |
| SATF | | | | 6 | | | | | | | | | | | | | | 6 |
| SCC | | | | | | | | | | | | | | | | | | |
| SOL | | | | | | | | | | | | | | | | | | |
| SQ | | | | | 2 | | | | | | | | | | | | | 2 |
| SVSP | | | | | | 2 | | | | | | | | | | | | 2 |
| VSP | | | 1 | | | | | | | | | | | | | | | 1 |
| WSP | | | | 1 | | | | | | | | | | | | | | 1 |
| DSH-ASH | | | | | 2 | 2 | | | | | | | | | | | | 4 |
| DSH-CSH | | | | 1 | | | | | | | | | | | | | | 1 |
| *Male Subtotal* | 0 | 0 | 1 | 60 | 341 | 10 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 416 |
| CCWF | | | | 1 | | | | | | | | | | | | | | 1 |
| CIW | | | | 1 | | | 1 | | | | | | | | | | | 2 |
| FWF | | | | | | | | | | | | | | | | | | |
| DSH-PSH | | | | | | | | | | | | | | | | | | |
| *Female Subtotal* | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 |
| **Grand Total** | 0 | 0 | 1 | 62 | 341 | 10 | 1 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 419 |

Date Printed: 3/18/2020 8:30 AM                                                                                                    CCHCS, Health Care Placement Oversight Program

# Exhibit C

## SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE (H1)

CONFIDENTIAL

Data Refreshed: 8/19/20 6:08 AM

Mental Health Summary by Level of Care

| Institution | Correctional Clinical Case Management System (CCCMS) ||||  Enhanced Outpatient Program (EOP) |||||||| Mental Health Crisis Bed (MHCB) |||| Intermediate Care Facility (ICF) |||| Acute Psychiatric Program (APP) |||| Total Mental Health Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Operational Capacity | Population | % Occupied | Vacant Beds | EOP Operational Capacities ||| Population | % Occupied | Vacant Beds | Design Capacity | Population | % Occupied | Vacant Beds | Design Capacity | Population | % Occupied | Vacant Beds | Design Capacity | Population | % Occupied | Vacant Beds |  |
|  |  |  |  |  | General Population (GP) | Administrative Segregation Unit (ASU) | Psychiatric Services Unit (PSU) |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| ASP | 1,100 | 859 | 78% | 241 |  |  |  | 8 |  | -8 |  | 3 |  | -3 |  |  |  |  |  |  |  |  | 870 |
| CAL |  | 23 |  | -23 |  |  |  | 1 |  | -1 |  | 2 |  | -2 |  |  |  |  |  |  |  |  | 26 |
| CCC |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| CCI | 1,850 | 1,167 | 63% | 683 |  |  |  | 13 |  | -13 |  | 1 |  | -1 |  |  |  |  |  |  |  |  | 1,181 |
| CEN |  | 29 |  | -29 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 29 |
| CHCF | 550 | 615 | 112% | -65 | 375 | 50 |  | 557 | 131% | -132 | 98 | 7 | 7% | 91 | 356 | 356 | 100% | 0 | 158 | 67 | 42% | 91 | 1,602 |
| CIM | 1,050 | 742 | 71% | 308 |  |  |  | 34 |  | -34 | 34 | 8 | 24% | 26 |  | 17 |  | -17 |  | 4 |  | -4 | 805 |
| CMC | 750 | 637 | 85% | 113 | 552 | 100 |  | 555 | 85% | 97 | 50 | 21 | 42% | 29 |  | 18 |  | -18 |  | 9 |  | -9 | 1,240 |
| CMF | 600 | 431 | 72% | 169 | 391 | 58 |  | 483 | 108% | -34 | 50 | 16 | 32% | 34 | 257 | 235 | 91% | 22 | 207 | 142 | 69% | 65 | 1,307 |
| COR | 1,000 | 1,010 | 101% | -10 | 366 | 100 |  | 265 | 57% | 201 | 24 | 7 | 29% | 17 |  | 11 |  | -11 |  | 14 |  | -14 | 1,307 |
| CRC | 1,150 | 863 | 75% | 287 |  |  |  | 2 |  | -2 | 1 |  |  | -1 |  |  |  |  |  |  |  |  | 866 |
| CTF | 1,500 | 1,100 | 73% | 400 |  |  |  | 8 |  | -8 | 1 |  |  | -1 |  |  |  |  |  |  |  |  | 1,109 |
| CVSP |  | 3 |  | -3 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 3 |
| DVI | 500 | 293 | 59% | 207 |  |  |  | 1 |  | -1 |  |  |  |  |  |  |  |  |  |  |  |  | 294 |
| FOL | 500 | 434 | 87% | 66 |  |  |  | 6 |  | -6 |  |  |  |  |  |  |  |  |  |  |  |  | 440 |
| HDSP | 1,050 | 1,013 | 96% | 37 |  |  |  | 18 |  | -18 | 10 | 1 | 10% | 9 |  |  |  |  |  |  |  |  | 1,032 |
| ISP | 0 | 28 |  | -28 |  |  |  |  |  |  |  | 2 |  | -2 |  |  |  |  |  |  |  |  | 30 |
| KVSP | 900 | 1,000 | 111% | -100 | 96 |  |  | 126 | 131% | -30 | 12 | 3 | 25% | 9 |  | 10 |  | -10 |  | 1 |  | -1 | 1,140 |
| LAC | 1,000 | 756 | 76% | 244 | 600 | 100 |  | 531 | 76% | 169 | 12 | 5 | 42% | 7 |  | 33 |  | -33 |  | 6 |  | -6 | 1,331 |
| MCSP | 1,350 | 1,446 | 107% | -96 | 774 | 50 |  | 637 | 77% | 187 | 8 | 8 | 100% | 0 |  | 7 |  | -7 |  | 3 |  | -3 | 2,101 |
| NKSP | 1,000 | 341 | 34% | 659 |  |  |  | 21 |  | -21 | 10 |  |  | 10 |  | 4 |  | -4 |  |  |  |  | 366 |
| PBSP | 300 | 254 | 85% | 46 |  |  |  | 4 |  | -4 | 10 | 1 | 10% | 9 |  |  |  |  |  |  |  |  | 259 |
| PVSP | 700 | 474 | 68% | 226 |  |  |  | 8 |  | -8 | 6 | 1 | 17% | 5 |  |  |  |  |  |  |  |  | 483 |
| RJD | 1,500 | 1,296 | 86% | 204 | 894 | 63 |  | 790 | 83% | 167 | 14 | 4 | 29% | 10 |  | 11 |  | -11 |  | 6 |  | -6 | 2,107 |
| SAC | 500 | 455 | 91% | 45 | 642 | 64 | 172 | 725 | 83% | 153 | 44 | 15 | 34% | 29 |  | 33 |  | -33 |  | 21 |  | -21 | 1,249 |
| SATF | 2,000 | 1,691 | 85% | 309 | 660 |  |  | 461 | 70% | 199 | 20 | 4 | 20% | 16 |  | 18 |  | -18 |  | 3 |  | -3 | 2,177 |
| SCC | 400 | 474 | 119% | -74 |  |  |  | 1 |  | -1 |  |  |  |  |  |  |  |  |  |  |  |  | 475 |
| SOL | 1,000 | 599 | 60% | 401 |  |  |  | 4 |  | -4 | 9 | 2 | 22% | 7 |  |  |  |  |  |  |  |  | 605 |
| SQ | 1,250 | 807 | 65% | 443 | 200 |  |  | 233 | 117% | -33 | 0 | 5 |  | -5 | 31 | 27 | 87% | 4 |  | 9 | 89% | 1 | 1,080 |
| SVSP | 850 | 807 | 95% | 43 | 396 |  |  | 360 | 91% | 36 | 10 | 7 | 70% | 3 | 246 | 182 | 74% | 64 |  | 1 |  | -1 | 1,357 |
| VSP | 1,350 | 998 | 74% | 352 | 372 |  |  | 277 | 74% | 95 |  | 2 |  | -2 |  | 1 |  | -1 |  | 1 |  | -1 | 1,279 |
| WSP | 1,300 | 582 | 45% | 718 |  |  |  | 26 |  | -26 | 6 | 1 | 17% | 5 |  | 5 |  | -5 |  | 1 |  | -1 | 615 |
| DSH-ASH |  | 1 |  | -1 |  |  |  | 3 |  | -3 |  | 1 |  | -1 | 256 | 187 | 73% | 69 |  | 2 |  | -2 | 194 |
| DSH-CSH |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 50 | 41 | 82% | 9 |  |  |  |  | 41 |
| *Male Subtotal* | 27,000 | 21,228 | 79% | 5,772 | 6,318 | 585 | 172 | 6,158 | 87% | 917 | 427 | 129 | 30% | 298 | 1,196 | 1,196 | 100% | 0 | 374 | 289 | 77% | 85 | 29,000 |
| CCWF | 1,350 | 990 | 73% | 360 | 120 | 10 |  | 91 | 70% | 39 | 12 | 2 | 17% | 10 |  | 2 |  | -2 |  | 1 |  | -1 | 1,086 |
| CIW | 750 | 558 | 74% | 192 | 75 | 10 | 10 | 51 | 54% | 44 | 29 | 3 | 10% | 26 | 45 | 26 | 58% | 19 |  | 4 |  | -4 | 642 |
| FWF | 150 | 77 | 51% | 73 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  | 77 |
| DSH-PSH |  | 1 |  | -1 |  |  |  | 2 |  | -2 |  |  |  |  | 30 | 8 | 27% | 22 |  |  |  |  | 11 |
| *Female Subtotal* | 2,250 | 1,626 | 72% | 624 | 195 | 20 | 10 | 144 | 64% | 81 | 41 | 5 | 12% | 36 | 75 | 36 | 48% | 39 | 0 | 5 |  | -5 | 1,816 |
| *Grand Total* | 29,250 | 22,854 | 78% | 6,396 | 6,513 | 605 | 182 | 6,302 | 86% | 998 | 468 | 134 | 29% | 334 | 1,271 | 1,232 | 97% | 39 | 374 | 294 | 79% | 80 | 30,816 |

NOTES:
1. This report provides operational capacities, population, and vacant beds detail by mental health level of care and institution. Level of care is based on Current Mental Health level of care code in SOMS. For each level of care, a summary of patients by SOMS housing program and institution is provided. Data Source is HCODS, as of the "Data Refreshed" time stamp.
2. Definitions:
   - Operational Capacity = indicates the number of beds available in the program based on factors such as treatment space and staffing, as determined by CCHCS headquarters.
   - Design Capacity = indicates the total number of beds available in the program Determined by Facility Planning, Construction, & Management.
   - Population = total census per SOMS as of the "Data Refreshed" time stamp shown on the report.
   - % Occupied = ([Population] / [Operational Capacity]) x 100.
   - Vacant Beds = the number of beds available after subtracting the Population from the Operational Capacity.
   - The "PIP" column in the "Psychiatry Inpatient Program (PIP) Housing" refers to programs that have the ability to provide multiple levels of care.
3. PIP capacities:
   - SQ PIP is for male condemned patients only, and has a total capacity of 30 beds reflected under ICF capacity. It is noted that these are flex beds that can accommodate ICF, APP, and MHCB level of care.
   - CIW PIP has a total capacity of 45 beds reflected under ICF capacity. It is noted that these are flex beds that can accommodate ICF and APP level of care.
   - DSH-PSH has a total capacity of 30 beds reflected under ICF capacity. It is noted that these are flex beds that can accommodate ICF and APP level of care.
4. Housing Groups:
   *GP Housing Group census includes patients in the following housing programs: Camp Program Beds, Debrief Processing Unit, Family Visiting, Fire House, General Population, Institution Hearing Program, Minimum Security Facility, Non-Designated Program Facility, Protective Housing Unit, Restricted Custody General Population, Sensitive Needs Yard, SNY Fire House, SNY, MSF, Transitional Housing Unit, Unkown, Varied Use and Work Crew.

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

| Data Refreshed: 8/19/20 6:08 AM | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Correctional Clinical Case Management System (CCCMS) Level of Care Population by Housing Program ||||||||||||||||||
| | | | | | Psychiatric Inpatient Program (PIP) Housing ||| Specialized Medical Beds Housing ||| Segregated Housing |||||| |
| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | Total CCCMS Population |
| ASP | | 853 | | | | | | | | 6 | | | | | | | | 859 |
| CAL | | 14 | | | | | | | | | 9 | | | | | | | 23 |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | 1,105 | | | | | | | | | 52 | | | 10 | | | | 1,167 |
| CEN | | 18 | | | | | | | | | 11 | | | | | | | 29 |
| CHCF | | 197 | 14 | 3 | | | | 150 | | 244 | 7 | | | | | | | 615 |
| CIM | 33 | 645 | | 1 | | | | | | 14 | 49 | | | | | | | 742 |
| CMC | | 613 | 1 | | | | | 3 | | | 20 | | | | | | | 637 |
| CMF | | 390 | 2 | 1 | | | | 12 | 3 | 16 | 7 | | | | | | | 431 |
| COR | | 778 | 24 | | | | | 12 | | 6 | | | 87 | | | | 103 | 1,010 |
| CRC | | 860 | | | | | | | | 3 | | | | | | | | 863 |
| CTF | | 1,079 | | | | | | | | 6 | 15 | | | | | | | 1,100 |
| CVSP | | 2 | | | | | | | | | 1 | | | | | | | 3 |
| DVI | 73 | 190 | | | | | | | | 11 | 19 | | | | | | | 293 |
| FOL | | 421 | | | | | | | | | 13 | | | | | | | 434 |
| HDSP | | 955 | | | | | | 6 | | | | | | | | | 52 | 1,013 |
| ISP | | 28 | | | | | | | | | | | | | | | | 28 |
| KVSP | | 910 | 1 | | | | | 3 | | | | | | | | | 86 | 1,000 |
| LAC | | 624 | 22 | | | | | | | | 3 | | | | | | 107 | 756 |
| MCSP | | 1,408 | 14 | | | | | | | | 24 | | | | | | | 1,446 |
| NKSP | 162 | 160 | | | | | | 3 | | | 16 | | | | | | | 341 |
| PBSP | | 207 | | | | | | 1 | | | | | | | | | 46 | 254 |
| PVSP | | 466 | | | | | | | | | | | | | | | 8 | 474 |
| RJD | | 1,228 | 13 | | | | | 4 | | | 51 | | | | | | | 1,296 |
| SAC | | 327 | 28 | | | | | 1 | | | 6 | | 36 | 2 | 7 | | 48 | 455 |
| SATF | | 1,638 | 1 | | | | | 7 | | | | | | | | | 45 | 1,691 |
| SCC | | 456 | | | | | | | | | 18 | | | | | | | 474 |
| SOL | | 574 | | | | | | 2 | | | 23 | | | | | | | 599 |
| SQ | 95 | 553 | | | | | | 5 | | | 25 | 129 | | | | | | 807 |
| SVSP | | 716 | 7 | | | 1 | | 6 | | | 11 | | | | | | 66 | 807 |
| VSP | | 970 | | | | | | | | 10 | 18 | | | | | | | 998 |
| WSP | 438 | 119 | | | | | | 3 | | | 22 | | | | | | | 582 |
| DSH-ASH | | 1 | | | | | | | | | | | | | | | | 1 |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | 801 | 18,505 | 127 | 5 | 0 | 1 | 0 | 218 | 3 | 316 | 420 | 129 | 123 | 12 | 7 | 0 | 561 | 21,228 |
| CCWF | 75 | 826 | | | | | | 18 | | | 57 | 14 | | | | | | 990 |
| CIW | | 527 | | | | | | 2 | | 7 | 12 | | | | | 10 | | 558 |
| FWF | | 77 | | | | | | | | | | | | | | | | 77 |
| DSH-PSH | | 1 | | | | | | | | | | | | | | | | 1 |
| *Female Subtotal* | 75 | 1,431 | 0 | 0 | 0 | 0 | 0 | 20 | 0 | 7 | 69 | 14 | 0 | 0 | 0 | 10 | 0 | 1,626 |
| **Grand Total** | 876 | 19,936 | 127 | 5 | 0 | 1 | 0 | 238 | 3 | 323 | 489 | 143 | 123 | 12 | 7 | 10 | 561 | 22,854 |

## SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 8/19/20 6:08 AM

### Enhanced Outpatient Program (EOP) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Psychiatric Inpatient Program (PIP) Housing ||| Specialized Medical Beds Housing ||| Segregated Housing ||||| Total EOP Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | |
| ASP | | 6 | | | | | | 2 | | | | | | | | | | 8 |
| CAL | | 1 | | | | | | | | | | | | | | | | 1 |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | 12 | | | | | | | | | 1 | | | | | | | 13 |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | 372 | 6 | 1 | 29 | | 42 | | 86 | 21 | | | | | | | 557 |
| CIM | 6 | 24 | | | | | | | | | 4 | | | | | | | 34 |
| CMC | | 10 | 489 | | | | | 2 | | | 54 | | | | | | | 555 |
| CMF | | | 411 | 7 | 8 | 6 | | 11 | 2 | 5 | 33 | | | | | | | 483 |
| COR | | 6 | 187 | | | | | 17 | | 3 | 52 | | | | | | | 265 |
| CRC | | 2 | | | | | | | | | | | | | | | | 2 |
| CTF | | 8 | | | | | | | | | | | | | | | | 8 |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | 1 | | | | | | | | | | | | | | | | | 1 |
| FOL | | 5 | | | | | | | | | 1 | | | | | | | 6 |
| HDSP | | 8 | | | | | | | | | | | | | | | 10 | 18 |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | 10 | 90 | | | | | 1 | | | | | | | | | 25 | 126 |
| LAC | | 5 | 460 | | | | | | | | 66 | | | | | | | 531 |
| MCSP | | 9 | 576 | | | | | 1 | | | 51 | | | | | | | 637 |
| NKSP | 17 | | | | | | | | | | 4 | | | | | | | 21 |
| PBSP | | 3 | | | | | | | | | | | | | | | 1 | 4 |
| PVSP | | 7 | | | | | | | | | | | | | | | 1 | 8 |
| RJD | | 2 | 743 | | | | | 7 | | | 38 | | | | | | | 790 |
| SAC | | 4 | 531 | | | | | | | | 55 | | 14 | | 121 | | | 725 |
| SATF | | 15 | 418 | | | | | 7 | | | | | | | | | 21 | 461 |
| SCC | | | | | | | | | | | 1 | | | | | | | 1 |
| SOL | | 1 | | | | | | | | | 3 | | | | | | | 4 |
| SQ | 12 | 41 | 106 | | | | | 1 | | | 12 | 61 | | | | | | 233 |
| SVSP | | 28 | 291 | | | 6 | | | | | 1 | | | | | | 34 | 360 |
| VSP | | 15 | 258 | | | | | | | 1 | 3 | | | | | | | 277 |
| WSP | 21 | | | | | | | | | | 5 | | | | | | | 26 |
| DSH-ASH | | | 1 | | | 2 | | | | | | | | | | | | 3 |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | 57 | 222 | 4,933 | 13 | 9 | 43 | 0 | 89 | 2 | 97 | 405 | 61 | 14 | 0 | 121 | 0 | 92 | 6,158 |
| CCWF | 1 | 32 | 54 | | | | | | | | 4 | | | | | | | 91 |
| CIW | | | 49 | | | | | | | | | | | | 2 | | | 51 |
| FWF | | | | | | | | | | | | | | | | | | |
| DSH-PSH | | | 2 | | | | | | | | | | | | | | | 2 |
| *Female Subtotal* | 1 | 34 | 103 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 2 | 0 | 0 | 144 |
| **Grand Total** | 58 | 256 | 5,036 | 13 | 9 | 43 | 0 | 89 | 2 | 97 | 409 | 61 | 14 | 0 | 123 | 0 | 92 | 6,302 |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 8/19/20 6:08 AM

### Mental Health Crisis Bed (MHCB) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Psychiatric Inpatient Program (PIP) Housing ||| Specialized Medical Beds Housing ||| Segregated Housing |||||| Total MHCB Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | |
| ASP | | | | | | | | | | 3 | | | | | | | | 3 |
| CAL | | | | | | | | | | 2 | | | | | | | | 2 |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | 1 | | | | | | | | | | | | | | | | 1 |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | | 7 | | | | | | | | | | | | | | 7 |
| CIM | | | | 8 | | | | | | | | | | | | | | 8 |
| CMC | | | | 21 | | | | | | | | | | | | | | 21 |
| CMF | | | | 16 | | | | | | | | | | | | | | 16 |
| COR | | | | 7 | | | | | | | | | | | | | | 7 |
| CRC | | | | | | | | | | | 1 | | | | | | | 1 |
| CTF | | | | | | | | | | | | 1 | | | | | | 1 |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | | | | | | | | | | | | | | | | | | |
| FOL | | | | | | | | | | | | | | | | | | |
| HDSP | | | | 1 | | | | | | | | | | | | | | 1 |
| ISP | | | | | | | | | | 2 | | | | | | | | 2 |
| KVSP | | | | 3 | | | | | | | | | | | | | | 3 |
| LAC | | | | 5 | | | | | | | | | | | | | | 5 |
| MCSP | | | 1 | 6 | | | | | | | 1 | | | | | | | 8 |
| NKSP | | | | | | | | | | | | | | | | | | |
| PBSP | | | | | | | | | | | | | | | | | 1 | 1 |
| PVSP | | 1 | | | | | | | | | | | | | | | | 1 |
| RJD | | | 2 | 2 | | | | | | | | | | | | | | 4 |
| SAC | | | | 15 | | | | | | | | | | | | | | 15 |
| SATF | | | 1 | 3 | | | | | | | | | | | | | | 4 |
| SCC | | | | | | | | | | | | | | | | | | |
| SOL | | | | 2 | | | | | | | | | | | | | | 2 |
| SQ | | | 1 | | 2 | | 2 | | | | | | | | | | | 5 |
| SVSP | | | | 7 | | | | | | | | | | | | | | 7 |
| VSP | | 2 | | | | | | | | | | | | | | | | 2 |
| WSP | | | | 1 | | | | | | | | | | | | | | 1 |
| DSH-ASH | | | | 1 | | | | | | | | | | | | | | 1 |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | 0 | 4 | 5 | 105 | 2 | 0 | 2 | 0 | 0 | 8 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 129 |
| CCWF | | | | 2 | | | | | | | | | | | | | | 2 |
| CIW | | | | 3 | | | | | | | | | | | | | | 3 |
| FWF | | | | | | | | | | | | | | | | | | |
| DSH-PSH | | | | | | | | | | | | | | | | | | |
| *Female Subtotal* | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| *Grand Total* | 0 | 4 | 5 | 110 | 2 | 0 | 2 | 0 | 0 | 8 | 2 | 0 | 0 | 0 | 0 | 0 | 1 | 134 |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 8/19/20 6:08 AM

### Intermediate Care Facility (ICF) Level of Care Population by Housing Program

| Institution | RC Reception Center | GP* General Population | EOP Enhanced Outpatient Program | MHCB Mental Health Crisis Bed | Psychiatric Inpatient Program (PIP) Housing ||| Specialized Medical Beds Housing ||| Segregated Housing |||||| Total ICF Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF Correctional Treatment Center/Skilled Nursing Facility | Hospice | OHU Outpatient Housing Unit | ASU Administrative Segregation Unit | Condemned | LTRH Long Term Restricted Housing Unit | NDS Non-Disciplinary Segregation | PSU Psychiatric Services Unit | SHU Security Housing Unit | STRH Short Term Restricted Housing Unit | |
| ASP | | | | | | | | | | | | | | | | | | |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | | | | | | | | | | | | | | | | | |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | | | 45 | 309 | | 1 | | 1 | | | | | | | | 356 |
| CIM | | | | 17 | | | | | | | | | | | | | | 17 |
| CMC | | 2 | 6 | 7 | | | | | | | 3 | | | | | | | 18 |
| CMF | | | 1 | 7 | 27 | 198 | | 1 | | | 1 | | | | | | | 235 |
| COR | | | 7 | | | | | | | | 4 | | | | | | | 11 |
| CRC | | | | | | | | | | | | | | | | | | |
| CTF | | | | | | | | | | | | | | | | | | |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | | | | | | | | | | | | | | | | | | |
| FOL | | | | | | | | | | | | | | | | | | |
| HDSP | | | | | | | | | | | | | | | | | | |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | | 6 | 3 | | | | | | | | | | | | | 1 | 10 |
| LAC | | | 18 | 1 | | | | | | | 14 | | | | | | | 33 |
| MCSP | | | 5 | | | | | | | | 2 | | | | | | | 7 |
| NKSP | 2 | | | 2 | | | | | | | | | | | | | | 4 |
| PBSP | | | | | | | | | | | | | | | | | | |
| PVSP | | | | | | | | | | | | | | | | | | |
| RJD | | | 3 | 6 | | | | | | | 2 | | | | | | | 11 |
| SAC | | | 15 | 1 | | | | | | | 5 | | | | | 12 | | 33 |
| SATF | | 2 | 10 | 5 | | | | | | | | | | | | | 1 | 18 |
| SCC | | | | | | | | | | | | | | | | | | |
| SOL | | | | | | | | | | | | | | | | | | |
| SQ | | | | | 5 | 22 | | | | | | | | | | | | 27 |
| SVSP | | | 2 | | | 180 | | | | | | | | | | | | 182 |
| VSP | | | 1 | | | | | | | | | | | | | | | 1 |
| WSP | 3 | | | | | | | | | | 2 | | | | | | | 5 |
| DSH-ASH | | 1 | 38 | 28 | 72 | 46 | | 1 | | 1 | | | | | | | | 187 |
| DSH-CSH | | 1 | 13 | 7 | 15 | 5 | | | | | | | | | | | | 41 |
| *Male Subtotal* | 5 | 6 | 125 | 84 | 164 | 738 | 22 | 3 | 0 | 2 | 33 | 0 | 0 | 0 | 12 | 0 | 2 | 1,196 |
| CCWF | | | | | | | | | | | 2 | | | | | | | 2 |
| CIW | | | | | | | 26 | | | | | | | | | | | 26 |
| FWF | | | | | | | | | | | | | | | | | | |
| DSH-PSH | | 4 | 1 | | | | 3 | | | | | | | | | | | 8 |
| *Female Subtotal* | 0 | 4 | 1 | 0 | 0 | 0 | 29 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 36 |
| **Grand Total** | 5 | 10 | 126 | 84 | 164 | 738 | 51 | 3 | 0 | 2 | 35 | 0 | 0 | 0 | 12 | 0 | 2 | 1,232 |

# SUMMARY OF MENTAL HEALTH POPULATION BY INSTITUTION AND LEVEL OF CARE

Data Refreshed: 8/19/20 6:08 AM

### Acute Psychiatric Program (APP) Level of Care Population by Housing Program

| Institution | RC (Reception Center) | GP* (General Population) | EOP (Enhanced Outpatient Program) | MHCB (Mental Health Crisis Bed) | Psychiatric Inpatient Program (PIP) Housing ||| Specialized Medical Beds Housing ||| Segregated Housing |||||| Total APP Population |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Acute | Intermediate | PIP | CTC/SNF | Hospice | OHU | ASU | Condemned | LTRH | NDS | PSU | SHU | STRH | |
| ASP | | | | | | | | | | | | | | | | | | |
| CAL | | | | | | | | | | | | | | | | | | |
| CCC | | | | | | | | | | | | | | | | | | |
| CCI | | | | | | | | | | | | | | | | | | |
| CEN | | | | | | | | | | | | | | | | | | |
| CHCF | | | | 3 | 60 | 4 | | | | | | | | | | | | 67 |
| CIM | | | | 4 | | | | | | | | | | | | | | 4 |
| CMC | | | | 9 | | | | | | | | | | | | | | 9 |
| CMF | | | 1 | 3 | 136 | 1 | | 1 | | | | | | | | | | 142 |
| COR | | | | 14 | | | | | | | | | | | | | | 14 |
| CRC | | | | | | | | | | | | | | | | | | |
| CTF | | | | | | | | | | | | | | | | | | |
| CVSP | | | | | | | | | | | | | | | | | | |
| DVI | | | | | | | | | | | | | | | | | | |
| FOL | | | | | | | | | | | | | | | | | | |
| HDSP | | | | | | | | | | | | | | | | | | |
| ISP | | | | | | | | | | | | | | | | | | |
| KVSP | | | | 1 | | | | | | | | | | | | | | 1 |
| LAC | | | | 6 | | | | | | | | | | | | | | 6 |
| MCSP | | | 1 | 2 | | | | | | | | | | | | | | 3 |
| NKSP | | | | | | | | | | | | | | | | | | |
| PBSP | | | | | | | | | | | | | | | | | | |
| PVSP | | | | | | | | | | | | | | | | | | |
| RJD | | | | 6 | | | | | | | | | | | | | | 6 |
| SAC | | | | 20 | | | | 1 | | | | | | | | | | 21 |
| SATF | | | | 3 | | | | | | | | | | | | | | 3 |
| SCC | | | | | | | | | | | | | | | | | | |
| SOL | | | | | | | | | | | | | | | | | | |
| SQ | | | | | 2 | 1 | 5 | | | | | | | | | | | 8 |
| SVSP | | | | | | 1 | | | | | | | | | | | | 1 |
| VSP | | | | | | | | | | | | | | | | | | |
| WSP | | | | 1 | | | | | | | | | | | | | | 1 |
| DSH-ASH | | | | | 2 | | | | | | | | | | | | | 2 |
| DSH-CSH | | | | | | | | | | | | | | | | | | |
| *Male Subtotal* | 0 | 0 | 2 | 72 | 200 | 7 | 5 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 289 |
| CCWF | | | | 1 | | | | | | | | | | | | | | 1 |
| CIW | | | | | | | 4 | | | | | | | | | | | 4 |
| FWF | | | | | | | | | | | | | | | | | | |
| DSH-PSH | | | | | | | | | | | | | | | | | | |
| *Female Subtotal* | 0 | 0 | 0 | 1 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 |
| Grand Total | 0 | 0 | 2 | 73 | 200 | 7 | 9 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 294 |