| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>MONICA N. ANDERSON<br>Senior Assistant Attorney General<br>ADRIANO HRVATIN<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>KYLE A. LEWIS, State Bar No. 201041<br>LUCAS HENNES, State Bar No. 278361<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7323<br>  Fax: (916) 324-5205<br>  E-mail: Lucas.Hennes@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br>              Plaintiffs,<br>       v.<br>**GAVIN NEWSOM, et al.,**<br>              Defendants. | 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' NOTICE OF ERRATA OF ECF NO. 6831** |

//

//

1   On August 21, 2020, Defendants filed the parties' joint status report, which among other

2   things, updated Appendix A to their May 20 stipulation (ECF No. 6679), as required by this

3   Court's August 14 minute order (ECF No. 6814). (ECF No. 6831.) This filing inadvertently

4   omitted three updated policies the parties agreed to include as exhibits and part of Appendix A.

5   To remedy this inadvertent clerical error, Defendants now submit those three updated policies as

6   **Exhibit A.**

7   Dated: August 21, 2020                    Respectfully submitted,

8                                              XAVIER BECERRA
                                               Attorney General of California
9                                              ADRIANO HRVATIN
                                               Supervising Deputy Attorney General
10

11                                             ***/s/ Lucas L. Hennes***

12                                             LUCAS L. HENNES
                                               Deputy Attorney General
13                                             *Attorneys for Defendants*

14  CF1997CS0003
    42281063