# Exhibit A

**Updated Draft COVID Temporary Guidelines for Transfer to DSH Inpatient Care**

**July 16, 2020**

I.  Clinical referral Process

a)  CDCR will upload referral packets to SharePoint and notify DSH of the names of referrals. This action initiates Program Guide transfer timelines which will be reported as such beginning with the date these guidelines are implemented.

b)  Referrals will be shared with the Coleman Special Master Expert small workgroup team and may be discussed in small workgroup team meetings.

c)  If DSH has clinical questions or concerns regarding a referral, the DSH Medical Director designee and the CDCR clinical designee will consult regarding the case. CDCR may rescind referrals it determines to be not clinically appropriate after this discussion.

d)  If the two designees are not able to agree regarding the disposition of a case, the case will be forwarded to the DSH medical director and the CDCR Chief Psychiatrist for resolution.  This consultation shall result in acceptance, rescission or lack of consensus of the referral.

e)  If there is no consensus reached, the referral will follow normal rejection procedures as per the MOU to include CCAT.

f)  All rejections shall also be reviewed by the Coleman Special Master Expert small workgroup.

g)  DSH will provide the list of accepted patients to the IRU.

h)  CDCR will order a COVID-19 test and quarantine those patients who have been accepted.

i)  Once a negative COVID-19 test is obtained, CDCR shall promptly endorse the patient to DSH per the program guide and DSH will issue an Acceptance Transfer Chrono for accepted patients in accordance with section I.m and section IV of these guidelines, utilizing the admission protocol.

j)  Immediately prior to transfer the patient will undergo the current COVID-19 medical screening as outlined in Section III below.

k)  The COVID-19 test results, the date of the test, the date of the result, and screening results shall be promptly communicated to the receiving DSH institution's Medical Director prior to transfer.

l)  COVID-19 test results and COVID-19 screening shall be prominently and clearly communicated in the referral packet so that the receiving institution's Medical Director receives this information prior to transfer.

m) DSH shall follow the newly developed DSH COVID-19 Admission Protocol delineated in Section IV.

n)  For referrals from Closed Institutions the following process shall apply:

   •  On a rare case by case basis, patients at facilities that have been closed to movement due to COVID-19 outbreaks may be considered for transfer from CDCR to DSH.

   •  Details will be discussed between the CDCR/CCHCS Director of Health Care Services, and the DSH Deputy Director of Clinical Operations, or

qualified physician designees. The discussion will include relevant public health information such as potential exposure to infected employees and/or inmate patients, effects of physical plant on exposure risk, availability and use of PPE, status of serial location-based testing, floating of staff to and from relevant units, etc.

- If all parties agree exposure risk is low, the patient will be quarantined for 14 days, with testing at day 5-7 and retested at day 14. On day 14, the medical director at the sending institutions must call the medical director at the receiving institution to discuss interim exposure risks. This conference will be facilitated by the CDCR statewide Chief Psychiatrist.

II.    DSH Discharges to CDCR

a) DSH will send a weekly list of patients who are ready for discharge to CDCR's Inpatient Referral Unit (IRU) and put the COVID screen and discharge packet on SharePoint.

b) Immediately prior to transfer the patient will undergo the current COVID-19 medical screening as outlined in Section III below and shall be tested for COVID.

c) The COVID-19 test results, the date of the test, the date of the result, and screening results shall be promptly communicated to the receiving CDCR institution's Medical Director prior to transfer.

d) Prior to transport IRU will ensure that the Chief Medical Executive at the receiving facility is notified and prepared to accept the arrival of the patient.

e) Transport shall be held until the IRU notifies the Classification and Parole Representative that the CME has approved transport.

III.    Information to be provided as a part of current COVID-19 pre-transfer medical evaluation

a) Referring Institution
b) Receiving Institution
c) Does the patient have a new or worsening cough?  [Y/N]
d) Does the patient have a fever (>100 F)?  [Y/N]
e) Is the patient experiencing new or worsening shortness of breath?  [Y/N]
f) Is the patient currently on isolation?  [Y/N]
g) Is the patient currently on quarantine?  [Y/N]
h) Is the patient known to be a contact of a confirmed COVID -19 case?  [Y/N]
i) Include the patient's vitals for the last 14 days as available

IV.    DSH COVID-19 Admission Protocol

All new admissions to DSH will follow the following protocol:

**DSH ADMISSION AND TESTING FLOWCHART**



1. Patients arriving to DSH Hospitals from the Department of Corrections or County Jails could have been tested or not tested prior to transportation. **Patients that have stayed overnight in outside hospital.** Preferred transportation in groups to have cohort/group admissions

2. Upon admission at a DSH Hospital all patients are tested on the day of admission (Test 1, Day 1).

4. If a patient has symptoms of COVID-19 disease at the time of admission, they are housed in a Patient Under Investigation (PUI) unit. Closely monitored. If test at day 5 (+) moves to Isolation Unit and if (-) stays as PUI until results of test at Day 14.

3.Patients are admitted in a cohort/ group and are housed together in one unit during sequestration/observation period (one cohort = one admission unit).  If patients are asymptomatic during the admission screening, they are housed in an observation unit preferably in a single room specially if there is any significant risk of exposure. At any time pt test results (+), they move to isolation. The patient is re-tested at Day 5 post admission (Test 2) and 14 days (Test 3). If test result at day 5 (+) moves to Isolation Unit and if (-) stays until results of test at day 14.
Staff are assigned/dedicated to this units and tested as needed.

FOR PATIENT MANAGEMENT FOLLOW DSH MANAGEMENT OF COVID-19 PATIENTS AND PUI GUIDELINES

5. At any time a patient test (+) for COVID-19 (confirmed by testing), they are housed in an isolation unit with only other (+) patients.

6. If the patient test negative upon admission and when re-tested (Day 5 and 14), they can be housed in a regular unit

PATIENT
+/- COVID-19 RNA TESTED  **1**

DSH HOSPITAL TRIAGE SCREENING  **2**
COVID-19 RNA TEST 1 (DAY 1)

SYMPTOMATIC  NO

SYMPTOMATIC  YES

PUI
(SINGLE ROOM/ SEPARATE FROM COMFIRMED CASES)  **4**

DAY 5 and 14 COVID-19 RNA TESTS RESULTS

COVID-19 (+)   COVID-19 (-)

**3**
ADMISSION OBSERVATION UNIT (AOU)
(SINGLE ROOM PREFERRED)
COVID-19 RNA TEST 2 DAY 5
TEST 3 DAY 14

TEST 1 COVID-19 (+)

ISOLATION UNIT  **5**

ASYMPTOMATIC AND TEST 1, 2, 3  NEGATIVE   NO

YES

REGULAR UNIT  **6**

 **CALIFORNIA CORRECTIONAL**
**HEALTH CARE SERVICES** 

# MEMORANDUM

| | |
|---|---|
| **Date:** | July 7, 2020 |
| **To:** | CCHCS Systemwide Pharmacy and Therapeutics Committee, Regional Health Care Executives, Chief Executive Officers, Chief Nurse Executives, Chief Medical Executives, Chiefs of Mental Health, Chief Physician and Surgeons, Chief Support Executives, Correctional Health Services Administrators, Deputy Medical Executives, Health Program Manager llls, Pharmacists in Charge, Chiefs of Psychiatry, Senior Psychiatrists and Telepsychiatry Leadership, Directors of Nursing, and Supervising Dentists |
| **From:** | Michael Arca, Assistant Deputy Medical Executive, Clinical Operations Chair, Systemwide Pharmacy and Therapeutics Committee |
| **Subject:** | 90-DAY SUPPLY OF MEDICATIONS FOR EXPEDITED RELEASES |

On July 6, 2020, the Systemwide Pharmacy and Therapeutics Committee approved the provision of a 90-day supply of medications to inmates under expedited release with the exception of controlled substances and other medications subject to regulatory restriction, effective immediately wherever feasible.

The expedited release program is intended to expand physical distancing within the facilities. Because of the urgency, medical and psychiatric providers are directed to write medication orders, if clinically appropriate and if within the legal confines, for a 90-day duration (instead of for the usual 30 days) for patients who are part of the expedited release program. This temporary measure provides additional time to arrange for healthcare services within the community.

**You are directed to train institutional clinical staff to implement.**



CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



# MEMORANDUM

**Date:** June 26, 2020

**To:** Chief Executive Officers
Chief Nurse Executives
Chiefs of Mental Health
Regional Health Care Executives

**From:**

*[signature]*

BARBARA BARNEY-KNOX, MBA, MA, BSN, RN
Deputy Director (A), Nursing
Statewide (A) Chief Nurse Executive

*[signature]*

EUREKA C. DAYE, Ph.D., MPH, MA, CCHP
Deputy Director (A)
Statewide Mental Health Program

**Subject:** CELL-FRONT NURSING ACTIVITIES

Due to outbreaks of communicable diseases, the Interdisciplinary Treatment Team (IDTT) may recommend that nursing staff provide cell-front activities to a patient. These activities shall be performed by a licensed or certified nursing staff who is performing the 1:1 observation. A library of structured nursing activities has previously been provided to allow any nursing staff, including CNAs, to provide cell-front activities to patients who are in Temporary Mental Health Unit (TMHU) or enhanced level of care. A link to these activities is included at the end of this memo. There may be changes to current practices as staff who have previously only monitored for safety during 1:1s, shall now be directed to also interact with the patients during their observation. Historically, those performing the observations primarily only had one task, to ensure the safety of the patient.

Institutions are directed to present to their local governing body, within 14 days of issuance of this memo, a Local Operating Procedure (LOP) for Cell-front Nursing Activities. See sample LOP attached which includes all primary elements.

Training material and the activity library are currently available on Lifeline at the following address: http://lifeline/HealthCareOperations/NursingServices/Pages/Resources.aspx under Training Materials, Training: MH. Statewide webinars were previously provided to nursing staff. It is recommend that training be provided for Mental Health providers and reinforcement training provided to nursing staff. The training webinar is also located at the link above.