| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California 94710-1916<br>Telephone: (510) 280-2621 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>THOMAS NOLAN – 169692<br>LISA ELLS – 243657<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237 |
| CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California 94703-2578<br>Telephone: (510) 644-2555 | MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California 94105-1738<br>Telephone: (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**PLAINTIFFS' NOTICE OF ERRATA REGARDING ECF NO. 6768-1, EXHIBIT N TO DECLARATION OF MICHAEL W. BIEN IN SUPPORT OF PLAINTIFFS' RESPONSE TO ORDER OF JULY 2, 2020**<br><br>Judge: Kimberly J. Mueller |

TO THE COURT, DEFENDANTS, AND DEFENDANTS' COUNSEL:

PLEASE TAKE NOTICE that Exhibit N to the Declaration of Michael W. Bien in Support of Plaintiffs' Response to Order of July 2, 2020, pages 92-93 of ECF No. 6768-1, contains one typographical error.  The chart erroneously stated that there would be a total of 6559 EOP patients if the current EOP population were 47.2% of the February 2020 population (bottom right cell of top table).  There would actually be 3095 EOP patients.  A corrected version of Exhibit N is attached hereto.

Counsel apologizes for any inconvenience this error may have caused the Court, Defendants, or their counsel.

DATED:  August 26, 2020        Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Ernest Galvan*
    Ernest Galvan

Attorneys for Plaintiffs

# Exhibit N

| Male Patients | CCCMS Population if Population was 74.3% of February 2020 Population | EOP Population if Population was 47.2% of February 2020 Population |
|---|---:|---:|
| General Population | 16023 | 2733 |
| Reception Center | 1716 | 76 |
| ASU/STRH/NDS/Condemned | 749 | 227 |
| SHU/LTRH/PSU | 176 | 59 |
| Total Population | 18663 | 3095 |

| Female Patients | CCCMS Population if Population was 74.3% of February 2020 Population | EOP Population if Population was 47.2% of February 2020 Population |
|---|---:|---:|
| General Population | 1293 | 81 |
| Reception Center | 181 | 0 |
| ASU/STRH/NDS/Condemned | 59 | 7 |
| SHU/LTRH/PSU | 19 | 1 |
| Total Population | 1551 | 89 |

---

1 General Population figures include all patients at other levels of care but awaiting transfer to designated level of care, and all patients in specialized medical beds.

[3577894.1]