XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ELISE OWENS THORN, State Bar No. 145931
TYLER V. HEATH, State Bar No. 271478
KYLE A. LEWIS, State Bar No. 201041
LUCAS HENNES, State Bar No. 278361
Deputy Attorneys General
　1300 I Street, Suite 125
　P.O. Box 944255
　Sacramento, CA 94244-2550
　Telephone: (916) 210-7318
　Fax: (916) 324-5205
　E-mail: Elise.Thorn@doj.ca.gov
*Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
　2049 Century Park East, Suite 3400
　Los Angeles, CA 90067-3208
　Telephone: (310) 552-0130
　Fax: (310) 229-5800
　E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DEFENDANTS' SIXTEENTH STATUS REPORT ON FUNDING FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**<br><br>Judge: The Hon. Kimberly J. Mueller |

## INTRODUCTION

On April 29, 2019, the Court ordered Defendants to file a status report on the funding process for the construction of 100 mental health crisis beds. (ECF No. 6135.) The Court further ordered Defendants to file an update every thirty days until the funding process is complete. (*Id.*) Defendants have filed fifteen status reports and a supplemental report providing additional information requested by the Court, which outline the funding process and Defendants' ongoing efforts to advance the construction of additional licensed crisis beds. This is Defendants' sixteenth status report.

[3419376.1]

1

**DISCUSSION**

**I.   DEFENDANTS HAVE MET THE COURT'S DIRECTIVE TO PROVIDE UPDATES ON THE CONSTRUCTION OF ADDITIONAL CRISIS BEDS.**

On May 28, 2019, Defendants filed their first status report on funding for the construction of 50 crisis beds at the California Institution for Men (CIM) and 50 crisis beds at the R.J. Donovan Correctional Facility (RJD). (ECF No. 6168.) The report explained that the California Department of Corrections and Rehabilitation (CDCR) completed the project's preliminary plan phase of design, was seeking approval to begin the project's working drawings phase, and was preparing a request for funding to the Department of Finance for the project's construction phase to be included in the 2020-2021 State Budget. Defendants have met the Court's order—in addition to the May report, they timely filed fourteen status reports between June 27, 2019 and July 27, 2020 (ECF Nos. 6208, 6235, 6256, 6297, 6371, 6399, 6436, 6452, 6485, 6537, 6644, 6686, 6739, and 6790), plus a supplemental report on August 2, 2019. (ECF No. 6256.)

**II.  UPDATE ON FUNDING FOR THE PRELIMINARY PLAN AND WORKING DRAWINGS PHASES OF CDCR'S MHCB CONSTRUCTION PROJECT.**

As previously reported to the Court in August 2019, based on a review and analysis of the continuing need for additional licensed crisis beds requested by the Joint Legislative Budget Committee, CDCR decided to proceed with its plans to construct 50 new licensed mental health crisis beds at CIM and to defer plans to construct 50 beds at RJD. (ECF No. 6297 at 3.) The Legislature and the Governor approved the plan (ECF No. 6371 at 3), and CDCR is proceeding with work on the plan. (Borg Decl. ¶ 2.)

CDCR submitted the working drawings for review to the Office of the State Fire Marshal on May 5, 2020, and that review is ongoing. (*Id.*) The Office of the State Fire Marshal reviewed the working drawings and provided approximately 650 individual comments to CDCR on July 31, 2020. (Borg Decl. ¶ 3.) The architect, Hellmuth, Obata & Kassabaum, is reviewing the comments and incorporating the necessary changes into the working drawings. (*Id.*) CDCR anticipates that it will receive the working drawings from Hellmuth, Obata & Kassabaum, then review the revised working drawings, and submit them back to the Office of the State Fire

Marshal by October 1, 2020 for further action and approval. (*Id.*) CDCR estimates approval of the revised working drawings by the Office of the State Fire Marshal by November 23, 2020, which is an approximately 12-week delay from the prior estimated approval date of September 1, 2020. (*Id.*) This delay is due to a longer than expected initial review of the working drawings by the Office of the State Fire Marshal and CDCR's projection of a longer period of time than previously estimated to revise the working drawings and receive State Fire Marshal approval due to the large number of comments. (*Id.*) Based on the new estimated working drawing approval date of November 23, 2020, the start of construction is now estimated for March 2021, with construction expected to be completed in March 2023. (*Id.*)

### III. UPDATE ON FUNDING FOR THE CONSTRUCTION PHASE OF CDCR'S MHCB CONSTRUCTION PROJECT AT CIM.

As previously reported, the Governor's proposed budget for the 2020-2021 fiscal year contained an appropriation of $91,032,000 for construction of 50 new licensed crisis beds at CIM, which was considered by the Legislature in the 2020 Budget Act. (ECF No. 6452 at 3.) The funding for the project was approved as part of Assembly Bill 89, the Budget Act of 2020. (*See* Sec. 64, Item 5225-301-0660 of Section 2.00 of the Budget Act of 2020, Schedule (1), published at leginfo.legislature.ca.gov.)

### IV. DEFENDANTS CURRENTLY DO NOT EXPECT COVID-19 TO DELAY THE PROJECT.

CDCR's COVID-19 response plan has not delayed the CIM construction project. (Borg Decl. ¶ 4.) Should COVID-19 impact Defendants' construction project, Defendants will let the Court know.

///

///

///

**CERTIFICATION**

Defendants' counsel certifies that she reviewed the following orders relevant to this filing: ECF Nos. 3556, 6135, 6212, and 6312.

Dated: July 26, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
ADRIANO HRVATIN
Supervising Deputy Attorney General

*/S/ ELISE OWENS THORN*

Elise Owens Thorn
Deputy Attorney General
*Attorneys for Defendants*