| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>KYLE A. LEWIS, State Bar No. 201041<br>LUCAS HENNES, State Bar No. 278361<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF DEAN L. BORG SUPPORTING DEFENDANTS' SIXTEENTH STATUS REPORT ON THE FUNDING PROCESS FOR THE CONSTRUCTION OF 100 MENTAL HEALTH CRISIS BEDS**<br><br>Judge: The Hon. Kimberly J. Mueller |

I, Dean L. Borg, declare:

1. I am the Director of the Facility Planning, Construction and Management Division for the California Department of Corrections and Rehabilitation (CDCR). I have personal knowledge of the facts stated in this declaration and if called to testify to those facts I could and would do so competently. I make this declaration to support Defendants' sixteenth status report on the funding process for the design and construction of licensed mental health crisis beds in Southern California.

///

[3419376.1]　　　　　　　　　　　1

Borg Decl. Supp. Defs.' 16th Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))

2. The work on CDCR's plan to construct 50 new licensed mental health crisis beds at the California Institution for Men is proceeding, consistent with reports previously provided to the Court. CDCR submitted the working drawings for review to the Office of the State Fire Marshal on May 5, 2020. The Office of the State Fire Marshal reviewed the working drawings and provided approximately 650 individual comments to CDCR on July 31, 2020, each of which need to be addressed.

3. The architect, Hellmuth, Obata & Kassabaum, is reviewing the comments and incorporating the necessary changes into the working drawings. CDCR anticipates that it will receive the working drawings from Hellmuth, Obata & Kassabaum, then review the revised working drawings, and submit them back to the Office of the State Fire Marshal by October 1, 2020 for further action and approval. CDCR estimates approval of the revised working drawings by the Office of the State Fire Marshal by November 23, 2020, which is an approximately 12-week delay from the prior estimated date of September 1, 2020. This delay is due to a longer than expected initial review of the working drawings by the Office of the State Fire Marshal and CDCR's projection of a longer period of time than previously estimated to revise the working drawings and receive approval from the Office of the State Fire Marshal due to the large number of comments. Based on the new estimated working drawing approval date of November 23, 2020, the start of construction is now estimated for March 2021, with construction expected to be completed in March 2023.

4. CDCR's response plan to COVID-19 has not led to any delays to the California Institution for Men construction project as of the date of this report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Sacramento, California on August 26, 2020.

/s/ *DEAN L. BORG*_____
DEAN L. BORG
Director
Facility Planning, Construction and Management
*(original signature retained by attorney)*

[3419376.1]   2

Borg Decl. Supp. Defs.' 16th Status Report on Funding for 100 MHCBs (2:90-cv-00520 KJM-DB (PC))