1   XAVIER BECERRA
    Attorney General of California
2   MONICA N. ANDERSON
    Senior Assistant Attorney General
3   ADRIANO HRVATIN
    Supervising Deputy Attorney General
4   ELISE OWENS THORN, State Bar No. 145931
    TYLER V. HEATH, State Bar No. 271478
5   KYLE A. LEWIS, State Bar No. 201041
    LUCAS HENNES, State Bar No. 278361
6   Deputy Attorneys General
     1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 210-7325
     Fax: (916) 324-5205
9    E-mail: Tyler.Heath@doj.ca.gov
    *Attorneys for Defendants*

ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
ROBINS KAPLAN LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Fax: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

10

11                  IN THE UNITED STATES DISTRICT COURT

12               FOR THE EASTERN DISTRICT OF CALIFORNIA

13                         SACRAMENTO DIVISION

14

15  **RALPH COLEMAN, et al.,**                    2:90-cv-00520 KJM-DB (PC)

16                                  Plaintiffs,   **NOTICE OF MOTION AND MOTION**
                                                  **TO MODIFY COURT ORDERS UNDER**
17      v.                                        **RULE 60(B)**

18                                                Judge: Hon. Kimberly J. Mueller
19  **GAVIN NEWSOM, et al.,**                     Hearing Date: Sept. 24, 2020 at 9:00 a.m.
                                                  Location: Robert T. Matsui U.S. Courthouse
20                                 Defendants.    Courtroom: 3, 15th Floor

21

22

23       **TO THE COURT AND COUNSEL OF RECORD FOR PLAINTIFFS:**

24       **PLEASE TAKE NOTICE** that under Federal Rule of Civil Procedure 60, Defendants

25  move for a modification of existing Court orders. Defendants request the matter be heard on

26  September 24, 2020 at 9:00 a.m. in Courtroom 3, or at a date and time ordered by this Court,

27  because other matters are currently set to be heard on that date in this matter, including in

28  connection with a further quarterly status conference.

                                          1

1          This motion is based on this Notice of Motion and Motion to Modify, the accompanying

2    Memorandum of Points and Authorities, the Declarations of Clendenin, Warburton, Lewis, and

3    Siegel, all pleadings and papers on file in this action, and such other matters as the Court may

4    deem appropriate.

5      Dated:  August 31, 2020                                    Respectfully Submitted,

6                                                                            XAVIER BECERRA
                                                                            Attorney General of California
7                                                                            ADRIANO HRVATIN
                                                                            Supervising Deputy Attorney General
8
                                                                            */s/ Tyler V. Heath*
9
                                                                            TYLER V. HEATH
10                                                                           Deputy Attorney General
                                                                            *Attorneys for Defendants*
11

12

13    CF1997CS0003

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28