1   Xavier Becerra, State Bar No. 118517
    Attorney General of California
2   Monica N. Anderson, State Bar No. 182790
    Senior Assistant Attorney General
3   Adriano Hrvatin, State Bar No. 220909
    Supervising Deputy Attorney General
4   Elise Owens Thorn, State Bar No. 145931
    Tyler V. Heath, State Bar No. 271478
5   Kyle A. Lewis, State Bar No. 201041
    Lucas Hennes, State Bar No. 278361
6   Deputy Attorneys General
     1300 I Street, Suite 125
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone:  (916) 210-7325
     Fax:  (916) 324-5205
9    E-mail:  Tyler.Heath@doj.ca.gov
    *Attorneys for Defendants*

Roman M. Silberfeld, State Bar No. 62783
Glenn A. Danas, State Bar No. 270317
Robins Kaplan LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone:  (310) 552-0130
 Fax:  (310) 229-5800
 E-mail:  RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

10

11                IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13                     SACRAMENTO DIVISION

14

15

**RALPH COLEMAN, et al.,**                 2:90-cv-00520 KJM-DB (PC)

16
                                  Plaintiffs,    **DEFENDANTS' NOTICE OF APPEAL
17                                               TO THE UNITED STATES COURT OF
         v.                                      APPEALS FOR THE NINTH CIRCUIT**
18

19   **GAVIN NEWSOM, et al.,**

20                                Defendants.

21

22          Defendants—Gavin Newsom, Governor of the State of California, Ralph Diaz, Secretary of

23   the California Department of Corrections and Rehabilitation, Keely Bosler, Director of the

24   Department of Finance, Stephanie Clendenin, Director of the Department of State Hospitals, and

25   Diana Toche, Undersecretary for Health Care Services for the California Department of

26   Corrections and Rehabilitation—appeal to the United States Court of Appeals for the Ninth

27   Circuit from this Court's August 3, 2020 order (ECF No. 6806).  Defendants also appeal from all

28   earlier, non-final orders that produced the August 3 order and are merged with it.  *See Am.*

                                          1

1 | *Ironworks & Erectors Inc. v. N. Am. Const. Corp.*, 248 F.3d 892, 897 (9th Cir. 2001).

2 | Dated: September 2, 2020                    Respectfully submitted,

3 |                                             XAVIER BECERRA
4 |                                             Attorney General of California

5 |                                             /s/ Adriano Hrvatin

6 |                                             ADRIANO HRVATIN
7 |                                             Supervising Deputy Attorney General
  |                                             *Attorneys for Defendants*

8 | CF1997CS0003
9 | 42333085.docx

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

# Attachment

No. _____

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**RALPH COLEMAN, et al.,**

Plaintiffs-Appellees,

**v.**

**GAVIN NEWSOM, et al.,**

Defendants-Appellants.

On Appeal from the United States District Court
for the Eastern District of California

No. 2:90-cv-00520 KJM-DB (PC)
The Honorable Kimberly J. Mueller, Judge

## REPRESENTATION STATEMENT

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MONICA N. ANDERSON, State Bar No. 182790
Senior Assistant Attorney General
ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3750
 Fax:  (415) 703-5843
 E-mail:  Adriano.Hrvatin@doj.ca.gov
*Attorneys for Defendants-Appellants*

The undersigned represent the State Defendants-Appellants in this case—including Gavin Newsom, Governor of the State of California; Ralph Diaz, Secretary of the California Department of Corrections and Rehabilitation; Keely Bosler, Director of the Department of Finance; Stephanie Clendenin, Director of the Department of State Hospitals; and Diana Toche, Undersecretary for Health Care Services for the California Department of Corrections and Rehabilitation.  Attached is a service list that shows the other parties that are directly interested in this appeal, along with their lead counsels' names, firms, addresses, telephone numbers, and email addresses.  The party listing in the district court's docket includes numerous associated counsel for many parties, as well as additional intervenors, "interested parties," amici curiae, and "miscellaneous" individuals who are not included on the attached service list.

Date: September 2, 2020         Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General

/s/ Adriano Hrvatin

ADRIANO HRVATIN
Supervising Deputy Attorney General
*Attorneys for Defendants-Appellants*

1

*Service List*

| | |
|---|---|
| Michael Bien<br>Email: MBien@rbgg.com<br>Lisa Ells<br>Email: lells@rbgg.com<br>Rosen Bien Galvan & Grunfeld, LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, CA 94105<br>Phone: (415) 433-6830<br>Fax: (415) 433-7104<br>*Attorneys for Plaintiffs* | Donald Specter<br>Prison Law Office<br>1917 Fifth Street<br>Berkeley, CA 94710-1916<br>Phone: (510) 280-2621<br>Fax: (510) 280-2704<br>Email: dspecter@prisonlaw.com<br>*Attorneys for Plaintiffs* |
| Matthew A. Lopes, Jr.<br>Pannone Lopes & Devereaux LLC<br>1301 Atwood Avenue, Suite 215 N<br>Providence, RI 02919<br>Phone: (401) 824-5156<br>Fax: (401) 824-5123<br>Email: mlopes@pldw.com<br>*Special Master* | |

No. _____

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

**RALPH COLEMAN, et al.,**

Plaintiffs-Appellees,

**v.**

**GAVIN NEWSOM, et al.,**

Defendants-Appellants.

---

## STATEMENT OF RELATED CASES

The following pending appeal arises from the same district-court matter:

*Coleman*, *et al. v. Newsom*, *et al.*, Ninth Cir. No. 20-16062

Date: September 2, 2020          Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MONICA N. ANDERSON
Senior Assistant Attorney General

/s/ Adriano Hrvatin

ADRIANO HRVATIN
Supervising Deputy Attorneys General
*Attorneys for Defendants-Appellants*

CF1997CS0003
42333086.docx

3