UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**RALPH COLEMAN, ET AL.,**
    Plaintiff

  v.    **CASE NO. 2:90−CV−00520−KJM−DB**

**CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSOCIATION, ET AL.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **September 02, 2020** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

September 3, 2020

                      **KEITH HOLLAND**
                      **CLERK OF COURT**

             **by:** /s/ R. Henshaw
                    Deputy Clerk