| | |
|---|---|
| DONALD SPECTER – 083925<br>STEVEN FAMA – 099641<br>MARGOT MENDELSON – 268583<br>PRISON LAW OFFICE<br>1917 Fifth Street<br>Berkeley, California  94710-1916<br>Telephone:   (510) 280-2621<br><br>CLAUDIA CENTER – 158255<br>DISABILITY RIGHTS EDUCATION<br>AND DEFENSE FUND, INC.<br>Ed Roberts Campus<br>3075 Adeline Street, Suite 210<br>Berkeley, California  94703-2578<br>Telephone:   (510) 644-2555 | MICHAEL W. BIEN – 096891<br>JEFFREY L. BORNSTEIN – 099358<br>ERNEST GALVAN – 196065<br>LISA ELLS – 243657<br>THOMAS NOLAN – 169692<br>JENNY S. YELIN – 273601<br>MICHAEL S. NUNEZ – 280535<br>JESSICA WINTER – 294237<br>MARC J. SHINN-KRANTZ – 312968<br>CARA E. TRAPANI – 313411<br>ALEXANDER GOURSE – 321631<br>AMY XU – 330707<br>ROSEN BIEN<br>GALVAN & GRUNFELD LLP<br>101 Mission Street, Sixth Floor<br>San Francisco, California  94105-1738<br>Telephone:   (415) 433-6830 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF ERNEST GALVAN IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING STAFFING AND POPULATION**<br><br>Judge:  Kimberly J. Mueller |

I, Ernest Galvan, declare:

1. I am an attorney duly admitted to practice before this Court.  I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration based in support of Plaintiffs' Brief Regarding Staffing and Population.

2. Beginning on April 6, 2020, this Court issued orders directing the parties to meet and confer on measures necessary to protect *Coleman* class members from COVID-

[3613874.1]

19 outbreaks in CDCR institutions, and to submit briefing, plans and supporting materials to the Court. *See* ECF Nos. 6580, 6622, 6643, 6661, 6681, 6707, 6791. As part of that process, my colleagues and I requested and received information regarding the COVID-19 risk status, mental health care status, and other case factors of the persons held in CDCR institutions.

3. On or about July 29, 2020, we received via confidential file transfer an Excel spreadsheet with the file name "PLO CDCR Population 20200716" with the following columns:

| |
|---|
| **PID** |
| **CDCNumber** |
| **Institution** |
| **LastName** |
| **FirstName** |
| **Age** |
| **Gender** |
| **Facility** |
| **CellBed** |
| **BedType** |
| **ClinicalRiskLevel** |
| **AllRiskFactors** |
| **COVIDRiskFactorCount** |
| **COVIDWeightedRiskScore** |
| **AdvancedAge** |
| **AsthmaPersistent** |
| **LungDisease** |
| **Immunocompromised** |
| **AdvancedLiverDisease** |
| **OtherChronic** |
| **CancerHighRisk** |
| **Diabetes** |
| **COPD** |
| **CVD** |
| **HIV** |
| **Pregnant** |
| **Dialysis** |
| **BMI40orMore** |
| **Race** |
| **Ethnicity** |

| |
|---|
| **BedSecurityLevel** |
| **ClassScore** |
| **IncarcerationDate** |
| **EstimatedReleaseDate** |
| **ReleaseType** |
| **CountyofCommitment** |
| **Mental Health Level of Care** |
| **In Mental Health Program in Last** |
| **TABE** |
| **ADA** |
| **DPPHearing** |
| **DPPKidney** |
| **DPPMobility** |
| **DPPSpeech** |
| **DPPVision** |
| **LearningDisability** |
| **DDPCodes** |
| **COVIDStatus** |
| **CSRA** |
| **OffenseCategory** |
| **OffenseGroup** |
| **CommitmentOffense** |
| **SexReg** |
| **Sentence_Months** |
| **Substance_Abuse** |
| **Criminal_Thinking** |
| **Social_Isolation** |
| **Criminal_Personality** |
| **Anger** |
| **Educational_Problems** |
| **Employment_Problems** |
| **Criminal_Peers** |
| **Criminal_Opportunity** |
| **Leisure_Recreation** |
| **Financial** |
| **Residential_Instability** |
| **OFFENSEDATE** |

4. In order to create a table showing the distribution of California Status Risk Assessment (CSRA) scores in the *Coleman* class, and to compare that distribution to

incarcerated persons outside the *Coleman* class, I used the Pivot Table function in Excel to produce the table below. Mental Health Services Delivery System "MHSDS" refers to the *Coleman* class.

| | **Column Labels** | | | | | |
|---|---|---|---|---|---|---|
| | **Non-MHSDS** | | **MHSDS** | | **Total Number** | **Total Percentage** |
| **CSRA Scores** | **Number** | **Percentage** | **Number** | **Percentage** | | |
| **Low** | 42,135 | 54.05% | 18,612 | 55.78% | 60,747 | 54.57% |
| **Moderate** | 16,996 | 21.80% | 6,743 | 20.21% | 23,739 | 21.32% |
| **High** | 18,249 | 23.41% | 7,815 | 23.42% | 26,064 | 23.41% |
| High Drug | 1,349 | 1.73% | 521 | 1.56% | 1,870 | 1.68% |
| High Property | 3,371 | 4.32% | 1,509 | 4.52% | 4,880 | 4.38% |
| High Violent | 13,529 | 17.35% | 5,785 | 17.34% | 19,314 | 17.35% |
| **None** | 577 | 0.74% | 199 | 0.60% | 776 | 0.70% |
| **Grand Total** | 77,957 | 100.00% | 33,369 | 100.00% | 111,326 | 100.00% |

5.    On September 8, 2020, I received a letter from the CDCR Office of Legal Affairs regarding CDCR psychiatry staffing. A true and correct copy of the letter is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is executed at Eugene, Oregon this 14th day of September, 2020.

*/s/ Ernest Galvan*
Ernest Galvan