# Exhibit A

**OFFICE OF LEGAL AFFAIRS**
Jennifer Neill
General Counsel
P.O. Box 942883
Sacramento, CA 94283-0001



September 8, 2020

Special Master Matthew A. Lopes. Jr.
Pannone Lopes Devereaux & O'Gara LLC
Northwoods Office Park, Suite 215N
1301 Atwood Avenue
Johnston, RI 02919

*Coleman* Plaintiffs' Counsel
Rosen Bien Galvan & Grunfeld LLP
101 Mission Street, Sixth Floor
San Francisco, CA 94105

*VIA EMAIL ONLY*

Dear Special Master Lopes and *Coleman* Plaintiffs' Counsel:

I write to provide an update on the California Department of Corrections and Rehabilitation's (CDCR) staffing plan and proposals. Adequate staffing is critical to ensuring that Defendants can provide timely and high-quality care to patients. To provide such staffing, CDCR, in conjunction with the California Correctional Health Care Services (CCHCS), are addressing both the recruitment and retention of psychiatrists with boldness and creativity. Some of these efforts were detailed in the November 27, 2019 letter from Jerome Hessick to the Special Master and Plaintiffs' counsel.

More recently, CDCR's staffing needs have changed due to the declining Mental Health Services Delivery System (MHSDS) population. The COVID-19 pandemic has resulted in substantial changes to the way in which mental health care is provided in the community and within correctional settings. Therefore, CDCR will continue to explore new, innovative approaches to improving psychiatry staffing and delivering adequate care. Consistent with the nationwide expansion of telepsychiatry in the community, the expansion of the telepsychiatry program and retention initiatives are helping increase psychiatry hiring and retention. Further, updating the 11-year-old 2009 Staffing Plan and the methodologies for calculating the statewide psychiatry fill rate will ensure that the psychiatry positions used in the fill rate are necessary to provide constitutionally adequate care.

1. **Staffing Initiatives Previously Implemented**

CDCR and CCHCS have worked together for years to improve recruitment and retention in a number of ways, including the following:

- In 2016, in an effort to recruit and retain more psychiatrists, CDCR modified the on-call compensation options for staff to include cash compensation. Previously, psychiatrists had only received compensated time off for the hours spent on-call. The modification to allow cash compensation provided an additional incentive to stay with CDCR. In 2016, CDCR also authorized dual appointments, which allows current psychiatrists to be hired at another institution on a 0.25 time basis. This provided the psychiatrist with additional opportunity to increase their salary and provides part-time coverage at the institutions.

- In 2017, CDCR and CCHCS increased registry rates at most institutions to $265 per hour. CDCR and CCHCS continuously review and increase the registry rates as necessary at harder-to-recruit locations. Currently, the registry rates at CDCR's institutions range from $265 to $390 per hour.

- CDCR also implemented a psychiatric fellowship program through the University of California, San Francisco to allow licensed post-graduate residents to treat inmates, while also learning the concepts and practices of psychiatry within a prison setting.

- In 2017, CCHCS began to recruit psychiatric nurse practitioners (PNPs) who, under the supervision of a supervising psychiatrist, are able to provide direct patient care. As of July 31, 2020, CDCR employed the equivalent of 20 full-time PNPs.

- In August 2019, CDCR and CCHCS entered into a contract with Merritt Hawkins to assist in the targeted recruitment of psychiatrists and advertising for mental health positions. This contract has allowed CDCR and CCHCS to identify ways to improve the recruitment process, such as developing an interview panel with standardized interview training and applying a more personal approach to the interview process.

- In 2019, CDCR and CCHCS undertook the creation of a comprehensive website to assist psychiatry applicants with the application process.

These programs are just a few of the initiatives CDCR and CCHCS have launched to identify, hire, and retain qualified mental health clinicians.

### 2. Mid-Cycle Allocation Adjustment

To promote physical distancing and protect the inmate population and staff from the risks associated with the COVID-19 pandemic, CDCR has voluntarily implemented accelerated releases. As a result, 19,827 inmates have been released from CDCR institutions and camps between March 2020 and August 26, 2020, bringing CDCR's current population in the institutions and camps to well below 100,000. To date, the number of inmates in the MHSDS has decreased from 35,834 patients on March 18, 2020, to 30,415 patients on September 8, 2020, a reduction of over 5,400 *Coleman* class members.

The staffing for the Clinical Correctional Case Management System (CCCMS) and Enhanced Outpatient Program (EOP) is allocated based on a ratio of psychiatrists to a certain number of patients. For example, one staff psychiatrist is allocated for every 280 CCCMS mainline patients and for every 120 EOP mainline patients. Generally, the mental health allocations are adjusted in

January and July as part of the budget and population processes. However, the July 2020 adjustment was based on the CCCMS and EOP population in June 2020.[1] The MHSDS population decreased by over 3,000 *Coleman* class members between July 9, 2020 and September 8, 2020. As a result, the July 2020 adjustment to the mental health allocations substantially overstates the current staffing needs at the institutions.

To ensure that the staffing allocations reflect the current CCCMS and EOP populations, CDCR will release a mid-cycle allocation adjustment in September 2020. An updated staffing adjustment is required to accurately report the staffing allocations and fill rates and ensure appropriate hiring and use of resources. The gradual resumption of intake is highly unlikely to exceed normal releases before January 2021, the time for the next scheduled allocation adjustment.

### 3. Expansion of the Telepsychiatry Program

Over the last few years, CDCR has stated that the expansion of telepsychiatry is a key part of achieving compliance with the maximum ten percent vacancy rate for psychiatrists. For most of 2019, the number of full-time positions filled by telepsychiatrists hovered between 45 and 50. However, over the last ten months, the Telepsychiatry Program has seen exciting increases in both recruitment and retention.

As of July 31, 2020, CDCR officially employed the equivalent of 71.76 full-time telepsychiatrists, a significant increase from just a few months earlier. An additional four telepsychiatrists have been onboarded, and are anticipated to be reflected in the August 2020 psychiatry vacancy report.[2] Furthermore, in August 2020, an additional four telepsychiatrists were hired and onboarded, and are anticipated to be reflected in the September 2020 psychiatry vacancy report. Mental Health also has over 16 additional applicants in various stages of the hiring process.

CDCR has been successful not only in hiring telepsychiatrists but also in retaining them. Between January and June 2020, there were four telepsychiatry separations. However, three of those separations were due to promotions to leadership positions within CDCR. Between the successes in hiring and retention, CDCR expects the telepsychiatry program to continue its growth.

Currently, CDCR has 103 offices for telepsychiatrists. However, with the increase in telepsychiatry hiring, CDCR may be put in the position of having to turn away qualified and interested telepsychiatrists. CCHCS has looked into acquiring more office space, but locating, purchasing, and retrofitting office space will take approximately one year. To support continued growth and mitigate COVID-19 risks, CDCR is exploring the feasibility of hiring telepsychiatrists to work from home, instead of from a hub. This would allow CDCR to hire more telepsychiatrists without being limited by the availability of office space. In the community, telepsychiatrists can provide care from home to their patients. Patients at CDCR in need of care deserve no less, assuming care can be provided in a secure and professional manner.

---

[1] As detailed below, the methodology used to calculate the statewide psychiatry fill rate is based on the number of inpatient beds, not the inpatient population. Therefore, although there has been a decrease in the inpatient population that decrease is not reflected in the staffing allocation or in the statewide psychiatry fill rate.

[2] The number of telepsychiatrists provided represents the number of people, not necessarily the number of positions those people fill. The psychiatry fill rate is calculated by looking at the number of civil service positions filled (which could include part time positions) and the number of hours worked by registry psychiatrists.

**4. Leadership Changes to Support Psychiatry**

To model a cohesive and collaborative leadership approach for a successful mental health program, leaders for the disciplines of psychology and psychiatry must be equals within the organizational structure. To enhance the importance of all mental health disciplines in our leadership structures, CDCR has revised organizational charts at all levels and added additional psychiatry resources at the headquarters and regional levels. In doing so, CDCR is ensuring that psychiatry is represented as part of the leadership team at every level. CDCR believes that this inclusion and representation will increase psychiatry job satisfaction, increase retention, and improve patient care from the unified treatment team.

a) Altering the Psychiatry Chain of Command

As mentioned in the November 27, 2019 letter, CCHCS, with input from CDCR Mental Health, has reorganized the psychiatry chain of command at the institutions. Under the new structure, the most senior psychiatrist in the institution reports directly to each institution's Chief Executive Officer, instead of the Chief of Mental Health. Such a change in the institutional structure ensures the inclusion of the most senior psychiatrist as a key member of the executive leadership team at each institution. Memos were sent to the field on November 26, 2019, and again on March 3, 2020, implementing this change.

b) Creation of Regional Psychiatry Positions

In addition to the changes at the institutional level, CDCR is adding a psychiatry representative to each of the regional teams. For years, the regional teams have been comprised of psychology, custody, and nursing representatives. The addition of a psychiatrist to each of the regional teams demonstrates the importance of psychiatry as part of the teams and will provide more support to psychiatrists in the field in each region. The four regional positions are currently in the recruitment process, and the applications are being screened.

c) Creation of Second Assistant Deputy Director Position

Finally, CDCR Mental Health is considering creating a second Assistant Deputy Director. The Mental Health Administrator classification for the current Assistant Deputy Director position requires a psychology license. The second Assistant Deputy Director position will be filled by a psychiatrist. Thus, with the activation of the second position, the Mental Health Program will have a parallel Assistant Deputy Director psychologist and psychiatrist working side by side on all initiatives and efforts to improve and sustain an effective mental health program.

d) Further Opportunities for Psychiatric Leadership and Executive Involvement

CDCR will consider the changes necessary to broaden the criteria for other administrative positions within Mental Health in areas such as Quality Management and Inpatient Services to include psychiatrists. Currently, all of the Mental Health Administrator positions are limited to psychologists.

### 5. Addressing Potentially Flawed and Outdated Assumptions and Ratios in the 2009 Staffing Plan

During 2018, CDCR put forth proposals to adjust potentially inaccurate assumptions within the 2009 Staffing Plan. The parties, with the guidance of the Special Master, were on the precipice of an agreement when Dr. Golding called into question some of the data used to support the number of positions reduced by the proposals. It has now been nearly two years and CDCR would again like to discuss the following issues with Plaintiffs and the Special Master: a) the assumption surrounding the frequency of routine psychiatric contacts for CCCMS and EOP patients; b) the application of the CCCMS psychiatry ratio to those patients who, per the Program Guide, do not require routine psychiatry contacts; and c) the need for psychiatry positions for crisis intervention on weekends and holidays that were never implemented.

    a) Assumption Regarding Frequency of Routine Psychiatry Contacts for CCCMS and EOP Patients

As part of the 2018 staffing proposals, CDCR put forth a proposal to adjust the assumption for the frequency of routine psychiatry contacts for CCCMS patients. The Program Guide requires that a CCCMS patient on medication be seen every 90 days and that an EOP patient be seen every 30 days. In contrast, the 2009 Staffing Plan assumes that a psychiatrist will see each patient for a routine contact an average of 1.5 times every 90 days or 30 days, respectively.

Previously, the parties were close to an agreement on revising the assumption regarding the frequency of routine psychiatry visits for CCCMS and EOP patients to 1.25 times every 90 or 30 days, respectively. This left room for psychiatrists to see patients more frequently than the minimum Program Guide requirement if needed. Implementation of this revised assumption resulted in a revised psychiatry ratio of 1:336 for CCCMS, and a revised psychiatry ratio of 1:144 for EOP.

This agreement did not come to fruition due to the release of Dr. Golding's allegations. Since that time, CDCR has worked with the Special Master to revise policies to address some of the concerns raised. CDCR has revised policy to ensure that non-confidential contacts are only counted as compliant if the patient refuses the confidential contact or the patient is confined to quarters for a medical reason. Further, several policies were revised to clearly state that cell-front contacts by telepsychiatrists are never counted as compliant, and the Electronic Health Records System (EHRS) was revised to remove the default setting and to include a mandatory drop-down that requires the psychiatrist to choose what type of setting the contact occurred in.

In light of these changes, CDCR proposes exploring what the appropriate frequency is for routine psychiatry visits for CCCMS and EOP patients with the Special Master's team, including developing a methodology that is supported by data validated by the Special Master's data expert.

    b) Application of the 2009 Staffing Ratio for Psychiatry in CCCMS as Required by the Program Guide

The Program Guide requires that "[e]ach CCCMS inmate-patient on psychiatric medication… be reevaluated by a psychiatrist a minimum of every 90 days." (Program Guide at 12-3-11.) Despite

the limitation in the Program Guide that only patients on medication need to see a psychiatrist routinely, CDCR has historically applied the ratio set forth in the 2009 Staffing Plan to all CCCMS patients. The application of the ratio in this way goes above and beyond what is required by the Program Guide.

CDCR had previously put forth a proposed methodology for applying the CCCMS psychiatry ratio only to those patients who required routine psychiatry care. However, upon the release of Dr. Golding's allegations, concerns were raised with that methodology and some of the data used to support the methodology. Given these concerns, CDCR proposes working with the Special Master's team to review, and revise as necessary, the proposed methodology for application of the CCCMS ratio that is supported by data validated by the Special Master's data expert.

   c) Redirecting Psychiatry Crisis Intervention Positions for Holidays and Weekends to Provide On-Call Coverage

The 2009 Staffing Plan allocates 0.52 psychiatry positions at every institution to provide crisis intervention on weekends and holidays. However, as discussed during the 2018 staffing negotiations, this allocation was never implemented as intended in the 2009 Staffing Plan. Instead, weekend and holiday crisis intervention is currently covered by on-call psychiatrists. At some institutions, the number of calls handled by the on-call psychiatrists are manageable. However, there have been complaints at some institutions that there are too many calls during the on-call period or that psychiatrists are required to take calls too often. CDCR is concerned that the stresses of call at busy or understaffed institutions can lead to burnout and job dissatisfaction.

Therefore, instead of eliminating all of the positions currently allocated for crisis intervention on weekends and holidays, CDCR proposes redirecting some or all of these positions to on-call telepsychiatry coverage. Those positions that are not redirected would be eliminated. Redirecting these positions is an important retention tool that would improve the job satisfaction for those caseload carrying psychiatrists by reducing the number of emergencies they would need to handle overnight or on the weekends or holidays, to only those emergencies that require an in-person assessment.

   **6. Flaws in the Methodology for Calculating the Statewide Psychiatry Fill Rate**

While assessing the issue of psychiatry staffing, CDCR found potential flaws in the methodology used to calculate the statewide psychiatry fill rate. These flaws include the exclusion of Psychiatric Nurse Practitioners and the use of inpatient beds to determine the fill rate.

   a) Inclusion of Psychiatric Nurse Practitioners in the Fill Rate

In recognition of the nationwide shortage of psychiatrists, CDCR proposed in 2017 to begin the recruitment of Nurse Practitioners (NPs) specializing in Psychiatry and Mental Health to treat patients. As of July 2020, CDCR has filled 20 PYs with PNPs. Given the PNPs' ability to carry a caseload and provide direct patient care under the supervision of a psychiatrist, PNPs should count in the psychiatry fill rate. This proposal is similar to the way in which Nurse Practitioners and Physician Assistants are counted in the fill rate for Primary Care Physicians at the institutions.

CDCR has preliminarily discussed this proposal with Plaintiffs' counsel and an expert on the Special Master's team and there was support assuming a policy is put in place to govern the PNP's scope of practice and supervision requirements. CDCR is working on a PNP policy that will address these issues. CDCR anticipates being able to share a draft PNP policy with the Special Master's team within the next 30 days.

      b) Calculation of the Statewide Psychiatry Fill Rate Based on the Number of Inpatient Beds

The purpose of the staffing ratios is to ensure that CDCR has the appropriate number of psychiatrists to meet the needs of the actual patient population in the various levels of care. For the CCCMS and EOP levels of care, psychiatry positions are allocated based on a ratio of psychiatrists to patients. For example, one staff psychiatrist is allocated for every 280 CCCMS mailing patients and for every 120 EOP mainline patients. Under this methodology, the allocation fluctuates based on the population.

However, the current methodology used to calculate the statewide psychiatry fill rate fails to reflect the actual staffing needs in the inpatient levels of care (Mental Health Crisis Beds (MHCBs), Intermediate Care Facilities, and Acute Psychiatric Programs). The methodology is instead based on inpatient bed capacity, which includes beds that serve no patients and are empty for prolonged periods. This means that even when the population utilizing the inpatient beds decreases, there is no corresponding decrease in the allocation of psychiatrists to those units.

This methodology effectively penalizes CDCR for failing to assign psychiatrists to empty beds. For example, as of July 2020, the California Health Care Facility (CHCF) had a fill rate for psychiatrists of just 48 percent not including PNPs. However, the MHCBs at CHCF have been 80 percent vacant for months. Therefore, CDCR is out of compliance in part because it has not assigned psychiatrists to provide care to empty beds.

CDCR proposes discussing this issue with the Special Master to determine if there is a more appropriate way to calculate the statewide psychiatry vacancy rate, particularly with respect to the calculation of psychiatrists needed in inpatient beds, to appropriately reflect the number of psychiatrists needed to provide care to patients.

///

///

///

///

///

///

///

### 7. Conclusion

CDCR recognizes the critical importance of improving both recruitment and retention of psychiatry staff for patient care. The proposals above will help CDCR achieve compliance with this goal while ensuring that CDCR has an updated staffing plan. CDCR would like to set time soon to discuss these proposals, as well as any other proposals that Plaintiffs or the Special Master may have, to improve psychiatry fill rates. As always, CDCR will continue to look for new ways to recruit and retain psychiatry staff and augment the above proposals to ensure there are adequate staffing levels to serve the actual patient population.

Respectfully,

*/s/ Melissa C. Bentz*

Melissa C. Bentz
Attorney
Office of Legal Affairs
California Department of Corrections and Rehabilitation