Xavier Becerra, State Bar No. 118517
Attorney General of California
Adriano Hrvatin, State Bar No. 220909
Supervising Deputy Attorney General
Kyle A. Lewis, State Bar No. 201041
Elise Owens Thorn, State Bar No. 145931
Tyler V. Heath, State Bar No. 271478
Robert W. Henkels, State Bar No. 255410
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-73258
 Facsimile: (916) 324-5205
 E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

Roman M. Silberfeld, State Bar No. 62783
Glenn A. Danas, State Bar No. 270317
Robins Kaplan LLP
 2049 Century Park East, Suite 3400
 Los Angeles, CA 90067-3208
 Telephone: (310) 552-0130
 Facsimile: (310) 229-5800
 E-mail: RSilberfeld@RobinsKaplan.com
*Special Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **RALPH COLEMAN, et al.,**<br><br>            Plaintiffs,<br><br>v.<br><br>**GAVIN NEWSOM, et al.,**<br><br>            Defendants. | Case No. 2:90-cv-00520 KJM-DB (PC)<br><br>**DECLARATION OF JAMES R. ROBERTSON**<br><br><br><br>**Judge: The Hon. Kimberly J. Mueller** |

I, James R. Robertson, declare as follows:

<u>About VRJS/ Falcon</u>

1.  Voorhis/Robertson Justice Services, LLC (VRJS) and Falcon, Incorporated (Falcon, Inc.) have been retained by Robins Kaplan LLP and Hanson Bridgett LLP to conduct a comprehensive study on the CDCR 2009 Mental Health Staffing Plan ("2009 Staffing Plan"), the relationship between the 2009 Staffing Plan to general requirements of the Coleman Program Guide, and whether changes in circumstances since development of the 2009 Staffing Plan, including but not limited to changes in population levels at various levels of care, technology, the

1  use of telepsychiatry, the use of PNPs, etc., warrant modifications to the 2009 Staffing Plan or
2  alternatives to come into compliance with the 2009 Staffing Plan. VRJS and Falcon Inc. are
3  nationwide consulting and management firms that bring together the most distinguished and
4  credentialed leaders in correctional mental health and security operations with subject matter
5  expertise in mental health and security staffing development, policy and program development,
6  strategic planning and justice planning. The VRJS/FALCON Team, with its decades of
7  experience, combined fields of study and collective abilities have developed, evaluated, and
8  worked with dozens of prison and jail staffing plans, including those within consent decrees.

Project Goal

10  2.  The VRJS/FALCON team has been provided with the Court's July 30, 2020 order
11  and we have focused on the questions/issues which the Court has directed the parties to address.
12  We believe that an appropriate evidentiary presentation and record associated with the Court's
13  questions requires the conduct of a detailed study of both the history and current state of staffing
14  at CDCR facilities. We are prepared to conduct this study. Our goal for this study is to: 1)
15  Identify alternative options or solutions to assist the CDCR to come into compliance with the
16  2009 Staffing Plan or seek modification of that Plan, if appropriate; 2) Provide a deliverable
17  report which clearly outlines these options including recommendations for implementation and
18  timelines.
19  3.  This project will be conducted in four Phases: 1) Assignment 2) Assessment,
20  Review and Evaluation 3) Formulation and 4) Deliverables.

Scope and Duration of Tasks

Phase 1- Assignment

Task 1: Team Organization and Assignment

VRJS/FALCON will assemble a multidisciplinary team of experts in prison mental health, behavioral health, psychiatric programs and operations with specialties in staffing analyses, planning and consent decree compliance. VRJS/FALCON assigns only the most distinguished, credentialed specialists to our projects.

Duration: 1 week

Phase 2 – Assessment, Review and Evaluation

Task 1: Analyze Existing Documents and Information

4. VRJS/FALCON will obtain and review pertinent historical documents to understand the context of the historical decisions that have been made. Further, VRJS/FALCON will obtain and review all relevant documents that will support all areas of focus for this study. VRJS/FALCON will conduct a comprehensive review of all documents to fully understand all aspects of the consent decree, including its implementation at the facility level. This will include, amongst other things, a review of the current Program Guide. Requested Documents will include but not be limited to:

- CDCR state requirements or any contracted services that may dictate or influence staffing;
- all policies and procedures (security, healthcare, behavioral health), including the Program Guide;
- CDCR mission and goals;
- organizational structure;
- classification system;
- division of labor across facilities;
- Healthcare, Psychiatric, and mental health existing staffing plan (system-wide);
- job titles and job descriptions;
- methods of operations; programs;
- consent decree requirements;
- union requirements/agreements (as applicable);
- staff-related court orders;
- All relevant Special Master reports and CDCR response to reports;
- other documents as relevant.

Duration: 4-6 weeks

Task 2: Staff and Stakeholder Interviews (Virtual)

Virtual interviews will be completed with participation or assistance from all relevant

facility staff and stakeholders. These will be done in the form of workgroup meetings which will be facilitated by VRJS/FALCON.  For each workshop, VRJS/FALCON will develop a detailed agenda and schedule showing the discussion topics and focal areas by time slot so relevant individuals can attend the sessions devoted to their area(s).  These workshops are expected to develop Phase 3 formulations and recommendations, and to provide an opportunity to dive deeper into questions gleaned from the document reviews.

5. VRJS/FALCON will engage in considerable review and evaluation of all information obtained, in addition to discussions with facility staff regarding past and current circumstances.  Throughout the project, VRJS/FALCON will facilitate meetings to ensure that key staff and system stakeholder's needs are considered and addressed, and that the study process is transparent.  This approach is built on information sharing, transparency and consensus building. This approach helps to foster the implementation of any future recommendations and changes.

Duration: 4 weeks

Task 3:  Facility Tours

6. VRJS/FALCON will conduct facility tours during phase 3 to develop a firm understanding of each facility's unique operations, activities, and programs.  These facility tours help to reinforce our understanding of each facility's mission, organization, types of inmates housed, managed and treated.  Touring each facility provides tangible knowledge of each physical plant and grounds, layout of housing units, and how design, space and flow influences staffing and day to day operations. During these tours, VRJS/FALCON will conduct process observations to thoroughly understand day to day operations, staff activity, staff functions and staff workload. VRJS/FALCON's ability to tour, and the timing of those tours will be based upon current CDCR, CDPH, and CDC guidance and access to institutions.

Duration: 4 weeks

Phase 3 – Formulation

7. The VRJS/FALCON method of formulation and analysis relies heavily on the interpretation of quantifiable data discoveries, rather than subjective testimonies. To conduct a

comprehensive study of CDCR's mental health and Psychiatric services and labor force, our analysis will undergo rigorous comparisons with nationwide best practices and data trends, and could include areas of analyses influencing staffing compliance: 1) Facility systems, operations and processes 2) compliance measurements as dictated by the Special Master 3) Net Annual Work Hours (NAWH), work schedules, workloads, work functions, etc. 4) Recruiting, Retention and Training practices 5) Population management, profiling and forecasting.

8.   While this data mining principally informs our findings, VRJS/FALCON experts always corroborate objective data with each system's unique circumstances, and information gleaned from interviews and process observations.  We will conclude with providing our recommended options and alternatives to rectifying staffing compliance issues, noted by the court.  This will include recommendations for next steps in implementing an action plan.

Duration: 3 weeks

Phase 4 – Deliverables

Task 1: Report Development

9.   VRJS/FALCON will develop a report that identifies final options for staffing compliance remedies and a recommended, achievable timeline for implementation.  This report will include the results of the study and will provide a detailed explanation and justification for all recommendations. While a comprehensive account of all fact-finding results will be reported, the areas of focus for this document could vary according to our findings.

Duration: 4 weeks

## Concluding Remarks

10.   As hopefully demonstrated by the enormity of VRJS/FALCON's scope, the tasks requested by the court will require significant time to complete in an appropriate manner.  VRJS/FALCON stand ready to answer this call and will assist in providing the court with the answers being sought along with the assurance of responsiveness and progress the court is wanting to see.  The team of VRJS/ FALCON respectfully estimate approximately six (6) months to complete this project with an immediate start date in mid to late September or early October.  We are willing to work through the pandemic and will conduct the review process and workgroup meetings via

virtual modalities. We will also provide regular updates of our progress and comply with a schedule as determined and established by the court. It is our intent to complete facility tours in early 2021 and have a report completed by March, provided that onsite inspections can safely be completed in accordance with CDC and CDPH guidance, and in compliance with CDCR policies pertaining to onsite visitation.

11. The facts set forth herein are personally known to me and I could and would testify thereto if called upon to do so.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Denver, Colorado on September 13, 2020.

By: /s/ James R. Robertson
JAMES R. ROBERTSON