| | |
|---|---|
| XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California<br>ADRIANO HRVATIN, State Bar No. 220909<br>Supervising Deputy Attorney General<br>KYLE A. LEWIS, State Bar No. 201041<br>ELISE OWENS THORN, State Bar No. 145931<br>TYLER V. HEATH, State Bar No. 271478<br>LUCAS HENNES, State Bar No. 278361<br>Deputy Attorneys General<br>  1300 I Street, Suite 125<br>  P.O. Box 944255<br>  Sacramento, CA 94244-2550<br>  Telephone: (916) 210-7318<br>  Fax: (916) 324-5205<br>  E-mail: Elise.Thorn@doj.ca.gov<br>*Attorneys for Defendants* | ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317<br>ROBINS KAPLAN LLP<br>  2049 Century Park East, Suite 3400<br>  Los Angeles, CA 90067-3208<br>  Telephone: (310) 552-0130<br>  Fax: (310) 229-5800<br>  E-mail: RSilberfeld@RobinsKaplan.com<br>*Special Counsel for Defendants* |

HANSON BRIDGETT LLP
PAUL B. MELLO, SBN 179755
LISA M. POOLEY, SBN 168737
SAMANTHA D. WOLFF, SBN 240280
LAUREL E. O'CONNOR, SBN 305478
1676 N. California Blvd., Suite 620
Walnut Creek, California 94596
Telephone:   925-746-8460
Facsimile:   925-746-8490

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>GAVIN NEWSOM, et al.,<br><br>       Defendants. | Case No. 2:90-CV-00520 KJM-DB (PC)<br><br>**DECLARATION JAY POWELL IN SUPPORT OF DEFENDANTS' RESPONSE TO COURT'S JULY 30, 2020 ORDER**<br><br>Date:    September 24, 2020<br>Time:   9:00 a.m.<br>Crtrm.:  3, 15th Floor<br><br>Judge:  Hon. Kimberly J. Mueller |

I, Jay Powell, declare:

1. I am the Correctional Administrator for the Health Care Placement Oversight Program (HCPOP), Corrections Services division of California Correctional Health Care Services. I make this declaration in support of Defendants' Response to the Court's July 30, 2020 Order. I have personal knowledge of the statements in this declaration and could testify to them if called to do so.

2. I was appointed as the Correctional Administrator of the HCPOP on May 1, 2018. I am familiar with the numerous and complex policies and procedures that govern the movement of patients within the Mental Health Services Delivery System (MHSDS) and I supervise and direct HCPOP's activities. HCPOP is the program area responsible for managing and tracking the statewide movement of patients into and out of designated health care beds.

3. Attached as Exhibits A, B, C, D and E, are true and correct copies of the California Department of Corrections & Rehabilitation's Management Information Summary (MIS) report as of October 9, 2017, March 16, 2020, June 29, 2020, July 27, 2020 and September 8, 2020, respectively. HCPOP staff prepare the MIS report. As the footnotes on each report indicate, the source of the MIS in October of 2017 was Datamart for Correctional Clinical Case Management System (CCCMS), Enhanced Outpatient Program (EOP); HCPOP Endorsements and Referrals Tracking (HEART) for Mental Health Crisis Bed (MHCB); Referrals to Inpatient Programs Application (RIPA) reports for Intermediate Care Facility (ICF), Acute Psychiatric Program (APP), and Psychiatric Inpatient Program (PIP) programs; and Department of State Hospital reports for Parolee programs. The source of the MIS reports dated March, June, July and September 2020 is the Health Care Offender Data Store (HCODS) for CCCMS, EOP; HEART for MHCB; RIPA reports for ICF, APP and PIP programs. The reports provide information for a specific date noted by the date indicated on the report.

4. Based on the data in Exhibit A, there were 38,936 patients in CDCR's MHSDS on October 9, 2017. Of those, there were 29,231 CCCMS patients and 7,958 EOP patients.

5. According to Exhibit B, on March 16, 2020, there were 35,751 patients in CDCR's MHSDS. On September 8, 2020, the data from Exhibit E indicates there were 30,265 patients in

CDCR's MHSDS.

6. Comparing the MIS reports attached as Exhibits A and E, there were 8,671 fewer patients in CDCR's MHSDS on September 8, 2020, than there were on October 9, 2017.

7. Comparing the MIS reports attached as Exhibits B and E, there were 5,486 fewer patients in CDCR's MHSDS on September 8, 2020, than there were on March 16, 2020.

8. Comparing the MIS reports attached as Exhibits C and D the total number of patients in the MHSD from June 29, 2020, to July 27, 2020 there were 1,339 fewer patients to MHSDS statewide.

9. Based on the data in Exhibit F, 5,635 EOP patients transferred to a MHCB in 2018, and 4,768 EOP patients transferred to a MHCB in 2019. Exhibit F also shows 449 EOP patients transferred to Psychiatric Inpatient Program beds in 2018 and 507 EOP patients transferred to Psychiatric Inpatient Program beds in 2019.

10. Based on the data in Exhibit A, there were 7,958 total EOP patients on October 9, 2017. By comparison, the data in Exhibit E shows there were 6,252 total EOP patients on September 8, 2020. This represents a reduction of 1,706 EOP patients, or 21.4% of the total EOP population from October 9, 2017 to September 8, 2020.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Elk Grove, California on September 14, 2020.

Jay Powell
Correctional Administrator
Health Care Placement Oversight Program
(original signature retained by attorney)

# Exhibit A

# MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS)
# MANAGEMENT INFORMATION SUMMARY (MIS) REPORT

## 10/9/2017

| Level of Care | MALES Capacity | MALES Census[1] | MALES Awaiting Placement[2] | FEMALES Capacity | FEMALES Census[1] | FEMALES Awaiting Placement[2] |
|---|---|---|---|---|---|---|
| **Correctional Clinical Case Management System (CCCMS)** | **27,450** | **26,940** | | **2,100** | **2,291** | |
| CCCMS - General Population (GP) | | 23,590 | | | 1,989 | |
| CCCMS - Reception Center (RC) | | 2,410 | | | 165 | |
| CCCMS - Administrative Segregation Unit (ASU) | | 139 | | | 0 | |
| CCCMS - Security Housing Unit (SHU) | | 0 | | | 38 | |
| CCCMS - Restricted Housing Long-Term (LTRH) | | 91 | | | | |
| CCCMS - Restricted Housing Short-Term (STRH)+STRH-RC | | 710 | | | 99 | |
| CCCMS - Non Disciplinary Segregation (NDS) | | 0 | | | | |
| **Enhanced Outpatient Program (EOP)[4]** | **7,707** | **7,719** | | **235** | **239** | |
| EOP - GP | 6,886 | 6,618 | | 195 | 214 | |
| *Sensitive Needs Yard (SNY)* | *3,636* | *3,364* | | | | |
| EOP - RC | | 265 | | | 0 | |
| EOP - ASU[5] | 585 | 636 | 45 | 20 | 17 | 0 |
| EOP - PSU[5] | 236 | 200 | 19 | 20 | 8 | 0 |
| EOP - NDS | | 0 | | | | |
| **Mental Health Crisis Bed (MHCB)** | **427** | **392** | **34** | **22** | **18** | **7** |
| **Psychiatric Inpatient Programs:** | | | | | | |
| **Intermediate Care Facility (ICF)** | **1130** | **874** | **74** | | | |
| <u>Low Custody</u> | <u>390</u> | <u>339</u> | <u>36</u> | | | |
| *Atascadero State Hospital (ASH)* | 256 | 218 | 27 | | | |
| *Coalinga State Hospital (CSH)* | 50 | 48 | 2 | | | |
| *California Medical Facility (CMF)* | 84 | 73 | 7 | | | |
| <u>High Custody</u> | <u>740</u> | <u>535</u> | <u>38</u> | | | |
| *California Health Care Facility (CHCF)* | 330 | 183 | 6 | | | |
| *CMF Single Cells* | 94 | 74 | 11 | | | |
| *CMF Multi Cells* | 70 | 58 | 11 | | | |
| *SVPP Single Cells* | 202 | 187 | 2 | | | |
| *Salinas Valley Psychiatric Program (SVPP) Multi Cells* | 44 | 33 | 8 | | | |
| **Acute Psychiatric Program (APP)** | **402** | **380** | **47** | | | |
| ASH | 0 | 0 | 0 | | | |
| CHCF | 184 | 166 | 28 | | | |
| CMF | 218 | 214 | 19 | | | |
| **Psychiatric Inpatient Program (PIP)** | **40** | **33** | **0** | **75** | **50** | **5** |
| California Institution for Women (CIW) | | | | 45 | 39 | 3 |
| Patton State Hospital (PSH) | | | | 30 | 11 | 2 |
| San Quentin (SQ) | 40 | 33 | 0 | | | |
| **Penal Code 2974s (Parolees)** | | 3 | | | | |
| Metro State Hospital (MSH) | | 0 | | | | |
| Napa State Hospital (NSH) | | 3 | | | | |
| Patton State Hospital (PSH) | | 0 | | | | |
| **TOTALS (excluding Parolees)** | **37,156** | **36,338** | **219** | **2,432** | **2,598** | **12** |

| | Total Capacity | Total Census[1] | Total Awaiting Placement[2] | Total Over Timeframes[3] | % MHSDS | % CDCR[6] |
|---|---|---|---|---|---|---|
| CCCMS | 29,550 | 29,231 | | | 75.07% | 22.23% |
| EOP | 7,081 | 7,097 | | | 18.23% | 5.40% |
| EOP-ASU | 605 | 653 | 45 | 5 | 1.68% | 0.50% |
| PSU | 256 | 208 | 19 | 0 | 0.53% | 0.16% |
| MHCB | 449 | 410 | 41 | 11 | 1.05% | 0.31% |
| PSYCHIATRIC INPATIENT | 1,647 | 1,337 | 126 | 10 | 3.43% | 1.02% |
| GRAND TOTAL | 39,588 | 38,936 | 231 | 26 | 100.00% | 29.61% |

[1] Census sources: Datamart for CCCMS, EOP; HEART for MHCB; RIPA reports for ICF, APP, and PIP programs; and DSH reports for Parolee programs.

[2] <u>Awaiting Placement</u> = The sum of inmates waiting to be placed in a bed at a specific level of care. Those awaiting placement to ICF, APP, and PIP include referrals that have been custodially reviewed by HCPOP and are awaiting bed availability, inpatient program acceptance, or transfer to the inpatient program as of the reporting date (based on the Referrals to Inpatient Programs Application (RIPA)).

[3] <u>Total Over Timeframes</u> = The number of referrals that are beyond Mental Health Program Guide transfer timeframes: EOP-ASU includes cases in non-hubs waiting > 30 days, PSU includes cases with an original CSR endorsement date > 60 days, MHCB includes referrals > 24 hours, Psychiatric Inpatient includes Intermediate referrals > 30 days and Acute referrals > 10 days.

[4] EOP, EOP-ASU, & PSU may not reflect actual program vacancies because beds can be held vacant for inmate-patients temporarily housed in MHCB and

[5] The numbers for Awaiting Placement and Total Over Timeframes in EOP-ASU, PSU, and Pyschiatric Inpatient may include inmates who <u>cannot</u> transfer due to the following reasons: out-to-court, medical holds, safekeeper status.

[6] CDCR pop as of 10/04/17 (OISB). Based on Total In-State Institution Population and Out of State (COCF).

*CCHCS, Health Care Placement Oversight Program*

# Exhibit B

# MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS)
## MANAGEMENT INFORMATION SUMMARY (MIS) REPORT
### 3/16/2020

| Level of Care | Housing Program | MALES | | | FEMALES | | |
|---|---|---|---|---|---|---|---|
| | | Capacity | Census[1] | Awaiting Placement[2] | Capacity | Census[1] | Awaiting Placement[2] |
| **CCCMS** | **Correctional Clinical Case Management System (CCCMS)** | **27,000** | **25,017** | | **2,250** | **2,085** | |
| | Reception Center (RC) | | 2,193 | | | 268 | |
| | General Population (GP) | | 20,921 | | | 1,694 | |
| | Enhanced Outpatient Program (EOP) | | 104 | | | 0 | |
| | Mental Health Crisis Bed (MHCB) | | 5 | | | 0 | |
| | Psychiatric Inpatient Program (PIP) | | 0 | | | 0 | |
| | Specialized Medical Beds Housing | | 545 | | | 20 | |
| | Administrative Segregation Unit (ASU) | | 211 | | | 63 | |
| | Condemned | | 132 | | | 16 | |
| | Long Term Restricted Housing Unit (LTRH)[6] | 270 | 229 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 0 | | | 0 | |
| | Psychiatric Services Unit (PSU) | | 6 | | | 0 | |
| | Security Housing Unit (SHU) | | 0 | | | | 24 | |
| | Short Term Restricted Housing Unit (STRH)[6] | 1,125 | 671 | | | 0 | |
| **EOP** | **Enhanced Outpatient Program (EOP)** | **7,075** | **6,583** | | **225** | **193** | |
| | Reception Center (RC) | | 156 | | | 1 | |
| | General Population (GP) | | 82 | | | 48 | |
| | Enhanced Outpatient Program (EOP) | 6,318 | 5,536 | | 195 | 124 | |
| | Mental Health Crisis Bed (MHCB) | | 16 | | | 2 | |
| | Psychiatric Inpatient Program (PIP) | | 8 | | | 0 | |
| | Specialized Medical Beds Housing | | 184 | | | 3 | |
| | Administrative Segregation Unit (ASU) | 585 | 376 | 30 | 20 | 10 | 0 |
| | Condemned | | 60 | | | 0 | |
| | Long Term Restricted Housing Unit (LTRH) | | 0 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 0 | | | 0 | |
| | Psychiatric Services Unit (PSU) | 172 | 128 | 25 | 10 | 5 | 1 |
| | Security Housing Unit (SHU) | | 0 | | | 0 | |
| | Short Term Restricted Housing Unit (STRH) | | 37 | | | 0 | |

| Level of Care | Capacity | Census[1] | Awaiting Placement[2] | Capacity | Census[1] | Awaiting Placement[2] |
|---|---|---|---|---|---|---|
| **Mental Health Crisis Bed (MHCB)** | **407** | **324** | **20** | **43** | **16** | **0** |
| **Psychiatric Inpatient Programs:** | | | | | | |
| **Intermediate Care Facility (ICF)** | **1,115** | **1,053** | **117** | | | |
| Low Custody | 390 | 357 | 26 | | | |
| *Atascadero State Hospital (ASH)* | 256 | 242 | 14 | | | |
| *Coalinga State Hospital (CSH)* | 50 | 48 | 1 | | | |
| *California Medical Facility (CMF)* | 84 | 67 | 11 | | | |
| High Custody | 725 | 696 | 91 | | | |
| *California Health Care Facility (CHCF)* | 315 | 310 | 24 | | | |
| *CMF Single Cells* | 94 | 92 | 31 | | | |
| *CMF Multi Cells* | 70 | 53 | 13 | | | |
| *SVPP Single Cells* | 202 | 198 | 17 | | | |
| *Salinas Valley Psychiatric Program (SVPP) Multi Cells* | 44 | 43 | 6 | | | |
| **Acute Psychiatric Program (APP)** | **437** | **400** | **42** | | | |
| ASH | 0 | 0 | 0 | | | |
| CHCF | 219 | 203 | 25 | | | |
| CMF | 218 | 197 | 17 | | | |
| **Psychiatric Inpatient Program (PIP)** | **40** | **29** | **0** | **73** | **51** | **1** |
| California Institution for Women (CIW) | | | | 43 | 35 | 1 |
| Patton State Hospital (PSH) | | | | 30 | 16 | 0 |
| SQ | 30 | 27 | 0 | | | |
| SQ (Non-condemned)[7] | 10 | 2 | 0 | | | |
| **Penal Code 2974s (Parolees)[5]** | | **2** | | | | |
| Metro State Hospital (MSH) | | 0 | | | | |
| Napa State Hospital (NSH) | | 2 | | | | |
| Patton State Hospital (PSH) | | 0 | | | | |
| **TOTALS (excluding Parolees)** | **36,074** | **33,406** | **234** | **2,591** | **2,345** | **2** |

| | Total Capacity | Total Census[1] | Total Awaiting Placement[2] | Total Over Timeframes[3] | CENSUS PERCENTAGES | |
|---|---|---|---|---|---|---|
| | | | | | % MHSDS | % CDCR[4] |
| CCCMS | 29,250 | 27,102 | | | 75.81% | 22.03% |
| EOP | 6,513 | 6,220 | | | 17.40% | 5.06% |
| EOP-ASU/NDS/STRH | 605 | 423 | 30 | 2 | 1.18% | 0.34% |
| EOP-PSU/LTRH/SHU | 182 | 133 | 26 | 0 | 0.37% | 0.11% |
| MHCB | 450 | 340 | 20 | 0 | 0.95% | 0.28% |
| PSYCHIATRIC INPATIENT | 1,665 | 1,533 | 160 | 1 | 4.29% | 1.25% |
| **GRAND TOTAL** | **38,665** | **35,751** | **236** | **3** | **100.00%** | **29.06%** |

[1] Census sources: HCODS for CCCMS, EOP; HEART for MHCB; RIPA reports for ICF, APP, and PIP programs.

[2] Awaiting Placement = The sum of inmates waiting to be placed in a bed at a specific level of care. Those awaiting placement to ICF, APP, and PIP include referrals that have been custodially reviewed by HCPOP and are awaiting bed availability, inpatient program acceptance, or transfer to the inpatient program as of the reporting date (based on the Referrals to Inpatient Programs Application (RIPA)).

[3] Total Over Timeframes = The number of referrals that are beyond Mental Health Program Guide transfer timeframes: EOP-ASU includes cases in non-hubs waiting > 30 days, PSU includes cases with an original CSR endorsement date > 60 days, MHCB includes referrals > 24 hours, Psychiatric Inpatient includes Intermediate referrals > 30 days and Acute referrals > 10 days.

[4] CDCR pop as of 3/11/20 (OISB). Based on Total In-State Institution Population and Out of State (COCF).

[5] Census numbers are tracked and updated by Department of State Hospital (DSH).

[6] LTRH and STRH capacity numbers obtained from the PMU Weekly Population Summary Report dated March 6, 2020.

[7] SQ PIP for non-condemned has two MHCB placements.

*CCHCS, Health Care Placement Oversight Program*

# Exhibit C

# MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS)
## MANAGEMENT INFORMATION SUMMARY (MIS) REPORT
### 6/29/2020

| Level of Care | Housing Program | MALES Capacity | MALES Census[1] | MALES Awaiting Placement[2] | FEMALES Capacity | FEMALES Census[1] | FEMALES Awaiting Placement[2] |
|---|---|---|---|---|---|---|---|
| **Correctional Clinical Case Management System (CCCMS)** | | **27,000** | **23,296** | | **2,250** | **1,917** | |
| CCCMS | Reception Center (RC) | | 1,169 | | | 96 | |
| | General Population (GP) | | 20,178 | | | 1,693 | |
| | Enhanced Outpatient Program (EOP) | | 101 | | | 0 | |
| | Mental Health Crisis Bed (MHCB) | | 3 | | | 0 | |
| | Psychiatric Inpatient Program (PIP) | | 4 | | | 0 | |
| | Specialized Medical Beds Housing | | 565 | | | 29 | |
| | Administrative Segregation Unit (ASU) | | 406 | | | 71 | |
| | Condemned | | 142 | | | 14 | |
| | Long Term Restricted Housing Unit (LTRH)[6] | 270 | 170 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 0 | | | 0 | |
| | Psychiatric Services Unit (PSU) | | 5 | | | 0 | |
| | Security Housing Unit (SHU) | | 0 | | | 14 | |
| | Short Term Restricted Housing Unit (STRH)[6] | 1,125 | 553 | | | 0 | |
| **Enhanced Outpatient Program (EOP)** | | **7,075** | **6,521** | | **225** | **173** | |
| EOP | Reception Center (RC) | | 75 | | | 1 | |
| | General Population (GP) | | 153 | | | 42 | |
| | Enhanced Outpatient Program (EOP) | 6,318 | 5,388 | | 195 | 119 | |
| | Mental Health Crisis Bed (MHCB) | | 17 | | | 0 | |
| | Psychiatric Inpatient Program (PIP) | | 16 | | | 0 | |
| | Specialized Medical Beds Housing | | 191 | | | 1 | |
| | Administrative Segregation Unit (ASU) | 585 | 428 | 96 | 20 | 7 | 0 |
| | Condemned | | 65 | | | 0 | |
| | Long Term Restricted Housing Unit (LTRH) | | 0 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 0 | | | 0 | |
| | Psychiatric Services Unit (PSU) | 172 | 115 | 60 | 10 | 3 | 1 |
| | Security Housing Unit (SHU) | | 0 | | | 0 | |
| | Short Term Restricted Housing Unit (STRH) | | 73 | | | 0 | |

| Level of Care | Capacity | Census[1,7] | Awaiting Placement[2] | Capacity | Census[1,7] | Awaiting Placement[2] |
|---|---|---|---|---|---|---|
| **Mental Health Crisis Bed (MHCB)[7]** | **424** | **272** | **3** | **41** | **11** | **1** |
| **Psychiatric Inpatient Programs:** | | | | | | |
| **Intermediate Care Facility (ICF)** | **1,166** | **1,043** | **53** | | | |
| Low Custody | 390 | 335 | 10 | | | |
| *Atascadero State Hospital (ASH)* | 256 | 224 | 5 | | | |
| *Coalinga State Hospital (CSH)* | 50 | 45 | 1 | | | |
| *California Medical Facility (CMF)* | 84 | 66 | 4 | | | |
| High Custody | 776 | 708 | 43 | | | |
| *California Health Care Facility (CHCF)* | 354 | 353 | 13 | | | |
| *CMF Single Cells* | 106 | 105 | 1 | | | |
| *CMF Multi Cells* | 70 | 45 | 4 | | | |
| *SVPP Single Cells* | 202 | 170 | 21 | | | |
| *Salinas Valley Psychiatric Program (SVPP) Multi Cells* | 44 | 35 | 4 | | | |
| **Acute Psychiatric Program (APP)** | **369** | **284** | **17** | | | |
| ASH | 0 | 0 | 0 | | | |
| CHCF | 163 | 103 | 11 | | | |
| CMF | 206 | 181 | 6 | | | |
| **Psychiatric Inpatient Program (PIP)** | **40** | **30** | **0** | **75** | **40** | **0** |
| California Institution for Women (CIW) | | | | 45 | 30 | 0 |
| Patton State Hospital (PSH) | | | | 30 | 10 | 0 |
| SQ | 30 | 23 | 0 | | | |
| SQ (Non-condemned) | 10 | 7 | 0 | | | |
| **Penal Code 2974s (Parolees)[5]** | | **2** | | | | |
| Metro State Hospital (MSH) | | 0 | | | | |
| Napa State Hospital (NSH) | | 2 | | | | |
| Patton State Hospital (PSH) | | 0 | | | | |
| **TOTALS (excluding Parolees)** | **36,074** | **31,446** | **229** | **2,591** | **2,141** | **2** |

| | Total Capacity | Total Census[1] | Total Awaiting Placement[2] | Total Over Timeframes[3] | CENSUS PERCENTAGES % MHSDS | % CDCR[4] |
|---|---|---|---|---|---|---|
| **CCCMS** | 29,250 | 25,213 | | | 75.07% | 22.12% |
| **EOP** | 6,513 | 6,068 | | | 18.07% | 5.32% |
| **EOP-ASU/NDS/STRH** | 605 | 508 | 96 | 61 | 1.51% | 0.45% |
| **EOP-PSU/LTRH/SHU** | 182 | 118 | 61 | 20 | 0.35% | 0.10% |
| **MHCB** | 465 | 283 | 4 | 1 | 0.84% | 0.25% |
| **PSYCHIATRIC INPATIENT** | 1,650 | 1,397 | 70 | 32 | 4.16% | 1.23% |
| **GRAND TOTAL** | **38,665** | **33,587** | **231** | **114** | **100.00%** | **29.47%** |

[1] Census sources: HCODS for CCCMS, EOP; HEART for MHCB; RIPA reports for ICF, APP, and PIP programs.
[2] Awaiting Placement = The sum of inmates waiting to be placed in a bed at a specific level of care. Those awaiting placement to ICF, APP, and PIP include referrals that have been custodially reviewed by HCPOP and are awaiting bed availability, inpatient program acceptance, or transfer to the inpatient program as of the reporting date (based on the Referrals to Inpatient Programs Application (RIPA)).
[3] Total Over Timeframes = The number of referrals that are beyond Mental Health Program Guide transfer timeframes: EOP-ASU includes cases in non-hubs waiting > 30 days, PSU includes cases with an original CSR endorsement date > 60 days, MHCB includes referrals > 24 hours, Psychiatric Inpatient includes Intermediate referrals > 30 days and Acute referrals > 10 days.
[4] CDCR pop as of 6/24/20 (OISB). Based on Total In-State Institution Population and Out of State (COCF).
[5] Census numbers are tracked and updated by Department of State Hospital (DSH).
[6] LTRH and STRH capacity numbers obtained from the PMU Weekly Population Summary Report dated March 6, 2020.
[7] In response to CDCR COVID-19 Guidelines some patients may be housed outside of their level of care and/or in a Temporary Mental Health Unit.

*CCHCS, Health Care Placement Oversight Program*

# Exhibit D

# MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS)
## MANAGEMENT INFORMATION SUMMARY (MIS) REPORT
### 7/27/2020

| Level of Care | Housing Program | MALES Capacity | MALES Census[1] | MALES Awaiting Placement[2] | FEMALES Capacity | FEMALES Census[1] | FEMALES Awaiting Placement[2] |
|---|---|---|---|---|---|---|---|
| **Correctional Clinical Case Management System (CCCMS)** | | **27,000** | **22,363** | | **2,250** | **1,770** | |
| CCCMS | Reception Center (RC) | | 1,060 | | | 110 | |
| | General Population (GP) | | 19,346 | | | 1,529 | |
| | Enhanced Outpatient Program (EOP) | | 102 | | | 0 | |
| | Mental Health Crisis Bed (MHCB) | | 2 | | | 1 | |
| | Psychiatric Inpatient Program (PIP) | | 5 | | | 0 | |
| | Specialized Medical Beds Housing | | 542 | | | 32 | |
| | Administrative Segregation Unit (ASU) | | 447 | | | 71 | |
| | Condemned | | 132 | | | 14 | |
| | Long Term Restricted Housing Unit (LTRH)[6] | 270 | 146 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 9 | | | 0 | |
| | Psychiatric Services Unit (PSU) | | 8 | | | 0 | |
| | Security Housing Unit (SHU) | | 0 | | | 13 | |
| | Short Term Restricted Housing Unit (STRH)[6] | 1,125 | 564 | | | 0 | |
| **Enhanced Outpatient Program (EOP)** | | **7,075** | **6,349** | | **225** | **153** | |
| EOP | Reception Center (RC) | | 78 | | | 6 | |
| | General Population (GP) | | 160 | | | 32 | |
| | Enhanced Outpatient Program (EOP) | 6,318 | 5,158 | | 195 | 105 | |
| | Mental Health Crisis Bed (MHCB) | | 17 | | | 0 | |
| | Psychiatric Inpatient Program (PIP) | | 39 | | | 0 | |
| | Specialized Medical Beds Housing | | 193 | | | 0 | |
| | Administrative Segregation Unit (ASU) | 585 | 428 | 142 | 20 | 8 | 0 |
| | Condemned | | 59 | | | 0 | |
| | Long Term Restricted Housing Unit (LTRH) | | 7 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 1 | | | 0 | |
| | Psychiatric Services Unit (PSU) | 172 | 122 | 75 | 10 | 2 | 0 |
| | Security Housing Unit (SHU) | | 0 | | | 0 | |
| | Short Term Restricted Housing Unit (STRH) | | 87 | | | 0 | |

| Level of Care | Capacity | Census[1,7] | Awaiting Placement[2] | Capacity | Census[1,7] | Awaiting Placement[2] |
|---|---|---|---|---|---|---|
| **Mental Health Crisis Bed (MHCB)[7]** | **424** | **242** | **1** | **41** | **12** | **0** |
| **Psychiatric Inpatient Programs:** | | | | | | |
| **Intermediate Care Facility (ICF)** | **1,165** | **999** | **63** | | | |
| Low Custody | 390 | 315 | 12 | | | |
| *Atascadero State Hospital (ASH)* | 256 | 211 | 10 | | | |
| *Coalinga State Hospital (CSH)* | 50 | 43 | 1 | | | |
| *California Medical Facility (CMF)* | 84 | 61 | 1 | | | |
| High Custody | 775 | 684 | 51 | | | |
| *California Health Care Facility (CHCF)* | 356 | 343 | 27 | | | |
| *CMF Single Cells* | 105 | 102 | 9 | | | |
| *CMF Multi Cells* | 68 | 41 | 2 | | | |
| *SVPP Single Cells* | 202 | 165 | 9 | | | |
| *Salinas Valley Psychiatric Program (SVPP) Multi Cells* | 44 | 33 | 4 | | | |
| **Acute Psychiatric Program (APP)** | **368** | **296** | **4** | | | |
| ASH | 0 | 0 | 0 | | | |
| CHCF | 161 | 113 | 2 | | | |
| CMF | 207 | 183 | 2 | | | |
| **Psychiatric Inpatient Program (PIP)** | **40** | **27** | **1** | **75** | **37** | **0** |
| California Institution for Women (CIW) | | | | 45 | 28 | 0 |
| Patton State Hospital (PSH) | | | | 30 | 9 | 0 |
| SQ | 30 | 23 | 1 | | | |
| SQ (Non-condemned) | 10 | 4 | 0 | | | |
| **Penal Code 2974s (Parolees)[5]** | | **1** | | | | |
| Metro State Hospital (MSH) | | 0 | | | | |
| Napa State Hospital (NSH) | | 1 | | | | |
| Patton State Hospital (PSH) | | 0 | | | | |
| **TOTALS (excluding Parolees)** | **36,072** | **30,276** | **286** | **2,591** | **1,972** | **0** |

| | Total Capacity | Total Census[1] | Total Awaiting Placement[2] | Total Over Timeframes[3] | % MHSDS | % CDCR[4] |
|---|---|---|---|---|---|---|
| **CCCMS** | 29,250 | 24,133 | | | 74.84% | 22.04% |
| **EOP** | 6,513 | 5,847 | | | 18.13% | 5.34% |
| **EOP-ASU/NDS/STRH** | 605 | 524 | 142 | 103 | 1.62% | 0.48% |
| **EOP-PSU/LTRH/SHU** | 182 | 131 | 75 | 28 | 0.41% | 0.12% |
| **MHCB** | 465 | 254 | 1 | 0 | 0.79% | 0.23% |
| **PSYCHIATRIC INPATIENT** | 1,648 | 1,359 | 68 | 18 | 4.21% | 1.24% |
| **GRAND TOTAL** | **38,663** | **32,248** | **286** | **149** | **100.00%** | **29.46%** |

[1] Census sources: HCODS for CCCMS, EOP; HEART for MHCB; RIPA reports for ICF, APP, and PIP programs.
[2] Awaiting Placement = The sum of inmates waiting to be placed in a bed at a specific level of care. Those awaiting placement to ICF, APP, and PIP include referrals that have been custodially reviewed by HCPOP and are awaiting bed availability, inpatient program acceptance, or transfer to the inpatient program as of the reporting date (based on the Referrals to Inpatient Programs Application (RIPA)).
[3] Total Over Timeframes = The number of referrals that are beyond Mental Health Program Guide transfer timeframes: EOP-ASU includes cases in non-hubs waiting > 30 days, PSU includes cases with an original CSR endorsement date > 60 days, MHCB includes referrals > 24 hours, Psychiatric Inpatient includes Intermediate referrals > 30 days and Acute referrals > 10 days.
[4] CDCR pop as of 7/22/20 (OISB). Based on Total In-State Institution Population and Out of State (COCF).
[5] Census numbers are tracked and updated by Department of State Hospital (DSH).
[6] LTRH and STRH capacity numbers obtained from the PMU Weekly Population Summary Report dated March 6, 2020.
[7] In response to CDCR COVID-19 Guidelines some patients may be housed outside of their level of care and/or in a Temporary Mental Health Unit.

*CCHCS, Health Care Placement Oversight Program*

# Exhibit E

# MENTAL HEALTH SERVICES DELIVERY SYSTEM (MHSDS)
## MANAGEMENT INFORMATION SUMMARY (MIS) REPORT
### 9/8/2020

| Level of Care | Housing Program | MALES Capacity | MALES Census[1] | MALES Awaiting Placement[2] | FEMALES Capacity | FEMALES Census[1] | FEMALES Awaiting Placement[2] |
|---|---|---|---|---|---|---|---|
| **Correctional Clinical Case Management System (CCCMS)** | | **27,000** | **20,946** | | **2,250** | **1,556** | |
| CCCMS | Reception Center (RC) | | 744 | | | 22 | |
| | General Population (GP) | | 18,332 | | | 1,424 | |
| | Enhanced Outpatient Program (EOP) | | 108 | | | 0 | |
| | Mental Health Crisis Bed (MHCB) | | 2 | | | 0 | |
| | Psychiatric Inpatient Program (PIP) | | 1 | | | 0 | |
| | Specialized Medical Beds Housing | | 541 | | | 26 | |
| | Administrative Segregation Unit (ASU) | | 371 | | | 61 | |
| | Condemned | | 129 | | | 14 | |
| | Long Term Restricted Housing Unit (LTRH)[6] | 270 | 132 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 4 | | | 0 | |
| | Psychiatric Services Unit (PSU) | | 7 | | | 0 | |
| | Security Housing Unit (SHU) | | 0 | | | 9 | |
| | Short Term Restricted Housing Unit (STRH)[6] | 1,125 | 575 | | | 0 | |
| **Enhanced Outpatient Program (EOP)** | | **7,075** | **6,117** | | **225** | **135** | |
| EOP | Reception Center (RC) | | 72 | | | 1 | |
| | General Population (GP) | | 203 | | | 32 | |
| | Enhanced Outpatient Program (EOP) | 6,318 | 4,833 | | 195 | 92 | |
| | Mental Health Crisis Bed (MHCB) | | 9 | | | 0 | |
| | Psychiatric Inpatient Program (PIP) | | 63 | | | 1 | |
| | Specialized Medical Beds Housing | | 197 | | | 0 | |
| | Administrative Segregation Unit (ASU) | 585 | 439 | 145 | 20 | 7 | 0 |
| | Condemned | | 66 | | | 0 | |
| | Long Term Restricted Housing Unit (LTRH) | | 18 | | | 0 | |
| | Non-Disciplinary Segregation (NDS) | | 6 | | | 0 | |
| | Psychiatric Services Unit (PSU) | 172 | 121 | 63 | 10 | 2 | 0 |
| | Security Housing Unit (SHU) | | 0 | | | 0 | |
| | Short Term Restricted Housing Unit (STRH) | | 90 | | | 0 | |

| Level of Care | Capacity | Census[1,7] | Awaiting Placement[2] | Capacity | Census[1,7] | Awaiting Placement[2] |
|---|---|---|---|---|---|---|
| **Mental Health Crisis Bed (MHCB)[7]** | **427** | **224** | **5** | **41** | **11** | **1** |
| **Psychiatric Inpatient Programs:** | | | | | | |
| **Intermediate Care Facility (ICF)** | **1,176** | **951** | **14** | | | |
| Low Custody | 390 | 270 | 1 | | | |
| *Atascadero State Hospital (ASH)* | 256 | 177 | 1 | | | |
| *Coalinga State Hospital (CSH)* | 50 | 37 | 0 | | | |
| *California Medical Facility (CMF)* | 84 | 56 | 0 | | | |
| High Custody | 786 | 681 | 13 | | | |
| *California Health Care Facility (CHCF)* | 367 | 346 | 5 | | | |
| *CMF Single Cells* | 105 | 103 | 0 | | | |
| *CMF Multi Cells* | 68 | 46 | 1 | | | |
| *SVPP Single Cells* | 202 | 153 | 6 | | | |
| *Salinas Valley Psychiatric Program (SVPP) Multi Cells* | 44 | 33 | 1 | | | |
| **Acute Psychiatric Program (APP)** | **354** | **259** | **5** | | | |
| ASH | 0 | 0 | 0 | | | |
| CHCF | 147 | 96 | 3 | | | |
| CMF | 207 | 163 | 2 | | | |
| **Psychiatric Inpatient Program (PIP)** | **40** | **26** | **0** | **75** | **40** | **1** |
| California Institution for Women (CIW) | | | | 45 | 32 | 1 |
| Patton State Hospital (PSH) | | | | 30 | 8 | 0 |
| SQ | 30 | 23 | 0 | | | |
| SQ (Non-condemned) | 10 | 3 | 0 | | | |
| **Penal Code 2974s (Parolees)[5]** | | **1** | | | | |
| Metro State Hospital (MSH) | | 0 | | | | |
| Napa State Hospital (NSH) | | 1 | | | | |
| Patton State Hospital (PSH) | | 0 | | | | |
| **TOTALS (excluding Parolees)** | **36,072** | **28,523** | **232** | **2,591** | **1,742** | **2** |

| | Total Capacity | Total Census[1] | Total Awaiting Placement[2] | Total Over Timeframes[3] | CENSUS PERCENTAGES % MHSDS | CENSUS PERCENTAGES % CDCR[4] |
|---|---|---|---|---|---|---|
| CCCMS | 29,250 | 22,502 | | | 74.35% | 22.26% |
| EOP | 6,513 | 5,569 | | | 18.40% | 5.51% |
| EOP-ASU/NDS/STRH | 605 | 542 | 145 | 114 | 1.79% | 0.54% |
| EOP-PSU/LTRH/SHU | 182 | 141 | 63 | 33 | 0.47% | 0.14% |
| MHCB | 468 | 235 | 6 | 1 | 0.78% | 0.23% |
| PSYCHIATRIC INPATIENT | 1,645 | 1,276 | 20 | 4 | 4.22% | 1.26% |
| **GRAND TOTAL** | **38,663** | **30,265** | **234** | **152** | **100.00%** | **29.94%** |

[1] Census sources: HCODS for CCCMS, EOP; HEART for MHCB; RIPA reports for ICF, APP, and PIP programs.
[2] Awaiting Placement = The sum of inmates waiting to be placed in a bed at a specific level of care. Those awaiting placement to ICF, APP, and PIP include referrals that have been custodially reviewed by HCPOP and are awaiting bed availability, inpatient program acceptance, or transfer to the inpatient program as of the reporting date (based on the Referrals to Inpatient Programs Application (RIPA)).
[3] Total Over Timeframes = The number of referrals that are beyond Mental Health Program Guide transfer timeframes: EOP-ASU includes cases in non-hubs waiting > 30 days, PSU includes cases with an original CSR endorsement date > 60 days, MHCB includes referrals > 24 hours, Psychiatric Inpatient includes Intermediate referrals > 30 days and Acute referrals > 10 days.
[4] CDCR pop as of 9/2/20 (OISB). Based on Total In-State Institution Population and Out of State (COCF).
[5] Census numbers are tracked and updated by Department of State Hospital (DSH).
[6] LTRH and STRH capacity numbers obtained from the PMU Weekly Population Summary Report dated March 6, 2020.
[7] In response to CDCR COVID-19 Guidelines some patients may be housed outside of their level of care and/or in a Temporary Mental Health Unit.

*CCHCS, Health Care Placement Oversight Program*

# Exhibit F

**Psychiatric Inpatient Programs Admissions 2018-2019**

| Referral Type/Prior LOC | 2018 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2018 Total | 2019 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | 2019 Total | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **APP** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APP | | | 2 | | 2 | 1 | | 1 | | 1 | | | 7 | | | | 1 | | | | 3 | 1 | | | 2 | 7 | 14 |
| CCCMS | | | | | | | | | | 2 | | | 2 | | | | | 1 | | | | | | | | 1 | 3 |
| EOP | 4 | 3 | 2 | 3 | 7 | 13 | 4 | 7 | 2 | | 3 | 2 | 50 | 5 | 3 | 3 | 5 | 7 | 14 | 6 | 4 | 8 | 4 | 1 | 4 | 64 | 114 |
| ICF | 11 | 16 | 12 | 5 | 11 | 11 | 8 | 10 | 3 | 9 | 13 | 15 | 124 | 13 | 15 | 14 | 9 | 9 | 10 | 14 | 8 | 14 | 9 | 9 | 7 | 131 | 255 |
| MHCB | 169 | 145 | 162 | 132 | 120 | 131 | 123 | 161 | 128 | 140 | 142 | 104 | 1657 | 122 | 112 | 107 | 140 | 184 | 130 | 183 | 169 | 154 | 164 | 128 | 147 | 1740 | 3397 |
| **APP Total** | 184 | 164 | 178 | 140 | 140 | 156 | 135 | 179 | 133 | 150 | 160 | 121 | 1840 | 140 | 130 | 124 | 154 | 201 | 155 | 203 | 181 | 179 | 178 | 138 | 160 | 1943 | 3783 |
| **ICF** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| APP | 97 | 84 | 108 | 81 | 89 | 86 | 67 | 83 | 65 | 106 | 97 | 86 | 1049 | 57 | 81 | 89 | 83 | 81 | 60 | 101 | 99 | 108 | 93 | 89 | 89 | 1030 | 2079 |
| CCCMS | | | | | | | | | | 2 | | | 2 | 1 | | 1 | 1 | 1 | | 2 | 1 | 1 | 2 | | | 10 | 12 |
| EOP | 46 | 48 | 36 | 41 | 29 | 22 | 30 | 29 | 26 | 27 | 31 | 34 | 399 | 31 | 23 | 41 | 31 | 40 | 39 | 47 | 46 | 36 | 39 | 33 | 37 | 443 | 842 |
| ICF | 18 | 29 | 34 | 18 | 18 | 15 | 32 | 21 | 28 | 20 | 27 | 20 | 280 | 29 | 17 | 22 | 24 | 33 | 45 | 44 | 81 | 38 | 60 | 28 | 24 | 445 | 725 |
| MHCB | 43 | 60 | 52 | 41 | 34 | 42 | 51 | 42 | 39 | 39 | 39 | 47 | 529 | 34 | 29 | 50 | 46 | 57 | 40 | 51 | 52 | 41 | 43 | 30 | 22 | 495 | 1024 |
| **ICF Total** | 204 | 221 | 230 | 181 | 170 | 165 | 180 | 175 | 158 | 194 | 194 | 187 | 2259 | 152 | 150 | 203 | 185 | 212 | 184 | 245 | 279 | 224 | 237 | 180 | 172 | 2423 | 4682 |
| **Grand Total** | 388 | 385 | 408 | 321 | 310 | 321 | 315 | 354 | 291 | 344 | 354 | 308 | 4099 | 292 | 280 | 327 | 339 | 413 | 339 | 448 | 460 | 403 | 415 | 318 | 332 | 4366 | 8465 |

Yellow highlighted data:
*APP admissions with prior APP LOC were due to medical requirements not available at current APP location or staff separations/enemy concerns at current APP location.
*ICF admissions with prior ICF LOC are transition referrals between ICF-High (Single), ICF-Dorms, and ICF-High (Multi).



Source: RIPA

# MHCB Referrals by Prior Level of Care
## 2018- 2019

| MHCB Referrals by Prior Level of Care | 2018 | 2019 | Grand Total |
|---|---|---|---|
| **APP** | **11** | **16** | **27** |
| Internally Admitted | 7 | 13 | 20 |
| Transferred | 4 | 3 | 7 |
| **CCCMS** | **3412** | **3828** | **7240** |
| Internally Admitted | 1881 | 2014 | 3895 |
| Transferred | 1531 | 1814 | 3345 |
| **EOP** | **5635** | **4768** | **10403** |
| Internally Admitted | 3720 | 3126 | 6846 |
| Transferred | 1915 | 1642 | 3557 |
| **GP/OP** | **902** | **1134** | **2036** |
| Internally Admitted | 417 | 416 | 833 |
| Transferred | 485 | 718 | 1203 |
| **ICF** | **30** | **85** | **115** |
| Internally Admitted | 26 | 57 | 83 |
| Transferred | 4 | 28 | 32 |
| **MHCB** | **97** | **102** | **199** |
| Internally Admitted | 34 | 37 | 71 |
| Transferred | 63 | 65 | 128 |
| **Grand Total** | **10087** | **9933** | **20020** |



Note: Those referrals originating from MHCB LOC are those patients who are MHCB to MHCB transfers for court appearances, long term hospital stays, and continuity of care purposes.