DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
LISA ELLS – 243657
THOMAS NOLAN – 169692
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>      Defendants. | Case No. 2:90-CV-00520-KJM-DB<br><br>**DECLARATION OF LISA ELLS IN SUPPORT OF PLAINTIFFS' BRIEF REGARDING STAFFING AND POPULATION**<br><br>Judge:   Kimberly J. Mueller |

I, Lisa Ells, declare:

1.     I am an attorney duly admitted to practice before this Court.  I am a partner in the law firm of Rosen Bien Galvan & Grunfeld LLP, counsel of record for Plaintiffs.  I have personal knowledge of the facts set forth herein, and if called as a witness, I could competently so testify.  I make this declaration in support of Plaintiffs' Brief Regarding Staffing and Population.

2.     In order to determine with specificity the size of the reduction in the population of seriously mentally ill inmates in California's prison system at each level of

[3611032.8]

1   care that would be required for Defendants to come into compliance with the ratios in their

2   2009 Staffing Plan, I created a spreadsheet showing the current (August 2020) population

3   levels in each level of care and program.  A true and correct copy of a printout of the

4   spreadsheet is attached hereto as **Exhibit A**.

5          3.      I have divided the analysis into Tables 1-6, which I will explain in turn

6   below.

7          4.      **Table 1A is titled "Patient-Ratio Based Staffing: Actual August 2020**."

8   The first column, A, contains a heading, "Staff Psychiatrist (9272)," which is the term that

9   CDCR uses to identify staff psychiatrist positions in its budgeting documents.  The

10  remaining entries in Column A are row headings for levels of care and programs.  There

11  are seven separate programs identified here, each of which has different patient-based

12  ratios under Defendants' 2009 Staffing Plan.  I have combined some categories from the

13  2009 Staffing Plan where they call for the same ratio.  The programs are:  (1) "CCCMS

14  GP," or Correctional Clinical Case Management System General Population; (2)

15  Reception Intake and Screening; (3) CCCMS Reception Center (RC); (4) "CCCMS:

16  STRH/Condemned/NDS," which refers to CCCMS patients in Short Term Restrictive

17  Housing, Death Row, and Non-Disciplinary Segregation; (5) "CCCMS: LTRH," which

18  refers to CCCMS Long Term Restrictive Housing; (6) "EOP GP/RC," which refers to the

19  Enhanced Outpatient Program General Population and Reception Center; and (7) EOP—

20  Any Segregation Unit.

21         5.      Column B in Table 1A is titled "Relief Factor."  It shows a relief factor of

22  0.243 for all levels of care and programs.  Defendants' 2009 Staffing Plan defines "relief

23  factor" as the staffing necessary to cover positions during "holidays, sick leave, vacation,

24  and training."  Defs' Staffing Plan, Sept. 30, 2009 ("Defs' 2009 Staffing Plan"), ECF No.

25  3693, at 9.[1]  Relief factors vary by classification.  The 2009 Staffing Plan relief factor for

26  the Staff Psychiatrist position for all ratio-driven allocations is 1.243.  *See* ECF No. 3693-2

27  _____

28  [1] All citations are to the ECF pagination unless otherwise indicated.

1  at 25-41.

2       6.     Column C in Table 1A is titled "Patients Per Clinician," and contains the

3  ratios from the 2009 Staffing Plan for Staff Psychiatrist.

4       7.     Column D in Table 1A is titled "Ratio as Decimal" and contains the

5  reciprocal of "Patients per Clinician," for ease of calculation.

6       8.     Columns E and F in Table 1A are titled "Male Pop." and "Female Pop." and

7  contain the census taken from CDCR data, specifically a report dated August 25, 2020

8  entitled the "Summary of Mental Health Population by Institution and Level of Care (H1)"

9  and referred to as the "H1 Report."  This report is provided by Defendants as part of their

10  routine monthly data production to Plaintiffs and the Special Master in this case.  A true

11  and correct copy of this report, which was emailed to me by counsel for Defendants on

12  August 28, 2020, is attached hereto as **Exhibit B.**

13       a.     For the CCCMS GP number, I used the number of men and women

14  reported on page 2 of the H1 Report (entitled "Correctional Clinical Case Management

15  System (CCCMS) Level of Care Population by Housing Program"), but excluded those at

16  a reception center or in a segregation unit.

17       b.     For the Reception Center Intake and Screening number, I assumed

18  that reception centers will reopen to normal levels of intake for the purposes of analyzing

19  the durability of Defendants' staffing needs.  I then assumed the average number of daily

20  admissions to CDCR from county jails, which I took from the March 31, 2020 declaration

21  of Secretary Ralph Diaz offered in support of Defendants' Opposition to Plaintiffs'

22  Emergency Motion to Modify Population Reduction Order, ECF No. 6553.  Secretary Diaz

23  states in paragraph 4 of his declaration that CDCR typically admits 3,000 per month from

24  the counties, making the daily average 99 (3,000 multiplied by 12, divided by 365).

25  Secretary Diaz's number is essentially consistent with the data reported at page 39 (using

26  internal pagination) of CDCR's Office of Research report published January 2020 and

27  entitled "Offender Data Points: Offender Demographics for the 24-Month Period Ending

28  December 2018," which is available at https://www.cdcr.ca.gov/research/wp-

[3611032.8]

Declaration of Lisa Ells In Support of Plaintiffs' Brief Regarding Staffing and Population

content/uploads/sites/174/2020/01/201812_DataPoints.pdf.  A true and correct copy of this report, which contains the most current data CDCR makes available to the public, is attached hereto as **Exhibit C.**  Because neither Secretary Diaz nor the CDCR report breaks out the number of male versus female admissions, I listed the entire number in the Male Pop. column.

         c.      For the CCCMS Reception Center number, I used the number of men and women reported on page 2 of the H1 Report (entitled "Correctional Clinical Case Management System (CCCMS) Level of Care Population by Housing Program") in the "RC: Reception Center" column.

         d.      For the CCCMS: STRH/Condemned/NDS number, I used the number of men and women reported on page 2 of the H1 Report (entitled "Correctional Clinical Case Management System (CCCMS) Level of Care Population by Housing Program") in the following Segregated Housing columns: ASU, Condemned, STRH, and NDS.

         e.      For the CCCMS: LTRH number, I used the number of men and women reported on page 2 of the H1 Report (entitled "Correctional Clinical Case Management System (CCCMS) Level of Care Population by Housing Program") in the following Segregated Housing columns: LTRH, PSU, and SHU.

         f.      For the EOP GP/RC number, I used the number of men and women reported on page 3 of the H1 Report (entitled "Enhanced Outpatient Program (EOP) Level of Care Population by Housing Program"), but excluded those who were in any type of segregation unit.

         g.      For the EOP – Any Segregation Unit number, I used the number of men and women reported on page 3 of the H1 Report (entitled "Enhanced Outpatient Program (EOP) Level of Care Population by Housing Program") in all of the Segregated Housing columns.

        9.      Columns G and H in Table 1A are titled "FTEs Needed for Males" and "FTEs Needed for Females" and contain a formula to apply the staffing ratio to the population.  The formula is RATIO AS DECIMAL X POP. X (1 + RELIEF FACTOR).

1  The result is the number of full-time equivalent staff psychiatrists necessary for the

2  population.

3       10.     Column J in Table 1A is titled "Total FTE Needed" and is the sum of the

4  FTEs needed for males and females, i.e., columns G and H.

5       11.     **Table 1B is titled "Patient-Ratio Based Staffing: Targeted Pop.**

6  **Reduction Scenario."**  The purpose of Table 1B is to show how the FTE staff psychiatrist

7  need changes with targeted population reductions.

8       12.     Column L in Table 1B is titled "Percentage Reduction."  This is the column

9  into which the user of the spreadsheet can enter a percentage reduction for each level of

10  care in order to show the impact on staff psychiatrist need.  For this exhibit, I have entered

11  the following reductions:  15% for CCCMS GP; 0% for Reception Intake and Screening;

12  0% for CCCMS Reception Center (RC); 50% for CCCMS: STRH/Condemned/NDS; 50%

13  for CCCMS: LTRH; 25% for EOP GP/RC; and 50% for EOP—Any Segregation Unit.

14       13.     Columns M and N in Table 1B are titled "Male Target" and "Female Target"

15  and contain a formula to apply the percentage reduction in Column L to the population

16  data in Table 1A's Columns E and F.

17       14.     Columns O and P in Table 1B are titled "FTEs Needed for Males" and

18  "FTEs Needed for Females."  They contain the same formulas that are in Table 1A

19  Columns G and H, but applied to the Male Target and Female Target populations rather

20  than to the current populations.

21       15.     Column R in Table 1B is titled "Total FTE Needed," and is the sum of the

22  FTEs needed for the Male Target and Female Target populations.

23       16.     **Table 2A is titled "Non-Ratio Based Staffing: Actual August 2020."**  It is

24  designed to show the psychiatrist need that is fixed by program or facility under the 2009

25  Staffing Plan and is independent of population.  Table 2A accounts for three categories of

26  staffing—MHCB, Desert Institutions, and Crisis Intervention.

27       17.     Column A in Table 2A identifies the facility or program that drives the

28  staffing, and the job classifications required for psychiatrists at those facilities or programs.

[3611032.8]

5

Declaration of Lisa Ells In Support of Plaintiffs' Brief Regarding Staffing and Population

1   The job classifications are Chief Psychiatrist; Senior Psychiatrist, Supervisor; Staff

2   Psychiatrist; and On-Call Staff Psychiatrist.  Chief Psychiatrist is included under MHCB

3   not because each MHCB must have a Chief Psychiatrist, but because the 2009 Staffing

4   Plan requires that each institution that has an MCHB have a Chief Psychiatrist.  *See* ECF

5   No. 3963 at 31.

6          18.     Column B in the MHCB section of Table 2A is titled "Relief Factor," and

7   identifies the one applicable relief factor of 0.74 for Staff Psychiatrists in the MHCB.  *See*

8   ECF No. 3963-2 at 43.

9          19.     Column C in the MHCB section of Table 2A is titled "Base Staffing per

10  MHCB Unit" and identifies the number of applicable staff FTEs required per unit for the

11  MHCBs.  Two classifications have per unit ratios:  1 Chief Psychiatrist per institution with

12  an MHCB, and 0.3 On-Call Staff Psychiatrist per MHCB.  *See* ECF No. 3963 at 31; ECF

13  No. 3963-2 at 43.

14         20.     Columns D and E in the MHCB section of Table 2A together give a

15  staff/beds ratio for the MHCB units.  Column D, "Staff Per," contains the numerator of the

16  ratio, i.e., the staff, and the Column E, titled "MHCB Bed," gives the denominator of the

17  ratio, i.e., how many beds each staff member covers.  The source of each ratio is as

18  follows:

19         a.      Senior Psychiatrist, Supervisor, 1 per 50 beds.  *See* ECF No. 3693 at

20  22.

21         b.      Staff Psychiatrist, 2.5 per 25 beds.  *See id.*

22         c.      On-Call Staff Psychiatrist has two ratios, 0.3 per MHCB unit, and 0.3

23  per 50 beds.  *See* ECF No. 3693-2 at 43.

24         21.     Column F in the MHCB section of Table 2A is titled "Ratio as Decimal" and

25  contains a formula that divides column D (Staff Per) by column E (MHCB Bed).

26         22.     Column G in the MHCB section of Table 2A is titled "# MHCB Units" and

27  contains the number of MHCB facilities in CDCR.  This number was calculated by

28  counting all of the prisons with numbers greater than zero listed in the MHCB Design

[3611032.8]

6

1  Capacity column on page 1 of the August 25, 2020 H1 Report, attached hereto as Exhibit

2  B.  Note that although San Quentin State Prison ("SQ") has a zero listed in the MHCB

3  column and does in fact treat crisis care patients, I did not include that prison in my count

4  because it is my understanding that MHCB patients at SQ are treated in the PIP, and thus

5  would be covered by CDCR's PIP staffing allocations.  *See* H1 Report, page 1, note 3.

6        23.      Column H in  the MHCB section of Table 2A is titled "# MHCB Beds" and

7  contains the statewide total number of MHCB beds.  This number is the "Grand Total"

8  listed in the MHCB Design Capacity column on page 1 of the August 25, 2020 H1 Report,

9  attached hereto as Exhibit B.

10        24.      Column I in the MHCB section of Table 2A is titled "Beds less 5 beds per

11  MHCB Unit," and contains the formula #MHCB Beds – (#MHCB Units X 5).  This

12  number is significant because the 2009 Staffing Plan makes this subtraction of 5 beds per

13  unit before applying the staffing ratio.  *See* ECF No. 3693-2 at 43.  I am informed and

14  believe that the rationale for this is that the first 5 beds are deemed to be adequately

15  covered by the base staffing of 1 chief psychiatrist and 0.3 on-call psychiatrists.  Deducting

16  the first 5 beds prevents making an additional per-bed allocation for MHCB units with

17  fewer than 6 beds.  Currently, however, there are no MHCB units that small per the August

18  25, 2020 H1 Report.  *See* Exhibit B, MHCB Design Capacity Column (showing smallest

19  CDCR MHCB units are at PVSP and WSP, with 6 beds each).

20        25.      Column J in the MHCB section of Table 2A is titled "Total FTE," and

21  contains a formula to apply the 2009 Staffing Plan ratios to the information in the other

22  columns.  The formulas for each row are as follows:

23        a.      Chief Psychiatrist = Base Staffing Per MHCB Unit X #MHCB Units.

24  For Chief Psychiatrists, this is simply one per institution that has an MHCB.

25        b.      Senior Psychiatrist, Supervisor = Ratio as Decimal X Beds less 5 beds

26  per MHCB Unit.

27        c.      Staff Psychiatrist = Ratio as Decimal X Beds less 5 beds per MHCB

28  Unit X (1+Relief Factor).

1      d.      On-Call Staff Psychiatrist = Ratio as Decimal X Beds less 5 beds per

2  MHCB Unit + Base Staff Per MHCB Unit X #MHCB Units.

3      26.    Table 2A also includes a section for the Desert Institutions.

4      27.    Column C in the Desert Institution section of Table 2A is titled "Base

5  Staffing Per Desert Inst.," and shows the staffing level of 0.5 Staff Psychiatrists per Desert

6  Institution.  *See* ECF No. 3693 at 24.

7      28.    Column D in the Desert Institution section of Table 2A is titled "# Desert

8  Insts." and contains the number of Desert Institutions, which is five.

9      29.    Column J in the Desert Institution section of Table 2A contains a formula to

10  apply the ratio in column C (Base Staffing Per Desert Inst.) to the number of Desert

11  Institutions in column D, yielding the FTE need.

12      30.    Table 2A also includes a section for Crisis Intervention.

13      31.    Column C in the Crisis Intervention section of Table 2A is titled "Base

14  Staffing Per # Insts.," and shows the required staffing level of 0.3 Staff Psychiatrists per

15  institution.  *See* ECF No. 3693 at 25.

16      32.    Column C in the Crisis Intervention section of Table 2A is titled "# Insts."

17  and shows the number of CDCR prisons, which is thirty-five.

18      33.    Column J in the Crisis Intervention section of Table 2A is titled "Total FTE"

19  and contains a formula to apply the ratio in column C (Base Staffing Per # Insts.) to the

20  institution number in Column D, yielding the FTE need.

21      34.    At the bottom of Table 2A is the "Non-Ratio Based Total," which sums the

22  three individual totals discussed above.

23      35.    **Table 2B is titled Non-Ratio Based Staffing: Targeted Pop. Reduction**

24  **Scenario.**  Table 2B is intended to show the psychiatrist need in a scenario in which

25  population reductions result in a decrease in the need for MHCB beds.

26      36.    Column L in Table 2B is titled "Percentage Reduction."  For purposes of this

27  analysis, I have entered a 5% reduction in MHCB beds and units.

28      37.    Columns M through R carry the Percentage Reduction into the number of

1 | beds and units, and finally in Column R, apply the staffing ratios from Table 2A to

2 | calculate the FTE need.

3 |      38.     For this scenario, I have projected no reduction in the need for Desert

4 | Institution or Crisis Intervention coverage.

5 |      39.     At the bottom of Table 2B is a "Non-Ratio Based Total" FTE need for the

6 | population reduction scenario.

7 |      40.     **Table 3A is titled Supervising Psychiatrists (Not Including MHCB**

8 | **Allocation):  Actual August 2020.**  I created this table to estimate the staffing need for

9 | supervising psychiatrists required by the 2009 Staffing Plan, but only the need not already

10 | accounted for in the above MHCB allocations.

11 |      41.     The first classification in Table 3A is for Chief Psychiatrists.  The 2009

12 | Staffing Plan requires Chief Psychiatrists not only for institutions with MHCBs, but also

13 | those "with complex and multiple mental health programs."  *See* ECF No. 3693 at 31.

14 |      42.     The second classification in Table 3A is for Senior Psychiatrist, Supervisors.

15 | The 2009 Staffing Plan requires that Senior Psychiatrist, Supervisors "be allocated to

16 | prisons that do not have a Chief Psychiatrist but have a significant number of staff

17 | psychiatrists providing services to a largely stable inmate-patient population."  *See* ECF

18 | No. 3693 at 32.  The Plan further requires that these supervisory positions "be allocated to

19 | several prisons that have a Chief Psychiatrist and that have large and complex mental

20 | health services."  *See id*.

21 |      43.     Column B of Table 3A is titled "Base Staffing Per Institution" and identifies

22 | the number of applicable staff FTEs (1) required per classification per institution.

23 |      44.     Column C of Table 3A is titled "# Insts. with MHCB" and identifies the

24 | number of institutions with an MHCB per the method described in paragraph 22 above.

25 |      45.     Column D of Table 3A is titled "# Insts. w/o MHCB" and identifies the

26 | number of institutions that do not have an MHCB, which is 15 (35 minus 20).

27 |      46.     Column E of Table 3A is titled "# Insts. W/O MHCB But W/ Complex and

28 | Multiple Missions."  This column identifies the number of institutions that do not have an

1 MHCB, but could be said to have complex and multiple mental health programs and thus

2 would require a Chief Psychiatrist under the 2009 Staffing Plan's criteria.  Of the 15

3 prisons that do not have MHCBs, I determined, upon review of the H1 Report, that only

4 SQ and Valley State Prison ("VSP") qualify under this criteria.  SQ qualifies because it has

5 a Psychiatric Inpatient Program (PIP), a 200-person EOP program, the male condemned

6 population, a reception center, and a large CCCMS program.  *See* Exhibit B, page 1.  VSP

7 also qualifies because it has a large EOP program (372 beds) and a large CCCMS program.

8 *See* Exhibit B, page 1.  Additionally, if VSP were not included here, it would be the only

9 institution with an EOP program that did not have a Chief Psychiatrist.

10         47.     Columns F and G (spanning both) of Table 3A are titled "# Insts. w/o

11 MHCB And With Large and Stable Patient Population."  This column identifies the

12 number of institutions that do not have an MHCB, but could be said to have a significant

13 number of staff psychiatrists providing services to a largely stable inmate-patient

14 population and thus would require a Senior Psychiatrist, Supervisor under the 2009

15 Staffing Plan's criteria.  To determine this, I reviewed the H1 Report attached as Exhibit B,

16 as well as two additional documents provided by Defendants pursuant to the routine

17 monthly reporting in this case:  Enclosure 1(c) (Mental Health Institution Vacancies:

18 Summary by Institution by Classification) and Enclosure 1(k) (Allocated and Filled

19 Telepsychiatry Positions).  True and correct copies of these documents showing data for

20 June 2020, which Defendants provided to Plaintiffs on August 17, 2020, are attached

21 hereto as **Exhibits D and E**, respectively.   These three documents show that nine of the

22 fifteen prisons without MHCBs qualify as having a significant number of staff

23 psychiatrists who serve a largely stable population of patients.  The six institutions that do

24 not are the desert institutions, which have small numbers of patients and only a .5 staff

25 psychiatrist allocation each, and FWF, which has 150 CCCMS patients and, I am informed

26 and believe, shares the psychiatrist allocation for FOL.  The remaining nine institutions

27 qualify as follows: (1) ASP: 5 on-site staff psychiatrists allocated for 1,100 CCCMS

28 patients; (2) CCI: 4 on-site staff psychiatrists plus 4 telepsychiatrists allocated for 1,850

1    CCCMS patients; (3) CRC: 7 on-site staff psychiatrists allocated for 1,150 CCCMS

2    patients; (4) CTF: 6 on-site staff psychiatrists plus 1 telepsychiatrist allocated for 1,500

3    CCCMS patients; (5) DVI: 4 on-site staff psychiatrists allocated for 500 CCCMS patients;

4    (6) FOL: 3.5 on-site staff psychiatrists allocated for 500 CCCMS patients; (7) SCC: 3.5

5    on-site staff psychiatrists allocated for 400 CCCMS patients; (8) SQ: 13.5 on-site staff

6    psychiatrists allocated for 1,250 CCCMS patients and 200 EOP patients; and (9) VSP: 2.5

7    on-site staff psychiatrists plus 6 telepsychiatrists allocated for 1,350 CCCMS patients and

8    372 EOP patients.

9         48.    Columns H and I (spanning both) of Table 3A are titled "Estimated Percent

10   of Insts. Required Have Senior Psychiatrist Supervisor."  This column identifies the

11   percentage of institutions that are required to have Senior Psychiatrist Supervisors under

12   the 2009 Staffing Plan criteria requiring that such positions "also be allocated to several

13   prisons that have a Chief Psychiatrist and that have large and complex mental health

14   services."  I estimated 30% for this calculation.

15        49.    Column J of Table 3A is titled "Total FTE," and contains a formula to apply

16   the 2009 Staffing Plan ratios to the information in the other columns.  The formulas for

17   each row are as follows:

18             a.    Chief Psychiatrist = Base Staffing Per Institution X # Insts. w/o

19   MHCB But w/ Complex and Multiple Missions.

20             b.    Senior Psychiatrist, Supervisor = # Insts. with MHCB X Estimated

21   Percent of Insts. Required to Have Senior Psychiatrist Supervisor, plus # Insts. w/o MHCB

22   and With Large and Stable Patient Population.

23        50.    **Table 3B is titled Supervising Psychiatrists (Not Including MHCB**

24   **Allocation): Targeted Pop. Reduction Scenario.**

25        51.    For this scenario, I have projected no reduction in the need for the allocations

26   of supervising psychiatrists who are not otherwise accounted for by the separate MHCB

27   allocations.

28        52.    **Table 4A is titled PIP Staffing:  Actual August 2020.**  This table reflects

1    the actual current allocations for CDCR's PIPs.

2        53.     The PIPs do not have approved staffing ratios or an approved staffing plan.

3    Nonetheless, for the purposes of the analysis in Table 4A, I have assumed that CDCR's

4    current practices in allocating psychiatrists are adequate, although Plaintiffs strenuously

5    dispute this notion.

6        54.     Table 4A shows the actual allocations for each of CDCR's five PIPs for the

7    two psychiatrist classifications CDCR allocates to the PIPs.  These numbers are drawn

8    from two sources.  For the staff psychiatrist allocations for the CMF, CHCF, and SVSP

9    PIPs, I used the allocations reported to the Court in Defendants' Monthly Psychiatrist

10   Vacancy Report for July 2020 (ECF No. 6842).  This report, however, does not include

11   any supervisory allocations and also does not separately break out staff psychiatrist

12   allocations for the SQ and CIW PIPs.  Accordingly, for the staff psychiatrist allocations for

13   the CIW and SQ PIPs, as well as for the Senior Psychiatrist, Supervisor allocations for all

14   the PIPs, I used Enclosure 1(L) (Psychiatric Inpatient Program Staff) to Defendants'

15   routine monthly reporting in this case.  A true and correct copy of Enclosure 1(L) showing

16   data for June 2020, which Defendants provided to Plaintiffs on August 17, 2020, is

17   attached hereto as **Exhibit F**.

18       55.     Column J of Table 4A is titled "Actual Allocated Total FTE."   This number

19   summarizes the number of currently allocated psychiatrists at each PIP by classification.

20       56.     At the bottom of Table 4A is the "Total PIP Psychiatry Staffing" total, which

21   sums the allocations for the two classifications discussed above.

22       57.     **Table 4B is titled PIP Staffing: Targeted Pop. Reduction Scenario.**

23       58.     For this scenario, I have projected no reduction in the need for the allocations

24   for PIP psychiatrists.

25       59.      **Table 5A is titled Summary: Actual August 2020.**

26       60.     This table summarizes Plaintiffs' estimation of Defendants' current

27   compliance rate, given the above assumptions and assuming Defendants' current

28   population figures.

[3611032.8]
Declaration of Lisa Ells In Support of Plaintiffs' Brief Regarding Staffing and Population

1        61.     The first line of Table 5A, titled "Total Psychiatrists Needed:," summarizes

2  the total FTE numbers for Tables 1A, 2A, 3A, and 4A.

3        62.     The second line in Table 5A, titled "Total Staff Psychiatrist Positions Filled

4  as of July 2020 (ECF No. 6842)," summarizes the total number of staff psychiatrists

5  currently employed by CDCR in any capacity, including on-site civil service positions,

6  telepsychiatrist positions, and registry positions.  This number is taken from Defendants'

7  Monthly Psychiatrist Vacancy Report for July 2020 (ECF No. 6842 at 5).  This report does

8  not include supervisory psychiatrists.

9        63.     The third line in Table 5A, titled "Total Senior Psychiatrist Supervisor

10  Positions Filled As of June 2020 (Encl. 1(F), 1(L))," summarizes the total number of

11  Senior Psychiatrist, Supervisors currently employed by CDCR in any capacity, including

12  on-site civil service positions, telepsychiatrist positions, and registry positions.  This

13  number is taken from two sources, Enclosures 1(L) and 1(F) of Defendants' monthly

14  reporting for June 2020, the most recent data Plaintiffs have received.  Enclosure 1(L),

15  attached as Exhibit F hereto, reports CDCR's PIP supervisory staffing.  A true and correct

16  copy of Enclosure 1(F) (Mental Health Institution Vacancies: Summary by Classification)

17  showing data for June 2020, which Defendants provided to Plaintiffs on August 17, 2020,

18  is attached hereto as **Exhibit G**.  Enclosure 1(F) reports CDCR's statewide non-PIP

19  supervisory staffing. The fourth line in Table 5A, titled "Total Chief Psychiatrist Positions

20  Filled As of June 2020 (Enclosure 1(F))," summarizes the total number of Chief

21  Psychiatrists employed by CDCR in any capacity, including on-site civil service positions,

22  telepsychiatrist positions, and registry positions.  This number is taken from Enclosure

23  1(F), which is attached as Exhibit G hereto.

24        64.     The fifth line in Table 5A, titled "Total Psychiatrist Positions Filled," totals

25  the preceding three lines to determine the total number of psychiatrists currently employed

26  by CDCR in any capacity.

27        65.     The sixth line in Table 5A, titled "Percentage of Overall Psychiatry Staffing

28  Compliance," calculates the percentage of filled psychiatrist positions against the total

1  number Plaintiffs have calculated CDCR needs based on the analysis outlined above.

2       66.       **Table 5B is titled Summary:  Targeted Pop. Reduction Scenario.**

3       67.       This table summarizes Plaintiffs' estimation of Defendants' compliance rate

4  if Defendants employed the same number of psychiatrists but made the population

5  reductions outlined in Tables 1B, 2B, 3B, and 4B.

6       68.       The first line in Table 5B, titled "Total Psychiatrists Needed," summarizes

7  the total FTE numbers for Tables 1B, 2B, 3B, and 4B.

8       69.       The second, third, fourth, and fifth lines in Table 5B are the same as in Table

9  5A.

10      70.       The sixth line of Table 5B, titled "Percentage of Overall Psychiatry Staffing

11 Compliance," calculates the percentage of filled psychiatrist positions against the total

12 number Plaintiffs have calculated CDCR would need if it made the population reductions

13 outlined in Tables 1B, 2B, 3B, and 4B.

14      71.       **TABLE 6 is titled Population Reduction.**  Table 6 shows the current male

15 and female populations in each of the seven programs for which we have analyzed ratio-

16 driven staffing levels, the percentage reduction to be applied, the resulting target male and

17 female populations, the necessary reductions in male and female populations, and the

18 necessary total reductions, with an overall total of 5,498 persons.

19      72.       Attached hereto as **Exhibit H** is a true and correct copy of CDCR's May

20 2020 Mental Health Bed Need Study Based on Spring 2020 Population Projections, which

21 was provided to Plaintiffs by counsel for Defendants on August 1, 2020.

22      //

23      //

24      //

25      //

26      //

27      //

28      //

1        73.     Attached hereto as **Exhibit I** is a true and correct copy of a print out of the

2  contents of CDCR's COVID-19 MH Operational Impact Dashboard, which I accessed

3  electronically and then downloaded on September 11, 2020 by selecting the Export to PDF

4  option in the File dropdown list.

5        I declare under penalty of perjury under the laws of the United States of America

6  that the foregoing is true and correct, and that this declaration is executed at San Francisco,

7  California this 14 day of September, 2020.

9                                  */s/ Lisa Ells*
                                         Lisa Ells

Declaration of Lisa Ells In Support of Plaintiffs' Brief Regarding Staffing and Population