DONALD SPECTER – 083925
STEVEN FAMA – 099641
MARGOT MENDELSON – 268583
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621

CLAUDIA CENTER – 158255
DISABILITY RIGHTS EDUCATION
AND DEFENSE FUND, INC.
Ed Roberts Campus
3075 Adeline Street, Suite 210
Berkeley, California  94703-2578
Telephone:   (510) 644-2555

MICHAEL W. BIEN – 096891
JEFFREY L. BORNSTEIN – 099358
ERNEST GALVAN – 196065
THOMAS NOLAN – 169692
LISA ELLS – 243657
JENNY S. YELIN – 273601
MICHAEL S. NUNEZ – 280535
JESSICA WINTER – 294237
MARC J. SHINN-KRANTZ – 312968
CARA E. TRAPANI – 313411
ALEXANDER GOURSE – 321631
AMY XU – 330707
ROSEN BIEN
GALVAN & GRUNFELD LLP
101 Mission Street, Sixth Floor
San Francisco, California  94105-1738
Telephone:   (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RALPH COLEMAN, et al.,

        Plaintiffs,

    v.

GAVIN NEWSOM, et al.,

        Defendants.

Case No. 2:90-CV-00520-KJM-DB

**DECLARATION OF ELIZABETH JONES**

Judge:   Kimberly J. Mueller

[3613634.1]

DECLARATION OF ELIZABETH JONES

I, Elizabeth Jones, declare:

1.      I have been retained by Plaintiffs as an expert witness in the above captioned matter.

2.      I have over 35 years of experience in implementing or monitoring federal and state court orders regarding services for individuals with a mental illness and/or developmental disability. I have had administrative responsibility for two mental health systems, in Massachusetts and the District of Columbia. Both of these systems were focused on the transition from institutions, including public psychiatric hospitals, to community-based settings. I have been the court-appointed Receiver of a public psychiatric hospital in Maine and helped to develop the State's plan for a strengthened community mental health system. In each of these roles, I worked closely with clinical staff to design and effectuate individualized plans so that discharges from an institution to a community setting could occur in a timely and responsible manner. Currently, I am the Independent Reviewer for a Settlement Agreement between the United States Department of Justice and the State of Georgia. In part, this Agreement requires the development of community-based services for adults at risk of hospitalization in a state psychiatric facility or in the process of being discharged from one. In addition, as part of its target population, the agreement focuses on adults being discharged from jails and prisons in Georgia. As a result, I have visited numerous jails in the State and have interviewed numerous Sheriffs, mental health personnel and individuals who are incarcerated. I have consulted on the implementation of similar agreements in Oregon and North Carolina.

3.      As an expert consultant, I have had experience in reviewing the status of individuals in public and private institutions in Massachusetts, Texas, New York, Illinois, North Carolina, and Virginia. I have testified about institutional conditions and the development of alternative community-based programs in Massachusetts, Illinois, Utah and New York.  A copy of my CV is attached here as **Exhibit A.**

4.      I have recently consulted with California's Protection and Advocacy system for persons with disability regarding services available for persons at risk of

2

institutionalization in Alameda County.  My work on the Alameda County matter included a tour of the Alameda County Jail, and a review of the services available for persons with serious mental illness and intellectual disabilities who have experienced repeated Jail stays.

5.      One of the largest obstacles to deinstitutionalization of persons with mental illness is the widespread assumption that there are no available alternatives outside of institutions.  During the past two decades there has been enormous progress in the development of community-based services for persons with serious mental illness on the federal, state and local levels.  The assumption that institutionalization is the only alternative is no longer grounded in fact.  Diversion of people with mental illness from the criminal justice system to the mental health system is feasible and cost-effective.  The basic elements needed are already in place.  With the necessary linkages between correctional and community mental health systems, California and other jurisdictions can substantially reduce incarceration of the seriously mentally ill in a safe and cost-effective manner.

6.      Even among persons with serious mental illness, most people do not need an intensive level of services.  Most people with serious mental illness require only periodic case management.  A relatively small number of persons with serious mental illness can be expected to require intensive supports.  Fortunately, during the past two decades community mental health systems have developed cost-effective systems for providing such intensive services in integrative community-based settings.

7.      Below I will address five elements of a community mental health system that have proven effective in reducing admissions/readmissions to institutions such as psychiatric hospitals, jails and prisons.  These are:  (1) Assertive Community Treatment (ACT) and Full Service Partnerships (FSP); (2) Supported Housing; (3) Crisis Services; (4) Supported Employment; and, (5) Peer Support Services.

8.      **Assertive Community Treatment/Full Service Partnerships.** Community-based treatment programs for the highest need individuals are built on the Assertive Community Treatment (ACT) team and Full Service Partnership (FSP) models.

The ACT model has been implemented in many jurisdictions, and has been refined over the years based on numerous studies.  ACT teams include several disciplines, including psychiatry, nursing, employment specialists, case workers, and peer specialists.  FSP services are targeted to individuals with serious mental health disabilities who are homeless, involved in the criminal justice system, and/or frequent users of hospital or emergency room services.

9.      The ACT and FSP models have proven effective in reducing criminal justice involvement and hospitalization. There are ACT protocols designed specifically for forensic populations (known as Forensic Assertive Community Treatment, or "FACT") that have achieved substantial reductions in returns to custody.

10.      **Supported Housing.**  Community-based outpatient treatment that includes supported housing has proven extremely effective at improving outcomes.   Supported housing typically includes a rental subsidy and services to support the individual's tenancy.  The support services can include case management, training in independent living skills, medication management and/or other services.

11.      Full Service Partnerships with supported housing are cost-effective.  In Alameda County, for example, the FSP Housing Support Program has demonstrated reductions in per client costs by an average of more than $50,000 per year compared to institutionalization.[1]  Studies of supported housing programs in formerly incarcerated populations have shown large reductions in the likelihood of future incarceration.

12.      **Crisis Services.**  Crisis services are also effective in preventing re-incarceration by providing a way to resolve emergency situations involving individuals with mental disabilities without resorting to arrests and new charges.  I am aware that many counties in California have already implemented mobile crisis services.   Studies of

---

[1] Alameda County Mental Health Services Act, FY2018-2019, Annual Plan Update, at 9, available at, http://www.acgov.org/board/bos_calendar/documents/DocsAgendaReg_06_18_19/HEALTH%20CARE%20SERVICES/Regular%20Calendar/Homelessness%20Council%20-%20HCSA_281214.pdf

1   crisis services show substantial reductions in arrests and incarceration.

2       13.     **Supported Employment.**  Supported employment programs are a proven

3   component of effective community mental health systems.  Supported employment is a

4   package of services and supports to assist people with serious mental illness get and keep a

5   job in the mainstream workforce.  Individual Placement and Support (IPS) is the most

6   successful model of supported employment. ISP uses a rapid job search approach, rather

7   than focusing on lengthy assessments, training and counseling.  IPS outcomes are

8   favorable for preventing re-incarceration.

9       14.     **Peer Support Services.**  Peer support services have been proven highly

10  effective.  Peer support services are provided by trained specialists who have had their own

11  experiences in the mental health system.  Peer specialists assist with transitions from

12  corrections to the community, maintaining connections to treatment providers, maintaining

13  or developing social relationships and participating in community activities.  Some peer

14  support systems are specifically designed for formerly incarcerated people.   Studies show

15  that peer support services are effective in preventing re-institutionalization of persons

16  released from psychiatric hospitals and diverting people from jail.

17      15.     Effective implementation of the above program elements will require a

18  system of linkages to transition people from institutions to community-based services.  In

19  this respect, California's corrections department is not starting from scratch.  For more

20  than a decade, California's corrections department has operated a Transitional Case

21  Management Program, Mental Health Services Continuum (TCMP-MHSCP), for

22  incarcerated people with serious mental illness who are approaching their release dates.

23  According to the September 2019 report of the California Rehabilitation Oversight Board,

24  the TCMP program employs 76 benefits workers assigned to all California adult prisons

25  and fire camps on a full-time basis.[2]  Their role is to provide pre-release benefits

26  _____

27  [2] California Rehabilitation Oversight Board Report, Sept. 13, 2019, at page 51, available at
    https://crob.ca.gov/wp-content/uploads/2019/10/C-ROB-Annual-Report-September-
28  2019.pdf

application assistance regarding Medical, Social Security Administration and Veteran's

Administration Benefits.  California thus already has a personnel and supervision structure

in place to strengthen linkages with community-based providers of FSP Housing Support

and ACT programs.

16.     Programs such as ACT, FSP, and FSP Housing Support are more cost-

effective than institutionalization.  According to a recent report by the California

Legislative Analyst's Office, the average per-person cost of state prison incarceration is

$81,203 as of fiscal year 2018-2019.[3]  This is an average figure—the cost of incarcerating

persons with high levels of mental health care needs is certainly much higher.  The type of

outpatient community-based mental health treatment I have described comes at a much

lower per person cost.  For example, the RAND Corporation studied the cost of FSP

programs in Los Angeles County between 2012 and 2016.  It estimated that the program

cost just over $15,000 per year per adult participant; this resulted in substantial savings in

comparison to the government costs incurred for each participant prior to their entry into

the FSP program.[4]  Even if the targeted population in this matter would require additional

housing subsidies beyond those in the RAND study, the savings over incarceration would

still be substantial.

17.     The use of correctional institutions to house persons in need of mental health

services is cost-ineffective for state governments in part because of the structure of federal

health benefits funding.  Persons who would otherwise be eligible for federal funding

through Medicaid or Veteran's Administration benefits are not eligible while incarcerated.

State governments thus bear the entire costs of their mental health care, as well as housing,

with no federal participation.  Community-based programs such as FSPs, by contrast, are

subsidized by the federal government.

---

[3] https://lao.ca.gov/PolicyAreas/CJ/6_cj_inmatecost

[4]https://www.rand.org/content/dam/rand/pubs/research_reports/RR2700/RR2783/RAND_RR2783.pdf

18.     In conclusion, it is my opinion that California now has a historic opportunity to shift resources from wasteful and expensive warehousing of persons with serious mental illness in state prisons to far more cost-effective community-based service models with more positive outcomes.  Such community-based models have been proven to reduce re-institutionalization and to disrupt the cycle of frequent returns to jails and prisons that have proven so costly and ineffective over the past few decades.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge, and that this declaration is executed at ___Silver Spring, MD_____ this _13th__ day of September, 2020.

_____
Elizabeth Jones