| Exhibit Letter | Name of Exhibit |
|---|---|
| Exhibit A | DSH Staffing Report, March 2017 |
| Exhibit B | ECF No. 6563, Defs Monthly Psychiatry Vacancy Report, February 2020 |
| Exhibit C | Lift and Shift Budget Proposal |
| Exhibit D | DSH Staffing Report, June 2017 |
| Exhibit E | Enclosure 1L of June 2020 Monthly Data, PIP Staffing Data |
| Exhibit F | MHSDS MIS Report, as of August 10, 2020 |
| Exhibit G | DSH Coleman Patient and Census Report, as of September 4, 2020 RBGG |
| Exhibit H | Letter re CHCF PIP, August 12, 2019 |

# Exhibit A

DEPARTMENT OF STATE HOSPITALS
Direct Care, Mental Health Treatment Team, and Administrative Staff
Staff Levels for Coleman Patients
March 1, 2017 through March 31, 2017
Report submitted April 1, 2017

| | Department of State Hospitals - Atascadero | | | Facility Totals as of March 31, 2017 - Average Daily Census - 24 Acute 194 Intermediate | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | **Coleman Related Classifications** | **Governor's Budget Authorized Positions (1)** | **Governor's Budget/ Departmental Authorized (Blanket) Positions (2)** | **Total Authorized Positions** | **Total Filled Civil Service Positions (3)** | **Contracted FTE (4)** | **Overtime FTE (4)** | **Total Filled FTE** | **Functional Vacancy FTE** | **Functional Vacancy Rate** |
| Coleman Program Only | **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| | Psychologist | 0.00 | 8.00 | 8.00 | 7.00 | 0.00 | 0.00 | 7.00 | 1.00 | 12.50% |
| | Psychiatrist | 0.00 | 8.25 | 8.25 | 6.20 | 3.20 | 0.00 | 9.40 | 0.00 | 0.00% |
| | Clinical Social Worker, Health/Correctional Facility (Safety) | 0.00 | 8.00 | 8.00 | 6.50 | 1.00 | 0.00 | 7.50 | 0.50 | 6.25% |
| | Rehabilitation Therapist | 0.00 | 8.00 | 8.00 | 7.00 | 0.00 | 0.00 | 7.00 | 1.00 | 12.50% |
| | Total, Mental Health Treatment Team Staffing | 0.00 | 32.25 | 32.25 | 26.70 | 4.20 | 0.00 | 30.90 | 1.35 | 4.19% |
| | **Direct Care Nursing Staff (5)** | | | | | | | | | |
| | Psychiatric Technician | 126.00 | 0.00 | 126.00 | 105.00 | 0.00 | 0.00 | 105.00 | 21.00 | 16.67% |
| | Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Registered Nurse | 47.00 | 0.00 | 47.00 | 36.00 | 1.00 | 0.00 | 37.00 | 10.00 | 21.28% |
| | Total, Direct Care Nursing Staff | 173.00 | 0.00 | 173.00 | 141.00 | 1.00 | 0.00 | 142.00 | 31.00 | 17.92% |
| Hospital Wide | **Administrative Staff** | | | | | | | | | |
| | Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| | Supervising Psychiatric Social Worker | 0.00 | 4.00 | 4.00 | 3.00 | 0.00 | 0.00 | 3.00 | 1.00 | 25.00% |
| | Supervising Rehabilitation Therapist | 0.00 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00% |
| | Chief Psychologist | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| | Senior Psychologist, Supervisor | 0.00 | 9.00 | 9.00 | 6.00 | 0.00 | 0.00 | 6.00 | 3.00 | 33.33% |
| | Senior Psychiatrist, Supervisor | 0.00 | 9.00 | 9.00 | 2.00 | 0.00 | 0.00 | 2.00 | 7.00 | 77.78% |
| | Senior Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Supervising Registered Nurse | 7.00 | 0.00 | 7.00 | 6.00 | 0.00 | 0.00 | 6.00 | 1.00 | 14.29% |
| | Unit Supervisor | 35.00 | 0.00 | 35.00 | 33.00 | 0.00 | 0.00 | 33.00 | 2.00 | 5.71% |
| | **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | **216.00** | **59.25** | **275.25** | **223.70** | **5.20** | **0.00** | **228.90** | **46.35** | **16.84%** |

(1) Authorized positions are based on the number of positions in the Governor's 2016/17 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget.  They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.
(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.
(6) Position data for treatment team and direct care nursing staff is reported for *Coleman* program only for DSH-Atascadero.

*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census

| | ICF Direct Care | ICF Treatment Team (Per Discipline) |
|---|---|---|
| AM Shift | 1 to 8 | 1 to 35 |
| PM Shift | 1 to 8 | - |
| NOC | 1 to 16 | - |

1

DEPARTMENT OF STATE HOSPITALS
Direct Care, Mental Health Treatment Team and Administrative Staff
Staff Levels for Coleman Patients
March 1, 2017 through March 31, 2017
Report submitted April 1, 2017

| Department of State Hospitals - Coalinga | | Facility Totals as of March 31, 2017 - Average Daily Census - 49 Intermediate | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Coleman Related Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
| **Coleman Program Only** | **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| | Psychologist | 3.00 | 0.00 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00% |
| | Psychiatrist | 3.00 | 0.00 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00% |
| | Clinical Social Worker, Health/Correctional Facility (Safety) | 3.00 | 0.00 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00% |
| | Rehabilitation Therapist | 3.00 | 0.00 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00% |
| | Total, Mental Health Treatment Team Staffing | 12.00 | 0.00 | 12.00 | 12.00 | 0.00 | 0.00 | 12.00 | 0.00 | 0.00% |
| | **Direct Care Nursing Staff (5)** | | | | | | | | | |
| | Psychiatric Technician | 35.00 | 0.00 | 35.00 | 30.00 | 0.00 | 0.00 | 30.00 | 5.00 | 14.29% |
| | Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Registered Nurse | 7.00 | 0.00 | 7.00 | 7.00 | 0.00 | 0.00 | 7.00 | 0.00 | 0.00% |
| | Total, Direct Care Nursing Staff | 42.00 | 0.00 | 42.00 | 37.00 | 0.00 | 0.00 | 37.00 | 5.00 | 11.90% |
| **Hospital Wide** | **Administrative Staff** | | | | | | | | | |
| | Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| | Supervising Psychiatric Social Worker | 0.00 | 4.00 | 4.00 | 4.00 | 0.00 | 0.00 | 4.00 | 0.00 | 0.00% |
| | Supervising Rehabilitation Therapist | 0.00 | 4.00 | 4.00 | 3.00 | 0.00 | 0.00 | 3.00 | 1.00 | 25.00% |
| | Chief Psychologist | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| | Senior Psychologist, Supervisor | 1.00 | 6.00 | 7.00 | 7.00 | 0.00 | 0.00 | 7.00 | 0.00 | 0.00% |
| | Senior Psychiatrist, Supervisor | 4.00 | 6.00 | 10.00 | 3.00 | 0.00 | 0.00 | 3.00 | 7.00 | 70.00% |
| | Senior Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| | Supervising Registered Nurse | 6.00 | 0.00 | 6.00 | 4.00 | 0.00 | 0.00 | 4.00 | 2.00 | 33.33% |
| | Unit Supervisor | 28.00 | 0.00 | 28.00 | 29.00 | 0.00 | 0.00 | 29.00 | 0.00 | 0.00% |
| | **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | **94.00** | **21.00** | **115.00** | **101.00** | **0.00** | **0.00** | **101.00** | **14.00** | **12.17%** |

(1) Authorized positions are based on the number of positions in the Governor's 2016/17 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.
(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.
(6) Position data for treatment team and direct care nursing staff is reported for *Coleman* program only for DSH-Coalinga.

*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census

| | ICF Direct Care | ICF Treatment Team (Per Discipline) |
|---|---|---|
| AM Shift | 1 to 8 | 1 to 35 |
| PM Shift | 1 to 8 | - |
| NOC | 1 to 16 | - |

2

# DEPARTMENT OF STATE HOSPITALS
Direct Care, Mental Health Treatment Team and Administrative Staff
Staff Levels for Coleman Patients
March 1, 2017 through March 31, 2017
Report submitted April 1, 2017

| Department of State Hospitals - Patton | Facility Totals as of March 31, 2017 - Average Daily Census - 0 Intermediate |
|---|---|

There are currently no Coleman patients staying at the Department of State Hospitals (DSH), Patton, due to the activation of the Psychiatric Inpatient Program at the California Institution for Women.

3

DEPARTMENT OF STATE HOSPITALS
Direct Care, Mental Health Treatment Team and Administrative Staff
Staff Levels for Coleman Patients
March 1, 2017 through March 31, 2017
Report submitted April 1, 2017

| Department of State Hospitals - Salinas Valley | | | Facility Totals as of March 31, 2017 - Average Daily Census - 170 Intermediate | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coleman Related Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
| **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| Psychologist | 4.00 | 6.00 | 10.00 | 9.45 | 0.00 | 0.00 | 9.45 | 0.55 | 5.50% |
| Psychiatrist | 4.00 | 6.00 | 10.00 | 9.00 | 0.00 | 0.00 | 9.00 | 1.00 | 10.00% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 4.00 | 6.00 | 10.00 | 8.38 | 0.00 | 0.00 | 8.38 | 1.62 | 16.20% |
| Rehabilitation Therapist | 4.00 | 6.00 | 10.00 | 10.00 | 0.00 | 0.00 | 10.00 | 0.00 | 0.00% |
| **Total, Mental Health Treatment Team Staffing** | 16.00 | 24.00 | 40.00 | 36.83 | 0.00 | 0.00 | 36.83 | 3.17 | 7.93% |
| **Direct Care Nursing Staff (5)** | | | | | | | | | |
| Psychiatric Technician | 31.00 | 0.00 | 31.00 | 20.00 | 0.00 | 0.36 | 20.36 | 10.64 | 34.32% |
| Medical Technical Assistant | 165.00 | 0.00 | 165.00 | 144.00 | 0.00 | 17.41 | 161.41 | 3.59 | 2.18% |
| Registered Nurse | 50.00 | 0.00 | 50.00 | 34.00 | 0.00 | 2.05 | 36.05 | 13.95 | 27.90% |
| **Total, Direct Care Nursing Staff** | 246.00 | 0.00 | 246.00 | 198.00 | 0.00 | 19.82 | 217.82 | 28.18 | 11.46% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Chief Psychologist | 1.00 | 1.00 | 2.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2.00 | 100.00% |
| Senior Psychologist, Supervisor | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 0.00 | 1.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Medical Technical Assistant | 30.00 | 0.00 | 30.00 | 17.27 | 0.00 | 2.67 | 19.94 | 10.06 | 33.53% |
| Supervising Registered Nurse | 19.00 | 3.00 | 22.00 | 14.00 | 0.00 | 0.00 | 14.00 | 8.00 | 36.36% |
| Unit Supervisor | 0.00 | 5.00 | 5.00 | 4.00 | 0.00 | 0.00 | 4.00 | 1.00 | 20.00% |
| **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | **313.00** | **35.00** | **348.00** | **273.10** | **0.00** | **22.49** | **295.59** | **52.41** | **15.06%** |

(1) Authorized positions are based on the number of positions in the Governor's 2016/17 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.
(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.

*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census

| | ICF Direct Care | ICF Treatment Team (Per Discipline) |
|---|---|---|
| AM Shift | 1 to 8 | 1 to 35 |
| PM Shift | 1 to 8 | - |
| NOC | 1 to 16 | - |

4

DEPARTMENT OF STATE HOSPITALS
Direct Care, Mental Health Treatment Team and Administrative Staff
Staff Levels for Coleman Patients
March 1, 2017 through March 31, 2017
Report submitted April 1, 2017

| Department of State Hospitals - Stockton | \multicolumn{8}{l|}{Facility Totals as of March 31, 2017 - Average Daily Census - 120 Acute 352 Intermediate} |

| Coleman Related Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
|---|---|---|---|---|---|---|---|---|---|
| **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| Psychologist | 31.00 | 0.00 | 31.00 | 30.00 | 0.00 | 0.42 | 30.42 | 0.58 | 1.87% |
| Psychiatrist | 33.00 | 0.00 | 33.00 | 27.00 | 0.70 | 1.35 | 29.05 | 3.95 | 11.97% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 33.00 | 0.00 | 33.00 | 25.00 | 1.81 | 0.00 | 26.81 | 6.19 | 18.76% |
| Rehabilitation Therapist | 32.00 | 0.00 | 32.00 | 28.00 | 0.00 | 0.00 | 28.00 | 4.00 | 12.50% |
| Total, Mental Health Treatment Team Staffing | 129.00 | 0.00 | 129.00 | 110.00 | 2.51 | 1.77 | 114.28 | 14.72 | 11.41% |
| **Direct Care Nursing Staff (5)** | | | | | | | | | |
| Psychiatric Technician | 430.00 | 0.00 | 430.00 | 398.00 | 0.00 | 0.00 | 398.00 | 32.00 | 7.44% |
| Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Registered Nurse | 174.00 | 0.00 | 174.00 | 149.00 | 0.00 | 0.00 | 149.00 | 25.00 | 14.37% |
| Total, Direct Care Nursing Staff | 604.00 | 0.00 | 604.00 | 547.00 | 0.00 | 0.00 | 547.00 | 57.00 | 9.44% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 2.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 3.00 | 0.00 | 3.00 | 1.00 | 0.00 | 0.00 | 1.00 | 2.00 | 66.67% |
| Chief Psychologist | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Senior Psychologist, Supervisor | 3.00 | 0.00 | 3.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 2.00 | 0.00 | 2.00 | 1.00 | 0.00 | 0.00 | 1.00 | 1.00 | 50.00% |
| Senior Medical Technical Assistant | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Supervising Registered Nurse | 23.00 | 0.00 | 23.00 | 20.00 | 0.00 | 0.00 | 20.00 | 3.00 | 13.04% |
| Unit Supervisor | 18.00 | 0.00 | 18.00 | 17.00 | 0.00 | 0.00 | 17.00 | 1.00 | 5.56% |
| **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | **786.00** | **0.00** | **786.00** | **703.00** | **2.51** | **1.77** | **707.28** | **78.72** | **10.02%** |

(1) Authorized positions are based on the number of positions in the Governor's 2016/17 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.
(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.

**Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census*

|  | Acute Direct Care and ICF High Custody Direct Care | ICF Treatment Team (Per Discipline) | Acute Treatment Team (Per Discipline) |
|---|---|---|---|
| AM Shift | 1 to 6 | 1 to 35 | 1 to 15 |
| PM Shift | 1 to 6 | - | - |
| NOC | 1 to 12 | - | - |

5

DEPARTMENT OF STATE HOSPITALS
Direct Care, Mental Health Treatment Team and Administrative Staff
Staff Levels for Coleman Patients
March 1, 2017 through March 31, 2017
Report submitted April 1, 2017

| Department of State Hospitals - Vacaville | | | Facility Totals as of March 31, 2017 - Average Daily Census - 203 Acute 160 Intermediate | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Coleman Related Classifications | Governor's Budget Authorized Positions (1) | Governor's Budget/ Departmental Authorized (Blanket) Positions (2) | Total Authorized Positions | Total Filled Civil Service Positions (3) | Contracted FTE (4) | Overtime FTE (4) | Total Filled FTE | Functional Vacancy FTE | Functional Vacancy Rate |
| **Mental Health Treatment Team Staffing (5)** | | | | | | | | | |
| Psychologist | 6.00 | 25.00 | 31.00 | 30.24 | 0.42 | 0.00 | 30.66 | 0.34 | 1.10% |
| Psychiatrist | 4.00 | 25.00 | 29.00 | 21.00 | 0.34 | 0.00 | 21.34 | 7.66 | 26.41% |
| Clinical Social Worker, Health/Correctional Facility (Safety) | 4.00 | 24.00 | 28.00 | 22.16 | 0.00 | 0.00 | 22.16 | 5.84 | 20.86% |
| Rehabilitation Therapist | 5.00 | 23.00 | 28.00 | 26.60 | 0.00 | 0.03 | 26.63 | 1.37 | 4.89% |
| Total, Mental Health Treatment Team Staffing | 19.00 | 97.00 | 116.00 | 100.00 | 0.76 | 0.03 | 100.79 | 15.21 | 13.11% |
| **Direct Care Nursing Staff (5)** | | | | | | | | | |
| Psychiatric Technician | 33.00 | 0.00 | 33.00 | 28.00 | 0.00 | 8.12 | 36.12 | 0.00 | 0.00% |
| Medical Technical Assistant | 219.00 | 0.00 | 219.00 | 177.73 | 0.00 | 40.35 | 218.08 | 0.92 | 0.42% |
| Registered Nurse | 77.00 | 0.00 | 77.00 | 70.00 | 0.00 | 8.28 | 78.28 | 0.00 | 0.00% |
| Total, Direct Care Nursing Staff | 329.00 | 0.00 | 329.00 | 275.73 | 0.00 | 56.75 | 332.48 | 0.00 | 0.00% |
| **Administrative Staff** | | | | | | | | | |
| Medical Director | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 1.00 | 0.00 | 0.00% |
| Supervising Psychiatric Social Worker | 2.00 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Supervising Rehabilitation Therapist | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Chief Psychologist | 1.00 | 0.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100.00% |
| Senior Psychologist, Supervisor | 0.00 | 2.00 | 2.00 | 2.00 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00% |
| Senior Psychiatrist, Supervisor | 0.00 | 2.00 | 2.00 | 3.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00% |
| Senior Medical Technical Assistant | 11.00 | 30.30 | 41.30 | 27.29 | 0.00 | 2.73 | 30.02 | 11.28 | 27.31% |
| Supervising Registered Nurse | 28.00 | 0.00 | 28.00 | 21.00 | 0.00 | 0.00 | 21.00 | 7.00 | 25.00% |
| Unit Supervisor | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **TOTAL - COLEMAN RELATED CLASSIFICATIONS** | **391.00** | **131.30** | **522.30** | **432.02** | **0.76** | **59.51** | **492.29** | **30.01** | **5.75%** |

(1) Authorized positions are based on the number of positions in the Governor's 2016/17 budget.
(2) Governor's budget/departmental authorized blanket positions are authorized in the Governor's 2016/17 budget. They are established at a point in time based on need of the facilities.
(3) Total filled civil service positions includes employees working second positions, retired annuitants, loaned positions, limited term, permanent intermittent.
(4) Contract hours and overtime hours worked during the reporting period are converted to full-time equivalent positions.
(5) Treatment team and nursing staffing is based on the licensing minimums*, escorts, 1-to-1 staff, and treatment team support.

*Treatment Team and Direct Care Licensing Minimums/Staffing Levels Per Census

| | ICF Direct Care | Acute Direct Care and ICF High Custody Direct Care | ICF Treatment Team (Per Discipline) | Acute Treatment Team (Per Discipline) |
|---|---|---|---|---|
| AM Shift | 1 to 8 | 1 to 6 | 1 to 35 | 1 to 15 |
| PM Shift | 1 to 8 | 1 to 6 | - | - |
| NOC | 1 to 16 | 1 to 12 | - | - |

6