# Exhibit B

<table>
<tr><td>1</td><td>XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California</td><td>ROMAN M. SILBERFELD, State Bar No. 62783<br>GLENN A. DANAS, State Bar No. 270317</td></tr>
</table>

1 | XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ROMAN M. SILBERFELD, State Bar No. 62783
GLENN A. DANAS, State Bar No. 270317
2 | ADRIANO HRVATIN, State Bar No. 220909
Supervising Deputy Attorney General
ROBINS KAPLAN LLP
2049 Century Park East, Suite 3400
3 | KYLE A. LEWIS, State Bar No. 201041
ELISE OWENS THORN, State Bar No. 145931
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
4 | TYLER V. HEATH, State Bar No. 271478
LUCAS L. HENNES, State Bar No. 278361
Fax: (310) 229-5800
E-mail: RSilberfeld@RobinsKaplan.com
5 | Deputy Attorneys General
1300 I Street, Suite 125
*Special Counsel for Defendants*
6 | P.O. Box 944255
Sacramento, CA 94244-2550
7 | Telephone: (916) 210-7325
Fax: (916) 324-5205
8 | E-mail: Tyler.Heath@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| **RALPH COLEMAN, et al.,** | 2:90-cv-00520 KJM-DB (PC) |
|---|---|
| Plaintiffs, | **DEFENDANTS' MONTHLY PSYCHIATRY VACANCY REPORT** |
| **v.** | |
| **GAVIN NEWSOM, et al.,** | Judge: The Hon. Kimberly J. Mueller |
| Defendants. | |

On February 14, 2018, the Court ordered Defendants to file, on a monthly basis, a report "identifying the psychiatrist vacancy rates at each CDCR institution and in the aggregate systemwide . . . for the preceding month." (ECF No. 5786 at 4.) The Court ordered Defendants to file the report by the 15th day of the month. (*Id.*) On August 22, 2018, the Court approved a stipulation extending the reporting date to the last court day of the month. (ECF No. 5886.)

/ / /

/ / /

/ / /

1        Consistent with the Court's February 14, 2018 order, and Federal Rule of Civil Procedure

2  6, attached here is a letter from Defendant CDCR setting forth CDCR's Division of Health Care

3  Services Systemwide Mental Health Program Allocated and Filled Psychiatry Positions for

4  February 2020.

5                                **CERTIFICATION**

6        Defendants' counsel certifies that he reviewed the following orders relevant to this filing:

7  ECF No. 5786, ECF No. 5803, and ECF No. 5886.

8  Dated:  April 1, 2020                 Respectfully submitted,

9                                      XAVIER BECERRA
                                   Attorney General of California

10                               ADRIANO HRVATIN
                               Supervising Deputy Attorney General

11

12                          ***/s/ Tyler V. Heath___***
                               TYLER VANCE HEATH

13                               Deputy Attorney General
                               *Attorneys for Defendants*

14
  CF1997CS0003

15  14395604

16

17

18

19

20

21

22

23

24

25

26

27

28

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                                                    GAVIN NEWSOM, GOVERNOR

**DIVISION OF HEALTH CARE SERVICES**
STATEWIDE MENTAL HEALTH PROGRAM
P.O. Box 588500
Elk Grove, CA 95758



April 1, 2020


Tyler Vance Heath, Esq.
California Department of Justice
1300 I Street
Sacramento, CA 95814

RE:     CDCR'S DIVISION OF HEALTH CARE SERVICES SYSTEMWIDE MENTAL
        HEALTH PROGRAM ALLOCATED AND FILLED PSYCHIATRY POSITIONS

 Dear Mr. Heath:


        The California Department of Corrections and Rehabilitation (CDCR) hereby submits its
monthly report identifying the psychiatry vacancy rates at each CDCR institution and systemwide
for February 2020.  It is attached as Exhibit A.  In accordance with the Court's February 14, 2018
order, the report contains the same data as the Correctional Health Care Services Mental Health
Institution Vacancies:  Summary by Institution by Classification.  It also includes data from the
monthly telepsychiatry report, as well as a separate column showing the number of psychiatric
nurse practitioners working at each institution and systemwide, and the fill rate including
psychiatric nurse practitioners.

Sincerely,

/s/ Eureka Daye
EUREKA DAYE
Deputy Director (A)
Statewide Mental Health Program

| | Allocated Jan 2020[1] | | | Filled Feb 2020 | | | | | | Filled w PNP Feb 2020 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Division of Health Care Services<br>Statewide Mental Health Program<br>Allocated and Filled Psychiatry Positions - February 2020 | | | | | | | | | | | | |
| Sites | Site | Telepsych | Total | Site[2] | On-Site Registry[3] | Telepsych[4] | Telepsych Registry[3,4] | Total | Percentage | PNP[2,3] | Total | Percentage |
| ASP | 5.00 | 0.00 | 5.00 | 0.00 | 4.63 | 0.00 | 0.00 | 4.63 | 93% | 0.00 | 4.63 | 93% |
| CAL | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.13 | 0.00 | 1.13 | 113% | 0.00 | 1.13 | 113% |
| CCC | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0% | 0.00 | 0.00 | 0% |
| CCI | 4.00 | 4.00 | 8.00 | 2.00 | 0.75 | 2.00 | 0.00 | 4.75 | 59% | 0.00 | 4.75 | 59% |
| CCWF | 11.00 | 1.00 | 12.00 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | 42% | 3.73 | 8.73 | 73% |
| CEN | 1.00 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 100% | 0.00 | 1.00 | 100% |
| CHCF | 18.50 | 7.00 | 25.50 | 3.00 | 3.20 | 5.00 | 0.00 | 11.20 | 44% | 1.00 | 12.20 | 48% |
| CHCF PIP | 36.50 | 0.00 | 36.50 | 13.90 | 1.90 | 2.00 | 2.63 | 20.43 | 56% | 0.00 | 20.43 | 56% |
| CIM | 12.00 | 0.00 | 12.00 | 8.00 | 0.12 | 0.00 | 0.00 | 8.12 | 68% | 0.00 | 8.12 | 68% |
| CIW | 12.00 | 1.00 | 13.00 | 7.00 | 2.96 | 0.00 | 0.00 | 9.96 | 77% | 0.00 | 9.96 | 77% |
| CMC | 17.00 | 1.00 | 18.00 | 10.00 | 0.46 | 0.00 | 0.00 | 10.46 | 58% | 0.00 | 10.46 | 58% |
| CMF | 17.00 | 2.00 | 19.00 | 8.65 | 5.23 | 1.00 | 0.00 | 14.88 | 78% | 0.00 | 14.88 | 78% |
| CMF PIP | 32.00 | 0.00 | 32.00 | 9.00 | 3.63 | 2.00 | 0.92 | 15.55 | 49% | 0.00 | 15.55 | 49% |
| COR | 7.50 | 5.00 | 12.50 | 2.50 | 5.10 | 4.70 | 0.00 | 12.30 | 98% | 0.00 | 12.30 | 98% |
| CRC | 7.00 | 0.00 | 7.00 | 7.00 | 0.48 | 0.00 | 0.00 | 7.48 | 107% | 0.00 | 7.48 | 107% |
| CTF | 6.00 | 1.00 | 7.00 | 1.75 | 0.87 | 1.00 | 0.00 | 3.62 | 52% | 1.00 | 4.62 | 66% |
| CVSP | 0.00 | 1.00 | 1.00 | 0.00 | 0.34 | 0.00 | 0.00 | 0.34 | 34% | 0.00 | 0.34 | 34% |
| DVI | 4.00 | 0.00 | 4.00 | 2.00 | 0.98 | 0.00 | 0.00 | 2.98 | 75% | 0.00 | 2.98 | 75% |
| FSP | 3.50 | 0.00 | 3.50 | 4.00 | 0.00 | 0.00 | 0.00 | 4.00 | 114% | 0.00 | 4.00 | 114% |
| HDSP | 2.50 | 4.00 | 6.50 | 0.00 | 1.21 | 3.16 | 0.92 | 5.29 | 81% | 0.00 | 5.29 | 81% |
| ISP | 1.00 | 0.00 | 1.00 | 0.00 | 0.33 | 0.00 | 0.00 | 0.33 | 33% | 0.00 | 0.33 | 33% |
| KVSP | 6.00 | 2.00 | 8.00 | 1.00 | 0.00 | 1.88 | 0.00 | 2.88 | 36% | 2.01 | 4.89 | 61% |
| LAC | 12.00 | 0.00 | 12.00 | 6.00 | 3.72 | 0.00 | 0.00 | 9.72 | 81% | 1.20 | 10.92 | 91% |
| MCSP | 12.00 | 3.00 | 15.00 | 6.75 | 0.00 | 1.20 | 0.09 | 8.04 | 54% | 0.00 | 8.04 | 54% |
| NKSP | 6.50 | 2.00 | 8.50 | 1.00 | 2.65 | 1.00 | 0.00 | 4.65 | 55% | 3.17 | 7.82 | 92% |
| PBSP | 1.50 | 2.00 | 3.50 | 0.00 | 0.83 | 1.04 | 0.00 | 1.87 | 53% | 0.00 | 1.87 | 53% |
| PVSP | 3.00 | 0.00 | 3.00 | 2.00 | 0.00 | 0.00 | 0.00 | 2.00 | 67% | 0.00 | 2.00 | 67% |
| RJD | 14.00 | 3.00 | 17.00 | 6.25 | 5.33 | 3.17 | 0.00 | 14.75 | 87% | 0.00 | 14.75 | 87% |
| SAC | 18.50 | 1.00 | 19.50 | 13.50 | 3.46 | 0.17 | 0.00 | 17.13 | 88% | 0.00 | 17.13 | 88% |
| SATF | 9.00 | 9.00 | 18.00 | 0.00 | 0.94 | 7.00 | 0.00 | 7.94 | 44% | 4.00 | 11.94 | 66% |
| SCC | 3.50 | 0.00 | 3.50 | 1.00 | 0.00 | 0.00 | 0.00 | 1.00 | 29% | 0.00 | 1.00 | 29% |
| SOL | 5.00 | 0.00 | 5.00 | 5.00 | 0.00 | 0.17 | 0.00 | 5.17 | 103% | 0.00 | 5.17 | 103% |
| SQ | 13.50 | 0.00 | 13.50 | 12.00 | 1.66 | 0.00 | 0.00 | 13.66 | 101% | 0.00 | 13.66 | 101% |
| SVSP | 5.00 | 4.00 | 9.00 | 0.00 | 3.21 | 4.16 | 0.00 | 7.37 | 82% | 0.00 | 7.37 | 82% |
| SVSP PIP | 10.00 | 0.00 | 10.00 | 0.00 | 4.60 | 2.21 | 0.00 | 6.81 | 68% | 0.00 | 6.81 | 68% |
| VSP | 2.50 | 6.00 | 8.50 | 0.00 | 0.80 | 4.70 | 0.00 | 5.50 | 65% | 0.00 | 5.50 | 65% |
| WSP | 6.50 | 4.00 | 10.50 | 3.00 | 1.79 | 2.20 | 0.00 | 6.99 | 67% | 0.00 | 6.99 | 67% |
| TOTAL | 327.00 | 64.00 | 391.00 | 143.30 | 61.18 | 49.89 | 4.56 | 258.93 | 66% | 16.11 | 275.04 | 70% |

Footnote

1 Source: MH Memo January 2020 Statewide Mental Health Position Allocated

2 Source: March 2, 2020 CCHCS Psychiatrist Vacancy/Coverage Report

3 Source: PSYT_PNP Temp Relief Details (February 2020)

4 Source: February 2020 Telepsychiatry Provider List